# Exhibit 1

## The Environment and Disease: Association or Causation?

by Sir Austin Bradford Hill CBE DSC FRCP(hon) FRS
(*Professor Emeritus of Medical Statistics, University of London*)

Amongst the objects of this newly-founded Section of Occupational Medicine are firstly 'to provide a means, not readily afforded elsewhere, whereby physicians and surgeons with a special knowledge of the relationship between sickness and injury and conditions of work may discuss their problems, not only with each other, but also with colleagues in other fields, by holding joint meetings with other Sections of the Society'; and, secondly, 'to make available information about the physical, chemical and psychological hazards of occupation, and in particular about those that are rare or not easily recognized'.

At this first meeting of the Section and before, with however laudable intentions, we set about instructing our colleagues in other fields, it will be proper to consider a problem fundamental to our own. How in the first place do we detect these relationships between sickness, injury and conditions of work? How do we determine what are physical, chemical and psychological hazards of occupation, and in particular those that are rare and not easily recognized?

There are, of course, instances in which we can reasonably answer these questions from the general body of medical knowledge. A particular, and perhaps extreme, physical environment cannot fail to be harmful; a particular chemical is known to be toxic to man and therefore suspect on the factory floor. Sometimes, alternatively, we may be able to consider what *might* a particular environment do to man, and then see whether such consequences are indeed to be found. But more often than not we have no such guidance, no such means of proceeding; more often than not we are dependent upon our observation and enumeration of defined events for which we then seek antecedents. In other words we see that the event B is associated with the environmental feature A, that, to take a specific example, some form of respiratory illness is associated with a dust in the environment. In what circumstances can we pass from this

*Meeting January 14 1965*

# President's Address

observed *association* to a verdict of *causation*? Upon what basis should we proceed to do so?

I have no wish, nor the skill, to embark upon a philosophical discussion of the meaning of 'causation'. The 'cause' of illness may be immediate and direct, it may be remote and indirect underlying the observed association. But with the aims of occupational, and almost synonymously preventive, medicine in mind the decisive question is whether the frequency of the undesirable event B will be influenced by a change in the environmental feature A. *How* such a change exerts that influence may call for a great deal of research. However, before deducing 'causation' and taking action we shall not invariably have to sit around awaiting the results of that research. The whole chain may have to be unravelled or a few links may suffice. It will depend upon circumstances.

Disregarding then any such problem in semantics we have this situation. Our observations reveal an association between two variables, perfectly clear-cut and beyond what we would care to attribute to the play of chance. What aspects of that association should we especially consider before deciding that the most likely interpretation of it is causation?

(1) *Strength*. First upon my list I would put the strength of the association. To take a very old example, by comparing the occupations of patients with scrotal cancer with the occupations of patients presenting with other diseases, Percival Pott could reach a correct conclusion because of the *enormous* increase of scrotal cancer in the chimney sweeps. 'Even as late as the second decade of the twentieth century', writes Richard Doll (1964), 'the mortality of chimney sweeps from scrotal cancer was some 200 times that of workers who were not specially exposed to tar or mineral oils and in the eighteenth century the relative difference is likely to have been much greater.'

To take a more modern and more general example upon which I have now reflected for over fifteen years, prospective inquiries into smoking have shown that the death rate from cancer of the lung in cigarette smokers is nine to ten times the rate in non-smokers and the rate in heavy cigarette smokers is twenty to thirty times

as great. On the other hand the death rate from coronary thrombosis in smokers is no more than twice, possibly less, the death rate in non-smokers. Though there is good evidence to support causation it is surely much easier in this case to think of some features of life that may go hand-in-hand with smoking – features that might conceivably be the real underlying cause or, at the least, an important contributor, whether it be lack of exercise, nature of diet or other factors. But to explain the pronounced excess in cancer of the lung in any other environmental terms requires some feature of life so intimately linked with cigarette smoking and with the amount of smoking that ·such a feature should be easily detectable. If we cannot detect it or reasonably infer a specific one, then in such circumstances I think we are reasonably entitled to reject the vague contention of the armchair critic 'you can't prove it, there *may* be such a feature'.

Certainly in this situation I would reject the argument sometimes advanced that what matters is the absolute difference between the death rates of our various groups and not the ratio of one to other. That depends upon what we want to know. If we want to know how many extra deaths from cancer of the lung will take place through smoking (i.e. presuming causation), then obviously we must use the absolute differences between the death rates – 0·07 per 1,000 per year in non-smoking doctors, 0·57 in those smoking 1–14 cigarettes daily, 1·39 for 15–24 cigarettes daily and 2·27 for 25 or more daily. But it does not follow here, or in more specifically occupational problems, that this best measure of the effect upon mortality is also the best measure in relation to ætiology. In this respect the ratios of 8, 20 and 32 to 1 are far more informative. It does not, of course, follow that the differences revealed by ratios are of any practical importance. Maybe they are, maybe they are not; but that is another point altogether.

We may recall John Snow's classic analysis of the opening weeks of the cholera epidemic of 1854 (Snow 1855). The death rate that he recorded in the customers supplied with the grossly polluted water of the Southwark and Vauxhall Company was in truth quite low – 71 deaths in each 10,000 houses. What stands out vividly is the fact that the small rate is 14 times the figure of 5 deaths per 10,000 houses supplied with the sewage-free water of the rival Lambeth Company.

In thus putting emphasis upon the strength of an association we must, nevertheless, look at the obverse of the coin. We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so. Relatively few persons harbouring the meningococcus fall sick of meningococcal meningitis. Relatively few persons occupationally exposed to rat's urine contract Weil's disease.

(2) *Consistency:* Next on my list of features to be specially considered I would place the *consistency* of the observed association. Has it been repeatedly observed by different persons, in different places, circumstances and times?

This requirement may be of special importance for those rare hazards singled out in the Section's terms of reference. With many alert minds at work in industry today many an environmental association may be thrown up. Some of them on the customary tests of statistical significance will appear to be unlikely to be due to chance. Nevertheless whether chance is the explanation or whether a true hazard has been revealed may sometimes be answered only by a repetition of the circumstances and the observations.

Returning to my more general example, the Advisory Committee to the Surgeon-General of the United States Public Health Service found the association of smoking with cancer of the lung in 29 retrospective and 7 prospective inquiries (US Department of Health, Education & Welfare 1964). The lesson here is that broadly the same answer has been reached in quite a wide variety of situations and techniques. In other words we can justifiably infer that the association is not due to some constant error or fallacy that permeates every inquiry. And we have indeed to be on our guard against that.

Take, for instance, an example given by Heady (1958). Patients admitted to hospital for operation for peptic ulcer are questioned about recent domestic anxieties or crises that may have precipitated the acute illness. As controls, patients admitted for operation for a simple hernia are similarly quizzed. But, as Heady points out, the two groups may not be *in pari materia*. If your wife ran off with the lodger last week you still have to take your perforated ulcer to hospital without delay. But with a hernia you might prefer to stay at home for a while – to mourn (or celebrate) the event. No number of exact repetitions would remove or necessarily reveal that fallacy.

We have, therefore, the somewhat paradoxical position that the different results of a different inquiry certainly cannot be held to refute the

original evidence; yet the same results from precisely the same form of inquiry will not invariably greatly strengthen the original evidence. I would myself put a good deal of weight upon similar results reached in quite different ways, e.g. prospectively and retrospectively.

Once again looking at the obverse of the coin there will be occasions when repetition is absent or impossible and yet we should not hesitate to draw conclusions. The experience of the nickel refiners of South Wales is an outstanding example. I quote from the Alfred Watson Memorial Lecture that I gave in 1962 to the Institute of Actuaries:

'The population at risk, workers and pensioners, numbered about one thousand. During the ten years 1929 to 1938, sixteen of them had died from cancer of the lung, eleven of them had died from cancer of the nasal sinuses. At the age specific death rates of England and Wales at that time, one might have anticipated one death from cancer of the lung (to compare with the 16), and a fraction of a death from cancer of the nose (to compare with the 11). In all other bodily sites cancer had appeared on the death certificate 11 times and one would have expected it to do so 10–11 times. There had been 67 deaths from all other causes of mortality and over the ten years' period 72 would have been expected at the national death rates. Finally division of the population at risk in relation to their jobs showed that the excess of cancer of the lung and nose had fallen wholly upon the workers employed in the chemical processes.

'More recently my colleague, Dr Richard Doll, has brought this story a stage further. In the nine years 1948 to 1956 there had been, he found, 48 deaths from cancer of the lung and 13 deaths from cancer of the nose. He assessed the numbers expected at normal rates of mortality as, respectively 10 and 0·1.

'In 1923, long before any special hazard had been recognized, certain changes in the refinery took place. No case of cancer of the nose has been observed in any man who first entered the works after that year, and in these men there has been no excess of cancer of the lung. In other words, the excess in both sites is uniquely a feature in men who entered the refinery in, roughly, the first 23 years of the present century.

'No causal agent of these neoplasms has been identified. Until recently no animal experimentation had given any clue or any support to this wholly statistical evidence. Yet I wonder if any of us would hesitate to accept it as proof of a grave industrial hazard?' (Hill 1962).

In relation to my present discussion I know of no parallel investigation. We have (or certainly had) to make up our minds on a unique event; and there is no difficulty in doing so.

(3) *Specificity:* One reason, needless to say, is the specificity of the association, the third characteristic which invariably we must consider. If, as here, the association is limited to specific workers and to particular sites and types of disease and there is no association between the work and other modes of dying, then clearly that is a strong argument in favour of causation.

We must not, however, over-emphasize the importance of the characteristic. Even in my present example there is a cause and effect relationship with two different sites of cancer – the lung and the nose. Milk as a carrier of infection and, in that sense, the cause of disease can produce such a disparate galaxy as scarlet fever, diphtheria, tuberculosis, undulant fever, sore throat, dysentery and typhoid fever. Before the discovery of the underlying factor, the bacterial origin of disease, harm would have been done by pushing too firmly the need for specificity as a necessary feature before convicting the dairy.

Coming to modern times the prospective investigations of smoking and cancer of the lung have been criticized for not showing specificity – in other words the death rate of smokers is higher than the death rate of non-smokers from many causes of death (though in fact the results of Doll & Hill, 1964, do not show that). But here surely one must return to my first characteristic, the strength of the association. If other causes of death are raised 10, 20 or even 50% in smokers whereas cancer of the lung is raised 900–1,000% we have specificity – a specificity in the magnitude of the association.

We must also keep in mind that diseases may have more than one cause. It has always been possible to acquire a cancer of the scrotum without sweeping chimneys or taking to mule-spinning in Lancashire. One-to-one relationships are not frequent. Indeed I believe that multi-causation is generally more likely than single causation though possibly if we knew all the answers we might get back to a single factor.

In short, if specificity exists we may be able to draw conclusions without hesitation; if it is not apparent, we are not thereby necessarily left sitting irresolutely on the fence.

(4) *Temporality:* My fourth characteristic is the temporal relationship of the association – which is the cart and which the horse? This is a question which might be particularly relevant with diseases of slow development. Does a particular diet lead to disease or do the early stages of the disease lead to those peculiar dietetic habits? Does a

particular occupation or occupational environment promote infection by the tubercle bacillus or are the men and women who select that kind of work more liable to contract tuberculosis whatever the environment – or, indeed, have they already contracted it? This temporal problem may not arise often but it certainly needs to be remembered, particularly with selective factors at work in industry.

(5) *Biological gradient:* Fifthly, if the association is one which can reveal a biological gradient, or dose-response curve, then we should look most carefully for such evidence. For instance, the fact that the death rate from cancer of the lung rises linearly with the number of cigarettes smoked daily, adds a very great deal to the simpler evidence that cigarette smokers have a higher death rate than non-smokers. That comparison would be weakened, though not necessarily destroyed, if it depended upon, say, a much heavier death rate in light smokers and a lower rate in heavier smokers. We should then need to envisage some much more complex relationship to satisfy the cause-and-effect hypothesis. The clear dose-response curve admits of a simple explanation and obviously puts the case in a clearer light.

The same would clearly be true of an alleged dust hazard in industry. The dustier the environment the greater the incidence of disease we would expect to see. Often the difficulty is to secure some satisfactory quantitative measure of the environment which will permit us to explore this dose-response. But we should invariably seek it.

(6) *Plausibility:* It will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced we cannot demand. What is biologically plausible depends upon the biological knowledge of the day.

To quote again from my Alfred Watson Memorial Lecture (Hill 1962), there was

'. . . no biological knowledge to support (or to refute) Pott's observation in the 18th century of the excess of cancer in chimney sweeps. It was lack of biological knowledge in the 19th that led a prize essayist writing on the value and the fallacy of statistics to conclude, amongst other "absurd" associations, that "it could be no more ridiculous for the stranger who passed the night in the steerage of an emigrant ship to ascribe the typhus, which he there contracted, to the vermin with which bodies of the sick might be infected". And coming to nearer times, in the 20th century there was no biological knowledge to support the evidence against rubella.'

In short, the association we observe may be one new to science or medicine and we must not dismiss it too light-heartedly as just too odd. As Sherlock Holmes advised Dr Watson, 'when you have eliminated the impossible, whatever remains, *however improbable*, must be the truth.'

(7) *Coherence:* On the other hand the cause-and-effect interpretation of our data should not seriously conflict with the generally known facts of the natural history and biology of the disease – in the expression of the Advisory Committee to the Surgeon-General it should have coherence.

Thus in the discussion of lung cancer the Committee finds its association with cigarette smoking coherent with the temporal rise that has taken place in the two variables over the last generation and with the sex difference in mortality – features that might well apply in an occupational problem. The known urban/rural ratio of lung cancer mortality does not detract from coherence, nor the restriction of the effect to the lung.

Personally, I regard as greatly contributing to coherence the histopathological evidence from the bronchial epithelium of smokers and the isolation from cigarette smoke of factors carcinogenic for the skin of laboratory animals. Nevertheless, while such laboratory evidence can enormously strengthen the hypothesis and, indeed, may determine the actual causative agent, the lack of such evidence cannot nullify the epidemiological observations in man. Arsenic can undoubtedly cause cancer of the skin in man but it has never been possible to demonstrate such an effect on any other animal. In a wider field John Snow's epidemiological observations on the conveyance of cholera by the water from the Broad Street pump would have been put almost beyond dispute if Robert Koch had been then around to isolate the vibrio from the baby's nappies, the well itself and the gentleman in delicate health from Brighton. Yet the fact that Koch's work was to be awaited another thirty years did not really weaken the epidemiological case though it made it more difficult to establish against the criticisms of the day – both just and unjust.

(8) *Experiment:* Occasionally it is possible to appeal to experimental, or semi-experimental, evidence. For example, because of an observed association some preventive action is taken. Does it in fact prevent? The dust in the workshop is reduced, lubricating oils are changed, persons stop smoking cigarettes. Is the frequency of the associated events affected? Here the strongest

support for the causation hypothesis may be revealed.

(9) *Analogy:* In some circumstances it would be fair to judge by analogy. With the effects of thalidomide and rubella before us we would surely be ready to accept slighter but similar evidence with another drug or another viral disease in pregnancy.

Here then are nine different viewpoints from all of which we should study association before we cry causation. What I do not believe – and this has been suggested – is that we can usefully lay down some hard-and-fast rules of evidence that *must* be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question – is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect?

*Tests of Significance*
No formal tests of significance can answer those questions. Such tests can, and should, remind us of the effects that the play of chance can create, and they will instruct us in the likely magnitude of those effects. Beyond that they contribute nothing to the 'proof' of our hypothesis.

Nearly forty years ago, amongst the studies of occupational health that I made for the Industrial Health Research Board of the Medical Research Council was one that concerned the workers in the cotton-spinning mills of Lancashire (Hill 1930). The question that I had to answer, by the use of the National Health Insurance records of that time, was this: Do the workers in the cardroom of the spinning mill, who tend the machines that clean the raw cotton, have a sickness experience in any way different from that of other operatives in the same mills who are relatively unexposed to the dust and fibre that were features of the cardroom? The answer was an unqualified 'Yes'. From age 30 to age 60 the cardroom workers suffered over three times as much from respiratory causes of illness whereas from non-respiratory causes their experience was not different from that of the other workers. This pronounced difference with the respiratory causes was derived not from abnormally long periods of sickness but rather from an excessive number of repeated absences from work of the cardroom workers.

All this has rightly passed into the limbo of forgotten things. What interests me today is this: My results were set out for men and women separately and for half a dozen age groups in 36 tables. So there were plenty of sums. Yet I cannot find that anywhere I thought it necessary to use a test of significance. The evidence was so clear-cut, the differences between the groups were mainly so large, the contrast between respiratory and non-respiratory causes of illness so specific, that no formal tests could really contribute anything of value to the argument. So why use them?

Would we think or act that way today? I rather doubt it. Between the two world wars there was a strong case for emphasizing to the clinician and other research workers the importance of not overlooking the effects of the play of chance upon their data. Perhaps too often generalities were based upon two men and a laboratory dog while the treatment of choice was deduced from a difference between two bedfuls of patients and might easily have no true meaning. It was therefore a useful corrective for statisticians to stress, and to teach the need for, tests of significance merely to serve as guides to caution before drawing a conclusion, before inflating the particular to the general.

I wonder whether the pendulum has not swung too far – not only with the attentive pupils but even with the statisticians themselves. To decline to draw conclusions without standard errors can surely be just as silly? Fortunately I believe we have not yet gone so far as our friends in the USA where, I am told, some editors of journals will return an article because tests of significance have not been applied. Yet there are innumerable situations in which they are totally unnecessary – because the difference is grotesquely obvious, because it is negligible, or because, whether it be formally significant or not, it is too small to be of any practical importance. What is worse the glitter of the *t* table diverts attention from the inadequacies of the fare. Only a tithe, and an unknown tithe, of the factory personnel volunteer for some procedure or interview, 20% of patients treated in some particular way are lost to sight, 30% of a randomly-drawn sample are never contacted. The sample may, indeed, be akin to that of the man who, according to Swift, 'had a mind to sell his house and carried a piece of brick in his pocket, which he showed as a pattern to encourage purchasers'. The writer, the editor and the reader are unmoved. The magic formulæ are there.

Of course I exaggerate. Yet too often I suspect we waste a deal of time, we grasp the shadow and

lose the substance, we weaken our capacity to interpret data and to take reasonable decisions whatever the value of P. And far too often we deduce 'no difference' from 'no significant difference'. Like fire, the $\chi^2$ test is an excellent servant and a bad master.

*The Case for Action*

Finally, in passing from association to causation I believe in 'real life' we shall have to consider what flows from that decision. On scientific grounds we should do no such thing. The evidence is there to be judged on its merits and the judgment (in that sense) should be utterly independent of what hangs upon it – or who hangs because of it. But in another and more practical sense we may surely ask what is involved in our decision. In occupational medicine our object is usually to take action. If this be operative cause and that be deleterious effect, then we shall wish to intervene to abolish or reduce death or disease.

While that is a commendable ambition it almost inevitably leads us to introduce differential standards before we convict. Thus on relatively slight evidence we might decide to restrict the use of a drug for early-morning sickness in pregnant women. If we are wrong in deducing causation from association no great harm will be done. The good lady and the pharmaceutical industry will doubtless survive.

On fair evidence we might take action on what appears to be an occupational hazard, e.g. we might change from a probably carcinogenic oil to a non-carcinogenic oil in a limited environment and without too much injustice if we are wrong. But we should need very strong evidence before we made people burn a fuel in their homes that they do not like or stop smoking the cigarettes and eating the fats and sugar that they do like. In asking for very strong evidence I would, however, repeat emphatically that this does not imply crossing every 't', and swords with every critic, before we act.

All scientific work is incomplete – whether it be observational or experimental. All scientific work is liable to be upset or modified by advancing knowledge. That does not confer upon us a freedom to ignore the knowledge we already have, or to postpone the action that it appears to demand at a given time.

Who knows, asked Robert Browning, but the world may end tonight? True, but on available evidence most of us make ready to commute on the 8.30 next day.

REFERENCES

Doll R (1964) In: Medical Surveys and Clinical Trials. Ed. L J Witts. 2nd ed. London; p 333
Doll R & Hill A B (1964) *Brit. med. J.* i, 1399, 1460
Heady J A (1958) *Med. World, Lond.* 89, 305
Hill A B
(1930) Sickness amongst Operatives in Lancashire Spinning Mills. Industrial Health Research Board Report No. 59. HMSO, London
(1962) *J. Inst. Actu.* 88, 178
Snow J (1855) On the Mode of Communication of Cholera. 2nd ed. London (Reprinted 1936, New York)
US Department of Health, Education & Welfare (1964) Smoking and Health. Public Health Service Publication No. 1103. Washington

# Exhibit 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (FLW) (LHG) |

**RULE 26 EXPERT REPORT OF**
**ANNE MCTIERNAN, MD, PHD**

Date:   November 16, 2018

Anne McTiernan, MD, PhD

## Table of Contents

Mandate ........................................................................................................................... 3

Credentials, Expertise, and Experience ......................................................................... 3

Overall Approach ............................................................................................................ 7

Executive Summary ........................................................................................................ 8

The Science of Epidemiology ...................................................................................... 10

    Terminology in Epidemiological Studies ................................................................ 11

Types of Epidemiologic Studies on Ovarian Cancer and Exposure to Talcum Powder Products ............. 18

    Critical Components to Both Case-control and Cohort Studies ............................... 18

    Case-control Studies .............................................................................................. 19

    Cohort Studies ........................................................................................................ 20

    Meta-analyses ......................................................................................................... 21

Possible Sources of Bias in Epidemiologic Studies Reviewed ..................................... 22

Causal Inference in Epidemiology ............................................................................... 25

Methods Used for this Review ...................................................................................... 30

Epidemiologic Evidence on the Association between Talcum Powder Products Use and Ovarian Cancer Risk ............................................................................................................................. 31

    Case-control Studies .............................................................................................. 31

    Prospective Cohort Studies .................................................................................... 42

    Meta-Analyses and Pooled Analyses .................................................................... 48

Asbestos, Fibrous Talc, and Heavy Metals in Talcum Powder Products ..................... 56

Biological Mechanisms ................................................................................................. 58

    Evidence of Migration of Talcum Powder Products (Talc, Asbestos, Other Minerals) to the Ovary and Fallopian Tubes ........................................................................................................ 58

    Inflammation in the Causal Pathway between Talcum Powder Product Use and Ovarian Cancer Development ............................................................................................................ 59

    Additional Evidence of Biological Mechanisms ..................................................... 60

Summary of Findings: Weight of the Evidence/Bradford Hill Analysis ........................ 63

CONCLUSION ............................................................................................................... 68

Tables: Epidemiological Studies of Talcum Powder Product Use and Risk of Ovarian Cancer ............... 69

    Table 1: Case-Control Studies ............................................................................... 69

    Table 2: Prospective Cohort Studies ..................................................................... 73

Table 3: Meta-analyses ...................................................................................................... 75

Table 4: Pooled Analysis .................................................................................................... 77

References ............................................................................................................................ 78

Additional Materials and Data Considered ......................................................................... 84

## Mandate

I have been retained to review the current state of the scientific literature regarding talcum powder products and opine on whether those products cause ovarian cancer. When I refer to talc or talcum powder products in this report, I am referring to commercially available talcum powder products and all constituent elements contained within. All my opinions in this report are based upon a reasonable degree of scientific and medical certainty. My time is billed at $450 per hour for the literature review and preparation of this report. I have not previously provided expert testimony in legal cases.

## Credentials, Expertise, and Experience

I am a Full Member at the Fred Hutchinson Cancer Research Center in Seattle, Washington, Division of Public Health Sciences, Program in Epidemiology. I am also a Full Research Professor at the University of Washington School of Public Health, Department of Epidemiology, and the University of Washington School of Medicine, Department of Medicine, Division of Geriatrics. I am an elected member of the American College of Epidemiology, the Obesity Society, and the American College of Sports Medicine. From 2002-2012, I directed the Fred Hutchinson Cancer Research Center's Prevention Center.

I have received several prestigious awards for my research work including: the American College of Sports Medicine Wolffe Lecture, 2018,  the American College of Sports Medicine Citation Award, 2012; the McDougall Mentoring Award, Fred Hutchinson Cancer Research Center, 2011; Komen for the Cure Scientific Advisory Council/Komen Scholars, 2010-2012; the University of Washington Roger E. Moe Award for Translational Research 2009; and the Joan P. Liman MD Award, Recipient, New York Medical College, 1989.

I received my PhD in Epidemiology in 1982 from the University of Washington, and my MD degree in 1989 from New York Medical College. I completed Internal Medicine residency training from the University of Washington in 1992. For the past 25 years, I have focused on epidemiologic research, primarily in cancer and women's health. My research studies used the methodology employed in the talcum powder products and ovarian cancer studies, namely, case-control studies, cohort studies, and meta-analyses. In addition, I have had leadership positions for several randomized controlled trials

3

testing interventions to prevent cancer. I have published over 400 scientific manuscripts in peer-reviewed medical and scientific journals, have contributed to several academic texts, and have edited two academic texts.

I have held several leadership positions in scientific U.S. Government work. Most recently, I was a member of the 2018 U.S. Department of Health and Human Services Physical Activity Guidelines Advisory Committee and was a member of the 2008 U.S. Department of Health and Human Services Physical Activity Guidelines Advisory Committee. I served as chair of the Cancer subcommittees for both Committees. I have served on, or chaired, grant review panels for the U.S. Department of Defense Congressionally Directed Medical Research Programs and the National Institutes of Health, and serve as a program reviewer for NCI intramural epidemiologic research branches and for NCI comprehensive cancer centers.

I have served on editorial boards for the American Association for Cancer Research Cancer Prevention Journal, the Journal of Women's Health, and Medscape Women's Health. I have reviewed manuscripts for over a dozen prestigious journals including: JAMA, Journal of the National Cancer Society, Archives of Internal Medicine, American Journal of Epidemiology, Annals of Internal Medicine, European Journal of Cancer, British Journal of Cancer, Cancer Causes & Control, Cancer Epidemiology Biomarkers & Prevention, Annals of Epidemiology, Epidemiology, and Nutrition.

My research funding has been provided by the U.S. National Cancer Institute, the National Institutes of Health, the National Heart Lung & Blood Institute, Komen for the Cure, the Breast Cancer Research Foundation, National Cancer Institute Canada, and various pharmaceutical companies and other foundations. I have been Principal Investigator of several randomized clinical trials testing effects of various agents in relation to prevention of breast and other cancers, including exemestane, raloxifene, tamoxifen, aspirin, and vitamin D.  In addition, I have been Principal Investigator of four randomized clinical trials testing effects of weight loss and exercise on biomarkers of breast and other cancers. I am co-investigator of a pending National Cancer Institute funded trial testing the effect of exercise on quality of life in women with ovarian cancer.  I was Principal Investigator of the Seattle site of a prospective cohort study of 1100 breast cancer survivors that investigated associations of hormones, inflammation, diet, exercise, obesity, and breast cancer survival. I was Principal Investigator of a case-control study of thyroid cancer and hormones in women, and co-investigator of a case-control study of

4

breast cancer in men. I have published on data from other case-control studies including studies on breast cancer, pituitary tumors, melanoma, and colorectal adenomas. I have collaborated in several prospective cohort studies, resulting in lead, senior, and co-authorship of several epidemiologic manuscripts. These included the Women's Health Initiative Observational Study, the Tromso study, the Carotene and Retinol Efficacy Trial cohort, the VITAL cohort, and the Pancreatic Cancer Cohort Consortium.

While my major focus is in epidemiology of breast cancer, I have also published on ovarian cancer, on gynecologic cancers in general, and on women's cancers, as described below, as well as on colorectal, pancreas, melanoma, and prostate cancers. In my randomized clinical trials and prospective cohort studies, I have investigated the effects of weight loss and exercise on biomarkers of inflammation, which is highly relevant to the topic of this report, because inflammation may be one mechanism linking talcum powder products exposure and risk of ovarian cancer.

My international work in epidemiology has included work with the International Association for Research in Cancer (IARC), the World Cancer Research Fund, and the Norwegian Tromso and EBBA studies. For IARC, I chaired a working group on mechanisms for a monograph on obesity, physical activity, and cancer risk (IARC Handbook of Cancer Prevention 2002: Physical Activity and Weight Control, 2000-1). For the World Cancer Research Fund, I am a member of the advisory panel of experts that guides interpretation of meta-analyses and systematic reviews of nutrition, physical activity, obesity, and risk for many cancers including ovarian cancer (http://wcrf.org/sites/default/files/Ovarian-Cancer-2014-Report.pdf).

From 1992 to 1997, I was the Project Director for clinical work at the Women's Health Initiative Clinical Coordinating Center. I held this role from the inception of the Women's Health Initiative, and therefore directed all aspects of development and implementation of the three clinical trials and observational study. This included development of questionnaires and protocols. Of interest to ovarian cancer and talcum powder products, one of the Women's Health Initiative questionnaires includes questions about use of talcum powder products. Furthermore, ovarian cancer was one of the primary cancers included as an outcome in this study. As Project Director, I oversaw development of the protocol and procedures for ascertainment and adjudication of cancer outcomes, including ovarian cancer. When I stepped down as Project Director (to lead my own National Cancer Institute funded studies), I retained leadership of

5

the outcomes work for the Women's Health Initiative through 2005. This outcomes work entailed identifying cases of specific diseases such as cancer (including ovarian), collecting medical records, and classifying cases according to standardized criteria.

Although I have not personally conducted research on talcum powder products use and risk for ovarian cancer, I have published several manuscripts on gynecologic cancers, including prevention of ovarian cancer in women at high genetic risk, as well as effects of weight and exercise on risk for ovarian cancer and on survivorship in ovarian cancer patients.  In addition, I am co-investigator of a National Cancer Institute grant to test an exercise intervention on quality of life in women with ovarian cancer.

While my expertise is in the area of epidemiology, primarily in women's health and cancer research, I regularly consider the reports and studies from different scientific and medical fields including pathology, oncology, gynecology, physiology, molecular biology, and toxicology, and therefore, I have experience and expertise to consider evidence presented by experts in these fields, as I do when I prepare scientific manuscripts and grant proposals, when I review grants and manuscripts for government and private funding agencies, and when I do peer-reviewing for scientific and medical journals. Attached as Exhibit A to this report is a current copy of my curriculum vitae.

## Overall Approach

The foundation for this report is based upon my education, expertise, and years of experience in designing, conducting, and interpreting epidemiologic studies, as well as my medical training. I drew upon my years of experience with synthesizing and interpreting large numbers of epidemiologic studies for comprehensive reports including work for the U.S. government, the World Health Organization International Agency for Research on Cancer (IARC), and the World Cancer Research Fund. My opinions are based on the published epidemiologic evidence including original case-control and cohort studies, systematic reviews, meta-analyses, and pooled analyses on the topic of talcum powder products exposure and risk of ovarian cancer. In reviewing the epidemiologic literature, I used my experience as a researcher in evaluating study quality, and in determining evidence of association between talcum powder products and ovarian cancer in terms of estimated size of the effect and statistical significance. I drew upon my 36 years as a PhD-trained epidemiologist and 26 years as an MD-trained clinical scientist.

In developing my opinions in this report, I applied the same rigor and standards as I utilize in my academic and research work. In addition to my review of epidemiologic studies, I also considered and reviewed clinical, pathological, and biologic and mechanistic evidence regarding talcum powder product exposure and ovarian cancer development.

# Executive Summary

This review assessed relevant published epidemiologic evidence on the association between use of talcum powder products in the genital/perineal area and risk of developing epithelial ovarian cancer. My review, as discussed more fully in this report, included 38 publications in Medline referenced scientific journals. Of these papers, 28 presented data from case-control studies(1-28), 5 presented results from 3 cohort studies(29-33), 7 were meta-analyses of all epidemiologic studies up to a set date(11, 22, 34-38), and 1 was a pooled analysis of 8 case-control studies(39). All of these form the basis for the conclusions below. The meta-analyses, which included data summarized from all published case-control and cohort studies, consistently showed that ever use of talcum powder products in the genital/perineal area is associated with a statistically significant 22 - 31% increased risk of developing epithelial ovarian cancer overall compared with never-users. Further, the meta-analyses found a statistically significant 24 – 32% increased risk of developing serous ovarian cancer—the most common subtype of epithelial ovarian cancer—in women who had ever used talcum powder products compared with never-users. The pooled analysis, which included data from 5 previously published and 3 unpublished case-control studies, found similar statistically significant increased risks for overall epithelial ovarian cancer and serous ovarian cancer (24%). The two most recent meta-analyses, and the pooled analysis, found evidence of relationships between increasing amount of exposure to talcum powder products in the perineal/genital area (including frequency, years of use, and estimates of lifetime applications) and increased risk of developing epithelial ovarian cancer (i.e., dose-response relationships).

Published laboratory and clinical studies on talc exposure and ovarian carcinogenesis have shown that in humans, talc can migrate from the perineum to the ovaries and that it can cause an inflammatory response. Elevated levels of biomarkers of inflammation (such as cytokines), as well as oxidative stress, provide biologically plausible pathways by which talcum powder product exposure can induce neoplastic transformation and result in ovarian cancer.

Given the frequency with which asbestos, a known carcinogen has been found in cosmetic and personal-use talc products, I reviewed the literature on the epidemiology of asbestos and risk of ovarian cancer. Due to the presence of not only asbestos but fibrous talc, heavy metals, and fragrance, I also reviewed literature on the carcinogenic properties of these constituents. IARC noted in its 2012 report that a causal association between exposure to asbestos and cancer of the ovary was clearly established.(40,

8

41) IARC has classified asbestos and talc containing asbestiform fibers grown in an asbestiform habit as Class 1 carcinogens(40, 42). Talc fibers grown in an asbestiform habit are often referred to as "fibrous talc." The elongated features of fibrous talc have many of the carcinogenic properties of asbestos that are known to cause an inflammatory process.(40) The additional chemicals present in talcum powder products discussed above were also classified by IARC to be carcinogenic(40), contributing to the biologically plausible mechanisms to explain the carcinogenic effects of talcum powder products.

The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects of causation(43), namely: strength, consistency across populations, temporality, biologic gradient (dose-response), plausibility, coherence, and analogy. The weight of the evidence related to genital use of talcum powder products and ovarian cancer development demonstrates a consistent increased risk. There are many instances in which relative risks less than 1.5 are widely accepted within the scientific community as being causative and have strong public health and clinical ramifications, as I point out in the report. Given the high prevalence of use of talcum powder products (as much as half of women in some studies), a relative risk/odds ratio in the range observed in these studies can have profound effects on clinical events and public health.

In my opinion, as an epidemiologist and physician, stated to a reasonable degree of medical and scientific certainty, use of talcum powder products, including Johnson & Johnson Baby Powder and Shower to Shower, in the genital/perineal area can cause ovarian cancer. I base this opinion on the statistically significant elevated risk estimates (relative risk, odds ratios) seen when the epidemiologic data are combined, the pathological evidence, the consistency of results across geographic areas and in different race/ethnic groups, the evidence of a positive dose-response effect, and the plausible biological mechanisms.

## The Science of Epidemiology

Epidemiology is the science of diseases in human populations. Epidemiologists study patterns of disease occurrence to determine causes of the disease of interest, with an aim of finding ways to prevent the disease from occurring.  Epidemiological research describes and seeks to explain the distribution of health and disease within human populations. Its methods are based mainly on comparative observations made at the level of individuals within populations. This type of investigation is known as observational. By relating differences in circumstances and behavior to differences in the incidence of disease, associations are identified that may or may not be causal.

In epidemiological studies, an 'exposure' is a factor or condition that may or may not influence the risk of disease. For assessing effects of some exposures, epidemiologists may employ randomized controlled clinical trials, but for exposures that have possible adverse effects with little known benefit, such studies would be unethical. For example, the effects of vitamin supplements have been tested in large-scale clinical trials to determine effects on risk for several cancers. This was considered ethical because the expectation was that the vitamin supplements could have benefit, and were unlikely to have risk, for study participants.  For toxicological exposures, however, with little expectation of benefit to offset possible adverse effects, observational studies will usually be the only available epidemiological evidence.

Much public health knowledge derives from epidemiological studies. For example, observational epidemiological studies show us that individuals who drink excessive amounts of alcohol have a high risk for developing liver failure and other diseases. Such studies have shown that persons with obesity have a high risk for developing diabetes and that smokers have high risk for developing lung cancer. Similarly, the effects of toxic agents on risk for several diseases have been identified through observational epidemiological studies. Examples include the effect of lead paint on cognitive development in children; the effect of radium exposure on bone health, blood abnormalities, and cancers; and the effect of second hand smoke on risk for lung cancer in nonsmokers.

The associations between talcum powder product use and risk for ovarian cancer have been studied only in two types of epidemiologic studies—case-control and cohort—and therefore this description of epidemiologic methodology below is limited to those types of studies.

## Terminology in Epidemiological Studies

**Disease incidence**:  The incidence of a disease is the number of new cases that occur. An incidence rate is the number of new cases that occur per number of persons over an interval of time. Typically, for cancer, incidence rates per 100,000 individuals per year are determined. The incidence rate for ovarian cancer in the U.S. is approximately 11.7/100,000 women/year (https://seer.cancer.gov/statfacts/html/ovary.html).

**Risk**: The risk of a disease refers to likelihood of its occurrence. In epidemiological studies, risk is usually used in relative terms, that is, the risk of developing cancer in one group versus the risk in another group. In cancer epidemiology, the risk almost exclusively refers to risk of incident cancer, that is, risk of a new cancer occurrence.

**Risk factor**: The World Health Organization defines a risk factor as any attribute, characteristic or exposure of an individual that increases the likelihood of developing a disease or injury (http://www.who.int/topics/risk_factors/en/). Risk factors can be inherent, such as sex, age, and genetics; lifestyle-related such as diet, physical activity, or smoking; health related such as menstrual factors, reproductive history, or history of infectious diseases; toxic exposures such as minerals, metals, chemicals, or radiation; or medical, such as use of particular medications.

**Exposures**: In epidemiological studies, an 'exposure' is a factor or condition that may increase or decrease the risk of disease. In this report, use of talcum powder products is the 'exposure' investigated. Self-reporting of exposure could result in incomplete information. Some women may over-report use of personal products, while others may not recall whether they used the products, how often or at what quantity they used them, or for how long they continued using them. Studies in which participants are queried by trained interviewers may be able to obtain information in greater detail than when participants complete questions on a form.(44) However, women may be reluctant to relay sensitive personal information to an interviewer as opposed to a self-administered form.(44) This type of

11

systematic bias, however, would underestimate the relative risk, suggesting that effects of talcum powder product use in the perineal area may be stronger than reported in epidemiologic studies.

**Association**: Epidemiologists use the term association to describe how a disease occurrence varies as a result of the effect of an exposure. A positive association indicates that the exposure increases risk of the outcome; a negative association indicates that the exposure decreases risk of the outcome.

**Etiology**: The etiology is the cause or origin of a disease or condition.

**Multi-factorial etiology**: Very few cancers occur as a result of only one cause. Most, on the other hand, have several likely causes, each with different levels of effect. The most common risk factor for cancer is age, as older persons have increased risk for developing most of the common cancers. So, even though certain human papilloma viruses increase risk for head and neck cancers, their effect is most often seen with increasing age despite individuals acquiring the virus at a young age. For some cancers, exposures add to the effects of other exposures, or even multiply their effects. For example, both smoking and alcohol use increase risk for squamous cell carcinoma of the esophagus, but individuals who both smoke and drink have a risk of this cancer that is greater than what would be expected by adding the effects of the two exposures.

**Latency period**: The length of time between when a person is exposed to a causal agent and when their cancer is first diagnosed is called the latent period. This period is typically years to decades. For exposures that continue over time, it may not be possible to determine the latency period of that cancer.

**Relative risk, odds ratio, and hazard ratio**: The strength of a relationship between an exposure and the occurrence of disease is commonly expressed in terms of relative risk. In cohort studies, relative risk is the ratio of risk (or incidence) of a disease among people with an exposure to that among people without that exposure. In cohort studies, the hazard ratio can be used, and is the chance of an event occurring in one group (exposed) divided by the chance of the event occurring in another group (non-exposed). In case-control studies, the odds ratio is used, which is the ratio of the odds of exposure among cases to the odds of exposure among controls. Relative risks, odds ratios, and hazard ratios

12

above 1.0 indicate an increased risk, while those below 1.0 imply a protective effect. Therefore, a relative risk of 1.3 represents a 30% increased risk.

**Statistical analyses**: Epidemiologists use several types of statistical analyses to determine the size and significance of relationships among variables in sets of data. The most common in observational studies are the relative risk, odds ratio, and hazard ratio. These estimates are based on individual studies, or on meta-analyses, which are based on data from multiple studies. To determine the likelihood of these being true estimates of risk, rather than just occurring by chance, epidemiologists determine the statistical significance. For the relative risk, odds ratio, and hazard ratio, we calculate a confidence interval (CI), which shows the range of values that the true risk estimate likely represents. Most commonly, we use 95% CI, which means we are 95% sure that a true relative risk or odds ratio lies within that interval of numbers. If a confidence interval includes the number 1.0, then we say the association between the exposure and the disease could be null. Some epidemiologists consider a CI that has 1.0 at one end of the range to be of "marginal statistical significance." A similar statistic is the p-value, which estimates how likely the observed association is likely due to chance. Epidemiologists often consider a p-value less than or equal to 0.05 as "statistically significant," and often describe p-values between 0.05 and 0.09 as "marginally statistically significant." However, the term just refers to the likelihood of a chance finding.

Both confidence intervals and p-values depend largely on the size of the population studied.  If a relative risk/odds ratio indicates an effect that is consistent across studies, or that is large, we are less likely to reject the likelihood of true association, even if the confidence interval includes 1.0 or if the p-value is greater than 0.05.

**Sample size:** Because development of cancer can be a random event, epidemiologists strive to determine whether an association between an exposure and disease could have occurred by chance. If the study is designed appropriately, the chance of random-ness explaining observed associations is lessened. The number of cases of cancer within the study is a critical element to determining likelihood of causality.

13

**Standardized incidence ratio and standardized mortality ratio**: In some epidemiologic studies, only highly exposed persons are available for study. This is a common occurrence in studies of occupations with high levels of exposures to carcinogens, such as asbestos. Researchers typically then compare the incidence (or mortality) in the exposed cohort with the general population from which the exposed cohort is drawn. The standardized incidence ratio compares the actual versus expected number of cases of a disease, using the population data to determine expected numbers. Similarly, the standardized mortality ratio compares actual versus expected numbers of cause-specific or overall deaths. The standardized incidence ratio and standardized mortality ratio are similar to relative risks, and 95% confidence intervals are often presented.

**Dose-response**: "Dose response" began as a medical concept where it denotes a change in the effect of a medication or treatment according to the dose used. This concept can be applied to any exposure, including potentially toxic agents such as talcum powder products.  The demonstration of a biological gradient adds weight to evidence that an exposure may be causal.

Dose response effects may be linear, where an increase in the exposure increases risk of disease at each level of increase in the exposure. A common example is the relationship between average packs/day and years of cigarette smoking and risk for lung cancer. Alternatively, there may be a 'threshold' below which there is no effect seen, but above which there is an effect.  An example is the association between exposure to menopausal hormone therapy; use for short periods has little effect on risk of breast cancer, but risk consistently increases for five years' or longer use.

Alternatively, the effect may be to influence risk one way at both low and high levels of exposure, but the other way at intermediate levels of exposure, shown as 'J'- or 'U'-shaped curves. In such cases, the exposure is evidently beneficial or harmful only within certain ranges. For example, intake of alcohol at small amounts has been related in some studies to lower risk of cardiovascular disease, whereas heavy intake increases risk.

Some exposures that are continuous variables are often reported in discrete categories. Although this is done for statistical reasons and can make effects easier to detect, the number and location of category boundaries may obscure the true relationship between exposure and the outcome, and non-linear effects of exposure may be missed if inappropriate categories are used.

14

**Bias**: A systematic error in the design, recruitment, data collection or analysis that results in a mistaken estimation of the true effect of the exposure and the outcome.

**Confounding**: This type of bias occurs when a third variable interferes with a true relationship between an exposure and an outcome. A confounding variable is one that is related to the risk of disease and to the exposure. It is not by itself a cause of the disease and does not lie in the pathway between the exposure and disease. A classic example is that individuals who report carrying matches in their pockets are more likely to develop lung cancer than individuals who do not carry matches. However, the true relationship is between smoking and lung cancer. Smokers are more likely to carry matches, and it is the smoking that is the true cause. The epidemiologic studies reviewed for this report all adjusted for potential confounding factors.

**Effect modification**: In some persons, an exposure increases risk of disease while in others it has no effect or has a smaller effect. This is called effect modification. An example is that obesity has a larger effect on risk for colon cancer in men than in women.

**Generalizability**: The goal for epidemiologic research is to identify causes of disease that can be applicable to all populations. Most modern-day case-control studies attempt to do this by conducting population-based studies. That is, they identify all cases of a cancer occurring in a population and attempt to interview as many of those cases as possible. They also identify a similar sample of persons from the same population who do not have cancer and attempt to interview as many of those as possible. Many of the case-control studies of talcum powder products identified cases through population-based cancer registries, which register almost 100% of cases of cancer occurring in the population served by the registry. These population-based studies are better able to produce results that are generalizable to the whole population.  Hospital-based case-control studies of ovarian cancer include all cases of the cancer that present to a hospital and compare them to a comparable group of hospitalized patients without cancer. While the comparisons between cases and controls can be valid, the generalizability of the results to the population can be low if patients from the recruiting hospital differ from the population as a whole.

15

Generalizability can be more of an issue for cohort studies, depending on how the study participants were recruited. Three cohort studies have reported on talcum powder product use and ovarian cancer risk. The Women's Health Initiative recruited from the general population of postmenopausal women from 40 clinical centers around the U.S. The rate of response was only around 1-2%, however, and therefore the cohort is unlikely to represent the population of American postmenopausal women. The Nurses' Health Study recruited nurses from around the U.S. Their rate of response was higher than for the Women's Health Initiative, but they are all nurses, and therefore have different health knowledge, income, and socioeconomic status compared with the general U.S. population. The Sisters' Study recruited from the general population, targeting women who had at least one sister with breast cancer. The responding participants therefore represent only women with a family history of breast cancer, and given their self-selection, likely differ from the general population in vulnerability to cancer and other characteristics.

**Exposure measurement**: Defining whether a person is exposed to a potentially causal agent is critical to the science of epidemiology. For many exposures, we must rely on what the individual can tell us about their health habits, lifestyle, work history, and use of products and medications. Recall of these variables can be challenging. Epidemiologists, therefore, often have interviewers use tools to jog participants' memories, such as anchoring around particular ages and life events. The most thorough case-control studies queried about both frequency and duration of use of talcum powder products, as well as brand and type of product, and areas of exposure (e.g., perineal, sanitary napkin, other body areas, diaphragm, etc.) The ascertainment of use of talcum powder products is difficult, especially in determining dose of exposure, because women may have been using powders without being aware of what the product contained. Furthermore, information on the variable contents of talcum powder products (talc, fibrous talc, asbestos, other metals, fragrance) was not available to the scientists conducting the epidemiologic studies. While many epidemiologic case-control studies of talcum powder products and ovarian cancer risk asked women for brand names and dates of use, and analyzed data separately by likely powder contents, these analyses will not have been able to identify the various constituents of talcum powder products.

The Women's Health Initiative asked about duration of use of talcum powder products but did not ask about frequency of use.(29) The Nurses' Health Study asked about frequency of use but did not query regarding duration of use.(31) The Sisters' Study asked participants about use of talcum powder

16

products in the 12 months before study enrollment, and the frequency of use.(30) None of the cohorts, therefore was able to estimate total lifetime dose of talcum powder product exposure. As described below, under-reporting of exposures will underestimate a true relative risk.(45) Therefore, the estimated relative risks in studies that looked at effects of talcum powder product use and risk of ovarian cancer may be under-estimates.

**Diagnosis and classification of disease outcome:** "Outcome" refer to the disease or health condition of interest; in this report, any type of epithelial ovarian cancer is the outcome. In some reports, cancers of the fallopian tubes and peritoneum are combined with epithelial ovarian cancer, as they are believed to be the same biological process and are treated the same as ovarian cancer with surgery and chemotherapy (https://www.cancer.gov/types/ovarian/hp/ovarian-epithelial-treatment-pdq).

Determination of outcomes (sometimes called "events") is a critical part of epidemiologic research. If cases of a disease are over- or under-counted, results of exposure-disease associations will be skewed. If the source of cases differs from the source of controls, comparisons between cases and controls may be biased. In case-control studies, researchers try to include all cases that were newly diagnosed with the disease in a defined population within a set period. Population-based cancer studies often identify cases through population-based cancer registries. Hospital-based studies, conversely, identify cases that were newly diagnosed in one or more hospitals. Whichever method is used, researchers try to include and interview as high a proportion as possible of identified cases, to reduce chances of biased results.

For epidemiologic studies of cancer, it is important to identify, at the minimum, the type of cancer, stage of cancer at diagnosis, and subtype of cancer. Using pathologists' reports from medical records, trained coders classify patients into the correct categories depending on the pathology and other medical records. There are several different subtypes of cancer of the ovary. Over 90% originate in epithelial tissues and are called "epithelial ovarian cancers." The remaining 10% originate in other ovarian tissues (germ cell or sex-cord stromal). Of the epithelial ovarian cancers, approximately 70% are serous, 10% are endometrioid, 12% are clear cell, 3% are mucinous, 1% are Malignant Brenner, and the remaining are mixed histologies.(46) Epithelial ovarian cancer may be invasive or borderline. Only epithelial ovarian cancer has been studied in relation to use of talcum powder products. Therefore, in this report, "ovarian cancer" refers to "epithelial ovarian cancer."

17

# Types of Epidemiologic Studies on Ovarian Cancer and Exposure to Talcum Powder Products

Epidemiologists have assessed the relationships between use of talcum powder products and risk of ovarian cancer development, using several types of epidemiologic studies. The studies with the greatest number of cases of ovarian cancer used case-control designs. Most of these were designed specifically to address use of talcum powder products as a potential cause of ovarian cancer. Three cohort studies have also reported on associations between talcum powder product use and risk of ovarian cancer. These cohort studies were designed to test hypotheses relating hundreds of exposures to scores of disease outcomes including common cancers, cardiovascular disease, cerebrovascular disease, musculoskeletal diseases, and others.  Finally, after several epidemiologic studies were published, researchers combined data from these studies using either meta-analyses or a pooled analysis. The pooled analysis also included data from previously unpublished studies, and therefore provide additional information beyond just summarizing results of published studies. All of these studies contribute to the science of the epidemiologic evidence relating use of talcum powder products to risk of ovarian cancer development. The totality of evidence on the causal effect of talcum powder product use on ovarian cancer development relies on data from epidemiologic studies, pathological evidence of migration to the ovaries of talc and other contents of talcum powder products (such as asbestos), and laboratory evidence.

## Critical Components to Both Case-control and Cohort Studies

1) The accurate and complete ascertainment of cases. In case-control studies, this means that all cases of ovarian cancer should be identified in a given population and as high percent of them should be included in the study as possible. The controls should be free of ovarian cancer and should be as similar as possible to the cases except for the exposure under study. In cohort studies, this means that all individuals should be followed over time to determine how many did or did not develop ovarian cancer. For both types of studies, cases should be confirmed by medical record and pathological report review.

2) Precise determination of exposure. In both case-control and cohort studies, both cases and non-cases should have completed questionnaires about their current and past history of use of talcum powder products, including how often they used the products, when they began use, and number of years used.

In case-control studies, this is often done with the help of a trained interviewer. In cohort studies, which typically involve larger numbers of participants because only a small fraction will go on to develop specific diseases, questionnaires are usually self-administered without the assistance of an interviewer. In cohort studies, exposures should be updated after the baseline assessments, to ensure that changes in exposure can be captured. For an exposure like talcum powder product use, lifetime use would be relevant for determining total exposure. For both case-control and cohort studies, determining early life exposures depend on participants' ability to recall typical use patterns. Interviewer-administered surveys would typically include prompts to help participants recall past habits. Self-administered questionnaires may include some printed prompts, but these are usually minimal.

For a rare endpoint like ovarian cancer, a cohort must be followed for decades in order for a sufficient number of cases to accrue to determine effects of particular exposures. Therefore, there is the possibility of bias towards the null via changes in behavior over the course of the decades of follow-up. A woman who was originally classified as an "ever" talc user will remain an "ever" user even if she subsequently discontinued talc use.  A "never" user who subsequently begins talc use will always be misclassified as a never user unless a follow-up survey records her change in status.

In ideal situations, the precise nature of the exposure would be verified. Despite habitual use, however, quantification of exposure is difficult.

(3) For both case-control and cohort studies, the populations should be well-characterized, so that any potential confounding variables can be accounted for in comparing exposure rates of cases and non-cases.

## Case-control Studies

In case-control studies, individuals diagnosed with a specific type of cancer (cases) are compared with otherwise similar individuals who have not been diagnosed with cancer (controls). The control group is a sample of the population from which the cases arose and provides an estimate of how the exposures being studied are distributed in that population. In the ideal case, the controls will be similar to the cases on all variables other than the exposure under question. Therefore, epidemiologists often match

controls to cases on such variables as age, race, and ethnicity, or they include a large enough sample of participants that they can adjust for these variables.

Case-control studies can enroll a large number of cases, are usually less expensive than cohort studies, and can be completed over shorter periods of time. Relevant to this report, case-control studies also can be designed to answer specific questions related to one outcome, and participants can be queried in detail about certain exposures. Selection bias is an increasing problem if participation rates among case and control groups is substantially less than 100 percent, and where participation may be related (in different ways) to various exposures.

Case-control studies are subject to their own limitations, including recall bias, which can occur when participants' reports of various exposures are differentially affected by whether they are cases or controls in the study. This is a theoretical bias however; studies that have investigated other sources of data on exposures have failed to confirm the presence of differential recall between cases and controls.(47)

One of the case-control studies of talcum powder product use and ovarian cancer risk (1) addressed this issue by counting as "users" only women who had used talcum powder products for at least six months, on at least a monthly basis. This procedure minimizes the potential over-reporting of minimal exposure by cases versus controls.

For this report, I reviewed 28 case-control studies, for most of which the association between use of talcum powder products and risk of ovarian cancer was a primary research questions.

## Cohort Studies

In prospective cohort studies (usually called cohort studies), the exposures of a large group (cohort) of people who are assumed to be healthy are assessed, and the group is followed over a period of time. During the follow-up period, some members of the cohort will be diagnosed with cancer, while others will not, and comparisons are then made between these two groups. Cohort studies may need to be very large (up to hundreds of thousands of participants) to have sufficient statistical power to identify factors that may increase cancer risk by on the order of 20 or 30 percent.  In addition, meaningful

comparisons between cases and non-cases can be made only for factors that vary sufficiently within the cohort. Importantly, cohort studies must identify exposures of interest when participants are enrolled into the study, in order to determine effect of the exposures on eventual development of the outcome of interest. Alternatively, if an exposure is ascertained some time after enrollment (as in the Nurses' Health Study ascertainment of talcum powder product use), the researchers will consider the date of collection of that exposure data to be the start date for follow-up of study participants. Because cohort studies typically are designed to look at multiple outcomes such as cancers, cardiovascular diseases, mortality, and other diseases, information collected on exposures tends to be minimal, to pertain to current levels of exposure, and may not be updated during follow-up.

Cohort studies provide the opportunity to obtain repeated assessments of participants' exposures at regular intervals, which may improve the assessment of the exposures. However, for this to happen, the investigators need to have planned for repeated measures of the exposure. In published cohort studies of talcum powder products and ovarian cancer risk, no repeated measures of talcum powder products were reported.

In cohort studies, the ascertainment and adjudication of cancer outcomes can be accomplished by directly asking participants about illnesses and hospitalizations, and requesting medical records for reviewing these events. In some cases, ascertainment of disease events may be accomplished by linking to a cancer registry.

For this report, I reviewed results of 3 cohort studies, published in 5 papers. None were designed specifically to look at the association between talcum powder product use and risk of ovarian cancer. Further, none of these studies fully ascertained exposure to talc, as will be discussed below.

## Meta-analyses

Because there can be random variations within individual epidemiologic studies, and because very large sample sizes may be needed to see effects on rare diseases, epidemiologists rarely make causal inferences based on results of one study. Rather, we look at the totality of epidemiologic studies to determine patterns of exposure-disease relationships. Meta-analysis is a method used to combine the statistical results of several studies to produce an average estimate of effect of an exposure on an

21

outcome of interest. These summary estimates can provide evidence regarding the presence or absence of an association and can allow examination of dose-response relationships. In the area of talcum powder products use and ovarian cancer, 7 meta-analyses have been published (11, 22, 34-38), two of which are very recent and covered all studies contained in the previous meta-analyses.(34, 35) Of the 7 meta-analyses, 2 were included within reports of individual case-control studies (11, 22); the two recent meta-analyses contained all studies included in these 2 meta-analyses as well.

Pooled analysis is a type of meta-analysis where original individual-level data from various published and/or unpublished epidemiological studies are combined and re-analyzed. The combination of data from multiple studies creates a larger data set and increased statistical power. One such pooled analysis was published on the relationship between talcum powder product use and risk of ovarian cancer, and is heavily cited in this report because of its significance in including very high numbers of women with ovarian cancer and controls, thereby providing a high degree of statistical power.(39)

The 7 meta-analyses that I reviewed for this report included data from available cohort and case-control studies. I also reviewed the pooled analysis of 8 case-control studies.(39) In addition to effect measures (relative risks, odds ratios, hazard ratios) and their confidence intervals (or other test of statistical significance such as p-value), I reviewed the number of people with and without disease for each exposure category, method of exposure ascertainment, estimated exposure categories, assessment of dose-response effects, and effect sizes for all epithelial ovarian cancer and for subtypes of epithelial ovarian cancer (invasive, borderline, serous, endometrioid, mucinous, clear cell).


## Possible Sources of Bias in Epidemiologic Studies Reviewed

All studies of all types must be criticality evaluated for both strengths and potential limitations in order to determine the totality of evidence. Limitations in epidemiologic studies are often characterized as biases. These include the biases listed below.  It is important to note that the presence of bias does not render an epidemiologic study invalid. Rather, biases are issues that should be carefully considered when assessing how much weight should be given to individual studies, and what conclusions can be drawn from them.

**Missing data:** Both case-control and cohort studies can suffer from missing data. If the missing data items are related to the use of talcum powder products, then the estimated relative risks/odds ratios will likely be artificially low. If, in cohort studies, the cases of ovarian cancer are not identified, i.e., the cancer data are missing, the statistical power to detect statistically significant effects will be lessened. Both of these conditions would likely mean the true association between use of talcum powder products and risk of ovarian cancer is actually higher than what is observed in the epidemiologic studies.

**Poor precision of exposure measurement:** Determining whether, how much, and for how long women were exposed to talcum powder products is difficult. Women may not remember the brand of powder products they used, and contents of personal powder products may not be clear or may change over time. Women may not remember the amount of products used, frequency of use, and years of use.

**Publication bias:** The publication of epidemiologic studies depends on several factors. The investigators must have developed hypotheses about certain questions and designed the study accordingly, including asking the correct questions about the exposure and potential confounding variables, and collecting information from a sufficient number of participants. The investigators then need to perform statistical analyses, develop scientific manuscripts, and submit for journal publication. It may be difficult to find a journal that will accept null results (i.e. where an exposure is shown to not be related to an outcome).(48, 49) The pooled analysis of case-control studies provides some reassurance that publication bias is less likely for this association.(39) Of the 8 studies included in that analysis, 3 had not been previously published. Ever use of talcum powder products in the genital area produced odds ratios of 1.37 (95% CI 1.07–1.67), 1.36 (95% CI (1.06–1.74), and 0.99 (95% CI 0.70–1.41) for the 3 individual studies. That the confidence intervals overlapped, and that 2 of the 3 studies showed statistically significant associations, suggest low publication bias for the association between use of talcum powder products in the genital area and risk of developing ovarian cancer.

**Cancer process affecting likelihood of exposure:** If women used talcum powder products in the perineal area due to symptoms from an early cancer process, results of studies could be biased. Cohort studies often guard against this by eliminating cases that develop within a short time of study enrollment. Case-control studies guard against this by asking participants to recall exposures one or more years prior to their cancer diagnosis (and similarly ask controls to recall exposures at least one year prior to interview).

**Confounding:** Variables related to both use of talcum powder products and risk of ovarian cancer could mask the true relationship between these variables. Epidemiologists handle this by adjusting in the analysis for these potential confounding variables. All of the studies reviewed performed adjustment for several potential confounding variables. Those studies that presented both adjusted and unadjusted odds ratios/relative risks found little effect of confounding variables on these relationships.

**Recall bias:** For the case-control studies, media reports of associations between talc and ovarian cancer could have influenced cases such that they recalled use of talcum powder products to a greater degree than controls. However, the studies for which data collection pre-dated news reports of this association showed similar effects to those for which data were collected afterward. Thus, "recall bias" is unlikely to be an issue. As mentioned above, recall bias is a theoretical bias; studies that have investigated other sources of data on exposures have failed to confirm the presence of differential recall between cases and controls.(47)

**Non-response bias:** Case-control studies with low levels of response in cases or controls can be biased, in that the non-responding cases and controls could differ with respect to use of talcum powder products.

**Differential results of cohort versus case-control studies:** Ideally, results of case-control and cohort studies would be similar for the relationship between an exposure and risk of disease. However, there could be several reasons for discrepancy in results between case-control and cohort studies. The exposure measurement may differ in the two types of studies. For example, cohort studies may measure exposure at study entry without updating and without ascertaining lifetime exposure. The study would then have only one time point of an exposure that could significantly attenuate the observed associations between exposure and disease.

**Population-based case-control versus hospital-based case-control studies:** For some exposure-disease relationships, population-based case control studies are the most valid method of comparing risk for exposed versus non-exposed persons because the risks to public health can better be estimated. For others, however, hospital-based case control studies may provide important information because controls with illnesses may be more likely to recall exposures compared with healthy controls from the community, and therefore recall bias can be reduced.

24

## Causal Inference in Epidemiology

The overarching goal of epidemiologic research is to determine likely causes of disease, in order to determine who is at risk for that disease and how to prevent the disease in individuals and populations. Much of epidemiologic observational research in cancer focuses on determining the *associations* between an exposure and an outcome. In other words, in a sample of individuals, are the number of persons exposed to an agent more likely to develop a cancer than those who are not exposed? There are several related questions. For example, will the persons who are exposed to a higher dose have an even greater risk than persons with little exposure? Will those exposed for a longer period of time have greater risk than those exposed for only a short time? Epidemiologists follow guidelines and logic in determining likelihood of an exposure causing cancer.(50) In addition to epidemiologic data, epidemiologists also consider plausible biological mechanisms to explain observed associations. The weight of evidence depends on the validity of the data as well as the clinical and biological evidence, if available, to explain these associations.

In epidemiology, and therefore in this report, a positive association means that the exposure in question increases risk for a disease or outcome. A negative association refers to an exposure decreasing risk for the outcome.

In 1965, English epidemiologist Sir Austin Bradford Hill attempted to describe several aspects of the causal relationship in a speech to the Royal Society of Medicine's newly-established Section of Occupational Medicine.(43)  As  Bradford Hill explained, this is not a checklist of factors to be counted: "What I do not believe—and this has been suggested—is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*."

**These aspects of a causal relationship are:**

***Strength of the association.*** If the risk of developing cancer is several times higher in persons exposed to a toxic agent, that increases the likelihood of causality. It is not a necessary condition for establishing causality and providing recommendations for avoiding a potential cancer-causing agent, however.

25

Indeed, several carcinogens raise risk of cancer less than doubling of risk, but because of a high prevalence of exposure, can have major public health effects. Other exposures may be highly prevalent to certain groups such as factory workers; such exposures need to be minimized to meet government regulations for worker safety. Several examples follow:

Alcohol and risk for postmenopausal breast cancer: Risk for postmenopausal breast cancer increases by approximately 10% (a relative risk of 1.1) for each 10 gram/day intake of alcohol (the amount in a four-ounce glass of wine).(51) Women are advised to avoid alcohol or minimize alcohol intake to no more than one alcoholic drink per day to reduce risk for this cancer.(51) As Bradford Hill pointed out in his address: "We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so."(43)

Air pollution and risk for cardiovascular disease: A 2013 meta- analysis found that for each 10 $\mu g/m3$ rise in $PM_{2.5}$, the air pollution caused by motor vehicles, yields an 15% increase in risk of cardiovascular disease (similar to a relative risk of 1.15). Given the widespread prevalence of exposure to ambient pollution, even modest contributions to cardiovascular disease risk can have a substantial effect on population health. (52)

Outdoor particulate matter air pollution and lung cancer: A 2014 meta-analysis including 18 studies showed a relative risk of 1.09 (95% CI 1.04-1.14) per 10-$\mu g/m^3$ of exposure to particulate matter ($PM_{2.5}$).(53) This is highly significant, because 10-$\mu g/m^3$ of exposure to $PM_{2.5}$ is the lowest recommended limit set by IARC for minimizing health effects of air pollution.

Benzene at work and risk of leukemia: In 2010, a meta-analysis of 15 epidemiologic studies found that worksite benzene exposure increased risk of any leukemia by 40% (relative risk 1.40, 95% CI 1.23-1.57).(54)

Estrogen-progestin menopausal hormone therapy and breast cancer risk: The Women's Health Initiative clinical trial showed that this type of hormone therapy increases risk of breast cancer by 26% after an average 5 years of use. That level of risk was sufficient for clinical interest groups and governmental agencies to advise women to use hormone therapy for limited periods of time, if at all, because of risk

for breast cancer and other adverse events with similar levels of increased risk (29% increase in coronary heart disease, and 41% increase in stroke).(55) A meta-analysis of clinical trials and observational studies in 2018 found that use of this therapy increased risk of breast cancer by 59% (relative risk 1.59, 95% CI 1.40-1.81).(56) These results led to FDA-required label warnings on estrogen and progesterone therapy preparations(57), and to clinical warnings against use of estrogen plus progesterone for prevention of chronic conditions.(58)

Trichloroethylene and risk of kidney cancer: In 2012, a meta-analysis was published showing that occupational exposure to trichloroethylene was associated with an approximately 30% increased risk for kidney cancer (relative risk 1.32, 95% CI 1.17-1.50).(59)

Regular physical activity is associated with reduced risk for cardiovascular disease, diabetes, and various cancers in persons who meet national physical activity guidelines of 150 minutes/week of moderate-intensity aerobic activity.(60)  In one large pooled analysis of 6 cohorts with 661,137 men and women, investigators found a 20% lower mortality risk among those performing less than the recommended minimum of 7.5 metabolic-equivalent hours per week (hazard ratio, 0.80 [95% CI, 0.78-0.82]), a 31% lower risk at 1 to 2 times the recommended minimum (hazard ratio, 0.69 [95% CI, 0.67-0.70]), and a 37% lower risk at 2 to 3 times the minimum (hazard ratio, 0.63 [95% CI, 0.62-0.65]).(61) To compare with the relative risks for adverse exposure, one would look at the inverse of the hazard ratios, i.e., 1.25, 1.45, and 1.59.

Intermittent intense sun exposure and risk of melanoma: A 2005 meta-analysis included data from 57 epidemiologic studies with 38,671 cases of melanoma, and found a relative risk of 1.61 (95% CI 1.31-1.99) for intermittent intense sun exposure.(62)

Prevention of skin cancer with use of sunscreen has also been observed, with similar effect sizes. In a 4.5-year trial with an additional 8-years follow-up, individuals randomly assigned to daily sunscreen use had almost a 40% reduced risk of squamous cell carcinoma (rate ratio, 0.62; 95% confidence interval, 0.38-0.99).(63) To compare with the relative risks for adverse exposure, one would look at the inverse of the risk ratio, i.e., 1.6.

***Consistency of the association.*** A consistent association would be observed in various populations, places, circumstances, and times. Has the association been found in different countries, in persons from

27

various race/ethnic groups, and of different ages? This is also not a requirement, as there could be occasions when an exposure only increases risk for specific categories of individuals. An example, again from the breast cancer field, is that obesity increases risk for breast cancer occurring after menopause but decreases it for women who have not yet undergone menopause. Relevant to the association between ovarian cancer risk and use of talcum powder products, the association has been observed in the U.S., Canada, China, Australia, Israel, and the UK. While most data have been collected in Whites, a positive association between use of talcum powder products and risk for ovarian cancer has also been found in Blacks and Asians.

**Specificity of the association:** This suggests that if an exposure causes only one type of disease, that its causal link to that disease is strengthened. However, Bradford Hill recognized the limits of this aspect. One noxious agent, such as tobacco smoke, is an accepted cause of multiple cancers as well as cardiovascular disease. Similarly, one disease can have multiple causes. For example, lung cancer risk is increased with exposure to radon and asbestos, even in persons who do not smoke. In support of this, Bradford Hill stated, "One-to-one relationships are not frequent. Indeed I believe that multi-causation is generally more likely than single causation…"(43)

**Temporality:** The time course between exposure and disease occurrence is an important consideration. Bradford Hill was referring to the need to document that the exposure came before the disease, rather than something about the disease causing a person to come into contact with the exposure. This is why, for case-control studies, researchers have often queried women about their lifetime history of use of talcum powder products, beginning from young ages. Some cohort studies, on the other hand, asked about current use of these products when the women were first enrolled in the cohort. However, for all of these studies, only talcum powder product use prior to the cases' diagnoses (and prior to a comparable time point for controls, in case-control studies) was counted as "exposure."

**Biologic gradient:** This refers to the dose-response curve or the shape of the association between exposure and risk as the amount of exposure changes. If risk for a disease increases with increasing amount of exposure, the likelihood of a causal relationship is often increased. The exposure can be classified by total duration of exposure, by usual amount of exposure, or by a combination of these two. For use of talcum powder products, dose has been estimated by total years of use, by frequency of use, and by a combination of these two variables. It should be noted that ovarian talc particle burden may

28

not be influenced by number of applications of perineal talc usage(64), and therefore the typical dose-response relationship may not be necessary for establishing causality between perineal talcum powder product use and risk for ovarian cancer. Indeed, there are numerous substances for which there is no safe dose.

**Plausibility:** The association is strengthened if it is biologically plausible. However, Bradford Hill recognized that "What is biologically plausible depends upon the biological knowledge of the day." It is important to note that biologic plausibility does not require proof of mechanism.

**Coherence:** The cause-and-effect interpretation of the data should not significantly conflict with the known facts about the natural history and biology of the disease. Therefore, for example, the concurrent rise in tobacco smoking rates and rise in lung cancer incidence in the 20th century in the U.S., as well as the more recent concurrent decrease in smoking rates and decrease in lung cancer occurrence, strengthen the association between smoking and lung cancer as causal. For the case of use of talcum powder products and ovarian cancer risk, the prevalence of other risk and protective factors (e.g., use of oral contraceptives, hysterectomy, and tubal ligation as protective factors, obesity as risk factor) changed over time in the general population. Therefore, it would be difficult to determine if ovarian cancer incidence time trends vary by changes in use of talcum powder products. The biology involves, as described below, the migration of talc to the ovaries, the inflammatory process which talc elicits, and the carcinogenetic effects of inflammation.

**Experiment:** The evidence from randomized controlled trials can provide strong support to observational evidence. However, in many situations, randomized controlled trials are not feasible. In the case of talcum powder products and ovarian cancer risk, a trial would have to be very large, involving 50,000 women or more, followed for decades, to determine effects of use of talcum powder products on risk for ovarian cancer. This is because ovarian cancer is a rare disease and typically takes many years to develop to be clinically diagnosable. In addition, because the effects of genital talcum powder product use could be harmful, it would be unethical to conduct a trial of this type.

**Analogy:**  Bradford Hill states that in some circumstances it would be fair to judge by analogy. Therefore, since some toxic agents such as thalidomide or rubella have been shown to cause birth defects, other drugs or viral exposures may be recognizable as possibly leading to harmful effects to a

29

fetus. Regarding talcum powder products use and ovarian cancer use: since increased inflammation has been associated with increased ovarian cancer risk, and since talc causes an inflammatory response in tissues, this strengthens the link between talcum powder products use and ovarian cancer risk.

## Methods Used for this Review

In performing this evidence review and for purposes of my opinions, I first conducted a review of the relevant literature on the epidemiology of ovarian cancer risk in relation to use of talcum powder products, using the same process I use for systematic review articles I write for my academic work.(60, 65) I triaged articles by title, then by abstract, and finally by complete paper. As I read the epidemiologic literature, I considered the "Bradford Hill" aspects of causal inference(43), as well as causal inference as defined by Rothman(50), and weighed the evidence. My search identified studies that both support and do not support my eventual opinion on whether use of talcum powder products can cause ovarian cancer.

 I searched in the PubMed database for research studies published in peer-reviewed, PubMed indexed journals, using the following search terms: ("talc" OR "talcum powder") AND ("ovarian cancer" OR "ovarian carcinoma").

The search produced 110 references, of which 7 included meta-analyses (11, 22, 34-38), one was a pooled analysis (39), and 33 were reports of original epidemiologic studies that tested the association between talcum powder products and risk of ovarian cancer.

I did not perform a meta-analysis, because excellent meta-analyses have been recently published,(34, 35) and all of the published meta-analyses showed similar relative risk estimates for use of talcum powder products and risk of ovarian cancer. For all of the reviewed studies, I performed data extraction using a standardized data extraction table (see Tables 1-4). I recorded information on the publication year, study design, number of cases, number of controls (for case-control studies), total sample size (for cohort studies), population type, country, risk estimates, confidence intervals, and the type of ovarian cancer. I also indicated whether dose-response relationships were assessed, method used, and results.

In this report, I provide descriptions of the study methods and main study results including risk estimates (odds ratio, relative risk, or hazard ratio). All studies included control for some confounders and presented the risk estimates with adjustment for the confounders. I present below the results from adjustment with the greatest number of variables.

# Epidemiologic Evidence on the Association between Talcum Powder Products Use and Ovarian Cancer Risk

## Case-control Studies

Schildkraut *et al*. (2016)(1) investigated the association between body powder use and ovarian cancer in African American women in 11 geographic areas of the U.S. Included were 584 cases and 745 controls, in a population-based study. Cases were identified through state or SEER cancer registries, or through hospital gynecologic oncology departments. Controls were randomly selected from the same populations as the cases. Participants were asked in a phone interview whether they had ever regularly used talc, cornstarch, baby, or deodorizing powders. Women were classified as "regular users" if they reported using any of these powders at least monthly for at least 6 months, and "never users" otherwise. Regular users were asked about frequency and duration of use; use on genital areas, underwear, sanitary napkins, or diaphragms; and use on non-genital areas. Lifetime number of applications was estimated as number of applications per month times number of months used. Occupational exposure (yes/no) was ascertained for a subset of participants. Use of genital powder was associated with a statistically significant 44% increased risk for ovarian cancer (odds ratio 1.44, 95% CI 1.11-1.86). A dose-response trend was noted: compared with never-users, women who used genital powder less than daily had a 12% increased risk for ovarian cancer, while women who used genital powder daily had a 71% increased risk. The statistical test for trend was significant (p < 0.01). Furthermore, a greater number of years used increased risk further: compared with never-users, women who used genital powders for less than 20 years had a 33% increased risk of ovarian cancer, while those who used genital powders for 20 years or more had a 52% increased risk of ovarian cancer. The statistical test for trend was significant (p = 0.02). Estimated lifetime number of applications was also related to risk in a dose-dependent manner. Compared with never users, those who used few than 3600 genital powder applications had a 16% increased risk for ovarian cancer, while those who used 3600 or

more applications had a 67% increased risk. The statistical test for trend was significant (p < 0.01). Risk of both serous and non-serous ovarian cancer increased statistically significantly with any genital powder use by 38% and 63%, respectively (odds ratios, 1.38, 95% CI 1.03-1.85, and 1.63, 95% CI 1.04-2.55, respectively).

Cramer *et al*. (2016) (2) reported on association between genital talc use and risk of ovarian cancer in 2,041 cases of ovarian cancer and 2100 controls. Cases were combined from three case-control studies interviewed in 1992-97, 1998-2002, and 2003-2008. Cases were identified from tumor boards and registries in Eastern Massachusetts and Massachusetts. Controls were identified from the same populations as controls. Interviewers asked participants if they "regularly" or "at least monthly" applied powder to the genital or rectal area, sanitary napkins or tampons, underwear, or non-genital areas. Type of powder, age begun, years used, and applications per month were ascertained. Lifetime exposure was estimated by multiplying frequency of applications per month by months used, and talc-years were calculated. Participants were then divided into quartiles according to these variables. Participants were also asked if their partners dusted or sprayed powder to their genital or rectal areas. Condom and diaphragm use were ascertained as potential sources of genital talc exposure. Genital talc use was associated with a statistically significant 33% increased risk of ovarian cancer (odds ratio 1.33, 95%CI 1.16-1.52). Risk decreased with increasing time since last use. There was a clear trend to increasing risk for ovarian cancer with increasing frequency of use: compared with never users, risks for 1-7 days per month, 8-29 days per month, and 30 or more days per month were increased by 17%, 37%, and 46%, respectively, and the trend was statistically significant (p<0.0001). Furthermore, as months per year of use increased, risk increased, and the trend was statistically significant (p=0.006).  Risk for serous invasive, endometroid invasive, and serous borderline were increased with any genital talc use, by approximately 40%, and all were statistically significant. Risks of serous invasive and endometroid also increased significantly with increased talc-years of use. Risks of serous invasive were increased in both premenopausal and postmenopausal women who used genital products, but the results were only statistically significant in premenopausal women. Premenopausal women and postmenopausal women using hormone therapy had the largest risks associated with talcum powder product use for most types of ovarian cancers.

Wu *et al*. (2015) (3) investigated the associations of risk of ovarian cancer and talcum powder products use and other risk factors. Cases were identified through the SEER population-based University of

Southern California cancer registry. A total of 1,701 patients were included; and 2,319 controls were recruited from the cases' neighborhoods using random selection from population lists. In-person interviews were conducted. To determine use of talcum powder products, women were asked if they ever used talc at least once per month for 6 months or more.(6) If the response was positive, they were asked whether they had ever used talc in non-perineal areas (feet, arms, chest or back), perineal areas, or on underwear or sanitary pads/diaphragm. Questions on talc use included age at first use, frequency of use (times per month) and years of talc use. Use of genital talc for one year or more was associated with a statistically significant 46% increased risk for ovarian cancer (odds ratio 1.46, 95% CI 1.27-1.69). Similar relative risks were seen in non-Hispanic white, Hispanic, and African-American women. A dose-response analysis found that for each 5-year use of genital talc products, risk for ovarian cancer increased by a statistically significant 14% (95% CI 1.09-1.20).

Kurta *et al*. (2012)(4) published results of a population-based case-control study based in Western Pennsylvania, Eastern Ohio, and Western New York State. A total of 902 cases were enrolled, and 1,802 controls were randomly selected from the general population of those areas. Perineal talc use was defined as ever using dusting powder or deodorizing spray on the genital or rectal areas, on sanitary napkins, on underwear, or on diaphragms or cervical caps. Use of perineal talc increased risk for ovarian cancer by a statistically significant 40% (odds ratio 1.40, 95% CI 1.16–1.69).

Rosenblatt *et al*. (2011) (5) published results of a population case-control study set in western Washington that investigated the association between genital powder exposure and risk of ovarian cancer. A total of 812 women with ovarian cancer were identified through a population-based cancer registry and interviewed. A total of 1,313 controls were selected at random from the western Washington population. Sources of genital powder were ascertained, including direct perineal application, use on sanitary napkins and diaphragms, and use of deodorant vaginal spray. For powder use on sanitary napkins and use of vaginal deodorant sprays, the authors recorded the total number of months or years in which these products were used. For use of perineal powder, the investigators recorded the age began and ended, number of weeks or months of use per year, and average days per week used. Study participants were also asked about the types of powder used, including talcum, baby, cornstarch, deodorant, body/bath, and other or unknown. The authors then calculated the lifetime duration of use, and estimated lifetime number of applications. Perineal use of powder was associated with a non-statistically significant 27% increased risk for ovarian cancer (odds ratio 1.27, 95% CI 0.97-

1.66). The risk for borderline ovarian tumors was statistically significantly raised by 55% (odds ratio, 1.55, 95% CI 1.02-2.37), whereas risk for invasive ovarian cancers was increased by a non-statistically significant 27% (odds ratio 1.27, 95% CI 0.87-1.58). Use of powder on either sanitary napkins or diaphragms did not increase risk. Use of vaginal deodorant spray increased risk by a non-statistically significant 15% (odds ratio 1.15, 95% CI 0.85-1.56). None of the dose-response or time variables (years of use, lifetime number of applications, age at first use, age at last use, calendar year of first use, time since first and last uses) showed evidence of increasing relative risk of ovarian cancer with increasing level of exposure to talcum powder products. Similarly, there was no evidence of increased risk for ovarian cancer with increasing dose of powder use on sanitary napkins, or of vaginal deodorant sprays. Use of perineal powder increased risk for mucinous borderline, serous borderline, endometrioid, and other non-mucinous ovarian cancers by 47% to 78%, but none of the odds ratios was statistically significant.

Wu *et al.* (2009) (6) presented results of a case-control study of ovarian cancer with 609 cases and 688 controls. Risk of ovarian cancer among users of talcum powder products in the perineal area was increased by 53% (odds ratio 1.53, 95% CI 1.13-2.09). Risk of serous ovarian cancer was also significantly elevated (odds ratio 1.70, 95% CI 1.27-2.28). A statistically significant trend to increased risk with lifetime numbers of applications was observed. Compared with no use, odds ratios for those with $\leq$ 5200, >5200 - $\leq$15,600, >15,600 - $\leq$52,000, and > 52,000 applications were 1.2, 1.38, 1.34, and 1.99, respectively ($p_{trend}$ = 0.0004).

Moorman *et al.* (2009) (7) published data from a population-based case-control study in White and Black women. In total, 1114 cases and 1086 controls were interviewed. They found no association of genital talcum powder product use and risk for ovarian cancer in Whites (odds ratio 1.04, 95% CI 0.82-1.33), and a non-statistically significant increased risk in Blacks (odds ratio 1.19, 95% CI 0.68-2.09). Neither dose-response nor effects by histologic subtype were addressed.

Merritt *et al.* (2008) (8) published results from an Australian-wide population-based case-control study on talcum powder products and risk of ovarian cancer. Included were 1,576 women with ovarian cancer and 1,509 population-based controls. Women provided information on self-administered questionnaires. They were asked if they had ever used powder or talc in the genital area, on underwear, or on sanitary pads or diaphragms. They were also asked about age at first use and years of talc use in

these areas. Duration of talcum powder use prior to and after surgical sterilization was calculated, and all analyses were limited to the time when the fallopian tubes would have been patent. Use of talc elsewhere was also collected. Ever use of talc in the perineal region was associated with a statistically significant 17% increased risk for ovarian cancer (odds ratio 1.17, 95% 1.01-1.36). The increase was strongest for serous (odds ratio 1.21, 95% CI 1.03-1.44), but was also seen for endometrioid (odds ratio 1.18, 95% CI 0.81-1.70). A statistically significant dose-response trend for years of perineal talcum powder use prior to surgical sterilization was seen for all cases combined (p=0.021) and for serous ovarian cancer (p=0.022). While not statistically significant, increasing years of use was associated with increased risk of mucinous and endometrioid ovarian cancers.

Mills *et al*. (2004) (9) reported on a population-based case-control study in 22 counties of Central California. A total of 256 cases were recruited from cancer registries and interviewed, and 1,122 population-based controls were randomly selected and interviewed. Women were asked the following about use of talcum powder: use in the genital area, years of use, frequency of use, and total duration of use. Ever use of perineal talc statistically significantly increased risk for ovarian cancer by 37% (odds ratio 1.37, 95% CI 1.02-1.85). There was a statistically significant trend found in the dose-response analysis of frequency of use; women using talc 4-7 times per week had a 74% increased risk for ovarian cancer (p=0.015). There was an indication of trend with duration of use up to 4-12 years, although number of years beyond that did not increase risk further. A similar relationship was found for cumulative dose (frequency times duration). Risk of serous ovarian cancer was also statistically significantly elevated (odds ratio 1.77, 95% CI 1.12-2.81).

Ness *et al*. (2000) (10) recruited women with ovarian cancer ascertained from 39 hospitals in Eastern Pennsylvania, Southern New Jersey, and Delaware. A total of 767 cases of ovarian cancer were interviewed, along with 1,367 population-based controls. Women were asked if they ever used talc, baby, or deodorizing powder at least once per month for 6 or more months in their genital or rectal area, on sanitary napkins, on underwear, on a diaphragm or cervical cap, or on non-genital areas. They also were asked about male partner use of talc to the genital area or underwear. Compared with never-users, women who used talc in genital/rectal areas had a statistically significant 50% increased risk for ovarian cancer (odds ratio 1.5, 95% CI 1.1-2.0). Those who used it on sanitary napkins had a statistically significant 60% increased risk for ovarian cancer (odds ratio 1.6, 95% CI 1.1-2.3). Use on underwear increased risk by a statistically significant 70% (odds ratio 1.7, 95% CI 1.2-2.4). Use on a

diaphragm/cervical cap or by a male partner did not increase risk. Among those who used in the genital/rectal or other body areas, there was no evidence of increasing risk with increasing numbers of years of use.

Cramer *et al.* (1999) (11) published results of a population-based case-control study with 563 cases of ovarian cancer and 523 controls. Risk of ovarian cancer among women with perineal talcum powder product exposure was increased 60% compared with non-exposed (odds ratio 1.6, 95% CI 1.18-2.15). Risk of invasive serous ovarian cancer was significantly increased (odds ratio 1.7, 95% CI 1.22-2.39). No dose-response effect, as defined by duration, was seen.

Wong *et al.* (1999)(12) conducted a hospital-based case-control study in Buffalo, NY, comparing 499 patients with ovarian cancer and 755 patients with non-gynecological malignancies. No details were given on how talcum powder product use was ascertained, but women were queried on site of talc use (sanitary napkin vs. genital/thigh area) and duration of use. Compared with non-users, those who used on sanitary napkins or genital/thigh areas had no increase in risk for ovarian cancer. Furthermore, there was no apparent trend toward greater risk with longer duration of use. Finally, there was a non-statistically significant 20% increased risk of serous ovarian cancer with talcum powder product use (odds ratio 1.2, 95% CI 0.7-2.1).

Godard *et al.* (1998)(13) studied risk of sporadic (101 cases) or familial (51 cases) ovarian cancer according to perineal talc use compared with 152 control in Montreal, Canada. Cases were diagnosed at one of two teaching hospitals; controls were randomly selected from the population. Talc use questions were not detailed in the paper, but the variable of "ever" versus "never" perineal use of talc was reported. Women who had ever used perineal talc had a 2.49 times greater risk of developing any ovarian cancer (relative risk 2.49, 95% CI 0.94-6.58, p=.066), which was marginally statistically significant. The relative risk for sporadic ovarian cancer was 2.45 (95% CI 0.85-7.07, p=0.098), and for familial ovarian cancer it was 3.25 (95% CI 0.85-12.4, p=.084).

Green *et al.* (1997)(14) included 824 Australian women with ovarian cancer who were identified through cancer registries, as well as 855 population-based controls. No details were provided on the specific questions posed regarding talc use, but perineal use was ascertained, as well as duration and ages/years used. Women who had ever used talc in the perineal region had a statistically significant 30% increased

36

risk for ovarian cancer (relative risk 1.3, 95% CI 1.1-1.6). The authors investigated whether a history of surgical sterilization affected this relative risk (the rationale being that women who are surgically sterilized would have lower chance of talc migrating up to the ovaries). They found that compared with women who had neither used talc nor had surgical sterilization, risk was highest among talc users without surgery (relative risk 1.3, 95% CI 1.0-1.7) and lowest among women with a history or tubal sterilization or hysterectomy who had not applied talc to the perineum (relative risk 0.6, 95% CI 0.5-0.84). No dose-response relationship by duration of use was found.

Cook *et al*. (1997) (15) reported on a population-based case-control study including 313 cases of ovarian cancer identified through a cancer registry and 422 population-based controls in Western Washington. Women were queried about storing diaphragms in powder, dusting perineal areas with powder after bathing, powdering sanitary napkins, and using genital deodorant sprays (which may contain aerosolized powder). Women were further asked about duration and frequency of powder application and about types of powder applied. There was a statistically significant 50% increase in risk of ovarian cancer associated with use of any of the genital powder applications (perineal application, sanitary napkins, genital deodorant sprays, diaphragms) (relative risk 1.5, 95% CI 1.1-2.0). The risk was highest, and statistically significant, in those women who dusted perineal areas with powder (relative risk 1.8, 95% CI 1.2-2.9). Compared with never users of genital deodorant sprays, women who used these products for 12 months or less had a relative risk for ovarian cancer of 1.5, while those who used them for more than 12 months had a relative risk of 2.7. Compared with never users of genital deodorant sprays, women who used 500 lifetime applications or less of genital deodorant sprays had a relative risk for ovarian cancer of 1.7, while those who used more than 500 applications had a relative risk of 2.6. Both of these dose-response trends were statistically significant (p < 0.05). None of the other types of perineal talcum powder product use showed trends to greater risk with greater estimated duration used or applications. The authors then categorized powders into specific types: cornstarch, talcum powder, baby powder, deodorant powder, and scented body/bath powder (assuming talcum powder was likely a constituent of the latter three as well). Exclusive use of cornstarch, or of deodorizing powder, was not associated with increased risk for ovarian cancer, but the numbers of cases were very small (5 and 9, respectively). Exclusive use of other types of powder increased risk between 20 and 60 percent, but the results were not statistically significant. Risk for serous ovarian cancers was statistically significantly increased by 70% in women who ever used any genital powder (relative risk 1.7, 95% CI 1.1-2.5). The relative risk for

"other tumors" among ever users was 1.8 (95% CI 1.1-2.8), while risks for mucinous or endometrioid tumors were not increased in genital powder users.

Chang *et al*. (1997)(16) reported on the association between talcum powder product use and risk of ovarian cancer in a population-based case-control study in Ontario, Canada. A total of 450 patients with borderline or invasive ovarian cancer and 564 population controls were interviewed. Women were asked about regular talc use and type of talc used, as well about duration and frequency of use. Women were queried about regular application of talc to the perineum and about use of talc on sanitary napkins. Use of cornstarch on the perineum and sanitary napkins was also ascertained. Women with any regular talc exposure had a statistically significant 42% increased risk of developing ovarian cancer (odds ratio 1.42, 95% CI 1.08-1.86). Use of cornstarch was not associated with increased risk, although this was a very uncommon exposure in this study. Use of talc on sanitary napkins increased risk to a lesser degree (odds ratio 1.26, 95% CI 0.81-1.96), as did use of talc only in the perineal area (odds ratio 1.31, 95% CI 1.00-1.73). A dose-response trend was seen: per 10 years of use of talc to the perineal area, risk of ovarian cancer increased by 6% (odds ratio 1.06, 95% CI 0.99-1.14). Frequency of use per month, however, did not show a dose-response trend. Use before and after 1970 showed almost identical odds ratios. Risk was higher prior to tubal ligation/hysterectomy than after either procedure. Risk was increased for all types of ovarian cancer included (invasive, borderline, serous, mucinous, and endometrioid). Only for invasive cancer was the odds ratio statistically significant, likely due to the larger numbers of cases in that category.

Shushan *et al*. (1996)(17) published results of a population-based case-control study in Israel, looking at the association between talcum powder product use and risk of invasive or borderline ovarian cancer. A total of 200 cases, identified through a cancer registry, were interviewed, as were 408 controls selected randomly from the same population. Details of the talcum powder product use on the standardized questionnaire were not provided. Women who reported using talc "moderate to a lot" versus "never or seldom" had twice the risk of developing ovarian cancer, and the result was statistically significant (odds ratio 2.0, p=0.04).

Purdie *et al*. (1995)(19) studied the association between talcum powder product use and ovarian cancer risk in 3 Australian states. Cases were recruited from registries at three oncology treatment centers, and controls were chosen randomly from the general population. The details of the interview items on talc

were not provided. Women who used talc around the perineum or abdomen had a statistically significant 27% increased risk for ovarian cancer (odds ratio 1.27, 95% CI 1.04-1.54).

Cramer *et al.* (1995)(18) published results of two case-control studies, in which a total of 450 women diagnosed with ovarian cancer in Boston, MA area hospitals, and 454 controls selected from the general population, were interviewed. Use of talc "in genital hygiene" was associated with a 60% increased risk for ovarian cancer (odds ratio 1.6, 95% CI 1.2-2.1).

Tzonou *et al.* (1993)(28) conducted a hospital-based case-control study in Athens, which included 189 women with ovarian cancer and 200 hospital visitor controls. No information was provided on how talcum powder product use was ascertained, other than that women were interviewed about whether or not they used of talc in the perineal area. There was little evidence of an association: the relative risk for ovarian cancer in those who said "yes" versus "no" to perineal talc use was 1.05 (95% CI 0.28-3.98). However, only 6 cases and 7 controls reported using talc in the perineal area.

Rosenblatt *et al.* (1992)(20) published results of a hospital-based case-control from the Baltimore, MD area. A total of 77 cases of ovarian cancer and 46 controls, who were treated for non-gynecologic/non-malignant diseases, were included. Participants were interviewed about presence and length of genital fiber and respiratory fiber exposure. Fiber exposure was defined as exposure to asbestos, talc, and fiberglass. Dose of exposure was calculated as number of years of each type of genital or respiratory exposures from all sources, and only exposure prior to tubal ligation (for women who had that procedure) was counted. Use of genital talc was associated with a 70% increased risk (odds ratio 1.7, 95% CI 0.7-3.9). Use of talc on sanitary napkins resulted in almost a 5-fold statistically significant increase in risk of ovarian cancer (odds ratio 4.8, 95% CI 1.3-17.8). Talc use on diaphragms tripled risk for ovarian cancer (odds ratio 3.0, 95% CI 0.8-10.8). The odds ratios for these latter two exposures were not statistically significant. Women who had exposure years above the median had more than double the risk of ovarian cancer compared with women with lower exposure years (odds ratio 2.4, 95% CI 1.0-5.8).

Chen *et al.* (1992)(21) interviewed 112 women with ovarian cancer and 224 community controls in China. No information was provided about how women were asked about talcum powder product use prior to 3 years before diagnosis (for cases) and a comparable date in controls. Seven cases and 5

39

controls reported using "dusting powder" to the lower abdomen and perineum for 3 or more months, giving a relative risk of 3.9 (95% CI 0.9-10.6).

Harlow *et al.* (1992) (22)published a case-control study with 235 cases of ovarian cancer and 239 controls. The authors found a 50% increased risk of ovarian cancer in women who had ever versus never used talcum powder products in the perineal area with marginal statistical significance (odds ratio 1.5, 95% CI 1.00-2.1). Risk of serous cancer was similarly increased (odds ratio 1.4, 95% CI 0.9-2.2). Risk by number of lifetime applications indicated a dose response effect. Compared with no use, odds ratios for those with < 1000, 1000 − 10,000, and > 10,000 were 1.3, 1.5, and 1.8, respectively ($p_{trend}$ = 0.09).

Booth *et al.* (1989) (23) reported on a hospital-based case-control study conducted in 15 hospitals in the UK. A total of 235 cases with ovarian cancer and 451 controls were interviewed and asked about monthly experiences from age 16 to 45 years. Frequency of exposure to perineal talc was ascertained. Compared with never-users, women who used genital talc rarely, monthly, weekly, and daily, respectively, had relative risks for ovarian cancer of 0.9, 0.7, 2.0, and 1.3, respectively, and the trend was statistically significant (p=0.05). Cases and controls did not differ by percentage who stored diaphragms in talc.

Harlow *et al.* (1989)(24) interviewed 116 women with serous or mucinous borderline ovarian cancer identified through a Western Washington population-based cancer registry, as well a population-based sample of 158 control women. The authors used an open-ended question asking women to specify the types of powder they used for perineal application after bathing, on sanitary napkins, and on diaphragms. Powder was categorized as baby, deodorizing, other/unspecified talcum, or cornstarch. There was no association between perineal use in general and risk for borderline ovarian cancer, but women who reported using powder on sanitary napkins had a relative risk of 2.2 (95% CI 0.8-19.8) compared with nonusers. Women who used deodorizing powders had a statistically significant relative risk of 2.8 (95%CI 1.1-11.7). No data were presented on frequency or duration of use.

Whittemore *et al.* (1988)(25) included 188 ovarian cancer cases (identified through 7 hospitals in the San Francisco, CA area, and 539 controls (of which approximately half were hospital controls and half were population-based controls). Women were asked whether they had ever use talcum powder on the perineum, on sanitary pads, or on diaphragms, and about frequency and duration of use. Women who

reported using talcum powder to the perineum had a non-statistically significant 45% increased risk for ovarian cancer (relative risk 1.45, 95% CI 0.81-2.60). Use on sanitary pads was associated with a non-statistically significant 38% reduced risk, and use on diaphragms was associated with a non-statistically significant 50% increased risk. The relative risk for ovarian cancer increased with increasing applications of talc per month; relative to nonusers, the relative risk for 1-20 times per month was 1.27, and the relative risk for 20 or more times per month was 1.45. None of these values was statistically significant. The increased relative risk was apparent for women who had never had tubal ligation or hysterectomy, but not for women who had had one of these procedures. Compared with non-users, women with 1-9 years of use had a relative risk of 1.6 (95% CI 1.00-2.57), but women with greater years of use had only a relative risk of 1.11 (95% CI 0.74-1.65).

Hartge *et al*. (1983)(26) provided a brief report on a small hospital based case-control study of ovarian cancer, which included 135 cases and 171 controls from the Washington, DC area. No information was provided on how the talc exposure was ascertained. The authors found that women who reported genital talc use had a relative risk of 2.5 compared with never users (95% CI 0.70-10.0), but this analysis was based on only 7 cases and 3 controls.

Cramer *et al.* (1982) (27) published the first study to look at the association between talcum powder product use and risk of ovarian cancer. This population-based study found an odds ratio of 1.92 (95% CI 1.27-2.89) for ever use of perineal talcum powder products in the perineal area. Dose-response was not addressed.

**Summary of Case-control Studies**

These 28 case-control studies included population-based and hospital-based studies from a diverse geographic area across the U.S., as well as Australia, Canada, the UK, Israel, Greece, and China. Sample sizes ranged from 77 to 2041 cases, with comparable numbers of controls. Of the 28 studies, 24 found odds ratio greater than 1.1 for ovarian cancer in women who had any perineal exposure to talcum powder products, compared with never users(1-6, 8-11, 13-23, 25-27). Of these 24 odds ratio estimates, 16 were statistically significant (95% confidence intervals excluded 1.0 or p value $\leq$ 0.05)(1-4, 6, 8-11, 14-19, 27). Among the 8 studies which were not statistically significant, 7 had a sample size lower than that estimated to be needed to have power to detect a statistically significant result(13, 20-23, 25, 26). It is

important to note that while the 8 studies did not have statistically significant results, they provide relevant data because their relative risk estimates were consistent with the 16 studies that showed statistically significant results.(50)

Both population-based and hospital-based studies were represented in the literature on use of talcum powder products and risk of ovarian cancer, and odds ratios/relative risks were similar across the two classes of studies. Earlier studies were less likely to address dose-response relationships, or to investigate effects of talcum powder product use on specific histologic subtypes of ovarian cancer. Most studies were limited to white women; later studies included larger numbers of Black women as well as Asian and Latina women.

The larger, and more recent studies, however, added important information on dose-response relationships and on risk of particular histologic subtypes of ovarian cancer. Many of the 28 studies found evidence of a dose-response effect(1-3, 6, 8, 11, 20, 22, 23, 25). Most often, this took the form of lifetime numbers of applications of talcum powder products or years of use. The later studies determined that some risk of some subtypes, particularly serous ovarian cancer, were more highly related to use of talcum powder products.

Taken together, the case-control studies, conducted over 40 years, provide consistent and replicated evidence of increased risk of ovarian cancer with perineal exposure to talcum powder products, with evidence of a dose-response. They support the conclusion that talcum powder products can cause ovarian cancer.

## Prospective Cohort Studies

**The Sisters' Study**

The Sisters' Study cohort analysis included 135 cases of women with ovarian cancer, 7 cases of fallopian tube cancer, 4 cases of peritoneal cancer, and 8 cases with unknown primary site. (30) Of the total 154 cases, only 96 were confirmed by medical records or death certificate.  Women were recruited to the cohort from across the United States from 2003-2009. An analysis of talcum powder products use and ovarian cancer risk, published in 2016, included 41,654 women who reported having at least one ovary

and no history of ovarian cancer at study entry, from among 50,884 women aged 35-74 years at study enrollment with at least one sister who had been diagnosed with breast cancer.

Talcum powder products use for the 12 months prior to study entry was ascertained by self-administered questionnaires. Questions included frequency of genital talcum powder products use in the form of powder or spray applied to a sanitary napkin, underwear, diaphragm, cervical cap, or vaginal area. Response categories were: did not use, used less than once a month, used 1-3 times/month, used 1-5 times/week, or used more than 5 times/week. Only a dichotomous variable—use/nonuse—was used in the analysis. Ovarian cancer cases were identified by yearly follow-up questionnaires; no updates on talc use were included. The median follow-up of study participants was only 6.6 years.

Contrary to all of the other epidemiologic studies, perineal talc use was associated with a non-statistically significant 27% decreased risk of developing ovarian cancer (hazard ratio 0.73, 95% CI 0.44 - 1.2). Of note, the 95% CI's included 1.2, so the true relative risk in this cohort could have been in the range of the other studies. Use of talcum powder products during ages 10-13 years showed a non-statistically significant 10% increase in risk (hazard ratio 1.1, 95% CI 0.74, 1.7). No data on risk by ovarian cancer subtype were presented.

**Women's Health Initiative**

In 2014, a report on the use of perineal powder in relation to ovarian cancer risk was published, using a total of 429 cases of women with ovarian cancer  from the Women's Health Initiative cohort study.(29) Women were aged 50-79 years at study entry, and were recruited from 40 clinical centers across the United States between 1993-1998. While over 93,000 women were enrolled in the Women's Health Initiative cohort, this analysis included only 61,576. The largest number, 20,960, were excluded because they reported previously having had both ovaries removed or did not know whether they had any ovaries at the time of enrollment. Also excluded were 10,622 women with a history of any invasive cancer at enrollment. A further 516 were missing follow-up information. At study entry, women reported use of perineal powder on self-administered standardized questionnaires, in which they were asked if they had ever used powder on their genital areas. Those who responded yes were then asked to indicate if they used them for less than 1 year, 1-4 years, 5-9 years, or 20 or more years. Women who reported ever using a diaphragm were asked if they used powder on the diaphragm, and for what

duration. Women were also asked if they used powder on a sanitary napkin/pad, again with questions about duration. Because of the relatively small number of ovarian cancer cases (429) that occurred during the study, the investigators combined the duration categories into never, 9 years or less, or 10 years or more. The investigators then created one variable by combining the perineal use, diaphragm use, and sanitary napkin use, with duration as the maximum duration for any of the 3 application areas. Cases of ovarian cancer were identified by participants on annual follow-up questionnaires; no updates on talc use were included. Medical records and pathology reports were requested for each self-reported case and were adjudicated by clinic physicians and central cancer adjudicators. A total of 429 cases were included in the analysis.

Ever use of perineal powder was associated with a non-statistically significant 6% increased risk of ovarian cancer compared with never use (hazard ratio 1.06, 95% confidence interval 0.87 - 1.28).  Risk of serous invasive cancer was increased by a non-statistically significant 13% (hazard ratio 1.13, 95% CI 0.84 - 1.51). Both of these results, while not statistically significant, are consistent with an association between talcum powder product use and risk of ovarian cancer overall and of serous ovarian cancer.

**Nurses' Health Study**

The Nurses' Health Study is a cohort established in 1976 that had 307 cases of ovarian cancer at its initial publication in 2000; further data with a total of 210 cases were published in 2008; and an unknown number of cases were analyzed for publication in 2010.  The study initially enrolled 121,700 registered nurses between the ages of 30-55 years from across the United States. Use of talcum powder was ascertained on the self-administered 1982 questionnaire only, by asking women if they had ever commonly used talcum, baby powder, or deodorizing powder on their perineal areas. Possible responses were: no, daily, 1-6 times per week, or less than once per week. Women were also asked if they had applied these products to sanitary napkins. "Ever talc use" was classified as ever talc use on either the perineal area or sanitary napkins. Every two years, participants reported health updates; no updates on talc use were included, but self-reported cases of ovarian cancer were adjudicated through medical record reviews. Women were excluded from talcum powder products analyses if they did not complete the information on the 1982 questionnaire, if they reported having had both ovaries removed, if they had had a hysterectomy but did not report whether or not they had at least one ovary remaining, or if they had a history of radiation therapy.

There have been three publications from the Nurses' Health Study on the relationship between talcum powder products and risk for ovarian cancer.(31-33) The first, published in 2000, included 78,630 women, of whom 307 cases of ovarian cancer were diagnosed during a 14 year follow-up period. Ever use of talc was reported by 40.4% of the cohort; 14.5% ever used talc daily.(31)

The risk of ovarian cancer was not statistically significantly associated with epithelial ovarian cancer overall (relative risk 1.09, 95% CI 0.86-1.37), and risk did not increase with increasing frequency of use. Risk of serous ovarian cancer, however, was statistically significantly increased by 40% in women who had ever used talc (relative risk 1.4, 95% CI 1.02-1.91).

The second report from the Nurses' Health Study was in 2008.(32) In this study, 210 cases and a random sample of 600 controls from the Nurses' Health Study were combined with cases and controls from other case-control studies. Among the Nurses' Health Study cases and controls, the relative risk for ovarian cancer was 1.24 (95% CI 0.83-1.83).

Daily use was associated with a 44% increase in risk (relative risk 1.44, 95% CI 0.88-2.37), although neither association was statistically significant. Given that only 210 Nurses' Health Study cases were included, the lack of statistical significance is likely due to this insufficient sample size.

The third Nurses' Health Study report was published in 2010.(33) This report looked at multiple menstrual, hormonal, health habits, and familial risk factors for ovarian cancer; the variable on use of talc to the perineal area was limited to a dichotomous "greater than or equal to once per week vs. less than once per week)".

Use of talc one or more times per week compared with less use was not statistically significantly related to risk for epithelial ovarian cancer (relative risk 1.06, 95% CI 0.89-1.28), serous invasive (relative risk 1.06, 95% CI 0.84-1.35), or for other subtypes including endometrioid, or mucinous ovarian cancer.

It is difficult to compare the results of these three Nurses' Health Study publications. The first and third used different categories of use as the referent (comparison) group. The first publication used "never use" as the comparison and found a statistically significant effect for risk of serous ovarian cancer with

45

any use of talcum powder products. The third publication combined "never use" and "less than once per week" into one referent category. If low frequency use increases risk of ovarian cancer, which is entirely plausible, combining such women with never users will seriously underestimate the true relative risk associated with use of talcum powder products. The second publication found increased risks of total and serous ovarian cancer with use of talcum powder products, but the numbers were small and therefore the results were not statistically significant.

**Cohort Studies Analysis**

Two of the three cohort studies found small increases in risk of ovarian cancer overall among women who used talcum powder products in the perineal areas. The results were not statistically significant for ovarian cancer overall, however, likely due to insufficient sample size or incomplete ascertainment of talc exposure. The first Nurses' Health Study publication found a statistically significant association between ever versus never use and risk of serous ovarian cancer. The Sisters' Study found a reduced risk of ovarian cancer but did not report data by histologic subtype of ovarian cancer. Similar to the Nurses' Health Study, the Women's Health Initiative found an increase, albeit non-statistically significant, in risk of serous ovarian cancer in users versus nonusers of talcum powder products.

There were serious limitations to these cohort study analyses. None of the studies were specifically designed to investigate the relationship of talcum powder product use and risk of ovarian cancer. Rather, the cohorts were designed to study a large number of outcomes and a wide variety of exposures. Thus, none of the studies obtained detailed lifetime histories of talcum powder product use, although two did ask about duration of use for current users. None, therefore, was able to accurately measure dose of exposure. The sample sizes (numbers of cases) of most of the cohort study publications were likely too small to be able to detect a relative risk in the order of 1.24 (the value found in the Terry pooled analysis(39)) with reasonable power, especially for different histologic subtypes.

To assess likelihood of inadequate sample sizes in these cohort studies, I used an online calculator: http://www.openepi.com/SampleSize/SSCohort.htm.  I used WHI data(29) to estimate the cohort sizes needed to determine a true relative risk of 1.24 (i.e. the relative risk from Terry et al pooled analysis(39)) with 50% exposure to talcum powder products in non-cases, and an assumption of 0.5% occurrence of ovarian cancer in unexposed women(66) over 12 years' follow-up (the mean number of years of follow-

up in the WHI publication). My calculations show that to have sufficient power to identify a statistically significant relative risk of 1.24, the necessary cohort size would be over 140,000. None of the 3 cohorts had this large a sample size for these publications. Sample size ultimately rests on the numbers of cases that occur, rather than the actual cohort size. While the third Nurses' Health Study publication(33)—had a large sample size of cases, the authors' choice to combine never users with less than once per week users could have significantly attenuated the relative risk estimates.

Results of the cohort studies were overall attenuated compared with results of the case-control studies. However, the trend for 2 of the 3 studies was a positive relative risk of talcum powder product use and risk of ovarian cancer. In the Nurses' Health Study, women who used these products had a statistically significant 40% increased risk of developing serous invasive ovarian cancer compared with non-users.(31) In that study, use in the perineal area directly or on sanitary napkins increased risk of ovarian cancer overall by a non-statistically significant 15%.

In the Women's Health Initiative, use of talcum powder products to the genital area (or on sanitary napkins or diaphragm) increased risk overall by a non-statistically significant 6%, and risk of serous invasive ovarian cancer by a non-statistically significant 13%.

The Sisters Study asked only about use of talcum powder product use in the 12 months prior to enrollment; just 14% of the cohort used these products in that period. The cohort included only women at high risk for breast cancer recruited beginning in 2003—this may have been a group of women who were aware of the potential carcinogenic effect of talc, and therefore avoided use. This cohort study found a non-statistically significant 27% lower risk of developing ovarian cancer in users versus non-users. Given the likely 30-50-year latency of ovarian cancer development after exposure to a carcinogen(67), however, these results of the Sisters' Study are not likely reflective of risk from exposure to talcum powder products.

It is important to note that the effect sizes in the Nurses' study and in the Women's Health Initiative were in the same direction as seen in virtually all of the case-control studies.

Therefore, the attenuated results from these cohort studies do not reduce my confidence in the observations from the 28 case-control studies described above.

In summary, while the cohort studies on average showed more attenuated relative risks of ovarian cancer in relation to use of talcum powder product use, their results as a group do not negate the significant case-control study findings and the significant results of the meta-analyses and the pooled analysis.

## Meta-Analyses and Pooled Analyses

I reviewed 7 meta-analyses (11, 22, 34-38) and one pooled analysis (39). All of the meta-analyses, and the pooled analysis, found summary elevated risks for ovarian cancer associated with use of talcum powder products. These elevated relative risks were statistically significant. Although many of the source studies from which they performed their meta-analyses had elevated risks for ovarian cancer with use of talcum powder products, the relative risks or odds ratios were not all statistically significant. I interpret the lack of statistical significance in some source studies as being due to the small sample sizes of many of these studies. I calculated the sample size required for a study in which 40% of controls used talcum powder products, in which there is good power (80%) to detect a relative risk of 1.3, and that had low chance of estimated a particular relative risk by chance (http://www.openepi.com/SampleSize/SSCC.htm). The calculation showed that the minimum number of cases and controls would need to be 931 each, for a total sample size of 1862. Almost none of the case-control or cohort studies had sample sizes this large. Lack of statistical significance found in the various studies is likely due to their small sample sizes. For this reason, evaluation of the meta-analyses and pooled analysis, with their larger sample sizes, is critical to understanding the state of epidemiologic evidence linking use of talcum powder products to risk of ovarian cancer.

**Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-analysis (R. Penninkilampi, Eslick GD, 2018)**

In this, most recent, meta-analysis and systematic review, the authors searched 6 electronic databases, and selected observational studies with at least 50 cases of ovarian cancer.(34) They analyzed the association between ovarian cancer, including specific sub-types, and the following variables regarding talcum powder products: any perineal talc use, long-term (> 10 years) use, total lifetime applications, and use on diaphragms or sanitary napkins. Included were 24 case-control studies, with 13,421 ovarian

48

cancer cases. Also included were three cohort studies, with 890 cases and a comparison of 181,860 person-years [numbers of non-cases multiplied by the years of follow-up]).

The authors found that any perineal talc use was associated with a statistically significant 31% increased risk for ovarian cancer (odds ratio 1.31, 95% CI 1.24-1.39).

There was evidence of a dose-response effect by number of lifetime applications. Women whose lifetime applications totaled less than 3600 had a statistically significant 32% increased risk of developing ovarian cancer (odds ratio 1.32, 95% CI 1.15-1.50), while those whose lifetime applications totaled over 3600 had a statistically significant 42% increased risk for ovarian cancer (odds ratio 1.42, 95% CI 1.25-1.61).

Increased risks were seen for all types of ovarian cancer, as well as specific subtypes: all serous (odds ratio 1.32, 95% CI 1.22-1.43), serous invasive (odds ratio 1.32, 95% CI 1.13-1.54), serous borderline (odds ratio 1.39, 95% CI 1.09-1.78), and endometrioid (odds ratio 1.35, 95% CI 1.14-1.6). For all of these subtypes, the confidence intervals did not include 1.0, and therefore are considered statistically significant and unlikely to be due to chance findings. For other subtypes, the following non-statistically significant associations were seen: all mucinous (odds ratio 1.12), mucinous invasive (odds ratio 1.34), mucinous borderline (odds ratio 1.18), and clear cell (odds ratio 1.02).

The association between ever use of talc and overall ovarian cancer risk was higher in case-control studies (odds ratio 1.35, 95% CI 1.27-1.43) than in cohort studies (odds ratio 1.06, 95% CI 0.90-1.25). However, the results for case-control and cohort studies were similar for serous ovarian cancer. In cohort studies, risk for serous invasive cancer was statistically significantly increased by 25% with any perineal talc use (odds ratio 1.25, 95% CI 1.01-1.55), and in case-control studies, it was statistically significantly increased by 36% (odds ratio 1.05-1.75). There was insufficient information from the cohort studies to calculate the dose-response variable (total lifetime applications).

In my opinion, the results of this 2018 meta-analysis give strong support for an association between perineal talcum powder product use and risk for ovarian cancer. A significant number of the aspects of the causal relationship that Bradford Hill describes in his address are present in these data, including strength, consistency, temporality, and biologic gradient. Bradford Hill did not define his first aspect—

strength—other than to say that the likelihood of causality is greater if the agent causes a "several fold higher" increase in risk in exposed persons. However, for agents like perineal talcum powder products that have such high prevalence of use (over 50% in some populations), the odds ratio/relative risk/hazard ratio for perineal talc use is of great importance for both public health and clinical medicine because it means that perineal talc use causes a significant number of ovarian cancer cases every year.

The corollary example of combined estrogen plus progesterone menopausal hormone therapy and breast cancer risk is helpful here.  The Women's Health Initiative clinical trial showed that this type of hormone therapy increases risk of breast cancer by 26% after an average 5 years of use. That level of risk was sufficient for clinical interest groups and governmental agencies to advise women to use hormone therapy for limited periods of time, if at all, because of risk for breast cancer and other adverse events with similar levels of increased risk (29% increase in coronary heart disease, and 41% increase in stroke).(55)  Further examples of relative risks less than 1.5 that have significant public health impact because of high prevalence of exposure in the population or in specific subgroups are shown on pages 26-27.

**Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis (Berge W, Mundt K, Luu H, Boffetta P, 2017)**

The authors of this meta-analysis performed a systematic search of PubMed, Embase, and Scopus databases(35). After quality assurance and redundancy checks, they included in their analysis 24 case-control studies and 3 cohort studies that reported on the association between talcum powder products and risk of developing ovarian cancer. The main meta-analysis compared ever versus never use of genital talc. Additional analyses looked at use of powder on sanitary napkins and diaphragms. Stratified analyses were conducted for tumor types.

From the meta-analysis, the authors observed a statistically significant 22% increased risk of developing ovarian cancer in women who had ever used genital talc versus never users (relative risk 1.22, 95% CI 1.13-1.30).

Significant results were found for dose-response relationships, both for number of years of use and for number of applications. Each 10-year increase in genital talc use was associated with a 16% increase in

risk for developing ovarian cancer (relative risk 1.16, 95% CI 1.07-1.26). Furthermore, each increase of one application per week was associated with a 5% increase in risk (relative risk 1.05, 95% CI 1.04-1.07).

Risk of serous carcinoma was the only subtype of ovarian cancer for which risk was elevated, and it was statistically significant (relative risk 1.24, 95% CI 1.15-1.34). "Late" exposure, which the authors hypothesized could be less likely to include asbestos, conferred a higher risk (relative risk 1.31, 95% CI 1.03-1.61) than did "early" exposure (relative risk 1.18, 95% 0.99-1.37). Neither specific use on a sanitary napkin nor on a diaphragm increased risk.  Ever use of genital talc on a diaphragm was associated with decreased risk (relative risk 0.75, 95% CI 0.63-0.88).

The association of talcum powder use with increased risk of ovarian cancer was seen in case-control studies (relative risk 1.26, 95% confidence interval 1.17-1.35) but not in cohort studies (relative risk 1.02, 95% confidence interval 0.85-1.2). Furthermore, hospital-based case-control studies had a higher summary relative risk compared with population-based case-control studies (relative risks 1.34 and 1.24, respectively, both statistically significant).

In my opinion, the results of this meta-analysis are very similar to those of the later one described above, and further support the causal effect on ovarian cancer of talcum powder products applied in the perineal area.

**Perineal Use of Talc and Risk of Ovarian Cancer (Langseth, Hankinson, Siemiatycki, Weiderpass, 2017)**

In a meta-analysis conducted by some of the researchers who had investigated the epidemiologic research on talc exposure and ovarian cancer risk for IARC, data from 20 case-control studies were combined into a meta-analysis.(36) The authors found an overall odds ratio of 1.35 (95% CI 1.26-1.46) for ever- versus never-use of talcum powder products. The authors did not perform dose-response analyses.

51

**Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-analysis of 11,933 Subjects from Sixteen Observational Studies. (Huncharek, Geschwind, Kupelnick, 2003)**

This meta-analysis included fifteen case-control and two cohort studies that had been published between 1966 and early 2001, and that fit eligibility criteria, including documenting type of talc exposure (e.g. dusting perineum vs. sanitary napkins).  The meta-analysis  produced a statistically significant relative risk of 1.33 (95% confidence intervals 1.16-1.45) for ever versus never use of talc in the perineal area.(37)

The investigators addressed dose-response in the seven studies with information on years of talc exposure or numbers of talc applications per month. However, the authors combined categories of dose (applications per month) and duration of use (years) into one variable, and treated the dose-response analysis as if dose and duration were measuring the same construct. Their statement of lack of dose-response effect, therefore, is misleading in my opinion. The authors suggest that perhaps talc use has a similar carcinogenic effect as asbestos, and cites research showing that asbestos does not show a clear dose-response effect on risk of mesothelioma.

The authors also separated the results of hospital-based (e.g. both cases and controls from the same hospitals) from non-hospital-based (controls selected from the general population) and found a lower relative risk for ovarian cancer (1.19, not statistically significant) for the hospital-based studies and 1.38 (statistically significant) for population-based studies. The authors state that the hospital-based studies would be more accurate because they eliminate bias from case referral patterns to particular hospitals. However, many of the non-hospital-based studies used population-based case ascertainment (e.g. cancer registries) and selected population-based controls, which also eliminates the potential bias of hospital referral patterns.

**Genital Talc Exposure and Risk of Ovarian Cancer (Cramer, Liberman, Titus-Ernstoff, Welch, Greenberg, Baron, Harlow, 1999)**

In a paper that presented data for a case-control study of genital talc exposure and risk of ovarian cancer, Cramer et al. presented results of a meta-analysis of previous publications on the relationship between talcum powder product use and risk of ovarian cancer.(11) The authors included results from

52

14 case-control studies, from which they found a statistically significant combined odds ratio of 1.36 (95% confidence interval 1.24-1.49).

**A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer (Gross and Berg, 1995)**

In a meta-analysis sponsored by the Johnson and Johnson company, Gross and Berg included nine case-control and one cohort study in a meta-analysis, and found that the relative risk for women "exposed" versus "non-exposed" to talc was a statistically significant 1.27 (95% confidence interval 1.09-1.48).(38) Eliminating studies that included non-epithelial ovarian tumors, and studies that did not adjust for potential confounders, the relative risk remained statistically significant (relative risk 1.29, 95% confidence interval 1.02-1.63).

**Perineal Exposure to Talc and Ovarian Cancer Risk (Harlow, Cramer, Bell, Welch, 1992)**

Harlow and colleagues presented results of a meta-analysis of previous publications on the relationship between talcum powder product use and risk of ovarian cancer (in the same paper in which they presented data on a case-control study of ovarian cancer risk in relation to perineal talcum powder product exposure).(22) The authors included results from 6 case-control studies, from which they found a statistically significant combined odds ratio of 1.3 (95% confidence interval 1.1-1.6).

**Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls (Terry KL _et al._, 2013)**

This pooled analysis used resources and data from the Ovarian Cancer Association Consortium, including 8 population-based case-control studies with relevant data on talcum powder product use.(39) Six of the studies were conducted in the U.S.(5, 7, 11, 68-70), one in Australia(8), and one in Canada(16). The analysis included 8,525 cases of ovarian, fallopian tube, or peritoneal cancer and 9,859 controls selected from the general population. Five of the studies had previously reported on use of talcum powder product and risk for ovarian cancer (5, 7, 8, 11, 16). To harmonize data on genital powder use across the studies, Terry _et al_. defined genital powder use as any type of powder (talc, baby, deodorizing,

53

cornstarch, or unspecified/unknown) applied directly or indirectly (by application to sanitary pads, tampons, or underwear) to the genital, perineal, or rectal area. Study-specific powder questions varied in detail about type and method of application. However, the authors were able to classify women into those who "ever used" genital powders vs. those who "never used" powders in the genital area. The included studies also had extensive data on other suspected risk factors for ovarian cancer that were adjusted for in the analyses. To measure cumulative dose of genital powder use, the authors estimated lifetime number of powder applications by multiplying total months of use by frequency of use per month.

Genital powder use was reported by 25% of controls and 31% of cases. In the pooled analysis, ever use of genital powder was associated with a statistically significant 24% increased risk of ovarian cancer (odds ratio 1.24, 95% CI 1.15-1.33) versus women who never used these products. In contrast, women who had used powders only in non-genital areas had no increase in risk for ovarian cancer. Risk for several subtypes of ovarian cancer was statistically significantly increased in women who had used genital powders. Risk for invasive serous cancer was increased by 24% (1,952 cases; odds ratio 1.24, 95% CI 1.13-1.35). Risk for endometroid cancer was increased by 20% (568 cases; odds ratio 1.2, 95% CI 1.03-1.4), and risk for clear cell cancer was increased by 26% (327 cases; odds ratio 1.26, 95% CI 1.04-1.52). Risk of serous borderline cancer was increased by 45% (odds ratio 1.45, 95% CI 1.24-1.69). Risk of mucinous cell invasive cancer and mucinous cell borderline cancer were not statistically significantly associated with use of genital powder products (206 cases; odds ratios 1.06, 95% CI 0.82-1.26; and 409 cases; 1.19, 95% CI 0.98-1.43, respectively).

There was a striking similarity in findings across studies, and the statistical test for heterogeneity was not significant (p > 0.61). All but one study showed odds ratios greater than 1.0, of which 5 were statistically significant (i.e., the confidence intervals did not contain 1.0).

To assess dose-response effects, the authors categorized participants who had used genital powder into 4 equal groups by lowest to highest level of use (quartiles), and compared their risk for ovarian cancer to that in non-users. A clear dose-response trend was evident. Compared with never users of genital powder, women in quartile 1 had a 14% increased risk for ovarian cancer (odds ratio 1.14, 95% CI 1.00-1.31), women in quartile 2 had a 23% increased risk for ovarian cancer (odds ratio 1.23, 95% CI 1.08-1.41), women in quartile 3 had a 22% increased risk for ovarian cancer (odds ratio 1.22, 95% CI 1.07-

1.40), and women in quartile 4 had a 32% increased risk for ovarian cancer (odds ratio 1.32, 95% CI 1.16-1.52). Slightly higher odds ratios were seen when the cancers were restricted to non-mucinous subtypes (i.e., serous invasive, endometroid invasive, clear cell invasive, and serous invasive): 1.18, 1.22, 1.22, and 1.37, respectively, for increasing levels of use by quartiles. When all 5 categories were included, the trend was highly statistically significant ($p_{trend}$ < 0.0001).

The authors performed some additional analyses to make sure that the results were not biased. First, they excluded cases and controls who only began to use genital powders after undergoing tubal ligation or hysterectomy (after which powder likely would not migrate to the ovaries). This had no effect on the odds ratios—the increased risks for ovarian cancer remained virtually identical in each quartile. They then looked at effect of genital powder use and ovarian cancer risk by subgroups of women according to other ovarian cancer risk factors. They found no significant interactions between genital powder use and parity, reported history of endometriosis, tubal ligation/hysterectomy, or menopausal status. They did find that the effect of genital powder use was higher in normal/overweight women (odds ratio 1.28, 95% CI 1.17-1.39) than it was in women with obesity (odds ratio 1.14, 95% CI 0.98-1.32).

Finally, the authors looked at associations between genital powder use and ovarian cancer by years of beginning use. They found that the association between genital powder use and ovarian cancer risk was similar for women who started use between 1952 and 1961 (odds ratio 1.36, 95% CI 1.19–1.56), between 1962 and 1972 (odds ratio 1.27, 95% CI 1.11–1.46), and after 1972 (odds ratio 1.31 95% CI 1.15–1.51). However, they observed an attenuated association for women who started genital powder use before 1952 (odds ratio 1.08, 95% CI 0.93–1.25).

The Terry *et al.* pooled analysis provides strong evidence that perineal talcum powder product use causes ovarian cancer. "Strong" here does not pertain to size of the odds ratio/relative risk. Rather, it refers to the fact that the number of cases included was larger than any previous study, the 8 case-control studies included showed similar effect sizes for association of genital powder use and ovarian cancer risk (consistency), the dose-response effect was clear, and there were enough numbers of cases to determine effects on subtypes of ovarian cancer.

**Summary of Meta-analyses/Pooled Analysis Results**

All of the meta-analyses and the pooled analysis demonstrate increased risk of ovarian cancer in women who used talcum powder products in the genital or perineal area compared with nonusers. The earlier meta-analyses included fewer studies, primarily case-control studies. The most recent meta-analyses included three cohort studies and 24 case-control studies.(34, 35) The summary relative risks were quite consistent across the meta-analyses and the pooled analysis, ranging from 1.22 to 1.4 for any versus no use of perineal talcum powder products. Furthermore, all of the summary results were statistically significant. Importantly, the later meta-analyses(34, 35) and the pooled analysis(39) assessed dose-response relationships, while earlier meta-analyses did not(11, 22, 36), or did so inaccurately(37). These findings of increased risk of ovarian cancer with perineal exposure to talcum powder products shows that the observed associations overall and those for dose-response are robust.

One striking observation across the meta-analyses and pooled analysis is that the total sample sizes (numbers of cases) in all of the meta-analyses and the pooled analysis were sufficient to detect statistically significant relative risks of 1.3 for an overall "exposed" versus "non-exposed" variable with prevalence of 40 percent (see page 48 for a calculation of needed sample size). As shown in Tables 3 and 4, the numbers of cases in the meta-analyses and pooled analysis ranged from 1106 to 14,311, with controls of equal or greater number. All of these, therefore exceed the sample size I estimated that is needed to have statistical power to determine relative risks of 1.3. In contrast, many of the individual case-control or cohort studies did not have large enough samples of cases to have statistical power to determine a relative risk of 1.3.

# Asbestos, Fibrous Talc, and Heavy Metals in Talcum Powder Products

It is important to note that talc is not asbestos-free. Talcum powder products contain other, potentially carcinogenic substances; of greatest concern is the presence of asbestos in talc, and the presence of talc with asbestiform fibers (fibrous talc), in these products. The presence of any one of these constituents add to evidence of biologic plausibility that would support the consistent increased risk seen in the epidemiologic studies.

56

Asbestos can take several forms. Proven carcinogenic forms include serpentine (chrysotile) and amphibole (actinolite, amosite, anthophyllite, crocidolite, and tremolite) minerals.(40)  Both serpentine and amphibole asbestos forms are classified by IARC as Class 1 carcinogens(40). In their 2012 report, IARC stated that talc deposits may include tremolite, anthophyllite, and actinolite forms of asbestos(40).

Talc may form true mineral fibers that are asbestiform in habit. This form of talc is also referred to as fibrous talc and classified by IARC as a Class 1 human carcinogen(40). The IARC report also noted that "talc containing asbestiform fibers" is not the same as "talc contaminated by asbestos"(40). The conclusions reached in the 100c monograph about asbestos apply to fibrous talc (40). IARC has classified platy (non-fibrous) talc as a 2B "possible" carcinogen(42).

The primary route of exposure to asbestos is respiratory in the general population, although exposure through drinking water and exposure to hair or clothing of asbestos workers has also occurred (40). For talc, the primary exposures listed by the IARC report are respiratory and perineal (40).

Asbestos has been established as a cause of several types of cancer including epithelial ovarian cancer (40, 41). In order to assess the causal relationship between asbestos and ovarian cancer, I conducted a literature search.  My search yielded a total of 26 studies that have investigated the epidemiology of asbestos exposure and risk of ovarian cancer.  Two of these were meta-analyses, both published in 2011.(71, 72) One was a pooled analysis of 43 Italian cohorts with high asbestos exposure. (73) In addition, IARC published monographs on the carcinogenic role of asbestos, and conducted a systematic review through 2009 of asbestos and risk of ovarian cancer. (40, 41, 74) IARC concluded that asbestos, fibrous talc, chromium, and nickel are Group 1 human carcinogens.(40) IARC also classified cobalt as a 2B "possible" carcinogen.

Published data as recently as 2014 have shown that present-day talcum powder products include several types of asbestos.(75, 76) Company documents and testimony also provide further evidence of the presence of asbestos, fibrous talc, and heavy metals in talcum powder products.(77, 78) Dr. William Longo tested historical samples provided in litigation. Test results reveal the presence of asbestos in approximately half of the samples tested. Additionally, fibrous talc was found at varying levels in all samples.(79-83)

57

Finally, I have reviewed the report of Dr. Michael Crowley that discusses the different chemicals added to the fragrance constituents contained in Johnson's Baby Powder and Shower to Shower products (84)Based on his review, he has concluded that these chemicals may contribute to the potential carcinogenicity of talcum powder products.

Therefore, based on the scientific literature and testing results, it is my opinion that the presence of asbestos, heavy metals, fibrous talc, and fragrances are all biologically plausible explanations for talcum powder products causing ovarian cancer.

# Biological Mechanisms

## Evidence of Migration of Talcum Powder Products (Talc, Asbestos, Other Minerals) to the Ovary and Fallopian Tubes

Clinical and laboratory studies have shown that talcum powder products can migrate to the ovaries and fallopian tubes. An early surgical study in healthy premenopausal women found that inert particles placed in women's vaginas moved to their fallopian tubes within 30 minutes in two of the three patients studied.(85) Henderson et al. found talc particles in 10 of 13 (75%) of ovarian tumors studied using an extraction-replication technique.(86) The findings were replicated 8 years later, with all surgeons removing the ovaries wearing gloves with no talc, to ensure that surgical contamination was not the cause of the observed talc within ovaries.(87) This replication study found talc in all 9 samples studied—3 normal ovaries, 3 cystic ovaries, and 3 adenocarcinomas.

In another relevant clinical experiment regarding migration, the researchers placed 3 ml of $^{90m}$Tc-labelled human albumin microspheres in women's vaginas one day before pelvic surgery.(88) Of the 21 women for whom the materials moved up from the cervical area, ovaries and fallopian tubes could be counted separate from the uterus in 14. Of these 14, 9 showed radioactivity in the fallopian tubes and ovaries, and 5 showed no radioactivity. In a pathological study as part of a case-control study of benign ovarian conditions, ovaries from 24 women were tested for presence of talc and asbestos by both electron microscopy and light microscopy.(64) All tested ovaries were found to have talc present. Only half of the 24 women reported a history of perineal talc exposure, which suggests additional routes of exposure to talc, such as inhaled powder. The presence of talc was not due to surgical gloves as all

surgeons wore talc-free gloves in this study. In another study employing microscopy (Raman), the study authors found talc particles in ovarian tissue samples from a woman with known perineal talc exposure that were not visible with other methods.(89)

Another study demonstrated migration of talc evaluated powder on medical gloves used to perform pelvic examinations (with gloved hand inserted into the vagina).(90) This study detected powder in the peritoneal fluid, fallopian tubes, and ovaries the following day after the pelvic examination in women exposed to powdered gloves but almost none in women exposed to unpowdered gloves.  The differences between the two groups were statistically significant.

In 2007, Cramer described the presence of talc particles observed in a pelvic lymph node of a 68 year old woman with stage III serous ovarian carcinoma.(91) The authors used scanning electron microscopy to identify plate-like particulates in the 5-10 μm range within the lymph node, and energy dispersive X-ray spectroscopy revealed a magnesium and silicate signature compatible with talc. The authors also noted that talc could migrate through transport of the lymphatic system.

The results of these studies demonstrate talcum powder products can migrate from the perineal area to the ovaries and fallopian tube through both genital tract migration and inhalation. In my opinion it is biologically plausible that talcum powder products can reach the ovaries via migration from the perineum and via inhalation into the lungs, blood stream, and lymphatic system.

## Inflammation in the Causal Pathway between Talcum Powder Product Use and Ovarian Cancer Development

The literature suggests that a likely pathway through which use of talcum powder products increases risk of ovarian cancer is through talc-induced inflammatory response.(92) As described above, it is well supported that talc can migrate through the female genital tract and settle in the area of the ovaries, fallopian tubes, and peritoneum (64, 86-88, 91, 93). Increased blood levels of biomarkers of inflammation have been linked to increased risk for ovarian cancer. A recent meta-analysis of 8 cohort studies found that women with high blood levels of c-reactive protein (a marker of increased systemic inflammation) had almost double the risk of developing ovarian cancer compared with women with low levels.(94)

59

Further evidence of the inflammation mechanism comes from studies which evaluate anti-inflammatories, like aspirin and NSAIDs, and reduction of risk of ovarian cancer. A pooled analysis of case-control studies published in 2014 showed that long-term daily use of aspirin (which blocks inflammation) decreased risk of ovarian cancer (odds ratio = 0.91; 95% CI = 0.84-0.99) Similar, but not statistically significant, results were shown for use of other nonsteroidal anti-inflammatory medications.(95) A 2018 meta-analysis found an 11% reduced risk of ovarian cancer with aspirin use (relative risk 0.89, 95% CI 0.83-0.95).(96) Aspirin and other nonsteroidal anti-inflammatory medications inhibit the inflammation-mediating enzyme, COX-1(95); COX-1 is frequently overexpressed in ovarian cancer tissue.(97, 98)

Chronic inflammation may result in cell proliferation, inhibition of apoptosis, and secretion of mediators, that may promote tumorigenesis.(92) Factors related to the inflammation of the ovarian surface and tubal epithelium, such as incessant ovulation, endometriosis, and pelvic inflammatory disease, provide further evidence of inflammation and ovarian carcinogenicity. (99-101)

Talc exposure has also been linked to increased inflammation. It can induce granulomas and other inflammatory responses in vivo.(102, 103) Injected into the pleural cavity to treat pneumothorax, talc stimulates an intra-pleural inflammatory reaction that causes pleural fibrosis and scarring, leading to obliteration of the pleural space and prevention of recurrent pneumothoraces.(104) In humans, elevated interleukin 8 (a chemotactic cytokine) occurs after pleural injection of talc.(105) In a study of over 227 patients treated with talc pleurodesis; about half received small particle talc, and half received large-particle talc. Patients who received small particle talc had significantly higher proinflammatory cytokines, particularly interleukin 8, in pleural fluid and serum after talc application.(106) In animal models, injection of talc into the pleura can cause local and systemic inflammatory responses(107) including elevated inflammation-related biomarkers c-reactive protein and interleukin 8(108) as well as VEGF, and TGF-beta.(109) This type of inflammation can induce neoplastic changes.(110)

## Additional Evidence of Biological Mechanisms

Exposing human ovarian stromal and epithelial cells to talc resulted in increases reactive oxygen species (oxidative stress), cell proliferation and neoplastic transformation of cells.(110)  Similarly, in a recent *in*

60

*vitro* study by Fletcher et al., talc was applied in different concentrations, for varying numbers of hours, to epithelial ovarian cancer cell lines and normal ovarian epithelial cells.(111) As early as 24 hours post-treatment, they found increases in mRNA (gene expression) of pro-oxidant enzymes iNOS and MPO in talc-treated epithelial ovarian cancer cells and normal ovarian cells, compared with non-treated controls. Marked decreases in several antioxidant enzymes in talc-treated cells were also seen. This study supports the role of talc in inducing oxidative stress, providing a molecular basis for epidemiologic studies demonstrating an increased risk of ovarian cancer with perineal talcum powder product exposure.(111-113) Another *in vitro* study found that talc induced a biological effect by enhancing CA-125 in ovarian cancer cells and in normal cells.(114)

Talc application to human mesothelial cells in cell culture has also been shown to increase gene expression in 30 genes that are relevant to carcinogenesis, and asbestos application increased gene expression in over 200 genes.(115) In the same study, asbestos application to human ovarian epithelial cells increased gene expression in two genes at 8 hours and 16 genes at 24 hours. Many of the expressed genes are relevant to the carcinogenic process. Results from this experimental study show that talc causes a statistically significant increase in gene expression in mesothelial cells in several genes related to carcinogenesis, including activating transcription factor 3 (ATF3), which controls production of several markers of inflammation.(115)

 Asbestos, which has been found in talcum powder products, has been classified by IARC as a known ovarian carcinogen after a systematic review of the epidemiological and biological science.(40) Two meta-analyses and one pooled analysis have addressed the association between asbestos exposure and risk of ovarian cancer.(71-73) The studies of asbestos and ovarian cancer were typically studies of cohorts with high levels of occupational or home asbestos exposure, and comparisons were made to the general population as controls. The most recent meta-analysis found that women exposed to asbestos had a relative risk dying of ovarian cancer of 1.77 (95% CI 1.37-2.28) compared with unexposed populations(71). The other meta-analysis found that women exposed to asbestos had a relative risk of developing or dying of ovarian cancer of 1.75 (95% CI 1.45-2.10) compared with unexposed women(72). An additional four cohort studies (73, 116-119), which were published after the date of the most recent meta-analysis(71),as well as the pooled analysis(73) found similar elevated risks of ovarian cancer in women with asbestos exposure.

IARC also lists mechanisms through which asbestos can cause cancer including: impaired fiber clearance leading to macrophage activation, inflammation, generation of reactive oxygen and nitrogen species, tissue injury, genotoxicity, aneuploidy and polyploidy, epigenetic alteration, activation of signaling pathways, and resistance to apoptosis.(41) Asbestos is another biologically plausible explanation for talcum powder products causing ovarian cancer.

It is my opinion, based on these studies, that talc and asbestos induce inflammation which results in cell proliferation, inhibition of apoptosis, and secretion of mediators, that may promote tumorigenesis. This adds to the weight of evidence and provides a plausible biological explanation for the association between genital talcum powder product use and ovarian cancer.

Another line of experiments in support of the biologically plausible mechanism for talcum powder products causing ovarian cancer were conducted in animals. A study with female rats showed that talc is absorbed through the pleural surface and rapidly disseminated throughout internal organs and lymph nodes.(120) Henderson et al found that talc placed in the uteruses or vaginas of female rats moved to the animals' ovaries by four days post-administration.(121)

In another study, exposure of rat ovaries to talc led to cyst formation and epithelial changes.(122) A methodology study discovered that talc caused superoxide anion generation and release from mouse macrophages.(123)

Animal experiments conducted by the National Toxicology Program (NTP) of the U.S. Department of Health and Human Services are highly relevant to the role of talc in carcinogenesis.  An NTP rat study  provided important "signal " information  of talc toxicity relevant to talc and development of ovarian cancer.(124) In an inhalation study, male and female F344/N rats were exposed to daily talc aerosols of non-asbestiform talc, with appropriate controls. NTP concluded that there was clear evidence of carcinogenic activity of talc in female F344/N rats based on increased incidences of alveolar/bronchiolar adenomas and carcinomas of the lung, and benign and malignant pheochromocytoma of the adrenal gland. The NTP also concluded that there was some evidence of carcinogenic activity of talc in male F344 /N rats based on an increased incidence of benign and malignant pheochromocytoma of the adrenal gland.

In my opinion, these animal studies further demonstrate that talcum powder products and its attendant inflammation can induce carcinogenesis. This provides further evidence of a biologically plausible mechanism supporting causation of ovarian cancer from the use of talcum powder products.

## Summary of Findings: Weight of the Evidence/Bradford Hill Analysis

The summary relative risk estimates from the most recent meta-analyses(34, 35) and the pooled analysis(39) indicate that women who have ever used talcum powder products in the perineal/genital areas (including use of sanitary napkins, diaphragms, underwear, and direct application) have approximately 22-31% increased risk of developing ovarian cancer compared with never-users.

This review of the association between talcum powder products in the perineal/genital area produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(43)  The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects for causation, namely: the strength of the association, consistency across populations, specificity, temporality, experiment,  biologic gradient (dose-response), plausibility, coherence, and analogy.

***Strength of the association and statistical significance***: The meta-analyses and pooled analysis showed that risk of ovarian cancer among ever users of talcum powder products is 22-31% higher than in women who never used these products. A total of 28 case-control studies, 3 prospective cohort studies, 2 meta-analyses, and one pooled analysis were reviewed in depth. The meta-analyses found a statistically significant 24 – 25% increased risk of developing serous ovarian cancer—representing 52% of epithelial ovarian cancer cases(125) —in women who had ever used talcum powder products compared with never-users. The pooled analysis, which included data from 5 previously published and 3 unpublished case-control studies, found similar statistically significant increased risks for overall epithelial ovarian cancer and serous ovarian cancer (24% and 20%, respectively). Thus, when combining these studies through meta-analyses, the totality of the evidence shows a statistically significant increased risk of ovarian cancer with use of perineal talcum powder products. Viewed in the context of the high consistency of the study results across time, diverse study populations, and strong study

designs, bias and chance as explanation for the increased risk are unlikely. Further, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high prevalence of use of talcum powder products in this population, these levels of risk present a clinically significant public health concern. I placed high weight on this aspect of determination of causality.

**Consistency of the association:** Across the case-control and cohort studies, the association between use of talcum powder products and risk of ovarian cancer was highly consistent. As indicated above, the case-control studies included population-based and hospital-based studies from a diverse geographic area across the U.S., as well as Australia, Canada, the UK, Israel, Greece, and China. Of the 28 studies, 24 found odds ratio greater than 1.1 for ovarian cancer in women who had any perineal exposure to talcum powder products, compared with never users (1-6, 8-11, 13-23, 25-27). Of these 24 odds ratio estimates, 16 were statistically significant (95% confidence intervals excluded 1.0 or p value $\leq$ 0.05). Among the 8 studies which were not statistically significant, 7 had a sample size lower than that estimated to be needed to have power to detect a statistically significant result. Furthermore, the increased risk of ovarian cancer with use of talcum powder products has been seen in various race/ethnic groups as well as in diverse geographic areas around the world. While the cohort studies on average showed more attenuated relative risks of ovarian cancer in relation to use of talcum powder product use, these studies were not well designed to determine true risk for ovarian cancer and perineal talc use. Therefore, their results as a group do not negate the significant case-control study findings and the significant results of the meta-analyses and the pooled analysis.

The most recent and comprehensive meta-analysis by Penninkilampi *et al.*, assessed consistency across the studies included in their analysis by measuring heterogeneity with Cochran's $Q$ statistic, with $P$ < 0.10 indicating heterogeneity.(34) They then quantified the degree of heterogeneity using the $I^2$ statistic. The $I^2$ statistic represents the fraction of the total variability across studies that is due to heterogeneity. The authors categorized $I^2$ values of 25%, 50%, and 75% as corresponding to low, moderate, and high degrees of heterogeneity, respectively, which is typical for meta-analyses.(126) The authors found that there was no heterogeneity in the relative risk estimates for exposure to talcum powder products in the perineal area, or on diaphragms or sanitary napkins. Even though the 95% confidence intervals contained 1.0 in the cohort studies, given the clearly increased relative risk across the case-control

64

studies, the trend toward increased risk in two of the three cohort studies, and the results from the Penninkilampi et al. meta-analysis, it is my opinion that this did not occur by chance but is, in fact, a true causal relationship.

The consistency across studies, led by many investigators, using different study designs, and in diverse ethnic, racial, and geographic populations over a period of nearly 35 years weighs heavily as to the consistency and reliability of the data in favor of a causal risk. Accordingly, I placed significant weight on this factor in my causation analysis.

**Specificity of the association:** Use of talcum powder products is strongly associated with epithelial ovarian cancer. Analyses by histologic subtype of epithelial ovarian cancer found that serous ovarian cancer appeared to be most strongly and consistently related to talc exposure, although the pooled case-control project found associations some other subtypes of ovarian cancer. Mucinous cancers have been consistently found to be unrelated to use of these products. Therefore, the specificity aspect is present for epithelial ovarian cancer and certain subtypes. However, because many carcinogens have been shown to cause diverse and nonspecific morbidities, such as smoking, I weighed this aspect moderately in my causal analysis as compared to other Bradford Hill factors.

**Temporality**: The epidemiologic studies that looked at lifetime talcum powder product use supported that exposure to these products predated the diagnosis of ovarian cancer. I did not find any evidence of 'reverse causation', e.g., using talcum powder products to alleviate symptoms associated with ovarian cancer, nor do any investigators report finding reverse causation. Importantly, symptoms related to ovarian cancer (bloating, increased abdominal size, abdominal pain, pelvic pain, difficulty eating, feeling full quickly)(127) are not vaginal or perineal in origin, and would be unlikely to induce women to increase use of talcum powder products. The finding of temporality is an important component in the causal analysis and, as such, I place great weight in its applicability to the determination of causality.

**Biologic gradient/ dose-response:** The earlier studies were less likely to address dose-response associations. The larger, and more recent studies, however, collected important data that inform dose-response relationships. Many of the 28 case control studies found evidence of a dose-response effect. Most often, this took the form of lifetime numbers of applications of talcum powder products or years of use. Thus, while there were studies that did not look for or find a dose-response, the body of

literature when taken as a whole does indicate a dose-response effect. Some studies did not gather detailed dose data such as frequency of use or length of use. Others gathered either frequency of the use or duration of use, but not both.  As with smoking, ascertainment of frequency x duration of exposure (cumulative exposure) is an optimal metric to determine true dose-response effects.  The meta-analyses and the pooled analysis also found evidence of relationships between increasing amount of exposure to talcum powder products in the perineal/genital area (including frequency, years of use, and estimates of lifetime applications) and increased risk of developing epithelial ovarian cancer (i.e., dose-response relationships). Thus, the studies that accurately determined use of talcum powder products revealed evidence of dose-response effects. When present, the finding of a biologic gradient/dose-response is helpful in determining causation. The findings within the study data, particularly meta-analyses and the pooled analysis, thus, supports my causal analysis and I placed significant weight on this factor.

**Plausibility**: In my consideration of whether talcum powder products can cause cancer, I considered the data for biologically plausible mechanisms by which exposure to talc could result in ovarian cancer. In that regard, I assessed data and determined that talcum powder products can migrate from the perineum through the female genital tract to the ovaries; talcum powder products are found in ovarian and fallopian tube tissues; talcum powder products can induce an inflammatory response; and because of the inflammatory response, malignant transformation can occur.  Support for these finding comes from reliable, peer-reviewed scientific literature which indicates that talcum powder products can migrate from the perineum up the genital tract to the fallopian tubes and ovaries and become imbedded in the ovarian tissue.  Thus, it is biologically plausible that genital exposure to talcum powder products can result in exposure to the ovaries.

Data also plausibly indicates that inhalation of talcum powder products can result in exposure leading to cancer, including mesothelioma.  Studies also show that talcum powder products can be absorbed and transported via the lymphatic system or blood stream. Therefore, inhalation of talcum powder products could result in similar ovarian exposure.   Published scientific data shows that talc reaches the ovary and becomes imbedded in the ovarian tissue.  There are reliable data to support that talc induces an inflammatory response which mediates oxidative stress, release of cytokines and resulting genotoxicity which can induce malignant transformation. Further, the presence of asbestos and other constituents in

the talcum powder products such as asbestos, heavy metals, and fragrance have been shown to induce cancer by similar mechanisms.

While I have considered the data that do not support the plausibility of talcum powder products' carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which talcum powder products can induce ovarian carcinogenicity. Talc and its constituents can reach the ovaries, induce an inflammatory response that leads to genotoxicity and to development of ovarian cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. Therefore, I place significant weight on this aspect of determination of causality.

**Coherence**: The cause-and-effect interpretation of the data on talcum powder product use and risk of ovarian cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. Increased inflammation has been linked to risk of ovarian cancer, and talc and other contents of talcum powder products elicit inflammatory responses within areas of the body in which they have been found (i.e. ovary, peritoneum, lymph nodes, etc.). By analogy, a similar mechanism has been reported by which asbestos causes ovarian cancer.  These mechanisms are consistent with one another and the accepted understanding of the role of inflammation in carcinogenesis. While these factors support a causal association and my opinions in this regard, I do not weigh them quite as heavily as the strength and consistency of the association.

**Experiment**: As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, here, randomized controlled trials are neither feasible nor ethical, similar to smoking and lung cancer. This is because ovarian cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. In addition, because the effects of genital talcum powder product use could be harmful, it would be unethical to conduct a trial of this type. Furthermore, the studies involving migration of talc, the inflammatory process and its association with carcinogenesis all contribute in a compelling manner to the causal analysis. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of talcum powder products on ovarian cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this

report strongly support causation.  Therefore, I placed slight weight to this aspect of determination of causality.

## CONCLUSION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, perineal use of talcum powder products can cause ovarian cancer.

# Tables: Epidemiological Studies of Talcum Powder Product Use and Risk of Ovarian Cancer

Table 1: Case-Control Studies

| Study | Country | No. Cases | No. Non-cases | Source of participants | Odds Ratio All Ovarian Ca, Any Perineal Talc Use (95% CI) | Odds Ratio Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-response? |
|---|---|---|---|---|---|---|---|
| /Schildkraut 2016 (1) | U.S. | 584 | 745 | Population | 1.44 (1.11-1.86) | 1.38 (1.03-1.85) | Yes, OR's: < 3600 apps 1.16 $\geq$ 3600 apps 1.67 $p_{trend} < 0.01$ |
| Cramer 2016 (2) | U.S. | 2041 | 2100 | Population | 1.33 (1.16-1.52) | 1.42 (a) (1.19-1.69) | Yes > 24 talc-years: OR 1.49 $p_{trend} = 0.02$ |
| Wu 2015 (3) | U.S. | 1701 | 2391 | Population | 1.46 (1.27-1.69) | Not addressed | Yes, per 5-years talc: OR 1.14 (95% CI 1.09-1.20) |
| Kurta 2012 (4) | U.S. | 902 | 1802 | Population | 1.4 (1.16–1.69) | Not addressed | Not addressed |
| Rosenblatt 2011 (5) | U.S. | 812 | 1313 | Population | 1.27 (0.97-1.66) | 1.47 (borderline) (0.84-2.56) 1.01 (invasive) (0.69-1.47) | No (lifetime number of apps, years of use) |
| Wu 2009 (6) | U.S. | 609 | 688 | Population | 1.53 (1.13-2.09) | 1.70 (1.27-2.28) | Yes, lifetime apps OR: <=5200: 1.20 >5200 to <=15600: 1.38 >15,600 to <=52000: 1.34 >52000: 1.99 |

69

| | | | | | | | $p_{trend}$ = 0.0004 |
|---|---|---|---|---|---|---|---|
| Moorman 2009 (7) | U.S. | 1114 | 1086 | Population | Whites: 1.04 (0.82-1.33) Blacks: 1.19 (0.68-2.09) | Not addressed | Not addressed |
| Merritt 2008 (8) | Australia | 1576 | 1509 | Population | 1.17 (1.01-1.36) | 1.21 (1.03-1.44) | Yes, OR: None 1.0 > 0-10 yrs 1.13 > 10-25 yrs 1.08 > 25 yrs 1.29 $p_{trend}$ = 0.02 (similar stat sign trend for serous) |
| Mills 2004 (9) | U.S. | 256 | 1122 | Population | 1.37 (1.02-1.85) | 1.77 (1.12-2.8) | No (freq X dur), OR Never 1.0 Q1 1.03 Q2 1.81 Q3 1.74 Q4 1.06 $p_{trend}$ = 0.05 |
| Ness 2000 (10) | U.S. | 767 | 1367 | Population | 1.5 (1.1-2.0) | Not addressed | No (duration only) |
| Cramer 1999 (11) | U.S. | 563 | 523 | Population | 1.60 (1.18 - 2.15) | 1.38 (borderline) (0.82, 2.31) 1.70 (invasive) (1.22, 2.39) | Yes, lifetime apps when fallopian tubes patent: OR < 3000: 1.54 3000-10,000: 1.72 >10,000: 1.80 |
| Wong 1999 (12) | U.S. | 499 | 755 (non-GYN cancer patients) | Hospital | 0.92 (.24-3.62) | 1.2 (0.7-2.1) | No (duration only) |

| Godard 1998 (13) | Canada | 170 | 170 | Population | 2.49 (0.94-6.58) | Not addressed | Not addressed |
|---|---|---|---|---|---|---|---|
| Green 1997 (14) | Australia | 824 | 855 | Population | 1.3 (1.1-1.6) | Not addressed | No (duration only, data not shown) |
| Cook 1997 (15) | U.S. | 313 | 422 | Population | 1.5 (1.1-2.3) | 1.70 (1.1-2.50) | No (cumulative lifetime days) |
| Chang 1997 (16) | Canada | 450 | 564 | Population | 1.42 (1.08-1.86) | 1.34 (0.96-1.85) | No (frequency or duration) |
| Shushan 1996 (17) | Israel | 200 | 408 | Population | 2.0 (p=0.04) | Not addressed | Not addressed |
| Cramer 1995 (18) | U.S. | 450 | 454 | Population | 1.6 (1.2-2.1) | Not addressed | Not addressed |
| Purdie 1995 (19) | Australia | 824 | 860 | Population | 1.27 (1.04-1.54) | Not addressed | Not addressed |
| Tzonou 1993 (28) | Greece | 189 | 200 | Hospital | 1.05 (0.28-3.98) | Not addressed | Not addressed |
| Rosenblatt 1992 (20) | U.S. | 77 | 46 | Hospital | 1.7 (0.7-3.9) | Not addressed | Yes: >= 37.4 years vs. < 37.4 years: OR 2.4 |
| Chen 1992 (21) | China | 112 | 224 | Population | 3.9 (0.9-10.63) | Not addressed | Not addressed |
| Harlow 1992 (22) | U.S. | 235 | 239 | Population | 1.5 (1.0-2.1) | 1.4 (.9-2.2) | Yes, lifetime applications, OR: < 1000: 1.3 1000-10,000: 1.5 > 10,000: 1.8 $p_{trend} = 0.09$ |
| Booth 1989 (23) | U.K. | 235 | 451 | Hospital | Daily 1.3 (0.8-1.0) Weekly 2.0 (1.3-3.4) | Not addressed | Yes, RR: Never 1.0 Rarely 0.9 Monthly 0.7 Weekly 2.0 Daily 1.3 $p_{trend} = 0.05$ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Harlow 1989 (24) | U.S. | 116 border-line only | 158 | Population | 1.1 (0.7-2.1) | Not addressed | Not addressed |
| Whittemore 1988 (25) | U.S. | 188 | 539 | Hospital + population | 1.45 (p=0.06) | Not addressed | 1-20 applications/ mo RR 1.27 (0.82-1.96) > 20 apps/mo RR 1.45 (0.94-2.22) No $p_{trend}$ provided |
| Hartge 1983 (26) | U.S. | 135 | 171 | Hospital | 2.5 (0.7-10.0) | Not addressed | Not addressed |
| Cramer 1982 (27) | U.S. | 215 | 215 | Population | 1.92 (1.27-2.89) | Not addressed | Not addressed |

Table 2: Prospective Cohort Studies

| Study Year Published | Country | No. Cases | No. Non-cases | Baseline Age | Years of Follow-up | RR All Ovarian Ca, Any Perineal Talc Use (95% CI) | RR Serous Invasive Ovarian Ca, Any Perineal Talc Use | Dose-response |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Sister Study Gonzalez, 2016 (30) | U.S. | 154 | 41,500 | 54.8 | Median 6.6 years | 0.73 (0.44-1.21) | Not addressed | Not addressed |
| Women's Health Initiative Houghton, 2014 (29) | U.S. | 429 | 61,147 | 63.3 | Mean 12.4 years | 1.06 (0.87-1.28) | 1.13 (0.84-1.51) | No (< 9 vs. 10+ years); no frequency data collected |
| | | | | | | | | |
| Nurses Health Study Gertig, 2000 (31) | U.S. | 307 | 78,323 | 36-61 years in 1982 (year of talcum powder product use data collected) | Not provided | 1.09 (0.86-1.37) (ever use perineal talc vs. never use) | 1.40 (1.02-1.91) | No (only frequency data collected, no duration data) |
| Nurses Health Study Gates, 2008 (32) | U.S. | 210 | 600 | 36-61 years in 1982 (year of talcum powder product use data collected) | Not provided | 1.24 (0.83-1.83) (≥1/wk vs. < 1/wk) | 1.48 (0.82-2.68) (≥1/wk vs. < 1/wk) | Yes: RR's < 1/wk 0.98 1-6/wk 1.01 > 6/wk 1.44 |
| Nurses Health Study Gates, 2010 (33) | U.S. | 797 | 78,323?? | 6-61 years in 1982 (year of talcum powder product | Not provided | 1.06 (0.89-1.28) (≥1/wk vs. < 1/wk) | 1.06 (0.84-1.35) | Not addressed |

| | | | | use data collected) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Table 3: Meta-analyses

| Study | Number of Studies | Number of Cases | Relative Risk  All Ovarian Ca, Any Perineal Talc Use (95% CI) | Relative Risk Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-Response |
|---|---|---|---|---|---|
| Penninkilampi 2018 (34) | 27 | 14,311 | 1.31 (1.24-1.39) | 1.32 (1.22-1.43) | Yes: OR 1.32 for < 3600 applications; OR 1.42 for > 3600 applications |
| Berge 2017 (35) | 27 | Not provided, should be same as Penninkilami above | 1.22 (1.13–1.30) | 1.24 (1.15–1.34) | Yes for duration and frequency: 1) RR per 10-year use 1.16 (95% CI 1.07-1.26); 2) RR per weekly use 1.05 (95% CI 1.04-1.07) |
| Langseth 2008 (36) | 20 | Not provided | 1.35 (1.26-1.46) | Not addressed | Not addressed |
| Huncharek 2003 (37) | 16 | 5260 | 1.33 (1.16-1.45) | Not addressed | No summary estimates calculated. Dose response addressed in 9/16 source studies: no dose-response apparent |
| Cramer 1999 (11) | 14 | 3834 | 1.4 (1.2-1.5) | Not addressed | Not addressed |
| Gross 1995 (38) | 10 (N=5 studies with adjusted data and limited to | 1509 | 1.29 (1.02-1.63) | Not addressed | Not addressed |

| | epithelial ovarian cancers) | | | | |
|---|---|---|---|---|---|
| Harlow 1992 (22) | 6 | 1106 | 1.3 (1.1-1.6) | Not addressed | Not addressed |

Table 4: Pooled Analysis

| | Number of Studies | Number of Cases | Odds Ratio All Ovarian Ca, Any Perineal Talc Use (95% CI) | Odds Ratio Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-Response All Ovarian Cancer |
|---|---|---|---|---|---|
| Terry 2013 (39) | 8 | 8,525 | 1.24 (1.15– 1.33) | 1.24 (invasive) (1.13–1.35) | Yes. OR (95% CI) by quartiles of lifetime applications vs. never use, non-mucinous cases only: Q1 1.18 (1.02-1.36) Q2 1.22 (1.06-1.41) Q3 1.22 (1.06-1.40) Q4 1.37 (1.19-1.58) |

# References

1.      Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, et al. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). Cancer Epidemiol Biomarkers Prev. 2016;25(10):1411-7.

2.      Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. Epidemiology. 2016;27(3):334-46.

3.      Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. Cancer Epidemiol Biomarkers Prev. 2015;24(7):1094-100.

4.      Kurta ML, Moysich KB, Weissfeld JL, Youk AO, Bunker CH, Edwards RP, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. Cancer Epidemiol Biomarkers Prev. 2012;21(8):1282-92.

5.      Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. Cancer causes & control : CCC. 2011;22(5):737-42.

6.      Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. International journal of cancer Journal international du cancer. 2009;124(6):1409-15.

7.      Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian cancer risk factors in African-American and white women. Am J Epidemiol. 2009;170(5):598-606.

8.      Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. International journal of cancer Journal international du cancer. 2008;122(1):170-6.

9.      Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. International journal of cancer Journal international du cancer. 2004;112(3):458-64.

10.     Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000;11(2):111-7.

11.     Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, et al. Genital talc exposure and risk of ovarian cancer. International journal of cancer Journal international du cancer. 1999;81(3):351-6.

12.     Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol. 1999;93(3):372-6.

13.     Godard B, Foulkes WD, Provencher D, Brunet JS, Tonin PN, Mes-Masson AM, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. Am J Obstet Gynecol. 1998;179(2):403-10.

14.     Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. International journal of cancer Journal international du cancer. 1997;71(6):948-51.

15.     Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol. 1997;145(5):459-65.

16.     Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer. 1997;79(12):2396-401.

17.     Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. Fertil Steril. 1996;65(1):13-8.

18.     Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. Annals of epidemiology. 1995;5(4):310-4.

19.     Purdie D, Green A, Bain C, Siskind V, Ward B, Hacker N, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. International journal of cancer Journal international du cancer. 1995;62(6):678-84.

20.     Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol. 1992;45(1):20-5.

21.     Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol. 1992;21(1):23-9.

22.     Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 1992;80(1):19-26.

23.     Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. Br J Cancer. 1989;60(4):592-8.

24.     Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol. 1989;130(2):390-4.

25.     Whittemore AS, Wu ML, Paffenbarger RS, Jr., Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol. 1988;128(6):1228-40.

26.     Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. JAMA : the journal of the American Medical Association. 1983;250(14):1844.

27.     Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. Cancer. 1982;50(2):372-6.

28.     Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. International journal of cancer Journal international du cancer. 1993;55(3):408-10.

29.     Houghton SC, Reeves KW, Hankinson SE, Crawford L, Lane D, Wactawski-Wende J, et al. Perineal powder use and risk of ovarian cancer. Journal of the National Cancer Institute. 2014;106(9).

30.     Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, Talc Use, and Risk of Ovarian Cancer. Epidemiology. 2016;27(6):797-802.

31.     Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, et al. Prospective study of talc use and ovarian cancer. Journal of the National Cancer Institute. 2000;92(3):249-52.

32.     Gates MA, Tworoger SS, Terry KL, Titus-Ernstoff L, Rosner B, De Vivo I, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2008;17(9):2436-44.

33.     Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. Am J Epidemiol. 2010;171(1):45-53.

34.     Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology. 2018;29(1):41-9.

35.     Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev. 2017 (published in 2018).

36.     Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. J Epidemiol Community Health. 2008;62(4):358-60.

37.     Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer Res. 2003;23(2c):1955-60.

38.     Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. J Expo Anal Environ Epidemiol. 1995;5(2):181-95.

39.     Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer prevention research (Philadelphia, Pa). 2013;6(8):811-21.

40.     IARC. International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans: Arsenic, Metals, Fibres and Dusts. 2012.

41.     Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, et al. A review of human carcinogens--Part C: metals, arsenic, dusts, and fibres. The lancet oncology. 2009;10(5):453-4.

42.     Carbon black, titanium dioxide, and talc. IARC monographs on the evaluation of carcinogenic risks to humans. 2010;93:1-413.

43.     Hill AB. THE ENVIRONMENT AND DISEASE: ASSOCIATION OR CAUSATION? Proceedings of the Royal Society of Medicine. 1965;58:295-300.

44.     Bowling A. Mode of questionnaire administration can have serious effects on data quality. Journal of public health (Oxford, England). 2005;27(3):281-91.

45.     Flegal KM, Brownie C, Haas JD. The effects of exposure misclassification on estimates of relative risk. Am J Epidemiol. 1986;123(4):736-51.

46.     Rojas V, Hirshfield KM, Ganesan S, Rodriguez-Rodriguez L. Molecular Characterization of Epithelial Ovarian Cancer: Implications for Diagnosis and Treatment. International journal of molecular sciences. 2016;17(12).

47.     Coughlin SS. Recall bias in epidemiologic studies. J Clin Epidemiol. 1990;43(1):87-91.

48.     Sridharan L, Greenland P. Editorial policies and publication bias: the importance of negative studies. Archives of internal medicine. 2009;169(11):1022-3.

49.     Rising K, Bacchetti P, Bero L. Reporting bias in drug trials submitted to the Food and Drug Administration: review of publication and presentation. PLoS medicine. 2008;5(11):e217; discussion e.

50.     Rothman KJ, Greenland S. Causation and causal inference in epidemiology. Am J Public Health. 2005;95 Suppl 1:S144-50.

51.     Thompson R, Mitrou G, Brown S, Almond E, Bandurek I, Brockton N, et al. Major new review of global evidence on diet, nutrition and physical activity: A blueprint to reduce cancer risk. Nutrition Bulletin. 2018;43(3):269-83.

52.     Cosselman KE, Navas-Acien A, Kaufman JD. Environmental factors in cardiovascular disease. Nature reviews Cardiology. 2015;12(11):627-42.

53.     Hamra GB, Guha N, Cohen A, Laden F, Raaschou-Nielsen O, Samet JM, et al. Outdoor particulate matter exposure and lung cancer: a systematic review and meta-analysis. Environ Health Perspect. 2014;122(9):906-11.

54.     Khalade A, Jaakkola MS, Pukkala E, Jaakkola JJ. Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis. Environ Health. 2010;9:31.

55.     Rossouw JE, Anderson GL, Prentice RL, LaCroix AZ, Kooperberg C, Stefanick ML, et al. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. JAMA : the journal of the American Medical Association. 2002;288(3):321-33.

56.     Kim S, Ko Y, Lee HJ, Lim JE. Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies. Breast cancer research and treatment. 2018;170(3):667-75.

57.     Stephenson J. FDA orders estrogen safety warnings: agency offers guidance for HRT use. JAMA : the journal of the American Medical Association. 2003;289(5):537-8.

58.     Grossman DC, Curry SJ, Owens DK, Barry MJ, Davidson KW, Doubeni CA, et al. Hormone Therapy for the Primary Prevention of Chronic Conditions in Postmenopausal Women: US Preventive Services Task Force Recommendation Statement. JAMA : the journal of the American Medical Association. 2017;318(22):2224-33.

59.     Karami S, Lan Q, Rothman N, Stewart PA, Lee KM, Vermeulen R, et al. Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. Occup Environ Med. 2012;69(12):858-67.

60.     2018 Physical Activity Guidelines Advisory Committee Scientific Report, U.S. Department of Health and Human Services. Washington, DC; 2018.

61.     Arem H, Moore SC, Patel A, Hartge P, Berrington de Gonzalez A, Visvanathan K, et al. Leisure time physical activity and mortality: a detailed pooled analysis of the dose-response relationship. JAMA internal medicine. 2015;175(6):959-67.

62.     Gandini S, Sera F, Cattaruzza MS, Pasquini P, Picconi O, Boyle P, et al. Meta-analysis of risk factors for cutaneous melanoma: II. Sun exposure. European journal of cancer (Oxford, England : 1990). 2005;41(1):45-60.

63.     van der Pols JC, Williams GM, Pandeya N, Logan V, Green AC. Prolonged prevention of squamous cell carcinoma of the skin by regular sunscreen use. Cancer Epidemiol Biomarkers Prev. 2006;15(12):2546-8.

64.     Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol. 1996;174(5):1507-10.

65.     Chan DS, Vieira AR, Aune D, Bandera EV, Greenwood DC, McTiernan A, et al. Body mass index and survival in women with breast cancer--systematic literature review and meta-analysis of 82 follow-up studies. Annals of oncology : official journal of the European Society for Medical Oncology / ESMO. 2014.

66.     Anderson GL, Judd HL, Kaunitz AM, Barad DH, Beresford SA, Pettinger M, et al. Effects of estrogen plus progestin on gynecologic cancers and associated diagnostic procedures: the Women's Health Initiative randomized trial. JAMA : the journal of the American Medical Association. 2003;290(13):1739-48.

67.     Purdie DM, Bain CJ, Siskind V, Webb PM, Green AC. Ovulation and risk of epithelial ovarian cancer. International journal of cancer Journal international du cancer. 2003;104(2):228-32.

68.     Goodman MT, Lurie G, Thompson PJ, McDuffie KE, Carney ME. Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. Endocrine-related cancer. 2008;15(4):1055-60.

69.     Lo-Ciganic WH, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, Ness RB. Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. Epidemiology. 2012;23(2):311-9.

70.     Pike MC, Pearce CL, Peters R, Cozen W, Wan P, Wu AH. Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. Fertil Steril. 2004;82(1):186-95.

71.     Camargo MC, Stayner LT, Straif K, Reina M, Al-Alem U, Demers PA, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. Environ Health Perspect. 2011;119(9):1211-7.

72.     Reid A, de Klerk N, Musk AW. Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis. Cancer Epidemiol Biomarkers Prev. 2011;20(7):1287-95.

73.     Ferrante D, Chellini E, Merler E, Pavone V, Silvestri S, Miligi L, et al. Italian pool of asbestos workers cohorts: mortality trends of asbestos-related neoplasms after long time since first exposure. Occup Environ Med. 2017;74(12):887-98.

74.     IARC. International Agency for Research on Cancer Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates IARC Monographs. 1987;42.

75.     Gordon RE, Fitzgerald S, Millette J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. Int J Occup Environ Health. 2014;20(4):318-32.

76.     Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. Environ Health Perspect. 1991;94:225-30.

77.     Pier J. Deposition of Julie Pier, Exhibit 47 (September 13, 2018).

78.     Hopkins J. Deposition of John Hopkins, Exhibit 24 (August 17, 2018). 2018.

79.     Longo, Rigler. April 2017  MA14-1683. 2017.

80.      Longo, Rigler. August 2017 – Analysis of J&J Baby Powder  Valiant Shower to Shower talc products for amphibole (tremolite) asbestos – expert report. 2017.

81.      Longo, Rigler, Egeland. Sept. 2017 – MAS Proj. #14-1852, Below the Waist. 2017.

82.      Longo, Rigler. Feb. 2018 – TEM analysis of historical 1978 JBP sample for amphibole asbestos. 2018.

83.      Longo, Rigler. Report on Talcum Powder Products. November 14, 2018.

84.      Crowley M. Report of Michael M. Crowley, PhD. Rule 26 Report Regarding the Fragrance Chemical Constituents in Johnson & Johnson Talcum Powder Products. November 12, 2018.

85.      Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. Fertil Steril. 1961;12:151-5.

86.      Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. The Journal of obstetrics and gynaecology of the British Commonwealth. 1971;78(3):266-72.

87.      Henderson WJ, Hamilton TC, Griffiths K. Talc in normal and malignant ovarian tissue. Lancet. 1979;1(8114):499.

88.      Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. South African medical journal = Suid-Afrikaanse tydskrif vir geneeskunde. 1979;55(23):917-9.

89.      Campion A, Smith KJ, Fedulov AV, Gregory D, Fan Y, Godleski JJ. Identification of Foreign Particles in Human Tissues using Raman Microscopy. Analytical chemistry. 2018.

90.      Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. Hum Reprod. 2004;19(4):991-5.

91.      Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. Obstet Gynecol. 2007;110(2 Pt 2):498-501.

92.      Maccio A, Madeddu C. Inflammation and ovarian cancer. Cytokine. 2012;58(2):133-47.

93.      Longo DL, Young RC. Cosmetic talc and ovarian cancer. Lancet. 1979;2(8150):1011-2.

94.      Zeng F, Wei H, Yeoh E, Zhang Z, Ren ZF, Colditz GA, et al. Inflammatory Markers of CRP, IL6, TNFalpha, and Soluble TNFR2 and the Risk of Ovarian Cancer: A Meta-analysis of Prospective Studies. Cancer Epidemiol Biomarkers Prev. 2016;25(8):1231-9.

95.      Trabert B, Ness RB, Lo-Ciganic WH, Murphy MA, Goode EL, Poole EM, et al. Aspirin, nonaspirin nonsteroidal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium. Journal of the National Cancer Institute. 2014;106(2):djt431.

96.      Qiao Y, Yang T, Gan Y, Li W, Wang C, Gong Y, et al. Associations between aspirin use and the risk of cancers: a meta-analysis of observational studies. BMC cancer. 2018;18(1):288.

97.      Khunnarong J, Tangjitgamol S, Manusirivithaya S, Pataradool K, Thavaramara T, Leelahakorn S. Expression of Cyclooxygenase-1 and 2 in Epithelial Ovarian Cancer: A Clinicopathologic Study. World journal of oncology. 2010;1(1):19-27.

98.      Wilson AJ, Fadare O, Beeghly-Fadiel A, Son DS, Liu Q, Zhao S, et al. Aberrant over-expression of COX-1 intersects multiple pro-tumorigenic pathways in high-grade serous ovarian cancer. Oncotarget. 2015;6(25):21353-68.

99.      Rasmussen CB, Kjaer SK, Albieri V, Bandera EV, Doherty JA, Hogdall E, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. Am J Epidemiol. 2017;185(1):8-20.

100.      Pearce CL, Templeman C, Rossing MA, Lee A, Near AM, Webb PM, et al. Association between endometriosis and risk of histological subtypes of ovarian cancer: a pooled analysis of case-control studies. The lancet oncology. 2012;13(4):385-94.

101.     Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. Cancer biology & medicine. 2017;14(1):9-32.

102.     Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol. 1995;21(2):254-60.

103.     Keskin N, Teksen YA, Ongun EG, Ozay Y, Saygili H. Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. Archives of gynecology and obstetrics. 2009;280(6):925-31.

104.     Caesar J, Jordan M, Hills M. Case report: A rare case of eosinophilic cholecystitis presenting after talc pleurodesis for recurrent pneumothorax. Respiratory medicine case reports. 2017;20:16-8.

105.     van den Heuvel MM, Smit HJ, Barbierato SB, Havenith CE, Beelen RH, Postmus PE. Talc-induced inflammation in the pleural cavity. The European respiratory journal. 1998;12(6):1419-23.

106.     Arellano-Orden E, Romero-Falcon A, Juan JM, Ocana Jurado M, Rodriguez-Panadero F, Montes-Worboys A. Small particle-size talc is associated with poor outcome and increased inflammation in thoracoscopic pleurodesis. Respiration; international review of thoracic diseases. 2013;86(3):201-9.

107.     Genofre EH, Vargas FS, Acencio MM, Antonangelo L, Teixeira LR, Marchi E. Talc pleurodesis: evidence of systemic inflammatory response to small size talc particles. Respiratory medicine. 2009;103(1):91-7.

108.     Rossi VF, Vargas FS, Marchi E, Acencio MM, Genofre EH, Capelozzi VL, et al. Acute inflammatory response secondary to intrapleural administration of two types of talc. The European respiratory journal. 2010;35(2):396-401.

109.     Acencio MM, Vargas FS, Marchi E, Carnevale GG, Teixeira LR, Antonangelo L, et al. Pleural mesothelial cells mediate inflammatory and profibrotic responses in talc-induced pleurodesis. Lung. 2007;185(6):343-8.

110.     Buz'Zard AR, Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. Phytotherapy research : PTR. 2007;21(6):579-86.

111.     Fletcher NM, Memaj, I., Saed, G.M. Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells. Reproductive Sciences. 2018;25.

112.     Saed GM, Morris, R.T., Fletcher, N.M. New insights into the pathogenesis of ovarian cancer: oxidative stress. In: Devaja O, Papadopoulos, A., editor. Ovarian Cancer IntechOpen; 2018.

113.     Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecol Oncol. 2017;145(3):595-602.

114.     Fletcher NM, Ghassan M., Saed, P. Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells and in Normal Ovarian Epithelial Cells.  Society for Reproductive Investigation; San Diego, CA. 2018.

115.     Shukla A, MacPherson MB, Hillegass J, Ramos-Nino ME, Alexeeva V, Vacek PM, et al. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. American journal of respiratory cell and molecular biology. 2009;41(1):114-23.

116.     Reid A, Franklin P, Olsen N, Sleith J, Samuel L, Aboagye-Sarfo P, et al. All-cause mortality and cancer incidence among adults exposed to blue asbestos during childhood. Am J Ind Med. 2013;56(2):133-45.

117.     Wang X, Lin S, Yu I, Qiu H, Lan Y, Yano E. Cause-specific mortality in a Chinese chrysotile textile worker cohort. Cancer Sci. 2013;104(2):245-9.

118.     Oddone E, Ferrante D, Tunesi S, Magnani C. Mortality in asbestos cement workers in Pavia, Italy: A cohort study. Am J Ind Med. 2017;60(10):852-66.

119.     Pira E, Romano C, Violante FS, Farioli A, Spatari G, La Vecchia C, et al. Updated mortality study of a cohort of asbestos textile workers. Cancer medicine. 2016;5(9):2623-8.

120.     Werebe EC, Pazetti R, Milanez de Campos JR, Fernandez PP, Capelozzi VL, Jatene FB, et al. Systemic distribution of talc after intrapleural administration in rats. Chest. 1999;115(1):190-3.

121.     Henderson WJ, Hamilton TC, Baylis MS, Pierrepoint CG, Griffiths K. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. Environmental research. 1986;40(2):247-50.

122.     Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K. Effects of talc on the rat ovary. British journal of experimental pathology. 1984;65(1):101-6.

123.     Van Dyke K, Patel S, Vallyathan V. Lucigenin chemiluminescence assay as an adjunctive tool for assessment of various stages of inflammation: a study of quiescent inflammatory cells. Journal of biosciences. 2003;28(1):115-9.

124.     NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies). National Toxicology Program technical report series. 1993;421:1-287.

125.     Torre LA, Trabert B, DeSantis CE, Miller KD, Samimi G, Runowicz CD, et al. Ovarian cancer statistics, 2018. CA: a cancer journal for clinicians. 2018;68(4):284-96.

126.     Higgins JP, Thompson SG. Quantifying heterogeneity in a meta-analysis. Stat Med. 2002;21(11):1539-58.

127.     Goff BA, Mandel LS, Drescher CW, Urban N, Gough S, Schurman KM, et al. Development of an ovarian cancer symptom index: possibilities for earlier detection. Cancer. 2007;109(2):221-7.

# Additional Materials and Data Considered

1.     21 CFR 740.1(a)
2.     American Cancer Society - Ovarian Cancer
3.     Begg, March. Cause and association: missing the forrest for the trees
4.     Boorman G, J Seely. The lack of an ovarian effect of lifetime talc exposure in F344/N Rats and B6C3F1 Mice
5.     Carr CJ. Talc: consumer uses and health perspectives
6.     Chang, et al. Occupational exposure to talc increases the risk of lung cancer: a meta-analysis of occupational cohort studies
7.     CIR Final Report - Safety assessment of talc as used in cosmetics
8.     Cralley, Key et al. Fibrous and mineral content of cosmetic talcum products
9.     Current Intelligence Bulletin 62 - Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research
10.    Deposition Transcript - Shripal Sharma (Berg v. J&J)
11.    Deposition Transcript & Exhibits - John Hopkins (8/16/18, 8/17/18, 10/26/18, 11/5/18)
12.    Deposition Transcript & Exhibits - Joshua Muscat (9/25/18)
13.    Deposition Transcript & Exhibits - Julie Pier (9/12/18, 9/13/18)
14.    Deposition Transcript & Exhibits - Linda Loretz (7/17/18, 10/1/18, 10/2/18)
15.    Deposition Transcript of Alice Blount, April 2018
16.    Deposition Transcript of Patricia Moorman (Ingham)
17.    Expert Report of Jack Siemiatycki
18.    Fair warning TalcDoc 15
19.    Fair warning TalcDoc 5 - Exhibit 113 (JNJNL91_000022019)
20.    Fiber exposure during use of baby powders - Dement, Shuler, Zumwalde - NIOSH
21.    First Amended Master Long Form Complaint & Exhbits

22.     Fiume et al. Safety assessment of talc as used in cosmetics

23.     Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st century: how data intergration has changed causal inference in molecular epidemiology." Emerging Themes in Epidemiology 12 (14). https://doi.org/10.1186/s12982-015-0037-4

24.     Fletcher, Belotte, Saed et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer

25.     Fletcher, Memaj, Saed. Talcum powder enhances oxidative stress in ovarian cancer cells - Abstract

26.     Fletcher, Saed. Talcum powder enhances cancer antigen 125 levels in ovarian cancer cells - Abstract

27.     Folkins, Ann K., Elke A., Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - assessing pelvic epithelial cancer risk and intercepting early malignacny." In diagnostic gynecologic and obstetric pathology (third edition)), 844-64. Philadelphia: content repository only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

28.     Galea, Rogers. Moving beyond the cause constraint: a public health of consequence, May 2018

29.     Gloyne. Two cases of squamous carcinoma of the lung occurring in asbestosis

30.     Harper A, G Saed. Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes - Abstract, Society of Gynecologic Oncology, 2018, in press.

31.     Hartge et al. Talc and ovarian cancer

32.     Heller et al. The relationship between perineal cosmetic talc usage and ovarian talc particle burden

33.     Henderson et al. Talc and Carcinoma of the Ovary and Cervix

34.     Henderson et al. Talc in normal and malignant ovarian tissue

35.     Hernan.  The C-Word: scientific euphemisms do not improve causal inference from observational data

36.     Hopkins Chart - Exhibit 24

37.     Huncharek et al. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies

38.     IARC - Monograph Vol. 93 - Carbon black, titanium dioxide, and talc, 2010

39.     IOM (National Academies of Sciences, Engineering and Medicine). Ovarian Cancers: Evolving paradigms in research and care

40.     IMERYS210236-IMERYS210137

41.     IMERYS241039

42.     IMERYS241994-IMERYS242004

43.     IMERYS242050

44.     IMERYS322241-IMERYS322242

45.     IMERYS422289-IMERYS422290

46.     IMERYS422289-IMERYS422290

47.     JNJ000087166-JNJ000087230

48.     JNJ000251888-JNJ000251890

49.     JNJ000261010-JNJ000261027

50.     JNJ000526231-JNJ000526676

51.     JNJ000637879-JNJ000637881

52.     JNJAZ55_000000577-JNJAZ55_000000596

53.     JNJAZ55_000003357

54.     JNJAZ55_000012423-JNJAZ55_000012430

55.     JNJAZ55_000012423-JNJAZ55_000012430

56.     JNJI4T5_000004099-JNJI4T5_000004100
57.     JNJMX68_000004996-JNJMX68_000005044
58.     JNJMX68_000004996-JNJMX68_000005044
59.     JNJNL61_000001534-JNJNL61_000001535
60.     JNJNL61_000006431-JNJNL61_000006432
61.     JNJNL61_000020359
62.     JNJNL61_000052427
63.     JNJNL61_000052427
64.     JNJNL61_000061857
65.     JNJNL61_000063473
66.     Joseph, et al. Genomic profiling of malignant peritoneal mesothelioma reveals reucrrent alterations in epigenetic regulatory genes BAP1, SETD2, and DDX3X
67.     Kasper CS., Chandler PJ, Jr. Possible morbidity in women from talc on condoms. JAMA (Journal of the American Medical Association 273 (11):846-47
68.     Letter from Cancer Prevention Coalition to FDA re: Citizen's petition seeeking cancer warning on cosmetics talc products, May 13, 2008
69.     Letter From Cancer Prevention Coalition to FDA re: Citizen's petition seeeking cancer warning on cosmetics talc products, November 17, 1994
70.     Letter from Personal Care Products Council to FDA re: Commnets on citizen's petition to the Commissioner of the Food and Drug Administration seeking a cancer warning on Talc products
71.     "Levin. ""Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries"""
72.     https://www.fairwarning.org/2018/01/talc-documents-reveal/print"
73.     Lockey. Nonasbestos fibrous minerals
74.     Longo, Young. Cosmetic talc and ovarian cancer
75.     Loretz Exhibit 105
76.     Loretz Exhibit 106
77.     Loretz Exhibit 107
78.     Loretz Exhibit 108
79.     Lundin, Dossus, Clendenen et al.  C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy)
80.     Mallen, Townsend, Tworoger. Risk factors for ovarian carcinoma
81.     MBS-CRE000271
82.     Mayer P.Talc and Condoms-Reply, JAMA. 1995; 274(16):1269-1270. doi:10.1001/jama.1995.03530160021025
83.     Medscape - Chustecka, Zosia "Talc use in genital area linked to increased risk of ovarian cancer"
84.     Moller P, P Danielsen, K Jantsen, M Roursgaard & S Loft. Oxidatively damaged DNA in animals exposed to particles, Critical Reviews in Toxicology, 43:2, 96-118
85.     Moller, Jacobsen et al. Role of oxidative damage in toxicity of particulates, Free Radical Researchm 44:1, 1-46
86.     Moon, Park, Choi,et al. Risk assessment of baby powder exposure through inhalation
87.     Moorman et al. Ovarian cancer risk factors in African-American and White Women
88.     Narod, Steven A. 2016. "Talc and Ovarian Cancer." Gynecologic Oncology 141(3):410-12. https://doi.org/10.1016/j.ygyno.2016.04.011.
89.     Ness, Cottreau. Possible role of ovarian epthelial inflammation in ovarian cancer
90.     Ness. Does talc exposure cause ovarian cancer?
91.     New York Times - Lawsuits over baby powder raise questions about cancer risk
92.     NTP Technical Report on the Toxicology and Carcinogenesis of studies in talc (CAS No. 14807-96-6)

93.     Paoletti, Caiazza, Donelli, Pocchiari. Evaluation of Electron Microscopy Techniques of Asbestos: Contamination in industrial, cosmetic, and pharmaceutical talcs

94.     Park, Schildkraut, et al. Benign gynecologic conditions are associated with ovarian cancer risk in African-American women:  a case-control study

95.     Reference Manual on Scientific Evidence (rev 2011)

96.     Reuters, Talck linked to OCVA risk in African Ammerican women

97.     Rohl, Langer, Selikoff, et al. Consumer talcums and powders: mineral and chemical characterization

98.     Rohl. Asbestos in Talc

99.     Ross. Geology, asbestos and health

100.    Rothman, Greenland, Lash. Modern Epidemiology, 3rd Edition

101.    Rothman, Pastides, Samet. Interpretation of epidemiologic studies of talc and ovarian cancer

102.    Sjoesten, A.C.E., J.Ellis, and G.a.B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the human female genital tract." Human Reproduction 19 (4):991-95. Https://doi.org/10.1093/humrep/deh156

103.    Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019."Analgesic use and ovarian cancer risk: an analysis in the ovarian cancer cohort consortium." Journal of the National Cancer Institute 111(2). Https//doi.org/10.1093/jnci/djy100

104.    Trial Testimony of John Hopkins, Berg v. J&J  (Oct. 2013)

105.    US Dept. of Health & Human Service - Public Health Service, Agency for Toxic Substances and Disease Registry - "Toxicological profile for asbestos"

106.    Van Gosen, Lowers et al. Using the geologic setting of talc deposits as an indicator of amphibole asbestos content

107.    Virta. The phase relationship of talc and amphiboles in a fibrous talc sample

108.    WCD000254-WCD000255

109.    Wehner, Hall et al. Do particles translocate from the vagina to the oviducts and beyond?

110.    Werner. Presence of asbestos in talc samples

111.    Whysner, J., and M. Mohan. 2000. "Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk." American Journal of Obstetrics and Gynecology 182 (3):720-24

112.    Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating intrisic and non-intrinsic cancer risk factors." Nature Communications 9(1):3490. Https://doi.org/10.1038/s41467-078-05467-z

113.    Zuckerman D, D Shapiro. Talcum powder and ovarian cancer, National Center for Health Research, May 7, 2018. http//www.center4research.org/talcum-powder-ovarian-cancer/

**EXHIBIT A**

## Curriculum Vitae

**ANNE MCTIERNAN, M.D., PH.D.**
Office:  Fred Hutchinson Cancer Research Center
1100 Fairview Ave North, M4-B874
P.O. Box 19024
Seattle, WA 98109-1024
206-667-7979 phone
206-667-4787 fax
amctiern@fhcrc.org

## EDUCATIONAL BACKGROUND

**Residency, Primary Care Internal Medicine,** 6/92, University of Washington School of Medicine, Seattle, WA
**M.D.,** 6/89, New York Medical College, Valhalla, NY
**Ph.D. in Epidemiology,** 12/82, University of Washington, Seattle, WA
**M.A. in Medical Sociology,** 6/76, State University of New York at Buffalo,
**B.A. in Sociology,** 1/74, Boston University, Boston, MA

## PROFESSIONAL POSITIONS

Division of Public Health Sciences, Fred Hutchinson Cancer Research Center, Seattle, WA
      Director, FHCRC Prevention Center (2002 - 2012)
      Full Member (2001 - present)
      Associate Member (1997 – 2001)
      Assistant Member (1996 - 1997)
      Senior Staff Scientist, Associate in (1983 – 1985; 1992 - 1996)
Department of Epidemiology, University of Washington School of Public Health, Seattle, WA
      Research Professor (2003 - )
      Research Associate Professor (1999 – 2003)
      Research Assistant Professor (1996 - 1999)
      Clinical Instructor (1992 - 1996)
Department of Medicine, Division of Geriatrics
      Adjunct Research Professor (2003 - )
      Adjunct Research Associate Professor (1999 - 2003)
Department of Medicine, Division of General Internal Medicine
      Clinical Instructor (1992 – 1996)
Clinical Nutrition Research Unit, University of Washington, Seattle WA
      Affiliate Investigator (1996 – present)
Harborview Medical Center, Adult Medicine Clinic, Seattle, WA
      Attending Physician (1992 - 1995)
University of Washington, Women's Primary Care Clinic, Seattle, WA
      Attending Physician (1996)

## HONORS and TRAINEESHIPS

- American College of Sports Medicine Citation Award, 2012
- McDougall Mentoring Award, Fred Hutchinson Cancer Research Center, 2011
- Komen for the Cure Scientific Advisory Council/Komen Scholars, 2010-2012
- University of Washington Roger E. Moe Award for Translational Research 2009
- The Joan P. Liman MD Award, Recipient, New York Medical College, 1989
- National Institute for Dental Research, Fellowship Award in Behavioral Dental Research, 1983
- National Cancer Institute Traineeship, 1980-1982

Anne McTiernan

- University of Washington Public Health Traineeship, 1978-1979

## PROFESSIONAL ACTIVITIES
*Committee Memberships and Academic Consulting*

- 2018 U.S. Dept. Health and Human Services Physical Activity Guidelines Advisory Committee, 2016-2018
- Member, External Advisory Board, Pennington Biomedical Research Center, Louisiana, 2018
- Reviewer, NIEHS Sisters Study, 2018
- Patient-Centered Outcomes Research Institute Advisory Panel on Clinical Trials, 2014-2016
- University of Alabama, Center for Exercise Medicine External Advisory Committee, 2016
- Program Committee Member, American Institute for Cancer Research 2016 Conference on Nutrition, Physical Activity, Obesity and Cancer
- Consortium Member: NCI Randomized Controlled Trials of Lifestyle Weight Loss Interventions for Genome-Wide Association Studies, 2016-
- AACR Cancer Prevention Committee, 2010-
- World Cancer Research Fund (WCRF) Continuous Update Project Panel, 2010-
- 2008 U.S. Dept. Health and Human Services Physical Activity Guidelines Advisory Committee, 2007- 2008 (Chair, Cancer Working Group)
- Cancer Prevention Research Institute of Texas, Prevention Review Committee, 2009-2015
- Chair, Transdisciplinary Research on Energetics and Cancer (TREC) Steering Committee 2006-7
- Chair, Cancer Interest group, the Obesity Society, 2006-7
- Steering Committee for International Position Paper and Consensus Conference on Women's Health and the Menopause, NHLBI-Lorenzi Foundation sponsors, 1998 – 2002
- International Advisory Board to the 4th International Symposium on Women's Health and Menopause, 2000 – 2001 and 2004
- Professional Advisory Committee, Breastcancer.org, 2003 –
- Women's Health Research Coalition, 2002
- Women's Health Initiative Committee Membership: Morbidity and Mortality (Co-Chair); Performance Monitoring Outcomes Committee (Chair); Coordinating Center Outcomes Scientific Committee (Chair); Coordinating Center Representative to WHI Program Advisory Committee, 1994-1995; Genetics Working Group; Cancer Biomarkers Working Group
- Consultant, *Moving Forward Study*, University of Illinois, Chicago (PI, Melinda Stolley), 2013-
- Consultant, *The Energy Balance and Breast Cancer Aspects studies: EBBA-I and EBBA-II*, Oslo University Hospital, Oslo, Norway (PI, Inger Thune), 2013-
- American Institute of Cancer Research Meeting Program Committee member, 2010, 2016
- Cancer Prevention Expert Panel, Pennington Biomedical Research Center (Baton Rouge, LA), 2010
- External Advisory Committee, Cooper Clinic, Dallas, Tx, April 2006
- Steering Committee, LISA Trial of Weight Loss for Breast Cancer Patients, Novartis Canada 2005 – 2007
- Chair, Breast Clinical Endpoints Committee, DANCE trial of testosterone patch safety, Proctor & Gamble, 2006-7
- External Reviewer for NCI Nutritional Epidemiology Program, 2005, 2013
- Data and Safety Monitoring Board, "Project Alive", Kaiser Oakland (B. Sternfeld, PI)
- Member, NCI Transdisciplinary Research Working Group, co-Chair section on Lifestyle, 2006
- Panels for American Cancer Society Guidelines on *Diet, Nutrition and Cancer Prevention* and Guidelines for Cancer Patients and Survivors (2001, 2003, 2005)
- Working Group for International Agency for Research on Cancer Handbook of Cancer Prevention: Volume 6 – Weight control and physical activity, 2000 – 2001
- Advisory Board for the Tomorrow Study (Alberta, Canada, Cancer Cohort Study), 1999 - 2001
- Advisor to The effects of weight loss and exercise on biomarkers of breast cancer risk- a randomized pilot trial (M. Harvie, A. Howell, Manchester, England)
- Participant, "Workshop on Physical Activity and Breast Cancer", National Action Plan on Breast Cancer, Nov. 1997

- Invitee, "Beyond Hunt Valley: Research on Women's Health for the 21st Century", Nov. 1997
- Participant, "Breast Cancer in Minorities", National Action Plan on Breast Cancer, March 1999
- 2005 ASPO Annual Meeting Program Committee
- Member, Steering Committee for International Position Paper and Consensus Conference on Women's Health and the Menopause, NHLBI-Lorenzi Foundation sponsors, 1998

*Editorial Boards*
- Cancer Prevention Research, 2008 - 2014
- Journal of Women's Health, 1998 –
- Medscape Women's Health and Ob/Gyn & Women's Health, 2001 – 2002

*Grant Reviewing*
- Chair, Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program - Prevention, January 2017
- Member, Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program - Prevention, January 2018
- Florida Department of Health Research Program Peer Review, 2017
- Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program - Epidemiology, February, 2016
- NCI Omnibus: Biomarkers R03 & R21 SEP-12 Review Committee 2015
- NCI Omnibus: Cancer Management & Behavior 2014
- MD Anderson NCI CCSG Review 2013
- Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program Breakthrough Award, Epidemiology/Prevention 2013
- Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program Training-Epidemiology - Prevention (2 cycles) 2013
- NIH Special Emphasis Panel Member September 2012
- NIH PRDP Study Section Member 2008-2012 (ad hoc 2006-2008)
- Susan G. Komen for the Cure 2009 - 2013
- Cancer Prevention & Research Institute of Texas 2009 – 2015
- Qatar National Priorities Research Program 2010-2013
- Catalan TV3 Marató Call 2005, 2013
- San Diego State/UC San Diego Pilot Grant Reviewer 2012
- FHCRC and UW Pilot Grant Reviews yearly
- NCI Cancer Centers Review Group Ad Hoc Member May 2007
- Pennsylvania Interim Performance Review 2007, 2008, 2010, 2012
- Marsha Rivkin Center for Ovarian Cancer Research Grants 2012
- Memorial Sloan Kettering Cancer Center NCI CCSG Review 2007
- Department of Defense Breast Cancer Program Predoctoral Fellowship Grants, 2006
- Chair, NIH Special Study Section "Mechanisms of Physical Activity Behavior Change" 3/04
- NIH EDC-2 Special Study Section, Sept. 9-10, 1997
- Alberta Cancer Board Grants, 1998-2002 and other Canadian agencies, and for Spanish and Italian Foundations
- NCI Administrative Supplements for Disseminating Evidence-based Research Products 8/04
- Member, ACSM Research Review Committee 2004 – 2006

*Journal Reviewing*

Anne McTiernan

- JAMA, Archives of Internal Medicine, American Journal of Epidemiology, Journal of the National Cancer Institute, Annals of Internal Medicine, European Journal of Cancer, British Journal of Cancer, Cancer Causes & Control,  Cancer Epidemiology Biomarkers & Prevention,  Annals of Epidemiology, Epidemiology, and Nutrition

*College Fellowship and Membership*
- The Obesity Society (Fellow 2003 -)
- American College of Sports Medicine (Fellow 2003 -)
- American College of Epidemiology (Fellow 1999 -)

*Professional Licenses and Certification*
- Board Certified, American Board of Internal Medicine, 1992
- Physician & Surgeon License, State of Washington, 7/21/91-2/18/18
- DEA License, Expires 2017, Schedules 2, 2N, 3, 3N, 4, 5

## LEADERSHIP
- Director, FHCRC Prevention Center, 2002-2012
- Chair, TREC Steering Committee 2006-7
- Chair, Cancer Interest Group, Obesity Society 2007-8
- Chair, Cancer Subcommittee, DHHS Physical Activity Guidelines Advisory Committee 2016-18
- Member, Leadership Group, DHHS Physical Activity Guidelines Advisory Committee 2016-18
- Chair, Cancer Working Group, DHHS Physical Activity Guidelines Advisory Committee 2007-8
- Chair, Section on Mechanisms, IARC Handbook of Cancer Prevention 2002: Physical Activity and Weight Control, 2000-1
- Organized and Chaired Symposium on Physical Activity and Cancer, American College of Sports Medicine, St. Louis, June 2002

## REFEREED PUBLICATIONS
(** refers to student papers under my supervision; ^ denotes papers from studies on which I was PI)

**1983**
1. Shy K, **McTiernan A**, Daling J, and Weiss N: Oral contraceptive use and the occurrence of pituitary prolactinoma. Journal of the American Medical Association 249:2204-2207, 1983.

**1984**
2. **^McTiernan A**, Weiss N, and Daling J: Incidence of thyroid carcinoma in women in relation to reproductive and hormonal factors. American Journal of Epidemiology 120:423-435, 1984.
3. **^McTiernan A**, Weiss N, and Daling J: Incidence of thyroid carcinoma in women in relation to radiation exposure and history of thyroid disease. Journal of the National Cancer Institute 73:575-581, 1984.

**1985**
4. **McTiernan A**, Chu J, and Thomas D: Cancer in whites in the Pacific Basin.  In Fourth Symposium on Epidemiology and Cancer Registries in the Pacific Basin. National Cancer Institute Monograph 69:65-72, 1985.

**1986**
5. **^McTiernan A**, Weiss N, and Daling J: Bias resulting from using the card-back system to contact patients in epidemiologic studies. American Journal of Public Health 76:71-73, 1986.
6. **McTiernan A**, Whitehead A, Thomas D, and Noonan E:  Efficient selection of controls for multi-centered collaborative studies of rare diseases. American Journal of Epidemiology 123:901-904, 1986.
7. **McTiernan A**, Thomas D, Johnson L, and Roseman D:  Risk factors for estrogen receptor-rich and estrogen receptor-poor breast cancers. Journal of the National Cancer Institute 77:849-854, 1986.
8. **McTiernan A** and Thomas D: Evidence for a protective effect of long-term lactation on risk of breast cancer:  results from a case-control study. American Journal of Epidemiology 124:353-358, 1986.
9. **^Mueller B**, **McTiernan A**, and Daling J: Level of response in epidemiologic studies using the card-back system to contact patients. American Journal of Public Health 76:1331-1332, 1986.

**1987**

10. ^**McTiernan A**, Weiss N, and Daling J: Incidence of thyroid cancer in women in relation to known or suspected risk factors for breast cancer. <u>Cancer Research</u> 47:292-295, 1987.

**1991**

11. Rosenblatt KA, Thomas DB, **McTiernan A**, et al: Breast cancer in men: aspects of familial aggregation. <u>Journal of the National Cancer Institute</u> 83:849-54, 1991.

12. Demers PA, Thomas DB, Rosenblatt KA, **McTiernan A**, et al: Occupational exposure to electromagnetic fields and breast cancer in men. <u>American Journal of Epidemiology</u> 134:340-47, 1991.

**1992**

13. Thomas DB, Jiminez LM, **McTiernan A**, et al: Breast cancer in men: risk factors with hormonal implications. <u>American Journal of Epidemiology</u> 135:734-48, 1992.

**1993**

14. Stalsberg H, Thomas DB, Rosenblatt KA, Jiminez LM, **McTiernan A**, et al: Histologic types and hormone receptors in breast cancer in men--a population-based study in 282 North American men. <u>Cancer Causes and Control</u> 4:143-51, 1993.

**1994**

15. Thomas DB, Rosenblatt K, Jiminez LM, **McTiernan A**, et al: Ionizing radiation and breast cancer in men. <u>Cancer Causes and Control</u> 5:9-14, 1994.

**1995**

16. Bowen D, Green P, Kestin M, **McTiernan A**, Carroll D: Effects of decreasing dietary fat on psychological well-being. <u>Cancer Epidemiology, Biomarkers, and Prevention</u> 4:555-59, 1995.

17. **McTiernan A**, Rossouw J, Manson J, et al:  Informed consent in the Women's Health Initiative. <u>Journal of Women's Health</u> 5:519-529, 1995.

**1996**

18. Prentice R, Rossouw JR, Johnson, SR, Freedman LS, **McTiernan A**.  The role of randomized controlled trial in assessing the benefits and risks of long-term hormone replacement therapy: example of the Women's Health Initiative.  <u>Menopause</u>, 1996;3:71-76.

19. **McTiernan A**, Stanford JL, Weiss NS, Daling JR, Voigt LF: Occurrence of breast cancer in relation to recreational exercise in women age 50-64 years. <u>Epidemiology</u> 1996;7:598-604.

**1997**

20. Burke W, Peterson G, Lynch P, Botkin J, Daly M, Garber J, Kahn MJE, **McTiernan A**, Offitt K, Thomson E, Varricchio C, for the Cancer Genetics Studies Consortium.  Recommendations for follow-up care of individuals with an inherited predisposition to cancer. 1. Hereditary nonpolyposis colon cancer. <u>JAMA</u> 1997;277:915-919.

21. Burke W, Daly M, Garber J, Botkin J, Kahn MJE, Lynch P, **McTiernan A**, Offitt K, Perlman J, Petersen G, Thomson E, Varricchio C, for the Cancer Genetics Studies Consortium.  Recommendations for follow-up care of individuals with an inherited predisposition to cancer. 2. BRCA1 and BRCA2. <u>JAMA</u> 1997;277:997-1003.

22. **McTiernan A**, Gilligan M, Redmond C: Assessing individual risk for breast cancer: risky business. <u>J Clinical Epidemiology</u> 1997;50:547-556.

**1998**

23. Women's Health Initiative Study Group. Design of the Women's Health Initiative Clinical Trial and Observational Study. <u>Controlled Clinical Trials</u> 1998;19:61-109.

24. **McTiernan A**, Stanford J, Daling J, Voigt L: Prevalence and correlates of physical activity in women aged 50-64 years. <u>Menopause</u> 1998;5:95-101.

25. ^**McTiernan A**, Kumai C, Bean D, Hastings R, Schwartz R, Ulrich N, Gralow J, Potter J. Anthropometric and hormone effects of an 8-week exercise-diet intervention in breast cancer patients: results of a feasibility pilot study. <u>Cancer Epidemiology Biomarkers Prevention</u> 1998;7:477-81.

26. Hoffman-Goetz L, Apter D, Demark-Wahnefried W, Goran M, **McTiernan A**, Reichman M. Mechanisms for an association between physical activity and breast cancer. <u>Cancer</u> (supplement) 1998;83:621-628.

27. **McTiernan A**, Ulrich N, Slate S, Potter J. Physical activity and cancer etiology: associations and mechanisms. <u>Cancer Causes and Control</u> 1998;9(5)487-509.

Anne McTiernan

**1999**

28. Cheblowski RT, **McTiernan A.** Elements of informed consent for Hormone Replacement Therapy in patients with diagnosed breast cancer. Journal of Clinical Oncology 1999;17(1):130-42.

29. ^Negri E, Ron E, Franceschi S, DalMaso L, Mark SD, Preston-Martin S, **McTiernan A**, et al. A pooled analysis of thyroid cancer case-control studies: Methods. Cancer Causes and Controls 1999:10:131-142.

30. ^Negri E, DalMaso L, Ron E, LaVecchia C, Mark SD, Preston-Martin S, **McTiernan A**, et al. Menstrual and reproductive factors and thyroid cancer. Cancer Causes and Controls 1999:10:143-155.

31. ^LaVecchia C, Ron E, Franceschi S, DalMaso L, Mark SD, Chatenoud L, Braga C, Preston-Martin S, **McTiernan A**. Oral contraceptives, menopausal replacement treatment and other female hormones and thyroid cancer. Cancer Causes and Controls 1999:10:157-166.

32. Durfy S, Bowen D, Burke W, **McTiernan A,** et al. Attitudes and interest in genetic testing for breast and ovarian cancer susceptibility in diverse groups of women in Western Washington. Cancer Epidemiology Biomarkers and Prevention 1999:8;369-376.

33. ^**McTiernan A**, Ulrich CM, Yancey D, Slate S, Nakamura H, Oestreicher N, Bowen D, Yasui Y, Potter J, and Schwartz R. The Physical Activity for Total Health (PATH) Study: rationale and design. Medicine and Science in Sports and Exercise 1999;31:1307-1312.

34. **McTiernan A**, Potter J, Bowen D, Schwartz R. Exercise clinical trials in cancer prevention research: a call to action. Cancer Epidemiology Biomarkers and Prevention 1999; 8:201-207.

35. Bowen D, **McTiernan A**, Burke W, Powers D, Pruski J, Durfy S, Gralow J, Malone K. Participation in breast cancer risk counseling among women with a family history. Cancer Epidemiology Biomarkers and Prevention 1999; 8:581-586.

36. Rosenblatt KA, Thomas DB, Jimeneq LM, Fish B, **McTiernan A**, et al. Diet and breast cancer in men. Cancer Causes and Control 1999;10:107-113.

37. ^Franceschi S, Preston-Martin S, DalMaso L, Negri E, LaVecchia C, **McTiernan A**, et al. A pooled analysis of thyroid cancer case-control studies. IV. Benign thyroid diseases. Cancer Causes and Control 1999;10:583-595.

38. ^LaVecchia C, Ron E, Franceschi S, DalMaso L, Mark SD, Chatenoud L, Braga C, Preston-Martin S, **McTiernan A**. A pooled analysis of thyroid cancer studies. Anthropometric factors. Cancer Causes and Control 1999;10:583-595.

**2000**

39. Burke W, Culver JB, Bowen D, Lowry D, Durfy S, **McTiernan A**, Anderson, MR. Genetic counseling for women with an intermediate family history of breast cancer. American Journal of Medical Genetics 2000;90(5):361-8.

40. **McTiernan A.** The associations of energy balance and body mass index with breast cancer risk in United States women from diverse racial and ethnic backgrounds. Cancer 2000;88:1248-1255.

41. Bowen DJ, **McTiernan A**, , Rosenberg E, Powers P, Feng Z: Recruiting women into a smoking cessation program to control weight: who might quit? Women and Health 2000;31(4):41-58.

42. Wingo PA, Calle EE, **McTiernan A**. How does breast cancer mortality compare with other cancers and cardiovascular disease at different ages in U.S. women? Journal of Women's Health 2000;9:999-1006.

43. **McTiernan A.** Physical Activity and the Prevention of Breast Cancer. Medscape. Invited as Expert Opinion. October 2000; 5(5). Available at http://www.medscape.com/Medscape/WomensHealth/ journal/2000/v05.n05/wh7419.mcti/wh7419.mcti-01.html

**2001**

44. **\*\***Young SYN, Gunzenhauser JD, Malone KE, **McTiernan A.** The relationship between body mass index and asthma in the military population of the northwestern United States. Archives Internal Medicine 2001;161:1605-1611.

45. Davidoff R, **McTiernan A**, Constantine G, Davis KD, Balady GJ, Mendes LA, Rudolph RE, Bowen, DJ. Echocardiographic evaluation of women previously treated with fenfluramine:  Long-term follow-up of a randomized, double-blind, placebo-controlled trial.  Archives of Internal Medicine.  2001;161:1429-1436.

46. Marrett L, Theis B,  Ashbury FD, and an Expert Panel. Workshop report: physical activity and cancer prevention. (member of the expert panel). Chronic Diseases in Canada 2001;21:143-149.

47. La Vecchia C, Brinton L, **McTiernan A**. Menopause, hormone replacement therapy and cancer. Maturitas 2001; 39: 97-115.

48. **McTiernan A,** Burke W, Bars J, et al. Comparison of two breast cancer risk estimates in women with a family history of breast cancer. Cancer Epidemiology Biomarkers and Prevention 2001;10: 333-338.

Anne McTiernan

49. ^Bosetti C, Kolonel L, Negri E, Ron E, Franceschi S, Dal Maso L, Galanti MR, Mark SD, Preston-Martin S, **McTiernan A**, Land C, Mabuchi K, Jin F, Wingren G, Hallquist H, Glattre E, Lund E, Levi F, Linos D, La Vecchia C. A pooled analysis of case-control studies of thyroid cancer: fish and shellfish consumption. <u>Cancer Causes and Control</u> 2001;12:375-382.

50. Shors AR, Solomon C, **McTiernan A**, White E. Melanoma risk in relation to height, weight, and exercise (United States) <u>Cancer Causes and Control</u> 2001; 12(7):599-606. <u>Cancer Causes Control</u>. 2001 Sep;12(7):599-606.

51. Tavani A, La Vecchia C, Brinton LA, **McTiernan A.** Hormone replacement therapy and risk of endometrial cancer. Tumori. 2001 Sep-Oct;87(5):S20-1.

52. LaVecchia C, Brinton LA, **McTiernan A**. Hormone replacement therapy and breast cancer risk: epidemiology. <u>Journal fur Menopause</u> 2001;8:5-7.

53. Friedenreich C, Marrett LD, Members of the Canadian Breast Cancer Initiative Working Group on Primary Prevention of Breast Cancer and an Expert Panel. Workshop report: identification of research needs in breast cancer etiology. <u>Chronic Diseases in Canada</u> 2001;22:41-49  (member of the Expert Panel).

**2002**

54. ^**Irwin ML, **McTiernan A**. Exercise effect on body weight in postmenopausal women: the Physical Activity for Total Health Study. In RA Lobo, PG Crosignani, R Paoletti, F Bruschi (eds). <u>Women's Health and Menopause: New Strategies – Improved Quality of Life,</u> Dordrecht, Kluwer Academic Pub. 2002, pp. 345-352.

55. Chlebowski RT, Aiello E, **McTiernan A.** Weight loss in breast cancer patient management. <u>J. Clinical Oncology</u> 2002;20(4):1128-1143.

56. ^**Slate S, Yasui Y, Ulrich C, **McTiernan A**. Mailing strategies and recruitment into an intervention trial of the exercise effect on breast cancer biomarkers. <u>Cancer Epidemiology Biomarkers and Prevention</u> 2002; 11: 73-77.

57. Hendrix S, Clark A, Nygaard I, Aragaki A, Barnabei V, **McTiernan A**.  Pelvic organ prolapse in the Women's Health Initiative: gravity and gravidity. <u>Am J. Obstet Gynecol</u> 2002 Jun;186(6):1160-6.

58. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW, Barrett-Connor E, Birkhauser MH, Brinton LA, Collins A, Collins P, Crosignani PG, Dennerstein L, Ettinger B, Gustafson JA, Guthrie J, Henderson VW, Hendrix S, Klein BEK, LaVecchia C, Lindsay R, Maggi A, McGowan JA, **McTiernan A,** Nilsson S, Redford M, Resnick SM, Rossouw JE, Santoro N, Sherman SS. Executive summary. In International Position Paper on Women's Health and Menopause: a Comprehensive Approach. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW (eds). NIH Publication No. 02-3284. 2002, pp. 1-22.

59. LaVecchia C, Brinton L, **McTiernan, A** Hormone replacement therapy, related therapies, and cancer. In International Position Paper on Women's Health and Menopause: a Comprehensive Approach. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW (eds). NIH Publication No. 02-3284. 2002, pp.223-250.

60. Barrett-Connor E, Hendrix S, Ettinger B, Wenger NK, Paoletti R, Lenfant CJM, Pinn VW, Birkhauser MH, Brinton LA, Collins A, Collins P, Crosignani PG, Dennerstein L, Gustafson JA, Guthrie J, Henderson VW, Klein BEK, LaVecchia C, Lindsay R, Maggi A, McGowan JA, **McTiernan A,** Nilsson S, Redford M, Resnick SM, Rossouw JE, Santoro N, Sherman SS. Best clinical practices: a comprehensive approach. In International Position Paper on Women's Health and Menopause: a Comprehensive Appoach. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW (eds). NIH Publication No. 02-3284. 2002, pp. 271-288.

61. Byers T, Thun M, **McTiernan A**, Doyle C, et al. American Cancer Society Guidelines for Nutrition and Physical Activity and Prevention of Cancer. <u>CA: Cancer J Clin</u> 2002;52:92-119.

62. Morimoto L, White E, Zhao C, Chlebowski R, Hays J, Kuller L, Lopez AM, Manson J, Margolis K, Muti P, Stefanick M, **McTiernan A**. Obesity, body size, and risk of postmenopausal breast cancer: the Women's Health Initiative. <u>Cancer Causes and Control.</u> 2002;13:741-751.

63. ^Bossetti C, Kolonel L, Negri E, Ron E, Franceschi S, Dal Maso L, Galanti MR, Mark SD, Preston-Martin S, **McTiernan A**, Land C, Mabuchi K, Jin F, Wingren G, Hallquist H, Glattre E, Lund E, Levi F, Linos D, La Vecchia C. A pooled analysis of case-control studies of thyroid cancer. VII. Cruciferous and other vegetables. <u>Cancer Causes and Control</u> 2002;13:765-775.

64. LaVecchia C, Brinton LA, **McTiernan A.** Cancer risk in postmenopausal women. <u>Bailliere's  Best Practice and Research - Clinical Obstetrics & Gynaecology</u> 2002 Jun;16(3):293-307.

65. Andersen R, Bowen D, Yasui Y, **McTiernan A**. Awareness and concern about ovarian cancer among women at risk due to a family history of breast or ovarian cancer. <u>Clinical Journal of Women's Health</u> 2002;2:5-12. (also reprinted in <u>Am J Obstet Gynecol</u>. 2003 Oct;189(4 Suppl):S42-7.)

Anne McTiernan

66. Bowen D, Burke W, Yasui Y, **McTiernan A**, McLaren D. Effects of risk counseling on interest in genetic testing in lower risk women. Genetics in Medicine 2002; 4:359-365.

67. Evenson K, Wilxox S, Pettinger M, Brunner R, King AC, **McTiernan A**. Vigorous leisure activity through women's adult life: The Women's Health Initiative Observational Cohort Study. American Journal of Epidemiology 2002;156:945-953.

**2003**

**68.** Bowen D, Powers D, Anderson R, Burke W, **McTiernan A,** Durfy S, Helmes A. Predicting breast cancer screening with emotion and cognition. Journal of Social and Clinical Psychology 2003;22(2):213-232.

69. ^\*\*Irwin M, Yasui Y, Ulrich CM, Bowen D, Rudolph RE, Schwartz RS, Yukawa M, Aiello E, Potter JD, **McTiernan A**. Effect of exercise on total and intra-abdominal body fat in postmenopausal women: a randomized controlled trial. JAMA 2003;289: 323-330.

70. ^**McTiernan A**, Rajan KB, Tworoger S, Irwin M, Bernstein L, Baumgartner R, Gilliland F, Stanczyk F, Yasui Y, Ballard-Barbash R. Adiposity and sex hormones in postmenopausal breast cancer survivors. Journal of Clinical Oncology 2003;21(10):1961-1966.

71. Curb D, **McTiernan A**, Heckbert S, Kooperberg C, Stanford J, Nevitt M, Johnson K, Proulx-Burns L, Pastore L, Criqui M, Dougherty S. Outcomes ascertainment and adjudication methods in the Women's Health Initiative. Annals of Epidemiology 2003;13(9, Suppl 1):S122-S128.

72. ^\*\*Irwin M, Crumley D, **McTiernan A**, Bernstein L, Baumgartner R, Gilliland F, Kriska A, Ballard-Barbash R. Physical activity levels before and after a diagnosis of breast cancer: The Health, Eating, Activity, and Lifestyle (HEAL) Study. Cancer 2003;97:1746-57.

73. Mitchell BL, Ulrich CM, **McTiernan A**. Vitamin supplementation and immune function: can the elderly benefit? (review) Nutrition Research 2003; 23:1117-39

74. Chlebowski R, Cyr M, Gass M, Gilligan M, Hendrix S, Handek CJ, Lane D, Langer RD, Petrovich H, Stefanick M, Thomson C, **McTiernan A.** Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women: the Women's Health Initiative Randomized Trial. JAMA 2003;289: 3243-53.

75. **McTiernan A.** Intervention studies in exercise and cancer prevention. (American College of Sports Medicine Symposium paper) Medicine and Science in Sports and Exercise. 2003;35(11):1841-1845.

76. ^\*\*Tworoger S, Yasui Y, Ulrich CM, Vitiello M, Bowen D, Irwin M, Aiello EJ, Schwartz RS, Potter J, **McTiernan A.** Effect of a yearlong moderate to vigorous intensity exercise or low intensity stretching intervention on self-reported sleep quality measures in postmenopausal women. Sleep 2003;26(7): 830-6.

77. **McTiernan A**. Behavioral risk factors in breast cancer: can risk be modified? The Oncologist. 2003;8(4):326-34.

78. Harris RE, Chlebowski RT, Jackson RD, Frid DJ, Ascenseo JL, Anderson G, Loar A, Rodabough RJ, White E, **McTiernan A**; Women's Health Initiative. Breast cancer and nonsteroidal anti-inflammatory drugs: prospective results from the Women's Health Initiative. Cancer Res. 2003 Sep 15;63(18):6096-101.

79. Brown JK, Byers T, Doyle C, Courneya KS, Demark-Wahnefried W, Kushi LH, **McTiernan A,** et al, Nutrition and physical activity during and after cancer treatment:  an American Cancer Society guide for informed choices. CA Cancer J Clin. 2003 Sep-Oct;53(5):268-91.

80. **McTiernan A**, Kooperberg C, White E, Wilcox S, Coates R, Adams-Campbell L, Woods N, Ockene J. Recreational physical activity and the risk of breast cancer in postmenopausal women.  The Women's Health Initiative Cohort Study. JAMA 2003; 290: 1331-1336.

81. ^Mack WJ, Preston-Martin S, Dal Maso L, Galanti R, Xiang M, Franceschi S, A Hallquist A, Jin F, Kolonel L, La Vecchia C, Levi F, Linos A, Lund E, **McTiernan A**, Mabuchi K, Negri E, Wingren G, Ron E. A pooled analysis of case–control studies of thyroid cancer: cigarette smoking and consumption of alcohol, coffee, and tea. Cancer Causes and Control 2003;14 (8): 773-785.

**2004**

82. ^\*\*Aiello EJ, Yasui Y, Tworoger SS, Ulrich CM, Irwin M, Bowen D, Schwartz RS, Kumai C, Potter JD, **McTiernan A.** Effect of a yearlong moderate-intensity exercise intervention on the occurrence and severity of menopausal symptoms in postmenopausal women. Menopause: the Journal of the North American Menopause Society 2004; 11(4):382-8.

83. ^\*\*Tworoger SS, Chubak J, Aiello EJ, Ulrich CM, Atkinson C, Potter JD, Yasui Y, Stapleton PL, Lampe JW, Farin FM, Stanczyk FZ, **McTiernan A**.  Association of *CYP17, CYP19, CYP1B1*, and *COMT* polymorphisms with serum

Anne McTiernan

and urinary sex hormone concentrations in postmenopausal women. <u>Cancer Epidemiol Biomarkers Prev</u> 2004 13: 94-101.

84. **McTiernan A**. Physical activity after cancer: physiologic outcomes. <u>Cancer Investigation</u> 2004;22:68-81.

85. Bowen DJ, Burke W, **McTiernan A**, Yasui Y, Andersen MR. Breast cancer risk counseling improves women's functioning. <u>Patient Education and Counseling</u> 2004;53(1);79-86.

86. ^Atkinson C, Lampe JW, Tworoger SS, Ulrich CM, Bowen D, Irwin ML, Schwartz RS, Rajan BK, Yasui Y, Potter JD, **McTiernan A**. Effects of a moderate intensity exercise intervention on estrogen metabolism in postmenopausal women. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004;13(5):1-7.

87. ^**McTiernan A**, Tworoger S, Schwartz RS, Ulrich CM, Yasui Y, Irwin M, Rajan B, Rudolph R, Bowen D, Stanczyk F, Potter JD. Effect of exercise on serum estrogens in postmenopausal women: a 12-month randomized controlled trial. <u>Cancer Research</u> 2004;64(8):2923-8.

88. ^Frankenfeld CL, **McTiernan A**, Tworoger SS, Atkinson C, Thomas WK, Stanczyk F, Marcinova S, Weigle S, Weiss NS, Holt VL, Schwartz SM, Lampe JW.  Serum hormone and sex hormone binding globulin concentrations and urinary hydroxylated estrogen metabolites in postmenopausal women in relation to daidzein-metabolizing phenotypes.  <u>J Steroid Biochem Mol Biol</u>, 2004; 88(4-5):399-408.

89. ^**McTiernan A**, Tworoger SS, Rajan B, Yasui Y, Sorenson B, Ulrich CM, Chubak J, Stanczyk FZ, Bowen D, Irwin ML, Rudolph RE, Potter JD, Schwartz RS. Effect of exercise on serum androgens in postmenopausal women: a 12-month randomized clinical trial. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004;13(7):1-7.

90. Tworoger SS, Davis S, Mirick D, Emerson S, Lentz M, **McTiernan A** The effect of a nighttime magnetic field exposure on sleep patterns in young women. <u>Am. J. Epidemiology</u> 2004;160(3):224-9.

91. ^**Tworoger SS, Chubak J, Aiello EJ, Yasui Y, Ulrich CM, Farin FM, Stapleton PL, Irwin ML, Potter JD, Schwartz RS, **McTiernan A.** The effect of *CYP19* and *COMT* polymorphisms on exercise-induced fat loss in postmenopausal women.  <u>Obesity Research</u> 2004;12(6):972-81.

92. Frankenfeld CL, **McTiernan A,** Aiello EJ, Thomas WK, LaCroix K, Schramm J, Schwartz SM, Holt VL, Lampe JW.  Mammographic density in overweight, postmenopausal women in relation to daidzein-metabolizing phenotypes. <u>Cancer, Epidemiology, Biomarkers and Prevention</u>. 2004;13(7):1156-1162.

93. ^**Tworoger SS,Yasui Y,Chang L, Stanczyk FZ, **McTiernan A**. Specimen allocation in longitudinal biomarker studies: controlling subject-specific levels by design. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004;13(7):1257-1260.

94. McGregor, B.A., Bowen, D.J., Ankerst, D., Andersen, M.R., Yasui, Y., **McTiernan, A**. Optimism, perceived risk of breast cancer, and cancer worry among a community-based sample of women. <u>Health Psychology</u> 2004;23:339-44

95. Prentice R, Willett W, Greenwald P, Alberts D Bernstein L, Boyd N, Byers T,  Clinton S, Fraser G, Freedman L, Hunter D, Kipnis V, Kolonel L, Kristal B, Kristal A, Lampe J, **McTiernan A**, Milner J, Patterson R, Potter J, Riboli E, Schatzkin A, Yates A. Nutrition, physical activity and chronic disease prevention: research strategies and recommendations. <u>J Natl Cancer Inst.</u> 2004; 96(17):1276-87.

96. ^Shade ED, **McTiernan A**, Wener MH, Wood B, Yasui Y, LaCroix K, Potter JD, Ulrich CM. Frequent intentional weight loss, duration of weight stability, and possible long-term effects on immune function. <u>J American Dietetic Association</u> June 2004; 104(6): 903-12.

97. ^Irwin M, **McTiernan A**, Bernstein L, Baumgartner R, Gilliland FD, Ballard-Barbash R. Physical activity levels among breast cancer survivors. <u>Medicine and Science in Sports and Exercise</u> 2004; 36(9): 1484-1491.

98. Alfano CM, Klesges RC, Murray DM, Bowen DJ, **McTiernan A**, Vander Weg MW, Robinson LA, Cartmel B, Thornquist MD, Barnett M, Goodman GE, Omenn GS. Physical activity in relation to all-site and lung cancer incidence and mortality in current and former smokers. <u>Cancer Epidemiol Biomarkers Prev</u> 2004;13(12):2233-2241.

99. Heckbert SR, Kooperberg C, Stafford MM, Psaty BM, Hsia J, **McTiernan A**, Barbour A, Gaziono M, Frishman WH, Curb D, for the WHI Morbidity and Mortality Committee. Comparison of self-report, hospital discharge codes, and adjudication of cardiovascular events in the Women's Health Initiative. <u>Amer J Epidemiol</u> 2004;160(12):1152-1158.

100. ^**Chubak J, Tworoger S, Yasui Y, Ulrich C, Stanczyk F, **McTiernan A**. Associations between reproductive and menstrual factors and postmenopausal sex hormone concentrations. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004; 13(8):1296-301.

Anne McTiernan

101. ^Baumgartner KB, Baumgartner RN, WC Hunt WC, Crumley DD, FD Gilliland FD, **McTiernan A**, Bernstein L, Ballard-Barbash R. Association of body composition and weight history with breast cancer prognostic markers: a divergent pattern between Hispanic and non-Hispanic white women. Am J Epidemiology 2004 160(11):1087-97.

102. ^**Sparks R, Ulrich CM, Bigler J, Tworoger SS, Yasui Y, Rajan KB, Porter P, Stanczyk FZ, McVarish L, Aiello E, **McTiernan A.** UDP-glucuronosyltransferase and sulfotransferase polymorphisms, sex hormone concentrations, and tumor characteristics in breast cancer patients. Breast Cancer Research 2004;6(5):R488-98.

103. Chlebowski R, Pettinger M, Stefanick M, Howard M, Mossavar-Rahmani Y, **McTiernan A**. Insulin, physical activity, and caloric intake in postmenopausal women: breast cancer implications. J Clin Oncol 2004;22(22):4507-13.

104. ^Irwin ML, Tworoger SS, Yasui Y, Rajan K, McVarish L, LaCroix K, Ulrich C, Bowen D, Shwartz RS, Potter J, **McTiernan A.** Influence of demographic, physiologic, and psychosocial variables on adherence to a yearlong moderate-intensity exercise trial in postmenopausal women. Preventive Medicine 2004;39:1080-86.

**2005**

**105.** ^Foster-Schubert KE, **McTiernan A**, Frayo RS, Schwartz RS, Rajan KB, Yasui Y, Tworoger SS, Cummings DE. Human plasma ghrelin levels increase during a one-year exercise program. J Clin Endoc Metab 2005; 90(2):820-5.

106. ^Irwin ML, **McTiernan A**, Baumgartner R, Baumgartner K, Bernstein L, Gilliland FD, Ballard-Barbash R. Changes in body fat and weight after a breast cancer diagnosis: Influence of demographic, prognostic and lifestyle factors. J Clin Oncol 2005;23(4):774-782.

107. Cheblowski R, Chen Z, Anderson GL, Rohan T, Aragaki A, Lane D, Nolan NC, Paskett ED, **McTiernan A**, Hubbell FA, Adams-Campbell LL, Prentice R. Ethnicity and breast cancer: factors influencing differences in incidence and outcome. J Natl Cancer Inst. 2005;97:439-448.

108. ^**Frank LL, Rajan KB, Yasui Y, Tworoger SS, Ulrich CM, **McTiernan A**. Effects of physical activity on metabolic risk variables in overweight postmenopausal women. A randomized clinical trial. Obesity Research 2005; 13: 615-25.

109. ^**McTiernan A**, Sorensen B, Yasui Y, Tworoger SS, Ulrich CM, Irwin ML, Rudolph RE, Stanczyk FZ, Schwartz RS, Potter JD. No effect of exercise on insulin-like growth factor 1 and insulin-like growth factor binding protein 3 in postmenopausal women: a 12-month randomized clinical trial. Cancer Epidemiol Biomarkers Prev. 2005 Apr;14(4):1020-1

110. ^**Aiello EJ, Yasui Y, Tworoger SS, Ulrich CM, Potter JD, Bowen D, Irwin M, Stanczyk F, **McTiernan A** Associations among circulating sex hormones, insulin-like growth factor, lipids, and breast density in postmenopausal women. Cancer Epidemiol Biomarkers Prev. 2005;14(6):1411-1417.

111. Tworoger SS, Davis S, Vitiello MV, Lentz MJ, **McTiernan A**. Factors associated with objective (actigraphic) and subjective sleep quality in young adult women. J Psychosomatic Res. 2005;59:11-19.

112. **McTiernan A**, Martin C, Peck JD, Aragaki A, Chlebowski R, Pisano E, Wang CY, Brunner R, Johnson KC, Manson JE, Lewis CE, Kotchen JM, Hulka B, for the Women's Health Initiative Mammogram Density Study Investigators. Estrogen plus progestin influence on mammogram density in healthy postmenopausal women in the Women's Health Initiative Randomized Trial. J Natl Cancer Inst.2005;97: 1366-1376.

113. ^Chubak J, Tworoger SS, Yasui Y, Ulrich CM, Stanczyk FZ, **McTiernan A**. Associations between reproductive and menstrual factors and postmenopausal androgen concentrations. J Womens Health (Larchmt) 2005;14:704-12.

114. ^Irwin M, **McTiernan A**, Bernstein L, Gilliland F, Baumgartner R, Baumgartner K, Ballard-Barbash R. Relationship of obesity and physical activity with c-peptide, leptin, and insulin-like growth factors in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2005; 14(12):2881-8.

115. **McTiernan A.** Obesity and cancer: the risks, the science and potential management strategies. Oncology 2005;19(7):871-81; discussion 881-2, 885-6. Review.

116. Meyers JA, **McTiernan A**, Ulrich CM. Leptin and immune function – integrating the evidence. Nutrition Research 2005;9:791-803.

**2006**

117. ^Troen AM, Mitchell B, Sorensen B, Wener MH, Johnston A, Wood B, Selhub J, **McTiernan A**, Yasui Y, Potter JD, Ulrich CM. Unmetabolized folic acid in plasma is associated with reduced natural killer cell cytotoxicity among postmenopausal women. The Journal of Nutrition 2006; 136(1):189-94.

118. Rosenberg C, Khandekar J, Greenberg P, Rodabough RJ, **McTiernan A**. Cutaneous melanoma in postmenopausal women after nonmelanoma skin carcinoma: the Women's Health Initiative Observational Study. Cancer 2006;106(3):654-663.

119. ^Frankenfeld CL, **McTiernan A**, Schramm JK, Yasui Y, McVarish L, Ulrich CM, Thomas WK, Lampe JW. Bone mineral density in relation to soy isoflavone-metabolizing phenotypes in 92 postmenopausal women. Maturitas 2006;53:315-324.

120. ^^Mohanka MR, Heckbert SR, Yasui Y, Sorensen B, Chubak J, Tworoger SS, Ulrich CM, **McTiernan A**. Randomized trial: No evidence of change in blood lipids in overweight postmenopausal women after 1-year moderate intensity exercise. Medicine and Science in Sports and Exercise 2006;38(2):231-9.

121. Mustian, KM, Griggs JJ, Morrow GR, **McTiernan A**, Roscoe JA, Atkins JN, Issel B Exercise and side effects among 749 patients during and after treatment for cancer: a University of Rochester Cancer Center Community Clinical Oncology Program study. Supportive Care in Cancer 2006; Feb 16; 14(7):732-41

122. Alfano, C. M., McGregor, B.A., Kuniyuki, A., Reeve, B. B., Bowen DJ, Baumgartner KB, Bernstein L, Ballard-Barbash R, Malone K, Ganz PA, **McTiernan A**. Psychometric properties of a tool for measuring hormone-related symptoms in breast cancer survivors. Psycho-Oncology 2006; Nov;15(11):985-1000.

123. ^Irwin ML, Aiello E, **McTiernan A**, Baumgartner R, Baumgartner KB, Bernstein L, Gilliland F, Ballard-Barbash R. Pre-diagnosis physical activity and mammographic density in breast cancer survivors. Breast Cancer Research and Treatment 2006 Jan;95(2):171-8.

124. Cauley J, Margolis K, **McTiernan A,** Vitolins M, Furberg C, Bauer D, LaCroix A, Chlebowski R. HMG co-A reductase inhibitor (statin) use and the risk of breast cancer in the Women's Health Initiative Observational Study. J Natl Cancer Inst. 2006;98:700-7.

125. ^Alfano, C.M., McGregor, B.A., Kuniyuki, A., Reeve, B., Smith, A. W., Baumgartner, K., Bernstein, L., Ballard-Barbash, R., Malone, K., Ganz, P., **McTiernan, A**. Psychometric evaluation of the Brief Cancer Impact Assessment among breast cancer survivors. Oncology 2006; 70: 190-202.

126. Anderson GL, Chlebowski RT, Rossouw J, Rodabough RJ, **McTiernan A**, Margolis K, Aggerwal A, Curb JD, Hendrix SL, Hubbell FA, Khandekar J, Lane D, Lasser N, Lopez AM, Potter JN, Ritenbaugh C. Prior hormone therapy and breast cancer risk in the Women's Health Initiative Randomized Trial of Estrogen plus Progestin. Maturitas 2006 Sep 20;55(2):103-15.

127. ^**Chubak J, Ulrich CM, Tworoger SS, Sorensen B, Yasui Y, Irwin ML, Stanczyk FZ, Potter JD, **McTiernan A.** Effect of exercise on bone density and lean mass in postmenopausal women. Medicine and Science in Sports and Exercise. 2006;38(7):1236-1244.

128. ^**Palomares MR, Machia JRB, Lehman CD, Aiello EJ, Daling J, **McTiernan A**. Mammographic density correlation with Gail model breast cancer risk estimates and component risk factors. Cancer Epidemiol Biomarkers Prev. 2006; 15(7):1324-30.

129. Allison M, Langer R, Garland C, Criqui MH, **McTiernan A**, et al. Effect of aspirin supplementation on rates of colorectal cancer. Am J Epidemiology 2006; 164(6):567-75.

130. ^Fan J, McKean-Cowdin R, Bernstein L, Stanczyk FZ, Ballard-Barbash R, **McTiernan A**, Baumgartner R, Gilliland F. An association between a common variant (G972R) in the IRS-1 gene and sex hormone levels in post-menopausal breast cancer survivors. Breast Cancer Research Treatment 2006;99(3): 323-31.

131. ^**Littman AJ, Vittielo MV, Foster-Schubert K, Ulrich CM, Tworoger SS, Potter JD, Weigle DS, **McTiernan A**. Sleep, ghrelin, leptin, and changes in body weight during a 1-year moderate-intensity physical activity intervention. Int J Obesity 2007 Mar;31(3):466-75.

132. ^**McTiernan A**, Yasui Y, Sorensen B, Irwin ML, Morgan A, Rudolph RE, Surawicz C, Lampe JW, Ayub K, Potter J, Lampe P. Effect of a 12-month exercise intervention on patterns of cellular proliferation in colonic crypts: a randomized controlled trial. Cancer Epidemiol Biomarker Prev 2006; 15: 1588-1597.

133. ^**McTiernan A**, Wu LL, Chen C, Chlebowski R, Mossavar-Rahmani Y, Modugno F, Perri MG, Stanczyk FZ, Van Horn L, Wang CY, Women's Health Initiative Investigators. Relation of BMI and physical activity to sex hormones in postmenopausal women Obesity 2006;14(9):1662-77.

134. ^ Abrahamson PE, Tworoger SS, Aiello EJ, Bernstein L, Ulrich CM, Gilliland FD, Stanczyk FZ, Baumgartner R, Baumgartner K, Sorensen B, Ballard-Barbash R, **McTiernan A**. Associations between the CYP17, CYPIB1, COMT and SHBG polymorphisms and serum sex hormones in post-menopausal breast cancer survivors. Breast Cancer Res Treat. 2007 Sep;105(1):45-54.

Anne McTiernan

135. ^**Chubak J, **McTiernan A**, Sorensen B, Wener MH, Yasui Y, Velasquez M,  Wood B, Rajan KB, Wetmore CM, Potter JD, Ulrich CM.  Moderate-intensity exercise reduces the incidence of colds among postmenopausal women. American J of Medicine 2006;119(11):937-42.

136. ^Bowen DJ, Fesinmeyer MD, Yasui Y, Tworoger SS, Ulrich CM, Irwin ML, Rudolph RE, LaCroix KL, Schwartz RR, **McTiernan A.**  Effects of physical activity on quality of life in sedentary middle aged women. Int J Nutrition and Physical Activity Behavior 2006 Oct 4;3:34.

137. Doyle C, Kushi LH, Byers T, Courneya KS, Demark-Wahnefried W, Grant B, **McTiernan A,** Rock CL, Thompson C, Gansler T, Andrews KS. The American Cancer Society 2006 Nutrition and Physical Activity Guidelines Advisory Committee. American Cancer Society guidelines on nutrition and physical activity for cancer survivors CA Cancer J Clin. 2006 Nov-Dec;56(6):323-53.

138. Kushi LH, Byers T, Doyle C, Bandera EV, McCullough M, **McTiernan A,**  Gansler T, Andrews KS, Thun, MJ. American Cancer Society 2006 Nutrition and Physical Activity Guidelines Advisory Committee. American Cancer Society guidelines on nutrition and physical activity for cancer prevention: reducing the risk of cancer with healthy food choices and physical activity. CA Cancer J Clin. 2006 Sep-Oct;56(5):254-81.

**2007**

139. Campbell KL, **McTiernan A**. Exercise and biomarkers for cancer prevention studies. J. of Nutrition  2007 Jan;137(1):161S-9S.

140. ^Tworoger SS, Sorensen B, Chubak J, Irwin M, Stanczyk FZ, Ulrich CM, Potter J, McTiernan A.  Effect of a 12 month randomized clinical trial of exercise on serum prolactin concentrations in postmenopausal women. Cancer Epidemiol Biomarker Prev 2007; 16(5):895-899.

141. ^Rhew I, Yasui Y, Sorensen B, Ulrich CM, Neuhouser M, Potter JD, Tworoger SS, Chubak, Bowen DJ, **McTiernan A**. Effects of an exercise intervention on other health behaviors in overweight/obese post-menopausal women. Contemporary Clinical Trials 2007 28(4):472-81.

142. ^Bowen DJ, Alfano CM, McGregor BA, Kuniyuki A, Bernstein L, Meeske K, Baumgartner KB, Fetherolf J, Reeve BB, Wilder Smith A, Malone K, Ganz P, **McTiernan A,** Ballard-Barbash R. Possible socioeconomic and ethnic disparities in quality of life in a cohort of breast cancer survivors. Br Ca Res Treat 2007 Nov;106(1):85-95.

143. ^McKean-Cowdin R, Li X, Bernstein L, **McTiernan A**, Ballard-Barbash R, Gauderman WJ, Gilliland F. The ADRB3 Trp64Arg variant and obesity in African American breast cancer cases. Int J Obesity 2007 Jul;31(7):1110-8.

144. ^Meeske K, Smith A, McGregor BA, **McTiernan A**, Baumgartner KB, Malone KE, Alfano C, Reeve BB, Ballard-Barbash R, Bernstein L. Fatigue in breast cancer survivors two to five years post diagnosis: a HEAL Study report. Quality of Life Research 2007;16:947-960.

145. ^Irwin ML, Aiello E, **McTiernan A**, Bernstein L, Gilliland F, Baumgartner RN, Baumgartner KB, Ballard-Barbash R.  Physical activity, body mass index and mammographic density in postmenopausal breast cancer survivors. JCO 2007 Mar 20;25(9):1061-6.

146. ^**McTiernan A**, Sorensen B, Irwin M, Morgan A, Yasui Y, Lampe J, Lampe P, Rudolph R, Surawicz C, Ayub K, Potter J. Exercise effect on weight and body fat in men and women. Obesity  2007;25(6)1496-1512.

147. ^**Campbell KL, **McTiernan A,** Li SS, Sorensen BE, Yasui Y, Lampe JW, King IB,  Ulrich CM, Rudolph RE, Irwin ML, Surawicz C, Ayub K, Potter JD, Lampe PD.  Effect of a 12-month exercise intervention on apoptotic regulating proteins Bax and Bcl-2 in colon crypts:  A randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2007 16(9):1767-74.

148. ^**Abrahamson P, King I, Bess Sorensen B, Potter J, Lampe J, Yasui Y, Ulrich C, **McTiernan A.** No effect of exercise on colon mucosal prostaglandin concentrations: A 12-month randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2007; 16(11):2351-6.

149. ^Wayne SJ, Neuhouser ML, Ulrich CM, Koprowski C, Baumgartner KB, Baumgartner RN, **McTiernan A**, Bernstein L, Ballard-Barbash R. Dietary fiber is associated with serum sex hormones and insulin-related peptides in postmenopausal breast cancer survivors. Breast Cancer Res Treat 2007 Nov;112(1):149-58.

150. ^Boynton A, Neuhouser ML, Wener MH, Wood B, Sorensen B, Chen-Levy Z, Kirk EA, Yasui Y, LaCroix K, **McTiernan A,** and Ulrich CM.  Associations between healthy eating patterns and immune function or inflammation in overweight or obese postmenopausal women. Am J Clin Nutr. 2007; 86(5):1445-55.

11/13/2018

Anne McTiernan

151. Margolis KL, Rodabough RJ, Thomson CA, Lopez AM, **McTiernan A**. A prospective study of leukocyte count as a predictor of incident breast, colorectal and endometrial cancer and mortality in postmenopausal women. Archives Internal Medicine 2007; 167(17):1837-44.

152. ^Alfano CM, Smith AW, Irwin ML, Bowen DJ, Sorensen B, Reeve BB, Meeske KA, Bernstein L, Baumgartner KB, Ballard-Barbash R, Malone KE, **McTiernan A.** Physical activity, long-term symptoms, and physical health-related quality of life among breast cancer survivors: A prospective analysis. Journal of Cancer Survivorship: Research and Practice (2007) 1:116–128.

153. Chia VM, Newcomb PA, Lampe JW, White EJ, Mandelson MT, **McTiernan A**, Potter JD. Leptin concentrations, leptin receptor polymorphisms, and colorectal adenoma risk. Cancer Epidemiol Biomarkers Prev. 2007; 16, 2697-2703.

## 2008

154. ^Boynton A, Neuhouser ML, Sorensen B, **McTiernan A**, Ulrich CM. Predictors of diet quality among postmenopausal women. J Am Diet Assoc 2008 Jan;108(1):125-30.

155. ^**Hawkins V, Foster-Schubert K, Chubak J, Sorensen B, Ulrich CM, Stancyzk FZ, Plymate S, Stanford J, White E, Potter JD, **McTiernan A.** Effect of exercise on serum sex hormones in men: a 12-month randomized clinical trial. Medicine & Science in Sports & Exercise 2008 Feb;40(2):223-233.

156. Prentice R, Chlebowski R, Stefanick M, Manson J, Langer R, Pettinger M, Hendrix S, Hubbell A, Kooperberg C, Kuller L, Lane D, **McTiernan A**, O'Sullivan MJ, Anderson G. Estrogen plus progestin therapy and breast cancer among recently postmenopausal women. Am J Epidemiology 2008 Jun 15;167(12):1407-15.

157. Chlebowski RT, Anderson G, Pettinger M, Lane D, Langer RD, Gillian MA, Walsh BW, Chen C, PhD, **McTiernan A**. Estrogen plus progestin and breast cancer detection with mammography and breast biopsy. Arch Intern Med. 2008 Feb 25;168(4):370-7

158. ^Meeske KA, Sullivan-Halley J, Smith AW, **McTiernan A**, Baumgartner KB, Harlan LC, Bernstein L. Risk factors for arm lymphedema following breast cancer diagnosis in Black women and White women. Breast Cancer Res Treat. 2008 Jan;113(2):383-91.

159. **McTiernan A**, Wu L, Barnabei VM, Chen C, Hendrix S, Modugno F, Rohan T, Stanczyk FZ, Wang CY. Relation of demographic factors, menstrual history, reproduction and medication use to sex hormone levels in postmenopausal women. Breast Cancer Res Treat 2008 Mar;108(2):217-231.

160. **McTiernan A.** Mechanisms linking physical activity with cancer. Nat Rev Cancer. 2008 Mar;8(3):205-11.

161. Prentice R, Chlebowski R, Stefanick M, Manson JE, Langer RD, Pettinger M, Hendrix S, Hubbell A, Kooperberg C, Kuller LH, Lane DS, **McTiernan A**, O'Sullivan MJ, Rossouw JE, Anderson GL. Conjugated equine estrogens and breast cancer in the Women's Health Initiative Clinical Trial and Observational Study. Am J Epidemiology 2008 Jun 15;167(12):1407-15.

162. ^Pierce BL, Neuhouser ML, Wener MH, Bernstein L, Baumgartner RN, Ballard-Barbash R, Gilliland FD, Baumgartner KB, Sorensen B, **McTiernan A**, Ulrich CM. Correlates of circulating C-reactive protein and serum amyloid A concentrations in breast cancer survivors. Breast Cancer Res Treat 2008 Mar;114(1):155-67.

163. ^Campbell PT, Wener MH, Sorensen B, Wood B, Potter JD, **McTiernan A**, Ulrich CM. Effect of exercise on in vitro immune function: a 12-month randomized controlled trial among postmenopausal women. Journal of Applied Physiology 2008 Jun;104(6):1648-55.

164. Rohan T, Negassa A, Chlebowski RT, Lasser N, **McTiernan A**, Schenken R, Wassertheil-Smoller S, Page DL. Estrogen and risk of benign proliferative breast disease. J Natl Cancer Inst. 2008; 100(8):563-71.

165. ^Neuhouser ML, Sorensen B, Hollis BW, Ambs A, Ulrich CM, **McTiernan A,** Bernstein L, Wayne S, Gilliland F, Baumgartner K, Baumgartner R, Ballard-Barbash R. Vitamin D insufficiency in a multiethnic cohort of breast cancer survivors. Am J Clin Nutr.2008; 28:133-139.

166. Ready A, White E, Velicer C, **McTiernan A.** NSAID use and breast cancer risk in the VITAL cohort. Breast Cancer Research & Treatment 2008; 109: 533-43

167. ^Irwin ML, Smith AW, **McTiernan A**, Ballard-Barbash R, Cronin K, Gilliland FD, Baumgartner RN, Baumgartner KB, Bernstein L. Association of pre- and post-diagnosis physical activity with mortality in breast cancer survivors: The Health Eating Activity and Lifestyle (HEAL) Study. J Clin Onc 2008;26:3958-3964.

Anne McTiernan

168. Rohan T, Negassa A, Chlebowski RT, Lasser N, **McTiernan A**, Schenken R, Wassertheil-Smoller S, Page DL. Estrogen plus progestin and risk of benign proliferative breast disease. Cancer Epidemiol Biomarkers Prev. 2008 Sep;17(9):2337-43.

169. Hall KL, Stokols D, Moser RP, Taylor BK, Thornquist M, Nebeling L, Ehret C, Barnett M, **McTiernan A**, Berger NA, Goran M, Jeffery R. The collaboration readiness of transdisciplinary research teams and centers:  findings from the National Cancer Institute TREC Year – One Evaluation Study. Am J Prev Med (Suppl) 2008 Aug;35(2 Suppl):S161-72.

170. ^Campbell KL, Campbell PT, Ulrich CM, Wener MW, Alfano CM, Foster-Schubert KE, Rudolph RE, Potter JD, **McTiernan A**. Effect of a 12-month randomized controlled trial of exercise on C-reactive protein among men and women. Cancer Epidemiol Biomarkers Prev. 2008 Jul;17(7):1714-8.

171. Hawk ET, Greenwood A, Gritz ER, **McTiernan A**, Sellers T, Hursting SD, Leischow S, Grad O, for the Translational Research Working Group. The Translational Research Working Group developmental pathway for lifestyle alterations. Clin Cancer Res 2008;14 5707-5713.

172. ^Meyers JA, Liu, A.Y, **McTiernan A**, Wener MH, Wood B, Weigle DS, Sorensen B, Chen-Levy Z, Yasui Y, Boynton A, LaCroix K, Potter JD, Ulrich CM. Serum leptin concentrations and markers of immune function in overweight and obese postmenopausal women. Journal of Endocrinology 2008; 199: 51-60.

173. Yip C-H,  Smith RA, Anderson BO,  Miller AB, Thomas DB, Ang E-S, Cafarella RS,  Corbex M,  Kreps GL, **McTiernan A**., on behalf of the BHGI Early Detection Panel. Early detection and resource allocation in low and middle income countries. Cancer 2008;113(8):2244-2256.

174. **McTiernan A**, Porter P, Potter JD. Breast cancer prevention in countries with diverse resources. Cancer 2008; 113(8):2325-2330.

175. ^Wayne S, Neuhouser ML, Ulrich CM, Koprowski C, Wiggins C, Baumgartner KB, Bernstein L, Baumgartner RN, Gilliland FD, **McTiernan A**, Ballard-Barbash R. The association between alcohol intake and serum sex hormones and peptides differs by tamoxifen use in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2008;17(11):3224-32.

176. Rhew IC, Richardson LP, Lymp JF, **McTiernan A**, McCauley E, Vander Stoep A. Measurement matters in the association between early adolescent depressive symptoms and body mass index General Hospital Psychiatry 2008 Sep-Oct;30(5):458-66.

**2009**

177. Duffy CM, Assaf A, Cyr M, Burkholder G, Coccio E, Rohan T, **McTiernan A**, Paskett E, Lane D, Chetty VK. Alcohol and folate intake and breast cancer risk in the WHI Observational Study. Breast Cancer Research & Treatment. 2009 Aug;116(3):551-62.

178. ^Wayne SJ, Neuhouser ML, Koprowski C, Ulrich CM, Wiggins C, Gilliland F, Baumgartner KB, Baumgartner RN, **McTiernan A**, Bernstein L, Ballard-Barbash R. Breast cancer survivors who use estrogenic botanical supplements have lower serum estrogen levels than non users**.** Breast Cancer Res Treat 2009 Sep;117(1):111-9. Epub 2008 Oct 18.

179. Ness RB, Albano JD, **McTiernan A**, Cauley JA. Influence of estrogen plus testosterone supplementation on breast cancer. Archives of Internal Medicine 2009 Jan 12;169(1):41-6.

180. ^**Campbell KL, Makar KW, Kratz M, Foster-Schubert KE, **McTiernan A**, Ulrich CM. A pilot study of sampling subcutaneous adipose tissue to examine biomarkers of cancer risk. Cancer Prev Res (Phila Pa). 2009 Jan;2(1):37-42

181. Millen AE, Pettinger M, Freudenheim JL, Langer RD,  Rosenberg CA, Mossavar-Rahmani Y, Duffy CM,  Lane DS, **McTiernan A,** Kuller LH, Lopez AM, Wactawski-Wende J. Incident invasive breast cancer, geographic location of residence, and reported average time spent outside. Cancer Epidemiol Biomarkers Prev. 2009 Feb;18(2):495-507. Epub 2009 Feb 3.

182. ^Smith AW, Alfano CM, Reeve BB, Irwin ML, Bernstein L, Baumgartner K, Bowen D, **McTiernan A**, Ballard-Barbash R. Race/ethnicity, physical activity, and quality of life in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2009 Feb;18(2):656-63. Epub 2009 Feb 3.

183. ^Williams LA, Ulrich CM, Larson T, Wener MH, Wood B, Campbell PT, Potter JD, **McTiernan A**, De Roos AJ. Proximity to traffic, inflammation, and immune function among women in the Seattle, Washington, area. Environ Health Perspect. 2009 Mar;117(3):373-8. Epub 2008 Oct 16.

Anne McTiernan

184. Ballard-Barbash R, Hunsberger S, Alciati MH, Blair SN, Goodwin PJ, **McTiernan A**, Wing R, Schatzkin A. Physical activity, weight control and breast cancer risk and survival: clinical trial rationale and design considerations. J Natl Cancer Inst. 2009 May 6;101(9):630-43. Epub 2009 Apr.

185. ^**McTiernan A**, Wang CY, Sorenson B, Xiao L, Buist D, Aiello-Bowles E, White E, Rossing MA, Potter J, Urban N. No effect of aspirin on mammographic density in randomized controlled clinical trial. Cancer Epidemiol Biomarkers Prev. 2009 May;18(5):1524-30.

186. **McTiernan A**, Wactawski-Wende J, Wu L, Rodabough RJ, Watts NB, Tylavsky F, Freeman R, Hendrix S, Jackson R; Women's Health Initiative Investigators. Low-fat, increased fruit, vegetable, and grain dietary pattern, fractures, and bone mineral density: the Women's Health Initiative Dietary Modification Trial. Am J Clin Nutr. 2009 Jun;89(6):1864-76. Epub 2009 Apr 29.

187. ^Pierce BL, Ballard-Barbash R, Bernstein L, Baumgartner RN, Neuhouser ML, Wener MH, Baumgartner KB, Gilliland FD, Sorensen BE, **McTiernan A**, Ulrich CM. Elevated biomarkers of inflammation are associated with reduced survival among breast cancer patients. J Clin Oncol. 2009 Jul 20;27(21):3437-44. Epub 2009 May 26.

188. ^Harlan LC, Klabunde CN, Ambs AH, Gibson T, Bernstein L, **McTiernan A**, Meeske K, Baumgartner KB, Ballard-Barbash R. Comorbidities, therapy, and newly diagnosed conditions for women with  early stage breast cancer. J Cancer Surviv. 2009 Jun;3(2):89-98. Epub 2009 May 13.

189.     ^Campbell PT, Campbell KL, Wener MH, Wood BL, Potter JD, **McTiernan A**, Ulrich CM. A yearlong exercise intervention decreases CRP among obese postmenopausal women. Med Sci Sports Exerc. 2009 Aug;41(8):1533-9.

190. Kabat GC, Kim M, Chlebowski RT, Khandekar J, Ko MG, **McTiernan A**, Neuhouser ML, Parker DR, Shikany JM, Stefanick ML, Thomson CA, Rohan TE. A longitudinal study of the metabolic syndrome and risk of postmenopausal breast cancer. Cancer Epidemiol Biomarkers Prev. 2009 Jul;18(7):2046-53. Epub 2009 Jun 30.

191. Crandall CJ, Aragaki A, Chlebowski RT, **McTiernan A**, Anderson G, Hendrix SL, Cochrane BB, Kuller LH, Cauley JA. New-onset breast tenderness after initiation of estrogen plus progestin therapy and breast cancer risk. Arch Intern Med. 2009 Oct; 169(18):1684-91.

192. **McTiernan A**, Chlebowski RT, Martin C, Peck JD, Aragaki A, Pisano ED, Wang CY, Johnson KC, Manson JE, Wallace RB, Vitolin MZ, Heiss G. Conjugated equine estrogen influence on mammographic density in postmenopausal women in a substudy of the Women's Health Initiative Randomized Trial.  J Clin Oncol.2009 Dec 20;27(36):6135-43. Epub 2009 Nov 9.

193. ^**Kong A, Neuhouser ML, Xiao L, Ulrich CM, **McTiernan A**, Foster-Schubert KE. Higher habitual intake of dietary fat and carbohydrates are associated with lower leptin and higher ghrelin concentrations in overweight and obese postmenopausal women with elevated insulin levels. Nutr Res. 2009 Nov;29(11):768-76.

**2010**

194. ^Neuhouser ML, Bernstein L, Hollis BW, Xiao L, Ambs A, Baumgartner K, Baumgartner R, **McTiernan A**, Ballard-Barbash R. Serum vitamin D and breast density in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2010 Feb;19(2):412-7. Epub 2010 Jan 19.

195. ^Neuhouser ML, Nojomi M, Baumgartner RN, Baumgartner KB, Gilliland F, Bernstein L, Stanczyk F, Ballard-Barbash R, **McTiernan A**. Dietary fat, tamoxifen use and circulating sex hormones in postmenopausal breast cancer survivors. Nutr Cancer. 2010;62(2):164-74.

196. Baker LD, Frank LL, Foster-Schubert K, Green PS, Wilkinson CW, **McTiernan A**, Plymate SR, Fishel MA, Watson GS, Cholerton BA, Duncan GE, Mehta PD, Craft S. Effects of aerobic exercise on mild cognitive impairment: a controlled trial. Arch Neurol. 2010 Jan;67(1):71-9.

197. De Roos AJ, Ulrich CM, Ray RM, Mossavar-Rahmani Y, Rosenberg CA, Caan BJ, Thomson CA, **McTiernan A**, Lacroix AZ. Intentional weight loss and risk of lymphohematopoietic cancers. Cancer Causes Control. 2010 Feb;21(2):223-36. Epub 2009 Oct 23.

198. ^**Campbell PT, Gross MD, Potter JD, Schmitz KH, Duggan C, **McTiernan A**, Ulrich CM. Effect of exercise on oxidative stress: a 12-month randomized, controlled trial. Med Sci Sports Exerc. 2010 Aug;42(8):1448-53.

199. Friedenreich CM, Woolcott CG, **McTiernan A**, Ballard-Barbash R, Brant RF, Stanczyk FZ, Terry T, Boyd NF, Yaffe MJ, Irwin ML, Jones CA, Yasui Y, Campbell KL, McNeely ML, Karvinen KH, Wang Q, Courneya KS. Alberta physical activity and breast cancer prevention trial: sex hormone changes in a year-long exercise intervention among postmenopausal women. J Clin Oncol. 2010 Mar 20;28(9):1458-66. Epub 2010 Feb 16.

Anne McTiernan

200. Woolcott CG, Courneya KS, Boyd NF, Yaffe MJ, Terry T, **McTiernan A**, Brant RF, Ballard-Barbash R, Irwin ML, Jones CA, Brar S, Campbell KL, McNeely ML, Karvinen KH, Friedenreich CM. Mammographic density change with 1 year of aerobic exercise among postmenopausal women: a randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2010 Apr;19(4):1112-21. Epub 2010 Mar 23.

201. Mann PB, Jiang W, Zhu Z, Wolfe P, **McTiernan A**, Thompson HJ. Wheel running, skeletal muscle aerobic capacity and 1-Methyl-1-Nitrosourea induced mammary carcinogenesis in the rat. Carcinogenesis. 2010 Jul;31(7):1279-83. Epub 2010 Mar 18.

202. **McTiernan A.** Diet, physical activity, and obesity in the prevention and recurrence of breast cancer: relevance to Saudi Arabian women. Pan Arab Journal of Oncology 2010;3(1):32-43.

203. Arslan AA, Helzlsouer KJ, Kooperberg C, Shu XO, Steplowski E, Bueno-de-Mesquita HB, Fuchs CS, Gross MD, Jacobs EJ, Lacroix AZ, Petersen GM, Stolzenberg-Solomon RZ, Zheng W, Albanes D, Amundadottir L, Bamlet WR, Barricarte A, Bingham SA, Boeing H, Boutron-Ruault MC, Buring JE, Chanock SJ, Clipp S, Gaziano JM, Giovannucci EL, Hankinson SE, Hartge P, Hoover RN, Hunter DJ, Hutchinson A, Jacobs KB, Kraft P, Lynch SM, Manjer J, Manson JE, **McTiernan A**, McWilliams RR, Mendelsohn JB, Michaud DS, Palli D, Rohan TE, Slimani N, Thomas G, Tjønneland A, Tobias GS, Trichopoulos D, Virtamo J, Wolpin BM, Yu K, Zeleniuch-Jacquotte A, Patel AV; Pancreatic Cancer Cohort Consortium (PanScan). Anthropometric measures, body mass index, and pancreatic cancer: a pooled analysis from the Pancreatic Cancer Cohort Consortium (PanScan). Arch Intern Med. 2010 May 10;170(9):791-802.

204. Chlebowski R, Anderson G, Manson JE, Pettinger M, Yasmeen S, Lane D, Langer RD, Hubbell FA, **McTiernan A**, Hendrix S, Schenken R, Stefanick ML. Estrogen alone in postmenopausal women and breast cancer detection by means of mammography and breast biopsy. J Clin Oncol. 2010 Jun 1;28(16):2690-7. Epub 2010 May 3.

205. ^Hooper LE, Foster-Schubert KE, Weigle DS, Sorensen B, Ulrich CM, **McTiernan A**.  Frequent intentional weight loss is associated with higher ghrelin and lower glucose and androgen levels in postmenopausal women. Nutr Res. 2010 Mar;30(3):163-70.

206. Chlebowski RT, Chen Z, Cauley JA, Anderson G, Rodabough RJ, **McTiernan A**, Lane DS, Manson JE, Snetselaar L, Yasmeen S, O'Sullivan MJ, Safford M, Hendrix SL, Wallace RB. Oral bisphosphonate use and breast cancer incidence in postmenopausal women. J Clin Oncol. 2010 Aug 1;28(22):3582-90. Epub 2010 Jun 21.

207. Bertone-Johnson ER, Chlebowski RT, Manson JE, Wactawski-Wende J, Aragaki AK, Tamimi RM, Rexrode KM, Thomson CA, Rohan TE, Peck JD, Pisano ED, Martin CF, Sarto G, **McTiernan A**. Dietary vitamin D and calcium intake and mammographic density in postmenopausal women. Menopause 2010 Jul 7. [Epub ahead of print].

208. **McTiernan A**, Irwin M, VonGruenigen V. Weight, physical activity, diet, and prognosis in breast and gynecologic cancers. J Clin Oncol. 2010;28(26):4074-80. Epub 2010 Jul 19. Review.

209. ^**Reding KW, Doody DR, **McTiernan A**, Hsu L, Davis S, Daling JR, Porter PL. Malone KE. Age-related variation in the relationship between menopausal hormone therapy and the risk of dying from breast cancer. Breast Cancer Research and Treatment. 2010 [epub Sept 28, 2010]

210. Thompson HJ, Wolfe P, **McTiernan A**, Jiang W, Zhu Z. Wheel running induced changes in plasma biomarkers and the carcinogenic response in the 1-Methyl-1-Nitrosourea induced rat model for breast cancer. Cancer Prevention Research 2010;3(11):1484-92.

211. Baker LD, Frank LL, Karen Foster-Schubert K, Green PS, Wilkinson CW, **McTiernan A**, Plymate SR, Fishel MA, Watson GS,  Cholerton BA, Duncan GE, Mehta PD, Craft S. Aerobic exercise improves cognition for older adults with glucose intolerance – a risk factor for Alzheimer's disease. J. of Alzheimer's Disease 2010 ;22(2):569-79 Epub 2010 Aug 30.

212. Friedenreich CM, Woolcott CG, **McTiernan A**, Terry T, Ballard-Barbash R, Jones CA, Boyd NF, Yaffe MJ, Campbell KL, McNeely ML, Karvinen KH, Courneya KS. Adiposity changes after a one year aerobic exercise intervention among postmenopausal women: randomised controlled trial. Int J Obesity 2011 Mar;35(3):427-35. Epub 2010 Sep 7.

213. ^George SM, Neuhouser ML, Mayne ST, Irwin ML, Albanes D, Gail MH, Alfano CM, Bernstein L, **McTiernan A**, Reedy J, Smith AW, Ulrich CM, Ballard-Barbash R. Postdiagnosis diet quality is inversely related to a biomarker of inflammation among breast cancer survivors. Cancer Epidemiol Biomarkers Prev.  2010 Sep;19(9):2220-8. Epub 2010 Aug 17.

**2011**

Anne McTiernan

214. ^Duggan C., Irwin M.L. Xiao L., Henderson K.D., Smith A.W., Baumgartner R.N., Baumgartner K.B., Bernstein L., Ballard-Barbash R., **McTiernan A**. Associations of insulin resistance and adiponectin with mortality in women with breast cancer. J Clin Oncol. 2011 Jan 1;29(1):32-9.

215. Woolcott CG, Cook LS, Courneya KS, Boyd NF, Yaffe MJ, Terry T, Brant R, **McTiernan A**, Bryant HE, Magliocco AM, Friedenreich CM. Associations of overall and abdominal adiposity with area and volumetric mammographic measures among postmenopausal women. International Journal of Cancer 2011;129(2):440-8.

216. ^Irwin ML,  Catherine Duggan C, Smith AW, **McTiernan A,** Baumgartner RN, Baumgartner KB, Bernstein L, Ballard-Barbash R. Fasting C-peptide levels and death due to all causes and breast cancer: The Health Eating Activity and Lifestyle (HEAL) Study. J Clin Oncol 2011 Jan 1;29(1):47-53. Epub 2010 Nov 29.

217. ^**Reding KW, Xiao L, Duggan CR, Ulrich C, **McTiernan A**. A 12-month moderate-intensity exercise intervention does not alter serum prolactin concentrations. Cancer Epidemiology 2011 Dec;35(6):569-73. Epub 2011 Feb 10.

218. ^**Littman AJ, Cadmus L, Ceballos R, Ulrich N, Ramaprasad J, McGregor B, **McTiernan A**. Randomized controlled trial of yoga in breast cancer survivors: effects on quality of life and anthropometric measures. Supportive Care in Cancer 2010 Feb;20(2):267-77. Epub 2010 Jan 5.

219. Courneya KS, Tamburrini A-L, Woolcott CG, McNeely ML, Karvinen KH, Campbell KL, **McTiernan A**, Friedenreich CM. The Alberta Physical Activity and Breast Cancer Prevention (ALPHA) Trial: quality of life outcomes. Preventive Medicine 2011;52:26-32. Epub 2010 Nov 8.

220. ^George, S.M., Irwin, M. L., Smith, A. W., Neuhouser, M.L., **McTiernan, A**., Alfano, C.M., Bernstein, L., Ulrich, C.M., Baumgartner, K.B., Albanes, D.,  Reedy, J., Mayne, S.T., Gail, M., Ballard-Barbash, R.  Postdiagnosis diet quality, the combination of diet quality and recreational physical activity, and prognosis after early-stage breast cancer.  Cancer Causes Control 2011 Apr;22(4):589-98. Epub 2011 Feb 22.

221. Phipps AI, Chlebowski RT, Prentice R, **McTiernan A**, Wactawski-Wende J, Kuller LH, Adams-Campbell LL, Lane D, Stefanick ML, Vitolins M, Kabat G, Rohan TE, Li CI. Reproductive history and oral contraceptive use in relation to risk of triple-negative breast cancer. J Natl Cancer Inst. 2011 Mar 16;103(6):470-7. Epub 2011 Feb 23

222. Phipps AI, Chlebowski RT, Prentice R, **McTiernan A**, Stefanick ML, Jean Wactawski-Wende J, Kuller LH, Adams-Campbell LL, Lane D, Vitolins M,  Kabat GC, Rohan TE, Li CI. Body size, physical activity, and risk of triple-negative and estrogen receptor-positive breast cancer. Cancer Epidemiol Biomarkers Prev.  2011 Mar;20(3):454-63. Epub 2011 Mar 1.

223. ^**Imayama I, Alfano CM, Cadmus LA, Wang C, Duggan CR, Campbell KL, Foster-Schubert KE, **McTiernan A**. Effects of 12-month exercise on health-related quality of life: a randomized controlled trial. Preventive Medicine 2011 May 1;52(5):344-51. Epub 2011 Feb 28.

224. ^Belle FN, Kampman E, **McTiernan A**, Bernstein L, Baumgartner K, Baumgartner R, Ambs A, Ballard-Barbash R, Neuhouser ML. Dietary fiber, carbohydrates, glycemic index and glycemic load in relation to breast cancer prognosis in the HEAL cohort. Cancer Epidemiol Biomarkers Prev. 2011 May;20(5):890-9. Epub 2011 March 23.

225. Iversen A, Thune I, Emaus A, Finstad SE, Flote V, Wilsgaard T, Lipson S, Ellison PT, Jasienska G, **McTiernan A**, Furberg AS.  17ß-estradiol and progesterone and reproductive factors in young women. The Norwegian EBBA-I study. Reproductive Medicine 2011 Jun;26(6):1519-29. Epub 2011 April 5.

226. ^**Foster-Schubert KE, Duggan CR, Xiao L, Campbell KL, Kong A, Bain C, Wang CY, Blackburn G, **McTiernan A**. Effect of diet and exercise, alone or combined, on weight and body composition in overweight-to-obese post-menopausal women. Obesity 2012 Aug;20(8):1628-38 Epub 2011 April 20.

227. Irwin M, **McTiernan A**, Manson JE, Thomson CA, Sternfeld B, Stefanick ML, Wactawski-Wende J, Craft L, Lane D, Martin LW, Chlebowski R. Physical activity and survival in postmenopausal women with breast cancer: Results from the Women's Health Initiative. Cancer Prevention Research 2011 Apr;4(4):522-9.

228. ^Villaseñor A, Ambs A, Ballard-Barbash, R, Baumgartner KB, McTiernan A, Ulrich CM and Neuhouser ML. Dietary fiber is associated with circulating concentrations of C-reactive protein in breast cancer survivors: the HEAL study. Breast Cancer Res Treat 2011;129(2):485-94. Epub 2011 Apr 1.

229. Friedenreich  CM, Neilson HK, Woolcott CG, **McTiernan A**, Wang Q, Ballard-Barbash R, Jones CA, Stanczyk FZ, Brant RF, Yasui Y, Irwin ML, Campbell KL, McNeely ML, Karvinen KH, Courneya KS. Changes in insulin resistance indicators, insulin-like growth factors, and adipokines in a year-long trial of aerobic exercise in postmenopausal women. Endocrine Related Cancer 2011; 18(3):357-69. Epub 2011 Apr 11.

Anne McTiernan

230.   Chacko SA, Song Y, Manson JE, Van Horn L, Eaton C, Martin L, **McTiernan A**, Curb JD, Wylie-Rosett J, Phillips L, Plodkowski RA, Liu S. Serum 25(OH)D concentrations in relation to cardiometabolic risk factors among postmenopausal women. Amer J Clin Nutr 2011 Jul;94(1):209-17. Epub 2011 May 25.

231.   ^**Mason C, Xiao L, Imayama I, Duggan CR, Bain C, Foster-Schubert KE, Kong A, Campbell KL, Wang CY, Neuhouser ML, Li L, Jeffery R, Robien K, Alfano CM, Blackburn GL, **McTiernan A.** Effects of weight loss on serum vitamin D in post-menopausal women. Amer J Clin Nutr 2011 Jul;94(1):95-103. Epub 2011 May 25.

232.   ^Alfano CM, Lichstein KL, Vander Wal GS, Smith AW, Reeve BB, **McTiernan A**, Bernstein L, Baumgartner KB, Ballard-Barbash R. Sleep duration change across breast cancer survivorship: associations with symptoms and health-related quality of life. Breast Cancer Research & Treatment 2011 Nov;130(1):243-54. Epub 2011 May 13.

233.   Goss PE, Ingle JN, Ales-Martinez J, Cheung A, Chlebowski RT, Wactawski-Wende J, **McTiernan A**,  Robbins J, Johnson KC, Martin L, Winquist E,  Sarto G, Garber JE, Fabian CJ, Pujol P, Maunsell E, Farmer P, Gelmon KA, Tu D,  Richardson  H,  for the NCIC CTG MAP.3 Study Investigators. Placebo-controlled randomized trial of exemestane for breast cancer prevention in postmenopausal women:  The NCIC CTG MAP.3 Trial. N Engl J Med. 2011 Jun 23;364(25):2381-91. Epub 2011 Jun 4.

234.   Huang Y, Ballinger DG, Dai JY, Peters U, Hinds DA, Cox DR, Beilarz E, Chlebowski RT, Rossouw JE, **McTiernan A**, Rohan T, Prentice RL. Genetic variants in the MRPS30 region and postmenopausal breast cancer risk. Genome Med. 2011 Jun 24;3(6):42.

235.   ^Williams L, Ulrich CM, Larson T, Wener MH, Wood B, Campbell PT, Chen-Levy Z, Potter J, **McTiernan A**, De Roos AJ. Fine particulate matter (PM2.5) air pollution and immune function among women in the Seattle area. Archives of Environmental and Occupational Health 2011July-September;66(3):155-165.

236.   Courneya  KS, Karvinen KH, McNeely ML, Campbell KL, Brar S, Woolcott CG, **McTiernan A,** Ballard-Barbash R, Friedenreich CM. Predictors of adherence to supervised and unsupervised exercise in the Alberta Physical Activity and Breast Cancer Prevention Trial. Journal of Physical Activity & Health 2012 Aug;9(6):857-66. Epub 2011 Sep 13.

237.   ^**Mason C, Foster-Schubert KE, Imayama I, Kong A, Xiao L, Bain C, Campbell KL, Wang CY, Duggan CR, Ulrich CM, Alfano CM, Blackburn GL, **McTiernan A**. Dietary weight loss and exercise effects on insulin resistance in postmenopausal women. Am J Prev Med. 2011 Oct;41(4):366-75.

238.   Eaton CB, Young A, Allison M, Robinson J, Martin LW, Kuller L, Johnson K, Curb JD, Van Horn L, **McTiernan A**, Liu S, Ockene I, Manson JE. Prospective association of vitamin D concentrations with mortality in postmenopausal women: results from the Women's Health Initiative (WHI). American Journal of Clinical Nutrition. 2011 Dec;94(6):1471-8.

239.   Nan H, DeVivo I, Manson J, Liu S, **McTiernan A**, Curb JD, Lessin L, Bonner M, Guo Q, Du M, Qureshi A, Hunter DJ, Han J. Telomere length and risk of incident cutaneous melanoma. Cancer Research 2011 Nov 1;71(21):6758-6763. Epub 2011 Oct 25.

240.   ^**Imayama I, Alfano CM, Kong A, Foster-Schubert KE, Bain CE, Xiao L, Duggan C, Wang C-Y, Campbell KL, **McTiernan A.** Dietary weight loss and exercise interventions effects on quality of life in overweight/obese postmenopausal women: a randomized controlled trial. International Journal of Behavioral Nutrition and Physical Activity 2011Oct 25;8(1):118.

241.   Friedenreich  CM, Neilson HK, Woolcott CG, Wang Q, Stanczyk FZ, **McTiernan A**, Jones CA,  Irwin ML,Yasui Y, Courneya KS. Alberta Physical Activity and Breast Cancer Prevention Trial: inflammatory marker changes in a year-long exercise intervention among postmenopausal women.  Cancer Prevention Research  2012 Jan;5(1):98-108. Epub 2011 Oct 7.

242.   Thompson HJ, **McTiernan A**. Weight cycling and cancer: weighing the evidence of intermittent caloric restriction and cancer risk. Cancer Prevention Research 2011 Nov;4(11):1736-42. Epub 2011 Oct 7.

243.   Crandall CJ, Aragaki AK, Cauley JA, **McTiernan A**, Manson JE, Anderson G, Chlebowski RT. Breast tenderness and breast cancer risk in the estrogen plus progestin and estrogen-alone women's health initiative clinical trials. Breast Cancer Research & Treatment 2012 Feb;132(1):275-85. Epub 2011 Nov 1.

244.   Crandall CJ, Aragaki AK, Cauley JA, **McTiernan A,** Manson JE, Anderson G, Wactawski-Wende J, Chlebowski RT. Breast tenderness after initiation of conjugated equine estrogens and mammographic density change. Breast Cancer Research & Treatment 2012 Feb;131(3):969-79. Epub 2011 Oct 7.

245.   Ma H, Sullivan-Halley J, Smith AW, Neuhouser ML, Alfano CM,  Meeske K, George SM, **McTiernan A**, McKean-Cowdin R, Baumgartner KB, Ballard-Barbash R, Bernstein L. Estrogenic botanical supplements, health-

Anne McTiernan

related quality of life, fatigue, and hormone-related symptoms in breast cancer survivors: a HEAL Study report. BMC Complementary and Alternative Medicine 2011; Nov 8;11(1):109

246.    Cash SW, Beresford SAA, Henderson JA, **McTiernan A**, Xiao L, Wang CY, Patrick DL. Obesity risk in relation to quality of life: baseline results from a worksite trial. Br J Nutr 2011 Dec 6:1-9.

247.    ^**Kong A, Beresford SAA, Alfano CM**,** Foster-Schubert KE, Neuhouser ML, Johnson DB, Duggan C, Wang CY, Xiao L, Jeffery RW, Bain CE, **McTiernan A**. Associations between snacking and weight loss and nutrient intake among postmenopausal overweight- to- obese women in a dietary weight loss intervention. J Am Diet Assoc. 2011 Dec;111(12):1898-903.

## 2012

248.    Bertone-Johnson ER, **McTiernan A**, Thomson CA, Wactawski-Wende J, Aragaki AK, Rohan TE, Vitolins MZ , Tamimi RM, Johnson KC, Lane D, Rexrode KM, Peck JD, Chlebowski RT, Sarto G, Manson JE. Vitamin D and calcium supplementation and one-year change in mammographic density in the Women's Health Initiative Calcium and Vitamin D Trial. CEBP 2012 Mar;21(3):462-73. Epub 2012 Jan 17.

249.    ^**Campbell KL, Foster-Schubert KE, Alfano CM, Duggan CR, Xiao L, Irwin ML, **McTiernan A**. Injuries in sedentary individuals enrolled in a 12-month randomized controlled exercise trial.  Journal of Physical Activity and Health. 2012; 9:198-207.

250.    ^Alfano CM, Imayama I, Neuhouser ML, Kiecolt-Glaser JK, Smith AW, Meeske KA, **McTiernan A**, Bernstein L, Baumgartner KB,  Ulrich CM, Ballard-Barbash R.  Fatigue, inflammation, and omega-3 and -6 fatty acid intake among breast cancer survivors. Journal of Clinical Oncology. 2012 Apr 20;30(12):1280-7. Epub 2012 Mar 12.

251.    Iversen A, Thune I, **McTiernan A**, Makar KW, Wilsgaard T, Ellison PT, Jasienska G, Flote V, Poole EM, Furberg A-S. Genetic polymorphism in CYP17 rs2486758 and metabolic risk factors predict daily 17<beta>-estradiol in young healthy women. The EBBA-I study. Journal of Clinical Endocrinology & Metabolism 2012 May;97(5):E852-7. Epub 2012 Mar 14.

252.    ^**Imayama I,  Ulrich CM, Alfano CM, Wener MH, Campbell KL, Duggan CR, Foster-Schubert KE, , Kong A, Mason CE, Wang C, Wang C-Y, Blackburn GL, Bain CE, Thompson HJ, **McTiernan A**. Effects of dietary weight loss and exercise on inflammation in postmenopausal women: a randomized controlled trial. Cancer Research 2012; 72(9); 2314–26.

253.    ^**Kong A, Beresford SAA, Imayama I, Duggan C, Alfano CM, Foster-Schubert KE, Neuhouser ML, Johnson DB, Wang CY, Xiao L, Bain CE, **McTiernan A**. Adoption of diet-related self-monitoring behaviors varies by race/ethnicity, education, and baseline binge eating score among overweight-to-obese postmenopausal women in a 12-month dietary weight loss intervention. Nutrition Research 2012 Apr;32(4):260-5. Epub 2012 Apr 30.

254.    Ballard-Barbash R, Friedenreich CM, Courneya KS, Siddiqi SM, **McTiernan A**, Alfano CM.  Physical activity, biomarkers, and disease outcomes in cancer survivors: A systematic review. J Natl Cancer Inst. 2012 Jun 6;104(11):815-40.

255.    ^**Campbell KL, Foster-Schubert KE, Alfano CM, Wang C-C, Wang C-Y, Duggan CR, Mason C, Imayama I, Kong A, Bain CE, Blackburn GL, Stanczyk FZ, **McTiernan A**.  Independent and combined effects of dietary weight loss and exercise on sex hormones in overweight and obese postmenopausal women: A randomized controlled trial. Journal of Clinical Oncology 2012 Jul 1;30(19):2314-26.

256.    ^De Roos AJ, Ulrich CM, Sjodin A, **McTiernan A**. Adiposity, body composition, and weight loss episodes in relation to organochlorine pollutant plasma concentrations. Journal Of Exposure Science And Environmental Epidemiology 2012 Nov;22(6):617-24.

257.    Demark-Wahnefried W, Platz EA, Ligibel J, Blair CK, Courneya KS, Meyerhardt JA, Ganz PA, Rock CL, Schmitz K, Wadden T, Philip EJ, Wolfe B, Gapstur SM, Ballard-Barbash R, **McTiernan A**, Minasian L, Nebeling L, Goodwin PJ. The association of obesity in cancer survival and recurrence. Cancer Epidemiol Biomarkers Prev. 2012 Aug;21(8):1244-59.

258.    Chlebowski RT, **McTiernan A**,Wactawski-Wende J, Manson JE,[4] Aragaki A, Rohan T, Ipp E,  Kaklamani VG, Mara Vitolins M, Wallace R, Gunter M, Phillips L, Strickler H, Margolis K, Euhus DM. Diabetes, metformin and breast cancer in postmenopausal women. Journal of Clinical Oncology. 2012 Aug 10;30(23):2844-52.

259.    ^Duggan C, Wang C-Y, Neuhouser ML, Xiao L,  Smith AW, Reding K,  Baumgartner RN, Baumgartner KB, Bernstein L,  Ballard-Barbash R,  **McTiernan A**. Associations of insulin-like growth factor and insulin-like growth

Anne McTiernan

factor binding protein-3 with mortality in women with breast cancer. International J of Cancer. 2013 Mar 1;132(5):1191-200.

260.     ^**Kong A, Beresford SAA, Foster-Schubert KE, Neuhouser ML, Johnson DB, Alfano CM, Duggan C, Wang CY, Xiao L, Jeffery RW, Bain CE, **McTiernan A**. Self-monitoring and eating-related behaviors associated with 12-month weight loss among postmenopausal overweight-to-obese women in a dietary weight loss intervention. Journal of the Academy of Nutrition and Dietetics 2012 Sep;112(9):1428-35. Epub 2012 Jul 13.

261.     ^**Mason C, Foster-Schubert KE, Xiao L, Imayama I, Kong A, Bain C, Campbell KL, Duggan CR, Wang CY, Ulrich CM, Alfano CM, Blackburn GL, **McTiernan A**. Past weight cycling does not impede future weight loss or metabolic improvements. Metabolism: Clinical & Experimental. 2012 Jan;62(1):127-36. Epub 2011 August 13.

262.     ^Dee A, McKean-Cowdin R, Neuhouser ML, Ulrich C, Baumgartner RN, **McTiernan A**, Baumgartner K, Alfano CM, Ballard-Barbash R, Bernstein L. DEXA measures of body fat percentage and acute phase proteins among breast cancer survivors: A cross-sectional analysis. BMC Cancer. 2012 Aug 8;12(1):343.

263.     ^Ulrich CM, Toriola AT, Koepl LM, Sandifer T, 3, Poole EM, Duggan C, **McTiernan A***, Issa J-PJ* (co-senior authors). Metabolic, hormonal, and immunological associations with global DNA methylation among postmenopausal women. Epigenetics 2012 Sep 1;7(9): 1020-8.

264.     ^Villaseñor A, Ballard-Barbash R, Baumgartner K, Baumgartner R, Bernstein L, **McTiernan A**, Neuhouser ML. Prevalence and prognostic effect of sarcopenia in breast cancer survivors; the HEAL Study. Journal of Cancer Survivorship. 2012 October [Epub ahead of print]; Dec;6(4):398-406.

265.     ^Reeve BB, Stover AM, Alfano CM, Smith AW, Ballard-Barbash R, Bernstein L, **McTiernan A**, Baumgartner KB, Piper BF. The Piper Fatigue Scale-12 (PFS-12): Psychometric findings and item reduction in a cohort of breast cancer survivors. Breast Cancer Research and Treatment 2012 Nov;136(1):9-20.

266.     Saltzman BS, Weiss NS, Sieh W, Fitzpatrick AL, **McTiernan A**, Daling JR, Li CI. Use of antihypertensive medications and breast cancer risk. Cancer Causes Control. 2013 Feb;24(2):365-71.


## 2013

267.     ^Forsythe LP, Alfano CM, George SM, **McTiernan A**, Baumgartner KB, Bernstein L, Ballard-Barbash R. Pain in long-term breast cancer survivors: The role of physical activity, sedentary behavior, and body mass index. Breast Cancer Research & Treatment 2013 Jan;137(2):617-30.

268.     ^George SM, Alfano CM, Smith AW, Irwin ML, **McTiernan A**, Bernstein L, Baumgartner KB, Ballard-Barbash R. Sedentary behavior, physical functioning, fatigue, and vitality among a cohort of early-stage breast cancer survivors. Journal of Physical Activity & Health. 2013 Mar;10(3):350-8.

269.     ^**Imayama I, Alfano CM, Mason CE, Wang C, Xiao L, Duggan CR, Campbell KL, Foster-Schubert KE, Wang CY, **McTiernan A**. Exercise adherence, cardiopulmonary fitness and anthropometric changes improve exercise self-efficacy and health-related quality of life. Journal of Physical Activity and Health 2013 Jul;10(5):676-89.

270.     ^**Mason C, Xiao L, Imayama I, Duggan CR, Foster-Schubert KE, Kong A, Campbell KL, Wang CY, Villasenor A, Neuhouser ML, Alfano CM, Blackburn GL, **McTiernan A**. Influence of diet, exercise and serum vitamin D on sarcopenia in post-menopausal women. Med Sci Sports Exerc 2013;45(4):607-14.

271.     ^**Campbell KL, Foster-Schubert KE, Makar KW, Kratz M, Hagman D, Schur EA, Habermann N, Horton M, Abbenhardt C, Kuan L, Xiao L, Davison J, Morgan M, Wang CY, Duggan C, **McTiernan A***, Ulrich CM*(*co-senior authors). Gene expression changes in adipose tissue with diet- and/or exercise-induced weight loss: a pilot study. Cancer Prevention Research 2013 Mar;6(3):217-31. Epub 2013 Jan 22.

272.     ^Kent EE, Alfano CM, Smith AW, Bernstein L, **McTiernan A**, Baumgartner KB, Ballard-Barbash R. The roles of support seeking and race/ethnicity in posttraumatic growth among breast cancer survivors. Journal of Psychosocial Oncology 2013 Jul-Aug;31(4):393-412.

273.     ^George SM, Smith AW, Alfano CM, Bowles HR, Irwin ML, **McTiernan A**, Bernstein L, Baumgartner KB, Ballard-Barbash R. The association between television watching time and all-cause mortality after breast cancer. Journal of Cancer Survivorship. 2013;7(2):247-52.

274.     ^Villaseñor A, Ballard-Barbash R, Ambs A, Bernstein L, Baumgartner K, Baumgartner R, Ulrich CM, Hollis BW, **McTiernan A**, Neuhouser ML. Associations of serum 25-Hydroxyvitamin D with overall and breast cancer-

Anne McTiernan

specific mortality in a multi-ethnic cohort of breast cancer survivors. Cancer Causes Control 2013;24(4):759-67. Epub 2013 Jan. 30.

275.    ^Stover AM, Reeve BB, Piper B, Alfano C, Wilder Smith A., Mitchell S, Bernstein L, Baumgartner KB, **McTiernan A**, & Ballard-Barbash R. Deriving clinically meaningful cut-scores for fatigue in a cohort of breast cancer survivors: a Health, Eating, Activity, and Lifestyle (HEAL) study. Quality of Life Research 2013 Feb 19. [Epub ahead of print].

276.    ^Abbenhardt C, **McTiernan A\***, Alfano CM, Wener MH, Campbell KL, Duggan C, Foster-Schubert KE, Kong A, Toriola AT, Potter JD, Mason C, Xiao L, Blackburn GL, Bain C, Ulrich CM*(*co-senior authors). Effects on adiponectin and leptin after individual and combined dietary weight loss and exercise interventions in postmenopausal women. J of Internal Medicine 2013 Aug;274(2):163-75.

277.    Cash SW, Duncan GE, Beresford SAA, **McTiernan A**, Patrick DL. Changes in body mass index and physical activity related to changes in obesity-specific quality of life. Quality of Life Research 2013 ;22(9):2381-8.

278.    *^Mason C, Alfano CM, Smith AW, Wang CY, Neuhouser ML, Duggan CR, Bernstein L, Baumgartner KB, Baumgartner RN, Ballard-Barbash R, **McTiernan A**. Long-term physical activity trends in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2013 ;22(6):1153-61.

279.    Woolcott CG, Courneya KS, Boyd NF, Yaffe MJ, **McTiernan A**, Brant R, Jones CA, Stanczyk FZ, Terry T, Cook LS, Wang Q, Friedenreich CM. Association between sex hormones, glucose homeostasis, adipokines, and inflammatory markers and mammographic density among postmenopausal women. Breast Cancer Research and Treatment 2013 April 21. [Epub ahead of print].

280.    ^**Mason C, Risques R, Xiao L, Duggan CR, Imayama I, Campbell KL, Kong A, Foster-Schubert KE, Wang CY, Alfano CM, Blackburn GL, Rabinovitch PS, **McTiernan A**. Independent and combined effects of dietary weight loss and exercise on leukocyte telomere length in post-menopausal women. Obesity 2013;21(12):E549-54.

281.    ^**Cadmus L, **McTiernan A**, Ulrich C, Stovall R, Ceballos R, McGregor B, Wang CY, Ramaprasad J, Littman AJ. Predictors of adherence to a 26-week yoga intervention among post-treatment breast cancer survivors. Journal of Alternative and Complementary Medicine. 2013;19(9):751-8.

282.    Pressler M, Rosenberg CA, Derman BA, Greenland P, Khandekar J, Rodabough RJ, **McTiernan A**, Simon MS. Breast cancer in postmenopausal women after nonmelanoma skin carcinoma: The Women's Health Initiative Observational Study. Breast Cancer Research & Treatment 2013;139(3):821-31.

283.    *^Mason C, Xiao L, Duggan C, Imayama I, Foster-Schubert KE, Kong A, Campbell KL, Wang CL, Alfano CM, Blackburn GL, Pollack M, **McTiernan A**. Effects of dietary weight loss and exercise on insulin-like growth factor-1 and insulin-like growth factor binding protein-3 in postmenopausal women: a randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2013;22(8):1457-63.

284.    Wright JL, Plymate S, D'Oria-Cameron A, Bain C, Haugk K, Xiao L, Lin DW, Stanford JL, **McTiernan A.** A study of caloric restriction versus standard diet in overweight men with newly diagnosed prostate cancer: a randomized controlled trial. The Prostate 2013;73(12):1345-51.

285.    *^Imayama I, Alfano CM, Neuhouser ML, George SM, Smith AW, Baumgartner RN, Baumgartner KB, Bernstein L, Wang CY, Duggan C, Ballard-Barbash R, **McTiernan A**. Weight, inflammation, cancer-related symptoms and health-related quality of life among breast cancer survivors. Breast Cancer Research & Treatment. 2013;140(1):159-76.

286.    Wolpin BM, Bao Y, Qian ZR, Wu C, Kraft P, Ogino S, Stampfer MJ, Sato K, Ma J, Buring JE, Sesso HD, Lee I-M, Gaziano JM, **McTiernan A**, Phillips LS, Cochrane BB, Pollak MN, Manson JE, Giovannucci EL,  Fuchs CS. Hyperglycemia, insulin resistance, impaired pancreatic beta-cell function and risk of pancreatic cancer. Journal of the National Cancer Institute 2013 Jul 17;105(14):1027-1035.

287.    ^**Imayama, I, Alfano, C.M., Mason, C.E., Wang, C., Duggan, C.R., Campbell, K.L., Kong A, Foster-Schubert, K.E., Blackburn GL, Wang, C.Y., **McTiernan, A**. Weight and metabolic effects of dietary weight loss and exercise interventions in postmenopausal antidepressant medication users and non-users: a randomized controlled trial. Preventive Medicine 2013 ;57(5):525-32.

288.    Ganz PA, Yip CH, Gralow JR, Distelhorst SR, Albain KK, Andersen BL, Bevilacqua JLB,  deAzambuja  E, Saghir NSE, Kaur R, **McTiernan A**, Partridge AH, Rowland JH, Singh-Carlson S, Vargo M, Thompson B, Anderson BO. Supportive care after curative treatment for breast cancer (survivorship care): Resource allocations in low- and middle-income countries. A Breast Health Global Initiative 2013 consensus statement. Breast 2013 Oct;22(5):606-15.

Anne McTiernan

289.    ^Duggan C, Ballard-Barbash R, Baumgartner RN, Baumgartner KB, Bernstein L, **McTiernan A**. Associations between null mutations in *GSTT1* and *GSTM1* the *GSTP1* Ile[105]Val polymorphism and mortality in the HEAL cohort. SpringerPlus 2013;2:450.

290.    Woolcott CG, Courneya KS, Boyd NF, Yaffe MJ, **McTiernan A**, Brant R, Jones CA, Stanczyk FZ, Terry T, Cook LS, Wang Q, Friedenreich CM. Longitudinal changes in IGF1 and IGFBP3, and mammographic density among postmenopausal women. Cancer Epidemiol Biomarkers Prev. 2013 Sep 9. [Epub ahead of print].

291.    Tang JY, Henderson MT, Boussard-Hernandez T, Kubo J, Desai M, Sims S, Aroda V, Thomas F, **McTiernan A**, Stefanick ML. Lower skin cancer risk in women with higher body mass index: The Women's Health Initiative Observational Study. Cancer Epidemiol Biomarkers Prev. 2013 Dec;22(12):2412-5.

292.    ^**Cadmus-Bertram L, Irwin ML, Alfano CM, Campbell KL, Duggan C, Foster-Schubert KE, **McTiernan A**. Predictors of adherence to a yearlong exercise intervention among previously sedentary adults. Journal of Physical Activity and Health 2013 Oct 31. [Epub ahead of print]. 2014 Sep;11(7):1304-12.

293.    ^George SM, **McTiernan A**, Villasenor A, Alfano CM, Irwin ML, Neuhouser ML, Baumgartner RN, Baumgartner KB, Bernstein L, Smith AW, Ballard-Barbash R. Disentangling the body weight-bone mineral density association among breast cancer survivors: An examination of the independent roles of lean mass and fat mass. BMC Cancer. 2013 Oct 25;13(1):497.

294.    Finstad SE, **McTiernan A**, Wist E, Furberg A-S, Alhaidari G, Perera ND, Fagerland MW, Schlichting E, Sauer T, Lømo J, Thune I. Insulin and IGF-1 in breast cancer patients are associated with tumor cell proliferation (Ki67) in their breast tumors. Advanced Studies in Medical Sciences. 2013:1(3):95-110.

295.    Cossora FI, Adams-Campbell LL, Chlebowski RT, Gunter MJ, Johnson K, Martell RE, **McTiernan A**, Simon MS, Rohan T, Wallace RB, Paulus JK. Diabetes, metformin use, and colorectal cancer survival in postmenopausal women. Cancer Epidemiology 2013 Oct;37(5):742-9.

## 2014

296.    ^Duggan C, Xiao L, Wang C-Y, **McTiernan A**. Effect of a 12-month exercise intervention on serum biomarkers of angiogenesis in postmenopausal women: a randomized controlled trial. Cancer Epidemiol Biomarkers Prev 2014 Apr;23(4):648-57.

297.    Kwan K, Rowan T. Chlebowski RT, **McTiernan A**, Rodabough R, La Monte MJ, Martin LW, Christina Bell C, Lane DS, Kaplan RC, Irwin ML. Timed walking speed, self-reported physical activity and breast cancer incidence in postmenopausal women. European Journal of Cancer Prevention 2014;23(1):49-52.

298.    ^Duggan C, Risques R, Alfano C, Prunkard D, Imayama I, Baumgartner K, Baumgartner R, Bernstein L, Ballard-Barbash R, Rabinovitch P, **McTiernan A**. Peripheral blood leukocyte telomere length and mortality in breast cancer survivors. Journal of the National Cancer Institute. 2014 Apr;106(4): dju035.

299.    ^**Mason C, Xiao L, Imayama I, Duggan C, Wang C-Y, Korde L, **McTiernan A**. Vitamin D$_3$ supplementation during weight loss: A double-blind randomized controlled trial. Amer J Clin Nutr 2014 May;99(5):1015-25.

300.    ^Spector JT, DeRoos AJ, Ulrich CM, Sheppard L, Sjodin A, Wener MH, Wood B, **McTiernan A**. Plasma Polychlorinated biphenyl concentrations and immune function in postmenopausal women. Environmental Research. 2014 May;131:174-80.

301.    Chan DSM, Vieira AR, Aune D, Bandera EV, Geenwood DC, **McTiernan A**, Navarro Rosenblatt D, Thune I, Vieira R, Norat T. Body mass index and survival in women with breast cancer – systematic literature review and meta-analysis of 82 follow-up studies. Annals of Oncology 2014;25(10):1901-14.

302.    ^Thrift AP, Xiao L, Patel SR, Tworoger SS, **McTiernan A**, Duggan C. Effects of physical activity on melatonin levels in previously sedentary men and women. Cancer Epidemiol Biomarkers Prev. 2014 ;23(8):1696-9.

303.    ^Duggan DR, Xiao L, Terry MB, **McTiernan A**. No effect of weight loss on LINE-1 methylation levels in peripheral blood leukocytes in postmenopausal overweight women. Obesity. 2014;22(9):2091-6.

304.    ^Duggan C, Wang CY, Xiao L, **McTiernan A**. Aspirin and serum estrogens in postmenopausal women: a randomized controlled clinical trial. Cancer Prevention Research. 2014 Sep;7(9):906-12.

305.    Togawa K, Ma H, Sullivan-Halley J, Neuhouser ML, Imayama I, Smith AW, Alfano CM, **McTiernan A**, Ballard-Barbash R, Bernstein L. Risk factors for self-reported arm lymphedema among female breast cancer survivors: a prospective cohort study. Breast Cancer Research. 2014;16:414.

306.    Flote VG, Furberg A, **McTiernan A**, Frydenberg H, Ursin G, Iversen A, Lofteroed T, Ellison PT, Wist EA, Egeland T, Wilsgaard T, Makar KW, Chang-Claude J, Thune I. Gene variations in oestrogen pathways, *CYP19A1*,

Anne McTiernan

daily 17β-estradiol, and mammographic density phenotypes in premenopausal women. <u>Breast Cancer Research</u>. 2014 Dec 19;16(6):499.

**2015**

307.    Iversen A, Frydenberg H, Furberg AS, Flote V, Finstad SE, **McTiernan A**, Ursin G, Wilsgaard T, Ellison PT, Jasienska G, Thune I. Cycling endogenous sex steroid hormones vary by mammographic density phenotypes in premenopausal women. <u>European Journal of Cancer Prevention</u> 2015 Feb 23. [Epub ahead of print] 2016 Jan;25(1):9-18.

308.    Habermann N, Makar KW, Abbenhardt C, Xiao X, CY Wang CY, Utsugi HK, Alfano CM, Campbell KL, Duggan C, Foster-Schubert KE, Mason CE, Imayama I, Lampe J, Blackburn GL, Potter JD, **McTiernan A**,¥ Ulrich CM, PhD¥. No effect of caloric restriction or exercise on radiation repair capacity. <u>Medicine and Science in Sports and Exercise</u>. 2015 ;47(5):896-904.

309.    ^**Mason C, Xiao L, Imayama I, Duggan CR, Campbell KL, Kong A, Wang CY, Alfano CM, Blackburn GL, Foster-Schubert KE, **McTiernan A**. Independent and combined effects of dietary weight loss and exercise on fasting ghrelin concentrations in overweight and obese women: a randomized controlled trial. <u>Clinical Endocrinology</u> 2015;82(3):369-76.

310.    Flote VG, Frydenberg H, Ursin G, Iversen A,, Fagerland MW , Ellison PT, Wist EA,, Egeland T, Wilsgaard T, , **McTiernan A**, Furberg A-S, Thune I. High-Density Lipoprotein-Cholesterol, daily estradiol and progesterone and mammographic density phenotypes in premenopausal women. <u>Cancer Prevention Research</u> 2015 Mar 24 [Epub ahead of print]. 2015 Jun;8(6):535-44.

311.    Duggan C, De Dieu Tapsoba J, Mason C, Imayama I, Korde L, Wang C-Y, **McTiernan A**. Effect of Vitamin $D_3$ supplementation in combination with weight loss on inflammatory biomarkers in postmenopausal women: a randomized controlled trial.  <u>Cancer Prevention Research</u> 2015; 8(7):628-35.

312.    Gunter MJ, Wang T, Cushman M, Xue X, Wassertheil-Smoller S, Strickler SD, Rohan TE, Manson JE, **McTiernan A**, Kaplan RC, Scherer PE, Chlebowski RT, Snetselaar L, Kakani K, Wang D, Ho GYF. Circulating adipokines and inflammatory markers and postmenopausal breast cancer risk. <u>J Natl Cancer Inst.</u> 2015 Jul 16;107(9).

313.    Frydenberg H, Flote VG, Fjeldheim FN, Larsson IM, Barrett ES, Furberg A-S, Ursin G, Wilsgaard T, Ellison PT, **McTiernan A**, Hjartåker A, Thune I. Alcohol consumption, endogenous estrogen and mammographic density among premenopausal women. <u>Breast Cancer Research</u>. 2015;17(103).

314.    Distelhorst SR, Cleary JF, Ganz PA, Bese N, Camacho-Rodriguez R, Cardoso F, Ddungu H, Gralow JR, Yip CH, Anderson BO; Breast Health Global Initiative Global Summit on Supportive Care and Quality of Life Consensus Panel Members. Optimisation of the continuum of supportive and palliative care for patients with breast cancer in low-income and middle-income countries: executive summary of the Breast Health Global Initiative, 2014. <u>Lancet Oncology</u> 2015 Mar;16(3):e137-47.

315.    Wang C-Y, Tapsoba JdeD, Duggan C, Campbell KL, **McTiernan A**. Methods to adjust for misclassification in the quantiles for the generalized linear models with measurement error in continuous exposures. <u>Statistics in Medicine</u> 2015 Nov 22 [Epub ahead of print].

**2016**

316.    Thompson HJ, Neuhouser ML, Lampe JW, Zhu Z, Jiang W, McGinley JN, Neil ES, Schwartz Y, **McTiernan A**. A co-clinical approach reveals that human low or high in glycemic load diets differentially affect experimentally induced mammary carcinogenesis in rats. <u>Molecular Nutrition and Food Research.</u> 2016 Jan 17 [Epub ahead of print].

317.    Frydenberg H, Thune I, Lofterød T, Mortensen ES, Eggen AE, Risberg T, Wist EA, Flote VG, Furberg A-S, Wilsgaard T, Akslen LA, **McTiernan A**. Pre-diagnostic high-sensitive C – reactive protein and breast cancer risk, recurrence and survival. <u>Breast Cancer Research & Treatment</u>. 2016 Jan 6 [Epub ahead of print].

318.    Mason C, Tapsoba JdeD, Duggan C, Imayama I, Wang CY, Korde L, Stanczyk F, **McTiernan A**. Effects of weight loss and vitamin D supplementation on sex hormones in postmenopausal women: A randomized controlled trial. <u>Menopause</u> 2016 Feb. 2 [Epub ahead of print]. Jun;23(6):645-52

319.    Duggan C, Stanczyk F, Campbell K, Neuhouser M, Baumgartner RN, Baumgartner KB, Bernstein K, Ballard R, **McTiernan A**.  Associations of sex-steroid hormones with mortality in women with breast cancer. <u>Breast Cancer Research & Treatment</u>. 2016 Feb;155(3):559-67

320.    Flote VG, Riyas Vettukattil R, Bathen TF, Egeland T, **McTiernan A**, Frydenberg H, Husøy A, Finstad SE, Lømo

Anne McTiernan

J,  Schlichting E, Wist EA, Thune I.  Lipoprotein subfractions by nuclear magnetic resonance are associated with progesterone receptor in breast cancer. Lipids in Health and Disease 2016 Mar 12;15(1):56.

321.    Mason C, De Dieu Tapsoba J, Duggan C, Imayama I, Wang CY, Korde L, **McTiernan A**. Effects of vitamin D₃ supplementation on lean mass, muscle strength and bone mineral density during weight loss: A double-blind randomized controlled trial. Journal of the American Geriatrics Society 2016 April;64(4):769-78.

322.    Bandera EV, Fay SH, Giovannucci E, Leitzmann MF, Marklew R, **McTiernan A**, Mullee A, Romieu I, Thune I, Uauy R, Wiseman MJ on behalf of the World Cancer Research Fund International Continuous Update Project Panel. The use and interpretation of anthropometric measures in cancer epidemiology: A perspective from the World Cancer Research Fund International Continuous Update Project. International Journal of Cancer 2016 June 28 [Epub ahead of print].

323.    Duggan C, De Dieu Tapsoba J, Wang C-Y, **McTiernan A**. Dietary weight-loss and exercise effects on serum biomarkers of angiogenesis in overweight postmenopausal women: a randomized controlled trial. Cancer Research 2016 Jul 15;76(14):4226-35.

324.    Fjeldheim FN, Frydenberg H, Flote VG, **McTiernan A**, Furberg A-S, Ellison P, Barrett ES, Wilsgaard T, Jasienska G, Ursin G, Wist EA, Thune I. Polymorphisms in the estrogen receptor alpha gene (ESR1), daily cycling estrogen and mammographic density phenotypes.  The Energy Balance Breast cancer Aspects (EBBA)-I study. BMC Cancer. 2016;16:776.

325.    Duggan C, de Dieu Tapsoba J, Wang CY, Campbell KL, Foster-Schubert K, Gross M, **McTiernan A**. Dietary weight loss and exercise effects on serum biomarkers of oxidative stress in overweight postmenopausal women: a randomized controlled trial. Cancer Prevention Research 2016 Nov;9(11):835-843.

326.    Mason C, De Dieu Tapsoba J, Duggan C, Imayama I, Wang C-Y, Korde L, **McTiernan A**. Repletion of vitamin D associated with deterioration of sleep quality among postmenopausal women. Preventive Medicine 2016 Dec;93:166-170.

327.    Neuhouser ML, Wilder-Smith A, George SM, Gibson T, Baumgartner KB, Baumgartner R, Duggan C, Bernstein L, **McTiernan A**, Ballard R. Use of complementary and alternative medicine and breast cancer survival in the Health, Eating Activity and Lifestyle Study. Breast Cancer Research and Treatment 2016 Dec;160(3):539-546.

**2017**

328.    Byrne C, Ursin G, Martin CF, Peck JD, Cole E, Zeng D, Kim E, Yaffe M, Boyd N, Heiss G, **McTiernan A**, Chlebowski R, Lane D, Manson J, Wactawski-Wende J, Yasmeen S, Pisano ED. Change in mammographic density with estrogen and progestin therapy: A measure of breast cancer risk in the Women's Health Initiative. Journal of the National Cancer Institute 2017 Sep 1;109(9).

329.    Mason C, Wang L, Duggan C, Imayama I, Thomas SS, Wang C-Y, **McTiernan A** (dual senior author), Korde LA (dual senior author). Gene Expression in Breast and Adipose Tissue after 12 months of Weight Loss and Vitamin D Supplementation in Postmenopausal women. npj Breast Cancer 2017 Apr 21;3:15.

330.    Vaysse C, Lømo J, Garred Ø, Fjeldheim F, Lofteroed T, Schlichting E, **McTiernan A**, Frydenberg H, Husøy A, Lundgren S, Fagerland MW, Wist EA, Muller C, Thune I, Richardsen E. Inflammation of mammary adipose tissue occurs in overweight and obese patients exhibiting early-stage breast cancer. npj Breast Cancer 2017; May 3;3:19.

331.    Duggan C, Tapsoba Jde D, Wang CY, Foster-Schubert K, **McTiernan A**. Long-term effects of weight loss and exercise on biomarkers associated with angiogenesis. Cancer Epidemiology, Biomarkers & Prevention 2017 Dec;26(12):1788-1794.

**2018**

332.    Pennington K, **McTiernan A**. The role of physical activity in breast and gynecologic cancer survivorship. Gynecologic Oncology 2018 Apr;149(1):198-204.

333.    Duggan C, Neuhouser M, George S, Barbash R, Baumgartner R, Baumgartner K, **McTiernan A**. Genetic variation in TNFa, PPARg and IRS-1 genes and association with breast cancer survival in the HEAL cohort. Breast Cancer Research and Treatment 2018 Apr;168(2):567-576.

334.    **McTiernan A**. Weight, physical activity, and breast cancer survival. Proceedings of the Nutrition Society (Royal Society of Medicine). 2018 Feb 26:1-9.

335.    Friedenreich C**, McTiernan A**. Combining variables for cancer risk estimation: is the sum better than the parts? Cancer Prevention Research 2018 Jun;11(6):313-316.

336.     Lofterød T, Mortensen ES, Nalwoga H, Wilsgaard T,  Frydenberg H, Risberg T, Eggen AE, **McTiernan A**, Aziz S, Wist EA, Stensvold  A,  Reitan JB, Akslen LA, Thune I.  Impact of pre-diagnostic triglycerides and HDL-cholesterol on breast cancer recurrence and survival by breast cancer subtypes. <u>BMC Cancer</u> 2018 (in press)

337.     de Roon M, May AM, **McTiernan A**,  Scholten RJPM, Peeters PHM,  Friedenreich CF, Monninkhof EM. Effect of exercise and/or reduced calorie dietary interventions on breast cancer related endogenous sex hormones in healthy postmenopausal women. <u>Breast Cancer Research</u> 2018 (in press)

338.     Duggan C, Tapsoba Jde D, Stanczyk F,  Wang CY,  Foster-Schubert K, **McTiernan A**. Long-term effects of weight loss on sex steroid hormones and sex hormone binding globulin. <u>Menopause</u> 2018 (in press).

339.     Gielen M. et al. for the **TELOMAAS group**. BMI is negatively associated with telomere length: a collaborative cross-sectional meta-analysis of 67 observational studies. <u>American Journal of Clinical Nutrition</u> 2017 (in press).

**In Invited Revision**

340.     **McTiernan A**, Friedenreich C, Katzmarzyk PT, Powell KE, Macko R, Buchner D, Pescatello LS, Bloodgood B, Tennant B, Vaux-Bjerke A, George SM, Troiano RP, Piercy KL, for the 2018 Physical Activity Guidelines Advisory Committee. Physical Activity in Cancer Prevention and Survival: A Systematic Review. <u>Medicine and Science in Sports and Medicine</u> 2018 (in invited revision).

**Women's Health Initiative Group-Authored Manuscripts**

341.     Rossouw JE, Anderson GL, Prentice RL, LaCroix AZ, Kooperberg C, Stefanick ML, Jackson RD, Beresford SA, Howard BV, Johnson KC, Kotchen JM, Ockene J; Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. <u>JAMA</u>. 2002 Jul 17;288(3):321-33.

342.     Hays J, Ockene JK, Brunner RL, Kotchen JM, Manson JE, Patterson RE, Aragaki AK, Shumaker SA, Brzyski RG, LaCroix AZ, Granek IA, Valanis BG; Women's Health Initiative Investigators.Effects of estrogen plus progestin on health-related quality of life. <u>N Engl J Med.</u> 2003 May 8;348(19):1839-54. Epub 2003 Mar 17.

343.     Wassertheil-Smoller S, Hendrix SL, Limacher M, Heiss G, Kooperberg C, Baird A, Kotchen T, Curb JD, Black H, Rossouw JE, Aragaki A, Safford M, Stein E, Laowattana S, Mysiw WJ; WHI Investigators.Effect of estrogen plus progestin on stroke in postmenopausal women: the Women's Health Initiative: a randomized trial. <u>JAMA</u>. 2003 May 28;289(20):2673-84.

344.     Hsia J, Barad D, Margolis K, Rodabough R, McGovern PG, Limacher MC, Oberman A, Smoller S; Women's Health Initiative Research Group.Usefulness of prior hysterectomy as an independent predictor of Framingham risk score (The Women's Health Initiative). <u>Am J Cardiol</u>. 2003 Aug 1;92(3):264-9.

345.     Manson JE, Hsia J, Johnson KC, Rossouw JE, Assaf AR, Lasser NL, Trevisan M, Black HR, Heckbert SR, Detrano R, Strickland OL, Wong ND, Crouse JR, Stein E, Cushman M; Women's Health Initiative Investigators.Estrogen plus progestin and the risk of coronary heart disease.<u>N Engl J Med.</u> 2003 Aug 7;349(6):523-34.

346.     Smoller JW, Pollack MH, Wassertheil-Smoller S, Barton B, Hendrix SL, Jackson RD, Dicken T, Oberman A, Sheps DS; Women's Health Initiative Investigators. Prevalence and correlates of panic attacks in postmenopausal women: results from an ancillary study to the Women's Health Initiative. <u>Arch Intern Med.</u> 2003 Sep 22;163(17):2041-50.

347.     Cauley JA, Robbins J, Chen Z, Cummings SR, Jackson RD, LaCroix AZ, LeBoff M, Lewis CE, McGowan J, Neuner J, Pettinger M, Stefanick ML, Wactawski-Wende J, Watts NB; Women's Health Initiative Investigators.Effects of estrogen plus progestin on risk of fracture and bone mineral density: the Women's Health Initiative randomized trial. <u>JAMA</u>. 2003 Oct 1;290(13):1729-38.

348.     Anderson GL, Judd HL, Kaunitz AM, Barad DH, Beresford SA, Pettinger M, Liu J, McNeeley SG, Lopez AM; Women's Health Initiative Investigators. Effects of estrogen plus progestin on gynecologic cancers and associated diagnostic procedures: the Women's Health Initiative randomized trial. <u>JAMA</u>. 2003 Oct 1;290(13):1739-48.

349.     Hsia J, Criqui MH, Rodabough RJ, Langer RD, Resnick HE, Phillips LS, Allison M, Bonds DE, Masaki K, Caralis P, Kotchen JM; Women's Health Initiative Investigators.Estrogen plus progestin and the risk of peripheral arterial disease: the Women's Health Initiative. <u>Circulation</u>. 2004 Feb 10;109(5):620-6.

Anne McTiernan

350.    Hsia J, Aragaki A, Bloch M, LaCroix AZ, Wallace R; WHI Investigators. Predictors of angina pectoris versus myocardial infarction from the Women's Health Initiative Observational Study. Am J Cardiol. 2004 Mar 15;93(6):673-8.

351.    Women's Health Initiative Study Group. Dietary adherence in the Women's Health Initiative Dietary Modification Trial. J Am Diet Assoc. 2004 Apr;104(4):654-8.

352.    Margolis KL, Bonds DE, Rodabough RJ, Tinker L, Phillips LS, Allen C, Bassford T, Burke G, Torrens J, Howard BV; Women's Health Initiative Investigators. Effect of oestrogen plus progestin on the incidence of diabetes in postmenopausal women: results from the Women's Health Initiative Hormone Trial. Diabetologia. 2004 Jul;47(7):1175-87. Epub 2004 Jul 14.

353.    Cushman M, Kuller LH, Prentice R, Rodabough RJ, Psaty BM, Stafford RS, Sidney S, Rosendaal FR; Women's Health Initiative Investigators. Estrogen plus progestin and risk of venous thrombosis. JAMA. 2004 Oct 6;292(13):1573-80.

354.    Hsia J, Wu L, Allen C, Oberman A, Lawson WE, Torrens J, Safford M, Limacher MC, Howard BV; Women's Health Initiative Research Group. Physical activity and diabetes risk in postmenopausal women. Am J Prev Med. 2005 Jan;28(1):19-25.

355.    Margolis KL, Manson JE, Greenland P, Rodabough RJ, Bray PF, Safford M, Grimm RH Jr, Howard BV, Assaf AR, Prentice R; Women's Health Initiative Research Group. Leukocyte count as a predictor of cardiovascular events and mortality in postmenopausal women: the Women's Health Initiative Observational Study. Arch Intern Med. 2005 Mar 14;165(5):500-8.

356.    Howard BV, Kuller L, Langer R, Manson JE, Allen C, Assaf A, Cochrane BB, Larson JC, Lasser N, Rainford M, Van Horn L, Stefanick ML, Trevisan M; Women's Health Initiative. Risk of cardiovascular disease by hysterectomy status, with and without oophorectomy: the Women's Health Initiative Observational Study. Circulation. 2005 Mar 29;111(12):1462-70. Epub 2005 Mar 21.

357.    Barnabei VM, Cochrane BB, Aragaki AK, Nygaard I, Williams RS, McGovern PG, Young RL, Wells EC, O'Sullivan MJ, Chen B, Schenken R, Johnson SR; Women's Health Initiative Investigators. Menopausal symptoms and treatment-related effects of estrogen and progestin in the Women's Health Initiative. Obstet Gynecol. 2005 May;105(5 Pt 1):1063-73.

358.    Prentice RL, Langer R, Stefanick ML, Howard BV, Pettinger M, Anderson G, Barad D, Curb JD, Kotchen J, Kuller L, Limacher M, Wactawski-Wende J; Women's Health Initiative Investigators. Combined postmenopausal hormone therapy and cardiovascular disease: toward resolving the discrepancy between observational studies and the Women's Health Initiative clinical trial. Am J Epidemiol. 2005 Sep 1;162(5):404-14. Epub 2005 Jul 20.

359.    Brunner RL, Gass M, Aragaki A, Hays J, Granek I, Woods N, Mason E, Brzyski R, Ockene J, Assaf A, LaCroix A, Matthews K, Wallace R; Women's Health Initiative Investigators. Effects of conjugated equine estrogen on health-related quality of life in postmenopausal women with hysterectomy: results from the Women's Health Initiative Randomized Clinical Trial. Arch Intern Med. 2005 Sep 26;165(17):1976-86.

360.    Prentice RL, Caan B, Chlebowski RT, et al. Low-fat dietary pattern and risk of invasive breast cancer. The Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:629-642.

361.    Beresford SAA, Johnson KC, Ritenbaugh C, et al. Low-fat dietary pattern and risk of colorectal cancer. The Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:643-654.

362.    Howard BV, Van Horn L, Manson JE, et al. Low-fat dietary pattern and risk of cardiovascular disease. The Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:655-666.

363.    de Boer IH, Tinker LF, Connelly S, Curb JD, Howard BV, Kestenbaum B, Larson JC, Manson JE, Margolis KL, Siscovick DS, Weiss NS; Women's Health Initiative Investigators. Calcium plus vitamin D supplementation and the risk of incident diabetes in the Women's Health Initiative. Diabetes Care. 2008 Apr;31(4):701-7. Epub 2008 Jan 30.

364.    Chlebowski RT, Johnson KC, Kooperberg C, Pettinger M, Wactawski-Wende J, Rohan T, Rossouw J, Lane D, O'Sullivan MJ, Yasmeen S, Hiatt RA, Shikany JM, Vitolins M, Khandekar J, Hubbell FA; Women's Health Initiative Investigators. Calcium plus vitamin D supplementation and the risk of breast cancer. J Natl Cancer Inst. 2008 Nov 19;100(22):1581-91. Epub 2008 Nov 11.

365.    Lederle FA, Larson JC, Margolis KL, Allison MA, Freiberg MS, Cochrane BB, Graettinger WF, Curb JD; Women's Health Initiative Cohort Study. Abdominal aortic aneurysm events in the women's health initiative: cohort study. BMJ. 2008 Oct 14;337:a1724.

366.    McCall-Hosenfeld JS, Jaramillo SA, Legault C, Freund KM, Cochrane BB, Manson JE, Wenger NK, Eaton CB,

Anne McTiernan

Rodriguez BL, McNeeley SG, Bonds D; Members of Women's Health Initiative-Observational Study. Correlates of sexual satisfaction among sexually active postmenopausal women in the Women's Health Initiative-Observational Study. J Gen Intern Med. 2008 Dec;23(12):2000-9. Epub 2008 Oct 7.

367.    Ritenbaugh C, Stanford JL, Wu L, Shikany JM, Schoen RE, Stefanick ML, Taylor V, Garland C, Frank G, Lane D, Mason E, McNeeley SG, Ascensao J, Chlebowski RT; Women's Health Initiative Investigators. Conjugated equine estrogens and colorectal cancer incidence and survival: the Women's Health Initiative randomized clinical trial. Cancer Epidemiol Biomarkers Prev. 2008 Oct;17(10):2609-18. Epub 2008 Sep 30.

368.    Brunner RL, Cochrane B, Jackson RD, Larson J, Lewis C, Limacher M, Rosal M, Shumaker S, Wallace R; Women's Health Initiative Investigators. Calcium, vitamin D supplementation, and physical function in the Women's Health Initiative. J Am Diet Assoc. 2008 Sep;108(9):1472-9.

369.    Chen Z, Arendell L, Aickin M, Cauley J, Lewis CE, Chlebowski R; Women's Health Initiative Program, National Heart, Lung and Blood Institute, US Department of Health and Human Services. Hip bone density predicts breast cancer risk independently of Gail score: results from the Women's Health Initiative. Cancer. 2008 Sep 1;113(5):907-15.

370.    Tinker LF, Bonds DE, Margolis KL, Manson JE, Howard BV, Larson J, Perri MG, Beresford SA, Robinson JG, Rodríguez B, Safford MM, Wenger NK, Stevens VJ, Parker LM; Women's Health Initiative. Low-fat dietary pattern and risk of treated diabetes mellitus in postmenopausal women: the Women's Health Initiative randomized controlled dietary modification trial. Arch Intern Med. 2008 Jul 28;168(14):1500-11.

371.    LaCroix AZ, Lee JS, Wu L, Cauley JA, Shlipak MG, Ott SM, Robbins J, Curb JD, Leboff M, Bauer DC, Jackson RD, Kooperberg CL, Cummings SR; Women's Health Initiative Observational. Cystatin-C, renal function, and incidence of hip fracture in postmenopausal women. J Am Geriatr Soc. 2008 Aug;56(8):1434-41. Epub 2008 Jul 24.

372.    Wright NC, Riggs GK, Lisse JR, Chen Z; Women's Health Initiative. Self-reported osteoarthritis, ethnicity, body mass index, and other associated risk factors in postmenopausal women-results from the Women's Health Initiative. J Am Geriatr Soc. 2008 Sep;56(9):1736-43. Epub 2008 Jul 17.

373.    Johnson KC, Margolis KL, Espeland MA, Colenda CC, Fillit H, Manson JE, Masaki KH, Mouton CP, Prineas R, Robinson JG, Wassertheil-Smoller S; Women's Health Initiative Memory Study and Women's Health Initiative Investigators. A prospective study of the effect of hypertension and baseline blood pressure on cognitive decline and dementia in postmenopausal women: the Women's Health Initiative Memory Study. J Am Geriatr Soc. 2008 Aug;56(8):1449-58. Epub 2008 Jul 15.

374.    Cauley JA, Wampler NS, Barnhart JM, Wu L, Allison M, Chen Z, Hendrix S, Robbins J, Jackson RD; Women's Health Initiative Observational Study. Incidence of fractures compared to cardiovascular disease and breast cancer: the Women's Health Initiative Observational Study. Osteoporos Int. 2008 Dec;19(12):1717-23. Epub 2008 Jul 16.

375.    Luo J, Margolis KL, Adami HO, LaCroix A, Ye W; Women's Health Initiative Investigators. Obesity and risk of pancreatic cancer among postmenopausal women: the Women's Health Initiative (United States). Br J Cancer. 2008 Aug 5;99(3):527-31. Epub 2008 Jul 15.

376.    Zheng Z, Margolis KL, Liu S, Tinker LF, Ye W; Women's Health Initiative Investigators. Effects of estrogen with and without progestin and obesity on symptomatic gastroesophageal reflux. Gastroenterology. 2008 Jul;135(1):72-81. Epub 2008 Mar 25.

377.    Bray PF, Larson JC, Lacroix AZ, Manson J, Limacher MC, Rossouw JE, Lasser NL, Lawson WE, Stefanick ML, Langer RD, Margolis KL; Women's Health Initiative Investigators. Usefulness of baseline lipids and C-reactive protein in women receiving menopausal hormone therapy as predictors of treatment-related coronary events. Am J Cardiol. 2008 Jun 1;101(11):1599-1605. Epub 2008 Apr 2.

378.    Allison MA, Manson JE, Langer RD, Carr JJ, Rossouw JE, Pettinger MB, Phillips L, Cochrane BB, Eaton CB, Greenland P, Hendrix S, Hsia J, Hunt JR, Jackson RD, Johnson KC, Kuller LH, Robinson J; Women's Health Initiative and Women's Health Initiative Coronary Artery Calcium Study Investigators. Oophorectomy, hormone therapy, and subclinical coronary artery disease in women with hysterectomy: the Women's Health Initiative coronary artery calcium study. Menopause. 2008 Jul-Aug;15(4 Pt 1):639-47.

379.    LaCroix AZ, Gray SL, Aragaki A, Cochrane BB, Newman AB, Kooperberg CL, Black H, Curb JD, Greenland P, Woods NF; Women's Health Initiative. Statin use and incident frailty in women aged 65 years or older: prospective findings from the Women's Health Initiative Observational Study. J Gerontol A Biol Sci Med Sci. 2008 Apr;63(4):369-75.

380.    Moeller SM, Voland R, Tinker L, Blodi BA, Klein ML, Gehrs KM, Johnson EJ, Snodderly DM, Wallace RB,

Anne McTiernan

Chappell RJ, Parekh N, Ritenbaugh C, Mares JA; CAREDS Study Group; Women's Health Initiative Associations between age-related nuclear cataract and lutein and zeaxanthin in the diet and serum in the Carotenoids in the Age-Related Eye Disease Study, an Ancillary Study of the Women's Health Initiative. Arch Ophthalmol. 2008 Mar;126(3):354-64.

381.    Chlebowski RT, Schwartz AG, Wakelee H, Anderson GL, Stefanick ML, Manson JE, Rodabough RJ, Chien JW, Wactawski-Wende J, Gass M, Kotchen JM, Johnson KC, O'Sullivan MJ, Ockene JK, Chen C, Hubbell FA; Women's Health Initiative Investigators. Oestrogen plus progestin and lung cancer in postmenopausal women (Women's Health Initiative trial): a post-hoc analysis of a randomised controlled trial. Lancet. 2009 Oct 10;374(9697):1243-51. Epub 2009 Sep 18.

382.    Kabat GC, Kim M, Adams-Campbell LL, Caan BJ, Chlebowski RT, Neuhouser ML, Shikany JM, Rohan TE; WHI Investigators. Longitudinal study of serum carotenoid, retinol, and tocopherol concentrations in relation to breast cancer risk among postmenopausal women. Am J Clin Nutr. 2009 Jul;90(1):162-9. Epub 2009 May 27.

383.    Chlebowski RT, Kuller LH, Prentice RL, Stefanick ML, Manson JE, Gass M, Aragaki AK, Ockene JK, Lane DS, Sarto GE, Rajkovic A, Schenken,  Hendrix SL, Ravdin PM, Rohan TE, Yasmeen S, Anderson G; WHI Investigators. Breast cancer after use of estrogen plus progestin in postmenopausal women. N Engl J Med. 2009 Feb 5;360(6):573-87.

384.    Chen Z, Thomson CA, Aickin M, Nicholas JS, Van Wyck D, Lewis CE, Cauley JA, Bassford T; Short list of Women's Health Initiative Investigators. The relationship between incidence of fractures and anemia in older multiethnic women. J Am Geriatr Soc. 2010 Dec;58(12):2337-44.

385.    Chlebowski RT, Anderson GL, Gass M, Lane DS, Aragaki AK, Kuller LH, Manson JE, Stefanick ML, Ockene J, Sarto GE, Johnson KC, Wactawski-Wende J, Ravdin PM, Schenken R, Hendrix SL, Rajkovic A, Rohan TE, Yasmeen S, Prentice RL; WHI Investigators. Estrogen plus progestin and breast cancer incidence and mortality in postmenopausal women. JAMA. 2010 Oct 20;304(15):1684-92

386.    Manson JE, Allison MA, Carr JJ, Langer RD, Cochrane BB, Hendrix SL, Hsia J, Hunt JR, Lewis CE, Margolis KL, Robinson JG, Rodabough RJ, Thomas AM; Women's Health Initiative and Women's Health Initiative-Coronary Artery Calcium Study Investigators. Calcium/vitamin D supplementation and coronary artery calcification in the Women's Health Initiative. Menopause. 2010 Jul;17(4):683-91.

387.    Wright NC, Lisse JR, Walitt BT, Eaton CB, Chen Z; Women's Health Initiative Investigators. Arthritis increases the risk for fractures--results from the Women's Health Initiative. J Rheumatol. 2011 Aug;38(8):1680-8. Epub 2011 May 15.

388.    LaCroix AZ, Chlebowski RT, Manson JE, Aragaki AK, Johnson KC, Martin L, Margolis KL, Stefanick ML, Brzyski R, Curb JD, Howard BV, Lewis CE, Wactawski-Wende J; WHI Investigators. Health outcomes after stopping conjugated equine estrogens among postmenopausal women with prior hysterectomy: a randomized controlled trial. JAMA. 2011 Apr 6;305(13):1305-14.


## BOOKS

1.  **McTiernan A**. *Starved: A Nutrition Doctor's Journey from Empty to Full*. Central Recovery Press. November 2016.
2.  **McTiernan A**, Gralow J, Talbott L. *Breast Fitness: An Optimal Exercise and Health Plan for Reducing Your Risk of Breast Cancer*. St. Martin's Press, New York. October 2000 (hardcover), October 2001 (softcover)
3.  International Agency for Research on Cancer. IARC Handbooks of Cancer Prevention, Vol. 6, Weight Control and Physical Activity, Lyon, IARC Press, 2002 (member of writing group)
4.  **McTiernan A.** (Editor) Cancer Prevention and Management Through Exercise and Weight Control CRC Press LLL, 2006.
5.  **McTiernan A.** (Editor) Physical Activity, Dietary Calorie Restriction, and Cancer (Energy Balance and Cancer). Springer; 1st Edition. November 19, 2010.


## REPORTS, EDITORIALS, BOOK CHAPTERS, LETTERS, AND INVITED REVIEWS

1.  **McTiernan A**: Does breastfeeding prevent breast cancer? (editorial) Breastfeeding Abstracts 6:19, 1987.
2.  Vaughan T, and **McTiernan A**: Diet in the etiology of cancer. Sem. Oncol. Nursing 2:3-13, 1986.
3.  Henderson M and **McTiernan A**.  Clinical Programs for Breast Cancer Protection.  Reducing Breast Cancer in Women.  B. Stoll, ed.  The Netherlands.  Kluwer Acad. Pub. 177-183, 1995.
4.  **McTiernan, A**. Physical activity and breast cancer – time to get moving? (editorial) NEJM 336:1311-1312, 1997.

Anne McTiernan

5.  **McTiernan, A**. Commentary on: Thune I, Brenn T, Lund E, Gaard M. Physical activity and the risk of breast cancer. Clin J Sport Med 1997;7 (4) 315

6.  Chlebowski RT, **McTiernan A**. Hormone Replacement Therapy and Breast Cancer: Limitations of Current Evidence. American Society of Clinical Oncology Education Book (Fall) 1998:87-91.

7.  Wingo P, **McTiernan A**. Hormone Replacement Therapy. In Women and Health. MB Goldman and MC Hatch, eds. San Diego, Academic Press. 2000. Pages 1169-81.

8.  **McTiernan A**. Cancer Prevention. In Medical and Psychological Aspects of Sport and Exercise. DI Mostofsky and L Zaichkowsky, (eds.) Morgantown, WV, Fitness Information Technology, Inc. 2002

9.  **McTiernan A**. Recent Controversies in Mammography Screening for Breast Cancer. Medscape Women's Health eJournal 2002;7(2).

10. Chlebowski R, **McTiernan A**. Biological significance of interventions that change breast density. J Natl Cancer Inst. 2003 Jan 1;95(1):4-5.

11. **McTiernan A**. Lifestyle Factors in Breast Cancer. Breast Cancer Online. 2003 http://www.bco.org/article.asp?article=105

12. **McTiernan A**. Physical Activity, Exercise, and Cancer: Prevention to Treatment-Symposium Overview. Medicine and Science in Sports and Exercise. 2003;35(11):1821-22.

13. **McTiernan A**. Obesity and Cancer: Potential Management Strategies. American Society for Clinical Oncology Proceedings, 2004.

14. **McTiernan A**. Obesity in the Breast Cancer Survivor. In Nutritional Oncology. Heber D. and Blackburn G. (Eds). San Diego, Academic Press, 2005.

15. **McTiernan A**. Low carb diets:  will they be effective in reducing breast cancer risk? American Society for Clinical Oncology Proceedings, 2005.

16. **McTiernan A**. Mechanisms associating physical activity with cancer incidence: exercise and sex hormones. In **McTiernan A.** (Editor) Cancer Prevention and Management Through Exercise and Weight Control CRC Press LLL, 2005.

17. **McTiernan A**. Mechanisms associating physical activity with cancer incidence: intervention studies in humans. In **McTiernan A.** (Editor) Cancer Prevention and Management Through Exercise and Weight Control CRC Press LLL, 2005.

18. Kaaks R and **McTiernan A**. Mechanisms associating obesity with cancer incidence: obesity and sex hormones. In **McTiernan A.** (Editor) Cancer Prevention and Management Through Exercise and Weight Control CRC Press LLL, 2005.

19. **McTiernan A.** Breast Cancer Prevention. Consultant 2006; 46(4): 407-14

20. Ulrich CM, Chubak J, **McTiernan A.** Re: Exercise, vitamins and respiratory tract infections. American Journal of Medicine. [December 2007].

21. Ballard-Barbash R, **McTiernan A**. Is the Whole Larger Than the Sum of the Parts? The Promise of Combining Physical Activity and Diet to Improve Cancer Outcomes. Editorial on "Greater Survival After Breast Cancer in Physically Active women with High Vegetable-Fruit Intake Regardless of Obesity" by John Pierce et al. J Clin Oncol. 2007 Jun 10;25(17):2335-7.

22. **McTiernan A.** Diet, Exercise, and Lifestyle in the Prevention and Recurrence of Breast Cancer. In Sanchez- Basurto C & Sanchez-Forgach ER. Tratado de Enfermedades de la Glandula Mamaria, Mexico City, Mexico, 2007

23. Physical Activity Guidelines Advisory Committee. *Physical Activity Guidelines Advisory Committee Report, 2008*. Washington, DC: U.S. Department of Health and Human Services, 2008. (Member of Committee)

24. **McTiernan A**. Physical Activity, Weight, Diet and Breast Cancer Risk Reduction. Invited Commentary on Eliassen et al. Physical activity and risk of breast cancer among postmenopausal women. Arch Int Med 2010 Nov 8;170(20):1792-3

25. Chan D, Thune I, **McTiernan A**. Invited commentary on Chan et al., Body Mass Index and Survival in Women With Breast Cancer–Systematic Literature Review and Meta-Analysis of 82 Follow-Up Studies. Practice Update. http://www.practiceupdate.com/explore/  May, 2014.

26. Irwin ML, Fabian C, **McTiernan A**. Risk reduction from weight management and physical activity interventions. Adv Exp Med Biol. 2015;862:193-212.

27. Duggan C, Gross MD, **McTiernan A**. Diet and Exercise and Serum Markers of Oxidative Stress-Response. Cancer Prev Res (Phila). 2017 Aug;10(8):487.

Anne McTiernan

## MANUSCRIPTS SUBMITTED FOR PUBLICATION

1. Frydenberg H, Ursin G, Iversen A, Fagerland MW, Ellison PT, Wist EA, Egeland T, Wilsgaard T, **McTiernan A**, Furberg A-S, Thune I. High-density lipoprotein-cholesterol (HDL-C), daily estradiol and progesterone and mammographic density in premenopausal women. Submitted to <u>The Breast</u> 2015

2. Lofterød T, Frydenberg H, Eggen AE, **McTiernan A**, Mortensen ES, Wist EA, Akslen LA, Reitan JB, Wilsgaard T, Thune I.  Triglycerides and weight change throughout life influence breast cancer development. The EBBA Life study. Submitted to <u>Cancer Causes & Control</u> 2016.

3. Mason C, deDieu Tapsoba J, Duggan C, Wang CY, Alfano CM, **McTiernan A**. Disordered eating behaviors and weight loss outcomes in a 12-month randomized trial of diet and/or exercise intervention in postmenopausal women. Submitted to <u>American Journal of Clinical Nutrition</u> 2018.

4. Chan DS, Abar L, Cariolou M, Nanu N, Greenwood DC, Bandura EV, **McTiernan A**, Norat T. World Cancer Research Fund International – Continuous Update Project: systematic literature review and meta-analysis of cohort studies on physical activity, adiposity, and weight change and breast cancer risk. Submitted to <u>British Medical Journal</u>. 2018


## INVITED SCIENTIFIC PRESENTATIONS (does not include conference abstracts)

1. "Women's Health and the Women's Health Initiative."  Fred Hutchinson Cancer Research Center, WHI Clinical Center Staff Trainings, 1993-1997.

2. "The Women's Health Initiative:  An Overview."  University of Washington, Department of Epidemiology Seminars, February 8, 1994.

3. "Risk Assessment for Breast Cancer."  University of Washington, Department of Surgery Breast Cancer Conference, April 26, 1994.

4. "Risk Assessment for Breast Cancer."  Breast Cancer in Young Women, University of Washington Continuing Education Conference, August 6, 1994.

5. "Assessing Individual Risk for Breast Cancer."  Cancer in Lesbians Symposium, Fred Hutchinson Cancer Research Center, December 2, 1994.

6. "Breast Cancer in High Risk Populations:  Women's Health Initiative."  Fred Hutchinson Cancer Research Center Scientific Retreat, December 7, 1994.

7. "The Women's Health Initiative."  Invited presentation at American Society for Preventive Oncology, Women's Cancers Study Group Meeting, March 11, 1995.

8. "Prevention in Practice and Trials."  Current Concepts in the Early Detection of Breast Cancer, Multicare, Madigan Army Medical Center, and American Cancer Society 3rd Annual Oncology Conference, April 11, 1995.

9. "Exercise and Breast Cancer." Beating Breast Cancer in the '90's: What Everyone Needs to Know about Breast Cancer, University of Washington/Fred Hutchinson Cancer Research Center, April 23, 1996.

10. "Women's Health Initiative." Women's Health Grand Rounds, University of Washington Medical Center-Roosevelt, January 6, 1996.

11. "Exercise and Cancer." Interdisciplinary Cancer Course, Fred Hutchinson Cancer Research Center, March 26, 1997.

12. "Exercise and Breast Cancer." Nutrition Seminar, Department of Nutrition, University of Washington School of Public Health, April 10, 1997.

13. Panel Discussant, "Epidemiologic Issues", NAPBC Workshop on Physical Activity and Breast Cancer, Nov 13-14, 1997.

14. "Diet and Exercise" Breast Cancer Forum: Clinical Implications of Current Research, FHCRC, October 7, 1998.

15. "Exercise and Breast Cancer" American College of Sports Medicine, Seattle, WA, June 2, 1999.

16. "Physical Activity and Reproductive Hormones" Cooper Institute Conference on Physical Activity and Cancer, Dallas, Texas, November 5-7, 2000

17. "Weight Matters in Breast Cancer Prevention and Rehabilitation" Oncology Grand Rounds. Southwest Cancer Center at University Medical Center, Lubbock, Texas, March 2001

18. "Body mass, physical activity, and sex hormones in postmenopausal breast cancer patients". American Cancer Society Science Writers Conference, April 2001

19. "Obesity and Women's Cancer" Keynote Lecture, North American Association for the Study of Obesity, October 2001.
20. "Physical Activity and Breast Cancer ", Women's Sports International, St. Louis, June 2002.
21. "Exercise and Breast Cancer", FHCRC Oncology Grand Rounds, October 2002.
22. "Physical Activity after Cancer: Physiologic Outcomes" in Exercise and the Cancer Survivor: What Should we Recommend?, American Dietetic Association Food and Nutrition Conference and Exhibition, Philadephia, October 2002.
23. ** "Exercise and the Prevention of Colorectal Cancer" European School of Oncology Second Colorectal Cancer Conference, Rome, Italy, October 2002.
24. "Energy Balance – an Etiologic Factor in Human Cancer: Randomized Trial of Exercise Effect on Breast Cancer Biomarkers." Oslo Norway, July 2002.
25. "Exercise and Breast Cancer: Impact on Prevention and Recurrence" The Gibson Lecture in Cancer Prevention Endowed Lectureship, University of Virginia School of Medicine, February 26, 2003
26. "Exercise, Body Fat, and Breast Cancer" Florence Ettelson Memorial Lectureship Medicine Grand Rounds, Providence St. Vincent Medical Center, Portland, OR October 2003
27. "Exercise and Breast Cancer" U. Washington Geriatrics Grand Rounds October 2003
28. "Body Mass Index & Breast Cancer Risk" Challenges & Controversies in Breast Cancer, U Washington School of Medicine CME, October 2003
29. "Diet and Physical Activity" 2nd Emerging Trends in Adjuvant Therapy of Breast Cancer Conference, New York City, October 2003.
30. "Exercise in the Prevention of Breast and Colon Cancer" New England American College of Sports Medicine, November, 2003.
31. "Managing Toxicities of Therapy: Weight Loss and Exercise" School of Breast Oncology, November 2003
32. "Exercise and Breast Cancer Prevention" U. Hawaii, January 2004
33. ** "Obesity and Cancer" 2nd International Conference on the Future of Supportive Therapy in Oncology, St. Kitts, Carribean, February 2004
34. "Exercise and Breast Cancer" University of Alabama at Birmingham, CNRC/Nutrition Sciences Seminar Series, March 2004
35. "WHI Estrogen plus Progestin and Breast Cancer Results" FHCRC Gynecologic Cancer Research Program, March 2004
36. ** "Exercise Effects on Total Body Fat, Intra-Abdominal Fat, Insulin, Leptin, and the Metabolic Syndrome in Menopause" Plenary Session, 5th International Symposium on Women's Health and Menopause, Florence, Italy, April 2005
37. "Exercise and Women's Health" University of Virginia, May 2004
38. "Colon ca, biomarkers, and exercise" American College of Sports Medicine, 2004
39. "Obesity Management in Cancer Patients" ASCO, June 2004
40. ** "Effect of Physical Activity on Breast and Colon Cancer Biomarkers" Ireland/Northern Ireland/NCI Cancer Consortium Seminar on Obesity and Cancer, Dublin, Ireland, September 2004
41. "Exercise Trials in Cancer Prevention" AACR Frontiers in Cancer Prevention, Seattle, WA October 2004
42. "Physical Activity, Endogenous Hormones, and Cancer Etiology" Plenary Session AACR Frontiers in Cancer Prevention, Seattle, WA October 2004
43. "Obesity in Breast Cancer Patients" School of Breast Oncology, Atlanta, Georgia, November 2004
44. "Nutrition, Physical Fitness, and Cancer " Aultman Cancer Center, Canton, Ohio, November 2004
45. "Effects of Menopausal Hormone Therapy and Tamoxifen on Mammographic Density" University of Virginia, Department of Radiology, February 2005.
46. "Optimizing Health Outcomes" in Oncology Care in the 21st Century: Integrating Care along the Health Care Continuum, Arthur G. James Cancer Hospital Ohio State University, February 2005
47. "Obesity, Exercise, and Breast Cancer", Tyler, Texas Breast Cancer Conference (talks to oncologists and lay audiences) March 2005
48. "Breast Fitness" talk to women's health providers, Anchorage, Alaska, May 2005
49. "Low Carb Diets: Will They Be Effective in Reducing Breast Cancer Risk?" ASCO, Orlando 2005.
50. ** "Biologic mechanisms involved in the association between physical activity and cancer: results from recent

Anne McTiernan

randomized controlled intervention trials" Eurocancer, Paris, June 2005.
51. ** "Exploring Mechanisms Relating Energy Balance and Cancer" IARC, Lyon, France, June 2005.
52. "Prevention of New and Recurrent Cancers: Lifestyle and Chemoprevention" and "Cancer Screening and Management: The PCP's Role" Issues in Aging Conference, New Orleans, July 2005
53. "Exercise and Cancer Prevention" Rockefeller, NYC, September 2005
54. ** "Open Forum of Breast Health", Mexico City, Mexico, October 2005
55. "Breast Fitness: Exercise for Breast Cancer Patients and Survivors", Cancer Wellness Center Northbrook,IL, November 2005
56. "Obesity in Breast Cancer Patients", School of Breast Oncology, Atlanta GA, November 2005
57. "Insulin Resistance Syndrome and Cancer Risk", International Conference on Metabolic Syndrome, San Francisco, November 2005
58. "Selected Major Findings from the OS Results: Breast Cancer", WHI Conference, Bethesda, February 2006.
59. "Intermediate Endpoints in Energy Balance and Physical Activity Trials" NCI Workshop on State of the Evidence for a Weight Control Trial to Prevent Breast Cancer, Bethesda, March 2006.
60. "Physical Activity and Cancer Recurrence and Survival", Symposium: "Physical Activity across the Cancer Continuum" for the CDC International Congress on Physical Activity and Public Health, Atlanta, April 2006
61. "Exercise, Estrogens, and Breast Cancer: Physical Activity Trials" American College of Sports Medicine, May 2006.
62.  "Exercise and Nutrition in Chemoprevention" WCRF/AICR International Research Conference, Washington DC, July 2006.
63. ** "Exercise and Cancer Prevention". National University of Singapore, Singapore, July 2006.
64. ** "Breast Cancer Prevention", "Lifestyle, Diet, and Breast Cancer ", "Lifestyle changes may reduce the risk of recurrence" Mexican Association of Breast Diseases 5th Annual Meeting, Leon, Mexico, August 2006.
65. "WHI and Breast Cancer" Seattle Gynecological Society, Seattle, September, 2006
66. "Physical Activity, Weight Control, and Cancer Prevention" Dana Farber Cancer Center Channing Laboratory and Harvard School of Public Health Seminar Series Speaker, October 2006.
67. "Obesity in Breast Cancer Patients", School of Breast Oncology, Atlanta GA, November 2006
68. "Energy Balance and Cancer: Human Intervention Studies" NCI Energy Balance Working Group, Bethesda, MD, January 2007
69. "Overweight, Obesity, and Sedentary Lifestyle in Breast Cancer Prognosis". Interdisciplinary Science, Health Promotion, and Disease Prevention. Pasadena, CA. May 2, 2007.
70. "Transdisciplinary Research to Elucidate the Pathways Linking Components of Energy Balance to the Cancer Process" Transatlantic Research and Innovation Symposium. Research Triangle Park, North Carolina, May 3, 2007.
71. "Obesity, Physical Activity, & Breast Cancer" University of Washington CNRU May 11, 2007
72. "Women's Health Initiative Clinical Trials" Northwestern University Clinical Research Educational Conference, Chicago, May 18, 2007.
73. "Exercise and Weight Loss in Women and Men" Northwestern University Dept of Preventive Medicine, May 18, 2007.
74. FASEB Energy Balance, Body Fat & Disease, "Exercise and Cancer Prevention", and chair of session "Exercise and Cancer Prevention & Prognosis" Indian Wells, CA, August 2007
75. MD Anderson Cancer Prevention Grand Rounds, "Overweight, Obesity, Physical Activity, and Breast Cancer Prevention" Houston, Sept 2007
76. MD Anderson Integrative Medicine Program Lecture Series talk "Obesity, Weight Loss, and Physical Activity for Cancer Patients and Survivors" Houston, Sept 2007
77. **Breast Health Global Initiative "Primary prevention of breast cancer: lifestyle changes, diet, western lifestyle", Budapest, Hungary, October 2007
78. "Obesity in Breast Cancer Patients", School of Breast Oncology, Atlanta GA, November 2007
79. "Breast Cancer: Women at Risk and New Strategies for Prevention", Practicing Clinicians Exchange, San Francisco, CA November 2007
80. "Exercise Effect on Inflammation and Other Cancer Biomarkers", Southeast ACSM, Birmingham, AL, February 2008
81. "Professional Development for Women", Southeast ACSM, Birmingham, AL, February 2008
82. "Exercise and Body Composition Change Effects on Sex Hormones in Postmenopausal Women", AACR – TREC

Anne McTiernan

Markers & Mediators, Virginia, February 2008

83. "Obesity in Breast Cancer Risk and Prognosis", Case Western University, Cleveland, OH, March 2008

84. "Exercise Interventions in Breast Cancer Prevention and Outcomes", Cleveland, OH, March 2008

85. "TREC Talk", Cancer Prevention and Research Center Retreat, Coeur d' Alene, ID, March 2008

86. ** "Fitness vs. Fatness: Evidence from Epidemiologic and Intervention Studies on the Separate and Combined Effects of Physical Activity and Obesity on Cancer Risk", International Physical Activity Meeting, Amsterdam, April 2008

87. "Influence of Exercise on Immune Function: Possible Link to Breast Cancer", ACSM, Indianapolis, May 2008

88. "Breast Cancer Prevention and Survivorship through Lifestyle and Chemoprevention", Memorial Sloan Kettering Cancer Center, New York City, NY, September 2008

89. ** "Early Detection, Diet, Physical Activity, and Cancer", Women in High Places meeting, Riyadh, Saudia Arabia, October 2008

90. **"Diet and Breast Cancer", Saudi Arabian Cancer Conference, Riyadh, Saudia Arabia, October 2008

91. "Physical Activity & Weight Control in Breast Cancer Prevention & Prognosis", Alaska Conference: "Reducing the Risk, Advancing the Cure: New Recommendations, New Options for Primary Care Providers and Survivors." Televised from Seattle, October 2008

92. "Lessons Learned from Real-Life Lifestyle Interventions", The Obesity Society, Phoenix, AZ, October 2008

93. "Breast Cancer: Weight Loss and Exercise", School of Breast Oncology, Atlanta, GA, November 2008

94. "Fitness vs. Fatness in Breast Cancer Risk and Prognosis", Frontiers of Cancer Prevention, Washington, DC, November 2008

95. "Effects of Exercise and Obesity on Inflammation and Cancer Risk", University of Washington, DERC Seminar Series, February 2009

96. "Does Weight Loss Reduce Cancer Risk?" The Obesity Society, October 2009.

97. Roger E. Moe Award for Translational Research Lecture "Effects of Weight and Physical Activity on Breast Cancer Prognosis" University of Washington *Current Concepts and Challenges in Breast Cancer* October 2009

98. "Lessons learned from physical activity (exercise) interventions" AICR Annual Research Conference on Food, Nutrition, Physical Activity and Cancer, Washington, DC, November 2010

99. "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2010

100. "Transdisciplinary studies of weight loss and exercise interventions in women at increased risk for breast cancer", AACR, Washington, DC, April 2010

101. "Exercise Effects on Breast Cancer Biomarkers", International Society for Behavioral Nutrition & Physical Activity, Minneapolis, MN, June 2010

102. **"Physical Activity & Cancer" Lecture, Helsedirektoratet (Directory of Health), Oslo, Norway, December 2010

103. "Physical Activity, Weight Control and Cancer Prevention" Physical Activity and Nutrition seminar series University of Michigan. The School of Kinesiology, February 2011.

104. "Physical Activity in Cancer Prevention" American College of Sports Medicine President's Talk, Denver, CO, June 2011

105. "Breast Cancer Prevention" Foundation for Care Management, Lakewood, WA, January 2011

106. "Breast Cancer Prevention" Foundation for Care Management, Coupeville, WA, February 2011

107. "Inflammation, Insulin, & Obesity in Breast Cancer Survival", University of Texas Southwestern Medical Center, Dallas, Texas, September 2011

108. "Interventions in cancer survivors; issues and challenges in this population", Institute of Medicine Workshop "The Role of Obesity in Cancer Survival and Recurrence", Washington, DC, October 31-November 1, 2011

109. "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2011

110. **"Obesity, Physical Activity, & Related Mechanisms in Breast Cancer Survival", Norwegian Congress in Oncology, Oslo, Norway, November 2011

111. "Impact of Obesity on Cancer " Swedish Hospital Medical Center CME, Seattle, WA May 2012

112. "Effects of Weight Loss and Physical Activity on Cancer Risk Factors: Evidence from Randomized Trials", University of Hawaii, July 2012

113. "The Impact of Intentional Weight Loss on Cancer Risk", The Obesity Society, San Antonio, Texas, September 2012

114. "Dietary Weight Loss and Exercise Effects on Metabolic Hormones in Postmenopausal Women", Fred

Anne McTiernan

Hutchinson Cancer Research Center Symposium on Metabolism and Cancer, September 2012

115.     **"Lifestyle Modifications to Reduce Cancer Risk and Improve Overall Health", Global Summit on International Breast Health, Vienna, Austria, October 2012

116.     **" Medical Perspective on the Influential Role of Obesity in the Risk and Prognosis of Breast Cancer" and "Obesity, chronic diseases and cancer, a common link with lifestyle" Mexican Association of Mastology, Villahermosa, Tabasco, Mexico, October 2012

117.     "Effects of Weight Loss and Physical Activity on Cancer Risk Factors: Evidence from Randomized Trials" Oregon Health Sciences University, October 2012

118.     "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2012

119.     "Dietary weight loss and exercise effects on metabolic and sex hormones in postmenopausal women." American Association for Cancer Research, Washington, DC, April 2013

120.     "Obesity, Weight Loss, Vitamin D, and Cancer Biomarkers" Fred Hutchinson Cancer Research Center Joint Cancer Prevention/Epidemiology Seminar Series, May 2013

121.     **"The WCRF/AICR Continuous Update Project – Systematic Reviews on Nutrition, Physical Activity & Health Outcomes in Cancer Survivors" International Union of Nutrition Scientists (IUNS) 20th International Congress of Nutrition, Granada, Spain, 2013

122.     **"Appraisal of Evidence for Obesity Effects on Cancer" IASO/WCRF Obesity, Physical Activity and Cancer, London, 2013

123.     "Weight Loss & Exercise Effects on Breast Cancer Biomarkers" University of Illinois Symposium, Chicago, October 2013

124.     **"Obesity, Physical Activity and Cancer" State Institute of Diabetes and Endocrinology & Catholic University Post Graduation course on Endocrinology and Metabolism. Rio de Janeiro, Brazil, October  2013

125.     "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2013

126.     "Obesity, Physical Activity and Cancer" Keynote Speaker, The Center for Energy Balance in Cancer Prevention & Survivorship Research Retreat, MD Anderson Cancer Center, February 2014

127.     **"Exercise in Cancer Prevention & Survivorship", Athens Institute for Education and Research, 10th Annual International Conference on Kinesiology and Exercise Sciences, Athens, Greece, August 2014

128.     **"Weight Loss & Exercise Effects on Cancer Biomarkers," University of Tromso, Norway, September 2014

129.     "Breast Cancer Survivors: Findings from the Continuous Update Project," American Institute for Cancer Research Annual Conference, October, 2014.

130.     "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2014

131.     "Obesity, Weight Loss, & Breast Cancer," University of Iowa Diabetes and Obesity Talks Seminar Series, November, 2014

132.     "Weight Loss & Exercise Effects on Breast Cancer Biomarkers," Memorial Sloan Kettering Cancer Center, New York, February, 2015.

133.     "Physical Activity & Weight Loss Effects on Cancer Biomarkers", NCI Schatzkin Talk, May 2015

134.     "Obesity, Weight Loss, Exercise & Breast Cancer" Seattle Cancer Care Alliance, May 2015

135.     **"Associations of Weight, Physical Activity, & Diet with Breast Cancer Survival", International Society for Behavioral Nutrition & Physical Activity, Edinburg Scotland, June 2015

136.     "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2015

137.     **"The role of physical activity on cancer risk: epidemiology & molecular mechanisms" WCRF International and World Obesity Federation Joint Conference, September 2016

138.     **"Anthropometry: What Can We Measure & What Does It Mean?" WCRF International and World Obesity Federation Joint Conference, September 2016

139.     ""Exercise, Weight, and Cancer Risk" University of Alabama Center for Exercise Medicine, Birmingham, September 2016

140.     **"Long-term Effects of Exercise & Weight on Breast Cancer Biomarkers" University of Tromso, Norway, October 2016

141.     "Exercise, Weight, and Cancer Risk" Roswell Park Prevention Grand Rounds, Buffalo, NY, October 2016

142.     "Modifiable Health Behaviors for Cancer Survivors // Health Promotion: Exercise, Physical Rehab" SCCA Cancer Survivorship for Physicians CME, October 2016

143.     "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2016

Anne McTiernan

144.	"Physical Activity & Cancer – What We Know, What We Don't Know" American Institute for Cancer Research AICR's 25th Research Conference, November 2016

145.	**"Screening for Breast Cancer: Pro", EuroMedLab, Athens, Greece, June 2017

146.	**"Weight Control and Exercise for Breast Cancer Pts & Survivors", Mexican Association of Mastology, 14th National Congress, Guadalajara – México, August, 2017

147.	"Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2017

148.	**"Effects of Weight Loss on Cancer Biomarkers, " Canadian Cancer Research Conference, Vancouver, BC, Canada, November 2017

149.	"Physical Activity and Diet for Cancer Prevention and Treatment: State of the Evidence," Arizona State University, Tempe, Arizona, February, 2018

150.	"Physical Activity for Cancer Prevention and Treatment: State of the Evidence," Wolffe Lecture, American College of Sports Medicine, May 2018

151.	** Diet, Weight & Exercise in Cancer Prevention & Survival: the World Cancer Research Fund Report," Oncology Grand Rounds, BC Cancer, Vancouver, BC, Canada, September 2018

152.	**"Physical Activity and Cancer Prevention," National Center for Sport and Exercise Medicine, University of Loughborough, England, July 2018

153.	"Weight Control and Exercise for Breast Cancer Prevention," National Cancer Institute, Stars in Nutrition and Cancer lecture, October, 2018

** International Presentations

**FUNDED RESEARCH PROJECTS (total dollars unless otherwise noted)**
Completed

- A Case-Control Study of Thyroid Cancer in Women, **PI: Anne McTiernan**, American Cancer Society Institutional Grant 1N-26-U, 1979-1982.
- Counseling Strategies for Breast Cancer Risk, PI: Deborah Bowen, PhD, NIH Grant #HG/CA01190-01, 1994-97, $654,409.00.
- Fenfluramine as an Adjunct to Smoking Cessation Therapy, PI: Deborah Bowen, PhD, NIH Grant #R29CA50858, 1990-94.
- Feasibility Study of an Exercise-Diet Program for Breast Cancer Patients, PI: Anne McTiernan, FHCRC Bid and Proposal funds, 1995-1996, $10,000 (direct)
- Echocardiographic Follow-up to a Randomized Trial of Fenfluramine in Women Smokers, PI: Deborah Bowen, PhD, Wyeth Ayerst research contract, 1998, $1,957,627.
- A Randomized Controlled Trial of Fat Reduction and Risk of Proliferative Forms of Benign Breast Disease, WHI Ancillary Study, PI: Tom Rohan, MD; **PI of FHCRC subcontract to U. Toronto: Anne McTiernan,** $13,699.
- Effect of Exercise on Mammogram Densities, **PI: Anne McTiernan,** FHCRC Bid and Proposal funds, 1999-2000.
- SEER Special Studies RFP Interaction of Genetic Susceptibility and Hormonal Exposures in Breast Cancer Prognosis, **PI: Anne McTiernan,** 1999-2001, $137,465.
- SEER Special Studies RFP Mammographic Breast Density and Breast Cancer Prognosis, **PI: Anne McTiernan,** 1999-2001, $123,558.
- Genetic Risk Information for a Defined Populations, PI: Deborah Bowen, PhD, NIH grant #HG/CA1190-01, 1998-2001, $1,143,890.
- Effect of Hormone Replacement Therapy on Mammographic Density, WHI Ancillary Study, PI: Barbara Hulka, MD, MPH; **PI of FHCRC subcontract to UNC Chapel Hill: Anne McTiernan,** 1998-2003, $876,824.
- Effect of Exercise on Sex Hormones in Postmenopausal Women, **PI: Anne McTiernan,** NIH R01CA/AG69334-01A2, 1997-2003, $1,562,811.
- Effect of Exercise on Immune Function in Postmenopausal Women: Supplement to Effect of Exercise on Sex Hormones in Postmenopausal Women, **PI: Anne McTiernan,** NIH R01CA/AG69334-01A2, 1998-2003, $439,112.
- Women's Intervention Nutrition Study (WINS) FHCRC Clinical Center, PI: Alan Kristal; Past-PI, $28,400.
- Exercise Intervention Trial for Colorectal Polyp Patients, **PI: Anne McTiernan,** R01 CA77572-01, 2000-2007, $4,046,212.

Anne McTiernan

- Clinical Coordinating Center, Women's Health Initiative Trial & Observational Study, PI: Ross Prentice; **Role on project: Co-Investigator**, NIH N01-WH-2-2110, 1992-2007+, $112,336,577.
- Randomized, Double-Blind, Placebo Controlled Trial of 4-OH Tamoxifen Gel in Premenopausal Women with 50-80% Density in Breast tissue Based on Digitized Analysis of Screening Mammography, Besins International U.S. Inc. **PI: Anne McTiernan,** 2002-2003, $116,165.
- Seattle Cancer & Aging Program – Pilot: Effect of Exercise on Prostate Cancer Biomarkers: An Ancillary Study to a Randomized Controlled Clinical Trial, PI: Peter Rabinovitch; **PI of Pilot Study: Anne McTiernan**, P20 CA103728, 2004-2006, $39,049.
- Study of Tamoxifen vs. Raloxifene (STAR), PI: R. Clarfeld; **Role on project: Co-Principal Investigator.**
- Exercise and Fitness in Childhood Cancer Survivors, PI: Debra Friedman; **PI of FHCRC Subcontract: Anne McTiernan,** NCI R21, 2004-2006, $23,904 (direct).
- Proteomic Markers of Health Behaviors, PI: Paul Lampe/Yutaka Yasui; **Role on project: Co-Investigator**, NCI-5 R03 CA108339-02, 2004-2006, $173,000.
- Randomized placebo-controlled biomarker modulation trial using Celecoxib in premenopausal women at high risk for breast cancer, SWOG, PI: Powell Brown; **PI of FHCRC subcontract: Anne McTiernan**, NIH/NCI CA37429, 2005-2006, $37,799.
- Effects of Aspirin on Biomarkers of Breast Cancer Risk (Avon Progress for Patients Funds), PI: Nicole Urban**; Role on project: Project Leader, wrote proposal and directed trial**, 2004-2007, $496,238.
- ALPHA Trial: Alberta Physical Activity and Breast Cancer Prevention Trial. Canadian Breast Cancer Research Initiative, PIs: Christine Friedenreich and Kerry Courneya; **Role on project: Co-Investigator**, 2002-2007, $1,104,147.
- Mammographic Density and Invasive Breast Cancer, PI: Etta Pisano, **PI of FHCRC Subcontract: Anne McTiernan**, R01 CA105007-01, 2004-2007, $50,524 (direct).
- Cognitive Effects of Aerobic Exercise for Adults with Impaired Glucose Tolerance: A Controlled Trial (American Diabetes Association), PI: Laura Baker; **Role on project: Co-Investigator**, 2004-2007.
- Cognitive Effects of Aerobic Exercise for Adults with Mild Cognitive Impairment: A Controlled Trial (Alzheimer's Association), PI: Laura Baker; **Role on project: Co-Investigator**, 2004-2007.
- Social and Physical Activity of Childhood Cancer Survivors, PI: Debra Friedman; **Role on project: Co-Investigator**, NIH/NCI CA 104123-01A2, 2005-2007, $107,500.
- UW Multidisciplinary Research Training Grant, PI: R Deyo; Role on project: **Co-Investigator, Mentor**, 1 K12 HD 49100-01, 2004-2009, $1,172,239.
- Epidemiology of Gallbladder Sludge and Stones in Pregnancy, PI: Sum Lee; **Role on project: Co-Investigator**, RO1 DK46890, 2003-2008, $372,840.
- Breast Cancer Prognostic Factors/Pathobiology by Age, PI: Kathi Malone; **Role on project: Co-Investigator**, NCI-1 R01 CA098858-01A2, 2004-2009.
- Seattle TREC Center, **PI: Anne McTiernan,** NIH/NCI U54 CA116847, 09/23/2005 – 08/31/2011, $12,612,045.
- Exercise, Diet, and Postmenopausal Sex Hormones, **PI: Anne McTiernan,** NIH/NCI R01 CA105204, 09/01/2004 – 06/30/2011, $3,348,605.
- Reducing Obesity at the Workplace: A Randomized Trial, PI: Shirley Beresford; **Role on project: Co-Investigator**, NIH/NHLBI R01 HL079491, 7/1/2004-6/30/2011.
- Effect of Exercise and Weight Loss on Adipose Tissue Biology, **PI: Anne McTiernan**, NIH/NCI R21 *CA131676*, 05/01/2008 – 04/30/2011, $435,600.
- Effect of Dietary Intervention on Insulin and IGF-1 Receptors in Prostate Cancer (Pacific NW Prostate SPORE pilot project), **PI: Anne McTiernan**, NIH/NCI P50 CA97186, 09/01/2009 – 08/31/2011, $48,836.
- Alberta Physical Activity (ALPHA) and Breast Cancer Prevention Trial: an ancillary study examining androgens, biomarkers of obesity, and inflammation. Alberta Breast Cancer Research Initiative, PI: CM Friedenreich; **Role on project: Co-Investigator**, $170,000.
- Bid & Proposal Funds to Assess Baseline Body Composition, by Dual X-ray Absorptiometry (DXA), in Participants of an Ongoing Clinical Trial (Vitamin D, Diet & Activity Study, ViDA) **PI: Anne McTiernan,** 12/1/2010 – 06/30/2011, $16,000 (direct).
- A Phase III Randomized Controlled Study of Exemestane Versus Placebo in Postmenopausal Women at Increased

Risk of Developing Breast Cancer. **PI of FHCRC Clinic: Anne McTiernan**, National Cancer Institute of Canada**, 10/2004 – 11/2012, $1,631,150.

- Komen Scientific Advisory Council Award "Vitamin D, Weight Loss, and Breast Cancer Biomarker," **PI: Anne McTiernan,** SAC110024, 07/01/2010 – 06/30/2012, $500,000.
- Weight Loss & Exercise Effects on Telomere Length in Postmenopausal Women, **PI: Anne McTiernan,** NIH/NCI R21 CA155823, 12/14/10 – 11/30/12, $428,705.
- Oxidative Stress in Chronic Kidney Disease, University of UW PI: Jonathan Himmelfarb; **Role on project: PI of FHCRC subcontract**, NIH/NHLBI R01 HL070938, 01/01/2011 – 12/31/2012, $197,630 (FHCRC only).
- Komen Scientific Advisory Council Award "Vitamin D, Weight Loss, and Breast Cancer Biomarker," **PI: Anne McTiernan,** SAC110024, 07/01/2012 – 06/30/2013, $225,000.
- NCI: Exercise Effects on Serum Biomarkers of Angiogenesis, PI: Catherine Duggan, PhD; **Role on Project: Co-Investigator & Mentor**, NIH/NCI R03 CA152847, 04/01/2011 – 03/31/2013, $176,000.
- HEAL Follow-up, NIH/NCI Contract. Manuscript Development for the HEAL Study of Breast Cancer Prognosis, **PI: Anne McTiernan,** NCI contract, 10/2012-9/201/3
- Vitamin D Effect on Body Composition During Behavioral Weight Loss in Women, **PI: Anne McTiernan**, NIH 1R03CA162482, 04/01/12 – 03/31/14, $175,000
- Effect of Vitamin D and Weight Loss on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/13-9/30/14, $230,378.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/14-9/30/15, $250,000.
- Weight Loss & Cancer Biomarkers in Women: Oxidative Stress & Inflammation, **PI: Anne McTiernan**, NIH/NCI, 1R01CA161131, 04/15/2012 – 9/30/2015, $863,179.
- Safeway Foundation Assessing Vitamin D, Weight Loss and Breast Cancer Risk Factors, Safeway Foundation, PI: Catherine Duggan, PhD; **Role on Project: Co-Investigator & Mentor**, 7/1/2013 – 6/30/2014, $36,000 (in NCE).
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/15-9/30/16, $250,000.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/16-9/30/17, $250,000.
- Methods for Measurement Error in Physical Activity & Diet, PI: CY Wang; **Role on Project: Co-Investigator,** NIH/NHLBI  R21HL121347, 12/1/13-12/31/16, $494,493.

<u>Active</u>
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/17-9/30/18, $250,000.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/18-9/30/19, $250,000.
- INTense Exercise foR surVivAL among men with Metastatic Castrate-Resistant Prostate Cancer (INTERVAL – MCRPC): A Multicenter, Randomized, Controlled, Phase III Study, PI: Jonathan Wright; **Role on Project: Co-Investigator,** Movember, 2016 - .
- Exercise Effects in Men & Women on Colon DNA Methylation, **PI: Anne McTiernan**, NIH/NCI 1R21CA209203-01A1, 3/15/17 – 2/28/19, $421,080.
- Exercise Effects in Men & Women on Colon DNA Methylation, **PI: Anne McTiernan,** NIH/NCI 1R21CA209203-01A1, 3/15/17 – 2/28/19, Administrative supplement, $176,000.
- Impact of an exercise program in cancer patients on chemotherapy treatment, **PI's: Anne McTiernan** & Blair Irwin, Ben Greer SCCA Pilot Study Funds, 9/17-8/18, $50,000 (no cost extension).
- Longitudinal Weight Data from Two Behavioral Weight Loss Randomized Controlled Trial, **PI: Anne McTiernan**, FHCRC Bid & Proposal Funds, 10/17-9/18, $15,000.
- The effects of moderate exercise on distress, quality of life, and biomarkers of angiogenesis and chronic stress in ovarian cancer survivors, NCI R21CA215662-01A1, PI: Kathryn Pennington; **Role on Project: Co-Investigator**

Anne McTiernan

## TEACHING/MENTORING

Junior Faculty

> Katy Pennington, MD (School of Medicine, OB/GYN, University of Washington)
> Holly Harris, PhD (Epidemiology Program, PHS, FHCRC)
> Catherine Duggan, PhD (Epidemiology Program, PHS, FHCRC)
> Blair Irwin, MD (Multi-Care, Tacoma, SCCA affiliate)
> Jonathan Wright, MD, MPH (School of Medicine, Urology, University of Washington & Epidemiology Program, PHS, FHCRC)

Postdoctoral Fellows

1. Melinda Irwin, PhD (current Full Professor, Yale University)
2. Melanie Palomares, MD, MPH (current faculty City of Hope, Los Angeles)
3. Laura Frank, PhD
4. Page Abramson, PhD
5. Karen Foster-Schubert, MD (current Assistant Professor, U. of Washington)
6. Kristin Campbell, PhD (current Assistant Professor, U. British Columbia)
7. Lisa Cadmus, PhD (current staff scientist U. C. San Diego)
8. Ikuyo Imayama, MD (current medical resident, Seton Hall University, St. Francis Medical Center, Trenton, NJ)
9. Caitlin Mason, PhD (current postdoctoral fellow, FHCRC)

Additional Postdoctoral Fellows Working with My Studies' Data

10. Jean De Dieu Tapsoba, PhD (current postdoctoral fellow, FHCRC; primary mentor is CY Wang, PhD)
11. Aaron Thrift, PhD (current postdoctoral fellow, FHCRC; primary mentor is T. Vaughan, MD)

PhD Committees and Predoctoral Trainee Mentoring

1. Lisa Godefroy Johnson (member of PhD committee)
2. Shelley Slate Tworoger (member of PhD committee)
3. Cara Frankenfeld (member of PhD committee)
4. Victoria M. Chia (member of PhD committee)
5. Lori Williams (member of PhD committee)
6. Angela Kong (co-chair of PhD committee)
7. Babbette Saltzman (member of PhD committee)
8. Anita Iverson (visiting Norwegian predoctoral student 2009-10, advising)
9. Adriana Villasenor (member of PhD committee)
10. Sissi Espetvedt Finstad, MD (Norwegian PhD student, advising)

MS and MPH Committees

1. Margaret Krieg, MD (member of MPH committee)
2. Sylvia Young, MD (chair of MPH committee)
3. Jana Pruski (chair of MPH committee)
4. Melanie Palomares (chair of MPH committee)
5. Susan Stanford (member of MPH committee)
6. Melinda Irwin, PhD (chair of MPH committee)
7. Andrew Shors, MD (member of MPH committee)
8. Libbby Morimoto (member of M.S. committee)
9. Breanna Mitchell (member of M.S. committee)
10. Erin Aiello (chair of MPH committee)
11. Erin Shade (member of M.S. committee)
12. Julie Meyers (member of M.S. committee)
13. Manish Mohanka (chair of MPH committee)
14. Vivian Hawkins (chair of MPH committee)
15. Isaac Rhew (member of MPH committee)
16. Ann Ready (member of MPH committee)

Anne McTiernan

17. Alanna Boynton (member of MS committee)
18. Heather Hildebrant (member of MPH committee)
19. Jo Henderson (chair of MPH committee)
20. Laura Hooper (member of MPH committee)
21. Kristen Sipsma (member of MPH committee)
22. Karen Foster-Schubert (chair of MS committee)

Advising: Medical Students Research (University of Washington ISMS): Jennifer Rupert, Erin Griffith, Kelley D. Pratt, Maegan Ashworth
Post-Graduate Physician Training in Cancer Prevention & Control (FHCRC): Elliott Rosenberg, MD, MPH, Mary Ann Gilligan, MD, MPH, Maureen Brown, MD
Formal Career Development Mentoring: Karen Foster-Schubert, MD, University of Washington NIH K-12 Fellow 2005-2010; Karen Mustian, PhD University of Rochester NCI Cancer Control Clinical Research Training Program 2004-
FHCRC scientists mentoring: Neli Ulrich, PhD, Rebecca Rudolph, MD, MPH, AnneClaire DeRoos, PhD, Alyson Littman, PhD, Jonathan Wright, MD, MPH, Catherine Duggan, PhD, Larissa Korde, MD
Individual Study Credits

| Course | Title | Credits | Years |
|--------|-------|---------|-------|
| Epi 499 | Undergraduate Research | Var | 1997-2005 |
| Epi 600 | Graduate Study/Research | Var | 1997-2005 |
| Epi 700 | Masters Research | Var | 1998-2005 |
| Cancer Epi | guest lecture | 1999, 2002-2005 | |

Continuing Medical Education Teaching
• Breast Cancer in Young Women, University of Washington Continuing Education Conference, August 6, 1994, Depts. of Surgery and Medicine.
• Current Concepts in the Early Detection of Breast Cancer, Multicare, Madigan Army Medical Center, and American Cancer Society 3rd Annual Oncology Conference, April 11, 1995.
• Current Concepts in Breast Cancer – 1997, University of Washington Continuing Medical Education, October, 1997, 1999, 2000 (session moderator), 2001, 2003, 2009, 2010
• "Update to the Women's Health Initiative" March 18, 2001, University of Washington talk to IM, GYN, FM residents.
Clinical Teaching (U. of Washington School of Medicine)
• Attending Physician, Adult Medical Center, Harborview Medical Center, 1992-95 – supervised internal medicine residents in primary care setting.
• Mentoring and training geriatric fellow, Dr. Michi Yukawa, in exercise tolerance testing and testing VO2 max (1999)
Other Academic
Primary Opponent, PhD Thesis Defense, Aina Emaus, University of Oslo, Norway (thesis chair, Inger Thune) 2009

**FHCRC SERVICE**
• Director, Prevention Center Shared Resource, 2001-2012
• Chair or Member of several faculty promotion committees and 5-year review committees
• Reviewer for CCSG renewal: 2013, 2018
• Member, Scientific Advisory Committee for the Seattle Cancer Care Alliance Prevention Clinic
• Member, Research Trials Office Oversight Committee, 2003 – 2005
• Member, Fred Hutchinson Cancer Research Center Institutional Review Board, 1984-5; 2002 - 2003
• Member, FHCRC Health Care Task Force, 1996
• Member, Clinical Protocol Scientific Review and Monitoring Committee, 1996- 1997
• Organizer, FHCRC Public Health Sciences Hormone Special Interest Group 1995-96
• Member, Seattle Breast Cancer Program Executive Committee, 1998 - 2000
• Member, Ad-Hoc Committee on Improvements in Public Health Sciences Procedures, 1998
• Member, CSS Advisory Committee, 1999 – 2000

- Nutritional/Hormonal Biomarkers group, 2001 – 2002
- Member, CDS Users Group, 2001 – 2002

## UNIVERSITY OF WASHINGTON SERVICE
- Reviewer, Royalty Research Fund, Spring, 1997
- U. Washington Breast Cancer Update 2000 Continuing Medical Education – session moderator

## PROFESSIONALLY-RELATED COMMUNITY SERVICE
- Medical Advisory Board, Team Survivor Northwest 1997-
- Professional Advisory Committee, Breastcancer.org, 2003-

## LAY AUDIENCE PRESENTATIONS
- National Council of Jewish Women, Seattle Section, "Women's Health Initiative", Nov 1992
- Nordstrom's "Face of Breast Cancer" breast cancer awareness seminar, October 1997
- Danskin Women's Triathalon, 8/15/98
- Afternoon of Hope, Horizon of Hope National Charity Campaign, Longaberger Co., FHCRC, 8/29/98
- Media roundtable, Women's Health Initiative, December, 1995
- Breast Cancer Forum: Clinical Implications of Current Research, FHCRC, 10/8/98
- Women's Health Issues Panel, The Healthy Living Expo, Seattle, WA, 2/7/99
- Virginia Mason Hospital Breast Cancer Support Group "Weight Control and Cancer Survival" September 1999.
- FHCRC Volunteer Conference "Breast Cancer Risk Factors" May 2000.
- FHCRC Women's Health Series "Exercise and Breast Cancer" April 2000.
- Bellevue Rotary Club, "Exercise and Breast Cancer" October 2000.
- Cardio Pulmonary Rehabilitation InstituteOncology Rehabilitation, Lubbock Texas, "Exercise for Breast Cancer Prevention and Rehabilitation", March 2001
- Greater Cincinnati Breast Cancer Association, October 2001.
- FHCRC Community Lecture "Exercise for Breast and Colon Cancer Prevention" November 2001
- Providence/St. Vincent Medical Center, Portland, OR October 2003
- Women's Health Day, Anchorage, Alaska 2005
- Cancer Wellness Center, Northbrook, IL 2005

## MEDIA
- Media (TV) interviews on physical activity, obesity, vitamin D, sleep, cancer: Today Show (NBC); MSNBC News Show; ABC News w/Peter Jennings; ABC World News Tonight; CBS Evening News; CBS News; Seattle KOMO, KIRO, KING, FOX13; WZTV-FOX, KOCO-ABC, WFLA-NBC, WBTV-CBS, WLUK-FOX
- Media (radio): KJZZ, Canadian health radio talk show; numerous Seattle-area radio interviews
- Media (print) –Prevention Magazine, American Health Magazine, Time Magazine, Parents' Magazine, Family Circle, Associated Press, Time, Women's World, Cosmopolitan, Glamour, Self, Reader's Digest, New York Times, Wall Street Journal, LA Times, Parade Magazine, Seattle Times Pacific Magazine, USA Today, U.S. News and World Report, Health Magazine, Seattle Magazine, Self, More and others
- Several on-line news media each year
-  "Preventing Breast Cancer" written commentary for ABC.com, April 2002.
- Ivanhoe National TV Productions specials on Breastfeeding, Breast Cancer, and Breast Gel Study September 2002

Exhibit 3

Statement of Dr. Anne Mc Tiernan prepared for the Subcommittee on Economic and Consumer Policy Hearing on Examining the Public Health Risk on Carcinogens and Consumer Products, March 12, 2019

Chairman Krishnamoorthi, Ranking Member Cloud, and members of the subcommittee, good morning and thank you for inviting me. My name is Dr. Anne McTiernan. I am a cancer prevention researcher in the Epidemiology Program, Division of Public Health Sciences, at the Fred Hutchinson Cancer Research Center in Seattle, Washington. I am also a Research Professor in the University of Washington Schools of Public Health and Medicine. I am not representing the Fred Hutchinson Cancer Research Center or the University of Washington in the presentation of my testimony to the Subcommittee.  I am an internal medicine physician and epidemiologist. My research focuses on cancer epidemiology and prevention, particularly cancers in women. I was asked to give testimony today because I have conducted a thorough and systematic review of the science linking use of talcum powder products and risk for ovarian cancer. As part of this review, I prepared an expert report on behalf of consumers for an ongoing multi-district litigation on talcum powder products as causes of ovarian cancer.

My scientific review focused primarily on the epidemiologic research. Epidemiologists look at large groups of people with a disease, and compare them to people without that disease, to find what might be causing the disease.

The American Cancer Society and the U.S. National Cancer Institute estimate that in 2019, 22,530 women will receive a new diagnosis of ovarian cancer and 13,980 women will die from ovarian cancer.(1, 2) There is no established method to screen for early ovarian cancer. As a result, most women are diagnosed at an advanced, less treatable stage. There is also no

established method to prevent ovarian cancer other than surgical removal of ovaries. Therefore, it is critical to identify causes of ovarian cancer in order to prevent this serious disease.

My review identified 38 high-quality epidemiologic studies conducted over the past 40 years. These studies asked women about their use of talcum powder products in the genital area, and tested associations with risk of ovarian cancer. Together, these studies included over 14,000 women with epithelial ovarian cancer (the most common type) and an even greater number of women without ovarian cancer. Most of these studies were conducted in the United States.

Ovarian cancer is thought to develop over years. Therefore, a woman's exposures in her young and middle years can affect her risk of ovarian cancer decades later. Women have reported use of talcum powder products on sanitary napkins, underwear, and directly to the genital area. In some studies, over 4 in 10 women report ever regularly using these products in the genital area.(3)

Summarizing data from all of the published studies consistently shows that women who had ever used talcum powder products in the genital area had a statistically significant 22 - 31% increased risk of developing epithelial ovarian cancer compared with women who had never used them.(4-6) Evidence suggests that these associations hold across diverse race and ethnic groups.

These combined analyses showed that increasing amount of exposure to talcum powder products in the genital area resulted in increasing risk of developing epithelial ovarian cancer.

Published laboratory and clinical studies provide evidence that in humans, talc can migrate from the genital area to the ovaries and fallopian tubes. Talc has been shown to cause an

inflammatory response in the human body. Elevated levels of inflammation in women are associated with increased risk of ovarian cancer. All of this provides a biologically plausible pathway by which talcum powder product exposure can cause ovarian cancer.

Given the frequency with which asbestos has been found in cosmetic and personal use talc products, I reviewed the literature on the epidemiology of asbestos and risk of ovarian cancer. In 2012, the International Agency for Research on Cancer stated that a causal association between exposure to asbestos and cancer of the ovary was clearly established.(7) That agency has also classified fibrous talc as a Class 1 carcinogen – the most dangerous level of carcinogen.

Given the high prevalence of use of talcum powder products, a 22 - 31% increase in risk can have profound effects on clinical events and public health. Women need to know about the risks of using talcum powder products in their genital areas. All consumers need to be warned about the contents of these products, including asbestos and fibrous talc, so that they can make informed decisions about use.

Thank you for the opportunity to provide this testimony. I would be happy to answer any questions you may have.

Anne McTiernan, MD, PhD

Full Member, Public Health Sciences

Fred Hutchinson Cancer Research Center, Seattle, Washington

1.      https://www.cancer.org/content/dam/CRC/PDF/Public/8773.00.pdf  (accessed 3/7/19)

2.      Torre LA, Trabert B, DeSantis CE, Miller KD, Samimi G, Runowicz CD, et al. Ovarian cancer statistics, 2018. CA: a cancer journal for clinicians. 2018;68(4):284-96.

3.      IARC. *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93. Carbon black, titanium dioxide, and talc*. Lyon, IARC (International Agency for Research on Cancer). 2010

4.      Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev. 2017.

5.      Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology. 2018;29(1):41-9.

6.      Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer prevention research (Philadelphia, Pa). 2013;6(8):811-21.

7.      IARC - Monograph Vol. 100C - Arsenic, Metals Fibres, and Dusts: A review of human carcinogens. Lyon, International Agency for Research on Cancer/World Health Organization. 2012

Exhibit 4

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** |
| ***THIS DOCUMENT RELATES TO ALL CASES*** | |

## RULE 26 EXPERT REPORT OF
## JACK SIEMIATYCKI MSc, PhD

Date:   November 16, 2018

_____

Jack Siemiatycki MSc, PhD

# EXPERT REPORT OF JACK SIEMIATYCKI MSc, PhD

## On

## TALCUM POWDER USE AND OVARIAN CANCER

Jack Siemiatycki, MSc, PhD, FCAHS

106 Columbia Avenue

Westmount, Quebec, Canada

November 16, 2018

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

**TABLE OF CONTENTS**

1. **My mandate** .................................................................................................................. 1

2. **My credentials, expertise and experience** ................................................................. 1

3. **Overview of my methodology** ...................................................................................... 4

4. **The science of epidemiology** ........................................................................................ 5

   *4.1    Some basic measures and notions used in epidemiology* ......................................... 6
   *4.2    Bradford Hill "guidelines"* .................................................................................... 18

5. **Epidemiologic evidence regarding talc and ovarian cancer** ................................. 23

   *5.1    IARC review and evaluation of talcum powder products* ...................................... 23
   *5.2    Information consulted for the present review* ......................................................... 25
   *5.3    My methodology for this review* ............................................................................. 26
   5.3.1    Selecting studies for review .................................................................................. 26

   5.3.2    What were women exposed to in body powders? ................................................. 29

   5.3.3    Routes of exposure ............................................................................................... 31

   5.3.4    Questionnaire items on use of talc powders ........................................................ 32

   5.3.5    Metrics of exposure .............................................................................................. 33

6. **My meta-analyses regarding talcum powder products and ovarian cancer: data included
   and results** ..................................................................................................................... 33

   *6.1    Features of the studies* ........................................................................................... 33
   *6.2    Association between binary variable talc powdering and all types of ovarian cancer combined
   – data and results* .............................................................................................................. 34
   6.2.1    Individual studies and results on binary exposure variable ................................ 34

   6.2.2    Strategy for Main analysis and sensitivity analyses ........................................... 35

   6.2.3    Results of meta-analyses on binary exposure variable for all ovarian cancers ... 38

   6.2.4    Other contemporaneous meta-analyses on binary exposure variable for all ovarian
   cancers 39

   *6.3    Dose-response – cumulative exposure, duration and frequency* ............................ 42
   *6.4    Subtypes of ovarian cancer - in particular, serous invasive tumors* ...................... 45
   *6.5    Conclusion from meta-analyses and dose-response considerations* ....................... 47

7. **Misconceptions and possible biases** ........................................................................ 47

   *7.1    Some prominent misconceptions in reviewing the evidence* .................................. 48
   *7.2    Alternative explanations - Biases and errors* ......................................................... 53
   7.2.1    Bias due to non-response or non-participation ................................................... 53

   7.2.2    Recall or reporting bias ....................................................................................... 54

   7.2.3    Non-differential (or random) error in recall or reporting of exposure to powders ... 55

   7.2.4    Short follow-up periods for disease ascertainment ............................................. 57

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

7.2.5    Diagnostic error .................................................................................................57

7.2.6    Initiation of powdering as a result of ovarian cancer ...........................................58

7.2.7    Confounding .......................................................................................................59

7.2.8    Publication bias ..................................................................................................60

7.2.9    Summary comments regarding biases and errors ...............................................61

**8.       Bradford Hill guidelines applied to talc and ovarian cancer** ...................... **61**

**9.       Contrast with IARC Monograph and other reviews** ................................... **67**

**10.      Conclusion** .............................................................................................. **69**

**11.      Tables** ..................................................................................................... **70**

**12.      Figures** ................................................................................................... **90**

**13.      Appendix A** ............................................................................................. **94**

**14.      Appendix B** ........................................................................................... **103**

**15.      Appendix C** ........................................................................................... **107**

**16.      References** ............................................................................................ **109**

**Bibliography Part A: Documents available in the Public Domain** ...................... **110**

**Bibliography – Part B: Documents not available in the Public Domain** ............. **127**

**17.      Curriculum Vitae – Jack Siemiatycki** ..................................................... **141**

## 1.    My mandate

I have been retained to assess the epidemiologic evidence regarding the **general causation** between perineal (or genital) use of talcum powder products and risk of ovarian cancer. The question is: "Can application of talcum powder products in the perineal region cause ovarian cancer?"

All of my opinions in this report are stated to a reasonable degree of scientific certainty.

## 2.    My credentials, expertise and experience

I am a tenured Professor of epidemiology at the University of Montreal and an Adjunct Professor of epidemiology at McGill University in Montreal. I have received prestigious national research awards in Canada, such as National Health Scientist Salary Award, Medical Research Council Distinguished Scientist Award, Canada Research Chair in Environment and Cancer and, currently, I hold the Guzzo-Cancer Research Society Chair in Environment and Cancer. I am an elected fellow of the Canadian Academy of Health Sciences. I was awarded a lifetime achievement award by the Canadian Society for Epidemiology and Biostatistics, the premier professional organisation in our discipline.

Trained in statistics and in epidemiology, I have devoted most of my research career to investigating links between environmental, occupational and lifestyle factors and various types of cancer. My research has been both substantive – namely, looking at particular factors and their possible relationship to particular cancers - and methodological – namely, exploring how to evaluate and enhance the validity of epidemiologic research through various prisms: study design, data collection methods and statistical analysis. Of my approximately 250 research publications, about one quarter would be considered to have methodological focus.

I have held various leadership positions, including the elected presidency of the Canadian Society for Epidemiology and Biostatistics, and elected membership on the Board of the American College of Epidemiology.   I have been invited to serve on over 160 Boards, Scientific Councils and Expert Panels for a host of governments, universities or research agencies. Examples include: Board of Directors of the Canadian National Cancer Institute, member of expert panel tasked with recommending priorities for action under the

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Canadian Environmental Protection Act, member of external peer review panel of the Epidemiology branch of the US National Cancer Institute (NCI), member of two different expert advisory bodies to research projects at the NCI, consulted by President Clinton's Cancer panel, member of external peer review panel for the Helmholtz German national medical research agency, Chair of the Scientific Council of the largest prospective study of causes of cancer being conducted in France, and others of that nature.

I have been associate editor of the American Journal of Epidemiology and the International Journal of Environmental Health. In addition, I have served as reviewer for about 20 journals. I have served as a chair and as a member of grant review panels for major Canadian scientific funding agencies.

My research programme has been well funded by Canadian funding agencies for over 35 years. I have conducted research and published on the carcinogenicity of a large number of agents in the occupational environment (e.g. asbestos, silica, welding fumes) and in the general environment (e.g. smoke from wood stoves, urban air pollution) and lifestyle factors (e.g. smoking, alcohol, use of cell phones).

I have taught and supervised epidemiology students and many of my former trainees are now faculty members in universities around the world.

I have had a long association with the International Agency for Research on Cancer (IARC). IARC is the premier institution in the world for cancer epidemiology and for environment and cancer research. It has several mandates, including the organisation and compilation of standardised high quality data on cancer incidence around the world, the conduct of original research, and the evaluation of the carcinogenicity of different agents with which humans come into contact. The latter is achieved through a process that involves identifying chemical or physical agents for evaluation, convening specially selected international expert panels that are mandated to review all pertinent evidence on the topic and write a thorough review culminating in an evaluation of whether the agent(s) are human carcinogens. Since the inception of this program in 1971, there have been about 120 meetings held and approximately 1100 agents have been evaluated.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

A particular point of pride for me is that over the years, research results from my team have been cited as part of the information base on 69 of the 1100 agents that have been evaluated, probably making my team the most cited epidemiology team in the history of the IARC Monograph program.

My association with IARC began when I did a post-doctoral fellowship there in 1977-79. Over the intervening years I have collaborated with scientists at IARC on various research projects. I was a member of the 18-member Scientific Council of IARC from 2006 to 2010 including two years as elected Chairman of the Council. The Scientific Council oversees all of the scientific activities at IARC; its members are named by the member states of IARC. I have been invited to sit on IARC Monograph international expert panels for 5 of the 60 panels convened in the past 25 years. One of the IARC Monograph panels of which I was a member was tasked with evaluating: "Carbon black, titanium dioxide and non-asbestiform talc." Out of the 16 invited experts who participated in the meeting as members of the Working Group, I was selected to chair the meeting.

Subsequent to the IARC meeting and the report of the meeting, a small subgroup of members of the IARC Working Group, of which I was a member, conducted and published a meta-analysis of the results of the studies that had been available to the IARC Working Group (Langseth, 2008)

Although I have not personally produced original data collection studies on the topic, I am well qualified to review the epidemiologic evidence. I have participated in two published reviews of the issue. The methodologic expertise and analytical skills required to critically review and evaluate such evidence is generic to the vast area of environmental epidemiology of cancer. I am routinely asked by journals and grant agencies to provide expert opinions on topics for which I have not produced original data collection studies, but that are within the purview of my expertise. The invitation by IARC to chair the meeting at which talc was evaluated is testimony to the fact that my competence and expertise in this matter are internationally recognized by peers. I do not claim expertise in various adjoining domains that inform this issue, including physiology, pathology, clinical oncology, experimental toxicology, geology and mineral chemistry. However, I do have the

16 November 2018                                                                           3

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

expertise and skill to assimilate information that is provided by experts in these areas. I have previously submitted a report on my review of the evidence regarding talcum powder products and ovarian cancer in October 2016.

I have previously served as an expert witness for plaintiffs in one U.S. court case, and that was a talc litigation in Los Angeles in 2017. (Eva Echeverria, BC628228, Johnson and Johnson Talcum Powder Cases, CA JCCP No. 4872), and I testified that the genital use of talcum powder products can cause ovarian cancer.

I have served as an expert witness in two Canadian court cases, neither having to do with talc or hygiene powders or ovarian cancer. One case dealt with a class action lawsuit on behalf of a town in Canada adjoining a Canadian military base where there had allegedly been a spill of trichloroethylene that seeped into the water table of the town. The residents claimed that the contamination had caused cases of cancer. I was an expert for the defence, the Canadian government, and I testified in 2012. (Province of Quebec Superior Court file 200-06-000038-037).

The other case was a class action on behalf of Quebec residents who contracted cancer and had been smokers, claiming that the tobacco companies were responsible for their diseases. I was an expert for the plaintiffs and I testified in 2014. (Province of Quebec Superior Court file 500-06-000076-980).

In my work as an expert for legal cases, my time is billed at the rate of $450 per hour for research, report preparation, communications with counsel, participation in depositions, and testimony in court.

## 3.    Overview of my methodology

The basis of my opinions derive from my education, training, experience, research and what is accepted within the community of leading scientists practicing in the field of epidemiology. My opinions are based on my review of the relevant materials, published in the scientific literature and/or produced in this case; including internal company documents, as well as relevant depositions, reports and testimony in the talcum powder product litigation. To reach my conclusions, I have employed the same scientific

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

---

methodology and rigor that I use in my research, in my publications and in the consulting and advising that I carry out on behalf of governments, public health agencies and research institutes. This includes a review of the relevant published literature, expert judgment to assess the quality and meaning of the various studies that were reviewed, and syntheses of the available evidence and any other pertinent medical and scientific evidence of which I am aware. The methods I used to derive and present my opinions are those used in general in the assessment of causal relations in medicine and public health, and more specifically in epidemiology. The methods are based on the experience and insight I have accumulated over 40 years of research, consulting, reviewing and student supervision, from discussions and interactions with leading epidemiologists, service on multiple IARC panels, and from reading evolving ideas in the scientific literature, including such seminal works as Bradford Hill's (Hill 1965) writings on assessing causality.

My opinions may be further supplemented and refined, subject to results that may come from further medical and scientific study and research and the continued review of additional information and discovery materials produced in this litigation.

## 4.    The science of epidemiology

This section is designed to provide a non-specialist reader with information and definitions about epidemiology and biostatistics that are needed to understand the basis of my evaluation on talcum powder products and ovarian cancer. I do not present in this section the actual data and evidence regarding talcum powder products and ovarian cancer.

Epidemiology is the science of occurrence of diseases in human populations. It is concerned with the patterns of disease occurrence and also with identifying the factors that influence disease occurrence. These two sets of concerns are sometimes referred to respectively as descriptive epidemiology and analytic epidemiology. The first addresses such issues as the incidence of the disease in different geographic areas, in different time periods, or at different ages and sexes. The second addresses more focused questions on the specific environmental and/or lifestyle and/or genetic factors that might influence the incidence of disease.

---

16 November 2018                                                                              5

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

The word "epidemiology" has the same etymologic roots as the word "epidemic", which signifies that, initially, epidemiology grew out of the study of epidemics. Such epidemics were often of a microbial origin (e.g. viruses, bacteria, parasites). But increasingly in the 19th and especially in the 20th century, it became clear that the etiology (i.e. causation) of chronic diseases such as cancer could also be elucidated by studying their patterns of occurrence.

While there were many studies carried out in the early to mid-20th century that we would now qualify as epidemiological in nature, the discipline of epidemiology and its methods started to become formalized in the 1950's and 1960's. There are now departments of epidemiology in most large universities that have health science research and teaching activities and there are many national and international societies of epidemiology.

Epidemiology is characterized by its mainly observational and non-experimental approaches. It is a discipline that is not primarily based in the laboratory; rather it is based in society. That is the source of its strength, and its weakness. Because it deals with people in the reality of their lives, it is the most pertinent approach to understanding the links between people's lifestyles and environments and their health and disease. However, because it is based in society, it by necessity confronts the extreme complexity of human lifestyles, environments and diseases. And because we cannot experiment with people's lives, we cannot control the conditions in which people are exposed. The methods of epidemiologic research are complex and differ from study to study. Statistical methods play an important role in trying to tease out the role of different variables and in determining whether the observed results may be attributable to chance, to bias or to real effects of putative risk factors.  It is usually necessary to assemble evidence from several data-collection studies on a given topic before being able to draw inferences about causality.

### 4.1   Some basic measures and notions used in epidemiology

In this section I will review a number of concepts that need to be understood in order to properly understand my review of the evidence regarding talc powder and ovarian cancer. It is intended for readers who may not be expert in epidemiology. In this section I will not necessarily tie the concepts and definitions to the talc-ovarian cancer issue; that part will

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

be left for later. For now, I am simply introducing the non-epidemiologist reader to terminology and concepts with which she/he may not be very familiar.

**Prevalence of disease**. The prevalence of a disease refers to the proportion of a population who are living with the disease at any given point in time.

**Incidence of disease**. The incidence of a disease refers to the proportion of a population who are newly diagnosed with the disease during a certain period of time. The bridge between incidence rate and prevalence rate is the average duration of the disease, or how long people live with it before they are cured or pass away. In fact, while incidence and prevalence are foundational concepts in epidemiology, it is only incidence that figures prominently in the evaluation of carcinogenicity of talc.

**Risk of disease**. The risk of disease is a term that can refer to incidence or prevalence. The meaning should be clear from the context in which it is used. For studies of cancer, it almost always refers to incidence of disease. This is the way I will use the term in this report.

**"Cause" of disease.**  A cause of a disease is any agent or characteristic (environmental, lifestyle or genetic) that increases the probability of getting the disease or it may simply advance or hasten the onset of the disease. It may act alone or it may act in concert with other factors over a lifetime to cause the disease.  It may act immediately (e.g., cyanide as a cause of poisoning; lack of seat belt use as a cause of car accident mortality) or it may take many years for the effect to become manifest (e.g., lack of physical activity as a cause of obesity).  There may be many different causes for the same disease. (See explanation of Multifactorial Etiology below.)

**Risk factor.**  As defined in the Dictionary of Epidemiology (Last 2001), a risk factor is an aspect of personal behavior or life-style, an environmental exposure, or an inborn or inherited characteristic, that, on the basis of epidemiologic evidence, is known to be associated with a health-related condition. The term *risk factor* is used rather loosely and depending on the context it can refer to a factor that directly causes a disease or a factor that is a strong marker for the proximal cause of the disease. As it is often used, I will

16 November 2018                                                                                    7

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

mainly use the term "risk factor" as a synonym for the noun "cause" of the disease.  (eg. "Smoking is a risk factor for lung cancer.")

**Association**.  As defined in the Dictionary of Epidemiology (Last 2001), association refers to the degree of statistical dependence between two or more events or variables. Events are said to be associated when they occur more frequently together than one would expect by chance. Association does not necessarily imply a causal relationship.

**Risk among unexposed ($R_u$)** refers to the risk of disease among persons who are not (or were not) exposed to the agent under investigation. In this case, it would refer to the risk of getting ovarian cancer among women who *have never* used talc in the perineal region.

**Risk among exposed ($R_e$)** refers to the risk of disease among persons who are (or were) exposed to the agent under investigation. In this case, it would refer to the risk of getting ovarian cancer among women who *have* used talc in the perineal region.

**Relative Risk:** RR = $R_e$/$R_u$ = Risk among exposed/Risk among unexposed

When RR > 1.0, it indicates that exposure to the agent increases the risk of developing the disease.  When RR < 1.0, it indicates that exposure to the agent prevents the disease.

When RR = 1.0, it indicates that the exposure to the agent has no bearing on the risk of getting the disease.

**95% Confidence interval (95% CI).** This refers to the precision of an estimate of a parameter. When we estimate the 95% CI for the RR, we are approximately saying that we are 95% certain that the true parameter underlying the study is within these limits.  (The true interpretation is more subtle.)

**Statistical significance of an association**: Statistical significance is a measure of the departure of a set of data from some null hypothesis. Most commonly in epidemiology, the null hypothesis would state that there is no association between a factor and a disease. The null hypothesis can be operationalized in different ways, such as that the RR = 1.0, or that there is no trend between the degree of exposure and the RR. Once a study is conducted, the results can be compared with the expected results based on the null hypothesis, and the discrepancy from the null hypothesis is measurable with probabilities.  This is done

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

either by computing a p-value or a confidence interval. If the p-value is very small or the confidence interval does not include the null value, then we say that an observed association between the putative risk factor and the disease is unlikely to be due to chance alone.

It is important to note that while statistical significance is a tool for assessing whether an observed association is attributable to chance alone, it is not a very effective tool for establishing the absence of an association. That is, the absence of statistical significance is not tantamount to proof of the absence of an association. The absence of statistical significance can be due to the true absence of an association, but it can also be due to the study not having sufficient statistical power or to bias or confounding in the research methods. Furthermore, it should be noted that the conventional dichotomization of results as "statistically significant" or not, based on a particular cutpoint on the p-value scale (eg. p = 0.05), is a gross simplification. The compatibility of the data with the null hypothesis of no association is in truth on a continuous scale and the dichotomization is arbitrary and potentially misleading, especially when the observed p-value is close to the arbitrary cutpoint.

In practice, epidemiologists have been moving away from using and reporting p-values and statistical significance, as it has become clear that the main contribution of an individual study is to provide an estimate of the relative risk and its range of plausible values, embodied in a confidence interval.

**Cohort studies and case-control studies:**  Epidemiologic research projects can take many different forms. The two most common types of analytic epidemiologic studies are cohort studies and case-control studies. (Rothman, Greenland, & Lash 2008)

In a cohort study, it is typical to enrol a large number of subjects, determine which ones are or have been exposed to the factor of interest (e.g., talc) and follow them for some period of time to evaluate whether those who were exposed subsequently experienced different disease rates from those who were not exposed.

In a case-control study, by contrast, we start with people who have the disease under study (e.g. ovarian cancer) and a set of controls who do not have the disease, and we collect data

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

to determine whether the cases and the controls had different histories of exposure to the factor under study (e.g. talc).

It may be said that a cohort study proceeds from the cause to the effect, whereas a case-control study starts from the effect and backtracks to the cause. There are many variants on these basic designs. These descriptions of these types of study are somewhat simplified.

It is sometimes claimed that a prospective cohort design produces more valid and reliable RR estimates than a case-control study. But this is incorrect as a generalization. The validity and reliability are not determined by the overall architecture of the study, but rather by the specifics of the study, including how the study subjects were assembled, the nature of the variables under study (exposure, disease, confounders), exactly how the information was collected, the statistical power, and so on. There may be many reasons why a particular case-control study is more valid than a particular cohort study.

**Relative Risk (RR) and Odds Ratio (OR).**  The cohort study design leads naturally to the estimation of risk of disease among exposed, and risk of disease among unexposed, and then to the ratio of those two, which is the RR.  In case-control studies, because of the way the study samples are selected, it is impossible to estimate the risk of disease or the ratio of the two risks, $R_e/R_u$.  However, under certain conditions which are well met in studies of cancer, it is possible to estimate an approximation of the RR.  This is called the odds ratio, referred to as OR.  In the rest of this report, I will consider evidence obtained from both cohort studies and case-control studies, and I will refer to the findings of these studies as RRs, even if technically speaking, the results from case-control studies are ORs.

**Bias, confounding, effect modification.**  The aim in an epidemiologic investigation of a putative risk factor is to derive an accurate estimate of the RR between exposure to the agent and the disease at issue. Because the investigator does not control the conditions in which people live and are exposed to different agents and their willingness to participate in research, there are many potential sources of distortion in epidemiologic research. While there are many sources of distortion, they can be bundled into a few large families of sources of distortion.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

*Bias* refers to a systematic distortion in study findings, resulting from the way the study was designed or the way the data are collected. Specific examples of types of bias will be discussed below as they pertain to talc and ovarian cancer.

*Confounding* is sometimes considered to be a type of bias, and sometimes it is considered a type of distortion on its own. This is merely a semantic distinction. Confounding refers to the situation where the association under study between factor F and disease D is distorted because there is a third factor X which happens to be correlated with F and which is a cause of disease D. For instance if we want to study the association between occupational exposure to talc in mines (factor F) and lung cancer (disease D), we need to be mindful of whether cigarette smoking (factor X) is more common in talc miners than in the rest of the population. Confounding differs from other types of bias in that it depends on relationships among different variables in the population, rather than characteristics of the study design and data collection.

*Effect modification* refers to the phenomenon whereby a given factor has a different effect in one sub-population than in another. If we study the association between that factor and the disease in the entire population without distinguishing the two sub-populations, we might end up with an estimate of the association that does not convey accurately the association in either sub-population. For instance, if it were the case that a certain genetic characteristic G increases the risk of pre-menopausal ovarian cancer but has no impact on post-menopausal ovarian cancer, then a study of the association between G and ovarian cancer that does not discriminate by menopausal status, would find an RR result somewhere between the null value among post-menopausal women and the true RR value among pre-menopausal women. Depending on the proportions of pre- and post-menopausal women in the sample, the overall RR might be so close to the null, that we might erroneously conclude that there is no association at all. In this example, it might actually be quite simple to detect the effect modification, since age is always recorded and menopausal status is usually recorded and investigators are sensitized to the possible effect modification of female cancers by hormonal status. Other potential effect modifiers may not be so easily available and they might not be on the radar screens of investigators. Effect modification can in some unusual circumstances completely wipe out a true causal

16 November 2018                                                                           11

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

association (as when the agent causes cancer in some people but prevents cancer in others!). But generally, if there is a causal effect of the agent in one stratum of the population and no association in another stratum, and if we fail to stratify the population according to the effect modifier, it will have the effect of producing an overall RR that is lower than it truly is in the sensitive stratum and higher than it truly is in the insensitive stratum.

Effect modification is closely related to and sometimes synonymous with interaction or synergism.

**Publication bias** refers to the tendency for some evidence never to "see the light of day". Namely, when results are "negative" or "null", it may be that investigators never bother to submit them for publication, or alternatively that editors refuse to publish them. This happens, most likely, when the hypothesis under study is not particularly topical or controversial, and when the study is small.

In this section I have briefly outlined some potential sources of distortion of a typical epidemiologic study. I have done this in a high-level generic way. Below, after presenting results of my review of pertinent literature on powders and ovarian cancer I will return to commenting on the possible impact of such distortions in this body of literature.

## Exposure variable and exposure metric

An **exposure variable** can be anything that can influence the occurrence or outcome of disease. The term is used for such disparate entities as external components of what we eat, drink, breathe, hear or see and microbiological organisms, chemicals or forms of radiation.

Depending on the nature of the variable, information on an exposure variable can often be ascertained from epidemiologic study participants by questioning them. This is the case for variables like cigarette smoking or use of talc powders. For some variables, like exposure to a virus or to specific air pollutants or occupational chemicals, it is usually necessary to invoke more intensive data collection methods to ascertain exposure.

Report on talcum powder use and ovarian cancer                           Jack Siemiatycki

An ***exposure metric*** signifies a way of defining a variable for statistical analysis. The simplest metric is a binary variable: exposed or unexposed. For most exposure variables, like exposure to talc powder, there can be a very wide range of degree of exposure. And it is pertinent to create more nuanced exposure metrics that take into account the degree of exposure that different people have experienced, metrics such as duration of exposure, intensity or frequency of exposure and even cumulative measures of exposure over long periods of time.

**Measurement error**. Whenever we are measuring a variable in an epidemiologic study, be it smoking, or weight, or socio-economic status, or blood pressure, or any other variable, it is virtually inevitable that there will be some degree of error in the measurement. There are ways of collecting data that make them more or less likely to involve error, but it is almost impossible to ensure that variables are measured with perfect validity and precision. Even such a variable as the diagnosis of ovarian cancer is subject to differences of opinion among pathologists and oncologists and the presence or absence and the histologic type of tumour is not a guaranteed 100% perfect diagnosis. The ascertainment of the lifetime history of talc exposure by means of an interview with a woman in middle age or later in life is certainly susceptible to the caprices of memory and the way the questions are formulated may influence the validity of respondents' reports of lifetime exposure patterns. It is likely that habits that were performed regularly are more reliably recalled than activities that were sporadic or that only occurred many decades earlier. Similar issues arise for all other variables collected in such studies. We refer to measurement error as random (or non-differential) if the degree of measurement error does not differ between cases and controls in case-control studies or between exposed and unexposed in cohort studies. As a general rule of thumb, it can be asserted that random (or non-differential) measurement error has a predictable distorting effect on the RR. Namely, while there are some rather obscure exceptions, non-differential measurement error tends to attenuate the RR towards the null value of 1.0, and the more measurement error, the greater the attenuation. A full explanation for why this is so is quite technical and can be found in advanced epidemiology textbooks, such as Rothman, Greenland and Lash 2008. A very simple explanation is that the presence of measurement error in assigning exposed vs

16 November 2018                                                                        13

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

unexposed status leads to dilution of both the exposed group and the unexposed group. That is, the ostensible exposed group (i.e. the folks who will be labelled as exposed based on the study data collection) will contain some folks who are truly unexposed and the ostensible unexposed group will contain some folks who are truly exposed. If there really is a difference in risk between the true exposed group and the true unexposed group, this difference will be watered down by the inadvertent inclusion in each group of folks who are really in the opposite group. An analogy is the cross-contamination of two cans of paint. Suppose we have a can of pure white paint and a can of pure red paint. Suppose we have a way of quantifying the difference in color tone between the two paints. Then suppose we take some spoonfuls from the red can and pour them into the white can, and likewise take a few spoonfuls of the white paint and pour them into the red can. Now the color contrast between the two cans has been attenuated. The color contrast in this example is like the relative risk in an epidemiological study which has been attenuated because the exposed and unexposed groups have been cross-contaminated.

**Dose-response**. It is important not only to assess whether there is an association between a variable and a disease when the variable is defined in a binary (exposed vs unexposed) way, but also when the variable is defined in a quantitative or semi-quantitative way. When we analyse the risk as a function of the degree or duration or intensity of exposure, we refer to this as a dose-response (or exposure-response) analysis. The example of the smoking and lung cancer is instructive about the value of different metrics, though it cannot be assumed that all risk factors act the same way. Studies using the binary metric for smoking (smoker/non-smoker) have been very consistent and persuasive in demonstrating an association between smoking and lung cancer. Further, when data are collected and analysed regarding the degree of smoking, it becomes clear that there is a monotonic dose-response relationship. That is, the more smoking, the higher the risk. And the quantitative metric that manifests the strongest association with lung cancer is the cumulative amount smoked over the lifetime. This is perfectly logical. Since the cumulative exposure metric embodies information on duration and on intensity, it can hardly be less predictive of risk than either of the dimensions alone.

Report on talcum powder use and ovarian cancer                                Jack Siemiatycki

We cannot assume that there is a universal form of a dose-response relationship for every true causal relationship. Most commonly, in toxicology and epidemiology, the relationship between exposure and risk is monotonic; that is, as one increases, so does the other. This can include linear relationships (i.e. where a straight line on a graph describes the relationship) or exponential or many other curvilinear forms. It is also possible that there may be a threshold effect (the risk only becomes apparent after a certain level of effective exposure) or some other non-standard relationship.

Both the qualitative metrics (ever/never) and quantitative metrics (a lot of use compared with a little use) are valid and useful metrics.

**Sample size** refers to the number of participants in the study. As a generalization, large studies produce more statistically stable and precise estimates than small studies. In fact the stability of estimates or precision of estimates is not a simple function of the number of participants, or subjects, in a study. The precision of estimates depends, among other things, on the type of epidemiologic design.

In a case-control study the main determinants are the numbers of cases and controls and the prevalence of exposure in the two groups; in a cohort study the main determinants are the numbers of participants, prevalence of exposure, and the incidence of the disease of interest over the period of follow-up in the exposed and unexposed groups.

There is sometimes confusion about the notion of sample size when we compare cohort studies with case-control studies. The operational aspect of an epidemiologic study of cancer that most influences the precision of an estimate of RR is not the total number of participants; rather, it is the smaller number between the number of exposed cases of disease and the number of unexposed cases. In a typical prospective cohort study, one might need to enroll 100,000 participants in order to end up with a certain number of cases (say, 500 cases) of the disease of interest (e.g. ovarian cancer). In a case-control design we might only need to enroll around 500 cases and 1500 controls to achieve the same statistical power as would be achieved by a cohort study of 100,000. The formal justification for this assertion is quite mathematical, and has to do with the fact that a sample of a population can give very accurate estimates of the characteristics of an entire

population. Thus, the simple comparison of 100,000 participants in a cohort study and 2,000 participants in a case-control study is in no way a valid marker for the relative statistical power of the two hypothetical studies.  There are admittedly other advantages and disadvantages of the cohort vs the case-control design, and reviewers should consider the various aspects before deciding on the relative weight to give to the results of the different studies. But it is definitely not appropriate to merely compare the numbers of participants as an indicator of study validity.

While precision is based on multiple factors and different ones in case-control and cohort studies, there is a parameter which embodies the different factors quite well, and which is common to both case-control and cohort studies, namely, the number of exposed cases. For this reason, in laying out the various study results below, in addition to the relative risk estimates and their confidence intervals, I will show the numbers of exposed cases.

While it may affect the precision of estimates of RR, the size of the study does not in itself systematically affect the estimates of RR. That is, it is not the case that small studies produce systematically exaggerated RR estimates or systematically low RR estimates. However small studies can produce more wildly divergent RR estimates than large ones, in either direction, towards the null or away from the null.

**<u>Meta-analysis and pooled analysis:</u>** There are two distinct ways that evidence from multiple studies can be combined to derive a new overall statistical summary or synthesis of those studies, a meta-analysis and a pooled analysis.  A meta-analysis uses the published results from each study and averages those results using some optimal weighting procedures.  In order to implement a meta-analysis it is necessary to find all relevant studies on a topic that have published results in a fairly standardized way.  The statistical algorithms typically used to average the results from different studies also provide statistics that evaluate how heterogeneous are the results from the different studies. The interpretation of such heterogeneity statistics is not straightforward. If the results from different studies are homogeneous, it adds to the confidence in the meta-estimate. If they are heterogeneous, it may indicate that the association is really different in different populations, or that there are some methodological characteristics of the different studies

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

that have influenced the results in different ways. Unless a significant methodological flaw can be identified that has caused the heterogeneity, the best overall estimate remains the meta-estimate.

A pooled analysis is one in which the investigator gets access not only to the published results from different studies, but rather to the individual data of every person in the studies. The latter is harder to achieve because it requires high buy-in and input from the investigators of the original studies; a meta-analysis is much easier to organise. Because a pooled analysis allows for standardization in the definition of variables and statistical models, it can be a more powerful means of summarizing data than the original studies themselves.

**Multifactorial etiology of disease**.  Chronic diseases such as cancer are multifactorial in two distinct ways.  On the one hand, each case of disease results from the unfortunate conjuncture of a combination of factors (these might include for example, genetic predisposition, diet, environmental pollutant, occupational exposure, medical intervention, viral infection, lifestyle habits, etc.) which combine over a lifetime to initiate and promote development of the disease. In this sense, each of the factors that are part of the combination for that person was a necessary contributor to the disease process, although it was not sufficient on its own to provoke the disease. Despite the fact that none of the factors were sufficient to produce the disease on their own, each of the contributory factors may be considered to be a cause of the disease.  The disease would not have arisen if any of the contributory factors had been absent.  This is one meaning of the multifactorial etiology of disease.

The second meaning is that the combination of factors that induce cancer in one person may not be the same as the combination that induces cancer in another person. Indeed, at the population level, there may be many combinations of causal factors for the same disease. Some factors may be common to different combinations. For example, it may be that in one case of lung cancer, the combination of factors included genetics, exposure to air pollution, exposure to radon in the home, and smoking; while in another person, the

16 November 2018                                                                    17

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

combination of factors included genetics, insufficient dietary consumption of anti-oxidants like carotene, exposure to asbestos, and smoking.

**Some characteristics of carcinogens and epidemiologic research on cancer:**  The following characteristics of most known carcinogens provide a framework for some of the thinking behind the design and interpretation of epidemiologic studies of cancer.

- There is typically a long induction period between exposure to a carcinogen and appearance of the disease.  Thus, if a study has not allowed for a sufficient passage of time between the exposure and the disease, the result may report that there is no risk, where in fact there is a risk, but insufficient time has elapsed to make the risk visible.

- There is variability in the carcinogenic potency of different carcinogenic agents; some induce much greater relative risks than others.

- For any given carcinogen, the degree of risk due to exposure generally increases as the exposure level increases, but the shape of the dose-response curve may differ from one carcinogen to another.

- Most known human carcinogens were first discovered as such either by means of astute observation of a clinician noticing a cluster of cases among people who shared a common characteristic (such as working in a particular workplace) or by means of epidemiological research. In most cases, there was no known mechanism to explain the association at the time. Where the mechanisms have been elucidated, they were usually discovered subsequent to the epidemiologic demonstration of a causal relationship. (Siemiatycki 2014)

### 4.2   Bradford Hill "guidelines"

Because of the complexities of epidemiologic research, there has been some concern with how epidemiologic evidence should be used to draw causal inferences. Various authors have written about the types of information that might be considered in assessing whether a body of evidence demonstrates a causal relationship. A set of guidelines, developed in the context of the Surgeon-General's Report on Smoking and Health (1964) and authored by

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Bradford Hill in 1965, has achieved a wide consensus in the epidemiologic community as a pedagogical guide.  Hill himself referred to these guidelines as "aspects" or "features" or "characteristics" of an association, and warned against treating them as "hard-and-fast rules of evidence that must be obeyed". (Hill, 1965) He deliberately avoided referring to them as "criteria."

Since Hill wrote those thoughts at the beginning of the era of modern epidemiology, without the benefit of decades of practical experience in the way those thoughts were taken up, and how they applied to issues other than smoking and cancer, it is understandable that the practice of evaluation of causality has evolved. A first observation, often overlooked, is that Hill took as a starting point for his writings that chance had been considered as an explanation for the smoking-cancer association and determined to be unlikely. In the historic context of 1964-1965 and the debates around smoking and cancer, this was a reasonable assumption to make, but for any other putative associations, this must be considered. Over the years, respected authors have paraphrased and updated these aspects in various ways, and this will undoubtedly continue. For instance, leading textbooks of epidemiology as well as the Reference Guide on Epidemiology of the Manual on Scientific Evidence (2011) all have different formulations of Hill's guidelines.

In the light of 50 years of practical experience after these guidelines were written, and based on my practical experience of evaluating causality in many forums and on many topics, I would paraphrase (and modernize) Hill's guidelines as follows:

Strength of the association: This can be measured by different parameters, but for cancer studies it is usually measured by the magnitude of the relative risk or odds ratio.

Statistical significance of the association: While this guideline was not explicitly listed by Hill, it is nonetheless in practice an implicit and distinct consideration in assessing causality.  If the estimated RR is quite high, indicating a strong association, but is based on a very small study with low precision, this might be solely due to statistical variability. (For instance, when we flip a balanced coin 10 times, we do not always end up with 5 heads and 5 tails. Sometimes, by chance, we may end up with 6 heads and 4 tails. Does this prove that the coin was not balanced?) Evaluating the role of statistical chance as a possible

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

explanation of the observed association is important. As explained above, the absence of statistical significance is not strong evidence of an absence of a real relationship.

Dose-response relation: If the relative risk increases when the exposure increases, it enhances the likelihood that the observed association is really causal. There are some counter-examples however where the effect is only observed after a threshold of exposure has been crossed. There are various ways to assess whether there is a dose-response relation. Hill pointed out that the main challenge is to establish reliable and measurable quantification of exposure. In studies of lifestyle habits like use of talcum powder products, the most common way is to estimate the RR in increasing categories of exposure metrics such as duration (years) of usage, or intensity of usage (frequency per day or per week or per month), or cumulative amount of usage (a combination of duration and frequency).

Absence of bias: There are many forms of bias that can infiltrate an epidemiologic study. It enhances the likelihood of a true causal association if we can confidently exclude all the plausible sources of bias explanations for the observed findings. This guideline can also be considered as a component of a guideline to consider other possible explanations for the association.

Temporality: It is clear that the exposure should precede the outcome (i.e. the disease). To ascertain whether the cancer was a result of the exposure or the exposure occurred after the cancer onset seems like a simple thing, but sometimes it can be difficult to ascertain with certainty.

Cessation of exposure: It would add to the credibility of the association if it had been demonstrated that subjects who cease exposure to the agent experience reduced risks of disease compared with those who continue to be exposed. In practice this is an extremely difficult characteristic to demonstrate, partly because of the difficulty or even ethical impossibility of changing people's habits for scientific experimentation purposes. But occasionally there may be a "natural experiment" wherein large numbers of people cease their exposure and the effects can subsequently be measured in an epidemiologic fashion.

Specificity of the association: It was believed that individual risk factors have specific pathological effects, and Hill posited that if we observe that a given agent is associated with

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

many different pathologies, it increases the likelihood that these are somehow spurious observations, resting on some type of bias in the studies of that agent. In reality, this Hill characteristic has fallen out of usage in the intervening years with the demonstration that some agents can indeed provoke multiple different pathologies. Examples include cigarette smoking, ionizing radiation and asbestos fibers.

Consistency of findings between studies (or replication of findings): Because epidemiologic research is susceptible to errors from random variability and from different kinds of study biases, before accepting the apparent association as a generalized phenomenon, it is important to see that similar results are replicated in different studies. When these different studies also encompass different study populations in different communities, it enhances the generalizability of the inferences. Generally speaking, the observation of consistent results in different studies adds to the credibility of an inference that there really is a causal relationship.

Coherence with other types of evidence: In the case of tobacco and cancer, it was seen that the historic trend in lung cancer mortality rates in the US and UK followed quite closely the national trends in consumption of tobacco, with a 20 year lag. This was interpreted by Hill as corroboration of the results observed in case-control and cohort studies. Epidemiologic evidence of coherence could conceivably take many forms, and the opportunity to assess coherence is something that is specific to the factor under investigation. Assessment of coherence with historic mortality trends would only be possible in the case of a factor whose exposure in the population changed quite dramatically over time in a way that can be documented, and for which the attributable fraction of the disease due to that factor is very high. This was the "perfect storm" of circumstances that allowed for an assessment of the tobacco-lung cancer association by means of time trend correlations.

Analogy: Hill reasoned that if a factor is somehow similar to another factor that has already been shown to be a risk factor for the disease, then it increases the plausibility of a similar impact due to that putative factor. This is such a vague guideline, with no clear implementation suggestions, that it is not often referred to and rarely implemented.

Report on talcum powder use and ovarian cancer                Jack Siemiatycki

Biologic plausibility: This guideline can encompass many dimensions of information, including physiology (can the agent or its metabolites reach the organ?), animal carcinogenesis (does the agent produce tumours in experimental animals?), cell studies that reveal mechanistic data, and other biologic information on the toxicology of the agent.

Implementing Hill's guidelines: As Hill himself insisted, sophisticated users of these guidelines do not use them as a formal checklist. He summarized his views as follows:

> « What I do not believe … is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question - is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect? »

The authors of the Reference Guide on Epidemiology of the Manual on Scientific Evidence (2011) clearly stated that Hill's guidelines are not formal criteria, but rather are more in the nature of a memory aid to help us review the evidence about any given causal association. They stated it this way: "There is no formula or algorithm that can be used to assess whether a causal inference is appropriate based on these guidelines."

I have served on many panels to review evidence of causality on one topic or another, including on several IARC Monograph panels that reviewed evidence of carcinogenicity. The IARC process, like the others I have participated in, does not use the Hill guidelines in any rigid formal way. The ideas embodied in Hill's guidelines permeate our thinking about how to evaluate causality, but the operationalization of these guidelines is specific to the problem and to the expert making these determinations. Thus any suggestion that Hill's "aspects" or "features" or "characteristics" of an association should be used as a formal checklist of criteria is simplistic and wrong. To do so would contradict the opinions of experienced epidemiologists, the Manual on Scientific Evidence, and Bradford Hill himself.

In this section, I have laid out and explained the Bradford Hill guidelines in a generic way. Below, in section 8, I will consider how these apply in the context of the talcum powder – ovarian cancer issue.

## 5.        Epidemiologic evidence regarding talc and ovarian cancer

Following some reports in the early 1980's that raised questions about a possible link between use of cosmetic talc powder by women and the risk of ovarian cancer, there were several epidemiologic studies on the topic. By the early 2000's the issue was garnering some attention in the scientific community. The International Agency for Research on Cancer, the premier agency for evaluation of carcinogens, decided to conduct a review of the issue in 2006. Following that review, there have been further studies conducted on the topic.

In the context of a legal action, my mandate is to review all relevant scientific evidence available to date, in order to provide the court with my opinion regarding the link between talc powder exposure and ovarian cancer. The methodology I employed is the same one I have used in my career as an internationally recognized researcher.

### *5.1   IARC review and evaluation of talcum powder products*

As mentioned above in Section 2, the International Agency for Research on Cancer (IARC) is the premier institution in the world for cancer epidemiology and for environment and cancer research. One of its mandates is the evaluation of the carcinogenicity of different agents with which humans come into contact, and this mandate is carried out by the Monograph Programme of IARC. This is achieved through a process that involves identifying chemical or physical agents for evaluation, convening specially selected international expert panels that are mandated to review all pertinent evidence on the topic and write a thorough review culminating in an evaluation of whether the agent(s) are human carcinogens.

In February 2006, there was such an IARC Monograph meeting to evaluate some agents, including talc. The IARC Working Group comprised 16 highly respected and recognized scientists from around the world; I was asked to Chair the Working Group. We reviewed all

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

the evidence that was available up to that point in time. This certainly included epidemiologic evidence, but it also included evidence from experimental toxicology, physiology, molecular biology and other domains. The IARC Monograph programme has a formal system for classifying agents. The Working Group must classify an agent into one of the following categories:

1       Carcinogen

2A      Probable carcinogen

2B      Possible carcinogen

3       Not classifiable

4       Not carcinogen

After reviewing the evidence, the panel concluded that talc was a "possible carcinogen", based primarily on evidence regarding the association between dusting powders and ovarian cancer. Here is the definition of this category from the IARC Monograph:

"Group 2B: The agent is possibly carcinogenic to humans.

This category is used for agents for which there is *limited evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals."

This 2B categorization was based on the panel's decision that there was "limited evidence of carcinogenicity in humans", which is in turn defined by IARC as follows:

"Limited evidence of carcinogenicity in humans: A positive association has been observed between exposure to the agent and cancer for which a causal interpretation is considered by the Working Group to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence."

Subsequent to the completion of the IARC Monograph on talc, a subgroup of the epidemiologists who were on the IARC Working Group, including myself, reviewed the evidence again, but with a view to producing a meta-analysis of the results from the most informative studies conducted to that time. This resulted in the paper by Langseth et al. (2008). This paper was not an IARC publication.

Report on talcum powder use and ovarian cancer                           Jack Siemiatycki

---

## 5.2   Information consulted for the present review

In preparation for formulating my current opinions on this topic I assessed, researched, reviewed and consulted a large number of documents, including, but not limited to: all original epidemiological studies published on this topic, all meta-analyses and opinion pieces, experimental toxicology, molecular biology, mechanistic studies, and the IARC Monograph on talc which reviewed all informative studies that had been published before 2006. I was given access to and also reviewed the various expert reports and depositions that have been submitted in various talc cases, either on behalf of the Plaintiff or Defendant, and various internal company documents obtained in discovery.

I systematically reviewed the lists of references of all relevant studies referenced in the IARC report as well as in various meta-analyses and in all recent articles on the topic to identify yet more relevant publications on talc and cancer.

Because some studies have been published in multiple papers and because some papers have included reports on multiple studies, there is not a one-to-one relationship between studies and published papers.

Additionally, I considered evidence regarding the toxicology of talc by reviewing the toxicology evaluation conducted by the IARC Working Group, the summary of talc's putative toxicology referenced in various scientific publications, and the expert reports of various scientific/medical experts in this case.

The central focus of my review is on the epidemiologic evidence.

A complete listing of the documents I consulted, as well as references cited explicitly in this report, is provided in the Bibliography. The Bibliography is in two Parts; Part A comprises all the publications and reports that can be found in publicly available scientific literature. Part B comprises company documents or documents from reports or testimonies of experts.

---

Report on talcum powder use and ovarian cancer                                Jack Siemiatycki

---

### 5.3    My methodology for this review

**Table 1** lists the steps I undertook to accomplish my mandate.

#### 5.3.1    Selecting studies for review

To aid in the present assessment of whether or not there is a causal relationship between talcum powder exposure and ovarian cancer, I carried out an up-to-date review of the scientific literature, primarily the epidemiologic literature, concerning the association between use of talc powder and risk of ovarian cancer.  This involved meta-analyses to estimate the effect of having ever used perineal powdering, and an assessment of evidence regarding dose-response.

The first task was to find the relevant publications and to set out the distinct pieces of epidemiologic evidence, namely the results of different studies. Based on a number of reviews on the topic of talc and ovarian cancer, including the IARC report, I systematically went through the reference lists to identify all publications that seemed to contain results on the topic. I further conducted a Pubmed search and this did not produce any new informative publications that had not already been identified.  In preparation of the meta-analysis, I eliminated from consideration papers that were outside the bounds of what a meta-analysis should contain (i.e. eliminate review articles, commentaries, meta-analyses, and articles that do not really pertain to the issue of perineal talc and ovarian cancer). From the 40 publications that remained, namely those that contained original results on the association between powdering and ovarian cancer, I extracted all results showing RRs between talc powdering and ovarian cancer, and I had these results put into a Filemaker database. This was a value-free exercise. I made no judgement at that stage about relevance or quality of the study or the published results. It was only an attempt to lay out in one "place" the whole of the evidence and to prepare for subsequent analyses. There were over 730 results in this database. On average each publication contained about 18 different RR results of various aspects of talc powder exposure and various types of ovarian cancer. Some contained fewer and some contained many more. (For instance, one study publication contained 180 results, with varying types of ovarian cancer and varying definitions of exposure to powdering.)

---

16 November 2018                                                                                      26

Report on talcum powder use and ovarian cancer                              Jack Siemiatycki

In deciding which results to include in a meta-analysis I had to respect the following principles:

- The results have to pertain to the issue of risk of ovarian cancer in relation to use of talc-based powders.

- Where there are sufficient numbers of results to support meta-analyses, there can be meta-analyses for different types of ovarian cancer, and for different routes of exposure to talc-powders.

- In each meta-analysis, each study should only provide one result, so as to avoid double-counting evidence.

- The decision about inclusion of a study should in no way be influenced by whether or not a particular study demonstrated high risks or low risks.

While these seem like simple principles to respect, there were complicating features of the scientific literature:

- Some studies were reported in multiple publications, sometimes the same study subjects were analysed and reported in different ways and sometimes different subsets of the study population were included in different publications. Sometimes the authors fail to clearly enunciate how the data used in one of their papers overlaps with data used in another of their papers from the same study.

- Different studies used different questions about powder use in their questionnaires, and sometimes the same study reported results by different ways of asking about or defining exposure.

- A given study may have presented one result or many results, each addressing a different definition of the talc exposure variable and different way of grouping the ovarian cancer cases.

- Different studies dealt differently with the histologic sub-types of ovarian cancer, sometimes grouping them all, or sometimes separating them, or sometimes reporting both grouped and separate results for different sub-types.

16 November 2018                                                                        27

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

- Different studies used different metrics for analysing powder exposure and estimating its corresponding RR.

- Different studies dealt differently with the challenge of adjusting powder-related risks for possible confounding by other factors.

Decisions had to be made regarding which types of exposure to consider, which types of ovarian cancer to consider, which metrics of exposure to consider and which studies and publications to consider. It is necessary to be rigorous in making such decisions ahead of time, rather than "cherry-picking" results from different studies that appear to support one theory or another.

**Appendix Table A1** provides a list of those 40 publicly available publications that have included some original results that might pertain to the association between powdering and ovarian cancer. **Appendix Table A1** shows which publications were included and which papers were excluded from my meta-analyses. For each of the 14 excluded papers, the table also shows the reason. Some papers were excluded because the results did not pertain to ovarian cancer and powdering in the perineal region. Some papers were excluded because the results presented therein were subsumed by a subsequent publication by the same research team or as part of a pooled analysis of multiple studies. Notwithstanding my intention to identify all unique studies and to extract a best "bottom line" result from each study, the nature of the studies and how they were analysed and reported led to many judgement calls. It must be acknowledged that there can be differences of opinion among equally competent and equally well-motivated scientists in how to choose among the different publications and the different results within publications.

Fortuitously, and unbeknownst to me at the time, two other sets of investigators (Berge et al 2018; Penninkilampi et al 2018) carried out separate meta-analyses on this topic at about the same time as I was carrying out mine, and this gives an opportunity to do some cross-comparison of different reviews and meta-analyses. I will comment on these after presenting the results of my meta-analyses.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

**5.3.2    What were women exposed to in body powders?**

Talc has been the main ingredient of body powders used by women over the past century. "Talc particles are normally plate-like. When viewed under the microscope in bulk samples or on air filters, they may appear to be fibers … Talc may also form as true mineral fibers that are asbestiform; asbestiform describes the pattern of growth of a mineral that is referred to as a 'habit'. Asbestiform talc fibers are very long and thin."(IARC 2010)  The structure of platy talc is characterized by a hexagonal sheet arrangement of silicon-oxygen tetrahedral groups in a common plane which creates a double-sheeted structure.  These sheets are easily separated which accounts for the "silky" or "smooth" feel of talcum powder products (IARC, 2010).  As a mined mineral, the precise chemical and physical characteristics of talc are in part determined by the particular geological formations from which it is extracted. The local conditions can also produce "impurities" in the extracted talc including asbestos, quartz and various metals. It is claimed that cosmetic talcum powder products normally contain >98% talc (Zazenski *et al.*, 1995) but the purity may have been lower in the past. (IARC 2010) When I refer to talc or talcum powder products in this report, I am referring to commercially available talcum powder products and all constituent elements contained in those products.

Asbestos is a commercial term that comprises six minerals that occur in the asbestiform habit: actinolite, anthophyllite, chrysotile, grunerite, riebeckite and tremolite. Similarly to talc, these six minerals can occur in a non-asbestiform habit. Some types of asbestos are found in the same geological formations as talc.(IARC 2010)

By the 1970's it was reported that asbestos fibers were found in commercial talcum powder (Cralley 1968; Rohl 1976), though there was some doubt expressed regarding the quantification of the exposure and the ability to discriminate between asbestiform and non-asbestiform talc.  (Krause 1977; IARC 2010) The talc industry was constrained to remove asbestos from talcum powder products. Representatives of the industry have claimed that talcum powders were free of asbestos fibers since the 1980's (Hopkins 2018; Pier 2018), but this assertion has increasingly come under doubt as number of labs have

16 November 2018                                                                    29

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

reported finding asbestos fibers in talcum powder products. (Blount 1991; Paoletti 1984; Gordon 2014; Longo et al 2017; Longo et al 2018; Blount deposition 2018; Pier deposition 2018)  These various studies that have reported finding asbestos in historic talcum powder samples have been challenged by other reports that failed to find meaningful amounts of asbestos in historic talcum powder samples. (CIR 2013; Anderson 2017)  These various findings and opinions are somewhat complicated by the fact that both talc and asbestos have varied chemical and physical characteristics and various methods can be used to measure them.

What is clear is that asbestos, and all forms thereof, has been evaluated to be carcinogenic. It has long been recognized that inhalation of asbestos carries with it a risk of lung cancer and of mesothelioma, a cancer of the lining of the lungs, as well as larynx cancer. What has only recently been recognized is that women who are exposed to asbestos experience an excess risk of ovarian cancer. (Straif 2009; IARC 2012) This conclusion was based on five studies; a subsequent meta-analysis reported that the RR of ovarian cancer among asbestos-exposed women was a highly statistically significant 1.77 (1.37-2.28).(Camargo 2011)  The route of exposure that generates risk of ovarian cancer among women exposed to asbestos is not clear, but inhalation and migration of asbestos particles to the ovaries has been proposed as a credible biologically plausible mechanism. (Miserocchi 2008)

Among the metals detected in talcum powder products are some which are recognized carcinogens, namely nickel and chromium. It is not known how widespread was the "contamination" of talcum powder products by these metals and how high were the concentrations in the entire commercial production of talcum powder products of the past several decades, and how these exposures measure up to exposures that may cause cancer. However, evidence that asbestos and some other known carcinogens have been detected in some commercial cosmetic talcum powder products and credible mechanisms that such particles can translocate to the ovaries is an important consideration in deriving an opinion on biological plausibility, and I will consider it below in my section on biological plausibility of a causal link between talcum powder products and ovarian cancer.

Report on talcum powder use and ovarian cancer                           Jack Siemiatycki

Alternative formulations of baby powder include cornstarch formulations, which have become available in the past 30 years. It was possible for women to purchase and use cornstarch products or talcum powder products. Most epidemiological studies have not tried to ascertain whether the women in their studies used talc-based or cornstarch-based formulations and many women may have been unaware of the composition of the powders they used at different times.  It is impossible to ascertain with certainty from most of the publications whether the reported epidemiologic results pertain to talc-based powders or cornstarch-based powders or both. Those studies that did report results for cornstarch had few women self-reporting use of cornstarch and the risk estimates were rather imprecise and unstable. For those studies that did report separately the findings for talc-based and cornstarch-based formulations, I used the results for talc-based powders. For those that did not make such distinction, I used the results combining all types of powders as reported. If it turns out that there is an increased risk associated with talc but not with cornstarch, the inability to discriminate the two in statistical analyses would have the effect of diluting the estimates of risk due to talc. That is, the RR estimates would be attenuated.

### 5.3.3   Routes of exposure

 Some studies reported results based on particular ways of using the powders, such as on feet or perineal use or use after bathing or use on sanitary napkins or use on diaphragms or use by male partners, and so on.  And many studies just reported results for all routes of perineal exposure combined. For my Main analyses, I aimed to use the reported results pertaining to all types of perineal use combined. Where the results were reported for individual routes of exposure rather than all perineal use combined, I identified the one that came closest to powdering in the perineal area from all routes.

The number of studies providing results pertaining to any of those specific routes of exposure was much less than the number providing evidence for all routes combined and insufficient to provide reliable meta-analysis results for route-specific estimates of RR. Among the route-specific reports, the one that had most often reported RR results was exposure from dusting of sanitary napkins. I will conduct a separate meta-analysis regarding the risk of ovarian cancer in relation to use of powder on sanitary napkins.

Report on talcum powder use and ovarian cancer                           Jack Siemiatycki

### 5.3.4   Questionnaire items on use of talc powders

In the case of exposure to cosmetic talc powder, the most common and realistic way of ascertaining exposure has been to question women. But there are many ways this can be done, and indeed many types of questionnaires have been used. A very simple format that has been used is to ask a question such as "have you ever used powders in your genital area?" But, the validity of the response would be enhanced if the question is framed in a more specific manner, so long as the respondent can be expected to know the answer to the more specific question. One possibility would be: "have you ever used powders that contained talc on your genital area more than once a week for at least 6 months of your life? This would include powdering your genital area directly or powdering your underwear or powdering your diaphragm or powdering your sanitary napkin." There are scores of ways such questions can be asked, and there has been variability in the methods of questioning among the different studies of powder use and ovarian cancer.  In most studies, the questionnaire question about Ever Use was actually about Ever Regular Use, not Ever Occasional Use.

Among women who used powders, there can be an enormous range of usage from a few occasions in a lifetime to profuse daily usage. Among the many dimensions of talcum powder exposure that might influence the risk of cancer are the following: manner in which the talc was applied, age at which exposure began; if it ended, age at which it ended and years since it ended, frequency of use per day, week or per month, multiple applications including to genitals, undergarments, sanitary napkins, etc., and whether and how that varied at different ages. Some studies have used a single simple question, while others have used scores of questions to get at the lifetime history and many facets of powder use.

While I believe there are quality differences between the different studies in the way talc powder data have been collected, I have refrained from imposing my judgement about the quality of the questionnaire data on the selection of studies to include in meta-analyses.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

### 5.3.5   Metrics of exposure

I used the reported results for the binary metric Ever Regular Use vs Never Regular Use, given the limitations of the available data, and using the investigators' decisions about how best to measure this. While this may seem like a simple tactic to implement, some studies were reported in such a way that in fact I had to make "judgement calls" about which of the reported results came closest to the desired metric.

For "dose-response" assessment, I used three pertinent metrics of exposure: duration (years), intensity/frequency (uses per day, week or per month), and cumulative number of applications, measured sometimes in absolute numbers or sometimes in quantiles. Of the three, the most meaningful is the cumulative number of applications.

## 6.   My meta-analyses regarding talcum powder products and ovarian cancer: data included and results

### 6.1   Features of the studies

Following the exclusions indicated in Appendix Table A1, **Appendix Table A2** shows the studies that ended up being included in one or more of my meta-analyses, and brief descriptions of administrative and contextual features of each study. **Appendix Table A3** shows, for the same studies, some information about the talcum powder exposure variable and the covariates used by the authors in their control for confounding.

Appendix Table A2 shows that most studies were conducted in the USA. All but three were case-control studies and of the case-control studies, all but four used some type of population control series. Most studies had fieldwork data collection in the 1970's and 1980's; only a few studies started data collection after 2000. Table 3 shows for each study what exposure variable I was able to use to approach the notion of Ever exposed regularly to talc powder in the perineal region. Different studies had different questions in the questionnaire and different studies reported different variables. The questionnaires usually elicited lifetime use that was more than very sporadic, with terms like "regular" use. Only the Gonzalez 2016 study failed to ask about lifetime exposure before the interview; they asked about usage only in the preceding 12 months.  The Gates 2010 study

Report on talcum powder use and ovarian cancer                           Jack Siemiatycki

asked about use of talc up to 1982 but not afterwards. Some studies asked separately about different routes of exposure and then rolled them together in statistical analyses, while some rolled all routes of exposure together in their questioning. The term that I show in Appendix Table A3 is the term that the authors reported in their publication of results; it is sometimes rather cryptic. Appendix Table A3 also shows which variables that the authors reported having used as adjustment variables. Sometimes these are variables that were explicitly included in final statistical models, and sometimes these were dealt with in a more indirect way such as a staged analysis in which a screening is conducted using a change-in-estimate procedure.

All meta-analyses were conducted using the well-known package Comprehensive Meta-Analysis Version 3. (Borenstein, M., Hedges, L., Higgins, J., & Rothstein, H.  Biostat, Englewood, NJ 2013;  https://www.meta-analysis.com/index.php?cart=BFZW2135997

## 6.2   Association between binary variable talc powdering and all types of ovarian cancer combined – data and results

### 6.2.1   Individual studies and results on binary exposure variable

**Table 2** shows RR results, as well as the corresponding 95% confidence intervals, for each informative study included in the Main meta-analysis or in any sensitivity analyses. (I will explain this distinction below.) As I explained in Section 4.1, the single number which reflects quite well the statistical strength of a study, be it case-control or cohort, is the number of exposed cases, and I have included this parameter in Table 2.  Table 2 shows the RR reported in each study by Ever (regular) use of powder in the perineal region (all routes of perineal exposure including direct powdering on genital area, on sanitary napkins, on underwear and on diaphragms). The table shows results for all types of ovarian cancer combined.

Before conducting any meta-analyses, we can peruse the results in Table 2 to observe certain patterns.

Of the 33 RR results shown in Table 2, two are below 1.0, one equals 1.0, and 30 are greater than 1.0. On the null hypothesis that there is no true association between powdering with

talc and ovarian cancer, we would expect as many of the RR estimates to be above 1.0 as to be below 1.0. The observed distribution (2 below and 30 above) is clearly and strongly in defiance of the null hypothesis. Further if we rank the RR estimates from lowest to highest, the median value, the one in the middle, would be 1.34.

This informal analysis does not take into account that the 33 estimates in Table 2 are not strictly independent of each other. There are various ways to carve out independent sets of results from this list of results in Table 2, and the meta-analyses will be designed to do that. But no matter how the studies are configured, it will be found that one or two of the RR estimates are below 1.0 and somewhere between 20 and 26 are above 1.0. Such an imbalance cannot be due to chance.

### 6.2.2   Strategy for Main analysis and sensitivity analyses

An investigator typically has in mind a strategy for analysing and presenting the results. There may be some judgement or assumptions involved in deciding on the strategy. The investigator may wish to see how the results would be affected if other judgements or assumptions were made. In other words, how robust are the results to alternative judgements and assumptions. Such alternative analyses are referred to as *sensitivity analyses*.

There were several dilemmas in selection of studies and results to include in the meta-analysis. I made decisions in each case that I believe provides the best basis for a meta-analysis. But in deference to other possible decisions that might have been made, I conducted some sensitivity analyses as well. I list what the dilemmas were and which options were selected for Main analyses and for sensitivity analyses.

*a. Terry 2013 and Wu 2015.*  The Terry 2013 paper brought together data from 8 different research teams. Some of those teams had previously published their results on talc and ovarian cancer and some had not. Normally, a pooled analysis would take precedence over the individual component studies. In this case, however, there were complicating factors. The Los Angeles component study of Terry 2013 (Wu, Pike and colleagues) was conducted in stages and the Terry 2013 pooled analysis only had access to the early stage. Subsequently, Wu and colleagues carried on with their data collection, and published a

more complete set of results from their study in Wu 2015. The Terry 2013 paper contained 208 exposed cases from the Los Angeles study, whereas the Wu 2015 paper contained 701 exposed cases. In the entire Terry 2013 paper there were 2600 exposed cases. Ideally, we would wish to exclude from the 2600 exposed cases in the Terry 2013 paper, the 208 exposed cases that came from the early Los Angeles data. But that information was not available. Thus there is an 8% overlap between the exposed cases in the Terry 2013 paper and those in the Wu 2015 paper.

I adopted the following strategy. For the Main analysis, I included both Terry 2013 and Wu 2015. The 8% overlap of exposed cases is unfortunate but I believe its impact would be trivial, and in any case we will have some empirical evidence of its impact from a sensitivity analysis.

I conducted sensitivity analyses using a different strategy. The Terry 2013 paper contained a table in which the individual results of the 8 component studies were reported. I used the results as reported there for 6 of the 8 component studies, for which the Terry paper contained the latest results. For the Los Angeles study I used the result reported in Wu 2015 which was much more complete than the L.A. study result in Terry 2013. The eighth study was the study of Cramer that was one of the components of Terry 2013 but that was also reported subsequently in Cramer 2016. It is not clear whether the Cramer 2016 paper contains more up to date data than the corresponding component in Terry 2013, but it possibly does.

To summarize, the Main analysis contained pooled result from Terry 2013 and the result from Wu 2015. There were sensitivity analyses that dropped the pooled result from Terry 2013, but included the (apparent) latest published result for each of the 8 components.

*b. Nurses Health Study*. This cohort study was initiated in 1976 and was not a study of talcum powder products and ovarian cancer . The study involved a wide-ranging annual questionnaire which inquired about many health related issues.  In 1982 there was a very succinct question about use of body powders. The cohort has been followed-up to ascertain the occurrence of cancers (or other diseases). There was a publication that contained results on talc and ovarian cancer from this study in 2000 (Gertig 2000); later, after more

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

years of follow-up there were two further papers presenting results on talc and ovarian cancer (Gates 2008 and Gates 2010). Clearly the Gertig result did not belong in my meta-analysis, since it was subsumed by subsequent analyses, but the choice between the Gates 2008 and Gates 2010 was not so obvious. Gates 2008 was based on a nested analysis of a subset of the cohort that probably entailed better control for confounding. Gates 2010 was based on the entire cohort and thus on a much larger sample size. The two RR estimates from the Gates papers are quite different from one another (RR=1.24 in Gates 2008 and RR=1.06 in Gates 2010). It is not clear whether the difference in results is due to the different design and analytic procedures used in the two papers. The authors did not comment on the inconsistent results.

My Main analysis included Gates 2010 but not Gates 2008. Some sensitivity analyses contained Gates 2008, but not Gates 2010.

It should be noted that whereas I did not use the Gertig paper results in the meta-analysis of Ever / Never Use of talcum powder products, I did use some dose-response results from Gertig because subsequent publications from the Nurses' Health Study did not present such results.

*c. Schildkraut (2016)*.  This was a case-control study of ovarian cancer among African American women. The fieldwork and interviewing was carried out from 2010 to 2015. The authors speculated that publicity surrounding two class action lawsuits on talc and ovarian cancer in 2014 may have subsequently induced bias in the validity of reporting of talc exposure. Consequently, in their analysis and report, they presented two sets of results, one for all women in the study, and another for those interviewed before 2014. It is impossible for me to evaluate the validity of the speculation, as it was for the authors. Consequently I will use the results from the entire sample and those from the pre-2014 sample.  I refer to the entire Schildkraut study result as Schildkraut A and the pre-publicity result as Schildkraut B.

The Main analysis contained Schildkraut A. Some sensitivity analyses contained Schildkraut B.

*d. Shushan (1996).* This ovarian cancer case-control study, conducted in Israel, reported results on talc and ovarian cancer, but the report was quite cryptic regarding the data collection and the talc exposure variable.

The Main analysis excluded Shushan 1996. Some sensitivity analyses included Shushan 1996.

### 6.2.3   Results of meta-analyses on binary exposure variable for all ovarian cancers

Figure 1 shows the printout from the Comprehensive Meta-analysis (CMA) package for the Main meta-analysis for the association between ever regular use of talc powder in the genital area and all types of ovarian cancer combined. 21 RR results were used in the Main meta-analysis, but the Terry 2013 study represents 8 different study teams and 10 distinct studies. In the forest plot, I have ordered the studies in increasing magnitude of the RR estimate. It can be seen that only one study produced an RR estimate to the left of the null value of 1.0, while 19 studies produced an RR estimate to the right of the null value of 1.0.

The meta-estimate of RR is 1.28 with a 95% confidence limit from 1.19 to 1.38. The p-value is too small to register in 2 digits. This is a very highly statistically significant result. The probability of this result being attributable to chance is vanishingly small.

The 21 RR estimates in this Main meta-analysis had a fairly low p-value for heterogeneity, 0.07, but it was not statistically significant. This means that there was considerable variation in RR results across the studies, but this might have been due to chance. That there is significant variation in RR estimates is not surprising. The different studies were conducted among different populations, using different methodologies. It would be surprising if there was no variation.  It is nevertheless true that in the current state of knowledge the best estimate of RR is the meta-estimate of 1.28.

Table 3 shows the results of the Main meta-analysis again and contrasts it with the results of seven sensitivity analyses that embody alternative plausible strategies for selecting studies and selecting results within studies. These alternative strategies had almost no effect. The meta-estimates of RR varied in a narrow range from 1.26 to 1.30. Even the lowest of these would lead to the conclusion that there is a highly significant association.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

It can be affirmed, quite confidently, that the apparent overall elevated risk for women who had ever used such powders is not an artefact of chance variation. This conclusion is not new. It has been stated by the authors of previous meta-analyses. However, I believe this conclusion is based on the most current and reliable data now available.

From a statistical point of view, each of the studies listed in Table 2, except for one or two outliers, shows a 95% confidence interval that overlaps substantially with the confidence interval of the meta-RR estimate (1.19 – 1.38).  Further, the majority of the study-specific confidence intervals (including 2 of the 3 cohort studies) include the overall meta RR of 1.28. This shows that there are few if any studies that are not compatible with the overall RR estimate.

### 6.2.4   Other contemporaneous meta-analyses on binary exposure variable for all ovarian cancers

I started to conduct my meta-analyses in 2015 and revised it in 2018. Towards the end of my analyses, I discovered that two other teams of researchers were carrying out meta-analyses on the same topic at almost the same time. The simultaneous and independent conduct of these three meta-analyses provides a unique opportunity to cross-validate the methodologies and results. (I knew nothing about the two others and I assume they did not know either about mine or the other meta-analysis.) It is sometimes portrayed that meta-analysis is a fairly automated procedure which should produce identical results irrespective of who carries it out. This is far from true.

Even before the statistical part of the meta-analysis is conducted, the author of a meta-analysis has to assemble all of the relevant data. That usually consists of two steps: identifying all informative studies on the topic and identifying the relevant result from each study to include in the meta-analysis. There are many ways to do these steps, and it is not surprising that different, equally competent, investigators may make different decisions about how to identify the studies and how to identify the most relevant results. This is particularly true in the area of observational epidemiology research, as opposed to clinical trials research.  Research designs and methods of conduct and reporting are much more standardized in clinical trials research than they are in observational epidemiology. In the

area of research on talc and ovarian cancer (which is observational) there are many opportunities for judgement of the author of the meta-analysis to come into play, and in section 5.3.1 I have listed some of the decisions that I made, in the way I managed the selection of studies.

The two other meta-analyses were conducted by Berge et al (2018) and by Penninkilampi et al (2018). They conducted rather different search procedures than I did. Since I had already participated in the IARC review and the Langseth 2008 paper, I already had a head start on collecting the relevant scientific literature. **Appendix B** shows a 3-way comparison of the studies that were included in the meta-analyses by the three authors, and the data from each study that were judged to be most relevant by each author.

As a generalization, it can be seen that the three synchronous meta-analyses identified more or less the same studies and that in general they extracted the same result from each study; but this was not always the case. For my own meta-analysis, I was comforted to note that there was no study that was identified by one of the other meta-analyses that I had missed in my search of the literature (Appendix Table A1).

One of the main points of discordance in procedure was how the three analyses dealt with the Terry 2013 study. Namely, in my Main analysis I used the result of the pooled Ever/Never RR that was quoted by the Terry study, and dropped from consideration the various component studies of the Terry analysis. By contrast, the two others (Berge and Penninkilampi) adopted the strategy of using the results of the individual component studies rather than the overall pooled result. Berge 2018 used the results of the individual component studies as reported by Terry 2013, for most component studies, but for two component studies they used results that were reported in publications that gave results with additional cases. Penninkilampi 2018 also used individual component study results rather than the Terry 2013 pooled result. There are trade-offs between these different approaches. I prefer to use the Terry 2013 pooled result for two reasons. First, a pooled analysis with a standard set of covariates and a standard statistical model is considered superior to a meta-analysis of the components study results. Second, each publication tends to show a variety of results, and the author of the meta-analysis has to choose a

"best" one to represent the "bottom line" from each study. In the Terry pooled analysis, it was the investigators of the original studies, who were also co-authors of the pooled analysis, who chose which would be the "best" result to represent the study, and this in my opinion is more reliable than outside authors making that decision.

**Table 4** shows the meta-RR results from each of the three meta-analyses. Notwithstanding the differences in choices and strategies of the three meta-analyses, the meta-RR results are quite similar, ranging from 1.22 (1.13 – 1.30) in the Berge analysis, to 1.28 (1.19 – 1.38) in my analysis, to 1.31 (1.24-1.39) in the Penninkilampi analysis. These three sets of results are really quite close to each other.

The methodology I used is sound and reliable and consistent with the high standards of my discipline. The strategy and decisions I made in relation to the studies selected and the data abstracted from each informative study is consistent with that methodology I use in my professional practice, and that has earned me recognitions and honors throughout the world.

The results shown in Table 4, are in the same "ballpark" as the meta-analysis previously conducted by Langseth 2008 and they are based on a larger pool of accumulated publications. This indicates that recent evidence is consistent with older evidence and reinforces the consistency of the evidence.

### 6.2.5   Meta-analysis on powdering of sanitary napkins

Tables 2-4 pertain to RRs for the combination of all routes of exposure to the perineum, including direct dusting and dusting on sanitary napkins, diaphragms, underwear, and condoms. When such an exposure variable was not provided in the paper, I used the one that came closest, with priority to dusting on the body directly. Most studies did not report RR results for every route of exposure separately. For the studies that did so, the numbers exposed were much lower than for all routes combined and there was limited statistical power in those analyses. Of the different routes, the dusting on sanitary napkins was generally the most commonly reported route apart from direct dusting. Consequently I assembled the data pertaining to dusting on sanitary napkins and conducted a meta-analysis of those results.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

**Table 5** shows both the individual studies that had results on sanitary napkin dusting and the meta-analysis result for those studies. The meta-RR was 1.08 (95%CI 0.89 - 1.31), heterogeneity p=0.09. Given the overlap between the confidence intervals between this meta-RR estimate for sanitary napkin powdering and the meta-RR for powdering the perineal area via any route (1.28; 95%CI 1.19 - 1.38), it cannot be affirmed that the result for sanitary napkins is statistically significantly lower than the meta-RR results in Table 3 for all routes of exposure; but the tendency is in that direction.

Berge 2018 and Penninkilampi 2018 also meta-analysed the data on use of powder on sanitary napkins. By contrast with my results, Berge 2018 reported an RR of 1.00 (95% CI 0.84-1.16) and Penninkilampi 2018 reported an RR of 1.15 (95% CI 0.94-1.41). Since their publications do not make it clear which studies and which results were used in these analyses, I cannot see easily what explains the discordance among the three meta-analyses for sanitary napkins powdering. In any case, it certainly appears that the RR was lower for application to sanitary napkins than it was for general perineal application. The interpretation of this finding is not self-evident.  The different routes of exposure may entail very different frequency of exposure. For instance, whereas use of powders on sanitary napkins might involve exposure on only a few days per month, regular use on the perineal region often involves daily or near daily application. I am unaware of any evidence that would address the question of whether regular use on sanitary napkins leads to greater or lesser delivery of talc particles to the portal to the ovary than does regular powdering on the perineal region.

In any case, irrespective of the evidence regarding sanitary napkin exposure, the results in Tables 2 and 3 clearly show an association between exposure to talc in the perineal region and risk of ovarian cancer.

### 6.3   Dose-response – cumulative exposure, duration and frequency

An important part of the evaluation of causality is to determine whether the results display any kind of dose-response pattern. Tables 6 to 8 show results for various quantitative metrics of exposure.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

*Trends by cumulative exposure:* **Table 6** shows results from five publications that presented results based on a cumulative amount metric. Four of the studies were based on counts of numbers of powderings, while the Cook 1997 result was based on counts of the number of days on which powdering occurred. As can be seen by perusing the column of numbers of exposed cases, the Terry 2013 results dwarf the others in terms of the statistical information they contain. The Schildkraut study, with about one-tenth as many subjects as the Terry study, nevertheless has as many subjects as the other three studies combined. The relative statistical power of the different studies is also manifested in the width of the confidence intervals.

The evaluation of the statistical significance of a trend is not a methodologically straightforward endeavour. Of particular concern is the question of whether or not the test for trend among subjects in different "dose" categories should include or exclude the unexposed category.  My view is that it depends on whether or not the study results for Ever/Never exposure are part of the buffet of results presented by the authors. Namely, if the only result presented is a dose-response analysis, then it is appropriate to include the unexposed category as part of the study results. If the Ever/Never result is presented and then a dose-response analysis is conducted, it is preferable to maintain statistical independence of the two analyses by excluding the baseline unexposed category from the dose-response analyses. I will interpret the data from these studies in light of this interpretation of trend tests.

The three smallest studies in Table 6 show no evidence of a dose-response pattern. However, the estimates are so imprecise, as evidenced by the very wide confidence intervals, that they are virtually uninformative regarding the presence or the absence of dose-response.

When looking at the Terry 2013 results, which assemble data from eight teams and 10 studies, the confidence limits are much tighter and the estimates of RR much more precise. The p-value for trend (excluding the unexposed group) is 0.17. Nevertheless, with a reference value of RR=1.0 among unexposed, and with point estimates of RR in four quartiles of cumulative exposure of 1.14, 1.23. 1.22, and 1.32, these results are certainly

16 November 2018                                                                                        43

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

compatible with the presence of an underlying dose-response relationship. Note that the absence of statistical significance of the trend among the four exposed subsets is not equivalent to the demonstration of an absence of dose-response.  Similarly, the Schildkraut 2016 study results, while based on only two lifetime cumulative "dose" categories with point estimates of 1.16 and 1.67, are also compatible with a dose-response pattern.

*Trends by duration of exposure:* **Table 7** shows the results of those studies that presented RRs by duration of use. The Terry 2013 pooled analysis did not report results by duration of use; however, some of its constituent studies did so and are included here. The numbers in each of the duration categories in each of these studies is quite small, and consequently the RR estimates are very imprecise, with wide confidence intervals. The categorisation of duration differed quite a bit among the studies and it is not easy to compare results between studies. There is no indication of a dose-response relationship in these results. Though, the wide confidence intervals make it impossible to affirm that there is evidence against dose-response. Further, the largest study showing results by duration of use, Wu 2015, did find a significant increase in risk with increasing duration.

*Trends by intensity of exposure:* **Table 8** shows results of those studies that reported by intensity (i.e. frequency) of usage. This ignores duration of usage. Like the results in Table 7, the results in individual studies are based on rather small numbers and they entail imprecise estimates of RR. Also like Table 7, the pattern of results is equivocal. There is no clear evidence for or against an underlying dose-response.

The Berge 2018 paper also looked at dose-response. They only looked at trends by duration of usage and frequency of usage, analogous to my Tables 7 and 8. However they actually fitted continuous variable models and found that there were significant trends in risk by duration and by frequency of exposure. They did not examine trends by cumulative exposure, and in particular they did not use the results from the Terry 2013 pooled analysis, which in my view is the most informative evidence available on dose-response.

Penninkilampi 2018 looked at risk according to long duration of usage and found no trend. They also looked at cumulative exposure with total number of applications, and they reported a slightly higher RR for women with greater than 3600 applications (RR=1.42)

16 November 2018                                                    44

Report on talcum powder use and ovarian cancer                               Jack Siemiatycki

compared with women who had fewer than 3600 applications (RR=1.32). I cannot determine from the paper which studies were included in this analysis and in particular whether the pooled Terry 2013 dataset was included. While the Terry 2013 and Penninkilampi 2018 papers both contained some results on dose-response, they are not included in Tables 6-8 because they are not original data collection studies; like mine, their's is a review of other studies which are contained in Tables 6-8.As indicated above, all other things being equal, the best metric of the three quantitative ones is the cumulative exposure metric, and that is the one that happens to provide the most statistically reliable data. Thus, the evidence from Table 6 overrides the weaker evidence from Tables 7 and 8. The evidence from the Terry 2013 paper is the most important piece of evidence we have on dose-response.  The evidence from the Terry 2013 paper is compatible with the presence of a dose-response relationship between use of powder and ovarian cancer.

### 6.4    *Subtypes of ovarian cancer - in particular, serous invasive tumors*

Most studies that provide results on RR between talc powder and ovarian cancer provide results for all types of ovarian cancer combined.  Less than half of the published studies have also provided results of the associations between talc powder exposure and various subtypes of ovarian cancer.

To the extent that talc exposure might have different effects on different subtypes of ovarian cancer, there would be a clear advantage to segregating the evidence by type of ovarian cancer and evaluating the evidence for each subtype. The serous-invasive subgroup comprises over half of all cases, and the rest are split among several other histology-behaviour subgroups (mucinous, endometroid, clear cell, others, and these can be further subdivided by invasive or borderline).  Those latter subgroups entail very small numbers each and barely provide enough data, in most studies, to produce informative risk estimates. In those studies, where results were presented by histologic-behaviour subgroups, it is my judgement that there is no strong consistent pattern indicating that one subtype has higher risk than another. Of course, there is variability in point estimates of RR, but on the one hand the variability in RR estimates between ovarian cancer subtypes within studies is not greater than would be expected from chance variability (mostly, the

16 November 2018                                                                                              45

confidence limits overlap considerably), and on the other hand, from study to study, it is not always the same subtype that seems to have the highest or lowest relative risks.

In the largest assembly of cases subdivided by histologic subtype, the Terry 2013 pooled analysis, the results by subtype were as follows:

- Serous: n=1197; RR=1.24(1.13-1.35)

- mucinous: n=94; RR=1.06 (0.82-1.36)

- endometroid: n=304; RR=1.20 (1.03-1.40)

- clear cell: n=187; RR=1.26 (1.04-1.52).

Other than serous invasive tumors, there is no other subtype for which there are sufficient numbers of studies and sufficiently precise estimates of RR in each study to provide reliable estimates of the overall RR. While the results for endometroid and clear cell tumors show risks that are closely aligned with those for serous tumors, the result for mucinous tumors are so imprecise, because of the very small numbers of such tumors, that the estimated RR of 1.06 is very unreliable.

Consequently, and because there were multiple studies apart from Terry 2013 that presented results for serous tumors, I decided to conduct a meta-analysis for serous/invasive ovarian cancers, but not for other subgroups. The meta-analysis on serous invasive tumors will indirectly inform us also about the relative risks for other types of ovarian cancer. Namely, if the RR for serous invasive tumors is similar to that for all ovarian tumors, it will imply that the risks for other types (the complement of serous invasive tumors) will not be very different from the overall RR. If the RR for serous invasive tumors is much greater than that for all ovarian tumors, it will imply that the risks for other types (the complement of serous invasive tumors) are lower than the overall RR. Similarly, if the RR for serous invasive tumors is much lower than that for all ovarian tumors, it will

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

imply that the risks for other types (the complement of serous invasive tumors) are higher than that for all ovarian cancer.

Table 9 shows all the studies that reported results concerning the link between talc exposure and serous/invasive tumors. There were 8 informative studies, including Terry 2013, which carried by far the most statistical weight. The meta-RR estimate for serous/invasive tumours was 1.25 (1.1.15- 1.36).  This is very similar to meta-RR for all ovarian tumors, albeit based on a smaller number of informative studies. Thus there is no persuasive evidence in these studies, taken as a whole that the effect of talc differs by histologic subtype of epithelial ovarian cancer. That is, with such a tiny difference in RRs between that for all ovarian cancers combined and that for serous invasive ovarian cancers, it can be safely inferred that the RR for other types of ovarian cancer (the complement of serous invasive) would not be far from the overall RR of 1.28.

### 6.5   Conclusion from meta-analyses and dose-response considerations

**My opinion, based on up-to-date data and meta-analyses, is that the RR between ever perineal use of talcum powder products and ovarian cancer (all types combined) is 1.28 (95%CI 1.19-1.38). This result is highly statistically significant.**

We can rule out random variability as a possible explanation for the apparent excess risks.

Further, the examination of results according to the "amount" of exposure, and notably the cumulative exposure variable used by Terry 2013, shows that the higher the exposure, the higher the risk.

Such a pattern of findings can have only two possible explanations: it must be the result of some sort of bias or confounder that operated in multiple studies or it must be the result of a real causal association.

## 7.   Misconceptions and possible biases

In reaching my opinions, I have objectively looked at the data and scientific literature and considered the points of view of others who do not share the conclusions I have reached. There are generally two sources of disagreement: misconceptions of epidemiologic or

16 November 2018                                                              47

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

statistical concepts which I address below in Section 7.1 and professional judgement of the likelihood of errors and biases in the various epidemiological studies, which I address in Section 7.2.

### 7.1   Some prominent misconceptions in reviewing the evidence

Table 10 lists some prominent misconceptions, and I will address them here.

*Misconception: "Cohort studies are more valid and informative than case-control studies."*

As can be seen in Table 2, the case-control studies tended to produce higher RR estimates than the cohort studies. It has sometimes been claimed that cohort studies are more valid than case-control studies. There is no theoretical or practical reason why such a blanket assertion should be universally true. There are many factors that influence the validity of a particular result in a particular study and it cannot be reduced to any simplistic assertion that cohort studies are more valid than case-control studies, or vice versa. In the next section, I will go through a number of potential sources of distortion of results from epidemiologic studies, and I showed that some of them might occur in cohort studies, some in case-control studies, and some in both.  Some of these distortions very likely occurred in some or all of these studies that provide data on talc and ovarian cancer. On balance, I believe the results of each of these case-control studies concerning female use of powders and ovarian cancer are credible, and perhaps more so (for reasons given in section 7.2), than the analogous results of each of these cohort studies.

*Misconception: "Hospital-based case-control studies are more valid and informative than population-based case-control studies."*

In a case-control study, the design objective is to define a study base, or a population base, in which the cases might occur, and to identify representative samples of cases and of controls in that study base. The purpose of a control group is to provide an estimate of the prevalence of exposure to the factor under study in the base population that gave rise to the cases. In many instances, the best source of controls for case-control studies is a population list of some sort. But sometimes using a population list is not feasible or

16 November 2018                                                                      48

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

desirable, and an alternative can be to select controls from among hospital patients with conditions other than ovarian cancer. This was done in some of the ovarian cancer case-control studies.

The most common generalization made by epidemiologists is that population-based case-control studies are more valid than hospital-based case-control studies. In fact, neither this nor the opposite statement that I articulated as a Misconception, is universally correct. Validity of a case-control study depends on the specific design features and circumstances of the study.

It is possible that some types of hospital controls have patterns of usage of powders that are different from those of women in the general population, either because the powders are actually causally associated with the diseases that those women have or because their disease or condition that led them to be hospitalised induces some women to take up the use of such powders. If such a mechanism was present in a hospital-based case-control study, it would likely lead to an artificially attenuated RR, not an artificially inflated RR.

*Misconception: "Counting the number of statistically significant results is a valid way of assessing consistency of results among multiple studies."*

This misconception betrays a lack of understanding of statistical significance. As can be seen in Table 2, several of the individual studies listed in my meta-analysis did not find a statistically significant increase in RR. This has been cited by some as evidence that there is no real causal link.

In fact, meta-analysis is a method that was developed precisely because counting significant results is an invalid way of synthesising knowledge. Namely, a result from a single study may fail to achieve statistical significance either because there is no risk in that study, or because the statistical power of the study was limited. Meta-analysis was developed in order to combine evidence from multiple studies that may be under-powered on their own, but when combined show an effect that might be statistically significant. The meta-analysis cannot conjure a statistically significant meta-RR if the individual study RRs do not systematically lean in the direction of an excess risk, and they do so in the area of talc and ovarian cancer to a degree that cannot be explained by random fluctuation.

16 November 2018                                                                          49

Report on talcum powder use and ovarian cancer                                        Jack Siemiatycki

---

*Misconception: "You cannot prove causality with an RR less than 2.0."*

There is nothing in epidemiologic theory or practice that justifies such a statement. Indeed, this assertion about an RR $\geq$ 2.0 threshold does not exist in epidemiology. There are many well-established causal relations where the RR is less than 2.0. Table 11 lists a number of such examples. In clinical medicine also, it is very common to strive to find therapies that reduce the risk of death from some disease by as little as 10%, and several such discoveries are well documented and have been integrated in medical practice, even though the change in risk is small.

*Misconception: "If a product has been used for a long time it must be safe."*

It has been argued that since talc powder has been used for many decades by millions of women (and men and children), it has stood the test of time and should be considered safe. This is a specious argument.

Most agents in our environment or in our lifestyle which are now considered dangerous were used for decades or centuries without falling under a cloud of suspicion. These include such factors as cigarette smoking (many cancers and cardiovascular disease), asbestos (lung cancer), sunlight (skin cancer), ingesting very hot liquids (esophageal cancer), and many others.

*Misconception: "Government agencies provide the most reliable and authoritative statements regarding the lack of carcinogenicity of talc."*

Various national and international agencies have websites which list carcinogens. Examples are: National Cancer Institute (NCI), National Toxicology Program Report on Carcinogens (NTP-RoC), International Agency for Research on Cancer (IARC). It can be argued that these agencies, which undoubtedly have scientific credibility, would not put on their websites information that is out of date or invalid. However, that claim is false.

IARC has a rigorous evaluation process which is considered quite authoritative throughout the world, including in the U.S. But the evaluation is carried out at a certain point in time. The last time talc was evaluated by IARC was in 2006. Based on the evidence available then, the panel rated talc as a "possible" carcinogen. Additional evidence has been accumulated

---

16 November 2018                                                                         50

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

and come to light since then, but there has not been a new evaluation by IARC. (There are potentially thousands of agents to evaluate, and IARC has resources to only evaluate a few each year. Thus they cannot keep re-evaluating the same ones as soon as new evidence is published.)

NTP-RoC is a congressionally-mandated program whereby the agency is obligated to periodically publish lists of known and suspected carcinogens. Unlike IARC, it appears that the people who make the decisions are internal RoC scientists, rather than external experts, with advice from outside experts. Also unlike IARC, the biennial reports only contain listings of those agents that have been deemed to be definite or likely carcinogens, so there does not seem to be a statutory listing of all agents that have been considered. From the minutes of a meeting of the Board of Scientific Counsellors of NTP held in 2000, it appears that the issue was deferred. I am not aware that the RoC has conducted a subsequent review of talc; although, when renominated in 2004, NTP deferred to IARC.

NCI provides a website for doctors where they indicate for each type of cancer, what are the known risk factors. Based upon my understanding, they do not carry out a rigorous evaluation along the lines of the IARC evaluations or even the NTP evaluations. It is a rather superficial process compared with the IARC process and it depends on the existing knowledge of the committee members which in a short time opines about possible associations between each of the scores of cancer types and scores of potential risk factors. This is not to argue that the members of these committees are less expert than the members of the IARC committees, but the NCI committee members have a short time (apart from their main jobs) to review hundreds of possible factor-cancer associations, whereas the IARC committee members have weeks to review just a few.

Scientists and public health agencies regularly consult the IARC evaluations and those of the NTP. The NCI website for doctors is not considered an up-to-date and cutting edge source of information. This is, of course, no reflection on the gravitas of the NCI as a whole, which has much more invested in its original research mission than in its website for doctors.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

There are other organizations which may put some information about causes of cancer on their websites.  Importantly, I have not seen any agency or organization, including the FDA, that conducted a rigorous evaluation of the epidemiologic and non-epidemiologic studies like we did at IARC in 2006.

*Misconception:* "*A biological mechanism must be proven before we can establish causality*"

There are innumerable examples in medical history of discoveries of risk factors or treatments that did not require knowledge of the mechanisms of pathogenesis in order to determine causality.  I have compiled a few such examples from medical history and show them in **Appendix C**.

Very often, the initial suggestion was met with scepticism from the vantage point of biologic plausibility. In fact, very seldom have the essential features of biologic plausibility been worked out by the time the epidemiology has convincingly demonstrated that the association is causal. This can be asserted for the early discoveries such as the cancer causing effects of certain chemicals in dye production facilities, certain metals in various heavy industry facilities, certain emissions of combustion of fossil fuels, ionising radiation, and even cigarette smoking. In most of these examples, it was decades after the epidemiologic evidence became convincing that credible mechanistic theories were proven; though, for some, the biologic mechanisms remain unknown.

Indeed in the guidelines of the IARC Monographs, it is stated that if there is "sufficient" evidence of a risk of cancer from epidemiologic studies, then irrespective of the evidence from animal experimentation and other biologic evidence, the agent in question should be considered a Group 1 carcinogenic agent. My point here is that the demonstration of a proven biologic mechanism is not a prerequisite for demonstrating that an agent is a human carcinogen. Reliable empirical epidemiologic evidence of an association is a sufficient basis for demonstrating causality; the presence of a credible biologic mechanism enhances the degree of proof, though that often lags decades behind the general recognition of causality, as exemplified by the examples in Appendix C.

It is not my opinion that we should ignore or set aside consideration of biologic plausibility. As Hill (1965) indicated in outlining the thought process for establishing causality, biologic plausibility is one of the dimensions to be considered. But, he also cautioned that, "this is a feature I am convinced we cannot demand". Thus, as I have done in other contexts in regard to other putative carcinogens, I am able to draw causal inferences about talc irrespective of whether a causal mechanism has been proven.

*Misconception: "Bradford Hill criteria comprise a checklist of necessary conditions"*

As I explained in section 4.2, the "aspects" that Hill listed are not "criteria" and they are not necessary. This point has been made and is widely accepted by epidemiologists. The list of "aspects" in Hill's original paper have been rephrased and reworked in many textbooks and by most agencies that refer to them. They provide a framework and not a checklist.

## 7.2    *Alternative explanations - Biases and errors*

Before inferring that the strong statistical evidence that use of powder in the perineal area by women is associated with ovarian cancer may represent a causal relationship, I considered alternative explanations for these observations. In this section I will consider a number of potential sources of distortion of the risk estimates, under various rubrics. Some of the potential sources of distortion are unique to cohort studies, some are unique to case-control studies, and some can affect both types.

### 7.2.1    Bias due to non-response or non-participation

This is a potential source of bias in case-control studies.

Among all potential cases and controls who meet the study's eligibility criteria, some participate and some don't. The most common reasons for non-participation are: refusal; inability of the researchers to contact the person because they moved or are too sick or died or are otherwise unavailable; if access to the subject is via the treating physician or medical staff, there could be obstacles at that level. If the factor under study, hygiene powder use, is correlated with the likelihood of participation and if the participation rate is low, this could lead to biased estimates of RR. Such bias could artificially inflate or deflate the RR depending on how the various variables are related to each other. If response rates

are low, say below 70%, and differential both by case-control status and by exposed – non-exposed status, this could lead to biased RR estimates. For such a bias to explain the outcomes seen, it would require quite strong associations between likelihood of participation and powder use, and quite strong differences in such associations between cases and controls.  In my opinion, it is very unlikely in the context of these studies that response rate differentials would be great enough to induce such large bias.

### 7.2.2   Recall or reporting bias

This is a potential source of bias in case-control studies.

Because the exposure history is collected retrospectively, it is subject to both non-differential recall errors (see below), and to recall or reporting bias between cases and controls. Cases and controls may have different motivation and proclivities to recall and report use of powders. If it were true that cases had a greater tendency to over-report powdering history or if controls had a greater tendency to under-report powdering, then this would lead to an artefactual exaggeration of the RR.

There are a few possible causes of such differential reporting. First, it might be hypothesized that there is a general tendency for cases in case-control studies to acknowledge behaviours or exposures with much greater frequency than controls just because they are more invested in the research than are controls. They may wrack their brains during the interview to find instances of the queried behaviour or exposure that controls don't pay much attention to during the interview, because the controls just "want to get the interview over with". If this were the case, we would systematically see elevated RRs from case-control studies for all manner of variables in all kinds of studies. But in my experience, this does not occur. (I have conducted many case-control studies, each study eliciting information on many lifestyle factors and exposures. It has not been the case that cases systematically report more exposures than controls.)  Furthermore, and more pointedly, if such a phenomenon were operative in these case-control studies of ovarian cancer, we would see elevated RRs when women were questioned about the use of powders on other parts of their bodies than the perineal area. In fact, several studies did ask such questions. In the Terry 2013 analyses, based on very large numbers of women, the

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

overall RR for ever use of hygiene powder on non-genital areas of the body was 0.98 (0.89-1.07), in stark contrast to the analogous result for genital use of 1.24 (1.16-1.33). In other words, when questioned about powdering in non-genital areas, controls were as likely to say "yes" as cases. Clearly there was no tendency for cases to indiscriminately report exposures more frequently than controls.

A second possible reason for such a situation to arise is if there was widespread knowledge about powdering being under suspicion for ovarian cancer. In such a situation women who have heard about this might internalize the notion that powdering may have caused their cancer, and they might ruminate with such intensity on the notion that they might imagine that they had used powders at some point in the past. But for most of the period of data collection in these studies, there was very little public discussion of a possible linkage between powdering and ovarian cancer and I doubt if more than a handful of the thousands of women interviewed in these studies would have heard of such a hypothesis before being interviewed.

In my opinion recall bias is not likely to have produced the kinds of RRs we see in these studies.

### 7.2.3   Non-differential (or random) error in recall or reporting of exposure to powders

This is a potential source of bias that would affect both case-control and cohort studies, but not exactly in the same ways.

Reporting past history of activities and exposures is always subject to some degree of error; it can result from ambiguity or misunderstanding of the questions, failures of memory, or inattention. And this is certainly true for history of powdering. If such error is non-differential (i.e. equally present for cases and controls in the case-control context) it has an effect on RR estimates that is rather predictable. Namely, as I explained above, it has the effect of artifactually decreasing the RR. The degree of attenuation is roughly proportional to the degree of error or misclassification. If there really is a causal association between powdering and ovarian cancer, then we can be rather certain that the true RR is higher than what we can see in the various studies that have reported RRs.

16 November 2018                                                                              55

Furthermore, we might make some reasonable inferences about the impact of reporting error on dose-response trends as well as on the overall RR. It is reasonable to surmise that the amount of reporting error is quite a bit higher for the details of past usage (duration of usage, intensity and frequency of past usage) than it is for the simple fact of usage. That is, there is less error in a woman's report of whether or not she ever used powders on a regular basis than in her report of the details of the usage, even if powdering behaviour may be a relatively stable habit. The consequence of this is that the RR based on ever/never usage (Table 2) is less subject to artefactual attenuation than the RRs based on categorizing the duration or intensity or cumulative amount of usage (Tables 6-8). This is a possible explanation of why there has been a much clearer signal of elevated RR for ever/never usage than there has been for dose-response.

There is likely to be more measurement error of exposure to powders in cohort studies than in case-control studies, for several reasons. First, because the cohort study questionnaires attempted to broach topics that could be relevant to many types of cancer and indeed many diseases, the questions posed in the cohort study questionnaires about talc powder use tended to be much briefer and probably less effective at eliciting valid information than the questionnaires used in case-control studies of ovarian cancer.  For instance, the cohort studies did not elicit information on timing or duration of past usage, and one of the cohort studies did not even attempt to elicit information about use of talcum powder products over 12 months before the interview.  Second, whereas a case-control design involves a woman looking backwards over her life from the time of incident cancer onset and thereby addressing the entire relevant period of potential exposure, the woman in a cohort study reports on her past usage as of a certain point in her life, but there may be 10-20 years subsequent in which her habits could have changed, and of which the cohort study has no knowledge. The women in the cohort studies were "locked into" their exposure category at baseline of the cohort study. If there were women who in fact started using powders after the baseline, they would be incorrectly labelled as non-users. And, if there were indeed a risk associated with use of talc powders, the risk estimate would be diluted by the incorrect inclusion of users among non-users.  Accordingly, the longer such subjects are followed, the more likely such misclassification is to occur.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

The age at which information is collected is a relevant consideration. In most case-control studies, the mean age of the study subjects was between 50 and 60. In the NHS cohort study the mean age at baseline questionnaire was around 40 and in the WHI it was over 60. In each study, women were asked about their past history of powder usage. Clearly the WHI women had a further stretch of time to consider than the women of the NHS and even of the case-control studies.

A particular form of measurement error may well have occurred in the Gonzalez 2016 study and produced even more attenuation of RR estimates. Namely, in their brief questionnaire on talc exposure, the question was formulated to ask women about their use of powders in the 12 months preceding the interview. While exposure to talc over the past 12 months may be correlated with exposure over the entire etiologically relevant period, which might go back decades in the life of the woman, the correlation is probably weak, and this is another source of measurement error.

### 7.2.4    Short follow-up periods for disease ascertainment

This is a potential source of bias that would affect cohort studies.

In a cohort study, if the period of follow-up after baseline is relatively short; and if the latency period between exposure and cancer is long, the excess risk may not be detectable because cases that would occur after long latency have not had time to occur. If this did occur, it would lead to an artificially low RR estimate.

This could have been an issue in the initial publication from the NHS, the Gertig 2000 paper. As of the Gates 2008 and Gates 2010 analyses of the NHS, the follow-up period was probably long enough and this bias should have abated. For the WHI study it was likely an issue in the Houghton 2014 paper, and it would remain so until there is much longer follow-up. It would also be an issue in the Gonzalez 2016 paper from the Sister Study, which had only 6 years of follow-up after exposure was ascertained.

### 7.2.5    Diagnostic error

This is a potential source of bias that would affect both case-control and cohort studies, but not exactly in the same ways.

16 November 2018                                                                  57

The diagnosis of cancer is never error-free. And details of histology and staging are even more error-prone. Further, there are trends in diagnostic criteria and methods over time, as well as in the terminology and classifications used. So what we observe in these various studies of ovarian cancer represents imperfect estimates of true biologic/pathologic status. The impact of such "errors" is mainly the same as exposure measurement error, namely it would tend to artificially reduce RR estimates. Since most case-control studies start from hospital-based cancer diagnoses as the point of entry, they usually have reasonably valid diagnostic information.

In general, cohort studies tend to be more vulnerable to this source of error and bias, because disease diagnosis information is often obtained from sub-optimal sources, such as the information provided by the study subject or her family, or information obtained from death certificates. In the three cohort studies included in the meta-analysis, there were high quality verifications of diagnostic information that had been provided by the women or their families. But such verification may not be as reliable as information coming straight from hospital pathology or oncology services. I expect that this was not a major issue here, but to the extent that it did operate, it too would have led to some additional attenuation of RR estimates, as I explained above.

### 7.2.6   Initiation of powdering as a result of ovarian cancer

This is a potential source of bias that would affect case-control studies.

It has been speculated that women with early symptoms of ovarian cancer might take up the use of powders to help with relief of their symptoms. If so they might report that they used powders before their cancer was diagnosed and this could artificially inflate the RRs. While the women are usually questioned about the period before their cancer was diagnosed, there could be some "telescoping" so that women who start dusting after diagnosis respond in the affirmative to the questionnaire.

In the same vein, it has been speculated that treatment for ovarian cancer might produce side effects that could be relieved by powdering. And again, it might be posited that women ignore the instruction to refer the exposure question to the time before the onset of the cancer.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

If the early symptoms of ovarian cancer provoke some women to start dusting the perineum to relieve some of the discomfort, or if the treatment provokes women to start dusting, this would lead to an artefactual excess RR.

I have not found any empirical evidence to support this hypothesis.

In the few datasets I have seen which describe the age distribution of initiation of powdering, there were very few patients who started in the year or two before diagnosis of the cancer. I am inclined to believe that it is virtually a non-issue, and that if it operated at all, it would only have operated on a handful of the thousands of women who were part of the various case-control studies.

### 7.2.7   Confounding

This is a potential source of bias that would affect both case-control and cohort studies.

If women who use powders are also more likely to be exposed to other risk factors for ovarian cancer, then it might distort the relationship between powdering and OC. The direction and the degree of distortion (bias) that would be induced depends on two components, a) the true association between the confounder and ovarian cancer, and b) the association between the confounder and dusting behaviour. Thus, depending on the direction of these two component associations, the confounding can result in artificially decreased or increased RRs. Typically, the degree of confounding is much lower than the strength of the association between the confounder and ovarian cancer. In order for a confounder to induce an artificial RR of 1.25 for dusting, it would have to have an RR much greater than 1.25 with ovarian cancer and a fairly strong correlation with dusting behaviour. Given that the main studies have controlled for the main risk factors, I consider it unlikely that this operates. Table 1 shows the covariates that were controlled for in each study, and while there is some variability between studies in the list of covariates, the main known potential confounders (age, BMI or weight, parity) have been controlled for in almost all studies. It should be noted that while smoking is a well-established risk factor for many types of cancer, it is not a risk factor for ovarian cancer; thus, there is no need to control for smoking status in studies of ovarian cancer.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

A thorough and reliable investigation of potential confounders was conducted by Cramer (2016); in the large database of New England-based studies, they explored the potential confounding effect of a host of personal characteristics including demographic, reproductive, hormonal, comorbidities, activities, and exposures. None of the covariates that they explored had any meaningful confounding effect on the association between talc and ovarian cancer.

### 7.2.8   Publication bias

This is a potential source of bias that would affect case-control and cohort studies.

This refers to the tendency for some evidence never to "see the light of day". Namely, when results are "negative" or "null", it may be that investigators never bother to submit them for publication, or alternatively, that editors refuse to publish them. This happens, most likely, when the hypothesis under study is not particularly topical or controversial, and when the study is small. In the talc-ovarian cancer literature this would have been more likely in the pre-2000 era when there was much less scientific interest in the hypothesis linking talc to ovarian cancer. As a sensitivity analysis, I conducted a meta-analysis on the subset of studies in Table 2 that had at least 20 exposed cases. That is, I eliminated the studies from that stratum of the universe of studies that were most susceptible to publication bias.  The resulting meta-RR was almost identical to those shown in Table 4.  Because this has been a somewhat controversial topic in epidemiologic circles over the past 20 years, I doubt if there were large important studies with null findings on talc-ovarian cancer that went unpublished.

In their meta-analyses, Berge 2018 and Pennikilampi 2018 both showed funnel plots of the results. These are meant to detect so-called publication bias. Both of those analyses concluded that there was no publication bias.

In summary, I consider that the observed association between talc and ovarian cancer is not an artefact due to publication bias.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

#### 7.2.9   Summary comments regarding biases and errors

While the results of epidemiologic studies strongly supports the hypothesis of an association between perineal use of powders and risk of ovarian cancer, we must be wary of potential sources of error and bias that can distort an association before concluding that this association is causal. I have therefore gone through the plausible sources and types of error and bias that could potentially explain the positive association seen across the relevant studies to ascertain how likely it is that each such type was actually operative and, if so, what the nature of the impact may have been. These evaluations are based on my professional opinion as an epidemiologist having conducted, reviewed, and evaluated many hundreds if not thousands of epidemiologic studies.

Of the various types of error listed, some could artificially inflate the RR estimates and some could artificially decrease the RR estimates. Some are likely to have occurred and some are unlikely to have occurred. The one that certainly occurred and that has a non-trivial attenuating effect on RRs is random exposure misclassification (section 7.2.3). As explained above, if there is a true association, then the true RR is almost certainly greater than the estimates seen in these studies and in the resulting meta-analyses. Other types of error and bias that are highly likely to have occurred are the two that are specific to cohort studies. Namely, the Nurses' Health Study papers (Gates 2008 and Gates 2010) almost certainly suffered from an attenuated RR estimate because of the compromised reference category of "unexposed" while the Women's Health Initiative paper (Houghton 2014) and the Sister Study paper (Gonzalez 2016) almost certainly suffered from a too short follow-up period (section 7.2.4).  In my opinion, the occurrence and the possible impact of other listed types of bias and error are more speculative, and less likely.

Consequently, in my opinion, the observed association between talcum powder products and ovarian cancer is unlikely to be explained by any methodological problems with the studies.

### 8.    Bradford Hill guidelines applied to talc and ovarian cancer

The Reference Guide on Epidemiology of the Manual on Scientific Evidence (2011) states: "There is no formula or algorithm that can be used to assess whether a causal inference is

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

appropriate based on these guidelines." These guidelines are simply aspects that might be considered in assessing causality. I will give my assessment of how the evidence regarding talcum powder products and ovarian cancer fit into those aspects. I will use the version listed in the Reference Manual on Scientific Evidence. While there is no objective basis or scientific precedent or "scientific jurisprudence" for quantification or weighting of the various "aspects", to help the reader to understand the relevance that I attached to each "aspect" in my evaluation, I will provide an informal ranking of the importance that I attach to each aspect, in the specific context of the assessment of causality of evidence regarding talcum powder products and ovarian cancer. I will list the aspects in descending order of importance that I attach to them.

My opinions are briefly summarized in **Table 12**.

### *Highly important aspects in my weighting*

There is a set of B-H aspects that are utterly inter-related and cannot be disassociated one from the other. In combination, they represent the most important aspect to consider in evaluation of causality of talcum powder for ovarian cancer. These include strength of association, dose-response, consideration of biases, and consistency of findings.

<u>Strength of the association</u>. This can embody both the magnitude of the RR and its statistical significance. The meta-RR estimate is 1.28. That means that the best estimate from the epidemiologic literature is that women who regularly used talcum powder products in the genital area had 28% higher risk of ovarian cancer than women who did not use such powders. As I illustrate in Table 11 with a few examples, this RR is in line with many well-recognized risk factors for cancer and other diseases. For example, it is well accepted now that people living in an urban neighborhood in which the air is highly polluted with particulate matter have between 5% and 10% excess risk of lung cancer compared with people living in a less polluted urban neighborhood. Also, it is well accepted now that workers exposed to a solvent called trichloroethylene have about a 40% higher risk of kidney cancer compared with workers not exposed to trichloroethylene. Thus, the 28% increase of ovarian cancer for women who used talcum powders is in line with many recognized risk factors. This increased risk as manifested by the meta-RR is highly

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

statistically significant.  (Note that the statistical significance of individual studies is irrelevant to the consideration of causality; it is the totality of evidence embodied in the meta-analysis that counts.) Such a high and significant meta-RR could not have occurred by chance. This is a very important factor in how I view the evidence of causality, and it supports causality.

Dose-response relationship.  If the relative risk increases when the exposure increases, it enhances the likelihood that the observed association is really causal. In studies of lifestyle habits like use of talcum powder products, the most common way is to estimate the RR in increasing categories of exposure metrics such as duration (years) of usage, or intensity of usage (frequency per day or per week or per month), or cumulative amount of usage (a combination of duration and frequency). The most sensitive of these metrics is the cumulative amount. I evaluated the published studies reported on risks according to the different metrics. By far, the most important set of results on dose-response is that from the Terry 2013 pooled analysis of 10 studies using the cumulative exposure metric. And, the next most important from a statistical weight point of view is that from Schildkraut 2016. In both of those studies, there is a clear indication of increasing risk with increasing cumulative exposure.  Since the statistical power to detect a trend is less than the power to detect an overall risk, it is not surprising that the p-value for trend does not attain the conventional 0.05 level, but it remains true that these studies support a dose-response. This is an important consideration in my assessment of causality, and the evidence on dose-response that our IARC committee had available in 2006 was much less persuasive than the evidence available now.

Consideration of alternative explanations - absence of bias. There are many potential sources of bias in observational research, including in epidemiology. It is important to consider the presence of bias in each study performed or reviewed in an evaluation of causality.  The possibility of bias is so multifaceted that it is impossible to reliably assign an explicit score to the likelihood of bias in a study or in a body of studies. It is also important to understand that identifying a potential source of bias is not tantamount to identifying the presence of bias. In section 7.2, I have reviewed the potential role of several types of biases and errors

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

that can bedevil such research. I concluded there that none of those factors would cause the apparent associations.

Consistency of findings between studies (or replication of findings). Because epidemiologic research is susceptible to errors from random variability and from different kinds of study biases, before accepting the apparent association as a generalized phenomenon, it is important to see that similar results are replicated in different studies. When these different studies also encompass different study populations in different communities, it enhances the generalizability of the inferences. Generally speaking, the observation of consistent results in different studies adds to the credibility of an inference that there really is a causal relationship. In my review of the published epidemiological studies and meta-analysis, I am impressed by the consistently elevated risk across studies. Almost all of the 30 or so studies have produced an RR greater than the null (neutral) value of 1.0. If there really were no association between talcum powder use and ovarian cancer, we would expect to see as many RRs lower than 1.0 as higher than 1.0. The pattern we see is like flipping a coin 30 times and getting a heads 28 or 29 times. The individual study RRs are not all necessarily statistically significant, but that is irrelevant because most individual studies did not have sufficient statistical power to detect RR in the range of 1.2-1.4. It is the statistical significance of the meta-RR, representing the combined evidence that has the requisite power, and that excess RR is highly statistically significant. I place great weight upon this evidence of causality and, here, believe it to be amongst the most important findings.

***Moderately important aspects in my weighting***

Temporal relationship. Exposure should be seen to have preceded disease. It is almost a logical truism. This is the only aspect that Bradford Hill considered to be necessary. In all of the studies I reviewed, the information elicited about talc exposure concerned the time period before cancer onset. Since it is so obviously important, the reader may wonder why I place lesser weight on this aspect. It is simply because the presence of this condition of temporality is so obvious in these studies.

Biological plausibility (coherence with existing knowledge). It is both conventional and natural to consider whether any putative association is biologically plausible. The notion of

16 November 2018                                                                                            64

Report on talcum powder use and ovarian cancer                     Jack Siemiatycki

biological plausibility is multi-facetted. In the case of talcum powder products and ovarian cancer, it can include such issues as: how such powders have been used, female anatomy and physiology, toxico-kinetics and toxicology of talc, in vitro and in vivo mechanisms of carcinogenesis, and others.

The first thing to note about this aspect that Bradford Hill listed is that it is called "biological plausibility", not "biological proof". That is, there was never any implication that a determination of causality should rest on a demonstrated proven biological mechanism. Hill was always reserved about this aspect, stating that it was not an essential prerequisite to establishing causality. As I have mentioned above, it has been common in the history of medicine and epidemiology for the elaboration of a validated biological mechanism to come much later than the discovery and demonstration of a causal association. Appendix C gives a handful of such examples but there are scores more.

Insofar as the issue of talcum powder products and ovarian cancer is concerned, there is evidence to support a few biologically plausible mechanisms.  First of all, there are two possible routes that talcum powder products can take to reach the ovaries. There is published evidence that talcum powder products (and its constituents and contaminants) that are applied to the vaginal area can migrate from there to the fallopian tubes and ovaries (Venter 1979; Henderson 1986; Heller 1996) or to pelvic lymph nodes. (Cramer 2007)  In addition, as has been hypothesisized and partially demonstrated in the discussion of asbestos and ovarian cancer, such particles might reach the ovaries via inhalation and translocation. (Miserocchi 2008; IARC 2012) Once the particles reach the ovaries, carcinogenesis can be triggered by the inflammation engendered by the particles. (Ness 1999; Ness 2000) There is considerable evidence that inflammation is an important mechanism for carcinogenesis (Coussens and Werb 2002; Grivennikov 2010). Alternative plausible mechanisms of carcinogenicity include talc induced oxidative stress (Buz'Zard 2007; Saed 2017; Fletcher 2018), and genotoxicity (Shukla 2009).

The evidence that commercial cosmetic talcum powder products have been shown to contain asbestos, fibrous talc, and heavy metals (Blount 1991; Paoletti 1984; Longo et al 2017, Crowley report 2018) provides a reasonable basis for hypothesizing that these

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

chemicals may contribute to the carcinogenicity of the talcum powder products. Asbestos is a well-known carcinogen, as are chromium and nickel compounds. It is plausible that any of these, in contact with the ovaries, can be carcinogenic.

The fact that there are credible biologically plausible mechanisms by which talcum powder products can reach the upper genital tract causing an inflammatory response, along with the presence of asbestos fibres and other carcinogens is an important consideration in support of my opinion that the genital use of talcum powder products can cause ovarian cancer.

### Aspects of lesser importance in my weighting

Cessation of exposure.  It is rare that there is valid evidence available to assess the impact of cessation of exposure in an observational study. In the studies on talcum powder and ovarian cancer, there is no evidence one way or the other concerning the effect of cessation of exposure. This aspect is not applicable and I place almost no weight on it.

Specificity of the association.  This aspect is premised on the notion that an agent-disease association is more likely to reflect a causal association if the agent is not also associated with other diseases. In the 1960's, this seemed like a reasonable argument. In light of evidence from the past 60 years, this argument is no longer made and this aspect has fallen out of usage with the demonstration that some agents can indeed provoke multiple different pathologies. Examples include cigarette smoking, ionizing radiation and asbestos fibers.

So, I do not place much stock in this aspect. However, if I did, I would have to say that genital exposure to talc is associated with ovarian cancer and no other morbidity, which supports the 'specificity' of the relationship."

Analogy

Hill argued that if the agent is similar to another agent that has been shown to be a cause of the disease, then the agent under investigation is more likely to be a cause. The fact that exposure to asbestos fibers can cause cancers in lung, larynx mesothelial tissue and ovaries (IARC 2012) can indicate that, by analogy, talc, which is similar in some respects, might be

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

___

able to induce carcinogenesis. Thus, there is an argument for an analogy between talc and asbestos. While this aspect supports causality in Hill's framework, I consider it much less important an aspect than the ones listed above.

Coherence with other types of knowledge: Coherence with other knowledge can encompass a multitude of possibilities.  This aspect is both vague and very open-ended, with no real operational instruction on how to use it. Hill gave an example in his paper, but the example was only applicable to tobacco and lung cancer. This is an aspect that, if it can be demonstrated, can enhance the likelihood of causality, but its absence cannot detract from causality. I don't consider it to have much weight in this context.

## 9.     Contrast with IARC Monograph and other reviews

The 2006 IARC Monograph meeting, which I chaired, found that a causal relationship was "possible" between perineal talc powder exposure and ovarian cancer.  I concurred with that evaluation.

It is now my professional opinion, based on the totality of the evidence that, to a reasonable degree of scientific certainty, the causal relationship between perineal talc powder exposure and ovarian cancer is "probable. "

What has changed in the years since the IARC review?

The RR estimates in Table 2 are remarkably consistent in showing a highly statistically significant excess risk. The number of published study results and scientific literature addressing the epidemiology, toxicology, molecular biology, and mechanistic studies has increased since 2006, and the evidence of excess risk has been consistently demonstrated across the past three decades.

The various possible biases that are on the table remain substantially similar to the ones that were considered by the IARC panel. At the time, we were not convinced that the apparent excess risk could be explained by those potential biases or confounding.  As stated above, my review of the relevant studies and potential biases has led me to conclude that bias does not explain the consistent increased risks seen across the credible studies.

___

16 November 2018                                                                                67

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

There is important new information with regard to the issue of dose-response. Contrary to the impression that the IARC panel had of a total absence of dose-response, and even a possible trend in the opposite direction, the results of three recent publications, Terry 2013 and Schildkraut 2016, using cumulative exposure metrics, and Wu 2015 using duration of exposure, all demonstrate a clear compatibility with a dose-response relationship. The recent meta-analysis of Berge 2018 supports the presence of dose-response in both duration and frequency of use. The most convincing of these is the Terry 2013 pooled analysis, which assembled a larger dataset than all other attempts to assess dose-response combined. Clearly, earlier reviews could not have integrated the results from these recent studies.

It is my opinion, based upon the above the data, there is evidence of a dose-response relationship. Penninkilampi 2018 has recently expressed a similar opinion.

Report on talcum powder use and ovarian cancer                               Jack Siemiatycki

## 10.   Conclusion

The totality of evidence demonstrates that perineal or genital use of talcum powder products is associated with ovarian cancer. Based on contemporary data, my estimated RR between ever perineal use of talc powder products and ovarian cancer (all types combined) is 1.28 (95%CI 1.19-1.38).  The body of epidemiologic evidence is remarkably consistent in demonstrating an excess risk. The evidence summarized in Table 6 is compatible with the presence of a dose-response relationship between cumulative exposure to talcum powder products and ovarian cancer. There are various potential sources of bias in these studies, some of which could have inflated the true RR estimate and some of which would have deflated the true RR estimate. Apart from random measurement error, which is inevitable in such studies and which tends to deflate the RR estimates, there is no certainty that the other potential biases were in fact operative and to what degree. It is my opinion, however, that neither bias nor confounding explains the consistent positive association seen across studies.  Additionally, there are biologically plausible mechanisms by which talcum powder products can cause ovarian cancer.

Based on the totality of the evidence, it is my opinion, to a reasonable degree of scientific certainty, that the perineal use of talcum powder products can cause ovarian cancer. Given the seriousness of ovarian cancer and its associated morbidity, this causal risk represents an important public health issue.

Report on talcum powder use and ovarian cancer                     Jack Siemiatycki

**11.   Tables**

Report on talcum powder use and ovarian cancer                          Jack Siemiatycki

Table 1. Steps in my evaluation of general causation between talcum powder product use and ovarian cancer

1.    Identify all epidemiology study papers that present results on talc and Ovarian Cancer.

2.    Extract all RR results from every paper into a database.

3.    Determine which of the papers and results present truly independent relevant results.

4.    Extract from each study the RR for Ever/Never use of talc in the genital area in relation to OC risk.

5.    Conduct a Meta-analysis.

6.    Examine the evidence about a possible dose-response relationship.

7.    Consider issues of bias, confounding and other sources of error in the various studies.

8.    Consider relevant opinion pieces, review articles, and agency reports.

9.    Consider opinions from experts regarding possible biological mechanisms.

10.   Consider all relevant aspects of association to infer causation.

11.   Write report.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Table 2. Relative risk estimates between ever regular use of talcum powders products[1] in the perineal area and ovarian cancer[2], from various studies used in the Main Meta-analysis or in one or more of seven sensitivity analyses

| Author | Included in Main meta-analysis | All tumours | | |
| | | Number exposed cases | RR[3] | 95% CI[4] |
|---|---|---|---|---|---|
| Booth 1989 | ☐ | 141 | 1.29 | 0.92 | 1.80 |
| Chen, 1992 | ☐ | 7 | 3.9 | 0.91 | 10.6 |
| Cook 1997 | ☐ | 159 | 1.5 | 1.1 | 2.0 |
| Cramer 1982 | ☐ | 60 | 1.55 | 0.98 | 2.47 |
| Cramer 2016 | | 642 | 1.33 | 1.16 | 1.52 |
| Gates 2008 | | 57 | 1.24 | 0.83 | 1.83 |
| Gates 2010 | ☐ | 231[5] | 1.06 | 0.89 | 1.28 |
| Godard 1998 | ☐ | 18 | 2.49 | 0.94 | 6.58 |
| Gonzalez 2016 | ☐ | 17 | 0.73 | 0.44 | 1.2 |
| Harlow 1989 | ☐ | 49 | 1.1 | 0.7 | 2.1 |
| Harlow 1992 | ☐ | 114 | 1.5 | 1.0 | 2.1 |
| Hartge 1983 | ☐ | 7 | 2.5 | 0.7 | 10.0 |

Report on talcum powder use and ovarian cancer                                                    Jack Siemiatycki

| Author | Included in Main meta-analysis | All tumours | | | |
| | | Number exposed cases | RR[3] | 95% CI[4] | |
|---|---|---|---|---|---|
| Houghton 2014 | ☐ | 181 | 1.12 | 0.92 | 1.36 |
| Mills 2004 | ☐ | 106 | 1.37 | 1.02 | 1.85 |
| Ness 2000 | ☐ | 161 | 1.5 | 1.1 | 2.0 |
| Purdie 1995 | ☐ | 467 | 1.27 | 1.04 | 1.54 |
| Rosenblatt 1992 | ☐ | 22 | 1.7 | 0.7 | 3.9 |
| Schildkraut 2016 A[5] | ☐ | 248 | 1.44 | 1.11 | 1.86 |
| Schildkraut 2016 B[5] | | 128 | 1.19 | 0.87 | 1.63 |
| Shushan 1996 | | 21 | 1.97 | 1.06 | 3.66 |
| Terry 2013 | ☐ | 2600 | 1.24 | 1.15 | 1.33 |
| Terry-AUS 2013 | | 705 | 1.13 | 0.92 | 1.38 |
| Terry-DOV 2013 | | 272 | 1.13 | 0.93 | 1.36 |
| Terry-HAW 2013 | | 74 | 0.99 | 0.70 | 1.41 |
| Terry-HOP 2013 | | 194 | 1.34 | 1.07 | 1.67 |
| Terry-NCO 2013 | | 195 | 1.37 | 1.05 | 1.80 |
| Terry-NEC 2013 | | 755 | 1.28 | 1.12 | 1.47 |
| Terry-SON 2013 | | 197 | 1.35 | 1.03 | 1.76 |

16 November 2018                                                                                        73

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Included in Main meta-analysis | All tumours | | | |
| | | Number exposed cases | RR[3] | 95% CI[4] | |
| --- | --- | --- | --- | --- | --- |
| Terry-USC 2013 | | 208 | 1.36 | 1.06 | 1.74 |
| Tzonou 1993 | ☐ | 6 | 1.05 | 0.28 | 3.98 |
| Whittemore 1988 | ☐ | 67 | 1.36 | 0.91 | 2.04 |
| Wong 1999 | ☐ | 157 | 1.0 | 0.8 | 1.3 |
| Wu 2015 | ☐ | 701 | 1.46 | 1.27 | 1.69 |

1. In all of these studies the exposure was defined as ever use of powder in the perineal area. In most studies it was further explicitly indicated that the use was regular.

2. In this table we report the result for all types of ovarian cancer combined. With the exception of the Harlow 1989 study that was restricted to borderline tumours, we have assumed that all studies included both borderline and invasive tumours, although this was not always clear in the publications.

3. RR or OR.

4. The confidence intervals are the ones reported by the authors of the respective studies. However in its implementation procedures, the Comprehensive Meta-analysis package recomputes them to be symmetric around the point estimate, on a log scale. Consequently, in the printout of the forest plot of meta-analyses, the printed confidence interval is not always identical to the one shown in this table.

5. Estimated based on Table 1 of Gates 2010.

6. The Schildkraut 2016 case-control study presented two sets of results that both have some legitimacy for the present purpose. Schildkraut 2016A shows the results for all subjects who were interviewed in the study from 2010-2015. Schildkraut2016B shows the results for those subjects who were interviewed before 2014, and who, according to the authors, were not susceptible to having been tainted by publicity from a class action suit.

16 November 2018                                                                  74

Table 3. Main meta-analysis and sensitivity analyses conducted on the association between ever regular use of talcum powder products in the perineal area and ovarian cancer (all types combined).

| Studies in meta-analysis | N* | RR-estimate | | | | Heterogeneity | |
|---|---|---|---|---|---|---|---|
| | | Meta-RR | 95% CI | | p-value | $I^2$ | p-value |
| *Main Meta-Analysis - list in Figure 1 Forest plot* | 21 | 1.28 | 1.19 | 1.38 | 0.00 | 32.9 | 0.07 |
| *Sensitivity analyses* | | | | | | | |
| Substitute Gates 2008 for Gates 2010 | 21 | 1.30 | 1.21 | 1.40 | 0.00 | 22.9 | 0.16 |
| Substitute Schildkraut B for Schildkraut A | 21 | 1.27 | 1.17 | 1.37 | 0.00 | 30.8 | 0.08 |
| Add Shushan | 22 | 1.29 | 1.19 | 1.39 | 0.00 | 33.8 | 0.06 |
| Substitute List A** for Terry | 27 | 1.27 | 1.19 | 1.35 | 0.00 | 26.2 | 0.10 |
| Substitute List A for Terry and Gates 2008 for Gates 2010 | 27 | 1.29 | 1.21 | 1.37 | 0.00 | 16.6 | 0.22 |
| Substitute List A for Terry and Schildkraut B for Schildkraut A | 27 | 1.26 | 1.18 | 1.34 | 0.00 | 24.5 | 0.12 |
| Substitute List A for Terry and add Shushan | 28 | 1.28 | 1.20 | 1.36 | 0.00 | 27.4 | 0.09 |

*N:            Number of RRs that went into the meta-analysis. This is not synonymous with the number of studies because some RRs (e.g. Terry 2013, Cramer 2016) embody multiple studies.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

**List A studies:     Cramer 2016; Wu 2015; Terry-Aus 2013; Terry-DOV 2013; Terry-Haw 2013; Terry-HOP 2013; Terry-NCO 2013; Terry SON 2013

Table 4. Comparison of results of three contemporaneous and independent meta-analyses of the association between ever regular use of talcum powder products in the perineal area and ovarian cancer.

| Meta-analysis author | N* | Meta-RR | 95% CI | Heterogeneity p-value |
|---|---|---|---|---|
| Siemiatycki 2018 | 21 | 1.28 | 1.19-1.38 | 0.07 |
| Berge 2018 | 27 | 1.22 | 1.13-1.30 | 0.02 |
| Penninkilompi 2018 | 26 | 1.35 | 1.24-1.39 | 0.31 |

\* Number of published RR estimates that went into the meta-analysis. This does not necessarily correspond to the number of studies, since, for example, the Terry 2013 pooled estimate used in the Siemiatycki meta-analysis embodied 10 studies.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Table 5. Relative risk estimates between ever regular use of talcum powder products on sanitary napkins and ovarian cancer, and results of meta-analysis.

| Author | Number exposed cases | RR[1] | 95% CI[2] | |
|---|---|---|---|---|
| Chang 1997 | 51 | 1.26 | 0.81 | 1.96 |
| Cook 1997 | 38 | 0.9 | 0.5 | 1.5 |
| Cramer 1999 | 20 | 1.45 | 0.68 | 3.09 |
| Gertig 2000 | 32 | 0.89 | 0.61 | 1.28 |
| Harlow 1989 | 8 | 2.6 | 0.9 | 22.4[2] |
| Harlow 1992 | 9 | 1.1 | 0.4 | 2.8 |
| Houghton 2014 | 93 | 0.95 | 0.76 | 1.20 |
| Ness 2000 | 77 | 1.6 | 1.1 | 2.3 |
| Rosenblatt 1992 | 21 | 4.8 | 1.3 | 17.8 |
| Rosenblatt 2011 | 55 | 0.82 | 0.58 | 1.16 |
| Whittemore 1988 | 5 | 0.62 | 0.21 | 1.80 |
| Wong 1999 | 13 | 0.9 | 0.4 | 2.0 |
| **Meta-analysis** | | **1.08** | **0.89** | **1.31** |

**p-value for heterogeneity = 0.09**

1.     RR or OR.
2.     The confidence intervals are the ones reported by the authors of the respective studies. However in its implementation procedures, the Comprehensive Meta-analysis package recomputes them to be symmetric around the point estimate, on a log scale. Consequently, in the printout of the forest plot of meta-analyses, the printed confidence interval is not always identical to the one shown in this table.

Report on talcum powder use and ovarian cancer                                           Jack Siemiatycki

Table 6. Relative risk estimates between subgroups defined by cumulative exposure measures[1] and ovarian cancer[2], from various studies.

| Author | Cumulative applications[3] | Number exposed cases | RR[4] | 95% C.I. | |
|---|---|---|---|---|---|
| Cook 1997[4] | < 2000 | 20 | 1.8 | 0.9 | 3.5 |
| | 2001-5000 | 24 | 1.6 | 0.9 | 2.9 |
| | 5001-10000 | 21 | 1.2 | 0.6 | 2.4 |
| | >10000 | 28 | 1.8 | 0.9 | 3.4 |
| Harlow 1992 | <1000 | 18 | 1.3 | 0.7 | 2.7 |
| | 1000-10000 | 54 | 1.5 | 0.9 | 2.4 |
| | >10000 | 42 | 1.8 | 1.0 | 3.0 |
| Mills 2004 | Quartile 1 | 18 | 1.0 | 0.6 | 1.8 |
| | Quartile 2 | 28 | 1.8 | 1.1 | 3.0 |
| | Quartile 3 | 34 | 1.7 | 1.1 | 2.7 |
| | Quartile 4 | 20 | 1.1 | 0.6 | 1.8 |
| | 10000+ | 18 | 0.87 | 0.48 | 1.57 |
| Schildkraut 2016 | ≤3600 | 92 | 1.16 | 0.83 | 1.63 |
| | >3600 | 152 | 1.67 | 1.23 | 2.26 |
| Terry 2013[5] | Quartile 1 | 534 | 1.14 | 1.00 | 1.31 |
| | Quartile 2 | 541 | 1.23 | 1.08 | 1.41 |
| | Quartile 3 | 542 | 1.22 | 1.07 | 1.40 |
| | Quartile 4 | 586 | 1.32 | 1.16 | 1.52 |

1.   These were all studies that collected information on perineal use of hygiene powders in such a way as to allow construction of a cumulative measure. All of these were case control studies.

2.   In this table we report the result for all types of ovarian cancer combined, as reported by the authors.

3.   For the Cook study the metric was the number of days on which the woman had ever applied the powder. For the other studies the metric is based on an estimate of the total number of applications.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

4.      RR or OR.

5.      This study was based on a pooling of studies from 8 teams. Two of the teams (Cramer 2016 and Rosenblatt 2011) published separate analyses of risk by cumulative number of applications. But these are not shown here because they are rendered redundant by the Terry 2013 pooled results.

Report on talcum powder use and ovarian cancer                                                    Jack Siemiatycki

Table 7. Relative risk estimates between subgroups defined by duration of use[1] and ovarian cancer[2], from various studies.

| Author | Duration of use | Number exposed cases | RR[4] | 95% C.I. | |
|---|---|---|---|---|---|
| Chang 1997 | <30 | 60 | 1.7 | 1.1 | 2.6 |
| | 30-40 | 71 | 1.4 | 1.0 | 2.2 |
| | >40 | 41 | 0.9 | 0.5 | 1.4 |
| Cramer 1999 | <20 years | 55 | 1.9 | 1.2 | 3.0 |
| | 20-30 years | 32 | 1.3 | 0.8 | 2.3 |
| | >30 years | 59 | 1.4 | 0.9 | 2.3 |
| Cramer 2016 | < 8 years of use | 133 | 1.31 | 1.03 | 1.68 |
| | 8-19 years of use | 126 | 1.31 | 1.02 | 1.68 |
| | 20-35 years of use | 147 | 1.35 | 1.07 | 1.70 |
| | >35 years of use | 129 | 1.33 | 1.03 | 1.71 |
| Harlow 1992 | <10 years | 14 | 1.2 | 0.5 | 2.6 |
| | 10-29 years | 49 | 1.6 | 1.0 | 2.7 |
| | > 30 years | 51 | 1.6 | 1.0 | 2.7 |
| Houghton 2014 | <9 years | 135 | 1.09 | 0.88 | 1.36 |
| | 10+ years | 97 | 1.02 | 0.80 | 1.30 |
| Ness 2000 | <1 year | 17 | 2.0 | 1.0 | 4.0 |
| | 1-4 years | 76 | 1.6 | 1.1 | 2.3 |
| | 5-9 years | 40 | 1.1 | 0.8 | 1.9 |
| | >10 years | 233 | 1.2 | 1.0 | 1.5 |
| Mills 2004 | <3 years | 18 | 1.0 | 0.6 | 1.8 |
| | 4-12 years | 32 | 1.9 | 1.2 | 3.0 |
| | 13-30 years | 29 | 1.5 | 0.9 | 2.3 |
| | >30 years | 21 | 1.2 | 0.7 | 2.1 |

16 November 2018                                                                                                      81

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Duration of use | Number exposed cases | RR[4] | 95% C.I. | |
|---|---|---|---|---|---|
| Rosenblatt 2011 | 1-9 years | 33 | 1.39 | 0.85 | 2.28 |
| | 10-19 years | 29 | 1.46 | 0.87 | 2.45 |
| | 20-34 years | 30 | 1.28 | 0.78 | 2.10 |
| | 35+ years | 19 | 0.91 | 0.51 | 1.62 |
| Schildkraut 2016 | ≤20 years | 101 | 1.33 | 0.95 | 1.86 |
| | >20 years | 144 | 1.52 | 1.11 | 2.07 |
| Whittemore 1988 | 1-9 years | 34 | 1.6 | 1.0 | 2.6 |
| | 10+ | 50 | 1.1 | 0.7 | 1.7 |
| Wong 1999 | 1-9 years | 39 | 0.9 | 0.6 | 1.5 |
| | 10-19 years | 49 | 1.4 | 0.9 | 2.2 |
| | >20 years | 101 | 0.9 | 0.6 | 1.2 |
| Wu 2015 | Per 5 years of exposure | 1273 | 1.14 | 1.09 | 1.20 |

1.  These were all studies that collected information on perineal use of hygiene powders in such a way as to allow construction of a measure of duration.

2.  In this table we report the result for all types of ovarian cancer combined, as reported by the authors.

3.  Years of case ascertainment or follow-up: For case-control studies this indicates the years in which cases were ascertained and data collected; for cohort studies it indicates the years of enrolment and follow-up.

4.  RR or OR.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Table 8. Relative risk estimates between subgroups defined by measures of frequency of use[1] and ovarian cancer[2], from various studies.

| Author | Frequency of use | Number exposed cases | RR[4] | 95% C.I. | |
|--------|------------------|---------------------|-------|----------|---|
| Booth 1989 | Rarely | 6 | 0.9 | 0.3 | 2.4 |
| | Monthly | 7 | 0.7 | 0.3 | 1.8 |
| | Weekly | 57 | 2.0 | 1.3 | 3.4 |
| | Daily | 71 | 1.3 | 0.8 | 1.9 |
| Chang 1997 | <10 per month | 76 | 1.8 | 1.2 | 2.7 |
| | 10-25 per month | 54 | 1.1 | 0.7 | 1.7 |
| | Per 10 applications per month | | 0.9 | 0.7 | 1.1 |
| Cramer 1999 | <30 per month | 64 | 2.2 | 1.4 | 3.6 |
| | 30-39 per month | 59 | 1.7 | 0.8 | 1.8 |
| | ≥40 per month | 23 | 1.7 | 0.8 | 3.1 |
| Cramer 2016 | 1-7 days per month | 220 | 1.17 | 0.96 | 1.44 |
| | 8-29 days per month | 110 | 1.37 | 1.05 | 1.78 |
| | >30 days per month | 205 | 1.46 | 1.20 | 1.78 |
| Gates 2008 | <1 per week | 18 | 0.98 | 0.54 | 1.79 |
| | 1-6 per week | 22 | 1.01 | 0.57 | 1.79 |
| | Daily | 35 | 1.44 | 0.88 | 2.37 |
| Harlow 1992 | <5 per month | 32 | 1.5 | 0.8 | 2.7 |
| | 5-29 per month | 24 | 1.2 | 0.6 | 2.2 |
| | ≥30 per month | 58 | 1.8 | 1.1 | 3.0 |

Report on talcum powder use and ovarian cancer                                          Jack Siemiatycki

| Author | Frequency of use | Number exposed cases | RR[4] | 95% C.I. | |
|---|---|---|---|---|---|
| Mills 2004 | <1 per week | 34 | 1.3 | 0.9 | 2.1 |
| | 1-3 per week | 31 | 1.6 | 0.7 | 1.8 |
| | 4-7 per week | 41 | 1.7 | 1.1 | 2.6 |
| Schildkraut 2016 | <Daily | 88 | 1.12 | 0.80 | 1.58 |
| | Daily | 158 | 1.71 | 1.26 | 2.33 |
| Whittemore 1988 | 1-20 per month | 41 | 1.3 | 0.8 | 2.0 |
| | >20 per month | 44 | 1.5 | 0.9 | 2.2 |

1.  These were all studies that collected information on perineal use of hygiene powders in such a way as to allow construction of a measure of frequency of use.

2.  In this table we report the result for all types of ovarian cancer combined, as reported by the authors.

3.  Years of case ascertainment or follow-up: For case-control studies this indicates the years in which cases were ascertained and data collected; for cohort studies it indicates the years of enrolment and follow-up.

4.  RR or OR

Report on talcum powder use and ovarian cancer                                        Jack Siemiatycki

Table 9. Relative risk estimates between ever regular use of talcum powder products[1] in the perineal area and invasive serous ovarian cancer, from various studies.

| Author | Number exposed cases | RR[2] | 95% CI[3] | |
|---|---|---|---|---|
| Cook 1997 | 71 | 1.7 | 1.1 | 2.5 |
| Gates 2010 | 131[4] | 1.06 | 0.84 | 1.35 |
| Harlow 1992 | 60 | 1.4 | 0.9 | 2.2 |
| Houghton 2014 | 105 | 1.13 | 0.84 | 1.51 |
| Mills 2004 | 42 | 1.77 | 1.12 | 2.81 |
| Schildkraut 2016 | 165 | 1.38 | 1.03 | 1.85 |
| Terry 2013 | 1197 | 1.24 | 1.13 | 1.35 |
| Wong 1999 | 136 | 1.2 | 0.7 | 2.1 |
| **Meta-analysis** | | **1.25** | **1.15** | **1.36** |

p-value for heterogeneity 0.06

1. In all of these studies the exposure was defined as ever use of powder in the perineal area. In most studies it was further explicitly indicated that the use was regular.
2. RR or OR.
3. The confidence intervals are the ones reported by the authors of the respective studies. However in its implementation procedures, the Comprehensive Meta-analysis package recomputes them to be symmetric around the point estimate, on a log scale. Consequently, in the printout of the forest plot of meta-analyses, the printed confidence interval is not always identical to the one shown in this table.
4. Estimated based on Table 1 of Gates 2010.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Table 10. Some major misconceptions in reviewing evidence on talc and ovarian cancer

1.      Cohort studies are more valid and informative than case-control studies.

2.      Hospital-based case-control studies are more valid and informative than the population-based case-control studies.

3.      Counting the number of "statistically significant" results is a valid way of assessing the consistency of results among multiple studies.

4.      If a product has been used for a long time, it must be safe

5.      You cannot prove causality with an RR less than 2.0.

6.      Government agencies provide a reliable up-to-date source of scientific information.

7.      A biological mechanism must be proven before we can establish causality

8.      Bradford-Hill "aspects" represent a recipe list of necessary ingredients.

Report on talcum powder use and ovarian cancer                                         Jack Siemiatycki

Table 11. Selected examples of some of the recognized causal associations that have RR less than 2.0

| Agent | Disease | Approximate RR |
|-------|---------|----------------|
| Urban air pollution | Lung cancer | 1.09[1] |
| Trichloroethylene | Kidney cancer | 1.32[2] |
| Diesel engine emissions | Lung cancer | 1.42[3] |
| Benzene | Leukemia | 1.72[4] |
| Domestic radon gas | Lung cancer | 1.29[5] |
| Second hand cigarette smoke | Lung cancer | 1.64 |
| Intermittent intense sun exposure | Melanoma of the skin | 1.61[6] |
| Estrogen-progestin menopausal therapy | Breast cancer | 1.59[7] |

[1] Hamra GB, Guha N, Cohen A, et al (2014). Outdoor Particulate Matter Exposure and Lung Cancer: A Systematic Review and Meta-Analysis, *Environ Health Perspect* 122:906-911.

[2] Karami S, Lan Q, Rothman N, et al (2012). Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. *Occupational and Environmental Medicine* 69:858-867.

[3] Mahjub H, Sadri G (2006). Meta-analysis of case-referent studies of specific environmental or occupational pollutants on lung cancer. *Indian Journal of Cancer* 43(4):169-173.

[4] Khalade A, Jaakkola MS, Pukkala E, Jaakkola JJ (2010). Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis. *Environmental Health* 9(31):1-8.

[5] Zhang Z-L, Sun J, Dong J-Y, et al (2012). Residential Radon and Lung Cancer Risk: An Updated Meta-analysis of Case-control Studies. *Asian Pac J Cancer Prev* 13:2459-2465.

[6] Gandini S, Sera F, Cattaruzza MS, et al (2004). Meta-analysis of risk factors for cutaneous melanoma: II. Sun exposure. *European Journal of Cancer* 41:45-60.

[7] Kim S, Ko Y, Lee HJ, Lim J (2018). Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies. *Breast Cancer Research and Treatment* 170(3):667-675.

| | | |
|---|---|---|
| Cigarette smoking | Cardiovascular disease | 1.6[8] |
| Physically inactive (compared with physically active) [9] | Hypertension | 1.19 |
| | Diabetes | 1.12 |
| Low fruit and vegetable diet | Cardiovascular disease | 1.09[10] |

---

[8] Doll R, Peto R, Boreham J, Sutherland I (2004). Mortality in relation to smoking: 50 years' observations on British male doctors, *British Medical Journal*, 328(7455):1519.

[9] Carnethon MR, Gidding SS, Nehgme R, Sidney S, Jacobs, Jr DR, Liu K (2003). Cardiorespiratory Fitness in Young Adulthood and the Development of Cardiovascular Disease Risk Factors. *JAMA*, 290(23):3092–3100

[10] Aune D, Giovannucci E, Boffetta P, Fadnes L, Keum N, Norat T, Greenwood D, Riboli E, Vatten L, Tonstad S (2017). Fruit and vegetable intake and the risk of cardiovascular disease, total cancer and all-cause mortality – a systematic review and dose-response meta-analysis of prospective studies, International Journal of Epidemiology 43(3):1029-1056. (This RR estimate is computed from the reciprocal of the High fruit and vegetable variable that was reported by the authors. That is, 1/0.92).

Table 12. Bradford Hill aspects in relation to perineal talc exposure and ovarian cancer

| Aspect | Brief comment | Weight in evaluating causality |
|---|---|---|
| Strength of the association | There are stronger associations and there are weaker associations | High |
| Dose response relationship | Reasonably clear increase in risk with increasing exposure | High |
| Consideration of alternative explanations – absence of bias | Yes considered, and none is compelling | High |
| Replication of the findings | Very strong, almost all studies support association | High |
| Temporal relationship | Exposure preceded disease in all studies | Moderate |
| Biological plausibility | There are plausible mechanisms | Moderate |
| Cessation of exposure | Not applicable. | Less |
| Specificity of the association | Yes, talc is not associated with a multitude of diseases | Less |
| Coherence with other knowledge | Could be similar to asbestos carcinogenicity | Less |
| Analogy | | Less |

Jack Siemiatycki

## 12.   Figures

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Figure 1. Meta-analysis of relative risk of ovarian cancer (all types combined) among women who regularly used talc powder in the perineal area, based on all informative studies, studies ordered by magnitude of RR.

| Model | Study name | Risk ratio | Lower limit | Upper limit | p-Value | Relative risk and 95% CI | Weight (Random) Relative weight |
|---|---|---|---|---|---|---|---|
| | Gonzalez 2016 | 0,73 | 0,44 | 1,21 | 0,22 | | 2,05 |
| | Wong 1999 | 1,00 | 0,78 | 1,27 | 1,00 | | 6,50 |
| | Tzonou 1993 | 1,05 | 0,28 | 3,96 | 0,94 | | 0,32 |
| | Gates 2010 | 1,06 | 0,88 | 1,27 | 0,53 | | 9,17 |
| | Harlow 1989 | 1,10 | 0,64 | 1,91 | 0,73 | | 1,74 |
| | Houghton 2014 | 1,12 | 0,92 | 1,36 | 0,26 | | 8,48 |
| | Terry 2013 | 1,24 | 1,15 | 1,33 | 0,00 | | 16,37 |
| | Purdie 1995 | 1,27 | 1,04 | 1,55 | 0,02 | | 8,43 |
| | Booth 1989 | 1,29 | 0,92 | 1,80 | 0,14 | | 4,05 |
| | Whittemore 1988 | 1,36 | 0,91 | 2,04 | 0,14 | | 3,00 |
| | Mills 2004 | 1,37 | 1,02 | 1,85 | 0,04 | | 4,87 |
| | Schildkraut 2016 A | 1,44 | 1,11 | 1,86 | 0,01 | | 5,98 |
| | Wu 2015 | 1,46 | 1,27 | 1,68 | 0,00 | | 11,46 |
| | Cook 1997 | 1,50 | 1,11 | 2,02 | 0,01 | | 4,84 |
| | Harlow 1992 | 1,50 | 1,04 | 2,17 | 0,03 | | 3,45 |
| | Ness 2000 | 1,50 | 1,11 | 2,02 | 0,01 | | 4,84 |
| | Cramer 1982 | 1,55 | 0,98 | 2,46 | 0,06 | | 2,37 |
| | Rosenblatt 1992 | 1,70 | 0,72 | 4,01 | 0,23 | | 0,75 |
| | Godard 1998 | 2,49 | 0,94 | 6,59 | 0,07 | | 0,59 |
| | Hartge 1983 | 2,50 | 0,66 | 9,45 | 0,18 | | 0,32 |
| | Chen, 1992 | 3,90 | 1,14 | 13,31 | 0,03 | | 0,38 |
| Random | | 1,28 | 1,19 | 1,38 | 0,00 | | |

| Model | Number Studies | Point estimate | Lower limit | Upper limit | Z-value | P-value | Q-value | df (Q) | P-value | I-squared | Tau Squared | Standard Error | Variance | Tau |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Effect size and 95% interval | | | Test of null (2-Tail) | | Heterogeneity | | | | Tau-squared | | | |
| Fixed | 21 | 1,264 | 1,204 | 1,327 | 9,474 | 0,000 | 29,813 | 20 | 0,073 | 32,916 | 0,008 | 0,008 | 0,000 | 0,088 |
| Random effects | 21 | 1,280 | 1,186 | 1,381 | 6,364 | 0,000 | | | | | | | | |

Report on talcum powder use and ovarian cancer                                        Jack Siemiatycki

Figure 2. Meta-analysis of relative risk of ovarian cancer (all types combined) among women who regularly used talcum powder products on sanitary napkins, based on all informative studies.

| Model | Study name | Statistics for each study | | | | Odds ratio and 95% CI | Weight (Random) |
|---|---|---|---|---|---|---|---|
| | | Odds ratio | Lower limit | Upper limit | p-Value | 0,10  0,20  0,50  1,00  2,00  5,00  10,00 | Relative weight |
| | Chang 1997 | 1,26 | 0,81 | 1,96 | 0,31 | | 11,14 |
| | Cook 1997 | 0,90 | 0,52 | 1,56 | 0,71 | | 8,47 |
| | Cramer 1999 | 1,45 | 0,68 | 3,09 | 0,34 | | 5,26 |
| | Gertig 2000 | 0,89 | 0,61 | 1,29 | 0,54 | | 13,44 |
| | Harlow 1989 | 2,60 | 0,53 | 12,74 | 0,24 | | 1,41 |
| | Harlow 1992 | 1,10 | 0,42 | 2,91 | 0,85 | | 3,45 |
| | Houghton 2014 | 0,95 | 0,76 | 1,19 | 0,66 | | 19,32 |
| | Ness 2000 | 1,60 | 1,11 | 2,31 | 0,01 | | 13,50 |
| | Rosenblatt 1992 | 4,80 | 1,30 | 17,76 | 0,02 | | 2,03 |
| | Rosenblatt 2011 | 0,82 | 0,58 | 1,16 | 0,26 | | 14,32 |
| | Whittemore 1988 | 0,62 | 0,21 | 1,82 | 0,38 | | 2,90 |
| | Wong 1999 | 0,90 | 0,40 | 2,01 | 0,80 | | 4,76 |
| Random | | 1,08 | 0,89 | 1,31 | 0,45 | | |

| Model | | Effect size and 95% interval | | | Test of null (2-Tail) | | Heterogeneity | | | | Tau-squared | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | Number Studies | Point estimate | Lower limit | Upper limit | Z-value | P-value | Q-value | df (Q) | P-value | I-squared | Tau Squared | Standard Error | Variance | Tau |
| Fixed | 12 | 1,041 | 0,911 | 1,189 | 0,591 | 0,554 | 17,614 | 11 | 0,091 | 37,551 | 0,037 | 0,045 | 0,002 | 0,193 |
| Random effects | 12 | 1,078 | 0,888 | 1,309 | 0,763 | 0,445 | | | | | | | | |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Figure 3. Meta-analysis of relative risk of invasive serous ovarian cancer among women who regularly used talcum powder products in the perineal area, based on all informative studies

| Model | Study name | Statistics for each study | | | | Relative risk and 95% CI | Weight (Random) |
|-------|-----------|--------|--------|--------|--------|--------|--------|
| | | Risk ratio | Lower limit | Upper limit | p-Value | | Relative weight |
| | Cook 1997 | 1,70 | 1,13 | 2,56 | 0,01 | | 4,13 |
| | Gates 2010 | 1,06 | 0,84 | 1,34 | 0,63 | | 11,79 |
| | Harlow 1992 | 1,40 | 0,90 | 2,19 | 0,14 | | 3,49 |
| | Houghton 2014 | 1,13 | 0,84 | 1,52 | 0,41 | | 7,90 |
| | Mills 2004 | 1,77 | 1,12 | 2,80 | 0,01 | | 3,30 |
| | Schildkraut 2016 | 1,38 | 1,03 | 1,85 | 0,03 | | 7,92 |
| | Terry 2013 | 1,24 | 1,13 | 1,36 | 0,00 | | 59,13 |
| | Wong 1999 | 1,20 | 0,69 | 2,08 | 0,52 | | 2,33 |
| Random | | 1,25 | 1,15 | 1,36 | 0,00 | | |

| Model | | Effect size and 95% interval | | | | Test of null (2-Tail) | | Heterogeneity | | | | Tau-squared | | | |
|-------|----------------|-------------------|----------------|----------------|---------|---------|---------|---------|--------|---------|-----------|----------------|-------------------|----------|-------|
| Model | Number Studies | Point estimate | Lower limit | Upper limit | Z-value | P-value | Q-value | df (Q) | P-value | I-squared | Tau Squared | Standard Error | Variance | Tau |
| Fixed | 8 | 1,250 | 1,161 | 1,345 | 5,963 | 0,000 | 7,401 | 7 | 0,388 | 5,422 | 0,001 | 0,011 | 0,000 | 0,033 |
| Random effects | 8 | 1,254 | 1,152 | 1,364 | 5,249 | 0,000 | | | | | | | | |

16 November 2018                                                                                    93

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

## 13. Appendix A

Appendix Table A1. Papers that contain some results on the association between exposure to perineal talc and ovarian cancer, and whether the paper was included in my meta-analyses of the binary Ever/Never exposed variable

| Author | Included/excluded | Reasons for exclusion |
|--------|-------------------|------------------------|
| Booth 1989 | Core Inclusion | |
| Chang 1997 | Core Inclusion | |
| Chen 1992 | Core Inclusion | |
| Cook 1997 | Core Inclusion | |
| Cramer 1982 | Core Inclusion | |
| Cramer 1995 | Excluded | Included in Terry 2013 and in Cramer 2016 |
| Cramer 1999 | Excluded | Included in Terry 2013 and in Cramer 2016 |
| Cramer 2005 | Excluded | Included in Terry 2013 and in Cramer 2016 |
| Cramer 2016 | Excluded when Terry 2013 is included | Considerable overlap between this and the Terry 2013 NEC component |
| Eltabbakh 1998 | Excluded | Cases were peritoneal cancer and controls were ovarian cancer |
| Gates 2008[2-] | Included in one sensitivity analysis | Overlap with Gates 2010 |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Included/excluded | Reasons for exclusion |
|---|---|---|
| Gates 2010[2] | Included in all analyses except one sensitivity analysis | This may be a more complete analysis than Gates 2008, but the degree of overlap is unclear. |
| Gertig 2000 | Excluded | Subsumed in Gates 2008 and Gates 2010 |
| Godard 1998 | Core inclusion | |
| Gonzalez 2016 | Core inclusion | |
| Green 1997 | Excluded | This appears to be an analysis of a subset of the subjects in Purdie 1995 |
| Hankinson 1993 | Excluded | Numerical results were not presented. |
| Harlow 1989 | Core inclusion | |
| Harlow 1992 | Core inclusion | |
| Hartge 1983 | Core inclusion | |
| Houghton 2014 | Core inclusion | |
| Jordan 2007 | Excluded | Benign tumours only |
| Kurta 2012 | Excluded | Included in Terry 2013 |
| Langseth 2004 | Excluded | Not based on perineal application of cosmetic powder. |
| Lo-Ciganic 2012 | Excluded | Same study as Kurta 2012 and included in Terry 2013. |
| Merrit 2008 | Excluded | Included in Terry 2013 |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Included/excluded | Reasons for exclusion |
|---|---|---|
| Mills 2004 | Core inclusion | |
| Moorman 2009 | Excluded | Included in Terry 2013 |
| Pike 2004 | Excluded | Included in Terry 2013 |
| Purdie 1995 | Core inclusion | |
| Ness 2000 | Core inclusion | |
| Rosenblatt 1992 | Core inclusion | |
| Rosenblatt 2011 | Core inclusion | |
| Schildkraut 2016 | Core inclusion | |
| Shushan 1996 | Included in sensitivity analysis | Unclear on how they obtained data on talc exposure or what the route of exposure was |
| Terry 2013 | Included in Main analysis, but replaced by component studies in sensitivity analyses | |
| Tzonou 1983 | Core inclusion | |
| Whittemore 1988 | Core inclusion | |
| Wong 1999 | Core inclusion | |
| Wu 2015 | Core inclusion | |

16 November 2018

Appendix Table A2. Some administrative and contextual information on the studies used in the following tables

| Author | Study location | Years of case ascertainment/ follow-up[1] | Type of study |
|--------|----------------|-------------------------------------------|---------------|
| Booth 1989 | London, Oxford UK | 1978-1983 | Case-control; Hospital controls |
| Chen 1992 | Beijing Cancer Registry | 1984-1986 | Case-control; Population controls |
| Cook 1997 | Washington State | 1986-1988 | Case-control; Population controls |
| Cramer 1982 | Boston | 1978-1981 | Case-control; Population controls |
| Cramer 2016 | New England | 1992-2008 | Case-control; Population controls |
| Gates 2008[2,] | USA – NHS study | 1976-2004 | Case-control nested in Cohort (US nurses) |
| Gates 2010[2] | USA – pooled 2 cohorts of nurses NHS and NHSII | 1976-2004<br>1989-2005 | Cohort (US Nurses) |
| Godard 1998 | Montreal, Canada | 1995-1996 | Case-control; Population controls |
| Gonzalez 2016 | Puerto Rico and 11 States USA | 2003-2014 | Cohort |
| Harlow 1989 | Washington State | 1980-1985 | Case-control; Population controls |
| Harlow 1992 | Boston | 1984-1987 | Case-control; Population controls |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Study location | Years of case ascertainment/ follow-up[1] | Type of study |
|---|---|---|---|
| Hartge 1983 | Washington, DC | 1974-77 | Case-control; Population controls |
| Houghton 2014 | USA | 1993-2012 | Cohort (WHI) |
| Mills 2004 | California | 2000-2001 | Case-control; Population controls |
| Ness 2000 | Pennsylvania, New Jersey, Delaware | 1994-1998 | Case-control; Population controls |
| Purdie 1995 | Australia | 1990-1993 | Case-control; Population controls |
| Rosenblatt 1992 | Baltimore | 1981-1985 | Case-control; Hospital controls |
| Schildkraut 2016 | USA | 2010-2015 | Case-control; Population controls |
| Shushan 1996 | Israel | 1990-1993 | Case-control Population controls |
| Terry 2013 | Pooled 8 studies: USA & Australia | 1984-2008 | Case-control; Population controls |
| Terry-AUS 2013 | Australia | 2002-2006 | Case-control Population controls |
| Terry – DOV[3] 2013 | Washington State | 2002-2009 | Case-control Population controls |
| Terry – HAW 2013 | Hawaii | 1993-2008 | Case-control Population controls |

Report on talcum powder use and ovarian cancer                                     Jack Siemiatycki

| Author | Study location | Years of case ascertainment/ follow-up[1] | Type of study |
|--------|----------------|-------------------------------------------|---------------|
| Terry – HOP 2013 | Pennsylvania, Ohio, Western NY State | 2003-2008 | Case-control Population controls |
| Terry – NCO 2013 | North Carolina | 1999-2008 | Case-control Population controls |
| Terry – NEC 2013 | Massachusetts, New Hampshire | 1992-2006 | Case-control Population controls |
| Terry – SON 2013 | Southern Ontario | 1989-1992 | Case-control Population controls |
| Terry – USC 2013 | Los Angeles County | 1992-1998 | Case-control Population controls |
| Tzonou 1983 | Athens | 1989-1991 | Case-control; Controls – hospital visitors |
| Whittemore 1988 | San Francisco | 1983-1985 | Case-control; Hospital & population controls |
| Wong 1999 | Buffalo | 1982-1992 | Case-control; Hospital controls |
| Wu 2015 | Los Angeles County | 1992-2008 | Case-control; Population controls |

1. Years of case ascertainment or follow-up: For case-control studies this indicates the years in which cases were ascertained and data collected; for cohort studies it indicates the years of enrolment and follow-up.
2. The Gates 2008 and Gates 2010 papers are both derived from the U.S. Nurses Cohort. The latter represent results for all cases diagnosed up to 2006 and analysed in the cohort framework. The former represents results for a sub-set of cases that were selected for a nested c-c analysis. The number of exposed cases was not given in the Gates 2010 paper.
3. Terry – DOV 2013: the information in Terry 2013 is updated information included in Rosenblatt 2011.

16 November 2018                                                                    99

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Appendix Table A3. Covariates used in the analyses and exposure variables in the studies used in the following tables.

| Author | Exposure variable selected | Covariates used in analysis |
|--------|---------------------------|----------------------------|
| Booth 1989 | At least monthly use | Since the authors did not present results for "ever" exposed, I calculated the OR from crude numbers in their tables. Therefore the OR presented is a crude one. However, results presented in Table 7 adjusted for age and social class |
| Chen 1992 | Dusting perineum or lower abdomen > 3 months | Education |
| Cook 1997 | Lifetime perineal application | Age |
| Cramer 1982 | Any use as dusting powder and/or on sanitary napkins | Parity; menopausal status |
| Cramer 2016 | Any talc use | Age; study center (MA, NH); BMI; primary relative with breast or ovarian cancer; parity; OC use; tubal ligation |
| Gates 2008[1-] | Regular genital talc use (1 per week or more) | Age; OC[2] use; parity; BMI; post-menopausal hormone use |
| Gates 2010[1] | Regular genital talc use (1 per week or more) | Age; BMI; physical activity; smoking; family history of breast or ovarian ca; OC use; tubal ligation; hysterectomy; age menopause; estrogen use |
| Godard 1998 | Ever use of talc on perineum | Age; reproductive factors; OC use; tubal ligation; alcohol use; breast and abdominal surgery |
| Gonzalez 2016 | Talc use in the past 12 months | Race; body mass index; parity; duration of oral contraceptive use; baseline menopause status; and patency |

16 November 2018

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Exposure variable selected | Covariates used in analysis |
|--------|----------------------------|------------------------------|
| Harlow 1989 | Any genital talc use | Age; county; parity; OC use |
| Harlow 1992 | Any genital talc use | Age; county; parity; marital status; education; religion; weight; use of sanitary napkins; douching |
| Hartge 1983 | Any genital talc use | Race; age; gravidity |
| Houghton 2014 | Combined use: longest duration of use among the applications to genitals, sanitary napkins and diaphragms | Age; race; OC use; HRT[3] use; family history of ovarian ca; age at last birth; BMI; smoking; tubal ligation; parity |
| Mills 2004 | Ever use of talcum powder in genital area | Age; race/ethnicity; OC use; breast-feeding |
| Ness 2000 | Genital rectal talc use | Age; parity; family history of ovarian ca; |
| Purdie 1995 | Ever used talc in perineal region | Age; parity; duration of OC use; education; BMI; smoking; family history of ovarian ca |
| Rosenblatt 1992 | Ever use of bath talc | Number of live births |
| Schildkraut 2016 | Regular use of talc, cornstarch, baby or deodorising powder – at least once a month for 6 months | Age at diagnosis/interview; study site; education; tubal ligation; parity; BMI duration of<br><br>OC use first degree family history of breast or ovarian cancer; and interview year |
| Shushan 1996 | Talc use – never, seldom, moderate, a lot | Crude OR |

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Author | Exposure variable selected | Covariates used in analysis |
|---|---|---|
| Terry 2013 – all components of the pooled analysis | Genital powder use | Age; OC use; parity; BMI; tubal ligation; ethnicity; race; tubal ligation; hysterectomy; breastfeeding |
| Tzonou 1983 | Ever use of talc in perineal region | Age; years of schooling; weight before onset of the disease; age at menarche; menopausal status and age at menopause; parity and age at first birth; tobacco smoking; coffee drinking; consumption of alcoholic beverages; hair dyeing; use of analgesics and tranquilizers/hypnotics |
| Whittemore 1988 | Talcum powder used on any two of perineum, sanitary pads and diaphragm | Age; race; hospital; parity |
| Wong 1999 | Ever use of talc on genital region or thighs | Age; income; education; geographic location; OC use; smoking; family history of ovarian ca; age at menarche; menopausal status; tubal ligation or hysterectomy |
| Wu 2015 | Genital talc use >1 year | Age; race/ethnicity; interviewer; reproductive variables; sociodemographic variables; medical history; hormonal variables; BMI. |

1.  The Gates 2008 and Gates 2010 papers are both derived from the U.S. Nurses Cohort. The latter represent results for all cases diagnosed up to 2006 and analysed in the cohort framework. The former represents results for a sub-set of cases that were selected for a nested c-c analysis. The number of exposed cases was not given in the Gates 2010 paper.

2.  OC: oral contraceptive

3.  HRT: hormone replacement therapy

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

## 14.  Appendix B

Comparison of studies used and results extracted from articles referenced in three different meta-analyses.*

| Penninkilampi 2018 Study / RR(95%CI) | Berge 2018 Study / RR(95%CI) | Siemiatycki 2018 Study / RR(95%CI) |
|---|---|---|
| Booth 1989 1.30 (0.94-1.80) | ***Booth 1989 1.29 (0.92 - 1.80)*** | ***Booth 1989 1.29 (0.92 - 1.80)*** |
| Chang 1997 1.42 (1.08 – 1.86) | Chang 1997 1.35 (1.03 – 1.76) | |
| Chen, 1992 3.90 (1.43 – 10.60) | ***Chen, 1992 3.90 (0.91 - 10.60)*** | ***Chen, 1992 3.90 (0.91 - 10.60)*** |
| ***Cook 1997 1.50 (1.11 – 2.02)*** | ***Cook 1997 1.50 (1.10 - 2.00)*** | ***Cook 1997 1.50 (1.10 - 2.00)*** |
| Cramer 1982 1.60 (1.21 – 2.12) | ***Cramer 1982 1.92 (1.27 - 2.89)*** | ***Cramer 1982 1.92 (1.27 - 2.89)*** |
| Cramer 2016 1.42 (1.03 – 1.95 | Cramer 2016 1.32 (1.14 - 1.50) | Cramer 2016 1.33 (1.16 – 1.52) |
| | | Gates 2008 1.24 (0.83 - 1.83) |
| | ***Gates 2010 1.06 (0.89 - 1.28)*** | ***Gates 2010 1.06 (0.89 - 1.28)*** |
| Gertig 2000 1.09 (0.86 – 1.38) | | |

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

| Penninkilampi 2018<br>Study / RR(95%CI) | Berge 2018<br>Study / RR(95%CI) | Siemiatycki 2018<br>Study / RR(95%CI) |
|---|---|---|
| ***Godard 1998***<br>***2.49 (0.94 - 6.58)*** | ***Godard 1998***<br>***2.49 (0.94 - 6.58)*** | ***Godard 1998***<br>***2.49 (0.94 - 6.58)*** |
| ***Gonzalez 2016***<br>***0.73 (0.44 - 1.20)*** | ***Gonzalez 2016***<br>***0.73 (0.44 - 1.20)*** | ***Gonzalez 2016***<br>***0.73 (0.44 - 1.20)*** |
| | Goodman 2008<br>0.99 (0.7 - 1.41) | |
| Green 1997<br>1.30 (1.06 – 1.60) | | |
| Harlow 1989<br>1.10 (0.58 – 2.10) | ***Harlow 1989***<br>***1.10 (0.70 - 2.10)*** | ***Harlow 1989***<br>***1.10 (0.70 – 2.10)*** |
| | ***Harlow 1992***<br>***1.50 (1.00 - 2.10)*** | ***Harlow 1992***<br>***1.50 (1.00 - 2.10)*** |
| ***Hartge 1983***<br>***2.50 (0.66 - 9.45)*** | ***Hartge 1983***<br>***2.50 (0.70 - 10.00)*** | Hartge 1983<br>0.70 (0.40 - 1.10) |
| ***Houghton 2014***<br>***1.12 (0.92 – 1.36)*** | Houghton 2014<br>1.06 (0.87 - 1.28) | ***Houghton 2014***<br>***1.12 (0.92 – 1.36)*** |
| Kurta 2012<br>1.40 (1.16 – 1.69) | | |
| | Lo-Ciganic 2012<br>1.34 (1.07 - 1.66) | |

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

| Penninkilampi 2018 Study / RR(95%CI) | Berge 2018 Study / RR(95%CI) | Siemiatycki 2018 Study / RR(95%CI) |
|---|---|---|
| Merritt 2008 1.17 (1.01 – 1.36) | Merritt 2008 1.13 (0.92 - 1.38) | |
| *Mills 2004* *1.37 (1.02 - 1.85)* | *Mills 2004* *1.37 (1.02 - 1.85)* | *Mills 2004* *1.37 (1.02 - 1.85)* |
| | Moorman 2009 1.37 (1.05 - 1.8) | |
| *Ness 2000* *1.50 (1.10 - 2.02)* | *Ness 2000* *1.50 (1.10 - 2.00)* | *Ness 2000* *1.50 (1.10 - 2.00)* |
| *Purdie 1995* *1.27 (1.04 - 1.54)* | *Purdie 1995* *1.27 (1.04 - 1.54)* | *Purdie 1995* *1.27 (1.04 - 1.54)* |
| Rosenblatt 1992 1.70 (0.72 – 4.01) | *Rosenblatt 1992* *1.70 (0.70 - 3.90)* | *Rosenblatt 1992* *1.70 (0.70 - 3.90)* |
| Rosenblatt 2011 1.27 (0.97 – 1.66) | Rosenblatt 2011 1.13 (0.93 - 1.36) | |
| *Schildkraut 2016* *1.44 (1.11 - 1.86)* | *Schildkraut 2016* *1.44 (1.11 - 1.86)* | *Schildkraut 2016 A* *1.44 (1.11 - 1.86)* |
| | | Schildkraut 2016 B 1.19 (0.87 - 1.63) |
| Shushan 1996 2.00 (1.11 – 3.60) | | Shushan 1996 1.97 (1.06 – 3.66) |

16 November 2018

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

| Penninkilampi 2018 Study / RR(95%CI) | Berge 2018 Study / RR(95%CI) | Siemiatycki 2018 Study / RR(95%CI) |
|---|---|---|
| | | Terry 2013 1.24 (1.15 - 1.33) |
| *Tzonou 1993* *1.05 (0.28 - 3.96)* | *Tzonou 1993* *1.05 (0.28 - 3.98)* | *Tzonou 1993* *1.05 (0.28 - 3.98)* |
| Whittemore 1988 1.40 (0.98 – 2.00) | *Whittemore 1988* *1.36 (0.91 - 2.04)* | *Whittemore 1988* *1.36 (0.91 - 2.04)* |
| Wong 1999 0.92 (0.24 – 3.57) | *Wong 1999* *1.00 (0.80 - 1.30)* | *Wong 1999* *1.00 (0.80 - 1.30)* |
| Wu 2015 1.32 (1.14 – 1.52) | *Wu 2015* *1.46 (1.27 - 1.69)* | *Wu 2015* *1.46 (1.27 - 1.69)* |

- * When two or three of the meta-analyses extracted the identical results from the source paper, it is indicated with italic characters.

Report on talcum powder use and ovarian cancer                                                      Jack Siemiatycki

## 15.   Appendix C

Examples of historic discoveries made on the basis of empirical observation of an association, without the existence of a validated biological mechanism of action.

-   Jenner (18th century) discovered that smallpox could be prevented by "vaccinating" people. This was based on observation of the effect of exposure to cowpox. He had no idea about viruses or the biology of smallpox. He only knew that the "association" he observed between vaccination and the prevention of smallpox was so strong as to convince him it was causal. Millions of lives were saved as a result.

-   Snow (19th century) discovered that cholera was caused by something in the water supply. He did not know what the pathogen was or how it produced the disease, but he showed with sufficient epidemiologic proof that drinking water from a polluted source produced much higher rates than drinking water from a clean source. Despite the ignorance of biological mechanisms, the public health authorities acted on his findings and thereby greatly reduced the incidence of cholera.

-   Rheumatic fever and rheumatic heart disease were quite common causes of disease and death, striking relatively young people. For many decades it was recognized that there was an association between infection with the streptococcus bacterium and rheumatic heart disease, but it was not understood how the bacterium could have such an effect. The lack of understanding of the biological mechanisms did not get in the way of prevention of rheumatic heart disease by preventing and treating streptococcus infection.

-   In the 1930's and 1940's, it was noticed that communities with high natural levels of fluoride in the water had much lower levels of dental caries than communities with low fluoride levels. Additional observational research confirmed the clear causal relationship and this led to extensive use of fluoride in various ways to reduce dental disease. But, all this occurred

before the mechanisms by which fluoride acted on teeth were understood. And, indeed the mechanisms are still not fully understood.

- In the late 1940's and early 1950's, evidence was accumulating that cigarette smokers had higher rates of lung cancer than non-smokers. This "association" was ridiculed at the time, among other reasons, because there was no proven biological mechanism. Attempts to replicate smoking-related lung cancer incidence in laboratory animals were largely unsuccessful. Nor was there a deep understanding of the cellular processes that allow the inhalation of cigarette smoke to culminate in a tumor. Scores of studies later and many decades later, the outlines of a credible biological mechanism began to emerge. The absence of a proven biological mechanism did not hinder the US Surgeon General and other national bodies from concluding that there was a causal link as early as the 1960's.

- Many chemicals have been found to be carcinogenic as a result of epidemiologic studies among workers. Examples of these are asbestos, silica, nickel compounds, chromium compounds, benzene, and others. Some of these discoveries go back to the first half of the 20th century, and, for most of them, many decades passed between the time they were recognized as carcinogens, on the basis of epidemiologic associations, and the elaboration of credible mechanisms of how they induce cancer. (Siemiatycki 2015)  Most known carcinogens were first discovered empirically by medical doctors or epidemiologists, usually as part of large data collection activities or just plain astute observation on the part of medical doctors.

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

**16.   References**

## Bibliography Part A: Documents available in the Public Domain

Anderson E, P Sheehan, R Kalmes, J Griffin (2017). Assessment of health risk from historical use of cosmetic talcum powder, *Risk Analysis* 37(5):918-929.

Aune D, Giovannucci E, Boffetta P, Fadnes L, Keum N, Norat T, Greenwood D, Riboli E, Vatten L, Tonstad S (2017). Fruit and vegetable intake and the risk of cardiovascular disease, total cancer and all-cause mortality – a systematic review and dose-response meta-analysis of prospective studies, *International Journal of Epidemiology* 43(3):1029-1056.

Begg, March (2018). Cause and association: missing the forest for the trees. *American Journal of Public Health (AJPH)* Vol 108, No.5.

Berge, Mundt, Luu and Boffetta (2017, published 2018). Genital use of talc and risk of ovarian cancer: a meta-analysis. *The European Journal of Cancer Prevention* 27(3): 248-257.

Booth, M., V. Beral and P. Smith (1989). Risk factors for ovarian cancer: a case-control study. *British Journal of Cancer* 60(4): 592-598.

Blount A. (1991). Amphibole content of cosmetic and pharmaceutical talcs, *Environmental Health Perspectives*, 94:225-230.

Boffetta, Hayes, Satori, et al. (2016) Mouthwash use and cancer of the head and neck: a pooled analysis from the International Head and Neck Cancer Epidemiology Consortium. *The European Journal of Cancer Prevention 25(4): 344-8.*

Boorman G, J Seely (1995). The lack of ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice, *Regulatory Toxicology and Pharmacology* 21:242-243.

Booth, M., V. Beral and P. Smith (1989). Risk factors for ovarian cancer: a case-control study. *British Journal of Cancer* 60(4): 592-598.

Bunderson-Schelvan M, J Pfau, R Crouch, A Holian (2011). Nonpulmonary outcomes of asbestos exposure, *Journal of Toxicology and Environmental Health, Part B* 14:122-152.

Buz'Zard, Lau (2007). Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytotherapy Research  Journal* 21(6):579-86.

Camargo M, L Stayner, K Straif, M Reina, U Al-Alem, P Demers, P Landrigan (2011). Occupational exposure to asbestos and ovarian cancer: a meta-analysis, Environ Health Perspect 119:1211–1217.Carnethon MR, Gidding SS, Nehgme R, Sidney S, Jacobs, Jr DR, Liu K (2003). Cardiorespiratory Fitness in Young Adulthood and the Development of Cardiovascular Disease Risk Factors. *JAMA*, 290(23):3092–3100.

Carr CJ (1995). Talc: Consumer Uses and Health Perspectives, *Regulatory Toxicology and Pharmacology* 21:211-215.

Cerhan, J., Z. Fredericksen, A. Wang, T. Habermann, N. Kay, W. Macon, J. Cunningham, T. Shanafelt, S. Answell, T. Call, T. Witzig, S. Slager, M. Liebow (2011). Design and validity of a clinic-based case-control study on the molecular epidemiology of lymphoma. *International Journal of Molecular Epidemiology and Genetics* 2(2): 95-113.

Chang, S. and H. A. Risch (1997). Perineal talc exposure and risk of ovarian carcinoma. *Cancer* 79(12): 2396-2401.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge and L. A. Brinton (1992). Risk factors for epithelial ovarian cancer in Beijing, China. *International Journal of Epidemiology* 21(1): 23-29.

CIR (2013). *Safety Assessment of Talc as Used in Cosmetics*. Washington, D.C., CIR (Cosmetic Ingredient Review).

Cook, L. S., M. L. Kamb and N. S. Weiss (1997). Perineal powder exposure and the risk of ovarian cancer. *American Journal of Epidemiology* 145(5): 459-465.

Coussens, L. M. and Z. Werb (2002). Inflammation and cancer. *Nature* 420(6917): 860-867.

Cralley L, M Key, D Groth, W Lainhart, R Ligo. (1968). Fibrous and mineral content of cosmetic talcum products, *American Industrial Hygiene Association Journal*, 29(4):350-354.

Cramer, D. W. (2015). Opinion on the Relationship between Ovarian Cancer and Cosmetic Talc Powder Use: Causality and Relevance to the Case of Michael Blaes OBO Shawn Blaes. Civil Action Number 4:14-cv-00213. Unpublished report.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron and B. L. Harlow (1999). Genital talc exposure and risk of ovarian cancer. *International Journal of Cancer* 81(3): 351-356.

Cramer, D. W., L. Titus-Ernstoff, J. R. McKolanis, W. R. Welch, A. F. Vitonis, R. S. Berkowitz and O. J. Finn (2005). Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer. *Cancer Epidemiology, Biomarkers & Prevention* 14(5): 1125-1131.

Cramer, D. W., A. F. Vitonis, K. L. Terry, W. R. Welch and L. J. Titus (2016). The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. *Epidemiology* 27(3): 334-346.

Cramer, D. W., W. R. Welch, R. S. Berkowitz and J. J. Godleski (2007). Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstetrics & Gynecology* 110(2 Part 2): 498-501.

Cramer, D. W., W. R. Welch, R. E. Scully and C. A. Wojciechowski (1982). Ovarian cancer and talc: a case-control study. *Cancer* 50(2): 372-376.

Cramer, D. W. and H. Xu (1995). Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Annals of Epidemiology* 5(4): 310-314.

Current Intelligence Bulletin 62  (Rev/ 4/2011)- Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research. *National Institute for Occupational Safety and Health (NIOSH)* DHHS (NIOSH) Publication No. 2011-159

Dement, Shuler, Zumwalde (1972). "Fiber exposure during use of baby powders" *National Institute for Occupational Safety and Health*, IWS 36-6: 1-13.

Doll R, Peto R, Boreham J, Sutherland I (2004). Mortality in relation to smoking: 50 years' observations on British male doctors, *British Medical Journal*, 328(7455):1519.

Egli G, M. Newton (1961). The transport of carbon particles in the human female reproductive tract, *Fertility and Sterility* 12(April):151-55.

Eltabbakh, G. H., M. S. Piver, N. Natarajan and C. J. Mettlin (1998). Epidemiologic differences between women with extraovarian primary peritoneal carcinoma and women with epithelial ovarian cancer. *Obstetrics & Gynecology* 91(2): 254-259.

Fedak K, A. Bernal, Z Capshaw, S Gross (2015). Applying the Bradford Hill criteria in the 21st Century: How data integration has changed causal inference in molecular epidemiology, *Emerging Themes in Epidemiology* 12(14) https://doi.org/10.1186/s12982-015-0037-14

Federal Judicial Center and National Research Council of the National Academies (2011). *Reference Manual on Scientific Evidence, Third Edition*. Washington, D.C., The National Academies Press.

Federal Register (2016). Banned Devices; Powdered Surgeon's Gloves; Patient Examination Gloves, and Absorbable Powder for Lubricating a Surgeon Glove – powdered gloves. *Food and Drug Administration 81FR 91722*.

Fletcher N, J Belotte, M Saed, I Memaj, M Diamond, R Morris, G Saed (2016). Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer, *Free Radical Biology and Medicine*, 102:122-132.

Fletcher N, I Memaj, G Saed (2018). Talcum powder enhances oxidative stress in ovarian cancer cells – Abstract, Reproductive Sciences, 25(Supp. 1):214A.

Fletcher N, G. Saed (2018). Talcum powder enhances cancer antigen 125 levels in ovarian cancer cells – Abstract, Society for Reproductive Investigation 65th Annual Scientific Meeting, LB-044.

Fiume, M., I. Boyer, W. Bergfeld, D. Belsito, R. Hill, C. Klaassen, D. Liebler, J. Marks, Jr., R. Shank. T. Slaga, P. Synder, F.A. Andersen (2015). Safety Assessment of Talc as Used in Cosmetics. *International Journal of Toxicology* 34(Supplement I): 66S-129S.

Folkins A, E Jarboe, J Hecht, M Muto and C Crum (2018). "Chapter 24 – Assessing pelvic epithelial cancer risk and intercepting early malignancy." In *Diagnostic Gynecologic*

*and Obstetric Pathology (Third Edition)*, 844-64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Gandini S, Sera F, Cattaruzza MS, et al (2004). Meta-analysis of risk factors for cutaneous melanoma: II. Sun exposure. *European Journal of Cancer* 41:45-60.

Gates, M. A., B. A. Rosner, J. L. Hecht and S. S. Tworoger (2010). Risk factors for epithelial ovarian cancer by histologic subtype. *American Journal of Epidemiology* 171(1): 45-53.

Gates, M. A., S. S. Tworoger, K. L. Terry, I. De Vivo, D. J. Hunter, S. E. Hankinson and D. W. Cramer (2009). Breast cancer susceptibility alleles and ovarian cancer risk in 2 study populations. *International Journal of Cancer* 124(3): 729-733.

Gates, M. A., S. S. Tworoger, K. L. Terry, L. Titus-Ernstoff, B. Rosner, I. De Vivo, D. W. Cramer and S. E. Hankinson (2008). Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. *Cancer Epidemiology, Biomarkers & Prevention* 17(9): 2436-2444.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett and S. E. Hankinson (2000). Prospective study of talc use and ovarian cancer. *Journal of the National Cancer Institute* 92(3): 249-252.

Gloyne S (1935). Two cases of squamous carcinoma of the lung occurring in asbestosis, *Tubercle* (17)1: 5-10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod and P. Ghadirian (1998). Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *American Journal of Obstetrics & Gynecology* 179(2): 403-410.

Gonzalez, N. L., K. M. O'Brien, A. A. D'Aloisio, D. P. Sandler and C. R. Weinberg (2016). Douching, Talc Use, and Risk of Ovarian Cancer. *Epidemiology* 20: 20.

Goodman, M. T., G. Lurie, P. J. Thompson, K. E. McDuffie and M. E. Carney (2008). Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. *Endocrine-Related Cancer* 15(4): 1055-1060.

Gordon R, S Fitzgerald, and J Millette (2014). Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women, *International Journal of Occupational and Environmental Health*, 20(4): 318-332.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn and B. Ward (1997). Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *International Journal of Cancer* 71(6): 948-951.

Grivennikov, S. I., F. R. Greten and M. Karin (2010). Immunity, inflammation, and cancer. *Cell* 140(6): 883-899.

Gross, A. J. and P. H. Berg (1995). A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *Journal of Exposure Analysis & Environmental Epidemiology* 5(2): 181-195.

Hamilton T, H Fox H, C Buckley CH, W Henderson, K Griffiths. Effects of talc on the rat ovary. British journal of experimental pathology. 1984;65(1):101-6Hamra GB, Guha N, Cohen A, et al (2014). Outdoor Particulate Matter Exposure and Lung Cancer: A Systematic Review and Meta-Analysis, *Environ Health Perspect* 122:906-911.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens and F. E. Speizer (1993). Tubal ligation, hysterectomy, and risk of ovarian cancer. A prospective study. *JAMA* 270(23): 2813-2818.

Harlow, B. L., D. W. Cramer, D. A. Bell and W. R. Welch (1992). Perineal exposure to talc and ovarian cancer risk. *Obstetrics & Gynecology* 80(1): 19-26.

Harlow, B. L. and N. S. Weiss (1989). A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *American Journal of Epidemiology* 130(2): 390-394.

Harper A, G Saed (2018). Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes - Abstract, *Society of Gynecologic Oncology*, *in press*.

Hartge, P., R. Hoover, L. P. Lesher and L. McGowan (1983). Talc and ovarian cancer. *JAMA* 250(14): 1844.

Heath, David. (2016) "Philip Morris uses chemical industry consultants to perpetuate 'light cigarette' myth" – https://www.publicintegrity.org/2016/05/04/19618/philip-morris-uses-chemical-industry-consultants-perpetuate-light-cigarette-myth

Heller, D. S., C. Westhoff, R. E. Gordon and N. Katz (1996). The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *American Journal of Obstetrics & Gynecology* 174(5): 1507-1510.

Hernan (2018).  The C-Word: scientific euphemisms do not improve causal inference from observational data. *The American Journal of Public Health* (AJPH) Vol 108, No.5: 616-619

Henderson, W. J., T. C. Hamilton and K. Griffiths (1979). Talc in normal and malignant ovarian tissue. *Lancet* 1(8114): 499.

Henderson, W. J., C. A. Joslin, A. C. Turnbull and K. Griffiths (1971). Talc and carcinoma of the ovary and cervix. *Journal of Obstetrics & Gynaecology British Commonwealth* 78(3): 266-272.

Henderson, W.J., T.C. Hamilton, M.S. Baylis, C.G. Pierrepoint, K. Griffiths (1986). The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat, *Environmental Research* 40:247-250.

Hill, A. B. (1965). The environment and disease: association or causation? *Proceedings of the Royal Society of Medicine* 58: 295-300.

Houghton, S. C., K. W. Reeves, S. E. Hankinson, L. Crawford, D. Lane, J. Wactawski-Wende, C. A. Thomson, J. K. Ockene and S. R. Sturgeon (2014). Perineal powder use and risk of ovarian cancer. *Journal of the National Cancer Institute* 106(9).

Huncharek, M., J. F. Geschwind and B. Kupelnick (2003). Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer Research* 23(2C): 1955-1960.

Huncharek, M. and J. Muscat (2011). Perineal talc use and ovarian cancer risk: a case study of scientific standards in environmental epidemiology. *European Journal of Cancer Prevention* 20(6): 501-507.

Huncharek, M., J. Muscat, A. Onitilo and B. Kupelnick (2007). Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. *European Journal of Cancer Prevention* 16(5): 422-429.

IARC Monograph 1-42 (1972-1987) - Evaluation of the Carcinogenic risk of chemicals to humans. *International Agency for Research on Cancer/World Health Organization*, WHO Press.

IARC (1996). *Mechanisms of mineral fibre carcinogenesis. Publication No, 140*. Kane AB, Boffeta P, Saracci R, Wilbourn JD, *IARC Scientific*

IARC (2010). *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93. Carbon black, titanium dioxide, and talc*. Lyon, IARC (International Agency for Research on Cancer).

IARC (2011). *IARC Monographs on Design and validity of a clinic base control-study on the molecular epidemiology of lymphoma, Vol. 93*. James R. Cerhan, Zachary S. Fredericksen, Alice H Wang, Thomas M. Habermann, Neil E. Kay, William R. Macon, Julie M. Cunningham, Tait D. Shanfelt, Stephen M. Answell, Thimothy G. Call, Thomas E. Witzig, Susan L. Slager, Mark Liebow, IARC (International Agency for Research on Cancer).

IARC - Monograph Vol. 100C (2012)- Arsenic, Metals Fibres, and Dusts: A review of human carcinogens. Lyon, *International Agency for Research on Cancer/World Health Organization.*

Ioannidis J (2005). Why most published research findings are false, *PLos Med*, 2(8):e124.

Ioannidis J (2015). Exposure-wide epidemiology: revisiting Bradford Hill, *Statistics in Medicine*

Jordan, S. J., A. C. Green, D. C. Whiteman, P. M. Webb and Australian Ovarian Cancer Study Group (2007). Risk factors for benign serous and mucinous epithelial ovarian tumors. *Obstetrics & Gynecology* 109(3): 647-654.

Karami S, Lan Q, Rothman N, et al (2012). Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. Occupational and Environmental Medicine 69:858-867.

Kasper CS, Chandler PJ, Jr. Possible morbidity in women from talc on condoms. JAMA. 1995;273(11):846-7.

Khalade A, Jaakkola MS, Pukkala E, Jaakkola JJ (2010). Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis. Environmental Health 9(31):1-8.

Kim S, Ko Y, Lee HJ, Lim J (2018). Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies. Breast Cancer Research and Treatment 170(3):667-675.

Krause J (1977). Mineralogical characterization of cosmetic talc products, Journal of Toxicology and Environmental Health 2(5):1223-1226.Kurta, M. L., K. B. Moysich, J. L. Weissfeld, A. O. Youk, C. H. Bunker, R. P. Edwards, F. Modugno, R. B. Ness and B. Diergaarde (2012). Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer Epidemiology, Biomarkers & Prevention* 21(8): 1282-1292.

Langseth, H., S. E. Hankinson, J. Siemiatycki and E. Weiderpass (2008). Perineal use of talc and risk of ovarian cancer. *Journal of Epidemiology & Community Health* 62(4): 358-360.

Langseth, H. and K. Kjaerheim (2004). Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scandinavian Journal of Work, Environment & Health* 30(5): 356-361.

Last, J. M. (2001). *A Dictionary of Epidemiology, Fourth Edition*. Oxford, Oxford University Press.

Levin."Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries" - https://www.fairwarning.org/2018/01/talc-documents-reveal/print

Licaj, Jacobsen, Selmer et al. (2017. Smoking and risk of ovarian cancer by histological subtypes: an analysis among 300,000 Norwegian women. *British Journal of Cancer* 116(2): 270-276

Lo-Ciganic, W. H., J. C. Zgibor, C. H. Bunker, K. B. Moysich, R. P. Edwards and R. B. Ness (2012). Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. *Epidemiology* 23(2): 311-319.

Lockey J (1981). Nonasbestos fibrous minerals, *Clinics in Chest Medicine* 2(2):203-218.

Lundin, Dossus, Clendenen, Krogh, Grankvist, Wulff, Sieri, Arlsan, Lenner, Berrino, Hallmans, Zeleniuch-Jacquotte, Toniolo, Lukanova (2009). C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy). Caner Causes & Control: CCC 20(7):1151-1159.

Lunet, N., and A. Azevedo (2009). Letter to the Editor: On the comparability of population-based and hospital-based case-control studies. *Gaceta Sanitaria* 23(6): 564-567.

Mahjub H, Sadri G (2006). Meta-analysis of case-referent studies of specific environmental or occupational pollutants on lung cancer. *Indian Journal of Cancer* 43(4):169-173.

Mallen, Townsend, Tworoger (2018). Risk factors for ovarian carcinoma. *Hematology/Oncology Clinics of North America*. 32(6):891-902.

Masi, A. (1965). Potential uses and limitations of hospital data in epidemiologic research. *American Journal of Public Health* 55(5): 658-667.

Mattenklott (2007). Asbestos in talc powders and soapstone – the present state . *Staub, Reinhaltung der Luft Journal* 67(7):287-292.

Mayer D, C Kasper, P Chandler (1995). To the Editor: Talc and Condoms and reply, JAMA 274(16):1269.

Merritt, M. A., A. C. Green, C. M. Nagle, P. M. Webb, Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group (2008). Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *International Journal of Cancer* 122(1): 170-176.

Mills, P. K., D. G. Riordan, R. D. Cress and H. A. Young (2004). Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *International Journal of Cancer* 112(3): 458-464.

Miserocchi G, G Sancini, F Mantegazza, G Chiappino (2008). Translocation pathways for inhaled asbestos fibers, *Environmental Health* 7:4 doi: 10.1186/1476-069X-7-4.

Moller P, P Danielsen, K Jantsen, M Roursgaard & S Loft (2013). Oxidatively damaged DNA in animals exposed to particles, Critical Reviews in Toxicology, 43:2, 96-118.

Moller, Jacobsen et al (2010). Role of oxidative damage in toxicity of particulates, Free Radical Researchm 44:1, 1-46.

Moon M, J Park, B Choi, S Park, D Kim, Y Chung, N Hisanaga, I Yu (2011). Risk assessment of baby powder exposure through inhalation. *Official Journal of Korean Society of Toxicology,* 27(3): 137-147.

Moorman, P. G., R. T. Palmieri, L. Akushevich, A. Berchuck and J. M. Schildkraut (2009). Ovarian cancer risk factors in African-American and white women. *American Journal of Epidemiology* 170(5): 598-606.

Muscat J.E., Huncharek M (2008). Perineal Talc Use and Ovarian Cancer: A Critical Review. *European J Cancer Prevention* 17:139-146.

Narod S (2016). Talc and ovarian cancer. *Gynecologic Oncology* 141(3):410-12. https//doi.org/10.1016/j.ygyno.2016.04.011.

Ness, R. B. and C. Cottreau (1999). Possible role of ovarian epithelial inflammation in ovarian cancer. *Journal of the National Cancer Institute* 91(17): 1459-1467.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan and J. J. Schlesselman (2000). Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology* 11(2): 111-117.

Ness, Roberta  (2015)– Does talc exposure cause ovarian cancer?:IGCS-0015 Ovarian Cancer. *International Journal of Gynecological Cancer: Official Journal of the International Gynecological Cancer Society*, 25 Suppl. 1:51

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Neupane, B., S. Walter, P. Krueger, M. Loeb (2010). Community controls were preferred to hospital controls in a case-control study where the cases are derived from the hospital. *Journal of Clinical Epidemiology* 63(8): 926-931.

Paoletti, Caiazza, et al (1984). Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. *Regulatory Toxicology and  Pharmacology* 4(3):222-35.

Park, Schildkraut, et al. (2018) Benign gynecologic conditions are associated with ovarian cancer risk in African-American women:  a case-control study. *Cancer Causes & Control* Vol. 29, Issue 11, pp 1081-1091.

Peeples, Lynne (2014) "Hidden source of industry influence threatens toxic chemical regulations" – https://huffingtonpost.com/2014/09/18/industry-toxic-chemicals-funding-conflicts-of-interest_n_5837968.html

Pennikilampi R, G Eslick (2018).  Perineal talc use and ovarian cancer: a systematic review and meta-analysis, *Epidemology*, 29:41-49.

Petitti, D. B. (2000). *Meta-Analysis, Decision Analysis, and Cost-Effectiveness Analysis.* New York, Oxford University Press.

Pike, M. C., C. L. Pearce, R. Peters, W. Cozen, P. Wan and A. H. Wu (2004). Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. *Fertility & Sterility* 82(1): 186-195.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell and B. Susil (1995). Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *International Journal of Cancer* 62(6): 678-684.

Reid, Permuth, Sellers (2017). *Epidemiology of ovarian cancer: a review. Cancer Biology and Medicine* 14(1): 9-32.

VL Roggli, PC Pratt (1983). Numbers of asbestos bodies on iron-stained tissue sections in relation to asbestos body counts in lung tissue digest. *Human Pathology Journal* 14(4): 355-61.

VL Roggli, PC Pratt. AR Brody(1986). Asbestos content of lung tissue in asbestos associated diseases: a study of 110 cases. *British Journal of Industrial Medicine* 43(1): 18-28.

Rohl A (1974). Asbestos in Talc, *Environmental Health Perspectives*, 9:129-132.

Rohl A, A. Langer, J. Selikoff, A. Tordini, R. Klimentidis (1976). Consumer talcums and powders: mineral and chemical characterization. *Journal of Toxicology and Environmental Health* 2(2):255-84.

Rosenblatt, K. A., W. A. Mathews, J. R. Daling, L. F. Voigt and K. Malone (1998). Characteristics of women who use perineal powders. *Obstetrics & Gynecology* 92(5): 753-756.

Rosenblatt, K. A., M. Szklo and N. B. Rosenshein (1992). Mineral fiber exposure and the development of ovarian cancer. *Gynecologic Oncology* 45(1): 20-25.

Rosenblatt, K. A., N. S. Weiss, K. L. Cushing-Haugen, K. G. Wicklund and M. A. Rossing (2011). Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes & Control* 22(5): 737-742.

Ross, Malcom (1974)Geology, asbestos and health. *The National Institute of Environmental Health Sciences* 9:123-124

Rothan, Pastides, Samet (2000). Interpretation of epidemiologic studies on Talc and Ovarian Cancer.

Rothman, K. J. and S. Greenland (1998). *Modern Epidemiology, Second Edition*. Philadelphia, Lippincott-Raven Publishers.

Rothman, K., Greenland, S., & Lash, TL. (2008). *Modern Epidemiology, 3rd Edition*. Philadelphia, PA: Lippincott Williams & Wilkins.

Ruano-Ravina, A., M. Perez-Rios, J. Barros-Dios (2008). Population-based versus hospital-based controls: are they comparable? *Gaceta Sanitaria* 22(6): 609-613.

Saed G, R Morris, N Fletcher (2018). *New insights into the pathogenesis of ovarian cancer-oxidative stress, Ovarian Cancer – From Pathogenesis to Treatment*, Ch. 4, 83-110, IntechOpen.

Saed G, M Diamond, N Fletcher (2017). Updates of the role of oxidative stress in the pathogenesis of ovarian cancer, *Gynecologic Oncology*, 145:595-602.

Schildkraut, J. M., S. E. Abbott, A. J. Alberg, E. V. Bandera, J. S. Barnholtz-Sloan, M. L. Bondy, M. L. Cote, E. Funkhouser, L. C. Peres, E. S. Peters, A. G. Schwartz, P. Terry, S. Crankshaw, F. Camacho, F. Wang and P. G. Moorman (2016). Association between Body Powder Use and Ovarian Cancer: the African American Cancer Epidemiology Study (AACES). *Cancer Epidemiology, Biomarkers & Prevention* 12: 12.

Shukla A, M MacPherson, J Hillegass, M Ramos-Nino, V Alexeeva, P Vacek, J Bond, H Pass, C Steele, B Mossman (2009). Alterations in gene expression in human mesothelial cells correlated with mineral pathogenicity, *American Journal of Respiratory Cell and Molecular Biology*, 41:114-123.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz and J. G. Schenker (1996). Human menopausal gonadotropin and the risk of epithelial ovarian cancer. *Fertility & Sterility* 65(1): 13-18.

Siemiatycki J. Historical overview of occupational cancer research and control.  In Occupational Cancers. Eds S Anttila, P Boffetta, K Straif. Springer Press: 1-20, 2014.

Sjosten A, H Ellis, G Edelstam (2004). Retrograde migration of glove powder in the human female genital tract, *Human Reproduction* 19(4):991-995.

Smith, Guyton, Gibbons, et al. (2016). Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. *Environmental Health Perspectives* 124(6):713-21

Steiling W, Almeida JF, Assaf Vandecasteele H, Gilpin S, Kawamoto T, O'Keeffe L, Pappa G, Rettinger K, Rothe H, Bowden AM (2018) Principles for the safety evaluation of cosmetic powders, *Toxicology Letters*, 297, 8-18.

Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, Bouvard V,Guha N, Freeman C, Galichet L, Cogliano V; WHO International Agency for Research on Cancer Monograph Working Group (2009). A review of human carcinogens - Part C: metals, arsenic, dusts and fibres, Lanet Oncology 10(5):453-454. Suzuki Y, N

Kohyama (1991). Translocation of inhaled asbestos fibers from the lung to other tissue, *American Journal of Industrial Medicine* 19(6):701-704.

Terry, K. L., S. Karageorgi, Y. B. Shvetsov, M. A. Merritt, G. Lurie, P. J. Thompson, M. E. Carney, R. P. Weber, L. Akushevich, W. H. Lo-Ciganic, K. Cushing-Haugen, W. Sieh, K. Moysich, J. A. Doherty, C. M. Nagle, A. Berchuck, C. L. Pearce, M. Pike, R. B. Ness, P. M. Webb, M. A. Rossing, J. Schildkraut, H. Risch and M. T. Goodman (2013). Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls. *Cancer Prevention Research* 6(8): 811-821.

Trabert G, E Poole, E White, K Visvanathan, H Adami, G Anderson, T Brasky et al. (2018). Analgesic use and ovarian cancer risk: an analysis in the Ovarian Cancer Cohort Consortium, Journal of the National Cancer Institute 111(2) https://doi.org/10.1093/jnci/djy100.

Tung, Goodman, Wu, et al. (2005) Reproductive factors and epithelial ovarian cancer risk by histologic type: a multi-ethnic case-control study. *American Journal of Epidemiology* 161(4):321-9.

Tung, Wilkes, Wu, et al. (2003). Effect of anovulation factors on pre-and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis. *American Journal of Epidemiology* 158(7): 629-38

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani and D. Trichopoulos (1993). Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer. *International Journal of Cancer* 55(3): 408-410.

U.S. Department of Health, E., and Welfare, (1964). *Smoking and Health: Report of the Advisory Committee to the Surgeon General of the Public Health Service*. Washington, D.C., U.S. Department of Health, Education, and Welfare.

Van Gosen B, H Lowers, S Sutley, and C. Gent (2004). Using the geologic setting of talc deposits as an indicator of amphibole asbestos content, *Environmental Geology*, 45 (7):920-939.

Venter, P. F. and M. Iturralde (1979). Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *South African Medical Journal* 55(23): 917-919.

Virta, Robert L. (1985). The phrase relationship of talc and amphiboles in a fibrous talc sample. *Vol. 8923* of the  *U.S. Dept. of the Interior, Bureau of Mines– Science*.

Weed, D. L. (2000). Epidemiologic evidence and causal inference. *Hematological & Oncological Clinics of North America* 14(4): 797-807, viii.

Wehner A, A Hall, R Weller, E Lepel, R Schirmer (1985). Do particles translocate from the vagina to the oviducts and beyond? *Fd Chem. Toxic.* 23(3) :367-372.

Werner I (1982). Presence of asbestos in talc samples, *Atemschutzinformationen*, 21:5-7.

Wentzensen, N. and S. Wacholder (2014). Talc use and ovarian cancer: epidemiology between a rock and a hard place. *Journal of the National Cancer Institute* 106(9).

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, Jr., D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon and M. Hendrickson (1988). Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *American Journal of Epidemiology* 128(6): 1228-1240.

Whysner, J. and M. Mohan (2000). Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk. *American Journal of Obstetrics & Gynecology* 182(3): 720-724.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan and C. J. Mettlin (1999). Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstetrics & Gynecology* 93(3): 372-376.

Wu, A. H., C. L. Pearce, et al. (2009). Markers of inflammation and risk of ovarian cancer in Los Angeles County. *International Journal of Cancer* 124(6): 1409-1415.

Wu AH, CL Pearce, CC Tseng, MC Pike (2015). African-Americans and Hispanics remain at lower risk of ovarian cancer than non-hispanic whites after considering nongenetic

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

risk factors and oophorectomy rates, *Cancer Epidemiol Biomarkers Prev* 24(7):1094-1100.

Wu S, W Zhu, P Thompson, Y Hannun (2018) Evaluating intrinsic and non-intrinsic cancer risk factors, *Nature Communications* 9(1):3490.

Zazenski R, W Ashton, D Briggs, M Chudkowski, J Kelse, L MacEachern, E McCarthy, M Nordhauser, M Roddy, N Teetsel, A Wells, S Gettings (1995). Talc: Occurrence, characterization and consumer applications, *Regulatory Toxicology and Pharmacology* 21:218-229.

Zhang Z-L, Sun J, Dong J-Y, et al (2012). Residential Radon and Lung Cancer Risk: An Updated Meta-analysis of Case-control Studies. *Asian Pac J Cancer Prev* 13:2459-2465.

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

**Bibliography – Part B: Documents not available in the Public Domain**

IMERYS044612

IMERYS049952-56

IMERYS051371-72

IMERYS051442

IMERYS089960

IMERYS091279-80

IMERYS111220

IMERYS126092-97

IMERYS138505-11

IMERYS179122-23

IMERYS210136-37

IMERYS219720-22

IMERYS239864

IMERYS2419940-04

IMERYS242050

IMERYS274896

IMERYS284935-37

IMERYS288001-04

IMERYS288590-91

IMERYS303801

IMERYS322241-42

IMERYS342524-25

IMERYS422289-90

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

IMERYS442232-33

IMERYS500801

IMERYS-A_0001304-09

IMERYS-A_0011817

IMERYS-A_0011964-65

IMERYS-A_0021921-29

IMERYS-A_0024367

IMERYS-MDL-AB_0005560-86

JNJ000000119-22

JNJ000000523-36

JNJ000000636-38

JNJ000000697

JNJ000000704

JNJ000000935-36

JNJ000003914-15

JNJ000003969-72

JNJ000003987-95

JNJ000004113-24

JNJ000004152-56

JNJ000004183

JNJ000004225-30

JNJ000004518-21

JNJ000004541-42

JNJ000004545-46

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

JNJ000004641-42

JNJ000004712-16

JNJ000006201-02

JNJ000008945-9277

JNJ000010808

JNJ000011704-08

JNJ000013664-65

JNJ000015750-52

JNJ000015753-54

JNJ000015770-72

JNJ000016645-46

JNJ000020397

JNJ00002073337

JNJ000021035

JNJ000021093-94

JNJ000022040-42

JNJ000023355-56

JNJ000024462-63

JNJ000024495-500

JNJ000024568

JNJ000251888-90

JNJ000261010-27

JNJ000029640-41

JNJ000035173-231

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

JNJ000036440-42

JNJ000040596-97

JNJ000058760-64

JNJ000065616-19

JNJ000075792-94

JNJ000085127-39

JNJ000085448-60

JNJ000087166-230

JNJ000092918-20

JNJ000093405

JNJ000093406-97

JNJ000175138

JNJ000221838-49

JNJ000223499

JNJ000224655-93

JNJ000238435-39

JNJ000239388

JNJ000232996-3002

JNJ000246437

JNJ000248615-16

JNJ000251888-90

JNJ000257999

JNJ000261010-27

JNJ000260833-35

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

JNJ000278435-39

JNJ000290508-28

JNJ000298951-52

JNJ000326106-25

JNJ000342731-34

JNJ000346841

JNJ000348778-80

JNJ000367403-56

JNJ000368573

JNJ000375563

JNJ000375919

JNJ000376096

JNJ000381975-76

JNJ000383680-82

JNJ000383898

JNJ000384724-28

JNJ000384731-37

JNJ000384773

JNJ000385452

JNJ000388419

JNJ000389973-74

JNJ000391191

JNJ000391530

JNJ000394463-JNJ000394467

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

JNJ000404446-47

JNJ000404486-88

JNJ000405501-53

JNJ000411712-15

JNJ000418480

JNJ000457407-10

JNJ000637879-81

JNJ000526231-6676

J&J-0007797

JNJAZ55_000000904-948

JNJAZ55_000003357

JNJAZ55_000005743-48

JNJAZ55_000005957-66

JMJAZ55_00006089-091

JANJAZ55_000008177-78

JNJAZ55_000008893-8902

JNJAZ55_000012423-30

JNJAZ55_000015127-286

JNJMX68_000003728-29

JNJMX68_000004646-47

JNJMX68_000004996-5044

JNJMX68_000006792

JNJMX68_000008982-9004

JNJMX68_000011720-25

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

JNJMX68_000012858

JNJMX68_000012745-49

JNJMX68_000013019-20

JNJMX68_000013464-66

JNJMX68_000017401-43

JNJMX68_000019698-99

JNJN000294462

JNJNL61_000000134-36

JNJNL61_000002666-73

JNJNL61_000006431-32

JNJNL61_000008084-89

JNJNL61_000014431-37

JNJNL61_000020359

JNJNL61_000029410-36

JNJNL61_000052427

JNJNL61_000061857

JNJNL61_000063473

JNJNL61_000064366-67

JNJNL61_000079334-35

JNJTALC000716827-45

LUZ000250

LUZ000566-67

LUZ001017-22

LUZ001298-1303

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

LUZ001326-27

LUZ001441-44

LUZ001719-20

LUZ001873-76

LUZ002733-51

LUZ003202-03

LUZ003204

LUZ003264-67

LUZ004656-65

LUZ005090-91

LUZ005109-10

LUZ005118

LUZ006056

LUZ006507-09

LUZ010145-48

LUZ011817

LUZ011963

LUZ011964-65

LUZ012006-18

LUZ012031-32

LUZ012732-33

LUZ012863-64

LUZ012865-66

LUZ013053-55

LUZ013093

LUZ013094-95

LUZ013367-87

LUZ015111-12

LUZ015663

LUZ020182-86

LUZ021921-29

LUZ022044-50

LUZ022207-08

LUZ023843-35

MBS-CRE Production of Documents 000240-41

PCPC0017629

PCPC0052415

WCD000254-55

After your doctor or health care provider prescribes your ORTHO Diaphragm, 1998.
(JANSSEN000056-65)

Agenda:  NTP Board of Scientific Counselors Report on Carcinogens (RoC) Subcommittee
Meeting

Annie Yessian Report - Echeverria

*Berg v. Johnson & Johnson*, Final Jury Instructions

*Berg v. Johnson & Johnson*, Judgment

*Berg v. Johnson & Johnson*, Verdict Form October 4, 2013

California State Cosmetics Program from the California Dept of Public Health - Occupational
health Branch - Chemicals known or suspected to cause cancer or reproductive
toxicity (P-31)

Report on talcum powder use and ovarian cancer                                      Jack Siemiatycki

California Safe Cosmetics Act 2005

*Carl v. J&J; Balderrama v. J&J* - Defendants Johnson & Johnson, Johnson & Johnson Consumer Inc., and Imerys Talc America, Inc's joint memorandum of law in support of their motion to exclude plaintiffs' experts' general causation opinions

Cancer Prevention Coalition – November 17, 1994 Citizen's Petition to FDA seeking carcinogenic labelling on all cosmetic talc products

Cancer Prevention Coalition – May 13, 2008 Citizen's Petition to FDA seeking a cancer warning on cosmetic talc products

Cesario, S - Powerpoint "Feminine hygiene product use and the risk of ovarian cancer"

Committee on the State of the Science in Ovarian Cancer Research; Board on Health Care Services; Institute of Medicine; National Academies of Sciences, Engineering, and Medicine.  Ovarian Cancers: Evolving Paradigms in Research and Care

Cesario, Sandra. PTT-Feminine hygiene product use and the risk of ovarian cancer (*Unpublished*).

Crowley M. (November 12, 2018) Rule 26 report of Michael M. Crowley, PhD regarding the fragrance chemical constituents in Johnson & Johnson Talcum Powder Products

Daniel Cramer Report - Echeverria

Daniel Cramer Supplemental Report - Echeverria

David Steinberg, expert report

David Steinberg, FRAPS Exhibit 14: Statement of Michael M. Landa, J.D.

David Steinberg, CV

David Steinberg publications list

David Steinberg signed verification Di Saia, P. J. (2015). Letter to Kathleen A. Frazier. Unpublished letter.

Defense Expert Reports from Blaes Case: DeSesso; Hoel; Di Saia; Muscat; Hopkins

Deposition Exhibit of John Hopkins – 28 (November 5, 2018)

16 November 2018                                                                                        136

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

Deposition Exhibit of Julie Pier – 47 (September 13, 2018)

Deposition Transcript of Alice Blount, *Ingham v. Johnson & Johnson, et al.* (April 13, 2018)

Deposition Transcript & Exhibits - Julie Pier, MDL No. 2738 (September 12 – 13, 2018)

Deposition transcript, 10/19/2012 - John Hopkins

Deposition Transcript & Exhibits - John Hopkins, MDL No. 2738 (Aug. 16 – 17, 2018, Oct. 17, 2018, Nov. 5, 2018)

Deposition Transcript & Exhibits - Joshua Muscat, MDL No. 2738 (Sept. 25, 2018)

Deposition Transcript & Exhibits - Linda Loretz, MDL No. 2738 (July 17, 2018, Oct. 1 – 2, 2018)

Deposition Transcript & Exhibits - Robert Glenn, MDL No. 2738 (Oct. 18, 2018)

D. L. Longo, R. C. Young. Cosmetic talc and ovarian cancer (1979)

D. L. Longo, R. C. Young. Letter to the Editor:  Cosmetic talc and ovarian cancer (1979)

Educational Report of Thomas Dydek

Excerpts from S. Sharma Deposition

Expert Report of Laura M. Plunkett, PhD, DABT – Oct. 5, 2016

Expert Report of Jack Siemiatycki, MSc, PhD – Oct. 4, 2016

Fair warning TalcDoc 5 - Exhibit 113 (JNJNL91_000022019)

Fair warning TalcDoc 15

FDA Authority Over Cosmetics April 6, 2015

FDA Response to Citizen's Petition re: Docket Numbers 94P-0420 and FDA-2008-P-0309-00001/CP

Federal Register – 81 FR 91722 – Banned Devices – Powdered Gloves

*Fox v. Johnson & Johnson*, Trial Transcript

Godleski, J. J. (2015). Letter to R. Allen Smith, Jr. Unpublished letter.

16 November 2018                                                                    137

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

John J. Godleski, M.D. - Expert Report from Blaes Case

John Godleski Report - Echeverria

John Godleski Supplemental Report - Echeverria

Hopkins, J. (2015). Letter to Gene M. Williams. Unpublished letter.

Johnson's Baby Powder - website, product description

Kemp Hearing Transcript - Douglas Weed

Longo, Rigler, Egeland. MAS Project 14-1852: Below the Waist Application of Johnson & Johnson Baby Powder, September 2017

Longo, Rigler - Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower talc products for amphibole (tremolite) asbestos, August 2017

Longo, Rigler - Analysis Report MAS Project #14-1683 Johnson's Baby Powder Sample Set, April 2017

Longo, Rigler - TEM Analysis of historical 1978 Johnson's Baby Powder Sample for amphibole asbestos, February 2018

Longo, Rigler – Expert Report In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (November 14, 2018).

"Making it up as he goes along: Paolo Boffetta, Italian Epidemiologist, distorts power line health risks" - https://microwavenews.com/news-center/boffetta-post-truth.

Material Safety Data Sheet from Luzenac America, Inc.; Version 45.0, updated 6/18/08 (Group 1)

Material Safety Data Sheet from Luzenac America, Inc. (Group 3)

Material Safety Data Sheet from Luzenac America, Inc.; Version 2.0, updated 2/26/09 (Group CAN)

Material Safety Data Sheet from Luzenac America, Inc. (Group 1)

MBS Invoices – December 2007, April 2012, May 2013, July 2013, December 20013, January 2015, March 2015

16 November 2018

MSDS Sheet, Version 2.0

Muscat, J. E. (2015). Report on the Relationship between Hygienic Use of Talc and the Risk of Ovarian Cancer. Unpublished report.

NPR Article Johnson & Johnson Pledges to Purge Controversial Chemicals April 16, 2015

Ness, R. B. (2015). Report on the question of whether genital talc use causes ovarian cancer. Unpublished report.

Ness, R. Expert Report - Jacqueline Fox

Ness, R. Commentary "A plaintiff's witness in the baby powder case"

NTP "The Report on Carcinogens Tenth Edition - Factsheet"

Omiecinski, C. J. (2015). Opinion on the Relationship Between Chronic Perineal/Genital Exposures to Cosmetic Talc and Ovarian Cancers: Mechanistic Aspects and Biological Plausibility Unpublished report.

Osann, K. (2016). Report on Perineal Talc Exposure and Risk of Ovarian Cancer. Unpublished report.

Personal Care Products Council Letter – July 21, 2009 to FDA re: Comments to FDA Citizen's Petition to the Commissioner of the Food and Drug Administration Seeking a Cancer Warning on Talc Products

Photographs of Johnson's Baby Powder

Photographs of Shower to Shower

Riham Sheble, Shabina Khatri. DOHA News - Johnson's baby powder of Qatar shelvees after US cancer lawsuit verdict

Roe. Controversy: Cosmetic tlac and ovarian cancer (1979)

Rosenthal, G. J. (2015). Opinion on Relationships Between the Toxicology of Cosmetic Talc and the Pathogenesis of Ovarian Cancer. Unpublished report.

Rosenthal, G - Expert Report from Blaes Case: "Opinion on Relationships Between the Toxicology of Cosmetic Talc and the Pathogenesis of Ovarian Cancer"

Report on talcum powder use and ovarian cancer                                    Jack Siemiatycki

Rothman, Pastides, Samet. (2000) Interpretation of epidemiologic studies on talc and ovarian cancer

*Slemp v. Johnson & Johnson, et al.*, Trial Transcript

Summary Minutes of the NTP Board of Scientific Counselors Report on Carcinogens (RoC) Subcommittee Meeting

Talc Removed from 12th RoC- The Rose Sheet October 24, 2005

WHMIS Classification for Talc, non fibrous - CNESST; CAS Number:  14807-96-6

Weed, Douglas. A Report Regarding General Causation and an Evaluation of the Reliability and Validity of the Plaintiffs' Experts' Reports Designated for the Plaintiff, Lori Oules (Feb. 1, 2017)

Report on talcum powder use and ovarian cancer                    Jack Siemiatycki

**17.   Curriculum Vitae – Jack Siemiatycki**

# CURRICULUM VITAE

## Jack Siemiatycki

**TABLE OF CONTENTS**

STATISTICAL SUMMARY OF SELECTED ACCOMPLISHMENTS ..................................................2
GENERAL INFORMATION ...........................................................................................................3
EDUCATION ...................................................................................................................................3
CURRENT ACADEMIC APPOINTMENTS ....................................................................................3
PREVIOUS ACADEMIC APPOINTMENTS AND WORK EXPERIENCE ......................................3
SIGNIFICANT INTERNAL ADMINISTRATIVE APPOINTMENTS ...............................................3
SIGNIFICANT INSTITUTIONAL COMMITTEES .........................................................................4
CURRENT MAJOR EXTERNAL BOARDS, SCIENTIFIC COMMITTEES (INVITED)....................4
PAST MAJOR EXTERNAL BOARDS, SCIENTIFIC COMMITTEES, CONSULTATIONS (INVITED) .........4
OTHER SIGNIFICANT EXTERNAL CONSULTATIONS (INVITED)................................................6
HONOURS .......................................................................................................................................9
GRANT REVIEW, JOURNAL REVIEW AND PERSONNEL REVIEW ............................................9
    Associate Editor...........................................................................................................................9
    Contributing Editor......................................................................................................................9
    Chairman of grant review panels.................................................................................................9
    Member of grant review panels....................................................................................................9
    External referee for tenure or promotion of personnel in other institutions ...................................9
THESES ..........................................................................................................................................10
ARTICLES PUBLISHED PEER REVIEW ......................................................................................10
BOOK CHAPTERS (invited) AND IARC MONOGRAPHS.............................................................23
PUBLICATIONS WITHOUT PEER REVIEW, OTHER SCIENTIFIC REPORTS ...........................24
BOOK .............................................................................................................................................27
ARTISTIC WORKS.........................................................................................................................27
SCIENTIFIC PRESENTATIONS - INVITED ..................................................................................27
SCIENTIFIC PRESENTATIONS - OFFERED AND ACCEPTED ....................................................35
GRANTS AND CONTRACTS RECEIVED ......................................................................................46

Curriculum Vitae                                                                           Jack Siemiatycki

## STATISTICAL SUMMARY OF SELECTED ACCOMPLISHMENTS

| | |
|---|---|
| Publications in peer-reviewed journals | 245 |
| Book chapters, IARC Monographs | 20 |
| Other publications, reports | 42 |
| Book (authored) | 1 |
| | |
| Invited presentations | 173 |
| Conference presentations, posters, abstracts : offered and accepted | 181 |
| | |
| Grants received as P.I. (number) | 36 |
| Grants received as P.I. ($) | $15.4M |
| Grants received as co-investigator (number) | 59 |
| Grants received as co-investigator ($) | $27.9M |
| | |
| | |
| | |
| H-factor (google scholar) | 64 |
| | |
| Instances of participation on expert panels, committees, boards of directors, at invitation of governments or public health agencies or research agencies or universities | 126 |
| | |
| Grant review panels or referee for external institution or journal editorial boards | 65 |
| | |
| Honours | several |

Curriculum Vitae                                                                          Jack Siemiatycki

## GENERAL INFORMATION

**Work address**

Université de Montréal

Research Center of CHUM

850 rue St Denis, Montréal, QC, Canada H2W 1V1

Tel:      (514) 890-8166

Fax:     (514) 412-7106

E-mail: j.siemiatycki@uMontréal.ca

## EDUCATION

1967    B.Sc. (mathematics); McGill University
1970    M.Sc. (mathematical statistics); McGill University
1976    Ph.D. (epidemiology and medical statistics); McGill University
1977    Post-doctoral (cancer epidemiology); International Agency for Research on Cancer, Lyon

## CURRENT ACADEMIC APPOINTMENTS

Professor, Department of Social and Preventive Medicine, Université de Montréal (since 2001)

Cancer Research Society-Guzzo Research Chair in Environment and Cancer, Université de Montréal (since November 2007)

Adjunct Professor, Department of Epidemiology, Biostatistics and Occupational Health, McGill University. (since 1979)

Fellow, Canadian Academy of Health Sciences (since 2008)

## PREVIOUS ACADEMIC APPOINTMENTS AND WORK EXPERIENCE

| | |
|---|---|
| 1967-71 | Research Fellow; Department of Epidemiology and Health, McGill University. |
| 1970-72 | Research Director; Pointe St. Charles Community Clinic, Montréal. |
| 1978 | Consultant; International Agency for Research on Cancer, Lyon. |
| 1978-2001 | Assistant, then Associate (1979), then full Professor (1983): Epidemiology Research Center, Institut Armand-Frappier, Laval, Québec. |
| 1982-1986 | Associate member, McGill Cancer Center, McGill University. |
| 1996-1997 | Visiting Scientist. International Agency for Research on Cancer, Lyon. |
| 2001-2015 | Canada Research Chair (Tier 1), Université de Montréal (resigned 2011). |
| 2003-2009 | Affiliate Scientist. McLaughlin Centre for Pop'n Health Risk Assessment, Univ of Ottawa. |

## SIGNIFICANT INTERNAL ADMINISTRATIVE APPOINTMENTS

| | |
|---|---|
| 1982-86 | Director, Équipe associée de l'Institut de Recherche en Santé et Sécurité du Travail sur les cancers professionnels (affiliated research team of the Quebec Institute for Occupational Health and Safety on Occupational Cancer). |
| 1988-91 | Director, Epidemiology Research Center, Institut Armand-Frappier. |
| 1990-98 | Director, Équipe prioritaire de recherche en épidémiologie environnementale du FRSQ. (Priority research team in environmental epidemiology). |
| 1998-2001 | Member, Governing Council (Conseil d'administration). Institut national de la recherche scientifique, Université du Québec. |
| 2000-2007 | Coordinator. Program of Research in Environmental Epidemiology of Cancer (PREECAN), a national program funded by the National Cancer Institute of Canada. |
| 2002-2005 | Associate Director for Population Health Sciences, Research Center of the University of Montréal Hospital Center. |

Curriculum Vitae                                                                                     Jack Siemiatycki

2006-2007     Director, Epidemiology program, PhD public health, Université de Montréal.
2006-2014     Director, Axe risques à la santé (Health Risks Division). Centre de recherche du Centre hospitalier de l'Université de Montréal.

## SIGNIFICANT INSTITUTIONAL COMMITTEES

1979-80       Member of faculty committee to negotiate a collective agreement with the Institut Armand-Frappier administration.
1982-92       Member, Research Council. Institut Armand-Frappier.
1998-2001     Member, Institutional advisory council. Institut Armand-Frappier. Institut national de la recherche scientifique
2002-2006     Comité de direction. Centre de recherche du CHUM
2002-2017     Member, Various committees of the Dept Med Soc et Preventive, including Promotions, and Recruitment.
2006-2009     Member, Various committees established to set up a new School of Public Health at l'Université de Montréal
2006-2014     Comité Scientifique de la Recherche du CHUM.

## CURRENT MAJOR EXTERNAL BOARDS, SCIENTIFIC COMMITTEES (INVITED)

1.   Chair of Scientific Advisory Committee of CONSTANCES, a large prospective cohort established in France, under aegis of INSERM, Ministère de la Santé, and other agencies. Since 2011.
2.   Member of Comité national d'épidémiologie en cancérologie. Ministère de la Santé et des Services sociaux, Quebec. Since 2014.
3.   Member, Advisory committee to Directors of Cartagene, a Quebec population cohort.

## PAST MAJOR EXTERNAL BOARDS, SCIENTIFIC COMMITTEES, CONSULTATIONS (INVITED)

1.   Expert consultative committee to Commission de la santé et sécurité du travail du Québec on the epidemiologic function of the CSST. 1979-80.
2.   President of Organizing Committee of Annual Congress of Quebec Public Health Association, Montréal. 1982.
3.   Consultative committee of International Agency for Research on Cancer on feasibility of SEARCH programme. 1982.
4.   Canadian representative. International Joint Commission (U.S. and Canada) Committee on the Assessment of Human Health Effects of Great Lakes Water Quality. 1982-89.
5.   Task Force on Chemicals in the Environment and Human Reproduction Effects in New Brunswick. 1983-85.
6.   Chairman and organizer of international workshop sponsored by International Agency for Research on Cancer, Lyon, on use of job exposure information in cancer case-control studies. 1984.
7.   Quebec Government Consultative Committee on Alachlor. 1985-86.
8.   Chairman and organizer of the International Joint Commission Workshop on the Role of Epidemiology in Assessing the Effects of Great Lakes Water Quality on Human Health, Scarborough, March 1988. 1986-88.
9.   Priority Substances Advisory Panel. Panel established under terms of Canadian Environmental Protection Act by Health and Welfare Canada. 1988.
10.  Working Group on Electromagnetic Fields under auspices of Health Effects Institute. 1991.
11.  Consultative Committee on Environment-related Cancer Surveillance, LCDC, Health and Welfare Canada. 1993-1996.
12.  Consultative Committee on an Investigation of Lung Cancer and Environmental Tobacco Smoke, Environmental Health Directorate, Health Canada. 1994-1995.
13.  Working Group on Evaluation of Carcinogenicity of Carbon Black, Printing Trades and Various Substances. Monograph Programme. International Agency for Res. on Cancer, Lyon, 1995.

14. Working Group on Human Cancer Risks associated with Chrysotile Asbestos. World Health Organization (IPCS) Geneva, June 1995.

15. Secretariat on Evaluation of Chemopreventive Effect of Aspirin and Other NSAIDS for Cancer. International Agency for Res. on Cancer, Lyon, Apr. 1997.

16. Chair. Symposium on Health Risks of Water Disinfection By-products. Convened by Health Canada. Ottawa. May 1997.

17. Working Group. Meeting on Species-specificity in response to carcinogens. Monograph Programme. International Agency for Res. on Cancer, Lyon, Nov. 1997.

18. Board of Directors. Canadian Society for Epidemiology and Biostatistics. 1997-1999.

19. Working Group. Evaluation of Carcinogenicity of Various Industrial Substances. Monograph Programme. International Agency for Res. on Cancer, Lyon, Feb. 1998.

20. Canadian Coalition on Cancer Surveillance. 1997-2002.

21. External site review panel. U.S. National Cancer Institute Epidemiology Branch. June 1999.

22. Organizing Committee for Medical Research Council Workshop on Privacy of Health Data. 1999-2000.

23. Organizing Committee, EPI2001. Joint North American Congress of Canadian Society for Epidemiology and Biostatistics, Society for Epidemiologic Research, American Public Health Association (Epid) and American College of Epidemiology, Toronto, 14 – 16 June 2001. 1999-2001.

24. Coordinator of national initiative of the public health community to provide guidance on the structures and functioning of the new Canadian Institutes of Health Research. 1999-2000.

25. Organizing Committee. World Congress of the International Epidemiological Association, Montréal, 18-22 August 2002. 2001-2002.

26. President. Canadian Society for Epidemiology and Biostatistics. 2001-2003. Member of Board. 1997-1999.

27. Working Group. Evaluation of Carcinogenicity of Various Substances. Monograph Programme. International Agency for Res. on Cancer, Lyon, 2003.

28. Jury of Consensus Conference on risks and benefits of vaccination for hepatitis B. For Minister of Health of France. Organized by INSERM and ANAES. Paris 2003.

29. Public Advisory Panel. Vinyl Council of Canada. 1998-2004.

30. Advisory Panel. U.S. National Cancer Institute Brain Tumor Study. 1998-2003.

31. Scientific Advisory Committee. Boeing/UAW Workers' Health Studies. 1999-2005.

32. Institute Advisory Board. Canadian Institutes for Health Research – Institute of Circulatory and Respiratory Health. 2001-2005.

33. National Occupational Research Agenda (NORA). Joint consultative committee for US National Cancer Institute and US National Institute for Occupational Safety and Health. 2002-2005.

34. Canadian Cancer Surveillance Alliance. Consultative committee of Health Canada, Canadian Cancer Society, Provincial Cancer Registries, Statistics Canada. 2002-2003.

35. Co-president. Organizing Committee of Joint SER-CSEB Congress, Toronto 27-30 June 2005. (2004-2005).

36. Chair. Monograph Program Meeting. International Agency for Research on Cancer (WHO), France. February 2006.

37. Advisory Committee on Research Ethics and Databanks. Quebec Health Research Council (FRSQ). 2003-2011.

38. Board of Directors. American College of Epidemiology. 2003-2006.

39. Board of Directors. National Cancer Institute of Canada. 2003-2007.

40. Member Scientific Council International Agency for Research on Cancer (WHO). Lyon, France 2005-2009.

41. Elected Chair. Scientific Council International Agency for Research on Cancer (WHO). Lyon, France 2008-2009.

42. Scientific Advisory Council Canadian Partnership Against Cancer 2007-2009.

43. Advisory Committee. Occupational Cancer Research Centre of Ontario. Since 2009.

44. Working Group on Cancer Prevention, CPAC, 2007-2010.

45. Subgroup Chair and Working Group Member. Evaluation of Carcinogenicity of Non-Ionizing Radiation, Radiofrequency Electromagnetic Fields. Monograph Programme. International Agency for Research on Cancer, Lyon May 2011.

46. Member of Scientific Advisory Board of Bordeaux cancer research center SIRIC-BRIO, Bordeaux France. Since 2013.

47. Member of external review panel. Helmholtz Center Munich Research Institute. Germany. July 2011.

48. Conseil Scientifique de l'Institut de Recherche en Santé Publique (IReSP). Under aegis of INSERM and Ministère de la Santé, France. 2004-2009.

49. Adviser and expert witness for legal team conducting a major class action lawsuit against the Canadian tobacco industry. 2007-2014.

## OTHER SIGNIFICANT EXTERNAL CONSULTATIONS (INVITED)

1. Consultation with Quebec Ministry of Justice regarding compensation for homeowners who were advised to use formaldehyde-base home insulation - 1983.

2. Invited participant. Workshop convened by the Science Council of Canada on the future of Epidemiology in Canada, Ottawa - 1985.

3. Consultation with Government of Alberta regarding the evaluation of a report alleging significant health impact in the environment of a sour-gas plant - 1985.

4. Consultation with Quebec Ministry of Environment regarding health effects of residency near an abandoned toxic waste site in LaSalle, Quebec - 1987.

5. Invited participant. Workshop convened by Canadian Public Health Association, Environment Canada and Health and Welfare Canada on Environmental Impact Assessment, Ottawa - 1987.

6. Invited participant. Annual workshops convened by Health Protection Branch of Health and Welfare Canada to discuss the role of Canada in the SEARCH programme of the International Agency for Research on Cancer, Ottawa - 1987-1989.

7. Consultation with Quebec Cree Band Council regarding a research proposal to study developmental effects of consuming fish with high mercury levels - 1989.

8. Invited participant. Workshop convened by Ontario Industrial Disease Standards Panel on the use of epidemiologic data in workers' compensation, Toronto - December 1989.

9. Invited participant. Workshop convened by National Academy of Sciences (U.S.) on Carcinogenicity of Complex Mixtures, Tucson, Arizona - Jan 1990.

10. Invited participant. Workshop convened by Laboratory Centers for Disease Control, Health and Welfare Canada on Multiple Chemical Sensitivities, Ottawa - May 1990

11. Member of expert advisory panel to the pan-Canadian case-control study of electromagnetic fields and childhood leukemia. Sponsored by Canadian Electrical Assoc, EPRI (U.S.A.), Health and Welfare Canada. 1990-1996.

12. Organizer of Workshop to Plan a Pan-North American Case-control Study of Lung Cancer. Sponsored by Health and Welfare Canada. Toronto. March 1991.

13. Invited participant. Workshop convened by Environmental Health Directorate of Health and Welfare Canada, on Environmental Epidemiology in Canada. Ottawa. March 1992

14. Invited participant. Workshop convened by Harvard Center for Risk Analysis on implementing a new type of risk assessment. Maryland. April 1992.

15. Member of Technical Advisory Panel for epidemiology studies of foundry workers - CIIT. Research Triangle Park, N.C. Feb. 1993

16. Consultant to Health Effects Institute - Asbestos Research, on Options for Characterizing Worker Activities in Buildings, Boston. Feb. 1993.

17. Advisory panel to Laboratory Centers for Disease Control, Health and Welfare Canada, on Environmental Epidemiology under the Green Plan. March 1993.

18. Member of External Advisory Committee. Champlain Adirondack Biosphere Environmental Health Sciences Center, University of Vermont. 1993.

19. Consultant to Michigan Cancer Foundation on a variety of epidemiologic studies. 1993-1996.

Curriculum Vitae                                                                        Jack Siemiatycki

20. Invited to address President Clinton's Panel on Cancer regarding priorities in cancer research. Bethesda, MD. April 1994.

21. Invited participant. Science and Technology Review Consultation. Government of Canada. Montréal. September 1994.

22. Invited participant. Strategic planning workshop to reduce Environmental Tobacco Smoking exposure. Laboratory Centre for Disease Control. Health Canada. Oct 1995.

23. Invited participant. Meeting to establish new priorities for funding. National Health Research and Development Programme of Canada. Montréal. Feb 1996.

24. Chair Scientific Advisory Committee for the Dalhousie University study of health effects of environmental and occupational pollution in the area of the Sydney, Nova Scotia steel industry. 1996.

25. Member of two Ministerial missions of the Quebec and Canadian governments to France to discuss with French experts the risks associated with low level exposure to chrysotile asbestos. Paris. Oct 1996.

26. Chair. Meeting of collaborators of European network of studies on lung cancer and smoking.

27. International Agency for Res. on Cancer, Lyon. June 1997.

28. Member of Canadian scientific delegation to United Kingdom to discuss with British experts the risk associated with low level exposure to chrysotile asbestos. London, Sept. 1997.

29. Symposium chair. Workshop to discuss methods of predicting numbers of cases of mesothelioma to be expected in various countries. Paris. Dec. 1997.

30. Invited participant and subgroup reporter. Peer Review on Hazard Assessment and Dose-Response Characterization for the Carcinogenicity of Formaldehyde by the Route of Inhalation. Health Canada and U.S. EPA. Ottawa. March 1998.

31. Co-chair. Workshop to explore the feasibility of an international collaborative study on use of cellular phones and risk of cancer. International Agency for Research on Cancer. Lyon. Feb 1999.

32. Panellist. Consensus Meeting for a Proposed Integrated National Health Surveillance Network. Health Canada. 1999.

33. Invited participant. Medical Research Council Summit Meeting on the new Canadian Institutes of Health Research. Toronto. June, 1999.

34. Invited participant. Planning group for an Institute of Population Health Research in CIHR. Jul-Dec 1999.

35. Invited speaker. Workshop for a Canadian Institute for Genetics Research. May 2000.

36. Invited participant. Workshop to explore the use of prospective cohorts to investigate gene-environment interactions in cancer etiology. National Cancer Institute. Rockville, MD. May 2000.

37. Invited participant. Founding meeting of Canadian Association for Workplace Safety and Health. Montréal. Jan 2001.

38. Invited participant. Workshop to advise Canadian Foundation for Innovation on its role in supporting population health research in Canada. Toronto, Feb 2001.

39. Invited participant. Consultative committee to advise Cancer Care Ontario on priorities in environmental cancer. April 2001.

40. Invited participant. Workshop on national priorities in cancer research. Institute for Cancer Research. CIHR. Toronto. May 2001.

41. Invited participant. Delphi process to advise Canadian Institutes of Health Research on priorities in cancer research. October-December 2001.

42. Invited participant. Delphi process to advise Cancer Care Ontario on priorities in cancer prevention. November-April 2002.

43. Session Chair. NIOSH workshop "Applying New Biotechnologies to the Study of Occupational Cancer", Washington, D.C. May 2002.

44. Member of Advisory Panel. U.S. National Cancer Inst. Study of a Cohort of Chinese Workers Exposed to Benzene. 2002- .

45. Invited participant. Delphi process to advise Cancer Care Ontario on priorities in cancer prevention. November-April 2002.

46. Session Chair. NIOSH workshop "Applying New Biotechnologies to the Study of Occupational Cancer", Washington, D.C. May 2002.

47. Organizer and Session Chair. International Epidemiological Association Meeting. Occupation and Health. Montréal. August, 2002.

48. Co-Organizer and Session Chair. Epidemiological Association Meeting. Asbestos and mesothelioma. Montréal. August, 2002.

49. Session Chair. Epidemiological Association Meeting. Environment and Health. Montréal Aug, 2002.

50. Invited participant. CIHR National Forum to devise a National Research Programme for Environmental Health. Ottawa. Sept 2002.

51. Invited participant. CIHR national forum on privacy of health data. Ottawa, November, 2002.

52. Member. Environmental and Occupational Carcinogens Advisory Group. Canadian Cancer Society. 2002 - 2004.

53. Participant. Meeting to discuss the establishment of a prospective childhood cohort in Canada. CIHR-IPPH. March 2004.

54. Member of working group on national cohort project. National Cancer Research Initiative. January-June 2004.

55. Member of advisory group on development of IDEES, Université de Montréal. January-June 2004.

56. Member, ad-hoc group to explore the feasibility of a Canadian cohort on cancer and chronic disease. 2004-2008.

57. Invited participant. Workshop to discuss the enhancement of population health research in Canada. CIHR-IPPH. June 2004.

58. Invited participant. Workshop on occupational cancer surveillance. Occupational Cancer Research & Surveillance Project (Cancer Care Ontario and the Ontario Workplace Safety & Insurance Board). February 2005.

59. Invited participant. Workshop on long-term large-scale cohorts. CIHR, December 2005.

60. Member. Advisory Scientific Committee. IBM – University of Alabama project on health of IBM manufacturing plant workers. 2006 - 2008.

61. Advisor and meeting participant. Ontario Workplace Safety and Insurance Board. Recommendations on how to develop occupational cancer research in Ontario. Toronto, 2005.

62. Invited participant. Workshop to estimate the burden of occupational cancer in the United Kingdom. UK Health and Safety Executive. Manchester. June 2006.

63. Advisory Committee to British Energy Networks Association. Workshop on the Future Needs of Electro-magnetic Fields Occupational Studies in the Electric Utility Industry. Edinburgh. September 2006.

64. Advisory Committee. IARC Monograph Programme Planning of Special Volume 100. Lyon. September 2006.

65. Grant Review Panel. IVRSP. Paris. September 2006.

66. Advisory Committee to CCRA and ICR (CIHR) on the nature of a national cohort platform. Toronto, September 2006.

67. Invited participant. Comité d'éthique de la recherche de la faculté de médecine (CERFM) : Discussion d'un projet soumis pour la création d'une banque de données et de matériaux biologiques (Research Ethics Committee of the Faculty of Medicine: Review of a submitted project to create a bank of data and biologic samples). Université de Montréal. March 2007.

68. Invited participant. Workshop to Design and Implement the Ontario Cohort Consortium Research Platform. Toronto. June 2007.

69. Invited participant. Canadian Cancer Research Agencies. Strategic Planning Consultation in Montréal. May 2009.

70. Invited participant. IARC-NORA workshop to identify gaps of knowledge on occupational carcinogens, Lyon. June 2009.

71. Consultant. State of the science workshop: evaluation of epidemiological data consistency for application in regulatory risk assessment. US EPA and Johns Hopkins School of Public Health. Baltimore. September 2010.

72. Consultant. World Health Organisation. Re-evaluation of Risk Assessments related to DDT exposure. Geneva. November 2010.

Curriculum Vitae                                                                Jack Siemiatycki

73.   Invited participant. WHO workshop to develop international guidelines for control of environmental carcinogens. Asturias. March 2011.

74.   Session Chair. Discovering occupational carcinogens. Congress of Epidemiology. Montréal June 2011.

75.   Invited co-organiser. Symposium of Environment and Cancer. Canadian Cancer Research Conference. Toronto. November 2011.

76.   Invited organiser and Chair. Symposium on Cellphones and Cancer. American Association for Cancer Research. Chicago, April 2012.

77.   Member Scientific Program Committee for the 2013 Canadian Cancer Research Conference, Toronto. November 2013.

78.   Member of Advisory Committee to National Cancer Institute (U.S.) study on carcinogenicity of diesel emissions. 2017.

## HONOURS

1.   Biographee in various Who's Who in America versions. Since 1982

2.   Perron-Desrosiers Prize. Granted by the Governing Council of the Institut Armand-Frappier. 1985.

3.   Invited to give the annual Elizabeth Stern Memorial Lecture in U.C.L.A. School of Public Health. 1985.

4.   National Health Scholar. National Health Research and Development Programme of Canada. 1988-1998.

5.   Visiting Scientist Award. International Agency for Research on Cancer, Lyon. 1996-97.

6.   Prix d'excellence. Institut national de la recherche scientifique. Université du Québec. 1999.

7.   Distinguished Scientist Award. Medical Research Council, Canada. 1999-2004.

8.   Canada Research Chair in Environmental Epidemiology and Population Health. 2001-2015.

9.   Distinguished Scientist Lecturer. US National Cancer Institute. Division of Cancer Epidemiology and Genetics. 2006.

10.  Cancer Research Society–Guzzo Chair in Environment and Cancer. Since 2007.

11.  Fellow Canadian Academy of Health Sciences. Since 2008.

12.  Geoffrey R Howe Distinguished Contributions Award, Canadian Society for Epidemiology & Biostatistics. 2011.

13.  Ranked top Canadian public health researcher in terms of research productivity by Jarvey et al. 2012.

## GRANT REVIEW, JOURNAL REVIEW AND PERSONNEL REVIEW

Associate Editor

American Journal of Epidemiology (1989-1998)

International Journal of Environmental Health (1991- )

Contributing Editor

Journal of Public Health Policy (1982-87)

American Journal of Industrial Medicine (1996- )

The Open Epidemiology Journal (2007- )

Chairman of grant review panels

National Health Research and Development Programme. Canada. (1990-94)

National Cancer Institute of Canada (1994-1995)

Member of grant review panels

40 times

External referee for tenure or promotion of personnel in other institutions

15 times

## THESES

1.  Siemiatycki J. "Space-time clustering: finding the distribution of a correlation-type statistic". M.Sc. thesis, McGill University, 1971.

2.  Siemiatycki J. "Evaluation of strategies for household health surveys". Ph.D. thesis, McGill University, 1976.

## ARTICLES PUBLISHED PEER REVIEW

1.  Thurlbeck WM, Horowitz I, Siemiatycki J, Dunnill MS, Maisel JC, Pratt P, et al. Intra- and inter-observer variations in the assessment of emphysema. Archives of Environmental Health. 1969;18:646-59.

2.  Becklake MR, Fournier-Massey G, McDonald JC, Siemiatycki J, Rossiter CE. Lung function in relation to chest radiographic changes in Quebec asbestos workers. Bulletin de Physio-Pathologie Respiratoire. 1970;6:637-59.

3.  McDonald JC, McDonald AD, Gibbs GW, Siemiatycki J, Rossiter CE. Mortality in the chrysotile asbestos mines and mills of Quebec. Archives of Environmental Health. 1971;22:677-86.

4.  Siemiatycki J, McDonald AD. Neural tube defects in Quebec: a search for evidence of `clustering' in time and place. British Journal of Preventive and Social Medicine. 1972;26:10-4.

5.  Siemiatycki J. Mantel's space-time clustering statistic: computing higher monents and a comparison of various data transforms. Journal of Statistical Computation & Simulation. 1978;7:13-31.

6.  Siemiatycki J. A comparison of mail, telephone, and home interview strategies for household health surveys. American Journal of Public Health. 1979;69(3):238-45.

7.  Siemiatycki J, Brubaker G, Geser A. Space-time clustering of Burkitt's lymphoma in east Africa: analysis of recent data and a new look at old data. International Journal of Cancer. 1980;25:197-203.

8.  Siemiatycki J, Richardson L. Statut socio-économique et utilisation des services de santé à Montréal. L'Actualité Economique. 1980(Avril-Juin):194-210.

9.  Siemiatycki J, Richardson L, Pless IB. Equality in medical care under national health insurance in Montréal. New England Journal of Medicine. 1980;303:10-5.

10. Colle E, Siemiatycki J, West R, Belmonte MM, Crepeau MP, Poirier R, et al. Incidence of juvenile onset diabetes in Montréal - demonstration of ethnic differences and socio-economic class differences. Journal of Chronic Diseases. 1981;34(12):611-6.

11. Siemiatycki J, Day NE, Fabry J, Cooper JA. Discovering carcinogens in the occupational environment: a novel epidemiologic approach. Journal of the National Cancer Institute. 1981;66(2):217-25.

12. Siemiatycki J, Thomas DC. Biological models and statistical interactions: an example from multistage carcinogenesis. International Journal of Epidemiology. 1981;10(4):383-7.

13. Siemiatycki JA, Richardson LJ. Le défi prioritaire en santé communautaire : Élargir notre vision pour atteindre nos véritables objectifs. L'Union Médicale du Canada. 1981;110:1008-12.

14. Pampalon R, Siemiatycki J, Blanchet M. Pollution environnementale par l'amiante et santé publique au Québec [Environmental asbestos pollution and public health in Quebec]. L'Union Medicale du Canada. 1982;111(5):475-82, 87-89.

15. Siemiatycki J, Gérin M, Richardson L, Hubert J, Kemper H. Preliminary report of an exposure-based, case-control monitoring system for discovering occupational carcinogens. Teratogenesis, Carcinogenesis, and Mutagenesis. 1982;2:169-77.

16. *Baumgarten M, Siemiatycki J, Gibbs GW. Validity of work histories obtained by interview for epidemiologic purposes. American Journal of Epidemiology. 1983;118(4):583-91.

17. Hours M, Fabry J, Siemiatycki J, Francois R. Diabète insulino-dépendant juvénile. Étude descriptive dans le département du Rhône. Revue d'épidémiologie et de santé publique. 1984;32:107-12.

18. Siemiatycki J, Campbell S. Nonresponse bias and early versus all responders in mail and telephone surveys. American Journal of Epidemiology. 1984;120(2):291-301.

19. Siemiatycki J, Campbell S, Richardson L, Aubert D. Quality of response in different population groups in mail and telephone surveys. American Journal of Epidemiology. 1984;120(2):302-14.

20. *Dewar RAD, Siemiatycki J. A program for point and interval calculation of odds ratios and attributable risks from unmatched case-control data. International Journal of Bio-Medical Computing. 1985;16:183-90.

21. Gérin M, Siemiatycki J, Kemper H, Bégin D. Obtaining occupational exposure histories in epidemiologic case-control studies. Journal of Occupational Medicine. 1985;27(6):420-6.

22. Siemiatycki J. Long-term funding for epidemiologic research. Journal of Chronic Diseases. 1985;38(3):211-2.

23. Thomas DC, Siemiatycki J, Dewar R, Robins J, Goldberg M, Armstrong BG. The problem of multiple inference in studies designed to generate hypotheses. American Journal of Epidemiology. 1985;122(6):1080-95.

24. Gérin M, Siemiatycki J, Bégin D, Kemper H, Lakhani R, Nadon L, et al. Dépistage épidémiologique des facteurs cancérogènes de l'environnement de travail montréalais: un premier bilan. Travail et Santé. 1986;2(3):S42-S6.

25. *Goldberg MS, Siemiatycki J, Gérin M. Inter-rater agreement in assessing occupational exposure in a case-control study. British Journal of Industrial Medicine. 1986;43:667-76.

26. Siemiatycki J, Colle E, Aubert D, Campbell S, Belmonte MM. The distribution of type I (insulin-dependent) diabetes mellitus by age, sex, secular trend, seasonality, time clusters, and space-time clusters: evidence from Montréal, 1971-1983. American Journal of Epidemiology. 1986;124(4):545-60.

27. Siemiatycki J, Richardson L, Gérin M, Goldberg M, Dewar R, Désy M, et al. Associations between several sites of cancer and nine organic dusts: results from an hypothesis-generating case-control study in Montréal, 1979-1983. American Journal of Epidemiology. 1986;123(2):235-49.

28. Thomas DC, Goldberg M, Dewar R, Siemiatycki J. Statistical methods for relating several exposure factors to several diseases in case-heterogeneity studies. Statistics in Medicine. 1986;5:49-60.

29. *Guay D, Siemiatycki J. Historic cohort study in Montréal's fur industry. American Journal of Industrial Medicine. 1987;12:181-93.

30. Siemiatycki J, Dewar R, Nadon L, Gérin M, Richardson L, Wacholder S. Associations between several sites of cancer and twelve petroleum-derived liquids. Results from a case-referent study in Montréal. Scandinavian Journal of Work, Environment and Health. 1987;13:493-504.

31. Siemiatycki J, Wacholder S, Richardson L, Dewar R, Gérin M. Discovering carcinogens in the occupational environment: methods of data collection and analysis of a large case-referent monitoring system. Scandinavian Journal of Work, Environment and Health. 1987;13:486-92.

32. Diabetes Epidemiology Research International Group. Geographic patterns of childhood insulin-dependent diabetes mellitus. Diabetes. 1988;37:1113-9.

33. Siemiatycki J. Epidemiologic approaches to evaluation of carcinogens. In: Living in a Chemical World. Annals of the New York Academy of Sciences. 1988;534:395-9.

34. Siemiatycki J, Colle E, Campbell S, Dewar R, Aubert D, Belmonte MM. Incidence of IDDM in Montréal by ethnic group and by social class and comparisons with ethnic groups living elsewhere. Diabetes. 1988;37(8):1096-102.

35. Siemiatycki J, Gérin M, Stewart P, Nadon L, Dewar R, Richardson L. Associations between several sites of cancer and ten types of exhaust and combustion products. Results from a case-referent study in Montréal. Scandinavian Journal of Work, Environment and Health. 1988;14:79-90.

36. Siemiatycki J, Wacholder S, Dewar R, Cardis E, Greenwood C, Richardson L. Degree of confounding bias related to smoking, ethnic group, and socioecomomic status in estimates of the associations between occupation and cancer. Journal of Occupational Medicine. 1988;30(8):617-25.

37. Siemiatycki J, Wacholder S, Dewar R, Wald L, Bégin D, Richardson L, et al. Smoking and degree of occupational exposure: are internal analyses in cohort studies likely to be confounded by smoking status? American Journal of Industrial Medicine. 1988;13:59-69.

38.  Gérin M, Siemiatycki J, Nadon L, Dewar R, Krewski D. Cancer risks due to occupational exposure to formaldehyde: results of a multi-site case-control study in Montréal. International Journal of Cancer. 1989;44:53-8.

39.  Siemiatycki J. Friendly control bias. Journal of Clinical Epidemiology. 1989;42(7):687-8.

40.  Siemiatycki J, Colle E, Campbell S, Dewar RAD, Belmonte MM. Case-control study of IDDM. Diabetes Care. 1989;12(3):209-16.

41.  Siemiatycki J, Dewar R, Lakhani R, Nadon L, Richardson L, Gerin M. Cancer risks associated with 10 inorganic dusts: results from a case-control study in Montréal. American Journal of Industrial Medicine. 1989;16(5):547-67.

42.  Siemiatycki J, Dewar R, Richardson L. Costs and statistical power associated with five methods of collecting occupation exposure information for population-based case-control studies. American Journal of Epidemiology. 1989;130(6):1236-46.

43.  Diabetes Epidemiology Research International Group. Secular trends in incidence of childhood IDDM in 10 countries. Diabetes. 1990;39:858-64.

44.  Hours M, Siemiatycki J, Fabry J, Francois R. [Time clustering and temporospatial regrouping study of cases of juvenile diabetes in the district of Rhône (1960-1980)]. Revue d'épidémiologie et de santé publique. 1990;38(4):287-95.

45.  Terracini B, Siemiatycki J, Richardson L. Cancer incidence and risk factors among Montréal residents of Italian origin. International Journal of Epidemiology. 1990;19(3):491-7.

46.  *Dewar R, Siemiatycki J, Gérin M. Loss of statistical power associated with the use of a job-exposure matrix in occupational case-control studies. Applied Occupational & Environmental Hygiene. 1991;6:508-15.

47.  Gérin M, Siemiatycki J. The occupational questionnaire in retrospective epidemiologic studies: recent approaches in community-based studies. Applied Occupational & Environmental Hygiene. 1991;6(6):495-501.

48.  Payment P, Franco E, Richardson L, Siemiatycki J. Gastrointestinal health effects associated with the consumption of drinking water produced by point-of-use domestic reverse-osmosis filtration units. Applied and Environmental Microbiology. 1991;57(4):945-8.

49.  Payment P, Richardson L, Siemiatycki J, Dewar R, Edwardes M, Franco E. A randomized trial to evaluate the risk of gastrointestinal disease due to consumption of drinking water meeting current microbiological standards. American Journal of Public Health. 1991;81(6):703-8.

50.  Bégin D, Gérin M, de Guire L, Siemiatycki J, Adib G. Étude sur la validité des matrices emploi-exposition multisectorielles en hygiène industrielle. Revue de médecine du travail. 1992;XIX:74-9.

51.  Soskolne CL, Jhangri GS, Siemiatycki J, Lakhani R, Dewar R, Burch JD, et al. Occupational exposure to sulfuric acid in southern Ontario, Canada, in association with laryngeal cancer. Scandinavian Journal of Work, Environment and Health. 1992;18(4):225-32.

52.  Ursin G, Aragaki CC, Paganini-Hill A, Siemiatycki J, Thompson WD, Haile RW. Oral contraceptives and premenopausal bilateral breast cancer: a case-control study. Epidemiology. 1992;3(5):414-9.

53.  Payment P, Franco E, Siemiatycki J. Absence of relationship between health effects due to tap water consumption and drinking water quality parameters. Water Science & Technology. 1993;27(3/4):137-43.

54.  Siemiatycki J. Problems and priorities in epidemiologic research on human health effects related to wiring code and electric and magnetic fields. Environmental Health Perspectives. 1993;101(Suppl. 4):135-41.

55.  Case BW, Dufresne A, Fraser R, Siemiatycki J, Perrault G, Takahashi K. Decoding occupational history from total lung particulate analysis: Concordance between physico-chemical analysis and occupational histories. Annals of Occupational Hygiene. 1994;38(Supplement 1):469-82.

56.  Korner-Bitensky N, Wood-Dauphinee S, Siemiatycki J, Shapiro S, Becker R. Health-related information postdischarge: telephone versus face-to-face interviewing. Archives of Physical Medicine and Rehabilitation. 1994;75(12):1287-96.

57. Siemiatycki J, Dewar R, Krewski D, Desy M, Richardson L, Franco E. Are the apparent effects of cigarette smoking on lung and bladder cancers due to uncontrolled confounding by occupational exposures? Epidemiology. 1994;5(1):57-65.

58. Siemiatycki J, Dewar R, Nadon L, Gérin M. Occupational risk factors for bladder cancer: results from a case-control study in Montréal, Quebec, Canada. American Journal of Epidemiology. 1994;140(12):1061-80.

59. Takahashi K, Case BW, Dufresne A, Fraser R, Higashi T, Siemiatycki J. Relation between lung asbestos fibre burden and exposure indices based on job history. Occupational & Environmental Medicine. 1994;51(7):461-9.

60. Case BW, Dufresne A, Richardson L, Siemiatycki J, Takahashi K. Lung-retained dose following occupational exposure to silica. Applied Occupational & Environmental Hygiene. 1995;10(12):1031-6.

61. Nadon L, Siemiatycki J, Dewar R, Krewski D, Gerin M. Cancer risk due to occupational exposure to polycyclic aromatic hydrocarbons. American Journal of Industrial Medicine. 1995;28(3):303-24.

62. Siemiatycki J. Future etiologic research in occupational cancer. Environmental Health Perspectives. 1995;103 (Suppl 8):209-15.

63. Siemiatycki J, Krewski D, Franco E, Kaiserman M. Associations between cigarette smoking and each of 21 types of cancer: a multi-site case-control study. International Journal of Epidemiology. 1995;24(3):504-14.

64. Upfal M, Divine G, Siemiatycki J. Design issues in studies of radon and lung cancer: implications of the joint effect of smoking and radon. Environmental Health Perspectives. 1995;103(1):58-63.

65. Ursin G, Paganini-Hill A, Siemiatycki J, Thompson WD, Haile RW. Early adult body weight, body mass index, and premenopausal bilateral breast cancer: data from a case-control study. Breast Cancer Research and Treatment. 1995;33(1):75-82.

66. Aronson KJ, Siemiatycki J, Dewar R, Gerin M. Occupational risk factors for prostate cancer: results from a case-control study in Montréal, Quebec, Canada. American Journal of Epidemiology. 1996;143(4):363-73.

67. *Fritschi L, Siemiatycki J. Melanoma and occupation: results of a case-control study. Occupational & Environmental Medicine. 1996;53(3):168-73.

68. *Fritschi L, Siemiatycki J. Lymphoma, myeloma and occupation: results of a case-control study. International Journal of Cancer. 1996;67(4):498-503.

69. *Fritschi L, Siemiatycki J, Richardson L. Self-assessed versus expert-assessed occupational exposures. American Journal of Epidemiology. 1996;144(5):521-7.

70. Haile RW, Witte JS, Ursin G, Siemiatycki J, Bertolli J, Thompson WD, et al. A case-control study of reproductive variables, alcohol, and smoking in premenopausal bilateral breast cancer. Breast Cancer Research and Treatment. 1996;37(1):49-56.

71. *Parent ME, Siemiatycki J, Renaud G. Case-control study of exposure to carbon black in the occupational setting and risk of lung cancer. American Journal of Industrial Medicine. 1996;30(3):285-92.

72. Siemiatycki J. Exposure assessment in community-based studies of occupational cancer. Occupational Hygiene. 1996;3:41-58.

73. *Parent ME, Siemiatycki J, Menzies R, *Fritschi L, Colle E. Bacille Calmette-Guerin vaccination and incidence of IDDM in Montréal, Canada. Diabetes Care. 1997;20(5):767-72.

74. Payment P, Siemiatycki J, Richardson L, Renaud G, Franco E, Prévost M. A prospective epidemiological study of gastrointestinal health effects due to the consumption of drinking water. International Journal of Environmental Health Research. 1997;7:5-31.

75. Siemiatycki J, *Fritschi L, Nadon L, Gerin M. Reliability of an expert rating procedure for retrospective assessment of occupational exposures in community-based case-control studies. American Journal of Industrial Medicine. 1997;31(3):280-6.

76. Witte JS, Ursin G, Siemiatycki J, Thompson WD, Paganinihill A, Haile RW. Diet and premenopausal bilateral breast cancer - a case-control study. Breast Cancer Research and Treatment. 1997;42(3):243-51.

77. Boffetta P, Burdorf A, Goldberg M, Merler E, Siemiatycki J. Towards the coordination of European research on the carcinogenic effects of asbestos. Scandinavian Journal of Work, Environment and Health. 1998;24(4):312-7.

78. *Camus M, Siemiatycki J, Meek B. Nonoccupational exposure to chrysotile asbestos and the risk of lung cancer. New England Journal of Medicine. 1998;338(22):1565-71.

79. Gerin M, Siemiatycki J, Desy M, Krewski D. Associations between several sites of cancer and occupational exposure to benzene, toluene, xylene, and styrene - results of a case-control study in Montréal. American Journal of Industrial Medicine. 1998;34(2):144-56.

80. Hu SW, Hertz-Picciotto I, Siemiatycki J. When to be skeptical of negative studies: pitpalls in evaluating occupational risks using population-based case-control studies. Canadian Journal of Public Health Revue Canadienne de Sante Publique. 1998;90(2):138-42.

81. *Parent ME, Siemiatycki J, Fritschi L. Occupational exposures and gastric cancer. Epidemiology. 1998;9(1):48-55.

82. Siemiatycki J, Boffetta P. Invited commentary - is it possible to investigate the quantitative relation between asbestos and mesothelioma in a community-based study? American Journal of Epidemiology. 1998;148(2):143-7.

83. Stewart PA, Stewart WF, Siemiatycki J, Heineman EF, Dosemeci M. Questionnaires for collecting detailed occupational information for community-based case control studies. American Industrial Hygiene Association Journal. 1998;59(1):39-44.

84. Goldberg MS, Siemiatycki J, Dewar R, Desy M, Riberdy H. Risks of developing cancer relative to living near a municipal solid waste landfill site in Montréal, Quebec, Canada. Archives of Environmental Health. 1999;54(4):291-6.

85. *Dumas S, Parent ME, Siemiatycki J, Brisson J. Rectal cancer and occupational risk factors: A hypothesis-generating, exposure-based case-control study. International Journal of Cancer. 2000;87(6):874-9.

86. Parent ME, Hua Y, Siemiatycki J. Occupational risk factors for renal cell carcinoma in Montréal. American Journal of Industrial Medicine. 2000;38(6):609-18.

87. Parent ME, Siemiatycki J, Fritschi L. Workplace exposures and oesophageal cancer. Occupational & Environmental Medicine. 2000;57(5):325-34.

88. Pohlabeln H, Boffetta P, Ahrens W, Merletti F, Agudo A, Benhamou E, ….Siemiatycki J, et al. Occupational risks for lung cancer among nonsmokers. Epidemiology. 2000;11(5):532-8.

89. Weston TL, Aronson KJ, Siemiatycki J, Howe GR, Nadon L. Cancer mortality among males in relation to exposures assessed through a job-exposure matrix. International Journal of Occupational and Environmental Health. 2000;6(3):194-202.

90. Boffetta P, Gaborieau V, Nadon L, Parent MF, Weiderpass E, Siemiatycki J. Exposure to titanium dioxide and risk of lung cancer in a population-based study from Montréal. Scandinavian Journal of Work, Environment and Health. 2001;27(4):227-32.

91. Goldberg MS, Parent ME, Siemiatycki J, Desy M, Nadon L, Richardson L, et al. A case-control study of the relationship between the risk of colon cancer in men and exposures to occupational agents. American Journal of Industrial Medicine. 2001;39(6):531-46.

92. Parent ME, Siemiatycki J. Occupation and prostate cancer. Epidemiologic Reviews. 2001;23(1):138-43.

93. *Sharpe CR, Siemiatycki J. Joint effects of smoking and body mass index on prostate cancer risk. Epidemiology. 2001;12(5):546-51.

94. *Sharpe CR, Siemiatycki J. Case-control study of alcohol consumption and prostate cancer risk in Montréal, Canada. Cancer Causes and Control. 2001;12(7):589-98.

95. *Sharpe CR, Siemiatycki J, Parent MB. Activities and exposures during leisure and prostate cancer risk. Cancer Epidemiology, Biomarkers and Prevention. 2001;10(8):855-60.

96. Siemiatycki J. Should Canadian health care professionals support the call for a worldwide ban on asbestos? Canadian Medical Association Journal. 2001;164(4):495-7.

97. Camus M, Siemiatycki J, Case BW, Désy M, Richardson L, Campbell S. Risk of mesothelioma among women living near chrysotile mines versus US EPA asbestos risk model: preliminary findings. Annals of Occupational Hygiene. 2002;46(Suppl 1):95-8.

98. Case BW, Camus M, Richardson L, Parent M, Désy M, Siemiatycki J. Preliminary findings for pleural mesothelioma among women in the Québec chrysotile mining regions. Annals of Occupational Hygiene. 2002;46(Suppl 1):128-31.

99. Leffondré K, Abrahamowicz M, Siemiatycki J, *Rachet B. Modeling smoking history: a comparison of different approaches. American Journal of Epidemiology. 2002;156(9):813-23.

100. *Sharpe CR, Siemiatycki J. Consumption of non-alcoholic beverages and prostate cancer risk. European Journal of Cancer Prevention. 2002;11(5):497-501.

101. *Sharpe CR, Siemiatycki J, *Rachet B. Effects of alcohol consumption on the risk of colorectal cancer among men by anatomical subsite (Canada). Cancer Causes and Control. 2002;13(5):483-91.

102. *Sharpe CR, Siemiatycki JA, *Rachet BP. The effects of smoking on the risk of colorectal cancer. Diseases of the Colon and Rectum. 2002;45(8):1041-50.

103. Siemiatycki J. Commentary: Epidemiology on the side of the angels. International Journal of Epidemiology. 2002;31(5):1027-9.

104. Fritschi L, Nadon L, Benke G, Lakhani R, Latreille B, Parent ME, …Siemiatycki J. Validation of expert assessment of occupational exposures. American Journal of Industrial Medicine. 2003;43(5):519-22.

105. Krewski D, Burnett RT, Goldberg MS, Abrahamowicz M, Siemiatycki J, Jerrett M, et al. Rejoinder: Reanalysis of the Harvard Six Cities Study and American Cancer Society study of particulate air pollution and mortality. Journal of Toxicology & Environmental Health Part A. 2003;66(16-19):1715-22.

106. Krewski D, Burnett RT, Goldberg MS, Hoover BK, Siemiatycki J, Jerrett M, et al. Overview of the reanalysis of the Harvard Six Cities Study and American Cancer Society Study of particulate air pollution and mortality. Journal of Toxicology & Environmental Health Part A. 2003;66(16-19):1507-51.

107. Leffondré K, Abrahamowicz M, Siemiatycki J. Evaluation of Cox's model and logistic regression for matched case-control data with time-dependent covariates: a simulation study. Statistics in Medicine. 2003;22(24):3781-94.

108. Leffondré K, Abrahamowicz M, Siemiatycki J, Rachet B. Re: Modeling smoking history: a comparison of different approaches. American Journal of Epidemiology. 2003;158(4):393-4.

109. Rachet B, Abrahamowicz M, Sasco AJ, Siemiatycki J. Estimating the distribution of lag in the effect of short-term exposures and interventions: adaptation of a non-parametric regression spline model. Statistics in Medicine. 2003;22(14):2335-63.

110. Siemiatycki J, Krewski D, Shi Y, Goldberg MS, Nadon L, Lakhani R. Controlling for potential confounding by occupational exposures. Journal of Toxicology & Environmental Health Part A. 2003;66(16-19):1591-603.

111. Rachet B, Siemiatycki J, Abrahamowicz M, Leffondré K. A flexible modeling approach to estimating the component effects of smoking behavior on lung cancer. Journal of Clinical Epidemiology. 2004;57(10):1076-85.

112. Siemiatycki J, Richardson L, Straif K, Latreille B, Lakhani R, Campbell S, et al. Listing occupational carcinogens; see errata: 113 (2); A 89. Environmental Health Perspectives. 2004;112(15):1447-59.

113. Toraason M, Albertini R, Bayard S, Bigbee W, Blair A, Boffetta P, … Siemiatycki J, et al. Applying new biotechnologies to the study of occupational cancer - A workshop summary. Environmental Health Perspectives. 2004;112(4):413-6.

114. Krewski D, Burnett RT, Goldberg MS, Hoover K, Siemiatycki J, Abrahamowicz M, White WH. Validation of the Harvard Six Cities Study of particulate air pollution and mortality. N Engl J Med. 2004;350(2):198-9.

115. Infante-Rivard C, Siemiatycki J, Lakhani R, Nadon L. Maternal exposure to occupational solvents and childhood leukemia. Environmental Health Perspectives. 2005;113(6):787-92.

116. Krewski D, Burnett RT, Goldberg M, Hoover K, Siemiatycki J, Abrahamowicz M, et al. Reanalysis of the Harvard Six Cities Study, part II: sensitivity analysis. Inhalation Toxicology. 2005;17(7-8):343-53.

117. Krewski D, Burnett RT, Goldberg M, Hoover K, Siemiatycki J, Abrahamowicz M, et al. Reanalysis of the Harvard Six Cities Study, part I: validation and replication. Inhalation Toxicology. 2005;17(7-8):335-42.

118. *Rousseau MC, Parent ME, Siemiatycki J. Comparison of self-reported height and weight by cancer type among men from Montréal, Canada. European Journal of Cancer Prevention. 2005;14(5):431-8.

119. *Rousseau MC, Straif K, Siemiatycki J. IARC carcinogen update. Environmental Health Perspectives. 2005;113(9):A580-A1.

120. Siemiatycki J. Synthesizing the lifetime history of smoking. Cancer Epidemiology, Biomarkers and Prevention. 2005;14(10):2294-5.

121. Siemiatycki J. Opportunités et défis en épidémiologie environnementale. Bulletin d'Information en Santé environnementale. 2005;16(5):3.

122. Straif K, Cardis E, Boffeta P, Rousseau MC, Siemiatycki J. ELF MFs: Straif et al. respond. Environmental Health Perspectives. 2005;113(11):A727.

123. Baan R, Straif K, Grosse Y, Secretan W, El Ghissassi F, Cogliano V, WHO IARC Monograph Working Group. Carcinogenicity of carbon black, titanium dioxide, and talc. Lancet Oncology. 2006;7(4):295-6.

124. *Benedetti A, Parent ME, Siemiatycki J. Consumption of alcoholic beverages and risk of lung cancer: results from two case-control studies in Montréal, Canada. Cancer Causes and Control. 2006;17(4):469-80.

125. Leffondré K, Abrahamowicz M, Xiao Y, Siemiatycki J. Modelling smoking history using a comprehensive smoking index: application to lung cancer. Statistics in Medicine. 2006;25(24):4132-46.

126. *Ramanakumar AV, Parent ME, Menzies D, Siemiatycki J. Risk of lung cancer following nonmalignant respiratory conditions: evidence from two case-control studies in Montréal, Canada. Lung Cancer. 2006;53(1):5-12.

127. *Rousseau MC, Parent ME, Pollak MN, Siemiatycki J. Diabetes mellitus and cancer risk in a population-based case-control study among men from Montréal, Canada. International Journal of Cancer. 2006;118(8):2105-9.

128. Cardis E, Richardson L, Deltour I, Armstrong B, Feychting M, Johansen C, … Siemiatycki J, et al. The INTERPHONE study: design, epidemiological methods, and description of the study population. European Journal of Epidemiology. 2007;22(9):647-64.

129. Parent ME, Rousseau MC, Boffetta P, Cohen A, Siemiatycki J. Exposure to diesel and gasoline engine emissions and the risk of lung cancer. American Journal of Epidemiology. 2007;165(1):53-62.

130. *Ramanakumar AV, Parent ME, Siemiatycki J. Risk of lung cancer from residential heating and cooking fuels in Montréal, Canada. American Journal of Epidemiology. 2007;165(6):634-42.

131. Rousseau MC, Parent ME, Nadon L, Latreille B, Siemiatycki J. Occupational exposure to lead compounds and risk of cancer among men: a population-based case-control study. American Journal of Epidemiology. 2007;166(9):1005-14.

132. Siemiatycki J. Investigating cancer risks related to asbestos and other occupational carcinogens. Occupational & Environmental Medicine. 2007;64(8):500-1.

133. Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. Journal of Epidemiology and Community Health. 2008;62(4):358-60.

134. *Pintos J, Parent ME, Rousseau MC, Case BW, Siemiatycki J. Occupational exposure to asbestos and man-made vitreous fibers, and risk of lung cancer: Evidence from two case-control studies in Montréal, Canada. Journal of Occupational and Environmental Medicine. 2008;50(11):1273-81.

135. *Ramanakumar AV, Nadon L, Siemiatycki J. Exposures in painting related occupations and risk of selected cancers: Results from a case-control study in Montréal. American Journal of Industrial Medicine. 2008;51(6):419-27.

136.  *Ramanakumar AV, Parent ME, Latreille B, Siemiatycki J. Risk of lung cancer following exposure to carbon black, titanium dioxide and talc: results from two case-control studies in Montréal. International Journal of Cancer. 2008;122(1):183-9.

137.  Rousseau MC, Parent M-É, Nadon L, Latreille B, Siemiatycki J. Re: Occupational exposure to lead compounds and risk of cancer among men: a population-based case-control study. American Journal of Epidemiology. 2008;168(10):1217-8.

138.  *Benedetti A, Parent ME, Siemiatycki J. Lifetime consumption of alcoholic beverages and risk of 13 types of cancer in men: Results from a case-control study in Montréal. Cancer Detection and Prevention. 2009;32(5-6):352-62.

139.  Koushik A, Parent ME, Siemiatycki J. Characteristics of menstruation and pregnancy and the risk of lung cancer in women. International Journal of Cancer. 2009;125(10):2428-33.

140.  Parent ME, Désy M, Siemiatycki J. Does exposure to agricultural chemicals increase the risk of prostate cancer among farmers? Mcgill Journal of Medicine. 2009;12(1):70-7.

141.  Pintos J, Parent ME, Case BW, Rousseau MC, Siemiatycki J. Risk of mesothelioma and occupational exposure to asbestos and man-made vitreous fibers: evidence from two case-control studies in Montréal, Canada. Journal of Occupational and Environmental Medicine. 2009;51(10):1177-84.

142.  Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, WHO IARC Monograph Working Group. A review of human carcinogens--part C: metals, arsenic, dusts, and fibres. Lancet Oncology. 2009;10(5):453-4.

143.  Vrijheid M, Armstrong BK, Bedard D, Brown J, Deltour I, Iavarone I, … Richardson L, … Siemiatycki J, et al.  Recall bias in the assessment of exposure to mobile phones. Journal of Exposure Science & Environmental Epidemiology. 2009;19(4):369-81.

144.  Vrijheid M, Richardson L, Armstrong BK, Auvinen A, Berg G, Carroll M, … Siemiatycki J, et al. Quantifying the impact of selection bias caused by nonparticipation in a case-control study of mobile phone use. Annals of Epidemiology. 2009;19(1):33-41.

145.  *Beveridge R, Pintos J, Parent ME, Asselin J, Siemiatycki J. Lung cancer risk associated with occupational exposure to nickel, chromium VI, and cadmium in two population-based case-control studies in Montréal. American Journal of Industrial Medicine. 2010;53(5):476-85.

146.  El-Zein M, Parent ME, Ka K, Siemiatycki J, St-Pierre Y, Rousseau MC. History of asthma or eczema and cancer risk among men: a population-based case-control study in Montréal, Quebec, Canada. Annals of Allergy, Asthma, and Immunology. 2010;104(5):378-84.

147.  Leffondre K, Wynant W, Cao ZR, Abrahamowicz M, Heinzeg G, Siemiatycki J. A weighted Cox model for modelling time-dependent exposures in the analysis of case-control studies. Statistics in Medicine. 2010;29(7-8 Special Issue SI):839-50.

148.  *Momoli F, Abrahamowicz M, Parent ME, Krewski D, Siemiatycki J. Analysis of multiple exposures: an empirical comparison of results from conventional and semi-bayes modeling strategies. Epidemiology. 2010;21(1):144-51.

149.  The INTERPHONE Study Group. Brain tumour risk in relation to mobile telephone use: results of the INTERPHONE international case-control study. International Journal of Epidemiology. 2010;39(3):675-94.

150.  *Vida S, Pintos J, Parent ME, Lavoué J, Siemiatycki J. Occupational exposure to silica and lung cancer: pooled analysis of two case-control studies in Montréal, Canada. Cancer Epidemiology, Biomarkers and Prevention. 2010;19(6):1602-11.

151.  Ward EM, Schulte PA, Straif K, Hopf NB, Caldwell JC, Carreon T, … Siemiatyccki J, et al.  Research recommendations for selected IARC-classified agents. Environmental Health Perspectives. 2010;118(10):1355-62.

152.  Baan R, Grosse Y, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, IARC Monoraph Working Group. Carcinogenicity of radiofrequency electromagnetic fields. Lancet Oncology. 2011;12(7):624-6.

Curriculum Vitae                                                                                          Jack Siemiatycki

153. Nkosi TM, Parent ME, Siemiatycki J, Pintos J, Rousseau MC. Comparison of indicators of material circumstances in the context of an epidemiological study. BMC Medical Research Methodology. 2011;11:108.

154. Olsson AC, Gustavsson P, Kromhout H, Peters S, Vermeulen R, Bruske I, … Siemiatycki J, Pintos J, et al. Exposure to diesel motor exhaust and lung cancer risk in a pooled analysis from case-control studies in Europe and Canada. American Journal of Respiratory and Critical Care Medicine. 2011;183(7):941-8.

155. Olsson AC, Vermeulen R, Kromhout H, Peters S, Gustavsson P, Bruske I, Siemiatycki J, Pesch B, Bruning T.  Rejoinder to Commentary on Exposure to diesel motor exhaust and lung cancer by Bunn and Hesterberg. American Journal of Respiratory and Critical Care Medicine. 2011;184: 2010-2011.

156. Parent ME, Rousseau MC, El-Zein M, Latreille B, Desy M, Siemiatycki J. Occupational and recreational physical activity during adult life and the risk of cancer among men. Cancer Epidemiology. 2011;35(2):151-9.

157. *Ramanakumar AV, Parent ME, Richardson L, Siemiatycki J. Exposures in painting-related occupations and risk of lung cancer among men: results from two case-control studies in Montréal. Occupational & Environmental Medicine. 2011;68(1):44-51.

158. Soskolne CL, Jhangri GS, Scott HM, Brenner DR, Siemiatycki J, Lakhani R, et al. A population-based case-control study of occupational exposure to acids and the risk of lung cancer: evidence for specificity of association. International Journal of Occupational and Environmental Health. 2011;17(1):1-8.

159. *Christensen KY, Naidu A, Parent ME, Pintos J, Abrahamowicz M, Siemiatycki J, et al. The risk of lung cancer related to dietary intake of flavonoids. Nutrition & Cancer-An International Journal. 2012;64(7):964-74.

160. Labreche F, Case BW, Ostiguy G, Chalaoui J, Camus M, Siemiatycki J. Pleural mesothelioma surveillance: validity of cases from a tumour registry. Canadian Respiratory Journal. 2012;19(2):103-7.

161. Lavoué J, Pintos J, Van Tongeren M, Kincl L, Richardson L, Kauppinen T, … Siemiatycki J. Comparison of exposure estimates in the Finnish job-exposure matrix FINJEM with a JEM derived from expert assessments performed in Montréal. Occupational & Environmental Medicine. 2012;69(7):465-71.

162. Nadalin V, Kreiger N, Parent ME, Salmoni A, Sass-Kortsak A, Siemiatycki J, et al. Prostate cancer and occupational whole-body vibration exposure. Annals of Occupational Hygiene. 2012;56(8):968-74.

163. Nkosi TM, Parent ME, Siemiatycki J, Rousseau MC. Socioeconomic position and lung cancer risk: how important is the modeling of smoking? Epidemiology. 2012;23(3):377-85.

164. Olsson A, Vermeulen R, Kromhout H, Peters S, Gustavsson P, Bruske I, Siemiatycki J, et al. The impact of selection bias due to increasing response rates among population controls in occupational case-control studies: response. American Journal of Respiratory and Critical Care Medicine. 2012;185(1):106-7.

165. Parent ME, El-Zein M, Rousseau MC, Pintos J, Siemiatycki J. Night work and the risk of cancer among men. American Journal of Epidemiology. 2012;176(9):751-9.

166. Parent ME, El-Zein M, Rousseau MC, Pintos J, Siemiatycki J. Parent et al. Respond to "shift work and cancer". American Journal of Epidemiology. 2012;176(9):764-5.

167. Pesch B, Kendzia B, Gustavsson P, Jockel KH, Johnen G, Pohlabeln H, … Siemiatycki J, et al.  Cigarette smoking and lung cancer-relative risk estimates for the major histological types from a pooled analysis of case-control studies. International Journal of Cancer. 2012;131(5):1210-9.

168. Peters S, Kromhout H, Olsson AC, Wichmann HE, Bruske I, Consonni D, … Siemiatycki J, et al. Occupational exposure to organic dust increases lung cancer risk in the general population. Thorax. 2012;67(2):111-6.

169. Pintos J, Parent ME, Richardson L, Siemiatycki J. Occupational exposure to diesel engine emissions and risk of lung cancer: evidence from two case-control studies in Montréal, Canada. Occupational & Environmental Medicine. 2012;69(11):787-92.

170. *Vallières E, Pintos J, Lavoué J, Parent ME, Rachet B, Siemiatycki J. Exposure to welding fumes increases lung cancer risk among light smokers but not among heavy smokers: evidence from two case-control studies in Montréal. Cancer Medicine. 2012;1(1):47-58.

171. *Al-Zoughool M, Pintos J, Richardson L, Parent ME, Ghadirian P, Krewski D. Exposure to environmental tobacco smoke (ETS) and risk of lung cancer in Montréal: a case-control. Environmental Health. 2013;12(112):1-8.

172. Behrens T, Kendzia B, Treppmann T, Olsson A, Jockel KH, Gustavsson P, … Siemiatycki J, et al. Lung cancer risk among bakers, pastry cooks and confectionary makers: the SYNERGY study. Occupational & Environmental Medicine. 2013;70(11):810-4.

173. *Christensen KY, *Vizcaya D, Richardson H, Lavoué J, Aronson K, Siemiatycki J. Risk of selected cancers due to occupational exposure to chlorinated solvents in a case-control study in Montréal. Journal of Occupational and Environmental Medicine. 2013;55(2):198-208.

174. El-Zein M, Parent ME, Nicolau B, Koushik A, Siemiatycki J, Rousseau MC. Body mass index, lifetime smoking intensity and lung cancer risk. International Journal of Cancer. 2013;133(7):1721-31.

175. Kendzia B, Behrens T, Jockel KH, Siemiatycki J, Kromhout H, Vermeulen R, et al. Welding and lung cancer in a pooled analysis of case-control studies. American Journal of Epidemiology. 2013;178(10):1513-25.

176. *Lacourt A, Cardis E, Pintos J, Richardson L, Kincl L, Benke G, et al. INTEROCC case-control study: lack of association between glioma tumors and occupational exposure to selected combustion products, dusts and other chemical agents - art. no. 340. BMC Public Health. 2013;13(340):12.

177. *Mahboubi A, Koushik A, Siemiatycki J, Lavoué J, Rousseau MC. Assessment of the effect of occupational exposure to formaldehyde on the risk of lung cancer in two Canadian population-based case-control studies. Scandinavian Journal of Work, Environment and Health. 2013;39(4):401-10.

178. Olsson AC, Xu YW, Schuz J, Vlaanderen J, Kromhout H, Vermeulen R, … Siemiatycki J, Richardson L, et al. Lung cancer risk among hairdressers: a pooled analysis of case-control studies conducted between 1985 and 2010. American Journal of Epidemiology. 2013;178(9):1355-65.

179. Turner MC, Krewski D, Armstrong BK, Chetrit A, Giles GG, Hours M, … Siemiatycki J, et al. Allergy and brain tumors in the INTERPHONE study: pooled results from Australia, Canada, France, Israel, and New Zealand. Cancer Causes and Control. 2013;24(5):949-60.

180. van Tongeren M, Kincl L, Richardson L, Benke G, Figuerola J, Kauppinen T, … Lavoué J, ... The INTEROCC Study Group. Assessing occupational exposure to chemicals in an international epidemiological study of brain tumours. Annals of Occupational Hygiene. 2013;57(5):610-26.

181. *Vizcaya D, *Christensen KY, Lavoué J, Siemiatycki J. Risk of lung cancer associated with six types of chlorinated solvents: results from two case-control studies in Montréal, Canada. Occupational & Environmental Medicine. 2013;70(2):81-5.

182. *Wynant W, Siemiatycki J, Parent ME, Rousseau MC. Occupational exposure to lead and lung cancer: results from two case-control studies in Montréal, Canada. Occupational & Environmental Medicine. 2013;70(3):164-70.

183. Parent ME, El-Zein M, Rousseau MC, Pintos J, Siemiatycki J. Re: "night work and the risk of cancer among men" reply. American Journal of Epidemiology. 2013;177(10):1166-7.

184. El-Zein M, Parent ME, Siemiatycki J, Rousseau MC. History of allergic diseases and lung cancer risk. Annals of Allergy, Asthma, and Immunology. 2014;112(3):230-6.

185. McLean D, Fleming S, Turner MC, Kincl L, Richardson L, Benke G, … Siemiatycki J, et al. Occupational solvent exposure and risk of meningioma: results from the INTEROCC multicentre case-control study. Occupational & Environmental Medicine. 2014;71(4):253-8.

186. Siemiatycki J, Karp I, Sylvestre MP, Pintos J. Estimating the proportion of cases of lung cancer legally attributable to smoking: a novel approach for class actions against the tobacco industry. American Journal of Public Health. 2014;104(3):e60-e6.

187. Turner MC, Benke G, Bowman JD, Figuerola J, Fleming S, Hours M, … Richardson L, … Siemiatycki J, et al. Occupational exposure to extremely low-frequency magnetic fields and brain tumor risks in the INTEROCC study. Cancer Epidemiology, Biomarkers and Prevention. 2014;23(9):1863-72.

188. *Vida S, Richardson L, Cardis E, Krewski D, McBride M, Parent ME, … Siemiatycki J. Brain tumours and cigarette smoking: analysis of the INTERPHONE Canada case-control study. Environmental Health. 2014;13:55.

189. Vlaanderen J, Portengen L, Schuz J, Olsson A, Pesch B, Kendzia B, … Siemiatycki J, et al. Effect modification of the association of cumulative exposure and cancer risk by intensity of exposure and time since exposure cessation: a flexible method applied to cigarette smoking and lung cancer in the SYNERGY study. American Journal of Epidemiology. 2014;179(3):290-8.

190. Denholm R, Schuz J, Straif K, Stucker I, Jockel KH, Brenner DR, … Siemiatycki J, et al. Is previous respiratory disease a risk factor for lung cancer? American Journal of Respiratory and Critical Care Medicine. 2014;190(5):549-59.

191. Vila J,  Bowman JD, Kincl L, Conover DL, van Tongeren M, Figuerola J, Richardson L, Cardis E and INTEROCC Study Group. Development of a source-based approach to assessing occupational exposure to electromagnetic fields in the INTEROCC study [abstract]. Occupational & Environmental Medicine. 2014;71 (Suppl 1): A35-A36.

192. Bigert C, Gustavsson P, Straif K, Pesch B, Bruning T, Kendzia B, … Siemiatycki J, et al. Lung cancer risk among cooks when accounting for tobacco smoking: a pooled analysis of case-control studies from Europe, Canada, New Zealand, and China. Journal of Occupational and Environmental Medicine. 2015;57(2):202-9.

193. *Vallières E, Pintos J, Parent ME, Siemiatycki J. Occupational exposure to wood dust and risk of lung cancer in two population-based case-control studies in Montréal, Canada. Environmental Health. 2015;14(1):1-9.

194. *Christensen K Y, Lavoué J, Rousseau M-C, Siemiatycki J. Lack of a protective effect of cotton dust on risk of lung cancer: evidence from two population-based case-control studies. BMC Cancer. 2015;15: 212.

195. Consonni D, De Matteis S, Pesatori AC, Bertazzi PA, Olsson AC, Kromhout H, … Siemiatycki J, et al. Lung cancer risk among bricklayers in a pooled analysis of case-control studies. International Journal of Cancer. 2015;136(2):360-71.

196. Pearce NE, Blair A, Vineis P, Ahrens W, Andersen A, Anto JM, … Siemiatycki J, et al. IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans. Environ Health Perspect 2015;(6):507-14.

197. Pesch B, Kendzia B, Hauptmann K, Van Gelder R, Stamm R, … Siemiatycki J, Lavoué J, Jöckel KH, Brüning T. Airborne exposure to inhalable hexavalent chromium in welders and other occupations: Estimates from the German MEGA database. International journal of hygiene and environmental health. 2015;218(5):500-06.

198. Taeger D, Pesch B, Kendzia B, Behrens T, … Siemiatycki J, et al. Lung Cancer among Coal Miners, Ore Miners and Quarrymen - Smoking-adjusted Risk Estimates from the Synergy Pooled Analysis of Case-Control Studies. Scandinavian Journal of Work, Environment and Health. 2015;July.

199. *Lacourt A, Lavoué J, Pintos J, Siemiatycki J. Lung cancer risk in the construction industry: results from two case-control studies in Montréal. BMC Public Health. 2015;15:941. doi: 10.1186/s12889-015-2237-9.

200. *Liu A, Abrahamowicz M, Siemiatycki J. Conditions for confounding of interactions. Pharmacoepidemiology & Drug Safety. 2015;25(3):287-296.

201. Bigert C, Gustavsson P, Straif K, Taeger D, Pesch B, Kendzia B, … Siemiatycki J, Lavoué J, et al. Lung cancer risk among firefighters when accounting for tobacco smoking – preliminary results from a pooled analysis of case-control studies from Europe, Canada, New Zealand and China. Journal of Occupational and Environmental Medicine. Sep 2016, 73 (Suppl 1) A128; DOI: 10.1136/oemed-2016-103951.350

202. Vila J, Bowman JD, Richardson L, Kincl L, Conover DL, McLean D, Mann S, Vecchia P, van Tongeren M, Cardis E and INTEROCC Study Group. A Source-based Measurement Database for Occupational Exposure Assessment of Electromagnetic Fields in the INTEROCC Study: A Literature Review Approach. Annals of Occupational Hygiene. 2016;60(2):184-204. doi:10.1093/annhyg/mev076

203. * Kirkham TL, Siemiatycki J, Labreche F, Lavoué J. Impact of aggregating exposure information from cases and controls when building a population-based job-exposure matrix from past expert evaluations. Occupational & Environmental Medicine. 2016;73(7):474-481. doi:10.1136/oemed-2014-102690

204. Karp I, Sylvestre MP, Abrahamowicz M, Leffondre K, Siemiatycki J. Bridging the etiologic and prognostic outlooks in individualized assessment of absolute risk of an illness: application in lung cancer. European Journal of Epidemiology. 2016;1-9. doi 10.1007/s10654-016-0180-4.

205. *Carrier M, Apparicio P, Kestens Y, Ségin A-M, Pham H, Crouse D, Siemiatycki J. Application of a global environmental equity index in Montréal: diagnostic and further implications. Annals of the American Association of Geographers. 2016;106(6),1268-1285.

206. Behrens T, Gross I, Siemiatycki J, Conway D.I, Olsson A, Stücker I, et al. Occupational prestige, social mobility and the association with lung cancer in men. BMC Cancer. 2016;16:395. doi: 10.1186/s12885-016-2432-9

207. Vila J, Bowman JD, Figuerola J, Moriña O, Kincl L, Richardson L, Cardis E, and the INTEROCC Study Group, on behalf of the CREAL. Development of a source-exposure matrix for occupational exposure assessment of electromagnetic fields in the INTEROCC study. Journal of Exposure Science and Environmental Epidemiology. 2016;Nov 9. doi:10.1038/jes.2016.60.

208. Turner M, Sadetzki S, Langer CE, Villegas R, … Parent ME, Richardson L, Siemiatycki J, et al. Investigation of bias related to differences between case and control interview dates in five INTERPHONE countries. Annals of Epidemiology. 2016;26:827-832.

209. *Pasquet R, Karp I, Siemiatycki J, Koushik A. The consumption of coffee and black tea and the risk of lung cancer. Annals of Epidemiology. 2016;26:757-763.e2.

210. Grell K, Frederiksen K, Schuz J, Cardis E, Armstrong B, Siemiatycki J, et al. The Intracranial Distribution of Gliomas in Relation to Exposure From Mobile Phones: Analyses From the INTERPHONE Study. American Journal of Epidemiology. 2016;184:818-828.

211. Sadetzki S, Turner MC, Figuerola J, … Parent ML, Richardson L, Siemiatycki J, et al. Occupational exposure to metals and risk for meningioma: a multinational case-control study. Journal of Neuro-Oncology. 2016;130(3):505-515.

212. Bigert C, Gustavsson P, Straif K, Taeger D, ..., Siemiatycki J, et al. Lung Cancer Among Firefighters: Smoking-Adjusted Risk Estimates in a Pooled Analysis of Case-Control Studies. Journal of Occupational Environmental Medicine. 2016;58(11):1137-43.

213. Zeng F, Lerro C, Lavoué J, Huang H, Siemiatycki J, Zhao N, et al. Occupational exposure to pesticides and other biocides and risk of thyroid cancer. Occupational Environmental Medicine. 2017 Feb 15:oemed-2016.

214. Kendzia B, Pesch B, Koppisch D, Van Gelder R, Pitzke K, … Siemiatycki J, Lavoué J, et al. Modelling of occupational exposure to inhalable nickel compounds. Journal of Exposure Science and Environmental Epidemiology. 2017 Jul;27(4):427-433. doi: 10.1038/jes.2016.80.

215. Shareck M, Rousseau MC, Koushik A, Siemiatycki J, Parent ME. Inverse association between dietary intake of selected carotenoids and vitamin C and risk of lung cancer. Frontiers in Oncology. 2017 Feb 27;7:23 doi: 10.3389/fonc.2017.00023.

216. Olsson AC, Vermeulen R, Schüz J, Kromhout H, Pesch B, … Siemiatycki J, Parent ME, et al. Exposure-Response Analyses of Asbestos and Lung Cancer Subtypes in a Pooled Analysis of Case-Control Studies. Epidemiology. 2017 Mar;28(2):288-299.

217. Oraby T, Sivaganesan S, Bowman JD, Kincl L, Richardson L, McBride M, Siemiatycki J, Cardis E, Krewski D. Berkson error adjustment and other exposure surrogates in occupational case-control studies, with application to the Canadian INTEROCC study. Journal of Exposure Science and Environmental Epidemiology, March 29 2017; doi: 10.1038/jes.2017.2. Advance online publication

218. Blanc-Lapierre A, Rousseau MC, Weiss D, El-Zein M, Siemiatycki J, Parent ME. Lifetime report of perceived stress at work and risk of cancer among men: a case-control study in Montréal, Canada. Preventive Medicine. 2017 Mar 31;96:28-35.

219. *Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Patterns and trends in quality of response rate reporting in case-control studies of cancer. Journal of Epidemiological Research; 2017 Mar 31;3(2):13.

220. *Ho V, Parent ME, Pintos J, Abrahamowicz M, … Gauvin L, Siemiatycki J, Koushik A. Physical activity and lung cancer risk in men and women. Cancer Causes and Control. 2017 Apr;28(4):309-318.

221. Fehringer G, Brenner DR, … Siemiatycki J, Koushik A, … Olsson A, Straif K, Hung RJ, et al. Alcohol and Lung Cancer Risk Among Never Smokers: A Pooled Analysis from the International Lung Cancer Consortium and the SYNERGY Study. International Journal of Cancer. 2017 May 1;140(9):1976-1984.

222. Koushik A, Grundy A, … Mes-Masson AM, Parent MP, Provencher D, Richardson L, Siemiatycki J. Hormonal and reproductive factors and the risk of ovarian cancer. Cancer Causes Control. May 2017;28(5):393-403.

223. Auger N, Siemiatycki J, Bilodeau-Bertrand M, Healy-Profitós J, Kosatsky T. Ambient Temperature and Risk of Preeclampsia: Biased association? Paediatric and Perinatal Epidemiology. 2017 May 2;31(4):251-384.

224. Turner M, ... Parent M-E, ... Richardson L, Siemiatycki J, et al. Interactions between occupational exposure to extremely low frequency magnetic fields and chemicals for brain tumor risk in the INTEROCC study. Occupational Environmental Medicine. 2017 June 9.

225. Ben Khedher S, Neri M, Papadopoulos A, Christiani DC, Diao N, … Koushik A, Siemiatycki J, et al. Menstrual and reproductive factors and lung cancer risk: a pooled analysis from the International Lung Cancer consortium. International Journal of Cancer. 2017 Jul 15;141(2):309-323. doi: 10.1002/ijc.30750.

226. Parent M-É, Turner M, Lavoué J,… Richardson L, Benke G,… Siemiatycki J, van Tongeren M, Cardis E. Lifetime occupational exposure to metals and welding fumes, and risk of glioma: a 7-country population-based case-control study. Environmental Health. 2017 Aug 25;16(1):90.

227. Benke G,Turner MC, Fleming S, Figuerola J,… Richardson L,… Parent ME, Sadetzki S, Siemiatycki J, et al. Occupational solvent exposure and risk of glioma in the INTEROCC study. British Journal of Cancer. 2017 Oct 10;117(8):1246-1254. doi: 10.1038/bjc.2017.285.

228. El Zoghbi M, Salameh P, Stücker I, Paris C, Pairon JC,… Siemiatycki J,… Lacourt A. Phenotypes of Lung Cancer and Statistical Interactions between Tobacco Smoking and Occupational Exposure to Asbestos and Crystalline Silica from a Large Case-only Study: The CaProMat Study. Lung Cancer. 2017;112(Oct):140-155.

229. Momoli F, Siemiatycki J, McBride M, Parent MÉ, Richardson L, Bédard D, et al. Probabilistic Multiple-Bias Modelling Applied to the Canadian Data From the Interphone Study of Mobile Phone Use and Risk of Glioma, Meningioma, Acoustic Neuroma, and Parotid Gland Tumors. American Journal of Epidemiology. 2017 October;186(7):885-893. doi.org/10.1093/aje/kwx157.

230. El Zoghbi M, Salameh P, Stücker I, Paris C, Pairon JC,… Siemiatycki J,… Lacourt A. Prevalence of occupational exposure to asbestos and crystalline silica according to phenotypes of lung cancer from the CaProMat study: A case-only study. American Journal of Industrial Medicine. 2018 January;61(1):85-99. 10.1002/ajim.22765.

231. Burstyn I, Gustafson P, Pintos J, Lavoué J, Siemiatycki J. Correction of odds ratios in case-control studies for exposure misclassification with partial knowledge of the degree of agreement among experts who assessed exposures. Occupational Environmental Medicine. 2018 Feb(2):155-159. doi: 10.1136/oemed-2017-104609.

232. McElvenny DM, ... Parent ME, ... Richardson L, Siemiatycki J, et al. The INTEROCC case-control study: risk of meningioma and occupational exposure to selected combustion products, dusts and other chemical agents. Occupational Environmental Medicine. 2017 December 13;75:12–22.

233. *Xu M, Siemiatycki J, Lavoué J, Pasquet R, Pintos J,  Rousseau M.C, Richardson L, Ho V. Occupational exposures to leaded and unleaded gasoline engine emissions and lung cancer risk.  Occupational and Environmental Medicine. 2018; 75(4):303-309.

234. Hovanec J, Siemiatycki J, Conway DI, Olsson A, Stücker I, Guida F, et al. (2018) Lung cancer and socioeconomic status in a pooled analysis of case-control studies. PLoS ONE. 2018 February 20. 13(2): e0192999. doi.org/10.1371/journal.pone.0192999.

235. Behrens T, Hovanec J, Siemiatycki J, et al. 1232 Lung cancer and occupational social status: the synergy study. Occupational Environmental Medicine. 2018;75(Suppl 2):A1–A650.

236. *Warden H, Richardson H, Richardson L, Siemiatycki J, Ho V. Associations between occupational exposure to benzene, toluene and xylene and risk of lung cancer in Montréal Occup Environ Med Published Online First: 15 May 2018. doi: 10.1136/oemed-2017-104987

237.  *Rémen T, Richardson L, Pilorget C, Palmer G, Siemiatycki J, Lavoué J. Development of a coding and crosswalk tool for occupations and industries. Annals of Work Exposures and Health. June 15 2018. doi.org/10.1093/annweh/wxy052.

238.  *Sauvé JF, Siemiatycki J,… Richardson L, Pintos J,…*Rémen T, *Pasquet R,… Lavoué J. Development of and selected performance characteristics of CANJEM, a general population job exposure matrix based on past expert assessments of exposure. Annals of Work Exposures and Health. 12 June 2018. doi.org/10.1093/annweh/wxy044.

239.  *Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Response rates in case-control studies of cancer by era of fieldwork and by characteristics of study design. Annals of Epidemiology. 2018 June;28(6):385-391.

240.  Wiernik E, Czernichow S,… Limosin F,… Zins M, Siemiatycki J, Goldberg M, et al.  Cardiovascular risk goes up as your mood goes down: interaction of depression and socioeconomic status in determination of cardiovascular risk in the CONSTANCES cohort. International Journal of Cardiology. 2018 1 July; 262: 99-105.

241.  Siemiatycki J & Lavoué J. Availability of a New Job-Exposure Matrix (CANJEM) for Epidemiologic and Occupational Medicine Purposes. J Occupational Environmental Medicine. 2018 July;60(7):e324-e328

242.  Vila J, Turner M, Gracia-Lavedan E,… Richardson L,… Siemiatycki J, van Tongeren M, Cardis E. Occupational exposure to high-frequency electromagnetic fields and brain tumour risk in the INTEROCC study: An individualized assessment approach. Environment International. 2018 October;119:353-365. [Epub ahead of print]

243.  Nicolau B, Arekunnath Madathil S, Castonguay G, Rousseau MC, Parent ME, & Siemiatycki J. Shared social mechanisms underlying the risk of nine cancers: A life course study. International Journal of Cancer. 2018 July 7.

244.  *Lacourt A, Labrèche F, Goldberg M, Siemiatycki J, Lavoué J. Agreement in Occupational Exposures Between Men and Women Using Retrospective Assessments by Expert Coders. Annals of Work Exposure and Health. 2018 August 16.

245.  Brenner DR, Fehringer G, Zhang ZF,… Siemiatycki J, Koushik A,…Straif K. Alcohol consumption and lung cancer risk: A pooled analysis from the International Lung Cancer Consortium and the SYNERGY study. Cancer Epidemiology. 2018. In press.


* First author was under supervision of J. Siemiatycki when this work was carried out.


## BOOK CHAPTERS (invited) AND IARC MONOGRAPHS

1.  Siemiatycki, J, Gérin M, Hubert J. Exposure-based case control approach to discovering occupational carcinogens: preliminary findings. Banbury Report 9. Quantification of Occupational Cancer. Eds Peto R, Schneiderman M. Cold Spring Harbor, Cold Spring Harbor Laboratory: 471-483, 1981.

2.  Siemiatycki, J. Discovering occupational carcinogens with epidemiologic data. In Chemical Mutagenesis, Human Population Monitoring, and Genetic Risk Assessment. eds. K. C. Bora, G. R. Douglas and E. R. Nestmann. New York, Elsevier Biomedical Press: 99-105, 1982.

3.  Gerin M, Siemiatycki J, Richardson L, Pellerin J, Lakhani R, Dewar R. Nickel and cancer associations from a multicancer occupation exposure case-referent study: preliminary findings. In Nickel in the Human Environment. Eds F. W. Sunderman, Jr. Lyon, International Agency for Research on Cancer: 105-115., 1984.

4.  Siemiatycki J. An epidemiologic approach to discovering occupational carcinogens by obtaining better information on occupational exposures. In: Recent Advances in Occupational Health. Ed. MJ Harrington, Churchill Livingstone Vol. 2, pp. 143-157, 1984.

5.  Siemiatycki J. Discovering occupational carcinogens in population-based case-control studies: Review of findings from an exposure-based approach and a methodologic comparison of alternative data collection

strategies. In: Occupational Cancer Epidemiology, Ed. P Band, Springer-Verlag Press. Berlin. 25-38, 1990.

6.  Krewski, D, Siemiatycki J, Nadon L, Dewar R, and Gérin M. Cancer risks due to occupational exposure to polycyclic aromatic hydrocarbons: a preliminary report. In Genetic Toxicology of Complex Mixtures. Eds M.D. Waters, F.B. Daniel, J.Lewtas, M.M. Moore and S. Newnow. New York, Plenum Press: 343-352, 1990.

7.  Siemiatycki, J., M. Gérin, R. Dewar, R. Lakhani, D. Bégin and L. Richardson. Silica and cancer associations from a multicancer occupational exposure case-referent study. In Occupational Exposure to Silica and Cancer Risk. Eds L. Simonato, A. C. Fletcher, R. Saracci and T. L. Thomas. Lyon, International Agency for Research on Cancer: 29-42, 1990.

8.  IARC Working Group (21 co-authors) (1991). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 52. Chlorinated drinking-water; chlorination by-products; some other halogenated compounds; cobalt and cobalt compounds. Lyon, IARC (International Agency for Research on Cancer).

9.  Siemiatycki, J. Risk factors for cancer in the occupational environment and relevant epidemiological study methods. In Introduction to Environmental Epidemiology. Eds E. Talbott and G. Craun. Boca Raton, Lewis Publishers: 99-122, 1995.

10.  IARC Working Group (17 co-authors) (1996). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 65. Printing processes and printing inks, carbon black and some nitro compounds. Lyon, IARC (International Agency for Research on Cancer).

11.  Siemiatycki J. Job-exposure matrices. In: Encyclopedia of Biostatistics, eds P Armitage and T Colton. Wiley, 1998.

12.  Siemiatycki J. Job-exposure matrices. In: Encyclopedia of Epidemiologic Methods, eds. MH Gail and J Benichou. Wiley, 2000.

13.  Siemiatycki J, Richardson L, Boffetta P. Occupation. In: Cancer Epidemiology and Prevention, 3rd Ed, eds. D Schottenfeld and J Fraumeni, Oxford University Press, 2006.

14.  IARC Monograph Working Group. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Vol. 93 - Carbon black, titanium dioxide and non-asbestiform talc, IARC (International Agency for Research on Cancer), Lyon, 2009.

15.  Siemiatycki J. Les règles, les pratiques et les préjugés des comités d'éthique vont réduire notre capacité à prévenir les maladies et à sauver des vies in La malréglementation, Une éthique de la recherche est-elle possible et à quelles conditions? Sous la direction de Michèle S. Jean et Pierre Trudel. Les Presses de l'Université de Montréal 2010.

16.  IARC (2010). IARC Technical Publication No. 42: Identification of research needs to resolve the carcinogenicity of high-priority IARC carcinogens. http://monographs.iarc.fr/ENG/Publications/techrep42/index.php

17.  IARC Monograph Working Group. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Vol. 100 – A review of human carcinogens, part C: metals, arsenic, dusts and fibres, IARC (International Agency for Research on Cancer), Lyon, 2012.

18.  IARC Monograph Working Group. IARC Monographs on Evaluation of Carcinogenic Risks to Humans Vol. 102 – Radio Frequency Fields 2011, IARC (International Agency for Research on Cancer), Lyon, 2013.

19.  Siemiatycki J. Occupational exposures, Chapter 2.6. In IARC World Cancer Report. Eds B Stewart, C Wild. Lyon 2013.

20.  Siemiatycki J. Historical overview of occupational cancer research and control. In Occupational Cancers. Eds S Anttila, P Boffetta, K Straif. Springer Press: 1-20, 2014.

## PUBLICATIONS WITHOUT PEER REVIEW, OTHER SCIENTIFIC REPORTS

1.  Rossiter CE, Bristol LJ, Cartier PH, Gibbs GW, Gilson JC, Grainger TR, Siemiatycki J, Sluis-Cremer GK, McDonald JC. Dust exposure and radiographic appearances in Quebec asbestos workers. XVI International Congress on Occupational Health, Tokyo: 205-206, 1969.

2.  Siemiatycki J. Living conditions and health - with special reference to low income areas of Montréal. Report submitted to the Pointe St-Charles Community Clinic, 42 pp, 1972.

3.   Siemiatycki J. The distribution of disease. Canadian Dimension. 1975.

4.   Siemiatycki J, Richardson L. Les facteurs socio-économiques et l'utilisation des services de santé à Montréal: document de travail. Submitted to the Ministère des Affaires sociales, 1979.

5.   Siemiatycki J, Richardson L. Les corrélatifs sociaux de la morbidité tels qu'ils ressortent d'une enquête sur la santé menée à Montréal: rapport préliminaire. Submitted to the Ministère des Affaires sociales, 1979.

6.   Siemiatycki J. Les facteurs qui déterminent la consommation de médicaments obtenus par prescription et les facteurs associés aux affections chroniques: rapport préliminaire. Submitted to the Ministère des Affaires sociales, 1979.

7.   Groupe d'étude de la fonction épidémiologique. (Aubry F, Drouin L, Ducharme G, Fredette JM, Lance JM, Siemiatycki J.) La fonction épidémiologique à la Commission de Santé et Sécurité au travail. Submitted to the Direction des Programmes et Normes, Commission de Santé et Sécurité au Travail, Québec, 1980.

8.   Siemiatycki J. An exposure-based case-control method for discovering occupational carcinogens. Chronic Diseases in Canada, 1:21-24, 1980.

9.   Siemiatycki J, Richardson L. Les corrélatifs sociaux de la morbidité tels qu'ils ressortent d'une enquête sur la santé à Montréal. Submitted to the Ministère des Affaires Sociales, 1981.

10.  Siemiatycki J. La consommation de médicaments à Montréal selon les facteurs démographiques, économiques, et ethniques. Submitted to the Ministère des Affaires Sociales, 1981.

11.  Siemiatycki J. Mortality in the general population in asbestos mining areas. Proceedings of the World Symposium on Asbestos, Montréal, 337-348, 1982.

12.  Price P, Gerin M, Siemiatycki J. An annotated bibliography of sources of information on occupational exposures. pp.78, 1982.

13.  Gerin M, Siemiatycki J, Kemper H, Laroche L, Millet C. Translating job histories into histories of occupational exposure for epidemiologic purpose. Proceedings of the Medical Research Council Symposium on Job Exposure Matrices, Southampton, Scientific Report No 2, 78-82, 1983.

14.  Siemiatycki J, Gerin M, Nadon L, Goldberg M, Richardson L. L'exposition professionnelle au formaldéhyde et le risque de cancer. Submitted to the Institut de recherche en santé et sécurité du travail, 18 pp, 1983.

15.  Task Force on Chemicals in the Environment and Human Reproductive Problems in New Brunswick. Second Report. Submitted to the Department of Health of New Brunswick. 249 pp, January 1984.

16.  Siemiatycki J. Evaluation des estimations actuelles concernant l'exposition professionnelle aux cancérogènes chimiques. Submitted to the Commission de la santé et sécurité au travail du Québec, 87 pages. October 1984.

17.  Task Force on Chemicals in the Environment and Human Reproductive Problems in New Brunswick. Final Report submitted to the Department of Health of New Brunswick. 269 pp, March 1985.

18.  Siemiatycki J, Richardson L. Expanding the vision of public health: new ways to meet old objectives. Health Promotion 24(2):10-12, 1985.

19.  Task Force on Health Risks of Alachlor (A.J. Nantel, J.L. Benedetti, J.P. Farand, M. Pagé, J.C. Panisset, J. Siemiatycki, C. Viau). Report submitted to the Government of Quebec, 1986.

20.  Siemiatycki J. Determining which workplace exposures may be carcinogenic: report on a novel epidemiologic approach. At The Centre. Canadian Centre for Occupational Health and Safety. Vol. IX, no. 5, pp. 9-10, November 1986.

21.  Gerin M, Siemiatycki J. Assessment of exposure to multiple agents in the workplace. Proceedings of the Workshop on Methodology of Assessment of Occupational Exposures in the Context of Epidemiological Detection of Cancer Risks. Eds. D. Hemon, M. Goldberg, pp. 99-108, 1989.

22.  Siemiatycki J, Gerin M, Nadon L, Dewar R. Risk of cancer due to occupational exposure to formaldehyde in a wide range of occupations and industries. Final report. Submitted under contract no. 1674 to the Health Protection Branch, Health and Welfare Canada, 78 pages, May 1988.

23.  Siemiatycki J. Epidemiological evidence in evaluating carcinogenicity of occupational exposures. IARC Int. Tech. Report no. 88/002, IARC, Lyon, Dec, pp. 49-59, 1988.

24.    IARC Working Group. Report of an IARC Working Group to review the approaches and processes used to evaluate the carcinogenicity of mixtures and groups of chemicals. IARC Int. Tech. Report no. 88/002, IARC, Lyon, Dec. 1988.

25.    Siemiatycki J, Nadon L, Dewar R, Gerin M, Armstrong B, Richardson L. Risk of cancer due to occupational exposure to polynuclear aromatic hydrocarbons in a wide range of occupations and industries: Final report. Submitted under contract no. 1984 to the Health Protection Branch, Health and Welfare Canada, 162 pages, May 1989.

26.    Siemiatycki J, Lakhani R, Gerin M, Dewar R, Richardson L. Risk of cancer due to exposure to benzene, toluene, and xylene in a wide range of occupations and industries: Final report. Submitted under contract no. 2025 to the Health Protection Branch, Health and Welfare Canada, 235 pages, June 1989.

27.    Siemiatycki J, Franco E, Dewar R, Desy M. Risk of cancer due to cigarette smoking - results of a multi-site case-control study. Report submitted under contract no. 2069 to the Health Protection Branch, Health and Welfare Canada, 23 pages, March 1990.

28.    Siemiatycki J. Review of findings from a registry-like database designed to discover occupational carcinogens. Proceedings of the Workshop on Indicators of Environmental Health. Waterloo Institute for Risk Research and Health and Welfare Canada. 1990.

29.    Camus M, Siemiatycki J. Cancer risks associated with non-occupational exposure to chrysotile asbestos. Report submitted under contract no. 064SS.H4078-1-C339. 1991.

30.    Siemiatycki J. Toxic Waste Sites And Human Health: Feasibility of Epidemiologic Studies Using the Canadian Unified Toxic Waste Sites Database. Contract No. 3136. 1992.

31.    *Nadon L, Siemiatycki J, Richardson L. Dépistage épidémiologique de cancérogènes en milieu de travail et son implication sur la santé environnementale. Bulletin d'Information en Santé environnementale, Volume 4, number 3, May/June 1993.

32.    Gerin M, deGuire L, Siemiatycki J. Étude sur la validité des matrices emploi-exposition multisectorielles en hygiène industrielle. IRSST, Montréal, 1995.

33.    Goldberg M, Farant JP, Simon P, Siemiatycki J, Armstrong B, Drouin L. A health survey of persons living near the Miron Quarry Sanitary Landfill Site. Montréal, Phase 1 (NHRDP: 502-6605-4342). July 1996.

34.    Siemiatycki J, Camus M, Case BW. Non-occupational exposure to Quebec chrysotile asbestos and risk of cancer. Montréal, NHRDP Report No. 6605-3533-53. April 1996.

35.    Mills CJ, Bull R, Cantor KP, Reif J, Hrudey SE, Huston P and an Expert Working Group: Health risks of drinking water chlorination byproducts: report of an expert working group. Chronic Diseases in Canada. 1998.

36.    Krewski D, Burnett R, Goldberg M, Hoover K, Siemiatycki J, et al. Reanalysis of the Harvard Six-City Study and the American Cancer Society Study of Air Pollution and Mortality: Validation and Replication. Health Effects Institute, Cambridge MA, 2000.

37.    Krewski D, Burnett R, Goldberg M, Hoover K, Siemiatycki J, et al.  Reanalysis of the Harvard Six-City Study and the American Cancer Society Study of Air Pollution and Mortality: Sensitivity Analyses. Health Effects Institute, Cambridge MA, 2000.

38.    Payment J, Siemiatycki J, Richardson L, Renaud G, Franco E, Prevost M. An epidemiological study of gastrointestinal health effects of drinking water. American Water Works Assoc.103 pp. 2000.

39.    Raynault M-F, Dussault C, Bartlett G, Deschenes M, Fortin S, Giroux M, Godard B, Jean MS, Mes-Masson A-M, Siemiatycki J, Vachon M-H. Rapport final du groupe-conseil sur l'Encadrement des banques de données et des banques de matériel biologique à des fins de recherche en santé. Fonds de la recherche en santé du Québec (FRSQ), Montréal, Québec.  8 December 2006.

40.    Raynault M-F, Dussault C, Bartlett G, Deschenes M, Fortin S, Giroux M, Godard B, Jean MS, Mes-Masson A-M, Siemiatycki J, Vachon M-H. Sommaire du rapport final du groupe-conseil sur l'Encadrement des banques de données et des banques de matériel biologique à des fins de recherche en santé. Fonds de la recherche en santé du Québec (FRSQ), Montréal, Québec.  8 December 2006.

41.    Raynault M-F, Dussault C, Bartlett G, Deschenes M, Fortin S, Giroux M, Godard B, Jean MS, Mes-Masson A-M, Siemiatycki J, Vachon M-H. Reconnaître la valeur sociale de la recherche dans le respect

Curriculum Vitae                                                                                  Jack Siemiatycki

de la personne : Banques de données et banques de matériel biologique - Pour un nouveau cadre éthique et légal. Fonds de la recherche en santé du Québec (FRSQ), Montréal, Quebec. May 2007.

42.   Siemiatycki J. Estimating the amount of environmental health research being funded by national funding agencies in Canada. Report submitted under contract no. 4500156045 to Health Canada (Environmental and Occupational Toxicology & Environmental Health Sciences Bureau), 40 pages. August 2007.

## BOOK

1.   Siemiatycki J. Risk Factors for Cancer in the Workplace. CRC Press, Boca Raton, 1991, 310 pp.
     Chap 1. Siemiatycki J. Epidemiologic approaches to discovering occupational carcinogens
     Chap 2. Siemiatycki J, Richardson L. Case-control design and fieldwork methods.
     Chap 3. Siemiatycki J. Nadon L, Lakhani R, Begin D, Gerin M. Exposure assessment.
     Chap 4. Siemiatycki J. Statistical methods.
     Chap 5. Siemiatycki J, Gérin M, Dewar R, Nadon L, Lakhani R, Begin D, Richardson L. Associations between occupational circumstances and cancer
     Chap 6. Siemiatycki J. Interpretation of findings.

## ARTISTIC WORKS

1.   Siemiatycki J, Slodovnick A. The Hockey Card. Illustrated by Doris Barrette. Lobster Press, Montréal, 2002, 32 pp.

2.   Siemiatycki J, Slodovnick A. La carte de hockey. Illustrated by Doris Barrette. Translated by Christiane Duchesne. Lobster Press, Montréal, 2002, 32 pp.

3.   Siemiatycki J, Slodovnick A. The Baseball Card. Illustrated by Laura Watson. Lobster Press, Montréal, 2005, 32 pp.

4.   Siemiatycki J, Slodovnick A. La Estampa de béisbol. Illustrated by Laura Watson. Translated. Lobster Press, Montréal, 2005, 32 pp.

## SCIENTIFIC PRESENTATIONS - INVITED

1.   Siemiatycki J. Monitoring the occupational environment for carcinogens: a pilot study in Montréal. Working Environment and Health Seminar, McGill University, Department of Epidemiology, September 1978.

2.   Siemiatycki J, Richardson L. Le défi prioritaire en santé communautaire: la protection et l'amélioration de l'environnement. Association pour la santé publique du Québec, Montréal, Quebec, October 1979.

3.   Siemiatycki J. Occupational carcinogenesis. Séminaire départemental, Direction générale de la protection de la santé, Santé et Bien-être Social Canada, Ottawa, January 1981.

4.   Siemiatycki J. An overview of problems in identifying occupational carcinogens. Canadian Labour Congress Meeting on Occupational Cancer, Montréal, February 1981.

5.   Siemiatycki J. Feasibility of an exposure-based case-control approach to discovering occupational carcinogens: preliminary findings. Cold Springs Harbor Conference on Quantification of Occupational Cancer, Cold Springs Harbor, New York, March 1981.

6.   Siemiatycki J. Dépistage des facteurs cancérigènes dans les milieux professionnels montréalais. Séminaire départemental, Département de médecine du travail et d'hygiène du milieu, Université de Montréal, Montréal, Quebec,March 1981.

7.   Siemiatycki J. Surveillance program for occupationally related cancer. Société de Toxicologie du Canada, Montréal, Quebec, December 1981.

8.   Gérin, J, Siemiatycki J. Translating job histories into histories of occupational exposure in an interview-based case-control Study. Medical Research Council Symposium on Job-Exposure Matrices, Southampton, England, April 1982.

9.   Siemiatycki J. Rapporteur's report. Medical Research Council Symposium on Job-Exposure Matrices, Southampton, England, April 1982.

10.  Siemiatycki J. Mortality in the general population in Quebec's asbestos mining areas. World Symposium on Asbestos, Montréal, May 1982.

11.  Siemiatycki J. Occupational cancer epidemiology. McGill Department of Epidemiology seminar series, Montréal, Quebec, October 1982.

12.  Siemiatycki J. Rapport d'une étude pilote qui vise à découvrir des agents cancérogènes de l'environnement professionnel.  Institut Armand-Frappier, Laval, Quebec, October 1982.

13.  Siemiatycki J, Richardson L, Gérin M. Discovering occupational carcinogens by an exposure-based case-control approach: feasibility and pilot study results. American Public Health Association Meeting, Montréal, Quebec, November 1982.

14.  Siemiatycki J. Discovering occupational carcinogens by means of a novel exposure-based case-control approach. U.S. National Institute of Occupational Safety and Health seminar series. Cincinnati. November 1982.

15.  Siemiatycki J. Dépistage des facteurs cancérigènes dans le milieu professionnel montréalais - rapport d'une étude pilote. Conférence-midi de l'Institut de recherche en santé et sécurité au travail, Montréal, Quebec, December 1982.

16.  Siemiatycki J. Rapport d'une étude qui vise à découvrir des agents cancérigènes dans l'environnement professionnel. Conférence départementale, Université de Sherbrooke, Sherbrooke, Quebec, February 1983.

17.  Siemiatycki J. Contribution of epidemiology to discovery of occupational carcinogens: case-control study in the Montréal area. Seminar Series, Lady Davis Institute, Jewish General Hospital, Montréal, March 1983.

18.  Siemiatycki J. Hospital-based studies of environmental causes of cancer. Seminar series, McGill Cancer Centre and Montréal General Hospital, March 1983.

19.  Siemiatycki J. Analyse préliminaire d'une enquête cas-témoins sur les expositions professionnelles et le cancer, INRS-Santé, Paris, France, April 1983.

20.  Siemiatycki J. Découvrir les cancérigènes professionnels par des méthodes épidémiologiques. Congrès de l'ACFAS, Trois-Rivières, Quebec, May 1983.

21.  Siemiatycki J. Surveillance of occupational cancer. University of Ottawa Special Course in Environmental Epidemiology, Ottawa, October 1983.

22.  Gérin M, Richardson L, Siemiatycki J. Obtaining job exposure histories based on interview and expert assessment. Job Exposure Assessment Meeting. International Agency for Research on Cancer, Lyon, France, February 1984.

23.  Siemiatycki J. Associations between bladder cancer and coffee and cigarette consumption: preliminary results of a case-control study. Environmental Risk Factors in Bladder Cancer Symposium, Lyon, February 1984.

24.  Siemiatycki J. Preliminary results of an occupational cancer monitoring program. Kellogg Center Seminar Series. Montréal General Hospital, April 1984.

25.  Siemiatycki J. Nickel, chromium and cancer: preliminary results from a case-control study. School of Occupational Health. McGill University, Montréal, April 1984.

26.  Siemiatycki J. Les premiers résultats d'une stratégie épidémiologique visant à découvrir des produits cancérigènes dans l'environnement industriel. Micro-hebdo, Institut Armand-Frappier, May 1984.

27.  Siemiatycki J. Cancer mortality in a general population highly exposed to asbestos. CAN-AM Chemical Congress. Montréal, June 1984.

28.  Siemiatycki J. Some occupational and non-occupational risk factors for cancer: results from a multi-site case-control study in Montréal. Special seminar. Health Protection Branch of Health and Welfare Canada, January 1985.

29.  Siemiatycki J. Premiers résultats d'un système de surveillance en épidémilogie visant à découvrir des agents cancérogènes dans le milieu industriel. Micro-Hebdo-Actualités, Institut Armand-Frappier, Laval, February 1985.

30.  Siemiatycki J. Discovering environmental carcinogens. Elizabeth Stern Memorial Lecture. U.C.L.A. School of Public Health, Los Angeles, California, May 1985.

31.  Siemiatycki J. Cancer surveillance. International Conference on Environmental and Occupational Significance of Industrial Carcinogens, Bologna, Italy, October 1985.

32.  Siemiatycki J. Overview of an epidemiologic case-control approach to discovering occupational carcinogens. Special seminar. Health Department of Torino and Epidemiology Department of University of Torino, Torino, Italy, October 1985.

33.  Siemiatycki J. Epidemiology of juvenile-onset diabetes in Montréal. Special lecture to Association of endocrinologists of Rhone-Alpes Region of France, Lyon, October 1985.

34.  Siemiatycki J. Cancer risks associated with exposure to organic dusts. Special seminar. International Agency for Research on Cancer, Lyon, October 1985.

35.  Siemiatycki J. Organic dusts and cancer. School of Occupational Health Seminar Series, McGill University, December 1985.

36.  Gérin, M, Siemiatycki J, Richardson L, Begin, D, Kemper, H, Lakhani, R, Nadon L. Associations entre cancer et exposition professionnelle à diverses substances. Résultats d'une étude épidémiologique à Montréal. Association pour l'hygiène industrielle au Québec, VIII Congrès, City of Québec, Quebec, May 1986.

37.  Siemiatycki J. Synthèse des résultats d'un système de surveillance épidémiologique des expositions professionnelles cancérogènes,  Université Laval, May 1986.

38.  Siemiatycki J. L'analyse des données appliquée à la santé et à la sécurité du travail. Symposium sur l'analyse de données, IRSST, Montréal, October 1986.

39.  Siemiatycki J. An overview of epidemiologic contributions to the discovery of occupational carcinogens. Society of Toxicology of Canada, Montréal. December 1986.

40.  Siemiatycki J, Wacholder, S, Dewar R, Begin, D, Richardson L, Rosenman, K, Gerin M. Smoking and degree of occupational exposure: are internal analyses likely to be confounded by smoking status? Symposium on Smoking in Occupational Cancer Studies. National Cancer Institute, Washington, December 1986.

41.  Siemiatycki J. Petroleum-derived liquids and cancer risk: findings from a case-control study. McGill University, Department of Epidemiology, April 1987.

42.  Siemiatycki J. Methods and findings from a case-control study of insulin-dependent diabetes mellitus in Montréal. Montréal Children's Hospital, May 1987.

43.  Colle, E, Siemiatycki J. Epidemiologic and immunologic evidence concerning the etiology of insulin-dependent diabetes.  Institut Armand-Frappier, May 1987.

44.  Siemiatycki J. The role of epidemiology in environmental impact assessment. Symposium on Health in Environmental Impact Assessment. Canadian Public Health Association and Environment Canada, Ottawa, May 1987.

45.  Siemiatycki J. Methods and results of a monitoring system for occupational carcinogens. Johns Hopkins University School of Public Health Seminar, Baltimore, Maryland, October 1987.

46.  Siemiatycki J. Cancer risks associated with petroleum-derived liquids and combustion products. National Cancer Institute, Occupational Studies Section, Bethesda, Maryland, October 1987.

47.  Gerin M, Siemiatycki J. Assessment of exposure to multiple agents in the workplace - experience from a population-based case-control study in Montréal. Workshop of European Economic Community on Methods of Assessment of Occupational Exposures for Epidemiologic Detection of Cancer Risks, Paris, February 1988.

48.  Siemiatycki J. Overview of epidemiologic tasks. International Joint Commission Workshop on the Role of Epidemiology in Assessing the Effects of Great Lakes Water Quality on Human Health. Toronto, March 1988.

49.  Siemiatycki J. Results of an exposure-based case-control study of occupational carcinogens. Ontario Cancer Treatment and Research Foundation, Toronto, April 1988.

50.  Siemiatycki J. Methodology of cancer case-control studies. Special Lecture Series in McGill Summer Program in Epidemiology, Montréal, May 1988.

51.  Siemiatycki J. Costs and benefits of various approaches to estimating occupational cancer risks in case-control studies. Symposium on Occupational Cancer Epidemiology. Vancouver, June 1988.

52.  Richardson L.R, Siemiatycki J, Dewar R. How well does a job exposure matrix reflect the exposure assessment of individually coded job histories? Workshop on job exposure matrices held at INSERM, Paris, October 1988.

Curriculum Vitae                                                                 Jack Siemiatycki

53.  Siemiatycki J. Methodologic issues in an exposure-based case-control study for discovering occupational carcinogens. Medical Research Council, Biostatistics Unit, Cambridge, England, December 1988.

54.  Siemiatycki J. A synthesis of findings from an occupational cancer case-control study. Invited seminar in Department of Epidemiology, School of Public Health, University of North Carolina. Chapel Hill, North Carolina, April 1989.

55.  Siemiatycki J. Methodologic problems in assessing exposure status for case-control studies. National Cancer Institute Seminar, Silver Spring, Maryland. April 1989.

56.  Siemiatycki J. Environmental causes of cancer. McGill Cancer Center Public Lecture Series, Montréal. May 1989.

57.  Siemiatycki J. Approches épidémiologiques dans l'investigation des facteurs cancérogènes. Summer course in community health, Université Laval, City of Québec, Quebec, June 1989.

58.  Krewski, D, Siemiatycki J, Nadon L, Dewar R, Gerin M. Cancer risks due to occupational exposure to PAH's. International Conference on Genetic Toxicology of Complex Mixtures, Washington, District of Columbia, September 1989.

59.  Siemiatycki J. Discovering environmental carcinogens by means of a case-control methodology. Dalhousie University, Faculty of Medicine seminar, December 1989.

60.  Siemiatycki J. Using epidemiologic evidence in compensation of industrial disease. Special workshop of Industrial Disease Standards Panel of Ontario, Toronto, December 1989.

61.  Siemiatycki J. Epidemiologic approaches to evaluating the carcinogenicity of complex mixtures. Workshop on carcinogenicity of Complex Mixtures. National Academy of Sciences of the U.S.A., Tucson, January 1990.

62.  Siemiatycki J. Review of findings from a registry-like database designed to discover occupational carcinogens. Workshop on Indicators of Environmental Health. Waterloo Institute for Risk Research and Health and Welfare Canada, Ottawa, March 1990.

63.  Siemiatycki J. Findings from an occupational cancer case-control study. Invited seminar in Department of Clinical Epidemiology, Royal Victoria Hospital. Montréal, March 1990.

64.  Siemiatycki J. Effect of exposure strategies on risk estimates and statistical power. International Workshop on Retrospective Exposure Assessment for Occupational Epidemiologic Studies, Leesburg, Virginia, March 1990.

65.  Siemiatycki J. Discovering environmental carcinogens: an epidemiologic perspective. Invited seminar in Department of Epidemiology, School of Public Health, University of North Carolina. Chapel Hill, North Carolina, March 1990.

66.  Siemiatycki J. Discovering environmental carcinogens: review of an epidemiologic surveillance project. Invited seminar in Occupational & Environmental Health Unit, University of Toronto, Toronto, April 1990.

67.  Siemiatycki J. Environnement et cancer: une perspective épidémiologique. 58th Association canadienne française pour l'avancement des sciences. Colloque santé et environnement, City of Québec, Quebec, April 1990.

68.  Payment P, Richardson L, Edwards M, Franco E, Siemiatycki J. Drinking water related illness: an epidemiological study. Second International Biennial Water Quality Symposium: Microbiological Aspects, Vina Del Mar, Chile, August 1990.

69.  Siemiatycki J. Occupational cancer. Seminar series of Laboratory Centre for Disease Control, Health and Welfare Canada, Ottawa, March 1991.

70.  Siemiatycki J. A decade of searching for occupational carcinogens: methods and results of a case-control study. Seminar series of the Division of Clinical Epidemiology, Montréal General Hospital, Montréal, March 1991.

71.  Siemiatycki J. Detecting occupational carcinogens using epidemiologic methods: results and their interpretation. McGill University, Department of Epidemiology and Biostatistics, Summer Lecture Series, Montréal, June 1991.

72.  Siemiatycki J. Overview of results of an occupational cancer monitoring study. School of Public Health, University of California at Berkeley, Berkeley, October 1991.

73. Siemiatycki J. Discussant of paper on Mortality of oil refinery and distribution workers. International Symposium on the Health Effects of Gasoline, Miami, November 1991.

74. Begin, D, Gerin M, De Guire L, Siemiatycki J, Adib G, Fournier C. Étude sur la validité des matrices emploi-exposition multisectorielles en hygiène industrielle. Scientific Committee on Computing in Occupational and Environmental Health, III International Workshop, Paris, November 1991.

75. Siemiatycki J. Cancer et travail : connaissances actuelles, approches antérieures et nouvelles. Colloque de l'Association des médecins du travail du Québec, Montréal. June 1992.

76. Siemiatycki J. Risques de cancers reliés aux expositions chimiques en milieu de travail: résultats d'une étude épidémiologique à Montréal. IRSST, Montréal, November 1992.

77. Siemiatycki J. Carcinogens in the occupational environment. Invited seminar in School of Public Health, University of North Carolina, Chapel Hill, North Carolina. December 1992.

78. Siemiatycki J. Discussant of invited seminar on risk assessment. School of Occupation Health, McGill University, March 1993.

79. Siemiatycki J. Are the effects of smoking on lung and bladder cancer confounded by occupational carcinogens? Invited seminar given at the Michigan Cancer Foundation, Detroit and at the University of Michigan, Ann Arbor, May 1993.

80. Siemiatycki J. Are the apparent effects of cigarette smoking on lung and bladder cancers due to uncontrolled confounding by occupational exposures?  McGill University, Department of Epidemiology and Biostatistics, Montréal, December, 1993.

81. Siemiatycki J. Occupational causes of cancer. President's Cancer Panel Meeting on Avoidable Causes of Cancer, Bethesda, April 1994.

82. Siemiatycki J. Retrospective exposure assessment in community-based studies. Conference on Retrospective assessment of occupational exposures in epidemiology, IARC, Lyon, April 1994.

83. Siemiatycki J. Are the apparent effects of cigarette smoking on lung and bladder cancers due to uncontrolled confounding by occupational exposures? Department of Human Oncology, University of Torino, Torino, Italy, April 1994.

84. Siemiatycki J. Risque de cancer dû au tabagisme. Département de médecine sociale et préventive, Université Laval, Québec, May 1994.

85. Siemiatycki J. Registry studies of bladder cancer. NCI Workshop on Occupational Exposures and Urogenital Cancers, Rockville, May 1994.

86. Siemiatycki J. Facteurs de risques environnementaux pour le cancer: une perspective épidémiologique. Atelier sur la recherche en cancer, Université du Québec à Rimouski, April 1995.

87. Camus M, Siemiatycki J. Non-occupational exposure to asbestos: how to assess dose and risk. McGill University, Department of Epidemiology and Biostatistics. Montréal, May 1995.

88. Siemiatycki J. Occupational carcinogens in Montréal. Seminar - International Agency for Research on Cancer, Lyon, France, June 1995.

89. Siemiatycki J. Occupational causes of cancer: findings from a large scale case-control study of occupational cancer. Department of Medical Informatics, Biometry and Epidemiology, University of Essen, Essen, Germany, July 1995.

90. Siemiatycki J. Assessing occupational exposures in community based epidemiological studies. Bremen Institute for Preventive and Social Medicine, Bremen, Germany, July 1995.

91. Case, B, Camus M, Richardson L, Siemiatycki J. Ascertainment of mesothelioma among Québec women from 1970 to 1990. Special Symposium on Mesothelioma, IRSST, Montréal, August 1995.

92. Siemiatycki, J. Une nouvelle approche épidémiologique pour le dépistage de cancérogènes en milieu de travail. Club de recherches cliniques du Québec, Bromont, Quebec, September 1995.

93. Siemiatycki J. Occupational causes of cancer: findings from a large scale case-control study of occupational cancer. Special seminar. School of Public Health, Univ. of Michigan, Ann Arbor, Michigan, June 1996.

94. Siemiatycki J. An empirical evaluation of the magnitude of confounding bias. Statistical Society of Canada, Waterloo, June 1996.

95. Siemiatycki J. Occupational exposures and cancer risk: recent results and methodological insights from a population-based case-control study in Montréal. Department of Epidemiology & Biostatistics, McGill University. October, 1996.

96. Siemiatycki J. Utilités et limites des études épidémiologiques dans l'évaluation des risques environnementaux. ACFAS, City of Québec, Quebec, May 1998.

97. Siemiatycki J. International collaboration in cancer epidemiology. Society for Epidemiology Research, Chicago, June 1998.

98. Siemiatycki J. Accuracy of the EPA risk assessment model for predicting the risk of lung cancer at environmental levels of asbestos exposure.  National Cancer Institute, Rockville, Maryland, March 1999.

99. Siemiatycki J. Risk of lung cancer at environmental levels of asbestos exposure. University of Toronto, Toronto, September 1999.

100. Siemiatycki J. Estimating risks due to low level exposures. Society for Epidemiology Research, Seattle, June 2000.

101. Siemiatycki J. Debater on the proposition that research is a top priority in occupational cancer prevention. Preventive Oncology Seminar, Cancer Care Ontario, Toronto, April 2001.

102. Rachet B, Siemiatycki J, Abrahamowicz M, Leffondre K. Various aspects of smoking behavior on lung cancer risk: a flexible modeling approach. National Cancer Institute, Bethesda, May 2001.

103. Siemiatycki J. Challenges to epidemiology and challenges to Canadian epidemiologists. National Student Conference of Epidemiology, Toronto, June, 2001.

104. Siemiatycki J. President's address. Congress of Epidemiology, Toronto, June, 2001.

105. Siemiatycki J. Découvrir les cancérigènes dans l'environnement: bilan des activités de recherche passées et perspectives d'avenir. Département de médecine sociale et préventive, Université de Montréal, October 2001.

106. Siemiatycki J. Risque de cancer chez les femmes résidantes des villes des mines d'amiante québécoises: Évaluation du risque attribuable à des « faibles » niveaux d'expositions et validation de la méthode d'évaluation de risque (« risk assessment ») du E.P.A. Département de santé environnementale, Université de Montréal, October 2001.

107. Rachet B, Siemiatycki J, Leffondre K, Abrahamowicz M. Relations dose-réponse entre la fumée de cigarette et le cancer pulmonaire à partir d'une étude cas-témoins à Montréal : Estimations utilisant une modélisation flexible. Congrès INRS-Institut Armand-Frappier, Sainte-Adèle, Quebec, November 2001.

108. Siemiatycki J, Camus M, Case B, Desy M, Parent, M.-É. Risque de cancer chez les résidantes des villes de l'amiante au Québec: Évaluation du risque attribuable à des « faibles » niveaux d'expositions et validation de la méthode d'évaluation de risque de l'E.P.A. Symposium sur l'amiante d'Institut national de santé publique du Québec, Montréal, December 2001.

109. Laplante O, Parent M.-É, Siemiatycki J. Risque de mésothéliome et de cancer du poumon associé à l'exposition professionnelle aux fibres d'amiante, Montréal 1979-85. Symposium de l'Institut national de santé publique du Québec, Montréal, December 2001.

110. Siemiatycki J. Occupational causes of cancer: overview of the contribution of a study in Montréal, Research Day at Dept of Epidemiology and Community Medicine, University of Ottawa, April 2002.

111. Siemiatycki J. Biostatistical problems in epidemiologic case-control studies. Statistical Society of Canada, Hamilton, Ontario, May 2002.

112. Leffondre K, Abrahamowicz M, Siemiatycki J. Definition of risk sets for Cox's analysis of case-control data with time-varying exposures: A simulation study. Intended Society for Clinical Biostatistics (ISCB), Dijon, France, September 2002.

113. Siemiatycki J. Occupational causes of cancer. CCERN and Health Canada Research Workshop, Montebello, Quebec. October 2002.

114. Siemiatycki J. Occupational causes of cancer. Departmental seminar, McGill University, Montréal. November 2002.

115. Siemiatycki J. Facteurs environnementaux dans l'étiologie du cancer. Retraite annuelle du centre de recherche du CHUM, St-Sauveur, Quebec. November 2002.

116. Siemiatycki J. Environmental and occupational causes of cancer. Seminar. Cancer Care Ontario, Toronto, February 2003.

117. Siemiatycki J. The state of epidemiology in Canada. Plenary address. CSEB Student Congress, Halifax, Nova Scotia, June 2003.

118. Siemiatycki J. Occupational cancer epidemiology: the evolving big picture. Distinguished Scientist Lecture, Division of Cancer Epidemiology and Genetics, National Cancer Institute, Rockville MD, October 2003.

119. Siemiatycki J. Challenges in cancer epidemiology. Meeting of the Institute Advisory Board of Institute for Cancer Research, CIHR,  Montréal, June 2004.

120. Siemiatycki J. Keynote address. Occupation and cancer. International Association of Cancer Registries, Beijing, September 2004.

121. Siemiatycki J. Which cancers are most important, what are the associated occupational situations and which confounders are involved? Burden of Cancer Epidemiologic Workshops, Health and Safety Executive. Manchester, UK, November 2004.

122. Siemiatycki J. Occupational causes of cancer. New Strategies for Recognizing and Preventing Occupational Disease, Canadian Center for Occupational Health and Safety, Toronto, March 2005.

123. Siemiatycki J. Occupational causes of cancer. The Respiratory Epidemiology & Clinical Research Unit, Montréal Chest Institute, Montréal, March 2005.

124. Siemiatycki J. Environnement et cancer : quels sont les risques? Les Belles Soirées public lecture series, Université de Montréal, Montréal, April 2005.

125. Siemiatycki J. An overview of environmental, occupational & lifestyle causes of lung cancer. Cancer Axis, McGill University Hospital Centre Research Institute, Montréal, June 2005.

126. Siemiatycki J. Les règles des comités d'éthique vont amputer notre capacité de prévenir des maladies et sauver des vies. Réunion de FRSQ sur les banques de données et des matières biologiques, Montréal, June 2005.

127. Siemiatycki J. Introductory comments. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

128. Siemiatycki J. The burden of occupational cancer on workers and on society. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

129. Siemiatycki J. Revue des expositions professionnelles associées au cancer (Review of occupational exposures associated with cancer): pre-conference training session. Environnement et santé. Congrès international de l'Association des Épidémiologistes de Langue Française (ADELF), City of Québec, Quebec, September 2005.

130. Siemiatycki J. Opening session. Environnement et santé. Congrès international de l'Association des Épidémiologistes de Langue Française (ADELF), City of Québec, Quebec, September 2005.

131. Siemiatycki J. Impact de l'environnement et du milieu de travail sur le cancer : connaissances récentes. 9es Journées annuelles de santé publique (JASP), City of Québec, Quebec, November 2005.

132. Siemiatycki J. La recherche épidémiologique sur le cancer. Canadian Cancer Society - 2005 Annual Conference, City of Québec, Quebec, November 2005.

133. Siemiatycki J. Occupational EMF exposure and risk of cancer – methodological considerations. Workshop on the Future Needs of Electro-magnetic Fields Occupational Studies in the Electric Utility Industry, Edinburgh, September 2006.

134. Siemiatycki J. What is known about the modifiable causes of cancer and why we will not learn much more: Reflections on the decline of epidemiology as a tool to elucidate disease etiology. Department of Epidemiology, Biostatistics & Occupational Health, McGill University, Montréal, October 2006.

135. Siemiatycki J. Keynote Speaker. Environmental causes of cancer. 28th Annual Meeting of the International Association of Cancer Registries, Goiania, Brazil, November 2006.

136. Parent M.-E, Rousseau M.-C, Siemiatycki J, Boffetta P, Cohen A. Using the workplace as a window to study the role of diesen and gasoline engine emissions in lung cancer developpement. Invited abstract submitted to the Eleventh International Congress of Toxicology, Montréal, Quebec, July 2007.

137. Siemiatycki J. Keynote Speaker. The future of occupational epidemiology? 19th International Conference on Epidemiology in Occupational Health (EPICOH 2007), Banff, October 2007. Occup. Environ. Med. 2007 Dec; 64:46.

138. Siemiatycki J. Relationship between environmental risks and health of seniors. Workshop on Seniors' Health and the environment. Health Canada, Ottawa, February 2008.

139. Siemiatycki J. Freedom of research - is it threatening or threatened? Conference of Institutional Review Boards of Quebec, (4e Journées d'étude des CER), City of Québec, Quebec, October 2008.

140. Siemiatycki J. Cancer and Environment – Annual University of Montréal Medical Faculty Assembly, Montréal, December 2008.

141. Siemiatycki J. Impact de l'environnement et du milieu de travail sur les risques de cancer : méthodologie de recherche et résultats. Conférence en santé publique, Université Laval, May 2009.

142. Siemiatycki J. CIHR and Epidemiologic Research. CSEB, Ottawa, May 2009.

143. Siemiatycki J. Mode de vie, milieu de vie: les causes modifiables du cancer. (Lifestyles and environment: modifiable causes of cancer). Keynote address. Conference nationale pour vaincre le cancer, Montréal April 2010.

144. Siemiatycki J. Montréal case-control studies on occupation and cancer. Presentation for II International Course on occupational cancer. Instituto Nacional de Cancerologia, Bogota, Colombia, August 2010.

145. Siemiatycki J. Modifiable causes of cancer and estimates of attributable fractions. Presentation for II International Course on occupational cancer, Instituto Nacional de Cancerologia, Bogota, Colombia, August 2010.

146. Siemiatycki J. Asbestos and cancer in Quebec: a presentation of studies in three populations. Presentation for II International Course on occupational cancer. Instituto Nacional de Cancerologia, Bogota, Colombia, August 2010.

147. Siemiatycki J. An overview of recognized environmental and lifestyle causes of cancer, and their contribution to the overall burden of cancer. International Congress of Pathophysiology, Montréal, September 2010.

148. Siemiatycki J. Les causes modifiables du cancer (Lifestyles and environment: modifiable causes of cancer). Conference annuelle de la Société du cancer du Canada, division Québec, November 2010.

149. Siemiatiycki J. Alison McDonald's research on the impact of Medicare in Québec. Department of Epidemiology and Biostatistics, McGill University, Montréal, Quebec, May 2011.

150. Siemiatycki J. An overview of environmental causes of cancer. Special Symposium to honour Nobel Prize winner CRCHUM, Montréal, Quebec, June 2011.

151. Siemiatycki J. Review of IARC evaluation on cellphones and cancer. Congress of Epidemiology, Montréal, Quebec, June 2011.

152. Siemiatycki J. L'évidence concernant les risques de cancer liés à l'utilisation du téléphone cellulaire. Institut national de santé publique du Québec, October 2011.

153. Siemiatycki J. Do cellphones cause brain cancer? Canadian Cancer Research Conference, Toronto, November 2011.

154. Siemiatycki J. Do cellphones cause brain cancer? Canadian Center for Architecture. Public science lecture series, Montréal, Quebec, January 2012.

155. Siemiatycki J. Do cellphones cause brain cancer? McGill University Department of Epidemiology lecture series, Montréal, Quebec, March 2012.

156. Siemiatycki J. L'environnement et le risque de cancer. Table ronde. Conference annuelle de la Coalition Cancer, Montréal, Quebec, March 2012.

157. Siemiatycki J. An Overview of Modifiable Risk Factors for Cancer. CHUM Department of Medicine, Montréal, Quebec, March 2012.

158. Siemiatycki J. Do cell phones cause brain cancer? The epidemiologic evidence. Grand Rounds, St-Mary's Hospital, Montréal, Quebec, September 2012.

159. Siemiatycki J. The epidemiology of cell phones and brain cancer. Centre hospitalier universitaire Vaudois, Lausanne, Suisse, October 2012

160. Siemiatycki J. Occupational causes of cancer. Annual meeting of Occupational & Environmental Medical Association of Canada, Montréal, Quebec, September 2013.

161. Siemiatycki J. Fraction of lung cancer that is legally attributable to smoking: a novel parameter. ISPED, Bordeaux, France, November 2013.

Curriculum Vitae                                                                                       Jack Siemiatycki

162. Siemiatycki J. Some challenges in environmental cancer research. Boston University School of Public Health, Boston, Massachusetts, February 2014.

163. Siemiatycki J. Les causes modifiables du cancer: le cancer peut être évité. Symposium de La Fondation Sauve Ta Peau, Montréal, Quebec, September 2014.

164. Siemiatycki J. Using epidemiologic research to combat the tobacco industry. BIPS, Bremen, Germany, September 2015.

165. Siemiatycki J. Insights into the use of epidemiologic data in a class action lawsuit against the tobacco industry. CRCHUM division seminar, Montréal, Quebec, September 2015.

166. Siemiatycki J. Development of a methodology to estimate legally attributable fraction of lung cancer attributable to cigarette smoking. McGill Univ Dept of Epidemiology, Montréal, Quebec, October 2015.

167. Siemiatycki J. Using epidemiologic research to combat the tobacco industry. SIRIC-BRIO Cancer Centre. Bordeaux, France, November 2015.

168. Siemiatycki J. Do cell phones cause brain cancer? The epidemiologic evidence. Dept of Medicine, CHUM, Montréal, Québec, November 2015.

169. Siemiatycki J. Occupation and cancer. Conference for the 50th Anniversary of IARC, Lyon, June 2016.

170. Siemiatycki J. Contribution of epidemiology to knowledge on occupational risk factors for cancer. 34e Congrès national de Médecine et Santé au Travail, Paris, France, June 2016.

171. Siemiatycki J. The influence of JC McDonald on the evolution of epidemiology in Canada. Symposium in honour of JC McDonald. McGill Univ., Montréal, Quebec, May 2017.

172. Siemiatycki J. A survey of knowledge on occupational causes of cancer. Keynote address. International Association of Cancer Registries, Utrecht, Netherlands, October 2017.

173. Siemiatycki J. La preuve statistique au tribunal : recours collectif en situation d'incertitude. Café-statistique de la Société de statisticiens français de la région parisienne, Paris, France, May 2018.

## SCIENTIFIC PRESENTATIONS - OFFERED AND ACCEPTED

1. Siemiatycki J. Comparison of mail, telephone and home interview methods for health surveys. International Epidemiologic Association Meeting. Puerto Rico. August 1977.

2. Siemiatycki J, Day NE, Fabry J, Cooper, JA. Identification d'agents cancérigènes dans le milieu de travail: un nouveau système épidémiologique de monitoring. Deuxième conférence internationale sur la science des systèmes dans le domaine de la santé. Montréal, July 1980.

3. Siemiatycki J, Richardson L, Pless B. Equality in Medical Care under National Health Insurance in Montréal. Deuxième conférence internationale sur la science des systèmes dans le domaine de la santé. Montréal, July 1980.

4. Siemiatycki J. Discovering occupational carcinogens. International Symposium on Chemical Mutagenisis, Human Population Monitoring and Genetic Risk Assessment. Ottawa. October 1980.

5. Siemiatycki J, Richardson L, Gerin M. Discovering occupational carcinogens by a substance-based case-control approach-fieldwork considerations. International Epidemiologic Association Meeting. Edinburgh. August 1981.

6. Siemiatycki J, Colle E, West R, Belmonte M. Space-time clustering of juvenile-onset diabetes in Montréal. International Epidemiologic Association Meeting. Edinburgh. August 1981.

7. Siemiatycki J, Gerin M, Richardson L. Discovering occupational carcinogens by an exposure-based case-control approach: exposure assessment aspects. Second International Symposium on Epidemiology in Occupational Health. Montréal, August 1982.

8. Siemiatycki J, Gerin M, Lakhani R, Dewar R, Pellerin J, Richardson L. Nickel and ancer associations from a multicancer occupation exposure case-referent study. Symposium on Nickel in the Environment. Lyon, March 1983.

9. Gerin M, Siemiatycki J. La traduction des histoires professionnelles en histoires d'expositions chimiques: un défi pour l'hygiéniste du travail. Congrès de l'Association pour l'hygiène industrielle du Québec. Quebec, May 1983.

10. Siemiatycki J, Colle E, Campbell S, Belmonte M. Preliminary analysis of a case-control study of Type I diabetes mellitus. Baltimore, June 1985.

11.   Siemiatycki J, Richardson L, Gerin M, Goldberg M, Dewar R. Associations between nine sites of cancer and nine organic dusts: results from a hypothesis-generating case-control study in Montréal. Society for Epidemiologic Research. Chapel Hill, North Carolina, June 1985.

12.   Richardson L, Siemiatycki J, Gerin M, Goldberg, M, Dewar R, Desy M, Campbell S, Wacholder S. Associations between several sites of cancer and nine organic dusts: results from a case-control study. Fourth International Symposium on Epidemiology in Occupational Health. Como, Italy, September 1985.

13.   Richardson L, Siemiatycki J. Case-control study methods: when to interview subjects and non-response bias. Fourth International Symposium on Epidemiology in Occupational Health. Como, Italy, September 1985.

14.   Soskolne C, Jhangri G, Checkoway, Risch H, Siemiatycki J, et al.  Sulphuric acid exposure in laryngeal cancer: induction and latency estimates from a lagged exposure window analysis.  XII Scientific Meeting of the International Epidemiology Assoc. Los Angeles, August, 1990.

15.   Payment P, Richardson L, Edwardes M, Franco E, Siemiatycki J. (1989). Gastrointestinal illness and drinking water: a prospective epidemiological study. 57th Conjoint Meeting on Infectious Diseases (CACMID), Montréal, 25-29 November 1989, Résumé C-30.

16.   Payment P, Richardson L, Edwardes M, Franco E, Siemiatycki J. (1990). Drinking water related gastrointestinal illnesses. 1990 Annual Meeting of the American Society for Microbiology, Anaheim California, 13-17 May 1990.

17.   Payment P, Richardson L, Edwardes M, Franco E, Siemiatycki J. (1990). A prospective epidemiological study of drinking water related gastrointestinal illnesses. International Association on water Pollution Research and Control, Health Related Water Microbiology Group, Tubingen, West Germany, 1-6 April 1990.

18.   Case BA, Dufresne A, Siemiatycki J, Fraser R. Decoding occupational history from total lung particulate analysis. II: A comparative study. Brit. Occ. Hyg. Soc.; Seventh International Symposium on Inhaled Particles, Edinburgh, September 1991, S4.5.

19.   Suarez-Almazor M, Soskolne C, Fung K, Jhangri G, Burch D, Howe G, Miller A, Siemiatycki J, Lakhani R, Dewar R. Choice of summary worklife exposure measures in the estimation of risk: an empirical assessment. Canadian Epidemiology Symposium. Edmonton. May. 1991.

20.   Siemiatycki J, Nadon L, Dewar R. Cancer risks due to occupational exposure to polycyclic aromatic hydrocarbons. 8th International Symposium on Epidemiology in Occupational Health, Paris, France, September 1991.

21.   Bourbonnais R, Siemiatycki J. Socioeconomic variables and cancer risk. Canadian Society for Epidemiology and Biostatistics. Edmonton, May 1991.

22.   Gerin M, Begin D, Siemiatycki J, Dewar R. Study on the validity of the NOES job-exposure matrix using industrial hygiene measurements obtained in Montréal. Conference on Retrospective Assessment of Occupational Exposure. IARC Lyon. April 1994.

23.   *Camus M, Siemiatycki J. Estimating past asbestos fiber levels in the general population of asbestos mining towns in Quebec. International Society Environmental Epidemiology, Research Triangle Park, N.C. Sept. 1994.

24.   Goldberg MS, Dewar R, Siemiatycki J. Confounding and other design issues in cancer incidence studies of hazardous waste sites. Canadian Society for Epidemiology and Biostatistics. St-John's, Newfoundland, Aug 1995.

25.   Goldberg MS, Dewar R, Siemiatycki J. Confounding and other design issues in cancer incidence studies of hazardous waste sites. International Society for Environmental Epideemiology. Noordwijkerhout, Netherlands, Aug, 1995.

26.   Case BW, Camus M, Siemiatycki J. Trends in Pathologic Diagnosis of Malignant Mesothelioma among Quebec Women 1970-1990. Royal College of Medicine. Montréal. Sept. 1995.

27.   Aronson KJ, Siemiatycki J. Dewar R, Gerin M. Occupational Risk Factors for Prostate Cancer. Canadian Society for Epidemiology and Biostatistics, St-John's, Newfoundland, Aug 1995.

28.   *Camus M, Siemiatycki J. The Estimation of Past Asbestos Fiber Levels in Quebec Asbestos Mining Towns from 1900 to 1984. Canadian Society for Epidemiology & Biostatistics, St-John's, Newfoundland, Aug 1995.

Curriculum Vitae                                                                                    Jack Siemiatycki

29.     *Camus M, Siemiatycki J, Dewar R. Non-Occupational Asbestos Exposure and Risk of lung Cancer in the Female Population of Asbestos-Mining Towns: Implications for Risk Assessments. Canadian Society for Epidemiology and Biostatistics Meeting, St-John's, Newfoundland, Aug 1995.

30.     Payment P, Franco E, Siemiatycki J, Richardson L, Renaud G, Prevost M. Epidemiology studies of tap-water related gastrointestinal illnesses. Water Quality Technology Conference, New Orleans, Nov. 1995.

31.     *Fritschi L, Siemiatycki J. Self-assessed versus expert-assessed occupational exposures. Canadian Society for Epidemiology and Biostatistics Meeting, St Johns, Newfoundland, Aug 1995.

32.     Payment P, Siemiatycki J, Richardson L, Renaud G. Épidémiologie des maladies gastro-intestinales et respiratoires: incidence, fraction attribuable à l'eau et coûts pour la société. ACFAS, Montréal, May 1996.

33.     *Fritschi L, Parent M-É, Siemiatycki J. Gastric cancer and occupation. Australasian Epidemiological Association, Victoria, Australia. July 1996.

34.     *Camus M, Case BW, Siemiatycki J. Risk assessment for women living in chrysotile mining towns.1: Environmental exposure assessment. Fourth International Mesothelioma Conference, Philadelphia, May 1997.

35.     Case BW, Camus M, Siemiatycki J. Risk assessment for women living in chrysotile mining towns.2: Mesothelioma: observed vs. predicted. Fourth International Mesothelioma Conference, Philadelphia, May 1997.

36.     *Camus M, Siemiatycki J. Cancer risks due to non-occupational asbestos exposure. Can. Soc. for Epidemiol. & Biostat. London, Ontario, May 1997.

37.     Weston TL, Aronson KJ, Howe GR, Nadon L, Siemiatycki J. Cancer mortality risk in a cohort of working men. Canadian Society for Epidemiology and Biostatistics, London, Ontario, May 1997.

38.     *Parent M-É, Siemiatycki J, Menzies L, Fritschi L, Colle E. Can Bacille-Calmette Guérin vaccination prevent insulin-dependent diabetes mellitus (IDDM)? Canadian Society for Epidemiology and Biostatistics, London, Ontario, May 1997.

39.     Wolf, S, Siemiatycki J, Beyersmann, D, Jockel, K. H. A case-control study of lung cancer - performance of a job-exposure matrix for cadmium, chromium, nickel, and stainless steel dust. Internat. Epidemiol. Assoc. European Region Meeting. Munster, Germany, Sept. 1997.

40.     *Parent, M.E. Siemiatycki J. Exposition professionnelle aux émissions d'essence et de diesel, et cancer du poumon. ACFAS, Quebec, May 1998.

41.     *Parent M-É, Siemiatycki J, Boffetta P. Occupational exposure to gasoline and diesel engine emissions and lung cancer. Soc. Epid. Res, Chicago, June 1998.

42.     *Parent M-É, Siemiatycki J, Boffetta P, Cohen A. Occupational exposure to gasoline and diesel exhausts and lung cancer. Inter. Soc. Environ. Epid, Boston, August 1998.

43.     *Parent M-É, Siemiatycki J, Boffetta P, Cohen A. Gasoline and diesel engine emissions in the workplace and lung cancer. PREMUS-ISEOH '98, Helsinki, Finland, Sept. 1998.

44.     Leffondre K, Abrahamowicz M, Rachet B, Siemiatycki J. Modeling smoking history: A comparison of different approaches. Congress of Epidemiology, Toronto, June 2001.

45.     Fritschi L, Nadon L, Benke G, Lakhani R, Latreille B, Parent M-É, Siemiatycki J. Validation of expert assessment of occupational exposures X2001 – Occupational Exposure Assessment for Epidemiology and Practice, Gothenburg, Sweden, June 2001.

46.     Parent M-É, Siemiatycki J, Desy M. Case-control study of occupational exposures and risk of prostate cancer among farmers. Case-control study of occupational exposures and risk of prostate cancer among farmers, Toronto, June 2001.

47.     Siemiatycki J, Camus M, Parent M-É, Richardson L, Desy M, Case BW. Case-control study of pleural mesothelioma among women in Quebec chrysotile mining regions. Inhaled Particles IX (BOHS), Cambridge, United Kingdom, September 2001.

48.     Jockel K-H, Wolf S, Ahrens W, Jahn I, Pohlabeln H, Beyersmann D, Siemiatycki J. Cadmium as a human lung carcinogen. Jahrestagung der Deutschen Arbeitsgemeinschaft fur Epidemiologie (DAE) [Annual convention of the German epidemiology working group], Garmisch-Partenkirchen, Germany, September 2001.

49.  Leffondre K, Abrahamowicz M, Siemiatycki J. Comparison of Cox's model versus logistic regression for case-control data with time-varying exposure: a simulation study. Annual Meeting of the Statistical Society of Canada (SSC). Hamilton, Ontario. May 2002.

50.  Parent M-É, Siemiatycki J, Desy M. Association between Alcohol Consumption and Each of 23 Types of Cancer in Men. Soc. Epid. Res, Palm Desert, California, June 2002.

51.  Leffondre K, Abrahamowicz M, Siemiatycki J. Comparison of Cox's model versus logistic regression for case-control data with time-varying exposure: a simulation study. Society for Epidemiologic Research (SER), Palm Desert, California, June 2002.

52.  Rachet B, Parent M-É, Siemiatycki J. Welding Fumes and Lung Cancer: A Case-Control Study, Soc. Epidemiol. Res, Palm Desert, California, June 2002.

53.  Rachet B, Abrahamowicz M, Sasco A, Siemiatycki J. Flexible estimation of the distribution of lag in the effects of exposures and interventions. 34th Annual SER Meeting. Palm Desert, California. June 2002.

54.  Abrahamowicz M, Mackenzie T, Leffondre K, Du Berger R, Siemiatycki J. Joint modeling of time-dependent and non-linear effects of continuous predictors in survival analysis, with application to re-assess the impact of intensity of past smoking on the risks of lung cancer in ex-smokers. 17th International Workshop on Statistical Modeling, Chania, Greece, July 2002.

55.  Parent M-É, Siemiatycki J, Desy M. Exposure to chemical agents during leisure activities and risk of non-Hodgkin's lymphoma. Inter. Epidemiology Association, Montréal, August 2002.

56.  Leffondre K, Abrahamowicz M, Siemiatycki J. Comparison of Cox's model versus logistic regression for case-control data with time-varying exposure: a simulation study. International Epidemiological Association (IEA), World Congress of Epidemiology, Montréal, Québec, August 2002

57.  Rachet B, Siemiatycki J, Leffondre K, Abrahamowicz M. Exposure-response relationships between cigarette smoking and male lung cancer from a case-control study in Montréal: generalized additive model approach. International Epidemiology Association (IEA) XVI World Congress of Epidemiology. Montréal, Québec. August 2002.

58.  Parent M-É, Rousseau M-C, Siemiatycki J, Desy M. Body mass index and male cancer incidence at twelve different sites. Body mass index and male cancer incidence at twelve different sites. Halifax, Nova Scotia, June 2003.

59.  Desautels N, Siemiatycki J, Parent M.E. Association between lifetime consumption of coffee, tea, and soft drinks, and incidence of eleven types of cancer: a case-control study. CSEB 2003 Biennial Meeting. Halifax, Nova Scotia, June 2003.

60.  Parent M-É, Siemiatycki J, Desy M. Association between beta-carotene intake and risk of cancer at several sites. Society for Epidemiologic Research, Atlanta, Georgia, June 2003.

61.  Parent M-É, Siemiatycki J, Laplante O, Desy M. Risk of lung cancer and mesothelioma associated with occupational exposure to Asbestos: A population-based case-control study in Montréal, Canada. International Society for Environmental Epidemiology, Perth, Australia, September 2003.

62.  Parent M-É, Siemiatycki J, Laplante O, Désy M. Occupational exposure to asbestos and risk of lung cancer and mesothelioma: results from a population-based-case-control study in Montréal. CARWH Conference. Montréal, Québec, October 2003.

63.  Parent M-É, Siemiatycki J, Latreille B, Désy M. Lifetime Occupational Physical Activity and Prostate Cancer Risk. Society for Epidemiologic Research. Salt Lake City, Utah, June 2004.

64.  Parent M-É, Rousseau M.C, Siemiatycki J, Boffetta P, Cohen A. Contrasting evidence when using hospital or population controls: the example of the association between exposure to gasoline and diesel exhaust, and lung cancer. 16th conference of the International Society for Environmental Epidemiology (ISEE). New York City, August 2004.

65.  De Guire L, Lebel G, Gingras S, Levesque B, Camus M, Provencher S, Case B, Langlois A, Laplante O, Siemiatycki J, Lajoie P. Epidemiology of Asbestos-related diseases in Québec, Canada. EPICOH 2004. Melbourne, Australia, October 2004.

66.  Richardson H, Aronson K, Parent M-É, Siemiatycki J. Risk of cancer due to occupational exposure to six types of chlorinated hydrocarbons. EPICOH, Melbourne, Australia, October 2004.

Curriculum Vitae                                                                                    Jack Siemiatycki

67.    De Guire L, Lebel G, Gingras S, Levesque B, Camus M, Provencher S, Case B, Langlois A, Laplante O, Siemiatycki J, Lajoie P. Épidémiologie des maladies reliées à l'exposition à l'amiante au Québec. Board Meeting, Canadian Association of University Teachers. Ottawa, November 2004.

68.    Rousseau M-C, Parent M-É, Siemiatycki J. Occupational exposure to lead and risk of cancer in a population-based case-control study from Montréal, Canada. Canadian Association for Research on Work and Health, Vancouver, May 2005.

69.    Parent M-É, Rousseau M-C, Siemiatycki J, Desy, M. Using proxy respondents when assessing occupational circumstances in a case-control study of cancer: For better or for worse? Canadian Association for Research on Work and Health, Vancouver, May 2005.

70.    *Momoli F, Siemiatycki J, Parent M-É, Abrahamowicz M. Semi-Bayes modeling in a study of lung cancer and multiple occupational chemicals: Comparison of results for five suspected lung carcinogens. Canadian Association for Research on Work and Health, Vancouver, May 2005.

71.    *Momoli F, Siemiatycki J, Parent M-É, Abrahamowicz M. Semi-Bayes models: An empirical comparison of modeling approaches in a study of lung cancer and occupational chemicals. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

72.    Rousseau M-C, Camus M, Case B, Siemiatycki J. Incidence of pleural mesothelioma among women in Québec, 1970-1989: A comparison between asbestos mining and non-mining areas. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

73.    Leffondre K, Abrahamowicz M, Siemiatycki J. Modeling smoking history using an overall indicator of exposure. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

74.    Parent M-É, Siemiatycki J, Latreille B, Desy M. Is occupational physical activity associated with cancer risk among men? Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

75.    *Ramanakumar AV, Parent M-É, Menzies R, Camus M, Siemiatycki J. Previous history of lung disease and risk of lung cancer in Montréal. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

76.    *Benedetti A, Parent M-É, Siemiatycki J. Alcohol consumption and lung cancer risk in two case-control studies in Montréal, Canada. Joint Meeting of the Canadian Society for Epidemiology and Biostatistics and the Society for Epidemiologic Research, Toronto, June 2005.

77.    Leffondre K, Abrahamowicz M, Siemiatycki J. Modeling smoking history using an overall indicator of exposure. 26th Annual Conference of the International Society for Clinical Biostatistics (ISCB), Szeged, Hungary, August 2005.

78.    Rousseau M.-C, Parent M-É, Siemiatycki J. Exposition professionnelle au plomb et risque de cancer : Étude de cas-témoin basée sur la population de Montréal, Qc. Environnement et santé : Congrès international de l'Association des épidémiologistes de langue française (ADELF), Québec, September 2005.

79.    *Ramanakumar AV, Parent M-É, Siemiatycki J. Residential fuel exposures and risk factors for lung cancer: Evidence from two population-based case-control studies in Montréal. Spring Colloquium: Environmental Health Research Network (RRSE), Montréal, May 2006.

80.    Sharek M, Rousseau M-C, Siemiatycki J, Parent M-É. Antioxydants et prévention du cancer du poumon : où en sommes-nous? Spring Colloquium: Environmental Health Research Network (RRSE), Montréal, May 2006.

81.    Parent M-É, Shareck M, Désy M, Rousseau M-C, Siemiatycki J. Night Work and Risk of Prostate and Colon Cancers. Second North American Congress of Epidemiology, Seattle, June 2006.

82.    Rousseau M-C, Parent M-É, Siemiatycki J. Exposure to lead compounds, occupation, and risk of cancer. Second North American Congress of Epidemiology, Seattle, June 2006.

83.    *Ramanakumar AV, Parent M-É, Siemiatycki J. Risk of lung cancer from traditional heating and cooking fuels in Montréal. 2006 American Association for Cancer Research (AACR) International Conference on Frontiers in Cancer Prevention Research, Boston, November 2006.

84.  Shareck M, Rousseau M-C, Siemiatycki J, Parent M-E. Antioxydants et prévention du cancer du poumon: où en sommes-nous? Second Conference of the Association des étudiantes et étudiants en Santé Publique de l'Université de Montréal, Montréal, February 2007.

85.  *Liu A, Abrahamowicz M, Siemiatycki J. Selected Methodological Issues in Testing and Estimating Sex Interactions with Multi-dimensional Exposures: a Simulation Study. 3rd Annual GENESIS (Gender and Sex Determinants of Cardio-vascular Disease: From Bench to Beyond) Montréal Meeting, Montréal, March 8-9, 2007.

86.  *Ramanakumar AV, Parent M-É, Siemiatycki J. Exposure to painting-related occupations and risk of lung cancer: results from two case-control studies in Montréal. Oral presentation, Canadian Society for Epidemiology and Biostatistics, Calgary, May 2007.

87.  Parent M-É, Rousseau M-C, Pintos J, Nicolau B, Désy M, Siemiatycki J. Are men reporting a history of anxiety, depression or insomnia at increased risk of cancer? Annual Meeting of the Canadian Society for Epidemiology and Biostatistics, Calgary, May 2007.

88.  *Pintos J, Parent M-É, Rousseau M-C, Siemiatycki J. Risk of mesothelioma associated with occupational exposure to asbestos: Evidence from two case-control studies in Montréal, Canada. Annual Meeting of the Canadian Society for Epidemiology and Biostatistics, Calgary, May 2007.

89.  Shareck M, Rousseau M-C, Siemiatycki J, Parent M-É. Dietary antioxidants intake and risk of lung cancer: A population-based case-control study. Poster presentation, 2007 CSEB Student Conference, Calgary, Alberta, May 2007.

90.  Shareck M, Rousseau M-C, Siemiatycki J, Parent M-É. Dietary antioxidants intake and risk of lung cancer: a population-based case-control study. Poster presentation, Spring 2007 Conference of the Environmental Health Research Network (RRSE-FRSQ), Montréal, May, 2007.

91.  Parent M-É, Rousseau M-C, Pintos J, Nicolau B, Désy M, Siemiatycki J. Is there a link between stress at work and cancer risk? Annual Meeting of the Society for Epidemiologic Research, Boston, June 2007. American Journal of Epidemiology 2007;165(11)Suppl:S3.

92.  Nicolau B, Parent M-É, Rousseau M-C, Désy M Siemiatycki J. Childhood socioeconomic position in relation to cancer: evidence from a Canadian population based case-control study. Annual Meeting of the Society for Epidemiologic Research, Boston, June 2007. American Journal of Epidemiology 2007;165(11)Suppl:S77.

93.  *Pintos J, Parent M-É, Rousseau M-C, Siemiatycki J. Occupational Exposure to Asbestos and Man-Made Vitreous Fibers, and Risk of Lung Cancer: evidence from two case-control studies in Montréal, Canada. Annual Meeting of the Society for Epidemiologic Research, Boston, June 2007. American Journal of Epidemiology 2007; 165(11) Suppl: S102.

94.  Rousseau M-C, Parent M-É, Desy M, Siemiatycki J. History of allergic disease and risk of cancer. Annual Meeting of the Society for Epidemiologic Research, Boston, June 2007. American Journal of Epidemiology 2007;165(11)Suppl:S100.

95.  *Momoli F, Parent M-É, Abrahamowicz M, Nadon L, Lakhani, Latreille B, Krewski D, Siemiatycki J. Lung cancer risk from selected occupational chemicals. Annual Meeting of the Society for Epidemiologic Research, Boston, June 2007. American Journal of Epidemiology 2007; 165(11)Suppl:S102.

96.  *Momoli F, Parent M-É, Abrahamowicz M, Nadon L, Lakhani, Latreille B, Krewski D, Siemiatycki J. Lung cancer risk from selected occupational chemicals. Annual Meeting of the Society for Epidemiologic Research, Boston, June 2007. American Journal of Epidemiology 2007;165(11) Suppl: S102.

97.  *Liu A, Abrahamowicz M, Siemiatycki J. Testing and estimating interactions with multi-dimensional exposures: A simulation study. 28th Annual Conference of the International Society for Clinical Biostatistics, Alexandroupolis, Greece, July-August 2007.

98.  Parent M-E, Rousseau M-C, Siemiatycki J, Goldberg M, Aprikian F, Saad F, Karakiewicz P. Main determinants of response rates in a large population-based case-control study of environmental, lifestyle and genetic factors, and prostate cancer in Montréal, Canada. Making Connections: A Canadian Cancer Research Conference, Toronto, November 15-17, 2007.

99.  *Liu A, Abrahamowicz M, Siemiatycki J. Testing and estimating interactions with multi-dimensional exposures: A simulation study. 10e Congrès annuel des étudiants, stagiaires et résidents du centre de recherche du CHUM. Montréal, December 18, 2007.

Curriculum Vitae                                                                                    Jack Siemiatycki

100.  Shareck M, Rousseau M-C, Siemiatycki J, Parent M-É. Fruit and vegetables, and risk of lung cancer, by smoking intensity. Society for Epidemiologic Research, Chicago, June 2008.

101.  Parent M-É, Siemiatycki J, Goldberg M, Désy M. Birth weight, obesity during childhood, adolescence and adulthood, and prostate cancer - Preliminary data from the PROTEuS study. Society for Epidemiologic Research, Chicago, June 2008. American Journal of Epidemiology 2008 ; 167 (Suppl.): S62

102.  Leffondré K, Wynant W, Cao Z, Siemiatycki J. A comprehensive smoking index to model smoking history in cancer studies. Society for Epidemiologic Research, Chicago, June 2008.

103.  *Beveridge R, Pintos J, Parent M-É, Asselin J, Siemiatycki J. Risk of lung cancer after occupational exposure to cadmium, chromium VI, and nickel. Society for Epidemiologic Research, Chicago, June 2008.

104.  *Liu A, Abrahamowicz M, Siemiatycki J. Methodological challenges in testing and estimating interactions with multi-dimensional exposures. Society for Epidemiologic Research, Chicago, June 2008.

105.  Leffondré K, Wynant W, Cao Z, Abrahamowicz M, Siemiatycki J. A weighted Cox model for case-control data with time-dependent exposures. 29th Annual Conference of the International Society for Clinical Biostatistics, Copenhagen, August 17-21, 2008.

106.  Koushik A, Parent M-É, Siemiatycki J. Characteristics of menstruation and pregnancy and the risk of lung cancer in women. 6th Annual American Association for Cancer Research, Frontiers in Cancer Prevention Research Meeting, Philadelphia, November 16-19 - 2008

107.  Olsson A.C., Gustavsson P, Kromhout H, Siemiatycki J, et al. Pooled Analyses on Diesel Motor Exhaust and Lung Cancer in Europe and Canada. Poster presentation. 29th ICOH International Congress on Occupational Health, Cape Town, South Africa, March 2009.

108.  Shareck M, Rousseau M-C, Siemiatycki J, Parent M-É. Dietary Intake of Antioxidants and Risk of Four Histological Subtypes of Lung Cancer: a Population Based Case-Control Study. Oral presentation at the Canadian Society for Epidemiology and Biostatistics (CSEB) and Association of Public Health Epidemiologists in Ontario (APHEO) Joint Conference, Ottawa, Ont. May 2009

109.  Nkosi MT, Rousseau M-C, Parent M-É, Siemiatycki J. Comparison of indicators of financial situation in the context of an epidemioological study. Poster presentation at the Canadian Society for Epidemiology and Biostatistics (CSEB) and Association of Public Health Epidemiologists in Ontario (APHEO) Joint Conference, Ottawa Ont, May 2009.

110.  Nkosi MT, Rousseau M-C, Parent M-É, Siemiatycki J. Studying socio-economic status and lung cancer risk; How important Is the modelling of smoking? Poster presentation at the Canadian Society for Epidemiology and Biostatistics (CSEB) Student Conference, Ottawa Ont, May 2009.

111.  Rousseau M-C Parent M-E, Nicolau B, Koushik A, Siemiatycki J. Body mass index and lung cancer risk in a population-based case-control study from Montréal, Canada. Poster presentation at the 42nd Annual Meeting of the Society for Epidemiological Research (SER) Meeting Anaheim Ca, June 23-26 2009.

112.  *Pintos J, Parent M-E, Siemiatycki J. Occupational exposure to diesel engine emissions and risk of lung cancer; evidence from case-control study in Montréal. Oral presentation. 42nd Annual Meeting of the Society for Epidemiologic Research Meeting (SER), Anaheim, June 23-26 2009.

113.  *Perron S, Jacques L, Siemiatycki J, Ducharme F. Home multifaceted environmental interventions to improve asthma control: A systematic review. 137th Annual Meeting of the American Public Health Association (APHA), November 7-11 2009, Philadelphia, PA.

114.  *Wynant W, Siemiatycki J, Parent M-E, Rousseau M-C. Exposition professionnelle au plomb et risque de cancer du poumon. Présentation orale, Congrès Armand Frappier, Bromont (Qc), Novembre 2009.

115.  Kâ K, El-Zein M, Parent M-É, Siemiatycki J, St-Pierre Y, Rousseau M-C. Antécédent médical d'asthme ou d'eczéma et risque de cancer: une étude cas-témoins à base populationnelle. Présentation orale, Congrès Armand Frappier, Bromont (Qc), Novembre 2009.

116.  Soskolne CL, Jhangri GS, Scott HM, Brenner DR, Siemiatycki J, Lakhani RA,  Gérin M, Dewar R, Miller AB, Risch H. A population based case-control study of occupational exposure to acids and the risk of lung cancer: evidence for specificity with laryngeal cancer. Poster presentation at INSIGHTS'09, School of Public Health, University of Alberta, Edmonton, Alberta, November 12 2009.

117. *Pintos J, Lavoué L, Van Tongeren M, Kauppinen T, Richardson L, Sleeuwenhoek A, Lakhani R, Cardis E, Siemiatycki J. Comparison of exposure estimates in FINJEM with expert-based assessments performed in Montréal. Part I: Exposure prevalence. Oral presentation. Epidemiology in Occupational Health (EPICOH), Taipei, April 2010.

118. Lavoué J, Pintos J, Van Tongeren M, Kauppinen T, Richardson L, Sleeuwenhoek A, Lakhani R, Cardis E, Siemiatycki J. Comparison of exposure estimates in FINJEM with expert-based assessments performed in Montréal. Part II: Exposure levels. Oral presentation. Epidemiology in Occupational Health (EPICOH), Taipei, April 2010.

119. *Christensen KY, Naidu A, Parent M-E, Pintos J, Siemiatycki J, Koushik A. The risk of lung cancer related to dietary intake of flavonoids. Annual Meeting of the Society for Epidemiologic Research (SER), Seattle, Washington, June 2010.

120. *Wynant W, Siemiatycki J, Parent M-E, Rousseau M.C. Occupational exposure to lead compounds and lung cancer. SER, Seattle, June 2010.

121. *Liu A, Abrahamowicz M, Siemiatycki J. Methodological challenges in testing and estimating interactions with multi-dimensional exposures. Annual Meeting of the Society for Epidemiologic Research (SER), Seattle, June 2010.

122. Rousseau M-C, Conus F, Parent M-É, Siemiatycki J. History of allergic diseases and risk of lung cancer. Poster présentation. Third North American Congress of Epidemiology, Montréal, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

123. Leffondré K, Wynant W, Cao Z, Siemiatycki J. A comprehensive smoking index to model smoking history in cancer studies. Poster présentation. Third North American Congress of Epidemiology, Montréal, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

124. *Liu A, Abrahamowicz M, Siemiatycki J. When Interaction Estimates in Logistic Regression are Confounded? Oral presentation. Third North American Congress of Epidemiology, Montréal, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

125. *Vallières É, Siemiatycki J, Lavoué J, Pintos J, Parent M-E. Risk of lung cancer after exposure to welding fumes in two population-based case-control studies. Poster presentation. Third North American Congress of Epidemiology, Montréal, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

126. *Mahboubi A, Koushik A Siemiatycki J, Lavoué J, Rousseau M-C. Occupational exposure to formaldehyde and risk of lung cancer. Poster presentation Third North American Congress of Epidemiology, Montréal, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):762-S.

127. *Mahboubi A, Abrahamowicz M, Siemiatycki J. Simulation study of multiple logistic regression estimates for multiple correlated exposures measured with errors. Poster presentation. Third North American Congress of Epidemiology, Montréal, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

128. *Al-Zoughool M, Pintos J, Richardson L, Parent M-É, Ghadirian P, Krewski D, Siemiatycki J. Exposure to environmental tobacco smoke and risk of lung cancer: evidence from a case-control study in Montréal, Canada. Poster presentation. Third North American Congress of Epidemiology, Montréal, Quebec, Canada, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

129. El-Zein M, Parent M-É, Nicolau B, Koushik A, Siemiatycki J, Rousseau M-C. Smoking, body mass index and lung cancer risk. Poster presentation. Third North American Congress of Epidemiology, Montréal, Quebec, Canada, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

130. Karp I, Abrahamowicz M, Leffondré K. Siemiatycki J. Development of a method for assessment of risk of lung cancer. Poster presentation. Third North American Congress of Epidemiology, Montréal, Quebec, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

131. Momoli F, Parent M-E, Siemiatycki J, Platt R, Richardson L, et al. A probabilistic multiple-bias model applied to a study of mobile phone use and risk of glioma. Third North American Congress of Epidemiology, Montréal, Quebec, June 2011. Am. J. Epidemiol. (2011) 173 (suppl 11):S29.

132. Siemiatycki J, Richardson L, Kincl L, Schlaefer K, Cardis E. Oral presentation. INTEROCC Study: Social Class and The Risk of Glioma Brain Tumours. International Society for Environmental Epidemiology (ISEE), Barcelona, Spain, September 2011.

133. Siemiatycki J, Richardson L, Kincl L, Schlaefer K, Cardis E. Oral presentation. INTEROCC Study: Social Class and The Risk of Meningioma Brain Tumours. International Society for Environmental Epidemiology (ISEE), Barcelona, Spain, September 2011.

134. Kendzia B, Pesch B, Jöckel K.-H, Kromhout H, Straif K, Brüning T, on behalf of the SYNERGY Working Group. Lung cancer risks of welding in a pooled analysis of case-control studies. Oral presentation. 7th International Conference on Science of Exposure Assessment (X2012), Edinburg, Scotland, July 2012.

135. Olsson A.C, Vlaanderen J, Vermeulen R, Kromhout H, Pesch B, Straif Kurt on behalf of the SYNERGY study Group. Improved risk estimation through advanced exposure modelling in community-based studies: the example of occupational asbestos exposure in the SYNERGY project. Oral presentation. 7th International Conference on Science of Exposure Assessment (X2012), Edinburgh, Scotland, July 2012.

136. *Lacourt A, Lavoué J, Labrèche F, Siemiatycki J. Gender differences in occupational exposures assessed by experts in a community based-case control study of lung cancer. Oral presentation 7th International Conference on the Science of Exposure (X2012), Edinburgh, Scotland, July 2012.

137. *Pasquet R, Karp I, Siemiatyck J, Koushik A. Intake of black tea and coffee and the risk of lung cancer. E-poster. UICC World Cancer Congress, Montréal, Quebec, 27-30 August 2012.

138. *Vallières E, Siemiatycki J, Lavoué J, Pintos J, Parent M-E. Risk of three histological types of lung cancer after exposure to welding fumes. Poster presentation, UICC World Cancer Congress, Montréal, Quebec, 27-30 August 2012.

139. *Rivera M, *Vizcaya D, Pintos J, Abrahamowics M, Siemiatycki J. Association between exposure to engine emissions and lung cancer. 23rd International Conference on Epidemiology in Occupational Health (EPICOH), Utrecht, Netherlands, 18-21 June 2013.

140. *Vizcaya D, Lavoué J, Bégin D, Pintos J., Richardson L, *Rivera M, Siemiatycki J. Risk of eight types of cancer and cleaning-related exposures in a case-control study. 23rd International Conference on Epidemiology in Occupational Health (EPICOH), Utrecht, Netherlands, 18-21 June 2013.

141. *Vizcaya D, Lavoué J, Pintos J, Richardson L, Siemiatycki J. Lung cancer and cleaning-related exposures: results from two case-control studies. 23rd International Conference on Epidemiology in Occupational Health (EPICOH), Utrecht, Netherlands, 18-21 June 2013.

142. Turner M-C, Benke G, Bowman J, et al.  Occupational exposure to extremely low frequency magnetic fields and brain tumour risks in the INTEROCC study. Environment and Health – Joint meeting of the International Society for Environmental Epidemiology (ISEE), the International Society for Exposure Sciences (ISES) and the International Society for Indoor Air Quality (ISIAQ), Basel, Switzerland, 19-23 August 2013.

143. Lavoué J, Labrèche F, Richardson L, Goldberg M, Parent M-E, Siemiatycki J. CANJEM: a general population job exposure matrix based on past expert assessments of exposure to over 250 agents. 24th International Conference on Epidemiology in Occupational Health (EPICOH), Chicago, Illinois, 24-27 June 2014. [abstract] Occupational & Environmental Medicine. 2014;71 (Suppl 1):A48.

144. *Ho V, Parent M-E, Pintos J, Abrahamowicz M, Gauvin L. Siemiatycki J, Koushik A. Lifetime occupational physical activity and lung cancer risk. 17ème Congrès des étudiants, stagiaires et résidents du CRCHUM, Montréal, Quebec, December 2014.

145. Turner M C, Sadetzki S, Eastman Langer C, Figuerola J, Armstrong BK, Chetrit A, Giles GG, Krewski D, Hours M, McBride /ML, Parent M-E, Richardson L, Siemiatycki J, Woodward A, Cardis E. Impact of case:control matching strategies on associations between cellular telephone use and glioma risk in the INTERPHONE study. International Society for Environmental Epidemiology (ISEE), Seattle, Washington, 25 August 2014.

146. *Dutczak H, Siemiatycki J, Koushik A. Exposure to stressful life events and lung cancer risk. 10ème Colloque Annuel de l'Association des Étudiantes et Étudiant en Santé Publique de l'Université de Montréal, Quebec, February 2015.

147. *Xu M, Richardson L, Campbell S, Siemiatycki J. Trends and Characteristics of Response Rates in Case-Control Studies of Cancer. 10ème Colloque Annuel de l'Association des Étudiantes et Étudiant en Santé Publique de l'Université de Montréal, Montréal, Quebec, February 2015.

148.    *Pasquet R, Cardis E, Richardson L, Lavoué J, Siemiatycki J, Koushik A. L'association entre l'exposition occupationnelle aux métaux et le cancer du cerveau. 10ème Colloque Annuel de l'Association des Étudiantes et Étudiant en Santé Publique de l'Université de Montréal, Montréal, Quebec, February 2015.

149.    *Dutczak H, Siemiatycki J, Koushik A. Stressful life events and lung cancer risk. Canadian Society for Epidemiology and Biosatistics (CSEB), Mississauga, Ontario, 1-4 June 2015.

150.    *Pasquet R, Cardis E, Richardson L, Lavoué J, Siemiatycki J, Koushik A. The association between occupational exposure to metals and metalloids and brain cancer risk. Canadian Society for Epidemiology and Biosatistics (CSEB), Mississauga, Ontario, 1-4 June 2015.

151.    *Xu M, Richardson L, Campbell S, Siemiatycki J. Trends and Characteristics of Response Rates in Case-Control Studies of Cancer. Canadian Society for Epidemiology and Biosatistics (CSEB), Mississauga, Ontario, 1-4 June 2015.

152.    Behrens T, Groß I, Siemiatycki J, Conway D, Jöckel K-H, Olsson A, Kromhout H, Straif K, Schüz J, Hovanec J, Kendzia B, Pesch B, Brüning T. Niedriges berufliches Prestige, soziale Mobilität und Lungenkrebs – die SYNERGY-Studie. German Epidemiology Association (DGEpi), Potsdam, Germany, September 2015.

153.    *Carrier M, Kestens Y, Siemiatycki J. Nuisances environnementales et risques pour la santé. AQTR, Montréal, Quebec, 15 September 2015.

154.    *Sauvé JF, Siemiatycki J, Labrèche F, Lavoué J. Development of the CANJEM job exposure matrix: Bayesian modelling of occupational exposures assigned by experts to over 30000 jobs spanning 1920-2005. The International Society of Exposure Science (ISES), Henderson, Nevada, 18-22 October 2015.

155.    Vila J, Bowman JD, Richardson L, Kincl L, Conover D, van Tongeren M, Mann S, Vecchia P, McLean D, Cardis E, on behalf of the INTEROCC Study Group. Assessing cumulative exposures to electromagnetic fields: From source-based measurements to individual lifetime exposure estimates. The International Society of Exposure Science (ISES) Henderson, Nevada, 18-22 October 2015.

156.    *Karumanchi S, Hatsopoulou M, Richardson L, Siemiatycki J. Methodology for exposure assessment for UFPs in the Grand Montréal Region. Oral presentation. 11th Annual Symposium of the Student Association in Public Health at the Université de Montréal (AÉÉSPUM), Montréal, Quebec, 9 February 2016.

157.    *Carrier M, Apparicio P, Kestens Y, Séguin AM, Pham H, Crouse D, Siemiatycki J. Application of a global environmental equity index in Montréal: diagnostic and further implications, AAG, San Francisco, California, 30 March 2016.

158.    *Carrier M, Apparicio P, Kestens Y, Séguin A-M, Pham H, Crouse D, Siemiatycki J. Application d'un indice d'équité environnementale à Montréal: établissement d'un diagnostic pour cibler les secteurs et les groupes les plus vulnérables, ACFAS, Montréal, Quebec, 11 May 2016.

159.    *Carrier M, Kestens Y, Crouse D, Siemiatycki J.  Lung cancer and exposure to Nitrogen Dioxide and Traffic in Montréal, World Conference on Transport Research, Shanghai, China, 10 July 2016.

160.    *Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Patterns and trends in quality of response rate reporting in case-control studies of cancer. 18th Congress of Students, Interns and Residents of CRCHUM, Montréal, Quebec, 4 May 2016.

161.    *Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Time trends and study design determinants of response rates in case-control studies of cancer. 18th Congress of Students, Interns and Residents of CRCHUM, Montréal, Quebec, 4 May 2016.

162.    *Karumanchi S, Hatsopoulou M, Richardson L, Thierry B, Goldberg M, Siemiatycki J. Land use regression model of UFPs in the Grand Montréal Region. Oral presentation. Canadian Society for Epidemiology and Biostatistics, Winnipeg, Manitoba, 8-10 June 2016.

163.    *Xu M, Richardson L, Campbell S, Pintos J, Siemiatycki J. Subject response rates in case-control studies of cancer: quality of reporting, time trends, and study design determinants. Epidemiology Congress of the Americas, Miami, Florida, 21-24 June 2016.

164.    *Rémen T, Siemiatycki J, Lavoué J. Impact of inter-coder differences in occupation and industry classification coding on exposure estimates obtained via job-exposure matrix: example of gasoline engine

Curriculum Vitae                                                                                    Jack Siemiatycki

emissions in CANJEM. Oral presentation. 25th EPICOH - Epidemiology in Occupation Health Conference, Barcelona, Spain, 4-7 September 2016.

165. *Sauvé JF, Lavoué J, Siemiatycki J, Parent ME. Evaluation of a hybrid expert approach for retrospective assessment of occupational exposures in a population-based study of prostate cancer in Montréal, Canada. Oral presentation. 25th EPICOH - Epidemiology in Occupation Health Conference, Barcelona, Spain, 4-7 September 2016.

166. *Pasquet R, Cardis E, Richardson L, Lavoué J, Siemiatycki J, Koushik A. The association between occupational exposure to metals and metalloids and brain cancer risk. 25th EPICOH - Epidemiology in Occupation Health Conference, Barcelona, Spain, 4-7 September 2016.

167. Russ D, Rémen T, Ho KY, Chow WH, Davis F, Hofmann J, Huang H, Purdue M, Schwartz K, Siemiatycki J, Zhang Y, Silverman D, Johnson C, Lavoué J, Friesen M. Recommendations for prioritizing expert review of free-text job descriptions that underwent computer-based coding using the SOCcer algorithm. 25th EPICOH - Epidemiology in Occupation Health Conference, Barcelona, Spain, 4-7 September 2016.

168. *Sauvé JF, Labrèche F, Richardson L, Goldberg MS, Parent MÉ, Siemiatycki J, Lavoué J. Development of the CANJEM Canadian general-population job-exposure matrix from past expert evaluations. Oral presentation. Canadian Association for Research on Work and Health (CARWH) conference, Toronto, Ontario, October 2016.

169. *Rémen T, Siemiatycki J, Lavoué J, Verner MA. Impact of inter-coder differences in occupation and industry classification coding on exposure estimates obtained via job-exposure matrix: example of gasoline engine emissions in CANJEM. Poster. International Society of Exposure Science (ISES) 2016 Annual Meeting, Utrecht, Netherlands, 9-13 October 2016.

170. Grundy A, Ho V, Parent ME, Siemiatycki J, Koushik A. Lifetime recreational moderate-to vigorous physical activity and the risk of ovarian cancer by subtype. Poster presentation. 2016 American Institute for Cancer Research (AICR) Research Conference, North Bethesda, Maryland,14-16 November 2016.

171. Grundy A, Ho V, Parent ME, Siemiatycki J, Koushik A. The impact of menopausal status on the association between moderate-to-vigorous physical activity among participants in the Prevention of OVArian Cancer in Quebec (PROVAQ) study. Oral Presentation. Canadian Society for Epidemiology and Biostatistics 2017 Biennal Conference, Banff, Alberta, 1 June 2017

172. Bowman JD, Vila J, Richardson L, Kincl L, Cardis E on behalf of the INTEROCC Study Group. Occupational Exposures to Radio-frequency Electric Fields Assessed for the INTEROCC Study of Brain Cancer. Oral presentation.  American Industrial Hygiene Association conference, Seattle, Washington, 4-7 June 2017.

173. *Karumanchi S, Siemiatycki J, Hatzopoulou M. Some challenges in measuring ultra-fine particles and developing a land use regression model. Oral presentation. Canadian Society for Epidemiology and Biostatistics (CSEB) 2017 Biennal Conference, Banff, Alberta, 30 May 2017.

174. *Sauvé JF, Davies HW, Parent MÉ, Peters CE, Siemiatycki J, Sylvestre MP, Lavoué J. Development of quantitative estimates of wood dust exposure in a Canadian general population job-exposure matrix based on past expert assessments. 26th Conference on Epidemiology in Occupational Health (EPICOH 2017), Edinburgh, Scotland, August 2017.

175. Ho V, Xu M, Pintos J, Lavoué J, Abrahamowicz M, Rousseau M.C, Richardson L, Siemiatycki J. Occupational exposures to leaded and unleaded gasoline engine emissions and lung cancer risk. Canadian Cancer Research Conference, Vancouver, British Columbia, 5-7 November 2017.

176. Lequy E, Siemiatycki J, Leblond S, et al. Moss biomonitoring as an alternative to assess exposure to atmospheric metals in environmental epidemiology: the example of the bramm network and the gazel cohort. Poster. SEE Young 2018, Early Career Researchers Conference on Environmental Epidemiology – Together for a Healthy Environment, Freising, Germany, 19–20 March 2018. Occup Environ Med 2018;75:A27.

177. Ho V, Parent MÉ, Lavoué J, Zhu Y, Siemiatycki J, Koushik A. Gender Differences in Occupational Physical Activity. Oral presentation. ISES-ISEE 2018 Joint Annual Meeting, Ottawa, Ontario. 26-30 August 2018.

Curriculum Vitae                                                                                        Jack Siemiatycki

178.   *Xu M, Ho V, Siemiatycki J. Association between occupational exposure to textile fibre dusts and lung cancer in a population-based case-control study in Montréal: a preliminary analysis comparing results from three analytical methods. Oral presentation. ISES-ISEE 2018 Joint Annual Meeting, Ottawa, Ontario, 26-30 August 2018.

179.   Zhu Y, Lavoué J, Parent MÉ, Siemiatcyki J, Koushik A, Ho V. Occupational Physical Activity and Lung Cancer Risk among Participants of the Alberta's Tomorrow Project. Poster. ISES-ISEE 2018 Joint Annual Meeting, Ottawa, Ontario, 26-30 August 2018.

180.   *Karumanchi S, Siemiatycki J, Richardson L, Hatzopoulou M. Estimating exposure to Ultrafine Particles in the Greater Montreal Area among case-control study subjects: Comparison of classical land use regression model with a model based on Bayesian principles - Proposal. Poster. ISES-ISEE 2018 Joint Annual Meeting, Ottawa, Ontario, 26-30 August 2018.

181.   van Tongeren M, Dirkx E, Lavoué J, Siemiatycki J, Ho V. Assessment of Occupational Exposure to Endocrine Disrupting Agents. Poster. ISES-ISEE 2018 Joint Annual Meeting, Ottawa, Ontario, 26-30 August 2018.


* First author was under supervision of J. Siemiatycki when this work was carried out

## GRANTS AND CONTRACTS RECEIVED

1.    Comparison of three methods for conducting household health surveys; Nat. Health Res & Devel. Prog. (NHRDP); $27,000; 1974-76.

2.    Pilot study of a case-control monitoring system for discovering occupational carcinogens; Conseil de la recherche en santé (CRSQ); $80,000; 1978-1980.

3.    Établissement du jeune chercheur; CRSQ; $15,000; 1979-80.

4.    Analyse de santé auprès de 1600 ménages montréalais; Ministère des affaires sociales (MAS); $12,708; 1980

5.    Dépistage des facteurs cancérigènes de l'environnement professionnel montréalais: étude pilote; Commission des accidents du travail; $59,093 ; 1980-82.

6.    Registry of patients with Juvenile Onset Diabetes in Québec; NHRDP; $35,478*; 1980-85; (P.I. Dr E. Colle).

7.    Secondary analysis of a health survey in Montréal: methodologic issues and comparison of morbidity and health care utilization between social groups; NHRDP-H&W Can.; $15,000; 1981-82.

8.    Exposure-based case-control approach to discovering occupational carcinogens; NHRDP-H&W Can.; $129,258; 1981-83.

9.    An exposure-based case-control approach to discovering occupational carcinogens; NCIC; $131,842; 1981-83.

10.   Variation in sex ratios of cancer between geographic areas; NCIC; $3,227; 1982-84.

11.   Équipe associée en épidémiologie des cancers professionnels (Team grant); Institut de la recherche en santé et sécurité du travail (IRSST); $1 120,000; 1982-85.

12.   Formaldehyde et cancer; IRSST; $9,500; 1983.

13.   Retrospective cohort study in the Montréal fur industry; IRSST; $34,019; 1983-85.

14.   Statistical analysis of a case-control study designed to discover occupational carcinogens; NHRDP-H&W Can.; $484,022; 1985-87.

15.   Completion of chemical coding of exposures in a case-control study designed to discover occupational carcinogens; IRSST; $102,180; 1986.

16.   Risks of cancer due to exposure to asbestos in a range of occupations; IRDA; $61,206; 1986-87.

17.   Biological estimation of exposure: a tissue registry for the identification and quantification of occupational carcinogens; NCIC; $3,500*; 1986-87; (P.I. Dr B. Case)

18.   Development of a proposal to study cancer risk and non-occupational exposure to asbestos; H&W Can.; $29,500; 1987-88.

19.   Evaluation of cancer risk and occupational exposure to formaldehyde; H&W Can.; $30,000; 1987-88.

20.   A genetic-epidemiologic study of breast cancer; NIH-NCI; $90,945(US)*; 1987-92; (P.I. Dr. R. Haile).

Curriculum Vitae                                                                  Jack Siemiatycki

21. Scholar award; NHRDP-H&W Can.; $298,689; 1987-93.

22. An intervention trial to assess the risks of gastro-intestinal illness associated with consumption of treated tap water; NHRDP; $225,000*; 1987-89; (P.I. Dr P. Payment).

23. Evaluation of cancer risk and occupational exposure to polycyclic aromatic hydrocarbons; H&W Can.; $29,500; 1988-89.

24. Evaluation of cancer risk and occupational exposure to benzene, toluene and xylene; H&W Can, $40,000; 1988-89.

25. Health risks due to chrysotile asbestos in the non-occupational environment: a workshop to evaluate a research protocol; H&W Can, $20,000; 1988-89.

26. A population-based, case-control study of occupational exposure to sulphuric acid and the development of laryngeal cancer: an augmented secondary data analysis; NHRDP; $11,120*; 1988-89; (P.I. Dr. C. Soskolne).

27. Mortality due to asbestos in the general environment of the Quebec mining areas; H&W Can.; $130,000; 1989-90.

28. A case-control approach to discovering occupational carcinogens: an analysis of data; NHRDP; $55,508; 1989-90.

29. Continued analysis of a large case control study of many types of cancer: occupational and non-occupational risk factors; NHRDP; $463,827 1988-1992

30. Risk of cancer due to cigarette smoking - results of a multi-site case-control study; H&W Can.; $30,000; 1989-90.

31. Étude sur la validité de matrice emploi-expositions multisectorielles; IRSST; $18,207*; 1990-1992; (P.I. Dr. M. Gérin).

32. Équipe en épidémiologie environnementale (Team grant in environmental epidemiology) ; Fonds de recherche en santé du Québec; $526,297; 1990-1994.

33. Leukemia in children due to parental occupational exposures; NHRDP; $108,000*; 1990-1994; (P.I. Dr Claire Infante-Rivard).

34. Risk of cancer due to exposure to chlorinated solvents - results of a multi-site case-control study; H & W Can.; $30,000; 1991-92.

35. Non-occupational exposure to Quebec chrysotile asbestos and risk of cancer retrospective assessment of exposure; H & W Can.; $60,000; 1991-92.

36. Feasibility of epidemiologic methods to investigate health outcomes near waste sites; H & W Canada; $33,000; 1991-92

37. A pilot study to evaluate the prevalence of hip arthritis in the Montréal urban setting, and an evaluation of methods of recruitment of a population aged 65+; Montréal General Hospital Clinical Epidemiology; $15,000*; 1991-92; (P.I. Dr. J. Esdaile).

38. Non-occupational exposure to Quebec chrysotile asbestos and risk of cancer; mesothelioma ascertainment; NHRDP; $164,000; 1991-95.

39. Multivariate Regression Analyses of Occupational Risk Factors for Several Types of Cancers; NHRDP; $128,827; 1992-96.

40. Development of a Job-Exposure Matrix for Use in Epidemiologic Case-Control Studies of Occupational Risk Factors; NHRDP; $85,003; 1992-95.

41. A prospective epidemiological study of gastrointestinal health effects due to consumption of drinking water. E.P.A. (US)/ NHRDP/ Nat. Water Res. Inst.; $300,000*; 1993-95. (P.I.: Dr. P. Payment)

42. A population-based, case-control study of occupational exposure to acidifying agents and the development of lung cancer: an augmented, secondary data analysis. NHRDP; $72,220*; 1993-1995. (P.I. Dr. C. Soskolne).

43. Scholar award; NHRDP-Health Canada; $126,990; 1993-95.

44. Équipe en épidémiologie environnementale (Team grant in environmental epidemiology) ; Fonds de recherche en santé du Québec; $242,652; 1994-1998.

45. Examen pathologique de cas présumés de mésothéliome recensés chez des femmes depuis 1970 dans des hôpitaux du québec. Health and Welfare Canada. $30,000. 1994.

46.   Cohort Study of a Ten Percent Sample of the Canadian Labour Force. NHRDP; $12,000*; 1994-97. (P.I. Dr. K. Aronson)

47.   A health survey of persons living near the Miron Quarry Sanitary Landfill site, Montréal: a pilot study. NHRDP; $88,931 ; 1994-95. (P.I. Dr. M. Goldberg)

48.   Occurrence of pathogenic microorganisms in water from St Laurent hydrological basin. FRSQ/ NHRDP & St Laurent Vision 2000; 1995-97. (P.I. P Payment)

49.   Case-control study of lung cancer and environmental tobacco smoke; Health Canada; $544,344; 1995-1997.

50.   Case-control study of lung cancer and occupational exposures: NHRDP; $840,000.; 1995–1998.

51.   Occupational exposure to solvents and risk of breast cancer; National Cancer Institute of Canada; $300,000*; 1995-1997. (P.I.: M Goldberg).

52.   Scholar Award; NHRDP-Health Canada; $263,329, 1995-1998.

53.   Reanalysis of US data relating general mortality to air pollution; Health Effects Institute; 1998-2000 (P.I. D Krewski)

54.   A case-control study of occupational risk factors for lung cancer; Medical Research Council of Canada; $554,757, 1998-2001

55.   Évaluation du risque de cancer du poumon et de mésothéliome associé à l'exposition à l'amiante chez les travailleurs de la région montréalaise; Ministère de la Santé et des Services sociaux; $12,000. 1998.

56.   Feasibility of a case-control study of the association between cell phone use and brain, salivary gland cancer and acoustic neurinoma. International Agency for Research on Cancer; $12,000, 1998.

57.   Inorganic particulate retained dose markers in lung cancer and mesothelioma. CIHR (P.I. Bruce Case) $66,096. 1999-2003

58.   Distinguished Scientist Award, Medical Research Council of Canada; $330,000; 1999-2004.

59.   Évaluation du risque de mésothéliome associé à l'exposition à l'amiante chez les femmes de la région minière; Ministère de la Santé et des Services sociaux; $27,500. 1999-2000.

60.   Program of research in environmental epidemiology of cancer (a national program to enhance capacity to conduct research) PREECAN; National Cancer Inst of Canada; $1,000,000; 2000-2004.

61.   Designing a national research agenda in environmental epidemiology of cancer. Medical Research Council of Canada Opportunities Program; $40,000; 2000-2001.

62.   Multi-centric case-control study of cell phone use and cancer risk in Montréal. CIHR; $500,000; 2000-2004.

63.   Trainee award for: Bernard Rachet, Post-doctoral fellow. PREECAN – NCIC; $46,750; 2001-2003.

64.   Cardiogene: a consortium to explore the gene-environment paradigm of major cardiovascular disorders in human and animal models. Canadian Institutes of Health Research, (P.I. P. Hamet) $2,632,272; 2001-2007.

65.   Canada Research Chair in Environmental Epidemiology. Federal CRC program. $1,400,000; 2001-2008.

66.   Installation of CRC. Canadian Foundation for Innovation. $312,000; 2002-2004.

67.   Occupational and lifestyle factors in the etiology of prostate cancer, and establishing a platform for studying susceptibility biomarkers (Part 1). Canadian Cancer Society, Prostate Cancer Research Initiative, National Cancer Institute of Canada, (P.I. M-É Parent) $947,360; 2002-2007.

68.   Center for research on environmental etiology of cancer. For the application process. Centre Hospitalier de l'Université de Montréal (CHUM); $7,000; 2002-2003.

69.   Traffic-related air pollution and socioeconomic gradients in the incidence of cancer. CIHR, (P.I. M Goldberg) $497,000; 2004-2007.

70.   Development and validation of new statistical methods for modeling intermediate events in survival analysis. CIHR, (P.I. M Abrahamowicz) $68,250; 2004-2005.

71.   New survival analytic methods for time-dependent exposures in case-control studies, with applications to cancer. CIHR (P.I. K Leffondré) $52,791; 2004-2007.

72.   Trainee award for: Venkata Ramana Kumar, Post-doctoral fellow. PREECAN – NCIC; $66,000; 2004-2007.

Curriculum Vitae                                                                 Jack Siemiatycki

73.  Environmental Cancer Research Team. Development grant for the preparation of the full team grant application. CIHR (P.I. J. Siemiatycki) $9,500; 2005-2006.

74.  Trainee award for: Franco Momoli, PhD student. PREECAN – NCIC; $25,600; 2005-2006.

75.  Occupational and selected non-occupational risk factors for lung cancer: Analysis of a case-control study in Montréal. CIHR (co-P.I.'s: J Siemiatycki & M-É Parent) $1,920,447; 1999.2011.

76.  Development and evaluation of a cost-effective approach for retrospective assessment of occupational exposures in population-based studies (pilot study). Canadian Cancer Etiology Research Network - NCIC (P.I. M-É Parent) $35,000; 2006-2007.

77.  Trainee award for: Aihua Liu, PhD student. PREECAN – NCIC; $12,600; 2006-2007.

78.  Prostate cancer and occupational whole body vibration. Ontario Workplace Insurance Board: Research Advisory Council; Solutions for Workplace Change (P.I. J Purdham); $140,480; 2006-2008.

79.  Guzzo-SRC Chair in Environment and Cancer. Cancer Research Society, $1,285,000; 2007-2020.

80.  INTEROCC: Occupational exposures and brain cancer. NIH (P.I. E Cardis: To support the analysis of the occupational component of an international case-control study involving 13 countries and coordinated at the International Agency for Research on Cancer of the WHO [France]); $1,626,757 US; 2008-2010.

81.  Development and validation of a lung cancer risk prediction model. NCIC (P.I. I Karp) $102,099; 2008-2010.

82.  Occupational and lifestyle factors in the etiology of prostate cancer, and establishing a platform for studying susceptibility biomarkers (Part 2). NCIC (P.I.: M-É Parent); $756,000; 2008-2011.

83.  Preparation and development of an epidemiological study of modifiable and genetic factors associated with ovarian cancer risk (pilot project). Ovarian Cancer Canada (P.I.: A Koushik); $28,330; 2008-2009.

84.  SYNERGY - Pooled analysis of case-control studies on the joint effects of occupational carcinogens in the development of lung cancer: Montréal component. German Statutory Accident Insurance (DGUV) (P.I.: A Koushik); $119,177; 2008-2010.

85.  The risk of lung cancer related to occupational and recreation physical activity and to dietary intake of flavonoids. Canadian Cancer Research Society. (P.I.: A Koushik); $208,317; 2009-2012.

86.  A case-control study of modifiable and genetic factors associated with the risk of ovarian cancer. Canadian Cancer Society Research Institute (P.I: A Koushik); $498,997; 2010- 2013.

87.  Occupational and selected nonoccupational risk factors for lung cancer: analysis of a case-control study in Montréal. CIHR (P.I: J Siemiatycki, M-É Parent); $850,620; 2011-2015.

88.  Quebec Research Program for Prostate Cancer Prevention. Cancer Research Society (P.I.: M-É. Parent, P Karakiewics) $4,728,203; 2011-2015.

89.  Extreme weather and maternal-child health: targeting future impacts of climate change. CIHR. (P.I.: N Auger) $85,333; 2015-2019.

90.  Development of an instrument for assessing occupational exposures in cancer case-control studies and its application to cancers of lung, brain, ovary. Cancer Research Society- Programme GRePEC (Groupe de recherche et de prévention en environnement-cancer). (P.I.: J Siemiatycki, M Pollak) $2,510,890; 2011-2018.

91.  Occupational physical activity and lung cancer. (P.I.: V Ho, A Koushik).CIHR. $75,000. 2017-2018.

92.  Analyses of existing Canadian cohorts and databases related to occupational physical activity and lung cancer risk. CIHR. (P.I.: V Ho, A Koushik) $74,989; 2017-2018.

93.  The role of lifestyle factors in ovarian cancer prognosis. Department of Defence – Ovarian Cancer Research Program. (P.I.: A Koushik) $216,458 USD (est. $293, 000 CAD); 2015-2017. Extended August 2018.

94.  Occupational Exposure to Endocrine Disrupting Chemicals and Colorectal Cancer risk. CIHR (P.I.: V Ho, J Siemiatycki) $252,450; 2018-2021.

95.  Occupational exposures of women: improvement of an existing job exposure matrix to provide gender-specific estimations of exposure. IRSST. (P.I.: V Ho) $491,484; 2018-2021.

Exhibit 5

# Perineal use of talc and risk of ovarian cancer

H Langseth,[1] S E Hankinson,[2] J Siemiatycki,[3] E Weiderpass[1,4,5]

[1] The Cancer Registry of Norway, Institute of population-based Cancer Research, Oslo, Norway; [2] Channing Laboratory, Department of Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, MA, USA; [3] Department of Social and Preventive Medicine, University of Montreal, Montreal, Canada; [4] Department of Medical Epidemiology and Biostatistics, Karolinska Institutet, Stockholm, Sweden; [5] Samfundet Folkhälsan, Helsinki, Finland

Correspondence to:
E Weiderpass, The Cancer Registry of Norway, 0310 Oslo, Norway; eliwei@ki.se

Accepted 15 October 2007

## ABSTRACT

Ovarian cancer is one of the most common gynaecological neoplasms, especially in industrialised countries. The aetiology of the disease is not well understood, except that inherited mutations in the breast cancer genes BRCA-1 and BRCA-2 account for up to 10% of all cases,[1] and child-bearing, oral contraceptive use and breast-feeding reduce the risk.[2] Some environmental exposures, notably talc and asbestos, have been suspected as ovarian carcinogens.

Talc refers to both mineral talc and industrial products that contain mineral talc. Mineral talc occurs naturally in many regions of the world and is valued for its softness, platyness, and ability to absorb organic matter. Mineral talc occurs naturally in a platy (flat) form, but may also occur as asbestiform fibres, which describes its physical form and does not imply the presence of asbestos. The purer forms (approximately 90% mineral talc) are used for cosmetic and hygiene products including baby powders and feminine hygiene products. Perineal use of cosmetic talc is a common practice in the United Kingdom, North America, Australia and some other countries. To our knowledge accurate estimates of prevalence of use of cosmetic talc are not available. However, the use for female hygiene of body powders, baby powders, talcum powders and deodorising powder, most of which contain cosmetic talc in varying amounts, has been reported to be as high as 50% in some countries.[3]

From pathological studies it is known that particles and fibres that enter the body can migrate to distant organs. For instance, asbestos fibres have been found in ovaries from women exposed to asbestos.[4 5] Analogously, following perineal application, talc particles can migrate from the vagina to the peritoneal cavity and ovaries.[6] A majority of women experience retrograde menstruation[7]; this suggests a mechanism by which talc particles can travel through the female reproductive tract to the ovaries. Furthermore, epidemiological studies have shown decreased risks of ovarian cancer after tubal ligation and/or hysterectomy, suggesting that removing a pathway by which carcinogenic substances can reach the ovaries reduces the risk.[8 9]

The association between talc use in the perineal region and ovarian cancer was investigated in one cohort study,[10] and 20 case-control studies.[11–30] In the cohort study, arguably the strongest study because of its partly prospective ascertainment of exposure, there was no association between cosmetic talc use and risk of all subtypes of ovarian cancer combined. The various case-control studies provided indications of either a significant excess risk (10 studies) or non-significant excess risk or

null (10 studies), with odds ratios (ORs) ranging from 1.0 to 3.9. None of the studies reported relative risks below 1.0. The population-based case-control studies,[11 15–17 20–26 28–30] included studies with 112–824 ovarian cancer cases, and had odds ratios ranging from 1.1 to 3.9 (fig 1). The hospital-based case control studies[12–14 18 19 27] included studies with 77–462 cases, and reported odds ratios between 1.0 and 2.5. Pooled odds ratios were calculated by fixed effects model. As shown in figure 1 pooled ORs were 1.40, 1.12 and 1.35 for population-based, hospital-based and all case control studies combined, respectively. Some studies[13 14 22 23 26 28] tried to assess exposure-response associations, in terms of frequency of use or length of use in years but found no clear trend.

Methodological factors such as recall bias should always be considered in case-control studies. It could have been a problem had there been widespread publicity about the possible association between use of body powder and cancer. The International Agency for Research on Cancer (IARC) working group considers that there has not been widespread public concern about this issue and therefore considers it unlikely that such a bias could explain the consistent findings. Another source of recall bias could result from the fact that women with the cancer tend to remember or over-report their use of body powder. The influence of this type of recall bias cannot be ruled out.

Eight of the population-based case-control studies[11 16 22–24 26 28 29] were identified, by the IARC working group as being most informative in terms of size of the studies, whether the studies were population-based, participation rates and adjustments of confounding variables. The selected studies included at least 188 cases and had participation rates ranging from 60% to 75%. Among these eight studies, the prevalence of perineal use of talc-based body powder among controls ranged from 16% to 52%. The relative risks of ovarian cancer among body powder users were homogeneous across this set of eight studies, each of which indicated a 30–60% increase in risk. Among the other 12 case-control studies, most also reported relative risks of this magnitude or higher.

Information on talc use in infancy is generally insufficient in the case-control studies. However, in one study the exposure to baby powder was reported by 42.2% of the cases and 40.5% of the controls.[15] In several of the other studies patients were asked about age at first use of perineal talc, as an indicator for use in infancy or other periods of life.

Only four case-control studies[16 23 29 30] and one cohort study[10] provided results by histological type. In four of these studies, in particular the cohort study, there were hints of higher risks of serous tumours related to talc exposure.



**Figure 1**   Results from case–control studies contributing data on perineal talc use and ovarian cancer. Results are presented as odds ratios (ORs) and their corresponding confidence intervals (95% CIs) and represented by squares and lines, respectively. Results are separated in 14 population-based and six hospital-based case–control studies. Pooled ORs for all population-based studies combined and all hospital-based studies combined are given. OR pooling by fixed effect models (Mantel–Haenszel method).

Before 1976, talc was to some extent contaminated with asbestos, so that the early studies relating talc to ovarian cancer may have been confounded by the asbestos.[31] However, the association between talc exposure and ovarian cancer is as strong in recent studies,[28 29] as in earlier ones, diminishing the likelihood that all these results are influenced by contamination of talc by asbestos.

To summarise the evidence in favour of an association, a very large number of studies have found that women who used talc experienced excess risks of ovarian cancer; some results were statistically significant and some were not. There was some indication in the cohort study of an increase in serous tumours. The evidence of talc migrating to the ovaries lends credibility to such a possible association. The main epidemiological evidence against the association is the absence of clear exposure–response associations in most studies, as well as the absence of an overall excess risk in the cohort study.

On balance, the epidemiological evidence suggests that use of cosmetic talc in the perineal area may be associated with ovarian cancer risk. The mechanism of carcinogenicity may be related to inflammation.[32]

The carcinogenicity of non-asbestiform talc was assessed by a monograph working group at IARC in 2006.[33] After considering biases and possible confounding factors, the IARC working group concluded that the epidemiological studies provided limited evidence for the carcinogenicity of perineal use of talc-based body powder, and classified this use as possibly carcinogenic to human beings (that is, group 2B).[34]

## PROPOSAL: TO RESEARCH COMMUNITY

The current body of experimental and epidemiological evidence is insufficient to establish a causal association between perineal use of talc and ovarian cancer risk. Experimental research is needed to better characterise deposition, retention and clearance of talc to evaluate the ovarian carcinogenicity of talc.

The majority of the epidemiological studies carried out so far have been among American women. It would be instructive to seek evidence in other countries where perineal use of talc has been common.

While there has been some efforts to measure the degree of use, these have mainly been measured simply as the reported years of use. It is possible that the ostensible lack of exposure response trends is the result of crudeness of the exposure metric used. Therefore, it is important that future studies, irrespective of study design, devote some effort to better assessment of exposure. The use of body powders should be assessed both in terms of calendar time and age of the subject. Subjects should be asked about lifetime use, including age at initial use (infancy, childhood, teenager years, adulthood), age at which they stopped using such powders, gaps in the lifetime period of use

**Research report**

## What this study adds

► Epidemiological evidence suggests that use of cosmetic talc in the perineal area may be associated with ovarian cancer risk. The IARC has classified this use of talc as possibly carcinogenic to human beings (group 2B).

► The mechanism of carcinogenicity may be related to inflammation. This paper focus on the high degree of consistency in the studies accomplished so far, and what should be the focus in future studies.

and frequency and nature of use (daily, during certain seasons of the year, only while menstruating). Another important question is whether the use of body powder was before or after tubal ligation or hysterectomy.

Individuals' answers to questions about use of brand names over time may be unreliable, and therefore, in future studies, investigators should try to ascertain, either from government or industry sources, the composition of the powders used in different time periods by different brand names and, in particular, to ascertain whether the exposure may have included some contamination by asbestos and also whether the exposure was to talc or a non-talc product. Statistical analyses should attempt to assess risk separately for the categories of powders: talc containing asbestos, talc not containing asbestos, non-talc product. Further, exposure metrics should take into account the age, duration and intensity of exposure. As well as analyses for all ovarian tumours combined, there should, if possible, be analyses by histological subtype and by invasiveness of the tumour.

While it would not be reasonable to envisage establishing a costly long-term prospective cohort study just to study this association, any long-term cohort study that is being set up to study cancer among women should collect information about talc use if the study is being conducted in a country where such use has been widespread.

In summary, future studies should focus on seeking evidence in talc-exposed female populations worldwide, collecting reliable information on age at initial use of body powder, exposure assessments and dose response associations.

**Acknowledgements:** The work reported in this paper was initiated while SH, JS and EW were part of an IARC Monographs Working Group of the International Agency for Research on Cancer, Lyon, France.

**Funding:** This study was financed by the Cancer Registry of Norway.

**Competing interests:** None.

## REFERENCES

1. **Lux MP,** Fasching PA, Beckmann MW. Hereditary breast and ovarian cancer: review and future perspectives. *J Mol Med* 2006;**84**:16–28.
2. **Persson I.** Estrogens in the causation of breast, endometrial and ovarian cancers—evidence and hypotheses from epidemiological findings. *J Steroid Biochem Mol Biol* 2000;**74**:357–64.
3. **International Agency for Research on Cancer.** *IARC monographs on the evaluation of carcinogenic risks to human, Vol 93, Carbon black, titanium dioxide, and non-asbestiform talc.* Geneva: WHO (in press).
4. **Heller DS,** Gordon RE, Westhoff C, *et al.* Asbestos exposure and ovarian fiber burden. *Am J Ind Med* 1996;**29**:435–9.
5. **Langseth H,** Johansen BV, Nesland JM, *et al.* Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers. *Int J Gynecol Cancer* 2007;**17**:44–9.
6. **Venter PF.** Ovarian epithelial cancer and chemical carcinogenesis. *Gynecol Oncol* 1981;**12**:281–5.
7. **Olive DL,** Schwartz LB. Endometriosis. *N Engl J Med* 1993;**328**:1759–69.
8. **Rosenblatt KA,** Thomas DB. Reduced risk of ovarian cancer in women with a tubal ligation or hysterectomy. the World Health Organization Collaborative Study of Neoplasia and Steroid Contraceptives. *Cancer Epidemiol Biomarkers Prev* 1996;**5**:933–5.
9. **Tortolero-Luna G,** Mitchell MF. The epidemiology of ovarian cancer. *J Cell Biochem Suppl* 1995;**23**:200–7.
10. **Gertig DM,** Hunter DJ, Cramer DW, *et al.* Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst* 2000;**92**:249–52.
11. **Cramer DW,** Welch WR, Scully RE, *et al.* Ovarian cancer and talc: a case-control study. *Cancer* 1982;**50**:372–6.
12. **Hartge P,** Hoover R, Lesher LP, *et al.* Talc and ovarian cancer. *JAMA* 1983;**250**:1844.
13. **Whittemore AS,** Wu ML, Paffenbarger RS Jr, *et al.* Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol* 1988;**128**:1228–40.
14. **Booth M,** Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. *Br J Cancer* 1989;**60**:592–8.
15. **Harlow BL,** Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *Am J Epidemiol* 1989;**130**:390–4.
16. **Harlow BL,** Cramer DW, Bell DA, *et al.* Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol* 1992;**80**:19–26.
17. **Chen Y,** Wu PC, Lang JH, *et al.* Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol* 1992;**21**:23–9.
18. **Rosenblatt KA,** Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol* 1992;**45**:20–5.
19. **Tzonou A,** Polychronopoulou A, Hsieh CC, *et al.* Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer* 1993;**55**:408–10.
20. **Cramer DW,** Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Ann Epidemiol* 1995;**5**:310–4.
21. **Purdie D,** Green A, Bain C, *et al.* Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *Int J Cancer* 1995;**62**:678–84.
22. **Chang S,** Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer* 1997;**79**:2396–401.
23. **Cook LS,** Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol* 1997;**145**:459–65.
24. **Green A,** Purdie D, Bain C, *et al.* Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *Int J Cancer* 1997;**71**:948–51.
25. **Godard B,** Foulkes WD, Provencher D, *et al.* Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *Am J Obstet Gynecol* 1998;**179**:403–10.
26. **Cramer DW.** Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol* 1999;**94**:160–1.
27. **Wong C,** Hempling RE, Piver MS, *et al.* Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol* 1999;**93**:372–6.
28. **Ness RB,** Grisso JA, Cottreau C, *et al.* Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology* 2000;**11**:111–7.
29. **Mills PK,** Riordan DG, Cress RD, *et al.* Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer* 2004;**112**:458–64.
30. **Jordan SJ,** Green AC, Whiteman DC, *et al.* Risk factors for benign serous and mucinous epithelial ovarian tumors. *Obstet Gynecol* 2007;**109**:647–54.
31. **Harlow BL,** Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. *Regul Toxicol Pharmacol* 1995;**21**:254–60.
32. **Ness RB,** Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst* 1999;**91**:1459–67.
33. **International Agency for Research on Cancer.** *Preamble to the IARC monographs on the evaluation of carcinogenic risks to humans. 93.* Lyon: IARC
34. **Baan R,** Straif K, Grosse Y, *et al.* Carcinogenicity of carbon black, titanium dioxide, and talc. *Lancet Oncol* 2006;**7**:295–6.

Exhibit 6

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 16-2738 (FLW) (LHG)

RULE 26 EXPERT REPORT OF
PATRICIA G. MOORMAN, MSPH, PHD

Date:   November 16, 2018

Patricia G. Moorman, MSPH, PhD

**Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer**

Patricia G. Moorman, MSPH, PhD

Professor, Department of Community and Family Medicine

Cancer Control and Population Sciences, Duke Cancer Institute

Duke University School of Medicine

Durham, NC

**Table of Contents**

Background and Qualifications of Patricia G. Moorman, MSPH, PhD ........................................... 3

Education ............................................................................................................................. 3

Professional Experience ........................................................................................................ 3

Compensation and Testimony ................................................................................................ 4

Research Interests and Experience .......................................................................................... 4

Purpose ............................................................................................................................... 7

Role and Importance of Epidemiologic Studies ........................................................................ 7

Methodology ........................................................................................................................ 9

Epidemiologic Studies Reviewed ........................................................................................... 11

Strength and Consistency of the Association .......................................................................... 11

Temporality ........................................................................................................................ 29

Biological Gradient .............................................................................................................. 29

Biologic Plausibility ............................................................................................................. 32

Specificity ........................................................................................................................... 37

Coherence ........................................................................................................................... 37

Experiment .......................................................................................................................... 38

Analogy .............................................................................................................................. 38

Conclusion .......................................................................................................................... 38

References ....................................................................................................................... 41

Additional Materials and Data Considered ......................................................................... 50

**Background and Qualifications of Patricia G. Moorman, MSPH, PhD**

I am a tenured professor in the Department of Community and Family Medicine, Duke University School of Medicine, Durham, NC and a member of the Cancer Control and Population Sciences Program in the Duke Cancer Institute. I am an epidemiologist with more than 25 years of experience in conducting research on women's health issues including ovarian cancer, breast cancer and menopause. Attached as Exhibit A to this report is a current copy of my curriculum vitae.

**Education**

I received a Bachelor of Science degree with distinction in pharmacy from the University of Kansas in 1980. I pursued graduate studies in epidemiology in the School of Public Health at the University of North Carolina-Chapel Hill, earning a Master of Science in Public Health (MSPH) in 1989 and a Doctor of Philosophy (PhD) degree in 1993.

**Professional Experience**

I have held positions in academic institutions since I completed my PhD, beginning as a research assistant professor in the Department of Epidemiology at the University of North Carolina-Chapel Hill from 1994 through 1996. From 1997 to 2000, I was an associate research scientist in the Chronic Disease Epidemiology division of the Yale University School of Public Health. I came to Duke University School of Medicine as an assistant professor in 2000, progressing through the academic ranks from associate professor, associate professor with tenure to my current position as professor in Community and Family Medicine. I also serve as the director of the Clinical Research Unit for the Department of Community Medicine and am a member of the Senior Faculty Advisory Committee for the Office for Research Mentoring in the School of Medicine. In addition, I am an adjunct faculty member in the Department of Epidemiology at the University of North Carolina-Chapel Hill.

**Compensation and Testimony**

My hourly billing is $400. I have given deposition testimony in one case (Gail Ingham, et al., v. Johnson & Johnson, et al., Case No. 1522-CC10417-01, Circuit Court of the City of St. Louis, Division 10) and have not testified at trial in the last four years.

**Research Interests and Experience**

My primary research interests are in the area of women's health issues, with a particular focus on studying racial differences in risk factors and outcomes. I have had funding from the National Institutes of Health (NIH) for more than 20 years, which has supported my research in ovarian cancer, breast cancer and ovarian function after hysterectomy. Three of the key studies in my research career are: 1) the African American Cancer Epidemiology Study (AACES), a multi-center, case-control study of ovarian cancer in African American women,[1] 2) the Carolina Breast Cancer Study, which is one of the largest studies focused on understanding racial differences in breast cancer risk and outcomes,[2] and 3) the Prospective Research on Ovarian Function (PROOF) Study, a cohort study designed to examine risk for ovarian failure after premenopausal hysterectomy.[3]

Each of these studies involved primary data collection, meaning that the investigative team designed the data collection procedures, developed the surveys, recruited study participants and obtained questionnaire data and biological specimens from the participating women. Each study has made unique contributions to the scientific literature.

AACES has enrolled more than four times as many African-American women with ovarian cancer than any other study and is providing the most comprehensive epidemiologic data on ovarian cancer risk factors in this population to date.[4-6] The Carolina Breast Cancer Study likewise provided key data on risk factors in African American women and was the first study to describe the markedly higher prevalence of the poor-prognosis basal subtype of breast cancer in young African American women.[7-11] The PROOF study is the largest prospective study of ovarian function after pre-menopausal hysterectomy and demonstrated that women

4

undergoing hysterectomy with ovarian conservation were at significantly increased risk for earlier menopause as compared to women who did not have a hysterectomy.[3,12]

Our study team published an analysis of talc exposure and ovarian cancer in 2016, using data from AACES. [13] This peer-reviewed paper, published in *Cancer Epidemiology, Biomarkers and Prevention*, was the first epidemiologic study of talc use and ovarian cancer that was focused exclusively on African American women. Our analyses found both a high prevalence of talc use in this study population and a statistically significantly increased risk for ovarian cancer among talc users. This paper was published prior to my involvement in litigation related to talc and ovarian cancer.

I have also been a co-investigator on the North Carolina Ovarian Cancer Study, which was a precursor to the AACES study. Data from this study were included in Terry, et al.'s [14] 2013 analysis of genital powder use and ovarian cancer that pooled from data from eight case-control studies. I am currently an investigator in the Ovarian Cancer in Women of African Ancestry (OCWAA) consortium. The OCWAA consortium, which was initiated in 2016, is a multi-center collaboration that aims to bring together data from case-control and cohort studies to evaluate similarities and differences between African American and white women in ovarian cancer risk factors and outcomes.

In addition to these studies, I am an investigator with the Evidence Synthesis Group in the Duke Clinical Research Institute, a team of researchers that conducts evidence reviews of the scientific literature. I have worked with this group on a number of systematic reviews and meta-analyses on women's health issues including an evaluation of the benefits and risks of oral contraceptive use for primary prevention of ovarian cancer [15-17] funded by the Agency for Healthcare Research Quality, and an evaluation of the benefits and harms of breast cancer screening[18] funded by the American Cancer Society to help inform their screening mammography recommendations.[19]

I am an author on more than 130 scientific publications, with more than 50 of them directly related to ovarian cancer. The ovarian cancer papers address a wide variety of risk factors including reproductive and hormonal factors, lifestyle characteristics, genetic factors, and talcum powder products. The main focus of the manuscripts on which I have been the lead

5

author has been ovarian cancer risk factors in African American women and the effects of reproductive characteristics, hormones and other medications on risk for ovarian cancer.[5,17,20-23] The papers have been published in some of the leading journals in the field of epidemiology, gynecology and cancer including the *American Journal of Epidemiology, Cancer Epidemiology Biomarkers and Prevention, Obstetrics & Gynecology* and *Journal of Clinical Oncology*.

My teaching experience includes courses in Cancer Epidemiology for graduate students in public health and Evidence-Based Medicine for physician assistant students. A primary emphasis of these courses has been for the students to gain an understanding of the advantages and disadvantages of different types of studies used in clinical and epidemiologic research. In particular, the Evidence-Based Medicine course is designed to help the students learn how to critically appraise the medical literature and apply findings to clinical practice. In addition, I have mentored at the individual level public health graduate students and medical students.

I serve as an editorial reviewer for numerous journals and have served as a peer reviewer of grant applications on several dozen study sections over that past twenty years. I have reviewed NIH grants for a variety of funding mechanisms ranging from small grants (R03) to large multi-project applications (SPORE grants and Program Projects). I also have served as both peer reviewer and study section chair for the Susan G. Komen for the Cure Foundation and the Department of Defense Ovarian Cancer and Breast Cancer Research Programs.

In summary, in a career spanning more than 25 years, I have devoted my efforts to understanding factors that affect risk for ovarian cancer, breast cancer and menopause. I have conducted original research, giving me a deep appreciation of the advantages and disadvantages of different study designs and the challenges of collecting high-quality data for making etiologic inferences. I also have conducted research involving synthesis of the published literature, with the goal of informing decisions based on the best available evidence. A large proportion of my publications have focused on the epidemiology of ovarian cancer, and many of the others focused on breast cancer or menopause have relevance to ovarian cancer because of shared risk factors for the conditions. Based on my education, experience, and expertise, I

6

am highly qualified to assess the literature on the use of talc in relation to ovarian cancer and provide an expert opinion to a reasonable degree of medical certainty.

**Purpose**

The purpose of this report is to summarize the epidemiologic evidence related to talc use and ovarian cancer risk and to make a judgment as to whether there is sufficient evidence, based on the totality of evidence from epidemiologic investigations as well as laboratory and mechanistic studies, to conclude with a reasonable degree of scientific certainty that talcum powder use Is a causal factor for ovarian cancer.

Throughout the report, the term "talc" will be used to refer to talcum powder products, recognizing that commercial talc products can contain asbestos, talc containing asbestiform fibers (e.g., talc occurring in a fibrous habit), heavy metals such as nickel, chromium and cobalt and fragrances.

**Role and Importance of Epidemiologic Studies**

It is important to bear in mind that epidemiologic research on factors that are thought to increase risk for cancer in human populations will consist of observational rather than experimental studies. As with most other now-known carcinogens, including cigarette smoke, it is both ethically wrong and pragmatically impossible to conduct randomized controlled trials to investigate whether a given exposure increases risk for cancer in humans. The judgment as to whether talc causes ovarian cancer will be based on epidemiologic studies in which the investigators collected and analyzed information on exposures (i.e., talc use and other risk factors) that the study participants chose to use, rather than studies in which exposures were randomly assigned to the study subjects in an experimental setting.

Observational study designs used in the study of talc and ovarian cancer include cohort and case-control studies, both of which are well-established and generally accepted methods for studying cancer etiology. In a prospective cohort study, a large group of individuals (the cohort) is identified and exposure to various factors hypothesized to affect risk of disease is

7

assessed at the time of enrollment (baseline). The cohort is followed over time and the analyses focus on whether the exposed group is more or less likely to develop the outcome of interest than the unexposed group. Some of the prominent advantages of cohort studies are that multiple outcomes/diseases can be assessed within the cohort and exposure assessment precedes the development of the disease, limiting recall bias. However, a primary disadvantage of cohort studies, particularly in relation to cancer etiology studies, is that they must enroll tens of thousands of subjects and follow them for long periods of time to accrue enough cases to have a well-powered study. In addition, if cohort studies do not update exposure information after the baseline assessment, the exposure of some individuals in the cohort may be misclassified.

Case-control studies identify individuals with the disease of interest and an appropriate control group of individuals without the disease and assess exposures that are thought to increase or decrease the risk of the disease. The investigators then analyze whether cases are more likely than the controls to have a given exposure. Case-control studies focus on a single disease, therefore they typically collect more detailed risk factor information for that disease than cohort studies. A major advantage of case-control studies is that they are a more efficient design for studying diseases that are less common or have a long latency period. Therefore, they are very commonly used for etiologic studies of cancer. A disadvantage of case-control studies is that they collect exposure information for the cases after they have already been diagnosed with the disease, which raises concerns that cases may recall exposures differently from controls.

Cohort studies and case-control studies each have advantages and disadvantages for assessing talc as a risk factor for ovarian cancer, and one study design is not clearly superior to the other. In addition, specific details related to the conduct of the study such as methods of exposure assessment, length of follow-up and choice of control group can impact the validity of the findings and the interpretation of results. Therefore, rather than making a judgment based only on the overall study design, the evaluation and interpretation of the findings of the studies must consider the strengths and weaknesses of the individual studies. As the results of the

studies are described and evaluated in this report, specific advantages and disadvantages of individual studies will be discussed in more detail.

In contrast to studies on laboratory animals, studies on humans are subject to more variation in exposure assessment and it is impossible to control all other factors that may contribute to disease risk. For these reasons, judgments on causality from epidemiologic research typically are not based on a single study or even a few studies, but are based on the totality of evidence from multiple studies conducted in different study populations, in different locations and across different time periods. Evidence from the epidemiologic investigations is combined with relevant studies from other disciplines, including pathology, animal and mechanistic studies, to make an assessment of the evidence for a causal association between genital exposure to talcum powder and ovarian cancer.

**Methodology**

The methodology I used to assess the epidemiologic evidence on talc use as a causal risk factor for ovarian cancer involved conducting a literature search on PubMed using the terms "ovarian cancer" and "talc" to identify all relevant original studies, systematic reviews, meta-analyses, editorials and commentaries (search most recently updated on October 29, 2018). The search I did returned 131 articles, all of which were systematically considered and assessed as to their relevance to talc as a risk factor for ovarian cancer. Twenty-nine articles were not directly relevant to the question at hand (mostly addressing talc in the treatment of malignant pleural effusions). Of the remaining 101 articles, 36 were reports of original epidemiologic studies directly addressing genital talc exposure and ovarian cancer or meta-analyses of such studies.[14,24-56] Other articles retrieved included studies of occupational talc exposure,[57-62] other original research articles that were not specifically epidemiologic studies of genital talc and ovarian cancer (e.g., studies of endometrial cancer, pathology studies, animal studies, etc.)[63-80] and reviews, commentaries and letters [60,81-120] I also examined reference lists from key articles to identify any additional relevant studies. In addition, I reviewed relevant studies as well as documents provided during the course of discovery process.

The primary focus of my review is the epidemiologic studies of genital talc exposure and ovarian cancer and the meta-analyses, with supporting information from other types of publications, including animal, pathology and mechanistic studies used as appropriate to address biological mechanisms underlying the association between talc use and ovarian cancer.

As I evaluated the individual epidemiologic studies (case-control and cohort studies) that described the risk for ovarian cancer associated with talc use, I did not weight one design more heavily than the other because there are advantages and disadvantages to each design for evaluating talc as a cause of ovarian cancer. I considered the potential biases of individual studies, both those that supported and those that did not support an association between talc and ovarian cancer, and how those biases may have impacted the findings. As I describe in this report, some biases have the potential to lead to an overestimate of the relative risk (e.g. recall bias in case-control studies) while others could result in an underestimate of the relative risk (e.g. incomplete ascertainment of talc use in the cohort studies).

I also considered the studies that combined data from multiple studies – meta-analyses or pooled analyses from multiple case-control studies. These types of analyses are often considered to be some of the strongest evidence for a causal association between an exposure and disease as they provide an estimate of the relative risk that is more statistically robust than individual studies. Data from meta-analyses are particularly important for evaluating exposure-disease relationships such as talc and ovarian cancer where the relative risks from most individual studies are approximately 1.2 to 1.5.

As is standard in epidemiologic research, my assessment of whether there is a causal association between talc use and ovarian cancer was guided by the aspects of a causal relationship described by Bradford Hill during the 1960's. Sir Austin Bradford Hill's writings on causal inference provide an accepted framework for assessing whether a given exposure is a cause of a specific outcome.[121] The aspects of the associations that Hill described are: Strength, Consistency, Specificity, Temporality, Biological Gradient, Plausibility, Coherence, Experiment and Analogy. As his writings clearly state, these viewpoints or perspectives should be taken into account when assessing causality, but are not to be considered absolute criteria and not all must be checked off to make a conclusion of a causal relationship. Specifically, he states "What

10

I do not believe is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*." This list of viewpoints was used to guide my assessment of the scientific literature on talc use and ovarian cancer.

It is important to point out that, in the end of this process, the assessment of whether a substance is or is not a causal risk factor for a given disease or condition involves scientific judgment that is made by considering and weighing the evidence. In any given case, it is not unusual for scientists and epidemiologists to weigh the Hill factors differently in reaching a conclusion on the causal inference in question. For example, scientists for many years debated the evidence that cigarette smoking causes lung cancer or asbestos causes lung disease.

**Epidemiologic Studies Reviewed**

Since 1982, when the first case-control study describing an increased risk for ovarian cancer associated with talc use was reported by Cramer, et al., [50] more than two dozen additional reports of epidemiologic studies have been published.[13,14,24-36,38-44,46-49,51-55,122,123] In some instances, data from a particular study were included in more than one publication, due either to an additional analysis of data from a cohort study with longer duration of follow-up (e.g., [31,34]) or to analyses that combined data from more than one study (e.g., [14,25]). Included in these publications are seven meta-analyses published between 1992 and 2018 that combined overall results from nine to 27 studies [35,51,52,54-56] and a pooled analysis published in 2013 that combined individual level data from eight case-control studies.[14]

**Strength and Consistency of the Association**

The first two aspects of the causal relationship described by Bradford Hill, strength and consistency of association, are deeply intertwined. While Bradford Hill referenced the assumption that a larger relative risk is more likely to reflect a causal association, Hill also clearly stated that we should not be "too quick to dismiss a cause-and-effect hypothesis merely

11

on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so." [121]

Seven meta-analyses of genital talc exposure and ovarian cancer [35,44,51,52,54-56] calculated summary relative risks that were very consistent across the publications, ranging from 1.22 to 1.36, all with 95% confidence intervals excluding 1, indicating that women who reported talc use were at statistically significant increased risk for ovarian cancer. Similarly, the pooled analysis of eight case-control studies reported an overall odds ratio of 1.24 (95% confidence interval (CI) 1.15 – 1.33).[14]

To put this in context, it is useful to compare the epidemiologic data related to the strength of the association between genital talc use and ovarian cancer with some other well-accepted exposure-disease associations that have relative risks of similar magnitude and are generally accepted to be causal associations. Some examples of such associations and the relative risks from these exposures estimated from meta-analyses are:

1. Oral contraceptive use and breast cancer, relative risk 1.08 (95% CI 1.003-1.165) for ever versus never use and relative risk 1.21 (95% CI 1.04-1.41) for current or recent use versus never use[16]

2. Menopausal estrogen use and breast cancer, relative risk 1.20 (95% CI 1.06-1.37) for more than 5 years use versus no use[124]

3. Passive smoking (also referred to as environmental tobacco exposure or secondhand smoke) and lung cancer, relative risk 1.27 (95% CI 1.17-1.37) for ever versus never exposure to a spouse who smoked[125]

4. Residential radon exposure and lung cancer, relative risk 1.29 (95% CI 1.10-1.51) for highest versus lowest exposure[126]

5. Trichloroethylene exposure and kidney cancer, relative risk 1.32 (95% CI 1.17-1.50) for occupational exposure.[127]

Each of these exposure/disease associations is widely accepted as a causal relationship in the scientific community and has been judged to be a causal association by the International Agency for Research on Cancer (IARC). [128-130] [131] The estimates of the relative risks for these associations from meta-analyses or pooled analyses are approximately 1.25,[16,124-126,132,133]

which is in the range of estimates of the relative risk from meta-analyses and pooled analyses for the association between genital talc use and ovarian cancer. Therefore, we have evidence of well-established causal associations in which the magnitude of the relative risk is very similar to what has been reported for genital talc use and ovarian cancer.

It is instructive to compare in more detail the epidemiologic data on passive smoke exposure to that of talc and ovarian cancer. Passive smoke exposure, like talc, is a very common exposure in the population that can only be assessed retrospectively through self-report, therefore it is difficult to determine the precise level of exposure. In a meta-analysis of 55 studies published between 1981 and 2006 that examined the risk for lung cancer in never smoking women with passive smoke exposure from their spouses, Taylor, et al. [125] reported a pooled relative risk of 1.27 (95% CI 1.17-1.37). The relative risks from individual studies ranged from 0.66 to 2.57, with 44 of the 55 (80%) individual studies reporting a relative risk or odds ratio >1. In the individual studies, only 10 of 55 (18%) reported statistically significant associations (2 of 7 cohort studies, 3 of 25 case-control studies with population-based controls and 5 of 23 case-control studies). These data show that among the many epidemiologic studies that assessed passive smoke exposure as a risk factor for lung cancer, not all had statistically significant findings and some even reported relative risks less than one, yet the overall conclusion from the totality of the evidence is that passive smoke exposure is causally associated with lung cancer.

The most recent meta-analysis published in 2018 on talc and ovarian cancer by Pennikilampi et al. reported a pooled relative risk of 1.31 (95% CI 1.24-1.39) with values from individual studies ranging from 0.73 to 3.90.[56] This result is consistent with other meta-analyses performed. Twenty-four of the 26 (92%) studies reported a relative risk or odds ratio >1, and statistically significant associations were reported in 14 of the 26 (54%) studies. This comparison illustrates that as compared to the well-established causal association between passive smoke exposure and lung cancer, the association between talc and ovarian cancer has a pooled relative risk estimate of similar magnitude with a greater proportion of the studies reporting relative risks >1 and a greater proportion reporting statistically significant

associations suggesting the evidence for talc and ovarian cancer is as significant as for passive smoke exposure and lung cancer.

These comparisons also illustrate the importance of meta-analyses in epidemiologic research when considering exposures for which the strength of association is approximately 1.5 or less. Individual studies, especially those with smaller samples sizes, may not detect a statistically significant increased risk. When the increased risks in this range are seen repeatedly, even when individual studies are not statistically significant, meta-analysis allows the data to be aggregated to make a conclusion that is more robust statistically. When combining these studies through meta-analysis, the totality of the data shows that there is indeed a statistically significant link between genital talc use and ovarian cancer. This observation has been quite consistent, with findings replicated in studies conducted by different teams of investigators, in different geographic locations within and outside the United States, in different race/ethnic groups and over a span of several decades.

In conjunction with the strength of the association, it is also critical to consider the prevalence of the exposure in the population when evaluating its public health impact. A risk factor that is less strongly associated with a disease but has a high prevalence in the population can be responsible for more cases of the disease than a risk factor that is more strongly associated with the disease but has a low prevalence in the population. A measure of the contribution of a risk factor to a disease is the population attributable fraction (PAF), which is defined as the proportion by which the incidence rates of the outcome in the population would be reduced if the exposure was eliminated.[134] Wu et al. [26] calculated the PAF for ovarian cancer related to talc exposure in their multi-ethnic case-control study in Los Angeles. The odds ratio for genital talc use was 1.46 (95% CI 1.27 – 1.69) and the prevalence of use was 41% among the cases and 31% among the controls. The PAFs for the different ethnic groups ranged from 12.2 to 15.1%, which is interpreted as the proportion of ovarian cancer cases that theoretically could be prevented if genital talc use in the population could be eliminated and there were no changes in other risk factors. In other words, of the estimated 22,440 cases of ovarian cancer diagnosed in 2017,[135] approximately 3,300 of them could theoretically have been prevented if women had not used genital talc. The PAF calculation demonstrates that even with an

14

estimated relative risk for genital talc use of less than 1.5, its high prevalence of use means that it contributes to a substantial proportion of the ovarian cancer cases in the population.

The overall associations seen in the talc-ovarian cancer meta-analyses as well as in many of the individual studies are statistically significant, indicating an increase in risk of approximately 25 to 30%. While not as high as other relationships like smoking and lung cancer, these relative risks are in line with other generally accepted causal relationships (e.g., second hand smoke and lung cancer). I consider the strength of the association seen in the talc-ovarian cancer epidemiologic studies, to be an important factor in favor of a causal relationship between talc and ovarian cancer, particularly when considered along with the consistency of the association sees across these studies.

As described above, among the more than two dozen studies that have reported on the association between talc use and ovarian cancer, the vast majority of them reported relative risks or odds ratios greater than one, indicating strong consistency in the direction of the effect. The findings from the multiple studies are summarized in seven meta-analyses published since 1992, including two published in 2017-18, that combined overall results from six to 27 studies assessing genital talc exposure and ovarian cancer [35,51,52,54,55 56 44] and in a pooled analysis published in 2013 that combined individual level data from eight case-control studies. [14] Of the 27 studies included in Berge et al.'s 2017 meta-analysis [51], 24 were case-control studies (18 population-based,[13,23,25,29,30,32,33,38,39,41,42,44,45,47,50,123,136,137] 5 hospital based, [36,43,46,49,122] and 1 with both hospital and population controls [48]) and three were prospective cohort studies [24,27,31]. The calculated overall relative risks for all studies combined in these meta-analyses were 1.3 (95% CI 1.1 – 1.6),[44] 1.27 (95% CI 1.09-1.48),[55] 1.36 (95% CI 1.24-1.49),[35] 1.33 (95% CI 1.16-1.45),[54] 1.35 (95% CI 1.26 - 1.46),[52] 1.22 (95% CI 1.13-1.30)[51] and 1.31 (95% CI 1.24-1.39)[56] and 1.24 (95% CI 1.15-1.33) in the pooled analysis of eight case-control studies.[14] The conclusions from these analyses were quite consistent, even with additional data accumulating over time, indicating that women who used talc products as compared to women who reported no talc use were at 22 to 36% increased risk for ovarian cancer.

When considering the consistency from a number of different studies and meta-analysis, an epidemiologist should evaluate potential sources of bias including but not limited

to publication bias, recall bias, selection bias and information bias. I discuss each of these below.

Publication Bias: When considering a body of epidemiologic evidence from multiple studies, several concerns arise about the completeness of the published data and whether there is selective publishing of studies that find significant positive associations. These concerns were addressed by two distinct analyses conducted in the most recent meta-analyses by Berge, et al. (2017) and Penninkilampi and Eslick (2018).[51,56] The first approach reported was a funnel plot, which is a graphical technique that plots the relative risks derived from the studies on one axis and the standard error of the relative risk (an indicator of the size of the study) on the other. The concept driving this approach is that studies should cluster around the "true" relative risk in the population. Due to random statistical variation, some studies will have relative risks that are higher than the true relative risk and some will be lower than the true relative risk. As sample sizes increase, there should be more precise estimates of the relative risk, therefore larger studies would be expected to produce estimates closer to the true relative risk whereas smaller studies may produce results that deviate further from the relative risk in the overall population. When the study results are plotted, one would expect them to fall into a funnel shape, with the larger studies at the point of the funnel, clustered around the true relative risk in the population, and smaller studies, with more variation in results, showing greater deviation from the average, forming the wide part of the funnel. Notably, in these meta-analyses, the two studies with the highest relative risk estimates (Chen, et al [45] with a relative risk of 3.90 and Godard, et al. [38] with a relative risk of 2.49) and the two studies with the lowest relative risks (Hartge, et al. [49] and Gonzalez, et al. [24]) all had a modest number of cases (<=170).

A funnel plot provides a method for assessing publication bias, i.e., the bias that results from studies with statistically significant findings being more likely to be published than studies that show no association. If one is concerned that studies that showed no association between the exposure and outcome are less likely to be published, the funnel plot allows the visual assessment of this potential bias. A lack of symmetry in the funnel plot, with a deficit of studies showing no association between the exposure and outcome, would be an indication of

publication bias. The papers by Berge, et al. [51] and Penninkilampi and Eslick [56] which are the only meta-analyses that specifically addressed publication bias, concluded that there was no serious publication bias based on both visual inspection of the funnel plot and a statistical assessment of the data from the funnel plot. Therefore, there is a high level of confidence that there has not been preferential publication of studies that found a positive association between talc and ovarian cancer.

A second approach used by Berge, et al. [51] was a cumulative meta-analysis, in which they showed the estimated summary relative risks over time from the first published report in 1982 through the most recently published studies in 2016. The plot showed that after the first initial reports, the overall summary estimates stabilized with estimates in the range of 1.2 to 1.25 over the last 25 years even as more and more data accrued from additional published studies.

These quantitative analyses indicate that it is unlikely that there is publication bias in the talc and ovarian cancer literature (i.e., the analyses do not suggest that studies that found talc use to be a risk factor for ovarian cancer were more likely to be published than those that found no association). Furthermore, from a qualitative perspective, it is also unlikely that there is a substantial risk for publication bias. Given the considerable public health interest in the risk for ovarian cancer associated with a widely-used cosmetic product, it is probable that any well-designed and conducted study that addressed this question would be published, even if it had null findings. Notably, one of the most recent studies, the Sister Study,[24] was published even though it found no increased risk for ovarian cancer associated with talc use.

While the overall conclusions from the meta-analysis and pooled analyses are quite consistent, with an overall statistically significant estimate of the relative risk in the range of approximately 1.2 to 1.3, it is important to consider possible reasons for heterogeneity of the estimates between individual studies.

Among the individual studies that have examined the association between talc use and ovarian cancer, the majority have been case-control studies, with only three prospective cohort studies addressing this research question. The meta-analysis by Berge, et al.[51] noted that the summary relative risk was driven by the stronger associations observed for case-control studies

(relative risk = 1.26 (95%CI 1.17 – 1.35) than for cohort studies (relative risk = 1.02 (95% CI 0.85 – 1.20), which leads one to try to understand possible reasons for the differences by study design and to consider the relative advantages and disadvantages of the different study designs, specifically in relation to the study of talc and ovarian cancer. While the cohort studies do not show a statistically significant association for ever use of talc and ovarian cancer overall, the recent meta-analysis by Penninkilampi and Eslick[56] reported a statistically significant association with the invasive serous subtype of ovarian cancer, which is both the most common subtype and the one with the worst prognosis.

Case-Control Studies – Strengths and Weaknesses: Case-control studies, which are very commonly used in cancer epidemiology, have particular advantages for studying a relatively uncommon cancer like ovarian cancer, which has an annual incidence (number of new cases) in the United States of approximately 11 cases per 100,000 women.[138] In this study design, women with ovarian cancer (the case group) are identified by the research team, typically through a cancer registry, shortly after receiving their diagnosis. A control group of women who do not have the disease are also identified and recruited for the study. Both the cases and the controls provide information on their past exposure history. In a typical case-control study, the study participants complete an extensive questionnaire focusing on a broad range of exposures that are hypothesized to either increase or decrease the risk for cancer. In regard to ovarian cancer, a typical questionnaire will include questions on demographic characteristics, reproductive characteristics like pregnancy and contraception, medical characteristics, family history of cancer and lifestyle characteristics such as dietary factors, smoking history, physical activity and talc use. Notably, some of the factors queried about are expected to increase risk (e.g., family history of ovarian or breast cancer, estrogen use during menopause, talc), whereas others are associated with reduced risk (e.g., oral contraceptive use, pregnancies).

One major advantage of a case-control study is that it is possible to identify and recruit a large number of cases within a relatively short timeframe. To illustrate this point, I will use the example of AACES, the case-control study that my colleagues and I initiated in 2010 to study ovarian cancer in African American women and which was the source of the data we used for our 2016 paper on talc and ovarian cancer.[1,13] We have enrolled more than 600 women with

ovarian cancer and more than 700 control women over a period of approximately 6 years, making it by far the largest study of ovarian cancer in African American women. When the grant application was originally submitted to the National Cancer Institute, one reviewer expressed the opinion that a cohort study would be preferable to the case-control design we proposed. In our response to the review, we pointed out that a prospective cohort study was not feasible for studying ovarian cancer in this population if we hoped to obtain meaningful information in a reasonable timeframe. The Black Women's Health Study, a large prospective cohort study, enrolled approximately 60,000 women starting in 1995 with the goal of studying a wide variety of health outcomes in this population.(https://www.bu.edu/bwhs/) In regard to ovarian cancer, after 18 years of follow-up, only 115 cases of ovarian cancer had been diagnosed among women in the cohort.[139] Although a cohort of 60,000 women is a very large epidemiologic cohort, it is still inadequate to study a relatively uncommon disease like ovarian cancer in a time-efficient manner. We successfully made the argument to the reviewers that a case-control study was the only feasible way to investigate the etiology of ovarian cancer in a timely manner in the African American population. This example illustrates why it is to be expected that the majority of the epidemiologic studies of ovarian cancer would be case-control studies.

Although case-control studies are commonly used in epidemiologic studies of cancer, there are potential biases associated with this study design, including selection bias and recall bias. In this study design, the investigator must select a control group of individuals without the disease being studied as a comparison group to determine the relative frequency of the exposures in the case group as compared to the control group. The goal of selecting a control group is to identify a group that is representative of the population from which the cases arose. This is often stated in textbooks as if someone in the control group were to develop the disease being studied, s/he would have been selected as a case for the study. There are many possible strategies for identifying and recruiting population-based controls, including the use of town registry books,[25,50], telephone recruitment through random digit dialing [13,25,29], neighborhood recruitment,[30] driver's license records [25] and electoral rolls.[123] In hospital-based case-control studies, controls are typically selected from other hospitalized patients, with different studies

applying different criteria for eligible diagnoses among the controls, including other cancer diagnoses or specific non-cancer diagnoses. [36,43,46,49,122]

Among the studies included in the recent meta-analyses, six were hospital-based case-control studies.[36,43,46,48,49,122] The individuals that comprised the control group varied between these studies including patients with non-gynecologic malignancies,[36] patients treated for conditions other than gynecologic or malignant diseases,[122] patients treated for conditions other than those related to reproductive history or oral contraceptive use,[46] patients treated for conditions other than gynecologic, psychiatric, or malignant diseases or pregnancy,[49] both hospital patients and population-based controls [48] and hospital visitors.[43] While the use of hospital controls may be efficient, concerns are often raised as to whether the controls are representative of the population from which the cases arose in terms of the exposures they experienced or their underlying risk for cancer. This is a particular concern with the study by Wong, et al, [36] which is the largest of the hospital-based case-control studies and one that found no association between talc use and ovarian cancer (OR=0.92, 95% CI 0.24-3.62). The control group in this study was "female patients treated for non-gynecologic malignancies during the same period". Standard epidemiologic textbooks (e.g., Rothman, *Modern Epidemiology[140]*) state that controls should be selected from the same source population or study base that gives rise to the cases. It is difficult to make the argument that other cancer patients represent the source population from which the ovarian cancer cases arose, which suggests that this was a poor choice of a control group that could have led to biased findings.

Another of the hospital-based studies, the study by Tzonou et al.[43] which reported a relative risk of 1.05, also had a significant limitation. This study was conducted in Greece, and the overall prevalence of talc use in the study population was 3.5%. Given the small sample size and the low prevalence of exposure, this population was ill-suited to study the relation between talc use and ovarian cancer.

As noted in the meta-analysis by Penninkilampi and Eslick, [56] the hospital-based studies were older (published before 2000) and with the exception of the Wong study [36], all were smaller studies that included fewer than 200 cases. The summary odds ratios from the hospital-based studies was lower but not significantly different than the summary odds ratio from

population-based studies (OR 1.22 versus 1.33, respectively),[56] a result that is not surprising given the important limitations in some of the hospital-based studies.

While there is no ideal method for control selection, arguably population-based control recruitment is more likely to result in a control group that is representative of the population from which cases arose. All of the larger case-control studies that investigated talc use and ovarian cancer (i.e., those with more than 500 cases) were population-based,[13,23,25,29,30,33,42,123,137] which should have minimized selection bias.

Recall Bias: Recall bias is another possible bias in case-control studies. Recall bias is defined as systematic error due to differences in accuracy or completeness of recall of prior events or experiences.[134] It is a concern with case-control studies because information on exposures is obtained through interviews or questionnaires completed after the cases have already been diagnosed with the disease. It is thought that people affected with a disease may have given more thought to possible causes of that disease and have more accurate recall of risk factors than a person serving as a control in the study.

A distinction is made between *recall bias*, which arises from cases recalling exposures differently than controls, and *inaccurate recall* of an exposure that is difficult to remember with precision. Recall bias, which is considered differential misclassification between cases and controls, can result in either an overestimate or underestimate of the true relative risk. Inaccurate recall that occurs to a similar degree in cases and controls is considered non-differential misclassification, and for a dichotomous outcome (e.g., ever vs. never use of talc) will typically result in an underestimate of the true relative risk. An exposure like talc use, especially when assessing use over many years, is clearly one that is subject to a certain amount of inaccurate recall. However, inaccurate recall alone would not result in the consistently increased relative risks observed in the vast majority of the case-control studies of talc use and ovarian cancer.

Therefore, recall bias, which theoretically could result in a biased estimate of the relative risk, must be considered. Situations where recall bias would be considered a particular threat to a study's validity would be: 1) the exposure of interest is one that could be considered sensitive (e.g., illicit drug use, induced abortions), 2) the study hypotheses are known to the

study subjects or interviewers, or 3) there has been considerable media attention focused on an exposure.

In regard to the first situation, genital talc use, while addressing a rather personal topic, would not be considered a particularly sensitive topic. One would not expect that women would be disinclined to report its use out of embarrassment or a desire to report what is perceived to be more socially acceptable as has been reported for exposures like induced abortion.[141]

As to the second point regarding the blinding of the interviewers and the study participants to the study hypotheses, this is standard practice in epidemiologic research. In addition, in the typical case-control study, the investigators are collecting a tremendous amount of questionnaire data to address numerous hypotheses and there is not a particular focus on a single exposure. As an example, the questionnaires from AACES and the North Carolina Ovarian Cancer study each took approximately 1 - 1.5 hours to administer and collected information on a large number of exposures including pregnancy history, contraceptive and hormone use, family history of cancer, medical history, psychosocial factors and lifestyle factors. Data were collected on factors that were expected to be associated with increased risk (e.g., family history of cancer, history of infertility, menopausal hormone use, talc use) as well as those expected to be associated with decreased risk (e.g., oral contraceptive use, pregnancies, physical activity). Given the broad range of hypotheses and the numerous exposures that the cases and controls were queried about and the fact that neither cases nor controls were told in advance of the interview about the specific topics that would be covered, it is unlikely that the women with ovarian cancer would have given more thought to their talc use resulting in substantial systematic over-reporting of talc use among cases. This is supported by studies of other cancers that used empirical data to assess the likely effect of recall bias on relative risk estimates when investigators examined numerous exposures and concluded that recall bias did not consistently lead to increased estimates of the relative risk. [142-144]

Further evidence that recall bias in case-control studies does not inevitably lead to an overestimate of the association between a risk factor and exposure comes from a recent review of meta-analyses of observational studies by Lanza et al.[145] This review analyzed a random

sample of 23 meta-analyses of observational studies addressing different exposure/disease associations published in 2013 and compared findings from case-control studies and cohort studies within individual meta-analyses to determine if conclusions from case-control studies were significantly different from those from cohort studies. The authors concluded that there was no significant difference in effect estimates between the case-control and cohort studies, suggesting that the study design did not have an important impact on the conclusions of the meta-analyses. Although recall bias *theoretically* could lead to an overestimate of the association between a risk factor and disease, the empirical evidence indicates that in practice the effect is small in most situations.

The third situation of the effect of media attention on an exposure deserves consideration as there has been reporting in the lay press in recent years about lawsuits involving talc and ovarian cancer. This concern is not relevant to the vast majority of the studies as virtually all of the data collection in the epidemiologic studies of talc and ovarian cancer occurred prior to such litigation. However one notable exception is AACES,[13] which began enrollment in 2010 and included data collected up through August, 2015. At the recommendation of the reviewer who critiqued the manuscript when it was submitted for publication, our group examined the association between talc and ovarian cancer stratified by the date of enrollment. The odds ratio for genital talc use and ovarian cancer was 1.44 for the overall study population and 1.19 for the participants interviewed before 2014. These data do give some credence to the idea that recall bias could have led to the higher odds ratios when including women interviewed during the time when there was more media attention focused on this exposure, however the fact that the association was attenuated but not eliminated when considering the full study population suggests that the association is not due entirely to recall bias.

Another way to approach the issue of whether recall bias is a likely explanation for the association between talc use and ovarian cancer is to consider whether the association was observed for other gynecologic cancers. The data are admittedly very sparse in this regard, however the only published case-control study of talc use and endometrial cancer reported an odds ratio of 0.88 (95% CI 0.68 – 1.14).[67] A study of ovarian cancer that was conducted by

23

several of the same investigators as the endometrial cancer study used similar methodology, was conducted in a similar timeframe (early to mid-2000s) in the same geographic region (Australia) and reported a similar prevalence of talc use in the study population. In contrast to their endometrial cancer study in which the investigators observed a non-significant inverse association with talc use, the investigators found a statistically significant increased risk for ovarian cancer associated with talc use (odds ratio=1.17, 95% CI 1.01 – 1.36).[123] While this comparison clearly needs to be interpreted cautiously because there is only a single published case-control study of talc use and endometrial cancer, it does provide evidence to suggest that the association between talc and ovarian cancer observed in most case-control studies is not due simply to recall bias.

Cohort Studies – Strengths and Weaknesses: In contrast to the case-control study, the prospective cohort study design is less susceptible to the selection bias and recall bias described above. Women who develop cancer and the comparison group are from the same population (the cohort) so the bias that could arise from improperly selecting a control group is minimized. Similarly, because the exposure information is collected before the diagnosis of cancer, one would not expect that recall of exposures would differ between the women who went on to develop cancer and those who remained free of cancer.

Despite these advantages, cohort studies do have some important disadvantages in relation to studying cancer etiology. The first is that even with large cohorts, it takes many years for a reasonable number of cancers to develop within the cohort, especially for an uncommon cancer like ovarian cancer. When considering the statistical power of a study to assess the association between an exposure and a disease, the size of the cohort is not the only driver of study power. A more critical consideration is the number of cases that develop within the cohort, which in turn is dependent on the length of follow-up of the larger cohort. Therefore, a large cohort with a relatively short duration of follow-up during which time a small number of cases developed among cohort will have low statistical power. In contrast, the total sample size of a case-control study is likely to be much smaller than a cohort study, but if it has a larger number of cases, it will have greater statistical power than the cohort study.

Among the three cohort studies included in the most recent meta-analysis,[56] the Nurses' Health Study reported 307 cases in a cohort of 78,630 women after approximately 14 years of follow-up;[34,146] the Women's Health Initiative reported 429 cases in a cohort of 61,576 women after a mean of 12.4 years of follow-up[27] and the Sister Study reported 154 cases in a cohort of 41,654 women after a mean of 6.6 years of follow-up.[24] Even with tens of thousands of women in these studies, the number of ovarian cancer cases within each cohort is smaller than the number of ovarian cancer cases in many of the case-control studies. In particular, the number of cases within the Sister Study is smaller than the number of cases in any of the case-control studies published since 1993. As described in a commentary by Narod[81], the lack of a significant overall association between ever use of talc and ovarian cancer in the cohort studies may be due to the fact that the despite the large size of the cohorts, the studies were not adequately powered to detect a relative risk of approximately 1.2.

Another limitation of cohort studies that is of greater relevance to the question of talc use and ovarian cancer is information bias related to exposure assessment. Cohort studies are typically designed to examine many different outcomes that develop within the study population over time. The Nurses' Health Study (http://www.nurseshealthstudy.org/selected-publications) and Women's Health Initiative (https://www.nhlbi.nih.gov/whi/references.htm) have reported on many different outcomes including, but not limited to, multiple types of cancer, cardiovascular diseases, fractures, gastrointestinal conditions and mental health. In contrast, case-control studies focus on a single disease, such as ovarian cancer. Because cohort studies are designed to examine diverse outcomes, the questionnaires must obtain data on risk factors that are relevant to a wider variety of diseases. To keep the questionnaire to a manageable length, a cohort study will typically query about more risk factors but in less detail than a case-control study that is focused on a single disease. This is the case with the talc questions, with the cohort studies collecting less detailed information on talc use, especially in regard to duration and frequency of use, than most of the case-control studies.

It is also worth noting that cohort studies are also subject to recall errors, especially when assessing exposures that began early in life. When the cohort studies assessed talc use, they were asking women to recall their past use of the products up to the point of interview,

similar to how exposure is assessed in the case-control studies. In the Nurses' Health Study, the cohort members were aged 36 to 61 at the time talc use was assessed in 1982, and in the Women's Health Initiative, the mean age at enrollment was 63. Because many women initiate use of talc at a young age, the study participants would have been recalling exposures over several decades, and it stands to reason that there would be some errors in recall. Therefore, in cohort studies as in case-control studies, reported talc use was subject to some degree of inaccurate recall. This likely resulted in non-differential misclassification of the exposure, which usually results in an underestimate of the true relative risk.

Another concern with exposure assessment in cohort studies that is highly relevant to the question of talc use in relation to ovarian cancer is that risk factor information can change over time. If the questionnaire data that were collected when the cohort was assembled do not include a comprehensive exposure history to that time point and are not updated over time, the information may not reflect the complete exposure history of an individual in the time before she was diagnosed with cancer. This could result in some talc users being incorrectly identified as non-users or in incorrect estimates of the duration of exposure.

Incomplete exposure assessment is a potential problem for each of the three cohort studies that have reported on talc use and ovarian cancer, however it is a particular issue for the Sister Study [24] which reported a non-significant inverse association between talc use and ovarian cancer (relative risk of 0.73, 95% CI 0.44 – 1.20). Each of the cohort studies assessed talc use at a single point in time and did not update the information at subsequent follow-up interviews. The Nurses' Health Study collected limited information on talc exposure in 1982, and did not collect additional data on talc use in subsequent questionnaires between 1982 and when the results were described in papers published in 2000 [34] and 2010. [146] Similarly, the Women's Health Initiative collected information on talc exposure when the women were enrolled into the study and did not obtain updated information during the years the cohort was followed. Therefore, any use of talc after that single exposure assessment was not captured, and there would be a certain amount of misclassification of the exposure in both the women who subsequently developed ovarian cancer and those who did not. If the misclassification was non-differential, meaning that the degree of misclassification was similar between the women

26

who developed ovarian cancer and those who did not, the predicted effect would be a bias towards the null.[140] In other words, non-differential misclassification of talc exposure (as a dichotomous variable) would mean that the observed relative risk was not as strong as it would have been if there had been not misclassification.

The degree of misclassification of exposure in the Sister Study [24] is apparently much greater than in the other cohort studies. Use of talc was assessed through questions about personal care products used only in the 12 months prior to enrollment, including genital talc use in the form of powder or spray applied to a sanitary napkin, underwear, diaphragm, cervical cap or vaginal area. This assessment is essentially a "snapshot" of talc use during a short period of time, capturing neither the cumulative use of talc up to that point nor any subsequent use of talc after the baseline interview. Not surprisingly, the reported prevalence of talc use was quite low in this study. The 14% prevalence reported in the Sister Study was markedly lower than the other two cohort studies (40.2% in the Nurses' Health Study [34] and 52.6% in the Women's Health Initiative [27]) as well as in nearly all of the case-control studies. In addition to underestimating the prevalence of talc use in their population, their assessment of talc only during the year prior to enrollment probably did not capture exposure during the most relevant period of the woman's life. As the authors acknowledged in their paper, if latency (the time between exposure and diagnosis of cancer) is 15 to 20 years, the exposure assessments do not accurately reflect the period of risk. The limitations in the assessment of talc use raise serious questions about the validity of the findings from the Sister Study for this particular exposure. It is impossible to predict the direction or the magnitude of the association between talc use and ovarian cancer if the Sister Study had conducted a more complete assessment of the exposure.

A further limitation of the exposure assessment in the Nurses' Health Study and Women's Health Initiative is that neither assessed both the frequency and duration of use of talc. This additional limitation has ramifications for assessing dose-response gradients, which will be discussed in a later section of this report.

While cohort studies are often considered a stronger study design for assessing causal relationships between an exposure and outcome, this is not absolutely true for all exposures and outcomes. Rather than making a judgement about the quality of evidence based solely on

27

study design, it is important to consider study design from a more nuanced perspective and consider whether a cohort or case-control study provides the most optimal assessment of the exposure and outcome. As described above, each of the three cohort studies that has addressed talc use and ovarian cancer risk had substantial limitations in their assessment of talc use within their study population, which weakens their conclusions that talc use is not significantly associated with ovarian cancer risk.

In addition, the Sister Study,[24] which is a study that was designed primarily to examine breast cancer outcomes among women who had a sister with breast cancer, the small number of ovarian cancer cases despite the large size of the cohort and the inadequate assessment of talc exposure arguably make it a much weaker study than some of the larger, well-designed population-based, case-control studies. Notably, this study, with a relative risk estimate of 0.73 (95% CI 0.44 – 1.20) [24] could be considered an outlier as it is only one of two studies that reported a relative risk substantially less than 1, the other being Hartge's 1983 hospital-based case-control study.[49]

Uncontrolled Confounding in Observational Studies: Uncontrolled confounding is a potential concern in both case-control and cohort studies since they are observational studies. If a factor is associated with talc use *and* is a risk factor for ovarian cancer and is not accounted for in the statistical analysis, it could confound the association between talc use and ovarian cancer. In other words, if there is confounding, the increased risk observed with talc use could be due to the failure to account for the other risk factor. Vaginal douching, which was found to be associated with ovarian cancer risk in the Sister Study, was examined as a potential confounder of the association between talc use and ovarian cancer.[24] Their analyses showed that adjusting for douching using statistical modelling had a negligible effect on the association between talc use and ovarian cancer, providing no evidence of confounding. Other studies have either found an association between talc and ovarian cancer when controlling for douching [44] or found no association between douching and ovarian cancer,[49] thus the available data do not support that douching is a confounder of the association between talc and ovarian cancer. Although uncontrolled confounding is a theoretical possibility, to my knowledge, in the more

28

than 30 years of research on talc and ovarian cancer no such confounder has been identified that could account for the increased risk associated with talc use.

Overall, the meta-analyses indicate a high level of consistency in findings, especially from the case-control studies. Although weaker associations were observed in the cohort studies, the most recent meta-analysis did report statistically significant associations with invasive serous ovarian cancer in the cohort studies as well as in the case-control studies that reported on histologic subtype.[56] As a whole, the weaker associations observed for the cohort studies could be plausibly explained by limited methods used for talc exposure assessment, the limitations described above, including the most recent cohort study by Gonzalez, et al.,[24] which will have the predicted effect of biasing the results towards the null (i.e., showing an effect that is weaker than the true effect).

Taken as a whole, the overwhelming statistical strength of these studies, whose results are replicated over decades across a wide variety of populations and investigators, further supported by consistent meta-analysis, weighs very heavily in favor of a causal inference.

**Temporality**

Temporality is the only consideration that is an absolute criterion when making a judgment of causality. This criterion states that a cause (the exposure) must precede the effect (the outcome of interest) in time. Both the cohort and case-control studies that examined talc use in relation to ovarian cancer assessed talc exposure that preceded the diagnosis. In cohort studies, the questionnaire data are obtained before any women in the cohort have a diagnosis of ovarian cancer, and in the case-control studies, women with ovarian cancer are asked to report on exposures that occurred before their diagnosis and controls are asked to report on exposures that occurred in a similar time frame. Therefore, there is no question that the exposure assessment captured talc exposure that preceded the diagnosis of ovarian cancer. Nevertheless, this factor is not highly weighted; while its absence would be fatal to a causal inference, its presence is not particularly compelling support for causation.

**Biological Gradient**

29

Associations that show evidence of a biological gradient, or dose-response relationship, are considered to have stronger evidence of causality. While the inconsistencies in reported dose-response trends for talc and ovarian cancer have been noted in some meta-analyses and reviews, e.g.,[51,54] there are several considerations about this exposure that should be taken into account.

First, for an association like talc and ovarian cancer, the dose that is most relevant is the amount of talc that actually reaches the fallopian tubes and ovaries. The epidemiologic data rely on measures of external application as a surrogate of the level of exposure, not the actual exposure in the upper genital tract.

Second, there is some inherent inaccuracy in the measurement of the exposure, as the participants in most studies were asked to recall their duration and/or frequency of use over many years.

Third, the dose of talc exposure has been assessed differently across the studies. Some studies assessed only duration of use (months or years), some assessed only frequency of use (e.g., number of days per month) and some used measures of both duration and frequency to come up with a measure of total dose (estimated lifetime number of applications). The limitations of relying on duration or frequency alone as a measure of talc dose are apparent. For certain exposures, oral contraceptive use for example, duration of use is a good measure of total exposure because the pills are taken once daily. In contrast, patterns of talc exposure may be more inconsistent. Some women may use it daily, others only during their menstrual periods, others may apply it only during certain times of the year and others may have still different patterns of use. Measures of exposure based only on duration of use or only on frequency of use could result in inaccurate estimates of total exposure and obscure a dose-response relationship.

Some of the meta-analyses have cited the lack of a clear dose-response relationship as an argument against talc being a cause of ovarian cancer, and when considering measures of either years of talc use or number of applications of talc per month, there is considerable heterogeneity across studies. When considering the studies that examined dose-response associations considering both dose and frequency to estimate the total number of applications

30

of talc,[13,14,25,29,30,32,35,41], the majority [13,14,25,30,32] did find significant trends of higher risk with more lifetime applications of talc.

Terry, et al. [14] noted in the pooled analysis of eight case-control studies that the trend for increasing risk for non-mucinous ovarian cancers with an increasing number of genital powder applications was significant when non-users were included in the analysis, but the trend was not significant when the analysis was restricted to ever users. The authors therefore concluded that the significant trend was largely due to the comparison of women who had ever used talc versus those who had never used it, suggesting that the dose-response relationship was not a simple linear increase in risk with greater exposure to talc.

While there is evidence of a dose response relationship in the majority of the studies that considered both frequency and duration of use (i.e., total number of applications), these observations are less consistent than the overall association between talc and ovarian cancer. There are several possible reasons why not all studies observed dose-response relationships, even when an overall association was observed in the study. First, there is likely to be greater inaccuracy in the recall of duration of use as compared to ever/never use, which would tend to obscure a dose-response relationship. Second, when "ever-users" were stratified into duration of use categories, it often resulted in strata with small numbers of women, resulting in less stable relative risk estimates within the duration categories. Third, as noted by Terry, et al.[14], the dose-response relationship may not be a simple linear trend. In many of the studies, even the women in the lowest exposed category had hundreds of episode of talc exposure. Because there could have been considerable exposure even among the women in the "low" exposure categories, greater exposure may not have resulted in substantially increased risk and thus a linear trend may not have been apparent.

Overall, biological gradient was given lesser weight in my assessment of the literature, based on: 1) some of the studies that assessed a dose-response relationship evaluated only duration or frequency of use and not total number of applications, 2) duration and frequency of use are subject to more misclassification than ever use of talc, 3) small sample sizes within strata lead to unstable estimates, and 4) there is the possibility of a non-linear dose-response relationship. Nonetheless, even with these limitations, there was still evidence of a dose-

31

response relationship in the majority of studies that evaluated it based on the total number of applications.

**Biologic Plausibility**

Biological plausibility refers to whether there is a reasonable biological mechanism through which the exposure could lead to the disease. Hill is quick to point out that biological plausibility depends on the current state of scientific knowledge. Specifically, Hill wrote "It will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced we cannot demand. What is biologically plausible depends upon the biological knowledge of the day." It is clear that from these statements that the consideration of biological plausibility does not require that that there is a *proven* biological mechanism to make a judgment of causality between an exposure and disease. Therefore, for this Hill consideration, a scientist looks for biological evidence that might explain the associations that are observed in the epidemiologic studies. In other words, one has to see whether the observed association "makes sense" biologically. In this case, I have considered both clinical plausibility and biological plausibility. Both of these show that the association seen in the epidemiologic studies "makes sense."

It is probably safe to say that our understanding of the complex biological processes that lead from exposure to disease is incomplete for all cancers. In some instances, the precise biological mechanisms by which an exposure leads to disease remain unclear and in others, some mechanisms are well-established but there is not a complete understanding of why some exposed individuals develop the disease and others do not. An example of the former is alcohol consumption as a cause of breast cancer. While alcohol is considered by IARC to be an established cause of breast cancer, [128] recent publications still describe the association as one in which the exact biological pathways are unclear, even though several possible mechanisms have been hypothesized (i.e., metabolism to acetaldehyde or effects on estrogen levels).[147,148] An example of the latter is smoking and lung cancer. Mechanisms of carcinogenesis from constituents of tobacco smoke have been well-described,[149] however it remains unclear as to why some smokers are more susceptible to developing lung cancer. In short, it is important to

32

recognize that biological plausibility depends on the current state of knowledge and may evolve over time as new evidence emerges.

When considering the likelihood of talcum powder products causing ovarian cancer, there is robust data that leads to the conclusion that there are biologically plausible mechanisms by which this exposure could lead to ovarian cancer. Specifically, 1) talcum powder products can migrate from the perineum through the genital tract to the ovaries and fallopian tubes, 2) talcum powder products can become imbedded in the ovarian tissue; 3) talcum powder products can induce an inflammatory response, and 4) the inflammatory response can result in increased oxidative stress and expression of cytokines, mutagenesis, and cell proliferation.

Pathology studies have demonstrated that particles may ascend the female genital tract from the vagina to the fallopian tubes and ovaries,[150,151] and talc particles have been identified in ovarian tissue.[71,76,78,79] In fact, the FDA's 2014 response to the Citizen's Petition requesting a cancer warning label on cosmetic talc products states that "the potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable".[152] Therefore, it is highly plausible that application of talcum powder products to the genital area can result in exposure to the ovaries.

It is also plausible that inhalation of talc products could also be a route of exposure leading to cancer. Studies of asbestos exposure indicate that inhalation of asbestos fibers can result in exposures to the peritoneal tissue, through transport through the lymphatic system and/or blood.[153-155] There is strong evidence that such exposure can result in cancer, most notably mesothelioma. Inhalation of talcum powder products could result in similar peritoneal exposure.

Given the evidence that external application of talcum powder products can reach the ovaries either through upward migration through the genital tract or through inhalation and subsequent transport through the lymphatic system and/or blood, there are plausible biological pathways by which talc could lead to the development of ovarian cancer.

It is well-established through several lines of evidence that talc can cause inflammation. The inflammatory properties of talc are exploited for clinical use in talc pleurodesis, a treatment

33

for malignant pleural effusions or pneumothorax that involves instillation of talc into the pleural space.(https:www.uptodate.com/contents/talc-pleurodesis) The resultant inflammation and fibrosis result in adhesion of the layers of the pleura, closing the pleural space. The inflammatory properties of talc are also evident in that chronic or acute exposure to talc through inhalation which can result in pulmonary talcosis, a chronic inflammation of the lower respiratory tract.[156,157] Animal studies also confirm that talc causes inflammation, as experiments in rats treated with intra-vaginal or perineal talc showed inflammatory changes in the genital tract.[70] Although neoplastic changes were not observed in this experiment, this could be explained by the small number of animals (n=7) in each group or the duration of the experiment (3 months).

Inflammation has been identified as one of the hallmarks of cancer, with both extrinsic and intrinsic pathways described.[158,159] Talc would be characterized as being involved in an extrinsic pathway, in which an exposure or condition results in chronic, non-resolving inflammatory responses. Chronic inflammation can lead to a cascade of cellular events that could result in damage to DNA, increased cell division and generation of inflammatory mediators.

Recent work by Saed, Fletcher, et al.[160,161] describes the role of oxidative stress in the pathogenesis of ovarian cancer and the effects of talc on the oxidative state of ovarian cancer cell lines. Oxidative stress results when the balance between oxidant and anti-oxidant enzymes and molecules in cells is altered, resulting in an excess of reactive oxygen species or reactive nitrogen species. Oxidative stress, which can result from numerous factors including exposure to carcinogens, infection and chronic inflammation, has been shown to affect the initiation, promotion and progression of several types of cancer. Saed, et al. have reported that talc can generate a pro-oxidant state in both normal ovarian epithelial cells and ovarian cancer cells. Exposure to talc resulted in an increase in mRNA levels of certain pro-oxidant enzymes and a decrease in the mRNA of several anti-oxidant enzymes, suggesting a possible cellular mechanism by which exposure to talc could contribute to the development of ovarian cancer.

There is also evidence in the medical literature that talc products contain additional constituents that are known ovarian carcinogens, particularly asbestos.[162-166]

Asbestos is one of the most established carcinogens in our environment, and is associated with a variety of cancers including mesothelioma, lung, larynx and ovarian.[167,168] IARC has stated that "a causal association between exposure to asbestos and cancer of the ovary was clearly established," based on strongly positive cohort mortality studies of women with occupational exposure to asbestos as well as studies of women with environmental exposure to asbestos.[169] The Occupational Safety and Health Administration has stated that "there is no safe level of asbestos exposure for any type of asbestos fiber" and that asbestos exposures as short as a few days have resulted in cancer (mesothelioma), indicating that even low levels of exposure may be carcinogenic. (https://www.osha.gov/SLTC/asbestos/)

Although it has been often stated that talc products manufactured after 1976 are asbestos-free, evidence from published scientific reports, [57,162] analyses performed on samples manufactured and packaged at different time points after 1976,[170-173] and internal documents and testimony from the defendants demonstrate that statement is inaccurate.[174,175] There is evidence that products manufactured after 1976 are not asbestos-free. Studies from Longo, et al. show that talc products can contain asbestos and talc containing asbestiform fibers (e.g., talc occurring in a fibrous habit).[170,171] Therefore it is reasonable to conclude that women who regularly used talc products, both before and after 1976, were likely exposed to asbestos and talc containing asbestiform fibers through their use of these products.

 Analyses of talcum powder products also demonstrate the presence of other constituents such as chromium and nickel which are well established carcinogens, and cobalt which is considered a possible carcinogen.[169,174] I have also reviewed a report analyzing the 150+ known fragrance ingredients in talcum powder products, many of which have been determined harmful to humans.[176] The presence of these substances provide further evidence that exposure to talc products could result in cancer

It is also plausible that even among women recently diagnosed with ovarian cancer, exposure to the pre-1976 talc products, which are generally understood to have contained asbestos and talc containing asbestiform fibers, increased their risk for ovarian cancer. It is well-established that many cancer risk factors have a long latency, which the National Cancer Institute defines as "the time that passes between being exposed to something that can cause

35

disease and having symptoms". Numerous examples of cancer risk factors with prolonged latency periods exist. For example, lung cancer typically is not diagnosed among cigarette smokers for several decades after initial exposure [177] and having severe sunburns during childhood is a risk factor for melanoma,[178] which has a median age of diagnosis of 63 years. [135]

It has also been reported that the latency period between exposure to asbestos and mesothelioma (the cancer most strongly linked to asbestos exposure), ranges from 15 to more than 70 years.[179,180] The median latency has been estimated at 22 to 32 years, with longer latency periods estimated for women than for men.[179,180] Thus, it is not unreasonable to conclude that exposure to talc products early in a woman's life could result in ovarian cancer decades later.

Further, other established risk factors for ovarian cancer also demonstrate long latency periods. Oral contraceptive use and history of pregnancy are two of the factors that are most consistently reported in association with ovarian cancer (both of which reduce risk). Although, these are "exposures" that typically occur when women are in their teens, twenties or thirties, the median age of diagnosis of ovarian cancer is 61 years, suggesting that events and exposures from early in a woman's reproductive life can influence her risk for ovarian cancer decades later.

The totality of this evidence indicates that there are plausible biological pathways by which use of talc products could lead to ovarian cancer. There is clear evidence that external applications of these products can result in exposure to the ovaries, through upward migration through the genital tract or inhalation exposure. Once exposed, there are plausible biological mechanisms, by which talc itself or constituents of the talcum powder product could lead to carcinogenic transformation of ovarian cells. This includes credible evidence that talc products contain asbestos fibers, a known ovarian carcinogen, regardless of whether they were manufactured before or after 1976. While it is likely that advances in scientific knowledge may further refine our understanding of how talc exposure can lead to ovarian cancer, our current knowledge is adequate to conclude that there are plausible biological pathways leading from talc exposure to ovarian cancer.

I have considered the biologic plausibility that would support and detract from the hypothesis that talcum powder products can cause ovarian cancer. The more persuasive evidence is that talc can migrate to the ovaries through the genital tract and become imbedded in ovarian tissue. It is also plausible that talc could reach the peritoneal cavity through an inhalation route. Regardless of the route of exposure, it is clear that talcum powder products, including constituents like asbestos and fibrous talc, may cause an inflammatory response and oxidative stress that could lead to cell damage. These biologically plausible mechanisms are a persuasive explanation for the consistent increased risk we have observed in the epidemiologic studies. *Simply put, the observed association "makes sense" biologically.* Along with consistency and strength, I considered this a strong factor favoring a causal inference.

**Specificity**

As described by Hill,[121], if specificity exists between an exposure characteristic and disease, it provides strong evidence of causality. However, he also stated that "one-to-one relationships are not frequent …multi-causation of disease is generally more likely that single causation". Clearly, ovarian cancer has multiple causes, with talc exposure among many known risk factors. From the standpoint of there being a "one-to-one relationship" between talc and ovarian cancer, there is not a high level of specificity. However, given that talcum powder products are particularly associated with epithelial ovarian cancer, especially serous ovarian cancer, it does support that it is a fairly specific relationship. This aspect was given only modest weight, because talc is one of many possible causes of ovarian cancer.

**Coherence**

It is recognized that the plausibility depends on the current state of biological knowledge. Knowledge of the biological mechanisms for ovarian carcinogenesis (and virtually any other disease) is incomplete and will continue to evolve as further research continues. Coherence, as described by Hill, means that, even if the knowledge of biology of the disease is not well-defined, the "data should not seriously conflict with the generally known facts of the natural history and biology of the disease".[121] Given the current state of knowledge of ovarian

37

carcinogenesis, the postulated mechanisms by which talc exposure leads to ovarian cancer do not conflict with the current state of knowledge on ovarian carcinogenesis. This aspect was given considerable weight as it is important that the overall evidence fit together in a coherent manner. Taking into account the plausible pathways by which talc products could reach the target tissue, the expected latency period between exposure and disease, and biological mechanisms that are consistent with our knowledge of carcinogenesis, the data are consistent with the natural history and biology of ovarian cancer.

**Experiment**

As described above, the epidemiologic data on talc use and ovarian cancer are from observational studies, therefore there are no clear cut experimental data on which a causal assessment can be made. Hill acknowledged that experimental data are often not available for the exposure/disease associations under study, but in some circumstances, experimental or semi-experimental evidence is available.[121] For example, if a preventive action is taken to remove the exposure and the incidence of disease declines, there is strong support for a causal relationship. No such experimental evidence is available for talc use and ovarian cancer.

**Analogy**

The final viewpoint defined by Hill [121] is analogy, whereby evidence of an association with one risk factor would suggest that a similar risk factor could also plausibly be associated with the disease. Because this viewpoint is rather vague, it is often not incorporated into causal assessments. Nevertheless, while I did not weight it heavily, the similarity between asbestos and asbestiform talc – both of which are widely accepted as causing ovarian cancer – is supportive of this viewpoint.

**Conclusion**

Epidemiologic evidence linking genital talc use to ovarian cancer has been accruing since 1982.[50] As I evaluated this evidence, I considered the results from individual studies with different designs (case-control and cohort) as well as meta-analyses and a pooled analysis of

multiple case-control studies. In my evaluation of the data, I considered the strengths and weaknesses of individual studies, recognizing that there are advantages and disadvantages of both case-control and cohort studies for evaluating talc as a risk factor for ovarian cancer. I used the Bradford Hill framework as a guide for making my weight of the evidence assessment of whether there is evidence for a causal association between talc use and ovarian cancer.

The epidemiologic evidence I evaluated was derived from more than two dozen studies conducted in many different settings. The vast majority of studies reported relative risks or odds ratios greater than one, indicating that women with ovarian cancer were more likely to have used talc products than women without ovarian cancer. Meta-analyses, which combine findings across multiple studies to come up with an overall estimate of risk that is more statistically robust, have consistently reported that there is a statistically significant increased risk for ovarian cancer among women who reported genital talc use. While meta-analyses have noted that the relative risk estimates from case-control studies have been larger than from cohort studies, limitations in all of the cohort studies could explain the weaker associations observed in these studies. It is also noteworthy that the most recent meta-analysis [56] reported significantly increased risks for invasive serous ovarian cancer, which is the most common subtype as well as the one with the worst prognosis, in both cohort and case-control studies.

The epidemiologic studies that have examined talc use in relation to ovarian cancer risk have been conducted in very diverse populations, both within and outside the United States and in women of different race/ethnicities. The consistency of the findings across populations adds credibility to the findings of increased risk of ovarian cancer among talc users.

The relative risk estimates in most studies and the summary relative risk estimates from the meta-analyses are of a magnitude (~1.25-1.30) that is comparable to other common exposures that are causally related to cancer (e.g., passive smoke exposure and lung cancer, oral contraceptive use and breast cancer, menopausal estrogen use and breast cancer, residential radon exposure and lung cancer). Additional evidence supportive of talc being an ovarian cancer risk factor are biologically plausible mechanisms based on inflammation pathways, oxidative stress and the presence of asbestos, asbestiform talc, and other known

carcinogens in talcum powder products. Evidence of a dose-response relationship exists in many of the studies that considered both duration and frequency of exposure.

Based on the evidence in total, it is my opinion with a reasonable degree of scientific certainty that use of talcum powder products can cause ovarian cancer. I reserve the right to modify or refine my opinions based on additional scientific evidence that may emerge on this topic.

## References

1. Schildkraut JM, Alberg AJ, Bandera EV, et al. A multi-center population-based case-control study of ovarian cancer in African-American women: the African American Cancer Epidemiology Study (AACES). *BMC cancer.* 2014;14:688.

2. Newman B, Moorman PG, Millikan R, et al. The Carolina Breast Cancer Study: integrating population-based epidemiology and molecular biology. *Breast Cancer Res Treat.* 1995;35(1):51-60.

3. Moorman PG, Myers ER, Schildkraut JM, Iversen ES, Wang F, Warren N. Effect of hysterectomy with ovarian preservation on ovarian function. *Obstet Gynecol.* 2011;118(6):1271-1279.

4. Alberg AJ, Moorman PG, Crankshaw S, et al. Socioeconomic Status in Relation to the Risk of Ovarian Cancer in African-American Women: A Population-Based Case-Control Study. *Am J Epidemiol.* 2016;184(4):274-283.

5. Moorman PG, Alberg AJ, Bandera EV, et al. Reproductive factors and ovarian cancer risk in African-American women. *Ann Epidemiol.* 2016;26(9):654-662.

6. Erondu CO, Alberg AJ, Bandera EV, et al. The Association Between Body Mass Index and Presenting Symptoms in African American Women with Ovarian Cancer. *J Womens Health (Larchmt).* 2016;25(6):571-578.

7. Newman B, Mu H, Butler LM, Millikan RC, Moorman PG, King MC. Frequency of breast cancer attributable to BRCA1 in a population-based series of American women. *JAMA.* 1998;279(12):915-921.

8. Moorman PG, Kuwabara H, Millikan RC, Newman B. Menopausal hormones and breast cancer in a biracial population. *Am J Public Health.* 2000;90(6):966-971.

9. Moorman PG, Millikan RC, Newman B. Oral contraceptives and breast cancer among African-american women and white women. *J Natl Med Assoc.* 2001;93(9):329-334.

10. Carey LA, Perou CM, Livasy CA, et al. Race, breast cancer subtypes, and survival in the Carolina Breast Cancer Study. *JAMA.* 2006;295(21):2492-2502.

11. Millikan RC, Newman B, Tse CK, et al. Epidemiology of basal-like breast cancer. *Breast Cancer Res Treat.* 2008;109(1):123-139.

12. Trabuco EC, Moorman PG, Algeciras-Schimnich A, Weaver AL, Cliby WA. Association of Ovary-Sparing Hysterectomy With Ovarian Reserve. *Obstet Gynecol.* 2016;127(5):819-827.

13. Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). *Cancer Epidemiol Biomarkers Prev.* 2016;25(10):1411-1417.

14. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer prevention research.* 2013;6(8):811-821.

15. Havrilesky LJ, Moorman PG, Lowery WJ, et al. Oral contraceptive pills as primary prevention for ovarian cancer: a systematic review and meta-analysis. *Obstet Gynecol.* 2013;122(1):139-147.

16. Gierisch JM, Coeytaux RR, Urrutia RP, et al. Oral contraceptive use and risk of breast, cervical, colorectal, and endometrial cancers: a systematic review. *Cancer Epidemiol Biomarkers Prev.* 2013;22(11):1931-1943.

17. Moorman PG, Havrilesky LJ, Gierisch JM, et al. Oral contraceptives and risk of ovarian cancer and breast cancer among high-risk women: a systematic review and meta-analysis. *J Clin Oncol.* 2013;31(33):4188-4198.

18. Myers ER, Moorman P, Gierisch JM, et al. Benefits and Harms of Breast Cancer Screening: A Systematic Review. *JAMA.* 2015;314(15):1615-1634.

19. Oeffinger KC, Fontham ET, Etzioni R, et al. Breast Cancer Screening for Women at Average Risk: 2015 Guideline Update From the American Cancer Society. *JAMA.* 2015;314(15):1599-1614.

20. Moorman PG, Calingaert B, Palmieri RT, et al. Hormonal risk factors for ovarian cancer in premenopausal and postmenopausal women. *Am J Epidemiol.* 2008;167(9):1059-1069.

21. Moorman PG, Berchuck A, Calingaert B, Halabi S, Schildkraut JM. Antidepressant medication use [corrected] and risk of ovarian cancer. *Obstet Gynecol.* 2005;105(4):725-730.

22. Moorman PG, Schildkraut JM, Calingaert B, Halabi S, Berchuck A. Menopausal hormones and risk of ovarian cancer. *Am J Obstet Gynecol.* 2005;193(1):76-82.

23. Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian Cancer Risk Factors in African-American and White Women. *Am J Epidemiol.* 2009.

24. Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, Talc Use, and Risk of Ovarian Cancer. *Epidemiology.* 2016;27(6):797-802.

25. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and Ovarian Cancer: A Systematic Case-Control Study in Two US States. *Epidemiology.* 2016;27(3):334-346.

26. Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. *Cancer Epidemiol Biomarkers Prev.* 2015;24(7):1094-1100.

27. Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. *J Natl Cancer Inst.* 2014;106(9).

28. Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer Epidemiol Biomarkers Prev.* 2012;21(8):1282-1292.

29. Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes Control.* 2011;22(5):737-742.

30. Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. *Int J Cancer.* 2009;124(6):1409-1415.

31. Gates MA, Tworoger SS, Terry KL, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2008;17(9):2436-2444.

32. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer.* 2004;112(3):458-464.

33. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology.* 2000;11(2):111-117.

34. Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst.* 2000;92(3):249-252.

35. Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *Int J Cancer.* 1999;81(3):351-356.

36. Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol.* 1999;93(3):372-376.

37. Rosenblatt KA, Mathews WA, Daling JR, Voigt LF, Malone K. Characteristics of women who use perineal powders. *Obstet Gynecol.* 1998;92(5):753-756.

38. Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *Am J Obstet Gynecol.* 1998;179(2):403-410.

39. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer.* 1997;79(12):2396-2401.

40. Green A, Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *Int J Cancer.* 1997;71(6):948-951.

41. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol.* 1997;145(5):459-465.

42. Purdie D, Green A, Bain C, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *Int J Cancer.* 1995;62(6):678-684.

43. Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer.* 1993;55(3):408-410.

44. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol.* 1992;80(1):19-26.

45. Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol.* 1992;21(1):23-29.

46. Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. *Br J Cancer.* 1989;60(4):592-598.

47. Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *Am J Epidemiol.* 1989;130(2):390-394.

48. Whittemore AS, Wu ML, Paffenbarger RS, Jr., et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol.* 1988;128(6):1228-1240.

49. Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. *JAMA.* 1983;250(14):1844.

50. Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. *Cancer.* 1982;50(2):372-376.

51. Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. *Eur J Cancer Prev.* 2017 (published in 2018).

52. Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health.* 2008;62(4):358-360.

53. Huncharek M, Muscat J, Onitilo A, Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. *Eur J Cancer Prev.* 2007;16(5):422-429.

54. Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer Res.* 2003;23(2C):1955-1960.

55. Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *J Expo Anal Environ Epidemiol.* 1995;5(2):181-195.

56. Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. *Epidemiology.* 2018;29(1):41-49.

57. Gordon R, Fitzgerald S, Millette J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. *Int J Occup Environ Health.* 2015;21(4):347-348.

58. Hartge P, Stewart P. Occupation and ovarian cancer: a case-control study in the Washington, DC, metropolitan area, 1978-1981. *J Occup Med.* 1994;36(8):924-927.

59. Langseth H, Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scand J Work Environ Health.* 2004;30(5):356-361.

60. Bulbulyan MA, Ilychova SA, Zahm SH, Astashevsky SV, Zaridze DG. Cancer mortality among women in the Russian printing industry. *Am J Ind Med.* 1999;36(1):166-171.

61. Langseth H, Andersen A. Cancer incidence among women in the Norwegian pulp and paper industry. *Am J Ind Med.* 1999;36(1):108-113.

62. Shen N, Weiderpass E, Antilla A, et al. Epidemiology of occupational and environmental risk factors related to ovarian cancer. *Scand J Work Environ Health.* 1998;24(3):175-182.

63. Urban N, Hawley S, Janes H, et al. Identifying post-menopausal women at elevated risk for epithelial ovarian cancer. *Gynecol Oncol.* 2015;139(2):253-260.

64. Trabert B, Pinto L, Hartge P, et al. Pre-diagnostic serum levels of inflammation markers and risk of ovarian cancer in the prostate, lung, colorectal and ovarian cancer (PLCO) screening trial. *Gynecol Oncol.* 2014;135(2):297-304.

65. Williams KA, Labidi-Galy SI, Terry KL, et al. Prognostic significance and predictors of the neutrophil-to-lymphocyte ratio in ovarian cancer. *Gynecol Oncol.* 2014;132(3):542-550.

66. Crawford L, Reeves KW, Luisi N, Balasubramanian R, Sturgeon SR. Perineal powder use and risk of endometrial cancer in postmenopausal women. *Cancer Causes Control.* 2012;23(10):1673-1680.

67. Neill AS, Nagle CM, Spurdle AB, Webb PM. Use of talcum powder and endometrial cancer risk. *Cancer Causes Control.* 2012;23(3):513-519.

68. Vitonis AF, Titus-Ernstoff L, Cramer DW. Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. *Obstet Gynecol.* 2011;117(5):1042-1050.

69. Karageorgi S, Gates MA, Hankinson SE, De Vivo I. Perineal use of talcum powder and endometrial cancer risk. *Cancer Epidemiol Biomarkers Prev.* 2010;19(5):1269-1275.

70. Keskin N, Teksen YA, Ongun EG, Ozay Y, Saygili H. Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. *Arch Gynecol Obstet.* 2009;280(6):925-931.

71. Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstet Gynecol.* 2007;110(2 Pt 2):498-501.

72. Buzzard AR, Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytother Res.* 2007;21(6):579-586.

73. Muscat J, Huncharek M, Cramer DW. Talc and anti-MUC1 antibodies. *Cancer Epidemiol Biomarkers Prev.* 2005;14(11 Pt 1):2679; author reply 2680.

74. Cramer DW, Titus-Ernstoff L, McKolanis JR, et al. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2005;14(5):1125-1131.

75. Eltabbakh GH, Piver MS, Natarajan N, Mettlin CJ. Epidemiologic differences between women with extraovarian primary peritoneal carcinoma and women with epithelial ovarian cancer. *Obstet Gynecol.* 1998;91(2):254-259.

76. Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am J Obstet Gynecol.* 1996;174(5):1507-1510.

77. Boorman GA, Seely JC. The lack of an ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice. *Regul Toxicol Pharmacol.* 1995;21(2):242-243.

78. Henderson WJ, Hamilton TC, Griffiths K. Talc in normal and malignant ovarian tissue. *Lancet.* 1979;1(8114):499.

79. Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw.* 1971;78(3):266-272.

80. Rasmussen CB, Kjaer SK, Albieri V, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. *Am J Epidemiol.* 2017;185(1):8-20.

81. Narod SA. Talc and ovarian cancer. *Gynecol Oncol.* 2016;141(3):410-412.

82. Ness R. DOES TALC EXPOSURE CAUSE OVARIAN CANCER?: IGCS-0015 Ovarian Cancer. *Int J Gynecol Cancer.* 2015;25 Suppl 1:51.

83. Wentzensen N, Wacholder S. Talc use and ovarian cancer: epidemiology between a rock and a hard place. *J Natl Cancer Inst.* 2014;106(9).

84. Hunn J, Rodriguez GC. Ovarian cancer: etiology, risk factors, and epidemiology. *Clin Obstet Gynecol.* 2012;55(1):3-23.

85. Cramer DW. The epidemiology of endometrial and ovarian cancer. *Hematol Oncol Clin North Am.* 2012;26(1):1-12.

86. Huncharek M, Muscat J. Perineal talc use and ovarian cancer risk: a case study of scientific standards in environmental epidemiology. *Eur J Cancer Prev.* 2011;20(6):501-507.

87. Cramer DW, Finn OJ. Epidemiologic perspective on immune-surveillance in cancer. *Curr Opin Immunol.* 2011;23(2):265-271.

88. Sueblinvong T, Carney ME. Current understanding of risk factors for ovarian cancer. *Curr Treat Options Oncol.* 2009;10(1-2):67-81.

89. Ainsworth S. Not safe for babies' bottom? *Pract Midwife.* 2009;12(4):42.

90. Sueblinvong T, Carney ME. Ovarian cancer: risks. *Hawaii Med J.* 2009;68(2):40-46.

91. Muscat JE, Huncharek MS. Perineal talc use and ovarian cancer: a critical review. *Eur J Cancer Prev.* 2008;17(2):139-146.

92. Salehi F, Dunfield L, Phillips KP, Krewski D, Vanderhyden BC. Risk factors for ovarian cancer: an overview with emphasis on hormonal factors. *J Toxicol Environ Health B Crit Rev.* 2008;11(3-4):301-321.

93. Horiuchi A, Konishi I. [Prevention of ovarian cancer development]. *Nihon Rinsho.* 2004;62 Suppl 10:597-600.

94. Tamaya T. [Epidemiology of ovarian cancer]. *Nihon Rinsho.* 2004;62 Suppl 10:435-440.

95. Wehner AP. Cosmetic talc should not be listed as a carcinogen: comments on NTP's deliberations to list talc as a carcinogen. *Regul Toxicol Pharmacol.* 2002;36(1):40-50.

96. Sagae S, Mori M, Moore MA. Risk Factors for Ovarian Cancers: Do Subtypes Require Separate Treatment in Epidemiological Studies? *Asian Pac J Cancer Prev.* 2002;3(1):5-16.

97. La Vecchia C. Epidemiology of ovarian cancer: a summary review. *Eur J Cancer Prev.* 2001;10(2):125-129.

98. Meisler JG. Toward optimal health: the experts discuss ovarian cancer. *J Womens Health Gend Based Med.* 2000;9(7):705-710.

99. Whysner J, Mohan M. Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk. *Am J Obstet Gynecol.* 2000;182(3):720-724.

100. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst.* 1999;91(17):1459-1467.

101. Daly M, Obrams GI. Epidemiology and risk assessment for ovarian cancer. *Semin Oncol.* 1998;25(3):255-264.

102. Muscat JE, Wynder EL. Re: "Perineal powder exposure and the risk of ovarian cancer". *Am J Epidemiol.* 1997;146(9):786.

103. Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Ann Epidemiol.* 1995;5(4):310-314.

104. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. *Regul Toxicol Pharmacol.* 1995;21(2):254-260.

105. Kasper CS, Chandler PJ, Jr. Possible morbidity in women from talc on condoms. *JAMA.* 1995;273(11):846-847.

106. Tortolero-Luna G, Mitchell MF. The epidemiology of ovarian cancer. *J Cell Biochem Suppl.* 1995;23:200-207.

107. Wehner AP. Biological effects of cosmetic talc. *Food Chem Toxicol.* 1994;32(12):1173-1184.

108. Shoham Z. Epidemiology, etiology, and fertility drugs in ovarian epithelial carcinoma: where are we today? *Fertil Steril.* 1994;62(3):433-448.

109. Baker TR, Piver MS. Etiology, biology, and epidemiology of ovarian cancer. *Semin Surg Oncol.* 1994;10(4):242-248.

110. Herbst AL. The epidemiology of ovarian carcinoma and the current status of tumor markers to detect disease. *Am J Obstet Gynecol.* 1994;170(4):1099-1105; discussion 1105-1097.

111. Lauchlan SC. The secondary mullerian system revisited. *Int J Gynecol Pathol.* 1994;13(1):73-79.

112. Natow AJ. Talc: need we beware? *Cutis.* 1986;37(5):328-329.

113. Greene MH, Clark JW, Blayney DW. The epidemiology of ovarian cancer. *Semin Oncol.* 1984;11(3):209-226.

114. Longo DL, Young RC. Cosmetic talc and ovarian cancer. *Lancet.* 1979;2(8138):349-351.

115. Newhouse ML. Cosmetic talc and ovarian cancer. *Lancet.* 1979;2(8141):528.

116. Longo DL, Young RC. Cosmetic talc and ovarian cancer. *Lancet.* 1979;2(8150):1011-1012.

117. Pelfrene A, Shubik P. [Is talc a carcinogen? Review of current data]. *Nouv Presse Med.* 1975;4(11):801-803.

118. Griffiths K, Chandler JA, Henderson WJ, Joslin CA. Ovarian cancer: some new analytical approaches. *Postgrad Med J.* 1973;49(568):69-72.

119. Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. *Cancer Biol Med.* 2017;14(1):9-32.

120. Oncology L. When is a carcinogen not a carcinogen? *1.     Lancet Oncology.* 2016;17:681.

121. Hill AB. The environment and disease: association or causation? 1965. *J R Soc Med.* 2015;108(1):32-37.

122. Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol.* 1992;45(1):20-25.

123. Merritt MA, Green AC, Nagle CM, Webb PM, Australian Cancer S, Australian Ovarian Cancer Study G. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer.* 2008;122(1):170-176.

124. Shah NR, Borenstein J, Dubois RW. Postmenopausal hormone therapy and breast cancer: a systematic review and meta-analysis. *Menopause.* 2005;12(6):668-678.

125. Taylor R, Najafi F, Dobson A. Meta-analysis of studies of passive smoking and lung cancer: effects of study type and continent. *Int J Epidemiol.* 2007;36(5):1048-1059.

126. Zhang ZL, Sun J, Dong JY, et al. Residential radon and lung cancer risk: an updated meta-analysis of case-control studies. *Asian Pac J Cancer Prev.* 2012;13(6):2459-2465.

127. Karami S, Lan Q, Rothman N, et al. Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. *Occup Environ Med.* 2012;69(12):858-867.

128. IARC IAfRoC. *A review of human carcinogens.  Part E: Personal habits and indoor combustions / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans.* Vol 100E. Lyon, France2009.

129. IARC IAfRoC. *A review of human carcinogens.  Part A: Pharmaceuticals / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans* Vol 100A. Lyon, France2008.

130. IARC IAfRoC. A review of human carcinogens. Part D Radiation. 2012;100D:241-283.

131. International Agency for Research on Cancer I. *Tricholorethylene, tetrachloroethylene and some other chlorinated agents.* Vol 106. Lyon, France: International Agency for Research on Cancer; 2016.

132. Collaborative Group on Hormonal Factors in Breast C. Breast cancer and hormonal contraceptives: collaborative reanalysis of individual data on 53 297 women with breast cancer and 100 239 women without breast cancer from 54 epidemiological studies. *Lancet.* 1996;347(9017):1713-1727.

133. Chan DS, Lau R, Aune D, et al. Red and processed meat and colorectal cancer incidence: meta-analysis of prospective studies. *PLoS One.* 2011;6(6):e20456.

134. Porta M. *A dictionary of epidemiology.* 6th edition ed: Oxford University Press; 2014.

135. Siegel RL, Miller KD, Jemal A. Cancer Statistics, 2017. *CA Cancer J Clin.* 2017;67(1):7-30.

136. Goodman MT, Lurie G, Thompson PJ, McDuffie KE, Carney ME. Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. *Endocrine-related cancer.* 2008;15(4):1055-1060.

137. Lo-Ciganic WH, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, Ness RB. Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. *Epidemiology.* 2012;23(2):311-319.

138. Howlader N NA, Krapcho M, Garshell J, Miller D, Altekruse SF, Kosary CL, Yu M, Ruhl J, Tatalovich Z,Mariotto A, Lewis DR, Chen HS, Feuer EJ, Cronin KA (eds). . SEER Cancer Statistics Review, 1975-2012. In: Institute NC, ed. Bethesda, MD2015.

139. Bethea TN, Palmer JR, Adams-Campbell LL, Rosenberg L. A prospective study of reproductive factors and exogenous hormone use in relation to ovarian cancer risk among Black women. *Cancer Causes Control.* 2016.

140. Rothman KJ GS. *Modern Epidemiology.* Philadelphia, PA: Lippincott-Raven; 1998.

141. Lindefors-Harris BM, Eklund G, Adami HO, Meirik O. Response bias in a case-control study: analysis utilizing comparative data concerning legal abortions from two independent Swedish studies. *Am J Epidemiol.* 1991;134(9):1003-1008.

142. Parr CL, Hjartaker A, Laake P, Lund E, Veierod MB. Recall bias in melanoma risk factors and measurement error effects: a nested case-control study within the Norwegian Women and Cancer Study. *Am J Epidemiol.* 2009;169(3):257-266.

143. Gefeller O. Invited commentary: Recall bias in melanoma -- much ado about almost nothing? *Am J Epidemiol.* 2009;169(3):267-270; discussion 271-262.

144. Infante-Rivard C, Jacques L. Empirical study of parental recall bias. *Am J Epidemiol.* 2000;152(5):480-486.

145. Lanza A, Ravaud P, Riveros C, Dechartres A. Comparison of Estimates between Cohort and Case-Control Studies in Meta-Analyses of Therapeutic Interventions: A Meta-Epidemiological Study. *PLoS One.* 2016;11(5):e0154877.

146. Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. *Am J Epidemiol.* 2010;171(1):45-53.

147. Liu Y, Nguyen N, Colditz GA. Links between alcohol consumption and breast cancer: a look at the evidence. *Womens Health (Lond).* 2015;11(1):65-77.

148. Ratna A, Mandrekar P. Alcohol and Cancer: Mechanisms and Therapies. *Biomolecules.* 2017;7(3).

149. Hecht SS. Lung carcinogenesis by tobacco smoke. *Int J Cancer.* 2012;131(12):2724-2732.

150. Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. *Hum Reprod.* 2004;19(4):991-995.

151. Mostafa SA, Bargeron CB, Flower RW, Rosenshein NB, Parmley TH, Woodruff JD. Foreign body granulomas in normal ovaries. *Obstet Gynecol.* 1985;66(5):701-702.

152. FDA Response to Citizen's Petition (April 1, 2014), JNJ00049048-JNJ000489054

153. Bunderson-Schelvan M, Pfau JC, Crouch R, Holian A. Nonpulmonary outcomes of asbestos exposure. *J Toxicol Environ Health B Crit Rev.* 2011;14(1-4):122-152.

154. Suzuki Y, Kohyama N. Translocation of inhaled asbestos fibers from the lung to other tissues. *Am J Ind Med.* 1991;19(6):701-704.

155.  Miserocchi G, Sancini G, Mantegazza F, Chiappino G. Translocation pathways for inhaled asbestos fibers. *Environ Health.* 2008;7:4.

156.  Marchiori E, Lourenco S, Gasparetto TD, Zanetti G, Mano CM, Nobre LF. Pulmonary talcosis: imaging findings. *Lung.* 2010;188(2):165-171.

157.  Frank C LJ. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder. *Respiratory Med CME.* 2011;4:109-111.

158.  Balkwill FR, Mantovani A. Cancer-related inflammation: common themes and therapeutic opportunities. *Semin Cancer Biol.* 2012;22(1):33-40.

159.  Colotta F, Allavena P, Sica A, Garlanda C, Mantovani A. Cancer-related inflammation, the seventh hallmark of cancer: links to genetic instability. *Carcinogenesis.* 2009;30(7):1073-1081.

160.  Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecol Oncol.* 2017;145(3):595-602.

161.  Saed GM MR, Fletcher NM. . New insights into the pathogenesis of ovarian cancer: oxidative stress. In: Devaja O PA, ed. *Ovarian Cancer*. Rijeka: IntechOpen; 2018:83-110.

162.  Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. *Environ Health Perspect.* 1991;94:225-230.

163.  Paoletti L, Caiazza S, Donelli G, Pocchiari F. Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. *Regul Toxicol Pharmacol.* 1984;4(3):222-235.

164.  Cralley LJ, Key MM, Groth DH, Lainhart WS, Ligo RM. Fibrous and mineral content of cosmetic talcum products. *Am Ind Hyg Assoc J.* 1968;29(4):350-354.

165.  Rohl AN, Langer AM, Selikoff IJ, et al. Consumer talcums and powders: mineral and chemical characterization. *J Toxicol Environ Health.* 1976;2(2):255-284.

166.  Deposition of Alice Blount, *Ingham v. Johnson & Johnson, et al.* (Circuit Court of the City of St. Louis, Missouri) (April 13, 2018).

167.  International Agency for Research on Cancer  I. Overall evaluations of carcinogenicity: an updating of IARC Monographs Volumes 1 to 42. 1987.

168.  International Agency for Research on Cancer I. A review of human carcinogens: arsenic, metals, fibres and dusts. 2012;100C.

169.  IARC IAfRoC. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans-Arsenic, Metals, Fibres and Dusts. 2012;100C:219-310.

170.  Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos, Expert Report of William Longo, PhD and Mark Rigler, PhD (August 2, 2017).

171.  Expert Report of William Longo, PhD and Mark Rigler, PhD, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (November 14, 2018).

172.  TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos, Expert Report of William Longo, PhD and Mark Rigler, PhD (February 16, 2018).

173.  MAS Project #14-1683, Analysis of William Longo, PhD and Mark Rigler, PhD (April 28, 2017).

174.  Deposition and Exhibits of Julie Pier, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (September 12 and 13, 2018).

175.   Deposition and Exhibits of John Hopkins, PhD, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (August 16 and 17, 2018; October 26, 2018; and November 5, 2018).

176.   Expert Report of Michael Crowley, PhD, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (November 12, 2018).

177.   Weiss W. Cigarette smoking and lung cancer trends. A light at the end of the tunnel? *Chest.* 1997;111(5):1414-1416.

178.   Dennis LK, Vanbeek MJ, Beane Freeman LE, Smith BJ, Dawson DV, Coughlin JA. Sunburns and risk of cutaneous melanoma: does age matter? A comprehensive meta-analysis. *Ann Epidemiol.* 2008;18(8):614-627.

179.   Lanphear BP, Buncher CR. Latent period for malignant mesothelioma of occupational origin. *J Occup Med.* 1992;34(7):718-721.

180.   Frost G. The latency period of mesothelioma among a cohort of British asbestos workers (1978-2005). *Br J Cancer.* 2013;109(7):1965-1973.

**Additional Materials and Data Considered**

1.   21 CFR 740.1(a)

2.   Affidavit of Gregory Diette, MD, in support of Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions, April 2018

3.   Begg, March. Cause and association: missing the forrest for the trees

4.   Bouvard, et al. Carcinogenicity of consumption of red and processed meat.

5.   Camargo, et al. Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-analysis

6.   Cancer Prevention Coalition Citizen's Petition, May 13, 2008

7.   "Cancer Prevention Coalition Citizen's Petiton to FDA, 11/17/1994

8.   http://www.preventcancer.com/press/petitions/nov17_94.htm"

9.   Cancer.gov - A Snapshot of Ovarian Cancer

10.   Carr CJ. Talc: consumer uses and health perspectives

11.   CIR - Final Report - Safety assessment re Talc

12.   Coldtiz Highest Ranking Researcher 2016; http://www.webometrics.info/en/node/58

13.   Cramer, et al. Determinants of ovarian cancer risk. II. Inferences regarding pathogenesis.

14.   Current Intelligence Bulletin 62 - Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research

15.   Cuzick, et al. Aspirin and non-steriodal anti-inflammatory drugs for cancer prevention: an international consensus statement

16.   Czul, et al. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder.

17.   Dement, Shuler, Zumwalde - NIOSH - "Fiber exposure during use of baby powders"

18.   Denise Simpson - Filed Complaint, DC Superior Court

19.   Doll R, Hill A. Smoking and Carcinoma of the lung: preliminary report. BMJ 1950; 2:739-48

20.   Egli, G. E., and M. Newton. 1961. "The transport of carbon particles in the human female reproductive tract." Fertility and Steritity 12 (April): 151-55

21.   John Hopkins - Deposition Exhibit 28

22.   Julie Pier - Deposition Exhibit 47

23.    Deposition Transcript - Shripal Sharma

24.    Deposition Transcript & Exhibits - Joshua Muscat

25.    Deposition Transcript of Alice Blount

26.    Dydek, Thomas - Educational Report

27.    EPA. Risk Assessment Forum, US EPA. "Guidelines for Carcinogen Risk Assessment"

28.    Expert Report of Jack Siemiatycki, Oules v. Johnson & Johnson

29.    Fair warning TalcDoc 15

30.    Fair warning TalcDoc 5 - Exhibit 113 (JNJNL91_000022019)

31.    Fathalla, et al. Incessant ovulation and ovarian cancer - a hypothesis re-visited

32.    Fathalla, et al. Incessant ovulation--a factor in ovarian neoplasia?

33.    FDA Letter from Stephen Musser to Samuel Epstein re: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001/CP

34.    Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st century: how data intergration has changed causal inference in molecular epidemiology." Emerging Themes in Epidemiology 12 (14). https://doi.org/10.1186/s12982-015-0037-4

35.    Ferrante, et al. Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy

36.    Finnish Institute of Occupational Health. Asbestos, Asbestosis, and Cancer; Helsinki Criteria

37.    Fiume M, Boyer I et al. Safety assessment of talc used in cosmetics

38.    Fletcher, Belotte, Saed et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer

39.    Fletcher, Memaj, Saed. Talcum powder enhances oxidative stress in ovarian cancer cells - Abstract

40.    Fletcher, Saed. Talcum powder enhances cancer antigen 125 levels in ovarian cancer cells - Abstract

41.    Folkins, Ann K., Elke A., Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - assessing pelvic epithelial cancer risk and intercepting early malignacny." In diagnostic gynecologic and obstetric pathology (third edition)), 844-64. Philadelphia: content repository only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

42.    Galea, Rogers. Moving beyond the cause constraint: a public health of consequence, May 2018

43.    Germani. Cohort Mortality Study of Women Compensated for Asbestosis in Italy

44.    Gloyne. Two cases of squamous carcinoma of the lung occurring in asbestosis

45.    Gordon, et al. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women

46.    Hamilton et al. Effects of talc on the rat ovary. British journal of experimental pathology

47.    Haque, et al. Assessment of Asbestos Burden in the Placenta and Tissue Digests of Stillborn Infants in South Texas

48.    Haque, et al. Is there transplacental Transfer of Asbestos: A Study of 40 Still born infants

49.    Harper A, G Saed. Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes - Abstract, Society of Gynecologic Oncology, 2018, in press.

50.    Heller, et al. Asbestos Exposure and Ovarian Fiber Burden

51.    Heller, et al. Correlation of asbestos fiber burdens in fallopian tubes and ovarian tissue

52.    Hernan.  The C-Word: scientific euphemisms do not improve causal inference from observational data

53.    Hunn, et al. Ovarian cancer: etiology, risk factors, and epidemiology.

54.    IARC - Table 2.8 - Epidemiologic studies of asbestos exposure and ovarian cancer

55.    IARC Monograph - Arsenic, Metals, Fibers, and Dust

56.    IARC Monograph 42 - Evaluation of the Carcinogenic risk of chemicals to humans (1987)

57.    IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93, Carbon Black, Titanium Dioxide and Talc (2010)

58.    IARC. Asbestos

59.    IARC. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans-Arsenic, Metals, Fibres and Dusts. (2012)

60.    IARC. Mechanisms of Mineral Fiber Carcinogensis

61.    IOM (National Academies of Sciences, Engineering and Medicine). Ovarian Cancers: Evolving paradigms in research and care

62.    Kemp Hearing Transcript (Carl & Balderrama) - Curtis Omiencinski

63.    Kemp Hearing Transcript (Carl & Balderrama) - Douglas Weed

64.    Kemp Hearing Transcript (Carl & Balderrama) - Graham Colditz

65.    Letter from Personal Care Products Council to FDA re: Commnets on citizen's petition to the Commissioner of the Food and Drug Administration seeking a cancer warning on Talc products

66.    "Levin. ""Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries""

67.    https://www.fairwarning.org/2018/01/talc-documents-reveal/print"

68.    Lockey. Nonasbestos fibrous minerals

69.    Longo, Reigler, Egeland. MAS Project 14-1852: Below the Waist Application of Johnson & Johnson Baby Powder, Sept. 2017

70.    Lu, et al. Inflammation, a key event in cancer development

71.    Lundin, Dossus, Clendenen et al.  C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy)

72.    Magnani, et al. Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers

73.    Mallen, Townsend, Tworoger. Risk factors for ovarian carcinoma

74.    Mayer P.Talc and Condoms-Reply, JAMA. 1995; 274(16):1269-1270. doi:10.1001/jama.1995.03530160021025

75.    Medscape - Chustecka, Zosia "Talc use in genital area linked to increased risk of ovarian cancer"

76.    Moller, et al. Oxidatively damaged DNA in animals exposed to particles, Critical Reviews in Toxicology, 43:2, 96-118

77.    Moller, et al. Role of oxidative damage in toxicity of particulates, Free Radical Researchm 44:1, 1-46

78.    Moon, Park, Choi,et al. Risk assessment of baby powder exposure through inhalation

79.    Ness. Does talc exposure cause ovarian cancer?

80.     NTP Technical Report on the Toxicology and Carcinogenesis  Studies of Talc (CAS No. 14807-96-6) in F3344/N Rats and B6C3F, Mice (Inhalation Studies) June 23-24, 1992

81.     P-0920 Photo of Spring Fresh with Lavendar, purchased in Montgomery, AL

82.     P-0922 Photo of Angel of Mine purchased in Montgomery, AL

83.     Paoletti, Caiazza, Donelli, Pocchiari. Evaluation of Electron Microscopy Techniques of Asbestos: Contamination in industrial, cosmetic, and pharmaceutical talcs

84.     Park, Schildkraut, et al. Benighn gynecologic conditions are associated with ovarian cancer risk in African-American women:  a case-control study

85.     Patricia Moorman Affidavit re Ingham, et al. executed May 2018

86.     Pira, et al. Updated mortality study of a cohort of asbestos textile workers

87.     Purdie, David M., Christopher Bain, Victor Siskind, Penelope M. Webb, and Adele C. Green. 2003. "Ovulation and risk of epithelial ovarian cancer". International Journal of Cancer. Journal International du Cancer 104(2):228-32

88.     Reference Manual on Scientific Evidence (rev 2011)

89.     Reid, de Klerk, Musk. Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis

90.     Reuters, et al. - Talc linked to OCVA risk in Africam American women

91.     Risch, et al. Hormonal etiology of epithelial ovarian cancer, with a hypothesis concerning the role of androgens and progesterone.

92.     Ristesund Trial Transcript - Daniel Cramer

93.     Ristesund Trial Transcript - Graham Colditz

94.     Ristesund Trial Transcript - John Godleski

95.     Rohl. Asbestos in Talc

96.     Ross. Geology, asbestos and health

97.     Rothman, Pastides, Samet. Interpretation of epidemiologic studies of talc and ovarian cancer

98.     Sanford Health. Ovarian Cancer Prevention (PDQ):  Prevention- Patient Information (NCI) (Sanford Health website). (06/12/2013)

99.     Shukla, MacPherson, et al. Alterations in gene expression in human mesothelial cells correlated with mineral pathogenicity

100.    Shushan et al. Human menopausal gonadotropin and the risk of epithelial ovarian cancer

101.    Siteman Cancer Center - Siteman (WUSTL Cancer Center - Your disease risk

102.    Siteman Cancer Center - Siteman (WUSTL) Cancer News in Context

103.    Sjoesten, A.C.E., J.Ellis, and G.a.B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the human female genital tract." Human Reproduction 19 (4):991-95. Https://doi.org/10.1093/humrep/deh156

104.    Straif. Update of the scientific evidence on asbestos and cancer (Powerpoint)

105.    Tossavainen, et al. Retention of Asbestos Fibers in the Human Body

106.    Trabert et al. Aspirin, nonaspirin nonsteriodal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium

107.    Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019."Analgesic use and ovarian cancer risk: an

analysis in the ovarian cancer cohort consortium." Journal of the National Cancer Institute 111(2). Https//doi.org/10.1093/jnci/djy100

108.    Trial Transcript of John Hopkins, Berg v. Johnson & Johnson, et al. (Oct. 2013)

109.    US Dept. of Health & Human Service - Public Health Service, Agency for Toxic Substances and Disease Registry - "Toxicological profile for asbestos"

110.    Van Gosen, Lowers et al. Using the geologic setting of talc deposits as an indicator of amphibole asbestos content

111.    Vasama-Neuvonen, et al. Ovarian Cancer and Occupational Exposures in Finland

112.    Venter, Iturralde. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries

113.    Virta. The phase relationship of talc and amphiboles in a fibrous talc sample

114.    Wang. \Cause-specific mortality in a Chinese chrysotile textile worker cohort

115.    webometrics - Coldtiz Highest Ranking Researcher 2016; http://www.webometrics.info/en/node/58

116.    Wehner, Hall et al. Do particles translocate from the vagina to the oviducts and beyond?

117.    Werner. Presence of asbestos in talc samples

118.    Wignall, et al. Mortality of Female Gas Mask Assemblers

119.    Wu, et al. Timing of births and oral contraceptive use influences ovarian cancer risk

120.    Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcom C. Pike. 2015. "Afican Americans and Hispanics remain at lower risk of ovarian cancer than non-hispanic whites after considering nongenetic risk factors and oophorectomy rates." Cancer Epidemiology, Biomakers & Prevention: A Publicationb of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology 24(7): 1094-1100

121.    Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating intrisic and non-intrinsic cancer risk factors." Nature Communications 9(1):3490. Https//doi.org/10.1038/s41467-078-05467-z

122.    Wynder E, Graham E. Tobacco smoking as a possible etiologic factor in bronchogenic carcinoma, JAMA 1950;143:329-36.

123.    Zhang, et al. Residential radon and lung cancer risk: an updated meta- analysis of case-control studies.

124.    Zuckerman D, D Shapiro. Talcum powder and ovarian cancer, National Center for Health Research, May 7, 2018. http//www.center4research.org/talcum-powder-ovarian-cancer/

125.    IMERYS210136-IMERYS210144

126.    IMERYS210236-IMERYS210137

127.    IMERYS211157-IMERYS211165

128.    IMERYS219720-IMERYS219722

129.    IMERYS241994-IMERYS242004

130.    IMERYS241039

131.    IMERYS242050

132.    IMERYS287251-IMERYS287255

133.    IMERYS299323

134.    IMERYS322241-IMERYS322242

135.    IMERYS325084

136.    IMERYS422289-IMERYS422290

137. IMERYS-A0021350
138. JNJ000066174-WIND-04055-0452
139. JNJ000087166-JNJ000087230
140. JNJ000087166-JNJ000087230
141. JNJ000089413-JNJ000089414
142. JNJ000089413-JNJ000089417
143. JNJ000251888-JNJ000251890
144. JNJ000261010-JNJ000261027
145. JNJ000270070-JNJ000270071
146. JNJ000270588-JNJ000270591
147. JNJ000294461
148. JNJ000346006-JNJ000346014
149. JNJ000375379-JNJ000375380
150. JNJ000375383-JNJ000375384
151. JNJ000526231-JNJ000526676
152. JNJ000637879-JNJ000637881
153. JNJAZ55_000003357
154. JNJMX68_000004996-JNJMX68_000005044
155. JNJNL61_000006431-JNJNL61_000006432
156. JNJNL61_000020359
157. JNJNL61_000052427
158. JNJNL61_000061857
159. JNJNL61_000063473
160. JNJTALC000090136
161. MBS-CRE000271
162. PFE-HUG00007079
163. PFE-HUG00007124
164. PFE-HUG00007194
165. WCD000254-WCD000255

# EXHIBIT A

## *Duke University Medical Center*
### *Curriculum Vitae*

*Date Prepared: October 2018*

**Patricia Gripka Moorman, M.S.P.H., Ph.D.**

| | |
|---|---|
| **Primary academic department:** | Department of Community and Family Medicine<br>Duke University Medical Center |
| **Present academic rank and title:** | Professor with tenure, September 2014 |
| **Date and rank of first Duke faculty appointment:** | July 1, 2000, Assistant Professor |
| **Medical licensure:** | N/A |
| **Date of birth:** | December 19, 1957 |
| **Place of birth:** | Kansas City, Kansas, USA |
| **Citizen of:** | United States of America |

## EDUCATION

| | Institution | Year | Degree |
|---|---|---|---|
| **High School** | Bishop Ward High School<br>Kansas City, KS | 1975 | Diploma |
| **College** | University of Kansas<br>Lawrence, KS | 1980 | B.S. with distinction, Pharmacy |
| **Graduate School** | University of North Carolina – Chapel Hill<br>Chapel Hill, NC | 1989 | M.S.P.H., Epidemiology |
| | University of North Carolina – Chapel Hill<br>Chapel Hill, NC | 1993 | Ph.D., Epidemiology |

**PROFESSIONAL TRAINING AND ACADEMIC CAREER**

| Institution | Position/Title | Dates |
|---|---|---|
| Shalinsky Drugs, Kansas City, KS | Pharmacist | 1980-1981 |
| Community Pharmacy, Wrentham, MA | Pharmacist, Manager | 1981-1982 |
| Revco Drugs, Durham/Raleigh, NC | Pharmacist, Manager | 1983-1993 |
| Department of Epidemiology University of North Carolina - Chapel Hill | Graduate Research Assistant Teaching Assistant | 1987-1993 |
| Burroughs Wellcome Research Triangle Park, NC | Epidemiology Research Associate Summer Intern | 1988 |
| Department of Epidemiology Lineberger Comprehensive Cancer Center University of North Carolina - Chapel Hill | Research Assistant Professor | 1994-1996 |
| Dept. of Epidemiology and Public Health Yale Comprehensive Cancer Center Yale University School of Medicine New Haven, CT | Associate Research Scientist | 1997-2000 |
| Department of Epidemiology University of North Carolina - Chapel Hill | Adjunct Assistant Professor Adjunct Associate Professor | 2000-2005 2005-present |
| Dept. of Community and Family Medicine Duke University Medical Center | Assistant Professor Associate Professor (non-tenured) Associate Professor (tenured) Professor (tenured) Clinical Research Unit Director (formerly Site-Based Research Director) | 2000-2004 2004-2008 2008-2014 2014-present 2009-present |

**PUBLICATIONS**

**Refereed Publications**

1.  Aldrich TE, Vann D, **Moorman PG**, Newman B.  Rapid reporting of cancer incidence in a population-based study of breast cancer: one constructive use of a central cancer registry.  *Breast Cancer Res Treat.* 1995; 35: 61-64.

2.  Newman B, **Moorman PG**, Millikan R, Qaqish BF, Geradts J, Aldrich TE, Liu ET. The Carolina Breast Cancer Study:  integrating population-based epidemiology and molecular biology.  *Breast Cancer Res Treat.* 1995: 51-60.

3.  Newman B, Mu H, Butler L, Millikan RC, **Moorman PG**, King M-C.  Frequency of breast cancer attributable to BRCA1 in a population-based series of American women. *JAMA.* 1998; 279: 915-21.

4.  Millikan RC, Pittman GS, Newman B, Tse C-K J, Rockhill B, Savitz D, **Moorman PG**, Bell DA. Cigarette smoking, N-acetyltransferases 1 (NAT1) and 2 (NAT2) and breast cancer risk.  *Cancer Epidemiol Biomarkers Pre*v. 1998; 7: 371-8.

5.  **Moorman PG**, Hulka BS, Hiatt RA, Krieger N, Newman B, Vogelman JH, Orentreich N. Association between high-density lipoprotein cholesterol and breast cancer varies by menopausal status. *Cancer Epidemiol Biomarkers Prev* 1998; 7: 483-8.

6.  Rockhill B, **Moorman PG**, Newman B.  Age at menarche, time to regular cycling, and breast cancer. *Cancer Causes Control.* 1998; 9: 447-53.

7.  Millikan RC, Pittman GS, Tse C-K J, Duell E, Newman B, Savitz D, **Moorman PG**, Boissy RJ, Bell DA. Catechol-O-Methyltransferase (COMT) and breast cancer risk.  *Carcinogenesis.* 1998; 19: 1943-7.

8.  Marcus PM, Baird DD, Millikan RC, **Moorman PG**, Qaqish B, Newman B.  Adolescent reproductive events and subsequent breast cancer risk.  *Am J Public Health.* 1999; 89: 1244-7. (PMCID: PMC1508686)

9.  Marcus PM, Newman B, **Moorman PG**, Millikan RC, Baird DD, Sternfeld B, Qaqish B. Physical activity at age 12 and adult breast cancer risk (United States).  *Cancer Causes Control.* 1999; 10: 293-302.

10.  Furberg H, Newman B, **Moorman PG**, Millikan RC.  Lactation and breast cancer risk. *Int J Cancer.* 1999; 28; 396-402.

11.  **Moorman PG**, Newman B, Millikan RC, Tse C-K, Sandler DP.  Participation rates in a case-control study: the impact of age, race, and race of interviewer. *Ann Epidemiol.* 1999; 9: 188-95.

12.  Hall IJ, Newman B, Millikan RC, **Moorman PG**.  Body size and breast cancer risk in black and white women: the Carolina Breast Cancer Study. *Am J Epidemiol.* 2000; 151: 754-64.

13.  Huang W-Y, Newman B, Millikan RC, Schell MJ, Hulka BS, **Moorman PG**.  Hormone-related factors and risk of breast cancer by estrogen receptor and progesterone receptor status. *Am J Epidemiol.* 2000; 151: 703-14.

14.  Kinney AY, Millikan RC, Lin YH, **Moorman PG**, Newman B.  Lifetime alcohol consumption and breast cancer among black and white women in North Carolina. *Cancer Causes Control*, 2000; 11: 345-57.

15.  **Moorman PG**, Kuwabara H, Millikan RC, Newman B.  Menopausal hormones and breast cancer in a biracial population. *Am J Public Health*. 2000; 90: 966-70. (PMCID: PMC1446270)

16.  Marcus PM, Newman B, Millikan RC, **Moorman PG**, Baird DD, Qaqish B.  The associations of adolescent cigarette smoking, alcoholic beverage consumption, environmental tobacco smoke, and ionizing radiation with subsequent breast cancer risk. *Cancer Causes Control*. 2000; 11: 271-8.

17.  **Moorman PG**, Jones BA, Millikan RC, Hall IJ, Newman B.  Race, anthropometric factors, and stage at diagnosis of breast cancer. *Am J Epidemiol*. 2001; 153: 284-91.

18.  **Moorman PG,** Ricciuti MF, Millikan RC, Newman B. Vitamin supplement use and breast cancer in a North Carolina population. *Public Health Nutrition*. 2001; 4: 821-8.

19.  **Moorman PG**, Hamza A, Marks JR, Olson JA, Jr. Prognostic significance of the number of lymph nodes examined in patients with node negative breast carcinoma. *Cancer.* 2001; 91: 2258-62.

20.  **Moorman PG,** Millikan RC, Newman B.  Oral contraceptives and breast cancer among black women and white women. *J Natl Med Assoc*. 2001; 93: 329-34. (PMCID: PMC2593962)

21. Schildkraut JM, Calingaert B, Marchbanks PA, **Moorman PG**, Rodrigues GC. The impact of progestin and estrogen potency in oral contraceptives on ovarian cancer risk. *J Natl Cancer Inst*. 2002; 94: 32-8.

22. Plummer P, Jackson S, Konarski J, Mahanna E, Dunmore C, Regan G, Mattingly D, Parker B, Williams S, Andrews C, Vannappagari V, Hall S, Deming S, Hodgson E, **Moorman P**, Newman B, Millikan R.  Making epidemiologic studies responsive to the needs of participants and communities: the Carolina Breast Cancer Study. *Environ Mol Mutagen*. 2002; 39: 96-101.

23. **Moorman PG**, Schildkraut JM, Calingaert B, Halabi S, Vine MF, Berchuck A.  Ovulation and ovarian cancer: a comparison of two methods for calculating lifetime ovulatory cycles.  *Cancer Causes Control*. 2002; 13: 807-811.

24. Lancaster JM,  Wenham RM, Halabi S, Calingaert B, Marks JR, **Moorman PG**, Bentley RC, Berchuck A, Schildkraut JM.  No relationship between ovarian cancer risk and progesterone receptor gene polymorphism (PROGINS) in a population-based, case-control study in North Carolina. *Cancer Epidemiol Biomarkers Prev*. 2003; 12: 226-7.

25. **Moorman PG**, Grubber JM, Millikan RC, Newman B. The relationships between antidepressant medications and invasive breast cancer and carcinoma *in situ* of the breast. *Epidemiology*. 2003; 14: 307-314.

26. **Moorman PG**, Grubber JM, Millikan RC, Newman B. Association between non-steroidal anti-inflammatory drugs (NSAIDs) and invasive breast cancer and carcinoma *in situ* of the breast. *Cancer Causes Control*. 2003; 14: 915-22.

27. Millikan RC, Player J, de Cotret AR, **Moorman P**, Pittman G, Vannappagari V, Tse C-KJ, Keku T. Manganese superoxide dismutase Ala-9Val polymorphism and risk of breast cancer in a population-based case-control study of African Americans and whites. *Breast Cancer Res*. 2004; 6: 264-74.

28. **Moorman PG**, Terry PD.  Consumption of dairy products and the risk of breast cancer: a review of the literature.  *Am J Clin Nutr*. 2004; 80: 5-14.

29. **Moorman PG**, Skinner CS, Evans JP, Newman B, Sorenson JR, Calingaert B, Susswein L, Steadman TS, Hoyo C, Schildkraut JM. Racial differences in enrolment in a cancer genetics registry. *Cancer Epidemiol Biomarkers Prev*. 2004; 13: 1349-54.

30. Hall IJ, **Moorman PG,** Millikan RC, Newman B. Comparative analysis of breast cancer risk factors among African-American women and white women.  *Am J Epidemiol*. 2005; 161: 40-51.

31. Schildkraut JM, Demark-Wahnefried W, Wenham RW, Grubber J, Jeffreys AS, Grambow SC,  Marks J, **Moorman PG**, Hoyo C, Ali S, Walther PJ.  IGF1 (CA)19 repeat and IGFBP3 -202 A/C genotypes and the risk of prostate cancer in black and white men.  *Cancer Epidemiol Biomarkers Prev*. 2005;14: 403-8

32. **Moorman PG**, Berchuck A, Calingaert B, Halabi S, Schildkraut JM. Antidepressant medication use and risk of ovarian cancer.  *Obstet Gynecol*. 2005; 105: 725-30.

33. Spillman MA, Schildkraut JM, Halabi S, **Moorman P**, Calingaert B, Bentley RC, Marks JR, Murphy S, Berchuck A,. Transforming growth factor beta receptor I polyalanine repeat polymorphism does not increase ovarian cancer risk.  *Gynecol Oncol.* 2005; 97: 543-9.

34. Hoyo C, Yarnall KSH, Skinner CS, **Moorman PG**, Sellers D, Reid L. Pain predicts non-adherence to Pap smear screening among middle aged African American women.  *Prev Med*. 2005; 41: 439-45.

35. **Moorman PG**, Schildkraut JM, Calingaert B, Halabi S, Berchuck A. Menopausal hormones and risk of ovarian cancer. *Am J Obstet Gynecol*. 2005; 193: 76-82.

36. Hoyo C, Berchuck A, Halabi S, Bentley RC, **Moorman P**, Calingaert B, Schildkraut J. Anthropometric measurements and epithelial ovarian cancer risk in African American and white women. *Cancer Causes Control*. 2005; 16: 955-63.

37. Sansbury LB, Millikan RC, Schroeder JC, **Moorman PG**, North KE, Sandler RS. Use of nonsteroidal anti-inflammatory drugs and risk of colon cancer in a population-based, case-control study of African Americans and Whites. *Am J Epidemiol*. 2005; 162: 548-58.

38. **Moorman PG**, Sesay J, Nwosu V, Grubber-Kane J, René de Cotret A, Worley K, Millikan R. COX2 polymorphism (Val511Ala), NSAID use and breast cancer in African-American women. *Cancer Epidemiol Biomarkers Prev*. 2005;14: 3013-4.

39. Schildkraut JM, **Moorman PG**, Halabi S, Calingaert B, Marks JR, Berchuck A. Analgesic drug use and ovarian cancer. *Epidemiology*. 2006; 17: 104-7.

40. Sansbury LB, Millikan RC, Schroeder JC, North KE, **Moorman PG**, Keku TO, René de Cotret A, Player J, Sandler RS. COX-2 polymorphism, use of nonsteroidal anti-inflammatory drugs, and risk of colon cancer in African Americans (United States). *Cancer Causes Control*. 2006; 17: 257-66.

41. Carey LA, Perou CM, Livasy CA, Dressler LG, Cowan D, Conway K, Karaca G, Troester MA, Tse CK, Edmiston S, Deming SL, Geradts J, Cheang MCU, Nielsen TO, **Moorman PG**, Earp HS, Millikan RC. Race, breast cancer subtypes, and survival in the Carolina Breast Cancer Study, *JAMA*. 2006; 295: 2492-502.

42. Schildkraut JM, Murphy SK, Palmieri RT, Iversen E, **Moorman PG**, Huang Z, Halabi S, Calingaert B, Gusberg A, Marks J, Berchuck A. Trinucleotide repeat polymorphisms in the androgen receptor gene and risk of ovarian cancer. *Cancer Epidemiol Biomarkers Prev*. 2007;16: 473-480.

43. Shantakumar S, Terry MB, Teitelbaum SL, Britton JA, Millikan RC, **Moorman PG**, Neugut AI, Gammon MD. Reproductive factors and breast cancer risk among older women. *Breast Cancer Res Treat*. 2007; 102:365-74.

44. Trivers KF, Gammon MD, Abrahamson PE, Lund MJ, Flagg EW, Kaufman JS, **Moorman PG**, Cai J, Olshan AF, Porter PL, Brinton LA, Eley JW, Coates RJ. Association between reproductive factors and breast cancer survival in younger women. *Breast Cancer Res Treat*. 2007; 103: 93-102.

45. Shantakumar S, Terry MB, Paykin A, Teitelbaum SL, Britton JA, Millikan RC, **Moorman PG**, Kritchevsky SB, Neugut AI, Gammon MD. Age and menopausal effects of hormonal birth control and hormone replacement therapy in relation to breast cancer risk. *Am J Epidemiol*. 2007; 165: 1187-98.

46. Coniglio D, Menezes P, **Moorman P**, Morgan P, Schmidt M. Evaluation of student confidence in utilizing EBM skills following completion of an EBM curriculum. *J Physician Assistant Educ*. 2007; 18: 7-13.

47. Trivers KF, Gammon MD, Abrahamson PE, Lund MJ, Flagg EW, **Moorman PG**, Kaufman JS, Cai J, Porter PL, Brinton LA, Eley JW, Coates RW. Oral contraceptives and breast cancer survival in younger women. *Cancer Epidemiol Biomarkers Prev*. 2007; 16: 1822-7.

48. Conway K, Parrish E, Edmiston SN, Tolbert D, Tse C-K, **Moorman P**, Newman B, Millikan RC.  Risk factors for breast cancer characterized by the estrogen receptor alpha A908G (K303R) Mutation. *Breast Cancer Res*. 2007; 9: R36.

49. Schildkraut JM, **Moorman PG**, Bland AE, Halabi S, Calingaert, Whitaker R, Lee PS, Elkins-Williams T, Bentley RC, Marks JR, Berchuck A. Cyclin E Overexpression in epithelial ovarian cancer characterizes an etiologic subgroup. *Cancer Epidemiol Biomarkers Prev.* 2008; 17; 585-93.

50. Millikan RC, Newman B, Tse C-K, **Moorman P**, Conway K, Smith LV, Labbok M, Geradts J, Bense JT, Jackson S, Nyante S, Livasy C, Carey L, Earp HS, Perou CM.  Epidemiology of basal-like breast cancer. *Breast Cancer Res Treat.* 2008; 109: 123-39. (PMCID: PMC2443103)

51. Ramus SJ, Vierkant RA, Johnatty S, Pike MC, Van Den BergDJ, Wu AH, Pearce CL, Menon U, Gentry-Maharaj A, Gayther SA, DiCioccio R, McGuire V, Whittemore AS, Song H, Easton DF, Pharoah PDP, Chanock S, Lissowska J, Brinton L, Garcia-Closas M, Terry KL, Cramer DW, Tworoger SS, Hankinson SE, Berchuck A, **Moorman PG**, Schildkraut J, Cunningham JM, Kruger Kjaer S, Blaeker J, Hogdall C, Hogdall E, Moysich KB, Edwards RP, Ness RB, Carney ME, Lurie G, Goodman MT, Wang-Gohrke S, Kropp S, Chang-Claude J, The Australian Ovarian Cancer Study Group, The Australian Cancer Study (Ovarian Cancer), Webb PM, Chen X, Beesley J, Chenevix-Trench G, Goode EL, on behalf of the Ovarian Cancer Association Consortium (OCAC).  Consortium analysis of seven candidate SNPs for ovarian cancer. *Int J Cancer.* 2008; 123: 380-8. (PMCID: PMC2667795)

52. **Moorman PG**, Calingaert B, Palmieri RT, Iversen ES, Bentley RC, Halabi S, Berchuck A, Schildkraut JM. Hormonal risk factors for ovarian cancer in pre-menopausal and postmenopausal women. *Am J Epidemiol.* 2008; 167: 1059-69. (PMCID: PMC18303003)

53. Palmieri RT, Wilson MA, Iversen ES, Clyde MA, Calingaert B, **Moorman PG**, Poole C, Anderson R, Anderson S, Anton-Culver H, Australian Cancer Study (Ovarian Cancer Group), Australian Ovarian Cancer Study Group, Beesley J, Hogdall E, Brewster W, Carney ME, Chen X, Chenevix-Trench G, Chang-Claude J, Cunningham JM, DiCioccio RA, Doherty JA, Easton DF, Edlund CK, Gayther SA, Gentry-Maharaj A, Goode EL, Goodman MT, Kruger Kjaer S, Hogdall CK, Hopkins MP, Jenison EL, Blaakaer J, Lurie G, McGuire V, Menon U, Moysich KB, Ness RB, Pearce CL, Pharoah PDP, Pike MC, Ramus SJ, Rossing MA, Song H, Terada KY, Van Den Berg D, Vierkant RA, Wang-Gohrke S, Webb PM, Whittemore AS, Wu AH, Ziogas A, Berchuck A, Schildkraut JM, on behalf of the Ovarian Cancer Association Consortium.  Polymorphism in the *IL18* gene and epithelial ovarian cancer in non-Hispanic white women. *Cancer Epidemiol Biomarkers Prev.* 2008;17:3567-72. (PMCID: PMC2667795)

54. **Moorman PG**, Schildkraut JM, Iversen ES, Myers ER, Gradison M, Warren-White N, Wang F.  A prospective study of weight gain after pre-menopausal hysterectomy. *J Women's Health*. 2009; 18: 699-708. (PMCID: PMC2851125)

55. Song H, Ramus SJ, Kjaer SK, DiCioccio RA, Chenevix-Trench G, Pearce CL, Hogdall E, Whittemore AS, McGuire V, Hogdall C, Blaakaer J, Wu AH, Van Den Berg DJ, Stram DO, Menon U, Gentry-Maharaj A, Jacobs IJ, Webb PM, Beesley J, Chen X; Australian Cancer (Ovarian) Study; Australian Ovarian Cancer Study Group, Rossing MA, Doherty JA, Chang-Claude J, Wang-Gohrke S, Goodman MT, Lurie G, Thompson PJ, Carney ME, Ness RB, Moysich K, Goode EL, Vierkant RA, Cunningham JM, Anderson S, Schildkraut JM, Berchuck A, Iversen ES, **Moorman PG**, Garcia-Closas M, Chanock S, Lissowska J, Brinton L, Anton-Culver H, Ziogas A, Brewster WR, Ponder BA, Easton DF, Gayther SA, Pharoah PD; Ovarian Cancer Association Consortium (OCAC). Association between invasive ovarian cancer susceptibility and 11 best candidate SNPs from breast cancer genome-wide association study. *Hum Mol Genet*. 2009: 18: 2297-304. (PMCID: PMC2685754)

56. Il'yasova D, McCarthy B, Marcello J, Schildkraut JM, **Moorman PG**, Krishnamachari B, Ali-Osman F, Bigner DD, Davis F.  Association between glioma and history of allergies, asthma and eczema: a

6

case-control study with three groups of controls. *Cancer Epidemiol Biomarkers Prev*. 2009; 18:1232-8. (PMCID: PMC2700947)

57. Schildkraut JM, Goode EL, Clyde MA, Iversen ED, **Moorman PG**, Berchuck A, Marks JR, Lissowska J, Brinton L, Peplonska B, Cunningham JM, Vierkant RA, Rider DN, Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group, Chenevix-Trench G, Webb PM, Beesley J, Chen X, Phelan C, Sutphen R, Sellers TA, Pearce L, Wu AH, Van Den Berg D, Conti D, Elund CK, Anderson R, Goodman MR, Lurie G, Carney ME, Thompson PJ, Gayther SA, Ramus SJ, Jacobs I, Kruger Kjaer S, Hogdal E, Blaakaer J, Hogdall C, Easton DF, Song H, Pharoah PDP, Whittemore AS, McGuire V, Quaye L, Shadforth D, Anton-Culver H, Ziogas A, Terry KL, Cramer DW, Hankinson SE, Tworoger SS, Calingaert B, Chanock S, Garcia-Closas M on behalf of the Ovarian Cancer Association Consortium. Single Nucleotide Polymorphisms in the TP53 Region and Susceptibility to Invasive Epithelial Ovarian Cancer. *Cancer Research*. 2009, 69: 2349-57. (PMCID: PMC2666150)

58. Pearce CL, Near AM, Van Den Berg DJ, Ramus SJ, Gentry-Maharaj A, Menon U, Gayther SA, Anderson AR, Edlund CK, Wu AH, Chen X, Beesley J, Webb PM, Holt SK, Chen C, Doherty JA, Rossing MA, Whittemore AS, McGuire V, Dicioccio RA, Goodman MT, Lurie G, Carney ME, Wilkens LR, Ness RB, Moysich KB, Edwards R, Jennison E, Kjaer SK, Hogdall E, Hogdall CK, Goode EL, Sellers TA, Vierkant RA, Cunningham JC, Schildkraut JM, Berchuck A, **Moorman PG**, Iversen ES, Cramer DW, Terry KL, Vitonis AF, Titus-Ernstoff L, Song H, Pharoah PD, Spurdle AB, Anton-Culver H, Ziogas A, Brewster W, Galitovskiy V, Chenevix-Trench G; Australian Cancer Study (Ovarian Cancer)6; Australian Ovarian Cancer Study Group627. Validating genetic risk associations for ovarian cancer through the international Ovarian Cancer Association Consortium. *Br J Cancer*. 2009; 100: 412-20. (PMCID: PMC2634713)

59. **Moorman PG**, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian cancer risk factors in African-American and white women. *Am J Epidemiol*. 2009; 170: 598-606. (PMCID: PMC2732987)

60. Song H, Ramus SJ, Tyrer J, Bolton KL, Gentry-Maharaj A, Wozniak E, Anton-Culver H, Chang-Claude J, Cramer DW, DiCioccio R, Dörk T, Goode EL, Goodman MT, Schildkraut JM, Sellers T, Baglietto L, Beckmann MW, Beesley J, Blaakaer J, Carney ME, Chanock S, Chen Z, Cunningham JM, Dicks E, Doherty JA, Duerst M, Ekici AB, Fenstermacher D, Fridley BL, Giles G, Gore ME, De Vivo I, Hillemanns P, Hogdall C, Hogdall E, Iversen ES, Jacobs IJ, Jakubowska A, Li D, Lissowska J, Lubiński J, Lurie G, McGuire V, McLaughlin J, Mędrek K, **Moorman PG**, Moysich K, Narod S, Phelan C, Pye C, Risch H, Runnebaum IB, Severi G[1], Southey M, Stram DO, Thiel FC, Terry KL, Tsai Y, Tworoger SS, Van Den Berg DJ, Vierkant RA, Wang-Gohrke S, Webb PM, Wilkens LR, Wu AH, Yang H, Brewster W, Ziogas A, Australian Cancer (Ovarian) Study, The Australian Ovarian Cancer Study Group, The Ovarian Cancer Association Consortium, Houlston R, Tomlinson I, Whittemore AS, Rossing MA, Ponder BAJ, Pearce CL, Ness RB, Menon U, Krüger Kjaer S, Gronwald J, Garcia-Closas M, Fasching PA, Easton DF, Chenevix-Trench G, Berchuck A, Pharoah PDP, Gayther SA. A genome-wide association study identified a novel ovarian cancer susceptibility locus on 9p22.2. *Nature Genetics*. 2009; 41: 996-1000. (PMCID: PMC2844110)

61. Doherty JA, Rossing MA, Cushing-Haugen KL, Chen C, Van Den Berg DJ, Wu AH, Pike MC, Ness RB, Moysich K, Chenevix-Trench G, Webb PM, Chang-Claude J, Wang-Gohrke S, Goodman MT, Lurie G, Hogdall E, Kruger Kjaer S, Goode EL, Cunningham JM, Berchuck A, **Moorman PG**, Schildkraut JM, Cramer DW, Terry KL, Garcia-Closas M, Lissowska J, Song H, Pharoah PDP, McGuire V, Whittemore AS, Gayther SA, Ramus SJ, Anton-Culver H, The Australian Ovarian Cancer Study Group, The Australian Cancer Study (Ovarian Cancer), and Pearce CL on behalf of the Ovarian Cancer Association Consortium (OCAC). ESR1/SYNE1 polymorphism and invasive epithelial ovarian cancer

risk: an Ovarian Cancer Association Consortium study. *Cancer Epidemiol Biomarkers Prev.* 2010; 19: 245-50. (PMCID: PMC2863004)

62. Grant DJ, **Moorman PG**, Akushevich L, Palmieri RT, Bentley RC, Schildkraut JM. Primary peritoneal and ovarian cancers: an epidemiological comparative analysis. *Cancer Causes Control.* 2010; 21: 991-8. (PMCID: PMC2883093)

63. Schildkraut J, Iversen E, Williams M, Clyde M, **Moorman P**, Palmieri R, Whitaker R, Bentley R, Marks J, Berchuck A. Association between DNA damage response and repair genes and risk of invasive serous ovarian cancer. *Plos One.* 2010; 5: e10061. (PMCID: PMC2851649)

64. **Moorman PG**, Iversen ES, Marcom PK, Marks JR, Wang F, Kathleen Cunningham Consortium for Research into Familial Breast Cancer (kConFab), Lee E, Ursin G, Rebbeck TR, Domchek SM, Arun B, Susswein L, Isaacs C, Garber JE, Visvanathan K, Griffin CA, Sutphen R, Brzosowicz J, Gruber S, Finkelstein DM, Schildkraut JM. Evaluation of established breast cancer risk factors as modifiers of BRCA1 or BRCA2: a multi-center case-only analysis. *Breast Cancer Research Treat.* 2010; 124: 441-51. (PMCID: PMC2925060)

65. Kelemen L, Goodman M, McGuire V, Rossing MA, Webb P, Kobel M, Anton-Culver H, Beesley J, Berchuck A, Brar S, Carney M, Chang-Claude J, Chenevix-Trench G, Cramer D, Cunningham J, DiCioccio R, Doherty J, Easton D, Fredericksen Z, Fridley B, Gates M, Gayther S, Genry-Maharaj A, Hogdall E, Kjaer S, Lurie G, Menon U, **Moorman P**, Moysich K, Ness R, Palmieri R. Pearce C, Pharoah P, Ramus S, Song H, Stram D, Tworoger S, Van Den Berg D, Vierkant R, Wang-Gohrke S, Whittemore A, Wilkens L, Wu A, Schildkraut J, Sellers T, Goode E. Genetic variation in TYMS in the one-carbon transfer pathway is associated with ovarian carcinoma types in the Ovarian Cancer Association Consortium (OCAC). *Cancer Epidemiol Biomarkers Prev.* 2010; 19: 1822-30. (PMCID: PMC3013232)

66. Warren-White N, **Moorman P**, Dunn MJ, Mitchell CS, Fisher A, Floyd MF. Southeast Raleigh minority faith-based health promotion project. *Calif J Health Promotion.* (Special Issue, Obesity Prevention) 2009; 7: 87-98.

67. Witt KL, **Moorman PG**, Kovalchuk O, Holland N, Block G, Andreassen PR. Genetics and women's health issues – the commitment of EMS to women scientists and gender-associated disease topics. *Environ Mol Mutagen.* 2010; 51: 774-80.

68. Johnatty SE, Beesley J, Chen Z, Macgregor S, Duffy DL, Spurdle AB, DeFazio A, Gava N, Webb PM, Australian Ovarian Cancer Study Group, Australian Cancer Study (Ovarian Cancer), Rossing MA, Doherty JA, Goodman MT, Lurie G, Thompson PJ, Wilkens LR, Ness RB, Moysich KB, Chang-Claude J, Wang-Gohrke S, Cramer DW, Terry KL, Hankinson SE, Tworoger SS, Garcia-Closas M, Yang H, Lissowska J, Chanock SJ, Pharoah PD, Song H, Whittemore AS, Pearce CL, Stram DO, Wu AH, Pike MC, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Anton-Culver H, Ziogas A, Hogdall E, Kjaer SK, Hogdall C, Berchuck A, Schildkraut JM, Iversen ES, **Moorman PG**, Phelan CM, Sellers TA, Cunningham JM, Vierkant RA, Rider DN, Goode EL, Haviv I, Chenevix-Trench G, Ovarian Cancer Association Consortium. Evaluation of candidate stromal epithelial cross-talk genes identifies association between risk of serous ovarian cancer and TERT, a cancer susceptibility "hot spot". *PLoS Genetics.* 2010; 6: e1001016. (PMCID: PMC2900295)

69. Bolton KL, Tyrer J, Song H, Ramus SJ, Notaridou M, Jones C, Sher T, Gentry-Maharaj A, Wozniak E, Tsai YY, Weidhaas J, Paik D, Van Den Berg DJ, Stram DO, Pearce CL, Wu AH, Brewster W, Anton-Culver H, Ziogas A, Narod SA, Levine DA, Kaye SB, Brown R, Paul J, Flanagan J, Sieh W, McGuire V, Whittemore AS, Campbell I, Gore ME, Lissowska J, Yang HP, Medrek K, Gronwald J, Lubinski J,

Jakubowska A, Le ND, Cook LS, Kelemen LE, Brook-Wilson A, Massuger LF, Kiemeney LA, Aben KK, van Altena AM, Houlston R, Tomlinson I, Palmieri RT, **Moorman PG**, Schildkraut J, Iversen ES, Phelan C, Vierkant RA, Cunningham JM, Goode EL, Fridley BL, Kruger-Kjaer S, Blaeker J, Hogdall E, Hogdall C, Gross J, Karlan BY, Ness RB, Edwards RP, Odunsi K, Moyisch KB, Baker JA, Modugno F, Heikkinenen T, Butzow R, Nevanlinna H, Leminen A, Bogdanova N, Antonenkova N, Doerk T, Hillemanns P, Dürst M, Runnebaum I, Thompson PJ, Carney ME, Goodman MT, Lurie G, Wang-Gohrke S, Hein R, Chang-Claude J, Rossing MA, Cushing-Haugen KL, Doherty J, Chen C, Rafnar T, Besenbacher S, Sulem P, Stefansson K, Birrer MJ, Terry KL, Hernandez D, Cramer DW, Vergote I, Amant F, Lambrechts D, Despierre E, Fasching PA, Beckmann MW, Thiel FC, Ekici AB, Chen X; Australian Ovarian Cancer Study Group; Australian Cancer Study (Ovarian Cancer); Ovarian Cancer Association Consortium, Johnatty SE, Webb PM, Beesley J, Chanock S, Garcia-Closas M, Sellers T, Easton DF, Berchuck A, Chenevix-Trench G, Pharoah PD, Gayther SA. Common variants at 19p13 are associated with susceptibility to ovarian cancer. *Nat Genet*. 2010;42:880-4. (PMCID: PMC3125495)

70. Notaridou M, Quaye L, Dafou D, Jones C, Song H, Høgdall E, Kjaer SK, Christensen L, Høgdall C, Blaakaer J, McGuire V, Wu AH, Van Den Berg DJ, Pike MC, Gentry-Maharaj A, Wozniak E, Sher T, Jacobs IJ, Tyrer J, Schildkraut JM, **Moorman PG**, Iversen ES, Jakubowska A, Medrek K, Lubiński J, Ness RB, Moysich KB, Lurie G, Wilkens LR, Carney ME, Wang-Gohrke S, Doherty JA, Rossing MA, Beckmann MW, Thiel FC, Ekici AB, Chen X, Beesley J, Gronwald J, Fasching PA, Chang-Claude J, Goodman MT, Chenevix-Trench G, Berchuck A, Pearce CL, Whittemore AS, Menon U, Pharoah PD, Gayther SA, Ramus SJ; The Australian Ovarian Cancer Study Group/Australian Cancer Study (Ovarian Cancer); on behalf of the Ovarian Cancer Association Consortium.  Common alleles in candidate susceptibility genes associated with risk and development of epithelial ovarian cancer. *Int J Cancer*. 2011; 128: 2063-74. (PMCID: PMC3098608)

71. Near AM, Wu AH, Templeman C, Van Den Berg DJ, Doherty JA, Rossing MA, Goode EL, Cunningham JM, Vierkant RA, Fridley BL, Chenevix-Trench G, Webb PM; the Australian Cancer Study (Ovarian Cancer) (ACS).,; the Australian Ovarian Cancer Study Group (AOCS)., Kjær SK, Hogdall E, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Schildkraut JM, **Moorman PG**, Palmieri RT, Ness RB, Moysich K, Cramer DW, Terry KL, Vitonis AF, Pike MC, Berchuck A, Pearce CL; on behalf of the Ovarian Cancer Association Consortium. Progesterone receptor gene polymorphisms and risk of endometriosis: results from an international collaborative effort. *Fertil Steril*. 2011; 95: 40-5. (PMCID: PMC3176720)

72. **Moorman PG**, Jones LW, Akushevich L, Schildkraut JM.  Recreational physical activity and ovarian cancer risk and survival. *Annals Epidemiol*. 2011; 21: 178-87. (PMCID: PMC3035989)

73. Pearce CL, Doherty JA, Van Den Berg DJ, Moysich K, Hsu C, Cushing-Haugen KL, Conti DV, Ramus SJ, Gentry-Maharaj A, Menon U, Gayther SA, Pharoah PD, Song H, Kjaer SK, Hogdall E, Hogdall C, Whittemore AS, McGuire V, Sieh W, Gronwald J, Medrek K, Jakubowska A, Lubinski J, Chenevix-Trench G; AOCS/ACS Study Group, Beesley J, Webb PM, Berchuck A, Schildkraut JM, **Moorman PG**, Edlund CK, Stram DO, Pike MC, Ness RB, Rossing MA, Wu AH. Genetic variation in insulin-like growth factor 2 may play a role in ovarian cancer risk. *Hum Mol Genet*. 2011; 20: 2263-72. (PMCID: PMC3090188)

74. **Moorman PG,** Myers ER, Schildkraut JM, Wang F.  Reported symptoms before and one year after hysterectomy in African American and White women. *J Women's Health*. 2011; 20: 1035-42. (PMCID: PMC3130512)

75. Ziogas A, Horick NK, Kinney AY, Lowery JR, Domchek SM, Isaacs C, Griffin CA, **Moorman PG**, Edwards KL, Hill DA, Berg JS, Tomlinson GE, Anton-Culver H, Strong LC, Kasten CH, Finkelstein DM, Plon SE. Clinically relevant changes in family history of cancer over time.  *JAMA.* 2011; 306: 172-8. (PMCID: PMC3367662)
(Article was selected by Epidemiology and Genomics Research Program (EGRP) of the National Cancer Institute as one of their Research Highlights from EGRP Grantees 2011.)

76. **Moorman PG**, Myers ER, Schildkraut JM, Iversen ES, Wang F, Warren N.  Effect of hysterectomy with ovarian preservation on ovarian function.  *Obstet Gynecol.* 2011; 118: 1271-9. (PMCID: PMC3223258)
(Article was selected by journal as "Breaking News" and a journal club article for December 2011 issue.)

77. **Moorman PG**, Leppert P, Myers ER, Wang F. Comparison of characteristics of fibroids in African American and white women undergoing pre-menopausal hysterectomy. *Fertil Steril*. 2013; 99: 768-76. (PMCID: PMC3632655)

78. Havrilesky LJ, Gierisch JM, **Moorman PG**, Coeytaux RR, Peragallo Urrutia  R, Lowery WJ, Dinan M, McBroom AJ, Wing L, Musty MD, Lallinger KR, Hasselblad V, Sanders GD, Myers ER. Oral Contraceptive Use for the Primary Prevention of Ovarian Cancer. Evidence Report/Technology Assessment No. 212. (Prepared by the Duke Evidence-based  Practice Center under Contract No. 290-2007-10066-I.) *AHRQ Publication No. 13-E002-EF*. Rockville, MD: Agency for Healthcare Research and Quality. June 2013. www.effectivehealthcare.ahrq.gov/reports/final.cfm. (PMCID: PMC4781074)

79. Olsen CM, Nagle CM, Whiteman DC, Ness R, Pearce CL, Pike MC, Rossing MA, Terry KA, Wu AH, the Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group, Risch HA, Yu H, Doherty JA, Chang-Claude J, Hein R, Nickels S, Wang-Gohrke S, Goodman MT, Carney ME, Matsuno RK, Lurie G, Moysich K, Kjaer SK, Jensen A, Hogdall E, Goode EL, Fridley BL, Vierkant RA, Larson MC, Schildkraut J, Hoyo C, **Moorman P**, Weber RP, Cramer DW, Vitonis AF, Bandera EV, Olson SH, Rodriguez-Rodriguez L, King M, Brinton LA, Yang H, Garcia-Closas M, Lissowska J, Anton-Culver H, Ziogas A, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Webb PM on behalf of the Ovarian Cancer Association Consortium.  Obesity and risk of ovarian cancer subtypes: evidence from the Ovarian Cancer Association Consortium. *Endocrine Related Cancer*. 2013; 20: 251-62. (PMCID:  PMC3857135)

80. Pearce CL, Rossing MA, Lee A, Ness R, Webb PM for Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group, Nagle CM, Stram D, Chang-Claude J, Hein R, Lurie G, Thompson PJ, Carney ME, Goodman MT,  Moysich K, Hogdall E, Jensen A, Goode EL, Fridley BL, Cunningham J,  Vierkant RA, Palmieri RT, Ziogas A, Anton-Culver H, Gayther SA, Gentry-Maharaj A, Menon U, Ramus SJ, Berchuck A, Doherty JA, Iversen E, McGuire V, **Moorman P**, Pharoah P, Pike MC, Risch H, Sieh W, Stram D, Terry KL,  Whittemore A, Wu AH, Schildkraut JM, Kjaer SK on behalf of the Ovarian Cancer Association Consortium. Combined and interactive effects of environmental and GWAS-identified risk factors in ovarian cancer. *Cancer Epidemiol Biomarkers Prev*. 2013; 22: 880-90. (PMCID:  PMC3963289)

81. Havrilesky LJ, **Moorman PG**, Lowery WJ, Gierisch JM, Coeytaux RR, Peragallo Urrutia R, Dinan M, McBroom AJ, Hasselblad V, Sanders GD, Myers ER. Oral contraceptive pills as primary prevention for ovarian cancer: A systematic review and meta-Analysis. *Obstet Gynecol*. 2013; 122: 139-47.

82. Peragallo Urrutia R, Coeytaux RR, Gierisch JM, Havrilesky LJ, **Moorman PG**, Lowery WJ, Dinan M, McBroom AJ, Wing E, Musty MD, Lallinger KR, Hasselblad V, Sanders GD, Myers ER.

Thromboembolic events and association with oral contraceptive use: a systematic review and meta-analysis. *Obstet Gynecol* 2013; 122: 380-9.

83. Gierisch JM, Coeytaux RR, Urrutia RP, Havrilesky LJ, **Moorman PG**, Lowery WJ, Dinan M, McBroom AJ, Hasselblad V, Sanders GD, Myers ER. Oral contraceptive use and risk of breast, cervical,colorectal and endometrial cancer: a systematic review. *Cancer Epidemiol Biomarkers Prev* 2013; 22: 1931-43.

84. Fish LJ, **Moorman PG**, Wordlaw-Stinson L, Vidal A, Smith JS, Hoyo C.  HPV and cervical cancer knowledge associated with greater adherence to follow-up colposcopy. *Am J Health Education* 2013; 44: 293-8. (PMCID: PMC4075768)

85. **Moorman PG**, Havrilesky LJ, Gierisch JM, Coeytaux RR, Lowery WJ, Urrutia RP, McBroom AJ, Wing E, Musty MD, Lallinger KR, Hasselblad V, Sanders GD, Myers ER. A systematic review and meta-analysis of the association between Oral contraceptives and risk of ovarian and breast cancer among high-risk women: a systematic review and meta-analysis. *J Clin Oncology* 2013; 31: 4188-98.

86. Allott EH, Abern MR, Gerber L, Keto CJ, Aronson WJ, Terris MK, Kane CJ, Amling CL, Cooperberg MR, **Moorman PG**, Freedland SJ.  Metformin does not affect risk of biochemical recurrence following radical prostatectomy: results from the SEARCH database. *Prostate Cancer Prostatic Diseases* 2013; 16: 391-7. (PMCID: PMC3830588)

87. Wordlaw-Stinson L, Jones S, Little S, Fish L, Vidal A, Smith JS, Hoyo C, **Moorman PG**. Challenges and recommendations to recruiting women who do not adhere to follow-up gynecological care. *Open J Prev Med* 2014; 4: 123-8. (PMCID: PMC4075769)

88. Hill DA, Horick NK, Isaacs C, Domchek SM, Tomlinson GE, Lowery JT, Kinney AY, Berg JS, Edwards KL, **Moorman PG**, Plon SE, Strong LC, Ziogas A, Griffin CA, Kasten CH, Finkelstein DM for the Cancer Genetics Network. Long-term risk of medical conditions associated with breast cancer treatment. *Breast Cancer Res Treat* 2014: 145: 233-43. (PMCID: PMC4096572)

89. Gaines AR, Turner EL, **Moorman PG,** Freedland SJ, Keto CJ, McPhail ME, Grant DJ, Vidal AC, Hoyo C. The association between race and prostate cancer risk on initial biopsy in an equal access, multiethnic cohort.  *Cancer Causes Control* 2014; 25: 1029-35. (PMCID: PMC4117308)

90. Davidson BA, **Moorman PG.** Risk-benefit assessment of the combined oral contraceptive pill in women with a family history of cancer.  *Expert Opinion Drug Safety* 2014; 10: 1375-82.

91. Allott EH, Tse CK, Olshan AF, Carey LA, **Moorman PG**, Troester MA.  Non-steroidal anti-inflammatory drug use, hormone receptor status, and breast cancer-specific mortality in the Carolina Breast Cancer Study.  *Breast Cancer Res Treat* 2014; 147: 415-21. (PMCID: PMC4462196)

92. Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters E, Schwartz AG, Terry P, Wallace K, Akushevich L, Wang F, Crankshaw S, **Moorman PG**. A Multi-Center Population-Based Case-Control Study of Ovarian Cancer in African-American Women: The African American Cancer Epidemiology Study (AACES). *BMC Cancer* 2014; 14: 688. (PMCID: PMC4182887)

93. Myers ER, **Moorman P**, Gierisch JM, Havrilesky LJ, Grimm LJ, Ghate S, Davidson B, Chatterjee Montgomery R, Crowley MJ, McCrory DC, Kendrick A, Sanders GD. Benefits and Harms of Breast Cancer Screening: A Systematic Review. *JAMA* 2015; 314: 1615-34.

94. Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES,

Schwartz AG, Terry P, Schildkraut JM, Bandera EV.  Dietary carbohydrate intake, glycemic load, glycemic index and ovarian cancer risk in African-American women.  *Br J Nutr* 2016, 115: 694-702. (PMCID: PMC4844174)

95. Erondu CO, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters E, Schwartz AG, Terry PD, Wallace K, Akushevich L, Wang F, Crankshaw S, Berchuck A, Schildkraut JM, **Moorman PG**. The association between body mass index and presenting symptoms in African American women with ovarian cancer.  *J Women's Health* 2016; 25: 571-8. (PMCID: 4900212)

96. Alberg AJ, **Moorman PG**, Cranshaw S, Wang F, Bandera EV, Barnholtz-Sloan J, Bondy M, Cartmell KB, Cote ML, Ford ME, Funkhouser E, Keleman L, Peters ES, Schwartz AG, Sterba KR, Terry P, Wallace K, Schildkraut JM. Socioeconomic status in relation to the risk of ovarian cancer in African American women: a population-based case-control study.  *Am J Epidemiol* 2016, 184: 274-83. (PMCID: PMC4983652)

97. Peres L, Camacho F, Abbott S, Alberg A, Bandera E, Barnholtz-Sloan JS, Bondy M, Cote M, Crankshaw S, Funkhouser E, **Moorman P**, Peters E, Schwartz AG, Terry P, Wang F,  Schildkraut J. Analgesic medication use and risk of epithelial ovarian cancer in African American women.  *Br J Cancer* 2016; 114: 819-25.

98. Abbott SE, Bandera EV, Qin B, **Moorman PG**, Barnholtz-Sloan J, Schwartz AG, Funkhouser E, Peters ES, Cote ML, Alberg AJ, Terry P, Bondy M, Crankshaw S, Wang F, Camacho F, Schildkraut JM. Recreational physical activity and ovarian cancer risk in African American women.  *Cancer Med* 2016; 5: 1319-27.(PMCID: PMC4924390)

99. Trabuco E, **Moorman PG**, Algeciras-Schimnich A, Weaver AL, Cliby W.  Association of ovary-sparing hysterectomy with ovarian reserve.  *Obstet Gynecol* 2016; 127: 819-27. (PMCID: PMC5004761)

100. Bandera EV, Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM. Obesity, weight gain, and ovarian cancer risk in African American women. *Int J Cancer*  2016; 139: 593-600. (PMCID: PMC4982766)

101. Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote M, Funkhouser E, Peres LC, Peters ES, Schwartz AG, Terry P, Crankshaw S, Camacho F, Wang F, **Moorman PG**.  Association between body powder use and ovarian cancer: the African American Cancer Epidemiology Study (AACES).  *Cancer Epidemiol Biomarkers Prev* 2016; 25: 1411-17. (PMCID: PMC5050086)

102. **Moorman PG**, Alberg AJ, Bandera EV, Barnholtz-Sloan J,  Bondy M, Cote ML, Funkhouser E,  Peters ES, Schwartz AG, Terry P, Crankshaw S, Wang F, Schildkraut JM. Reproductive factors and ovarian cancer risk in African American Women. *Ann Epidemiol* 2016: 26: 654-62. (PMCID: PMC5035608)

103. Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM, Bandera EV.  Dietary quality and ovarian cancer risk in African-American women.  *Am J Epidemiol* 2017; 185: 1281-89.

104. Peres LC, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry P, Abbott SE, Camacho F, Wang F, Schildkraut JM. Premenopausal hysterectomy and risk of ovarian cancer in African American women. *Am J Epidemiol* 2017; 186: 46-53.

105. Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM, Bandera EV.  Dairy, calcium, vitamin D and ovarian cancer risk in African American women.  *Br J Cancer* 2016; 115: 1122-1130. (PMCID: PMC5117784)

106.  Horick NK, Manful A, Lowery J, Domchek S, **Moorman P**, Griffin C, Visvanathan K, Isaacs C, Kinney A, Finkelstein DM. Physical and psychological health in rare cancer survivors. *J Cancer Surviv* 2017; 11: 158-65.

107.  Peres LC, Bandera EV, Qin B, Guertin KA, Shivappa N, Hebert JR, Abbott SE, Alberg AJ, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry PD, Camacho F, Wang F, Schildkraut JM.  Dietary inflammatory index and risk of epithelial ovarian cancer in African American women.  *Int J Cancer* 2017; 140: 535-43. (PMCID: PMC5159198)

108.  Peres LC, **Moorman PG**, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry PD, Abbott SE, Camacho F, Wang F, Schildkraut JM.  Lifetime number of ovulatory cycles and epithelial ovarian cancer risk in African American women.  *Cancer Causes Control* 2017; 28: 405-14. (PMCID: PMC5410663)

109.  Terry PD, Qin B, Camacho F, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Guertin KA, Peters ES, Schwartz AG, Schildkraut JM, Bandera EV. Supplemental selenium may decrease ovarian cancer risk in African-American women. *J Nutrition* 2017; 147: 621-7. (PMCID: PMC5368582)

110.  Kelemen LE, Abbott S, Qin B, Peres LC, **Moorman P**, Wallace K, Bandera E, Barnholtz-Sloan J, Bondy M, Cartmell K, Cote M, Funkhouser E, Paddock L, Peters E, Schwartz A, Terry P, Alberg A, Schildkraut J. Cigarette smoking and the association with serous ovarian cancer in African American women:  African American Cancer Epidemiology Study (AACES).  *Cancer Causes Control* 2017; 28: 699-708.

111.  Wang Y, Freedman JA, Liu H, **Moorman P**, Hyslop T, George D, Lee NH, Patierno SR, Wei Q. Associations between RNA splicing regulatory variants of stemness-related genes and racial disparities in susceptibility to prostate cancer.  *Int J Cancer* 2017; 141: 731-43.(PMCID: PMC5512873)

112.  McNamara C, Abbott SE, Bandera EV, Qin B, Peres LC, Camacho F, **Moorman PG**, Alberg A, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Schildkraut JM, Terry P. Tubal ligation and ovarian cancer risk in African-American women.  *Cancer Causes Control* 2017; 28: 1033-41.(PMCID: PMC5635599)

113.  Barrett NJ,  Ingraham KL, Vann Hawkins T, **Moorman PG**.  Engaging African Americans in research: the recruiter's perspective.  *Ethn Dis* 2017; 27: 453-462. (PMCID: PMC5720956)

114.  DeBono NL, Robinson WR, Lund J, Tse CK, **Moorman PG**, Olshan AF, Troester MA.  Race, menopausal hormone therapy and invasive breast cancer in the Carolina Breast Cancer Study.  *J Women's Health* 2018; 27: 3770386.

115.  Abbott SE, Camacho F, Peres LC, Alberg AJ, Bandera EV, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Qin B, Schwartz AG, Barnholtz-Sloan J, Terry P, Schildkraut JM. Recreational physical activity and survival in African American women with ovarian cancer.  *Cancer Causes Control*  2018; 29: 77-86.

116.  Peres LC, Risch H, Terry KL, Webb PM, Goodman MT, Wu AH, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry PD, Manichaikul A, Abbott SE, Camacho F, Jordan SJ, Nagle CM, Australian Ovarian Cancer Study Group, Rossing MA, Doherty JA, Modugno F, Moysich K, Ness R, Berchuck A, Cook L, Le N,  Brooks-Wilson A, Sieh W, Whittemore A, McGuire V, Rothstein J, Anton-Culver H, Ziogas A, Pearce CL, Tseng C, Pike M, Schildkraut JM, on behalf of the African American Cancer Epidemiology Study and the Ovarian Cancer Association Consortium. Racial/ethnic differences in the epidemiology of

ovarian cancer: A pooled analysis of 12 case-control studies. *Int J Epidemiol* 2017; 47: 460-472.

117. Mills AM, Peres LC, Meiss A, Ring KL, Modesitt SC, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy ML, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry PD, Schildkraut JM. Targetable immune regulatory molecule expression in high-grade serous ovarian carcinomas in African-American women: a study of PD-L1 and IDO in 112 Cases from the African American Cancer Epidemiology Study (AACES), *Int J Gynecol Pathology* 2018, in press.

118. Freedman JA, Wang Y, Li X, Liu H, **Moorman PG**, George DJ, Lee NH, Hyslop T, Wei Q, Patierno SR. Single nucleotide polymorphisms of stemness pathway genes predicted to regulate RNA splicing, microRNA and oncogenic signaling are associate with prostate cancer survival. *Carcinogenesis* 2018; 39: 879-888.

119. Anderson RT, Peres LC, Camacho F, Bandera EV, Funkhouser E, **Moorman PG**, Paddock LE, Peters ES, Abbott SE, Alberg AA, Barnholtz-Sloan J, Bondy M, Cote ML, Schwartz AG, Terry P, Schildkraut JM. Individual, social and societal correlates of Health-Related Quality of Life among African-American survivors of ovarian cancer: results from the AACES Study. *J Women's Health*, 2018, in press.

120. Park HK, Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy M, Crankshaw S, Funkhouser E, **Moorman PG**, Peters ES, Terry P, Wang F, Ruterbusch JJ, Schwartz AG, Cote ML. Benign gynecologic conditions are associated with ovarian cancer risk in African-American women: a case-control study. *Cancer Causes Control*, 2018, in press.

121. **Moorman PG**, Barrett NJ, Wang F, Alberg AA, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Kelemen L, Peres LC, Peters ES, Schwartz AG, Terry P, Crankshaw S, Abbott SE, Schildkraut JM. Effect of cultural, folk and religious beliefs and practices on delays in diagnosis in ovarian cancer in African American women. *J Women's Health*, 2018, in press.

122. Qian D, Liu H, Wang X, Ge J, Luo S, Patz EF Jr, **Moorman PG**, Su L, Shen S, Christiani DC, Wei Q. Potentially functional genetic variants in the complement-related immunity gene-set are associated with non-small cell lung cancer survival. *Int J Cancer* 2018, in press.

---

**Letters**

1. **Moorman PG**. Letter re: Breast cancer risk factors. *Drug Topics*. 2002; 146: 16.

2. **Moorman PG**. Letter re: Association of frequency and duration of aspirin use and hormone receptor status with breast cancer risk. *JAMA*. 2004; 292: 1426.

3. Schildkraut JM, **Moorman PG**, Calingaert B, Berchuck A. Letter re: Cyclin E overexpression relates to ovarian cancer histology but not to risk factors. *Cancer Epidemiol Biomarkers Prev*. 2008; 17: 1841-2.

4. **Moorman PG**. Letter re: Age at Menopause: Imputing age at menopause for women with a hysterectomy with application to risk of postmenopausal breast cancer. *Annals Epidemiol*. 2011; 21: 797.

5. Myers ER, **Moorman P**, Sanders GD. Response re: Breast cancer screening: benefit or harm? *JAMA* 2016; 315: 1402-3.

6. Trabuco EC, **Moorman PG**, Cliby WA. In reply re: Association of ovary-sparing hysterectomy with ovarian reserve. *Obstet Gynecol* 2016; 128: 655-6.

---

**Book Chapters and Invited Papers**

---

1. **Moorman PG**, Hames CG, Tyroler HA.  Socioeconomic status and morbidity and mortality in hypertensive blacks.  In Brest AN and Saunders E (eds):  *Cardiovascular Clinics:  Cardiovascular Diseases in Blacks*.  FA Davis Company, Philadelphia, 1991, 179-93.

2. **Moorman PG**, Hulka BS.  Menopausal hormones and the risk of breast cancer. *Endocrinologist.* 1992; 2: 189-94.  (Article was awarded annual editorial prize by journal.)

3. Hulka BS, **Moorman PG**.  Breast cancer:  Hormones and other risk factors, *Maturitas.* 2001; 38: 103-13.

4. **Moorman PG**, Terry PD.  Dairy products and breast cancer.  2003.  United Kingdom Dairy Council. (Invited paper)

5. **Moorman PG**, Berchuck A.  Comment on:  Hormone replacement therapy does not increase risk for ovarian cancer in women with BRCA mutations.  *North American Menopause Society First to Know*. Feb. 15, 2006. www.menopause.org/news.html.

6. **Moorman PG**, Hamilton RJ.  Statins and cancer risk:  what do we know and where do we go from here?  *Epidemiology.* 2007; 18: 194-6. (Invited paper)

7. Hulka BS, **Moorman PG**.  Breast cancer:  hormones and other risk factors.  *Maturitas.* 2008; 61: 203-213.
   (Republished 2001 article of same title in an issue of the journal's top 10 downloaded articles for the period 2000-2008).

8. **Moorman PG**.  Ovarian failure after pre-menopausal hysterectomy.  *European Obstetrics & Gynecology*. 2012; 7: 35-8. (Invited paper)

9. **Moorman PG.**  Genetic markers for ovarian cancer risk: are we close to seeing a clinical impact? *Personalized Medicine.* 2012; 9:  565-7. (Invited paper)

10. **Moorman PG.**  Should women at high risk for cancer use oral contraceptive pills?  *Personalized Medicine*. 2015, 12: 533-5.  (Invited paper)

---

**Technical Reports**

---

1. **Moorman PG**, Goldstein K, Coeytaux R, Myers ER, Strauss J, Van Houtven C, Shepherd-Banigan M, Brancu M, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Nutritional needs of older women.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

2. Myers ER, Strauss J, Van Houtven C, Goldstein K, Shepherd-Banigan M, Brancu M, **Moorman PG**, Coeytaux R, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Maternal Health.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

3. Strauss J, Brancu M, Myers ER,  Anderson S, Van Houtven C, Goldstein K, Shepherd-Banigan M, **Moorman PG**, Coeytaux R, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Women's Mental Health.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

4.  Goldstein K, Coeytaux R, Myers ER, Strauss J, Van Houtven C, Shepherd-Banigan M, Brancu M, **Moorman PG**, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Girls' Health and Obesity.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

5.  Shepherd-Banigan M, Van Houtven C,  Brancu M, Goldstein K, **Moorman PG**, Strauss J, Coeytaux R, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Myers ER, Sanders-Schmidler G.  Topic Brief:  Family Caregivers for Older Adults.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

---

### Non-authored Publications (acknowledged for contributions)

1.  Newman B, Millikan RC, King M-C. Genetic epidemiology of breast and ovarian cancers. *Epidemiol Rev*. 1997; 19: 69-79.

2.  Millikan R, Pittman G, Tse C-K, Savitz DA, Newman B, Bell D. Glutathione S-transferases M1, Ti, and P1 and breast cancer. *Cancer Epidemiol Biomarkers Prev*. 2000; 9: 567-73.

3.  Krajcik RA, Massardo S, Orentreich N. No association between serum levels of tumor necrosis factor-α (TNF- α) or the soluble receptors sTNFR1 and sTNFR2 and breast cancer risk. *Cancer Epidemiol Biomarkers Prev*. 2003; 12: 945-6.

4.  Trivers KF, Stewart SL, Peipins L, Rim SH, White MC.  Expanding the public health research agenda for ovarian cancer. *J Womens Health*. 2009; 18: 1299-305.

5.  Soubry A, Il'yasova D, Sedjo R, Wang F, Byers T, Rosen C, Yashin A, Ukraintseva S, Haffner S, D'Agostino R Jr. Increase in circulating levels of IGF-1 and IGF-1/IGFBP-3 molar ratio over a decade is associated with colorectal adenomatous polyps. *Int J Cancer*. 2012; 131: 512-7.

---

### Presentations and Published Abstracts (selected)

**Moorman PG**, Newman B, Butler LM, Ostermeyer EA, Friedman LS, Millikan RC, Liu ET, King MC. Inherited susceptibility at BRCA1 in a population-based sample.  Society for Epidemiologic Research, Boston, MA, June 1996

Rockhill B, Newman B, **Moorman P**, Millikan R, Weinberg C. Summary attributable fraction and breast cancer risk factors. Society for Epidemiologic Research, Boston, MA, June 1996.

Furberg H, Newman B, **Moorman P**, Millikan R. Lactation and breast cancer risk. Society for Epidemiologic Research, Edmonton, Alberta, Canada, June 1997.

Marcus PM, Newman B, Millikan RC, **Moorman PG**, Baird DD, Sternfeld B, Qaqish B. The association of adolescent body mass index (BMI) and physical activity with breast cancer risk. Society for Epidemiologic Research, Edmonton, Alberta, Canada, June 1997.

Huang WY, Newman B, Millikan RC, Schell MJ, **Moorman PG**. Hormone-related factors and risk of breast cancer by estrogen receptor and progesterone receptor status. Society for Epidemiologic Research, Chicago, MD, 1998.

Hall IJ, Newman B, Millikan RC, **Moorman PG**.  Evaluating body size and breast cancer risk among black women. Society for Epidemiologic Research, Chicago, MD, 1998.

Marcus PM, Newman B, Millikan RC, Baird DD, **Moorman PG,** Qaqish B. Breast cancer epidemiology: the case for adolescent exposures. Society for Epidemiologic Research, Baltimore, MD, 1999.

**Moorman PG**.  Menopausal hormones and risk of breast cancer.  Carolina Breast Cancer Study Participant Symposium, Chapel Hill, NC, April 2000

**Moorman PG**, Jones BA, Millikan RC, Hall IJ, Newman B.  Race, anthropometric factors, and stage at diagnosis of breast cancer.  Society for Epidemiologic Research, Seattle, WA, June 2000.

Hall IJ, Newman B, Millikan RC, **Moorman PG**. Comparative analysis of breast cancer risk factors among African-American women and white women. Congress of Epidemiology, Toronto, Ontario, Canada, June 2001.

**Moorman PG**, et al.  Nuts and bolts of field studies: things they didn't teach you in school.  Congress of Epidemiology, Toronto, Ontario, Canada, June 2001. (Invited talk)

**Moorman PG**, Calingaert B, Vine M, Halabi S, Berchuck A, Schildkraut JM. Comparison of two methods for calculating lifetime ovulatory cycles.  Congress of Epidemiology, Toronto, Ontario, Canada, June 2001.

Plummer P, Jackson S, Konarski J, Mahanna E, Dunmore C, Regan G, Mattingly D, Parker B, Williams S, Andrews C, Vannapppagari V, HallS, Deming S, Hodgson E, **Moorman P**, Newman B, Millikan R. Making epidemiologic studies responsive to the needs of participants and communities: the Carolina Breast Cancer Study experience. Conference on Breast Cancer and Environmental Mutagens, Research Triangle Park, NC, September 2001.

**Moorman PG**. Population-based study of breast cancer among African-American and White women in North Carolina. North Carolina Central University, Durham, NC, January 2003. (Invited talk)

**Moorman PG**. Medication use and breast cancer risk. Psychiatry and Behavioral Sciences Grand Rounds, Memorial Sloan-Kettering Cancer Center, New York, NY, March 2003. (Invited talk)

Sansbury L, Millikan R, Schroeder J, **Moorman P**, North K, Sandler R. Use of non-steroidal anti-inflammatory drugs, cyclooxygenase-2 Val411Ala polymorphism and association with colon cancer in a population-based study of African Americans and whites. 3rd Annual AACR International Conference, Seattle, WA, October 2004.

Schildkraut JM, Berchuck A, Murphy S, Marks J, **Moorman P**, Calingaert B, Halabi S. Trinucleotide repeat polymorphisms in the androgen receptor gene and risk of ovarian cancer. 3rd Annual AACR International Conference, Seattle, WA, October 2004.

**Moorman PG,** Sesay J, Nwosu V, Millikan R. Non-steroidal anti-inflammatory drugs, COX2 polymorphism and breast cancer: a study of gene-environment interactions.  Triangle Cancer and Disparities Symposium, North Carolina Central University, Durham, NC, March 2005.

**Moorman PG.**  Racial disparities in breast cancer: problem or opportunity?  Johnson C. Smith University, Charlotte, NC, September 2005. (Invited talk)

Trivers K, Gammon M, Abrahamson P, Lund MJ, Kaufman J, **Moorman P**, Cai JW, Porter P, Brinton L, Eley JW. Reproductive factors and breast cancer survival in women less than 55 years of age. 4th Annual Conference on Frontiers in Cancer Prevention Research, Baltimore, MD, November 2005.

**Moorman PG.**  The role of epidemiology in the drug development process.  University of Ferrara, Ferrara, Italy, May 2006. (Invited talk)

**Moorman PG.**  Racial disparities in breast cancer:  risk factors through survival.  Women's Health Research Symposium - Untying the Pink Ribbon:  Advances in Breast Cancer.  University of Maryland School of Medicine.  Baltimore, MD, March 2008. (Invited talk)

**Moorman PG,** JM Schildkraut JM, ES Iversen ES, ER Myers ER, M Gradison M1, N Warren-White N, F Wang.  Weight gain after pre-menopausal hysterectomy.  Society for Epidemiologic Research, Chicago, IL, June 2008.

**Moorman PG.** Non-steroidal anti-inflammatory drugs (NSAIDs) as chemopreventives for cancer:  are they ready for prime time?  Genetics and Environmental Mutagenesis Society 26th Annual Fall Meeting. Research Triangle Park, NC, October 2008.  (Invited talk)

**Moorman PG.**  Introduction to cancer epidemiology.  Osher Lifelong Learning Institute lecture series. Chapel Hill, NC, September 2009. (Invited talk)

**Moorman PG.**  Challenges of epidemiologic research in the genomic era:  the example of ovarian cancer. Environmental  Mutagen Society Annual Meeting, St. Louis, MO, October  2009 (Invited talk)

**Moorman PG.**  Epidemiology in clinical research:  beyond randomized controlled trials.  Duke University Health System Clinical Education and Professional Development Series, Durham, NC, January 2010. (Invited talk)

**Moorman PG.**  Epidemiology in clinical research:  beyond randomized controlled trials. Association of Clinical Research Professionals, Durham, NC, June 2010. (Invited talk)

**Moorman PG.** The role of epidemiology in understanding disparities in breast cancer.  Duke Oncology Symposium – Advances in Surgical and Treatment Options for Breast and Colorectal Cancer.  Raleigh, NC, May 2011. (Invited talk)

Østbye T, **Moorman P**. Measurement dilemmas: validity, reliability and messy data. Family Medicine Research Seminar Series, Duke University Medical Center, December 2011.

**Moorman P**, Østbye T. Research that can tell you something: internal and external validity in study design. Family Medicine Research Seminar Series, Duke University Medical Center, November 2011.

Myers ER, Havrilesky LJ, Gierisch J, **Moorman PG**, Dinan MA, Coeytaux R, Urrutia RP, Lowery WJ, Hasselblad V, McBroom AJ, Sanders GD. Using net benefits and acceptability curves to quantify uncertainty about tradeoffs between harms and benefits of oral contraceptives. Society for Medical Decision Making, Phoenix, AZ, October 2012.

Myers ER, Havrilesky LJ, Gierisch J, **Moorman PG**, Dinan MA, Coeytaux R, Urrutia RP, Lowery WJ, Hasselblad V, McBroom AJ, Sanders GD. Net effects of current patterns of oral contraceptive use on potentially fatal outcomes in the United States. Society for Medical Decision Making, Phoenix, AZ, October 2012.

Stouder A, Melcher B, Morgan PA, **Moorman PG**, Lin L, Stem J. Satisfaction Guaranteed?  An Analysis of Lecturer Characteristics Associated with Physician Assistant Student Satisfaction. Physician Assistant Education Association Annual Education Forum, Seattle, WA, November 2012.

**Moorman PG.**  The African American Cancer Epidemiology Study (AACES).  Ovarian Cancer in Women of African Ancestry Emerging Consortium Meeting.  Bethesda, MD, April 2013.

**Moorman PG.**  Ovarian Cancer:  What You Need to Know.  Duke Cancer Institute, Cancer Awareness Workshop.  Durham, NC, May, August and October 2014.

**Moorman PG.**  Ovarian Cancer in African American Women:  The Challenges of Studying a Less Common

Cancer in a Minority Population.  Duke Cancer Institute Cancer Control and Population Sciences Seminar Series.  Durham, NC, July 2014.

## CONSULTANT APPOINTMENTS

National Institutes of Health, Center for Scientific Review
- Epidemiology and Disease Control Subcommittee 2 (EDC-2):  Oct. 2000, Feb. 2001
- Special Emphasis Panels: Nov. 2001, Mar. 2002, Nov. 2002, Nov. 2003, July 2004, Nov. 2004, June 2005, Mar. 2006, Nov. 2006, Mar. 2007, July 2007, Nov. 2008, June 2009, July 2009, July 2010, Oct. 2010, Sept. 2011, Dec. 2013, Mar. 2017, Nov. 2017
- Small Grants Program for Cancer Epidemiology: Nov. 2001, Mar. 2003, June 2016, Mar. 2017, June 2017, June 2018, Nov. 2018
- National Cancer Institute, Program Project Review: Jan. 2003, Aug. 2003, Dec. 2003.
- SPORE (Specialized Program of Research Excellence) Review: Breast Cancer Feb. 2005, Ovarian Cancer June 2008, Feb. 2009.

Centers for Disease Control and Prevention.  Defining the Public Health Research Agenda for Ovarian Cancer.  Invited panel participant.  Nov. 2008.

Susan G. Komen for the Cure, Study Section Chair for Post-Doctoral Fellowship in Risk and Prevention, 2010.

Susan G. Komen Breast Cancer Foundation, Study Section Chair for Risk, Prevention and Epidemiology, Member of Programmatic Review Committee, 2005 – 2007.

Susan G. Komen for the Cure/Susan G. Komen Breast Cancer Foundation, Scientific Reviewer, 2003 - 2011.

Department of Defense Breast Cancer Research Program Scientific Peer Review, 1998, 2005, 2007, 2008, 2009, 2013.

Department of Defense Breast Cancer Research Program, Study Section Chair for Training - Epidemiology and Prevention, 2013.

Department of Defense Ovarian Cancer Research Program Scientific Peer Review, 2015, 2016.

Department of Defense Ovarian Cancer Research Program, Study Section Chair for Investigator Initiated Research II, 2018.

National Cancer Institute, Center for Global Health, Data Monitoring Committee for United States – Latin American Cancer Research Network, 2013

CODA, Inc., Research Triangle Park, NC.  IRB member, 2004.

National Institute of Environmental Health Sciences Special Emphasis Panel, Technical Evaluation of Support Services for Epidemiology, NIEHS Epidemiology Branch.  May 1998.

## PROFESSIONAL AWARDS AND SPECIAL RECOGNITIONS

Honorary Physician Assistant, Duke University Medical Center Physician Assistant Program - 2018

Certificate of Appreciation, Duke University Medical Center Physician Assistant Program – 2008

Delta Omega, Public Health Honorary – 1994

*The Endocrinologist*, Editorial Prize for Volume II – 1993

Research Service Award, National Cancer Institute - 1988-91

Edward E. Smissman Award for Medicinal Chemistry, University of Kansas – 1980

Walter F. Enz Award for Pharmaceutical Chemistry, University of Kansas – 1980

Watkins-Berger Scholarship, University of Kansas - 1975-1980

State of Kansas Scholarship, University of Kansas - 1976-1980

## ORGANIZATIONS AND PARTICIPATION

University of North Carolina School of Public Health Alumni Association, Epidemiology Section President, 2001-2002.

Society for Epidemiologic Research

American Pharmaceutical Association

## TEACHING RESPONSIBILITIES

### Courses Taught

Evidence Based Medicine-I, Duke University, Department of Community and Family Medicine, Physician Assistant program.   Primary instructor, 2004-2017.

Evidence Based Medicine-II, Duke University, Department of Community and Family Medicine, Physician Assistant program.  Co-Instructor, 2003-2018.

Evidence Based Medicine-I, Duke University, Department of Community and Family Medicine, Physician Assistant program.  Lecturer and seminar instructor, 2003.

Epidemiology and Research Methods (PAP 255), Duke University, Department of Community and Family Medicine, Physician Assistant program.  Seminar instructor, 2001-2002.

Epidemiology of Cancer (CDE 532B), Yale University, Department of Epidemiology and Public Health. Course director, 1997-2000.

Co-developer of departmental Master's Comprehensive Examination, University of North Carolina-Chapel Hill, Department of Epidemiology, 1995-1996.

Cancer Epidemiology (EPID 233), University of North Carolina-Chapel Hill, Department of Epidemiology, Teaching Assistant, 1992-1993.

Principles of Epidemiology (EPID 160), University of North Carolina-Chapel Hill, Department of Epidemiology, Teaching Assistant, 1990.

### Student Mentoring

Helena Furberg, MSPH, University of North Carolina, 1996, Committee Member

Pamela M. Marcus, PhD, University of North Carolina, 1997, Committee Member

Stella Chang, MPH, Yale University, 1997, Committee Member

Mary Riciutti, MPH, Yale University, 1999, Committee Chair

Edward A. Lew, MPH, Yale University, 1999, Committee Member

Shelley Goodstine, MPH, Yale University, 1999, Committee Member

Rupal Desai, MPH, Yale University, 1999, Committee Member

Pei-Yu Lin, MPH, Yale University, 2000, Committee Chair

Lisa Calvocoressi, Ph.D., Yale University, 2003, Dissertation Reader

Rebecca Cleveland, Ph.D., University of North Carolina, 2003, Committee Member

Leah Sansbury, Ph.D., University of North Carolina, 2004, Committee Member

Sumitra Shantakumar White, Ph.D., University of North Carolina, 2006, Committee Member

Katrina Trivers, Ph.D., University of North Carolina, 2006, Committee Member

Amy Dailey, Ph.D., Yale University, 2006, Dissertation Reader

Enid Rivera, M.D., Duke University, 2008, 3rd year Medical Student Preceptor

Alexis Gaines, Duke University, 2013, Master's Committee Member

Chioma Erondu, Duke University, 2013-14, 3rd year Medical Student Preceptor

Tolulope Teniola, Duke University 2016-17, 3rd year Medical Student Preceptor

Tengteng Wang, University of North Carolina, 2018, Committee Member


**COMMITTEES AND SERVICE**

Standing Committee on Misconduct in Research, Duke University School of Medicine, 2017-present

Senior Faculty Advisory Committee, Office for Research Mentoring, Duke University School of Medicine, 2016-present

Academy of Mentors, Office of Faculty Mentoring, Duke University School of Medicine, 2014-16

Society for Epidemiologic Research.  Reviewer for Tyroler and Lilienfeld Prize Papers, 2015

Appointments, Promotions and Tenure Committee, Department of Community and Family Medicine, Duke University Medical Center.  Committee Member, 2008-2018

Quality Assurance Sub-Committee for Clinical Research Units, Duke University Medical Center, Committee Chair, 2013-2014

Quality Assurance Sub-Committee for Clinical Research Units (formerly Site-based Research Units), Duke University Medical Center, Committee Member, 2011-2013

Path to Independence Faculty Mentoring Program, Duke University School of Medicine, Peer Reviewer, 2012-2018

Society for Epidemiologic Research.  Abstract reviewer for annual meeting, 2011

Cancer Prevention, Detection and Control Research Program, Duke University Medical Center, Cancer Control Pilot Study application reviewer,  2010, 2011

Executive Council, Department of Community and Family Medicine, Duke University Medical Center 2009-present

Education Committee, Department of Community and Family Medicine, Duke University Medical Center, 2009-2017

Faculty Search Committee, Cancer Prevention, Detection and Control Research Program, 2010

Duke Cancer Institute, Editorial Advisory Committee Member, 2010-2011

Duke Comprehensive Cancer Center Annual Meeting, Judge for poster presentations, 2009

Director Search Committee, Cancer Prevention, Detection and Control Research Program, 2009

Partners Allied in Research (PAIR) Pilot Grant application reviewer, Cancer Prevention, Detection and Control Research Program, 2005

**Editorial Reviewer**

| | |
|---|---|
| American Journal of Epidemiology | Annals of Epidemiology |
| Archives of Gynecology and Obstetrics | Breast Cancer Research and Treatment |
| Breast Diseases | British Medical Journal-Cancer |
| Cancer | Cancer Biomarkers |
| Cancer Causes and Control | Cancer Epidemiology Biomarkers and Prevention |
| Cancer Research | Clinical Breast Cancer |
| Epidemiology | Ethnicity and Disease |
| Gynecologic Oncology | International Journal of Cancer |
| International Journal of Epidemiology | JAMA |
| Journal of Community Development | Journal of the National Cancer Institute |
| J of the Women's American Medical Assn | Journal of Women's Health |
| Lancet | Lancet Oncology |
| Nutrition and Cancer | Pharmacogenomics |
| Public Health Nutrition | Trends in Molecular Medicine |
| Women and Health | |

**CURRENT RESEARCH**

Epidemiology of breast and ovarian cancer
Ovarian function after hysterectomy
Racial differences in disease risk and outcomes
Medication use and cancer risk
Etiologic factors for uterine fibroids

**EXTERNAL SUPPORT - PAST**

| Principal Investigator | % effort | Title of Project and Funding Source | Total Costs | Duration |
|---|---|---|---|---|
| Barbara Hulka | 25% | High-Density Lipoprotein Cholesterol and Breast Cancer, National Cancer Institute, R03, Supported dissertation research | $72,234 | 1992 – 1993 |

| | | | | |
|---|---|---|---|---|
| Beth Newman | 100% | Carolina Breast Cancer Study, Project 2 SPORE in Breast Cancer, National Cancer Institute, P50. | $1,275,000 | 1992 – 1995 |
| Beth Newman | 50% | Carolina Breast Cancer Study, Project 2 SPORE in Breast Cancer, National Cancer Institute, P50. | $2,511,146 | 1995 - 1996 |
| Patricia Moorman | 50% | Medication Use and Breast Cancer in a Bi-racial Population, National Cancer Institute, R29-FIRST Award. | $498,302 | 1996 – 2002 |
| Patricia Moorman | 0% | Carolina Breast Cancer Study Participant Symposium, North Carolina Division of American Cancer Society Small Grant. | $2500 | 1997 |
| Patricia Moorman | 0% | Carolina Breast Cancer Study Participant Symposium, Susan G. Komen Breast Cancer Foundation Small Grant. | $5000 | 1997 |
| Joellen Schildkraut | 10% | Carolina Georgia Center, Cancer Genetics Network, National Cancer Institute, U-24. | $4,028,129 | 2002 – 2004 |
| Patricia Moorman | 0% | Non-steroidal Anti-Inflammatory Drugs and Breast Cancer: A Study of Gene-Environment Interactions among African-American and White Women, Minority Serving Institution Partnership Grant, Pilot Funds. | $28,040 | 2003 – 2004 |
| Celette Skinner | 5% | Partnerships to Eliminate Disparities in Cancer Outcomes and Research, National Cancer Institute, National Cancer Institute. | $517,743 | 2002 – 2006 |
| Patricia Moorman | 0% | Diversity Supplement to RO1 AG020162 Ovarian Failure Among Hysterectomized Women, National Institute on Aging (Note: Grant was awarded but post-doc accepted another position.) | $169,720 | 2006 |
| Andrew Berchuck | 5% | Biological Basis for Chemoprevention of Ovarian Cancer, Department of Defense. | $824,000 | 2002 – 2007 |
| Stephen Freedland | 5% | Weight Loss and Gain and Cancer Free Survival after Radical Prostatectomy in a Multiethnic Cohort. Prostate Cancer Foundation. | $100,000 | 2007-2009 |
| Joellen Schildkraut | 10% | Genetic Modifiers of BRCA1 and BRCA2, Project 3 SPORE in Breast Cancer.  National Cancer Institute. | $1,795,862 | 2003 – 2009 |
| Joellen Schildkraut | 10% | Molecular Epidemiology of Ovarian Cancer. National Cancer Institute. | $3,750,000 | 2003 – 2010 |

| Patricia Moorman | 40% | Ovarian Failure among Hysterectomized Women.<br>National Institute on Aging. | $3,781,480 | 2003 - 2010 |
|---|---|---|---|---|
| Patricia Moorman (Sub-contract PI) | 3% | Cancer Genetics Network.<br>National Cancer Institute. | ~$25,000 | 2010 – 2012 |
| Laura Havrilesky | 15% | Oral Contraceptive Use for the Primary Prevention of Ovarian Cancer.<br>Agency for Healthcare Research and Quality | $486,476 | 2010 - 2012 |
| Jeffrey Marks | 5% | Atlantic Breast and Gynecologic Clinical Validation Center.<br>National Cancer Institute | >$1,500,000 | 2010 - 2013 |
| Cathrine Hoyo | 5% | Disparities in Cervical Cancer Precursors and Deregulation of Imprinted Genes<br>National Cancer Institute | ~$200,000 | 2012 – 2013 |
| Emanuel Trabuco (Moorman, Duke PI) | 2% | Anti-Müllerian Hormone as a Marker of Ovarian Reserve in Women with and without Hysterectomy.<br>Mayo Clinic Internal Funds | $100,000 | 2012 – 2013 |
| Evan Myers | 10% | Systematic Review of Cancer Screening Literature for Updating American Cancer Society Breast Cancer Screening Guidelines<br>American Cancer Society | ~$400,000 | 2013 - 2014 |
| Joellen Schildkraut | 9% | Cancer Education and Career Development Training Grant.<br>National Cancer Institute | ~$1,400,000 | 2009 – 2014 |
| Patricia Moorman (Sub-contract PI) | 5% | Rare Cancer Genetics Network<br>National Cancer Institute | ~$240,000 | 2010 – 2016 |
| Joellen Schildkraut (Moorman, co-PI) | 20% | Epidemiology of Ovarian Cancer in African American Women<br>National Cancer Institute | ~$12,000,000 | 2010 – 2017 |
| Gillian Sanders | 10% | Management of Infertility<br>Evidence-Based Practice Center | | 2015-2016 |
| Gillian Sanders | 10% | Management of Labor Dystocia<br>Evidence-Based Practice Center | | 2016 |
| Gillian Sanders | 15% | Office of Women's Health – Topic Development<br>Evidence-Based Practice Center | | 2016 |
| Evan Myers | 5% | Comparing Management Options for Management: Patient-centered Results for Uterine Fibroids (COMPARE-UF)<br>PCORI | ~$19,000,000 | 2014 – 2018 |

**EXTERNAL SUPPORT - CURRENT**

| Principal Investigator | % effort | Title of Project and Funding Source | Total Costs | Duration |
|---|---|---|---|---|
| Joellen Schildkraut (Moorman, sub-contract PI) | 13% | Exploring Factors Related to Racial Disparities in Ovarian Cancer Incidence and Survival:  The OCWAA (Ovarian Cancer in Women of African Ancestry) Consortium National Cancer Institute | ~$450,000 | 2017 - 2021 |

**PERSONAL INFORMATION**

**Work address:**  DUMC Box 2715, 2424 Erwin Road, Suite 602, Durham, NC 27705

**Work phone #:**  (919) 681-4557

**E-mail address:**  patricia.moorman@duke.edu

**Home address:**  3 Skipwith Court,  Durham, NC 27707

**Home phone #:**  (919) 419-9301

**Marital status:**  Married

**Spouse's name:**  Allan R. Moorman, Ph.D.

Exhibit 7

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


---------------------------------X


IN RE:  JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS          MDL No.:
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY          16-2738 (FLW)(LHG)
LITIGATION


THIS DOCUMENT RELATES TO
ALL CASES
---------------------------------X

VIDEOTAPED DEPOSITION OF

PATRICIA G. MOORMAN, M.S.P.H., PH.D.

_____

FRIDAY, JANUARY 25, 2019

9:04 A.M.
_____


Taken by the Defendants
at Cambria Hotel & Suites Durham
2306 Elba Street
Durham, North Carolina 27705



- - -

Reported by Sophie Brock, RPR, RMR, RDR, CRR

- - -



GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Patricia G. Moorman, M.S.P.H., Ph.D.

| Page 2 | Page 4 |
|---|---|

**Page 2**

```
1           A P P E A R A N C E S
2   ON BEHALF OF THE PLAINTIFFS:
3       ASHCRAFT & GEREL, LLP
        4900 Seminary Road
4       Alexandria, Virginia 22311
        Telephone: (703) 931-5500
5       By:  MICHELLE A. PARFITT, ESQ.
           mparfitt@ashcraftlaw.com
6
        - and -
7
        MUELLER LAW, LLC
8       404 W 7th Street
        Austin, Texas 78701
9       Telephone: (512) 478-1236
        By:  STEVE FARIES, ESQ.
10         steve.faries@muellerlaw.com
11      - and -
12      NAPOLI SHKOLNIK PLLC
        400 Broadhollow Road, Suite 305
13      Melville, New York 11747
        Telephone: (631) 224-1133
14      By:  ALASTAIR J.M. FINDEIS, ESQ.
           afindeis@napolilaw.com
15
16  ON BEHALF OF THE DEFENDANTS JOHNSON & JOHNSON:
17      SHOOK, HARDY & BACON L.L.P.
        600 Travis Street, Suite 3400
18      Houston, Texas 77002
        Telephone: (713) 227-8008
19      By:  SCOTT A. JAMES, ESQ.
           sjames@shb.com
20
        - and -
21
        DRINKER BIDDLE & REATH, LLP
22      600 Campus Drive
        Florham Park, New Jersey 07932-1047
23      Telephone: (973) 549-7164
        By:  JESSICA L. BRENNAN, ESQ.
24         jessica.brennan@dbr.com
25
```

**Page 4**

```
1          INDEX OF EXAMINATIONS
2                                         PAGE
3   BY MR. JAMES . . . . . . . . . . . . . 9, 302, 315
4   BY MS. FOSTER . . . . . . . . . . . . . 280
5   BY MS. APPEL . . . . . . . . . . . . . . 294
6   BY MS. PARFITT . . . . . . . . . . . . . 310
7
8          INDEX OF EXHIBITS
9   NUMBER      DESCRIPTION      MARKED
10  Exhibit 1   Invoices of Patricia G. Moorman, . . .15
               Ph.D.
11
12  Exhibit 2   Errata Page from Deposition . . . . . .17
               Transcript of Patricia Moorman,
               Ph.D.
13
14  Exhibit 3   Curriculum Vitae of Patricia . . . . .20
               Moorman, M.S.P.H, Ph.D.
15  Exhibit 4   Notice of Oral and Videotaped . . . . .32
               Deposition of Patricia G. Moorman
16             and Duces Tecum
17  Exhibit 5   Binder of Materials Considered . . . .35
18  Exhibit 6   Plaintiffs' Steering Committee's . . .36
               Response and Objections to the
19             Notice of Oral and Videotaped
               Deposition of Patricia G. Moorman
20             and Duces Tecum
21  Exhibit 7   Rule 26 Expert Report of Patricia . . .37
               G. Moorman, M.S.P.H., Ph.D.
22
        Exhibit 8   Additional Materials to . . . . . . .41
23             Dr. Patricia Moorman
24  Exhibit 9   Reliance Materials of Patricia . . . .45
               Moorman, Ph.D., Produced March 5,
25             2018
```

| Page 3 | Page 5 |
|---|---|

**Page 3**

```
1           A P P E A R A N C E S  (Continued)
2   ON BEHALF OF THE DEFENDANT IMERYS TALC AMERICA, INC.:
3       GORDON & REES, LLP
        816 Congress Avenue, Suite 1510
4       Austin, Texas 78701
        Telephone: (512) 391-0197
5       By:  JENNIFER A. FOSTER, ESQ.
           jfoster@gordonrees.com
6
        - and -
7
        COUGHLIN DUFFY LLP
8       350 Mount Kemble Avenue
        Morristown, New Jersey 07962
9       Telephone: (973) 267-0058
        By:  JONATHAN F. DONATH, ESQ.
10         jdonath@coughlinduffy.com
11
    ON BEHALF OF THE DEFENDANT PERSONAL CARE PRODUCTS
12  COUNCIL:
13      SEYFARTH SHAW LLP
        975 F Street, N.W.
14      Washington, DC 20004-1454
        Telephone: (202) 463-2400
15      By:  RENÉE B. APPEL, ESQ.
           rappel@seyfarth.com
16
17  ON BEHALF OF THE DEFENDANT PTI:
18      TUCKER ELLIS LLP
        233 South Wacker Drive
19      Chicago, Illinois 60606
        Telephone: (312) 624-6300
20      By:  JAMES W. MIZGALA, ESQ.
           james.mizgala@tuckerellis.com
21
22  VIDEOGRAPHER:
23      Brad Smith
24
25
```

**Page 5**

```
1          INDEX OF EXHIBITS (Continued)
2   NUMBER       DESCRIPTION        MARKED
3   Exhibit 10  References and Materials . . . . . . .49
               Considered List for the MDL Report
4
        Exhibit 11  Deposition Transcript of Patricia . .61
5              Moorman, M.S.P.H., Ph.D., dated
               March 12, 2018
6
7       Exhibit 12  FDA Action Related to Talc . . . . . .77
8       Exhibit 13  FDA Letter dated April 1, 2014 . . . .84
9       Exhibit 14  IARC Monographs Document titled . . . .91
               "Arsenic, Metals, Fibres, and
10             Dusts, Volume 100 C, A Review of
               Human Carcinogens"
11  Exhibit 15  AACR Journal Article titled "Does . . 107
               Exposure to Asbestos Cause Ovarian
12             Cancer? A Systematic Literature
               Review and Meta-analysis," by
13             Alison Reid, et al.
14  Exhibit 16  American Journal of Epidemiology . . 136
               Article titled "Ovarian Cancer Risk
15             Factors in African-American and
               White Women," by Patricia G.
16             Moorman, et al.
17  Exhibit 17  Cancer Causes Control Article . . . . 139
               titled "Primary peritoneal and
18             ovarian cancers: an epidemiological
               comparative analysis," by Delores
19             J. Grant, et al.
20  Exhibit 18  Printout from ACOG's Website: . . . . 149
               "Talc Use and Ovarian Cancer"
21
22
23
24
25
```

2 (Pages 2 to 5)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 6

INDEX OF EXHIBITS (Continued)
NUMBER          DESCRIPTION          MARKED

Exhibit 19  National Cancer Institute PDQ . . . . 151
            titled "Ovarian, Fallopian Tube,
            and Primary Peritoneal Cancer
            Prevention (PDQ®) - Health
            Professional Version

Exhibit 20  Epidemiology Article titled . . . . . 165
            "Perineal Talc Use and Ovarian
            Cancer, A Systematic Review and
            Meta-Analysis," by
            Ross Penninkilampi, et al.

Exhibit 21  Review Article titled "Genital . . . 169
            use of talc and risk of ovarian
            cancer: a meta-analysis," by
            Wera Berge, et al.

Exhibit 22  Research Report titled "Perineal . . 173
            use of talc and risk of ovarian
            cancer," by H. Langseth, et al.

Exhibit 23  Anticancer Research Article . . . . . 175
            titled "Perineal Application of
            Cosmetic Talc and Risk of Invasive
            Epithelial Ovarian Cancer: A
            Meta-analysis of 11,933 Subjects
            from Sixteen Observational
            Studies," by Michael Huncharek,
            et al.

Exhibit 24  AACR Journal Research Article . . . . 180
            titled "Genital Powder Use and Risk
            of Ovarian Cancer: A Pooled
            Analysis of 8,525 Cases and 9,859
            Controls," by Kathryn L. Terry,
            et al.

Exhibit 25  JNCI Article titled "Perineal . . . . 202
            Powder Use and Risk of Ovarian
            Cancer," by Serena C. Houghton,
            et al.

Page 7

INDEX OF EXHIBITS (Continued)
NUMBER          DESCRIPTION          MARKED

Exhibit 26  Journal of the National Cancer . . . 205
            Institute Article, titled
            "Prospective Study of Talc Use and
            Ovarian Cancer," by Dorota M.
            Gertig, et al.

Exhibit 27  PLOS ONE Research Article titled . . 227
            "Comparison of Estimates between
            Cohort and Case-Control Studies in
            Meta-Analyses of Therapeutic
            Interventions: A
            Meta-Epidemiological Study," by Amy
            Lanza, et al.

Exhibit 28  AACR Journal Research Article . . . . 234
            titled "Association between Body
            Powder Use and Ovarian Cancer: The
            African American Cancer
            Epidemiology Study (AACES)," by
            Joellen M. Schildkraut, et al.

Exhibit 29  AACR Journal Article titled "Body . 237
            Powder and Ovarian Cancer Risk -
            What is the Role of Recall Bias?"
            by Britton Trabert

Exhibit 30  International Journal of Cancer . . . 273
            Article titled "Perineal Talc
            Exposure and Epithelial Ovarian
            Cancer Risk in the Central Valley
            of California," by Paul K. Mills,
            et al.

Exhibit 31  Paper titled "Systematic Review . . . 307
            and Meta-Analysis of the
            Association between Perineal Use of
            Talc and Risk of Ovarian Cancer,"
            by Mohamed Kadry Taher, et al.

Page 8

P R O C E E D I N G S

THE VIDEOGRAPHER:  We are now on record.  Today's date is January 25th, 2019, and the time is approximately 9:04 a.m.  This is the videotaped deposition of Dr. Patricia Moorman.

Could counsel please now introduce themselves for the record, and then our court reporter will swear in the witness.

MR. JAMES:  Scott James for the Johnson & Johnson Defendants.

MS. BRENNAN:  Jessica Brennan for the Johnson & Johnson Defendants.

MS. FOSTER:  Jennifer Foster for Imerys Talc America, Inc.

MR. DONATH:  Jonathan Donath for Imerys Talc, Inc.

MS. APPEL:  Renée Appel, here for Personal Care Products Council.

MR. MIZGALA:  James Mizgala for PTI.

MR. FINDEIS:  Alastair Findeis, Plaintiffs' Steering Committee.

MR. FARIES:  Steve Faries for the Plaintiffs.

MS. PARFITT:  Michelle Parfitt for the Plaintiffs.

Page 9

Whereupon,

PATRICIA G. MOORMAN, M.S.P.H., PH.D.
having first been duly sworn/affirmed,
was examined and testified as follows:
EXAMINATION BY COUNSEL FOR THE
JOHNSON & JOHNSON DEFENDANTS
BY MR. JAMES:

Q.  Good morning, Dr. Moorman.

A.  Good morning.

Q.  My name is Scott James.  We've had the pleasure of meeting before the deposition.  I'm counsel for the J&J Defendants in this matter.

Do you understand that?

A.  I do.

Q.  Super.  Could you state your name for the record, please.

A.  My name is Patricia Moorman.

Q.  And you have been deposed before in a talc ovarian cancer case; correct?

A.  Yes, I have.

Q.  And you've testified on behalf of the Plaintiffs in that case; correct?

A.  Yes, I did.

Q.  And the allegations in that case were that cosmetic talc powders cause ovarian cancer; correct?

3 (Pages 6 to 9)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 10

1    A. That's correct.
2    Q. You were deposed in the Ingham case.
3       Do you recall the name of the case?
4    A. Yes, I do.
5    Q. And you were last deposed in that case in
6  March of 2018. Do you recall that?
7    A. Yes, I do.
8    Q. Has there been any change in your employment
9  status since your March 2018 deposition?
10   A. I am still a professor at Duke University,
11  yes.
12   Q. Has there been any change in your work or
13  teaching activities since your deposition?
14   A. Yes.
15   Q. What are those changes?
16   A. I am in a preretirement transition, and so
17  I have been reducing my effort. And so I do not --
18  I'm not doing as much teaching as I was a year ago.
19   Q. Other than that fairly significant change,
20  are there any other changes in your teaching or work
21  activities since the deposition?
22   A. No.
23   Q. Have you done any new expert witness work
24  since the last deposition other than the talc MDL that
25  we're here about today?

Page 11

1    A. No, I have not.
2    Q. And you understand that we are taking your
3  deposition today in the talc MDL; correct?
4    A. Yes.
5    Q. Who first contacted you about serving as an
6  expert in the talc MDL?
7    A. It was -- let's see -- Jeff Gibson was the
8  first person who contacted me about talc litigation.
9    Q. When you say "talc litigation," are you
10  referring to the Ingham case?
11   A. I'm afraid that I'm a little unclear on --
12  you know, there are multiple attorneys, multiple
13  cases, and I don't know who was the Defendant and when
14  he first approached me.
15   Q. Understood.
16   A. Or the Plaintiff, rather. I'm sorry.
17   Q. Do you recall the time frame that Mr. Gibson
18  contacted you?
19   A. It was in summer of 2016.
20   Q. Are you retained in any talc cases other than
21  the talc MDL and the Ingham case?
22   A. Not to my knowledge, no.
23   Q. Sitting here today, do you have the ability
24  to distinguish as to whether any attorney contacted
25  you specifically about the talc MDL?

Page 12

1    A. I'm afraid I'm a little bit unclear about the
2  particular cases. I understand that this is an MDL
3  case. I have been in touch with attorneys about
4  various cases since, you know, 2016, but I'm a little
5  bit unclear about the distinctions.
6    Q. In preparing for today's deposition for the
7  talc MDL, did you meet with counsel?
8    A. Yes.
9    Q. Okay. And who did you meet with?
10   A. I have met with the individuals here,
11  Michelle Parfitt, Steve Faries, Alastair, and -- I'm
12  blanking on his last name all of a sudden -- and Jeff
13  Gibson.
14   Q. Are those the only attorneys that you've met
15  with regard to your deposition today?
16   A. Yes.
17   Q. In preparing your MDL talc report, are there
18  any other attorneys that you worked with other than
19  the ones that you just mentioned with regard to
20  MDL?
21       MS. PARFITT: Objection. Form.
22       You may answer.
23       I just wanted to make sure that -- I believe
24  he's asking the names of people, not the
25  communications.

Page 13

1        MR. JAMES: Yes.
2        THE WITNESS: Okay. I believe that on
3  teleconferences, Chris Tisi was also on one of the --
4  at least one of the teleconferences, probably more
5  than one.
6  BY MR. JAMES:
7    Q. Was Mr. Tisi involved in teleconferences
8  pertaining to the report that you authored?
9    A. Yes.
10   Q. And, again, I'm not asking you about the
11  substance of the communications, just the
12  identification of the attorneys that you've worked
13  with. Okay?
14   A. Okay.
15   Q. Are there any other attorneys that you've
16  worked with on the MDL report?
17   A. None that I recall.
18   Q. Are you working with any of the counsel that
19  you just identified on any other litigation or
20  matters?
21   A. No, I am not.
22   Q. Okay. Today at the deposition, we'll follow
23  the same ground rules as the Ingham deposition. So
24  I know that you're familiar with them, but as a
25  reminder, my questions will be verbal and I ask that

4 (Pages 10 to 13)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 14

1  your answers be verbal as well.  Okay?
2      A.  Okay.
3      Q.  And that's so the court reporter can take
4  down what you're saying and can take down what I'm
5  saying as well.
6          Also, Michelle has told you this, but
7  anytime you need a break, just let us know and we'll
8  be happy to accommodate you.  Okay?
9      A.  Okay.
10      Q.  And if you have any -- if you have any -- let
11  me rephrase that.
12          If you don't understand any questions that
13  I ask you, please ask me to rephrase.  Okay?
14      A.  Okay.
15      Q.  Great.
16          What are you charging Plaintiffs' counsels
17  in the MDL?
18      A.  My rate is $400 per hour.
19      Q.  How much have you invoiced in the MDL to
20  date?
21      A.  For the MDL, I believe it is 21,000.
22      Q.  Okay.  And prior -- sorry.  Did I cut you
23  off?
24      A.  No, you did not.
25      Q.  This morning, your counsel handed me a copy

Page 15

1  of the invoices that you furnished in the MDL, and I'm
2  going to mark this as Exhibit No. 1.
3          (Exhibit No. 1 was marked for identification.)
4  BY MR. JAMES:
5      Q.  Exhibit No. 1 is containing four invoices.
6  I'm going to hand those to you and ask you to confirm
7  that those are the invoices that you have prepared for
8  your work in the MDL.
9      A.  There are some for -- that work that was done
10  with the Ingham case, and my understanding, that's not
11  part of the MDL.
12      Q.  That's fair.  Yes.
13      A.  Okay.
14      Q.  So are the invoices that I've handed you as
15  part of Exhibit 1, are those the invoices related to
16  the work that you've done on the MDL?
17      A.  I -- I'm sorry.  I'm -- I'm trying to answer
18  your question, but the ones for prior -- other than
19  the Ashcraft & Gerel, my understanding was that these
20  were for, like, the Ingham case and the state cases,
21  not the MDL.
22      Q.  Okay.  Let me ask it this way:  Are these the
23  invoices that you've submitted to Michelle Parfitt?
24      A.  They've been submitted to the people noted on
25  there.  So --

Page 16

1          MS. PARFITT:  And I've just got to add
2  some clarity to that.
3          MR. JAMES:  Sure.
4          MS. PARFITT:  There might be some
5  overlap.  I think that's the problem.  There might
6  just be some overlap.
7  BY MR. JAMES:
8      Q.  Are there any invoices that you have prepared
9  for your work in the talc litigation that you have not
10  produced to us today in the MDL, be it Exhibit 1 or in
11  your work in Ingham?
12      A.  These are the only invoices related to the
13  talc litigation, period.
14      Q.  And do you have an estimate of -- when you
15  say that these are the only invoices for the talc
16  litigation -- and if these questions continue to be
17  confusing, let me know -- but are there other invoices
18  that you submitted in the Ingham case that are not
19  part of Exhibit 1?
20      A.  No.  These are all the invoices submitted.
21      Q.  We got there finally.  Sorry about that.
22      A.  Okay.
23      Q.  Have you discussed your work in this
24  litigation with any other experts who are working on
25  behalf of the Plaintiffs?

Page 17

1      A.  No.  To my knowledge, I have not.
2      Q.  Have you had any emails or other
3  communications with Plaintiffs' experts in the talc
4  litigation?
5      A.  No, I have not.
6      Q.  And you recall giving your testimony in the
7  Ingham case in March 2018; correct?
8      A.  Yes, I do.
9      Q.  After that testimony that you provided, you
10  also had an opportunity to review that testimony;
11  correct?
12      A.  I did.
13      Q.  And do you recall preparing a single
14  correction to the Ingham transcript?
15      A.  Yes.
16      Q.  And so I have with me a copy of what we refer
17  to as an errata sheet, which is the correction sheet
18  that you signed in Ingham.  I'm going to mark that as
19  Exhibit No. 2.  Okay?
20          (Exhibit No. 2 was marked for identification.)
21  BY MR. JAMES:
22      Q.  And the way that we're configured, there's
23  some space between me and your counsel.  So when
24  I have exhibits, as I will throughout the day --
25  we may have to figure out how to approach this, but I

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 18

1    may hand them to you and ask that you hand them over
2    since we're all miked up.
3         Okay.  And do you recognize your handwriting
4    on that Exhibit?
5         A.  I do.
6         Q.  Does that reflect the correction that you
7    made to your testimony?
8         A.  Yes, it does.
9         Q.  And if you flip over to the other side of
10   Exhibit 2, does that contain your signature?
11        A.  Yes, it does.
12        Q.  By signing that errata sheet, you confirmed
13   that the testimony that you gave in Ingham was true
14   and correct; correct?
15        A.  Yes.
16        Q.  Do you still stand behind the testimony that
17   you provided in Ingham today?
18        A.  Yes, I do.
19        Q.  Subject to the one correction that you made;
20   correct?
21        A.  Yes, I do.
22        Q.  Sitting here today, do you believe there are
23   any other changes or corrections that you need to make
24   to your testimony in Ingham?
25        A.  I can't think of any, no.

Page 19

1         Q.  Did you review your Ingham deposition in
2    preparation for today's deposition?
3         A.  I did within the last few weeks, yes.
4         Q.  And so when you've reread the transcript in
5    the last few weeks, did you see anything in that
6    transcript that you wanted to correct?
7         A.  No.
8         Q.  Since your Ingham deposition in March of
9    2018, have you authored any publications or articles
10   pertaining to talc, asbestos, or ovarian cancer risk
11   factors?
12        A.  Yes, I have.
13        Q.  Okay.  And let's break up that, then.
14           Have you authored any articles pertaining to
15   talc?
16        A.  I have not authored any articles that
17   directly address talc as the main focus of the paper.
18   Talc has been mentioned in at least one paper as a
19   potential confounder.
20        Q.  And what was the name of that article,
21   please.
22        A.  If you'll give me just a moment, let me
23   look --
24        Q.  Dr. Moorman, are you looking at a copy of
25   your CV?

Page 20

1         A.  I am.
2         Q.  Okay.  So for purposes of the record, this
3    morning, before the deposition, your counsel handed me
4    a copy of your updated CV.
5           Is that what you're looking at right now?
6         A.  Yes, it is.
7         Q.  Okay.  I'm going to mark a copy of that as
8    Exhibit No. 3.
9         (Exhibit No. 3 was marked for identification.)
10           MR. JAMES:  Michelle, you have a copy,
11   I presume?
12           MS. PARFITT:  Actually, I think I gave
13   them all to you.  Sorry.
14           MR. JAMES:  Again, apologies for having
15   to handle it that way.
16           THE WITNESS:  Oh, I'm sorry.
17           MS. PARFITT:  Thank you.
18           THE WITNESS:  Okay.  The article that
19   I was referring to is -- the first author is Park.
20   The title of the article is "Benign gynecologic
21   conditions are associated with ovarian cancer risk in
22   African-American women:  A case-control study."
23           And I was a coauthor on that paper, and talc
24   was included as a potential confounder.
25

Page 21

1    BY MR. JAMES:
2         Q.  And, for the record, can you tell us the
3    number of the item you're looking at on your CV?
4         A.  Okay.  On page 14, it is Article No. 120.
5         Q.  And in that paper, Dr. Moorman, did you say
6    that you described talc as a potential confounder?
7         A.  Yes.
8         Q.  In that paper, did you include a disclosure
9    of your involvement in this talc litigation as an
10   expert for the Plaintiffs?
11        A.  I disclosed it -- actually, I had a
12   discussion with the senior author on this paper, who's
13   Michele Cote, and disclosed what I was doing.  And she
14   was -- she actually said she had also done some work
15   related to talc and ovarian cancer and she was going
16   to check with the editor and see if it required a
17   disclosure.  And so there was no disclosure.  So
18   apparently the editor did not feel it was warranted.
19        Q.  So the article, as published, does not
20   contain a disclosure of your involvement in the
21   litigation; correct?
22        A.  That is correct.
23        Q.  Did you review the disclosure requirements of
24   the journal in which the article was published?
25        A.  I can't remember if I specifically looked at

6 (Pages 18 to 21)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 22

1  that journal's requirements.  I don't recall if I did
2  or not.
3      Q.  Do you believe that it is important -- for an
4  author who's working on an article for a publication
5  pertaining to an issue that she's testifying about in
6  litigation, do you believe it's important to disclose
7  that to the reader of the article?
8      A.  I think that it is important to disclose it
9  in conjunction with the journal's policies, as I
10  described.  I did disclose it to the corresponding
11  author, who said she was going to discuss it with the
12  editor.  So I think that I did what was appropriate.
13      Q.  Did you communicate your involvement in the
14  litigation to anyone with the journal?
15      A.  I did not.  It is typical that the
16  communication with the journal is through the
17  corresponding author.
18      Q.  Have you attempted to amend any disclosures
19  in your prior papers since the last deposition?
20          MS. PARFITT:  Objection.  Form.
21          THE WITNESS:  I do --
22          MR. JAMES:  You're looking at your
23  counsel.  Michelle can correct me if I'm wrong.  She's
24  allowed to make the objections.  And once she does,
25  unless she tells you not to answer, you may answer.

Page 23

1          MS. PARFITT:  That's fine.
2          THE WITNESS:  Okay.  Yes.  In my last
3  deposition, there was an article that I was one of 40
4  authors that looked at about 20 different risk factors
5  for ovarian cancer.  I acknowledged in my deposition
6  that it was an oversight.  In my career, you know,
7  spanning 25 years, I've never had to make disclosures
8  about potential conflicts of interest.  I acknowledged
9  that it was an oversight on my part.  When it was
10  brought to my attention, I contacted the journal, and
11  they said, "Okay.  What's your disclosure?"  And
12  I disclosed it.
13  BY MR. JAMES:
14      Q.  So just to be clear, this was after the
15  deposition; correct?
16      A.  It was.
17      Q.  Is this the Peres paper?
18      A.  Yes.
19      Q.  Did they respond to you in any way about the
20  reported conflict?
21      A.  The editor just said, "Okay.  What is your
22  disclosure?"
23          And I gave it to him.  And I believe that
24  they subsequently published a correction to the
25  article.

Page 24

1      Q.  Did they communicate with you about the
2  disclosure in a written format?
3      A.  It was an email communication.
4      Q.  Was it a single email, or was it multiple
5  emails?
6      A.  As I recall, I sent an email to the editor
7  disclosing the situation, and he -- I think he
8  responded that, yes, it should be disclosed.  And then
9  I believe there was another email from -- I don't
10  know -- an editorial assistant or someone asking
11  specifically what was the -- what was the wording of
12  the disclosure that I wanted to make, and I gave them
13  that.
14          So it was, you know, two or three emails,
15  but...
16      Q.  Do you still have that email traffic in your
17  possession?
18      A.  Probably.
19      Q.  It's on your computer?
20      A.  I would think so.
21      Q.  Okay.  Could you ensure that you preserve
22  that email traffic for us, please.
23      A.  Yes.
24          MR. JAMES:  And then, Michelle, we will
25  request a copy of the email traffic.

Page 25

1          MS. PARFITT:  We'll certainly take it
2  under advisement, sure.
3  BY MR. JAMES:
4      Q.  Do you have any similar written
5  communications about the disclosure with the paper
6  that we just discussed, the Park paper?
7      A.  No, I do not.  That was a telephone
8  conference.
9      Q.  Other than the Park article that you just
10  identified, have you authored any other articles since
11  your last deposition concerning talc, asbestos, or
12  risk factors for ovarian cancer?
13      A.  As you can see on my CV, since the last
14  deposition, Article No. 121 is a paper on effect of
15  cultural, folk, and religious beliefs on delays in
16  diagnosis of ovarian cancer.  I was first author on
17  that paper.
18          Article 119, first author Anderson, was
19  looking at individual, social, and societal correlates
20  of health-related quality of life among
21  African-American survivors of ovarian cancer.
22          And I was a coauthor on a paper by Mills
23  that was looking at immune regulatory molecular
24  expression.
25      Q.  Since your Ingham deposition, have you

7 (Pages 22 to 25)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 26

1  authored any articles that pertain to talc or asbestos
2  other than the Park article?
3        A.  No.
4        Q.  Are you currently working on any articles or
5  publications that pertain to the issues addressed in
6  your expert report?
7        A.  I am a coauthor on a paper that is in
8  preparation that is describing the OCWAA Consortium,
9  which stands for Ovarian Cancer in Women of African
10  Ancestry.  And this is a relatively newly formed
11  consortium, and it's describing the overall structure
12  of the consortium and some of the factors that we
13  intend to consider.  And in the draft of the paper,
14  talc is included along with a long list of other risk
15  factors that we will be considering.
16        Q.  Is that paper in draft form?
17        A.  It is in draft form.  It's being -- yeah, it
18  has not been submitted yet.
19        Q.  So it has not been submitted for peer review?
20        A.  No, it has not.
21        Q.  Is talc mentioned in the context of a
22  potential confound, like the Park paper?
23        MS. PARFITT:  Object to form.
24        THE WITNESS:  Talc is mentioned in that
25  paper as one of many ovarian cancer risk factors that

Page 27

1  we hope to examine in this -- within this consortium.
2  BY MR. JAMES:
3        Q.  So one of the purposes of that paper, as
4  you've described, is that you will be looking at the
5  association between talc and ovarian cancer; is that
6  correct?
7        MS. PARFITT:  Objection.  Form.
8        THE WITNESS:  It is -- the purpose of
9  the paper is to describe the consortium.  So there is
10  relatively little data about risk factors for ovarian
11  cancer among African -- African-American women, or
12  women of African ancestry.  And so the purpose of the
13  paper is not focused just on talc, but it is
14  describing how the consortium hopes to compare risk
15  factors for ovarian cancer between African-American
16  and white women.  So talc is among a long list of risk
17  factors that will be considered as we progress with
18  this consortium.
19  BY MR. JAMES:
20        Q.  Have you yet disclosed your involvement in
21  the litigation with respect to that paper?
22        A.  The -- I will disclose it when the paper will
23  be submitted, which is the typical time when such a
24  disclosure would be made.
25        Q.  Have you engaged in any written

Page 28

1  communications or written paperwork about your
2  conflict for that paper?  Your litigation disclosure
3  for that paper?  Is there anything in writing about
4  that to anyone or the journal itself, or a journal?
5        A.  At this point, no, because it is still in
6  draft form.  It's not ready to be submitted.
7        Q.  Okay.  Other than the papers we have
8  discussed this morning, are there any other papers
9  that you -- that you have -- that are works in progress that discuss
10  talc or asbestos that you're working on?
11        A.  Another paper that is in progress is looking
12  at infertility as a risk factor for ovarian cancer.
13  And talc is, again, considered as a potential
14  confounder of that association.
15        So, again, draft form.  It hasn't been
16  disclosed yet because it's not at the point where one
17  would disclose that.
18        Q.  Okay.  And you answered my next question, and
19  that's fine.  So thank you.
20        Can you identify the coauthors on the paper
21  that you've just -- that you just mentioned, the
22  infertility paper?
23        A.  The infertility paper?  Okay.  This was work
24  that was done with a medical student, Tolu Teniola is
25  the medical student that I was working with.  And then

Page 29

1  all of the AACES -- this is, again, African American
2  Cancer Epidemiology Study, which is an ovarian cancer
3  study that I've worked on for about the last nine or
4  ten years, and so all of the collaborators on that
5  study.
6        And when you look at the CV, the papers that
7  come from AACES, it's Dr. Schildkraut, Dr. Bondy,
8  Dr. Cote.  It's a large multicenter study; there are
9  many coauthors, and so they would all be included.
10        Q.  And with respect to the other
11  work-in-progress paper that you have identified, can
12  you identify the coauthors on that paper?
13        MS. PARFITT:  Are you speaking of the
14  infertility paper?
15        MR. JAMES:  The first question was
16  about the infertility.  So now we're back to the first
17  work-in-progress paper that you identified.
18        THE WITNESS:  Okay.  So the study
19  describing the OCWAA Consortium, is that what you're
20  asking me about?
21  BY MR. JAMES:
22        Q.  Yes, Doctor.  Thank you for clearing that up.
23        A.  Okay.  So it includes -- again, this is a
24  multicenter study -- quite a few coauthors.  They
25  would include Dr. Schildkraut, Lynn Rosenberg, Traci

8  (Pages 26 to 29)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 30

1    Bethea, Wendy Setiawan.
2         Again, it's a large consortium with a lot of
3    coauthors.  There would be probably at least a dozen,
4    probably more.
5         Q.  For both work-in-progress papers, are you
6    aware of whether any of those coauthors are experts
7    for the Plaintiffs in the talc litigation?
8         A.  I am not aware of -- if any of them are.
9         Q.  Have you -- are there any other works in
10   progress that pertain to talc or asbestos that you're
11   working on?
12        A.  No, I do not believe so.
13        Q.  Have you submitted the substance of your
14   opinions in the MDL report to anyone for peer review?
15        A.  No, I have not.
16        Q.  Have you engaged in any internet postings,
17   blogs, chatroom postings concerning your opinions in
18   this litigation?
19        A.  No, I have not.
20        Q.  Have you given any presentations, speeches,
21   or lectures concerning talc or asbestos or ovarian
22   cancer risk factors since your March 2018 deposition?
23        A.  No, I have not.
24        Q.  Have you given any interviews, public
25   statements, or other public speaking engagements

Page 31

1    concerning talc, asbestos, or ovarian cancer risk
2    factors since your Ingham deposition?
3         A.  No, I have not.
4         Q.  Since your Ingham deposition -- and I'm
5    structuring my questions sometimes this way in hopes
6    of expediting.  Okay?
7         So since your Ingham deposition, have you
8    discussed your opinions in this litigation with any of
9    your professional colleagues?
10        A.  To some extent, yes.
11        Q.  Okay.  And can you tell me who that is?
12        A.  I already mentioned Dr. Cote, Michele Cote,
13   described the work that I was doing.
14        I have mentioned some of the work that I'm
15   doing to some of my colleagues within my department,
16   Dr. Truls Ostbye for one, Dr. Kat Pollak for another.
17        Q.  And when you say that you've mentioned your
18   litigation work with your department colleagues, what
19   have you told them?
20        A.  I have basically described that I have been
21   working as an expert witness in this -- in this case,
22   and expressing my opinion, you know, that -- working
23   for the Plaintiffs and my opinion that talc is a cause
24   of ovarian cancer.
25        Q.  And have you engaged in any written

Page 32

1    communications with your professional colleagues about
2    your opinions?
3         A.  No, I have not.
4         Q.  And when I say "about your opinions," I mean
5    about your opinions in this litigation.
6         Is there any written communications, emails,
7    or other writings expressing your opinions in this
8    litigation to your professional colleagues?
9         A.  No, I do not believe so.
10        Q.  Have you had any discussions, since your
11   Ingham deposition, with any healthcare professionals
12   who treat ovarian cancer patients about your
13   litigation opinions?
14        A.  No, I have not.
15        Q.  Have you prepared any letters to the editor
16   about any of the publications that you cite in your
17   MDL report?
18        A.  No, I have not.
19        Q.  Okay.  I am going to hand you a copy of the
20   deposition notice for this case.  I'm going to mark
21   that as Exhibit No. 4.
22        (Exhibit No. 4 was marked for identification.)
23             MR. JAMES:  Michelle, do you need a
24   copy?
25             MS. PARFITT:  I believe I might have

Page 33

1    given you mine.  If you would be so kind, I appreciate
2    that.
3             MR. JAMES:  Dr. Moorman.
4             THE WITNESS:  Thank you.
5    BY MR. JAMES:
6         Q.  Okay.  Dr. Moorman, have you seen the
7    deposition notice that I just handed you before?
8         A.  Yes, I have.
9         Q.  Okay.  And you understand from your prior
10   deposition, that this is a document that formally
11   notices the time and place and why we're here; right?
12        A.  Yes.
13        Q.  And if you turn to page 3 of the notice, you
14   see that there is a section for definitions, and then
15   it follows with a list of document requests; correct?
16        A.  Yes.
17        Q.  Okay.  And your counsel this morning has
18   produced to me a copy of your invoices, a copy of your
19   updated CV, an additional-materials-considered list,
20   and has also indicated that the references to your MDL
21   report are going to be available to us on a thumb
22   drive.
23        Other than those materials that I just
24   described, are there any other materials that you've
25   brought with you today that respond to this deposition

9 (Pages 30 to 33)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 34

1  notice?
2  A. No, there are no other documents.
3  MR. JAMES: Michelle, is there anything
4  else that you brought with you that is responsive to
5  the deposition notice?
6  MS. PARFITT: You know, the only thing
7  that might -- I believe you asked this, Mr. James --
8  any notes that she might have taken.
9  MR. JAMES: Yes, I was going to ask
10 that.
11 MS. PARFITT: So why don't we just wait
12 for that. I do have something for that.
13 MR. JAMES: Okay. Fair enough.
14 BY MR. JAMES:
15 Q. Dr. Moorman, did you provide to your counsel
16 any working copies of materials that you've reviewed
17 for purposes of preparing your report or preparing for
18 today's deposition?
19 A. Can you tell me what you mean by "working
20 copies"?
21 Q. Sure. Have you made any notes on any of the
22 materials that you reviewed for purposes of your work
23 on the MDL?
24 A. Yes. In this notebook here, there are
25 articles. Most of them are the epidemiologic studies.

Page 35

1  And on some of them, I have notes that basically help
2  me kind of categorize and -- categorize the articles
3  and some of the main things that they looked at. You
4  know, did they address dose-response? Did they look
5  at histology? Those types of things. It was just to
6  kind of help me sort them out.
7  Q. And you brought that binder with you here
8  today; correct?
9  A. Correct.
10 MR. JAMES: Michelle, I'm going to mark
11 that as Exhibit No. 5.
12 MS. PARFITT: You can. What I would
13 ask, last evening we didn't have the ability to get
14 everything copied. So what we will do is, we can mark
15 that, and we'll make some arrangements to get that
16 copied so we can get the originals back to
17 Dr. Moorman.
18 MR. JAMES: Sure. That's fine.
19 So I'm going to mark this binder
20 Exhibit No. 5.
21 (Exhibit No. 5 was marked for identification.)
22 BY MR. JAMES:
23 Q. Dr. Moorman, other than what you've provided
24 to me in Exhibit No. 5, are there any other notes or
25 working copies of materials considered that you have

Page 36

1  in your possession that are not contained in this
2  binder?
3  A. No. It's there and the report. That's it.
4  MS. PARFITT: Mr. James, if we could,
5  do you mind, could she have that back? In the event
6  you start to ask her questions about it, she may want
7  hers instead, and then we'll make sure you get it.
8  Thank you.
9  BY MR. JAMES:
10 Q. And before we commenced this morning, your
11 counsel, Ms. Parfitt, handed me a copy of the
12 objections that they have lodged -- that the
13 Plaintiffs have lodged to the deposition.
14 MR. JAMES: Ms. Parfitt, do you want to
15 mention that on the record?
16 MS. PARFITT: Yes. If we could kindly
17 have marked as Exhibit No. -- I believe it's 6 now.
18 This is the Plaintiffs Steering Committee's Response
19 and Objections to the Oral and Video Deposition of
20 Dr. Patricia Moorman.
21 Thank you.
22 (Exhibit No. 6 was marked for identification.)
23 BY MR. JAMES:
24 Q. Dr. Moorman, I'm just going to hand you a
25 copy of this because it looks like you're keeping a

Page 37

1  pile over there for us of all the exhibits. Okay?
2  I'm not going to ask any questions about it.
3  A. Okay.
4  Q. Okay. Dr. Moorman, in anticipation -- or in
5  preparation for your work on the MDL, or in
6  conjunction with your work on the MDL, you also
7  authored an expert report; correct?
8  A. That is correct.
9  Q. I'm going to mark a copy of that as
10 Exhibit No. 7. And we'll be talking about this
11 throughout the day today. Okay?
12 A. Okay.
13 (Exhibit No. 7 was marked for identification.)
14 Q. Okay. I'm handing you Exhibit 7. Is that a
15 copy of your report that you've authored in the MDL?
16 A. Yes, it is.
17 Q. Do you agree that the report defines the
18 scope of the opinions that you intend to offer in the
19 MDL?
20 A. Yes.
21 MS. PARFITT: If I may, Scott, may
22 I just see a copy of that report?
23 MR. JAMES: I have extra copies as
24 well, Michelle. If you need anything, just let me
25 know.

10 (Pages 34 to 37)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 38

```
 1        MS. PARFITT:  Thank you.  That would be
 2   great.
 3        MR. FARIES:  I'll be the runner on this
 4   one.
 5        MR. JAMES:  Thank you.
 6   BY MR. JAMES:
 7        Q.  Did you review your report prior to -- in
 8   preparation -- let me start that over.
 9        Did you review your report in preparation
10   for today's deposition?
11        A.  Yes, I did.
12        Q.  Are there any changes that you want to make
13   to the report today?
14        A.  No, there are not.
15        Q.  Did you write the report?
16        A.  Yes, I did.
17        Q.  Okay.  Are all parts of the report in your
18   wording?
19        A.  Yes.
20        Q.  Okay.  If you can turn with me, Dr. Moorman,
21   to page 41.  And you see here that there is a list of
22   references; correct?
23        A.  Yes.
24        Q.  Okay.  And if you also turn to page 50, do
25   you see that there's a separate list that begins on
```

Page 40

```
 1   transcript for Curtis Omiencinski, I do not recall
 2   reviewing that at all.  It might have been provided to
 3   me, but I don't recall reviewing it.
 4        Q.  Is there any way sitting here today that we
 5   can efficiently identify which items on the additional
 6   materials list that you have reviewed and which you
 7   haven't?
 8        A.  I don't know what you mean by "efficiently."
 9   You know, it's kind of hard to recall exactly.  You
10   know, there are lots of articles here.  That might
11   have been provided to me.  I don't know how I could go
12   through it in just a few minutes to say did I look at
13   it or not.  It would just take some time.
14        Q.  Did Plaintiffs' counsel provide you all the
15   items on this list, the additional materials list?
16        A.  No, I don't believe so.  I mean, some of the
17   articles I've had -- like, again, some of them just
18   kind of jump out at me, like the reference 31,
19   Fathalla, "Incessant ovulation and ovarian cancer, a
20   hypothesis," that is an article that I have probably
21   referred to dozens of times.
22        Q.  So the additional materials list contains a
23   mixture of items that you had on your own and items
24   that were provided to you; is that fair?
25        A.  That is correct.
```

Page 39

```
 1   page 50, halfway down, that's titled "Additional
 2   materials and data considered"?
 3        A.  I'm sorry --
 4        Q.  On page 50.
 5        A.  -- let me get to the right page.
 6        Yes.
 7        Q.  Can you explain to me the difference between
 8   the reference list and the additional materials and
 9   data considered list?
10        A.  Okay.  The reference list are the references
11   to support the opinions and the statements in the
12   report that I wrote.  There are some other materials
13   that I was provided, might have read, but they just
14   did not meet the level of actually needing to be
15   referenced in the report to support a certain
16   statement.
17        Some of these I might have read in more
18   detail than others, but I feel like the reference list
19   are the ones that actually supported the statements
20   that I made in my report.
21        Q.  As described by you just now, are there items
22   on the additional materials and data considered list
23   that you have not reviewed at all?
24        A.  There are -- along the way, there seem to be
25   some -- like, for example, item 62, comparing a
```

Page 41

```
 1        Q.  Now, do you intend to rely on any materials
 2   for your opinions in this case that are not identified
 3   in the reference list or the additional materials
 4   list?
 5        MS. PARFITT:  Objection.  Form.
 6        THE WITNESS:  I mean, I am relying on
 7   the expertise that I developed over more than 25 years
 8   as an epidemiologist.  And so there may be
 9   publications, knowledge that I have that is not
10   specifically listed here.  But, in general, I think
11   that is a fairly comprehensive list.  I don't know
12   that I could say that it is completely exhaustive.
13   BY MR. JAMES:
14        Q.  All right.  I'm going to mark now as
15   Exhibit No. 8 a copy of a list entitled "Additional
16   Materials to Dr. Patricia Moorman."
17        (Exhibit No. 8 was marked for identification.)
18   BY MR. JAMES:
19        Q.  Have you seen a copy of Exhibit 8 before,
20   Dr. Moorman?
21        A.  I don't think that I have seen this
22   particular list.
23        MS. PARFITT:  And for the record, this
24   list was compiled by Plaintiffs' counsel, Mr. James,
25   and I'm not sure whether or not my office -- the
```

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 42

1  materials were sent, but I'm not sure whether the list
2  was sent to Dr. Moorman.
3          MR. JAMES:  Okay.
4  BY MR. JAMES:
5      Q.  Looking at this list, Dr. Moorman, this list
6  was furnished to us this week.
7          Do you understand that?
8          MS. PARFITT:  Objection.
9          THE WITNESS:  I -- if you say so.
10 BY MR. JAMES:
11     Q.  Fair enough.  This list -- does this list
12 include items that you were provided after you
13 authored your MDL report?
14     A.  Yes.
15     Q.  This list of materials did not form the
16 opinions that you included in your MDL report;
17 correct?
18         MS. PARFITT:  Objection.  Form.
19         THE WITNESS:  I did not have access,
20 you know, to these expert reports and all before
21 I wrote my report, no.  So they did not inform my
22 report.
23 BY MR. JAMES:
24     Q.  Have you reviewed the materials on this list
25 as Exhibit No. 8 in their entirety?

Page 43

1      A.  No, not in their entirety.
2      Q.  Have you reviewed some and not reviewed
3  others?  Is that fair?
4      A.  I have -- yes, I have reviewed some of them.
5  I have not reviewed all of them.
6      Q.  Okay.  Is there any way for us to, again,
7  efficiently determine today which of these you've
8  reviewed and which ones you haven't?
9      A.  I -- again, I could go through them and, to
10 the best of my knowledge, tell you which ones
11 I reviewed.  Again, some of them I reviewed in more
12 detail, read more completely; others I looked at
13 more -- in a more cursory way.
14     Q.  Did your review of any of these additional
15 materials change the opinions that you've included in
16 your MDL report?
17     A.  No, they did not change my opinion.
18     Q.  Did you review all of these expert reports
19 listed?
20     A.  I did not review all of them.  I reviewed
21 some of them.
22     Q.  Okay.  And these are the Plaintiffs' expert
23 reports that are listed on this list; correct?
24     A.  That is my understanding.
25     Q.  Okay.  Which of the Plaintiffs' expert

Page 44

1  reports have you reviewed?
2      A.  Again, I have reviewed them in different
3  levels of detail and completeness.  But I have looked
4  at the report of Anne McTiernan, April
5  Zambelli-Weiner, Daniel Clarke-Pearson, David Kessler,
6  Jack Siemiatycki, Michael Crowley, Rebecca
7  Smith-Bindman, and Sonal Singh, you know, to some
8  extent.
9          And I might have looked at some of the
10 others, but those were the ones that I specifically
11 recall looking at to some extent.
12     Q.  Did you ask for Plaintiffs' counsel to
13 furnish you the expert reports in the litigation?
14     A.  I did not.  They provided them to me without
15 asking.
16     Q.  Why did you review the reports of the other
17 experts?
18     A.  Intellectual curiosity is the main thing.
19 I'm always interested to learn other people's
20 perspectives.  And also to see if there was any
21 additional evidence that I might consider.
22     Q.  And after reviewing those reports, did you
23 find any additional evidence that you might consider
24 that you didn't list in your MDL report?
25     A.  I really didn't.  I thought that there was a

Page 45

1  remarkable level of consistency in the opinions,
2  particularly among the people who were reviewing the
3  epidemiologic literature.
4      Q.  Dr. Moorman, I am going to now hand you a
5  copy of the reliance materials -- which is the title
6  of the list -- that you cited in the Ingham case.
7  Okay?  I'm going to mark this as Exhibit No. 9.
8      (Exhibit No. 9 was marked for identification.)
9  BY MR. JAMES:
10     Q.  Does that list look familiar to you?
11     A.  Yes.
12     Q.  And you see on the front of that list, it
13 says it was produced on March 5th, 2018; correct?
14     A.  That is correct.
15     Q.  And did you prepare this list?
16     A.  I did not personally prepare it, no.
17     Q.  Do you know that the reliance list that you
18 produced in Ingham and the reliance list that you have
19 attached as a reference list and a materials
20 considered list to your MDL report are substantially
21 different?
22     A.  I would --
23         MS. PARFITT:  Objection.  Form.
24         THE WITNESS:  I would not be surprised
25 to say that there are some different references cited,

Patricia G. Moorman, M.S.P.H., Ph.D.

| Page 46 | Page 48 |

**Page 46**

1  yes.
2  BY MR. JAMES:
3      Q. Do you understand that there's a large number
4  of additional references that you have now cited in
5  your MDL report?
6      A. I -- the reference list is longer, yes.
7      Q. Do you have any idea by how much?
8          MS. PARFITT: Objection. Form.
9          THE WITNESS: No, I do not.
10  BY MR. JAMES:
11      Q. Would it surprise you to find out that there
12  are 94 new items listed in your MDL report that were
13  not listed in your March 2018 report?
14          MS. PARFITT: Objection. Form.
15          THE WITNESS: I -- you know, as you go
16  along, I think that it is not unusual to include new
17  references. I didn't know the exact number of new
18  items.
19  BY MR. JAMES:
20      Q. Again, did you prepare the lists that are
21  attached to your MDL report?
22      A. The -- the list of references, I prepared
23  that. The list of additional items, I think that was
24  a combination of some of what I had prepared and
25  I think what counsel had provided to me.

**Page 47**

1      Q. When you provided your opinion in March of
2  2018 in the Ingham case, did you do so based on a
3  comprehensive review of the literature?
4      A. I think that -- yes, I believe that it was a
5  comprehensive review, particularly of the
6  epidemiologic data.
7      Q. Why did you expand your list of references
8  and materials considered for the MDL?
9      A. I think just as you acquire, you know, become
10  aware of more references, maybe if there were any new
11  publications, or just as I expanded the knowledge,
12  I think that it would be appropriate to include more
13  references.
14      Q. Do you know that a number -- a large number
15  of the new references and materials considered were
16  available in the public domain or in the -- in this
17  litigation at the time that you gave your March 2018
18  deposition?
19          MS. PARFITT: Objection. Form.
20          THE WITNESS: It would not surprise me
21  to say that -- to see that some of them were there.
22  BY MR. JAMES:
23      Q. So, to be clear, the additional materials
24  that you have added between March 2018 and your MDL
25  report, those materials are not simply materials that

**Page 48**

1  have become part of the public domain since that time.
2      Do you understand that?
3          MS. PARFITT: Objection. Form.
4          THE WITNESS: I understand that some of
5  them had been published before my deposition in March
6  2018.
7  BY MR. JAMES:
8      Q. Are there specific topics of the new
9  materials that you added between your Ingham
10  deposition and your MDL report?
11      A. I'm trying to think what they might be. I --
12  some -- I think that some of the work, for example, by
13  Fletcher and Saed describing some of their work
14  related to possible biological mechanisms by which
15  talc exposure could lead to ovarian cancer -- I think
16  that was some work that I, perhaps, had not been aware
17  of previously. And so that's one thought that comes
18  to mind.
19      Q. All of the items that you added from March
20  2018 Ingham list to your MDL list, were all of those
21  items provided to you by Plaintiffs' counsel?
22          MS. PARFITT: Objection. Asked and
23  answered.
24          THE WITNESS: I don't -- I don't think
25  so.

**Page 49**

1  BY MR. JAMES:
2      Q. Would you say the majority of the items that
3  you've added from March 2018 to your MDL report were
4  provided to you by Plaintiffs' counsel?
5          MS. PARFITT: Objection. Form.
6          THE WITNESS: I don't know what
7  quantity, what fraction was provided by counsel and
8  which I identified.
9          MR. JAMES: Okay. I'm going to mark as
10  Exhibit No. 10 a copy of your references and materials
11  considered list for the MDL report.
12      (Exhibit No. 10 was marked for identification.)
13  BY MR. JAMES:
14      Q. Okay. Dr. Moorman --
15          MS. PARFITT: Just one correction,
16  Mr. James. I think Exhibit 10 is just identified as
17  "references." I believe you characterized it as
18  "references and material considered."
19          MR. JAMES: Yeah. I think if you keep
20  flipping, Michelle -- or Ms. Parfitt -- it contains
21  both.
22          MS. PARFITT: Fair enough.
23  BY MR. JAMES:
24      Q. Okay. And you see, Dr. Moorman, if you've
25  had a chance to flip through it while counsel have

13 (Pages 46 to 49)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 50

1  been talking, you see that this Exhibit 10 includes
2  some highlighting; right?
3      A. Yes.
4      Q. The highlighting, I'll state for the record,
5  represents our effort to capture the items that have
6  been added between Ingham and your MDL report.
7          Do you see that highlighting?
8      A. Mm-hmm.
9      Q. Again, I think we discussed this earlier, but
10 does it surprise you to find out that there are 94 new
11 items on the two MDL lists?
12         MS. PARFITT: Objection. Asked and
13 answered.
14         THE WITNESS: Again, I believe that
15 I answered that question previously.
16 BY MR. JAMES:
17     Q. 13 of the 20 references that are new were
18 available to you as of March 2018. Did you know that?
19         MS. PARFITT: Objection. Asked and
20 answered.
21         THE WITNESS: Again, I answered the
22 question when you asked it previously.
23 BY MR. JAMES:
24     Q. I don't think that we've talked specifically
25 about the references, but the references -- the

Page 51

1  references that you've cited to your MDL report, those
2  are materials that you say form the opinions issued in
3  your MDL report; correct?
4      A. Yes.
5      Q. And you added 20 new references from your
6  Ingham list to your MDL report. Do you know that?
7      A. I know that there are new references, yes.
8      Q. And did you know that 13 of the 20 new
9  references -- again, the references are the list of
10 materials that formed your MDL report -- those were
11 available before March 2018? Did you know that?
12     A. I am aware that some of them were available.
13         Would like to make the point that many of
14 the points that I make in my report can be supported
15 by many, many references. And so the fact that
16 I added new references, that's really not too
17 surprising. It's -- again, if I felt like wanted to
18 emphasize a point more strongly, including additional
19 references, I don't think that would be surprising to
20 add additional references.
21     Q. Did you change your standards or search terms
22 that you used in the Ingham literature review for the
23 MDL review?
24         MS. PARFITT: Objection to form.
25         THE WITNESS: When we talk about

Page 52

1  "search terms" or the primary search that was done, it
2  was very simple. It was "talc" or "talcum powder" and
3  "ovarian cancer." But many times, the initial search
4  will not generate all of the articles that you would
5  need to describe the science. There may be additional
6  articles, either things that I was aware of or
7  different searches that might be done.
8          But the overall search term to find the
9  literature on talc and ovarian cancer, I did not
10 change that.
11         Would it be a good time to take a break?
12 We've been going for over an hour.
13         MR. JAMES: For sure.
14         MS. PARFITT: Certainly.
15         THE VIDEOGRAPHER: Going off record at
16 10:05 a.m.
17     (Recess taken from 10:05 a.m. to 10:18 a.m.)
18         THE VIDEOGRAPHER: Back on record at
19 10:18 a.m.
20 BY MR. JAMES:
21     Q. Dr. Moorman, are you ready to proceed?
22     A. I am.
23     Q. Great. Dr. Moorman, do you consider yourself
24 to be an expert in animal studies and talc?
25     A. No, I do not.

Page 53

1      Q. Do you consider yourself to be an expert in
2  cell studies and talc?
3      A. No, I do not.
4      Q. Okay. Do you consider yourself to be an
5  expert in cytotoxicity studies and talc?
6      A. No, I do not.
7      Q. Do you consider yourself to be an expert in
8  mutagenicity studies and talc?
9      A. No, I do not.
10     Q. Do you consider yourself to be an expert in
11 genotoxicity studies and talc?
12     A. No, I do not.
13     Q. Do you consider yourself to be an expert in
14 mineral testing methods?
15     A. No, I do not.
16     Q. Okay. Do you consider yourself an expert in
17 mineral characterization?
18     A. No, I do not.
19     Q. Do you consider yourself to be an expert in
20 cancer biology?
21     A. I am not a cancer biologist; however, I
22 consider cancer biology frequently in my work.
23     Q. Do you consider yourself to be an expert in
24 geology?
25     A. No, I do not.

14 (Pages 50 to 53)

Patricia G. Moorman, M.S.P.H., Ph.D.

---

Page 54

1    Q. And do you consider yourself to be an expert
2  in mining?
3    A. No, I do not.
4    Q. Do you have expertise in pathology?
5    A. I -- once again, I am not a pathologist.
6  Sometimes rely on pathology and have collaborated with
7  pathologists, but I am not an expert pathologist.
8    Q. And would you agree do that not have
9  expertise in pathology?
10        MS. PARFITT: Objection. Asked and
11  answered.
12        THE WITNESS: You asked that I -- I do
13  not have expertise in pathology. I stated that I am
14  not a pathologist, but I do know some pathology from
15  my work in ovarian cancer and other cancers over the
16  years. So to say that I have no expertise isn't --
17  I don't think that is correct. But we both -- I
18  acknowledge that I am not a trained pathologist.
19  BY MR. JAMES:
20    Q. Do you recall being asked in Ingham if you
21  considered yourself to have expertise in pathology?
22    A. I don't recall that question, specifically.
23    Q. I'm going to hand you a copy of the
24  transcript from Ingham that I brought with me, and I'm
25  going to refer you --

---

Page 55

1        MR. JAMES: And, Ms. Parfitt, I have
2  two copies, unfortunately, not three. And this will
3  be just a couple questions, Ms. Parfitt. So if you
4  bear with me --
5        MS. PARFITT: You can just direct me to
6  the page.
7        MR. JAMES: Sure. Looking at page 280.
8        MS. PARFITT: Just bear with us both --
9  me. All right.
10        MR. JAMES: I'm looking at lines 12
11  through 14.
12        MS. PARFITT: Thank you.
13  BY MR. JAMES:
14    Q. Do you see the question, Dr. Moorman, where
15  you were asked if you have expertise in pathology?
16        Do you see that question?
17    A. I do.
18    Q. Okay. And you answered that you do not;
19  correct?
20        MS. PARFITT: Objection.
21        THE WITNESS: Yes, that is how
22  I answered. I think that the more qualified answer
23  that I gave today is probably a more accurate
24  representation.
25

---

Page 56

1  BY MR. JAMES:
2    Q. Have you done anything between your March
3  deposition and today in regards to obtaining expertise
4  in pathology?
5    A. No, I have not.
6    Q. Dr. Moorman, that's all I have on the
7  transcript for right now.
8        Dr. Moorman, do you agree that, prior to
9  offering expert opinion on a particular topic, an
10  expert should be conducted to -- expected to conduct a
11  comprehensive review of the medical and scientific
12  literature on that topic?
13    A. I'm sorry, I'm reading the question.
14        I -- I think that it is important to be
15  comprehensive. I think it's also important to
16  recognize that there are expertise in different areas.
17  And so we recognize that my expertise is in
18  epidemiology, and I have supplemented that with
19  other -- information from other areas as well.
20    Q. And with respect to the epidemiology on talc
21  and ovarian cancer, do you believe you conducted a
22  comprehensive review of that body of literature?
23    A. I believe that I have.
24    Q. Do you believe you conducted a comprehensive
25  review of the literature and scientific evidence on

---

Page 57

1  mechanism?
2    A. I considered the scientific mechanisms and,
3  again, recognizing what my expertise is. As I have
4  indicated earlier, I am not a cancer biologist. I'm
5  not a laboratory scientist. I consider some of that
6  data, but I recognize that I am not -- you know, that
7  is not my major area of expertise.
8    Q. And I do understand from your MDL report that
9  you considered biology; correct?
10    A. I did consider biology.
11    Q. And so my precise question is whether you
12  conducted a comprehensive review on the issue of
13  mechanism.
14        MS. PARFITT: Objection. Asked and
15  answered.
16        THE WITNESS: I considered it, and,
17  again, I think that there is information out there
18  that a cancer biologist would have the expertise to
19  review it in more detail because of their training,
20  which is different than the training and expertise
21  that I have.
22        MR. JAMES: I object to the
23  nonresponsive portion of the answer.
24  BY MR. JAMES:
25    Q. Dr. Moorman, did you conduct a comprehensive

---

15 (Pages 54 to 57)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 58

1   review of all of the literature on animal studies and
2   talc?
3             MS. PARFITT: Objection. Form.
4             THE WITNESS: I don't believe that -- I
5   cannot say that I considered -- identified or
6   considered every animal study.
7             MR. JAMES: Object to the nonresponsive
8   answer.
9   BY MR. JAMES:
10      Q. Did you conduct a comprehensive review of the
11   literature on animal studies and talc?
12             MS. PARFITT: Asked and answered.
13   Objection.
14             THE WITNESS: I -- I believe that
15   I answered your question. I said that I don't think
16   that I identified or considered every animal study
17   related to talc and ovarian cancer.
18   BY MR. JAMES:
19      Q. Did you conduct a comprehensive review of
20   cell studies and talc?
21      A. Once again, I considered some of that
22   literature. Whether it was comprehensive or not, I --
23   I don't think that I have the expertise to say that
24   I considered all of the cell studies and talc.
25      Q. Did you conduct a comprehensive review on the

Page 59

1   issue of migration in this case?
2      A. I believe -- again, I considered every study
3   that I was aware of on migration of talc. It's a
4   little bit outside my area of expertise, so I am not
5   sure that I identified every single study in that
6   regard.
7      Q. And with the methods that you applied in this
8   case, was it your intention to capture every study
9   pertaining to the issue of migration?
10             MS. PARFITT: Objection. Form.
11             THE WITNESS: I tried -- you know, my
12   intent was to read the articles that I was aware of,
13   that were brought to my attention. Because it is a
14   little bit outside my area of expertise, I cannot say
15   with 100 percent certainty that I identified every
16   single study related to migration.
17   BY MR. JAMES:
18      Q. But you testified that your intent was to
19   read the articles that you are aware of or that were
20   brought to your attention.
21             When you say brought to your attention, was
22   that by Plaintiffs' counsel?
23      A. It's some -- some of them could have been
24   brought to my attention in that way. Some of them
25   could have been -- like, an article that I read might

Page 60

1   have referred to another article.
2      Q. Did you conduct a comprehensive review of the
3   genotoxicity studies that are relevant to talc and
4   ovarian cancer?
5      A. My answer to this question is similar to the
6   answers that I have given there.
7             I have read some of the mechanistic studies.
8   I would not say that I necessarily identified every
9   relevant genotoxicity study.
10      Q. And I'm not asking you, Dr. Moorman, if you
11   did find 100 percent of the studies. I'm asking you
12   if part of your review in this case began with the
13   intention to capture that body of literature.
14             MS. PARFITT: Objection. Asked and
15   answered several times.
16             THE WITNESS: My intent was, as an
17   epidemiologist, to be very comprehensive in my
18   area of expertise. There were certainly some other
19   related areas where I reviewed the literature, but
20   there are experts that will speak to that more
21   directly because of their expertise.
22   BY MR. JAMES:
23      Q. Okay. So will you agree with me today that
24   you have not conducted a comprehensive review of the
25   cell studies and talc?

Page 61

1             MS. PARFITT: Objection. Misstates her
2   testimony.
3             You may answer, Dr. Moorman.
4             THE WITNESS: I -- I think that --
5   I think that it is fair to say that I have probably
6   not reviewed every cell study and talc.
7   BY MR. JAMES:
8      Q. Okay. Dr. Moorman, I'm going to refer you
9   back to the Ingham transcript, please, that's in front
10   of you.
11             MS. PARFITT: Are we marking this,
12   Scott?
13             MR. JAMES: We can. Sure.
14             Dr. Moorman, when we finish this, I'll take
15   that back from you and mark it as Exhibit No. 11.
16   Okay?
17             (Exhibit No. 11 was marked for identification.)
18   BY MR. JAMES:
19      Q. Dr. Moorman, if you look at page 35 of your
20   transcript, please. And if you look at lines -- it's
21   lines 11 through 17. It's a question and answer. If
22   you could review that for me.
23      A. Okay.
24      Q. And do you see that on line 16, you answered
25   in Ingham:

16 (Pages 58 to 61)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 62

1     "I have not done a comprehensive
2     review of those studies."
3     And there, you're referring to cell studies;
4     correct?
5     A. Yes, that is what it says here.
6     Q. Is that a truthful answer?
7     A. I think --
8         MS. PARFITT: Objection. Form.
9     Go ahead.
10        THE WITNESS: I think that we -- you
11    know, as you have asked me the questions and I have
12    responded to them, that it's -- I have looked at some
13    of these studies. I would not have looked at all of
14    them.
15    BY MR. JAMES:
16    Q. As an epidemiologist, do you understand the
17    significance of the term "comprehensive review"?
18    A. Yes, I understand the term.
19    Q. Okay. And you understand that you have
20    testified that you conducted a comprehensive review of
21    the epidemiology literature for talc and ovarian
22    cancer; correct?
23        MS. PARFITT: Asked and answered.
24        THE WITNESS: Yes.
25

Page 63

1     BY MR. JAMES:
2     Q. And so I'm asking if you have applied the
3     same comprehensive review to these other areas,
4     including cell studies, animal studies, and mechanism
5     studies.
6         MS. PARFITT: Objection. Form. Asked
7     and answered.
8     BY MR. JAMES:
9     Q. Have you conducted the same comprehensive
10    review on that body of literature that you've
11    conducted on the epidemiology?
12        MS. PARFITT: Objection.
13        THE WITNESS: Once again, I have
14    answered the question. This is not my primary area of
15    expertise. And so I have not done the review to the
16    depth and the -- as comprehensive as I have done in my
17    area of expertise, which is epidemiology.
18    BY MR. JAMES:
19    Q. Have you done a comprehensive review of the
20    epidemiology on the relationship between asbestos and
21    ovarian cancer?
22    A. I believe that I have looked at a pretty
23    comprehensive -- I've had a pretty comprehensive look
24    at the asbestos and ovarian cancer. I believe that
25    I have looked at the talcum -- talc and ovarian cancer

Page 64

1     literature in greater detail.
2     Q. Have you undertaken a comprehensive review of
3     literature pertaining to the allegation that asbestos
4     may contaminate talcum powder products?
5         MS. PARFITT: Objection. Form.
6         THE WITNESS: A comprehensive review of
7     the literature pertaining to the allegation that
8     asbestos may contaminate talcum powder?
9         I have read quite a few articles and
10    documents addressing that. Whether or not I have read
11    every document addressing that, I'm not absolutely
12    sure.
13    BY MR. JAMES:
14    Q. Okay. Dr. Moorman, you're answering a
15    question that I didn't ask. And so I object to the
16    nonresponsiveness again.
17        Did you conduct a comprehensive review of
18    the body of literature assessing whether asbestos
19    contaminates talcum powder products?
20    A. I believe that I have answered your question.
21    It's --
22    Q. Could you please answer it again.
23    A. I have read many articles on it. I do not
24    know that I have read every article related to that
25    topic, again. So...

Page 65

1     Q. You understand that if you were going to
2     publish an opinion in peer-reviewed literature about
3     the allegation that asbestos contaminates talcum
4     powder products, you would be expected to conduct a
5     comprehensive review of that literature; correct?
6         MS. PARFITT: Objection. Form.
7         THE WITNESS: If I were to publish an
8     opinion in a peer-reviewed literature, you would want
9     to have a comprehensive review of the literature, yes.
10    BY MR. JAMES:
11    Q. And have you conducted a comprehensive review
12    of the literature on that topic, such that you would
13    feel comfortable providing an opinion for a
14    peer-reviewed journal?
15        MS. PARFITT: Objection. Form.
16    BY MR. JAMES:
17    Q. And the topic being the allegation that
18    asbestos contaminates talcum powder products.
19        MS. PARFITT: Objection. Form.
20        THE WITNESS: I think that I'm maybe
21    having some difficulty answering this question because
22    it would seem like this would be a topic that would be
23    more appropriately addressed by a mineralogist. And
24    I -- I actually cannot see myself writing a
25    peer-reviewed article about this because it seems

17 (Pages 62 to 65)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 66

1  somewhat -- it's related to the epidemiology of talc
2  and ovarian cancer, but I would not be writing an
3  article focused solely on that.
4  BY MR. JAMES:
5      Q. You understand that, in your expert report,
6  you have opined with -- that there's "credible
7  evidence" there has been asbestos in talcum power
8  products.
9          Do you recall making that conclusion in your
10 report?
11     A. Yes.
12     Q. So to support that conclusion that you
13 believe there's "credible evidence" in talcum powder
14 products, did you conduct a systematic review of the
15 literature to support that conclusion?
16     A. I did not --
17         MS. PARFITT: I'm going to object to
18 the form of the question. Some words were left out.
19         You may object.
20         THE WITNESS: In my report, I cited
21 literature that did support that opinion.
22         Did I conduct a systematic review that
23 identified possibly every piece of literature that
24 addressed the topic? No, I did not do that.
25

Page 67

1  BY MR. JAMES:
2      Q. Do you believe that the standards for
3  providing opinions in litigation reports differ from
4  the standards for providing opinions in published
5  literature?
6          MS. PARFITT: Objection. Form.
7          THE WITNESS: No. No. I think that
8  one is trying to provide evidence to support one's
9  opinions.
10 BY MR. JAMES:
11     Q. With respect to the issue of asbestos
12 contamination, Dr. Moorman, you said you did review
13 some articles.
14         How did you characterize that?
15     A. I said that I reviewed some -- some articles
16 and some -- some documents. I don't think that
17 I reviewed every article or document that is available
18 on that topic.
19     Q. With respect to documents, are you referring
20 to company documents provided to you by Plaintiffs'
21 counsel?
22     A. That -- that's part of what I reviewed, some
23 of those documents provided by counsel.
24     Q. And looking at those documents provided the
25 basis for your opinion; is that right?

Page 68

1      A. It was part of the basis for my opinion,
2  along with some peer-reviewed literature.
3      Q. Okay. With respect to the company documents,
4  were those documents hand-selected for you by
5  Plaintiffs' counsel?
6          MS. PARFITT: Objection. Form.
7          THE WITNESS: They were provided to me
8  by Plaintiffs' counsel.
9  BY MR. JAMES:
10     Q. Okay. When you saw those documents, did you
11 ask if there were additional documents that would
12 address the issue of asbestos contamination?
13     A. I don't know that I asked if there were
14 additional documents. It was my impression that there
15 were probably many other documents related to this
16 that were not provided to me.
17     Q. And as a scientist, wouldn't you be
18 interested in knowing if there are other documents
19 that have been produced in this litigation that rebut
20 the claim that asbestos contaminates talcum powder
21 products?
22         MS. PARFITT: Objection. Form.
23         THE WITNESS: This is an interesting
24 question because the claim had been made that
25 asbestos -- or, rather, that talcum -- talcum powder

Page 69

1  products had been asbestos-free since 1976. And it
2  is -- the documents provided, including the
3  peer-reviewed as well as the other, saying that --
4  provide evidence that that is not an accurate
5  statement.
6          We're not saying that every container of
7  talcum powder contains asbestos, but what I was saying
8  in my report is that there is evidence that some
9  talcum powder products have asbestos in them.
10         MR. DONATH: Move to strike,
11 nonresponsive.
12 BY MR. JAMES:
13     Q. So are you changing your report -- because in
14 the report, you say that there is "credible evidence."
15         Do you recall making that conclusion?
16     A. Yes.
17     Q. As a scientist, you understand that to give
18 something credit, you would necessarily need to
19 consider both sides of the story; correct?
20         MS. PARFITT: Objection. Misstates her
21 testimony. She's...
22         You can answer, Dr. Moorman.
23         THE WITNESS: I'm sorry?
24         MS. PARFITT: I said it misstates what
25 you're trying to suggest to the ladies and gentlemen

18 (Pages 66 to 69)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 70

1  of the jury.
2  But if you can answer that question again,
3  please try and answer Mr. James' question.  And
4  look -- if you need to look at the question, please
5  do.
6  THE WITNESS:  I think that I did -- it
7  says "As a scientist, you understand that to give
8  something credit, you will necessarily need to
9  consider both sides of the story."
10  And I think that I did consider both sides
11  of the story.
12  I think that, as I stated, the evidence does
13  not suggest that every container of talcum powder has
14  detectable asbestos in it.  But my statement that
15  there is credible evidence that some talcum powder
16  products contain asbestos, I think that that statement
17  is absolutely true.  There is some evidence to
18  indicate that some talcum powder -- or asbestos has
19  been identified in some talcum powder products.
20  BY MR. JAMES:
21  Q.  Do you understand what Johnson & Johnson's
22  position is with respect to that claim?
23  A.  I -- I don't know specifically.  Perhaps you
24  could -- could tell me.
25  Q.  You understand that Johnson & Johnson's

Page 71

1  position is that talcum powder products have not been
2  contaminated with asbestos?  Do you know that that's
3  Johnson & Johnson's position?
4  A.  I -- if you are telling me that now, I don't
5  know that I have -- I -- I'm trying to think what
6  I have read.  I think that, yes, I have probably read
7  statements from the company that describes that as
8  their position.
9  Q.  And do you know what Johnson & Johnson bases
10  their position on?
11  A.  Not specifically.
12  Q.  Wouldn't that be pretty important to
13  understand before making an opinion about whether
14  there's credible evidence of asbestos contamination?
15  MS. PARFITT:  Objection.  Form.
16  THE WITNESS:  Again, I think that when
17  one is trying to make a statement that there is no
18  asbestos contained in talc products, if you are
19  finding evidence from multiple sources that there is
20  asbestos contained in some talc products, that
21  supports the statement that I made in report that
22  there is credible evidence that not all talc products
23  are asbestos-free.
24  BY MR. JAMES:
25  Q.  How many hours did you spend reviewing

Page 72

1  company documents and other materials to support your
2  conclusions about asbestos contamination?
3  A.  I -- I wouldn't be able to quantify that.
4  I don't know specifically.
5  Q.  Can you give us an estimate?
6  A.  I think it would be pretty difficult to come
7  up with an estimate.  You know, I read some documents
8  from the company.  I read documents -- some
9  peer-reviewed literature.  I reviewed documents
10  provided by Plaintiffs' counsel.
11  Perhaps -- I don't know.  Perhaps ten -- ten
12  hours or so.
13  Q.  When you said that you reviewed company
14  documents, again, those are the documents provided to
15  you by Plaintiffs' counsel; correct?
16  A.  Yes.
17  MS. PARFITT:  Objection.  Form.
18  THE WITNESS:  Yes, the Plaintiff
19  provided those documents to me.
20  BY MR. JAMES:
21  Q.  And you did not ask Plaintiffs' counsel to
22  provide you additional documents once you saw the
23  first batch of documents; correct?
24  MS. PARFITT:  Objection.  Form.
25  THE WITNESS:  I did not ask, no.

Page 73

1  BY MR. JAMES:
2  Q.  You also looked at litigation reports from
3  Plaintiffs' expert regarding asbestos contamination;
4  correct?
5  A.  Yes, I did.
6  Q.  And you understand those experts are paid
7  litigation experts by the Plaintiffs; correct?
8  MS. PARFITT:  Objection.  Form.
9  THE WITNESS:  Yes, I understand that
10  they are paid by the Plaintiffs.
11  BY MR. JAMES:
12  Q.  One of those experts is Longo; correct?
13  A.  That is correct.
14  MS. PARFITT:  Is that Dr. Longo?
15  MR. JAMES:  Thank you, Michelle.
16  BY MR. JAMES:
17  Q.  Dr. Longo; is that correct?
18  A.  That is correct.
19  Q.  Okay.  So you reviewed Dr. Longo's reports?
20  A.  I looked at them, yes.
21  Q.  Okay.  Do you understand that in this
22  litigation, Johnson & Johnson has presented experts to
23  rebut Dr. Longo's findings?
24  MS. PARFITT:  Objection.  Just let the
25  record reflect that the defense expert reports have

19 (Pages 70 to 73)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 74

1    not yet been provided in this litigation, in the MDL
2    litigation, so it would have been difficult to provide
3    that to Dr. Moorman.
4    BY MR. JAMES:
5         Q. You can still answer the question.
6         A. It would not surprise me to know that there
7    were reports provided by -- that was done for the
8    defense, but I have not seen them.
9         Q. Did you ask to see them?
10            MS. PARFITT: Objection. Form.
11            THE WITNESS: I did not ask to see --
12   no, I did not.
13   BY MR. JAMES:
14        Q. And counsel just made a note on the record
15   about these litigation reports from the defense not
16   being made available yet in the MDL.
17            Do you understand that the defense has
18   presented experts, for example, in the Ingham case to
19   rebut Dr. Longo's findings?
20        A. I was not specifically aware of that. It
21   would not surprise me, however.
22        Q. You understand Dr. Longo's litigation reports
23   that you reviewed, those are not peer-reviewed.
24            Do you understand that?
25            MS. PARFITT: Objection. Form.

Page 75

1            THE WITNESS: Yes, I know that they are
2    not peer-reviewed.
3    BY MR. JAMES:
4         Q. With regard to the literature that you've
5    referenced having reviewed pertaining to the
6    allegation that talcum powder products are
7    contaminated with asbestos, what does that literature
8    say about Johnson & Johnson products specifically?
9         A. I'm trying to recall specifically. I believe
10   that some of the articles were not specific about the
11   particular brand names that they tested. I think they
12   just described them as commercially available
13   products. But I believe that -- I want to say that
14   I recall at least one that described the products as
15   being Johnson & Johnson.
16        Q. With respect to everything that you reviewed
17   pertaining to your claim in your report of "credible
18   evidence" of contamination of talcum powder products,
19   what did everything you reviewed tell us about the
20   amount of contamination in the products?
21            Do you have any opinions about amount?
22        A. I do. My opinions are that most of the
23   analyses that detected asbestos fibers in talcum
24   powder products detected low levels, and putting that
25   in the context that asbestos has been characterized as

Page 76

1    there's no safe level of asbestos, that any level of
2    asbestos in a talcum powder product is bad for the
3    health of the people who use it.
4         Q. Do you intend to offer any opinions about the
5    purported amount of contamination in talcum powder
6    products over the course of history?
7            MS. PARFITT: Objection. Form.
8            THE WITNESS: I am not going to offer
9    an opinion about the quantity of asbestos in talcum
10   powder products.
11   BY MR. JAMES:
12        Q. Have you, in the course of forming your
13   opinions in this case, ever reviewed the FDA testing
14   of talcum powder products for the presence of
15   asbestos?
16        A. I recall reviewing a document from FDA, yes.
17        Q. Okay. And that document is not discussed in
18   your report, is it?
19        A. No, I don't think that I specifically
20   reference that.
21        Q. Why is that?
22        A. I don't -- I don't know why I didn't
23   reference it. I read it, but...
24            MR. JAMES: I'm marking Exhibit No. 11
25   [sic] talc testing information from the FDA, that I'm

Page 77

1    handing you, Dr. Moorman.
2            (Exhibit No. 12 was marked for identification.)
3            MR. JAMES: I provided an extra copy if
4    you want to hand one to your counsel, please. Thank
5    you much.
6            MR. FARIES: This is 12.
7            MS. PARFITT: 11 is the transcript.
8            MR. JAMES: Got it. Thank you. I'll
9    fix the sticker once we finish the question.
10            MS. PARFITT: No worries.
11   BY MR. JAMES:
12        Q. Okay. Dr. Moorman, is this the document that
13   you had seen before?
14        A. I'm not sure if this is the same one or if
15   I -- no, I -- actually, I think that I did see this.
16        Q. And if you look over on page 2 of the
17   exhibit -- it's page 2 of 8 -- do you see at the
18   bottom, it says in the section "The results of FDA's
19   survey" -- do you see where I'm reading?
20        A. Yes.
21        Q. And the FDA here says (as read):
22            "The survey found no asbestos
23            fibers or structures in any of the
24            samples of cosmetic-grade raw
25            material talc or cosmetic products

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 78

1      containing talc."
2          Did I read that correctly?
3      A. You did.
4          MS. PARFITT: Are you going to complete
5  this paragraph, or are you going to leave it at that?
6          MR. JAMES: Michelle, you'll have an
7  opportunity to ask your questions.
8          MS. PARFITT: Well, just for
9  completeness. Certainly, if that's how you'd like to
10 handle it, that's fine.
11         MR. JAMES: Okay. That's how it works.
12         MS. PARFITT: Oh, I -- Scott, you don't
13 have to educate me on how it works. I get how you're
14 working, and we'll make it work on our side too.
15 Thank you.
16 BY MR. JAMES:
17     Q. Dr. Moorman, is that conclusion cited
18 anywhere in your report?
19     A. That --
20         MS. PARFITT: Objection to the partial
21 conclusion.
22         Please answer.
23         THE WITNESS: Right. It's -- I did not
24 put it in there. However, I considered as I was, you
25 know, evaluating this literature, what it goes on to

Page 79

1  say (as read):
2          "The results were limited by the
3          fact that only four talc suppliers
4          submitted samples and by the
5          number of products tested."
6  BY MR. JAMES:
7      Q. Okay.
8      A. And so it goes on to say, you know,
9  (as read):
10         "They do not prove that most or
11         all talc or talc-containing
12         cosmetic products currently
13         marketed in the US are likely to
14         be free of asbestos
15         contamination."
16 So...
17     Q. You're offering opinions in the MDL -- let me
18 re-ask this.
19         Are you offering opinions in the MDL that
20 Johnson & Johnson talcum powder products have been
21 contaminated with asbestos at some point in time?
22     A. In my opinion, I am referring to talcum
23 powder products. Okay? I don't believe in my report,
24 I ever specifically say Johnson & Johnson talcum
25 powder products, but I do recognize that a large

Page 80

1  proportion of the talcum powder products in the US are
2  Johnson & Johnson products.
3      Q. Do you know if the FDA test results
4  specifically pertain to Johnson & Johnson products?
5      A. I'm -- I believe that some of the products
6  tested -- I believe that some of them were Johnson &
7  Johnson products, if I'm not mistaken. But I can't
8  say that with certainty.
9          Actually, when I look at the report, I do
10 see that they list Johnson's baby powder.
11     Q. And, Dr. Moorman, you're referring to page 7;
12 correct?
13     A. Yes.
14     Q. Okay. Do you understand that the FDA also
15 tested samples provided to them by the supplier of
16 talc for Johnson & Johnson products? Did you know
17 that?
18     A. I -- I think that I knew that. I believe
19 I did know that.
20     Q. Again, that's not quoted anywhere in your
21 report either, is it?
22     A. No, that is --
23         MS. PARFITT: Object to form.
24         THE WITNESS: -- not.
25

Page 81

1  BY MR. JAMES:
2      Q. Before offering opinions about "credible
3  evidence," don't you think it would be important to
4  mention the findings of the FDA on such an important
5  issue?
6          MS. PARFITT: Objection. Form.
7          THE WITNESS: As I have stated before,
8  my opinion was that there is credible evidence that --
9  from peer-reviewed articles, from some other sources
10 as well, that asbestos has been found in talcum powder
11 products. I believe that that evidence is credible.
12         I did not make the statement that it is in
13 all products, but I think that my statement that there
14 is credible evidence that some talcum powder products
15 contain asbestos I think is accurate.
16 BY MR. JAMES:
17     Q. And is that a conclusion that you would feel
18 comfortable providing in published peer-reviewed
19 literature?
20         MS. PARFITT: Objection. Form.
21         THE WITNESS: To say that there is
22 credible evidence that some talcum powder products
23 contain asbestos, I think that that -- I would feel
24 comfortable saying that based on peer-reviewed
25 literature that has found that.

21 (Pages 78 to 81)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 82

1  BY MR. JAMES:
2      Q.  But you never undertook an effort to conduct
3  a comprehensive review of the literature on the topic,
4  did you?
5          MS. PARFITT:  Objection. Form. Asked
6  and answered several times.
7          THE WITNESS:  Yes, I feel like I -- you
8  have asked that, and I think that I have answered it.
9  BY MR. JAMES:
10     Q.  What's your answer?
11     A.  My answer is that I have found evidence
12  that -- from peer-reviewed literature, from other
13  documents, that some asbestos has been detected in
14  some talcum powder products.
15     Q.  With regard to the company documents that you
16  reviewed that were provided to you by Plaintiffs'
17  counsel, do you consider yourself an expert in
18  reviewing the information conveyed by those documents?
19         MS. PARFITT:  Objection. Form.
20         THE WITNESS:  As I have indicated
21  previously, I am not a mineralogist or a geologist,
22  and so I would not consider myself an expert in
23  reviewing those types of documents.
24  BY MR. JAMES:
25     Q.  Do you have any knowledge about the

Page 83

1  specifications that are used by Johnson & Johnson in
2  manufacturing its talcum powder products?
3      A.  No, I do not.
4      Q.  Do you have any expertise in the sufficiency
5  of the specifications to detect the presence of
6  asbestos?
7      A.  No, I do not.
8      Q.  Did you know that Johnson & Johnson produces
9  its talcum powder products in accordance with
10  specifications set out by the US Pharmacopeial
11  Convention?
12         MS. PARFITT:  Objection. Form.
13         THE WITNESS:  I was not specifically
14  aware of that.  I don't know what their specifications
15  are.
16  BY MR. JAMES:
17     Q.  Did Plaintiffs' counsel provide to you those
18  specifications?
19     A.  Not that I recall.
20     Q.  Did you know that the specifications provide
21  mechanisms to test for the absence of asbestos?
22         MS. PARFITT:  Objection. Form.
23         THE WITNESS:  I have already stated
24  that I -- I don't know what those specifications are.
25

Page 84

1  BY MR. JAMES:
2      Q.  Dr. Moorman, have you seen a 2014 letter from
3  the FDA addressing a request for a warning on talcum
4  powder products?
5      A.  Yes, I have.
6      Q.  Do you know that within that letter, the FDA
7  comments on the issue of alleged asbestos
8  contamination?
9          MS. PARFITT:  Objection. Form.
10         THE WITNESS:  If I could see the
11  document. It has been a while since I have actually
12  looked at it.
13  BY MR. JAMES:
14     Q.  Absolutely.
15         MR. JAMES:  And if counsel could remind
16  me, are we now on 13?
17         MS. PARFITT:  We are indeed.
18         MR. JAMES:  Thank you.
19         MS. PARFITT:  You are very welcome.
20  (Exhibit No. 13 was marked for identification.)
21  BY MR. JAMES:
22     Q.  Okay.  Dr. Moorman, I'm handing you a copy of
23  the 2014 FDA letter with an extra copy to pass to your
24  counsel.
25         MS. PARFITT:  Thank you.

Page 85

1  BY MR. JAMES:
2      Q.  Dr. Moorman, if you could turn to the second
3  page of the letter.  Is this the letter that you've
4  seen before, Dr. Moorman?
5      A.  Yes, it is.
6      Q.  And do you see that, in the section entitled
7  "Chemistry Findings," there's a discussion there by
8  the FDA pertaining to asbestos; correct?
9      A.  Yes, I see that.
10     Q.  And do you see that at the bottom of the
11  letter, the very last sentence, the FDA says
12  (as read):
13         "You have not provided evidence
14         that asbestos-contaminated
15         talc-containing cosmetic products
16         are currently being marketed,
17         since the data submitted is almost
18         40 years old."
19     Do you see that?
20     A.  I do see that.
21     Q.  Okay.  And you said that you have reviewed
22  this letter in its entirety before?
23     A.  I have read it, yes.
24     Q.  Do you have any reason to quarrel with the
25  scientists at the FDA that have looked at the issue of

22 (Pages 82 to 85)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 86

```
 1    asbestos contamination in talcum powder products?
 2           MS. PARFITT:  Objection.  Form.
 3           THE WITNESS:  I don't know who those
 4    scientists are.  I don't know any scientists at the
 5    FDA who would have done -- would have done this.  I --
 6    so I can't say that I have a quarrel with them because
 7    I don't know them.
 8    BY MR. JAMES:
 9       Q.  Do you have any opinions about the type of
10    asbestos that is alleged to contaminate talcum powder
11    products?
12       A.  I am certainly aware that there are different
13    types of asbestos.  Again, from a health perspective,
14    there is no safe form of asbestos.  So if there are
15    different types, it really doesn't make a lot of
16    difference in terms of the potential health effects.
17           MR. JAMES:  Object to the nonresponsive
18    portion.
19    BY MR. JAMES:
20       Q.  Do you intend to offer any opinions about the
21    type of asbestos that Plaintiffs contend contaminates
22    talcum powder products?
23       A.  No, I am not going to specifically address
24    the types of asbestos in talcum powder products.
25       Q.  Do you hold the opinion that asbestos causes
```

Page 87

```
 1    ovarian cancer?
 2       A.  Yes.
 3       Q.  Do you hold the opinion that exposure to
 4    asbestos through use of talcum powder products causes
 5    ovarian cancer?
 6       A.  My opinion is based on exposure to talcum
 7    powder products and whatever is contained within them.
 8    And so if there is asbestos within talcum powder
 9    products, which we have some evidence to suggest that
10    that is the case, then that provides a potential
11    biological mechanism by which talcum powder products
12    could cause ovarian cancer.
13       Q.  The opinion that you have pertaining to
14    asbestos and ovarian cancer, did you form that opinion
15    in the context of litigation?
16           MS. PARFITT:  Objection.  Form.
17           THE WITNESS:  I'm not sure how -- could
18    you perhaps restate the question?
19    BY MR. JAMES:
20       Q.  Absolutely.
21       A.  I'm not sure --
22       Q.  Absolutely.
23       A.  -- what you're asking.
24       Q.  Did you form the opinion that -- did you
25    form -- let me start over.
```

Page 88

```
 1           Did you form your opinions about asbestos
 2    and talcum powder that are contained within your MDL
 3    report after being retained as an expert?
 4           MS. PARFITT:  Object to form.
 5           THE WITNESS:  I -- it is often -- has
 6    often been reported in the literature that talcum
 7    powder contained asbestos prior to 1976, and that
 8    products produced after that did not contain asbestos.
 9           And as I became involved in this litigation,
10    I was made aware of and discovered some of the
11    articles that showed that talcum powder products after
12    1976 contained asbestos.
13           And so my opinion was that -- my opinion
14    that asbestos in current or recently marketed talcum
15    powder products could explain -- was part of the
16    biological mechanism by which exposure to talcum
17    powder, that was -- that was formed as I became aware
18    of more of the available information, when I became
19    involved in this litigation.
20    BY MR. JAMES:
21       Q.  Setting aside the issue of asbestos in talcum
22    powder, do you believe that asbestos is a cause of
23    ovarian cancer?
24       A.  Yes, I do.
25       Q.  How many studies have explored the link
```

Page 89

```
 1    between asbestos and ovarian cancer?
 2           MS. PARFITT:  Objection.  Form.
 3           THE WITNESS:  In terms of epidemiologic
 4    literature, there have been a couple of meta-analyses;
 5    and the exact number, I don't have that off the top of
 6    my head, but I want to say approximately a dozen
 7    studies.
 8    BY MR. JAMES:
 9       Q.  Did you review the entire body of literature
10    looking at a purported link between asbestos and
11    ovarian cancer?
12           MS. PARFITT:  Objection.  Form.
13           THE WITNESS:  I know that I looked at
14    the meta-analyses.  I looked at some data from IARC,
15    and I believe that I have looked in some degree at,
16    I think, all of the epidemiologic studies about
17    asbestos and ovarian cancer.
18    BY MR. JAMES:
19       Q.  So did you look at all of the studies that
20    are discussed in the IARC monograph?
21           MS. PARFITT:  Objection.  Form.
22           THE WITNESS:  I have -- the IARC
23    monograph, as they typically do, they look at many of
24    the animal studies, some of the laboratory studies.
25    I have not looked at all of them.  I have looked at
```

23 (Pages 86 to 89)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 90

1  the epidemiologic studies, which, again, is my area of
2  expertise.
3  BY MR. JAMES:
4      Q. And we're speaking currently about the IARC
5  monograph on asbestos; correct?
6      A. Correct.
7      Q. On page 34 of your report, if that you have
8  handy, Dr. Moorman -- actually, I think I have the
9  wrong page number. Give me one second.
10      Okay. It's actually page 35. My apologies.
11      And you see -- I'm looking at the first --
12  the top paragraph. And you state in the second
13  sentence -- do you see where I am? It starts with
14  "IARC"?
15      A. Yes.
16      Q. Says (as read):
17          "IARC has stated that a causal
18          association between exposure to
19          asbestos and cancer of the ovary
20          was clearly established based on
21          strongly positive cohort mortality
22          studies of women with occupational
23          exposure to asbestos, as well as
24          studies of women with
25          environmental exposure to

Page 91

1          asbestos."
2      A. Yes.
3      Q. Do you see where I was reading?
4      A. Yes.
5      Q. To be clear, Dr. Moorman, that's not
6  precisely how IARC has stated that, is it?
7          MS. PARFITT: Objection. Form.
8          THE WITNESS: I --
9  BY MR. JAMES:
10      Q. I'm sorry, Doctor.
11          If I may, Dr. Moorman, I'll just provide you
12  a copy. Is that okay?
13      A. Okay.
14      Q. I'm going to mark as Exhibit 14 a copy of
15  the -- what we're referring to as the asbestos
16  monograph that's 100C.
17          (Exhibit No. 14 was marked for identification.)
18          MS. PARFITT: Mr. James, just for the
19  record, that's not the entire 100C monograph, is it?
20          MR. JAMES: Thank you. Thank you. Let
21  me clarify. This is excerpts of -- Exhibit 14 is
22  excerpts of the monograph.
23          MS. PARFITT: Thank you.
24  BY MR. JAMES:
25      Q. Okay. And if we turn to page 254,

Page 92

1  Dr. Moorman.
2      A. Yes.
3      Q. Actually, 256 is where it carries into. And
4  on page 256, there's a section entitled "syntheses."
5      Do you see where I am, Dr. Moorman?
6      A. Yes.
7      Q. Okay. And if you look at the right-hand
8  column, it's the first full paragraph in the middle of
9  the page.
10      A. Yes.
11      Q. And there, the IARC states that (as read):
12          "The working group noted that a
13          causal association between
14          exposure to asbestos and cancer of
15          the ovary was clearly established
16          based on five strongly positive
17          cohort mortality studies of women
18          with heavy occupational exposure
19          to asbestos.
20      Do you see that?
21      A. Yes.
22      Q. Okay. And so the IARC then goes on to say,
23  in the next sentence, that the conclusion (as read):
24          "Received additional support from
25          studies showing that women and

Page 93

1          girls with environmental, but not
2          occupational exposure to asbestos,
3          had positive, but nonsignificant,
4          increases in both ovarian cancer
5          incidence and mortality."
6      Do you see that?
7      A. Yes.
8      Q. And so the IARC's conclusion here with
9  respect to asbestos and ovarian cancer.
10          Again, this conclusion is being made outside
11  the context of talcum powders; correct?
12      A. Right. This is based on asbestos exposure.
13      Q. And the way that IARC has structured this
14  paragraph is that they have said that they've based
15  their conclusion on the occupational studies; correct?
16          MS. PARFITT: Objection. Form.
17          THE WITNESS: Yes.
18  BY MR. JAMES:
19      Q. And then they do note the additional support
20  after that sentence; correct?
21          MS. PARFITT: Objection to form.
22          THE WITNESS: Yes.
23  BY MR. JAMES:
24      Q. Okay. And just to be clear, the IARC here
25  acknowledges that the non-occupational studies report

24 (Pages 90 to 93)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 94

```
 1   nonstatistically significant associations; correct?
 2       A.  They note "positive, though nonsignificant
 3   increases."
 4           Yes, that's what it states.
 5       Q.  And if you turn with me to page 280 of the
 6   same monograph, Dr. Moorman, with respect to talcum
 7   powder, specifically, on the right-hand column of
 8   page 280, it's the third full paragraph down, the IARC
 9   monograph states (as read):
10           "The association between exposure
11            to talc, potential or retrograde
12            translocation to the ovarian
13            epithelium, and the development of
14            an ovarian cancer is
15            controversial."
16       Do you see where I was reading that?
17       A.  I do see that.
18       Q.  So in the same monograph where they're
19   talking about asbestos and ovarian cancer in general,
20   the IARC calls out the issue of talcum powder as a
21   controversial association; correct?
22           MS. PARFITT:  Objection.  Form.
23           THE WITNESS:  That's what it states,
24   yes.
25
```

Page 95

```
 1   BY MR. JAMES:
 2       Q.  Did you cite that conclusion in your report?
 3           MS. PARFITT:  Objection.  Form.
 4           THE WITNESS:  I did not specifically
 5   cite this, because, you know, again, this was a
 6   conclusion made IARC 2010, and additional data has
 7   accumulated.  And so I think that we're seeing that if
 8   they had -- you know, of course, I have no way of
 9   knowing what they would conclude, but I think that, in
10   light of additional evidence that has arisen since the
11   time that this report was written, a different
12   conclusion could have been reached.
13           MR. JAMES:  Okay.  And I object to the
14   nonresponsive portion of that answer.
15   BY MR. JAMES:
16       Q.  And for purposes of the record, Dr. Moorman,
17   the monograph that we're looking at here together was
18   published in 2012; correct?
19       A.  That is correct.
20       Q.  I think that you're probably thinking of the
21   other monograph, which is the 2010 monograph; correct?
22   When you said 2010?
23       A.  Well, I was looking at what was stated in
24   that paragraph.
25       Q.  Fair enough.  Fair enough.
```

Page 96

```
 1       A.  Yes.
 2       Q.  The IARC has not concluded that the presence
 3   of asbestos in talc powders renders such powders as
 4   carcinogenic, has it?
 5           MS. PARFITT:  Objection.  Form.
 6           THE WITNESS:  I can't recall if they
 7   have made that conclusion or not.
 8   BY MR. JAMES:
 9       Q.  You understand that when the IARC separately
10   assessed talcum powders in the other monograph that
11   we're talking about, they classified perineal talc use
12   as a 2B do you know that?
13           MS. PARFITT:  And you're referring to
14   the 2010 monograph?
15           MR. JAMES:  Yes, and I think that's
16   what I said, and if I didn't, my apologies.
17           THE WITNESS:  Yes, to be a possible
18   carcinogenic.
19   BY MR. JAMES:
20       Q.  Okay.  And by designating perineal talc use
21   as a 2B, the IARC is not concluding that it is, in
22   fact, a carcinogenic; correct?
23       A.  What they are concluding is that it is a
24   possible carcinogen.
25       Q.  IARC has multiple classifications; correct?
```

Page 97

```
 1       A.  That is correct.
 2       Q.  If they characterize -- if they -- if they
 3   characterize something as a carcinogen, they label it
 4   as a Group 1; correct?
 5       A.  That is correct.
 6       Q.  If they characterize something as a probable
 7   carcinogen, they label it a 2A; correct?
 8       A.  That is correct.
 9       Q.  And if they characterize something as a
10   possible, it's a 2B; correct?
11       A.  That is correct.
12       Q.  And the IARC has settled on 2B with talc --
13   and with perineal talc use; correct?
14           MS. PARFITT:  Objection.  Form.
15           THE WITNESS:  Once again, at the time
16   of the report, that's what they decided on.
17   BY MR. JAMES:
18       Q.  The opinions that you're offering in
19   litigation in this MDL report are contrary to those
20   reached by IARC; correct?
21           MS. PARFITT:  Objection.  Form.
22           THE WITNESS:  No.  I don't think that
23   they are contrary.  I think possible carcinogen --
24   they are not saying it is not a carcinogen; they're
25   saying a possible carcinogen.
```

25 (Pages 94 to 97)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 98

1     And I -- my report, with the additional
2  information that has been published since the time
3  that this report was done, I think that it strengthens
4  the conclusions.  And that's why I felt comfortable
5  saying that it is a cause of ovarian cancer.
6  BY MR. JAMES:
7     Q.  And so what you're saying is different than
8  what the IARC said in 2010; correct?
9        MS. PARFITT:  Objection.  Misstates her
10  testimony.  Asked and answered.
11       THE WITNESS:  I'm saying that there is
12  additional evidence that has arisen, and it
13  strengthens the -- it strengthens the evidence for the
14  association between talc and ovarian cancer.
15  BY MR. JAMES:
16     Q.  And in 2010, IARC did not determine that
17  perineal talc use was carcinogenic; correct?
18     A.  They said --
19       MS. PARFITT:  Objection.  Misstates
20  testimony.
21       THE WITNESS:  -- it was a possible
22  carcinogen.
23       MR. JAMES:  I didn't misstate any
24  testimony.  I didn't state anything about her
25  testimony.  I asked a question.

Page 99

1       MS. PARFITT:  You actually
2  misrepresented her answer in your question.  That was
3  my objection.  You can go ahead.
4       MR. JAMES:  If you'd like to read the
5  realtime, I didn't say anything about what she
6  testified to.  I asked a question --
7       MS. PARFITT:  You said, "In 2010" --
8       (Over-speaking.)
9       MR. JAMES:  But if you want to continue
10  to do that all day --
11       MS. PARFITT:  -- "IARC did not
12  determine that peritoneal [sic] talc was carcinogenic;
13  correct?"
14       Just before that, she had said that it was
15  carcinogenic.
16       MR. JAMES:  But I wasn't misstating her
17  testimony.
18       MS. PARFITT:  Well, when you say that,
19  and she answered the question before that that's not
20  what IARC said, and then you say that is what IARC
21  says, you are misstating her testimony.
22       MR. MIZGALA:  It's "perineal," not
23  "peritoneal."
24       MR. JAMES:  Let's just move on.  If you
25  continue to --

Page 100

1       MR. MIZGALA:  There's a big difference.
2       MR. JAMES:  Let's just move on.
3       MS. PARFITT:  I didn't say
4  "peritoneal."  That may be what the court reporter --
5       And, Sophie, the record should reflect that
6  when we are saying -- for the most part, when someone
7  wants to say something, it's "perineal" --
8       MR. JAMES:  May we continue?
9       MS. PARFITT:  I appreciate it.  Thank
10  you.
11       I just want to help the court reporter out,
12  Scott.  I'm sure you want a very clear record.
13       And, James, thank you very much for making
14  sure it is clear.
15       So, Sophie, thank you.  When we say
16  "perineal," we mean "perineal."  Not your fault at
17  all.
18       Thank you.
19       MR. JAMES:  Are we good?
20       MS. PARFITT:  We are so good.
21  BY MR. JAMES:
22     Q.  In 2010, the IARC declared talc -- perineal
23  talc a 2B; correct?
24     A.  That is correct.
25     Q.  Okay.  In 2010, the evidence that was before

Page 101

1  the IARC -- was the evidence at that time sufficient
2  for IARC to have said something more than 2B?
3       MS. PARFITT:  Objection.  Form.
4       THE WITNESS:  I'm not quite sure.
5  BY MR. JAMES:
6     Q.  You want me to rephrase?
7     A.  Yes, if you wouldn't mind.
8     Q.  You alluded to evidence that has -- and if
9  I'm misstating your testimony, Ms. Parfitt, please
10  object, because now I actually am talking about your
11  testimony.
12     A.  Okay.
13     Q.  But you alluded earlier that evidence has
14  developed since the 2010 monograph; correct?
15     A.  Right.
16     Q.  And so my question is, in your expert
17  assessment in 2010, when the IARC declared perineal
18  talc use to be a 2B, was the evidence at that snapshot
19  in time sufficient to support something more than 2B,
20  less than 2B, or did the IARC get it right?
21       MS. PARFITT:  Objection.  Form.
22       THE WITNESS:  I -- I think that their
23  statement that it is a possible carcinogen -- I don't
24  know if you can -- you know, possible versus probable,
25  it's -- I don't know that there is any checklist to

26 (Pages 98 to 101)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 102

1    say this level of evidence would lead it to possible
2    versus probable.
3         And so to say whether or not they got it
4    right, I don't know how to answer that question.
5    I think that they certainly are indicating that there
6    was evidence indicating a problem, and now we have
7    more evidence that strengthens the -- I think there's
8    greater evidence that talc can cause ovarian cancer.
9    BY MR. JAMES:
10        Q. If someone had asked you to assess the body
11   of scientific and medical literature in 2010 on the
12   claim that talcum powder products cause ovarian
13   cancer, would you have opined in 2010 that the
14   evidence was sufficient to state that talcum powder
15   products generally cause ovarian cancer?
16        MS. PARFITT: Objection. Form.
17        THE WITNESS: I think that it is
18   impossible to say with certainty what -- at that point
19   in time what would I have opined? I think that, as we
20   are well aware, the body of literature has continued
21   to grow over time. I think that it has only
22   strengthened over time. At what point would I have
23   been able to opine that talc is a cause of ovarian
24   cancer? I can't pinpoint that exactly.
25

Page 103

1    BY MR. JAMES:
2         Q. And when you say in 2010 IARC declared talc a
3    2B, I think the phrasing that you used was that they
4    were saying that there was, quote, a problem.
5         Is that what you said?
6         A. I think that I said something to that effect.
7         Q. Okay. You understand that the IARC's
8    classification system does have a checklist of sorts
9    to determine if something is a 1, a 2A, or a 2B;
10   correct? Or a 3 and so on and so forth.
11        A. I am not familiar with the exact checklist.
12   Yes.
13        Q. Do you understand that, if IARC declares
14   something a 2B, it's concluding that chance, bias, and
15   confounding cannot be ruled out? Did you know that?
16        A. Again, off the top of my head, I cannot
17   recall exactly what are their -- you know, as you put
18   it, what is their checklist.
19        Q. Returning now back to the body of literature
20   on asbestos and ovarian cancer, you have testified
21   that you have reviewed that body of literature;
22   correct?
23        A. Yes.
24        Q. Do you recognize any limitations to that body
25   of literature?

Page 104

1         MS. PARFITT: Objection to form.
2         THE WITNESS: I -- when I look at some
3    of the studies, there are limitations, as there are
4    with -- I would say, with any study of humans and
5    cancer.
6         One of the things that comes to mind as a
7    possible limitation is that, in the occupational
8    studies, the cohorts are relatively small for looking
9    at cancer outcomes. So in many -- maybe the
10   majority -- of them, they had a few hundred people in
11   the cohort; and, when you looked at the expected
12   versus the observed number of cases, we're talking
13   about a handful of cases.
14        So it might be, you know, two or three
15   observed cases versus .6 expected or something like
16   that.
17        So that is a limitation of all of -- as
18   I recall, all of the occupational cohort studies that
19   the sample cites of the cohort.
20   BY MR. JAMES:
21        Q. Would you also acknowledge that another
22   limitation to that body of literature is the fact that
23   it's in the occupational context?
24        MS. PARFITT: Objection. Form.
25        THE WITNESS: I don't necessarily

Page 105

1    consider that a limitation. That is where people had
2    exposure to this -- to asbestos in an occupational
3    setting. So if you want to look at the health effects
4    of that exposure, that's exactly where you would do
5    the study.
6    BY MR. JAMES:
7         Q. Do you agree that the body of literature in
8    the occupational context, which looks at exposure to
9    asbestos in the occupational setting, is different
10   than the allegation that exposure to contaminated
11   talcum powder products causes ovarian cancer?
12        A. The -- I agree that there is some difference
13   in the exposure, but it's part of the body of
14   literature. It's -- people exposed in this way, they
15   are at increased risk for ovarian cancer. So they may
16   have different levels of exposure, different routes of
17   exposure, but it's all part of the body of literature.
18        Q. You would agree that someone that's exposed
19   to asbestos-containing products in a factory
20   environment for a full workday is experiencing a
21   different level of exposure to someone who is using
22   allegedly contaminated asbestos talcum powder
23   products?
24        MS. PARFITT: Objection. Form.
25

27 (Pages 102 to 105)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 106

1    BY MR. JAMES:
2        Q.  Let me rephrase that, because I jumbled that
3    up.
4            Would you agree that the level of exposure
5    that someone would experience in the occupational
6    setting to asbestos products is qualitatively
7    different than what Plaintiffs are alleging in this
8    case, which is exposure to talcum powder products that
9    are allegedly contaminated with asbestos?
10       A.  I acknowledge that the exposures are
11   different.  It's how they are applied -- or, you know,
12   the -- you know, we're talking about exposure to the
13   genital area when we're talking about talcum powder
14   products that may contain asbestos, where we would not
15   expect to have genital exposure of asbestos in an
16   occupational setting.
17           So, yes, there are differences.
18       Q.  Do you acknowledge another limitation in the
19   body of literature that IARC looked at to be
20   misclassification?
21       A.  In epidemiology, we -- we recognize that
22   there is likely to be misclassification in any
23   epidemiologic study that you do.  This is not a
24   situation like with laboratory studies of animals
25   where you can control every exposure, measure it very

Page 107

1    accurately.
2            So some potential misclassification is
3    possible, as it is in any epidemiologic study.
4        Q.  And the issue of misclassification has been
5    specifically acknowledged in this body of literature;
6    correct?
7            MS. PARFITT:  Objection to form.
8            THE WITNESS:  Can you be more specific
9    about which misclassification you're referring to?
10   BY MR. JAMES:
11       Q.  Sure.  So what I'm referring to is
12   misclassification of disease.
13           Do you -- do you recall that, in this body
14   of literature, there is discussion that, given the
15   small number of cases which you described earlier,
16   misclassification -- the potential for disease
17   misclassification is a limitation to this body of
18   literature?
19       A.  I am aware that that is an issue that has
20   been discussed in this literature, yes.
21           MR. JAMES:  And I'm going to mark as
22   Exhibit No. 15 the Reid paper.
23           (Exhibit No. 15 was marked for identification.)
24   BY MR. JAMES:
25       Q.  And, Dr. Moorman, you've seen this Reid

Page 108

1    meta-analysis before; correct?
2        A.  I have.
3        Q.  You don't have any discussion of the Reid
4    paper in your report; correct?
5        A.  I don't -- I don't believe I do.
6        Q.  Do you understand that the Reid paper
7    conflicts in part with the claim that asbestos is a
8    cause of ovarian cancer?
9            MS. PARFITT:  Objection.
10           THE WITNESS:  I know what they -- what
11   these authors concluded.
12   BY MR. JAMES:
13       Q.  And if you look with me on page 1294,
14   Dr. Moorman, in the "conclusions" section, you see at
15   the bottom of that paragraph, with the sentence
16   beginning with the word "however" -- it's sort of
17   three-fourths of the way down -- the authors state
18   (as read):
19           "However, the authors of this
20           article suggest that the IARC
21           decision to determine asbestos
22           exposure as a cause of ovarian
23           cancer was premature and not
24           wholly supported by the evidence."
25       Do you see where I read that?

Page 109

1        A.  I do see that.
2        Q.  Okay.  And so you acknowledge here that the
3    authors of this paper have called into question the
4    IARC decision; correct?
5            MS. PARFITT:  Objection.  Form.
6            THE WITNESS:  I see what they have
7    stated here, that --
8    BY MR. JAMES:
9        Q.  And --
10       A.  -- that is their opinion, yes.
11       Q.  Excuse me, Doctor.  My apologies.
12       A.  Yes.
13       Q.  And, again, this paper is assessing the
14   IARC's conclusion about asbestos and ovarian cancer in
15   general; correct?
16           MS. PARFITT:  Objection.  Form.
17   BY MR. JAMES:
18       Q.  It's not -- this article isn't pertaining to
19   the issue of alleged asbestos contamination in talcum
20   powder products, is it?
21       A.  Right.  This is focused just on asbestos and
22   ovarian cancer.
23       Q.  And if you look at the bottom of that -- the
24   very last sentence in that paragraph, you see where
25   the authors there discuss the potential problem of

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 110

1  misclassification?
2      A.  I'm sorry, where are you?
3      Q.  It's the very last sentence, Doctor.
4      A.  Yes, I see what is written there.
5      Q.  So this article conflicts with your
6  litigation opinion; correct?
7          MS. PARFITT:  Objection.  Form.
8          THE WITNESS:  This reflects the opinion
9  of these authors.  There was another meta-analysis of
10 asbestos and ovarian cancer that I believe was
11 published in the same year.  And as I recall, the
12 conclusions of those authors, while acknowledging
13 potential misclassification of disease, they felt like
14 the evidence was adequate to rule that out as a
15 possible source of bias that would explain the
16 association that was observed.
17 BY MR. JAMES:
18     Q.  And you're speaking of the Camargo article,
19 I believe?
20     A.  Yes.
21     Q.  And have you separately assessed the issue of
22 misclassification and whether, in your mind, that
23 presents a significant enough problem to call into
24 question the IARC conclusions?
25         MS. PARFITT:  Objection.  Form.

Page 111

1          THE WITNESS:  Let me read your...
2      I believe that I was convinced by the
3  information presented in the Camargo article that
4  I don't think that misclassification was enough of a
5  problem to change the conclusion.
6  BY MR. JAMES:
7      Q.  Are you familiar with -- did you undertake a
8  Bradford Hill analysis of the literature on asbestos
9  and ovarian cancer to reach the conclusion that
10 asbestos is a cause of ovarian cancer?
11     A.  I didn't -- did not do the Bradford Hill
12 analysis as I did with the talcum powder products and
13 ovarian cancer.  I felt like it was pretty well
14 accepted.
15     Q.  Did you consider a body of literature
16 commonly referred to as the "miners and millers
17 studies"?
18     A.  Please -- I'm sorry.  When you talk about the
19 miners and millers studies, I'm not sure that I'm on
20 the same page with you.
21     Q.  Are you familiar -- are you aware of the fact
22 that there's a body of literature that has looked at
23 cancer incidence rates in miners and millers of talc?
24     A.  Yes, I am aware of some of those articles.
25 Yes.

Page 112

1      Q.  Did you review those articles?
2      A.  I did look at them, and as I recall, almost
3  all of those -- the miners and -- almost all of the
4  miners, and probably the millers, they were focusing
5  primarily on males who were the people who were mostly
6  involved in that type of work.
7      Q.  You would agree with me that if talcum
8  powder, that is used in cosmetic talc products, is, in
9  fact, contaminated with asbestos, then you would
10 expect to see increased cancer incidence rates, for
11 example, of mesothelioma, in cosmetic talc miners and
12 millers; correct?
13         MS. PARFITT:  Objection.  Form.
14         THE WITNESS:  I wouldn't be surprised
15 to see that, yes.
16 BY MR. JAMES:
17     Q.  And did you know that that body of literature
18 reports no increased cancer incidence in talc miners
19 and millers?
20     A.  It has been a while since I have looked at
21 those papers, so I don't remember exactly what they
22 reported.
23     Q.  And those papers are not discussed in your
24 report; correct?
25     A.  Once again, I was focusing primarily on

Page 113

1  ovarian cancer.  And as many of these were on male
2  subjects, I had looked at them, but they were of
3  somewhat lesser importance to my review.
4      Q.  If --
5          MS. PARFITT:  I don't want to
6  interrupt, and maybe a few follow-up questions.  We're
7  probably into about an hour and 20 minutes or so.  But
8  I don't want to interrupt your flow either.
9          MR. JAMES:  I can finish up in a few,
10 or if you need a break now, we can take it now.
11         THE WITNESS:  Let's finish up in a few.
12         MR. JAMES:  And when I say "finish up,"
13 I just mean this line.  I apologize for that.  That
14 was misleading, I think.
15     Sure.  Give me a couple more, and then we'll
16 take a break.
17         THE WITNESS:  Yeah, we can go a few
18 more minutes.
19         MS. PARFITT:  Thank you, Scott.
20 BY MR. JAMES:
21     Q.  If asbestos-contaminated talcum powder
22 products have existed on the market for some period of
23 time, wouldn't you expect to find higher incidence
24 rates of other cancers of talcum powder users?
25         MS. PARFITT:  Objection.  Form.

29 (Pages 110 to 113)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 114

1    THE WITNESS: It depends.
2  BY MR. JAMES:
3    Q. For example -- oh, I'm sorry. I thought you
4  were done.
5    A. I am done. Go ahead.
6    Q. For example, if asbestos has contaminated
7  talcum powder products for some period of time,
8  wouldn't you expect to see higher rates of
9  mesothelioma in users of cosmetic talcum powder
10  products?
11    A. You know, mesothelioma is an exceedingly rare
12  cancer, and I don't know -- I don't know to what
13  extent it has been -- talcum powder products --
14  cosmetic talcum powder products has been examined as a
15  risk factor for that.
16    Q. Are you aware of any data showing that users
17  of cosmetic talcum powder products are at greater risk
18  of mesothelioma, asbestosis, or any other
19  asbestos-related diseases?
20    MS. PARFITT: Objection. Form.
21    THE WITNESS: I can't think of that
22  data right offhand, no.
23    MR. JAMES: Okay. And how about now
24  for a break?
25    THE WITNESS: Okay.

Page 115

1    MS. PARFITT: Thank you.
2    THE VIDEOGRAPHER: Going off record at
3  11:45 a.m.
4    (Recess taken from 11:45 a.m. to 12:39 p.m.)
5    THE VIDEOGRAPHER: Back on record at
6  12:39 p.m.
7  BY MR. JAMES:
8    Q. Dr. Moorman, you include in your MDL report
9  references to "talc occurring in the fibrous habit."
10    Do you recall referring to that in your
11  report?
12    A. Yes, I do.
13    Q. That terminology is new to the MDL for you,
14  isn't it?
15    MS. PARFITT: Objection. Form.
16  BY MR. JAMES:
17    Q. I'll clarify.
18    A. Please. Please do.
19    Q. You did not -- in your Ingham testimony,
20  where you provided your opinions in the Ingham case,
21  you did not refer to "fibrous talc," did you?
22    A. No, I don't believe I did.
23    Q. So that -- sorry.
24    So that's a new component of your opinion in
25  the MDL?

Page 116

1    MS. PARFITT: Objection. Form.
2    THE WITNESS: I considered it as part
3  of the constituents of the talcum powder products. My
4  overall opinion is based on exposure to talcum powder
5  products and whatever constituents are in there,
6  including the fibrous talc.
7  BY MR. JAMES:
8    Q. Given that you have opined in your MDL report
9  for the first time on fibrous talc and did not provide
10  that opinion in the Ingham case, can you tell me what
11  you're basing your opinion on with regard to
12  fibrous talc?
13    MS. PARFITT: Objection.
14    Hey, Scott, if I can ask -- I'm sorry, it
15  isn't rolling. Is there some reason? I don't want to
16  interrupt. We'll deal with it.
17    THE COURT REPORTER: I can come over
18  and do it, but we'll have to go off.
19    MS. PARFITT: Sorry about that.
20    THE VIDEOGRAPHER: Going off the record
21  at 12:40 p.m.
22    (Off the record.)
23    THE VIDEOGRAPHER: Back on record at
24  12:41 p.m.
25

Page 117

1  BY MR. JAMES:
2    Q. Dr. Moorman, before the quick break -- I'll
3  just restate the question.
4    A. Okay.
5    Q. So what do you base your opinions on with
6  regard to fibrous talc?
7    A. Okay. My opinion, I guess, is -- again, it's
8  always been based on the constituents of the talcum
9  powder products. And so maybe clarifying based on
10  maybe further reading on the constituents of, like,
11  asbestiform talc, that this again contributes to the
12  biological plausibility of it, that this is another
13  potential constituent of the talcum powder product
14  that could contribute to ovarian cancer risk.
15    Q. So one component of your opinion is that
16  there is fibrous talc in talcum powder products;
17  correct?
18    A. Yes.
19    Q. Okay. And given that that is a new opinion,
20  I am attempting to source the bases for that opinion.
21    Are the opinions that you have about the
22  presence of fibrous talc in talcum powder products
23  based upon the same materials that you rely on for
24  your opinions about the presence of asbestos in talcum
25  powder products?

30 (Pages 114 to 117)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 118

1          MS. PARFITT: Objection. Form. As far
2   as a new opinion.
3          THE WITNESS: I'm sorry, let me read
4   that.
5          So my opinions about the presence of fibrous
6   talc in talcum powder products is based on some of the
7   same materials that have done analyses of talcum
8   powder products, yeah.
9   BY MR. JAMES:
10     Q. Would that include the Longo -- Dr. Longo
11  litigation testing?
12     A. I believe that he did make some mention of
13  that in his report, yes.
14     Q. And other -- would that include other
15  litigation reports that you reviewed?
16         MS. PARFITT: Objection. Form.
17         THE WITNESS: I'm -- precisely where
18  the information came from, that there is fibrous talc
19  in talcum powder products, I -- I don't recall exactly
20  where -- where I gleaned that information.
21  BY MR. JAMES:
22     Q. And did you -- did you ask counsel if there
23  was any information provided by Johnson & Johnson in
24  the talc litigation rebutting the claim that there's
25  fibrous talc present in the products?

Page 119

1          MS. PARFITT: Objection. Form.
2          THE WITNESS: No, I did not
3   specifically ask them for that information.
4   BY MR. JAMES:
5      Q. Have you relied on any epidemiology
6   substantiating a claim that fibrous talc is
7   carcinogenic?
8      A. I am not aware of any epidemiologic
9   literature that specifically addressed that question.
10     Q. Turning to your opinions on heavy metals,
11  Dr. Moorman, you have opined in your report about
12  chromium, nickel, and cobalt; correct?
13     A. Yes, I have.
14     Q. Yet your opinions in the MDL report about
15  the alleged presence of chromium, nickel, and cobalt in
16  talcum powder products is new in the sense that you
17  did not express that opinion in the Ingham case;
18  correct?
19         MS. PARFITT: Objection. Misstates her
20  testimony -- our testimony.
21         THE WITNESS: I think the gist of my
22  opinions are based on talcum powder products and
23  whatever constituents are in there; so talc, asbestos,
24  any fragrances or other contaminants that may be in
25  there. So it's based on the product.

Page 120

1   BY MR. JAMES:
2      Q. Would you defer to others with regard to the
3   question of whether heavy metals are in the talcum
4   powder products?
5      A. I -- by deferring to others, okay, I clearly
6   do not do the analyses of those -- of those -- those
7   types of analyses myself, so I am relying on a report.
8   In this case, it was a report done by Dr. Crowley.
9      Q. Just to clarify, and Ms. Parfitt can correct
10  me if I'm wrong, but when you refer to Dr. Crowley's
11  report, are you referring to Dr. Crowley's report
12  about fragrances?
13     A. And I believe that it was not just
14  fragrances, but it was a number of substances that he
15  analyzed in that -- that he addressed in his analysis.
16     Q. Did you do any independent searching for
17  materials or scientific literature on the allegation
18  that heavy metals in cosmetic talc powders cause
19  ovarian cancer?
20         MS. PARFITT: Objection.
21         THE WITNESS: Okay. I'm reading your
22  question again.
23     No. I -- the -- what I looked at in regards
24  to heavy metals -- again, we have this report
25  indicating that these can be found in some talcum

Page 121

1   powder products, and then again we have data
2   indicating that these heavy metals can cause certain
3   types of cancer.
4      So it contributes to the biological
5   plausibility that there are substances in the talcum
6   powder products that could lead to cancer.
7   BY MR. JAMES:
8      Q. With regard to opinions about the presence of
9   heavy metals in talcum powder products, did you ask to
10  see any information or materials presented in the talc
11  litigation by Johnson & Johnson as to that claim?
12     A. No, I did not.
13     Q. Did you do any separate analysis of the
14  talcum powder products to determine the presence of
15  heavy metals in these products?
16     A. I did not do any analyses of talcum powder
17  products.
18     Q. Do you have any knowledge concerning the
19  testing that is performed by Johnson & Johnson and
20  third parties with respect to constituent elements in
21  the products?
22     A. No. This is outside my area of expertise.
23     Q. Do you have any information about allowable
24  levels of constituent elements in the talcum powder
25  products?

31 (Pages 118 to 121)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 122

1    A.  No, I do not.
2    Q.  Do you have any basis to believe that if
3  talcum powder products exceeded allowable levels for
4  constituent elements, that those products went to
5  market?
6         MS. PARFITT:  Objection.  Form.
7         THE WITNESS:  No, I -- I don't have any
8  information in that regard.
9  BY MR. JAMES:
10    Q.  Okay.  Turning to -- with -- to your opinion
11  on -- strike that.
12    Do you hold the independent opinion that
13  cadmium, chromium, and cobalt cause ovarian cancer?
14         MS. PARFITT:  Objection.  Form.
15         THE WITNESS:  I do -- I am not aware of
16  papers that have directly addressed those metals in
17  relation to ovarian cancer risk.  I am basing it more
18  on the conclusions from IARC that they do have
19  carcinogenic potential.
20  BY MR. JAMES:
21    Q.  And is the same true for nickel?
22    A.  Yes.
23    Q.  With regard to the alleged carcinogenicity of
24  the constituent metal elements that you've identified
25  in your report, did you consider anything other than

Page 123

1  the IARC monograph that you cited?
2    A.  No, I did not.
3    Q.  Did the IARC monograph that you cited include
4  any assertion that the presence of these metals in
5  talcum powders rendered those powders carcinogenic?
6    A.  I do not believe so.
7    Q.  Did the IARC 2010 monograph on talc include
8  any assertion that the presence of heavy metals in
9  those powders supports the 2B conclusion?
10         MS. PARFITT:  Objection.  Form.
11         THE WITNESS:  I don't recall any
12  mention of heavy metals in that monograph.
13  BY MR. JAMES:
14    Q.  Returning back to fragrances, in your MDL
15  report, you refer to a report by Crowley.  Did I say
16  that right?
17    A.  I've never met the man, so I don't know how
18  it's pronounced, but yes, that's what I said.
19    Q.  And that's the report you identified for the
20  basis of your fragrance opinions; correct?
21    A.  Yes.
22    Q.  Do you have -- do you hold the independent
23  opinion that the fragrance ingredients in talcum
24  powder products renders those products carcinogenic?
25         MS. PARFITT:  Objection.

Page 124

1         THE WITNESS:  I -- I think that we do
2  not have the data to specifically address that
3  question specifically in regard to ovarian cancer.
4  BY MR. JAMES:
5    Q.  With regard to the opinions you've expressed
6  as to fragrances, is the sole basis of those opinions
7  the value of work?
8    A.  That's the only document that I referred to.
9    Q.  And you understand --
10         MR. JAMES:  Ms. Parfitt, is it
11  Dr. Crowley?
12         MS. PARFITT:  Dr. Crowley.
13  BY MR. JAMES:
14    Q.  Okay.  Do you understand that Dr. Crowley is
15  a paid expert in this litigation for the Plaintiffs?
16    A.  I do understand that.
17    Q.  Do you know if Dr. Crowley conducted any sort
18  of risk assessment with regard to his calculations?
19    A.  I do not know that.
20    Q.  If Johnson & Johnson talcum powder products
21  were not contaminated with asbestos, if you would
22  accept that proposition from me, would you still hold
23  the opinion that talcum powder products are a general
24  cause of ovarian cancer?
25         MS. PARFITT:  Objection.  Form.

Page 125

1    You can answer.
2         THE WITNESS:  Okay.  The opinion
3  I formed is based primarily on the epidemiologic data;
4  and the epidemiologic data is based on talcum powder
5  products, whatever is contained in them.  And in study
6  after study, we see increased risk for ovarian cancer.
7  So whatever is contained in the talcum powder products
8  leads me to conclude that it can cause ovarian cancer.
9  BY MR. JAMES:
10    Q.  And just to make sure that I understand your
11  answer --
12    A.  Yes.
13    Q.  -- if the talcum powder products were not
14  contaminated with asbestos, would you still reach the
15  general cause opinion that you've offered in this
16  case?
17         MS. PARFITT:  Objection.  Form.
18         THE WITNESS:  I am -- I think that I've
19  answered the question that it's based on talcum powder
20  products, whatever is contained them -- in them.  If
21  it is shown that there is no asbestos, that doesn't
22  change the fact that these dozens of epidemiologic
23  studies have led to the conclusion of increased risk.
24  BY MR. JAMES:
25    Q.  And does that same answer hold true if

32 (Pages 122 to 125)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 126

1    I asked you the same question with respect to heavy
2    metals, fibrous talc, and fragrance ingredients?
3          MS. PARFITT: Objection. Form.
4          THE WITNESS: Yes. I am basing my
5    opinion on the use of talcum powder products and
6    whatever are -- whatever their constituents are.
7    BY MR. JAMES:
8          Q. As a professional epidemiologist -- is that a
9    fair way to say it?
10         A. Yes.
11         Q. Okay. As a professional epidemiologist, part
12   of your day-in, day-out work is to look at literature
13   on purported associations and make conclusions about
14   the strengths or weaknesses of that literature;
15   correct?
16         A. Yes.
17         Q. And you have done that before you were
18   brought into the talc litigation on a variety of
19   different exposures or other things evaluated for
20   associations; correct?
21         A. That is correct.
22         Q. And setting aside the issue of talcum powder
23   products, have you ever before, in assessing other
24   exposures or other associations, relied upon company
25   documents to reach your conclusions?

Page 127

1          A. I -- I'm trying to think.
2          We have -- my colleagues and I have
3    published systematic reviews of oral contraceptive use
4    and ovarian cancer and other cancer risk. And as part
5    of that procedure -- this was through the Agency on
6    Healthcare Research and Quality, or AHRQ -- and as
7    part of that procedure trying to ensure that we have
8    all relevant documents, I believe that there was an
9    effort to see if there were any company document
10   studies that would be relevant to that systematic
11   review.
12         Q. What about any internal company testing
13   documents? Have you ever looked at an internal
14   company testing documents in assessing any association
15   that you've considered throughout your career?
16         A. No --
17         MS. PARFITT: Objection.
18         THE WITNESS: -- I did not.
19   BY MR. JAMES:
20         Q. Have you ever considered any paid litigation
21   expert reports in assessing any other association that
22   you've looked at through your career?
23         MS. PARFITT: Objection. Form.
24         THE WITNESS: I -- I can't think of
25   another instance where I have done that.

Page 128

1    BY MR. JAMES:
2          Q. On page 4 of your -- actually, it's page 5 of
3    your report, Dr. Moorman. You refer on the top of
4    that page, in the first full paragraph, to the
5    Schildkraut 2016 study; correct?
6          A. First paragraph? Yes, that is correct.
7          Q. And you say in that paragraph -- and if
8    you're looking at the same paragraph as I am -- you
9    say there that (as read):
10              "This was the first study of talc
11              use and ovarian cancer focused
12              exclusively on African-American
13              women."
14         Correct?
15         A. Yes, I do.
16         Q. And to be clear, Dr. Moorman, that study did
17   not look exclusively at talc use, did it?
18         A. No. The purpose of the African American
19   cancer epidemiology study was to look at the
20   epidemiology of ovarian cancer in African American
21   broadly. So we've looked at a number of exposures.
22         Q. And specific to the issue of powder, the
23   Schildkraut 2016 study -- and I guess is the
24   underlying study, the AACES -- looks at body powder,
25   not talc per se; correct?

Page 129

1          A. That was how the question was asked in the
2    questionnaire, yes.
3          Q. Okay. And so the statements in your report
4    that state that the study looked at talc powder should
5    be clarified; correct?
6          MS. PARFITT: Objection. Form.
7          THE WITNESS: I think to be absolutely
8    precise, we should have -- I should have said body
9    powder. But based on other literature, most body
10   powder use is talcum powder product use. So I agree,
11   I could have been more precise in my language there.
12   BY MR. JAMES:
13         Q. And you understand body powders are made up
14   of a variety of constituents; correct?
15         A. Yes.
16         Q. There are baby powders that are made of
17   things other than talc; correct?
18         A. I believe so, that there are cornstarch
19   powders as well.
20         Q. And there are deodorizing powders that are
21   made of things other than talc; correct?
22         A. I believe so, yes.
23         Q. And you know cornstarch, if there's a baby
24   powder made of cornstarch, that product does not
25   contain talc; correct?

33 (Pages 126 to 129)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 130

1    A. Yes.
2    Q. Or -- I should clarify.
3        If the version of the baby powder one is
4  purchasing is labeled as a cornstarch product, it's
5  cornstarch, not talc; correct?
6    A. That is correct.
7    Q. So the study participants in this study are
8  not limited to talc users; correct?
9    A. That is correct.
10   Q. You also say in the report, in conjunction
11 with these statements, that the study found a high
12 prevalence of talc use; correct?
13   A. Yes.
14   Q. And we're looking at the same paragraph,
15 Dr. Moorman.  And, again, to be clear, the study
16 didn't find that.  The study, instead, found a high
17 prevalence of powder use; correct?
18       MS. PARFITT:  Objection.
19       THE WITNESS:  Again, once I -- as I
20 acknowledged earlier, I could have been more precise
21 in the language, that it's -- I think that it -- based
22 on our knowledge of the sales and other studies that
23 have specifically reported on the types of powder use,
24 the majority of the powder use would have been talc.
25

Page 131

1  BY MR. JAMES:
2    Q. You're not offering opinions on the MDL
3  litigation about cornstarch, are you?
4    A. No, I am not.
5    Q. And you understand that the body of
6  epidemiological literature that has developed over the
7  last several decades has included findings looking at
8  talc powders versus cornstarch powders versus non-talc
9  powders; correct?
10   A. Some studies, yes, have looked at the
11 different powders.
12   Q. And your -- the Schildkraut 2016 study didn't
13 undertake the effort to make that distinction, did it?
14       MS. PARFITT:  Objection.
15       THE WITNESS:  I've already acknowledged
16 that the question in the questionnaire just asked
17 about body powder use.
18 BY MR. JAMES:
19   Q. You state that this study found a
20 statistically significant increase for risk among talc
21 users; right?
22   A. Yes.  We're in the same paragraph.  Right?
23   Q. Yes, Doctor.  Thank you.
24   A. Yes.
25   Q. But you did not know in this paragraph, or

Page 132

1  anywhere else in your report, that for any genital use
2  of body powder with an interview date before 2014, the
3  results were not statistically significant; correct?
4        MS. PARFITT:  Objection.
5        THE WITNESS:  If you would give me just
6  a moment to look through the report, I'd like to
7  verify how I addressed that.
8        I -- on page 23, I acknowledged that there
9  was an attenuation of the odds ratio when comparing
10 the women who were interviewed in the later time frame
11 than in the earlier time frame.
12 BY MR. JAMES:
13   Q. Okay.  And I'm looking at where you're
14 looking, I believe, and it's the middle paragraph on
15 page 23; correct?
16   A. That is correct.
17   Q. And there you say (as read):
18       "The fact that the association was
19       attenuated but not eliminated when
20       considering the full study
21       population suggested that the
22       association was not due entirely
23       to recall bias."
24       Did I read that correctly?
25   A. That is correct.

Page 133

1    Q. Okay.  And, again, here you do not report --
2  let me start over.
3        The association for talc users before 2014
4  date was not statistically significant; correct?
5        MS. PARFITT:  Objection.  Form.
6        THE WITNESS:  Yes.  The -- the odds
7  ratio was elevated but not statistically significant.
8  BY MR. JAMES:
9    Q. And you don't call that out in your report,
10 do you?
11       MS. PARFITT:  Objection.  Form.
12       THE WITNESS:  No.  It's as it's
13 written.
14 BY MR. JAMES:
15   Q. And as it's written, it says, "The
16 association was attenuated but not eliminated."
17       That's the wording you used; correct?
18   A. Yes.
19   Q. Okay.  But if the association is not
20 statistically significant, would you still refer to
21 that association as attenuated and not eliminated?  Is
22 that the proper way to refer to it?
23   A. If the association was eliminated, if there
24 was no association, we would have had an odds ratio of
25 1.  We have an odds ratio of 1.19.

34 (Pages 130 to 133)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 134

1      It is -- I acknowledge that it was not
2  statistically significant, but it was not eliminated.
3  It was attenuated. I think that my statement in my
4  report is accurate.
5      Q. So for any epidemiologic study that has an
6  odds ratio that crosses 1 but is reported to be above
7  1 with the odds ratio crossing 1 -- do you understand
8  what I'm asking? -- would you refer to that as an
9  association, an null association, a not statistically
10 significant association? What terminology would you
11 use?
12     A. I would refer to it as a non-statistically
13 significant association. If the data show 19 percent
14 increased risk, it's not statistically significant.
15     Q. And by saying that, what you're saying is
16 that the odds ratio that -- could fall with any --
17 within the range identified; correct?
18         MS. PARFITT: Objection. Form.
19         THE WITNESS: The -- when you report a
20 95 percent confidence interval, it gives a range of
21 values which is statistically compatible with what you
22 found. Like, if the study were repeated again with
23 other samples, you might find an odds ratio that was a
24 bit higher or a bit lower.
25         But I think that it's very important to make

Page 135

1  the distinction between no association and no
2  statistically significant association.
3  BY MR. JAMES:
4      Q. But you didn't make that distinction in your
5  report?
6         MS. PARFITT: Objection.
7         THE WITNESS: You've asked the
8  question, and I've acknowledged that I did not address
9  statistical significance in that sentence.
10 BY MR. JAMES:
11     Q. On the same page of your report, if we go
12 back to page 5, you refer to a 2009 paper entitled
13 "Ovarian Cancer Risk Factors in African-American and
14 White Women"; correct?
15     A. Let me get to page 5. Which paragraph are
16 you --
17     Q. So it's the second paragraph. In fact, you
18 refer to it here as the North Carolina Ovarian Cancer
19 Study; correct?
20     A. Right. Right. Okay. Yes.
21     Q. My apologies. I -- with -- in conjunction
22 that study, you published a paper in 2009; correct?
23     A. Right. Talc was not the primary focus of it,
24 but it was one of the risk factors that we looked at.
25     Q. And do you recall the results of that study

Page 136

1  with respect to talc?
2      A. If you -- I know you have it right in front
3  of you. So if I could see it, so I could report it
4  accurately. I think I know what I found, but that was
5  paper that was done ten years ago.
6         MR. JAMES: Okay. And, Dr. Moorman,
7  I'm marking as Exhibit 16 a paper entitled "Ovarian
8  Cancer Risk Factors in African-American and White
9  Women."
10        I'm handing you two copies to pass along.
11 (Exhibit No. 16 was marked for identification.)
12        THE WITNESS: Okay. So we reported on
13 talc use for white women and for African-American
14 women. Neither association was statistically
15 significant, again, particularly for the African
16 American, which can be a reflection of the relatively
17 small sample size for African-American women. It was
18 an odds ratio of 1.19; in the white women, it was
19 1.04.
20 BY MR. JAMES:
21     Q. And those two associations reported in your
22 paper in 2009 are not reported in your report, are
23 they?
24     A. I did not -- I do not believe that I reported
25 those specific odds ratios. Data from the

Page 137

1  North Carolina ovarian cancer study was included in
2  the meta-analyses that I did describe.
3      Q. And with respect to odds ratio of 1.04 for
4  white women -- do you see that? Are we looking at the
5  same table together? Table 2?
6      A. Yes.
7      Q. Okay. And the 1.04 association there is very
8  close to the null; correct?
9         MS. PARFITT: Objection. Form.
10        THE WITNESS: Yes, it's close to 1.
11 BY MR. JAMES:
12     Q. And it has the odds ratio that crosses 1;
13 correct? The odds ratio range? Is that a fair way to
14 say it?
15     A. No.
16     Q. Okay. Tell me how to say it.
17     A. The 95 percent confidence interval --
18     Q. That's right.
19     A. -- does cross 1.
20     Q. So we have the 1.04 with the CI crossing 1;
21 correct?
22     A. Yes.
23     Q. Would you refer to the 1.04 as an association
24 that is attenuated but not eliminated?
25     A. Well, first of all, I would not refer to it

35 (Pages 134 to 137)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 138

1  as attenuated because that implies that there's a
2  comparison with something else; and in the other
3  paper, it was comparing the full study population to a
4  subset. So I would never refer to this as attenuated.
5       This is what was shown in this particular
6  study. It's an odds ratio of 1.04. It's very close
7  to 1.
8       Q. Fair enough. And fair point about
9  attenuated.
10      Would you refer to a 1.04 with a CI that
11 crosses 1 as a positive association, as professional
12 epidemiologist?
13      A. When I would look at that, I would say that
14 there's little evidence of an association, very close
15 to 1, in this study population -- in this study.
16      Q. You've also published another study coming
17 out of the North Carolina Ovarian Cancer Study;
18 correct?
19      A. I have published quite a few papers that came
20 out of the North Carolina Ovarian Cancer Study.
21      Q. And do you recall publishing a paper in 2010
22 entitled "Primary peritoneal and ovarian cancers: An
23 epidemiologic comparative analysis"?
24      A. I was a coauthor on that paper, yes.
25      Q. Okay. And is this paper discussed in your

Page 139

1  expert report at all?
2       A. I don't think that I specifically addressed
3  it. Again, the data from the North Carolina Ovarian
4  Cancer Study was included in the Terry analysis --
5       MR. JAMES: And I've marked the study
6  that I just referenced as Exhibit No. 17. I'm going
7  to hand you two copies.
8       (Exhibit No. 17 was marked for identification.)
9  BY MR. JAMES:
10      Q. And, Dr. Moorman, if we turn to page 995,
11 there is a Table 2 continued onto page. And if you
12 look down, this paper does report odds ratios for talc
13 use; correct?
14      A. Yes, it does.
15      Q. And for -- if you look over to the right, all
16 the way to the right, you see that you've reported a
17 1.15 not statistically significant association for
18 serous invasive ovarian cancer; correct?
19      A. That's correct.
20      Q. And that's with a CI that crosses 1; correct?
21      A. That is correct.
22      Q. And if you look to the left of that, you've
23 reported here a .76 odds ratio for the relationship
24 between talc use and primary peritoneal cancer;
25 correct?

Page 140

1       A. Yes, that's what's reported there based on a
2  quite small sample size.
3       Q. And, again, both of these associations are
4  not statistically significant; correct?
5       A. That is correct.
6       Q. And also I see over here to the left, the
7  category listed here is labeled "Talc use"; correct?
8       A. Yes.
9       Q. So this paper looks specifically at talcum
10 powders; is that right?
11      A. I -- I believe that, in that questionnaire,
12 it was specifically asking about talc use.
13      Q. And, again, the results of this study are not
14 reported in your report; correct?
15      A. As I said before when you asked that, the
16 data from the North Carolina Ovarian Cancer are
17 included in the Terry paper that combined data from
18 multiple studies.
19      Q. On page 11 of your report, Dr. Moorman, you
20 state, in the -- I guess it's the second paragraph
21 down from the top, starting with the "it is important"
22 language.
23      A. Mm-hmm.
24      Q. Okay. And if you look down to the second
25 sentence, you note there that (as read):

Page 141

1       "It is not unusual for scientists
2       and epidemiologists to weigh the
3       Hill factors differently in
4       reaching the conclusion."
5       Correct?
6       A. Yes, I state that.
7       Q. And then in the next sentence, you go on to
8  provide examples of that; correct?
9       A. Correct.
10      Q. And you note there (as read):
11      "The evidence that cigarette
12      smoking causes lung cancer or
13      asbestos causes lung disease."
14      Right?
15      A. Yes.
16      Q. And those are the examples that you're
17 providing to support the prior sentence that
18 epidemiologists can sometimes weigh things
19 differently; is that right?
20      A. I give that as an example, yes.
21      Q. For the two examples that you've provided
22 there, has the medical and scientific community
23 accepted that smoking causes lung cancer and that
24 asbestos causes lung disease?
25      A. I think that, yes, that is true. Now, the

36 (Pages 138 to 141)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 142

1  point that I am making here is that some scientists,
2  especially in the early years when the data were
3  accumulating related to smoking and lung cancer, some
4  people weighted the evidence differently.
5      For example, some of the studies looked at
6  whether people reported whether or not they inhaled or
7  not, and some funny results were observed there.  And
8  some scientists thought that was really important
9  evidence against an association, whereas others
10  thought it was -- it was not to be regarded very
11  seriously.
12      Q.  Do you regard the body of evidence on smoking
13  and asbestos to be equivalent to the body of evidence
14  on talc and ovarian cancer with regard to evaluating
15  cause?
16      MS. PARFITT:  Objection.
17      THE WITNESS:  Could you clarify what
18  you mean by "equivalent"?
19  BY MR. JAMES:
20      Q.  Sure.  By providing these two examples
21  here -- first, the smoking example, and second, the
22  asbestos example -- are you suggesting that the body
23  of evidence to support the causal conclusion with
24  respect to asbestos and smoking is qualitatively
25  and/or quantitatively the same or similar to the body

Page 143

1  of evidence we have in 2019 as to talc and ovarian
2  cancer?
3      A.  To say that it is the same is -- I don't know
4  that you can say that it's the same.  It's different
5  studies done in different time frames.  The assessment
6  of the exposure is a bit different.
7      So there are similarities and, you know, the
8  criteria that I applied to come to my conclusion of
9  causality, I think, are similar to what has been
10  applied to smoking and lung cancer.  But the data are
11  different.  There are different studies, different
12  time frame.
13      Q.  Would you say that the data on smoking and
14  lung cancer is stronger than the data on talc and
15  ovarian cancer --
16      MS. PARFITT:  Objection.
17  BY MR. JAMES:
18      Q.  -- to support a causal conclusion?
19      A.  I'm not sure why one would make such a
20  comparison of what is stronger or not.  I mean,
21  clearly, we know that smoking and lung cancer is one
22  of the strongest associations between an exposure and
23  a cancer.
24      The odds ratio that is associated with talc
25  use and ovarian cancer is not as large, but I think

Page 144

1  that the criteria that I applied to come to a
2  conclusion of causality are based on strong data.
3      MR. JAMES:  Object to the nonresponsive
4  answer.
5      THE WITNESS:  Maybe you can clarify
6  your question, because I'm -- maybe I didn't
7  understand what you were asking.
8  BY MR. JAMES:
9      Q.  Sure.  Dr. Moorman, you provided these
10  examples in your report; correct?
11      A.  These are examples to make the point that, as
12  we have said here, that some people weigh different
13  parts of the evidence a bit differently.
14      Q.  And so if someone who's reading your report
15  gets an impression that you are equating the body of
16  scientific and medical evidence on the issue of
17  smoking and lung cancer to the body of scientific
18  evidence on talc and ovarian cancer, then they would
19  be getting the wrong impression; is that correct?
20      MS. PARFITT:  Objection.
21      THE WITNESS:  I don't think that I am
22  equating the evidence for the two types of cancer.  I was using
23  the evidence for the two types of cancer.  I was using
24  that to illustrate -- to support the sentence right
25  before that, is that, when we look at these Hill

Page 145

1  factors, scientists can look at them and they might
2  weight one more heavily than another.
3  BY MR. JAMES:
4      Q.  And you -- you believe that the medical
5  community accepts that smoking is a cause of lung
6  cancer; correct?
7      A.  Yes, in general, I think that's true.
8      Q.  Does the medical community believe that talc
9  is a cause of ovarian cancer?  Is that the medical
10  community's consensus?
11      MS. PARFITT:  Objection.  Form.
12      THE WITNESS:  I'm not sure who you mean
13  by "the medical community."  I -- I think that there
14  are certainly -- there's plenty of evidence to support
15  my conclusion.  We have evidence very recently from
16  Health Canada that they have come to the same
17  conclusion.  So...
18  BY MR. JAMES:
19      Q.  Did Health Canada come to a causal
20  conclusion?
21      A.  That was my reading of their document.
22      Q.  When's the last time you've read the
23  documents from Health Canada?
24      A.  Probably within the last few days.
25      Q.  Did Plaintiffs' counsel provide those to you?

37 (Pages 142 to 145)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 146

1    A. Yes, they did.
2    Q. Okay. And your recollection is that the
3 Health Canada documents state that talc is a cause of
4 ovarian cancer?
5    A. I definitely recall them using the "causal"
6 language in the document. If -- we can pull it up if
7 we want to confirm the precise language.
8    Q. Other than identifying Health Canada, which
9 you've just done, are there any other bodies or
10 scientific organizations or medical organizations that
11 you can cite to that have concluded that talc is a
12 cause of ovarian cancer?
13    A. We've already discussed the IARC conclusion
14 that it's possibly carcinogenic.
15    Q. And so, again, I'm asking you about -- sorry.
16    A. Sorry. Go ahead.
17    Q. Sorry. My apologies.
18    A. Okay.
19    Q. Were you done?
20    A. I'm finished.
21    Q. So my question, I think, is different than
22 that the one you're answering.
23    A. Yeah.
24    Q. So I'm asking you if you're aware of any
25 scientific or medical bodies that have concluded that

Page 147

1 talc is a general cause of ovarian cancer.
2    A. I'm not aware of a -- I'm not aware of a
3 statement that has been published, other than the ones
4 that I mentioned.
5    Q. And by others that you mentioned, you're
6 referring to the Health Canada document?
7    A. Yes.
8    Q. Okay. And we will turn back to that, and
9 that way we can have a copy in front of us both.
10 Okay?
11    A. Okay.
12    Q. With regard to IARC, again, you understand
13 that they have concluded "possible." Correct?
14    A. They conclude possible at that point in time,
15 which was 2010.
16    Q. Have you ever looked to see if any medical
17 organizations that represent the gynecologic oncology
18 community have concluded that talc is a cause of
19 ovarian cancer?
20    A. I am aware that, in a recent article in
21 Obstetrics and Gynecology, which is one of the leading
22 journals in the field, they were summarizing some of
23 the information that is new. They were describing the
24 Penninkilampi meta-analysis, and their conclusion was
25 that talc is associated with increased risk for

Page 148

1 ovarian cancer. So...
2    Q. And when you say talc -- sorry. I think
3 you're dropping off a bit, and so I'm jumping in too
4 quickly. And I apologize.
5    Are you done?
6    A. I'm finished, yes.
7    Q. You're referring there to a journal article;
8 is that right?
9    A. It was a summary of -- I think it was
10 something like "What's new in ovarian cancer." It was
11 published maybe --
12    Q. And do you believe the article that you're
13 referring to represents the consensus view of the
14 medical community?
15    MS. PARFITT: Objection. Form.
16    THE WITNESS: I don't know that it does
17 or not. It wasn't presented as the official opinion
18 of that organization.
19 BY MR. JAMES:
20    Q. And the article that you were mentioning, you
21 said increased risk -- or increased association. Is
22 that what you said? I don't have the realtime in
23 front of me right now.
24    A. I don't have it in front of me either.
25    Q. Okay.

Page 149

1    A. I am recalling something like there is --
2 I don't know what the phrasing was. It's associated
3 with increased risk or there is an increased risk of
4 ovarian cancer with talc use.
5    Q. Do you recall if that article made a
6 statement on causality?
7    A. I don't recall.
8    Q. Have you consulted information provided by
9 the ACOG or the SGO with respect to the talc ovarian
10 cancer hypothesis?
11    MS. PARFITT: Objection.
12    THE WITNESS: I don't recall if I have
13 or not.
14 BY MR. JAMES:
15    Q. Would you be interested to know the positions
16 by the leading organizations for the gynecologic
17 oncology community on this issue?
18    MS. PARFITT: Objection. Form.
19    THE WITNESS: Of course. Any
20 information is important to know.
21    MR. JAMES: I'm going to mark as
22 Exhibit No. 18 a copy of a statement issued by ACOG on
23 talc use and ovarian cancer.
24    (Exhibit No. 18 was marked for identification.)
25    MR. JAMES: I'm handing you two copies

38 (Pages 146 to 149)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 150

1  again.
2  BY MR. JAMES:
3      Q. Dr. Moorman, have you seen this statement
4  before?
5      A. I don't recall if I have or not. I might
6  have.
7      Q. Do you see at the bottom of the statement --
8  it's a single paragraph -- the statement concludes
9  with the quote (as read):
10         "There was no medical consensus
11         that talcum powder causes ovarian
12         cancer."
13     Do you see where I was reading?
14     A. I do see that.
15     Q. Do you disagree with that statement?
16     A. Again, going back to the recent conclusion
17  from Health Canada, I think that that is some evidence
18  of medical consensus. And I do acknowledge that
19  this -- what is said here, that -- yeah, I acknowledge
20  what they have written here, yes.
21     Q. Have you, in preparing your report for this
22  litigation, have you taken a look to see what the
23  National Cancer Institute has said about the purported
24  association between talc and ovarian cancer?
25     A. Yes, I have.

Page 151

1      Q. Okay. And what do they say?
2      A. I -- when you are -- I think you are
3  referring to the PDQ --
4      Q. Yes.
5      A. -- from NCI.
6      Q. Would you like a copy of it?
7      A. I would very much like a copy.
8      Q. Fair enough.
9         Okay. Dr. Moorman, I'm going to hand you a
10  copy of the NCI PDQ on "Ovarian, Fallopian Tube, and
11  Primary Peritoneal Cancer, Health Professional
12  Version."
13     (Exhibit No. 19 was marked for identification.)
14         THE WITNESS: Thank you.
15  BY MR. JAMES:
16     Q. And if you turn to -- this is not paginated,
17  unfortunately -- have you gotten there already? Or
18  I can count for us. I flipped seven times to get
19  there. Looks like you beat me to it.
20     A. Okay.
21     Q. And do you see here that is this the PDQ you
22  were thinking of, Dr. Moorman?
23     A. Yes.
24     Q. Okay. And in here, do you see that the NCI
25  has listed perineal talc exposure as a factor with

Page 152

1  inadequate evidence of an association?
2      A. Yes.
3         And if I may address this document --
4      Q. If you could give me just one second, and
5  then --
6      A. Okay.
7      Q. -- I'll let you finish, if you don't mind.
8      A. Okay.
9      Q. Have you considered this before?
10     A. Have I --
11         MS. PARFITT: Objection.
12  BY MR. JAMES:
13     Q. Yes.
14     A. -- considered it?
15     Q. In forming your opinions in this case?
16     A. Yes.
17     Q. Okay. It's not cited or discussed in your
18  report, is it?
19     A. I don't know that I have, but again, it's one
20  of the documents that I have -- I have seen in my --
21  in my work.
22     Q. And so within your report, you do discuss
23  findings of IARC; correct?
24     A. Yes.
25     Q. But you don't discuss findings of the NCI; is

Page 153

1  that right?
2      A. I don't think that I specifically addressed
3  it.
4      Q. Is that because it conflicts with your
5  litigation opinion?
6         MS. PARFITT: Objection.
7         THE WITNESS: No.
8         May I ask --
9  BY MR. JAMES:
10     Q. And, Dr. Moorman, you said you wanted to
11  comment, and now is fine.
12     A. Let's see. I wanted -- when did you print
13  out this version of the PDQ, if I may ask you?
14     Q. So do you understand that this is a -- this
15  is a -- well, if you turn to the back page of the copy
16  that I handed you --
17     A. Mm-hmm.
18     Q. -- the very back --
19     A. Okay.
20     Q. -- it says "Updated: December 21, 2018."
21     A. Okay.
22     Q. All the way on the back page.
23     A. Yeah.
24     Q. Got it.
25     A. Okay. One of the -- I have looked at this

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 154

1  very recently, and on the online version, there were
2  some rather what I considered kind of interesting
3  conclusions that were made. I'm actually not seeing
4  it in this version here. But, for example, they --
5  I'm sorry. I don't see it even mentioned here.
6      But on the online version, they had listed
7  DMPA -- depot medroxyprogesterone acetate -- as
8  something that there was adequate evidence of reduced
9  effect. And they were basing that -- there are very
10 few studies on that to begin with, and as they
11 summarized it, again, the last time I looked at it
12 online, they said it was inconsistent data, but they
13 still summarized that there was adequate evidence.
14     And then in regard to things like comparing
15 the evidence for something like breastfeeding, they
16 said (as read):
17         "Based on solid evidence,
18         breastfeeding is associated with
19         decreased risk of ovarian cancer."
20     If we compare the evidence to breastfeeding
21 to the evidence for talcum -- talc use, again, the
22 online version that I last looked at, it gave a little
23 bit more detail about the meta-analyses and so on.
24     So the meta-analyses for breastfeeding and
25 the meta-analyses for talc, there were a lot of

Page 155

1  similarities. There are roughly 30 studies addressing
2  each of them. For breastfeeding, it's about a
3  25 percent reduction in risk; for talc, about a
4  25 percent increased risk.
5      When you look at the overall number of
6  studies, roughly 90 percent of them support
7  breastfeeding -- in terms of just looking at the
8  direction of the effect -- about 90 percent of them
9  support that breastfeeding is associated with reduced
10 risk. When you look at the meta-analyses for talc,
11 about 90 percent of the studies have an odds ratio
12 greater than 1.
13     And so when we look at the overall body of
14 evidence, to me, I think it's comparable for
15 breastfeeding versus talc, but they conclude that the
16 evidence is adequate for breastfeeding but not
17 adequate for talc. And they don't really describe
18 their methodology for how they reach their
19 conclusions.
20     So it leaves me just a little bit baffled
21 about why is one adequate evidence and one inadequate
22 evidence.
23     Q. If the NCI's PDQ that's available on their
24 website as of today classifies talc as a factor with
25 inadequate evidence of an association, do you disagree

Page 156

1  with the NCI?
2      A. Okay. Just looking at this, and it came
3  up -- it says "with inadequate evidence of an
4  association."
5          Did you say "adequate" or "inadequate"?
6      Q. I said "inadequate."
7      A. Okay. My judgment based on the evidence is
8  that there is adequate evidence. So I would disagree
9  with the NCI in the conclusion that they reached.
10     Q. With regard to your discussion that we've had
11 just now on the body of evidence to look at
12 breastfeeding and ovarian cancer risk --
13     A. Yes.
14     Q. -- and this is a yes-or-no question -- did
15 you conduct a comprehensive review of the scientific
16 medical literature and evidence surrounding the
17 association between breastfeeding and ovarian cancer?
18     A. I did not do as comprehensive a review of
19 that literature as I did for the talc.
20     Q. And have you, in the course of your career,
21 ever looked comprehensively at the body of scientific
22 and medical literature surrounding the association of
23 breastfeeding and ovarian cancer to the cell studies,
24 the plausibility, the dose-response, have you done all
25 of that with respect to breastfeeding and ovarian

Page 157

1  cancer?
2      A. I -- in the course of looking at ovarian
3  cancer, I have actually never written a paper that was
4  strictly focused on breastfeeding and ovarian cancer,
5  and that is typically where one would go through the
6  very comprehensive review.
7      I am familiar with much of the literature,
8  but the degree to which I reviewed the literature was
9  not in the same level of detail as I did the talc
10 literature.
11     Q. And do you know if the scientists at the NCI
12 who have commented on the association between
13 breastfeeding and ovarian cancer have conducted an
14 examination of the scientific and medical literature
15 that is more comprehensive, less comprehensive, or the
16 same that you've conducted?
17         MS. PARFITT: Objection to form.
18         THE WITNESS: They do not describe
19 their methodology, and so I can't say if it was more
20 or less comprehensive.
21 BY MR. JAMES:
22     Q. Okay. Dr. Moorman, on page 10 of your
23 report --
24     A. Yes.
25     Q. -- you have the -- it's the third full

40 (Pages 154 to 157)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 158

1 paragraph down, and you make the statement that
2 meta-analyses are "considered to be some of the
3 strongest evidence for a causal association."
4      Do you see where I'm reading that?
5 A. Yes, I do.
6 Q. Okay. So that's -- so you've made that
7 comment.
8      And then further down, you say (as read):
9      "Data from meta-analyses are
10      particularly important for
11      evaluating exposure-disease
12      relationships such as talc and
13      ovarian cancer where the relative
14      risks for most individuals are
15      approximately 1.2 to 1.5."
16      Do you see where I've read that?
17 A. Yes, I do.
18 Q. Can you cite any published authority for the
19 statement that meta-analyses are considered to be some
20 of the strongest evidence for causal association?
21      A. I'm trying to think of whether it's a
22 published source. It's something that I have seen,
23 for example, multiple times in lectures and so on
24 where it will give a hierarchy of evidence. And
25 meta-analyses combining data from multiple studies is

Page 159

1 often put at kind of the top of the pyramid for making
2 causal assessments.
3      I want to say that maybe some of the
4 evidence-based medicine -- I know that there are
5 online summaries of evidence-based medicine that would
6 describe meta-analyses as kind of some of the
7 strongest evidence for causality.
8 Q. Meta-analyses combine data from underlying
9 studies; correct?
10 A. That is correct.
11 Q. Meta-analyses do not correct for bias and
12 confounding in underlying studies; correct?
13 A. The meta-analysis itself -- no. They combine
14 the data. They...
15 Q. And -- were you finished?
16 A. Yeah. They do not correct for the bias.
17 Q. Meta-analyses, for example, do not eliminate
18 recall bias if there is a recall bias problem in the
19 underlying studies; correct?
20 A. That is correct. Meta-analyses cannot do
21 that.
22 Q. And the meta-analyses studies that you
23 reviewed and discussed in your report all concede that
24 point, don't they?
25 A. They acknowledge that they are combining the

Page 160

1 data as reported. It could not correct the bias.
2 Q. So to the extent the meta-analyses are
3 collecting data from underlying studies that are
4 flawed by recall bias or confounding, those
5 inaccuracies carry over into the meta-analyses;
6 correct?
7      MS. PARFITT: Objection.
8      THE WITNESS: I would not characterize
9 it as "carry over." We recognize when we combine the
10 data from the meta-analyses, it is combining the
11 reported data. If there were biases that either led
12 to an underestimate or an overestimate of the relative
13 risk, they are not correcting that.
14 BY MR. JAMES:
15 Q. And do you caution the reader of your MDL
16 report about that limitation to meta-analyses anywhere
17 in your report?
18      A. I do not specifically make that caution, no.
19 Q. The meta-analyses that we have on the talc
20 ovarian cancer issue, they are progressed over a
21 period of time; correct?
22 A. That is correct.
23 Q. And we know that there's been two recent
24 meta-analyses. And all of the meta-analyses that have
25 been published on this association are in some ways

Page 161

1 overlapping; correct?
2      MS. PARFITT: Objection to form.
3      THE WITNESS: The meta-analyses, their
4 intent is to combine all the published data. So, yes,
5 there is some overlap. More recent ones would have
6 included studies that had been published in prior
7 meta-analyses.
8 BY MR. JAMES:
9 Q. And recognizing that meta-analyses can differ
10 here and there for various -- various reasons, the
11 talc ovarian cancer meta-analyses generally pull data
12 from the same body of literature; is that fair?
13 A. Yes.
14 Q. And any suggestion that because you have
15 multiple meta-analyses reaching around the same odds
16 ratio and that that somehow demonstrates consistency,
17 isn't that a little bit misleading?
18      MS. PARFITT: Objection. Form.
19      THE WITNESS: I think that when we look
20 at it, when we see that, early on, you see some
21 meta-analyses were done, I want to say maybe in the
22 '90s, and then as more data are added in, you -- they
23 still settled in on roughly the same summary odds
24 ratio as even more data were accumulated.
25      Sometimes there is a concern that early on

41 (Pages 158 to 161)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 162

1    the studies with positive associations are published,
2    and then after -- as time goes on, other studies are
3    done that didn't find that association. So you would
4    expect that the summary odds ratio might become
5    attenuated as more studies were added.
6            And that's not the situation with the talc
7    literature. It's been pretty consistent from the
8    meta-analyses done in the 1990s to the 2000s to 2018.
9    BY MR. JAMES:
10   Q. And the 2018 meta-analyses that they are
11   grabbing in the studies from decades prior, they're
12   grabbing in the same studies that the 1990s
13   meta-analyses grabbed in; right?
14           MS. PARFITT: Objection. Form.
15           THE WITNESS: Yeah. The purpose is to
16   include all of the published data. So yes, of course.
17   BY MR. JAMES:
18   Q. And in your report, you place significant
19   emphasis -- if that's a fair word -- on meta-analyses.
20   Is that a fair way to describe it?
21           MS. PARFITT: Objection.
22           THE WITNESS: Yes, I think I -- I think
23   that's fair to characterize it that way.
24   BY MR. JAMES:
25   Q. You -- did you read the conclusions of all of

Page 163

1    the meta-analyses performed to date?
2    A. I did.
3    Q. Do any of the authors of the meta-analyses
4    performed to date conclude causation?
5    A. If I may take a minute to address the issue
6    of how causation is reported in the epidemiologic
7    literature.
8    Q. With all due respect, Doctor, if you could
9    just answer the question.
10   A. I think that they typically refer to, like,
11   increased risk. I don't know that any of them refer
12   to -- made the conclusion of -- I don't know that they
13   used the word "causal."
14   Q. In fact, many of the meta-analyses
15   specifically caution against a causal interpretation,
16   don't they?
17           MS. PARFITT: Objection.
18           THE WITNESS: Once again, if -- may
19   I take a moment to address how the word --
20   BY MR. JAMES:
21   Q. Because my time is limited --
22   A. Okay.
23   Q. -- I'm really going to have to respectfully
24   ask you to answer my question to the extent that
25   you're able, and then your counsel will have an

Page 164

1    opportunity to ask questions afterwards.
2    A. Some of them did raise some concerns about
3    whether or not it could be a causal association.
4    Q. We're going to take a look at the studies
5    shortly as I grab these folders out.
6            Did you report in your report for the MDL
7    any of the cautionary language from these
8    meta-analyses about causation?
9    A. I -- in my report, when you look at some of
10   the cautionary language, they will refer to perhaps
11   concerns about recall bias or things like that.
12           In my report, I went through potential
13   biases and how I weighed that and whether I thought it
14   was an important concern in the studies that
15   contributed to the meta-analyses.
16   Q. Did you talk about any weaknesses or problems
17   with the meta-analyses themselves?
18   A. I don't believe I did in my report.
19   Q. And just -- okay.
20           MR. JAMES: I'm going to mark as
21   Exhibit No. 20 a meta-analysis that I think that
22   you've mentioned this morning. It's the Penninkilampi
23   study.
24           THE WITNESS: Yes.
25           MR. JAMES: I'm going to hand you two

Page 165

1    copies again.
2    (Exhibit No. 20 was marked for identification.)
3            MR. JAMES: It's marked as Exhibit 20.
4            THE WITNESS: Would this be a good time
5    to take a break before we get into --
6            MR. JAMES: Absolutely.
7            THE WITNESS: Okay.
8            THE VIDEOGRAPHER: Going off record at
9    1:48 p.m.
10   (Recess taken from 1:48 p.m. to 2:03 p.m.)
11           THE VIDEOGRAPHER: Back on record at
12   2:03 p.m.
13   BY MR. JAMES:
14   Q. Dr. Moorman, I handed you had a copy of the
15   Penninkilampi paper.
16   A. I'm sorry, the papers were moved while
17   I was...
18   Q. It was marked as Exhibit 20, I believe.
19           Here, I have an extra, if that would speed
20   things along. I'm sure it's somewhere in there.
21   A. It got moved around. Oh, here it is.
22   Q. Okay. Again, Dr. Moorman, this is one of the
23   meta-analyses that you reviewed to inform your
24   opinions in this case; correct?
25   A. That is correct.

42 (Pages 162 to 165)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 166

1    Q. It's also one of the more recent
2  meta-analyses on the issue; correct?
3    A. That's correct.
4    Q. And what did the Penninkilampi authors say
5  about causation?
6    A. Okay. They describe perineal talc is
7  associated with a 24 to 39 percent increased risk of
8  ovarian cancer.
9       And this is a very typical way that it would
10  be described in the epidemiologic literature.  It --
11  as described very eloquently in some articles in the
12  American Journal of Public Health last spring, they
13  noted that, to the detriment of the science, that
14  epidemiologists are frequently loathe -- or don't
15  often use the word "causal" when they describe a risk
16  factor; and, in part, this is because we are relying
17  on observational data.  This is not an experimental
18  study.
19      And so, many times, reviewers, if they refer
20  to "we found that talc caused ovarian cancer," they
21  would object to that, saying that it wasn't a
22  randomized controlled trial.
23      But in this series of articles in the
24  American Journal of Public Health, they indicated that
25  the tendency not to use the word "causal" is to the

Page 167

1  detriment of the science.  It's like "Why would we be
2  looking at risk factors for a disease if we didn't
3  think that it caused the disease?"
4       So I think that when an epidemiologist sees
5  an increased risk of ovarian cancer, we are thinking
6  that this is -- this causes ovarian cancer.
7    Q. But epidemiologists, including many of the
8  meta-analyses that we're about to review, have talked
9  about cause, haven't they?
10      MS. PARFITT:  Objection.
11      THE WITNESS:  Some of them have
12  addressed, yes.
13  BY MR. JAMES:
14    Q. For example, Penninkilampi doesn't seem shy
15  of the word "cause."  If we look at page 42,
16  Dr. Moorman, we see, in the top paragraph in the
17  left-hand column, at the bottom of that paragraph, the
18  Penninkilampi authors write, quote -- this is the last
19  sentence --
20    A. Wait.  Page 42?
21    Q. Page 42.
22    A. Yes.
23    Q. It's the top left paragraph.  The bottom last
24  sentence of that paragraph, the authors state
25  (as read):

Page 168

1       "Hence, while perineal talc use
2       has not been shown to be safe, in
3       a similar regard, a certain causal
4       link between talc use and ovarian
5       cancer has not yet been
6       established."
7    That's what the authors say; correct?
8    A. That's what they say, yes.
9    Q. Okay.  So they caution that causation has not
10  been established; correct?
11      MS. PARFITT:  Objection.
12      THE WITNESS:  They say a certain causal
13  link has not been established -- not yet been
14  established.
15  BY MR. JAMES:
16    Q. And you're here today testifying about what
17  you believe to be evidence supporting the causal link;
18  correct?
19    A. Yes, I am -- I am.
20    Q. Okay.  And so where in your report do you
21  advise the reader that the Penninkilampi authors
22  expressed reservations about causation?
23    A. I do not have anything like that in my
24  report.
25      MR. JAMES:  The next meta-analysis that

Page 169

1  we can look at is the Berg -- or Berge meta-analysis.
2  I'm going to mark that as Exhibit 21.
3      (Exhibit No. 21 was marked for identification.)
4  BY MR. JAMES:
5    Q. Do the Berge authors conclude that the
6  evidence is sufficient to support a causation
7  conclusion?
8    A. They do not make that conclusion, no.
9    Q. In fact, they actually -- they do address
10  causation, don't they?
11    A. They state their opinion, yes.
12    Q. Okay.  And their opinion is expressed several
13  times throughout the article.  The first is in the
14  abstract of the article; correct?
15      If we look at the abstract, it's the first
16  page of the article, page 248, the last sentence of
17  the abstract.  Do you see that?
18    A. Yes, I do.
19    Q. They say (as read):
20       "The heterogeneity of results by
21       study design, however, detracts
22       from a causal interpretation of
23       this association."
24      Correct?
25    A. That's what it says, yes.

43 (Pages 166 to 169)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 170

1    Q. Where do you advise the reader of your MDL
2  report that the authors of the Berge meta-analyses
3  expressed reservations about causation?
4        MS. PARFITT: Objection. Form.
5        THE WITNESS: That is not in my report.
6  BY MR. JAMES:
7    Q. Do you see at the very end of article, at
8  the very last page on 256, before the acknowledgment
9  section, again, the authors conclude the article with
10  a statement that the results (as read):
11        "do not support a causal
12        interpretation of the
13        association."
14        Do you see where I'm reading?
15    A. They say some -- several aspects of the
16  results there.
17    Q. Fair enough.
18    A. Yes.
19    Q. So let's just read the sentence in full. So
20  they say (as read):
21        "Several aspects of our results,
22        including the heterogeneity of
23        results between case-control and
24        cohort studies, however, do not
25        support a causal interpretation of

Page 171

1        the association."
2        That's what they say; correct?
3    A. Right.
4    Q. And, again, do you advise the readers of your
5  MDL report that those are the conclusions of the Berge
6  meta-analysis?
7        MS. PARFITT: Objection. Form.
8        THE WITNESS: I do not specifically do
9  that. But in my report, I think that I really address
10  some of the heterogeneity of the results between
11  case-control and cohort studies and why some of the
12  differences might be observed and, for example, some
13  of the biases in the cohort studies would lead to an
14  underestimate of the --
15  BY MR. JAMES:
16    Q. And, Dr. Moorman --
17        MS. PARFITT: Excuse me --
18  BY MR. JAMES:
19    Q. -- I'm going to ask you questions about that.
20        MS. PARFITT: -- Mr. James, she was in
21  the middle of her sentence.
22        MR. JAMES: I object to the
23  nonresponsive portion of her answer.
24        MS. PARFITT: You may, but let her
25  complete her answer.

Page 172

1        MR. JAMES: And I'm going to reserve
2  the time that it takes --
3        MS. PARFITT: No, you're not going to
4  reserve the time. You asked her a question; she was
5  answering it.
6        MR. JAMES: It was a yes-or-no
7  question.
8        MS. PARFITT: You can object -- it was
9  not, Scott. Let's have her finish her statement, and
10  you can decide what you want to do it with it. But
11  she's going to finish her comment.
12        Dr. Moorman, please.
13        THE WITNESS: So I think that in my
14  report, I did address the aspects of the heterogeneity
15  of the results, although I might not specifically have
16  addressed -- said anything specifically about the
17  limitation of the Berge.
18  BY MS. PARFITT:
19    Q. Right. So my question, which was very
20  precise, is where do you note in your MDL report the
21  causation reservations of the Berge authors?
22        MS. PARFITT: Objection.
23        THE WITNESS: And as I stated before,
24  that is not in -- that specific reservations of the
25  Berge authors, I do not have that in my -- in my

Page 173

1  report.
2  BY MS. PARFITT:
3    Q. The next meta-analyses is -- and I'm working
4  backwards chronologically -- is the Langseth
5  meta-analyses.
6        Are you familiar with that paper?
7    A. Yes, I have seen that paper.
8        MR. JAMES: And I'm going to mark the
9  Langseth paper as Exhibit No. 23.
10        (Exhibit No. 22 was marked for identification.)
11        MR. JAMES: I'm handing you two copies.
12        MR. DONATH: 23 or 22?
13        MS. BRENNAN: 22.
14        MR. JAMES: It's 22. So we'll sub
15  stickers.
16  BY MR. JAMES:
17    Q. So Langseth is 22. Did the authors of
18  Langseth conclude that causation is shown? Yes or no,
19  please.
20    A. They -- if I may take just a moment to read
21  through it --
22    Q. Sure.
23    A. -- as it...
24        No, they do not.
25    Q. And, in fact, the authors do address the

44 (Pages 170 to 173)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 174

1    issue of causation on page 359 of the article;
2    correct, under the section "Proposal to research
3    community."
4          Do you see where I am?
5    A. I do see that.
6    Q. Okay. And the authors state (as read):
7          "The current body of experimental
8          and epidemiological evidence is
9          insufficient to establish a causal
10         association between perineal use
11         of talc and ovarian cancer risk."
12   A. That is correct. And, again, noting the date
13   of this paper, 2008. So quite a lot of evidence has
14   emerged since then. And one of the authors on the
15   paper has since concluded that there is sufficient
16   evidence for causality.
17   Q. And you're talking about a paid expert in
18   this case; correct?
19         MS. PARFITT: Objection.
20         THE WITNESS: Dr. Siemiatycki, who's a
21   paid expert, well-respected epidemiologist.
22   BY MR. JAMES:
23   Q. And he's a paid expert in this litigation for
24   the Plaintiffs; correct?
25         MS. PARFITT: Objection.

Page 175

1          THE WITNESS: That is correct.
2    BY MR. JAMES:
3    Q. Where in your report -- and this is a
4    yes-or-no question, or actually it's not "yes" or
5    "no." You tell me if it exists or not.
6          Where in your report do you show to the
7    reader of the report that the Langseth authors
8    reserved judgment on causation?
9          MS. PARFITT: Objection to form.
10         THE WITNESS: I did not specifically
11   include that in my report.
12   BY MR. JAMES:
13   Q. Dr. Moorman, have you reviewed the Huncharek
14   2003 meta-analyses?
15   A. Yes, I have.
16         MR. JAMES: And I'm going to mark the
17   Huncharek 2003 meta-analyses as Exhibit No. 23, and
18   we'll switch stickers at the break.
19   (Exhibit No. 23 was marked for identification.)
20   BY MR. JAMES:
21   Q. I'm handing you two copies, Dr. Moorman.
22         Is this another meta-analysis that you
23   reviewed in forming your opinions in this case?
24   A. Yes, it is.
25   Q. Okay. Did the authors of this meta-analysis

Page 176

1    conclude that the evidence was sufficient to support
2    causation?
3    A. No, they did not.
4    Q. Okay. And, in fact, the authors did address
5    causation in their paper in the abstract; correct?
6          MS. PARFITT: Objection. Form.
7          THE WITNESS: Yes, they do.
8    BY MR. JAMES:
9    Q. Okay. And at page 195 in the conclusion of
10   the abstract, the authors say (as read):
11         "The available observational data
12         do not support the existence of a
13         causal relationship between
14         perineal talc exposure and
15         increased risk of epithelial
16         ovarian cancer. Selection bias
17         and uncontrolled confounding may
18         account for the positive
19         associations seen in prior
20         epidemiological studies."
21   That's what the authors say; correct?
22   A. That is what these authors say.
23   Q. And did you report to the reader of your MDL
24   report the Huncharek authors' reserved judgment on
25   causation?

Page 177

1          MS. PARFITT: Objection.
2          THE WITNESS: As with the other
3    meta-analysis, this is now 16 years old, and I did not
4    specifically report that, but I did consider in my
5    report the biases and uncontrolled confounding that
6    they were concerned about.
7    BY MR. JAMES:
8    Q. Do any of the -- there are a handful of
9    meta-analyses that precede the Huncharek 2003
10   meta-analyses; correct?
11   A. That is correct.
12   Q. Do any of those meta-analyses conclude
13   causation?
14         MS. PARFITT: Objection. Form.
15         THE WITNESS: I don't believe that they
16   do.
17   BY MR. JAMES:
18   Q. And returning back to our discussion on the
19   Langseth meta-analyses, you noted sort of -- when I
20   asked you a question about their conclusions on
21   causation, you noted the timing of the article;
22   correct?
23   A. Yes.
24   Q. You noted that the article was published
25   in --

45  (Pages 174 to 177)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 178

1      A. 2008.
2      Q. -- 2008?
3      A. Yes.
4      Q. That is right?
5         So is your opinion that the evidence in 2008
6   was, in fact, insufficient to support a causal
7   conclusion but has now transitioned to a status where
8   it is sufficient?
9         MS. PARFITT: Objection. Form.
10        THE WITNESS: You have asked me that
11  question in -- that or a similar question before.
12        There is a growing body of evidence.
13  I would be hard-pressed to say at what point in time,
14  you know, it reached the tipping point where there is
15  enough evidence to say that there is this causal
16  association.
17        At this point in time, I feel very confident
18  in saying that, but I can't say when sufficient data
19  accumulated to say that. I think that's an impossible
20  answer -- or an impossible question to answer.
21  BY MR. JAMES:
22        Q. And the reason I asked it again is because
23  you made the qualification in discussing the Langseth
24  paper. When I asked you about the authors'
25  conclusions on causation, you specifically noted that

Page 179

1   it was a paper from the 2008 time frame; correct?
2        A. Right. And I think that -- I think that it
3   is obvious that one of the authors, considering all
4   the additional data that's accumulated, would -- has
5   made a different conclusion at this point in time.
6        Q. And the author you're referring to there is
7   the author that we were discussing as a paid expert in
8   this case; correct?
9        MS. PARFITT: Objection. Form.
10       THE WITNESS: Yes. We established he
11  is a paid expert and, at the same time, a very
12  well-respected epidemiologist.
13  BY MR. JAMES:
14       Q. There's also a pooled analysis that you
15  looked at to inform your opinions in this case;
16  correct?
17       A. Yes.
18       Q. Okay. And the pooled analysis is the Terry
19  2013 paper?
20       A. That is correct.
21       Q. Okay. Did the Terry 2013 paper conclude
22  cause?
23       MS. PARFITT: Objection. Form.
24  BY MR. JAMES:
25       Q. It's yes or no.

Page 180

1        A. No --
2        MS. PARFITT: Objection.
3        THE WITNESS: -- for the same reasons
4   I described prior.
5        MR. JAMES: And I'm going to mark the
6   2013 Terry paper as Exhibit 24.
7        (Exhibit No. 24 was marked for identification.)
8        MR. JAMES: I think I'm back on track
9   on the numbers. I'm handing you two copies.
10  BY MR. JAMES:
11       Q. And again, Dr. Moorman, you've used this
12  paper to inform your opinions in the case; correct?
13       A. That is correct.
14       Q. And if you look at the last page of the text
15  on 820 with me, you see in the last paragraph, which
16  is -- the last paragraph on page 820, the authors
17  state at the top right-hand column (as read):
18       "More work is needed to understand
19       how genital powders may exert a
20       carcinogenic effect and which
21       constituents may be involved."
22       Do you see that sentence?
23       A. Yes, I do.
24       Q. There, the authors are again noting that --
25  let me rephrase it this way.

Page 181

1        The authors there are reserving judgment on
2   causation; correct?
3        MS. PARFITT: Objection. Form.
4        THE WITNESS: I don't think that that
5   is how I would necessarily interpret that.
6   BY MR. JAMES:
7        Q. Okay.
8        A. I think that, first of all, basically, any
9   scientific paper concludes with "more work is needed."
10  And so it's talking about, you know, trying to advance
11  scientific knowledge by understanding the biological
12  mechanism.
13       But I don't see anything -- any statement
14  there related to causal. It says "small to moderate
15  increased risk of ovarian cancer." And as I've stated
16  previously, basically, when we talk about risk
17  factors, we are thinking that this is something that
18  causes this cancer.
19       Q. So in your professional opinion, the word
20  "risk factor" is equivalent to "causation"?
21       A. Not always equivalent. And if I may give an
22  example.
23       Women who have higher educational level are
24  at increased risk for breast cancer. And so higher
25  education level, we might describe it as a risk factor

46 (Pages 178 to 181)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 182

1  for breast cancer.  But, clearly, going to college is
2  not going to cause breast cancer.  It's the other
3  factors that are associated with it, like your
4  childbearing patterns, alcohol use, other things.
5       But when we talk about a risk factor and
6  there is a plausible biological mechanism to get from
7  that exposure to cancer, I think that "risk factor"
8  and "cause" are pretty synonymous.
9       Q.  But to say something is associated in
10  epidemiologic literature is not to say that it's
11  causal.
12       Do you agree with that?
13       MS. PARFITT:  Objection.
14       THE WITNESS:  Yes.  That's kind of
15  epi 101, that everything that is associated is not
16  necessarily a cause.
17  BY MR. JAMES:
18       Q.  To reach a causal conclusion, it's -- one
19  must undertake a more in-depth analysis; correct?
20       A.  As I did for this, and as all of us in this
21  room are well aware, the Bradford Hill framework is a
22  framework for taking the data and leading to making a
23  judgment on causality.
24       Q.  So if a paper refers to something as a risk
25  factor or a potential risk factor or a modifiable risk

Page 183

1  factor, that terminology by itself does not suggest
2  that the authors of that paper have concluded
3  causation; correct?
4       A.  I -- I think that I have answered that
5  question already.
6       When they're -- if they refer to it as a
7  risk factor, they may or may not have gone through the
8  full Bradford Hill evaluation of it.  And then, also,
9  some things that we refer to as risk factors, where
10  there is not a plausible biological mechanism, we
11  wouldn't equate risk factor and cause in that
12  situation as well.
13       Q.  So you -- returning back to the Penninkilampi
14  meta-analysis, which I believe will be somewhere in
15  that pile --
16       A.  Mm-hmm.
17       Q.  -- you cite Penninkilampi 14 times in your
18  report.
19       Were you aware of that?
20       A.  I don't know how many times I've cited it.
21       Q.  It's one of the most cited articles in your
22  report.
23       Were you aware of that?
24       A.  I know that I referred to it frequently
25  because it is one of the most up-to-date, most recent

Page 184

1  meta-analyses.
2       Q.  Are you aware of any flaws in the
3  Penninkilampi study?
4       MS. PARFITT:  Objection.  Form.
5       THE WITNESS:  Overall, I felt like it
6  seemed to be a very well done meta-analysis.  When we
7  look at judgments of meta-analyses, we like to see
8  things like, you know, what were the search terms they
9  used?  What were the criteria for including or
10  excluding studies?  Were the study questions defined
11  in advance?
12       And when I look through all of that,
13  I judged it overall to be a very well done
14  meta-analysis.
15  BY MR. JAMES:
16       Q.  And so your answer to the question that
17  I asked is no; correct?
18       MS. PARFITT:  Objection.
19       THE WITNESS:  I -- I don't see any
20  serious problems with any -- you characterized it as
21  "flaws."  I don't -- I don't see anything that I would
22  characterize as a flaw in their methodology.
23  BY MR. JAMES:
24       Q.  If you look at page 47 with me, Dr. Moorman,
25  in the "Conclusions" section.

Page 185

1       The conclusions section, I think you had
2  previously read in the first sentence of the
3  conclusions, the percentage increased risk reported in
4  the paper.
5       The second sentence says (as read):
6       "While the results of case-control
7       studies are prone to recall bias,
8       especially with intense media
9       attention following the
10       commencement of litigation in
11       2014, the confirmation of an
12       association in cohort studies
13       between perineal talc use and
14       serous invasive ovarian cancer is
15       suggestive of a causal
16       association."
17       Do you see where I was reading?
18       A.  Yes, I do.
19       Q.  Okay.  So here we see that Penninkilampi is
20  acknowledging the recall bias problems of the
21  case-control studies; correct?
22       A.  They are acknowledging that it is a
23  possibility.
24       Q.  Okay.
25       A.  Okay.

47 (Pages 182 to 185)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 186

1    MS. PARFITT:  Wait.  Are you still --
2 thank you.
3        Please, finish.
4        THE WITNESS:  Yes.  And, you know, this
5 is, again, one of the things that I addressed in my
6 report.  I very carefully considered recall bias and
7 how it could have contributed or not to the elevated
8 risk that has been seen across so many studies.
9 BY MR. JAMES:
10    Q.  And one of the -- so within the sentence
11 "after acknowledging the recall bias" that we just
12 discussed, the Penninkilampi authors emphasize the
13 confirmation of an association in cohort studies.
14        Do you see that?
15    A.  I do.
16    Q.  Okay.  Are there cohort studies that support
17 the association?
18    A.  There are three cohort studies that have
19 examined talc use and ovarian cancer, and you're
20 probably very much aware of them:  the Gonzalez study,
21 the Houghton -- which was from the Sister Study -- the
22 Houghton study, which was the Women's Health
23 Initiative; and the Nurses' Health Study, which has
24 been published in several of them.
25        And as they indicate in here, when you look

Page 187

1 at the studies that reported on invasive serous -- and
2 if you will give me just a second here -- find it in
3 this paper.  Okay.
4        When they report in Table 2 that combining
5 the two studies that reported on the histologic
6 subtypes, there was a significantly increased risk of
7 serous invasive cancer in the cohort studies as well
8 in the case-control studies.
9    Q.  Sorry.
10    A.  Okay.
11    Q.  You did pause there.
12    A.  I did.
13        The one study that really found no
14 association whatsoever with talc was the Gonzalez
15 study, the Sister Study, that has numerous problems
16 with it, most specifically in their assessment of the
17 talc exposure, the sample size, the duration of
18 follow-up.
19    Q.  And returning to my question about this
20 article, were you aware that the Penninkilampi authors
21 didn't factor in the Gates 2010 data at all?
22    A.  When one does a meta-analysis, sometimes when
23 data are reported in a couple of reports, you have to
24 make a decision about which one to include.
25        I believe they used data from the -- I'm not

Page 188

1 entirely sure of their rationale for why they looked
2 at one rather than the other.  There were some
3 differences between the studies; like the later study,
4 the unexposed group was actually women who had used it
5 for less than once a week rather than never used.  And
6 so they don't really go into the detail why they made
7 that decision.
8        But investigators will make a judgment
9 sometimes about which of a -- which studies to include
10 when there's more than one publication from a given
11 study.
12    Q.  And do you know that with respect to the NHS
13 cohort, they have published two studies arising from
14 the NHS cohort looking at the issue of talc and the
15 ovarian cancer association; correct?
16    MS. PARFITT:  Objection.  Form.
17        THE WITNESS:  They actually -- they
18 have published two studies, and data from the Nurses'
19 Health Study was also included in at least one other
20 publication.  I believe Cramer was -- I'm not sure if
21 he was the first author or one of the authors where
22 they combined data.
23 BY MR. JAMES:
24    Q.  The NHS cohort has published two papers with
25 respect to the talc/ovarian cancer association;

Page 189

1 correct?
2    A.  I just answered the question.  It's -- data
3 from it was also in another -- in another publication.
4    Q.  The Gertig 2000 paper reported on the
5 talc/ovarian cancer association; correct?
6    A.  Yes.
7    Q.  And that's an NHS publication; correct?
8    A.  It is.
9    Q.  The Gates 2010 paper reported on talc/ovarian
10 cancer association; correct?
11    A.  That is correct.
12    Q.  And that's an NHS publication; correct?
13    A.  Correct.
14    Q.  An NHS publication of 2010 offered an
15 additional ten years of follow-up to the talc/ovarian
16 cancer hypothesis; correct?
17    MS. PARFITT:  Objection.  Form.
18        THE WITNESS:  It was additional
19 follow-up, but no update on exposure during that
20 time -- period of follow-up.
21 BY MR. JAMES:
22    Q.  For that period of follow-up, they followed
23 the study participants for an additional ten years;
24 correct?
25    MS. PARFITT:  Objection.  Form.

48  (Pages 186 to 189)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 190

1    THE WITNESS: Yes. I answered that
2  already. Yes.
3  BY MR. JAMES:
4    Q. And you agree more follow-up for a cohort is
5  better; correct?
6    MS. PARFITT: Objection. Form.
7    THE WITNESS: In general, longer
8  follow-up would be desirable. However, when they're
9  not updating exposure information, that could -- that
10  creates a bias, a possible bias.
11  BY MR. JAMES:
12    Q. Do you think the 2010 data and the Gates
13  paper with respect to the talc ovarian cancer issue is
14  superior to the 2000 data in the Gertig 2000 paper?
15    MS. PARFITT: Objection. Form.
16    THE WITNESS: I already made the point
17  that how they define the unexposed group was different
18  between the two studies; and so including some women
19  who had low levels of exposure in their unexposed
20  group, that could potentially have had the effect of
21  attenuating the association.
22    And so, you know, longer follow-up is
23  generally better, but some of the other things they
24  did, that's -- they were not so good.
25

Page 191

1  BY MR. JAMES:
2    Q. Elsewhere in your report, you do complain
3  about lack of follow-up in the cohort studies, don't
4  you?
5    A. I do mention that as one of the limitations,
6  yes.
7    Q. And you specifically discuss the NHS cohort
8  as having a period of -- I believe you say it's
9  14 years; is that right?
10    A. From -- yeah. I -- I can't remember
11  specifically. It's from the 1980s to -- I don't
12  remember the exact date of the last -- the last date
13  of follow-up in their papers.
14    Q. And, again, that's the exposure period that
15  Penninkilampi is looking at as well; correct?
16    Or excuse me, not the exposure period, the
17  period of time that they follow the study
18  participants; correct?
19    Penninkilampi is looking at from
20  questionnaire to 2000; correct?
21    A. Correct.
22    Q. Okay. And when you say in your report that
23  the NHS study has a 14-year follow-up period, that's
24  what you're looking at too, as well; correct?
25    A. Right. From the time of exposures --

Page 192

1    Q. So one of your complaints --
2    A. So I --
3    Q. Sorry.
4    A. Okay.
5    Q. One of your issues with the cohort studies is
6  lack of follow-up; correct?
7    A. For -- yes, for -- there are -- it's one of
8  several concerns I have about the cohort studies.
9    Q. And the Penninkilampi study did not factor in
10  the additional period of follow-up through the 2010
11  paper; correct?
12    A. I don't believe they did. I think they went
13  with the earlier study.
14    Q. In fact, they didn't even cite to the Gates
15  2010 data, did they?
16    MS. PARFITT: Objection.
17    THE WITNESS: No, they -- they didn't.
18  BY MR. JAMES:
19    Q. They didn't offer any explanation about
20  why they went with the earlier study, did they?
21    A. Not that I recall.
22    Q. And do you understand that in the 2010 NHS
23  paper through Gates, the association with serous
24  ovarian cancer washed out?
25    MS. PARFITT: Objection to form.

Page 193

1    THE WITNESS: "Washed out," I don't
2  like that term. But again, I fully acknowledge that
3  the later study showed weaker associations, yes.
4  BY MR. JAMES:
5    Q. And the association for serous invasive
6  ovarian cancer in the Gates 2010 paper was not
7  statistically significant; correct?
8    A. I believe that is correct.
9    Q. So when you include the critique in your
10  report about the follow-up being a 14-year period, you
11  also, like Penninkilampi, aren't crediting the
12  additional ten years of follow-up that the Gates paper
13  published on; correct?
14    MS. PARFITT: Objection to form.
15    THE WITNESS: "Aren't crediting the
16  additional ten years of follow-up."
17    You know, as I have stated before, when
18  people do meta-analyses, they will make decisions
19  about which studies to include. I acknowledge that
20  Penninkilampi didn't describe in detail why they went
21  with the Gertig rather than a later study.
22    My understanding, however, is that other
23  people -- other meta-analyses have looked at -- have
24  included the later study, and the overall conclusions
25  were not changed in any real way.

49 (Pages 190 to 193)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 194

1   BY MR. JAMES:
2       Q.  Well, Penninkilampi, you say, didn't describe
3   in detail about why they went with the earlier study,
4   but, in truth, they didn't describe it at all.
5           MS. PARFITT:  Objection.
6           THE WITNESS:  That's -- that's correct.
7   BY MR. JAMES:
8       Q.  And when you refer to other studies that
9   have, in fact, looked at the Gates 2010 cohort data
10  that provides a longer period of follow-up, those
11  papers have necessarily noted that the serous
12  relationship found in Gertig 2000 disappeared in 2010;
13  correct?
14          MS. PARFITT:  Objection.  Form.
15          THE WITNESS:  Can you -- can we -- tell
16  me which -- specifically which article you're --
17  BY MR. JAMES:
18      Q.  Sure.  Let's turn to the Berge article.
19      A.  Okay.
20      Q.  The Berge article was marked as
21  Exhibit No. 21.  And you have it before you, Doctor?
22      A.  I do.
23      Q.  Okay.  And if you turn to Figure 2, which is
24  on page 254, do you see that there that in the forest
25  plot, they have listed the cohort studies at the

Page 195

1   bottom; correct?
2       A.  Correct.
3       Q.  Okay.  And there they report data from the
4   Gates 2010 study; correct?
5       A.  Correct.
6       Q.  Okay.  They do not report the data from the
7   Gertig 2000 paper; correct?
8       A.  That is correct.
9       Q.  And if you look at the conclusions of the
10  Berge authors -- and we talked about this before --
11  but if you look at the abstract of the paper,
12  Dr. Moorman, the authors say (as read):
13          "The heterogeneity of results by
14          study design, however, detracts
15          from a causal interpretation of
16          this association."
17          Do you see that?
18      A.  Yes.  You've asked that before.  Yes.
19      Q.  And what the authors there are saying is that
20  the results from the case-control studies, the
21  meta-analyses of the case-control studies, and the
22  results of the meta-analyses of the cohort studies are
23  different; right?
24          MS. PARFITT:  Objection.
25          THE WITNESS:  They -- yes.

Page 196

1   BY MR. JAMES:
2       Q.  They're heterogeneous.  Did I pronounce that
3   correctly?
4       A.  No.  Heterogeneous.
5       Q.  Heterogeneous.  Thank you.  I figured I got
6   that wrong.
7           So what they're saying there is that the
8   results by the study design are different; right?
9       A.  That's -- yes, that's what they are saying.
10      Q.  And here we see, again, that this study used
11  the more recent data; correct?
12          MS. PARFITT:  Objection.  Form.
13          THE WITNESS:  It used the more recent
14  publication from the Nurses' Health Study, yes.
15  BY MR. JAMES:
16      Q.  Which includes the more recent data; correct?
17          MS. PARFITT:  Objection.
18          THE WITNESS:  Yes.
19  BY MR. JAMES:
20      Q.  On page 8 of your report, Dr. Moorman, you
21  say at the bottom paragraph (as read):
22          "Cohort studies and case-control
23          studies each have advantages and
24          disadvantages for assessing talc
25          as a risk factor for ovarian

Page 197

1           cancer, and one study design is
2           not clearly superior to the
3           other."
4           Do you see where I was reading that?
5       A.  Yes, I do.
6       Q.  So your expert opinion in this case is that
7   the cohort studies on talc ovarian cancer and the
8   case-control studies on talc ovarian cancer are on
9   equal footing?
10      A.  I think -- again, using terminology like
11  "equal footing," it's -- I wouldn't really describe it
12  like that.
13          I think that case-control studies and cohort
14  studies are both well-established, well-accepted
15  methods for studying cancer epidemiology.  There are
16  strengths and weaknesses to each design, as I have
17  indicated here.  And some of them very -- some of the
18  strengths and weaknesses are very specific to this
19  exposure and outcome.
20      Q.  Doesn't the body of talc ovarian cancer
21  literature that you've looked at for your MDL opinions
22  emphasize the importance of cohort data on the issue?
23          MS. PARFITT:  Objection.  Form.
24          THE WITNESS:  I considered all of the
25  epidemiologic data; and when we look at the body of

50 (Pages 194 to 197)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 198

```
 1   literature, more of the literature comes from
 2   case-control studies than from cohort studies.  So all
 3   of the data are important.  There just happen to be
 4   more case-control studies than cohort studies.
 5   BY MR. JAMES:
 6        Q.  But your testimony is that the cohorts are
 7   not superior to the case-controls, and the
 8   case-controls are not superior to the cohorts;
 9   correct?
10        A.  As I describe in my report -- the same page,
11   I say (as read):
12             "Rather than making a judgment
13             based only on the overall study
14             design, the evaluation and
15             interpretation of the findings of
16             the studies must consider the
17             strengths and weaknesses of the
18             individual studies."
19        And I think that I did consider that.
20   I considered strengths and weaknesses of the cohort
21   studies.  I considered strengths and weaknesses of the
22   case-control studies.
23        Q.  And you're not claiming that the study design
24   of these studies -- the cohort versus the
25   case-control -- one is superior to the other?  You're
```

Page 199

```
 1   not claiming that?
 2             MS. PARFITT:  Objection.  Asked and
 3   answered several times.
 4             THE WITNESS:  Right.  I -- again,
 5   I think that I have answered that, that they -- the
 6   study designs are both well-accepted study designs;
 7   they have advantages and disadvantages; and so you
 8   have to look at some of the specific characteristics
 9   of the individual studies.
10   BY MR. JAMES:
11        Q.  And so the body of talc literature that
12   you've looked at, whether it be cohort studies,
13   meta-analyses, case-control studies, are you aware
14   that that body of literature has generally emphasized
15   the importance of cohort data on this topic?
16             MS. PARFITT:  Objection.  Misstates the
17   record -- scientific record.
18             THE WITNESS:  I am aware -- I have read
19   some studies that mistakenly say that the cohort
20   studies, because they involve 40,000 or 60,000 people,
21   that they provide more of the evidence than all the
22   case-control studies, which are generally smaller.
23             However, just, again, to take the example of
24   the Gonzalez sisters study, that's a cohort with
25   40,000 people in it, but there were only 154 cases.
```

Page 200

```
 1   And it's the number of cases rather than the overall
 2   size of the cohort that contributes to the statistical
 3   power.  And that doesn't address all the other
 4   problems with that study.
 5        But sometimes people will mistakenly say
 6   these large studies -- you know, this large study,
 7   40,000 people, and they didn't find an association.
 8   But they're not looking into all the limitations of
 9   that particular study.
10   BY MR. JAMES:
11        Q.  Okay, Dr. Moorman, I'm going to object to the
12   nonresponsive nature of your answer.
13        A.  I -- I think that I was responsive, but
14   please ask your question again.
15        Q.  Okay.  So the question that I asked you is
16   whether you are aware that the body of literature that
17   you've looked at has generally emphasized the
18   importance of cohort data on this topic.  The answer
19   is yes or the answer is no.
20             MS. PARFITT:  The answer is -- first,
21   I object to the question.  And the witness has
22   answered the question several times.  Your time.
23   You're on your clock.
24   BY MR. JAMES:
25        Q.  Are you aware that the body of literature has
```

Page 201

```
 1   emphasized the importance of cohort data?  Are you
 2   aware of that?  Yes or no?
 3             MS. PARFITT:  Objection.
 4             THE WITNESS:  I -- I disagree that --
 5   your characterization of it.
 6   BY MR. JAMES:
 7        Q.  Then, the answer is no.
 8        A.  No.  You asked am I aware --
 9        Q.  The answer is yes or it's no, Dr. Moorman.
10   I have limited time to ask questions today.
11        Were you aware -- are you aware that the
12   body of literature on talc and ovarian cancer has
13   emphasized the importance of cohort data on this
14   topic?
15             MS. PARFITT:  Objection.  Form.
16             THE WITNESS:  I don't think --
17             MS. PARFITT:  Asked and answered.
18             THE WITNESS:  -- the statement is true.
19   I think that the --
20   BY MR. JAMES:
21        Q.  So then the answer is no.
22             MS. PARFITT:  Stop.  Let her answer.
23             THE WITNESS:  No.  You're asking me if
24   I'm aware --
25             MS. PARFITT:  Why do you ask her the
```

51 (Pages 198 to 201)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 202

1  same question?
2       THE WITNESS:  -- that this has
3  emphasized that.  And I don't think that is it at all.
4       I think that the body of literature
5  emphasizes again and again and again that of the
6  roughly 25 to 30 studies, only three of them are
7  cohort studies.
8       It's part of the data on the topic, but it's
9  just part of it.  So to say that it has emphasized the
10  importance of cohort data, I don't agree with that
11  statement.
12  BY MR. JAMES:
13       Q.  I marked the Houghton WHI study as
14  Exhibit No. 25, and I'm going to hand you two copies.
15       (Exhibit No. 25 was marked for identification.)
16       THE WITNESS:  Thank you.
17  BY MR. JAMES:
18       Q.  All right.  Dr. Moorman, you see here in the
19  abstract, the "Background" section of the paper, the
20  authors of the WHI study in 2014 say that (as read):
21            "The purpose of this analysis was
22            to assess perineal powder use and
23            risk of ovarian cancer
24            prospectively."
25       Correct?

Page 203

1       A.  That is what it says, yes.
2       Q.  Okay.  And if we look towards page 5, we see,
3  at the top of the left-hand column, the authors there
4  emphasize (as read):
5            "The prospective nature of our
6            study would eliminate the
7            potential for recall bias."
8       Do you see that?
9       A.  I do see that.
10       Q.  Do you agree with that general proposition?
11  "Yes" or "no"?
12       A.  It eliminates the potential for recall bias.
13  It does not eliminate the potential for inaccurate
14  recall.
15       Q.  And if you look at page 4, it's the preceding
16  set of sentences, the authors note -- quote -- at the
17  bottom of the right column (as read):
18            "One potential reason that
19            case-control studies have found
20            slight increases in risk is the
21            potential for an overestimation of
22            the true association due to recall
23            bias, because the participants are
24            aware of their ovarian cancer
25            status when reporting powder

Page 204

1            exposure."
2       Do you see where I read that?
3       A.  I do.
4       Q.  Okay.  Again, do you agree with that
5  statement as a general proposition?
6       A.  I would like to point out there are --
7  potential reason, a potential for an overestimation.
8  And in my own report, I acknowledge the potential for
9  recall bias, and I go back to explain why I don't
10  think that recall bias is a full explanation for this
11  association.
12       Q.  Nevertheless, you will agree with me that the
13  authors of this paper are acknowledging the importance
14  of cohort data?  Agree?
15       MS. PARFITT:  Objection.
16       THE WITNESS:  As you would expect the
17  investigators on a cohort study to do.
18  BY MR. JAMES:
19       Q.  And the answer was yes --
20       A.  Yes.
21       Q.  -- comma, as you would expect?
22       MS. PARFITT:  Objection.
23       THE WITNESS:  Yes.
24       MR. JAMES:  I'm going to mark as the
25  next exhibit the Gertig 2000 paper, which is

Page 205

1  Exhibit No. 26.
2       (Exhibit No. 26 was marked for identification.)
3  BY MR. JAMES:
4       Q.  Again, this is the NHS 2000 paper; correct?
5       A.  That is correct.
6       Q.  And we see that in the abstract of this
7  cohort paper, the authors state at the -- well, it's
8  not in the abstract -- it's right above the "Methods"
9  section, the authors state (as read):
10            "Despite the relative consistency
11            among studies, the limited
12            supporting biologic evidence,
13            together with the possibility of
14            recall and selection bias in
15            case-control studies, has raised
16            questions about the plausibility
17            of the association.  We,
18            therefore, prospectively examined
19            the relationship between perineal
20            talc use and ovarian cancer risk
21            in a large cohort of US women."
22       Do you see where I read that?
23       A.  Yes, I do.
24       Q.  And again, methodologically, the authors of
25  this cohort paper are emphasizing the importance of

52 (Pages 202 to 205)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 206

1    cohort data on the topic; correct?
2         MS. PARFITT: Objection.
3         THE WITNESS: Yes. Again, they
4    emphasize the importance of doing it prospectively, as
5    you would expect the investigators on a cohort study
6    to do.
7    BY MR. JAMES:
8         Q. Do you think that's just because there's some
9    sort of subjective bias the authors of that cohort
10   paper have towards cohorts? Do you think that's just
11   their personal opinion?
12        MS. PARFITT: Objection.
13        THE WITNESS: I have no way of knowing
14   what their opinion is.
15   BY MR. JAMES:
16        Q. A number of the meta-analyses that we've
17   looked at today and that you looked at to inform your
18   report have also talked about the benefits of cohort
19   data. And I've asked that question before, and that's
20   where we -- that's where we sort of ran into issues,
21   so I'll just strike that question.
22        If you can turn to -- back to the
23   Penninkilampi study. And the Penninkilampi study is
24   the recent meta-analysis that you cited 14 times in
25   your report; correct?

Page 207

1         MS. PARFITT: Objection. Form.
2         THE WITNESS: As stated below -- or
3    stated above, I have cited it. I don't know how many
4    times.
5    BY MR. JAMES:
6         Q. And meta-analyses also are what you refer to
7    in your report as some of the strongest evidence;
8    correct?
9         A. Yes, that is correct.
10        Q. Okay. And so the authors of this
11   meta-analysis, on page 47 in the conclusion section,
12   which we have looked at already, again note that
13   case-control studies are "prone to recall bias";
14   right?
15        A. That's what it says, yes.
16        Q. Okay. And then if you continue on past the
17   section that we've already read -- and actually, it
18   begins at the bottom of page 47 and carries to 48 --
19   but the authors state (as read):
20        "Additional epidemiologic evidence
21        from prospective studies with
22        attention to effects within
23        ovarian cancer subtype is
24        warranted."
25        So here the authors of Penninkilampi are

Page 208

1    again stressing the desire for cohort data on this
2    topic; correct?
3         MS. PARFITT: Objection. Misstates the
4    evidence.
5         THE WITNESS: When -- if we were to
6    look at a cohort study where women were enrolled in
7    the study early in their life when they started using
8    talc and they were followed throughout their life and
9    exposure information was updated throughout the period
10   of follow-up and you followed them for 50 years, that
11   would be a wonderful way -- a stronger design than to
12   do a case-control study. So I could not disagree with
13   that.
14        But we're being asked to make a judgment on
15   the data that we have here -- here and now, not
16   something that's decades away.
17   BY MR. JAMES:
18        Q. Do you agree that case-control studies are
19   low-level evidence?
20        A. No, I do not agree with that.
21        Q. Do you know that the Penninkilampi authors
22   referred to case-control studies as low-level
23   evidence?
24        A. I see that in their paper.
25        Q. Do you --

Page 209

1         A. I --
2         Q. I'm sorry.
3         A. I will disagree with that. It's -- just
4    using the example of my own study, the AACES study.
5    Of all the studies that have looked at talc and
6    ovarian cancer, I believe that one is the one that has
7    been most recently funded. So about 2009, 2010. It's
8    quite an expensive study, and I can't imagine that the
9    National Cancer Institute would have invested that
10   much money in the study if they thought that we were
11   only going to get low-level evidence.
12        MS. PARFITT: Scott, we've been going
13   about an hour and ten.
14        You may want to keep going? Just let me
15   know.
16        THE WITNESS: I could use a break.
17        MR. JAMES: May I finish this line? Is
18   that okay with you?
19        THE WITNESS: Yes.
20        MR. JAMES: Everyone?
21        MS. PARFITT: Sure.
22   BY MR. JAMES:
23        Q. Dr. Moorman, if you can turn with me to the
24   Langseth study. It's Exhibit 22. And this will be
25   the last series of questions, and then we'll take our

53 (Pages 206 to 209)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 210

1    break.
2         A. Langseth -- okay. The exhibit number is
3    incorrect.
4         Q. Oh, you're right. And I'm going to fix that
5    at break. Thank you.
6         A. Okay.
7         Q. If you turn with me to page -- well, you
8    don't have to turn. It's page 358. It's the first
9    page of the article. And, again, Langseth is one of
10   the meta-analyses upon which you rely; correct?
11        A. Correct.
12        Q. And the meta-analyses authors here say, in
13   the left-hand column at the bottom, the second
14   sentence of the bottom paragraph, they say (as read):
15            "In the cohort study, arguably the
16            strongest study because of its
17            partly prospective ascertainment
18            of exposure, there was no
19            association between cosmetic talc
20            use and risk of all subtypes of
21            ovarian cancer combined."
22        Do you see that?
23        A. Yes.
24        Q. Okay. You agree with the Langseth authors
25   that the cohort study is arguably the strongest study

Page 211

1    because of its prospective nature?
2         A. I really can't say that I agree with that,
3    because the prospective aspect of it is certainly a
4    positive for the study, but the way they did exposure
5    assessment kind of weakened the study.
6         So I think that there were some very well
7    done case-control studies, so I wouldn't necessarily
8    say this was the strongest study.
9            MR. JAMES: And now is a good time for
10   the break.
11           THE WITNESS: Okay.
12           MR. JAMES: Thank you.
13           THE VIDEOGRAPHER: Going off record at
14   3:02 p.m.
15        (Recess taken from 3:02 p.m. to 3:16 p.m.)
16           THE VIDEOGRAPHER: Back on record at
17   3:16 p.m.
18   BY MR. JAMES:
19        Q. Dr. Moorman, on page 25 of your report, you
20   make a comment about power and the cohort studies;
21   correct?
22        A. Can you --
23        Q. It's the bottom of first paragraph, where you
24   cite the Narod article.
25        A. Yes.

Page 212

1         Q. And you cite Narod for your comments about
2    power in the cohorts; correct?
3         A. Yes.
4         Q. Have you analyzed the calculations performed
5    by Narod? Have you separately analyzed his
6    calculations?
7         A. No, I did not.
8         Q. Have you considered any other commentaries or
9    articles looking at the issue of power in the cohort
10   studies in the talc ovarian cancer literature?
11        A. I -- I'm trying to remember specifically. It
12   seems like the Sister Study might have mentioned power
13   as a limitation of their study because of the number
14   of cases.
15        Q. Did you consider -- let me just hand this to
16   you. We already have it marked. It's the Berge
17   article, which is Exhibit 21.
18        A. Okay.
19        Q. And I'm turning to page 253. And at the
20   far -- the right column, top paragraph, and halfway
21   down through that paragraph, the authors state
22   (as read):
23            "It should be noted that the
24            cohort studies included in the
25            meta-analyses comprised a total of

Page 213

1            429 cases of ovarian cancer
2            exposed to genital talc and 943
3            unexposed cases. The statistical
4            power of the meta-analysis of
5            these cohort studies to detect a
6            relative risk of 1.25, similar to
7            the result of meta-analyses of
8            case-control studies, was .99.
9            Thus low power of cohort studies
10           cannot be invoked as an
11           explanation of the heterogeneity
12           of results."
13        You see where I was reading?
14        A. I do.
15        Q. Have you considered this portion of the Berge
16   article before?
17        A. I have looked at this article, and I have
18   considered all aspects of it, as I did all of the
19   other meta-analyses and articles.
20        Q. You did not cite the Berge article with
21   regard to the issue of power in your report; correct?
22           MS. PARFITT: Objection. Form.
23           THE WITNESS: No, I -- I did not.
24   BY MR. JAMES:
25        Q. Okay. And why is that?

54 (Pages 210 to 213)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 214

1   A. I can't cite any specific reason.
2   Q. Is that because this conflicts with your
3   litigation opinion on power?
4       MS. PARFITT: Objection. Form.
5       THE WITNESS: No. I -- I don't -- that
6   was not my reason, no.
7   BY MR. JAMES:
8   Q. Do you have any reason to disagree with the
9   power analysis set forth in the Berge paper?
10  A. I -- I don't have a reason to disagree with
11  the power issue, but I think that it's only one part
12  of the picture, that there are other factors that
13  could contribute to differences in the findings
14  between the cohort studies and the case-control
15  studies.
16  Q. With respect to this precise power
17  calculation in the Berge paper, do you have any
18  criticisms of this power calculation?
19  A. They do not provide much detail on how they
20  calculated it, so there's really -- I can't say if
21  they did it correctly or not. But I -- I just can't
22  comment on it. It's just a single sentence there.
23  Q. Similar to the Narod sentence that you
24  reviewed?
25  A. I --

Page 215

1   Q. Let me rephrase it if it helps.
2       Did you separately assess the Berge --
3   excuse me -- the power calculation in either the Narod
4   article or the Berge article?
5   A. If I may go back to my report for just a
6   moment.
7   Q. Sure.
8   A. I think that this statement that I have
9   here -- I'm -- I think my intent in my report was
10  indicating that the lack of statistical significance
11  in the individual studies was a power concern.
12      Berge was talking about the statistical
13  power for the combined studies. So I think that there
14  is some distinction there between what I'm referring
15  to individual studies versus what Berge is describing
16  as the power of the combined analysis.
17  Q. Well, Berge is saying that the low power of
18  cohort studies cannot be invoked as an explanation for
19  the heterogeneity of results.
20      Do you agree or disagree with that
21  statement?
22  A. When they are combining them, I -- I don't
23  disagree with that. I think there are other reasons
24  that can explain the heterogeneity.
25  Q. On page 25, we've touched upon this already,

Page 216

1   but with respect to the issue of follow-up -- it's the
2   paragraph above the Narod comment.
3       Do you see where I am?
4   A. Yes.
5   Q. Okay. And there, we talk about -- excuse me.
6   There, you talk about the follow-up for the cohort
7   studies; correct?
8   A. Yes.
9   Q. Okay. And with respect to the NHS follow-up,
10  there is where you report 14 years of follow-up;
11  right?
12  A. Correct.
13  Q. And as we discussed earlier today, that does
14  not account for the additional ten years of data as
15  reflected by the Gates 2010 paper; correct?
16  A. What I am referring here, I'm describing the
17  three cohort studies in the most recent meta-analyses
18  and what they reported in that meta-analysis --
19  Q. Understood.
20  A. Okay.
21  Q. So you're referring there to the
22  Penninkilampi meta-analysis; correct?
23  A. I believe that is the case. Let me check the
24  reference. Yes.
25  Q. So Penninkilampi reports the 14 years of

Page 217

1   follow-up; correct?
2   A. I believe so.
3   Q. And we know that the Penninkilampi paper did
4   not include the additional 10 years of follow-up as
5   reflected by the Gates 2010 paper; correct?
6   A. Yes. We have already -- you've already asked
7   and I've already answered that.
8   Q. And then the next one you discuss is the WHI
9   study where you are reporting Penninkilampi's
10  reporting of 12.4 years of follow-up; correct?
11  A. That is correct.
12  Q. And do you know that the follow-up period in
13  the WHI -- do you know that the WHI asked about
14  duration of talc use?
15  A. May I go back to that study?
16  Q. Sure.
17  A. Do you --
18  Q. It's 25.
19  A. Yes, they describe in their exposure
20  assessment, that they did ask about duration of use
21  using five categories from less than a year all the
22  way up to 20 or more years.
23  Q. And so we know that they -- they followed the
24  study participants for, according to Penninkilampi,
25  12.4 years. But, in addition to that, they also asked

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 218

1  about the -- study participants about their prior
2  duration of usage; correct?
3       A.  They asked about that, but I think that one
4  has to consider some of the caveats that go along with
5  that.  These -- may I continue?
6       These women, they report that they were, on
7  average, 63 years of age when they -- at baseline, so
8  at the start of enrollment in the cohort.  So they
9  were asking them to recall an exposure that went back,
10  for many women, that probably started in their teens
11  or twenties.  So there was certainly the possibilities
12  of some inaccurate recall because they were asking
13  them to recall an exposure that went back quite a few
14  years.
15       Another consideration with this study is
16  they excluded roughly -- let's see -- the cohort
17  was -- they started off with 90-some-thousand women in
18  the cohort, and they excluded any history of any women
19  with cancer at baseline, which is appropriate to do,
20  but the potential concern about that is, if there were
21  talc users who had developed ovarian -- or had
22  developed ovarian cancer before the follow-up began,
23  that would never be captured.
24       MR. JAMES:  Okay.  Dr. Moorman, just
25  very respectfully, I'm going to have to object to the

Page 219

1  nonresponsive portion of the answer.
2  BY MR. JAMES:
3       Q.  So the question that I asked is not the
4  question that you ended up answering.
5       A.  I did answer your question, I believe.
6       Q.  Okay.  I didn't ask you for your critiques of
7  the WHI.  I asked you about the follow-up study.
8  Okay?  Do we need to look at the question again?
9       I asked -- my question is:
10       "Question:  But in addition to that,
11       they also asked about -- the study
12       participants about their prior
13       duration of usage; correct?"
14       A.  And I answered it but thought that there were
15  important relevant considerations.
16       MR. JAMES:  Can we go off the record
17  for a second --
18       MS. PARFITT:  Yes.
19       MR. JAMES:  -- please?
20       THE VIDEOGRAPHER:  Off record at 3:29.
21  (Discussion off the record.)
22       THE VIDEOGRAPHER:  Back on record at
23  3:31 p.m.
24  BY MR. JAMES:
25       Q.  On page 25 of your report, Dr. Moorman --

Page 220

1  excuse me -- page 26, you discuss updating exposure
2  information in the cohort studies.
3       A.  Yes.
4       Q.  Do you have any basis to dispute the accuracy
5  of the reported talc use at the time it was initially
6  ascertained in the cohort studies?
7       A.  The accuracy of the reported talc use at the
8  time that they started follow-up in the cohorts.
9       Q.  Correct.
10       A.  I believe that, when you are asking people to
11  recall exposures that occurred over a long period of
12  time, there will be some inadvertent inaccuracies.
13       Q.  And are you saying with respect to questions
14  about duration?
15       A.  It could be with ever use or with duration.
16  Some women who used it might have forgotten and never
17  reported it.  So that's just kind of an inherent
18  problem anytime you ask someone to recall exposures,
19  particularly if they might have occurred decades ago.
20       Q.  Is that true for the case-control studies as
21  well?
22       A.  Yes.  In my report, I indicate that -- I make
23  the distinction between recall bias and inaccurate
24  recall and indicate that inaccurate recall --
25  specifically on page 21, make the distinction between

Page 221

1  recall bias and inaccurate recall that is difficult --
2  inaccurate recall and exposure that is difficult to
3  remember with precision.
4       And that's an issue with any type of study
5  when you're asking people to recall past exposures.
6       Q.  And transitioning to the topic that you
7  brought up, which is the recall bias.  We can stay on
8  page 216 your report.
9       A.  Yes.
10       Q.  And there, you address -- at the bottom
11  paragraph, you say that (as read):
12       "Recall bias, which theoretically
13       could result in the bias estimate
14       of the relative risk, must be
15       considered."
16       Do you see where I am?
17       A.  I do.
18       Q.  And you cite three situations where recall
19  bias would be a "particular threat" to a study's
20  validity; right?
21       A.  Yes.
22       Q.  And with -- let's walk through those three
23  together.
24       The first is -- the first threat that you
25  identify is "if the exposure of interest is one that

56 (Pages 218 to 221)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 222

1    could be considered sensitive"; right?
2        A. Yes.
3        Q. Okay. And then you address that reason in
4    turn on the next page, on page 22 of your report?
5        A. Yes.
6        Q. And you state there that (as read):
7            "In regard to the situation,
8            genital talc use would 'not be
9            considered a particularly
10           sensitive topic.'"
11       Right?
12       A. That's what I state in my report, yes.
13       Q. Okay. And what basis do you have for that
14   statement? Do you cite to anything? Have you
15   conducted any studies to support that statement? What
16   scientific basis do you have for that statement?
17       A. This is based on my professional judgment,
18   based on years and years of doing studies where we
19   collect data, getting feedback from interviewers. In
20   our studies, we ask about a lot of personal things,
21   you know, their menstrual history, their contraceptive
22   history, those kind of things.
23           And I have never gotten the impression that
24   these were things that women considered sensitive and
25   did not want to reveal, whereas when you get into

Page 223

1    other topics, say -- like, I give the example of
2    induced abortion, that, I have heard from some of our
3    interviewers, that sometimes that evokes strong
4    emotions in the women.
5            And so I think that, you know, there are
6    some exposures that are sensitive, as I describe, that
7    women might be hesitant to report. And I contrast
8    that with things that are personal but not
9    particularly sensitive.
10           When a woman has agreed to be in a study,
11   she knows that we're going to be asking some of these
12   questions. And I have never heard any comments from
13   any of the interviewers in the many studies I've done
14   that this was a question that women felt uncomfortable
15   with.
16       Q. Do you acknowledge the possibility that a
17   person's use of a cosmetic talcum powder in their
18   genital region could be viewed by some as a sensitive
19   topic?
20       A. I -- again, I -- I kind of make the
21   distinction between something that is personal -- and
22   we ask them a lot of personal questions, but it's --
23   I don't see any aspect of that that would seem
24   particularly sensitive, why someone might be
25   embarrassed or feel that someone was going to judge

Page 224

1    them, or any reason why a woman, if she's telling you
2    her whole pregnancy and menstrual history, why she
3    would feel embarrassed about her use of genital talc.
4        Q. And do you have any empirical data to support
5    that opinion?
6        A. I am unaware of any empirical data that
7    specifically addresses that.
8        Q. Okay. The second situation you identify on
9    page 21 and then discuss on page 22 is if -- is if the
10   study hypotheses are known to the study subjects or
11   interviewers.
12           Do you see that?
13       A. Yes.
14       Q. Okay. And your analysis is on page 22.
15           What did you do to evaluate this factor?
16       A. Whether the study hypotheses are known to the
17   study subjects or interviewers?
18       Q. Correct. With respect to the talc ovarian
19   cancer literature.
20       A. Okay. Again, this is based on my experience
21   in having done epidemiologic studies for many years.
22   As I state here, it's standard practice in
23   epidemiologic research where we're not discussing the
24   hypotheses with the interviewers. We're asking a lot
25   of questions. Some thought to increase risk; some

Page 225

1    thought to decrease risk. It's standard that you
2    would not really discuss the hypotheses with the
3    interviewers.
4            And, similarly, when we invite or ask women
5    to be in our studies, we will tell them that, you
6    know, it is a study of ovarian cancer, but we're not
7    telling them which factors we think might be
8    associated with increased risk and which ones might be
9    associated with decreased risk.
10       Q. To support this statement, did you conduct
11   any post-interview interviews?
12       A. Can you restate that? Tell me -- I'm not
13   sure what you're asking.
14       Q. So to determine if study hypotheses were
15   known to the study subjects at the time that they were
16   asked the questions, there would be methods or ways to
17   which you could find that out; correct?
18       A. We -- I'm thinking about it. I have never
19   known that to be -- I've never known a study that has
20   done that.
21           In one breast cancer study, at the end of
22   the interview, we asked the women if they had any
23   ideas about what caused breast cancer. And, you know,
24   we thought it might maybe raise some new ideas, but we
25   found that it was largely -- we didn't see anything

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 226

1    that was usable.  I think that the most common
2    response was that women thought it was stress.  So --
3          Q.  But you don't have any evidence of anything
4    similar being done in the talc ovarian cancer
5    literature; correct?
6          A.  Not to my knowledge.
7          Q.  At the bottom of page 22, and then carrying
8    over through 23, you cite to the Lanza study; correct?
9          A.  That's correct.
10         Q.  And you cite Lanza for the proposition
11   that -- to provide "further evidence that recall bias
12   in case-control studies does not inevitably lead to an
13   overestimate."
14             Do you see where I was reading?  It's at the
15   bottom of 22.
16         A.  Yes.  Yes, I see where you're reading.
17         Q.  Lanza did not pertain to talc and ovarian
18   cancer; correct?
19         A.  As I state in my report, yes.  It's looking
20   at a variety of meta-analyses that looked at both
21   case-control studies and cohort studies.  And the
22   point of that paper was to determine if recall bias
23   seemed to lead to a consistently increased risk.  And
24   their conclusion, as I state in here, there's no
25   significant difference in the effect estimates between

Page 227

1    the case-control and cohort studies, suggesting that
2    the study design didn't have an important impact on
3    the conclusions of the meta-analyses.
4             MR. JAMES:  Okay.  I marked Lanza as
5    Exhibit 27.  I'll hand you two copies.
6             (Exhibit No. 27 was marked for identification.)
7    BY MR. JAMES:
8          Q.  And so Lanza concerns therapeutic
9    interventions; correct?
10         A.  Yes.
11         Q.  And isn't -- and correct me if I'm wrong
12   here, but looking at Lanza, isn't what Lanza doing is
13   they're comparing the odds ratios reached in both the
14   case-control studies and in the prospective studies on
15   a completely different body of literature; right?
16         A.  It is not dealing with talc and ovarian
17   cancer, if that is your question.
18         Q.  And they're looking at whether the results of
19   the case-control studies on that separate body of
20   literature and the results of the prospective cohort
21   studies on that separate body of literature reached
22   different results; right?
23         A.  Yes.
24         Q.  Okay.  And so the author's conclusions in the
25   abstract here are -- which you note in your report --

Page 228

1    are that the estimates did not differ between
2    case-control and prospective or retrospective cohort
3    studies; correct?
4          A.  Where are you reading, please?
5          Q.  I'm in the "Results" section.
6          A.  Okay.  Yes.
7          Q.  And then they say, "Heterogeneity was also
8    low," below that; right?
9          A.  Yes.
10         Q.  Again, if I'm understanding this paper
11   correctly, the situation for talc and ovarian cancer
12   is completely different, isn't it?  Where we do have
13   heterogeneity between the prospective studies and the
14   retrospective case-control studies; right?
15             MS. PARFITT:  Objection.  Form.
16             THE WITNESS:  We have one example in
17   the talc and the -- and the ovarian cancer -- in the
18   meta-analyses, they did note some heterogeneity
19   between the cohort studies and the case-control
20   studies.
21             I think that the point that I was trying to
22   get with that is in the observational studies, there's
23   always concern, as several of these people have -- as
24   several of the meta-analyses and other papers have
25   reported, that the stronger association due to --

Page 229

1    among the case-control studies was due to some kind of
2    recall bias.
3             So the point is, if it was recall bias, you
4    would expect to see that case-control studies always
5    had higher estimates than the cohort studies; and this
6    study is making the point that in this wide variety of
7    interventions that they looked at, that doesn't seem
8    to be the case at all.  Okay.
9    BY MR. JAMES:
10         Q.  So, again, this study is saying, "Look, the
11   results of case-control studies and the results of
12   prospective cohort studies on these therapeutic
13   interventions are similar, same ballpark, and so thus,
14   we can conclude that recall bias in this body of
15   literature must not be a big deal."
16             Is that a layman's fair way to describe the
17   results of this paper?
18             MS. PARFITT:  Objection.  Form.
19             THE WITNESS:  Yeah.  I -- I mean,
20   I think that it's one part of the -- I think that,
21   overall, that's a pretty fair summary of the point
22   that this paper is making.  So...
23   BY MR. JAMES:
24         Q.  And if you acknowledge that in the talc
25   ovarian cancer literature, there is a disparity

58 (Pages 226 to 229)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 230

1  between the retrospective case-control studies and the
2  prospective cohort studies, then Lanza isn't really
3  applicable at all, is it?
4         MS. PARFITT:  Objection.
5         THE WITNESS:  It is -- I think that it
6  is very applicable because it's trying to get at the
7  recall -- is recall bias -- is that a problem in
8  case-control studies that is going to inevitably lead
9  to higher risk estimates than what you would get in
10 cohort studies?
11        And as we have seen in these articles, we
12 see recall bias is frequently cited as a potential
13 reason that we saw stronger associations in
14 case-control studies than in cohort studies.
15        And I think this paper is really pointing
16 out that that's not inevitable, that you're always
17 going to have higher estimates with case-control
18 studies than cohort studies.
19        Specifically in relation to the
20 heterogeneity between the cohort studies and the
21 case-control studies in talc, I think that we have to
22 consider other biases that may be operating.
23 BY MR. JAMES:
24    Q.  I mean, the justification for the Lanza
25 conclusions is that the results in the two study

Page 231

1  designs are pretty much the same.  So these two study
2  designs didn't reach different results.  And so in
3  this body of literature, we don't really need to be
4  worried about recall bias.  Recall bias was not
5  operating to create a disparity of results in this
6  body of literature.
7         But, in contrast, in the talc ovarian cancer
8  world, there is a disparity in the results by study
9  design; right?
10   A.  We've already acknowledged there is some
11 heterogeneity in results.  Is it due to recall bias?
12 Is it -- do we have to assume that recall bias is in
13 play here and that explains the higher -- or the
14 stronger associations generally reported in the
15 case-control studies.
16        And this article is addressing one -- one
17 potential bias, the recall bias.  And I don't --
18 I think that it provides support that we cannot just
19 do a knee-jerk reaction of "case-control studies, they
20 have the potential for recall bias, that leads to
21 higher estimates, and therefore, these studies are
22 biased."
23        There are other biases in play in the cohort
24 studies that I think are very plausible explanations
25 for why there might be some differences.

Page 232

1     Q.  If you're looking at Lanza objectively,
2  doesn't it say exactly the opposite of what you're
3  saying here, Doctor?
4         I mean, again, the justification for Lanza
5  is the results are the same, and so recall bias isn't
6  a problem.  But that justification doesn't exist in
7  the world of talc ovarian cancer.
8         That will be my last question on that.
9     A.  No.  I think that this addresses the recall
10 bias in the -- you know, I acknowledge it doesn't
11 directly address talc and ovarian cancer in this
12 paper; but it does address this -- this commonly-cited
13 thing that, you know, recall bias in case-control
14 studies could lead to higher risk estimates.  And it's
15 saying that's not necessarily the case always.
16    Q.  I promised that was my last question --
17   A.  Okay.
18    Q.  -- so we'll move on.
19        The third factor that you discuss as a
20 particular threat for recall bias is if there is
21 considerable media attention.
22        Do you see where I've returned back to on
23 page 22?
24        21 is where you -- 21 through 22 is where
25 you lay out the three reasons.  At the top of 22, you

Page 233

1  say "considerable media attention."
2     A.  Yes.
3     Q.  And then you evaluate the media attention
4  factor on the following page; right?
5     A.  On page 23, yes.
6     Q.  On 23, you say that, for the media attention
7  concern, you say in the middle of the first full
8  paragraph (as read):
9            "The concern is not relevant to
10           the vast majority of the studies
11           as virtually all the data
12           collection in the epidemiologic
13           studies of talc and ovarian cancer
14           occurred prior to such
15           litigation."
16        Do you see that?
17   A.  Yes, I do.
18    Q.  And you agree that media attention is not
19 limited to litigation; correct?
20   A.  Yes.
21    Q.  Did you undertake any effort to analyze the
22 extent of publicity or media attention to the talc
23 ovarian cancer issue prior to 2014?
24   A.  I did not do any specific analysis of that.
25 I personally was unaware of any media attention on

59 (Pages 230 to 233)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 234

1    this topic prior to the litigation.
2       Q.  Then I believe on page 23, you go on to
3    discuss the Schildkraut 2016 paper; correct?
4       A.  Yes.
5       Q.  Okay.  And if we can pull that back out.  It
6    is the exhibit -- did I mark it?
7            MS. PARFITT:  I don't think so.
8            MR. JAMES:  Okay.  I'll mark it as the
9    next one, so you don't have to fish for it here.  It's
10   Exhibit 28.
11       (Exhibit No. 28 was marked for identification.)
12            MR. JAMES:  Which is the Schildkraut
13   2016 paper.  I'll hand you two copies.
14   BY MR. JAMES:
15       Q.  And so we touched upon this a bit earlier,
16   Dr. Moorman, where we talked about the phraseology
17   where you say the association was "attenuated but not
18   eliminated."
19       Do you recall that exchange we had earlier?
20            THE WITNESS:  Yes, I do.
21   BY MR. JAMES:
22       Q.  Okay.  And in this 2016 paper, again, you,
23   among the authors, compared the odds ratios for talc
24   and ovarian cancer for participants before 2014 and
25   for participants after 2014; correct?

Page 235

1       A.  Correct.
2       Q.  And if we look at page 1414 -- I'm looking
3    for my place here.
4            If you look at Table 2, Dr. Moorman, you see
5    there where you have broken out the data on interview
6    date after 2014; right?
7       A.  Yes.
8       Q.  And then above that is the interview date
9    before 2014; correct?
10      A.  Yes.
11      Q.  And we see that the odds ratio here for
12   interview date after 2014 is 2.91; correct?
13      A.  That is correct.
14      Q.  That's well in excess of any odds ratio
15   reported in any of the meta-analyses; correct?
16      A.  For the overall summary odds ratio, yes.
17      Q.  And before 2014, we see that the odds ratio
18   is a 1.19 that is not statistically significant, which
19   is what we discussed earlier; correct?
20      A.  Yes, we discussed that earlier.
21      Q.  And you also report in this article a
22   distinction between the pre-2014 interviewees and the
23   post-2014 interviewees based upon their reported talc
24   usage; right?
25      A.  Yes.

Page 236

1       Q.  And you -- I believe this table reflects --
2    though I'm still looking for it, and maybe you can
3    help me with it -- but the data in this table reflects
4    that pre-2014 interviewees reported talc usage at the
5    rate of 36 percent, and post-2014 interviewees
6    reported rates -- excuse me, reported usage at the
7    rate of 51 percent.
8       A.  Yes, I see that in the table.
9       Q.  And so that's a significant disparity in
10   reported usage rates; would you agree with that?
11            MS. PARFITT:  Objection.  Form.
12            THE WITNESS:  Clearly, it is what it
13   is.  It's 36 percent as -- versus 51 percent.  Okay.
14   BY MR. JAMES:
15       Q.  And so we have your paper here showing that
16   before 2014, before the onset of the litigation, you
17   had study participants reporting talc usage at a lower
18   rate; right?
19       A.  Than -- yes.
20       Q.  And if you isolated the association analysis
21   to those -- to that group, you also have a
22   non-statistically significant association; correct?
23       A.  And again, when you stratify -- we've already
24   covered that.  I acknowledge that prior to 2014, it
25   was not statistically significant.  We also indicated

Page 237

1    certainly in the range of what many other studies have
2    seen.  But when you stratify like that, you are
3    getting into smaller sample sizes.  So there's
4    statistical significance that -- the fact that it's no
5    longer statistically significant is not all that
6    surprising.
7       Q.  Have you seen the Trabert editorial that
8    followed the publication of the Schildkraut article?
9       A.  I'm sure that I have read it at some point,
10   but --
11      Q.  Okay.  I'm going to -- I'm sorry.
12      A.  -- please, let's -- I haven't looked at it in
13   quite some time.
14      Q.  So I'm going to mark as Exhibit 29 an
15   editorial by Britton Trabert entitled "Body Powder and
16   Ovarian Cancer Risk -- What is the Role of Recall
17   Bias?"
18      I'll hand you two copies.
19       (Exhibit No. 29 was marked for identification.)
20   BY MR. JAMES:
21      Q.  Dr. Moorman, does this editorial look
22   familiar to you?  Have you seen it before?
23      A.  Yes, I have seen it before.
24      Q.  Have you ever spoken with or communicated
25   with Britton Trabert about this editorial?

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 238

```
1      A.  No, I have not.
2      Q.  And you see that in the right-hand column,
3  about midway down, Dr. Trabert refers to the data
4  points that we were just discussing; correct?
5      A.  Yes.
6      Q.  And if you look to the second page of the
7  editorial, Trabert reports, at the last paragraph of
8  the article (as read):
9          "The current study highlights the
10          concern over recall bias in
11          case-control studies, particularly
12          once an exposure becomes the
13          subject of considerable media
14          coverage."
15      Do you see where I was reading that?
16      A.  Yes, I do.
17      Q.  Do you agree with Dr. Trabert's concerns
18  about media coverage impacting the results of the
19  Schildkraut study?
20      A.  I -- I think that the investigators on our
21  study, they had that concern.  That's why we did those
22  analyses.  So...
23      Q.  So do you acknowledge the possibility that
24  the results of the 2016 study may reflect recall bias
25  in the study?
```

Page 239

```
1      A.  In this discussion -- if I may take just a
2  moment to --
3      Q.  Certainly.
4      A.  Okay.  You know, I think that
5  Dr. Schildkraut, who did the major writing of this
6  article -- and I think all of the coauthors were in
7  agreement -- that we were concerned about the recall
8  bias.  As I said, that was some of the reason for
9  doing those analyses.
10      I think that it's also important to point
11  out here the other possibility.  There may have been
12  some recall bias.  But she also makes the statement
13  that (as read):
14          "It is possible that the lawsuit
15          sharpened memories of body powder
16          use and improved the accuracy of
17          reported use for both cases and
18          controls interviewed in 2014 or
19          later."
20      I think that that goes to say that anytime
21  someone -- you know, there's some memory trigger, it
22  could have made actually more accurate recall.
23      So we --
24      Q.  And Dr. --
25      A.  I'm sorry.  So we acknowledge both the
```

Page 240

```
1  possibility of recall bias, but I think that we looked
2  at the other side of the coin as well.
3      Q.  And can you tell me where you're reading that
4  sentence from, Dr. Moorman?
5      A.  Let's see.  The -- it is on page 1416, the
6  right-hand column, and it's about -- probably about
7  eight or nine lines down.
8      So I think that this sentence -- or this
9  whole paragraph gives a pretty balanced assessment of
10  the data, that we thoughtfully considered the issue of
11  recall bias, but we also considered that maybe the
12  greater publicity led to -- was kind of a memory
13  trigger that led to more accurate recall.
14      Q.  And in your report, do you include a caution
15  on the Schildkraut 2016 study about the potential for
16  recall bias based upon the 2014 pre- and post-data?
17      A.  I -- let's see.  We have discussed that
18  section of the report a couple of times already.  And
19  I state that there is the possibility that recall bias
20  could have led to the higher odds ratios when
21  including women interviewed during the time when there
22  was more media attention focused on this exposure.
23      Q.  And you're at page 23; right?
24      A.  Yes.
25      Q.  Okay.  And then you conclude the middle
```

Page 241

```
1  paragraph with the statement that -- the "attenuated
2  but not eliminated" statement.  But I'm not going to
3  ask about that again.  But you go on in that sentence
4  to say (as read):
5          "The association is not due
6          entirely to recall bias."
7      Do you see that phrasing that I just read?
8      A.  Yes.
9      Q.  So are you conveying in that wording that you
10  think some portion of the odds ratio that you are
11  seeing in these case-control studies that you're
12  relying on or the meta-analyses that you're relying
13  on, that some portion of that odds ratio is
14  attributable to recall bias?
15      MS. PARFITT:  Objection.
16      THE WITNESS:  I think that probably
17  every meta-analysis published, probably every
18  case-control study that was published, we acknowledge
19  this as a -- recall bias is a potential bias.  But
20  I think that we went on to give evidence --
21  I explained why I did not think that it was a complete
22  explanation.
23      Can we completely rule out any possibility
24  of recall bias?  I don't know that we can do it.  But
25  I think that as -- for some of the reasons
```

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 242

1    I articulated.
2         I know that Dan Cramer in his 2016 paper
3    also went into great detail considering the issue of
4    recall bias.  And I don't think that we can attribute
5    this association to recall bias.
6    BY MR. JAMES:
7         Q.  Can you cite to any publication that has
8    analyzed the literature and ruled out recall bias --
9              MS. PARFITT:  Objection.
10   BY MR. JAMES:
11        Q.  -- as a method -- as a basis for the elevated
12   odds ratio of the 1.2 to 1.3 that you're citing in
13   your report?
14             MS. PARFITT:  Objection.
15             THE WITNESS:  Okay.  I went back to the
16   Dan Cramer article, and I'm hoping that I'm recalling
17   that particular article, the date of it, accurately.
18   But he did analyze the data and the degree of
19   misclassification that would have had to occur for
20   recall bias to account for this association.  He gave
21   other reasons for why it seemed unlikely that recall
22   bias would account for this association.
23             So I think he did a pretty thorough
24   analysis -- a thoughtful analysis of it.
25

Page 243

1    BY MR. JAMES:
2         Q.  Can you cite any other publications other
3    than the Cramer 2016 paper, sitting here today, that
4    have addressed recall bias in the fashion that you
5    just described?
6         A.  The Cramer article is the one that I -- that
7    comes to mind as the one that addressed it most
8    thoroughly.
9         Q.  Have you ever published the three factors
10   that you have addressed with regard to recall bias?
11        A.  The three factors are --
12        Q.  Sure.  So --
13        A.  Okay.
14        Q.  Within your report, you -- we just walked
15   through the three factors that you've considered, the
16   three factors that you deemed to be a particular
17   threat to case-control studies for recall bias;
18   correct?  We just walked through those three?
19        A.  Yes.
20        Q.  Have you ever published those three in any
21   article or journal or anything else?
22        A.  I have not published that.  That is just
23   based on my general epidemiologic knowledge from doing
24   this type of research and teaching in this field for
25   the last couple of decades.

Page 244

1         Q.  Okay.  Dr. Moorman, on page 11 of your
2    report, you talk about -- this is where you begin your
3    analysis of the Bradford Hill factors.
4         A.  Yes.
5         Q.  And are you there with me?
6         A.  Yes, I am.
7         Q.  Okay.  You say, in page 11 -- you have a
8    section titled "Strength and consistency of the
9    association"; correct?
10        A.  Correct.
11        Q.  You say in the first sentence that strength
12   and consistency are "deeply intertwined."  Correct?
13        A.  Yes.
14        Q.  Can you cite to any publication where you
15   have combined the analysis of strength and consistency
16   before?
17        A.  I -- I can't cite any publication that
18   specifically addresses that, no.
19        Q.  Can you cite any published authority that
20   states these two Bradford Hill criteria are deeply
21   intertwined?
22        A.  I -- I think that as I was -- I cannot cite a
23   published authority.
24             I think that, again, this is based on when
25   I was looking at these and how I was weighting these

Page 245

1    considerations.
2         Q.  Do you agree that strength is an important
3    criteria in and of itself?
4         A.  I think that the strength of the association
5    is an important criteria, but I think that we also
6    have to bear in mind that as -- that there are many
7    well-established causal associations that are
8    certainly not in the order of magnitude of what we
9    see, for example, with smoking and lung cancer.
10        Q.  Do you think the criteria of strength is met
11   with the talc and ovarian cancer literature?
12        A.  When -- as I go through my report, I give
13   numerous examples of well-accepted causal associations
14   that are of a similar magnitude as what we see with
15   talc and ovarian cancer, and so I think that the data
16   are strong enough.
17        Q.  And I think that I'm going to ask my question
18   again.
19        A.  Okay.
20        Q.  Do you think that the criteria of strength is
21   met with the talc and ovarian cancer literature?
22        A.  Okay --
23             MS. PARFITT:  Objection.  Asked and
24   answered.
25             Try again, Dr. Moorman.

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 246

1    THE WITNESS:  Okay.  So, once again,
2  I -- we have to use -- we have to be careful of --
3  Dr. Hill did not refer to these as "criteria," but
4  guidelines or viewpoints I think was the terminology
5  he used.  And I do think that the criteria of strength
6  has been met.
7  BY MR. JAMES:
8    Q.  Can you cite to a single study in the talc
9  ovarian cancer literature that refers to the
10  association as a strong association?
11    A.  I -- I cannot, off the top of my head, think
12  of anyone that refers to it as a strong association.
13  I do, once again, want to say that we see evidence of
14  causal associations of similar magnitude; so I think
15  that it is strong enough to be a causal association.
16    Q.  Do you understand that a number of the papers
17  that you have cited in your reference list or
18  materials-considered list refer to the association as
19  weak?
20    MS. PARFITT:  Objection.
21    THE WITNESS:  Which papers are you
22  referring to specifically?
23  BY MR. JAMES:
24    Q.  If an author in the talc ovarian cancer
25  literature has referred to the association as a weak

Page 247

1  association, would you agree or disagree with that
2  characterization?
3    MS. PARFITT:  Object to form.
4    THE WITNESS:  I would disagree with
5  the -- I would disagree with that.
6  BY MR. JAMES:
7    Q.  If an author or authors in the talc ovarian
8  cancer literature have referred to the association as
9  modest, would you agree or disagree with that?
10    A.  Once again, I think that many of the risk
11  factors that we are considering are not going to be
12  the odds ratios of 10 or greater that we saw with
13  this.
14    And when you read the papers written by
15  Dr. -- by Bradford Hill, he certainly makes the point
16  that some weaker associations can certainly be real.
17    Q.  So is this a weaker association?
18    A.  Weaker is in comparison to what?  It's not --
19  it's weaker than smoking and lung cancer.  It is --
20  I keep making the point that it -- we fully
21  acknowledge that it is not a tenfold increased risk.
22  It's a 25 to 30 percent increased risk.
23    Q.  Would you call the association modest?
24    MS. PARFITT:  Objection.  Asked and
25  answered.

Page 248

1    MR. JAMES:  It hasn't been answered.
2    MS. PARFITT:  It's been asked.
3    THE WITNESS:  I don't think that we
4  have any actual definition of what is modest.  I think
5  that the association is what it is, a 25 to 30 percent
6  increased risk.
7  BY MR. JAMES:
8    Q.  As an epidemiologist, you're not capable of
9  discerning whether an association is modest or not
10  modest?
11    MS. PARFITT:  Objection.
12    THE WITNESS:  As I have said before,
13  I don't think there is any clear definition of that
14  adjective.
15  BY MR. JAMES:
16    Q.  Is there a definition in the epidemiologic
17  community of a weak association?  Are you able to
18  understand what that would mean in the epidemiologic
19  community?
20    A.  Once again, there is no -- to my knowledge,
21  there is nothing that would say, you know, an odds
22  ratio in this range is weak, this is modest, this is
23  moderate, this is strong.
24    And, again, going back to Bradford Hill, he
25  certainly emphasizes that there are some associations

Page 249

1  that are not in the magnitude of smoking and lung
2  cancer, but they are certainly real.
3    Q.  And I think you're conflating -- or you're
4  misunderstanding my question, because you're answering
5  the question about whether the association is real or
6  not real, and my question for you is whether the
7  association is weak, modest, or strong.
8    How would you characterize it?
9    A.  And I would -- as I have said, there is no
10  absolute terminology that would say what is a weak
11  association, what is modest, and what is strong.  So
12  I think that it is more accurate just to describe it
13  as it is, a 25 to 30 percent increased risk of ovarian
14  cancer.
15    Q.  Well, in assessing the Bradford Hill factors
16  or considerations or criteria -- in assessing that and
17  determining whether the association is strong or not
18  strong, as an epidemiologist, don't you need to be
19  capable of determining whether the association is
20  strong or not strong?
21    A.  Once again, it is an adjective that is not
22  well defined.  And --
23    Q.  And do you -- I'm sorry.
24    A.  I -- I -- I keep going back to I think that
25  the association that we see is what it is, a 25 to

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 250

1    30 percent increased risk.  It is consistent with
2    other factors that we consider causal associations.
3    They have a similar strength of association.
4         Q.  And I do -- I do intend to go to that very
5    next topic next --
6         A.  Okay.
7         Q.  -- but in assessing strength, what I'm asking
8    is whether, in all of the papers that you've cited,
9    when the epidemiologists that you've cited refer to
10   the association as weak or modest or small, is that
11   terminology that you can accept, or is that
12   terminology that you reject?
13        A.  I say that it is terminology that is
14   imprecise.  What one would consider modest, someone
15   else might consider moderate.  It's imprecise
16   terminology.
17        Q.  And certainly in the epidemiology world, if
18   you have a small or modest or weak association, what
19   you're saying is that that doesn't bar a causal
20   conclusion.  But wouldn't you agree with me that if
21   the association is small or modest or weak, it makes
22   the other considerations more important?
23             MS. PARFITT:  Objection.
24             THE WITNESS:  I think that all of the
25   considerations are important.  It's --

Page 251

1    BY MR. JAMES:
2         Q.  Do you agree that, with a small association,
3    there's more concern for recall bias?
4             MS. PARFITT:  Objection.
5             THE WITNESS:  I think that with a
6    smaller association, there is more concern that it
7    could be due to bias from various reasons.
8    BY MR. JAMES:
9         Q.  Can you cite any scientific agency or
10   organization that has described the talc ovarian
11   cancer association as strong?
12        A.  I do not recall anyone describing it that
13   way.
14        Q.  Okay.  And then we will turn now to page 12
15   of your report, Dr. Moorman, where you cite a number
16   of other exposures.
17        A.  Yes.
18        Q.  And do you see where I am?
19        A.  Yes.
20        Q.  And you say on page 12 that (as read):
21             "Well-accepted exposure to these
22             associations have relative risks
23             of similar magnitude and are
24             generally accepted to be causal."
25        Do you see where I was reading?

Page 252

1         A.  Yes.
2         Q.  And these associations that you've listed,
3    you have concluded are generally accepted to be
4    causal; correct?
5         A.  I think so, yes.
6         Q.  And below that, you state that the IARC has
7    reached a causal conclusion with respect to each of
8    these associations; is that right?
9         A.  Yes, that is what I state.
10        Q.  And so to state that, are you saying that all
11   five of these exposures and associations have been
12   classified by IARC as Category 1?
13        A.  I don't recall if -- I don't recall the
14   classifications, specifically, for all of these.
15        Q.  Well, to say that the IARC has made a causal
16   judgment on these associations, you are necessarily
17   saying that they have classified these associations as
18   Category 1; correct?
19        A.  I -- you know, I answered the question.
20   I don't recall which IARC category that each of these
21   exposures is right off the top of my head.
22        Q.  But do you say in the report that they are
23   judged to be causal by IARC; correct?
24        A.  I do say that in my report.
25        Q.  And IARC has not judged talc ovarian cancer

Page 253

1    to be a causal association, has it?
2         A.  As we have discussed several times today,
3    they describe it as possibly carcinogenic.
4         Q.  Can you cite to any publication that assesses
5    the strength of an epidemiologic association by
6    considering "similar magnitude" odds ratios from
7    unrelated exposures to diseases?
8         A.  I -- off the top of my head, I can't cite any
9    such publication.
10        Q.  Have any scientific agencies that have looked
11   at this issue assessed strength of the talc ovarian
12   cancer relationship by considering similar magnitude
13   associations of unrelated exposures to diseases?
14        A.  I know that in the Health Canada report, they
15   went through assessing the strength of the
16   association.  I don't recall if they kind of
17   considered it in relation to other exposures that have
18   a similar magnitude of association.
19        Q.  With regard to the associations that you have
20   identified on page 12, did you review the entire body
21   of scientific and medical literature pertaining to
22   those associations?
23        A.  In -- let's see.  Since when I cited these,
24   I did not go through the same level of detail like
25   I have done for the talc and ovarian cancer.

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 254

```
 1        The oral contraceptive use and breast cancer
 2   that I cite, I was part of a team of researchers that
 3   did a systematic review and meta-analysis of oral
 4   contraceptives in relation to ovarian cancer as well
 5   as breast cancer and some other cancers.
 6        The other ones, again, I did not go in --
 7   did not review the body of literature in the same
 8   detail as I did the talc and ovarian cancer.
 9        Q.  Did you assess, in any of these bodies of
10   literature, the risks for recall bias?
11        A.  I did not.
12        Q.  Did you consider, in these bodies of
13   literature, biologic mechanism for these five
14   exposures that you've identified?
15        A.  I considered biologic mechanism, again, not
16   in the level of detail with the talc and ovarian
17   cancer.
18        Q.  Did you assess them in a manner sufficient to
19   which you would opine in a published article or a
20   litigation report about the evidence supporting
21   causation?
22        A.  I'm reading your question again.
23        Q.  So am I.
24        A.  I'm not sure.
25        Q.  For these five exposures and diseases that
```

Page 255

```
 1   you've cited on page 12, did you assess the body of
 2   scientific and medical literature and evidence in a
 3   manner sufficient to which you would feel comfortable
 4   offering an opinion in the published literature or in
 5   a litigation report about causation?
 6        A.  I think that I have answered the question
 7   repeatedly that I did not do it in the detail that
 8   I did the talc and ovarian cancer.  If I were to put
 9   in published literature or a litigation report,
10   I would want to make sure that I had done it as
11   absolutely thoroughly as possible.
12        Q.  Your comparison of the odds ratios to these
13   five exposures -- you acknowledge that there are
14   exposures that you have not identified in your report
15   that are in the 1.2 to 1.3 range that are not causal
16   or have not proven to be causal; correct?
17        MS. PARFITT:  Objection.  Form.
18        THE WITNESS:  I acknowledge that -- of
19   course, that there are reports of exposures that have
20   reported relative risk in this range, and it could
21   either be something that was associated with another
22   risk factor and it was not the causal factor or the
23   level of evidence was not adequate.  Maybe people --
24   there were fewer articles, people have not gone
25   through the whole evaluation of the causal criteria.
```

Page 256

```
 1   BY MR. JAMES:
 2        Q.  So in your report, when you are assessing
 3   strength, and you discuss the fact that there are
 4   similar magnitude odds ratios from other exposures
 5   upon which one could conclude causation, you do not
 6   also remark that there are similar magnitude ratios
 7   upon one which could not conclude causation.
 8        Why is that?  Why did you lay out the
 9   analysis this way?
10        A.  What I was trying to do here is to make the
11   point that an association in the range of a 25 to
12   30 percent increased risk is something that there are
13   multiple examples of this being generally accepted as
14   a causal association.
15        I -- it was not my intent to describe the
16   entire universe of exposures and some that might be in
17   this range.
18        Q.  There are certainly examples that you didn't
19   cite in the 1.2 to 1.3 range that are not causal;
20   right?
21        A.  Did you have something specific in mind that
22   you are --
23        Q.  I'm asking you, actually.
24        Did you just go searching for similar
25   magnitude ratios upon which one could reach a
```

Page 257

```
 1   causation conclusion?
 2        A.  I -- I think that I was trying to get at that
 3   is this association strong enough to be causal?  And
 4   we have evidence from these other exposures that, yes,
 5   it's certainly possible.
 6        The point is that you do not -- or you do
 7   not dismiss an association of 1.25 or 1.3 as it
 8   couldn't possibly be causal.  We have evidence to
 9   suggest that it -- there are many examples of it.
10        Q.  But in your report, Dr. Moorman, you're not
11   just not dismissing it.  You're not just using the
12   similar magnitude odds ratios to not dismiss the
13   possibility that this is a real association.  You're
14   using the similar magnitude ratios in an effort to
15   ascribe strength to the association; correct?
16        A.  Right.  I am saying that I think this is
17   strong enough to be a real association, and I think
18   that we have other examples of similar magnitude
19   associations that are generally accepted as causal
20   associations.
21        Q.  But if there are other odds ratios for other
22   exposures to diseases that you did not identify in
23   your report in the 1.2 to 1.3 range that are not
24   causal, then the magnitude ratio that you have here in
25   the top ovarian cancer literature, in that instance,
```

65 (Pages 254 to 257)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 258

1    is not strong enough to support causation?
2           MS. PARFITT: Objection. Form.
3    BY MR. JAMES:
4           Q. I'll just restate it because it's confusing.
5           A. Yeah, it is.
6           Q. To support strength in your report, why do
7    you select only similar magnitude ratios that, by your
8    estimation, are Category 1 -- by your estimation, have
9    been declared by IARC to be causal associations? Why
10   do you only select associations by which one has -- by
11   which IARC has concluded causation? Why don't you
12   also acknowledge that there are associations of a
13   similar magnitude that don't support causation?
14          MS. PARFITT: Objection.
15          THE WITNESS: I'm not really sure --
16   I'm still not really sure what you're getting at with
17   this question.
18          I think that I was trying to make the point
19   that the association we see here is strong enough to
20   be accepted as a causal association. I'm not -- I'm
21   not saying that every association of this magnitude
22   has gone through the same process of assessing all of
23   the Bradford Hill viewpoints and have come to the same
24   conclusion, but I am saying that we have multiple
25   examples of where an association of this magnitude is

Page 259

1    causal.
2           MS. PARFITT: Scott, is this a breaking
3    point or no?
4           MR. JAMES: How long have we been
5    going?
6           MR. FARIES: About an hour and 15.
7           MS. BRENNAN: Yeah, we've been going
8    about an hour and 15.
9           MR. JAMES: Sure. Are we ready for a
10   break?
11          MS. PARFITT: Sure. Just a short one,
12   yeah. Thank you.
13          THE VIDEOGRAPHER: Going off the record
14   at 4:33 p.m.
15          (Recess taken from 4:33 p.m. to 4:46 p.m.)
16          THE VIDEOGRAPHER: Back on record at
17   4:47 p.m.
18   BY MR. JAMES:
19          Q. Dr. Moorman, on page 13 to 14 of your report,
20   and really the top of page 14, you have a sentence
21   stating that (as read):
22          "The evidence for talc and ovarian
23          cancer is as significant as for
24          passive smoke exposure and lung
25          cancer."

Page 260

1           Do you see where I'm reading that?
2           A. Yes.
3           Q. There, are you referring to epidemiologic
4    literature?
5           A. What -- you're taking one sentence and --
6    I think that I discussed what I considered related to
7    the passive smoke exposure and lung cancer and
8    described it in more detail on page 13, the first full
9    paragraph.
10          Q. And is it fair to say that that body of
11   evidence that you're referring to there is the
12   epidemiologic literature?
13          A. Yes.
14          Q. You're not referring there to any sort of
15   mechanistic studies or plausibility studies or
16   anything like that; correct?
17          A. No. I was looking at -- basically, I was
18   comparing the two -- or the meta-analyses for the two
19   topics.
20          Q. On page 14, Dr. Moorman, you discuss the
21   "prevalence of exposure."
22          Do you see where I am? It's the --
23          A. It's about halfway down?
24          Q. Yeah, second full paragraph.
25          A. Yes.

Page 261

1           Q. And you say that it's critical to consider
2    the prevalence of exposure in conjunction with
3    considering strength; correct?
4           A. I say (as read):
5           "It's critical to consider the
6           prevalence of the exposure in the
7           population when evaluating its
8           public health impact."
9           Q. Before that, you say "in conjunction with the
10   strength of the association." Right?
11          A. Yes.
12          Q. Okay. Do you think that the prevalence of
13   exposure in the population, that that impacts your
14   analysis on whether an association is strong or not
15   strong?
16          A. I think that the way that I stated it here
17   is, you know, as an epidemiologist, a public health
18   professional, I'm interested in the public health
19   impact and how many cases of disease could be
20   attributable to this exposure.
21          So I go through and describe that factor
22   that has a stronger association but is less common in
23   the population could have potentially less public
24   health impact than a risk factor that is -- doesn't
25   have as high an odds ratio but you have many more

66 (Pages 258 to 261)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 262

1  exposed people in the population.
2      Q.  Moving on to consistency, Dr. Moorman, is
3  consistency met on this body of literature?
4      A.  I do feel that consistency is met.
5      Q.  And on page 14, you -- I think it's page 14.
6  Yes.  In the first full paragraph, you discuss your --
7  you see the last sentence of that paragraph, where you
8  say (as read):
9          "This observation has been quite
10          consistent with findings
11          replicated in studies conducted by
12          different teams of investigators
13          in different geographic locations
14          and different race ethnic groups
15          over a span of several decades."
16      Do you see that?
17      A.  Yes, I do.
18      Q.  Is that reflective of -- is that the basis
19  upon which you conclude consistency is met?
20      A.  It is part of the basis of it.  I think that,
21  when we look at the overall meta-analyses, we look at
22  the direction of the effect in all the studies and of
23  these, like, 27 different studies, like, 90 percent of
24  them show an increased -- or an odds ratio greater
25  than 1.

Page 263

1      When we look at epidemiologic data, for
2  reasons that we have discussed earlier today, it is
3  very uncommon for every single study to reach the same
4  conclusion.  Some are going to have higher risk; some
5  are going to be lower risk.  And the level of
6  consistency seen here, where virtually every study is
7  showing an odds ratio greater than 1, I consider that
8  quite consistent.
9      Q.  You understand that Bradford Hill, when he
10  describes consistency, he talks about consistency
11  across study design.
12      Were you aware of that?
13      A.  Yes, I am.  And I actually do -- the way that
14  I described consistency, where, even, you know -- two
15  of the three cohort studies -- and we've already
16  discussed the concerns I have about the Sister Study,
17  which is really quite an outlier when we look at this
18  whole body of literature.  But both the Houghton study
19  and the Nurses' Health Study, they are consistent in
20  terms of the direction of the effect.  And we have
21  discussed the statistical significance at all.
22      But in terms of the direction of the effect,
23  I think that it is consistent.
24      Q.  So is your position that the cohorts
25  demonstrate an association between talc and ovarian

Page 264

1  cancer?
2      A.  They -- if we can go back to them, we see
3  that there are multiple studies from the Nurses'
4  Health Study, and then the Houghton study.  They are
5  showing a relative risk in most cases, I think, 1.12
6  to 1.19.  And, again, we have discussed some of the
7  biases that might result in an attenuation of the
8  association.
9      And so I acknowledge that, with the
10  exception of the serous invasive cancer in one of the
11  studies, the associations have not been statistically
12  significant, but they are certainly kind of in the
13  direction of -- as the case-control studies.
14      Q.  Doctor, let's turn back briefly to the
15  Houghton study.  It's Exhibit 25.
16      Are you with me?
17      Dr. Moorman, if we look at the Houghton
18  study on the first page in the results section of the
19  abstract.  Do you see where I'm looking?
20      A.  Yes.
21      Q.  Okay.  The authors there, they report
22  every-use odds ratio as a 1.06.
23      Do you see that?
24      A.  I do see that --
25      Q.  Okay.  I'm running out of time, Dr. Moorman,

Page 265

1  so I really am going to ask you to answer my precise
2  question.
3      Do you see where the authors, they say
4  there -- the authors say that it's "not associated
5  with risk of ovarian cancer compared with never-use."
6      Do you see that?
7      A.  Yes, that is what they state.
8      Q.  Okay.  And 1.06 is -- again, it's not a
9  statistically significant association; correct?
10      A.  With the confidence interval that they
11  report.  That's what tells you whether or not it's
12  statistically significant.  And with that confidence
13  interval, no, it is not statistically significant.
14      Q.  And it's also very close to the null, isn't
15  it?
16      A.  Yes.  It's the 1.06, yes.
17      Q.  And the conclusion of the authors here is
18  that (as read):
19          "Perineal powder use does not
20          appear to influence ovarian cancer
21          risk."
22      Correct?
23      A.  That's what they state, yes.
24      Q.  So this is one of the cohorts that you're
25  talking about today; correct?

67 (Pages 262 to 265)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 266

1    A. Right. And --
2    Q. And the authors here conclude that there's
3  not an association between ovarian cancer risk and
4  perineal talc use, don't they?
5    MS. PARFITT: Objection. Form.
6    THE WITNESS: Okay. Yes, I acknowledge
7  that's their conclusion. And I think that -- I'm
8  sorry -- the data that I was referring to comes from
9  Table 3. And I, again, acknowledge that it was not
10 statistically significant, but he said only genital
11 powder use -- which is mostly what we're
12 considering -- it had a hazard ratio of 1.4 or 1.3 --
13 I'm sorry -- 1.14 or 1.13.
14    And so, again, it's in the direction of
15 effect, and, as we have discussed, biases could have
16 led to some attenuation.
17 BY MR. JAMES:
18    Q. Are you saying that you believe that there's
19 consistency among -- or between the case-control
20 studies and the cohort studies in the talc ovarian
21 cancer literature?
22    A. I am saying that -- as I have pointed out
23 here and with also the Nurses' Health Study, I am
24 saying that there is consistency in the direction of
25 the effect that they observed, and acknowledging that

Page 267

1  these were not statistically significant findings.
2    Q. So even though the authors report that
3  there's not an association, you're claiming today that
4  the cohort studies are consistent with the
5  case-control studies in finding a association?
6    MS. PARFITT: Objection. Form.
7    THE WITNESS: I think that I have
8  answered the question already that, in terms of the
9  direction of the effect, that the Houghton study for
10 the genital powder use and as well as some of the data
11 from the Nurses' Health Study, it is consistent that
12 there -- the odds ratio is greater than 1.
13 BY MR. JAMES:
14    Q. So as long as the odds ratio, even if it's
15 statistically insignificant, exceeds 1, then you are
16 claiming that that's reflective of an association that
17 is consistent with the case-control studies?
18    MS. PARFITT: Objection. Form.
19    THE WITNESS: I am saying that there is
20 consistency in the direction of the effect.
21    If I may clarify. If you look at something
22 like alcohol use and ovarian cancer, which is a fact,
23 which overall there seems to be little association
24 between alcohol and ovarian cancer, if you look at the
25 meta-analyses from there, the overall estimate is

Page 268

1  right around 1. About half the studies have odds
2  ratios greater than 1; about half have odds ratios
3  less than 1. So in that case, I would say there is no
4  consistency.
5    I contrast it with this where, when you look
6  at the forest plots from the meta-analyses, nearly all
7  of the studies have odds ratios greater than 1.
8  BY MR. JAMES:
9    Q. And you're including in that testimony the
10 cohort studies?
11    A. Yes.
12    Q. Odds ratios that are not statistically
13 significant, in your mind, demonstrate consistency
14 by -- among study design. Is that your testimony?
15    MS. PARFITT: Objection. Form.
16    THE WITNESS: I'm sorry --
17 BY MR. JAMES:
18    Q. Your testimony here today is that the results
19 reached by the cohort studies and the case-control
20 studies are consistent. Is that your testimony?
21    A. My testimony, as I have stated repeatedly,
22 that there is a great deal of consistency in the
23 direction of the effect, that nearly all of the
24 studies report an odds ratio greater than 1. And
25 I acknowledge that not all studies are statistically

Page 269

1  significant, but I'm just saying that the direction of
2  the effect is very consistent.
3    Q. And we talked earlier today about the Berge
4  paper; correct?
5    A. Yes, we did.
6    Q. And they have performed an analysis for
7  heterogeneity on the -- by study design; right?
8    A. If I could go back to that.
9    Q. Sure.
10    A. Okay.
11    Q. Dr. Moorman, if we look at the abstract of
12 the paper, at the beginning, this is the point we
13 discussed earlier. Here, the authors say (as read):
14    "The heterogeneity of results by
15    study design detracts from a
16    causal interpretation."
17    Correct?
18    A. That is the statement that they make in their
19 abstract, yes.
20    Q. Okay. And then we looked earlier also at the
21 Figure 2; correct?
22    A. Yes, we did.
23    Q. Okay. And, again, that reflects an analysis
24 of the cohorts as compared to the case-controls;
25 correct?

68  (Pages 266 to 269)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 270

1    A. Yes.
2    Q. If you look at page 253 of the Berge article,
3    and we look at the right column, the first -- the
4    second full paragraph, the authors there state
5    (as read):
6           "The fact that the association
7           between genital talc use and risk
8           of ovarian cancer is present in
9           case-control but not in cohort
10          studies can be attributed to bias
11          in the former type of studies."
12          Do you see that?
13   A. I do see what they say.
14          I -- I think that they are not considering
15   that there is also potential bias in the cohort
16   studies.  They say "bias in the former type of
17   studies," not acknowledging the biases in the cohort
18   studies.
19          When you look at these data for the cohort
20   studies, you look at the Gonzalez study, which again,
21   I have referred to it as kind of an outlier with its
22   relative risk of .73, there are many problems with
23   that study.  They assessed exposure in the past 12
24   months.  The level of exposure is very different than
25   many of the other studies.

Page 271

1           And so part of the heterogeneity by study
2    design could be attributed to this Gonzalez study that
3    has very significant biases.
4    Q. If other experts for Plaintiffs in this MDL
5    litigation have conceded that there is not consistency
6    between the cohorts and the case-controls, then you
7    would differ with those experts; correct?
8           MS. PARFITT:  Objection.  Form.
9           THE WITNESS:  I have --
10          MS. PARFITT:  Misstates the evidence.
11          Thank you.
12          THE WITNESS:  I have answered the
13   question, I think I've answered it repeatedly, why
14   I think that the aspect of consistency is met.
15   BY MR. JAMES:
16   Q. Okay.  On dose-response -- on page 30, you
17   include discussion of dose-response in the literature.
18   A. Yes.
19   Q. And you acknowledge in your report that there
20   are inconsistencies in reported dose-response;
21   correct?
22   A. I -- what I state is (as read):
23          "While the inconsistency in
24          reported dose-response trends for
25          talc and ovarian cancer have been

Page 272

1           noted in some meta-analysis and
2           reviews, there are considerations
3           about those that should be taken
4           into account."
5    Q. Do you believe that there are inconsistencies
6    in the literature with regard to dose-response?  Yes
7    or no.
8    A. I think that, yes, that there -- that across
9    the studies, some have found a dose-response, some
10   have not.
11   Q. At the bottom of page 30, you say that
12   (as read):
13          "When considering the studies that
14          examine dose-response associations
15          considering both dose and
16          frequency to estimate the total
17          number of applications of talc,
18          the majority did find significant
19          trends of higher risk with more
20          lifetime applications of talc."
21          Do you see that, where I read that?
22   A. Yes.
23   Q. Okay.  And so for that proposition, you're
24   citing to eight studies.  If you look at the
25   footnotes, you would agree with me that that's

Page 273

1    reflective of eight studies cited; correct?
2    A. Yes.
3    Q. And you're saying that five of the eight
4    studies that have looked at dose and frequency
5    together both find significant trends; correct?
6    A. Yes.
7    Q. Among those studies that you cite for that
8    proposition that the majority of those studies reflect
9    a dose-response, you cited to the Mills study;
10   correct?
11   A. I believe so.
12          MS. PARFITT:  And, Dr. Moorman, you
13   have your binder in front of you as well if you need
14   it.
15          MR. JAMES:  Okay.  I'm going to mark
16   Mills as Exhibit 30.
17          (Exhibit No. 30 was marked for identification.)
18   BY MR. JAMES:
19   Q. I'm going to hand you two copies.
20          And, again, this is one of the papers you've
21   cited for the proposition that there's a dose-response
22   in the majority of studies that have looked at
23   frequency times duration; correct?
24   A. Okay.  Yes.
25   Q. And we're looking at Table 2 as the relevant

69 (Pages 270 to 273)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 274

1 table with the data; correct?
2    A. Yes.
3    Q. And if you look at Table 2, you go down to
4 the cumulative use category, it says "frequency times
5 duration"; correct?
6    A. Yes.
7    Q. And if I'm looking at this correctly,
8 Dr. Moorman, doesn't the data in that table reflect an
9 actual decrease in the odds ratio for the highest
10 exposure category?
11        MS. PARFITT: Objection. Form.
12        THE WITNESS: It is -- the highest
13 category, yes, does report an odds ratio of 1.06.
14 BY MR. JAMES:
15    Q. And based upon that, is it fair to say that
16 this paper reflects a dose-response when measuring
17 frequency times duration?
18    A. They looked at the -- they did a test for
19 trend, and we have a p-value of .051, so right at
20 borderline statistically significant. Some people
21 would argue that you should never use two decimal
22 points for p-values. But nonetheless, it's -- the
23 trend test was what I was referring to here, that it
24 was right at borderline statistical significance.
25    Q. And if you look at page 463 of the article,

Page 275

1 the third full paragraph down -- 463 in the left
2 column -- the authors -- this is in the authors'
3 words. They say (as read):
4        "As in other studies, the present
5        study did not find a clear
6        dose-response based on duration of
7        use or cumulative use."
8    Do you see that?
9    A. Right. And they go on to say that -- again,
10 I was basing what I said here based on their test for
11 trend, and -- and I think they do acknowledge that in
12 that category where they had relatively few exposed
13 cases, they didn't -- it was not a perfectly linear
14 association.
15    Q. So the authors are concluding that there's
16 not dose-response for cumulative use; correct?
17        MS. PARFITT: Objection.
18 BY MR. JAMES:
19    Q. Yes or no? That's what the authors conclude
20 in the text that we just read together?
21    A. I -- what we read -- yes. I'm trying --
22 let's see.
23    Yeah, I think that they are acknowledging
24 that it was not a perfect linear increase. My report
25 was basing it on the test for trend that they did.

Page 276

1    Q. And they're not just acknowledging that
2 there's not a perfect linear increase; they're saying
3 that there's no dose-response for cumulative use.
4    A. They say there is not a clear dose-response.
5 I think -- you know, again, that's what they say. My
6 conclusion here was, again, based on the test for
7 trend that they did. I don't think that it was
8 inaccurate, what I said here.
9    Q. Another paper that you cite for the majority
10 claim is the Terry 2013 paper; correct?
11    A. Yes.
12    Q. And do you know what the authors concluded in
13 that paper about dose-response for cumulative use?
14    A. May we look at that article?
15    Q. Sure. It's Exhibit 24. And if we look at
16 the abstract first together, the abstract says, the
17 second sentence from the bottom (as read):
18        "Among genital powder users, we
19        observed no significant trend in
20        risk with increasing number of
21        lifetime applications assessed in
22        quartiles."
23    Did I read that correctly?
24        MS. PARFITT: In the abstract?
25        THE WITNESS: I'm sorry, I wasn't quite

Page 277

1 there with you. Could you --
2 BY MR. JAMES:
3    Q. Understood. No worries.
4    A. Okay.
5    Q. So second sentence from the bottom of the
6 abstract, the author's conclusions on dose-response
7 are as follows (as read):
8        "Among genital powder users, we
9        observed no significant trend in
10        risk with increasing number of
11        lifetime applications assessed in
12        quartiles."
13    A. That's what they describe, and --
14    Q. I just asked, is that -- did I read that
15 correctly?
16    A. You did read that correctly.
17    Q. So the authors of the paper that you've cited
18 as one of the five papers that finds dose-response by
19 measuring lifetime of cumulative use says the exact
20 opposite; correct?
21        MS. PARFITT: Objection.
22        THE WITNESS: If I may take just a
23 moment. I want to find the part of this paper that
24 supported the statement that I made in my report.
25        MR. JAMES: Sure. Let's go off the

70 (Pages 274 to 277)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 278

1    record.
2           THE VIDEOGRAPHER:  Going off record at
3    5:14 p.m.
4              (Off the record.)
5           THE VIDEOGRAPHER:  Back on record at
6    5:15 p.m.
7           THE WITNESS:  Okay.  On page 817, it
8    reads (as read):
9           "Although a significant increase
10          in risk with an increasing number
11          of genital powder applications was
12          found for non-mucinous epithelial
13          ovarian cancer when non-users were
14          included in the analysis."
15       And it then goes on (as read):
16          "Note trend in cumulative use was
17          evident in analyses restricted to
18          ever-users of genital powders."
19       And so, again, my -- the statement that
20   I had here, "a significant trend with increasing
21   number of genital powder applications," they make the
22   distinction of looking at the trend when you include
23   non-users, and that's a pretty standard thing to do in
24   epidemiology.  It's -- you look -- can look as
25   non-users as your reference group and then assess a

Page 279

1    trend.
2           I know what they say here, but I -- but
3    I think that what I stated in my report is accurate,
4    that they did find that a significant trend.  So
5    I don't think that I'm misstating what -- the data in
6    the paper.
7    BY MR. JAMES:
8       Q.  So the results that are reported by the
9    authors in the abstract you disagree with; correct?
10          MS. PARFITT:  Objection.  Form.
11   BY MR. JAMES:
12      Q.  The statements in the abstract pertaining to
13   dose-response, do you disagree with those statements?
14      A.  What they say is "among genital powder
15   users."  And so the statement that they make is
16   accurate, but I think that they are citing data
17   that -- it's one way to look at the data, but I think
18   that considering the non-users in their test for trend
19   is also a very well-accepted way to do that, to do a
20   test for trend.
21          And so I think that both -- they reported
22   one aspect of their analysis, and I reported what
23   I think accurately reflects another aspect of their
24   analysis.
25      Q.  Okay.  I am getting close to the end of my

Page 280

1    questions, Dr. Moorman.
2           MR. JAMES:  Michelle, is it fine if
3    I have some time to review my notes while the others
4    are asking questions and then come back?
5           MS. PARFITT:  Sure.
6           MR. JAMES:  Is that okay with you?
7           MS. PARFITT:  That's fine.  Sure.
8           MS. FOSTER:  Can we go off and I'll
9    switch.
10          THE VIDEOGRAPHER:  Going off the record
11   at 5:18 p.m.
12             (Off the record.)
13          THE VIDEOGRAPHER:  Back on record at
14   5:20 p.m.
15      CROSS-EXAMINATION BY COUNSEL FOR THE DEFENDANT
16             IMERYS TALC AMERICA, INC.
17   BY MS. FOSTER:
18      Q.  Good evening, Dr. Moorman.  We met a long
19   time ago this morning.  My name is Jennifer Foster.
20   I represent one of the Defendants in this action,
21   Imerys Talc America, Inc.  Do you understand that?
22      A.  Yes, I do.
23      Q.  And before you got involved in this
24   litigation, did you know who Imerys Talc America, Inc.
25   was?

Page 281

1       A.  No, I did not.
2       Q.  Had you ever heard of them before?
3       A.  No.
4       Q.  And do you have an understanding of who they
5    are now that you've become involved in the litigation?
6       A.  I do.
7       Q.  And do you understand that Imerys mines and
8    supplies talc to Johnson & Johnson for use in some of
9    its talcum powder products?
10      A.  That is my understanding, yes.
11      Q.  Do you understand that Imerys does not sell
12   talcum powder products directly to consumers?
13      A.  That was my understanding, yes.
14      Q.  And based on some testimony earlier today
15   about the basis of your opinions being grounded in
16   epidemiology studies about talcum powder products, am
17   I correct that you wouldn't have any personal
18   knowledge with respect to the composition of the talc
19   that Imerys mines and supplies to Johnson & Johnson?
20          MS. PARFITT:  Objection.
21          THE WITNESS:  No, I would not have that
22   personal knowledge.
23   BY MS. FOSTER:
24      Q.  And you have no opinions about any talc
25   mining practices that Imerys employs; correct?

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 282

1   A. I know nothing about their mining practices.
2       Q. And you have no opinions about Imerys's
3   compliance with any applicable standards or
4   specifications regarding the mining of talc; correct?
5       A. I do not know anything about that.
6       Q. And I'm going to be hopping around a lot
7   because Mr. James covered a lot of ground, so just
8   bear with me.  If I go somewhere and you don't know
9   what I'm talking about, please just tell me you don't
10  know what I'm talking about --
11      A. Okay.
12      Q. -- and I'll rephrase so that we can get on
13  the same page.
14          One of the first things you talked about
15  this morning when you were talking to Mr. James is
16  that you have entered a period I think you called
17  preretirement transition.  Do I have that right?
18      A. Yes.
19      Q. Okay.  And do you have a retirement date in
20  mind?
21      A. That's still somewhat being discussed with my
22  husband.
23      Q. Okay.  So you don't have a set "I'm going to
24  retire in a year," for example?
25      A. The exact date is not defined yet.

Page 283

1       Q. And when you do retire, are you still going
2   to have any involvement with what you've defined as
3   the AACES study, the African American Cancer
4   Epidemiology Study?
5       A. That is still to be determined as well.
6       Q. And am I correct that that study is still
7   ongoing?
8       A. The funding for that study ended -- I think
9   it was 2015/2016.  I don't recall the exact date.  And
10  so we have not collected any data for that study since
11  that time.
12          We have continued to do analysis of data
13  that you have collected, and we are also trying to
14  secure funding to continue data collection with that
15  study.
16      Q. That was going to be my question.  Who have
17  you made that request to for additional funding?
18      A. The grant application was submitted to
19  National Cancer Institute.
20      Q. And that's who funded the original research;
21  correct?
22      A. That is correct.
23      Q. And you also mentioned a publication that is
24  in draft form regarding something called the OCWAA
25  Consortium; is that correct?

Page 284

1       A. Yes, that is.
2       Q. And is that a study that's designed to
3   collect new data from study participants, or is that
4   going to be an evaluation of data that you already
5   have collected from other studies?
6       A. It is a consortium that is planning to
7   analyze data that have already been collected.  It
8   involves -- I believe it is a total of seven studies;
9   some case-control, some cohort studies.
10      Q. And -- were you finished?  I'm sorry.
11      A. Go ahead.
12      Q. And how were the studies selected to be
13  included in that consortium?
14      A. It was -- the purpose of that was to try to
15  put more data together, especially related to women of
16  African ancestry.  So they're all US studies, so
17  African American.  Recognizing that the AACES study,
18  with about 600 cases, we still have some issues with
19  statistical power.  So we contacted -- Dr. Schildkraut
20  is the PI on this study as well.
21          And so studies that had a reasonable number
22  of African American study participants, they were
23  contacted to see if they were interested in
24  participating in such a study.
25          And so it includes studies such as the Black

Page 285

1   Women's Health Study Cohort, that's out of Boston
2   University; the Multiethnic Cohort, which is out of
3   California; the Southern Community Cohort Study; the
4   Women's Health Initiative; as well as a Los Angeles
5   case-control study and a case-control study out of
6   Chicago, in addition to the AACES study.
7           I think that that's most of them.
8       Q. Okay.  Are you involved in any current
9   research where the intent is to collect new data for
10  evaluation of risk factors for ovarian cancer?
11      A. Other than what I described to you, that we
12  hope to -- that we are applying for funding to
13  continue the AACES study, I'm not currently doing any
14  data collection related to ovarian cancers.
15      Q. Are the coauthors and coinvestigators that
16  you worked with on the AACES and the North Carolina
17  Ovarian Cancer Study aware of your involvement in the
18  talcum powder litigation?
19      A. Some of them are.  I -- you know, as --
20  I have disclosed it on one publication, and if they've
21  read it, they are aware.  I've discussed it with some
22  of them but not all of them.  You know, I haven't had
23  a conversation, per se, with all of them.
24      Q. And you mentioned earlier, with respect to
25  some of the new publications that are in draft form

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 286

1   that are currently in the peer review process, that
2   they have talc as a -- as a confounding factor under
3   investigation; correct?
4       A. I think -- I'm going to reread your --
5       Q. I can rephrase it.
6          I think when you were talking earlier about
7   the studies that you have in draft, the question was
8   whether or not you had any publications that you,
9   know, mentioned talc. And I thought your testimony
10  was that talc was listed as a possible confounding
11  factor in some of the studies that were in draft form.
12  Is that correct?
13      A. Right. I mentioned that specifically in
14  relation to the infertility and ovarian cancer paper
15  that is in draft form, it's -- talc is considered as a
16  confounder there.
17         In regard to the description of the OCWAA
18  study, that paper, we are listing it as one of the
19  factors that we are likely to evaluate as a risk
20  factor for ovarian cancer.
21      Q. Okay. And my question is have you ever
22  included asbestos as a risk factor under investigation
23  in your epidemiology studies?
24      A. If I am not mistaken, I think that we had a
25  question on the AACES questionnaire that we asked if

Page 287

1   women had ever been -- ever had a job where they were
2   exposed to asbestos, and I don't know that we have
3   analyzed that data yet.
4       Q. Okay. And you had some discussion with
5   Mr. James earlier today about different types of
6   terminology that might be used to describe
7   associations in the epidemiology literature.
8          Do you recall that?
9       A. Yes.
10      Q. And you were talking about weak associations,
11  modest associations, strong associations. Do you
12  remember that general discussion?
13      A. Yes.
14      Q. Now, as an epidemiologist, how would you
15  define a weak positive association?
16      A. As we have said before, there is no absolute
17  cut-point what's a weak association, what's a modest,
18  what's a moderate association. I -- I can't put a
19  number on that. I don't think any epidemiologist
20  could.
21      Q. In papers that you've authored that have used
22  the words "weak positive association," what do the
23  authors mean by that?
24         MS. PARFITT: Objection. Form.
25         THE WITNESS: I'm -- I'm not -- if --

Page 288

1   did you have a particular paper in -- in mind?
2   BY MS. FOSTER:
3       Q. Not with 20 minutes left, no.
4       A. I'm sorry. I just -- you know, you're asking
5   me what did they mean, and I'm not even sure which
6   paper might have described something as a weak
7   positive association, and I'm not sure who would have
8   used that terminology or what was going through their
9   mind when they chose those words.
10      Q. I assume there are standard epidemiology
11  textbooks that you use in your field; correct?
12      A. Yes.
13      Q. Okay. And what are some of your go-to
14  epidemiology textbooks?
15      A. Let's see. Ken Rothman's Modern Epidemiology
16  is -- different editions of it have been around since
17  I was in school 30 years ago. I still refer to that.
18         When I have taught the physician assistant
19  students, the textbook that we use, which is a little
20  bit lower-level textbook, was going to us. Those are
21  probably my go-to ones.
22      Q. Okay. Do any of the standard epidemiology
23  textbooks use terms like "weak," "modest," "strong,"
24  to describe associations?
25      A. I -- I imagine that in the textbooks, they

Page 289

1   might use that. But the point that I have been trying
2   to make is that there is no numerical value to go
3   along with those descriptors.
4       Q. All right. Switching topics, I want to talk
5   a little bit about some of the things that you
6   reviewed before you came and gave your deposition
7   today.
8          Now, you confirmed earlier that you reviewed
9   the reports of some of the other Plaintiffs' experts
10  in this case; correct?
11      A. Yes.
12      Q. And you reviewed those all between the time
13  that you finished your report and when you came here
14  to testify; correct?
15      A. That is correct.
16      Q. And those were all provided to you by
17  Plaintiffs' counsel; correct?
18      A. That is correct.
19      Q. And how did you choose which of the 22 expert
20  reports that you were going to sit down and read?
21      A. I knew which of the ones that were more of
22  the epidemiology-focused ones. And because that is my
23  area of expertise, those were the ones that I went to
24  first.
25         Also, some of it was, you know, some of the

73 (Pages 286 to 289)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 290

1   names that I recognized:  David Kessler, former chair
2   of the -- former head of the FDA; Daniel
3   Clarke-Pearson, who is a gynecologic oncologist who
4   was formerly at Duke.  He's now at UNC.
5       Q.  Do you know Dr. Clarke-Pearson?
6       A.  Only by reputation.
7       Q.  You haven't talked to him about your opinions
8   in this litigation?
9       A.  No, I have not.
10      Q.  And you haven't talked to any other
11  Plaintiffs' expert about your opinions in this
12  litigation?
13      A.  No, I have not.
14      Q.  In reviewing those reports, did you work
15  under the assumption that the authors of those reports
16  had employed generally accepted methodologies in
17  forming their conclusions?
18      A.  I -- I assumed that they had.  You know, some
19  of the experts, they are names that I know, even if
20  I don't know the individual personally.  You knows,
21  Dr. Siemiatycki, Dr. McTiernan, these are very
22  well-known epidemiologists.  And so my assumption is
23  that they use generally accepted methodologies.
24      Q.  I noticed on the
25  additional-materials-provided list -- I think it was

Page 291

1   marked as Exhibit 8 earlier.  It's a document that
2   I believe you said counsel had prepared, and it has
3   the expert reports on it.  It also has a couple of
4   deposition transcripts on it from Dr. Plunkett and
5   Dr. Singh.
6           Did you review either of those before you
7   came and testified today?
8       A.  Dr. Plunkett and Dr. Singh, S-I-N-G-H?
9       Q.  Yes.
10      A.  I don't believe that I read Dr. Plunkett's
11  deposition.  I did read a fair bit of Dr. Singh's
12  deposition.
13      Q.  When did you do that?
14      A.  Probably a week or so ago.
15      Q.  Do you have any intention of reading the rest
16  of the reports that Plaintiffs' counsel sent to you
17  after you're closed here today?
18      A.  I think that it is possible that I will read
19  some of them, time permitting.
20      Q.  You testified about a literature search that
21  you conducted on talcum powder and ovarian cancer.
22          When did you first conduct that search?
23      A.  I believe that probably the first time I did
24  that search was not long after I was contacted about
25  possible involvement in this.  So probably summer of

Page 292

1   2016, and then updated it to make sure that my report
2   reflected the current literature.
3       Q.  Did you do any kind of Bradford Hill analysis
4   of the claimed association between talcum powder usage
5   and ovarian cancer before you were retained as an
6   expert in the talcum powder litigation?
7       A.  Doing -- considering the talcum powder -- or
8   considering the Bradford Hill criteria, this is
9   something that we do in our work all the time.  It's
10  probably not as formalized as what was done here.
11          As you're aware, I was a coauthor, but I was
12  not the lead author on the AACES study of talc and
13  ovarian cancer.  And in regard to the North Carolina
14  Ovarian Cancer Study, that was not the major focus of
15  the -- those papers that reported on talc and -- that
16  reported on talc as a risk factor.
17          So have I done the Bradford Hill criteria?
18  Certainly not in the detail that I have done for the
19  report that I prepared.
20      Q.  And when you were -- when Mr. James asked you
21  about the NCI PDQ -- and you all looked at that as an
22  exhibit to the deposition.
23          Do you recall that earlier today?
24      A.  Yes, I do.
25      Q.  And one of the things that you mentioned is

Page 293

1   you see some kind of inconsistency in the way that NCI
2   evaluates data as to whether there is adequate
3   evidence of association or inadequate evidence of
4   association and specifically used the example of the
5   way that they evaluated the breastfeeding data.
6           Do you remember that?
7       A.  Right.  What I -- I think the point that
8   I was trying to make when I was asked about that is
9   that the NCI PDQ, they do not describe their
10  methodology.  So we're kind of left at what method did
11  they use to evaluate the data?  Did they do a complete
12  systematic review, or was it -- was it something less
13  than a complete systematic review?
14          And my point is that, from the information
15  provided, we don't know what methods they used.
16      Q.  Have you ever tried to communicate with any
17  of the editorial board members who write the NCI PDQ?
18      A.  No, I have not.
19      Q.  And you haven't submitted your report to
20  IARC; correct?
21      A.  My --
22      Q.  Your expert report.  You haven't submitted a
23  copy of your expert report to IARC for their
24  consideration; correct?
25      A.  No, I have not.

Golkow Litigation Services - 1.877.370.DEPS

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 294

1      Q.  Being conscious of the fact that we have
2   limited time left, I'm going to -- okay.  One last
3   question.
4           In terms of the expert report that you
5   provided in the MDL litigation that we've been talking
6   about all day today, are all of the opinions that you
7   intend to give in this litigation contained within
8   that report?
9      A.  I believe they are, yes.
10          MS. FOSTER:  I don't have anything else
11   for you.  So I'm going to pass you on to my colleague
12   here.  Thank you very much.
13          THE WITNESS:  Okay.
14   CROSS-EXAMINATION BY COUNSEL FOR THE DEFENDANTS
15          PERSONAL CARE PRODUCTS COUNCIL
16   BY MS. APPEL:
17      Q.  Hi, Dr. Moorman.  You can you hear me okay?
18      A.  I can, yes.
19      Q.  And just as a reminder from this morning,
20   I am Renée Appel, and I represent Personal Care
21   Products Council.  And I just have a handful of
22   questions to follow up on.
23          When did you first form your opinion in your
24   expert report that talcum powder products can cause
25   ovarian cancer?

Page 295

1      A.  I think that we have talked about this, that
2   the literature on talc and ovarian cancer has been
3   accruing since 1982, and to say at what point I formed
4   my opinion that it causes ovarian cancer, I can't
5   pinpoint that date.
6           I can say that I have considered talc as a
7   risk factor for ovarian cancer for quite some time.
8   Just over my career, it just seems like it has been an
9   accumulating volume of evidence.
10      Q.  Did you hold that opinion before you were
11   retained as an expert in the talc litigation dating
12   back to the Ingham case?
13      A.  I think that, yes, I did.
14      Q.  But, sitting here today, you can't recall a
15   specific year or point in time in which you formed
16   that opinion?
17          MS. PARFITT:  Objection.
18          THE WITNESS:  I think that I've
19   answered that.  I can't pinpoint at what point that
20   I concluded it was a risk factor for ovarian cancer.
21   It's been something that I've considered a risk factor
22   for ovarian cancer for quite -- quite a number of
23   years.
24   BY MS. APPEL:
25      Q.  And when you refer to "it," Doctor, are you

Page 296

1   referring to talcum powder products?
2      A.  Yes, because all of the literature is -- the
3   epidemiologic literature is based on talcum powder
4   products, whatever the women reported that they used.
5      Q.  So is it correct, Dr. Moorman, that you had
6   not formed an opinion as to whether pure talc is a
7   risk factor for forming ovarian cancer?
8          MS. PARFITT:  Objection.
9          THE WITNESS:  Again, my opinion is
10   based on the product that women have used, and my
11   understanding is that all of the products, they have
12   other constituents in them.  So they may contain, you
13   know, as we have discussed previously, fragrances, for
14   example.  We have also talked about that there are
15   other -- there's evidence to suggest other
16   constituents, such as asbestos or possibly heavy
17   metals.
18   BY MS. APPEL:
19      Q.  And as to those constituents, would you defer
20   to other experts to opine on them, based on the
21   examples you just provided, fragrances or heavy
22   metals?
23          MS. PARFITT:  Objection.  Form.
24          THE WITNESS:  You're asking me defer to
25   other estimates to opine on them in what sense?  Opine

Page 297

1   on them in what sense?
2   BY MS. APPEL:
3      Q.  Sure.  Would you defer to other experts to
4   opine on whether those particular constituents in
5   isolation are a risk factor for ovarian cancer?
6          MS. PARFITT:  Objection.  Form.  Asked
7   and answered.
8          THE WITNESS:  Okay.  Those particular
9   constituents in isolation are a risk factor for
10   ovarian cancer.
11          I think that we have discussed this
12   previously today, that what is the evidence about, for
13   example, the heavy metals in isolation in ovarian
14   cancer and limited to -- limited epidemiologic data in
15   that regard.
16          So I don't know that I'm deferring to other
17   experts, but, as I phrased it earlier today, I --
18   the -- whether or not these substances are in talc
19   products, it adds to the biologic plausibility, but
20   the epidemiologic data is based on the talc products.
21   That's what the women were exposed to.
22   BY MS. APPEL:
23      Q.  Okay.  So in forming your opinion, you are
24   assuming that those constituents that you've
25   mentioned -- heavy metals, asbestos -- that they are

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 298

1    in the talc powder product that you've rendered an
2    opinion about today?
3              MS. PARFITT: Objection. Misstates her
4    earlier opinions.
5         You might want to read that.
6              THE WITNESS: I -- I am not making,
7    really, any assumptions that these are in the
8    products. My -- you know, my focus on the
9    epidemiologic data is based on the use of the talc
10   products, whatever is contained in them.
11   BY MS. APPEL:
12        Q. In your report on page 30, you've indicated
13   that -- second paragraph, I'm reading from. And I'll
14   give you a moment to turn to it. (As read:)
15             "For an association like talc and
16             ovarian cancer, the dose that is
17             most relevant is the amount of
18             talc that actually reaches the
19             fallopian tubes and ovaries."
20        Did I read that correctly?
21        A. Yes, you did.
22        Q. There is, in fact, though, no dose that has
23   been determined that actually reaches the fallopian
24   tubes and the ovaries in any of the studies that
25   you've relied upon; correct?

Page 299

1              MS. PARFITT: Objection. Form.
2              THE WITNESS: Let's see.
3    BY MS. APPEL:
4         Q. I can rephrase if you don't understand.
5         A. If you wouldn't mind, please.
6         Q. Absolutely.
7         In the studies that you've relied upon in
8    forming your opinion, none of those studies have
9    determined a particular dose of talc that actually
10   reaches the fallopian tubes and ovaries; correct?
11             MS. PARFITT: Objection.
12             THE WITNESS: Okay. So if we are
13   talking about the epidemiologic studies, there -- no,
14   of course, they did not measure what dose of talc
15   reached the ovaries and fallopian tubes. That would
16   not be feasible to do for -- reflecting the many, many
17   years of use, and also it would be completely
18   unfeasible to do something like that in an
19   epidemiologic study.
20   BY MS. APPEL:
21        Q. But you maintain the opinion that a
22   determination of that amount -- the amount being what
23   talc reaches the fallopian tubes and ovaries -- is
24   important to making a determination about an
25   association between talc and ovarian cancer; correct?

Page 300

1              MS. PARFITT: Objection. Form.
2              THE WITNESS: I think that the sentence
3    that followed the one that you're reading is that, for
4    all the pragmatic reasons, we rely on the measures of
5    external application as a surrogate of the level of
6    exposure. There's no way that we could measure what
7    dose of talc reached the ovaries or the fallopian
8    tubes for something that women might have applied over
9    20, 30, 40 years of their lives.
10   BY MS. APPEL:
11        Q. Earlier today, you had discussed the
12   hierarchy of scientific evidence.
13        Do you recall that discussion?
14        A. I don't think that I used that terminology,
15   but I think that -- in talking about the
16   meta-analyses, yes. Yes.
17        Q. In terms of that hierarchy, that you
18   understand that I'm referring to based on that prior
19   discussion, where do cohort studies fall in comparison
20   to case-control studies?
21             MS. PARFITT: Objection. Asked and
22   answered.
23             THE WITNESS: Okay. If you have a
24   cohort study that was able to determine exposure
25   completely and accurately, and follow women for a

Page 301

1    sufficient period of time, I think most people would
2    consider that a -- generally a stronger design than a
3    case-control study.
4         But, as I have indicated in my report, you
5    can't rely just on what is the stronger study design,
6    in general. You look -- have to look at the strengths
7    and limitations of the individual studies.
8         Cohort studies have some strengths; they
9    have some notable weaknesses. And I've described
10   those weaknesses several times over the course of
11   today. And I also acknowledge that case-control
12   studies have some weaknesses, but they also have
13   noticeable strengths too.
14   BY MS. APPEL:
15        Q. Is it accurate, Dr. Moorman, that when you
16   were previously discussing meta-analyses and where
17   that falls on the hierarchy, you were envisioning a
18   pyramid graphic? Is that correct?
19        A. I have -- yes, I have seen graphics that
20   depict it like that.
21        Q. And in those particular graphics, where is
22   cohort studies listed in comparison to case-control
23   studies?
24             MS. PARFITT: Objection.
25             THE WITNESS: As I have said, that in

76 (Pages 298 to 301)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 302

1    that pyramid, it is -- typically, the cohort study is
2    ranked as a stronger study design. But, again, I
3    cannot emphasize strongly enough that you have to
4    consider strengths and weaknesses of individual.
5    BY MS. APPEL:
6        Q. And, Dr. Moorman, have you considered
7    publishing your expert report or the findings that you
8    arrived at in your expert report?
9        A. I have considered it. I have not actually
10   done anything to translate it into a manuscript.
11       MS. APPEL: Okay. Thank you,
12   Dr. Moorman. That concludes my questions.
13       THE WITNESS: Okay.
14       MR. JAMES: I think there's about eight
15   minutes. Off the record.
16       THE VIDEOGRAPHER: Going off the record
17   at 5:50 p.m.
18       (Discussion off the record.)
19       THE VIDEOGRAPHER: Back on record at
20   5:51 p.m.
21       FURTHER EXAMINATION BY COUNSEL FOR THE
22   JOHNSON & JOHNSON DEFENDANTS
23   BY MR. JAMES:
24       Q. Dr. Moorman, in regard to your general cause
25   opinion, do you hold the opinion that the evidence is

Page 303

1    sufficient to support a general cause opinion for all
2    subtypes of ovarian cancer or do you distinguish among
3    the subtypes?
4        A. Okay. The majority of the studies looked at
5    epithelial ovarian cancer as a whole. Some of the
6    studies did look at subtypes. As we are aware, the
7    serous subtype is the vast majority, probably about
8    60 -- maybe "vast majority" is overstating it. But
9    serous subtypes are roughly 60 percent of ovarian
10   cancer cases. And so the studies that looked at the
11   subtypes tended to focus on that.
12       The other subtypes -- the mucinous, the
13   clear cell, and the other subtypes -- they are a much
14   smaller percentage of epithelial ovarian cancer. And
15   so there's really not adequate data to make a
16   conclusion about these subtypes.
17       Q. With regard to inhalation, which you touch
18   upon in your report, do you hold the opinion that
19   inhalation of talcum powder products can cause ovarian
20   cancer?
21       A. I have stated that that is a possible route
22   of exposure to the ovaries. The epidemiologic studies
23   have not specifically addressed the risk associated
24   with inhalation only of talcum powder products.
25       Q. So is there evidence upon which you believe

Page 304

1    is sufficient to conclude that inhaled talcum powder
2    can cause ovarian cancer?
3        A. I do not think that there are epidemiologic
4    studies that have actually looked at inhaled talcum
5    powder in relation to ovarian cancer.
6        Q. And so is your answer that -- let me just ask
7    this again.
8        Do you believe there's sufficient evidence
9    upon which you can conclude that inhaled talc powder
10   causes ovarian cancer?
11       MS. PARFITT: Objection.
12       THE WITNESS: I think that I answered
13   that when I said that I don't think that there are
14   epidemiologic studies that have looked at that. So
15   I can't say that there is sufficient evidence.
16   BY MR. JAMES:
17       Q. Dr. Moorman, are you generally aware that, in
18   the African-American population, there is a lower
19   incidence of ovarian cancer?
20       A. Yes.
21       Q. And you have -- have you also seen in the
22   literature that there is at least some discussion in
23   the literature that the prevalence of talcum powder
24   used in the African-American populations may be
25   higher?

Page 305

1        A. Yes.
2        Q. If both of those things are true, can you
3    provide us an explanation as to why -- why that would
4    be the case?
5        A. There are many causes of ovarian cancer. And
6    some of the risk factors are more common in
7    African-American women; some are less common.
8        So when you consider the whole spectrum of
9    risk factors, you know, breastfeeding, pregnancy, oral
10   contraceptive use, to pinpoint one factor like talc
11   that is used more frequently in African Americans and
12   then say that that conflicts with the lower incidence
13   of ovarian cancer that we see in African-American
14   women, it doesn't take into account the full spectrum
15   of risk factors.
16       Q. With regard to the Health Canada assessment
17   that we discussed much earlier today, do you
18   understand that that assessment is in draft form
19   currently?
20       MS. PARFITT: Objection.
21       THE WITNESS: My understanding is that
22   the scientific assessment they did is complete and
23   that they are -- that there is a period of comment
24   that -- so, I'm sorry, I want to make sure...
25

77 (Pages 302 to 305)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 306

1  BY MR. JAMES:
2      Q.  Do you understand that right now that
3  assessment is currently in the process of a comment
4  period?
5          MS. PARFITT:  Objection.  Form.
6          THE WITNESS:  My understanding is the
7  assessment of the risk that they did, that is
8  complete, and then they are assessing -- or it is in a
9  comment period.  And I think that, you know,
10 potentially, if there were some serious concerns
11 raised, they might revisit the risk assessment that
12 they did.  But my understanding is what they published
13 is their -- that they felt like the risk assessment
14 was complete.
15 BY MR. JAMES:
16     Q.  And to be very quick here, I understand that
17 one of the materials provided to you in the additional
18 materials list was the Taher paper; correct?
19     A.  Yes.
20     Q.  And do you understand that the Taher paper is
21 one of the items discussed in the Health Canada
22 assessment?
23     A.  Yes.
24     Q.  And do you understand the Taher paper's
25 conclusion is consistent with the IARC's conclusion of

Page 307

1  possible cause?
2          MS. PARFITT:  Objection.  Form.
3  Misstates the evidence.
4          THE WITNESS:  If you have the Taher
5  paper -- again, just recalling exactly what they
6  stated, I -- too many papers to remember all the
7  detail.
8  BY MR. JAMES:
9      Q.  When is the last time you reviewed the Taher
10 paper?
11     A.  I would say probably a week or two ago.
12         MR. JAMES:  So if Michelle doesn't cut
13 me off, I will hand you a copy of it.  I'm going to
14 mark it as Exhibit 31.
15     (Exhibit No. 31 was marked for identification.)
16 BY MR. JAMES:
17     Q.  I'll hand you two copies.
18         Okay.  And, Dr. Moorman, again, because I'm
19 running out of time, I'll direct you to the precise
20 portion of the article that founds my question.  It's
21 on page 49, and it's in the conclusion section of the
22 paper.
23         And you see in the last sentence -- in the
24 last sentence, they report that the data indicates
25 "possible cause of ovarian cancer"?

Page 308

1      A.  Yes, I --
2          MS. PARFITT:  Is the question is that
3  what it says?
4  BY MR. JAMES:
5      Q.  That is the question.
6          We had a discussion earlier today about
7  possible cause; correct?
8      A.  Yes.
9          MS. PARFITT:  Objection.
10 BY MR. JAMES:
11     Q.  And, Dr. Moorman, with respect to the
12 Bradford Hill analysis --
13         MS. PARFITT:  Can we stop for a minute?
14     Are you going to tell us when we're off and
15 when we're done?
16         THE VIDEOGRAPHER:  Just one minute.
17         MS. PARFITT:  Thank you.  Oh, that's
18 good.
19 BY MR. JAMES:
20     Q.  With respect to your Bradford Hill
21 analysis -- and this should be my last question --
22     A.  Okay.
23     Q.  -- you will agree with me that in order to
24 reach a causal conclusion, you must rely on items
25 other than the cohorts, case controls, and

Page 309

1  meta-analyses of the epidemiologic literature;
2  correct?
3          MS. PARFITT:  Objection.  Form.
4          THE WITNESS:  The -- some of the
5  Bradford Hill aspects which I think I discussed in my
6  report were the biological plausibility, and so I did
7  rely on literature other than the epidemiologic
8  literature.
9  BY MR. JAMES:
10     Q.  And those are necessary as part of your
11 methodology to reach a causal conclusion; correct?
12         MS. PARFITT:  Objection.  Form.
13         THE WITNESS:  They are a consideration.
14 When you do a Bradford Hill analysis, of course you
15 take into account the biological plausibility and the
16 data that may come from cancer biology studies, animal
17 studies, and so on.  So yes, it should be considered.
18         MR. JAMES:  Okay.  Dr. Moorman, thank
19 you for your time.
20         THE WITNESS:  Okay.
21         MS. PARFITT:  Can we go off the record,
22 please.
23         THE VIDEOGRAPHER:  Going off the record
24 at 6:01 p.m.
25     (Recess taken from 6:01 p.m. to 6:14 p.m.)

78 (Pages 306 to 309)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 310

1    THE VIDEOGRAPHER: Back on record at
2  6:15 p.m.
3    CROSS-EXAMINATION BY COUNSEL FOR THE PLAINTIFF
4  BY MS. PARFITT:
5    Q. Dr. Moorman, good evening.
6    A. Good evening.
7    Q. I just have a few questions to follow up with
8  counsel for J&J and then for PCPC.
9    Dr. Moorman, you were asked not too long ago
10  by Mr. James a question with regard to your general
11  causation opinions as they relate to does talc -- do
12  talcum powder products cause ovarian cancer.
13    Do you remember that discussion?
14    A. Yes, I do.
15    Q. All right. And I believe the question dealt
16  with subtypes of epithelial ovarian cancer.
17    Do you remember that?
18    A. Yes.
19    Q. All right. And I believe your testimony was
20  that there's really not adequate data to make a
21  conclusion about the subtypes.
22    Did you mean, when you said that, that
23  there's not adequate data to make a conclusion about
24  these other subtypes, that that was because the
25  non-serous subtypes were relatively rare?

Page 311

1    A. Yes, but the bulk of the literature is
2  addressing epithelial ovarian cancer, which includes
3  all of the subtypes.
4    Q. All right. So that the ladies and gentlemen
5  are clear as to what your opinion is, is it your
6  opinion that talcum powder products can cause -- or
7  exposure -- let me strike that.
8    Is it your opinion that exposure to talcum
9  powder products can cause ovarian cancer? Is that
10  your opinion?
11    A. That is my opinion.
12    Q. All right. And does that include all types
13  of epithelial ovarian cancer?
14    A. That -- yes. The data are based -- are
15  largely based on all types of epithelial ovarian
16  cancer. Yes.
17    Q. You were questioned a little earlier, and
18  briefly, about the Health Canada assessment. Do you
19  recall those discussions?
20    A. Yes.
21    Q. Okay. And have you had an opportunity to
22  review the recommendations of Health Canada?
23    A. I have, yes.
24    Q. All right. Based upon your review of the
25  Health Canada assessment, what is your understanding

Page 312

1  of the opinion of Health Canada vis-à-vis exposure to
2  talcum powder products and ovarian cancer?
3    A. My -- my understanding is that Health Canada
4  indicated that talcum powder products can cause
5  ovarian cancer.
6    Q. Mr. James showed you a study, the Taher
7  study.
8    A. Yes.
9    Q. And you had an opportunity to review the
10  Taher study as well; correct?
11    A. Yes.
12    Q. Is the Taher study a -- one of the pieces of
13  evidence that you looked at in your review of the
14  Health Canada assessment?
15    A. One of -- it's one of the pieces of evidence,
16  but not the sole body of evidence that they
17  considered.
18    Q. Okay. And is the Taher study also considered
19  a meta-analysis?
20    A. Yes.
21    Q. Okay. For purposes of rendering your
22  opinions in this case, that talcum powder products can
23  cause ovarian cancer, you have shared with the ladies
24  and gentlemen of the jury that you have reviewed
25  multiple meta-analyses; correct?

Page 313

1    A. That is correct.
2    Q. And I believe you spent time today talking
3  with us with regard to the various meta-analyses that
4  you've looked at, examined, and assessed; correct?
5    A. That is correct.
6    Q. Okay. Based upon the totality of the
7  meta-analyses that you have reviewed, what is your
8  opinion with regard to whether or not they demonstrate
9  that talcum powder products can cause ovarian cancer?
10    A. I think that the meta-analyses show
11  consistent conclusions of a 25 to 30 percent increased
12  risk for ovarian cancer; and that coupled with the
13  other criteria that I considered -- the biological
14  plausibility and the various other Bradford Hill
15  criteria -- that I came to the conclusion that talc is
16  a cause of ovarian cancer.
17    Q. Dr. Moorman, is it fair to say that the
18  method -- method of review and your methodology and
19  the analysis that you performed, for purposes of the
20  preparation of your report and the opinions that you
21  shared today, is the type of methodology and the type
22  of process that is generally accepted in your
23  scientific community of epidemiologists?
24    MS. FOSTER: Objection to form.
25    THE WITNESS: I think that the methods

79 (Pages 310 to 313)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 314

1  that I used are what I do routinely in my work as an
2  epidemiologist and that is routinely done when we
3  conduct systematic reviews.
4  BY MS. PARFITT:
5      Q. You were questioned numerous times today with
6  regard to the IARC review of talcum powder products
7  and ovarian cancer. Do you recall those discussions?
8      A. Yes, I do.
9      Q. The IARC committee put out a monograph in
10  2010. Is that your understanding?
11     A. That is my understanding, yes.
12     Q. Do you have any knowledge as to when the IARC
13  committee met to make their findings as it pertained
14  to the role of talcum powder products in ovarian
15  cancer?
16     A. I don't recall the exact date, but I believe
17  that it was quite a bit earlier than that. I'm not
18  sure of the exact date.
19     Q. Okay. But it preceded the monograph that
20  came out in 2010?
21     A. Yes.
22         MS. PARFITT: Dr. Moorman, I have no
23  further questions. Thank you very much. I appreciate
24  it. A long day.
25         MR. JAMES: Dr. Moorman, just a handful

Page 315

1  more questions. Okay?
2         THE VIDEOGRAPHER: Mr. James.
3         MR. JAMES: Oh, of course.
4      Can we go off just for one second?
5      How long did Ms. Parfitt go?
6         THE VIDEOGRAPHER: Going off record at
7  6:22 p.m.
8         (Discussion off the record.)
9         THE VIDEOGRAPHER: Back on record at
10  6:23 p.m.
11     FURTHER EXAMINATION BY COUNSEL FOR THE
12         JOHNSON & JOHNSON DEFENDANTS
13  BY MR. JAMES:
14     Q. Dr. Moorman, since the IARC published its
15  monograph in 2010, we have had the publication of
16  additional cohort data on the talc ovarian cancer
17  association; correct?
18     A. Correct.
19     Q. With regard to the subtypes issue, do you
20  believe that different subtypes of ovarian cancer have
21  different risk profiles?
22         MS. PARFITT: Objection. Form.
23     You can answer.
24  BY MR. JAMES:
25     Q. And I'm talking about in general.

Page 316

1      A. The most pronounced difference that we are
2  aware of is that smoking seems to be more strongly
3  associated with mucinous ovarian cancer than with
4  other subtypes.
5      But in most -- for most other risk factors,
6  there -- the risk factors seem to be pretty consistent
7  across the subtypes.
8      Q. Are you aware that many clinicians consider
9  the various subtypes of ovarian cancer to be different
10  diseases?
11         MS. PARFITT: Objection. Form.
12         THE WITNESS: I think that clinicians
13  recognize that they -- there are differences. Again,
14  going to pathologists, they can distinguish between
15  them.
16      But in terms of how they treat them, it's
17  my -- I'm not aware of any real difference in how they
18  would treat the different subtypes of ovarian cancer.
19  BY MR. JAMES:
20      Q. And other than smoking, which is the factor
21  that you just mentioned, can you think of any other
22  risk factors that have a different impact on a
23  specific subtype of ovarian cancer as opposed to
24  another subtype?
25      A. That is the only one that comes to mind.

Page 317

1         MR. JAMES: That's all I have. Thank
2  you again for your time.
3         THE WITNESS: Okay.
4         MS. PARFITT: Thank you.
5         THE VIDEOGRAPHER: This concludes the
6  deposition of Dr. Patricia Moorman. The time going
7  off record is 6:25 p.m.
8      (Whereupon, at 6:25 p.m., the deposition ceased.
9         Signature was reserved.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

80 (Pages 314 to 317)

Patricia G. Moorman, M.S.P.H., Ph.D.

| Page 318 |
|---|

```
 1          ACKNOWLEDGMENT OF DEPONENT
 2      I, PATRICIA G. MOORMAN, M.S.P.H., PH.D., do
 3   hereby acknowledge that I have read and examined the
 4   foregoing testimony, and the same is a true, correct,
 5   and complete transcription of the testimony given by me,
 6   and any corrections appear on the attached errata sheet
 7   signed by me.
 8
 9   _____ _____
10      (DATE)           (SIGNATURE)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| Page 320 |
|---|

```
 1   STATE OF NORTH CAROLINA  )
 2                           ) C E R T I F I C A T E
     COUNTY OF ORANGE         )
 3      I, Sophie Brock, Court Reporter and Notary Public,
 4   the officer before whom the foregoing proceeding was
 5   conducted, do hereby certify that the witness(es) whose
 6   testimony appears in the foregoing proceeding were duly
 7   sworn by me; that the testimony of said witness(es) were
 8   taken by me to the best of my ability and thereafter
 9   transcribed under my supervision; and that the foregoing
10   pages, inclusive, constitute a true and accurate
11   transcription of the testimony of the witness(es).
12      I do further certify that I am neither counsel for,
13   related to, nor employed by any of the parties to this
14   action, and further, that I am not a relative or
15   employee of any attorney or counsel employed by the
16   parties thereof, nor financially or otherwise interested
17   in the outcome of said action.
18      This, the 26th day of January, 2019.
19
20
21
                                _____
22
                                Sophie Brock, RDR, CRR
23                              Notary Number: 200834000001
24
25
```

| Page 319 |
|---|

```
 1          E R R A T A
 2   CASE NAME:  TALCUM POWDER LITIGATION MDL NO. 2738
 3   WITNESS NAME:  PATRICIA G. MOORMAN, M.S.P.H., PH.D.
 4   CASE NUMBER:  16-2738 (FLW)(LHG)
 5   PAGE LINE      READS        SHOULD READ
 6   ____ ____  _____  _____
 7   ____ ____  _____  _____
 8   ____ ____  _____  _____
 9   ____ ____  _____  _____
10   ____ ____  _____  _____
11   ____ ____  _____  _____
12   ____ ____  _____  _____
13   ____ ____  _____  _____
14   ____ ____  _____  _____
15   ____ ____  _____  _____
16   ____ ____  _____  _____
17   ____ ____  _____  _____
18   ____ ____  _____  _____
19   ____ ____  _____  _____
20   ____ ____  _____  _____
21   ____ ____  _____  _____
22   ____ ____  _____  _____
23   ____ ____  _____  _____
24   ____ ____  _____  _____
25   ____ ____  _____  _____
```

81 (Pages 318 to 320)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 321

**A**

**a.m**
1:15 8:4 52:16,17
52:17,19 115:3,4
**AACES**
7:12 29:1,7 128:24
209:4 283:3
284:17 285:6,13
285:16 286:25
292:12
**AACR**
5:11 6:18 7:10,13
**ability**
11:23 35:13 320:8
**able**
72:3 102:23 163:25
248:17 300:24
**abortion**
223:2
**absence**
83:21
**absolute**
249:10 287:16
**absolutely**
64:11 70:17 84:14
87:20,22 129:7
165:6 255:11
299:6
**abstract**
169:14,15,17 176:5
176:10 195:11
202:19 205:6,8
227:25 264:19
269:11,19 276:16
276:16,24 277:6
279:9,12
**accept**
124:22 250:11
**accepted**
111:14 141:23
251:24 252:3
256:13 257:19
258:20 290:16,23
313:22
**accepts**
145:5

**access**
42:19
**accommodate**
14:8
**account**
176:18 216:14
242:20,22 272:4
305:14 309:15
**accruing**
295:3
**accumulated**
95:7 161:24 178:19
179:4
**accumulating**
142:3 295:9
**accuracy**
220:4,7 239:16
**accurate**
55:23 69:4 81:15
134:4 239:22
240:13 249:12
279:3,16 301:15
320:10
**accurately**
107:1 136:4 242:17
279:23 300:25
**acetate**
154:7
**acknowledge**
54:18 104:21
106:10,18 109:2
134:1 150:18,19
159:25 193:2,19
204:8 223:16
229:24 232:10
236:24 238:23
239:25 241:18
247:21 255:13,18
258:12 264:9
266:6,9 268:25
271:19 275:11
301:11 318:3
**acknowledged**
23:5,8 107:5
130:20 131:15
132:8 135:8
231:10

**acknowledges**
93:25
**acknowledging**
110:12 185:20,22
186:11 204:13
266:25 270:17
275:23 276:1
**acknowledgment**
170:8 318:1
**ACOG**
149:9,22
**ACOG's**
5:20
**acquire**
47:9
**action**
5:6 280:20 320:14
320:17
**activities**
10:13,21
**actual**
248:4 274:9
**add**
16:1 51:20
**added**
47:24 48:9,19 49:3
50:6 51:5,16
161:22 162:5
**addition**
217:25 219:10
285:6
**additional**
4:22 39:1,8,22 40:5
40:15,22 41:3,15
43:14 44:21,23
46:4,23 47:23
51:18,20 52:5
68:11,14 72:22
92:24 93:19 95:6
95:10 98:1,12
179:4 189:15,18
189:23 192:10
193:12,16 207:20
216:14 217:4
283:17 306:17
315:16
**additional-mater...**

33:19
**additional-mater...**
290:25
**address**
19:17 35:4 68:12
86:23 124:2 135:8
152:3 163:5,19
169:9 171:9
172:14 173:25
176:4 200:3
221:10 222:3
232:11,12
**addressed**
26:5 65:23 66:24
119:9 120:15
122:16 132:7
139:2 153:2
167:12 172:16
186:5 243:4,7,10
303:23
**addresses**
224:7 232:9 244:18
**addressing**
64:10,11 84:3
155:1 231:16
311:2
**adds**
297:19
**adequate**
110:14 154:8,13
155:16,17,21
156:5,8 255:23
293:2 303:15
310:20,23
**adjective**
248:14 249:21
**advance**
181:10 184:11
**advantages**
196:23 199:7
**advise**
168:21 170:1 171:4
**advisement**
25:2
**afindeis@napolil...**
2:14
**afraid**

11:11 12:1
**African**
7:11 26:9 27:11,12
29:1 128:18,20
136:15 283:3
284:16,17,22
305:11
**African-American**
5:15 20:22 25:21
27:11,15 128:12
135:13 136:8,13
136:17 304:18,24
305:7,13
**age**
218:7
**agencies**
253:10
**agency**
127:5 251:9
**ago**
10:18 136:5 220:19
280:19 288:17
291:14 307:11
310:9
**agree**
37:17 54:8 56:8
60:23 105:7,12,18
106:4 112:7
129:10 182:12
190:4 202:10
203:10 204:4,12
204:14 208:18,20
210:24 211:2
215:20 233:18
236:10 238:17
245:2 247:1,9
250:20 251:2
272:25 308:23
**agreed**
223:10
**agreement**
239:7
**ahead**
62:9 99:3 114:5
146:16 284:11
**AHRQ**
127:6

Patricia G. Moorman, M.S.P.H., Ph.D.

**al**
5:13,16,19 6:8,10
  6:12,17,20,23 7:5
  7:9,12,18,21
**Alastair**
2:14 8:20 12:11
**alcohol**
182:4 267:22,24
**Alexandria**
2:4
**Alison**
5:13
**allegation**
64:3,7 65:3,17 75:6
  105:10 120:17
**allegations**
9:24
**alleged**
84:7 86:10 109:19
  119:15 122:23
**allegedly**
105:22 106:9
**alleging**
106:7
**allowable**
121:23 122:3
**allowed**
22:24
**alluded**
101:8,13
**amend**
22:18
**America**
3:2 8:14 280:16,21
  280:24
**American**
5:14 7:11 29:1
  128:18,20 136:16
  166:12,24 283:3
  284:17,22
**Americans**
305:11
**amount**
75:20,21 76:5
  298:17 299:22,22
**Amy**
7:8

**analyses**
75:23 118:7 120:6
  120:7 121:16
  238:22 239:9
  278:17
**analysis**
5:18 6:19 111:8,12
  120:15 121:13
  138:23 139:4
  179:14,18 182:19
  202:21 214:9
  215:16 224:14
  233:24 236:20
  242:24,24 244:3
  244:15 256:9
  261:14 269:6,23
  278:14 279:22,24
  283:12 292:3
  308:12,21 309:14
  313:19
**analyze**
233:21 242:18
  284:7
**analyzed**
120:15 212:4,5
  242:8 287:3
**ancestry**
26:10 27:12 284:16
**and/or**
142:25
**Anderson**
25:18
**Angeles**
285:4
**animal**
52:24 58:1,6,11,16
  63:4 89:24 309:16
**animals**
106:24
**Anne**
44:4
**answer**
12:22 15:17 22:25
  22:25 55:22 57:23
  58:8 60:5 61:3,21
  62:6 64:22 66:19
  69:22 70:2,3 74:5

78:22 82:10,11
  95:14 99:2 102:4
  125:1,11,25 144:4
  163:9,24 171:23
  171:25 178:20,20
  184:16 200:12,18
  200:19,20 201:7,9
  201:21,22 204:19
  219:1,5 265:1
  304:6 315:23
**answered**
28:18 48:23 50:13
  50:15,20,21 54:11
  55:18,22 57:15
  58:12,15 60:15
  61:24 62:23 63:7
  63:14 64:20 82:6
  82:8 98:10 99:19
  125:19 183:4
  189:2 190:1 199:3
  199:5 200:22
  201:17 217:7
  219:14 245:24
  247:25 248:1
  252:19 255:6
  267:8 271:12,13
  295:19 297:7
  300:22 304:12
**answering**
64:14 65:21 146:22
  172:5 219:4 249:4
**answers**
14:1 60:6
**Anticancer**
6:13
**anticipation**
37:4
**anytime**
14:7 220:18 239:20
**apologies**
20:14 90:10 96:16
  109:11 135:21
  146:17
**apologize**
113:13 148:4
**apparently**
21:18

**appear**
265:20 318:6
**appears**
320:6
**Appel**
3:15 4:5 8:17,17
  294:16,20 295:24
  296:18 297:2,22
  298:11 299:3,20
  300:10 301:14
  302:5,11
**applicable**
230:3,6 282:3
**application**
6:14 283:18 300:5
**applications**
272:17,20 276:21
  277:11 278:11,21
**applied**
59:7 63:2 106:11
  143:8,10 144:1
  300:8
**applying**
285:12
**appreciate**
33:1 100:9 314:23
**approach**
17:25
**approached**
11:14
**appropriate**
22:12 47:12 218:19
**appropriately**
65:23
**approximately**
8:4 89:6 158:15
**April**
5:7 44:4
**area**
57:7 59:4,14 60:18
  63:14,17 90:1
  106:13 121:22
  289:23
**areas**
56:16,19 60:19
  63:3
**arguably**

210:15,25
**argue**
274:21
**arisen**
95:10 98:12
**arising**
188:13
**arrangements**
35:15
**arrived**
302:8
**Arsenic**
5:9
**article**
5:11,14,17 6:6,9,13
  6:18,21 7:3,6,10
  7:13,16 19:20
  20:18,20 21:4,19
  21:24 22:4,7 23:3
  23:25 25:9,14,18
  26:2 40:20 59:25
  60:1 64:24 65:25
  66:3 67:17 108:20
  109:18 110:5,18
  111:3 147:20
  148:7,12,20 149:5
  169:13,14,16
  170:7,9 174:1
  177:21,24 187:20
  194:16,18,20
  210:9 211:24
  212:17 213:16,17
  213:20 215:4,4
  231:16 235:21
  237:8 238:8 239:6
  242:16,17 243:6
  243:21 254:19
  270:2 274:25
  276:14 307:20
**articles**
19:9,14,16 25:10
  26:1,4 34:25 35:2
  40:10,17 52:4,6
  59:12,19 64:9,23
  67:13,15 75:10
  81:9 88:11 111:24
  112:1 166:11,23

Patricia G. Moorman, M.S.P.H., Ph.D.

183:21 212:9
213:19 230:11
255:24
**articulated**
242:1
**asbestiform**
117:11
**asbestos**
5:11 19:10 25:11
26:1 28:10 30:10
30:21 31:1 63:20
63:24 64:3,8,18
65:3,18 66:7
67:11 68:12,20,25
69:7,9 70:14,16
70:18 71:2,14,18
71:20 72:2 73:3
75:7,23,25 76:1,2
76:9,15 77:22
79:14,21 81:10,15
81:23 82:13 83:6
83:21 84:7 85:8
86:1,10,13,14,21
86:24,25 87:4,8
87:14 88:1,7,8,12
88:14,21,22 89:1
89:10,17 90:5,19
90:23 91:1,15
92:14,19 93:2,9
93:12 94:19 96:3
103:20 105:2,9,22
106:6,9,14,15
108:7,21 109:14
109:19,21 110:10
111:8,10 112:9
114:6 117:24
119:23 124:21
125:14,21 141:13
141:24 142:13,22
142:24 286:22
287:2 296:16
297:25
**asbestos-containi...**
105:19
**asbestos-contami...**
85:14 113:21
**asbestos-free**

69:1 71:23
**asbestos-related**
114:19
**asbestosis**
114:18
**ascertained**
220:6
**ascertainment**
210:17
**ascribe**
257:15
**Ashcraft**
2:3 15:19
**aside**
88:21 126:22
**asked**
34:7 48:22 50:12
50:19,22 54:10,12
54:20 55:15 57:14
58:12 60:14 62:11
62:23 63:6 68:13
82:5,8 98:10,25
99:6 102:10 126:1
129:1 131:16
135:7 140:15
172:4 177:20
178:10,22,24
184:17 195:18
199:2 200:15
201:8,17 206:19
208:14 217:6,13
217:25 218:3
219:3,7,9,11
225:16,22 245:23
247:24 248:2
277:14 286:25
292:20 293:8
297:6 300:21
310:9
**asking**
12:24 13:10 24:10
29:20 44:15 60:10
60:11 63:2 87:23
134:8 140:12
144:7 146:15,24
201:23 218:9,12
220:10 221:5

223:11 224:24
225:13 250:7
256:23 280:4
288:4 296:24
**aspect**
211:3 223:23
271:14 279:22,23
**aspects**
170:15,21 172:14
213:18 309:5
**assertion**
123:4,8
**assess**
102:10 202:22
215:2 254:9,18
255:1 278:25
**assessed**
96:10 110:21
253:11 270:23
276:21 277:11
313:4
**assesses**
253:4
**assessing**
64:18 109:13
126:23 127:14,21
196:24 249:15,16
250:7 253:15
256:2 258:22
306:8
**assessment**
101:17 124:18
143:5 187:16
211:5 217:20
240:9 305:16,18
305:22 306:3,7,11
306:13,22 311:18
311:25 312:14
**assessments**
159:2
**assistant**
24:10 288:18
**associated**
20:21 143:24
147:25 149:2
154:18 155:9
166:7 182:3,9,15

225:8,9 255:21
265:4 303:23
316:3
**association**
7:10,20 27:5 28:14
90:18 92:13 94:10
94:21 98:14
110:16 127:14,21
132:18,22 133:3
133:16,19,21,23
133:24 134:9,9,10
134:13 135:1,2
136:14 137:7,23
138:11,14 139:17
142:9 148:21
150:24 152:1
155:25 156:4,17
156:22 157:12
158:3,20 160:25
162:3 164:3
169:23 170:13
171:1 174:10
178:16 185:12,16
186:13,17 187:14
188:15,25 189:5
189:10 190:21
192:23 193:5
195:16 200:7
203:22 204:11
205:17 210:19
228:25 234:17
236:20,22 241:5
242:5,20,22 244:9
245:4 246:10,10
246:12,15,18,25
247:1,8,17,23
248:5,9,17 249:5
249:7,11,17,19,25
250:3,10,18,21
251:2,6,11 253:1
253:5,16,18
256:11,14 257:3,7
257:13,15,17
258:19,20,21,25
261:10,14,22
263:25 264:8
265:9 266:3 267:3

267:5,16,23 270:6
275:14 287:15,17
287:18,22 288:7
292:4 293:3,4
298:15 299:25
315:17
**associations**
94:1 126:13,20,24
136:21 140:3
143:22 162:1
176:19 193:3
230:13 231:14
245:7,13 246:14
247:16 248:25
250:2 251:22
252:2,8,11,16,17
253:13,19,22
257:19,20 258:9
258:10,12 264:11
272:14 287:7,10
287:11,11 288:24
**assume**
231:12 288:10
**assumed**
290:18
**assuming**
297:24
**assumption**
290:15,22
**assumptions**
298:7
**attached**
45:19 46:21 318:6
**attempted**
22:18
**attempting**
117:20
**attention**
23:10 59:13,20,21
59:24 185:9
207:22 232:21
233:1,3,6,18,22
233:25 240:22
**attenuated**
132:19 133:16,21
134:3 137:24
138:1,4,9 162:5

Patricia G. Moorman, M.S.P.H., Ph.D.

234:17 241:1
**attenuating**
190:21
**attenuation**
132:9 264:7 266:16
**attorney**
11:24 320:15
**attorneys**
11:12 12:3,14,18
    13:12,15
**attributable**
241:14 261:20
**attribute**
242:4
**attributed**
270:10 271:2
**Austin**
2:8 3:4
**author**
20:19 21:12 22:4
    22:11,17 25:16,18
    179:6,7 188:21
    246:24 247:7
    292:12
**author's**
227:24 277:6
**authored**
13:8 19:9,14,16
    25:10 26:1 37:7
    37:15 42:13
    287:21
**authority**
158:18 244:19,23
**authors**
23:4 108:11,17,19
    109:3,25 110:9,12
    163:3 166:4
    167:18,24 168:7
    168:21 169:5
    170:2,9 172:21,25
    173:17,25 174:6
    174:14 175:7,25
    176:4,10,21,22
    179:3 180:16,24
    181:1 183:2
    186:12 187:20
    188:21 195:10,12

195:19 202:20
203:3,16 204:13
205:7,9,24 206:9
207:10,19,25
208:21 210:12,24
212:21 234:23
247:7 264:21
265:3,4,17 266:2
267:2 269:13
270:4 275:2,15,19
276:12 277:17
279:9 287:23
290:15
**authors'**
176:24 178:24
    275:2
**available**
33:21 47:16 50:18
    51:11,12 67:17
    74:16 75:12 88:18
    155:23 176:11
**Avenue**
3:3,8
**average**
218:7
**aware**
30:6,8 47:10 48:16
    51:12 52:6 59:3
    59:12,19 74:20
    83:14 86:12 88:10
    88:17 102:20
    107:19 111:21,24
    114:16 119:8
    122:15 146:24
    147:2,2,20 182:21
    183:19,23 184:2
    186:20 187:20
    199:13,18 200:16
    200:25 201:2,8,11
    201:11,24 203:24
    263:12 285:17,21
    292:11 303:6
    304:17 316:2,8,17

---

**B**

**B**
3:15

**baby**
80:10 129:16,23
    130:3
**back**
29:16 35:16 36:5
    52:18 61:9,15
    103:19 115:5
    116:23 123:14
    135:12 147:8
    150:16 153:15,18
    153:22 165:11
    177:18 180:8
    183:13 204:9
    206:22 211:16
    215:5 217:15
    218:9,13 219:22
    232:22 234:5
    242:15 248:24
    249:24 259:16
    264:2,14 269:8
    278:5 280:4,13
    295:12 302:19
    310:1 315:9
**Background**
202:19
**backwards**
173:4
**BACON**
2:17
**bad**
76:2
**baffled**
155:20
**balanced**
240:9
**ballpark**
229:13
**bar**
250:19
**base**
117:5
**based**
47:2 81:24 87:6
    90:20 92:16 93:12
    93:14 116:4 117:8
    117:9,23 118:6
    119:22,25 125:3,4

125:19 129:9
130:21 140:1
144:2 154:17
156:7 198:13
222:17,18 224:20
235:23 240:16
243:23 244:24
274:15 275:6,10
276:6 281:14
296:3,10,20
297:20 298:9
300:18 311:14,15
311:24 313:6
**baseline**
218:7,19
**bases**
71:9 117:20
**basically**
31:20 35:1 181:8
    181:16 260:17
**basing**
116:11 122:17
    126:4 154:9
    275:10,25
**basis**
67:25 68:1 122:2
    123:20 124:6
    220:4 222:13,16
    242:11 262:18,20
    281:15
**batch**
72:23
**bear**
55:4,8 245:6 282:8
**beat**
151:19
**began**
60:12 218:22
**beginning**
108:16 269:12
**begins**
38:25 207:18
**behalf**
2:2,16 3:2,11,17
    9:21 16:25
**beliefs**
25:15

**believe**
12:23 13:2 14:21
    18:22 22:3,6
    23:23 24:9 30:12
    32:9,25 34:7
    36:17 40:16 47:4
    49:17 50:14 56:21
    56:23,24 58:4,14
    59:2 63:22,24
    64:20 66:13 67:2
    75:9,13 79:23
    80:5,6,18 81:11
    88:22 89:15 108:5
    110:10,19 111:2
    115:22 118:12
    120:13 122:2
    123:6 127:8
    129:18,22 132:14
    136:24 140:11
    145:4,8 148:12
    164:18 165:18
    168:17 177:15
    183:14 187:25
    188:20 191:8
    192:12 193:8
    209:6 216:23
    217:2 219:5
    220:10 234:2
    236:1 266:18
    272:5 273:11
    284:8 291:2,10,23
    294:9 303:25
    304:8 310:15,19
    313:2 314:16
    315:20
**benefits**
206:18
**Benign**
20:20
**Berg**
169:1
**Berge**
6:10 169:1,5 170:2
    171:5 172:17,21
    172:25 194:18,20
    195:10 212:16
    213:15,20 214:9

Patricia G. Moorman, M.S.P.H., Ph.D.

214:17 215:2,4,12
215:15,17 269:3
270:2
**best**
43:10 320:8
**Bethea**
30:1
**better**
190:5,23
**bias**
7:14 103:14 110:15
132:23 159:11,16
159:18,18 160:1,4
164:11 176:16
185:7,20 186:6,11
190:10,10 203:7
203:12,23 204:9
204:10 205:14
206:9 207:13
220:23 221:1,7,12
221:13,19 226:11
226:22 229:2,3,14
230:7,12 231:4,4
231:11,12,17,17
231:20 232:5,10
232:13,20 237:17
238:10,24 239:8
239:12 240:1,11
240:16,19 241:6
241:14,19,19,24
242:4,5,8,20,22
243:4,10,17 251:3
251:7 254:10
270:10,15,16
**biased**
231:22
**biases**
160:11 164:13
171:13 177:5
230:22 231:23
264:7 266:15
270:17 271:3
**BIDDLE**
2:21
**big**
100:1 229:15
**binder**

4:17 35:7,19 36:2
273:13
**biologic**
205:12 254:13,15
297:19
**biological**
48:14 87:11 88:16
117:12 121:4
181:11 182:6
183:10 309:6,15
313:13
**biologist**
53:21 57:4,18
**biology**
53:20,22 57:9,10
309:16
**bit**
12:1,5 59:4,14
134:24,24 143:6
144:13 148:3
154:23 155:20
161:17 234:15
288:20 289:5
291:11 314:17
**Black**
284:25
**blanking**
12:12
**blogs**
30:17
**board**
293:17
**bodies**
146:9,25 254:9,12
**body**
7:10,13 56:22
60:13 63:10 64:18
89:9 102:10,20
103:19,21,24
104:22 105:7,13
105:17 106:19
107:5,13,17
111:15,22 112:17
128:24 129:8,9,13
131:5,17 132:2
142:12,13,22,25
144:15,17 155:13

156:11,21 161:12
174:7 178:12
197:20,25 199:11
199:14 200:16,25
201:12 202:4
227:15,19,21
229:14 231:3,6
237:15 239:15
253:20 254:7
255:1 260:10
262:3 263:18
312:16
**Bondy**
29:7
**borderline**
274:20,24
**Boston**
285:1
**bottom**
77:18 85:10 108:15
109:23 150:7
167:17,23 195:1
196:21 203:17
207:18 210:13,14
211:23 221:10
226:7,15 272:11
276:17 277:5
**Brad**
3:23
**Bradford**
111:8,11 182:21
183:8 244:3,20
247:15 248:24
249:15 258:23
263:9 292:3,8,17
308:12,20 309:5
309:14 313:14
**brand**
75:11
**break**
14:7 19:13 52:11
113:10,16 114:24
117:2 165:5
175:18 209:16
210:1,5 211:10
259:10
**breaking**

259:2
**breast**
181:24 182:1,2
225:21,23 254:1,5
**breastfeeding**
154:15,18,20,24
155:2,7,9,15,16
156:12,17,23,25
157:4,13 293:5
305:9
**Brennan**
2:23 8:11,11
173:13 259:7
**briefly**
264:14 311:18
**Britton**
7:15 237:15,25
**Broadhollow**
2:12
**broadly**
128:21
**Brock**
1:21 320:3,22
**broken**
235:5
**brought**
23:10 33:25 34:4
35:7 54:24 59:13
59:20,21,24
126:18 221:7
**bulk**
311:1

──────────
**C**
──────────
**C**
2:1 3:1 5:9 6:22 8:1
320:1,1
**cadmium**
122:13
**calculated**
214:20
**calculation**
214:17,18 215:3
**calculations**
124:18 212:4,6
**California**
7:18 285:3

**call**
110:23 133:9
247:23
**called**
109:3 282:16
283:24
**calls**
94:20
**Camargo**
110:18 111:3
**Cambria**
1:17
**Campus**
2:22
**Canada**
145:16,19,23 146:3
146:8 147:6
150:17 253:14
305:16 306:21
311:18,22,25
312:1,3,14
**cancer**
5:12,14,17,20 6:3,4
6:7,10,12,15,19
6:22 7:3,4,11,11
7:14,16,17,21
9:19,25 19:10
20:21 21:15 23:5
25:12,16,21 26:9
26:25 27:5,11,15
28:12 29:2,2
30:22 31:1,24
32:12 40:19 48:15
52:3,9 53:20,21
53:22 54:15 56:21
57:4,18 58:17
60:4 62:22 63:21
63:24,25 66:2
87:1,5,12,14
88:23 89:1,11,17
90:19 92:14 93:4
93:9 94:14,19
98:5,14 102:8,13
102:15,24 103:20
104:5,9 105:11,15
108:8,23 109:14
109:22 110:10

Patricia G. Moorman, M.S.P.H., Ph.D.

111:9,10,13,23
112:10,18 113:1
114:12 117:14
120:19 121:3,6
122:13,17 124:3
124:24 125:6,8
127:4,4 128:11,19
128:20 135:13,18
136:8 137:1
138:17,20 139:4
139:18,24 140:16
141:12,23 142:3
142:14 143:2,10
143:14,15,21,23
143:25 144:17,18
144:23 145:6,9
146:4,12 147:1,19
148:1,10 149:4,10
149:23 150:12,23
150:24 151:11
154:19 156:12,17
156:23 157:1,3,4
157:13 158:13
160:20 161:11
166:8,20 167:5,6
168:5 174:11
176:16 181:15,18
181:24 182:1,2,7
185:14 186:19
187:7 188:15,25
189:5,10,16
190:13 192:24
193:6 197:1,7,8
197:15,20 201:12
202:23 203:24
205:20 207:23
209:6,9 210:21
212:10 213:1
218:19,22 224:19
225:6,21,23 226:4
226:18 227:17
228:11,17 229:25
231:7 232:7,11
233:13,23 234:24
237:16 245:9,11
245:15,21 246:9
246:24 247:8,19

249:2,14 251:11
252:25 253:12,25
254:1,4,5,8,17
255:8 257:25
259:23,25 260:7
264:1,10 265:5,20
266:3,21 267:22
267:24 270:8
271:25 278:13
283:3,19 285:10
285:17 286:14,20
291:21 292:5,13
292:14 294:25
295:2,4,7,20,22
296:7 297:5,10,14
298:16 299:25
303:2,5,10,14,20
304:2,5,10,19
305:5,13 307:25
309:16 310:12,16
311:2,9,13,16
312:2,5,23 313:9
313:12,16 314:7
314:15 315:16,20
316:3,9,18,23
cancers
5:18 54:15 113:24
138:22 254:5
285:14
capable
248:8 249:19
capture
50:5 59:8 60:13
captured
218:23
carcinogen
96:24 97:3,7,23,24
97:25 98:22
101:23
carcinogenic
96:4,18,22 98:17
99:12,15 119:7
122:19 123:5,24
146:14 180:20
253:3
carcinogenicity
122:23

Carcinogens
5:10
Care
3:11 8:18 294:15
294:20
career
23:6 127:15,22
156:20 295:8
careful
246:2
carefully
186:6
Carolina
1:18 135:18 137:1
138:17,20 139:3
140:16 285:16
292:13 320:1
carries
92:3 207:18
carry
160:5,9
carrying
226:7
case
9:19,22,24 10:2,3,5
11:10,21 12:3
15:10,20 16:18
17:7 31:21 32:20
41:2 45:6 47:2
59:1,8 60:12
74:18 76:13 87:10
106:8 115:20
116:10 119:17
120:8 125:16
152:15 165:24
174:18 175:23
179:8,15 180:12
197:6 216:23
229:8 232:15
268:3 289:10
295:12 305:4
308:25 312:22
319:2,4
case-control
7:7 20:22 170:23
171:11 185:6,21
187:8 195:20,21

196:22 197:8,13
198:2,4,22,25
199:13,22 203:19
205:15 207:13
208:12,18,22
211:7 213:8
214:14 220:20
226:12,21 227:1
227:14,19 228:2
228:14,19 229:1,4
229:11 230:1,8,14
230:17,21 231:15
231:19 232:13
238:11 241:11,18
243:17 264:13
266:19 267:5,17
268:19 270:9
284:9 285:5,5
300:20 301:3,11
301:22
case-controls
198:7,8 269:24
271:6
cases
1:9 6:19 11:13,20
12:2,4 15:20
104:12,13,15
107:15 199:25
200:1 212:14
213:1,3 239:17
261:19 264:5
275:13 284:18
303:10
categories
217:21
categorize
35:2,2
category
140:7 252:12,18,20
258:8 274:4,10,13
275:12
causal
90:17 92:13 142:23
143:18 145:19
146:5 158:3,20
159:2 163:13,15
164:3 166:15,25

168:3,12,17
169:22 170:11,25
174:9 176:13
178:6,15 181:14
182:11,18 185:15
195:15 245:7,13
246:14,15 250:2
250:19 251:24
252:4,7,15,23
253:1 255:15,16
255:22,25 256:14
256:19 257:3,8,19
257:24 258:9,20
259:1 269:16
308:24 309:11
causality
143:9 144:2 149:6
159:7 174:16
182:23
causation
163:4,6 164:8
166:5 168:9,22
169:6,10 170:3
172:21 173:18
174:1 175:8 176:2
176:5,25 177:13
177:21 178:25
181:2,20 183:3
254:21 255:5
256:5,7 257:1
258:1,11,13
310:11
cause
5:11 9:25 31:23
87:12 88:22 98:5
102:8,12,15,23
108:8,22 111:10
120:18 121:2
122:13 124:24
125:8,15 142:15
145:5,9 146:3,12
147:1,18 167:9,15
179:22 182:2,8,16
183:11 294:24
302:24 303:1,19
304:2 307:1,25
308:7 310:12

Patricia G. Moorman, M.S.P.H., Ph.D.

311:6,9 312:4,23
313:9,16
**caused**
166:20 167:3
225:23
**causes**
5:17 86:25 87:4
105:11 141:12,13
141:23,24 150:11
167:6 181:18
295:4 304:10
305:5
**caution**
160:15,18 163:15
168:9 240:14
**cautionary**
164:7,10
**caveats**
218:4
**ceased**
317:8
**cell**
53:2 58:20,24
60:25 61:6 62:3
63:4 156:23
303:13
**Central**
7:17
**certain**
39:15 121:2 168:3
168:12
**certainly**
25:1 52:14 60:18
78:9 86:12 102:5
145:14 211:3
218:11 237:1
239:3 245:8
247:15,16 248:25
249:2 250:17
256:18 257:5
264:12 292:18
**certainty**
59:15 80:8 102:18
**certify**
320:5,12
**chair**
290:1

**chance**
49:25 103:14
**change**
10:8,12,19 43:15
43:17 51:21 52:10
111:5 125:22
**changed**
193:25
**changes**
10:15,20 18:23
38:12
**changing**
69:13
**characteristics**
199:8
**characterization**
53:17 201:5 247:2
**characterize**
67:14 97:2,3,6,9
160:8 162:23
184:22 249:8
**characterized**
49:17 75:25 184:20
**charging**
14:16
**chatroom**
30:17
**check**
21:16 216:23
**checklist**
101:25 103:8,11,18
**Chemistry**
85:7
**Chicago**
3:19 285:6
**childbearing**
182:4
**choose**
289:19
**chose**
288:9
**Chris**
13:3
**chromium**
119:12,15 122:13
**chronologically**
173:4

**CI**
137:20 138:10
139:20
**cigarette**
141:11
**cite**
32:16 95:2,5
146:11 158:18
183:17 192:14
211:24 212:1
213:20 214:1
221:18 222:14
226:8,10 242:7
243:2 244:14,17
244:19,22 246:8
251:9,15 253:4,8
254:2 256:19
273:7 276:9
**cited**
45:6,25 46:4 51:1
66:20 78:17 123:1
123:3 152:17
183:20,21 206:24
207:3 230:12
246:17 250:8,9
253:23 255:1
273:1,9,21 277:17
**cites**
104:19
**citing**
242:12 272:24
279:16
**claim**
68:20,24 70:22
75:17 102:12
108:7 118:24
119:6 121:11
276:10
**claimed**
292:4
**claiming**
198:23 199:1 267:3
267:16
**clarified**
129:5
**clarify**
91:21 115:17 120:9

130:2 142:17
144:5 267:21
**clarifying**
117:9
**clarity**
16:2
**Clarke-Pearson**
44:5 290:3,5
**classification**
103:8
**classifications**
96:25 252:14
**classified**
96:11 252:12,17
**classifies**
155:24
**clear**
23:14 47:23 91:5
93:24 100:12,14
128:16 130:15
248:13 275:5
276:4 303:13
311:5
**clearing**
29:22
**clearly**
90:20 92:15 120:5
143:21 182:1
197:2 236:12
**clinicians**
316:8,12
**clock**
200:23
**close**
137:8,10 138:6,14
265:14 279:25
**closed**
291:17
**coauthor**
20:23 25:22 26:7
138:24 292:11
**coauthors**
28:20 29:9,12,24
30:3,6 239:6
285:15
**cobalt**
119:12,15 122:13

**cohort**
7:7 90:21 92:17
104:11,18,19
170:24 171:11,13
185:12 186:13,16
186:18 187:7
188:13,14,24
190:4 191:3,7
192:5,8 194:9,25
195:22 196:22
197:7,13,22 198:2
198:4,20,24
199:12,15,19,24
200:2,18 201:1,13
202:7,10 204:14
204:17 205:7,21
205:25 206:1,5,9
206:18 208:1,6
210:15,25 211:20
212:9,24 213:5,9
214:14 215:18
216:6,17 218:8,16
218:18 220:2,6
226:21 227:1,20
228:2,19 229:5,12
230:2,10,14,18,20
231:23 263:15
266:20 267:4
268:10,19 270:9
270:15,17,19
284:9 285:1,2,3
300:19,24 301:8
301:22 302:1
315:16
**cohorts**
104:8 198:6,8
206:10 212:2
220:8 263:24
265:24 269:24
271:6 308:25
**coin**
240:2
**coinvestigators**
285:15
**collaborated**
54:6
**collaborators**

29:4
colleague
294:11
colleagues
31:9,15,18 32:1,8
127:2
collect
222:19 284:3 285:9
collected
283:10,13 284:5,7
collecting
160:3
collection
233:12 283:14
285:14
college
182:1
column
92:8 94:7 167:17
180:17 203:3,17
210:13 212:20
238:2 240:6 270:3
275:2
combination
46:24
combine
159:8,13 160:9
161:4
combined
140:17 188:22
210:21 215:13,16
244:15
combining
158:25 159:25
160:10 187:4
215:22
come
29:7 72:6 116:17
143:8 144:1
145:16,19 258:23
280:4 309:16
comes
48:17 104:6 198:1
243:7 266:8
316:25
comfortable
65:13 81:18,24

98:4 255:3
coming
138:16
comma
204:21
commenced
36:10
commencement
185:10
comment
153:11 158:7
172:11 211:20
214:22 216:2
305:23 306:3,9
commentaries
212:8
commented
157:12
comments
84:7 212:1 223:12
commercially
75:12
committee
8:21 314:9,13
Committee's
4:18 36:18
common
226:1 261:22 305:6
305:7
commonly
111:16
commonly-cited
232:12
communicate
22:13 24:1 293:16
communicated
237:24
communication
22:16 24:3
communications
12:25 13:11 17:3
25:5 28:1 32:1,6
community
141:22 145:5,8,13
147:18 148:14
149:17 174:3
248:17,19 285:3

313:23
community's
145:10
company
67:20 68:3 71:7
72:1,8,13 82:15
126:24 127:9,12
127:14
comparable
155:14
comparative
5:18 138:23
compare
27:14 154:20
compared
234:23 265:5
269:24
comparing
39:25 132:9 138:3
154:14 227:13
260:18
comparison
7:6 138:2 143:20
247:18 255:12
300:19 301:22
compatible
134:21
compiled
41:24
complain
191:2
complaints
192:1
complete
78:4 171:25 241:21
293:11,13 305:22
306:8,14 318:5
completely
41:12 43:12 227:15
228:12 241:23
299:17 300:25
completeness
44:3 78:9
compliance
282:3
component
115:24 117:15

composition
281:18
comprehensive
41:11 47:3,5 56:11
56:15,22,24 57:12
57:25 58:10,19,22
58:25 60:2,17,24
62:1,17,20 63:3,9
63:16,19,23,23
64:2,6,17 65:5,9
65:11 82:3 156:15
156:18 157:6,15
157:15,20
comprehensively
156:21
comprised
212:25
computer
24:19
concede
159:23
conceded
271:5
concern
161:25 164:14
215:11 218:20
228:23 233:7,9
238:10,21 251:3,6
concerned
177:6 239:7
concerning
25:11 30:17,21
31:1 121:18
concerns
164:2,11 192:8
227:8 238:17
263:16 306:10
conclude
95:9 125:8 147:14
155:15 163:4
169:5 170:9
173:18 176:1
177:12 179:21
229:14 240:25
256:5,7 262:19
266:2 275:19
304:1,9

concluded
96:2 108:11 146:11
146:25 147:13,18
174:15 183:2
252:3 258:11
276:12 295:20
concludes
150:8 181:9 302:12
317:5
concluding
96:21,23 103:14
275:15
conclusion
66:9,12,15 69:15
78:17,21 81:17
92:23 93:8,10,15
95:2,6,12 96:7
109:14 111:5,9
123:9 125:23
141:4 142:23
143:8,18 144:2
145:15,17,20
146:13 147:24
150:16 156:9
163:12 169:7,8
176:9 178:7 179:5
182:18 207:11
226:24 250:20
252:7 257:1
258:24 263:4
265:17 266:7
276:6 303:16
306:25,25 307:21
308:24 309:11
310:21,23 313:15
conclusions
72:2 98:4 108:14
110:12,24 122:18
126:13,25 154:3
155:19 162:25
171:5 177:20
178:25 184:25
185:1,3 193:24
195:9 227:3,24
230:25 277:6
290:17 313:11
conditions

Patricia G. Moorman, M.S.P.H., Ph.D.

20:21
**conduct**
56:10 57:25 58:10
58:19,25 60:2
64:17 65:4 66:14
66:22 82:2 156:15
225:10 291:22
314:3
**conducted**
56:10,21,24 57:12
60:24 62:20 63:9
63:11 65:11
124:17 157:13,16
222:15 262:11
291:21 320:5
**conference**
25:8
**confidence**
134:20 137:17
265:10,12
**confident**
178:17
**configured**
17:22
**confirm**
15:6 146:7
**confirmation**
185:11 186:13
**confirmed**
18:12 289:8
**conflating**
249:3
**conflict**
23:20 28:2
**conflicts**
23:8 108:7 110:5
153:4 214:2
305:12
**confounder**
19:19 20:24 21:6
26:22 28:14
286:16
**confounding**
103:15 159:12
160:4 176:17
177:5 286:2,10
**confusing**

16:17 258:4
**Congress**
3:3
**conjunction**
22:9 37:6 130:10
135:21 261:2,9
**conscious**
294:1
**consensus**
145:10 148:13
150:10,18
**consider**
26:13 44:21,23
52:23 53:1,4,7,10
53:13,16,19,22,23
54:1 57:5,10
69:19 70:9,10
82:17,22 105:1
111:15 122:25
177:4 198:16,19
212:15 218:4
230:22 250:2,14
250:15 254:12
261:1,5 263:7
301:2 302:4 305:8
316:8
**considerable**
232:21 233:1
238:13
**consideration**
218:15 293:24
309:13
**considerations**
219:15 245:1
249:16 250:22,25
272:2
**considered**
4:17 5:3 27:17
28:13 35:25 39:2
39:9,22 45:20
47:8,15 49:11,18
54:21 57:2,9,16
58:5,6,16,21,24
59:2 78:24 116:2
127:15,20 152:9
152:14 154:2
158:2,19 186:6

197:24 198:20,21
212:8 213:15,18
221:15 222:1,9,24
240:10,11 243:15
253:17 254:15
260:6 286:15
295:6,21 302:6,9
309:17 312:17,18
313:13
**considering**
26:15 132:20 179:3
242:3 247:11
253:6,12 261:3
266:12 270:14
272:13,15 279:18
292:7,8
**consistency**
45:1 161:16 205:10
244:8,12,15 262:2
262:3,4,19 263:6
263:10,10,14
266:19,24 267:20
268:4,13,22 271:5
271:14
**consistent**
162:7 250:1 262:10
263:8,19,23 267:4
267:11,17 268:20
269:2 306:25
313:11 316:6
**consistently**
226:23
**consortium**
26:8,11,12 27:1,9
27:14,18 29:19
30:2 283:25 284:6
284:13
**constituent**
117:13 121:20,24
122:4,24
**constituents**
116:3,5 117:8,10
119:23 126:6
129:14 180:21
296:12,16,19
297:4,9,24
**constitute**

320:10
**consulted**
149:8
**consumers**
281:12
**contacted**
11:5,8,18,24 23:10
284:19,23 291:24
**contain**
18:10 21:20 70:16
81:15,23 88:8
106:14 129:25
296:12
**contained**
36:1 71:18,20 87:7
88:2,7,12 125:5,7
125:20 294:7
298:10
**container**
69:6 70:13
**containing**
15:5 78:1
**contains**
40:22 49:20 69:7
**contaminants**
119:24
**contaminate**
64:4,8 86:10
**contaminated**
71:2 75:7 79:21
105:10,22 106:9
112:9 114:6
124:21 125:14
**contaminates**
64:19 65:3,18
68:20 86:21
**contamination**
67:12 68:12 71:14
72:2 73:3 75:18
75:20 76:5 79:15
84:8 86:1 109:19
**contend**
86:21
**context**
26:21 75:25 87:15
93:11 104:23
105:8

**continue**
16:16 99:9,25
100:8 207:16
218:5 283:14
285:13
**continued**
3:1 5:1 6:1 7:1
102:20 139:11
283:12
**contraceptive**
127:3 222:21 254:1
305:10
**contraceptives**
254:4
**contrary**
97:19,23
**contrast**
223:7 231:7 268:5
**contribute**
117:14 214:13
**contributed**
164:15 186:7
**contributes**
117:11 121:4 200:2
**control**
5:17 106:25
**controlled**
166:22
**controls**
6:20 239:18 308:25
**controversial**
94:15,21
**Convention**
83:11
**conversation**
285:23
**conveyed**
82:18
**conveying**
241:9
**convinced**
111:2
**copied**
35:14,16
**copies**
34:16,20 35:25
37:23 55:2 136:10

Patricia G. Moorman, M.S.P.H., Ph.D.

139:7 149:25
165:1 173:11
175:21 180:9
202:14 227:5
234:13 237:18
273:19 307:17
**copy**
14:25 17:16 19:24
20:4,7,10 24:25
32:19,24 33:18,18
36:11,25 37:9,15
37:22 41:15,19
45:5 49:10 54:23
77:3 84:22,23
91:12,14 147:9
149:22 151:6,7,10
153:15 165:14
293:23 307:13
**cornstarch**
129:18,23,24 130:4
130:5 131:3,8
**correct**
9:19,22,25 10:1
11:3 17:7,11
18:14,14,20 19:6
21:21,22 22:23
23:15 27:6 33:15
35:8,9 37:7,8
38:22 40:25 42:17
43:23 45:13,14
51:3 54:17 55:19
57:9 62:4,22 65:5
69:19 72:15,23
73:4,7,12,13,17
73:18 80:12 85:8
90:5,6 93:11,15
93:20 94:1,21
95:18,19,21 96:22
96:25 97:1,4,5,7,8
97:10,11,13,20
98:8,17 99:13
100:23,24 101:14
103:10,22 107:6
108:1,4 109:4,15
110:6 112:12,24
117:17 119:12,18
120:9 123:20

126:15,20,21
128:5,6,14,25
129:5,14,17,21,25
130:5,6,8,9,12,17
131:9 132:3,15,16
132:25 133:4,17
134:17 135:14,19
135:22 137:8,13
137:21 138:18
139:13,18,19,20
139:21,25 140:4,5
140:7,14 141:5,8
141:9 144:10,19
145:6 147:13
152:23 159:9,10
159:11,12,16,19
159:20 160:1,6,21
160:22 161:1
165:24,25 166:2,3
168:7,10,18
169:14,24 171:2
174:2,12,18,24
175:1 176:5,21
177:10,11,22
179:1,8,16,20
180:12,13 181:2
182:19 183:3
184:17 185:21
188:15 189:1,5,7
189:10,11,12,13
189:16,24 190:5
191:15,18,20,21
191:24 192:6,11
193:7,8,13 194:6
194:13 195:1,2,4
195:5,7,8 196:11
196:16 198:9
202:25 205:4,5
206:1,25 207:8,9
208:2 210:10,11
211:21 212:2
213:21 216:7,12
216:15,22 217:1,5
217:10,11 218:2
219:13 220:9
224:18 225:17
226:5,8,9,18

227:9,11 228:3
233:19 234:3,25
235:1,9,12,13,15
235:19 236:22
238:4 243:18
244:9,10,12 252:4
252:18,23 255:16
257:15 260:16
261:3 265:9,22,25
269:4,17,21,25
271:7,21 273:1,5
273:10,23 274:1,5
275:16 276:10
277:20 279:9
281:17,25 282:4
283:6,21,22,25
286:3,12 288:11
289:10,14,15,17
289:18 293:20,24
296:5 298:25
299:10,25 301:18
306:18 308:7
309:2,11 312:10
312:25 313:1,4,5
315:17,18 318:4
**correcting**
160:13
**correction**
17:14,17 18:6,19
23:24 49:15
**corrections**
18:23 318:6
**correctly**
78:2 132:24 196:3
214:21 228:11
274:7 276:23
277:15,16 298:20
**correlates**
25:19
**corresponding**
22:10,17
**cosmetic**
6:14 9:25 77:25
79:12 85:15 112:8
112:11 114:9,14
114:17 120:18
210:19 223:17

**cosmetic-grade**
77:24
**Cote**
21:13 29:8 31:12
31:12
**COUGHLIN**
3:7
**Council**
3:12 8:18 294:15
294:21
**counsel**
8:6 9:5,12 12:7
13:18 14:25 17:23
20:3 22:23 33:17
34:15 36:11 40:14
41:24 44:12 46:25
48:21 49:4,7,25
59:22 67:21,23
68:5,8 72:10,15
72:21 74:14 77:4
82:17 83:17 84:15
84:24 118:22
145:25 163:25
280:15 289:17
291:2,16 294:14
302:21 310:3,8
315:11 320:12,15
**counsels**
14:16
**count**
151:18
**COUNTY**
320:2
**couple**
55:3 89:4 113:15
187:23 240:18
243:25 291:3
**coupled**
313:12
**course**
76:6,12 95:8
149:19 156:20
157:2 162:16
255:19 299:14
301:10 309:14
315:3
**court**

1:1 8:7 14:3 100:4
100:11 116:17
320:3
**coverage**
238:14,18
**covered**
236:24 282:7
**Cramer**
188:20 242:2,16
243:3,6
**create**
231:5
**creates**
190:10
**credible**
66:6,13 69:14
70:15 71:14,22
75:17 81:2,8,11
81:14,22
**credit**
69:18 70:8
**crediting**
193:11,15
**criteria**
143:8 144:1 184:9
244:20 245:3,5,10
245:20 246:3,5
249:16 255:25
292:8,17 313:13
313:15
**critical**
261:1,5
**criticisms**
214:18
**critique**
193:9
**critiques**
219:6
**cross**
137:19
**CROSS-EXAMI...**
280:15 294:14
310:3
**crosses**
134:6 137:12
138:11 139:20
**crossing**

134:7 137:20
**Crowley**
44:6 120:8 123:15
124:11,12,14,17
**Crowley's**
120:10,11
**CRR**
1:21 320:22
**cultural**
25:15
**cumulative**
274:4 275:7,16
276:3,13 277:19
278:16
**curiosity**
44:18
**current**
88:14 174:7 238:9
285:8 292:2
**currently**
26:4 79:12 85:16
90:4 285:13 286:1
305:19 306:3
**Curriculum**
4:13
**cursory**
43:13
**Curtis**
40:1
**cut**
14:22 307:12
**cut-point**
287:17
**CV**
19:25 20:4 21:3
25:13 29:6 33:19
**cytotoxicity**
53:5

**D**

**D**
8:1
**Dan**
242:2,16
**Daniel**
44:5 290:2
**data**

27:10 39:2,9,22
47:6 57:6 85:17
89:14 95:6 114:16
114:22 121:1
124:2 125:3,4
134:13 136:25
139:3 140:16,17
142:2 143:10,13
143:14 144:2
154:12 158:9,25
159:8,14 160:1,3
160:10,11 161:4
161:11,22,24
162:16 166:17
176:11 178:18
179:4 182:22
187:21,23,25
188:18,22 189:2
190:12,14 192:15
194:9 195:3,6
196:11,16 197:22
197:25 198:3
199:15 200:18
201:1,13 202:8,10
204:14 206:1,19
208:1,15 216:14
222:19 224:4,6
233:11 235:5
236:3 238:3
240:10 242:18
245:15 263:1
266:8 267:10
270:19 274:1,8
279:5,16,17
283:10,12,14
284:3,4,7,15
285:9,14 287:3
293:2,5,11 297:14
297:20 298:9
303:15 307:24
309:16 310:20,23
311:14 315:16
**date**
8:3 14:20 132:2
133:4 163:1,4
174:12 191:12,12
235:6,8,12 242:17

282:19,25 283:9
295:5 314:16,18
318:10
**dated**
5:5,7
**dating**
295:11
**David**
44:5 290:1
**day**
17:24 37:11 99:10
294:6 314:24
320:18
**day-in**
126:12
**day-out**
126:12
**days**
145:24
**DC**
3:14
**deal**
116:16 229:15
268:22
**dealing**
227:16
**dealt**
310:15
**decades**
131:7 162:11
208:16 220:19
243:25 262:15
**December**
153:20
**decide**
172:10
**decided**
97:16
**decimal**
274:21
**decision**
108:21 109:4
187:24 188:7
**decisions**
193:18
**declared**
100:22 101:17

103:2 258:9
**declares**
103:13
**decrease**
225:1 274:9
**decreased**
154:19 225:9
**deemed**
243:16
**deeply**
244:12,20
**Defendant**
3:2,11,17 11:13
280:15
**Defendants**
1:16 2:16 8:10,12
9:6,12 280:20
294:14 302:22
315:12
**defense**
73:25 74:8,15,17
**defer**
120:2 296:19,24
297:3
**deferring**
120:5 297:16
**define**
190:17 287:15
**defined**
184:10 249:22
282:25 283:2
**defines**
37:17
**definitely**
146:5
**definition**
248:4,13,16
**definitions**
33:14
**degree**
89:15 157:8 242:18
**delays**
25:15
**Delores**
5:18
**demonstrate**
263:25 268:13

313:8
**demonstrates**
161:16
**deodorizing**
129:20
**department**
31:15,18
**depends**
114:1
**depict**
301:20
**DEPONENT**
318:1
**deposed**
9:18 10:2,5
**deposition**
1:11 4:11,15,19 5:4
8:5 9:11 10:9,13
10:21,24 11:3
12:6,15 13:22,23
19:1,2,8 20:3
22:19 23:3,5,15
25:11,14,25 30:22
31:2,4,7 32:11,20
33:7,10,25 34:5
34:18 36:13,19
38:10 47:18 48:5
48:10 56:3 289:6
291:4,11,12
292:22 317:6,8
**depot**
154:7
**deps@golkow.com**
1:25
**depth**
63:16
**describe**
27:9 52:5 137:2
155:17 157:18
159:6 162:20
166:6,15 181:25
193:20 194:2,4
197:11 198:10
217:19 223:6
229:16 249:12
253:3 256:15
261:21 277:13

Patricia G. Moorman, M.S.P.H., Ph.D.

287:6 288:24
293:9
**described**
21:6 22:10 27:4
31:13,20 33:24
39:21 75:12,14
107:15 166:10,11
180:4 243:5
251:10 260:8
263:14 285:11
288:6 301:9
**describes**
71:7 263:10
**describing**
26:8,11 27:14
29:19 48:13
147:23 215:15
216:16 251:12
**description**
4:9 5:2 6:2 7:2
286:17
**descriptors**
289:3
**design**
169:21 195:14
196:8 197:1,16
198:14,23 208:11
227:2 231:9
263:11 268:14
269:7,15 271:2
301:2,5 302:2
**designating**
96:20
**designed**
284:2
**designs**
199:6,6 231:1,2
**desirable**
190:8
**desire**
208:1
**Despite**
205:10
**detail**
39:18 43:12 44:3
57:19 64:1 154:23
157:9 188:6

193:20 194:3
214:19 242:3
253:24 254:8,16
255:7 260:8
292:18 307:7
**detect**
83:5 213:5
**detectable**
70:14
**detected**
75:23,24 82:13
**determination**
299:22,24
**determine**
43:7 98:16 99:12
103:9 108:21
121:14 225:14
226:22 300:24
**determined**
283:5 298:23 299:9
**determining**
249:17,19
**detracts**
169:21 195:14
269:15
**detriment**
166:13 167:1
**developed**
41:7 101:14 131:6
218:21,22
**development**
94:13
**diagnosis**
25:16
**differ**
67:3 161:9 228:1
271:7
**difference**
39:7 86:16 100:1
105:12 226:25
316:1,17
**differences**
106:17 171:12
188:3 214:13
231:25 316:13
**different**
23:4 44:2 45:21,25

52:7 56:16 57:20
86:12,15 95:11
98:7 105:9,16,16
105:21 106:7,11
126:19 131:11
143:4,5,6,11,11
143:11 144:12
146:21 179:5
190:17 195:23
196:8 227:15,22
228:12 231:2
262:12,13,14,23
270:24 287:5
288:16 315:20,21
316:9,18,22
**differently**
141:3,19 142:4
144:13
**difficult**
72:6 74:2 221:1,2
**difficulty**
65:21
**direct**
55:5 307:19
**direction**
155:8 262:22
263:20,22 264:13
266:14,24 267:9
267:20 268:23
269:1
**directly**
19:17 60:21 122:16
232:11 281:12
**disadvantages**
196:24 199:7
**disagree**
150:15 155:25
156:8 201:4
208:12 209:3
214:8,10 215:20
215:23 247:1,4,5
247:9 279:9,13
**disappeared**
194:12
**discerning**
248:9
**disclose**

22:6,8,10 27:22
28:17
**disclosed**
21:11,13 23:12
24:8 27:20 28:16
285:20
**disclosing**
24:7
**disclosure**
21:8,17,17,20,23
23:11,22 24:2,12
25:5 27:24 28:2
**disclosures**
22:18 23:7
**discovered**
88:10
**discuss**
22:11 28:9 109:25
152:22,25 191:7
217:8 220:1 224:9
225:2 232:19
234:3 256:3
260:20 262:6
**discussed**
16:23 25:6 28:8
31:8 50:9 76:17
89:20 107:20
112:23 138:25
146:13 152:17
159:23 186:12
216:13 235:19,20
240:17 253:2
260:6 263:2,16,21
264:6 266:15
269:13 282:21
285:21 296:13
297:11 300:11
305:17 306:21
309:5
**discussing**
178:23 179:7
224:23 238:4
301:16
**discussion**
21:12 85:7 107:14
108:3 156:10
177:18 219:21

239:1 271:17
287:4,12 300:13
300:19 302:18
304:22 308:6
310:13 315:8
**discussions**
32:10 311:19 314:7
**disease**
107:12,16 110:13
141:13,24 167:2,3
261:19
**diseases**
114:19 253:7,13
254:25 257:22
316:10
**dismiss**
257:7,12
**dismissing**
257:11
**disparity**
229:25 231:5,8
236:9
**dispute**
220:4
**distinction**
131:13 135:1,4
215:14 220:23,25
223:21 235:22
278:22
**distinctions**
12:5
**distinguish**
11:24 303:2 316:14
**DISTRICT**
1:1,2
**DMPA**
154:7
**Doctor**
29:22 91:10 109:11
110:3 131:23
163:8 194:21
232:3 264:14
295:25
**document**
1:9 5:8 33:10,15
64:11 67:17 76:16
76:17 77:12 84:11

Patricia G. Moorman, M.S.P.H., Ph.D.

124:8 127:9
145:21 146:6
147:6 152:3 291:1
**documents**
34:2 64:10 67:16
67:19,20,23,24
68:3,4,10,11,14
68:15,18 69:2
72:1,7,8,9,14,14
72:19,22,23 82:13
82:15,18,23
126:25 127:8,13
127:14 145:23
146:3 152:20
**doing**
10:18 21:13 31:13
31:15 206:4
222:18 227:12
239:9 243:23
285:13 292:7
**domain**
47:16 48:1
**Donath**
3:9 8:15,15 69:10
173:12
**Dorota**
7:4
**dose**
272:15 273:4
298:16,22 299:9
299:14 300:7
**dose-response**
35:4 156:24 271:16
271:17,20,24
272:6,9,14 273:9
273:21 274:16
275:6,16 276:3,4
276:13 277:6,18
279:13
**dozen**
30:3 89:6
**dozens**
40:21 125:22
**Dr**
4:23 8:5 9:8 19:24
21:5 29:7,7,8,25
31:12,16,16 33:3

33:6 34:15 35:17
35:23 36:20,24
37:4 38:20 41:16
41:20 42:2,5 45:4
49:14,24 52:21,23
55:14 56:6,8
57:25 60:10 61:3
61:8,14,19 64:14
67:12 69:22 73:14
73:17,19,23 74:3
74:19,22 77:1,12
78:17 80:11 84:2
84:22 85:2,4 90:8
91:5,11 92:1,5
94:6 95:16 107:25
108:14 115:8
117:2 118:10
119:11 120:8,10
120:11 124:11,12
124:14,17 128:3
128:16 130:15
136:6 139:10
140:19 144:9
150:3 151:9,22
153:10 157:22
165:14,22 167:16
171:16 172:12
174:20 175:13,21
180:11 184:24
195:12 196:20
200:11 201:9
202:18 209:23
211:19 218:24
219:25 234:16
235:4 237:21
238:3,17 239:5,24
240:4 244:1
245:25 246:3
247:15 251:15
257:10 259:19
260:20 262:2
264:17,25 269:11
273:12 274:8
280:1,18 284:19
290:5,21,21 291:4
291:5,8,8,10,11
294:17 296:5

301:15 302:6,12
302:24 304:17
307:18 308:11
309:18 310:5,9
313:17 314:22,25
315:14 317:6
**draft**
26:13,16,17 28:6
28:15 283:24
285:25 286:7,11
286:15 305:18
**DRINKER**
2:21
**drive**
2:22 3:18 33:22
**dropping**
148:3
**Duces**
4:16,20
**due**
132:22 163:8
203:22 228:25
229:1 231:11
241:5 251:7
**DUFFY**
3:7
**Duke**
10:10 290:4
**duly**
9:3 320:6
**duration**
187:17 217:14,20
218:2 219:13
220:14,15 273:23
274:5,17 275:6
**Durham**
1:17,18
**Dusts**
5:9

---

### E

**E**
2:1,1 3:1,1 8:1,1
319:1 320:1,1
**earlier**
50:9 57:4 101:13
107:15 130:20

132:11 192:13,20
194:3 216:13
234:15,19 235:19
235:20 263:2
269:3,13,20
281:14 285:24
286:6 287:5 289:8
291:1 292:23
297:17 298:4
300:11 305:17
308:6 311:17
314:17
**early**
142:2 161:20,25
208:7
**editions**
288:16
**editor**
21:16,18 22:12
23:21 24:6 32:15
**editorial**
24:10 237:7,15,21
237:25 238:7
293:17
**educate**
78:13
**education**
181:25
**educational**
181:23
**effect**
25:14 103:6 154:9
155:8 180:20
190:20 226:25
262:22 263:20,22
266:15,25 267:9
267:20 268:23
269:2
**effects**
86:16 105:3 207:22
**efficiently**
40:5,8 43:7
**effort**
10:17 50:5 82:2
127:9 131:13
233:21 257:14
**eight**

240:7 272:24 273:1
273:3 302:14
**either**
52:6 80:21 113:8
148:24 160:11
215:3 255:21
291:6
**Elba**
1:17
**elements**
121:20,24 122:4,24
**elevated**
133:7 186:7 242:11
**eliminate**
159:17 203:6,13
**eliminated**
132:19 133:16,21
133:23 134:2
137:24 234:18
241:2
**eliminates**
203:12
**ELLIS**
3:18
**eloquently**
166:11
**email**
24:3,4,6,9,16,22,25
**emails**
17:2 24:5,14 32:6
**embarrassed**
223:25 224:3
**emerged**
174:14
**emotions**
223:4
**emphasis**
162:19
**emphasize**
51:18 186:12
197:22 203:4
206:4 302:3
**emphasized**
199:14 200:17
201:1,13 202:3,9
**emphasizes**
202:5 248:25

Patricia G. Moorman, M.S.P.H., Ph.D.

emphasizing
205:25
empirical
224:4,6
employed
290:16 320:13,15
employee
320:15
employment
10:8
employs
281:25
ended
219:4 283:8
engaged
27:25 30:16 31:25
engagements
30:25
enrolled
208:6
enrollment
218:8
ensure
24:21 127:7
entered
282:16
entire
89:9 91:19 253:20
256:16
entirely
132:22 188:1 241:6
entirety
42:25 43:1 85:22
entitled
41:15 85:6 92:4
135:12 136:7
138:22 237:15
environment
105:20
environmental
90:25 93:1
envisioning
301:17
epi
182:15
epidemiologic
34:25 45:3 47:6

89:3,16 90:1
106:23 107:3
119:8 125:3,4,22
134:5 138:23
163:6 166:10
182:10 197:25
207:20 224:21,23
233:12 243:23
248:16,18 253:5
260:3,12 263:1
296:3 297:14,20
298:9 299:13,19
303:22 304:3,14
309:1,7
epidemiological
5:18 131:6 174:8
176:20
epidemiologist
41:8 60:17 62:16
126:8,11 138:12
167:4 174:21
179:12 248:8
249:18 261:17
287:14,19 314:2
epidemiologists
141:2,18 166:14
167:7 250:9
290:22 313:23
epidemiology
5:14 6:6 7:12 29:2
56:18,20 62:21
63:11,17,20 66:1
106:21 119:5
128:19,20 197:15
250:17 278:24
281:16 283:4
286:23 287:7
288:10,14,15,22
epidemiology-foc...
289:22
epithelial
6:15 7:17 176:15
278:12 303:5,14
310:16 311:2,13
311:15
epithelium
94:13

equal
197:9,11
equate
183:11
equating
144:15,22,22
equivalent
142:13,18 181:20
181:21
errata
4:11 17:17 18:12
318:6
especially
142:2 185:8 284:15
ESQ
2:5,9,14,19,23 3:5
3:9,15,20
establish
174:9
established
90:20 92:15 168:6
168:10,13,14
179:10
estimate
16:14 72:5,7
221:13 267:25
272:16
estimates
7:6 226:25 228:1
229:5 230:9,17
231:21 232:14
296:25
estimation
258:8,8
et
5:13,16,19 6:8,10
6:12,17,20,23 7:5
7:9,12,18,21
ethnic
262:14
evaluate
224:15 233:3
286:19 293:11
evaluated
126:19 293:5
evaluates
293:2

evaluating
78:25 142:14
158:11 261:7
evaluation
183:8 198:14
255:25 284:4
285:10
evening
35:13 280:18 310:5
310:6
event
36:5
ever-users
278:18
every-use
264:22
evidence
44:21,23 56:25
66:7,13 67:8 69:4
69:8,14 70:12,15
70:17 71:14,19,22
75:18 81:3,8,11
81:14,22 82:11
85:13 87:9 95:10
98:12,13 100:25
101:1,8,13,18
102:1,6,7,8,14
108:24 110:14
138:14 141:11
142:4,9,12,13,23
143:1 144:13,16
144:18,22,23
145:14,15 150:17
152:1 154:8,13,15
154:17,20,21
155:14,16,21,22
155:25 156:3,7,8
156:11,16,22
158:3,20,24 159:7
168:17 169:6
174:8,13,16 176:1
178:5,12,15
199:21 205:12
207:7,20 208:4,19
208:23 209:11
226:3,11 241:20
246:13 254:20

255:2,23 257:4,8
259:22 260:11
271:10 293:3,3
295:9 296:15
297:12 300:12
302:25 303:25
304:8,15 307:3
312:13,15,16
evidence-based
159:4,5
evident
278:17
evokes
223:3
exact
46:17 89:5 103:11
191:12 277:19
282:25 283:9
314:16,18
exactly
40:9 102:24 103:17
105:4 112:21
118:19 232:2
307:5
examination
9:5 157:14 302:21
315:11
EXAMINATIONS
4:1
examine
27:1 272:14
examined
9:4 114:14 186:19
205:18 313:4
318:3
example
39:25 48:12 74:18
112:11 114:3,6
141:20 142:5,21
142:22 154:4
158:23 159:17
167:14 171:12
181:22 199:23
209:4 223:1
228:16 245:9
282:24 293:4
296:14 297:13

Patricia G. Moorman, M.S.P.H., Ph.D.

**examples**
141:8,16,21 142:20
144:10,11 245:13
256:13,18 257:9
257:18 258:25
296:21
**exceeded**
122:3
**exceedingly**
114:11
**exceeds**
267:15
**exception**
264:10
**excerpts**
91:21,22
**excess**
235:14
**exchange**
234:19
**excluded**
218:16,18
**excluding**
184:10
**exclusively**
128:12,17
**excuse**
109:11 171:17
191:16 215:3
216:5 220:1 236:6
**exert**
180:19
**exhaustive**
41:12
**exhibit**
4:10,11,13,15,17
4:18,21,22,24 5:3
5:4,6,7,8,11,14,17
5:20 6:3,6,9,11,13
7:13,16,19 15:2,3
15:5,15 16:10,19
17:19,20 18:4,10
20:8,9 32:21,22
35:11,20,21,24
36:17,22 37:10,13
37:14 41:15,17,19

42:25 45:7,8
49:10,12,16 50:1
61:15,17 76:24
77:2,17 84:20
91:14,17,21
107:22,23 136:7
136:11 139:6,8
149:22,24 151:13
164:21 165:2,3,18
169:2,3 173:9,10
175:17,19 180:6,7
194:21 202:14,15
204:25 205:1,2
209:24 210:2
212:17 227:5,6
234:6,10,11
237:14,19 264:15
273:16,17 276:15
291:1 292:22
307:14,15
**exhibits**
4:8 5:1 6:1 7:1
17:24 37:1
**exist**
232:6
**existed**
113:22
**existence**
176:12
**exists**
175:5
**expand**
47:7
**expanded**
47:11
**expect**
106:15 112:10
113:23 114:8
162:4 204:16,21
206:5 229:4
**expected**
56:10 65:4 104:11
104:15
**expediting**
31:6
**expensive**
209:8

**experience**
106:5 224:20
**experiencing**
105:20
**experimental**
166:17 174:7
**expert**
4:21 10:23 11:6
21:10 26:6 31:21
37:7 42:20 43:18
43:22,25 44:13
52:24 53:1,5,7,10
53:13,16,19,23
54:1,7 56:9,10
66:5 73:3,25
82:17,22 88:3
101:16 124:15
127:21 139:1
174:17,21,23
179:7,11 197:6
289:19 290:11
291:3 292:6
293:22,23 294:4
294:24 295:11
302:7,8
**expertise**
41:7 54:4,9,13,16
54:21 55:15 56:3
56:16,17 57:3,7
57:18,20 58:23
59:4,14 60:18,21
63:15,17 83:4
90:2 121:22
289:23
**experts**
16:24 17:3 30:6
44:17 60:20 73:6
73:7,12,22 74:18
271:4,7 289:9
290:19 296:20
297:3,17
**explain**
39:7 88:15 110:15
204:9 215:24
**explained**
241:21
**explains**

231:13
**explanation**
192:19 204:10
213:11 215:18
241:22 305:3
**explanations**
231:24
**explored**
88:25
**exposed**
105:14,18 213:2
262:1 275:12
287:2 297:21
**exposure**
5:11 7:17 48:15
87:3,6 88:16
90:18,23,25 92:14
92:18 93:2,12
94:10 105:2,4,8
105:10,13,16,17
105:21 106:4,8,12
106:15,25 108:22
116:4 143:6,22
151:25 176:14
182:7 187:17
189:19 190:9,19
191:14,16 197:19
204:1 208:9
210:18 211:4
217:19 218:9,13
220:1 221:2,25
238:12 240:22
251:21 259:24
260:7,21 261:2,6
261:13,20 270:23
270:24 274:10
300:6,24 303:22
311:7,8 312:1
**exposure-disease**
158:11
**exposures**
106:10 126:19,24
128:21 191:25
220:11,18 221:5
223:6 251:16
252:11,21 253:7
253:13,17 254:14

254:25 255:13,14
255:19 256:4,16
257:4,22
**express**
119:17
**expressed**
124:5 168:22
169:12 170:3
**expressing**
31:22 32:7
**expression**
25:24
**extent**
31:10 44:8,11
114:13 160:2
163:24 233:22
**external**
300:5
**extra**
37:23 77:3 84:23
165:19

---

**F**

**F**
3:9,13 320:1
**fact**
51:15 79:3 96:22
104:22 111:21
112:9 125:22
132:18 135:17
163:14 169:9
173:25 176:4
178:6 192:14
194:9 237:4 256:3
267:22 270:6
294:1 298:22
**factor**
28:12 114:15
151:25 155:24
166:16 181:20,25
182:5,7,25,25
183:1,7,11 187:21
192:9 196:25
224:15 232:19
233:4 255:22,22
261:21,24 286:2
286:11,20,22

Patricia G. Moorman, M.S.P.H., Ph.D.

292:16 295:7,20 295:21 296:7 297:5,9 305:10 316:20

**factors**
5:15 19:11 23:4 25:12 26:12,15,25 27:10,15,17 30:22 31:2 135:13,24 136:8 141:3 145:1 167:2 181:17 182:3 183:9 214:12 225:7 243:9,11,15,16 244:3 247:11 249:15 250:2 285:10 286:19 305:6,9,15 316:5 316:6,22

**factory**
105:19

**fair**
15:12 34:13 40:24 42:11 43:3 49:22 61:5 95:25,25 126:9 137:13 138:8,8 151:8 161:12 162:19,20 162:23 170:17 229:16,21 260:10 274:15 291:11 313:17

**fairly**
10:19 41:11

**fall**
134:16 300:19

**fallopian**
6:3 151:10 298:19 298:23 299:10,15 299:23 300:7

**falls**
301:17

**familiar**
13:24 45:10 103:11 111:7,21 157:7 173:6 237:22

**far**

118:1 212:20

**Faries**
2:9 8:22,22 12:11 38:3 77:6 259:6

**fashion**
243:4

**Fathalla**
40:19

**fault**
100:16

**fax**
1:24

**FDA**
5:6,7 76:13,16,25 77:21 80:3,14 81:4 84:3,6,23 85:8,11,25 86:5 290:2

**FDA's**
77:18

**feasible**
299:16

**feedback**
222:19

**feel**
21:18 39:18 65:13 81:17,23 82:7 178:17 223:25 224:3 255:3 262:4

**felt**
51:17 98:4 110:13 111:13 184:5 223:14 306:13

**fewer**
255:24

**fibers**
75:23 77:23

**Fibres**
5:9

**fibrous**
115:9,21 116:6,9 116:12 117:6,16 117:22 118:5,18 118:25 119:6 126:2

**field**
147:22 243:24

288:11

**figure**
17:25 194:23 269:21

**figured**
196:5

**finally**
16:21

**financially**
320:16

**find**
44:23 46:11 50:10 52:8 60:11 113:23 130:16 134:23 162:3 187:2 200:7 225:17 272:18 273:5 275:5 277:23 279:4

**Findeis**
2:14 8:20,20

**finding**
71:19 267:5

**findings**
73:23 74:19 81:4 85:7 131:7 152:23 152:25 198:15 214:13 262:10 267:1 302:7 314:13

**finds**
277:18

**fine**
23:1 28:19 35:18 78:10 153:11 280:2,7

**finish**
61:14 77:9 113:9 113:11,12 152:7 172:9,11 186:3 209:17

**finished**
146:20 148:6 159:15 284:10 289:13

**first**
9:3 11:5,8,14 20:19 25:16,18 29:15,16

72:23 90:11 92:8 116:9 128:4,6,10 137:25 142:21 169:13,15 181:8 185:2 188:21 200:20 210:8 211:23 221:24,24 233:7 244:11 260:8 262:6 264:18 270:3 276:16 282:14 289:24 291:22,23 294:23

**fish**
234:9

**five**
92:16 217:21 252:11 254:13,25 255:13 273:3 277:18

**fix**
77:9 210:4

**flaw**
184:22

**flawed**
160:4

**flaws**
184:2,21

**Fletcher**
48:13

**flip**
18:9 49:25

**flipped**
151:18

**flipping**
49:20

**Florham**
2:22

**flow**
113:8

**FLW**
1:7 319:4

**focus**
19:17 135:23 292:14 298:8 303:11

**focused**

27:13 66:3 109:21 128:11 157:4 240:22

**focusing**
112:4,25

**folders**
164:5

**folk**
25:15

**follow**
13:22 191:17 294:22 300:25 310:7

**follow-up**
113:6 187:18 189:15,19,20,22 190:4,8,22 191:3 191:13,23 192:6 192:10 193:10,12 193:16 194:10 208:10 216:1,6,9 216:10 217:1,4,10 217:12 218:22 219:7 220:8

**followed**
189:22 208:8,10 217:23 237:8 300:3

**following**
185:9 233:4

**follows**
9:4 33:15 277:7

**footing**
197:9,11

**footnotes**
272:25

**foregoing**
318:4 320:4,6,9

**forest**
194:24 268:6

**forgotten**
220:16

**form**
12:21 22:20 26:16 26:17,23 27:7 28:6,15 41:5 42:15,18 45:23

Patricia G. Moorman, M.S.P.H., Ph.D.

46:8,14 47:19
48:3 49:5 51:2,24
58:3 59:10 62:8
63:6 64:5 65:6,15
65:19 66:18 67:6
68:6,22 71:15
72:17,24 73:8
74:10,25 76:7
80:23 81:6,20
82:5,19 83:12,22
84:9 86:2,14
87:14,16,24,25
88:1,4 89:2,12,21
91:7 93:16,21
94:22 95:3 96:5
97:14,21 101:3,21
102:16 104:1,24
105:24 107:7
109:5,16 110:7,25
112:13 113:25
114:20 115:15
116:1 118:1,16
119:1 122:6,14
123:10 124:25
125:17 126:3
127:23 129:6
133:5,11 134:18
137:9 145:11
148:15 149:18
157:17 161:2,18
162:14 170:4
171:7 175:9 176:6
177:14 178:9
179:9,23 181:3
184:4 188:16
189:17,25 190:6
190:15 192:25
193:14 194:14
196:12 197:23
201:15 207:1
213:22 214:4
228:15 229:18
236:11 247:3
255:17 258:2
266:5 267:6,18
268:15 271:8
274:11 279:10

283:24 285:25
286:11,15 287:24
294:23 296:23
297:6 299:1 300:1
305:18 306:5
307:2 309:3,12
313:24 315:22
316:11
**formalized**
292:10
**formally**
33:10
**format**
24:2
**formed**
26:10 51:10 88:17
125:3 295:3,15
296:6
**former**
270:11,16 290:1,2
**formerly**
290:4
**forming**
76:12 152:15
175:23 290:17
296:7 297:23
299:8
**forth**
103:10 214:9
**Foster**
3:5 4:4 8:13,13
280:8,17,19
281:23 288:2
294:10 313:24
**found**
77:22 81:10,25
82:11 120:25
130:11,16 131:19
134:22 136:4
166:20 187:13
194:12 203:19
225:25 272:9
278:12
**founds**
307:20
**four**
15:5 79:3

**fraction**
49:7
**fragrance**
123:20,23 126:2
**fragrances**
119:24 120:12,14
123:14 124:6
296:13,21
**frame**
11:17 132:10,11
143:12 179:1
**frames**
143:5
**framework**
182:21,22
**free**
79:14
**frequency**
272:16 273:4,23
274:4,17
**frequently**
53:22 166:14
183:24 230:12
305:11
**FRIDAY**
1:14
**front**
45:12 61:9 136:2
147:9 148:23,24
273:13
**full**
92:8 94:8 105:20
128:4 132:20
138:3 157:25
170:19 183:8
204:10 233:7
260:8,24 262:6
270:4 275:1
305:14
**fully**
193:2 247:20
**funded**
209:7 283:20
**funding**
283:8,14,17 285:12
**funny**
142:7

**furnish**
44:13
**furnished**
15:1 42:6
**further**
117:10 158:8
226:11 302:21
314:23 315:11
320:12,14

---

**G**

**G**
1:12 4:10,15,19,21
5:15 8:1 9:2
318:2 319:3
**Gates**
187:21 189:9
190:12 192:14,23
193:6,12 194:9
195:4 216:15
217:5
**general**
41:10 94:19 109:15
124:23 125:15
145:7 147:1 190:7
203:10 204:5
243:23 287:12
301:6 302:24
303:1 310:10
315:25
**generally**
102:15 161:11
190:23 199:14,22
200:17 231:14
251:24 252:3
256:13 257:19
290:16,23 301:2
304:17 313:22
**generate**
52:4
**genital**
6:9,18 106:13,15
132:1 180:19
213:2 222:8
223:18 224:3
266:10 267:10
270:7 276:18

277:8 278:11,18
278:21 279:14
**genotoxicity**
53:11 60:3,9
**gentlemen**
69:25 311:4 312:24
**geographic**
262:13
**geologist**
82:21
**geology**
53:24
**Gerel**
2:3 15:19
**Gertig**
7:5 189:4 190:14
193:21 194:12
195:7 204:25
**getting**
144:19 222:19
237:3 258:16
279:25
**Gibson**
11:7,17 12:13
**girls**
93:1
**gist**
119:21
**give**
19:22 69:17 70:7
72:5 90:9 113:15
132:5 141:20
152:4 158:24
181:21 187:2
223:1 241:20
245:12 294:7
298:14
**given**
30:20,24 33:1 60:6
107:14 116:8
117:19 188:10
318:5
**gives**
134:20 240:9
**giving**
17:6
**gleaned**

Patricia G. Moorman, M.S.P.H., Ph.D.

118:20
**go**
40:11 43:9 46:15
62:9 99:3 113:17
114:5 116:18
135:11 141:7
146:16 157:5
188:6 204:9 215:5
217:15 218:4
219:16 234:2
241:3 245:12
250:4 253:24
254:6 256:24
261:21 264:2
269:8 274:3 275:9
277:25 280:8
282:8 284:11
289:2 309:21
315:4,5
**go-to**
288:13,21
**goes**
78:25 79:8 92:22
162:2 239:20
278:15
**going**
15:2,6 17:18 20:7
21:15 22:11 32:19
32:20 33:21 34:9
35:10,19 36:24
37:2,9 41:14 45:4
45:7 49:9 52:12
52:15 54:23,25
61:8 65:1 66:17
76:8 78:4,5 86:23
91:14 107:21
115:2 116:20
139:6 149:21
150:16 151:9
163:23 164:4,20
164:25 165:8
169:2 171:19
172:1,3,11 173:8
175:16 180:5
182:1,2 200:11
202:14 204:24
209:11,12,14

210:4 211:13
218:25 223:11,25
230:8,17 237:11
237:14 241:12
245:17 247:11
248:24 249:24
259:5,7,13 263:4
263:5 265:1
273:15,19 278:2
280:10 282:6,23
283:1,16 284:4
286:4 288:8,20
289:20 294:2,11
302:16 307:13
308:14 309:23
315:6 316:14
317:6
**GOLKOW**
1:24
**Gonzalez**
186:20 187:14
199:24 270:20
271:2
**good**
9:8,9 52:11 100:19
100:20 165:4
190:24 211:9
280:18 308:18
310:5,6
**GORDON**
3:3
**gotten**
151:17 222:23
**grab**
164:5
**grabbed**
162:13
**grabbing**
162:11,12
**grant**
5:19 283:18
**graphic**
301:18
**graphics**
301:19,21
**great**
14:15 38:2 52:23

242:3 268:22
**greater**
64:1 102:8 114:17
155:12 240:12
247:12 262:24
263:7 267:12
268:2,7,24
**ground**
13:23 282:7
**grounded**
281:15
**group**
92:12 97:4 188:4
190:17,20 236:21
278:25
**groups**
262:14
**grow**
102:21
**growing**
178:12
**guess**
117:7 128:23
140:20
**guidelines**
246:4
**gynecologic**
20:20 147:17
149:16 290:3
**Gynecology**
147:21

---
**H**
---

**H**
6:12
**habit**
115:9
**half**
268:1,2
**halfway**
39:1 212:20 260:23
**hand**
15:6 18:1,1 32:19
36:24 45:4 54:23
77:4 139:7 151:9
164:25 202:14
212:15 227:5

234:13 237:18
273:19 307:13,17
**hand-selected**
68:4
**handed**
14:25 15:14 20:3
33:7 36:11 153:16
165:14
**handful**
104:13 177:8
294:21 314:25
**handing**
37:14 77:1 84:22
136:10 149:25
173:11 175:21
180:9
**handle**
20:15 78:10
**handwriting**
18:3
**handy**
90:8
**happen**
198:3
**happy**
14:8
**hard**
40:9
**hard-pressed**
178:13
**HARDY**
2:17
**hazard**
266:12
**head**
89:6 103:16 246:11
252:21 253:8
290:2
**health**
6:4 76:3 86:13,16
105:3 145:16,19
145:23 146:3,8
147:6 150:17
151:11 166:12,24
186:22,23 188:19
196:14 253:14
261:8,17,18,24

263:19 264:4
266:23 267:11
285:1,4 305:16
306:21 311:18,22
311:25 312:1,3,14
**health-related**
25:20
**healthcare**
32:11 127:6
**hear**
294:17
**heard**
223:2,12 281:2
**heavily**
145:2
**heavy**
92:18 119:10 120:3
120:18,24 121:2,9
121:15 123:8,12
126:1 296:16,21
297:13,25
**help**
35:1,6 100:11
236:3
**helps**
215:1
**hesitant**
223:7
**heterogeneity**
169:20 170:22
171:10 172:14
195:13 213:11
215:19,24 228:7
228:13,18 230:20
231:11 269:7,14
271:1
**heterogeneous**
196:2,4,5
**Hey**
116:14
**Hi**
294:17
**hierarchy**
158:24 300:12,17
301:17
**high**
130:11,16 261:25

Patricia G. Moorman, M.S.P.H., Ph.D.

**higher**
113:23 114:8
134:24 181:23,24
229:5 230:9,17
231:13,21 232:14
240:20 263:4
272:19 304:25
**highest**
274:9,12
**highlighting**
50:2,4,7
**highlights**
238:9
**Hill**
111:8,11 141:3
144:25 182:21
183:8 244:3,20
246:3 247:15
248:24 249:15
258:23 263:9
292:3,8,17 308:12
308:20 309:5,14
313:14
**histologic**
187:5
**histology**
35:5
**history**
76:6 218:18 222:21
222:22 224:2
**hold**
86:25 87:3 122:12
123:22 124:22
125:25 295:10
302:25 303:18
**hope**
27:1 285:12
**hopes**
27:14 31:5
**hoping**
242:16
**hopping**
282:6
**Hotel**
1:17
**Houghton**
6:22 186:21,22

202:13 263:18
264:4,15,17 267:9
**hour**
14:18 52:12 113:7
209:13 259:6,8
**hours**
71:25 72:12
**Houston**
2:18
**Human**
5:10
**humans**
104:4
**Huncharek**
6:16 175:13,17
176:24 177:9
**hundred**
104:10
**husband**
282:22
**hypotheses**
224:10,16,24 225:2
225:14
**hypothesis**
40:20 149:10
189:16

---

**I**
**IARC**
5:8 89:14,20,22
90:4,14,17 91:6
92:11,22 93:13,24
94:8,20 95:6 96:2
96:9,21,25 97:12
97:20 98:8,16
99:11,20,20
100:22 101:1,2,17
101:20 103:2,13
106:19 108:20
109:4 110:24
122:18 123:1,3,7
146:13 147:12
152:23 252:6,12
252:15,20,23,25
258:9,11 293:20
293:23 314:6,9,12
315:14

**IARC's**
93:8 103:7 109:14
306:25
**idea**
46:7
**ideas**
225:23,24
**identification**
13:12 15:3 17:20
20:9 32:22 35:21
36:22 37:13 41:17
45:8 49:12 61:17
77:2 84:20 91:17
107:23 136:11
139:8 149:24
151:13 165:2
169:3 173:10
175:19 180:7
202:15 205:2
227:6 234:11
237:19 273:17
307:15
**identified**
13:19 25:10 29:11
29:17 41:2 49:8
49:16 58:5,16
59:5,15 60:8
66:23 70:19
122:24 123:19
134:17 253:20
254:14 255:14
**identify**
28:20 29:12 40:5
221:25 224:8
257:22
**identifying**
146:8
**Illinois**
3:19
**illustrate**
144:24
**imagine**
209:8 288:25
**Imerys**
3:2 8:13,15 280:16
280:21,24 281:7
281:11,19,25

**Imerys's**
282:2
**immune**
25:23
**impact**
227:2 261:8,19,24
316:22
**impacting**
238:18
**impacts**
261:13
**implies**
138:1
**importance**
113:3 197:22
199:15 200:18
201:1,13 202:10
204:13 205:25
206:4
**important**
22:3,6,8 56:14,15
71:12 81:3,4
134:25 140:21
142:8 149:20
158:10 164:14
198:3 219:15
227:2 239:10
245:2,5 250:22,25
299:24
**impossible**
102:18 178:19,20
**imprecise**
250:14,15
**impression**
68:14 144:15,19
222:23
**improved**
239:16
**in-depth**
182:19
**inaccuracies**
160:5 220:12
**inaccurate**
203:13 218:12
220:23,24 221:1,2
276:8
**inadequate**

152:1 155:21,25
156:3,5,6 293:3
**inadvertent**
220:12
**Incessant**
40:19
**incidence**
93:5 111:23 112:10
112:18 113:23
304:19 305:12
**include**
21:8 29:25 42:12
46:16 47:12 115:8
118:10,14 123:3,7
162:16 175:11
187:24 188:9
193:9,19 217:4
240:14 271:17
278:22 311:12
**included**
20:24 26:14 29:9
42:16 43:15 131:7
137:1 139:4
140:17 161:6
188:19 193:24
212:24 278:14
284:13 286:22
**includes**
29:23 50:1 196:16
284:25 311:2
**including**
51:18 63:4 69:2
116:6 167:7
170:22 184:9
190:18 240:21
268:9
**inclusive**
320:10
**inconsistencies**
271:20 272:5
**inconsistency**
271:23 293:1
**inconsistent**
154:12
**incorrect**
210:3
**increase**

131:20 224:25
275:24 276:2
278:9
**increased**
105:15 112:10,18
125:6,23 134:14
147:25 148:21,21
149:3,3 155:4
163:11 166:7
167:5 176:15
181:15,24 185:3
187:6 225:8
226:23 247:21,22
248:6 249:13
250:1 256:12
262:24 313:11
**increases**
93:4 94:3 203:20
**increasing**
276:20 277:10
278:10,20
**independent**
120:16 122:12
123:22
**INDEX**
4:1,8 5:1 6:1 7:1
**indicate**
70:18 186:25
220:22,24
**indicated**
33:20 57:4 82:20
166:24 197:17
236:25 298:12
301:4 312:4
**indicates**
307:24
**indicating**
102:5,6 120:25
121:2 215:10
**individual**
25:19 198:18 199:9
215:11,15 290:20
301:7 302:4
**individuals**
12:10 158:14
**induced**
223:2

**inevitable**
230:16
**inevitably**
226:12 230:8
**infertility**
28:12,22,23 29:14
29:16 286:14
**influence**
265:20
**inform**
42:21 165:23
179:15 180:12
206:17
**information**
56:19 57:17 76:25
82:18 88:18 98:2
111:3 118:18,20
118:23 119:3
121:10,23 122:8
147:23 149:8,20
190:9 208:9 220:2
293:14
**Ingham**
10:2 11:10,21
13:23 15:10,20
16:11,18 17:7,14
17:18 18:13,17,24
19:1,8 25:25 31:2
31:4,7 32:11 45:6
45:18 47:2 48:9
48:20 50:6 51:6
51:22 54:20,24
61:9,25 74:18
115:19,20 116:10
119:17 295:12
**ingredients**
123:23 126:2
**inhalation**
303:17,19,24
**inhaled**
142:6 304:1,4,9
**inherent**
220:17
**initial**
52:3
**initially**
220:5

**Initiative**
186:23 285:4
**insignificant**
267:15
**instance**
127:25 257:25
**Institute**
6:3 7:3 150:23
209:9 283:19
**insufficient**
174:9 178:6
**Intellectual**
44:18
**intend**
26:13 37:18 41:1
76:4 86:20 250:4
294:7
**intense**
185:8
**intent**
59:12,18 60:16
161:4 215:9
256:15 285:9
**intention**
59:8 60:13 291:15
**interest**
23:8 221:25
**interested**
44:19 68:18 149:15
261:18 284:23
320:16
**interesting**
68:23 154:2
**internal**
127:12,13
**International**
7:16
**internet**
30:16
**interpret**
181:5
**interpretation**
163:15 169:22
170:12,25 195:15
198:15 269:16
**interrupt**
113:6,8 116:16

**intertwined**
244:12,21
**interval**
134:20 137:17
265:10,13
**interventions**
7:8 227:9 229:7,13
**interview**
132:2 225:22 235:5
235:8,12
**interviewed**
132:10 239:18
240:21
**interviewees**
235:22,23 236:4,5
**interviewers**
222:19 223:3,13
224:11,17,24
225:3
**interviews**
30:24 225:11
**introduce**
8:6
**invasive**
6:14 139:18 185:14
187:1,7 193:5
264:10
**invested**
209:9
**investigation**
286:3,22
**investigators**
188:8 204:17 206:5
238:20 262:12
**invite**
225:4
**invoiced**
14:19
**invoices**
4:10 15:1,5,7,14,15
15:23 16:8,12,15
16:17,20 33:18
**invoked**
213:10 215:18
**involve**
199:20
**involved**

**intertwined** [col 5]
13:7 88:9,19 112:6
180:21 280:23
281:5 285:8
**involvement**
21:9,20 22:13
27:20 283:2
285:17 291:25
**involves**
284:8
**isolated**
236:20
**isolation**
297:5,9,13
**issue**
22:5 57:12 59:1,9
67:11 68:12 81:5
84:7 85:25 88:21
94:20 107:4,19
109:19 110:21
126:22 128:22
144:16 149:17
160:20 163:5
166:2 174:1
188:14 190:13
197:22 212:9
213:21 214:11
216:1 219:7 221:4
233:23 240:10
242:3 253:11
315:19
**issued**
51:2 149:22
**issues**
26:5 192:5 206:20
284:18
**item**
21:3 39:25
**items**
39:21 40:5,15,23
40:23 42:12 46:12
46:18,23 48:19,21
49:2 50:5,11
306:21 308:24

——————
**J**

**J**
5:19

Patricia G. Moorman, M.S.P.H., Ph.D.

**J&J**
9:12 310:8
**J.M**
2:14
**Jack**
44:6
**James**
2:19 3:20 4:3 8:9,9
8:19 9:7,10 13:1,6
15:4 16:3,7 17:21
20:10,14 21:1
22:22 23:13 24:24
25:3 27:2,19
29:15,21 32:23
33:3,5 34:3,7,9,13
34:14 35:10,18,22
36:4,9,14,23
37:23 38:5,6
41:13,18,24 42:3
42:4,10,23 45:9
46:2,10,19 47:22
48:7 49:1,9,13,16
49:19,23 50:16,23
52:13,20 54:19
55:1,7,10,13 56:1
57:22,24 58:7,9
58:18 59:17 60:22
61:7,13,18 62:15
63:1,8,18 64:13
65:10,16 66:4
67:1,10 68:9
69:12 70:20 71:24
72:20 73:1,11,15
73:16 74:4,13
75:3 76:11,24
77:3,8,11 78:6,11
78:16 79:6 81:1
81:16 82:1,9,24
83:16 84:1,13,15
84:18,21 85:1
86:8,17,19 87:19
88:20 89:8,18
90:3 91:9,18,20
91:24 93:18,23
95:1,13,15 96:8
96:15,19 97:17
98:6,15,23 99:4,9

99:16,24 100:2,8
100:13,19,21
101:5 102:9 103:1
104:20 105:6
106:1 107:10,21
107:24 108:12
109:8,17 110:17
111:6 112:16
113:9,12,20 114:2
114:23 115:7,16
116:7 117:1 118:9
118:21 119:4
120:1 121:7 122:9
122:20 123:13
124:4,10,13 125:9
125:24 126:7
127:19 128:1
129:12 131:1,18
132:12 133:8,14
135:3,10 136:6,20
137:11 139:5,9
142:19 143:17
144:3,8 145:3,18
148:19 149:14,21
149:25 150:2
151:15 152:12
153:9 157:21
160:14 161:8
162:9,17,24
163:20 164:20,25
165:3,6,13 167:13
168:15,25 169:4
170:6 171:15,18
171:20,22 172:1,6
173:8,11,14,16
174:22 175:2,12
175:16,20 176:8
177:7,17 178:21
179:13,24 180:5,8
180:10 181:6
182:17 184:15,23
186:9 188:23
189:21 190:3,11
191:1 192:18
193:4 194:1,7,17
196:1,15,19 198:5
199:10 200:10,24

201:6,20 202:12
202:17 204:18,24
205:3 206:7,15
207:5 208:17
209:17,20,22
211:9,12,18
213:24 214:7
218:24 219:2,16
219:19,24 227:4,7
229:9,23 230:23
234:8,12,14,21
236:14 237:20
242:6,10 243:1
246:7,23 247:6
248:1,7,15 251:1
251:8 256:1 258:3
259:4,9,18 266:17
267:13 268:8,17
271:15 273:15,18
274:14 275:18
277:2,25 279:7,11
280:2,6 282:7,15
287:5 292:20
302:14,23 304:16
306:1,15 307:8,12
307:16 308:4,10
308:19 309:9,18
310:10 312:6
314:25 315:2,3,13
315:24 316:19
317:1
**James'**
70:3
**james.mizgala@t...**
3:20
**January**
1:14 8:3 320:18
**jdonath@coughl...**
3:10
**Jeff**
11:7 12:12
**Jennifer**
3:5 8:13 280:19
**Jersey**
1:2 2:22 3:8
**Jessica**
2:23 8:11

**jessica.brennan...**
2:24
**jfoster@gordonr...**
3:5
**JNCI**
6:21
**job**
287:1
**Joellen**
7:12
**Johnson**
1:5,5 2:16,16 8:9
8:10,12,12 9:6,6
70:21,25 71:3,9,9
73:22,22 75:8,8
75:15,15 79:20,20
79:24,24 80:2,2,4
80:4,6,7,16,16
83:1,1,8,8 118:23
118:23 121:11,11
121:19,19 124:20
124:20 281:8,8,19
281:19 302:22,22
315:12,12
**Johnson's**
70:21,25 71:3
80:10
**Jonathan**
3:9 8:15
**journal**
5:11,14 6:18 7:3,10
7:13,16 21:24
22:14,16 23:10
28:4,4 65:14
148:7 166:12,24
243:21
**journal's**
22:1,9
**journals**
147:22
**judge**
223:25
**judged**
184:13 252:23,25
**judgment**
156:7 175:8 176:24
181:1 182:23

188:8 198:12
208:14 222:17
252:16
**judgments**
184:7
**jumbled**
106:2
**jump**
40:18
**jumping**
148:3
**jury**
70:1 312:24
**justification**
230:24 232:4,6

**K**

**K**
7:18
**Kadry**
7:21
**Kat**
31:16
**Kathryn**
6:20
**keep**
49:19 209:14
247:20 249:24
**keeping**
36:25
**Kemble**
3:8
**Ken**
288:15
**Kessler**
44:5 290:1
**kind**
33:1 35:2,6 40:9,18
154:2 159:1,6
182:14 211:5
220:17 222:22
223:20 229:1
240:12 253:16
264:12 270:21
292:3 293:1,10
**kindly**
36:16

Patricia G. Moorman, M.S.P.H., Ph.D.

knee-jerk
231:19
knew
80:18 289:21
know
11:12,13 12:4
   13:24 14:7 16:17
23:6 24:10,14
31:22 34:6 35:4
37:25 40:8,9,10
40:11 41:11 42:20
44:7 45:17 46:15
46:17 47:9,14
49:6 50:18 51:6,7
51:8,11 54:14
57:6 59:11 62:11
64:24 68:13 70:23
71:2,5,9 72:4,7,11
74:6 75:1 76:22
78:25 79:8 80:3
80:16,19 83:8,14
83:20,24 84:6
86:3,4,7 89:13
95:5,8 96:12
101:24,24,25
102:4 103:15,17
104:14 106:11,12
108:10 112:17
114:11,12,12
123:17 124:17,19
129:23 131:25
136:2,4 143:3,7
143:21 148:16
149:2,15,20
152:19 157:11
159:4 160:23
163:11,12 178:14
181:10 183:20,24
184:8 186:4
188:12 190:22
193:17 200:6
207:3 208:21
209:15 217:3,12
217:13,23 222:21
223:5 225:6,23
232:10,13 239:4
239:21 241:24

242:2 248:21
252:19 253:14
261:17 263:14
276:5,12 279:2
280:24 282:1,5,8
282:10 285:19,22
286:9 287:2 288:4
289:25 290:5,18
290:19,20 293:15
296:13 297:16
298:8 305:9 306:9
knowing
68:18 95:9 206:13
knowledge
11:22 17:1 41:9
43:10 47:11 82:25
121:18 130:22
181:11 226:6
243:23 248:20
281:18,22 314:12
known
224:10,16 225:15
225:19,19
knows
223:11 290:20

_____

**L**

L
2:23 6:20
L.L.P
2:17
label
97:3,7
labeled
130:4 140:7
laboratory
57:5 89:24 106:24
lack
191:3 192:6 215:10
ladies
69:25 311:4 312:23
Langseth
6:12 173:4,9,17,18
175:7 177:19
178:23 209:24
210:2,9,24
language

129:11 130:21
140:22 146:6,7
164:7,10
Lanza
7:9 226:8,10,17
227:4,8,12,12
230:2,24 232:1,4
large
29:8 30:2 46:3
47:14 79:25
143:25 200:6,6
205:21
largely
225:25 311:15
LAW
2:7
lawsuit
239:14
lay
232:25 256:8
layman's
229:16
lead
48:15 102:1 121:6
171:13 226:12,23
230:8 232:14
292:12
leading
147:21 149:16
182:22
leads
125:8 231:20
learn
44:19
leave
78:5
leaves
155:20
lectures
30:21 158:23
led
125:23 160:11
240:12,13,20
266:16
left
66:18 139:22 140:6
167:23 275:1

288:3 293:10
294:2
left-hand
167:17 203:3
210:13
lesser
113:3
let's
11:7 19:13 99:24
100:2 113:11
153:12 170:19
172:9 194:18
218:16 221:22
237:12 240:5,17
253:23 264:14
275:22 277:25
288:15 299:2
letter
5:7 84:2,6,23 85:3
85:3,11,22
letters
32:15
level
39:14 45:1 76:1,1
102:1 105:21
106:4 157:9
181:23,25 253:24
254:16 255:23
263:5 270:24
300:5
levels
44:3 75:24 105:16
121:24 122:3
190:19
LHG
1:7 319:4
LIABILITY
1:7
life
25:20 208:7,8
lifetime
272:20 276:21
277:11,19
light
95:10
limitation
104:7,17,22 105:1

106:18 107:17
160:16 172:17
212:13
limitations
103:24 104:3 191:5
200:8 301:7
limited
79:2 130:8 163:21
201:10 205:11
233:19 294:2
297:14,14
line
61:24 113:13
209:17 319:5
linear
275:13,24 276:2
lines
55:10 61:20,21
240:7
link
88:25 89:10 168:4
168:13,17
list
5:3 26:14 27:16
33:15,19 38:21,25
39:8,9,10,18,22
40:6,15,15,22
41:3,4,11,15,22
41:24 42:1,5,5,11
42:11,15,24 43:23
44:24 45:6,10,12
45:15,17,18,19,20
46:6,22,23 47:7
48:20,20 49:11
51:6,9 80:10
246:17,18 290:25
306:18
listed
41:10 43:19,23
46:12,13 140:7
151:25 154:6
194:25 252:2
286:10 301:22
listing
286:18
lists
46:20 50:11

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 343

literature
5:12 45:3 47:3
51:22 52:9 56:12
56:22,25 58:1,11
58:22 60:13,19
62:21 63:10 64:1
64:3,7,18 65:2,5,8
65:9,12 66:15,21
66:23 67:5 68:2
72:9 75:4,7 78:25
81:19,25 82:3,12
88:6 89:4,9
102:11,20 103:19
103:21,25 104:22
105:7,14,17
106:19 107:5,14
107:18,20 111:8
111:15,22 112:17
119:9 120:17
126:12,14 129:9
131:6 156:16,19
157:7,8,10,14
161:12 162:7
163:7 166:10
182:10 197:21
198:1,1 199:11,14
200:16,25 201:12
202:4 212:10
224:19 226:5
227:15,20,21
229:15,25 231:3,6
242:8 245:11,21
246:9,25 247:8
253:21 254:7,10
254:13 255:2,4,9
257:25 260:4,12
262:3 263:18
266:21 271:17
272:6 287:7
291:20 292:2
295:2 296:2,3
304:22,23 309:1,7
309:8 311:1
litigation
1:7,24 11:8,9 13:19
16:9,13,16,24
17:4 21:9,21 22:6

22:14 27:21 28:2
30:7,18 31:8,18
32:5,8,13 44:13
47:17 67:3 68:19
73:2,7,22 74:1,2
74:15,22 87:15
88:9,19 97:19
110:6 118:11,15
118:24 121:11
124:15 126:18
127:20 131:3
150:22 153:5
174:23 185:10
214:3 233:15,19
234:1 236:16
254:20 255:5,9
271:5 280:24
281:5 285:18
290:8,12 292:6
294:5,7 295:11
319:2
little
11:11 12:1,4 27:10
59:4,14 138:14
154:22 155:20
161:17 267:23
288:19 289:5
311:17
lives
300:9
LLC
2:7
LLP
2:3,21 3:3,7,13,18
loathe
166:14
locations
262:13
lodged
36:12,13
long
26:14 27:16 220:11
259:4 267:14
280:18 291:24
310:9 314:24
315:5
longer

46:6 190:7,22
194:10 237:5
Longo
73:12,14,17 118:10
118:10
Longo's
73:19,23 74:19,22
look
19:23 29:6 35:4
40:12 45:10 61:19
61:20 63:23 70:4
70:4 77:16 80:9
89:19,23 92:7
104:2 105:3
108:13 109:23
112:2 126:12
128:17,19 132:6
138:13 139:12,15
139:22 140:24
144:25 145:1
150:22 155:5,10
155:13 156:11
161:19 164:4,9
167:15 169:1,15
180:14 184:7,12
184:24 186:25
195:9,11 197:25
199:8 203:2,15
208:6 219:8
229:10 235:2,4
237:21 238:6
262:21,21 263:1
263:17 264:17
267:21,24 268:5
269:11 270:2,3,19
270:20 272:24
274:3,25 276:14
276:15 278:24,24
279:17 301:6,6
303:6
looked
21:25 23:4 35:3
43:12 44:3,9
62:12,13 63:22,25
73:2,20 84:12
85:25 89:13,14,15
89:25,25 104:11

106:19 111:22
112:20 113:2
120:23 127:13,22
128:21 129:4
131:10 135:24
142:5 147:16
153:25 154:11,22
156:21 179:15
188:1 193:23
194:9 197:21
199:12 200:17
206:17,17 207:12
209:5 213:17
226:20 229:7
237:12 240:1
253:10 269:20
273:4,22 274:18
292:21 303:4,10
304:4,14 312:13
313:4
looking
19:24 20:5 21:3
22:22 25:19,23
27:4 28:11 42:5
44:11 55:7,10
67:24 89:10 90:11
95:17,23 104:8
128:8 130:14
131:7 132:13,14
137:4 155:7 156:2
157:2 167:2
188:14 191:15,19
191:24 200:8
212:9 226:19
227:12,18 232:1
235:2 236:2
244:25 260:17
264:19 273:25
274:7 278:22
looks
36:25 105:8 128:24
140:9 151:19
Los
285:4
lot
30:2 86:15 154:25
174:13 222:20

223:22 224:24
282:6,7
lots
40:10
low
75:24 190:19 213:9
215:17 228:8
low-level
208:19,22 209:11
lower
134:24 236:17
263:5 304:18
305:12
lower-level
288:20
lung
141:12,13,23,24
142:3 143:10,14
143:21 144:17
145:5 245:9
247:19 249:1
259:24 260:7
Lynn
29:25

M

M
7:4,12
M.S.P.H
1:12 4:14,21 5:5
9:2 318:2 319:3
magnitude
245:8,14 246:14
249:1 251:23
253:6,12,18 256:4
256:6,25 257:12
257:14,18,24
258:7,13,21,25
main
19:17 35:3 44:18
maintain
299:21
major
57:7 239:5 292:14
majority
49:2 104:10 130:24
233:10 272:18

Patricia G. Moorman, M.S.P.H., Ph.D.

273:8,22 276:9
303:4,7,8
**making**
66:9 69:15 71:13
100:13 142:1
159:1 182:22
198:12 229:6,22
247:20 298:6
299:24
**male**
113:1
**males**
112:5
**man**
123:17
**manner**
254:18 255:3
**manufacturing**
83:2
**manuscript**
302:10
**March**
4:24 5:5 10:6,9
17:7 19:8 30:22
45:13 46:13 47:1
47:17,24 48:5,19
49:3 50:18 51:11
56:2
**mark**
15:2 17:18 20:7
32:20 35:10,14,19
37:9 41:14 45:7
49:9 61:15 91:14
107:21 149:21
164:20 169:2
173:8 175:16
180:5 204:24
234:6,8 237:14
273:15 307:14
**marked**
4:9 5:2 6:2 7:2 15:3
17:20 20:9 32:22
35:21 36:17,22
37:13 41:17 45:8
49:12 61:17 77:2
84:20 91:17
107:23 136:11

139:5,8 149:24
151:13 165:2,3,18
169:3 173:10
175:19 180:7
194:20 202:13,15
205:2 212:16
227:4,6 234:11
237:19 273:17
291:1 307:15
**market**
113:22 122:5
**marketed**
79:13 85:16 88:14
**MARKETING**
1:6
**marking**
61:11 76:24 136:7
**material**
49:18 77:25
**materials**
4:17,22,24 5:3
33:23,24 34:16,22
35:25 39:2,8,12
39:22 40:6,15,22
41:1,3,16 42:1,15
42:24 43:15 45:5
45:19 47:8,15,23
47:25,25 48:9
49:10 51:2,10
72:1 117:23 118:7
120:17 121:10
306:17,18
**materials-consid...**
246:18
**matter**
9:12
**matters**
13:20
**McTiernan**
44:4 290:21
**MDL**
1:6 5:3 10:24 11:3
11:6,21,25 12:2,7
12:17,20 13:16
14:17,19,21 15:1
15:8,11,16,21
16:10 30:14 32:17

33:20 34:23 37:5
37:6,15,19 42:13
42:16 43:16 44:24
45:20 46:5,12,21
47:8,24 48:10,20
49:3,11 50:6,11
51:1,3,6,10,23
57:8 74:1,16
79:17,19 88:2
97:19 115:8,13,25
116:8 119:14
123:14 131:2
160:15 164:6
170:1 171:5
172:20 176:23
197:21 271:4
294:5 319:2
**mean**
32:4 34:19 40:8,16
41:6 100:16
113:13 142:18
143:20 145:12
229:19 230:24
232:4 248:18
287:23 288:5
310:22
**measure**
106:25 299:14
300:6
**measures**
300:4
**measuring**
274:16 277:19
**mechanism**
57:1,13 63:4 87:11
88:16 181:12
182:6 183:10
254:13,15
**mechanisms**
48:14 57:2 83:21
**mechanistic**
60:7 260:15
**media**
185:8 232:21 233:1
233:3,6,18,22,25
238:13,18 240:22
**medical**

28:24,25 56:11
102:11 141:22
144:16 145:4,8,9
145:13 146:10,25
147:16 148:14
150:10,18 156:16
156:22 157:14
253:21 255:2
**medicine**
159:4,5
**medroxyprogest...**
154:7
**meet**
12:7,9 39:14
**meeting**
9:11
**Melville**
2:13
**members**
293:17
**memories**
239:15
**memory**
239:21 240:12
**menstrual**
222:21 224:2
**mention**
36:15 81:4 118:12
123:12 191:5
**mentioned**
12:19 19:18 26:21
26:24 28:21 31:12
31:14,17 147:4,5
154:5 164:22
212:12 283:23
285:24 286:9,13
292:25 297:25
316:21
**mentioning**
148:20
**mesothelioma**
112:11 114:9,11,18
**met**
12:10,14 123:17
245:10,21 246:6
262:3,4,19 271:14
280:18 314:13

**meta-analyses**
7:7 89:4,14 137:2
154:23,24,25
155:10 158:2,9,19
158:25 159:6,8,11
159:17,20,22
160:2,5,10,16,19
160:24,24 161:3,7
161:9,11,15,21
162:8,10,13,19
163:1,3,14 164:8
164:15,17 165:23
166:2 167:8 170:2
173:3,5 175:14,17
177:9,10,12,19
184:1,7 193:18,23
195:21,22 199:13
206:16 207:6
210:10,12 212:25
213:7,19 216:17
226:20 227:3
228:18,24 235:15
241:12 260:18
262:21 267:25
268:6 300:16
301:16 309:1
312:25 313:3,7,10
**meta-analysis**
5:12 6:7,10,15 7:20
108:1 110:9
147:24 159:13
164:21 168:25
169:1 171:6
175:22,25 177:3
183:14 184:6,14
187:22 206:24
207:11 213:4
216:18,22 241:17
254:3 272:1
312:19
**Meta-Epidemiol...**
7:8
**metal**
122:24
**metals**
5:9 119:10 120:3
120:18,24 121:2,9

Patricia G. Moorman, M.S.P.H., Ph.D.

121:15 122:16
123:4,8,12 126:2
296:17,22 297:13
297:25
**method**
242:11 293:10
313:18,18
**methodologically**
205:24
**methodologies**
290:16,23
**methodology**
155:18 157:19
184:22 293:10
309:11 313:18,21
**methods**
53:14 59:7 197:15
205:8 225:16
293:15 313:25
**Michael**
6:16 44:6
**Michele**
21:13 31:12
**Michelle**
2:5 8:24 12:11 14:6
15:23 20:10 22:23
24:24 32:23 34:3
35:10 37:24 49:20
73:15 78:6 280:2
307:12
**middle**
92:8 132:14 171:21
233:7 240:25
**midway**
238:3
**migration**
59:1,3,9,16
**miked**
18:2
**millers**
111:16,19,23 112:4
112:12,19
**Mills**
7:18 25:22 273:9
273:16
**mind**
36:5 48:18 101:7

104:6 110:22
152:7 243:7 245:6
256:21 268:13
282:20 288:1,9
299:5 316:25
**mine**
33:1
**mineral**
53:14,17
**mineralogist**
65:23 82:21
**miners**
111:16,19,23 112:3
112:4,11,18
**mines**
281:7,19
**mining**
54:2 281:25 282:1
282:4
**minute**
163:5 308:13,16
**minutes**
40:12 113:7,18
288:3 302:15
**misclassification**
106:20,22 107:2,4
107:9,12,16,17
110:1,13,22 111:4
242:19
**misleading**
113:14 161:17
**misrepresented**
99:2
**misstate**
98:23
**misstates**
61:1 69:20,24 98:9
98:19 119:19
199:16 208:3
271:10 298:3
307:3
**misstating**
99:16,21 101:9
279:5
**mistaken**
80:7 286:24
**mistakenly**

199:19 200:5
**misunderstanding**
249:4
**mixture**
40:23
**Mizgala**
3:20 8:19,19 99:22
100:1
**Mm-hmm**
50:8 140:23 153:17
183:16
**moderate**
181:14 248:23
250:15 287:18
**Modern**
288:15
**modest**
247:9,23 248:4,9
248:10,22 249:7
249:11 250:10,14
250:18,21 287:11
287:17 288:23
**modifiable**
182:25
**Mohamed**
7:21
**molecular**
25:23
**moment**
19:22 132:6 163:19
173:20 215:6
239:2 277:23
298:14
**money**
209:10
**monograph**
89:20,23 90:5
91:16,19,22 94:6
94:9,18 95:17,21
95:21 96:10,14
101:14 123:1,3,7
123:12 314:9,19
315:15
**Monographs**
5:8
**months**
270:24

**Moorman**
1:12 4:10,12,14,15
4:19,21,23,24 5:5
5:16 8:5 9:2,8,17
19:24 21:5 33:3,6
34:15 35:17,23
36:20,24 37:4
38:20 41:16,20
42:2,5 45:4 49:14
49:24 52:21,23
55:14 56:6,8
57:25 60:10 61:3
61:8,14,19 64:14
67:12 69:22 74:3
77:1,12 78:17
80:11 84:2,22
85:2,4 90:8 91:5
91:11 92:1,5 94:6
95:16 107:25
108:14 115:8
117:2 119:11
128:3,16 130:15
136:6 139:10
140:19 144:9
150:3 151:9,22
153:10 157:22
165:14,22 167:16
171:16 172:12
175:13,21 180:11
184:24 195:12
196:20 200:11
201:9 202:18
209:23 211:19
218:24 219:25
234:16 235:4
237:21 240:4
244:1 245:25
251:15 257:10
259:19 260:20
262:2 264:17,25
269:11 273:12
274:8 280:1,18
294:17 296:5
301:15 302:6,12
302:24 304:17
307:18 308:11
309:18 310:5,9

313:17 314:22,25
315:14 317:6
318:2 319:3
**morning**
9:8,9 14:25 20:3
28:8 33:17 36:10
164:22 280:19
282:15 294:19
**Morristown**
3:8
**mortality**
90:21 92:17 93:5
**Mount**
3:8
**move**
69:10 99:24 100:2
232:18
**moved**
165:16,21
**Moving**
262:2
**mparfitt@ashcr...**
2:5
**mucinous**
303:12 316:3
**MUELLER**
2:7
**multicenter**
29:8,24
**Multiethnic**
285:2
**multiple**
11:12,12 24:4
71:19 96:25
140:18 158:23,25
161:15 256:13
258:24 264:3
312:25
**mutagenicity**
53:8

————————————
**N**
**N**
2:1 3:1 8:1
**N.W**
3:13
**name**

Case 3:16-md-02738-MAS-RLS Document 9888-3 Filed 05/29/19 Page 533 of 1294 PageID: 64554
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 346

9:10,15,17 10:3
12:12 19:20
280:19 319:2,3
names
12:24 75:11 290:1
290:19
NAPOLI
2:12
Narod
211:24 212:1,5
214:23 215:3
216:2
National
6:3 7:3 150:23
209:9 283:19
nature
200:12 203:5 211:1
NCI
151:5,10,24 152:25
156:1,9 157:11
292:21 293:1,9,17
NCI's
155:23
nearly
268:6,23
necessarily
60:8 69:18 70:8
104:25 181:5
182:16 194:11
211:7 232:15
252:16
necessary
309:10
need
14:7 18:23 32:23
37:24 52:5 69:18
70:4,8 113:10
219:8 231:3
249:18 273:13
needed
180:18 181:9
needing
39:14
neither
136:14 320:12
never
23:7 82:2 123:17

138:4 157:3 188:5
218:23 220:16
222:23 223:12
225:18,19 274:21
never-use
265:5
Nevertheless
204:12
new
1:2 2:13,22 3:8
10:23 46:12,17
47:10,15 48:8
50:10,17 51:5,7,8
51:16 115:13,24
117:19 118:2
119:16 147:23
148:10 225:24
284:3 285:9,25
newly
26:10
NHS
188:12,14,24 189:7
189:12,14 191:7
191:23 192:22
205:4 216:9
nickel
119:12,15 122:21
nine
29:3 240:7
non-mucinous
278:12
non-occupational
93:25
non-serous
310:25
non-statistically
134:12 236:22
non-talc
131:8
non-users
278:13,23,25
279:18
nonresponsive
57:23 58:7 69:11
86:17 95:14 144:3
171:23 200:12
219:1

nonresponsiveness
64:16
nonsignificant
93:3 94:2
nonstatistically
94:1
North
1:18 135:18 137:1
138:17,20 139:3
140:16 285:16
292:13 320:1
notable
301:9
Notary
320:3,23
note
74:14 93:19 94:2
140:25 141:10
172:20 203:16
207:12 227:25
228:18 278:16
notebook
34:24
noted
15:24 92:12 166:13
177:19,21,24
178:25 194:11
212:23 272:1
notes
34:8,21 35:1,24
280:3
notice
4:15,19 32:20 33:7
33:13 34:1,5
noticeable
301:13
noticed
290:24
notices
33:11
noting
174:12 180:24
null
134:9 137:8 265:14
number
4:9 5:2 6:2 7:2 21:3
46:3,17 47:14,14

79:5 89:5 90:9
104:12 107:15
120:14 128:21
155:5 200:1
206:16 210:2
212:13 246:16
251:15 272:17
276:20 277:10
278:10,21 284:21
287:19 295:22
319:4 320:23
numbers
180:9
numerical
289:2
numerous
187:15 245:13
314:5
Nurses'
186:23 188:18
196:14 263:19
264:3 266:23
267:11

─────────
O
─────────
O
8:1
object
26:23 57:22 58:7
64:15 66:17 80:23
86:17 88:4 95:13
101:10 144:3
166:21 171:22
172:8 200:11,21
218:25 247:3
objection
12:21 22:20 27:7
41:5 42:8,18
45:23 46:8,14
47:19 48:3,22
49:5 50:12,19
51:24 54:10 55:20
57:14 58:3,13
59:10 60:14 61:1
62:8 63:6,12 64:5
65:6,15,19 67:6
68:6,22 69:20

71:15 72:17,24
73:8,24 74:10,25
76:7 78:20 81:6
81:20 82:5,19
83:12,22 84:9
86:2 87:16 89:2
89:12,21 91:7
93:16,21 94:22
95:3 96:5 97:14
97:21 98:9,19
99:3 101:3,21
102:16 104:1,24
105:24 107:7
108:9 109:5,16
110:7,25 112:13
113:25 114:20
115:15 116:1,13
118:1,16 119:1,19
120:20 122:6,14
123:10,25 124:25
125:17 126:3
127:17,23 129:6
130:18 131:14
132:4 133:5,11
134:18 135:6
137:9 142:16
143:16 144:20
145:11 148:15
149:11,18 152:11
153:6 157:17
160:7 161:2,18
162:14,21 163:17
167:10 168:11
170:4 171:7
172:22 174:19,25
175:9 176:6 177:1
177:14 178:9
179:9,23 180:2
181:3 182:13
184:4,18 188:16
189:17,25 190:6
190:15 192:16,25
193:14 194:5,14
195:24 196:12,17
197:23 199:2,16
201:3,15 204:15
204:22 206:2,12

Patricia G. Moorman, M.S.P.H., Ph.D.

207:1 208:3
213:22 214:4
228:15 229:18
230:4 236:11
241:15 242:9,14
245:23 246:20
247:24 248:11
250:23 251:4
255:17 258:2,14
266:5 267:6,18
268:15 271:8
274:11 275:17
277:21 279:10
281:20 287:24
295:17 296:8,23
297:6 298:3 299:1
299:11 300:1,21
301:24 304:11
305:20 306:5
307:2 308:9 309:3
309:12 313:24
315:22 316:11

**objections**
4:18 22:24 36:12
36:19

**objectively**
232:1

**observation**
262:9

**observational**
6:16 166:17 176:11
228:22

**observed**
104:12,15 110:16
142:7 171:12
266:25 276:19
277:9

**Obstetrics**
147:21

**obtaining**
56:3

**obvious**
179:3

**occupational**
90:22 92:18 93:2
93:15 104:7,18,23
105:2,8,9 106:5

106:16

**occur**
242:19

**occurred**
220:11,19 233:14

**occurring**
115:9

**OCWAA**
26:8 29:19 283:24
286:17

**odds**
132:9 133:6,24,25
134:6,7,16,23
136:18,25 137:3
137:12,13 138:6
139:12,23 143:24
155:11 161:15,23
162:4 227:13
234:23 235:11,14
235:16,17 240:20
241:10,13 242:12
247:12 248:21
253:6 255:12
256:4 257:12,21
261:25 262:24
263:7 264:22
267:12,14 268:1,2
268:7,12,24 274:9
274:13

**offer**
37:18 76:4,8 86:20
192:19

**offered**
125:15 189:14

**offering**
56:9 79:17,19 81:2
97:18 131:2 255:4

**offhand**
114:22

**office**
41:25

**officer**
320:4

**official**
148:17

**oh**
20:16 78:12 114:3

165:21 210:4
308:17 315:3

**okay**
12:9 13:2,13,14,22
14:1,2,8,9,13,14
14:22 15:13,22
16:22 17:19 18:3
19:13 20:2,7,18
21:4 23:2,11,21
24:21 28:7,18,23
29:18,23 31:6,11
32:19 33:6,9,17
34:13 37:1,3,4,11
37:12,14 38:17,20
38:24 39:10 42:3
43:6,22,25 45:7
49:9,14,24 53:4
53:16 55:18 60:23
61:8,16,23 62:19
64:14 68:3,10
73:19,21 76:17
77:12 78:11 79:7
79:23 80:14 84:22
85:21 90:10 91:12
91:13,25 92:7,22
93:24 95:13 96:20
100:25 101:12
103:7 109:2
114:23,25 117:4,7
117:19 120:5,21
122:10 124:14
125:2 126:11
129:3 132:13
133:1,19 135:20
136:6,12 137:7,16
138:25 140:24
146:2,18 147:8,10
147:11 148:25
151:1,9,20,24
152:6,8,17 153:19
153:21,25 156:2,7
157:22 158:6
163:22 164:19
165:7,22 166:6
168:9,20 169:12
174:6 175:25
176:4,9 179:18,21

181:7 185:19,24
185:25 186:16
187:3,10 191:22
192:4 194:19,23
195:3,6 200:11,15
203:2 204:4
207:10,16 209:18
210:2,6,24 211:11
212:18 213:25
216:5,9,20 218:24
219:6,8 222:3,13
224:8,14,20 227:4
227:24 228:6
229:8 232:17
234:5,8,22 236:13
237:11 239:4
240:25 242:15
243:13 244:1,7
245:19,22 246:1
250:6 251:14
261:12 264:21,25
265:8 266:6
269:10,20,23
271:16 272:23
273:15,24 277:4
278:7 279:25
280:6 282:11,19
282:23 285:8
286:21 287:4
288:13,22 294:2
294:13,17 297:8
297:23 299:12
300:23 302:11,13
303:4 307:18
308:22 309:18,20
311:21 312:18,21
313:6 314:19
315:1 317:3

**old**
85:18 177:3

**Omiencinski**
40:1

**once**
22:24 54:5 58:21
63:13 72:22 77:9
97:15 112:25
130:19 163:18

188:5 238:12
246:1,13 247:10
248:20 249:21

**oncologist**
290:3

**oncology**
147:17 149:17

**one's**
67:8

**ones**
12:19 15:18 39:19
43:8,10 44:10
147:3 161:5 225:8
254:6 288:21
289:21,22,23

**ongoing**
283:7

**online**
154:1,6,12,22
159:5

**onset**
236:16

**operating**
230:22 231:5

**opine**
102:23 254:19
296:20,25,25
297:4

**opined**
66:6 102:13,19
116:8 119:11

**opinion**
31:22,23 43:17
47:1 56:9 65:2,8
65:13 66:21 67:25
68:1 71:13 76:9
79:22 81:8 86:25
87:3,6,13,14,24
88:13,13 109:10
110:6,8 115:24
116:4,10,11 117:7
117:15,19,20
118:2 119:17
122:10,12 123:23
124:23 125:2,15
126:5 148:17
153:5 169:11,12

Patricia G. Moorman, M.S.P.H., Ph.D.

178:5 181:19
197:6 206:11,14
214:3 224:5 255:4
294:23 295:4,10
295:16 296:6,9
297:23 298:2
299:8,21 302:25
302:25 303:1,18
311:5,6,8,10,11
312:1 313:8
**opinions**
30:14,17 31:8 32:2
32:4,5,7,13 37:18
39:11 41:2 42:16
43:15 45:1 51:2
67:3,4,9 75:21,22
76:4,13 79:17,19
81:2 86:9,20 88:1
97:18 115:20
117:5,21,24 118:5
119:10,14,22
121:8 123:20
124:5,6 131:2
152:15 165:24
175:23 179:15
180:12 197:21
281:15,24 282:2
290:7,11 294:6
298:4 310:11
312:22 313:20
**opportunity**
17:10 78:7 164:1
311:21 312:9
**opposed**
316:23
**opposite**
232:2 277:20
**oral**
4:15,19 36:19
127:3 254:1,3
305:9
**ORANGE**
320:2
**order**
245:8 308:23
**organization**
148:18 251:10

**organizations**
146:10,10 147:17
149:16
**original**
283:20
**originals**
35:16
**Ostbye**
31:16
**outcome**
197:19 320:17
**outcomes**
104:9
**outlier**
263:17 270:21
**outside**
59:4,14 93:10
121:22
**ovarian**
5:11,14,18,20 6:3,6
6:9,12,15,19,22
7:4,11,14,17,21
9:19,25 19:10
20:21 21:15 23:5
25:12,16,21 26:9
26:25 27:5,10,15
28:12 29:2 30:21
31:1,24 32:12
40:19 48:15 52:3
52:9 54:15 56:21
58:17 60:4 62:21
63:21,24,25 66:2
87:1,5,12,14
88:23 89:1,11,17
93:4,9 94:12,14
94:19 98:5,14
102:8,12,15,23
103:20 105:11,15
108:8,22 109:14
109:22 110:10
111:9,10,13 113:1
117:14 120:19
122:13,17 124:3
124:24 125:6,8
127:4 128:11,20
135:13,18 136:7
137:1 138:17,20

138:22 139:3,18
140:16 142:14
143:1,15,25
144:18 145:9
146:4,12 147:1,19
148:1,10 149:4,9
149:23 150:11,24
151:10 154:19
156:12,17,23,25
157:2,4,13 158:13
160:20 161:11
166:8,20 167:5,6
168:4 174:11
176:16 181:15
185:14 186:19
188:15 190:13
192:24 193:6
196:25 197:7,8,20
201:12 202:23
203:24 205:20
207:23 209:6
210:21 212:10
213:1 218:21,22
224:18 225:6
226:4,17 227:16
228:11,17 229:25
231:7 232:7,11
233:13,23 234:24
237:16 245:11,15
245:21 246:9,24
247:7 249:13
251:10 252:25
253:11,25 254:4,8
254:16 255:8
257:25 259:22
263:25 265:5,20
266:3,20 267:22
267:24 270:8
271:25 278:13
285:10,14,17
286:14,20 291:21
292:5,13,14
294:25 295:2,4,7
295:20,22 296:7
297:5,10,13
298:16 299:25
303:2,5,9,14,19

304:2,5,10,19
305:5,13 307:25
310:12,16 311:2,9
311:13,15 312:2,5
312:23 313:9,12
313:16 314:7,14
315:16,20 316:3,9
316:18,23
**ovaries**
298:19,24 299:10
299:15,23 300:7
303:22
**ovary**
90:19 92:15
**Over-speaking**
99:8
**overall**
26:11 52:8 116:4
155:5,13 184:5,13
193:24 198:13
200:1 229:21
235:16 262:21
267:23,25
**overestimate**
160:12 226:13
**overestimation**
203:21 204:7
**overlap**
16:5,6 161:5
**overlapping**
161:1
**oversight**
23:6,9
**overstating**
303:8
**ovulation**
40:19

───────────
**P**

**P**
2:1,1 3:1,1 8:1
**p-value**
274:19
**p-values**
274:22
**p.m**
115:4,6 116:21,24

165:9,10,10,12
211:14,15,15,17
219:23 259:14,15
259:15,17 278:3,6
280:11,14 302:17
302:20 309:24,25
309:25 310:2
315:7,10 317:7,8
**page**
4:2,11 21:4 33:13
38:21,24 39:1,4,5
55:6,7 61:19
77:16,17 80:11
85:3 90:7,9,10
91:25 92:4,9 94:5
94:8 108:13
111:20 128:2,2,4
132:8,15 135:11
135:12,15 139:10
139:11 140:19
153:15,22 157:22
167:15,20,21
169:16,16 170:8
174:1 176:9
180:14,16 184:24
194:24 196:20
198:10 203:2,15
207:11,18 210:7,8
210:9 211:19
212:19 215:25
219:25 220:1,25
221:8 222:4,4
224:9,9,14 226:7
232:23 233:4,5
234:2 235:2 238:6
240:5,23 244:1,7
251:14,20 253:20
255:1 259:19,20
260:8,20 262:5,5
264:18 270:2
271:16 272:11
274:25 278:7
282:13 298:12
307:21 319:5
**pages**
320:10
**paginated**

151:16
**paid**
73:6,10 124:15
127:20 174:17,21
174:23 179:7,11
**paper**
7:19 19:17,18
20:23 21:5,8,12
23:17 25:5,6,14
25:17,22 26:7,13
26:16,22,25 27:3
27:9,13,21,22
28:2,3,11,20,22
28:23 29:11,12,14
29:17 107:22
108:4,6 109:3,13
135:12,22 136:5,7
136:22 138:3,21
138:24,25 139:12
140:9,17 157:3
165:15 173:6,7,9
174:13,15 176:5
178:24 179:1,19
179:21 180:6,12
181:9 182:24
183:2 185:4 187:3
189:4,9 190:13,14
192:11,23 193:6
193:12 195:7,11
202:19 204:13,25
205:4,7,25 206:10
208:24 214:9,17
216:15 217:3,5
226:22 228:10
229:17,22 230:15
232:12 234:3,13
234:22 236:15
242:2 243:3 269:4
269:12 274:16
276:9,10,13
277:17,23 279:6
286:14,18 288:1,6
306:18,20 307:5
307:10,22
**paper's**
306:24
**papers**

22:19 28:7,8 29:6
30:5 112:21,23
122:16 138:19
165:16 188:24
191:13 194:11
228:24 246:16,21
247:14 250:8
273:20 277:18
287:21 292:15
307:6
**paperwork**
28:1
**paragraph**
78:5 90:12 92:8
93:14 94:8 95:24
108:15 109:24
128:4,6,7,8
130:14 131:22,25
132:14 135:15,17
140:20 150:8
158:1 167:16,17
167:23,24 180:15
180:16 196:21
210:14 211:23
212:20,21 216:2
221:11 233:8
238:7 240:9 241:1
260:9,24 262:6,7
270:4 275:1
298:13
**Parfitt**
2:5 4:6 8:24,24
12:11,21 15:23
16:1,4 20:12,17
22:20 23:1 25:1
26:23 27:7 29:13
32:25 34:6,11
35:12 36:4,11,14
36:16 37:21 38:1
41:5,23 42:8,18
45:23 46:8,14
47:19 48:3,22
49:5,15,20,22
50:12,19 51:24
52:14 54:10 55:1
55:3,5,8,12,20
57:14 58:3,12

59:10 60:14 61:1
61:11 62:8,23
63:6,12 64:5 65:6
65:15,19 66:17
67:6 68:6,22
69:20,24 71:15
72:17,24 73:8,14
73:24 74:10,25
76:7 77:7,10 78:4
78:8,12,20 80:23
81:6,20 82:5,19
83:12,22 84:9,17
84:19,25 86:2
87:16 88:4 89:2
89:12,21 91:7,18
91:23 93:16,21
94:22 95:3 96:5
96:13 97:14,21
98:9,19 99:1,7,11
99:18 100:3,9,20
101:3,9,21 102:16
104:1,24 105:24
107:7 108:9 109:5
109:16 110:7,25
112:13 113:5,19
113:25 114:20
115:1,15 116:1,13
116:19 118:1,16
119:1,19 120:9,20
122:6,14 123:10
123:25 124:10,12
124:25 125:17
126:3 127:17,23
129:6 130:18
131:14 132:4
133:5,11 134:18
135:6 137:9
142:16 143:16
144:20 145:11
148:15 149:11,18
152:11 153:6
157:17 160:7
161:2,18 162:14
162:21 163:17
167:10 168:11
170:4 171:7,17,20
171:24 172:3,8,18

172:22 173:2
174:19,25 175:9
176:6 177:1,14
178:9 179:9,23
180:2 181:3
182:13 184:4,18
186:1 188:16
189:17,25 190:6
190:15 192:16,25
193:14 194:5,14
195:24 196:12,17
197:23 199:2,16
200:20 201:3,15
201:17,22,25
204:15,22 206:2
206:12 207:1
208:3 209:12,21
213:22 214:4
219:18 228:15
229:18 230:4
234:7 236:11
241:15 242:9,14
245:23 246:20
247:3,24 248:2,11
250:23 251:4
255:17 258:2,14
259:2,11 266:5
267:6,18 268:15
271:8,10 273:12
274:11 275:17
276:24 277:21
279:10 280:5,7
281:20 287:24
295:17 296:8,23
297:6 298:3 299:1
299:11 300:1,21
301:24 304:11
305:20 306:5
307:2 308:2,9,13
308:17 309:3,12
309:21 310:4
314:4,22 315:5,22
316:11 317:4
**Park**
2:22 20:19 25:6,9
26:2,22
**part**

15:11,15 16:19
23:9 48:1 60:12
67:22 68:1 88:15
100:6 105:13,17
108:7 116:2
126:11 127:4,7
166:16 202:8,9
214:11 229:20
254:2 262:20
271:1 277:23
309:10
**partial**
78:20
**participants**
130:7 189:23
191:18 203:23
217:24 218:1
219:12 234:24,25
236:17 284:3,22
**participating**
284:24
**particular**
12:2 41:22 56:9
75:11 138:5 200:9
221:19 232:20
242:17 243:16
288:1 297:4,8
299:9 301:21
**particularly**
45:2 47:5 136:15
158:10 220:19
222:9 223:9,24
238:11
**parties**
121:20 320:13,16
**partly**
210:17
**parts**
38:17 144:13
**pass**
84:23 136:10
294:11
**passive**
259:24 260:7
**pathologist**
54:5,7,14,18
**pathologists**

Patricia G. Moorman, M.S.P.H., Ph.D.

54:7 316:14
**pathology**
54:4,6,9,13,14,21
55:15 56:4
**patients**
32:12
**Patricia**
1:12 4:10,12,13,15
4:19,21,23,24 5:4
5:15 8:5 9:2,17
36:20 41:16 317:6
318:2 319:3
**patterns**
182:4
**Paul**
7:18
**pause**
187:11
**PCPC**
310:8
**PDQ**
6:3,4 151:3,10,21
153:13 155:23
292:21 293:9,17
**peer**
26:19 30:14 286:1
**peer-reviewed**
65:2,8,14,25 68:2
69:3 72:9 74:23
75:2 81:9,18,24
82:12
**Penninkilampi**
6:8 147:24 164:22
165:15 166:4
167:14,18 168:21
183:13,17 184:3
185:19 186:12
187:20 191:15,19
192:9 193:11,20
194:2 206:23,23
207:25 208:21
216:22,25 217:3
217:24
**Penninkilampi's**
217:9
**people**
12:24 15:24 45:2

76:3 104:10 105:1
105:14 112:5
142:4,6 144:12
193:18,23 199:20
199:25 200:5,7
220:10 221:5
228:23 255:23,24
262:1 274:20
301:1
**people's**
44:19
**percent**
59:15 60:11 134:13
134:20 137:17
155:3,4,6,8,11
166:7 236:5,7,13
236:13 247:22
248:5 249:13
250:1 256:12
262:23 303:9
313:11
**percentage**
185:3 303:14
**Peres**
23:17
**perfect**
275:24 276:2
**perfectly**
275:13
**performed**
121:19 163:1,4
212:4 269:6
313:19
**perineal**
6:6,11,14,21 7:16
7:20 96:11,20
97:13 98:17 99:22
100:7,16,16,22
101:17 151:25
166:6 168:1
174:10 176:14
185:13 202:22
205:19 265:19
266:4
**period**
16:13 113:22 114:7
160:21 189:20,22

191:8,14,16,17,23
192:10 193:10
194:10 208:9
217:12 220:11
282:16 301:1
305:23 306:4,9
**peritoneal**
5:17 6:4 99:12,23
100:4 138:22
139:24 151:11
**permitting**
291:19
**person**
11:8
**person's**
223:17
**personal**
3:11 8:18 206:11
222:20 223:8,21
223:22 281:17,22
294:15,20
**personally**
45:16 233:25
290:20
**perspective**
86:13
**perspectives**
44:20
**pertain**
26:1,5 30:10 80:4
226:17
**pertained**
314:13
**pertaining**
13:8 19:10,14 22:5
59:9 64:3,7 75:5
75:17 85:8 87:13
109:18 253:21
279:12
**ph**
1:24
**Ph.D**
1:12 4:10,12,14,21
4:24 5:5 9:2
318:2 319:3
**Pharmacopeial**
83:10

**phrased**
297:17
**phraseology**
234:16
**phrasing**
103:3 149:2 241:7
**physician**
288:18
**PI**
284:20
**picture**
214:12
**piece**
66:23
**pieces**
312:12,15
**pile**
37:1 183:15
**pinpoint**
102:24 295:5,19
305:10
**place**
33:11 162:18 235:3
**Plaintiff**
11:16 72:18 310:3
**Plaintiffs**
2:2 8:23,25 9:22
16:25 21:10 30:7
31:23 36:13,18
73:7,10 86:21
106:7 124:15
174:24 271:4
**Plaintiffs'**
4:18 8:21 14:16
17:3 40:14 41:24
43:22,25 44:12
48:21 49:4 59:22
67:20 68:5,8
72:10,15,21 73:3
82:16 83:17
145:25 289:9,17
290:11 291:16
**planning**
284:6
**plausibility**
117:12 121:5
156:24 205:16

260:15 297:19
309:6,15 313:14
**plausible**
182:6 183:10
231:24
**play**
231:13,23
**please**
8:6 9:16 14:13
19:21 24:22 61:9
61:20 64:22 70:3
70:4 77:4 78:22
101:9 111:18
115:18,18 172:12
173:19 186:3
200:14 219:19
228:4 237:12
282:9 299:5
309:22
**pleasure**
9:11
**plenty**
145:14
**PLLC**
2:12
**PLOS**
7:6
**plot**
194:25
**plots**
268:6
**Plunkett**
291:4,8
**Plunkett's**
291:10
**point**
28:5,16 51:13,18
79:21 102:18,22
138:8 142:1
144:11 147:14
159:24 178:13,14
178:17 179:5
190:16 204:6
226:22 228:21
229:3,6,21 237:9
239:10 247:15,20
256:11 257:6

Patricia G. Moorman, M.S.P.H., Ph.D.

258:18 259:3
269:12 289:1
293:7,14 295:3,15
295:19
**pointed**
266:22
**pointing**
230:15
**points**
51:14 238:4 274:22
**policies**
22:9
**Pollak**
31:16
**pooled**
6:19 179:14,18
**population**
132:21 138:3,15
261:7,13,23 262:1
304:18
**populations**
304:24
**portion**
57:23 86:18 95:14
171:23 213:15
219:1 241:10,13
307:20
**position**
70:22 71:1,3,8,10
263:24
**positions**
149:15
**positive**
90:21 92:16 93:3
94:2 138:11 162:1
176:18 211:4
287:15,22 288:7
**possession**
24:17 36:1
**possibilities**
218:11
**possibility**
185:23 205:13
223:16 238:23
239:11 240:1,19
241:23 257:13
**possible**

48:14 96:17,24
97:10,23,25 98:21
101:23,24 102:1
104:7 107:3
110:15 147:13,14
190:10 239:14
255:11 257:5
286:10 291:18,25
303:21 307:1,25
308:7
**possibly**
66:23 146:14 253:3
257:8 296:16
**post-2014**
235:23 236:5
**post-data**
240:16
**post-interview**
225:11
**postings**
30:16,17
**potential**
19:19 20:24 21:6
23:8 26:22 28:13
86:16 87:10 94:11
107:2,16 109:25
110:13 117:13
122:19 164:12
182:25 203:7,12
203:13,18,21
204:7,7,8 218:20
230:12 231:17,20
240:15 241:19
270:15
**potentially**
190:20 261:23
306:10
**powder**
1:6 6:18,22 7:11,14
52:2 64:4,8,19
65:4,18 66:13
68:20,25 69:7,9
70:13,15,18,19
71:1 75:6,18,24
76:2,5,10,14
79:20,23,25 80:1
80:10 81:10,14,22

82:14 83:2,9 84:4
86:1,10,22,24
87:4,7,8,11 88:2,7
88:11,15,17,22
94:7,20 102:12,14
105:11,22 106:8
106:13 109:20
111:12 112:8
113:21,24 114:7,9
114:13,14,17
116:3,4 117:9,13
117:16,22,25
118:6,8,19 119:16
119:22 120:4
121:1,6,9,14,16
121:24 122:3
123:24 124:20,23
125:4,7,13,19
126:5,22 128:22
128:24 129:4,9,10
129:10,24 130:3
130:17,23,24
131:17 132:2
150:11 202:22
203:25 223:17
237:15 239:15
265:19 266:11
267:10 276:18
277:8 278:11,21
279:14 281:9,12
281:16 285:18
291:21 292:4,6,7
294:24 296:1,3
298:1 303:19,24
304:1,5,9,23
310:12 311:6,9
312:2,4,22 313:9
314:6,14 319:2
**powders**
9:25 93:11 96:3,3
96:10 120:18
123:5,5,9 129:13
129:16,19,20
131:8,8,9,11
140:10 180:19
278:18
**power**

66:7 200:3 211:20
212:2,9,12 213:4
213:9,21 214:3,9
214:11,16,18
215:3,11,13,16,17
284:19
**practice**
224:22
**practices**
1:6 281:25 282:1
**pragmatic**
300:4
**pre-**
240:16
**pre-2014**
235:22 236:4
**precede**
177:9
**preceded**
314:19
**preceding**
203:15
**precise**
57:11 129:8,11
130:20 146:7
172:20 214:16
265:1 307:19
**precisely**
91:6 118:17
**precision**
221:3
**pregnancy**
224:2 305:9
**premature**
108:23
**preparation**
19:2 26:8 37:5 38:8
38:9 313:20
**prepare**
45:15,16 46:20
**prepared**
15:7 16:8 32:15
46:22,24 291:2
292:19
**preparing**
12:6,17 17:13
34:17,17 150:21

**preretirement**
10:16 282:17
**presence**
76:14 83:5 96:2
117:22,24 118:5
119:15 121:8,14
123:4,8
**present**
118:25 270:8 275:4
**presentations**
30:20
**presented**
73:22 74:18 111:3
121:10 148:17
**presents**
110:23
**preserve**
24:21
**presume**
20:11
**pretty**
63:22,23 71:12
72:6 111:13 162:7
182:8 229:21
231:1 240:9
242:23 278:23
316:6
**prevalence**
130:12,17 260:21
261:2,6,12 304:23
**Prevention**
6:4
**previously**
48:17 50:15,22
82:21 181:16
185:2 296:13
297:12 301:16
**primarily**
112:5,25 125:3
**primary**
5:17 6:4 52:1 63:14
135:23 138:22
139:24 151:11
**print**
153:12
**Printout**
5:20

Patricia G. Moorman, M.S.P.H., Ph.D.

**prior**
14:22 15:18 22:19
33:9 38:7 56:8
88:7 141:17 161:6
162:11 176:19
180:4 218:1
219:12 233:14,23
234:1 236:24
300:18
**probable**
97:6 101:24 102:2
**probably**
13:4 24:18 30:3,4
40:20 55:23 61:5
68:15 71:6 95:20
112:4 113:7
145:24 186:20
218:10 240:6
241:16,17 288:21
291:14,23,25
292:10 303:7
307:11
**problem**
16:5 102:6 103:4
109:25 110:23
111:5 159:18
220:18 230:7
232:6
**problems**
164:16 184:20
185:20 187:15
200:4 270:22
**procedure**
127:5,7
**proceed**
52:21
**proceeding**
320:4,6
**process**
258:22 286:1 306:3
313:22
**produced**
4:24 16:10 33:18
45:13,18 68:19
88:8
**produces**
83:8

**product**
76:2 117:13 119:25
129:10,24 130:4
296:10 298:1
**products**
1:6,7 3:11 8:18
64:4,19 65:4,18
66:8,14 68:21
69:1,9 70:16,19
71:1,18,20,22
75:6,8,13,14,18
75:20,24 76:6,10
76:14 77:25 79:5
79:12,20,23,25
80:1,2,4,5,7,16
81:11,13,14,22
82:14 83:2,9 84:4
85:15 86:1,11,22
86:24 87:4,7,9,11
88:8,11,15 102:12
102:15 105:11,19
105:23 106:6,8,14
109:20 111:12
112:8 113:22
114:7,10,13,14,17
116:3,5 117:9,16
117:22,25 118:6,8
118:19,25 119:16
119:22 120:4
121:1,6,9,14,15
121:17,21,25
122:3,4 123:24,24
124:20,23 125:5,7
125:13,20 126:5
126:23 281:9,12
281:16 294:15,21
294:24 296:1,4,11
297:19,20 298:8
298:10 303:19,24
310:12 311:6,9
312:2,4,22 313:9
314:6,14
**professional**
6:5 31:9 32:1,8
126:8,11 138:11
151:11 181:19
222:17 261:18

**professionals**
32:11
**professor**
10:10
**profiles**
315:21
**progress**
27:17 28:9,11
30:10
**progressed**
160:20
**promised**
232:16
**prone**
185:7 207:13
**pronounce**
196:2
**pronounced**
123:18 316:1
**proper**
133:22
**proportion**
80:1
**Proposal**
174:2
**proposition**
124:22 203:10
204:5 226:10
272:23 273:8,21
**prospective**
7:4 203:5 207:21
210:17 211:1,3
227:14,20 228:2
228:13 229:12
230:2
**prospectively**
202:24 205:18
206:4
**prove**
79:10
**proven**
255:16
**provide**
34:15 40:14 67:8
69:4 72:22 74:2
83:17,20 91:11
116:9 141:8

145:25 199:21
214:19 226:11
305:3
**provided**
17:9 18:17 35:23
39:13 40:2,11,24
42:12 44:14 46:25
47:1 48:21 49:4,7
67:20,23,24 68:7
68:16 69:2 72:10
72:14,19 74:1,7
77:3 80:15 82:16
85:13 115:20
118:23 141:21
144:9 149:8
289:16 293:15
294:5 296:21
306:17
**provides**
87:10 194:10
231:18
**providing**
65:13 67:3,4 81:18
141:17 142:20
**PTI**
3:17 8:19
**public**
30:24,25 47:16
48:1 166:12,24
261:8,17,18,23
320:3
**publication**
22:4 188:10,20
189:3,7,12,14
196:14 237:8
242:7 244:14,17
253:4,9 283:23
285:20 315:15
**publications**
19:9 26:5 32:16
41:9 47:11 243:2
285:25 286:8
**publicity**
233:22 240:12
**publish**
65:2,7
**published**

21:19,24 23:24
48:5 67:4 81:18
95:18 98:2 110:11
127:3 135:22
138:16,19 147:3
148:11 158:18,22
160:25 161:4,6
162:1,16 177:24
186:24 188:13,18
188:24 193:13
241:17,18 243:9
243:20,22 244:19
244:23 254:19
255:4,9 306:12
315:14
**publishing**
138:21 302:7
**pull**
146:6 161:11 234:5
**purchasing**
130:4
**pure**
296:6
**purported**
76:5 89:10 126:13
150:23
**purpose**
27:8,12 128:18
162:15 202:21
284:14
**purposes**
20:2 27:3 34:17,22
95:16 312:21
313:19
**put**
78:24 103:17 159:1
255:8 284:15
287:18 314:9
**putting**
75:24
**pyramid**
159:1 301:18 302:1

---

**Q**

**qualification**
178:23
**qualified**

Patricia G. Moorman, M.S.P.H., Ph.D.

55:22
**qualitatively**
106:6 142:24
**quality**
25:20 127:6
**quantify**
72:3
**quantitatively**
142:25
**quantity**
49:7 76:9
**quarrel**
85:24 86:6
**quartiles**
276:22 277:12
**question**
15:18 28:18 29:15
50:15,22 54:22
55:14,16 56:13
57:11 58:15 60:5
61:21 63:14 64:15
64:20 65:21 66:18
68:24 70:2,3,4
74:5 77:9 87:18
98:25 99:2,6,19
101:16 102:4
109:3 110:24
117:3 119:9 120:3
120:22 124:3
125:19 126:1
129:1 131:16
135:8 144:6
146:21 156:14
163:9,24 172:4,7
172:19 175:4
177:20 178:11,11
178:20 183:5
184:16 187:19
189:2 200:14,15
200:21,22 202:1
206:19,21 219:3,4
219:5,8,9,10
223:14 227:17
232:8,16 245:17
249:4,5,6 252:19
254:22 255:6
258:17 265:2

267:8 271:13
283:16 286:7,21
286:25 294:3
307:20 308:2,5,21
310:10,15
**questioned**
311:17 314:5
**questionnaire**
129:2 131:16
140:11 191:20
286:25
**questions**
13:25 14:12 16:16
31:5 36:6 37:2
55:3 62:11 78:7
113:6 164:1
171:19 184:10
201:10 205:16
209:25 220:13
223:12,22 224:25
225:16 280:1,4
294:22 302:12
310:7 314:23
315:1
**quick**
117:2 306:16
**quickly**
148:4
**quite**
29:24 64:9 101:4
138:19 140:2
174:13 209:8
218:13 237:13
262:9 263:8,17
276:25 295:7,22
295:22 314:17
**quote**
103:4 150:9 167:18
203:16
**quoted**
80:20

--- R ---
**R**
2:1 3:1 8:1 319:1,1
320:1
**race**

262:14
**raise**
164:2 225:24
**raised**
205:15 306:11
**ran**
206:20
**randomized**
166:22
**range**
134:17,20 137:13
237:1 248:22
255:15,20 256:11
256:17,19 257:23
**ranked**
302:2
**rappel@seyfarth...**
3:15
**rare**
114:11 310:25
**rate**
14:18 236:5,7,18
**rates**
111:23 112:10
113:24 114:8
236:6,10
**ratio**
132:9 133:7,24,25
134:6,7,16,23
136:18 137:3,12
137:13 138:6
139:23 143:24
155:11 161:16,24
162:4 235:11,14
235:16,17 241:10
241:13 242:12
248:22 257:24
261:25 262:24
263:7 264:22
266:12 267:12,14
268:24 274:9,13
**rationale**
188:1
**ratios**
136:25 139:12
227:13 234:23
240:20 247:12

253:6 255:12
256:4,6,25 257:12
257:14,21 258:7
268:2,2,7,12
**raw**
77:24
**RDR**
1:21 320:22
**re-ask**
79:18
**reach**
111:9 125:14
126:25 155:18
182:18 231:2
256:25 263:3
308:24 309:11
**reached**
95:12 97:20 156:9
178:14 227:13,21
252:7 268:19
299:15 300:7
**reaches**
298:18,23 299:10
299:23
**reaching**
141:4 161:15
**reaction**
231:19
**read**
39:13,17 43:12
59:12,19,25 60:7
64:9,10,23,24
71:6,6 72:7,8
76:23 77:21 78:2
79:1,9 85:12,23
90:16 92:11,23
94:9 99:4 108:18
108:25 111:1
118:3 128:9
132:17,24 140:25
141:10 145:22
150:9 154:16
158:8,16 162:25
167:25 169:19
170:10,19,20
173:20 174:6
176:10 180:17

185:2,5 195:12
196:21 198:11
199:18 202:20
203:4,17 204:2
205:9,22 207:17
207:19 210:14
212:22 221:11
222:6 233:8 237:9
238:8 239:13
241:4,7 247:14
251:20 259:21
261:4 262:8
265:18 269:13
270:5 271:22
272:12,21 275:3
275:20,21 276:17
276:23 277:7,14
277:16 278:8,15
285:21 289:20
291:10,11,18
298:5,14,20 318:3
319:5
**reader**
22:7 160:15 168:21
170:1 175:7
176:23
**readers**
171:4
**reading**
56:13 77:19 91:3
94:16 117:10
120:21 144:14
145:21 150:13
158:4 170:14
185:17 197:4
213:13 226:14,16
228:4 238:15
240:3 251:25
254:22 260:1
291:15 298:13
300:3
**reads**
278:8 319:5
**ready**
28:6 52:21 259:9
**real**
193:25 247:16

249:2,5,6 257:13
257:17 316:17
**really**
44:25 51:16 86:15
142:8 155:17
163:23 171:9
187:13 188:6
197:11 211:2
214:20 225:2
230:2,15 231:3
258:15,16 259:20
263:17 265:1
298:7 303:15
310:20
**realtime**
99:5 148:22
**reason**
85:24 116:15
178:22 203:18
204:7 214:1,6,8
214:10 222:3
224:1 230:13
239:8
**reasonable**
284:21
**reasons**
161:10 180:3
215:23 232:25
241:25 242:21
251:7 263:2 300:4
**REATH**
2:21
**Rebecca**
44:6
**rebut**
68:19 73:23 74:19
**rebutting**
118:24
**recall**
7:14 10:3,6 11:17
13:17 17:6,13
22:1 24:6 40:1,3,9
44:11 54:20,22
66:9 69:15 75:9
75:14 76:16 83:19
96:6 103:17
104:18 107:13

110:11 112:2
115:10 118:19
123:11 132:23
135:25 138:21
146:5 149:5,7,12
150:5 159:18,18
160:4 164:11
185:7,20 186:6,11
192:21 203:7,12
203:14,22 204:9
204:10 205:14
207:13 218:9,12
218:13 220:11,18
220:23,24,24
221:1,1,2,5,7,12
221:18 226:11,22
229:2,3,14 230:7
230:7,12 231:4,4
231:11,12,17,20
232:5,9,13,20
234:19 237:16
238:10,24 239:7
239:12,22 240:1
240:11,13,16,19
241:6,14,19,24
242:4,5,8,20,21
243:4,10,17 251:3
251:12 252:13,13
252:20 253:16
254:10 283:9
287:8 292:23
295:14 300:13
311:19 314:7,16
**recalling**
149:1 242:16 307:5
**Received**
92:24
**Recess**
52:17 115:4 165:10
211:15 259:15
309:25
**recognize**
18:3 56:16,17 57:6
79:25 103:24
106:21 160:9
316:13
**recognized**

290:1
**recognizing**
57:3 161:9 284:17
**recollection**
146:2
**recommendations**
311:22
**record**
8:3,7 9:16 20:2
21:2 36:15 41:23
50:4 52:15,18
73:25 74:14 91:19
95:16 100:5,12
115:2,5 116:20,22
116:23 165:8,11
199:17,17 211:13
211:16 219:16,20
219:21,22 259:13
259:16 278:1,2,4
278:5 280:10,12
280:13 302:15,16
302:18,19 309:21
309:23 310:1
315:6,8,9 317:7
**reduced**
154:8 155:9
**reducing**
10:17
**reduction**
155:3
**REES**
3:3
**refer**
17:16 54:25 61:8
115:21 120:10
123:15 128:3
133:20,22 134:8
134:12 135:12,18
137:23,25 138:4
138:10 163:10,11
164:10 166:19
183:6,9 194:8
207:6 246:3,18
250:9 288:17
295:25
**reference**
39:8,10,18 40:18

41:3 45:19 46:6
76:20,23 216:24
246:17 278:25
**referenced**
39:15 75:5 139:6
**references**
5:3 33:20 38:22
39:10 45:25 46:4
46:17,22 47:7,10
47:13,15 49:10,17
49:18 50:17,25,25
51:1,5,7,9,9,15,16
51:19,20 115:9
**referred**
40:21 60:1 111:16
124:8 183:24
208:22 246:25
247:8 270:21
**referring**
11:10 20:19 62:3
67:19 79:22 80:11
91:15 96:13 107:9
107:11 115:10
120:11 147:6
148:7,13 151:3
179:6 215:14
216:16,21 246:22
260:3,11,14 266:8
274:23 296:1
300:18
**refers**
182:24 238:3 246:9
246:12
**reflect**
18:6 73:25 100:5
238:24 273:8
274:8
**reflected**
216:15 217:5 292:2
**reflecting**
299:16
**reflection**
136:16
**reflective**
262:18 267:16
273:1
**reflects**

110:8 236:1,3
269:23 274:16
279:23
**regard**
12:15,19 59:6 75:4
82:15 116:11
117:6 120:2 121:8
122:8,23 124:3,5
124:18 142:12,14
147:12 154:14
156:10 168:3
213:21 222:7
243:10 253:19
272:6 286:17
292:13 297:15
302:24 303:17
305:16 310:10
313:3,8 314:6
315:19
**regarded**
142:10
**regarding**
73:3 282:4 283:24
**regards**
56:3 120:23
**region**
223:18
**regulatory**
25:23
**Reid**
5:13 107:22,25
108:3,6
**reject**
250:12
**relate**
310:11
**related**
5:6 15:15 16:12
21:15 48:14 58:17
59:16 60:19 64:24
66:1 68:15 142:3
181:14 260:6
284:15 285:14
320:13
**RELATES**
1:9
**relation**

122:17 230:19
253:17 254:4
286:14 304:5
**relationship**
63:20 139:23
176:13 194:12
205:19 253:12
**relationships**
158:12
**relative**
158:13 160:12
205:10 213:6
221:14 251:22
255:20 264:5
270:22 320:14
**relatively**
26:10 27:10 104:8
136:16 275:12
310:25
**relevant**
60:3,9 127:8,10
219:15 233:9
273:25 298:17
**reliance**
4:24 45:5,17,18
**relied**
119:5 126:24
298:25 299:7
**religious**
25:15
**rely**
41:1 54:6 117:23
210:10 300:4
301:5 308:24
309:7
**relying**
41:6 120:7 166:16
241:12,12
**remark**
256:6
**remarkable**
45:1
**remember**
21:25 112:21
191:10,12 212:11
221:3 287:12
293:6 307:6

310:13,17
**remind**
84:15
**reminder**
13:25 294:19
**rendered**
123:5 298:1
**rendering**
312:21
**renders**
96:3 123:24
**Renée**
3:15 8:17 294:20
**repeated**
134:22
**repeatedly**
255:7 268:21
271:13
**rephrase**
14:11,13 101:6
106:2 180:25
215:1 282:12
286:5 299:4
**replicated**
262:11
**report**
4:21 5:3 6:11 12:17
13:8,16 26:6
30:14 32:17 33:21
34:17 36:3 37:7
37:15,17,22 38:7
38:9,13,15,17
39:12,15,20 42:13
42:16,21,22 43:16
44:4,24 45:20
46:5,12,13,21
47:25 48:10 49:3
49:11 50:6 51:1,3
51:6,10,14 57:8
66:5,10,20 69:8
69:13,14 71:21
75:17 76:18 78:18
79:23 80:9,21
88:3 90:7 93:25
95:2,11 97:16,19
98:1,3 108:4
112:24 115:8,11

116:8 118:13
119:11,14 120:7,8
120:11,11,24
122:25 123:15,15
123:19 128:3
129:3 130:10
132:1,6 133:1,9
134:4,19 135:5,11
136:3,22 139:1,12
140:14,19 144:10
144:14 150:21
152:18,22 157:23
159:23 160:16,17
162:18 164:6,6,9
164:12,18 168:20
168:24 170:2,5
171:5,9 172:14,20
173:1 175:3,6,7
175:11 176:23,24
177:4,5 183:18,22
186:6 187:4 191:2
191:22 193:10
195:3,6 196:20
198:10 204:8
206:18,25 207:7
211:19 213:21
215:5,9 216:10
218:6 219:25
220:22 221:8
222:4,12 223:7
226:19 227:25
235:21 240:14,18
242:13 243:14
244:2 245:12
251:15 252:22,24
253:14 254:20
255:5,9,14 256:2
257:10,23 258:6
259:19 264:21
265:11 267:2
268:24 271:19
274:13 275:24
277:24 279:3
289:13 292:1,19
293:19,22,23
294:4,8,24 298:12
301:4 302:7,8

303:18 307:24
309:6 313:20
**reported**
1:21 23:20 88:6
112:22 130:23
134:6 136:12,21
136:22,24 139:16
139:23 140:1,14
142:6 160:1,11
163:6 185:3 187:1
187:5,23 189:4,9
216:18 220:5,7,17
228:25 231:14
235:15,23 236:4,6
236:6,10 239:17
255:20 271:20,24
279:8,21,22
292:15,16 296:4
**reporter**
8:7 14:3 100:4,11
116:17 320:3
**reporting**
203:25 217:9,10
236:17
**reports**
42:20 43:18,23
44:1,13,16,22
67:3 73:2,19,25
74:7,15,22 112:18
118:15 127:21
187:23 216:25
238:7 255:19
289:9,20 290:14
290:15 291:3,16
**represent**
147:17 280:20
294:20
**representation**
55:24
**represents**
50:5 148:13
**reputation**
290:6
**request**
24:25 84:3 283:17
**requests**
33:15

**required**
21:16
**requirements**
21:23 22:1
**reread**
19:4 286:4
**research**
6:11,13,18 7:6,10
127:6 174:2
224:23 243:24
283:20 285:9
**researchers**
254:2
**reservations**
168:22 170:3
172:21,24
**reserve**
172:1,4
**reserved**
175:8 176:24 317:9
**reserving**
181:1
**respect**
27:21 29:10 56:20
67:11,19 68:3
70:22 75:16 93:9
94:6 121:20 126:1
136:1 137:3
142:24 149:9
156:25 163:8
188:12,25 190:13
214:16 216:1,9
220:13 224:18
252:7 281:18
285:24 308:11,20
**respectfully**
163:23 218:25
**respond**
23:19 33:25
**responded**
24:8 62:12
**response**
4:18 36:18 226:2
**responsive**
34:4 200:13
**rest**
291:15

Patricia G. Moorman, M.S.P.H., Ph.D.

restate
87:18 117:3 225:12
258:4
restricted
278:17
result
213:7 221:13 264:7
results
77:18 79:2 80:3
132:3 135:25
140:13 142:7
169:20 170:10,16
170:21,23 171:10
172:15 185:6
195:13,20,22
196:8 213:12
215:19 227:18,20
227:22 228:5
229:11,11,17
230:25 231:2,5,8
231:11 232:5
238:18,24 264:18
268:18 269:14
279:8
retained
11:20 88:3 292:5
295:11
retire
282:24 283:1
retirement
282:19
retrograde
94:11
retrospective
228:2,14 230:1
returned
232:22
returning
103:19 123:14
177:18 183:13
187:19
reveal
222:25
review
5:9,12 6:7,9 7:19
17:10 19:1 21:23
26:19 30:14 38:7

38:9 43:14,18,20
44:16 47:3,5
51:22,23 56:11,22
56:25 57:12,19
58:1,10,19,25
60:2,12,24 61:22
62:2,17,20 63:3
63:10,15,19 64:2
64:6,17 65:5,9,11
66:14,22 67:12
82:3 89:9 112:1
113:3 127:11
156:15,18 157:6
167:8 253:20
254:3,7 280:3
286:1 291:6
293:12,13 311:22
311:24 312:9,13
313:18 314:6
reviewed
34:16,22 39:23
40:6 42:24 43:2,2
43:4,5,8,11,11,20
44:1,2 60:19 61:6
67:15,17,22 72:9
72:13 73:19 74:23
75:5,16,19 76:13
82:16 85:21
103:21 118:15
157:8 159:23
165:23 175:13,23
214:24 289:6,8,12
307:9 312:24
313:7
reviewers
166:19
reviewing
40:2,3 44:22 45:2
71:25 76:16 82:18
82:23 290:14
reviews
127:3 272:2 314:3
revisit
306:11
right
20:5 33:11 39:5
41:14 50:2 55:9

56:7 67:25 78:23
93:12 101:15,20
102:4 109:21
114:22 123:16
131:21,22 135:20
135:20,23 136:2
137:18 139:15,16
140:10 141:14,9
144:24 148:8,23
153:1 162:13
171:3 172:19
178:4 179:2 191:9
191:25 195:23
196:8 199:4
202:18 203:17
205:8 207:14
210:4 212:20
216:11 221:20
222:1,11 227:15
227:22 228:8,14
231:9 233:4 235:6
235:24 236:18
240:23 252:8,21
256:20 257:16
261:10 266:1
268:1 269:7 270:3
274:19,24 275:9
282:17 286:13
289:4 293:7 306:2
310:15,19 311:4
311:12,24
right-hand
92:7 94:7 180:17
238:2 240:6
risk
5:14 6:9,12,14,18
6:22 7:14,17,21
19:10 20:21 23:4
25:12 26:14,25
27:10,14,16 28:12
30:22 31:1 105:15
114:15,17 117:14
122:17 124:18
125:6,23 127:4
131:20 134:14
135:13,24 136:8
147:25 148:21

149:3,3 154:19
155:3,4,10 156:12
160:13 163:11
166:7,15 167:2,5
174:11 176:15
181:15,16,20,24
181:25 182:5,7,24
182:25,25 183:7,9
183:11 185:3
186:8 187:6
196:25 202:23
203:20 205:20
210:20 213:6
221:14 224:25
225:1,8,9 226:23
230:9 232:14
237:16 247:10,21
247:22 248:6
249:13 250:1
255:20,22 256:12
261:24 263:4,5
264:5 265:5,21
266:3 270:7,22
272:19 276:20
277:10 278:10
285:10 286:19,22
292:16 295:7,20
295:21 296:7
297:5,9 303:23
305:6,9,15 306:7
306:11,13 313:12
315:21 316:5,6,22
risks
158:14 251:22
254:10
RMR
1:21
Road
2:3,12
role
7:14 237:16 314:14
rolling
116:15
room
182:21
Rosenberg
29:25

Ross
6:8
Rothman's
288:15
roughly
155:1,6 161:23
202:6 218:16
303:9
route
303:21
routes
105:16
routinely
314:1,2
RPR
1:21
rule
4:21 110:14 241:23
ruled
103:15 242:8
rules
13:23
runner
38:3
running
264:25 307:19

___

**S**

S
2:1 3:1 8:1
S-I-N-G-H
291:8
Saed
48:13
safe
76:1 86:14 168:2
sales
1:6 130:22
sample
104:19 136:17
140:2 187:17
237:3
samples
77:24 79:4 80:15
134:23
saw
68:10 72:22 230:13

Patricia G. Moorman, M.S.P.H., Ph.D.

247:12
**saying**
14:4,5 69:3,6,7
81:24 97:24,25
98:5,7,11 100:6
103:4 134:15,15
166:21 178:18
195:19 196:7,9
215:17 220:13
229:10 232:3,15
250:19 252:10,17
257:16 258:21,24
266:18,22,24
267:19 269:1
273:3 276:2
**says**
45:13 62:5 70:7
77:18,21 85:11
90:16 99:21
133:15 153:20
156:3 169:25
181:14 185:5
203:1 207:15
274:4 276:16
277:19 308:3
**Schildkraut**
7:12 29:7,25 128:5
128:23 131:12
234:3,12 237:8
238:19 239:5
240:15 284:19
**school**
288:17
**science**
52:5 166:13 167:1
**scientific**
56:11,25 57:2
102:11 120:17
141:22 144:16,17
146:10,25 156:15
156:21 157:14
181:9,11 199:17
222:16 251:9
253:10,21 255:2
300:12 305:22
313:23
**scientist**

57:5 68:17 69:17
70:7
**scientists**
85:25 86:4,4 141:1
142:1,8 145:1
157:11
**scope**
37:18
**Scott**
2:19 8:9 9:10 37:21
61:12 78:12
100:12 113:19
116:14 172:9
209:12 259:2
**se**
128:25 285:23
**search**
51:21 52:1,1,3,8
184:8 291:20,22
291:24
**searches**
52:7
**searching**
120:16 256:24
**second**
85:2 90:9,12
135:17 140:20,24
142:21 152:4
185:5 187:2
210:13 219:17
224:8 238:6
260:24 270:4
276:17 277:5
298:13 315:4
**section**
33:14 77:18 85:6
92:4 108:14 170:9
174:2 184:25
185:1 202:19
205:9 207:11,17
228:5 240:18
244:8 264:18
307:21
**secure**
283:14
**see**
11:7 19:5 21:16

25:13 33:14 37:22
38:21,25 44:20
45:12 47:21 49:24
50:1,7 55:14,16
61:24 65:24 74:9
74:11 77:15,17,19
80:10 84:10 85:6
85:9,10,19,20
90:11,13 91:3
92:5,20 93:6
94:16,17 108:14
108:25 109:1,6,24
110:4 112:10,15
114:8 121:10
125:6 127:9 136:3
137:4 139:16
140:6 147:16
150:7,13,14,22
151:21,24 153:12
154:5 158:4,16
161:20,20 167:16
169:17 170:7,14
174:4,5 180:15,22
181:13 184:7,19
184:21 185:17,19
186:14 194:24
195:17 196:10
197:4 202:18
203:2,8,9 204:2
205:6,22 208:24
210:22 213:13
216:3 218:16
221:16 223:23
224:12 225:25
226:14,16 229:4
230:12 232:22
233:16 235:4,11
235:17 236:8
238:2,15 240:5,17
241:7 245:9,14
246:13 249:25
251:18,25 253:23
258:19 260:1,22
262:7,16 264:2,19
264:23,24 265:3,6
270:12,13 272:21
275:8,22 284:23

288:15 293:1
299:2 305:13
307:23
**seeing**
95:7 154:3 241:11
**seen**
33:6 41:19,21 74:8
77:13 84:2 85:4
107:25 150:3
152:20 158:22
173:7 176:19
186:8 230:11
237:2,7,22,23
263:6 301:19
304:21
**sees**
167:4
**select**
258:7,10
**selected**
284:12
**selection**
176:16 205:14
**sell**
281:11
**Seminary**
2:3
**senior**
21:12
**sense**
119:16 296:25
297:1
**sensitive**
222:1,10,24 223:6
223:9,18,24
**sent**
24:6 42:1,2 291:16
**sentence**
85:11 90:13 92:23
93:20 108:15
109:24 110:3
135:9 140:25
141:7,17 144:24
167:19,24 169:16
170:19 171:21
180:22 185:2,5
186:10 210:14

214:22,23 240:4,8
241:3 244:11
259:20 260:5
262:7 276:17
277:5 300:2
307:23,24
**sentences**
203:16
**separate**
38:25 121:13
227:19,21
**separately**
96:9 110:21 212:5
215:2
**Serena**
6:22
**series**
166:23 209:25
**serious**
184:20 306:10
**seriously**
142:11
**serous**
139:18 185:14
187:1,7 192:23
193:5 194:11
264:10 303:7,9
**SERVICES**
1:24
**serving**
11:5
**set**
83:10 203:16 214:9
282:23
**Setiawan**
30:1
**setting**
88:21 105:3,9
106:6,16 126:22
**settled**
97:12 161:23
**seven**
151:18 284:8
**SEYFARTH**
3:13
**SGO**
149:9

Patricia G. Moorman, M.S.P.H., Ph.D.

**shared**
312:23 313:21
**sharpened**
239:15
**SHAW**
3:13
**sheet**
17:17,17 18:12
318:6
**SHKOLNIK**
2:12
**SHOOK**
2:17
**short**
259:11
**shortly**
164:5
**show**
134:13 175:6
262:24 313:10
**showed**
88:11 193:3 312:6
**showing**
92:25 114:16
236:15 263:7
264:5
**shown**
125:21 138:5 168:2
173:18
**shy**
167:14
**sic**
76:25 99:12
**side**
18:9 78:14 240:2
**sides**
69:19 70:9,10
**Siemiatycki**
44:6 174:20 290:21
**signature**
18:10 317:9 318:10
**signed**
17:18 318:7
**significance**
62:17 135:9 215:10
237:4 263:21
274:24

**significant**
10:19 94:1 110:23
131:20 132:3
133:4,7,20 134:2
134:10,13,14
135:2 136:15
139:17 140:4
162:18 193:7
226:25 235:18
236:9,22,25 237:5
259:23 264:12
265:9,12,13
266:10 267:1
268:13 269:1
271:3 272:18
273:5 274:20
276:19 277:9
278:9,20 279:4
**significantly**
187:6
**signing**
18:12
**similar**
25:4 60:5 142:25
143:9 168:3
178:11 213:6
214:23 226:4
229:13 245:14
246:14 250:3
251:23 253:6,12
253:18 256:4,6,24
257:12,14,18
258:7,13
**similarities**
143:7 155:1
**similarly**
225:4
**simple**
52:2
**simply**
47:25
**Singh**
44:7 291:5,8
**Singh's**
291:11
**single**
17:13 24:4 59:5,16

150:8 214:22
246:8 263:3
**Sister**
186:21 187:15
212:12 263:16
**sisters**
199:24
**sit**
289:20
**sitting**
11:23 18:22 40:4
243:3 295:14
**situation**
24:7 106:24 162:6
183:12 222:7
224:8 228:11
**situations**
221:18
**Sixteen**
6:16
**size**
136:17 140:2
187:17 200:2
**sizes**
237:3
**sjames@shb.com**
2:19
**slight**
203:20
**small**
104:8 107:15
136:17 140:2
181:14 250:10,18
250:21 251:2
**smaller**
199:22 237:3 251:6
303:14
**Smith**
3:23
**Smith-Bindman**
44:7
**smoke**
259:24 260:7
**smoking**
141:12,23 142:3,12
142:21,24 143:10
143:13,21 144:17

145:5 245:9
247:19 249:1
316:2,20
**snapshot**
101:18
**social**
25:19
**societal**
25:19
**sole**
124:6 312:16
**solely**
66:3
**solid**
154:17
**somewhat**
66:1 113:3 282:21
**Sonal**
44:7
**Sophie**
1:21 100:5,15
320:3,22
**sorry**
11:16 14:22 15:17
16:21 20:13,16
39:3 56:13 69:23
91:10 110:2
111:18 114:3
115:23 116:14,19
118:3 146:15,16
146:17 148:2
154:5 165:16
187:9 192:3 209:2
237:11 239:25
249:23 266:8,13
268:16 276:25
284:10 288:4
305:24
**sort**
35:6 108:16 124:17
177:19 206:9,20
260:14
**sorts**
103:8
**source**
110:15 117:20
158:22

**sources**
71:19 81:9
**South**
3:18
**Southern**
285:3
**space**
17:23
**span**
262:15
**spanning**
23:7
**speak**
60:20
**speaking**
29:13 30:25 90:4
110:18
**specific**
48:8 75:10 107:8
128:22 136:25
172:24 197:18
199:8 214:1
233:24 256:21
295:15 316:23
**specifically**
11:25 21:25 24:11
41:10 44:10 50:24
54:22 70:23 71:11
72:4 74:20 75:8,9
76:19 79:24 80:4
83:13 86:23 94:7
95:4 107:5 119:3
119:9 124:2,3
130:23 139:2
140:9,12 153:2
160:18 163:15
171:8 172:15,16
175:10 177:4
178:25 187:16
191:7,11 194:16
212:11 220:25
224:7 230:19
244:18 246:22
252:14 286:13
293:4 303:23
**specifications**
83:1,5,10,14,18,20

Patricia G. Moorman, M.S.P.H., Ph.D.

83:24 282:4
**spectrum**
305:8,14
**speeches**
30:20
**speed**
165:19
**spend**
71:25
**spent**
313:2
**spoken**
237:24
**spring**
166:12
**stand**
18:16
**standard**
224:22 225:1
    278:23 288:10,22
**standards**
51:21 67:2,4 282:3
**stands**
26:9
**start**
36:6 38:8 87:25
    133:2 218:8
**started**
208:7 218:10,17
    220:8
**starting**
140:21
**starts**
90:13
**state**
9:15 15:20 50:4
    90:12 98:24
    102:14 108:17
    129:4 131:19
    140:20 141:6
    146:3 167:24
    169:11 174:6
    180:17 205:7,9
    207:19 212:21
    222:6,12 224:22
    226:19,24 240:19
    252:6,9,10 265:7

265:23 270:4
271:22 320:1
**stated**
54:13 70:12 81:7
    83:23 90:17 91:6
    95:23 109:7
    172:23 181:15
    193:17 207:2,3
    261:16 268:21
    279:3 303:21
    307:6
**statement**
39:16 69:5 70:14
    70:16 71:17,21
    81:12,13 101:23
    134:3 147:3 149:6
    149:22 150:3,7,8
    150:15 158:1,19
    170:10 172:9
    181:13 201:18
    202:11 204:5
    215:8,21 222:14
    222:15,16 225:10
    239:12 241:1,2
    269:18 277:24
    278:19 279:15
**statements**
30:25 39:11,19
    71:7 129:3 130:11
    279:12,13
**states**
1:1 92:11 94:4,9,23
    244:20
**stating**
259:21
**statistical**
135:9 200:2 213:3
    215:10,12 237:4
    263:21 274:24
    284:19
**statistically**
131:20 132:3 133:4
    133:7,20 134:2,9
    134:14,21 135:2
    136:14 139:17
    140:4 193:7
    235:18 236:25

237:5 264:11
265:9,12,13
266:10 267:1,15
268:12,25 274:20
**status**
10:9 178:7 203:25
**stay**
221:7
**Steering**
4:18 8:21 36:18
**Steve**
2:9 8:22 12:11
**steve.faries@mu...**
2:10
**sticker**
77:9
**stickers**
173:15 175:18
**stop**
201:22 308:13
**story**
69:19 70:9,11
**stratify**
236:23 237:2
**Street**
1:17 2:8,17 3:13
**strength**
244:8,11,15 245:2
    245:4,10,20 246:5
    250:3,7 253:5,11
    253:15 256:3
    257:15 258:6
    261:3,10
**strengthened**
102:22
**strengthens**
98:3,13,13 102:7
**strengths**
126:14 197:16,18
    198:17,20,21
    301:6,8,13 302:4
**stress**
226:2
**stressing**
208:1
**strictly**
157:4

**strike**
69:10 122:11
    206:21 311:7
**strong**
144:2 223:3 245:16
    246:10,12,15
    248:23 249:7,11
    249:17,18,20,20
    251:11 257:3,17
    258:1,19 261:14
    261:15 287:11
    288:23
**stronger**
143:14,20 208:11
    228:25 230:13
    231:14 261:22
    301:2,5 302:2
**strongest**
143:22 158:3,20
    159:7 207:7
    210:16,25 211:8
**strongly**
51:18 90:21 92:16
    302:3 316:2
**structure**
26:11
**structured**
93:13
**structures**
77:23
**structuring**
31:5
**student**
28:24,25
**students**
288:19
**studies**
6:16 7:7 34:25
    52:24 53:2,5,8,11
    58:1,11,20,24
    60:3,7,11,25 62:2
    62:3,13 63:4,4,5
    88:25 89:7,16,19
    89:24,24 90:1,22
    90:24 92:17,25
    93:15,25 104:3,8
    104:18 106:24

111:17,19 125:23
127:10 130:22
131:10 140:18
142:5 143:5,11
154:10 155:1,6,11
156:23 158:25
159:9,12,19,22
160:3 161:6 162:1
162:2,5,11,12
164:4,14 170:24
171:11,13 176:20
184:10 185:7,12
185:21 186:8,13
186:16,18 187:1,5
187:7,8 188:3,9
188:13,18 190:18
191:3 192:5,8
193:19 194:8,25
195:20,21,22
196:22,23 197:7,8
197:13,14 198:2,2
198:4,4,16,18,21
198:22,24 199:9
199:12,13,19,20
199:22 200:6
202:6,7 203:19
205:11,15 207:13
207:21 208:18,22
209:5 211:7,20
212:10,24 213:5,8
213:9 214:14,15
215:11,13,15,18
216:7,17 220:2,6
220:20 222:15,18
222:20 223:13
224:21 225:5
226:12,21,21
227:1,14,14,19,21
228:3,13,14,19,20
228:22 229:1,4,5
229:11,12 230:1,2
230:8,10,14,14,18
230:18,20,21
231:15,19,21,24
232:14 233:10,13
237:1 238:11
241:11 243:17

Patricia G. Moorman, M.S.P.H., Ph.D.

260:15,15 262:11
262:22,23 263:15
264:3,11,13
266:20,20 267:4,5
267:17 268:1,7,10
268:19,20,24,25
270:10,11,16,17
270:18,20,25
272:9,13,24 273:1
273:4,7,8,22
275:4 281:16
284:5,8,9,12,16
284:21,25 286:7
286:11,23 298:24
299:7,8,13 300:19
300:20 301:7,8,12
301:22,23 303:4,6
303:10,22 304:4
304:14 309:16,17
**study**
7:4,8,12 20:22 29:2
29:3,5,8,18,24
58:6,16 59:2,5,8
59:16 60:9 61:6
104:4 105:5
106:23 107:3
125:5,6 128:5,10
128:16,19,23,24
129:4 130:7,7,11
130:15,16 131:12
131:19 132:20
134:5,22 135:19
135:22,25 137:1
138:3,6,15,15,16
138:17,20 139:4,5
140:13 164:23
166:18 169:21
184:3,10 186:20
186:21,22,23
187:13,15,15
188:3,11,19
189:23 191:17,23
192:9,13,20 193:3
193:21,24 194:3
195:4,14 196:8,10
196:14 197:1
198:13,23 199:6,6

199:24 200:4,6,9
202:13,20 203:6
204:17 206:5,23
206:23 208:6,7,12
209:4,4,8,10,24
210:15,16,25,25
211:4,5,8 212:12
212:13 217:9,15
217:24 218:1,15
219:11 221:4
223:10 224:10,10
224:16,17 225:6
225:14,15,19,21
226:8 227:2 229:6
229:10 230:25
231:1,8 236:17
238:9,19,21,24,25
240:15 241:18
246:8 263:3,6,11
263:16,18,19
264:4,4,15,18
266:23 267:9,11
268:14 269:7,15
270:20,23 271:1,2
273:9 275:5 283:3
283:4,6,8,10,15
284:2,3,17,20,22
284:24 285:1,3,5
285:5,6,13,17
286:18 292:12,14
299:19 300:24
301:3,5 302:1,2
312:6,7,10,12,18
**study's**
221:19
**studying**
197:15
**sub**
173:14
**subject**
18:19 238:13
**subjective**
206:9
**subjects**
6:15 113:2 224:10
224:17 225:15
**submitted**

15:23,24 16:18,20
26:18,19 27:23
28:6 30:13 79:4
85:17 283:18
293:19,22
**subsequently**
23:24
**subset**
138:4
**substance**
13:11 30:13
**substances**
120:14 121:5
297:18
**substantially**
45:20
**substantiating**
119:6
**subtype**
207:23 303:7
316:23,24
**subtypes**
187:6 210:20 303:2
303:3,6,9,11,12
303:13,16 310:16
310:21,24,25
311:3 315:19,20
316:4,7,9,18
**sudden**
12:12
**sufficiency**
83:4
**sufficient**
101:1,19 102:14
169:6 174:15
176:1 178:8,18
254:18 255:3
301:1 303:1 304:1
304:8,15
**suggest**
69:25 70:13 87:9
108:20 183:1
257:9 296:15
**suggested**
132:21
**suggesting**
142:22 227:1

**suggestion**
161:14
**suggestive**
185:15
**Suite**
2:12,17 3:3
**Suites**
1:17
**summaries**
159:5
**summarized**
154:11,13
**summarizing**
147:22
**summary**
148:9 161:23 162:4
229:21 235:16
**summer**
11:19 291:25
**Super**
9:15
**superior**
190:14 197:2 198:7
198:8,25
**supervision**
320:9
**supplemented**
56:18
**supplier**
80:15
**suppliers**
79:3
**supplies**
281:8,19
**support**
39:11,15 66:12,15
66:21 67:8 72:1
92:24 93:19
101:19 141:17
142:23 143:18
144:24 145:14
155:6,9 169:6
170:11,25 176:1
176:12 178:6
186:16 222:15
224:4 225:10
231:18 258:1,6,13

303:1
**supported**
39:19 51:14 108:24
277:24
**supporting**
168:17 205:12
254:20
**supports**
71:21 123:9
**sure**
12:23 16:3 25:2
34:21 35:18 36:7
41:25 42:1 52:13
55:7 59:5 61:13
64:12 77:14 87:17
87:21 100:12,14
101:4 107:11
111:19 113:15
125:10 142:20
143:19 144:9
145:12 165:20
173:22 188:1,20
194:18 209:21
215:7 217:16
225:13 237:9
243:12 254:24
255:10 258:15,16
259:9,11 269:9
276:15 277:25
280:5,7 288:5,7
292:1 297:3
305:24 314:18
**surprise**
46:11 47:20 50:10
74:6,21
**surprised**
45:24 112:14
**surprising**
51:17,19 237:6
**surrogate**
300:5
**surrounding**
156:16,22
**survey**
77:19,22
**survivors**
25:21

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 361

| | | | |
|---|---|---|---|
| **swear** | 259:15 272:3 | 146:3,11 147:1,18 | **talc/ovarian** | **talked** |
| 8:8 | 309:25 320:8 | 147:25 148:2 | 188:25 189:5,9,15 | 50:24 167:8 195:10 |
| **switch** | **takes** | 149:4,9,23 150:24 | **talcum** | 206:18 234:16 |
| 175:18 280:9 | 172:2 | 151:25 154:21,25 | 1:6 52:2 63:25 64:4 | 269:3 282:14 |
| **Switching** | **talc** | 155:3,10,15,17,24 | 64:8,19 65:3,18 | 290:7,10 295:1 |
| 289:4 | 3:2 5:6,20 6:6,9,12 | 156:19 157:9 | 66:7,13 68:20,25 | 296:14 |
| **sworn** | 6:14 7:4,16,21 | 158:12 160:19 | 68:25 69:7,9 | **talking** |
| 320:7 | 8:14,16 9:18,25 | 161:11 162:6 | 70:13,15,18,19 | 37:10 50:1 94:19 |
| **sworn/affirmed** | 10:24 11:3,6,8,9 | 166:6,20 168:1,4 | 71:1 75:6,18,23 | 96:11 101:10 |
| 9:3 | 11:20,21,25 12:7 | 174:11 176:14 | 76:2,5,9,14 79:20 | 104:12 106:12,13 |
| **synonymous** | 12:17 16:9,13,15 | 185:13 186:19 | 79:22,24 80:1 | 174:17 181:10 |
| 182:8 | 17:3 19:10,15,17 | 187:14,17 188:14 | 81:10,14,22 82:14 | 215:12 265:25 |
| **syntheses** | 19:18 20:23 21:6 | 190:13 196:24 | 83:2,9 84:3 86:1 | 282:9,10,15 286:6 |
| 92:4 | 21:9,15 25:11 | 197:7,8,20 199:11 | 86:10,22,24 87:4 | 287:10 294:5 |
| **system** | 26:1,14,21,24 | 201:12 205:20 | 87:6,8,11 88:2,6 | 299:13 300:15 |
| 103:8 | 27:5,13,16 28:10 | 208:8 209:5 | 88:11,14,16,21 | 313:2 315:25 |
| **systematic** | 28:13 30:7,10,21 | 210:19 212:10 | 93:11 94:6,20 | **talks** |
| 5:12 6:7 7:19 66:14 | 31:1,23 48:15 | 213:2 217:14 | 96:10 102:12,14 | 263:10 |
| 66:22 127:3,10 | 52:2,9,24 53:2,5,8 | 218:21 220:5,7 | 105:11,22 106:8 | **taught** |
| 254:3 293:12,13 | 53:11 56:20 58:2 | 222:8 224:3,18 | 106:13 109:19 | 288:18 |
| 314:3 | 58:11,17,20,24 | 226:4,17 227:16 | 111:12 112:7 | **teaching** |
| | 59:3 60:3,25 61:6 | 228:11,17 229:24 | 113:21,24 114:7,9 | 10:13,18,20 243:24 |
| **T** | 62:21 63:25 66:1 | 230:21 231:7 | 114:13,14,17 | **team** |
| **T** | 71:18,20,22 76:25 | 232:7,11 233:13 | 116:3,4 117:8,13 | 254:2 |
| 319:1 320:1,1 | 77:25 78:1 79:3 | 233:22 234:23 | 117:16,22,24 | **teams** |
| **table** | 79:11 80:16 94:11 | 235:23 236:4,17 | 118:6,7,19 119:16 | 262:12 |
| 137:5,5 139:11 | 96:3,11,20 97:12 | 245:11,15,21 | 119:22 120:3,25 | **Tecum** |
| 187:4 235:4 236:1 | 97:13 98:14,17 | 246:8,24 247:7 | 121:5,9,14,16,24 | 4:16,20 |
| 236:3,8 266:9 | 99:12 100:22,23 | 251:10 252:25 | 122:3 123:5,23 | **teens** |
| 273:25 274:1,3,8 | 101:18 102:8,23 | 253:11,25 254:8 | 124:20,23 125:4,7 | 218:10 |
| **Taher** | 103:2 111:23 | 254:16 255:8 | 125:13,19 126:5 | **teleconferences** |
| 7:21 306:18,20,24 | 112:8,11,18 115:9 | 259:22 263:25 | 126:22 129:10 | 13:3,4,7 |
| 307:4,9 312:6,10 | 115:21 116:6,9,12 | 266:4,20 270:7 | 140:9 150:11 | **telephone** |
| 312:12,18 | 117:6,11,16,22 | 271:25 272:17,20 | 154:21 223:17 | 2:4,9,13,18,23 3:4 |
| **take** | 118:6,18,24,25 | 280:16,21,24 | 281:9,12,16 | 3:9,14,19 25:7 |
| 14:3,4 25:1 40:13 | 119:6,23 120:18 | 281:8,18,24 282:4 | 285:18 291:21 | **tell** |
| 52:11 61:14 | 121:10 123:7 | 286:2,9,10,15 | 292:4,6,7 294:24 | 21:2 31:11 34:19 |
| 113:10,16 163:5 | 126:2,18 128:10 | 292:12,15,16 | 296:1,3 303:19,24 | 43:10 70:24 75:19 |
| 163:19 164:4 | 128:17,25 129:4 | 295:2,6,11 296:6 | 304:1,4,23 310:12 | 116:10 137:16 |
| 165:5 173:20 | 129:17,21,25 | 297:18,20 298:1,9 | 311:6,8 312:2,4 | 175:5 194:15 |
| 199:23 209:25 | 130:5,8,12,24 | 298:15,18 299:9 | 312:22 313:9 | 225:5,12 240:3 |
| 239:1 277:22 | 131:8,20 133:3 | 299:14,23,25 | 314:6,14 319:2 | 282:9 308:14 |
| 305:14 309:15 | 135:23 136:1,13 | 300:7 304:9 | **talk** | **telling** |
| **taken** | 139:12,24 140:7 | 305:10 310:11 | 51:25 111:18 | 71:4 224:1 225:7 |
| 1:16 34:8 52:17 | 140:12 142:14 | 313:15 315:16 | 164:16 181:16 | **tells** |
| 115:4 150:22 | 143:1,14,24 | **talc-containing** | 182:5 216:5,6 | 22:25 265:11 |
| 165:10 211:15 | 144:18 145:8 | 79:11 85:15 | 244:2 289:4 | **ten** |

Patricia G. Moorman, M.S.P.H., Ph.D.

29:4 72:11,11
136:5 189:15,23
193:12,16 209:13
216:14
**tended**
303:11
**tendency**
166:25
**tenfold**
247:21
**Teniola**
28:24
**term**
52:8 62:17,18
193:2
**terminology**
115:13 134:10
183:1 197:10
246:4 249:10
250:11,12,13,16
287:6 288:8
300:14
**terms**
51:21 52:1 86:16
89:3 155:7 184:8
263:20,22 267:8
288:23 294:4
300:17 316:16
**Terry**
6:20 139:4 140:17
179:18,21 180:6
276:10
**test**
80:3 83:21 274:18
274:23 275:10,25
276:6 279:18,20
**tested**
75:11 79:5 80:6,15
**testified**
9:4,21 59:18 62:20
99:6 103:20 291:7
291:20
**testify**
289:14
**testifying**
22:5 168:16
**testimony**

17:6,9,10 18:7,13
18:16,24 61:2
69:21 98:10,20,24
98:25 99:17,21
101:9,11 115:19
119:20,20 198:6
268:9,14,18,20,21
281:14 286:9
310:19 318:4,5
320:6,7,11
**testing**
53:14 76:13,25
118:11 121:19
127:12,14
**Texas**
2:8,18 3:4
**text**
180:14 275:20
**textbook**
288:19,20
**textbooks**
288:11,14,23,25
**thank**
20:17 28:19 29:22
33:4 36:8,21 38:1
38:5 55:12 73:15
77:4,8 78:15
84:18,25 91:20,20
91:23 100:9,13,15
100:18 113:19
115:1 131:23
151:14 186:2
196:5 202:16
210:5 211:12
259:12 271:11
294:12 302:11
308:17 309:18
314:23 317:1,4
**theoretically**
221:12
**therapeutic**
7:7 227:8 229:12
**thereof**
320:16
**thing**
34:6 44:18 232:13
278:23

**things**
35:3,5 52:6 104:6
126:19 129:17,21
141:18 154:14
164:11 165:20
182:4 183:9 184:8
186:5 190:23
222:20,22,24
223:8 282:14
289:5 292:25
305:2
**think**
16:5 18:25 20:12
22:8,12 24:7,20
41:10,21 46:16,23
46:25 47:4,9,12
48:11,12,15,24
49:16,19 50:9,24
51:19 54:17 55:22
56:14,15 57:17
58:15,23 61:4,5
62:7,10 65:20
67:7,16 70:6,10
70:12,16 71:5,6
71:16 72:6 75:11
76:19 77:15 80:18
81:3,13,15,23
82:8 89:16 90:8
95:7,9,20 96:15
97:22,23 98:3
101:22 102:5,7,17
102:19,21 103:3,6
111:4 113:14
114:21 119:21
124:1 125:18
127:1,24 129:7
130:21 134:3,25
136:4 139:2
141:25 143:9,25
144:21 145:7,13
146:21 148:2,9
150:17 151:2
153:2 155:14
158:21 161:19
162:22,22 163:10
164:21 167:3,4
171:9 172:13

178:19 179:2,2
180:8 181:4,8
182:7 183:4 185:1
190:12 192:12
197:10,13 198:19
199:5 200:13
201:16,19 202:3,4
204:10 206:8,10
211:6 214:11
215:8,9,13,23
218:3 223:5 225:7
226:1 228:21
229:20,20 230:5
230:15,21 231:18
231:24 232:9
234:7 238:20
239:4,6,10,20
240:1,8 241:10,16
241:20,21,25
242:4,23 244:22
244:24 245:4,5,10
245:15,17,20
246:4,5,11,14
247:10 248:3,4,13
249:3,12,24
250:24 251:5
252:5 255:6 257:2
257:16,17 258:18
260:6 261:12,16
262:5,20 263:23
264:5 266:7 267:7
270:14 271:13,14
272:8 275:11,23
276:5,7 279:3,5
279:16,17,21,23
282:16 283:8
285:7 286:4,6,24
287:19 290:25
291:18 293:7
295:1,13,18
297:11 300:2,14
300:15 301:1
302:14 304:3,12
304:13 306:9
309:5 313:10,25
316:12,21
**thinking**

95:20 151:22 167:5
181:17 225:18
**third**
94:8 121:20 157:25
232:19 275:1
**thorough**
242:23
**thoroughly**
243:8 255:11
**thought**
44:25 48:17 114:3
142:8,10 164:13
209:10 219:14
224:25 225:1,24
226:2 286:9
**thoughtful**
242:24
**thoughtfully**
240:10
**threat**
221:19,24 232:20
243:17
**three**
24:14 55:2 104:14
186:18 202:6
216:17 221:18,22
232:25 243:9,11
243:15,16,18,20
263:15
**three-fourths**
108:17
**thumb**
33:21
**time**
8:4 11:17 27:23
33:11 40:13 47:17
48:1 52:11 79:21
95:11 97:15 98:2
101:1,19 102:19
102:21,22 113:23
114:7 116:9
132:10,11 143:5
143:12 145:22
147:14 154:11
160:21 162:2
163:2 165:4
172:2,4 178:13,17

Patricia G. Moorman, M.S.P.H., Ph.D.

179:1,5,11 189:20
191:17,25 200:22
201:10 211:9
220:5,8,12 225:15
237:13 240:21
264:25 280:3,19
283:11 289:12
291:19,23 292:9
294:2 295:7,15
301:1 307:9,19
309:19 313:2
317:2,6
**times**
40:21 52:3 60:15
82:6 151:18
158:23 166:19
169:13 183:17,20
199:3 200:22
206:24 207:4
240:18 253:2
273:23 274:4,17
301:10 314:5
**timing**
177:21
**tipping**
178:14
**Tisi**
13:3,7
**title**
20:20 45:5
**titled**
5:8,11,14,17 6:3,6
6:9,11,14,18,21
7:3,6,10,13,16,19
39:1 244:8
**today**
10:25 11:3,23
12:15 13:22 16:10
18:17,22 33:25
35:8 37:11 38:13
40:4 43:7 55:23
56:3 60:23 155:24
168:16 201:10
206:17 216:13
243:3 253:2 263:2
265:25 267:3
268:18 269:3

281:14 287:5
289:7 291:7,17
292:23 294:6
295:14 297:12,17
298:2 300:11
301:11 305:17
308:6 313:2,21
314:5
**today's**
8:3 12:6 19:2 34:18
38:10
**told**
14:6 31:19
**Tolu**
28:24
**top**
89:5 90:12 103:16
128:3 140:21
159:1 167:16,23
180:17 203:3
212:20 232:25
246:11 252:21
253:8 257:25
259:20
**topic**
56:9,12 64:25
65:12,17,22 66:24
67:18 82:3 199:15
200:18 201:14
202:8 206:1 208:2
221:6 223:19
234:1 250:5
**topic.'**
222:10
**topics**
48:8 223:1 260:19
289:4
**total**
212:25 272:16
284:8
**totality**
313:6
**touch**
12:3 303:17
**touched**
215:25 234:15
**Trabert**

7:15 237:7,15,25
238:3,7
**Trabert's**
238:17
**Traci**
29:25
**track**
180:8
**traffic**
24:16,22,25
**trained**
54:18
**training**
57:19,20
**transcribed**
320:9
**transcript**
4:12 5:4 17:14 19:4
19:6 40:1 54:24
56:7 61:9,20 77:7
**transcription**
318:5 320:11
**transcripts**
291:4
**transition**
10:16 282:17
**transitioned**
178:7
**transitioning**
221:6
**translate**
302:10
**translocation**
94:12
**Travis**
2:17
**treat**
32:12 316:16,18
**trend**
274:19,23 275:11
275:25 276:7,19
277:9 278:16,20
278:22 279:1,4,18
279:20
**trends**
271:24 272:19
273:5

**trial**
166:22
**tried**
59:11 293:16
**trigger**
239:21 240:13
**true**
18:13 70:17 122:21
125:25 141:25
145:7 201:18
203:22 220:20
305:2 318:4
320:10
**Truls**
31:16
**truth**
194:4
**truthful**
62:6
**try**
70:3 245:25 284:14
**trying**
15:17 48:11 67:8
69:25 71:5,17
75:9 127:1,7
158:21 181:10
212:11 228:21
230:6 256:10
257:2 258:18
275:21 283:13
289:1 293:8
**Tube**
6:3 151:10
**tubes**
298:19,24 299:10
299:15,23 300:8
**TUCKER**
3:18
**turn**
33:13 38:20,24
85:2 91:25 94:5
139:10 147:8
151:16 153:15
194:18,23 206:22
209:23 210:7,8
222:4 251:14
264:14 298:14

**turning**
119:10 122:10
212:19
**twenties**
218:11
**two**
24:14 50:11 55:2
104:14 136:10,21
139:7 141:21
142:20 144:22,23
149:25 160:23
164:25 173:11
175:21 180:9
187:5 188:13,18
188:24 190:18
202:14 227:5
230:25 231:1
234:13 237:18
244:20 260:18,18
263:14 273:19
274:21 307:11,17
**type**
86:9,21 112:6
221:4 243:24
270:11,16 313:21
313:21
**types**
35:5 82:23 86:13
86:15,24 120:7
121:3 130:23
144:23 287:5
311:12,15
**typical**
22:15 27:23 166:9
**typically**
89:23 157:5 163:10
302:1

──────── U ────────

**unaware**
224:6 233:25
**UNC**
290:4
**unclear**
11:11 12:1,5
**uncomfortable**
223:14

Patricia G. Moorman, M.S.P.H., Ph.D.

**uncommon**
263:3
**uncontrolled**
176:17 177:5
**underestimate**
160:12 171:14
**underlying**
128:24 159:8,12,19
160:3
**understand**
9:13 11:2 12:2
14:12 33:9 42:7
46:3 48:2,4 57:8
62:16,18,19 65:1
66:5 69:17 70:7
70:21,25 71:13
73:6,9,21 74:17
74:22,24 80:14
96:9 103:7,13
108:6 124:9,14,16
125:10 129:13
131:5 134:7 144:7
147:12 153:14
180:18 192:22
246:16 248:18
263:9 280:21
281:7,11 299:4
300:18 305:18
306:2,16,20,24
**understanding**
15:10,19 43:24
181:11 193:22
228:10 281:4,10
281:13 296:11
305:21 306:6,12
311:25 312:3
314:10,11
**Understood**
11:15 216:19 277:3
**undertake**
111:7 131:13
182:19 233:21
**undertaken**
64:2
**undertook**
82:2
**unexposed**

**188:4 190:17,19**
213:3
**unfeasible**
299:18
**unfortunately**
55:2 151:17
**UNITED**
1:1
**universe**
256:16
**University**
10:10 285:2
**unrelated**
253:7,13
**unusual**
46:16 141:1
**up-to-date**
183:25
**update**
189:19
**updated**
20:4 33:19 153:20
208:9 292:1
**updating**
190:9 220:1
**usable**
226:1
**usage**
218:2 219:13
235:24 236:4,6,10
236:17 292:4
**use**
5:20 6:6,9,12,18,22
7:4,11,20 76:3
87:4 96:11,20
97:13 98:17
101:18 126:5
127:3 128:11,17
129:10,10 130:12
130:17,23,24
131:17 132:1
134:11 136:13
139:13,24 140:7
140:12 143:25
149:4,23 154:21
166:15,25 168:1,4
174:10 182:4

185:13 186:19
202:22 205:20
209:16 210:20
217:14,20 220:5,7
220:15 222:8
223:17 224:3
239:16,17 246:2
254:1 265:19
266:4,11 267:10
267:22 270:7
274:4,21 275:7,7
275:16 276:3,13
277:19 278:16
281:8 288:11,19
288:23 289:1
290:23 293:11
298:9 299:17
305:10
**users**
113:24 114:9,16
130:8 131:21
133:3 218:21
276:18 277:8
279:15

_____
**V**
_____
**validity**
221:20
**Valley**
7:17
**value**
124:7 289:2
**values**
134:21
**variety**
126:18 129:14
226:20 229:6
**various**
12:4 161:10,10
251:7 313:3,14
316:9
**vast**
233:10 303:7,8
**verbal**
13:25 14:1
**verify**
132:7

**version**
6:5 130:3 151:12
153:13 154:1,4,6
154:22
**versus**
101:24 102:2
104:12,15 131:8,8
155:15 198:24
215:15 236:13
**Video**
36:19
**VIDEOGRAPH...**
3:22 8:2 52:15,18
115:2,5 116:20,23
165:8,11 211:13
211:16 219:22
259:13,16 278:2,5
280:10,13 302:16
302:19 308:16
309:23 310:1
315:2,6,9 317:5
**videotaped**
1:11 4:15,19 8:5
**view**
148:13
**viewed**
223:18
**viewpoints**
246:4 258:23
**Virginia**
2:4
**virtually**
233:11 263:6
**vis-à-vis**
312:1
**Vitae**
4:13
**volume**
5:9 295:9

_____
**W**
_____
**W**
2:8 3:20
**Wacker**
3:18
**wait**
34:11 167:20 186:1

**walk**
221:22
**walked**
243:14,18
**want**
36:6,14 38:12 65:8
75:13 77:4 89:6
99:9 100:11,12
101:6 105:3 113:5
113:8 116:15
146:7 159:3
161:21 172:10
209:14 222:25
246:13 255:10
277:23 289:4
298:5 305:24
**wanted**
12:23 19:6 24:12
51:17 153:10,12
**wants**
100:7
**warning**
84:3
**warranted**
21:18 207:24
**washed**
192:24 193:1
**Washington**
3:14
**wasn't**
99:16 148:17
166:21 276:25
**way**
15:22 17:22 20:15
23:19 31:5 39:24
40:4 43:6,13
59:24 93:13 95:8
105:14 108:17
126:9 133:22
137:13 139:16
147:9 153:22
162:20,23 166:9
180:25 193:25
206:13 208:11
211:4 217:22
229:16 251:13
256:9 261:16

263:13 279:17,19
293:1,5 300:6
**ways**
160:25 225:16
**we'll**
13:22 14:7 25:1
35:15 36:7 37:10
78:14 113:15
116:16,18 173:14
175:18 209:25
232:18
**we're**
10:25 17:22 18:2
29:16 33:11 69:6
90:4 91:15 95:7
95:17 96:11
104:12 106:12,13
113:6 130:14
131:22 164:4
167:8 208:14
223:11 224:23,24
225:6 266:11
273:25 293:10
308:14,15
**we've**
9:10 50:24 52:12
128:21 146:13
156:10 206:16
207:17 209:12
215:25 231:10
236:23 259:7
263:15 294:5
**weak**
246:19,25 248:17
248:22 249:7,10
250:10,18,21
287:10,15,17,22
288:6,23
**weakened**
211:5
**weaker**
193:3 247:16,17,18
247:19
**weaknesses**
126:14 164:16
197:16,18 198:17
198:20,21 301:9

301:10,12 302:4
**website**
5:20 155:24
**week**
42:6 188:5 291:14
307:11
**weeks**
19:3,5
**weigh**
141:2,18 144:12
**weighed**
164:13
**weight**
145:2
**weighted**
142:4
**weighting**
244:25
**welcome**
84:19
**well-accepted**
197:14 199:6
245:13 251:21
279:19
**well-established**
197:14 245:7
**well-known**
290:22
**well-respected**
174:21 179:12
**Wendy**
30:1
**went**
122:4 164:12
192:12,20 193:20
194:3 218:9,13
241:20 242:3,15
253:15 289:23
**Wera**
6:10
**whatsoever**
187:14
**When's**
145:22
**WHI**
202:13,20 217:8,13
217:13 219:7

**white**
5:15 27:16 135:14
136:8,13,18 137:4
**wholly**
108:24
**wide**
229:6
**witness**
8:8 10:23 13:2
20:16,18 22:21
23:2 26:24 27:8
29:18 31:21 33:4
41:6 42:9,19
45:24 46:9,15
47:20 48:4,24
49:6 50:14,21
51:25 54:12 55:21
57:16 58:4,14
59:11 60:16 61:4
62:10,24 63:13
64:6 65:7,20
66:20 67:7 68:7
68:23 69:23 70:6
71:16 72:18,25
73:9 74:11 75:1
76:8 78:23 80:24
81:7,21 82:7,20
83:13,23 84:10
86:3 87:17 88:5
89:3,13,22 91:8
93:17,22 94:23
95:4 96:6,17
97:15,22 98:11,21
101:4,22 102:17
104:2,25 107:8
108:10 109:6
110:8 111:1
112:14 113:11,17
114:1,21,25 116:2
118:3,17 119:2,21
120:21 122:7,15
123:11 124:1
125:2,18 126:4
127:18,24 129:7
130:19 131:15
132:5 133:6,12
134:19 135:7

136:12 137:10
142:17 144:5,21
145:12 148:16
149:12,19 151:14
153:7 157:18
160:8 161:3,19
162:15,22 163:18
164:24 165:4,7
167:11 168:12
170:5 171:8
172:13,23 174:20
175:1,10 176:7
177:2,15 178:10
179:10 180:3
181:4 182:14
184:5,19 186:4
188:17 189:18
190:1,7,16 192:17
193:1,15 194:6,15
195:25 196:13,18
197:24 199:4,18
200:21 201:4,16
201:18,23 202:2
202:16 204:16,23
206:3,13 207:2
208:5 209:16,19
211:11 213:23
214:5 228:16
229:19 230:5
234:20 236:12
241:16 242:15
246:1,21 247:4
248:3,12 250:24
251:5 255:18
258:15 266:6
267:7,19 268:16
271:9,12 274:12
276:25 277:22
278:7 281:21
287:25 294:13
295:18 296:9,24
297:8 298:6 299:2
299:12 300:2,23
301:25 302:13
304:12 305:21
306:6 307:4 309:4
309:13,20 313:25

316:12 317:3
319:3
**witness(es)**
320:5,7,11
**woman**
223:10 224:1
**women**
5:15 20:22 26:9
27:11,12,16 90:22
90:24 92:17,25
128:13 132:10
135:14 136:9,13
136:14,17,18
137:4 181:23
188:4 190:18
205:21 208:6
218:6,10,17,18
220:16 222:24
223:4,7,14 225:4
225:22 226:2
240:21 284:15
287:1 296:4,10
297:21 300:8,25
305:7,14
**Women's**
186:22 285:1,4
**wonderful**
208:11
**word**
108:16 162:19
163:13,19 166:15
166:25 167:15
181:19
**wording**
24:11 38:18 133:17
241:9
**words**
66:18 275:3 287:22
288:9
**work**
10:12,20,23 15:8,9
15:16 16:9,11,23
21:14 28:23 31:13
31:14,18 34:22
37:5,6 48:12,13
48:16 53:22 54:15
78:14 112:6 124:7

126:12 152:21
180:18 181:9
290:14 292:9
314:1
**work-in-progress**
29:11,17 30:5
**workday**
105:20
**worked**
12:18 13:12,16
29:3 285:16
**working**
13:18 16:24 22:4
26:4 28:10,25
30:11 31:21,22
34:16,19 35:25
78:14 92:12 173:3
**works**
28:9 30:9 78:11,13
**world**
231:8 232:7 250:17
**worried**
231:4
**worries**
77:10 277:3
**wouldn't**
68:17 71:12 72:3
101:7 112:14
113:23 114:8
183:11 197:11
211:7 250:20
281:17 299:5
**write**
38:15 167:18
293:17
**writing**
28:3 65:24 66:2
239:5
**writings**
32:7
**written**
24:2 25:4 27:25
28:1 31:25 32:6
95:11 110:4
133:13,15 150:20
157:3 247:14
**wrong**

22:23 90:9 120:10
144:19 196:6
227:11
**wrote**
39:12 42:21

--- **X** ---

**X**
1:3,10

--- **Y** ---

**yeah**
26:17 49:19 113:17
118:8 146:23
150:19 153:23
159:16 162:15
191:10 229:19
258:5 259:7,12
260:24 275:23
**year**
10:18 110:11
217:21 282:24
295:15
**years**
23:7 29:4 41:7
54:16 85:18 136:5
142:2 177:3
189:15,23 191:9
193:12,16 208:10
216:10,14,25
217:4,10,22,25
218:7,14 222:18
222:18 224:21
288:17 295:23
299:17 300:9
**yes-or-no**
156:14 172:6 175:4
**York**
2:13

--- **Z** ---

**Zambelli-Weiner**
44:5

--- **0** ---

**051**
274:19

**07932-1047**
2:22
**07962**
3:8

--- **1** ---

**1**
4:10 5:7 15:2,3,5
15:15 16:10,19
97:4 103:9 133:25
134:6,7,7 137:10
137:12,19,20
138:7,11,15
139:20 155:12
252:12,18 258:8
262:25 263:7
267:12,15 268:1,2
268:3,7,24
**1.04**
136:19 137:3,7,20
137:23 138:6,10
**1.06**
264:22 265:8,16
274:13
**1.12**
264:5
**1.13**
266:13
**1.14**
266:13
**1.15**
139:17
**1.19**
133:25 136:18
235:18 264:6
**1.2**
158:15 242:12
255:15 256:19
257:23
**1.25**
213:6 257:7
**1.3**
242:12 255:15
256:19 257:7,23
266:12
**1.4**
266:12

**1.5**
158:15
**1:48**
165:9,10
**10**
5:3 49:10,12,16
50:1 157:22 217:4
247:12
**10:05**
52:16,17
**10:18**
52:17,19
**100**
5:9 59:15 60:11
**100C**
91:16,19
**101**
182:15
**107**
5:11
**11**
5:4 61:15,17,21
76:24 77:7 140:19
244:1,7
**11,933**
6:15
**11:45**
115:3,4
**11747**
2:13
**119**
25:18
**12**
5:5,6 55:10 77:2,6
251:14,20 253:20
255:1 270:23
**12.4**
217:10,25
**12:39**
115:4,6
**12:40**
116:21
**12:41**
116:24
**120**
21:4
**121**

25:14
**1294**
108:13
**13**
5:7 50:17 51:8
84:16,20 259:19
260:8
**136**
5:14
**139**
5:17
**14**
5:8 21:4 55:11
91:14,17,21
183:17 191:9
206:24 216:10,25
259:19,20 260:20
262:5,5
**14-year**
191:23 193:10
**1414**
235:2
**1416**
240:5
**149**
5:20
**15**
4:10 5:11 107:22
107:23 259:6,8
**151**
6:3
**1510**
3:3
**154**
199:25
**16**
5:14 61:24 136:7
136:11 177:3
**16-2738**
1:7 319:4
**165**
6:6
**169**
6:9
**17**
4:11 5:17 61:21
139:6,8

Patricia G. Moorman, M.S.P.H., Ph.D.

**173**
6:11
**175**
6:13
**18**
5:20 149:22,24
**180**
6:18
**19**
6:3 134:13 151:13
**195**
176:9
**1976**
69:1 88:7,12
**1980s**
191:11
**1982**
295:3
**1990s**
162:8,12

**2**

**2**
4:11 17:19,20
   18:10 77:16,17
   137:5 139:11
   187:4 194:23
   235:4 269:21
   273:25 274:3
**2.91**
235:12
**2:03**
165:10,12
**20**
4:13 6:6 23:4 50:17
   51:5,8 113:7
   164:21 165:2,3,18
   217:22 288:3
   300:9
**2000**
189:4 190:14,14
   191:20 194:12
   195:7 204:25
   205:4
**20004-1454**
3:14
**2000s**

162:8
**2003**
175:14,17 177:9
**2008**
174:13 178:1,2,5
   179:1
**200834000001**
320:23
**2009**
135:12,22 136:22
   209:7
**2010**
95:6,21,22 96:14
   98:8,16 99:7
   100:22,25 101:14
   101:17 102:11,13
   103:2 123:7
   138:21 147:15
   187:21 189:9,14
   190:12 192:10,15
   192:22 193:6
   194:9,12 195:4
   209:7 216:15
   217:5 314:10,20
   315:15
**2012**
95:18
**2013**
179:19,21 180:6
   276:10
**2014**
5:7 84:2,23 132:2
   133:3 185:11
   202:20 233:23
   234:24,25 235:6,9
   235:12,17 236:16
   236:24 239:18
   240:16
**2015/2016**
283:9
**2016**
11:19 12:4 128:5
   128:23 131:12
   234:3,13,22
   238:24 240:15
   242:2 243:3 292:1
**2018**

4:25 5:5 10:6,9
   17:7 19:9 30:22
   45:13 46:13 47:2
   47:17,24 48:6,20
   49:3 50:18 51:11
   153:20 162:8,10
**2019**
1:14 8:3 143:1
   320:18
**202**
3:14 6:21
**205**
7:3
**21**
6:9 153:20 169:2,3
   194:21 212:17
   220:25 224:9
   232:24,24
**21,000**
14:21
**216**
221:8
**22**
6:11 173:10,12,13
   173:14,17 209:24
   222:4 224:9,14
   226:7,15 232:23
   232:24,25 289:19
**22311**
2:4
**224-1133**
2:13
**227**
7:6
**227-8008**
2:18
**23**
6:13 132:8,15
   173:9,12 175:17
   175:19 226:8
   233:5,6 234:2
   240:23
**2306**
1:17
**233**
3:18
**234**

7:10
**237**
7:13
**24**
6:18 166:7 180:6,7
   276:15
**248**
169:16
**25**
1:14 6:21 23:7 41:7
   155:3,4 202:6,14
   202:15 211:19
   215:25 217:18
   219:25 247:22
   248:5 249:13,25
   256:11 264:15
   313:11
**253**
212:19 270:2
**254**
91:25 194:24
**256**
92:3,4 170:8
**25th**
8:3
**26**
4:21 7:3 205:1,2
   220:1
**267-0058**
3:9
**26th**
320:18
**27**
7:6 227:5,6 262:23
**273**
7:16
**2738**
319:2
**27705**
1:18
**28**
7:10 234:10,11
**280**
4:4 55:7 94:5,8
**29**
7:13 237:14,19
**294**

4:5
**2A**
97:7 103:9
**2B**
96:12,21 97:10,12
   100:23 101:2,18
   101:19,20 103:3,9
   103:14 123:9

**3**

**3**
4:13 20:8,9 33:13
   103:10 266:9
**3:02**
211:14,15
**3:16**
211:15,17
**3:29**
219:20
**3:31**
219:23
**30**
7:16 155:1 202:6
   247:22 248:5
   249:13 250:1
   256:12 271:16
   272:11 273:16,17
   288:17 298:12
   300:9 313:11
**302**
4:3
**305**
2:12
**307**
7:19
**31**
7:19 40:18 307:14
   307:15
**310**
4:6
**312**
3:19
**315**
4:3
**32**
4:15
**34**

Patricia G. Moorman, M.S.P.H., Ph.D.

90:7
**3400**
2:17
**35**
4:17 61:19 90:10
**350**
3:8
**358**
210:8
**359**
174:1
**36**
4:18 236:5,13
**37**
4:21
**39**
166:7
**391-0197**
3:4

**4**

**4**
4:15 32:21,22
  128:2 203:15
**4:33**
259:14,15
**4:46**
259:15
**4:47**
259:17
**40**
23:3 85:18 300:9
**40,000**
199:20,25 200:7
**400**
2:12 14:18
**404**
2:8
**41**
4:22 38:21
**42**
167:15,20,21
**429**
213:1
**45**
4:24
**463**

274:25 275:1
**463-2400**
3:14
**47**
184:24 207:11,18
**478-1236**
2:9
**48**
207:18
**49**
5:3 307:21
**4900**
2:3

**5**

**5**
4:17,24 35:11,20
  35:21,24 128:2
  135:12,15 203:2
**5:14**
278:3
**5:15**
278:6
**5:18**
280:11
**5:20**
280:14
**5:50**
302:17
**5:51**
302:20
**50**
38:24 39:1,4
  208:10
**51**
236:7,13
**512**
2:9 3:4
**549-7164**
2:23
**5th**
45:13

**6**

**6**
4:18 36:17,22
  104:15

**6:01**
309:24,25
**6:14**
309:25
**6:15**
310:2
**6:22**
315:7
**6:23**
315:10
**6:25**
317:7,8
**60**
303:8,9
**60,000**
199:20
**600**
2:17,22 284:18
**60606**
3:19
**61**
5:4
**62**
39:25
**624-6300**
3:19
**63**
218:7
**631**
2:13

**7**

**7**
4:21 37:10,13,14
  80:11
**703**
2:4
**713**
2:18
**73**
270:22
**76**
139:23
**77**
5:6
**77002**
2:18

**78701**
2:8 3:4
**7th**
2:8

**8**

**8**
4:22 41:15,17,19
  42:25 77:17
  196:20 291:1
**8,525**
6:19
**816**
3:3
**817**
278:7
**820**
180:15,16
**84**
5:7
**877.370.3377**
1:24

**9**

**9**
4:3,24 45:7,8
**9,859**
6:19
**9:04**
1:15 8:4
**90**
155:6,8,11 262:23
**90-some-thousand**
218:17
**90s**
161:22
**91**
5:8
**917.591.5672**
1:24
**931-5500**
2:4
**94**
46:12 50:10
**943**
213:2
**95**

134:20 137:17
**973**
2:23 3:9
**975**
3:13
**99**
213:8
**995**
139:10

Exhibit 8

Case 3:16-md-02738-MAS-RLS   Document 9888-3   Filed 05/29/19   Page 557 of 1294 PageID: 64578

**Research Article**

Cancer Epidemiology, Biomarkers & Prevention

# Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)

Joellen M. Schildkraut[1], Sarah E. Abbott[1], Anthony J. Alberg[2], Elisa V. Bandera[3], Jill S. Barnholtz-Sloan[4], Melissa L. Bondy[5], Michele L. Cote[6], Ellen Funkhouser[7], Lauren C. Peres[1], Edward S. Peters[8], Ann G. Schwartz[6], Paul Terry[9], Sydnee Crankshaw[10], Fabian Camacho[1], Frances Wang[10], and Patricia G. Moorman[10,11]

## Abstract

**Background:** Epidemiologic studies indicate increased ovarian cancer risk among women who use genital powder, but this has not been thoroughly investigated in African American (AA) women, a group with a high prevalence of use. We evaluate the relationship between use of genital powder and nongenital powder in invasive epithelial ovarian cancer (EOC).

**Methods:** Subjects are 584 cases and 745 controls enrolled in the African American Cancer Epidemiology Study (AACES), an ongoing, population-based case–control study of EOC in AA women in 11 geographic locations in the United States. AA controls were frequency matched to cases on residence and age. Logistic regression was used to calculate ORs and 95% confidence intervals (CI) for associations between genital and nongenital powder exposure and EOC risk, controlling for potential confounders.

**Results:** Powder use was common (62.8% of cases and 52.9% of controls). Genital powder was associated with an increased risk of EOC (OR = 1.44; 95% CI, 1.11–1.86) and a dose–response relationship was found for duration of use and number of lifetime applications ($P < 0.05$). Nongenital use was also associated with EOC risk, particularly among nonserous EOC cases (OR = 2.28; 95% CI, 1.39–3.74). An association between powder use and upper respiratory conditions suggests an enhanced inflammatory response may explain the association between body powder and EOC.

**Conclusions:** In a study of AA women, body powder use was significantly associated with EOC risk.

**Impact:** The results support that body powder is a modifiable risk factor for EOC among AA women. *Cancer Epidemiol Biomarkers Prev; 25(10); 1411–7. ©2016 AACR.*

*See related commentary by Trabert, p. 1369*

## Introduction

Genital powder use may be a modifiable risk factor for epithelial ovarian cancer (EOC), the most deadly of all gynecologic cancers (1). In 2010, the International Agency for Research on Cancer (IARC) classified perineal (genital) use of nonasbestos–containing, talc-based body powder as "possibly" carcinogenic to humans (2). Although particles of asbestos have been found in older body powder formulations, particularly prior to 1976 (3), more recent body powder formulations no longer contain asbestos (4, 5). However, the relationship between genital powder use and ovarian cancer appears to persist (6). It has been proposed that talc-containing powders may promote cancer development through local inflammation, increased rates of cell division and DNA repair, increased oxidative stress, and increased cytokine levels (7).

A recent pooled analysis of eight population-based case–control studies demonstrated an elevated OR of 1.24 for the association between genital powder use and EOC (6). Some (7–15) but not all (6, 8, 16) previously published studies of talc and ovarian cancer reported a dose–response relationship with genital powder use for frequency, duration, or number of applications. In addition, some studies reported a stronger association among the most common serous histologic subtype (4, 10, 14, 16, 17) although the pooled analysis did not confirm this finding (6). Only one prospective study (17) found a significant association with ever genital talc use and invasive serous EOC (RR = 1.40; 95% CI, 1.02–1.91), although no overall association with EOC was found. The Women's Health Initiative (WHI; ref. 18) did not detect an association with

[1]Department of Public Health Sciences, University of Virginia, Charlottesville, Virginia. [2]Hollings Cancer Center and Department of Public Health Sciences, Medical University of South Carolina, Charleston, South Carolina. [3]Population Science Division, Rutgers Cancer Institute of New Jersey, New Brunswick, New Jersey. [4]Case Comprehensive Cancer Center, Case Western Reserve University School of Medicine, Cleveland, Ohio. [5]Cancer Prevention and Population Sciences Program, Baylor College of Medicine, Houston, Texas. [6]Department of Oncology and the Karmanos Cancer Institute Population Studies and Disparities Research Program, Wayne State University, Detroit, Michigan. [7]Division of Preventive Medicine, University of Alabama at Birmingham, Birmingham, Alabama. [8]Epidemiology Program, Louisiana State University Health Sciences Center School of Public Health, New Orleans, Louisiana. [9]Department of Medicine, University of Tennessee Medical Center-Knoxville, Knoxville, Tennessee. [10]Duke Cancer Institute, Duke University Medical Center, Durham, North Carolina. [11]Department of Community and Family Medicine, Duke University Medical Center, Durham, North Carolina.

**Corresponding Author:** Joellen M. Schildkraut, University of Virginia, PO Box 800765, 560 Ray C. Hunt Drive, Charlottesville, VA 22903. Phone: 434-924-8569; Fax: 434-924-8437; E-mail: jms2yf@virginia.edu

doi: 10.1158/1055-9965.EPI-15-1281

©2016 American Association for Cancer Research.

**AACR**

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

Case 3:16-md-02738-MAS-RLS   Document 9888-3   Filed 05/29/19   Page 558 of 1294 PageID: 64579

Schildkraut et al.

genital talc use and EOC. Neither prospective study found evidence of a dose–response relationship.

Previous studies of genital powder use have included mostly white women. However, two studies reported analyses stratified by race and both found an increased EOC risk among African American (AA) women who used genital talc (14, 15). One study reported a nonsignificant association between one or more years of talc use and risk of ovarian cancer, OR = 1.56, [95% confidence interval (CI), 0.80–3.04] among a small sample of 128 AA EOC cases and 143 AA controls, who were shown to have higher prevalence of talc use compared with whites (14). A second study reported an imprecise but significant association with genital talc use with an OR of 5.08 (95% CI, 1.32–19.6) among a very small sample of 16 cases and 17 controls (15). In this article, we present analyses of the relationship between both genital powder and nongenital powder exposure from the African American Cancer Epidemiology Study (AACES), an ongoing, multicenter case–control study of invasive EOC in AA women.

## Materials and Methods

### Study population

AACES is an ongoing, population-based, case–control study of invasive EOC in AA women in 11 locations (Alabama, Georgia, Illinois, Louisiana, Michigan, New Jersey, North Carolina, Ohio, South Carolina, Tennessee, and Texas). Institutional review board approval was obtained from all participating institutions. Methods have been described in detail elsewhere (19). Briefly, cases include AA women 20 to 79 years of age with newly diagnosed EOC. With a goal of enrolling an equal number of cases and controls, controls were AA women identified through random digit dialing, with at least one intact ovary and no history of ovarian cancer, and frequency matched to cases on region of residence and 5-year age categories. Participants complete a baseline telephone interview, which includes detailed questions on demographic characteristics; reproductive, gynecologic, and medical history; hormone therapy (HT) and oral contraceptive (OC) use; cancer family history and lifestyle characteristics including smoking, alcohol consumption, and physical activity. In an effort to obtain information from as many women as possible, a short version of the questionnaire is offered to those who would otherwise refuse to participate in the study. Accrual began in December 2010 and as of August 31, 2015, 593 cases and 750 controls were enrolled. Eligibility for this analysis was restricted to participants for whom data on body powder use and all covariates were available, resulting in a final sample size of 584 cases and 745 controls; of these, 49 cases and 16 controls completed the short questionnaire.

### Exposure to body powder and talc

In the baseline interview, participants were asked whether they had ever regularly used talc, cornstarch, baby, or deodorizing powders. Participants were considered "regular users" if they reported using any of these powders at least one time per month for at least 6 months, and "never users" if they did not. Regular users were asked about their frequency and duration of use, age at first use, and whether they applied powders to genital areas (including on underwear or sanitary napkins, or on birth control devices like diaphragms) and/or nongenital areas. Participants were categorized according to their type of application as nongenital use only, genital use only, or genital and nongenital use. Lifetime number of applications was calculated by multiplying the number of body powder applications per month by the number of months used. Occupational exposure to talc (yes, no) was available only for subjects completing the long baseline survey.

### Statistical analysis

The prevalence of demographic characteristics was calculated and $t$ tests and $\chi^2$ tests were performed to compare distributions between cases and controls. Because of the relatively small number of women who reported having only used genital powder (43 cases and 44 controls), we merged this exposure category with those who reported use of both nongenital and genital powder, creating an exposure category of "any" genital powder use. Unconditional multivariable logistic regression was performed to calculate ORs and 95% CIs for the associations between body powder exposure ("any" nongenital use, and "any" genital use) and risk of EOC. Body powder exposure was further examined by frequency of use (less than 30 times per month, daily), duration of use categorized as less than the median or the median and greater among the controls (<20 years, ≥20 years), and lifetime number of applications categorized as less than the median or the median and greater among controls (<3,600, ≥3,600 lifetime applications). Trend tests for frequency, duration, and lifetime applications of powder use by route of exposure were conducted separately in two subsamples: only nongenital users plus never users and any genital users plus never users. For each subsample, each of the above variables was entered into a logistic regression as multiple indicator variables representing three levels and two degrees of freedom (i.e., for frequency of use: no exposure, less than daily, daily), adjusting for confounders. Trends were evaluated by statistical tests for the association between frequency/duration/lifetime applications with EOC risk, using Wald tests to simultaneously test the equality of parameter estimates with zero. Because experimental data suggest a relationship between inhaled inert particles and asthma (20), a logistic regression analysis was conducted to determine the association between body powder use and upper respiratory conditions (yes/no), controlling for EOC case/control status.

Covariates included reference age in years (age at diagnosis for cases and age at baseline interview for controls); study site [Alabama, Louisiana, New Jersey, North Carolina, Ohio, South Carolina, Texas, Michigan and Illinois (combined because of sample size and regional similarities), Georgia and Tennessee (combined because of sample size)]; education (≤high school, some after high school training, college or graduate degree); parity (0, 1, 2, 3+); duration of oral contraceptives (never, <60 months, ≥60 months); history of tubal ligation (yes/no); family history of breast or ovarian cancer in a first-degree relative (yes/no); smoking (ever/never); and body mass index (BMI < 25, 25–29.9, ≥30 kg/m²). Two class action lawsuits were filed in 2014 (21) concerning possible carcinogenic effects of body powder, which may have influenced recall of use. Therefore, year of interview 2014 or later (yes/no) was included as a covariate in the logistic regression models. To assess potential reporting bias, we also examined whether there were differences in prevalence of reported powder use by interview year (before 2014, 2014 and later) for cases and controls as well as whether interview year was an effect modifier of the relationship between powder use and EOC risk.

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

Case 3:16-md-02738-MAS-RLS   Document 9888-3   Filed 05/29/19   Page 559 of 1294 PageID: 64580

Analyses by the histologic subtype versus all controls were also conducted and heterogeneity of risk estimates was tested by seemingly unrelated regression (22). Because of the missing data for histology, 48 cases were omitted from these analyses. Through stratified analyses, we also assessed possible effect modification of the association with powder use and ever use of HT among postmenopausal women using logistic regression. Experimental data show that the inflammatory response is enhanced in the presence of estrogen and progesterone and we therefore tested for interaction of the association with body powder use by menopausal status (20). Logistic regression and trend analyses were performed using SAS version 9.4 (SAS Institute).

## Results

Descriptive statistics for cases and controls are presented in Table 1. Cases were older than controls and had lower educational achievement. Although this study was designed to match controls to cases by 5-year age group, the difference in the age at diagnosis/age at interview may, in part, be because the study is actively enrolling subjects. However, age ranges of cases (20–79 years) and controls (20–79 years) overlap. Significant differences in the distributions of well-established risk factors, including a shorter duration of oral contraceptive use, and lower prevalence of tubal ligation in cases as compared with controls, were as expected. As expected, parity was lower among cases compared with controls, but the difference was not significant. In addition, cases were more likely to report a family history of breast or ovarian cancer. No significant difference in the median years of use of body powder or occupational exposure of talc in cases compared with controls was observed.

Table 2 shows the results of logistic regression models examining the relationship between any use of body powder (either "only" nongenital powder or "any" genital powder) as well as the use of body powder by type of application: "only" nongenital powder use or "any" genital powder use. Adjusting for potential confounders, we observed a significant positive association between any powder use and EOC (OR = 1.39; 95% CI, 1.10–1.76). The OR for the association with "any" genital powder use was 1.44 (95% CI, 1.11–1.86). An OR of 1.31 (95% CI, 0.95–1.79) for the measure of association between "only" nongenital powder use and EOC was only slightly lower in magnitude compared with the association when "any" genital powder use was reported, but not statistically different from one another ($P = 0.56$). In 2014 and later, we observed an increase in any powder use of 12% and 6% of cases and controls, respectively. Although increased, these exposure prevalences were not significantly different from those interviewed before 2014 ($P = 0.30$). For those interviewed in 2014 or later, we observed an OR for "any" genital powder use of 2.91 (95% CI, 1.70–4.97) compared with 1.19 (95% CI, 0.87–1.63) before 2014. We observed a weaker OR of 1.26 (95% CI, 0.69–2.32) for 2014 and later compared with 1.40 (95% CI, 0.96–2.03) before 2014 for those who reported "only" nongenital use. A test for effect modification by year of interview was statistically significant ($P = 0.005$).

The ORs for the association between daily use of powder for either "only" nongenital powder use (OR = 1.53; 95% CI, 1.00–2.35) or "any" genital powder use (OR = 1.71; 95% CI, 1.26–2.33) with EOC were larger in magnitude than ORs for less than daily use compared with never use but the test for trend was significant only for "any" genital powder use (Table 2). There is a

moderately stronger association for ≥20 years of "any" genital powder use (OR = 1.51; 95% CI, 1.11–2.06) compared with <20 years of use (OR = 1.33; 95% CI, 0.95–1.86; $P_{trend} = 0.02$). No dose–response with years of use was detected for "only" nongenital powder use. The ORs for the number of lifetime applications

**Table 1.** Characteristics of ovarian cancer cases and controls in the African American Cancer Epidemiology Study (AACES)

| | Cases (n = 584) n (%) | Controls (n = 745) n (%) | P |
|---|---|---|---|
| Age (years) | | | <0.01 |
| <40 | 31 (5.3) | 80 (10.7) | |
| 40–59 | 299 (51.21) | 398 (53.4) | |
| 60+ | 254 (43.5) | 267 (35.8) | |
| Range (years) | 20–79 | 20–79 | |
| Education | | | 0.02 |
| High school or less | 262 (44.9) | 278 (37.3) | |
| Some after high school training | 145 (24.8) | 210 (28.2) | |
| College or graduate degree | 177 (30.3) | 257 (34.5) | |
| Body mass index (kg/m²) | | | 0.09 |
| <24.9 (under- and normal weight) | 86 (14.7) | 140 (18.8) | |
| 25–29.9 (overweight) | 148 (25.3) | 197 (26.4) | |
| >30 (obese) | 350 (59.9) | 408 (54.8) | |
| Parity (# of live births) | | | 0.06 |
| 0 | 105 (18.0) | 96 (12.9) | |
| 1 | 113 (19.4) | 141 (18.9) | |
| 2 | 136 (23.3) | 198 (26.6) | |
| 3+ | 230 (39.4) | 311 (41.6) | |
| Tubal ligation | | | 0.02 |
| Yes | 201 (34.4) | 302 (40.5) | |
| No | 383 (65.6) | 443 (59.5) | |
| Oral contraceptive use | | | <0.01 |
| Never | 180 (30.8) | 155 (20.8) | |
| <60 months | 230 (39.4) | 334 (44.8) | |
| >60 months | 174 (29.8) | 256 (34.4) | |
| First-degree family history of breast or ovarian cancer | | | <0.01 |
| Yes | 149 (25.5) | 132 (17.7) | |
| No | 435 (74.5) | 613 (82.3) | |
| Menopausal status | | | 0.31 |
| Premenopause | 158 (27.2) | 221 (29.7) | |
| Postmenopause | 423 (72.8) | 522 (70.3) | |
| Hormone therapy | | | 0.10 |
| Ever use | 118 (20.3) | 125 (16.8) | |
| Never use | 463 (79.7) | 618 (83.2) | |
| Smoking | | | 0.48 |
| Ever | 257 (44.0) | 313 (42.0) | |
| Never | 327 (56.0) | 432 (58.0) | |
| Hysterectomy[a] | | | 0.43 |
| Yes | 141 (24.1) | 166 (22.3) | |
| No | 443 (75.9) | 579 (77.7) | |
| Body powder use (median years)[b] | 20 | 20 | 0.48 |
| Occupational talc exposure[c] | | | 0.16 |
| Yes | 58 (10.8) | 62 (8.5) | |
| No | 477 (89.2) | 667 (91.5) | |
| Histologic subtype[d] | | | |
| Serous | 393 (73.2) | | |
| Mucinous | 24 (4.5) | | |
| Endometrioid | 72 (13.4) | | |
| Clear cell | 13 (2.4) | | |
| Other | 35 (6.5) | | |

[a]Defined as hysterectomy 2 years prior to diagnosis for cases and 2 years prior to interview for controls.
[b]Among body powder ever users only.
[c]Data not available for participants who completed the short questionnaire (49 cases and 16 controls).
[d]Data missing on histologic subtype for 47 cases.

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

Schildkraut et al.

**Table 2.** Adjusted ORs for the associations between mode, frequency, and duration of body powder use and ovarian cancer in the AACES

| Exposure | Cases (n = 584) n (%) | Controls (n = 745) n (%) | OR[a] (95% CI) |
|---|---|---|---|
| Body powder use | | | |
| Never use | 217 (37.2) | 351 (47.1) | 1.00 (Referent) |
| Ever use | 367 (62.8) | 394 (52.9) | 1.39 (1.10–1.76) |
| Body powder use by location | | | |
| Never use | 217 (37.2) | 351 (47.1) | 1.00 (Referent) |
| Only genital use | 119 (20.4) | 140 (18.8) | 1.31 (0.95–1.79) |
| Any genital use | 248 (42.5) | 254 (34.1) | 1.44 (1.11–1.86) |
| *Interview date <2014* | *(n = 351)* | *(n = 571)* | |
| Never use | 147 (41.9) | 286 (48.4) | 1.00 (Referent) |
| Only nongenital use | 76 (21.7) | 104 (17.6) | 1.40 (0.96–2.03) |
| Any genital use | 128 (36.5) | 201 (34.0) | 1.19 (0.87–1.63) |
| *Interview date >2014* | *(n = 233)* | *(n = 154)* | |
| Never use | 70 (30.0) | 65 (42.2) | 1.00 (Referent) |
| Only nongenital use | 43 (18.4) | 36 (23.3) | 1.26 (0.69–2.32) |
| Any genital use | 120 (51.5) | 53 (34.4) | 2.91 (1.70–4.97) |
| Frequency of use | | | |
| *Never use* | 217 (37.3) | 351 (47.2) | 1.00 (Referent) |
| *Only nongenital use* | | | |
| Less than daily | 61 (10.5) | 82 (11.0) | 1.15 (0.78–1.71) |
| Daily | 58 (10.0) | 58 (7.8) | 1.53 (1.00–2.35) |
| $P_{trend}$ | | | 0.09 |
| *Any genital use* | | | |
| Less than daily | 88 (15.1) | 119 (16.0) | 1.12 (0.80–1.58) |
| Daily | 158 (27.2) | 134 (18.0) | 1.71 (1.26–2.33) |
| $P_{trend}$ | | | <0.01 |
| Duration of use | | | |
| Never use | 217 (37.4) | 351 (47.4) | 1.00 (Referent) |
| *Only nongenital use* | | | |
| <20 years | 59 (10.2) | 68 (9.2) | 1.37 (0.91–2.07) |
| >20 years | 60 (10.3) | 70 (9.5) | 1.28 (0.85–1.93) |
| $P_{trend}$ | | | 0.13 |
| *Any genital use* | | | |
| <20 years | 101 (17.4) | 118 (15.9) | 1.33 (0.95–1.86) |
| >20 years | 144 (24.8) | 134 (18.1) | 1.52 (1.11–2.07) |
| $P_{trend}$ | | | 0.02 |
| Lifetime body powder applications | | | |
| *Never use* | 217 (37.4) | 351 (47.4) | 1.00 (Referent) |
| *Only nongenital use* | | | |
| Below median (<3,600 applications) | 60 (10.3) | 72 (9.7) | 1.35 (0.90–2.03) |
| Above median (>3,600 applications) | 59 (10.2) | 66 (8.9) | 1.30 (0.86–1.97) |
| $P_{trend}$ | | | 0.14 |
| *Any genital use* | | | |
| Below median (<3,600 applications) | 92 (15.9) | 119 (16.1) | 1.16 (0.83–1.63) |
| Above median (>3,600 applications) | 152 (26.2) | 133 (17.9) | 1.67 (1.23–2.26) |
| $P_{trend}$ | | | <0.01 |

[a]Adjusted for age at diagnosis/interview, study site, education, tubal ligation, parity, BMI, duration of OC use, first-degree family history of breast or ovarian cancer, and interview year.

of body powder at or above and below the median support a dose–response with "any" genital powder use ($P_{trend}$ < 0.01) but not for nongenital powder use ($P_{trend}$ = 0.14).

A report of any occupational talc exposure, for those completing the long baseline questionnaire, was found to be positively, but not statistically significantly, associated with EOC (OR = 1.31; 95% CI, 0.88–1.93; data not shown). Table 3 shows an OR of 1.38 (95% CI, 1.03–1.85) for the association in serous cases with "any" genital powder use. Among serous cases, the OR for "only" nongenital powder use was lower in

magnitude and not significant (OR = 1.10; 95% CI, 0.76–1.58). Compared with serous cases, larger and statistically significant ORs are found for the associations with type of powder application in nonserous EOC cases; ORs were 1.63 (95% CI, 1.04–2.55) and 2.28 (95% CI, 1.39–3.74), for "any" genital powder use and "only" nongenital powder use, respectively (Table 3). A comparison of adjusted odds ratios between serous and nonserous histologic subtypes and powder use, detected a difference in "only" nongenital powder use ($P$ = 0.008), but did not detect significant differences in association for "any" genital powder use ($P$ = 0.50).

The stratified results by menopausal status (Table 4) suggest differences in the association for exposure to "only" nongenital powder use among premenopausal where no association is seen for "only" nongenital powder use, whereas the association with the risk of EOC and "any" genital use is elevated. Among postmenopausal women, we observed positive associations of similar magnitude for both the association between EOC and "only" nongenital powder use (OR = 1.49; 95% CI, 1.04–2.15) and "any" genital powder use (OR = 1.41; CI, 1.03–1.92). However, tests of interaction indicate no evidence for interaction by menopausal status for either route of exposure. Among menopausal women, analyses stratified by HT use suggest a stronger association among users compared with nonusers of HT for both routes of applications, although we detected a borderline, nonsignificant interaction for the associations with "any" genital body powder by HT use ($P$ = 0.06). The test for interaction for nongenital body powder by HT use was not significant ($P$ = 0.76).

To further consider the underlying mechanism for the relationship between use of body powder and the risk of EOC, we calculated the association between both "only" nongenital powder use and "any" genital powder use and having an upper respiratory condition. Controlling for case–control status, age at diagnosis/interview, study site, education, smoking, and BMI, we found ORs of 1.35 (95% CI, 0.89–2.05) and 1.45 (95% CI, 1.03–2.05) for "only" nongenital and "any" genital powder use, respectively, in relation to a reported respiratory condition (data not shown). A nonsignificant, but elevated OR of 1.26 (95% CI, 0.77–2.06) was observed with occupational exposure to talc and respiratory conditions (data not shown).

**Table 3.** Adjusted ORs for the associations between talc use and serous/nonserous EOC

| Histologic subtype[a] | Cases n (%) | Controls n (%) | OR[b] (95% CI) |
|---|---|---|---|
| Serous (n = 392) | | | |
| Never use | 156 (39.8) | 351 (47.1) | 1.00 (Referent) |
| Only nongenital use | 71 (18.1) | 140 (18.8) | 1.10 (0.76–1.58) |
| Any genital use | 165 (42.1) | 254 (34.1) | 1.38 (1.03–1.85) |
| Nonserous (n = 144) | | | |
| Never use | 44 (30.6) | 351 (47.1) | 1.00 (Referent) |
| Only nongenital use | 42 (29.2) | 140 (18.8) | 2.28 (1.39–3.74) |
| Any genital use | 58 (40.3) | 254 (34.1) | 1.63 (1.04–2.55) |

[a]Test for interaction for association with powder use by serous and nonserous histologic subtype and route of body powder exposure was $P$ = 0.008 for "only" nongenital powder use and $P$ = 0.50 for "any" genital powder use.
[b]Adjusted for age at diagnosis/interview, study site, education, tubal ligation, parity, BMI, duration of OC use, first-degree family history of breast or ovarian cancer, and interview year.

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

**Table 4.** Adjusted ORs for the association between EOC risk and body powder by menopausal status and HT use

| | Premenopause | | | Postmenopause | | |
|---|---|---|---|---|---|---|
| | Cases (n = 158) | Controls (n = 221) | | Cases (n = 423) | Controls (n = 522) | |
| Exposure | n (%) | n (%) | OR[a] (95% CI) | n (%) | n (%) | OR[a] (95% CI) |
| Body powder use[b] | | | | | | |
| Never use | 59 (37.3) | 103 (46.6) | 1.00 (Referent) | 157 (37.1) | 247 (47.3) | 1.00 (Referent) |
| Only nongenital use | 22 (13.9) | 42 (19.0) | 0.90 (0.44–1.84) | 97 (22.9) | 98 (18.8) | 1.49 (1.04–2.15) |
| Any genital use | 77 (48.7) | 76 (48.7) | 1.50 (0.87–2.57) | 169 (40.0) | 177 (33.9) | 1.41 (1.03–1.92) |
| HT ever/never use[c,d,e] | | | | | | |
| *HT ever use* | | | | | | |
| Never use | | | | 34 (32.1) | 55 (48.7) | 1.00 (Referent) |
| Only nongenital use | | | | 23 (21.7) | 23 (20.4) | 1.74 (0.77–3.92) |
| Any genital use | | | | 49 (46.2) | 35 (31.0) | 2.68 (1.33–5.40) |
| *HT never use* | | | | | | |
| Never use | | | | 122 (38.9) | 191 (46.9) | 1.00 (Referent) |
| Only nongenital use | | | | 73 (23.3) | 75 (18.4) | 1.51 (0.99–2.29) |
| Any genital use | | | | 119 (37.9) | 141 (34.6) | 1.24 (0.87–1.79) |

[a]Adjusted for age at diagnosis/interview, study site, education, tubal ligation, parity, BMI, duration of OC use, first-degree family history of breast or ovarian cancer, and interview year.
[b]Test for interaction between menopausal status and route of body powder exposure was nonsignificant for only non-genital use (P = 0.21) and any genital use (P = 0.85) compared with never use.
[c]Restricted to postmenopausal women.
[d]Test for interaction between HT use and only nongenital use was nonsignificant (P = 0.76).
[e]Test for interaction between HT use and any genital use was nonsignificant (P = 0.06).

## Discussion

In the largest EOC case–control study in AA women to date, we observed a positive association between regular use of powder and EOC regardless of the route of application. Users of genital powder were shown to have greater than a 40% increased risk of EOC compared with an increased risk of more than 30% among those who used only nongenital powder. The OR for the association with genital powder use in the current study is consistent with the association reported in AA women by Wu and colleagues (14). Of note, a high proportion of EOC cases (63%) and controls (53%) reported any use of body powder. A dose–response trend was evident for median years of use or greater as well as median number or greater of lifetime applications of "any" genital powder but not for use of "only" nongenital powder. Our results support that the association with "any" genital powder use is similar in premenopausal and postmenopausal women, whereas there appears to be an association with use of "only" nongenital powder use among postmenopausal but not premenopausal women. Associations were found among nonserous EOC cases and among postmenopausal users of HT exposed to either genital or non-genital powder.

Most other case–control studies have not found an association between nongenital powder use and ovarian cancer, including a large pooled analysis by Terry and colleagues who reported an adjusted OR of 0.98 (95% CI, 0.89–1.07; refs. 6, 16). No prospective studies have evaluated nongenital powder use, nor has any study examined these associations by histologic subtype (17, 18). In the current study, the overall association with nongenital use and EOC was similar to that for genital powder use though it did not reach statistical significance possibly due to small numbers and random variation. However, we also did not find a dose–response relationship with frequency, duration, or lifetime applications of "only" nongenital powder use. Furthermore, we did not detect a significant association with use of "only" nongenital powder among serous cases, whereas the OR for the association with use of "only" nongenital powder showed over a 2-fold significant increased risk for nonserous EOC. In fact, we found a statistically significant difference between associations by subtype for "only" nongenital use. Given the inconsistency with previous published findings, it is also reasonable that under-reporting genital powder use, such as abdominal powder use that reaches the genital area, may have led to a spurious result. Another possible explanation for our finding may be that there is a higher inflammatory response in AAs compared with whites (23–25). Our results also suggest that the route of powder exposure may have different effects by histologic subtype. As most high-grade serous EOC, but not nonserous subtypes, arise in the fallopian tubes (26), it is possible that direct exposure through the genital tract specifically affects this disease subtype. The association with any genital powder use and nonserous cases may be due to the overlap between genital and nongenital powder use (83% of cases and 83% of controls). We were unable to examine associations with "only" genital powder users due to sample size considerations. In contrast, nongenital powder use may be related to inhalation of the exposure through the lungs. Several large pooled analyses have demonstrated risk factor associations with inflammatory-associated exposures, such as smoking (27), endometriosis (28), and obesity (29) with nonserous histologic subtypes of ovarian cancer but not high-grade serous EOC, providing a plausible theoretical basis for differences we found in associations by histologic subtype.

Akin to talc powders, titanium dioxide (TiO₂) is another inert particle that induces an inflammatory response upon inhalation and has been considered to be "possibly carcinogenic to humans" by IARC (2). Experimental evidence of enhanced inflammation due to exposure to inert environmental particulates of TiO₂ showed inhibition of phagocytic activity of alveolar macrophages in pregnancy, and was found to be associated with increased asthma risk in the offspring of BALB/c mice exposed to TiO₂. In this study, elevated estrogen levels during pregnancy were found to contribute to the resulting asthma risk (20). Our findings also support that enhanced airway inflammation is due to exposure to inert particles.

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Case 3:16-md-02738-MAS-RLS   Document 9888-3   Filed 05/29/19   Page 562 of 1294 PageID: 64583

Schildkraut et al.

Consistent with a recent study (15) where an association with powder use and asthma was reported, the relationship between body powder use and respiratory conditions likely reflects an enhanced inflammatory response due to powder use, suggesting a mechanism by which EOC risk is increased. Therefore, lung inhalation of powder could be a biologically plausible mechanism for the association between nongenital body powder use and increased EOC risk, particularly in nonserous EOC cases.

To further explore whether estrogen influences the inflammatory response, we performed stratified analyses by menopausal status. We did not see a difference in the association with premenopausal compared with postmenopausal use of "any" genital powder use, which is not consistent with a recent report (15) where an association with premenopausal use but not postmenopausal use was found. However, consistent with this report, we found a stronger association between "any" genital powder use and EOC among postmenopausal women who reported HT use compared with nonusers. This finding is also consistent with experimental data showing that in the presence of estrogen and/or estrogen and progesterone, the ability of macrophages to clear inert particulates is altered, enhancing the inflammatory response leading to the development of asthma in mouse offspring (20). It has also been proposed that chronic inflammation, resulting from exposure to body powder, whether through inhalation or through a transvaginal route, may exert a suppressive effect on adaptive immunity, leading to increased risk of EOC (30). These findings suggest that AA women may be particularly susceptible to exposure to body powder due to having higher endogenous estrogen levels compared with white women (31, 32). Because of the limited sample size, we were not able to evaluate associations with the timing or duration of HT use or the concurrent effects of both HT and powder use. Tests for interaction of the associations in the stratified analyses by HT use were not significant and our findings should be considered exploratory.

The results of the current study showed that genital powder use was associated with ovarian cancer risk in AA women and are consistent with localized chronic inflammation in the ovary due to particulates that travel through a direct transvaginal route. The dose–response observed for duration of genital powder use provides further evidence for the relationship between genital powder and overall EOC risk. Our data suggest that the increased risk due to use of genital powder applies to both serous and nonserous histologic subtypes of EOC. Use of "only" nongenital powder was not found to be associated with the serous subtype, but our data suggest a relationship with nonserous EOC. The association with serous EOC is consistent with several previous studies (4, 6, 14–17). Only the pooled analysis found associations with the endometrioid and clear cell subtypes (6). The association with any occupational talc exposure and EOC (OR = 1.31; data not shown), though not statistically significant, is also consistent with the results for "only" nongenital powder use and suggest other routes of exposure, aside transvaginal, may effect EOC risk.

A recent publication of data from the WHI, which did not find an association with genital talc use and ovarian cancer (18), was accompanied by an editorial that emphasized the challenges in assessing the exposure to talc due to the reliance on self-report (33). This limitation in the measurement of the exposure variables in the current study needs to be considered when interpreting our results. The possibility of differential misclassification exists in a case–control study such as AACES, especially due to heightened awareness of the exposure as a result of two recent class action lawsuits (21). Because of such publicity, we adjusted for date of interview in the analysis. However, there is still a possibility that recall bias may have caused some inflation of the ORs. Although our findings suggest that the publicity of the class action lawsuits may have resulted in increased reporting of body powder use, our data do not support that recall bias alone before 2014 versus 2014 or later would account for the associations with body powder use and EOC. It is possible that the lawsuits sharpened memories of body powder use and improved the accuracy of reported use for both cases and controls interviewed in 2014 or later. As the association with nongenital body powder use is not consistent with the published literature, the possibility of misclassification of exposure, residual confounding, or a chance finding cannot be ruled out as an explanation for the associations with nongenital powder use.

In summary, we found that the application of genital powder is associated with serous and nonserous EOC in AA women, a novel observation in this population that is consistent with some large studies in whites. Our data are consistent with the notion that localized chronic inflammation in the ovary caused by exposure to genital powder contributes to the development of EOC. Although associations with nongenital powder use and EOC have not been previously reported, we cannot rule out the possibility that this relationship may be specific to AA women. The high prevalence of exposure to both genital and nongenital body powder among AA women compared with the mostly white subjects (41%), as in the large pooled analysis (6), underscores the importance of the study's findings. The results of the current study suggest that the use of body powder is an especially important modifiable risk factor for EOC in AA women.

## Disclosure of Potential Conflicts of Interest

No potential conflicts of interest were disclosed.

## Authors' Contributions

**Conception and design:** J.M. Schildkraut, A.G. Schwartz, P. Terry, P.G. Moorman

**Development of methodology:** J.M. Schildkraut, P. Terry, F. Camacho, F. Wang, P.G. Moorman

**Acquisition of data (provided animals, acquired and managed patients, provided facilities, etc.):** J.M. Schildkraut, A.J. Alberg, E.V. Bandera, J.S. Barnholtz-Sloan, M.L. Bondy, M.L. Cote, E. Funkhouser, E.S. Peters, A.G. Schwartz, P. Terry, S. Crankshaw, F. Camacho, P.G. Moorman

**Analysis and interpretation of data (e.g., statistical analysis, biostatistics, computational analysis):** J.M. Schildkraut, S.E. Abbott, M.L. Bondy, M.L. Cote, L.C. Peres, E.S. Peters, A.G. Schwartz, F. Camacho, F. Wang, P.G. Moorman

**Writing, review, and/or revision of the manuscript:** J.M. Schildkraut, S.E. Abbott, A.J. Alberg, E.V. Bandera, J.S. Barnholtz-Sloan, M.L. Bondy, M.L. Cote, E. Funkhouser, L.C. Peres, A.G. Schwartz, P. Terry, F. Camacho, P.G. Moorman

**Administrative, technical, or material support (i.e., reporting or organizing data, constructing databases):** P. Terry, S. Crankshaw, F. Camacho, P.G. Moorman

**Study supervision:** J.M. Schildkraut, S. Crankshaw, P.G. Moorman

## Acknowledgments

The authors thank the AACES interviewers, Christine Bard, LaTonda Briggs, Whitney Franz (North Carolina), and Robin Gold (Detroit). The authors also thank the individuals responsible for facilitating case ascertainment across the ten sites including: Jennifer Burczyk-Brown (Alabama); Rana Bayakly, Vicki Bennett and Judy Andrews (Georgia); the Louisiana Tumor Registry; Lisa Paddock, Natalia Herman, and Manisha Narang (New Jersey); Diana Slone,

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Body Powder Use and Ovarian Cancer in African Americans

Yingli Wolinsky, Steven Waggoner, Anne Heugel, Nancy Fusco, Kelly Ferguson, Peter Rose, Deb Strater, Taryn Ferber, Donna White, Lynn Bozzi, Eric Jenison, Nairmeen Haller, Debbie Thomas, Vivian von Gruenigen, Michele McCarroll, Joyce Neading, John Geisler, Stephanie Smiddy, David Cohn, Michele Vaughan, Luis Vaccarello, Elayna Freese, James Pavelka, Pam Plummer, William Nahhas, Ellen Cato, John Moroney, Mark Wysong, Tonia Combs, Marci Bowling, Brandon Fletcher, (Ohio); Susan Bolick, Donna Acosta, Catherine Flanagan (South Carolina); Martin Whiteside (Tennessee) and Georgina Armstrong and the Texas Registry, Cancer Epidemiology and Surveillance Branch, Department of State Health Services.

## Grant Support

This work was supported by the NCI (grant number R01CA142081; to J.M. Schildkraut, A.J. Alberg, E.V. Bandera, J. Barnholtz-Sloan, M.L. Bondy, M.L. Cote, E. Funkhouser, E.S. Peters, A.G. Schwartz, P. Terry, and P.G. Moorman). Additional support was provided by the Metropolitan Detroit Cancer Surveillance System with funding from the NCI, NIH, and the Department of Health and Human Services (contract number HHSN261201000028C), and the Epidemiology Research Core, supported in part by the NCI Center (grant number P30CA22453; to A.G. Schwartz and M.L. Cote) to the Karmanos Cancer Institute, Wayne State University School of Medicine.

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked *advertisement* in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

Received December 14, 2015; revised May 2, 2016; accepted May 4, 2016; published OnlineFirst May 12, 2016.

## References

1. American Cancer Society. Cancer facts & figures 2015; 2015.
2. World Health Organization, International Agency for Research on Cancer. IARC monographs on the evaluation of carcinogenic risks to humans; 2010. p. 1–413.
3. Heller DS, Gordon RE, Westhoff C, Gerber S. Asbestos exposure and ovarian fiber burden. Am J Ind Med 1996;29:435–9.
4. Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer 2008;122:170–6.
5. Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R, Bowes DR, et al. Consumer talcums and powders: mineral and chemical characterization. J Toxicol Environ Health 2009;2:255–84.
6. Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res 2013;6:811–21.
7. Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler J, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology 2000;11:111–7.
8. Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. Br J Cancer 1989;60:592–8.
9. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer 1997;79:2396–401.
10. Cook RC, Fradet G, English JC, Soos J, Müller NL, Connolly TP, et al. Recurrence of intravenous talc granulomatosis following single lung transplantation. Can Respir J 1998;5:511–4.
11. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer 2004;112:458–64.
12. Whittemore AS, Wu ML, Paffenbarger RS, Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228–40.
13. Wong C. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol 1999;93:372–6.
14. Wu AH, Pearce CL, Tseng C-C, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. Int J Cancer 2009;124:1409–15.
15. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus IJ. The association between talc use and ovarian cancer: a retrospective case-control study in two US states. Epidemiology 2016;27:334–46.
16. Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, et al. Genital talc exposure and risk of ovarian cancer. Int J Cancer 1999;81:351–6.
17. Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, et al. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst 2000;92:249–52.
18. Houghton SC, Reeves KW, Hankinson SE, Crawford L, Lane D, Wactawski-Wende J, et al. Perineal powder use and risk of ovarian cancer. J Natl Cancer Inst 2014;106:dju208.
19. Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, et al. A multi-center population-based case–control study of ovarian cancer in African-American women: the African American Cancer Epidemiology Study (AACES). BMC Cancer 2014;14:688.
20. Zhang Y, Mikhaylova L, Kobzik L, Fedulov A V. Estrogen-mediated impairment of macrophageal uptake of environmental TiO2 particles to explain inflammatory effect of TiO2 on airways during pregnancy. J Immunotoxicol 2015;12:81–91.
21. Drugwatch. Talcum powder lawsuits [Internet]; 2015 [cited 2015 Nov 11]. Available from: http://www.drugwatch.com/talcum-powder/lawsuits/
22. Hosmer D, Lemeshow S. Applied logistic regression. 2nd ed. New York, NY: John Wiley & Sons, Inc; 2000.
23. Khera A, McGuire DK, Murphy SA, Stanek HG, Das SR, Vongpatanasin W, et al. Race and gender differences in C-reactive protein levels. J Am Coll Cardiol 2005;46:464–9.
24. Albert MA, Glynn RJ, Buring J, Ridker PM. C-reactive protein levels among women of various ethnic groups living in the United States (from the Women's Health Study). Am J Cardiol 2004;93:1238–42.
25. Paalani M, Lee JW, Haddad E, Tonstad S. Determinants of inflammatory markers in a bi-ethnic population. Ethn Dis 2011;21:142–9.
26. Bowtell DD, Böhm S, Ahmed AA, Aspuria P-J, Bast RC, Beral V, et al. Rethinking ovarian cancer II: reducing mortality from high-grade serous ovarian cancer. Nat Rev Cancer 2015;15:668–79.
27. Faber MT, Kjær SK, Dehlendorff C, Chang-Claude J, Andersen KK, Høgdall E, et al. Cigarette smoking and risk of ovarian cancer: a pooled analysis of 21 case-control studies. Cancer Causes Control 2013;24:989–1004.
28. Pearce CL, Templeman C, Rossing MA, Lee A, Near AM, Webb PM, et al. Association between endometriosis and risk of histological subtypes of ovarian cancer: a pooled analysis of case-control studies. Lancet Oncol 2012;13:385–94.
29. Olsen CM, Nagle CM, Whiteman DC, Ness R, Pearce CL, Pike MC, et al. Obesity and risk of ovarian cancer subtypes: evidence from the Ovarian Cancer Association Consortium. Endocr Relat Cancer 2013;20:251–62.
30. Cramer DW, Finn OJ. Epidemiologic perspective on immune-surveillance in cancer. Curr Opin Immunol 2011;23:265–71.
31. Pinheiro SP. Racial differences in premenopausal endogenous hormones. Cancer Epidemiol Biomarkers Prev 2005;14:2147–53.
32. Setiawan VW, Haiman CA, Stanczyk FZ, Le Marchand L, Henderson BE. Racial/ethnic differences in postmenopausal endogenous hormones: the multiethnic cohort study. Cancer Epidemiol Biomarkers Prev 2006;15:1849–55.
33. Wentzensen N, Wacholder S. Talc use and ovarian cancer: epidemiology between a rock and a hard place. J Natl Cancer Inst 2014;106:dju260.

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

# Cancer Epidemiology, Biomarkers & Prevention



## Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)

Joellen M. Schildkraut, Sarah E. Abbott, Anthony J. Alberg, et al.

*Cancer Epidemiol Biomarkers Prev* 2016;25:1411-1417. Published OnlineFirst May 12, 2016.

| | |
|---|---|
| **Updated version** | Access the most recent version of this article at:<br>doi:10.1158/1055-9965.EPI-15-1281 |

| | |
|---|---|
| **Cited articles** | This article cites 29 articles, 9 of which you can access for free at:<br>http://cebp.aacrjournals.org/content/25/10/1411.full.html#ref-list-1 |
| **Citing articles** | This article has been cited by 1 HighWire-hosted articles. Access the articles at:<br>/content/25/10/1411.full.html#related-urls |

| | |
|---|---|
| **E-mail alerts** | Sign up to receive free email-alerts related to this article or journal. |
| **Reprints and Subscriptions** | To order reprints of this article or to subscribe to the journal, contact the AACR Publications Department at pubs@aacr.org. |
| **Permissions** | To request permission to re-use all or part of this article, contact the AACR Publications Department at permissions@aacr.org. |

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Exhibit 9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (FLW) (LHG) |

**RULE 26 EXPERT REPORT OF**
**REBECCA SMITH-BINDMAN, MD**

Date:   November 15, 2018

Rebecca Smith-Bindman, MD

**The Relationship Between Exposure to Perineal Talc Powder Products and Ovarian Cancer**

**Expert Report**

Rebecca Smith-Bindman, MD

Professor, Radiology and Biomedical Imaging, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Science and Director, Radiology Outcomes Research Lab
University of California San Francisco

**Table of Contents**

*I. Executive Summary* .................................................................................................................. 4

*II. Expertise of Dr. Smith-Bindman* ............................................................................................. 6

Education and Employment ....................................................................................................... 6

Research Expertise ..................................................................................................................... 6

Knowledge of Relevant Study Designs ..................................................................................... 6

Experience as a Medical Expert ................................................................................................. 8

*III. Background: Ovarian cancer and Talc as a Modifiable Risk Factor* ....................................... 8

Ovarian Cancer .......................................................................................................................... 8

Histologic types ......................................................................................................................... 9

Risk Factors ............................................................................................................................. 11

Etiology: Origins, Causes, Development and Inflammation ..................................................... 12

Association of Ovarian Cancer with Talc Powder Products .................................................... 13

Why Talc Powder Products were Initially Suspected as Causing Ovarian Cancer ................... 13

Asbestos ................................................................................................................................... 14

Talc ........................................................................................................................................... 15

Heavy Metals ........................................................................................................................... 16

*IV. Overview of Publications on Genital use of Talc powder products and Ovarian Cancer* ............... 16

Explanation of study designs and article types ....................................................................... 16

Table of Reviewed Publications ............................................................................................... 18

Quantifying Exposures ............................................................................................................. 19

Summary of Data ..................................................................................................................... 19

Cohort Studies ......................................................................................................................... 19

Systematic Reviews ................................................................................................................. 22

Pooled Data ............................................................................................................................. 27

Case-Control Trials .................................................................................................................. 29

*V. Rationale for and Explanation of the New Systematic Review* ............................................. 30

*VI. New Systematic Review of Literature Quantifying Association Between Regular Frequent Genital (Perineal) Talc powder products Application and Ovarian Epithelial Cancer Risk with A Focus On Invasive Serous Cancer.* .......................................................................................................... 31

Literature Search ..................................................................................................................... 31

Article Selection ....................................................................................................................... 31

Exclusion .................................................................................................................................. 32

Defining Talc powder products Use ......................................................................................... 32

Stratification of Analyses: Focus on a Single Histologic Type Where Possible ............................... 32

Type of Exposures ..................................................................................................................... 32

Statistical Analysis ..................................................................................................................... 33

Results ...................................................................................................................................... 33

New Systematic Meta analytic review: Summary ...................................................................... 34

Overall Summary of the Epidemiology Data Describing the Association Between Talc Powder Products and Ovarian cancer ..................................................................................................... 34

*VII. Other Relevant Factors* .............................................................................................. 35

Research Supporting Talc Association with Ovarian Cancer: Transit to ovary and Risk Reduction on Interruption ............................................................................................................................. 35

Interactions .............................................................................................................................. 32

Risks Over Time ........................................................................................................................ 32

Variation in Risk when Talc Use is Discontinued ........................................................................ 35

*VIII. Consideration of Causality of Talc powder products and Ovarian Cancer : Bradford Hill Factors* 35

A) Strength of Association ........................................................................................................... 36

B) Consistency of Associations in Different Populations and Studies ........................................... 38

C) Specificity Between Cause and Outcome ................................................................................. 39

D) Temporality ........................................................................................................................... 39

E) Dose Response ....................................................................................................................... 39

F) Biologic Plausibility: Factors Linking Talc and Ovarian Cancer ................................................. 40

G) Coherence and Consistency with Understood Biology ............................................................. 41

H) Experimental Evidence .......................................................................................................... 41

I) Analogy .................................................................................................................................. 41

*References* ....................................................................................................................... 42

**I. Executive Summary**

Substantial evidence supports a strong positive association between ovarian cancer and genital exposure to talcum powder products and that regular exposure to talcum powder products causes ovarian cancer in some women.  Talc is a naturally occurring mineral used in cosmetic products because of its desirable chemical properties such as being soft and absorbent. Women who have had regular exposure of the genitals (specifically the perineal region from the pubic area to the anal area) to talcum powder products are at increased risk of developing invasive ovarian cancer, in particular serous cancer, the most common and most lethal form. In the United States, a substantial portion of women report having ever used talc powder products at some point in their life. The most commonly reported frequency of talcum powder product use is daily. Women who use talcum powder products daily increase their risk of developing ovarian cancer significantly. Regular exposure causes ovarian cancer in some women.

I was asked to review the medical and scientific literature regarding the relationship between genital talcum powder product use and ovarian cancer and determine whether the relationship is causal. For this extensive analysis and report, I applied the same methodology with the same scientific rigor that I use in my research and clinical practice. I reviewed 43 relevant publications presenting scientific data on the association between ovarian cancer and exposure to talc powder products: 4 cohort studies, 8 systematic reviews, 2 studies that pooled data from multiple individual studies, and 30 case-control studies. I also read numerous review articles, and systematic reviews on related topics such as those completed by the International Agency on Research on Cancer (IARC). I also completed my own, new systematic review on of the studies that I reviewed as part of this report. This report contains my overview of these publications plus a detailed new systematic review of the studies that I conducted. After reading, evaluating, and summarizing these publications, in my expert opinion, I do not have any uncertainty that regular exposure to talc powder products increases a woman's chance of developing epithelial ovarian cancer. In my expert opinion, regular exposure to talcum powder products causes ovarian cancer

Quantifying the precise magnitude of the association is more difficult than establishing the association. The association will certainly vary by demographic and reproductive factors and whether women have other underlying ovarian cancer risk factors and exposures. With that caveat, **it is my opinion that women exposed to perineal talc powder products on a regular basis have about a 50% increase in their subsequent risk of developing invasive serous ovarian cancer**, compared to women who do not regularly use talc and even after accounting for other ovarian cancer risk factors. This estimate is supported by existing publications and my quantitative review of the scientific literature that focused on summarizing studies that addressed regular exposure to talc powder products as a risk factor for epithelial ovarian cancer, and in particular serous cancer. Talcum powder exposure is associated with other epithelial cancer subtypes (in particular, clear cell and endometrioid carcinoma), but because these cancers are less common, and because fewer studies have evaluated these cancers in sufficient numbers, quantifying the associations is more difficult.  While some publications estimated talc powder products have a slightly greater risk of these cancer subtypes, others

4

estimated a slightly lower risk of these cancer subtypes. In my opinion, this risk is likely overall in about the same range as for serous cancer, but I would estimate slightly less at 40% increased risk.

The epidemiological evidence documents a strong, positive association between exposure to talcum powder products and ovarian cancer and that regular exposure causes ovarian cancer. The epidemiological evidence alone does not confirm the mechanism by which talc powder product increases ovarian cancer risk, nor does it confirm the specific component in talcum powder products that makes it carcinogenic. Nonetheless, the literature provides compelling evidence that exposure to talcum powder products leads to chronic inflammation and that the inflammation induces a strong biological response that results in the induction, promotion, and growth of cancer. Further, there is evidence that several highly carcinogenic agents are components of the talcum powder products. These include, most importantly, asbestos, a Group 1 carcinogen that the International Agency for Research on Cancer (IARC) has determined causes ovarian cancer. I have seen evidence that talcum powder products contain asbestos. Second, talcum powder products contain asbestiform talc particles which have a similarity in structure to asbestos fibers (and which IARC concludes are carcinogenic). Lastly, talcum powder products contain numerous heavy metals such as, nickel, chromium, (Group 1 carcinogens) and cobalt (Group 2 carcinogen ) according to IARC. These components are carcinogenic (cause cancer) and can contribute to the carcinogenicity of talcum powder products.  Observational and experimental data confirm that talcum powder product particles applied to the perineum can reach the fallopian tubes and ovaries through the vagina, supporting that talc particles applied to the perineum can deposit on the ovaries. Surgery that impedes the movement of particles from the perineum to the ovaries such as hysterectomy (uterine removal) or tubal ligation (tying or blocking the fallopian tubes to the ovaries), reduces the elevated risk of ovarian cancer from exposure to talcum powder products. This finding supports that local tissue response and inflammation in the fallopian tubes and/or ovaries from talcum powder products (with components) causes the elevated ovarian cancer risk.

In summary, **from my review of the scientific literature and my own analysis, it is my opinion that genital exposure to talcum powder products is an actionable and causative risk factor for ovarian cancer.** As a physician involved in women's health issues, I view talcum powder usage as a modifiable "lifestyle" risk factor that should be avoided because of the substantial risk to health and lack of therapeutic benefit.  An elevated risk of 50% is significant and results in a large number of unnecessary ovarian cancers given the large number of women exposed. Depending on estimates of how many women regularly use talcum powder products, between 7% and 20% of all ovarian cancers and 14% - 39% of invasive serous cancers (the most aggressive and feared cancer type) are caused by the use of talcum powder products. These cancers can be prevented if women do not use talcum powder products.

## II. Qualifications

<u>Education and Employment</u>
I am a professor of Radiology and Biomedical Imaging, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Medicine, and Health Policy at the University of California San Francisco (UCSF) School of Medicine. I graduated from Princeton University with a degree in structural engineering (with combined majors in engineering and architecture) and attended UCSF medical school. My training after medical school included an internship, radiology residency, and clinical fellowship in women's health and a research fellowship in epidemiology and biostatistics in the UCSF Departments of Medicine and Epidemiology and Biostatistics.

I am a clinician-scientist. My clinical work includes one day a week in the Department of Radiology and Biomedical Imaging, with a focus on women's health imaging. I work in the ultrasound section, where a large proportion of the work is focused on the diagnosis of ovarian abnormalities (cancer and other functional issues). I run the UCSF Radiology Outcomes Research Lab, spending most of my time on clinical research and leading large epidemiological studies. I teach in the UCSF School of Medicine and Department of Epidemiology and Biostatistics.

<u>Research Expertise</u>
My research expertise is in epidemiology, outcomes research, comparative effectiveness, health services research, and dissemination and implementation sciences. My epidemiological studies have evaluated the quality, use, accuracy, predictive value, and impact of diagnostic testing on patient health. I have measured the risks and benefits of medical imaging in different contexts and different populations. Much of the research is in women's health, including diagnoses of cancers such as ovarian, endometrial, thyroid and breast. I have led many large, multi-institutional research projects. These projects are typically collaborative, involving researchers and clinicians with diverse expertise including radiology, obstetrics and gynecology, medicine, biostatistics, epidemiology, economics, demography, social sciences, medical informatics, radiation science, and dissemination and implementation science.

I have been a prolific researcher. I have led projects funded by more than 50 million dollars in research grants—entirely focused on cancer diagnosis and prediction. The research has been published in the most prestigious medical journals including the *New England Journal of Medicine*, *Annals of Internal Medicine*, *Journal of the American Medical Association*, *Journal of the American Medical Association Internal Medicine*, *Journal of the National Cancer Institute*, *Obstetrics and Gynecology*, and leading radiology specialty journals such as *Radiology* and *Journal of the American College of Radiology*.

<u>Knowledge of Relevant Study Designs</u>
Several of my published studies have been systematic, meta-analytic, quantitative reviews of the published literature. Meta-analyses review existing evidence on a topic and summarize

and re-analyze data from earlier studies. My systematic reviews focused on the diagnoses of endometrial cancer, breast cancer, and a range of birth defects including trisomy 21 (Down syndrome) and trisomy 18 (Edwards Syndrome). Many of my reviews were published in prestigious medical journals, reflecting their scientific rigor based on an in-depth understanding of how to combine and review results from different studies in a scientifically valid and reproducible way.

Several of my recent research projects quantified the variation in radiation dose associated with medical imaging and the expected impact of this variation on cancer outcomes. This work has brought attention to the need for better standards in medical imaging. I am currently leading two large, multi-institutional epidemiological projects on medical radiation funded by the National Institutes of Health. One project is collecting radiation dose measures associated with computed tomography (CT) imaging from more than 150 hospitals in the United States, Europe, and Asia and testing the impact of providing feedback and education to radiologists on average and high doses. The second project is a multinational epidemiological study on childhood cancer. This project is assessing the risk of cancer associated with medical imaging among 1 million children and 1 million pregnant patients after accounting for a range of other cancer risk factors. The study will be the first to quantify the risk of medical imaging including CT among a large group of patients and uses novel methods to accurately estimate radiation dose from imaging.

I have expertise in a range of research study designs. The projects I currently lead (each funded by the National Institutes of Health or the Patient-Centered Outcomes Research Institute for between 9 - 15 million dollars each) have designs selected to be appropriate for the research question. For example, the study assessing the risk of cancer from medical imaging uses a *case-control study design, in which data are collected on a group of patients and those with a condition (cases), are matched to similar patients without the condition (controls)*. Matching people with a disease to people of similar age, gender, and other factors who do not have the disease allows researchers to determine if circumstances such as exposure to a potential toxin influence disease development.

My project on medical imaging uses a *cohort design, comparing groups of people (cohorts) in a population, some exposed to a potential disease agent and some not exposed*, to see if the agent influences disease. My study on radiation doses from CT uses a *randomized controlled design, in which individual patients are randomly assigned to different treatments* so their effectiveness can be compared. I am studying lung nodules using a *cluster-randomized controlled trial design that randomly assigns groups of people in similar circumstances (for example because they all see the same doctor) to different treatments* so the effects of the treatments can be compared.

I have a deep understanding of how epidemiological studies are conducted. I understand what study designs are suitable to particular datasets, populations, and research questions and the advantages and disadvantages of each design. This is relevant as no single study

7

design is "best;" there are strengths and weaknesses of each. The most appropriate and valid study design varies based on the research question being asked.

Experience as a Medical Expert

For the National Academy of Medicine, I have contributed to several reports, including Saving Women's Lives (2004), Improving Mammographic Quality Standards (2005), and Breast and the Environment: A Life Course Approach (2012), for which I wrote a review on the association between radiation exposure and breast cancer (Appendix). In addition to this research, I am actively involved in raising awareness of the need for better standards and greater safety around medical imaging, in particular related to radiation exposure. I have spoken at the US Food and Drug Administration, testified before the US Congress on several occasions, and worked with leading professional societies to focus attention on improving medical imaging safety.  I have written several quality measures on radiation dose adopted by the National Quality Forum and developed educational tools to help physicians and patients understand the importance of minimizing radiation exposure from imaging.

Prior to providing my opinions on the association between talcum powder products and ovarian cancer, I had not reviewed the relevant literature and had not published in this area. As a result, I brought an unbiased perspective to my review. This report reflects my review of medical and scientific publications in this area (overviews and scientific studies), my own analysis, and review of documents shared with me by the lawyers who engaged me for this task.  My curriculum vitae is attached as Exhibit A, the materials I considered are attached as Exhibit B, and my fees and prior testimony are attached as Exhibit C.

### III. Background: Ovarian cancer and Talc as a Modifiable Risk Factor

Ovarian Cancer

Ovarian cancer is the seventh most common cancer in women and the fifth leading cause of cancer deaths in the United States. [1]  In  2018, 22,240 women are expected to receive a new diagnosis of ovarian cancer and 14,070 women will die from it. Overall, about 1 in 78 women (1.3%) will be diagnosed with ovarian cancer in their lifetime and around 1 in 108 will die of it. About 224,940 women are currently living with ovarian cancer. [2] Most cases occur among older women; the median age at diagnosis is 62, although this varies by ovarian cancer type. [2]Ovarian cancer is frequently diagnosed at a late stage, when a cure is unlikely. Because so many ovarian cancers are diagnosed at a late stage, the overall mortality rate is high, and the overall 5-year survival is poor. With the poor prognosis and absence of a reliable screening test to find ovarian cancer early, it is a highly feared cancer for women and their physicians alike.

Histologic types

Cancers are classified by histologic type, meaning the type of cells that are involved. Understanding ovarian cancer histologic types is important because the risk factors, etiology and genetics of ovarian cancer can vary by histological type. Therefore, the importance of talcum powder products as a risk factor or cause can also vary by type.

Ovarian cancers (epithelial and non-epithelial) are a heterogeneous group of malignancies that vary in their pathological appearance, molecular biology, risk factors, etiology and prognosis. [1] Epithelial ovarian cancers have several histologic types; most fall into a small group of more common types including serous, endometrioid, clear cell and mucinous. About 90% of ovarian cancers are epithelial (meaning they arise from cells on the surface of the ovary or fallopian tube) and the most common type of epithelial cancer is serous carcinoma. Serous is not only the most common type of ovarian cancer, it is also the most lethal type of ovarian cancer. Further, it is the type of cancer that pathologists can most consistently, reliably, and reproducibly diagnose. Thus, epidemiological studies will have the greatest ability to document a clear association between serous ovarian cancer types and talcum powder products, if a connection exists. It is also the subtype that has been studied most from a molecular and pathologic research standpoint.

**Table 1. Histologic Types of Ovarian Cancers Diagnosed Over 15 Years at the KP Washington (in press, JAMA Internal Medicine)**

| Histologic Type | Number | Percent of Total Cancers |
|---|---|---|
| Papillary serous cystadenocarcinoma | 52 | 36.6 |
| Endometrioid carcinoma | 17 | 12.0 |
| Serous cystadenocarcinoma | 15 | 10.6 |
| Clear cell adenocarcinoma | 12 | 8.5 |
| Adenocarcinoma, NOS | 11 | 7.7 |
| Mucinous adenocarcinoma | 7 | 4.9 |
| Mixed cell adenocarcinoma | 3 | 2.1 |
| Serous surface papillary carcinoma | 3 | 2.1 |
| Granulosa cell tumor | 3 | 2.1 |
| Carcinoma, not otherwise specific | 2 | 1.4 |
| Mucinous cystadenocarcinoma | 2 | 1.4 |
| Mucinous cystic tumor of borderline | 2 | 1.4 |
| Carcinoma in situ | 1 | 0.7 |
| Squamous cell carcinoma | 1 | 0.7 |
| Papillary adenocarcinoma | 1 | 0.7 |
| Papillary serous cystadenoma, borderline | 1 | 0.7 |
| Adenocarcinoma with squamous meta | 1 | 0.7 |
| Granulosa cell tumor, malignant | 1 | 0.7 |
| Endometrial stroma sarcoma | 1 | 0.7 |
| Mullerian mixed tumor | 1 | 0.7 |
| Carcinosarcoma | 1 | 0.7 |
| Carcinosarcoma, embryonal | 1 | 0.7 |
| Teratoma, malignant | 1 | 0.7 |
| Astrocytoma | 1 | 0.7 |
| Marginal zone B-cell lymphoma | 1 | 0.7 |
| **Total** | **142** | **100** |
| **Summary** | | |
| Serous carcinoma | 70 | 49.3 |
| Endometroid carcinoma | 17 | 12.0 |
| Clear cell carcinoma | 12 | 8.5 |
| Mucinous carcinoma | 9 | 6.3 |

My research group recently reported on the ultrasound appearance of ovarian cancers among a large cohort of women. The purpose of this cohort study was to quantify the risk of malignant ovarian cancer based on ultrasound findings. We described 142 new ovarian cancer cases in a population of 500,000 women enrolled in Kaiser Permanente Washington, an integrated health plan, between 1997 and 2008, including 72,093 women who underwent pelvic ultrasound. The distribution of cancer histological types is in Table 1. Serous carcinoma was the most common cancer type: In our cohort, it was 50% of the ovarian cancers. Serous carcinoma has the worst prognosis of the ovarian cancer types. Its high frequency and poor

9

prognosis contribute to the high mortality rate for ovarian cancer overall. The other common histological types of ovarian cancer were endometrioid (12% in our data), clear cell (8.5% in our data), and mucinous (6.3% in our data).

Ovarian cancer types have large differences in stage of diagnosis (a strong predictor of survival) and prognosis independent of stage. The 5-year survival by histological type is in Table 2. Serous cancer is the most frequent and most aggressive, with an overall 5-year survival of 43% as compared with 82% for endometrioid. The survival is strongly influenced by stage at diagnosis, with higher stage numbers indicating more advanced stage. [1] Most serous carcinomas are diagnosed at stage III (51%) or IV (29%) (Figure 1), [2] for which 5-year survivals from the most recent data were 42% and 26%, respectively. These data reflect the aggressive nature of serous cancer. [1] In contrast, the majority (58% to 64%) of endometrioid, mucinous, and clear cell carcinomas are diagnosed at stage I, similar to nonepithelial tumors (Figure 1) . Consequently, the 5-year survivals are 82%, 71%, and 66%, respectively, for endometrioid, mucinous, and clear cell carcinoma. Thus, these cancers behave very differently, even though all are ovarian epithelial cancers.

**Table 2. Percent of Women Surviving 5 Years After Diagnosis by Epithelial Ovarian Cancer Type. Data From 2008–2013.**

|  | All epithelial types | Serous | Endometrioid | Mucinous | Clear cell | Sex cord-stromal | Germ cell |
|---|---|---|---|---|---|---|---|
| **Stage** |  |  |  |  |  |  |  |
| **All** | 47 | 43 | 82 | 71 | 66 | 88 | 94 |
| **Stage I** | 89 | 86 | 95 | 92 | 85 | 98 | 99 |
| **Stage II** | 71 | 71 | 84 | 69 | 71 | 84 | 93 |
| **Stage III** | 41 | 42 | 59 | 30 | 35 | 61 | 90 |
| **Stage IV** | 20 | 26 | 29 | 13 | 16 | 41 | 69 |

**Figure 1. American Joint Committee on Cancer Sixth Edition Stage Distribution (%) for Ovarian Cancer by Histology, US, 2007-2013, SEER 18 Registries, NCI, 2017. This shows that serious cancers are more likely to be diagnosed at state III, IV (green and teal), compared with other tumor types.**



This summary reflects our current knowledge about ovarian cancer histologic types and their associated prognoses. As research results are reported, our knowledge will evolve. For example, recent studies suggest we need to improve our ability to distinguish between high-grade serous and endometrioid carcinomas. Other results suggest that many ovarian mucinous carcinomas are actually gastrointestinal tumors that metastasized to the ovaries and this realization is affecting the reported rates of ovarian mucinous carcinomas (which are declining). [1,3,4] The categorization of noninvasive tumors classified as borderline is also under investigation and a topic of discussion in the field. These noninvasive tumors have historically been considered in the spectrum of ovarian cancer that have less aggressive behavior. However, many previously described borderline cancers are now generally considered non-malignant.

In summary, when assessing the carcinogenicity of talcum power products, this should focus on invasive serous carcinoma as the most important cancer (based on prognosis) and the most reliable cancer to identify (based on histology and understanding of cancer behavior).

Additionally, over the last decade, there has been research suggesting that many ovarian cancers originate from cells in the distal portion of the fallopian tube. Because the pathogenesis, treatment, and prognosis of serous cancers of the fallopian tube, ovary, and peritoneum are similar, these are now typically considered as a single entity. [4] This consideration applies to the association with talcum powder product usage discussed in this report.

Risk Factors

Understanding ovarian cancer risk factors is important because analyzing the impact of talcum powder products exposure must consider *covariates, or other characteristics* that a woman might have that might also influence her ovarian cancer risk such as age, inherited genetic mutations, reproductive factors, or family history of cancer. Every risk factor does not have be considered to come to a valid conclusion; indeed, this is not realistic within the limitations of medical research, and the bias introduced by the exclusion or some risk factors will be small. However, crude analyses that look at the risk of ovarian cancer from talcum powder products without adjusting for any other risk factors must be considered cautiously. For that reason, statistical analyses of research results often adjust for *confounding factors or variables that are covariates that hinder accurate calculation of an association,* for example between talcum powder products and ovarian cancer.

Numerous risk factors are identified for ovarian cancer. [5] Unfortunately, few can be modified by therapies or lifestyle changes. Risk factors vary by histologic type [5] but those that increase risk of ovarian cancer include personal or family history of ovarian or breast cancer, inherited mutations including BRCA1 and BRCA2 [6-10] advanced age, white race, increased education, and endometriosis. Other factors that may increase ovarian cancer risk due to estrogen exposure include having no pregnancies or advanced age at first birth, obesity, and postmenopausal hormone therapy. [11-13] Several factors are associated with reduced risk for ovarian cancer  including breast feeding, multiple pregnancies, use of oral contraception,

tubal ligation, and removal of uterus, fallopian tubes, or both. [14-18] Smoking is a possible risk factor for ovarian cancer, primarily mucinous subtype, although study results have not been consistent. [5,19]

Risk factors vary by cancer type. For example, serous cancer is more strongly associated with reproductive risk factors than mucinous tumors [20-22] and different histologic types have different molecular and genetic profiles. [23-25] Serous tumors are more likely to have a cancer-promoting mutation in the p53 gene, whereas similar KRAS mutations are more common in mucinous tumors. Over time, the occurrence of ovarian cancer has changed, in part due to changes in risk factors. For example, small declines in the rates of endometrioid and serous cancer are attributed to declining use of hormone replacement among postmenopausal women.

Etiology: Origins, Causes, Development and Inflammation

Our understanding of the etiology and course of ovarian cancer continues to evolve. Hereditary genetic predisposition increases risk, but overall, accounts for only a small proportion of cancers. And even in women with hereditary genetic mutations, not all will develop ovarian cancer. The majority of ovarian cancers are now believed to arise in the distal portion of the fallopian tube. By convention, fallopian tube, ovary and peritoneal cancers are considered as a single entity. The most widely accepted mechanism for initiation, promotion and progression of ovarian cancer is tissue inflammation leading to a series of responses that result in cancer.

There is very clear and extensive scientific literature describing the relationship between inflammation and cancer across many anatomic areas. Chronic inflammation, and even subtle, subclinical inflammation, is associated with an increased risk of cancer. [26-28] Many inflammatory conditions predispose to cancer development. Diverse factors that lead to inflammation - infection, chemical exposures, physical agents, autoimmune factors, and even inflammatory reactions of uncertain etiology - can lead to an increase in cancer incidence. For example, there are well described and accepted causal pathways linking inflammation in the etiology of bladder cancer (schistosomiasis, toxic chemicals), cervical cancer (papillomavirus), gastric cancer (H Pylori), colon cancer (inflammatory bowel disease), liver cancer (hepatitis), mesothelioma (asbestos) and ovarian cancer (pelvic inflammatory disease and endometriosis). The biological pathways associated with inflammation include stimulation/interference with a range of biological responses that are involved in initiation of cancer, promotion of cancer, and progression of cancer. Oxidative stress resulting from inflammation can impact all stages of cancer development including cancer initiation (DNA is damaged by introducing gene mutations and structural alterations of DNA leading to inhibition of DNA repair and malignant transformation); promotion (which may be manifest as abnormal gene expression resulting in cell proliferation and decrease apoptosis) and progression (further DNA damage and enhancement of cell growth. [29] Local inflammatory response can lead to signaling molecules such as cytokines, chemokines, prostaglandins, growth transcription factors, microRNAs having higher expression that can promote cancer

development and can create a favorable microenvironment for the development and progression of cancer. [30] Inflammation impacts every step of tumorigenesis, from initiation through tumor promotion, and extending to metastatic progression. Similarly, the most compelling mechanism for the etiology of ovarian cancer is that of chronic inflammation and scarring in the ovary that leads to malignant transformation and cancer progression. This mechanism involves cell proliferation, oxidative stress, DNA damage and gene mutations. [31-33] [31,34-37] The microenvironment of ovarian cancer contains a broad spectrum of pro-inflammatory cytokines and chemokines contributing to the mechanism. [38]

There are many processes that can lead to inflammation and tumorigenesis and the exposure to talcum powder products is one such exposure that can strongly enhance the tumor promotion or progression as seen in in vitro and animal studies.   For example, normal repeated ovulation leads to injury of ovarian epithelial cells and transformation to malignant cancer cells that can be enhanced by various factors such as talc or asbestos particles. Exposure to talcum powder products can induce the production of pro-oxidant enzymes and reduced production of antioxidant enzymes leads to malignant transformation. In support of inflammation from talcum powder products causing cancer, hysterectomy or bilateral tubal ligation, which would significantly limit ovarian exposure to inflammatory mediators, and toxins, is associated with reduced ovarian cancer risk.

Relationship Between Ovarian Cancer and  Talcum Powder Products
The epidemiological evidence described in detail below demonstrates a strong and positive association between exposure to talcum powder products and ovarian cancer and that talcum powder products cause ovarian cancer. Although epidemiologic evidence alone does not provide a definitive mechanism or pathophysiological process that accounts for the increased risk, the evidence for inflammation as described above is very strong. Similarly, epidemiological evidence alone does not confirm the specific component or ingredient in talcum powder products that is responsible for its carcinogenesis. Nonetheless, several constituents within talc powder products are worth highlighting as they may be acting individually or together to create the carcinogenicity of talc powder products inasmuch as they are individually highly carcinogenic

Why Talcum Powder Products were Initially Suspected as Causing Ovarian Cancer
In 1978 samples of commercial body powders were shown to contain asbestos silica minerals. Asbestos was a known carcinogen and about half of the powder samples contained respirable quartz, a lung carcinogen. Concerns were primarily raised that inhaled powder could cause lung scarring, lung cancer, or mesothelioma. In 1971, Henderson observed talc particles deeply embedded in ovarian cancer tissue. The authors noted the close association of talc to the asbestos group of minerals. [39]Further concern was raised , in 1982 whena case-control study of ovarian cancer that collected information on talcum powder use reported an increased risk with perineal dusting. [40] These findings were reported in widely circulated newspapers such as The Globe, raising concern that the powders were carcinogenic because

of the contamination with asbestos, using the relationship between asbestos and lung cancer and mesothelioma as the basis for the concern.

<u>Carcinomic of Constituents of Talc Powder Products</u>

There are hundreds of different constituents and ingredients within talcum powder products in addition to platy talc. Many of these are Group 1 carcinogens (such as asbestos, talc containing asbestiform fibers, heavy metals, and some fragrance chemicals) that likely contribute to the carcinogenicity of the products.

<u>Asbestos</u>

Asbestos is the generic commercial designation for a group of naturally occurring mineral silicate fibers; serpentine mineral fibers are called chrysotile, and amphibole minerals include actinolite, amosite, anthophyllite, crocidolite and tremolites. Talc is formed by complex geological processes acting on pre-existing rock formations with diverse chemical composition. Small amounts of chrysotile (asbestos) may occur in these talc deposits [41,42] When talc is mined it may contain asbestos fibers [42,43] A study of 21 consumer talcum powders obtained from retail stores in 1971–1975 reported that 10 contained concentrations of asbestos fibers ranging from 0.2 to 14%. [41,44] Because of concern that asbestos was present in talcum powder products and the known carcinogenicity of asbestos, it has been reported that voluntary guidelines were established by the cosmetic industry in 1976 to limit the content of asbestos fibers in commercial talc preparations. While currently talcum powder products are believed to free from asbestos, the data on its continued presences are strong. I have seen evidence of continued presence since 1976. [45-48] For example, Longo tested approximately 50 samples that were taken between the years 1960 through 2000 and the majority of sample are positive for asbestos. [47]

Asbestos is a known and potent human carcinogen. Asbestos is highly carcinogenic to the lungs, lining of the lungs, and larynx. [49] Asbestos is also highly carcinogenic to the ovaries. [49-58] Women working in asbestos-manufacturing industries have an increased risk of ovarian cancer. IARC reviewed the association between asbestos exposure and ovarian cancer in 2012. To assess the relationship, IARC reviewed data primarily from large epidemiological cohort studies of women who had occupational exposure to asbestos as well case-control studies on non-occupational exposure. The context and lengths of exposures varied, along with the type of asbestos fibers to which the women were exposed and the study designs and assessments. Nonetheless, the results were consistent. Most, but not all, were statistically significant and documented a strong and compelling causal association between exposure to asbestos and ovarian cancer, largely the result of the association from cohort studies of women with substantial occupational exposures. [50-54] **IARC concluded that there is sufficient evidence that asbestos is carcinogenic in humans and that asbestos causes cancer of the ovary.** This is the highest risk category. [49] IARC also concluded that this categorization applied to all forms of asbestos and to talc containing asbestiform fibers (talc in a fibrous habit or fibrous talc)). IARC also concluded that asbestos is carcinogenic based on animal studies. Camargo completed a systematic review of the relationship between women occupationally exposed to asbestos and ovarian cancer. [59] The authors found that of the 18 cohort studies

the pooled standard mortality estimate for ovarian cancer was 1.77 (95% confidence interval, 1.37-2.28). The range in reported SMR values was 1.1– 5.4 across the included cohort studies and the most common values were 2–3. This study supports  IARC's conclusion that exposure to asbestos causes ovarian cancer.

**IARC explicitly stated that the findings in this Monograph applied to all forms of asbestos, as well as asbestiform talc (fibrous talc).**

I reviewed many publications and primary research studies, including experimental and basic science models showing molecular and genetic cancer-promoting changes to cells that occur from exposure to asbestos fibers. I also strongly conclude that asbestos causes ovarian cancer.

Talc

Talc is the primary component of talcum powder products. The chemical structures of talc and asbestos can be similar. While talc particles are usually plate-like, talc can also grow as a fiber which is similar to the group of minerals called asbestos. Both are magnesium silicate and when talc has the fibrous form it is called asbestiform because of its similarity to asbestos. The form of the talc fibers is long and thin, with parallel bundles that are easy to separate from each other, and closely resembles the physical appearance of asbestos minerals. The histologic appearances of mesothelioma and ovarian cancer are similar. The known carcinogenicity of asbestos for lung, pleural, peritoneal and ovarian cancer has led to the theory that the similarity in the fibers and the resulting cancers suggests that talc works mechanistically within the ovary to induce cancer in a way that is similar to how asbestos in the chest induces mesothelioma.

Early observations demonstrated talc particles in both malignant and normal ovaries establishing a route from the perineum to the ovary and shows that many women are exposed to talc. [39,60] In 2006, the International Agency for Research on Cancer (IARC) reviewed the data on cosmetic (perineal) talc ("non-asbestiform") application and concluded that it is possibly carcinogenic to humans. [61] This is not as strong a recommendation as they made for asbestos and ovarian cancer, but nonetheless is a strong recommendation. IARC classified genital-perineal use of talc-based powder as possibly carcinogenic. Exposure to talc particles can induce an inflammatory response, either directly at the ovary and ovary-fallopian tube juncture, causing local irritation from talc particulates or through more generalized peritoneal inflammation. The mechanism that can lead to cancer is local irritation by talc fibers that disrupts the epithelial surface, increasing rates of cell division and DNA repair that can lead to mutations. Also increased are oxidative stress and cytokine production, indicating inflammation. Fibers that are incorporated into the epithelial cells enter ovarian tissue. This inflammation initiates a series of responses, supported by research, that promote cancer. The reduction in the elevated risk of ovarian cancer from talcum powder exposure after hysterectomy or tubal ligation supports the mechanism by which local irritation and inflammation to the ovary from talc or asbestos causes an elevated cancer risk.

15

Heavy Metals

**Talc powder products can contain Group 1 metals that are considered by IARC as carcinogenic to humans.** [44,49] This includes nickel compounds which IARC documents cause lung and nasal cavity and paranasal sinus cancer. (IARC100c-10, 2012). Nickel compounds "cause DNA damage, chromosomal aberrations, delayed mutagenicity and chromosomal instability … and nickel compounds act as co-mutagens." Talcum powder products also contain Chromium (VI) (IARC100c-9, 2012) another Group 1 carcinogen, where there is sufficient evidence in humans for carcinogenicity (to the nose and nasal sinus). The mechanism includes "DNA damage, generation of oxidative stress and aneuploidy. Talc powder products can also contain Group 2A metals that are considered probably carcinogenic to humans, such as Cobalt which can be found in talc powder products. [62] IARC considers Cobalt metal with tungsten carbide as probably carcinogenic to humans (Group 2A), but worth noting that a number of the IARC working group members supported an evaluation in Group 1 because they judged the epidemiological evidence to be sufficient, leading to an overall evaluation in Group 1; or they judged the mechanistic evidence to be strong enough to justify upgrading the default evaluation from 2A to 1. The majority of working group members, who supported the group 2A evaluation, cited the need for either sufficient evidence in humans or strong mechanistic evidence in exposed humans. Cobalt metal without tungsten carbide is also considered possibly carcinogenic to humans (Group 2B). Cobalt sulfate and other soluble cobalt(II) salts are possibly carcinogenic to humans (Group 2B).

Any and all of these heavy metals can cause ovarian cancer through an inflammatory mechanism

Fragrances
There are more than 150 different chemicals added to Johnson's Baby Powder and Shower to Shower products. I reviewed the expert report from Dr. Crowley that concludes that some of these chemicals may contribute to the inflammatory response, toxicity, and potential carcinogenicity of Johnson & Johnson's talcum powder products. I concur with his opinion. [63]

**IV. Overview of Publications on Genital Use of Talc Powder Products and Ovarian Cancer**

To understand the relationship between exposure to talcum powder products and ovarian cancer, I searched for and reviewed scientific papers on this topic. I used several searchable publication databases (Scopus, Embase, Pubmed) and manually searched the reference lists of all articles I found, including a large number of reviews. The results of my review follow the explanation of the main types of studies and articles.

Explanation of study designs and article types
Nearly all published studies that I reviewed used one of two designs: case-control and cohort. Each design has strengths and biases. The commonly held view is that cohort studies are better than case-control studies. This is a misconception thus it is worth explaining their differences. Many articles I reviewed were systematic reviews, which are also explained.

*Case-control studies compare people with a condition (cases) by matching them to people with similar characteristics who do not have the condition (controls)* to determine the effect of a potential disease-causing factor. They often analyze existing data *retrospectively, after people have been diagnosed,* and involve tens or hundreds of patients. *Cohort studies compare cohorts, or groups of people, who were exposed or not exposed to a potential disease agent.* They often collect data on people *prospectively, before they develop a disease* and track their health over time. Both case-control and cohort studies, if well done, can provide accurate and meaningful information about statistical associations. In general, however, the risk of bias is greater for case-control studies. (An example is *recall bias*, in which women are more likely to remember and report exposure to talc powder products after they have been diagnosed with cancer compared to women without a diagnosis, perhaps because diagnosed women heard that talc powder products is harmful and are more likely to remember talc use). Nonetheless, when studying a rare disease, the case-control design is frequently highly efficient and desirable as it allows you to assemble a much larger number of cases and can delve in great depth for particular exposures. You can identify all patients who have the outcome of interest, and then query them (and some control group) about any antecedent exposure. The identification of the control group is very important. My large, National Institutes of Health-funded study of cancer risk factors in children is employing a case-control design. This design permits us to ask very detailed questions of a small number of individuals about their various exposures.

Cohort studies potentially avoid some biases of case-control studies since exposures are prospectively assessed and quantified, that is, before disease outcomes. This design also has limitations, though. An extremely important limitation is that because cohort studies are expensive and time-consuming, they rarely focus on a single, narrowly defined question such as the association between regular use of talcum powder products and cancer. Usually, researchers investigate a broad range of questions in cohort studies, so asking patients in-depth questions about any given topic is difficult, especially since tens of thousands of patients may be surveyed on many topics. Further, in cohort studies, having comprehensive assessment of outcomes on all individuals in the cohort is extremely important. Losing patients to follow up (meaning researchers cannot contact or find records on a participant) leads to study bias. The other disadvantage of cohort studies is that a very large number of patients must be assessed over a long period of time to see who will develop a rare outcome (like ovarian cancer). Because of this, typically there will be far fewer patients with disease in a cohort study as compared with case control study (like in this case).

The small number of cohort studies I found on the relationship between talcum powder products exposure and ovarian cancer did not focus on the details of this topic. While they may have included questions about talcum powder exposure, they were not sufficiently nuanced to provide meaningful information. Thus, in most of the cohort studies I found, measurements of exposure were poor, not specific, or inaccurate. Further, several had very short follow-up periods with data or information about the time before the cancer occurred. This negates an advantage of cohort studies, which is being able to learn about exposures before the cancer, eliminating recall bias.

17

*Systematic reviews quantitatively summarize results across multiple studies.* One of the rationales of this study design is that individual studies may not have enough participants to yield meaningful results because they are too small or insufficiently powered. Combining small studies can provide more stable and reliable summary estimates of the effects of disease agents and risk factors. Further, a systematic review may be better than a single study, as it provides broader evidence of the results and includes patients from diverse settings. However, in order to statistically combine and summarize the data from different research studies into a single systematic meta-analytic review, the combined studies must ask the same research question and follow sufficiently similar and rigorous scientific methods. A meta-analysis does not compensate for gaps or flaws in an original study: Combining three poorly performed studies does not yield reliable summary estimates even though there may be three times the number of patients. Similarly, combining studies that ask different research questions (for example, assessing women of different ages for a disease in which age is an important risk factor) does not provide reliable summaries. Results from different studies often vary when the studies ask different research questions, have different criteria for including participants, or use different methods. I raise these issues to point out that systematic reviews must be read extremely carefully to ensure that their conclusions are valid.

<u>Table of Reviewed Publications</u>

I identified and reviewed 43 English-language publications that provided quantitative data based on epidemiological studies about the relationship between genital talcum powder exposure and ovarian cancer (Table 3). This list includes 4 cohort studies, 8 systematic meta-analytic reviews, 2 studies that pooled individual patient-level data from several research studies, and 30 case-control studies. One study contributed both the systematic review and a case control study. I also read multiple review articles that are not included in the table. The epidemiological studies were published between 1982 and 2018. I have described the results organized by study design below.

Most studies used a case-control study design with a small number using a cohort study design. Although some studies assessed powder use to any part of the body or assessed the use of talcum powder on diaphragms, condoms or sanitary napkins, the primary research question that I focused on in my review and that was assessed in all included individual research studies, was whether genital area exposure to talcum powder  increases risk of epithelial ovarian cancer. Occasionally, study authors assessed combination exposures (i.e., to genitals and other body parts). These studies were included as long as genital powder use was assessed. Nearly all studies adjusted for known ovarian cancer risk factors, but those factors varied. The vast majority of studies found a positive association between any exposure to talcum powder products and cancer. However, the sample size of some studies was small and resulted in high statistical uncertainty. Because of these and other limitations, quantifying a precise association between exposure and cancer was difficult from my review of the literature. The data for some studies may have shown that effects of talcum powder exposure (measured as odds ratios, ORs) was meaningful for cancer development, but with statistical

18

uncertainty; whereas other studies showed the reverse results, with ORs not showing a positive association, but statistical parameters suggesting that a meaningful association was nonetheless possible because of wide confidence intervals. Therefore, I thought a more precise and careful review was called for. The number of individual women included in each study and the reported or estimated effect size for "any exposure to talc" (adjusted for other risk factors such as age) are in Table 4.

A subset of the studies quantified the *intensity (frequency)* of each woman's exposure to talc to assess the importance of use patterns (e.g., if a single lifetime use or weekly, monthly, or daily use increased ovarian cancer risk) or *dose dependency (links between the number of exposures and cancer risk, e.g., if doubling exposure doubles risk)*. Further, a subset of studies stratified by cancer type (invasive vs. low malignant potential/borderline) and whether the risks varied by histological types including the four dominant types of serous, mucinous, clear cell, and endometrioid cancer.

Studies that provided data on the frequency of talc use and association by histologic type were included in a separate systematic meta-analytic review that I conducted as part of my review of the literature to include in this report.  The reason I completed my own statistical review is further explained below.

Quantifying Exposures

A large proportion of women will have used talcum powder products, highlighting the importance of this issue. However, publications that focus on women reporting "any" genital exposure to talc (i.e., talc at any point in life and for any duration) may be too broad to provide meaningful information. For example, "any use" will include women who applied talc powder products three times over five decades and women who used talc powder products daily, whose might have had 20,000 applications and exposures in comparison to three. Defining a variable as any use is the equivalent of creating a variable of any smoking use, that combines data on individuals who tried one cigarette in their life with individuals with 50 pack years of tobacco use. Combining data on women with infrequent or sporadic exposures with data from women with frequent, sustained use leads to imprecise results, masking any causal associations. Therefore, I selected the studies for my own review that quantified the frequency of talc powder products use as having the most informative data and included them in a separate systematic review.

Summary of Data

I grouped the research studies by their study design. What follows is my review of the cohort studies, systematic review studies, pooled data studies, followed by my own review.

Cohort Studies

Four cohorts (Gertig, Gates, Houghton, Gonzalez) have been published on talcum powder products and ovarian cancer.

**Cohort 1: Gertig (2000)** [64]

This first cohort study assessed the relationship between perineal talc and ovarian cancer within the context of the US Nurses' Health Study, a prospective study of 121,700 female registered nurses in the United States who were aged 30–55 years at enrollment in 1976. These are mostly premenopausal women. While talc exposure was not an initial part of the study, questions about talc, including measuring frequency of exposure, were added in 1982; a large subset of the cohort (78,630 women) completed these questions and were included in analyses. Among these women who were followed for 14 years, 307 were diagnosed with epithelial ovarian cancer. After adjusting for confounding variables, the *relative risk (RR)* of developing ovarian cancer (*the likelihood of ovarian cancer in talc users compared to nonusers, with higher RR meaning increased risk stronger association*) among daily users of talc was RR 1.12 (95% *confidence interval [CI]* 0.82, 1.55, *a measure of statistical uncertainty, with wider ranges indicating greater uncertainty*), which was not statistically significant. However, when results were classified by histologic subtype, the RR of invasive serous cancers was significantly elevated among any users of talc (RR 1.40, 95% CI 1.02, 1.9) and the RR of invasive serous cancer among daily users of talc was higher at RR 1.49 (95% CI 0.98, 2.3).

In this cohort study, the researchers assessed talc exposure before cancer diagnosis, avoiding the possibility of the recall bias of case-control studies. This was a strong strength of this study. A potential weakness was that frequency (i.e. daily) but not duration (number of years) of talc use was measured, so a clear lifetime exposure measure was missing. The researchers nonetheless quantified exposure at the time the talc questions were asked, which was probably strongly associated with prior use (i.e. an approximation on ongoing use). **This study provides strong evidence that perineal exposure to talc increases the risk of invasive serous ovarian cancer, particularly among daily users of talc, with about a 50% increased risk**, which is substantial and meaningful.

**Cohort 2: Gates (2010)** [24]

This study assessed the association between ovarian cancer risk factors and incidence of ovarian tumors by histological type using data from the US Nurses' Health Study combined with data from the Nurses' Health Study II, which included a second period of enrolling participants. Unfortunately, talc use was assessed only on the first survey and not assessed among patients enrolled in the Nurses' Health Study II. Thus, this extends the period of follow up from the initial NHS but does not include greater information about risk factors. Results were presented for any talc powder products use and not for frequency of use. **Thus, this report does not add to a meaningful assessment of the relationship between talc use and ovarian cancer because it used exactly the same patient group as Gertig (2000) but provided less information to quantify the frequency of talc use.**

**Cohort 3: Houghton (2013)** [65]

This study assessed perineal talc powder products use and risk of ovarian cancer in the Women's Health Initiative Observational study, in which postmenopausal women aged 50–79 were enrolled in a prospective cohort of women from 40 clinical centers across the United

States in 1993–1998. Overall, 61,576 women were included in analyses, including 429 diagnosed with ovarian cancer. Perineal powder use was assessed at the start of the study. Participants were asked if they **ever used talc powder products** on their private parts (genital areas). Those who responded yes were asked about duration (years) of use. Women were followed for a mean of 12 years and the median age of participants was 63. **Talc powder products use was associated with a 12% increase in risk of ovarian cancer after accounting for covariates** (RR 1.12, 95% CI 0.92, 1.36). When limited to women who used perineal powder for 20 years or more, the RR was 1.10 (95% CI 0.82, 1.48). When limited to serous ovarian cancer, the RR was 1.13 (95% CI 0.84, 1.51.) **The primary limitation of the study was that frequency of talc powder products use was not assessed—and thus the authors could focus only on any talcum powder use.** The imprecision in estimation of talcum powder exposure makes the results not terribly meaningful. The second limitation was the relatively short follow-up of 12 years to identify ovarian cancer diagnoses.

**Cohort 4: Gonzalez (2016)** [66]

The Sister Study (2003–2009) followed 50,884 women ages 35 to 75 years in the US and Puerto Rico who had a sister diagnosed with breast cancer. After excluding participants who had bilateral oophorectomies, ovarian cancer, or were lost to follow-up, 41,654 participants were included. At baseline participants were asked about douching and talc use during the previous 12 months, and during follow-up (median of 6.6 years) 154 participants reported a diagnosis of ovarian cancer. The authors computed adjusted hazard ratios (HR) and 95% confidence intervals (CI) for ovarian cancer risk using the Cox proportional hazards model. The authors found no significant association between baseline perineal talc use and subsequent ovarian cancer (HR: 0.73 CI: 0.44, 1.2). **The primary limitations of this study are that the authors combined a large number of potential talc exposures into a single category, including genital talc use in the form of powder or spray applied to a sanitary napkin, underwear, diaphragm, cervical cap, or vaginal area. Further, the authors categorized the exposure based on the 12 months prior to enrollment as a dichotomous ever/never.** Thus not only was it an ever versus never category, the ever category was extremely broad, making the lack of association less meaningful. Further, there are several other factors that make the results questionable, including lower than expected proportion of women who report any exposure to talc powder products, and the lack of a validated approach to ascertainment of ovarian cancer.

**Cohort Studies: Summary**

Analyses of data from the US Nurses' Health study and the Women's Health Initiative estimated that women who report any exposure talc powder products will have a 12% increase in ovarian cancer compared to women who never report talc powder products use, although this estimate was not statistically significant. The primary limitation of this estimate is that it is based on *any talc powder products* use, which is a weak, crude predictor. Similarly, while the results from the Sisters study did not identify a significant association between talc powder products use and ovarian cancer, they too used a measure of ever use, and included a large number of different types of exposures that would not be expected to measure a single exposure. The most important and meaningful conclusion that I draw from the cohort studies

is from the Gertig 2000 study using data from the US Nurses' Health study: That women who are **daily users of talc have an approximately 50% increase (OR 1.49) in their risk of invasive serous** cancer, the most lethal and frequent type of ovarian cancer.

<u>Systematic Reviews</u>
I found nine systematic reviews that summarized the relationship between talc and ovarian cancer, summarized below. These reviews were completed using various subsets of the full list of publications. The systematic reviewers are presented with the most recent first, because the more recent studies tended to be more complete, comprehensive and the most methodologically rigorous.

**Systematic Review 1: Penninkilampi (2018)** [67]
This comprehensive systematic review of the association between any genital use of talcum powder products and ovarian cancer conducted a stratified analyses showing the association by frequency of talc use and histologic cancer subtype. The methods of the study are well described. The researchers identified studies using six electronic databases and reviewed publications with 50 or more cases of ovarian cancer. They identified 24 case-control studies describing 13,421 cases and the three cohort studies (890 cases, 181,860 person-years) described above. Any reported use of perineal talc powder products was associated with increased risk of ovarian cancer compared to no use (OR = 1.31; 95% CI 1.24, 1.39). Women with more than 3600 lifetime applications had slightly higher risks (OR = 1.42; 95% CI 1.25, 1.61). Women who reported long-term (>10 years) talc use also had an increased risk (OR 1.25; 95% CI = 1.10, 1.43). The association between any talcum powder product exposure and ovarian cancer was limited to studies that used a case-control design. The cohort studies showed an increased risk of serous invasive cancer subtypes for perineal talc use compared to no use (OR = 1.25; 95% CI = 1.01, 1.55). While serous and endometrioid cancer were associated with talcum powder products use, no association was seen with mucinous or clear cell cancers. The review authors concluded, from the data, that perineal talcum powder use and ovarian cancer were consistently associated, with a slightly higher risk in women who report greater usage. Some variation in the magnitude of the effect of talcum powder products was found when considering the study designs and ovarian cancer subtypes. Several small methodological issues are that Penniniklampi may have included some groups of patients more than once in analyses and did not include updated data or previously unpublished data available from a research consortium on ovarian cancer. However, these concerns are unlikely to have had a significant impact on their estimates.

## Table 3. List of Included Studies, sorted by study design

| | Study Type | Year | Author | Journal | Title |
|---|---|---|---|---|---|
| 1 | Cohort Study | 2000 | Gerting | J Natl Cancer Inst | Prospective study of talc use and ovarian cancer (in the Nurses' Health Study) |
| 2 | Cohort Study | 2010 | Gates | Am J Epidemiol | Risk factors for epithelial ovarian cancer by histologic type; US Nurses Health Study |
| 3 | Cohort Study | 2014 | Houghton | J Natl Cancer Inst | Perineal powder use and risk of ovarian cancer: Results from the Women's Health Initiative |
| 4 | Cohort Study | 2016 | Gonzalez | Epidemiology | Douching, talc use and risk of ovarian cancer: Results from the Sister Study |
| 5 | Systematic Rev. | 1992 | Harlow | Obst Gyn | Perineal exposure to talc and ovarian cancer risk |
| 6 | Systematic Rev. | 1995 | Gross | J Expo Anal Env Epid | A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer |
| 7 | Systematic Rev. | 2003 | Huncharek | Anticancer Res | Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies |
| 8 | Systematic Rev. | 2007 | Huncharek | Eur J Cancer Prev | Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. |
| 9 | Systematic Rev. | 2008 | Langseth | J Epid Community Health | Perineal use of talc and risk of ovarian cancer. |
| 10 | Systematic Rev. | 2010 | IARC | IARC Monographs | IARC monographs on the evalatuion of carcinogentic risks to humans: Carbon black, titanium dioxide, and talc |
| 11 | Systematic Rev. | 2017 | Berg | European J of Can Prev | Genital use of talc and risk of ovarian cancer: A meta-analysis |
| 12 | Systematic Rev. | 2018 | Penninkilampi | Epidemiology | Perineal talc use and ovarian cancer: A systematic review and meta-analysis. |
| 13 | Pooled Data | 2013 | Terry | Cancer Prev Res | Genital powder use and risk of ovarian cancer: a pooled analysis of 8525 cases and 9859 controls |
| 14 | Pooled Data | 2016 | Cramer | Epidemiology | The association between talc use and ovarian cancer- A retrospective case- control study two US states |
| 15 | Case-Control | 1982 | Cramer | Cancer | Ovarian cancer and talc: A case control study |
| 16 | Case-Control | 1983 | Hartge | JAMA | Talc and ovarian cancer |
| 17 | Case-Control | 1988 | Whittemoore | Am J Epidemiol | Personal and environmental characteristics related to epithelial ovarian cancer. Exposure to talcum powder, tobacco, alcohol, and coffee |
| 5 | Case-Control | 1989 | Harlow | Am J Epidemiol | A case-control study of borderline ovarian tumors: The influence of perineal exposure to talc |
| 18 | Case-Control | 1989 | Booth | BR Cancer | Risk factors for ovarian cancer: a case-control study |
| 19 | Case-Control | 1992 | Harlow | Obstet Gynecol | Perineal exposure to talc and ovarian cancer risk |
| 20 | Case-Control | 1992 | Rosenblatt | Gynecol Oncol | Mineral fiber exposure and the development of ovarian cancer |
| 21 | Case-Control | 1992 | Chen | Int J Epidemiol | Risk factors for epithelial ovarian cancer in Beijing, China |
| 22 | Case-Control | 1993 | Tzonous | Int J Cancer | Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer |
| 23 | Case-Control | 1995 | Purdie | Int J Cancer | Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study |
| 24 | Case-Control | 1996 | Shushan | Fertil Steril | Human menopausal gonadotropin and the risk of epithelial ovarian cancer |
| 25 | Case-Control | 1997 | Chang | Cancer | Perineal talc exposure and risk of ovarian carcinoma |
| 26 | Case-Control | 1997 | Cook | Am J Epidemiol | Perineal powder exposure and the risk of ovarian cancer |
| 27 | Case-Control | 1998 | Green | In J Cancer | Tubal sterilization, hysterectomy and decreased risk of ovarian cancer. |
| 28 | Case-Control | 1998 | Godard | Am J Obstet Gynecol | Risk factors for familial and spordic ovarian cancer among French Canadians: A case-contr study |
| 29 | Case-Control | 1999 | Cramer | International J of Cancer | Genital talc exposure and risk of ovarian cancer |
| 30 | Case-Control | 1999 | Wong | Obstet Gynecol | Perineal talc exposure and subsequent epithelial ovarian cancer: A case-control study |
| 31 | Case-Control | 2000 | Ness | Epidemiol | Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer |
| 32 | Case-Control | 2004 | Pike | Fertil Steril | Hormonal factors and the risk of invasive ovarian cancer: A population based case control study |
| 33 | Case-Control | 2004 | Mills | Am J Epidemiol | Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California |
| 34 | Case-Control | 2008 | Goodman | Endcor Relat Cancer | Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk |
| 35 | Case-Control | 2008 | Gates | Cancer Epid Bio Prev | Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer |
| 36 | Case-Control | 2008 | Merritt | Int J Cancer | Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer |
| 37 | Case-Control | 2009 | Moorman | Am J Epidemiol | Ovarian cancer risk factors in African-American and white women |
| 38 | Case-Control | 2009 | Wu | Int J Cancer | Markers of inflammation and risk of ovarian cancer in Los Angeles County |
| 39 | Case-Control | 2011 | Rosenblatt | Gynecol Oncol | Mineral fiber exposure and the development of ovarian cancer |
| 40 | Case-Control | 2012 | Lo-Cignaic | Epidemiol | Aspirin, non-aspirin non-steroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer |
| 41 | Case-Control | 2012 | Kurta | Cancer Epid Bio Prev | Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control stu |
| 42 | Case-Control | 2015 | Wu | Cancer Epid Bio Prev | African Americans and Hispanics remain at lower risk of ovarian cancer than non-Hispanic whites after considering nongenetic risk factors and oophorectomy rates |
| 43 | Case-Control | 2016 | Schildkraut | Cancer Epid Bio Prev | Association between body powder use and ovarian cancer: the African American Cancer epidemiology Study |

23

**Table 4. List of Included Studies with Number of Cancers, Controls, and Reported Odds Ratios**

| | Study Type | Year | Author | Cancers | Controls or Cohort Size | Odds Ratio | 95% CI |
|---|---|---|---|---|---|---|---|
| 1 | Cohort Study | 2000 | Gerting | 307 | 78,630 | 1.12 | (0.82,1.55) |
| 2 | Cohort Study | 2010 | Gates | 797 | 108,073 | 1.06 | (0.89, 1.28) |
| 3 | Cohort Study | 2014 | Houghton | 427 | 61,576 | 1.12 | (0.92,1.36) |
| 4 | Cohort Study | 2016 | Gonzalez | 154 | 41,654 | 0.73 | (0.44,1.2) |
| 5 | Systematic Review | 1992 | Harlow * | 1,106 | 1,756 | 1.30 | (1.1, 1.6) |
| 6 | Systematic Review | 1995 | Gross | 1,333 | 2,362 | 1.29 | (1.02, 1.63) |
| 7 | Systematic Review | 2007 | Huncharek | 1,858 | 2,830 | NA | NA |
| 8 | Systematic Review | 2003 | Huncharek | 5,260 | 6,673 | 1.33 | (1.16, 1.45) |
| 9 | Systematic Review | 2008 | Langseth | | | 1.35 | NA |
| 10 | Systematic Review | 2010 | IARC | | | 1.30 | |
| 11 | Systematic Review | 2017 | Berg | 15,230 | NR | 1.22 | (1.13, 1.30) |
| 12 | Systematic Review | 2018 | Penninkilampi | 14,311 | NR | 1.31 | 1.24, 1.39 |
| 13 | Pooled Data | 2013 | Terry | 4,472 | 6,175 | 1.37 | (1.19-1.58) |
| 14 | Pooled Data | 2016 | Cramer | 2,041 | 2,100 | 1.38 | (1.01,1.99) |
| 15 | Case-Control Study | 1982 | Cramer | 215 | 215 | 1.58 | (0.98, 2.47) |
| 16 | Case-Control Study | 1983 | Hartge | 135 | 171 | 2.50 | (0.70, 10.0) |
| 17 | Case-Control Study | 1988 | Whittemoore | 188 | 539 | 1.45 | (0.94, 2.22) |
| 5 | Case-Control Study | 1989 | Harlow | 116 | 158 | 1.10 | (0.70,2.1) |
| 18 | Case-Control Study | 1989 | Booth | 235 | 451 | 1.30 | (0.80,1.9) |
| 19 | Case-Control Study | 1992 | Harlow | 235 | 239 | 1.80 | (1.1, 3.0) |
| 20 | Case-Control Study | 1992 | Rosenblatt | 77 | 46 | 1.70 | (.70, 3.9) |
| 21 | Case-Control Study | 1992 | Chen | 112 | 224 | 3.90 | (0.9,10.6) |
| 22 | Case-Control Study | 1993 | Tzonous | 189 | 200 | 1.05 | (.28, 3.98) |
| 23 | Case-Control Study | 1995 | Purdie | 824 | 860 | 1.27 | (1.04, 1.54) |
| 24 | Case-Control Study | 1996 | Shushan ** | 200 | 408 | 2.00 | NA |
| 25 | Case-Control Study | 1997 | Chang | 367 | 564 | 1.51 | (1.13,2.02) |
| 26 | Case-Control Study | 1997 | Cook | 313 | 422 | 1.60 | (0.9, 2.9) |
| 27 | Case-Control Study | 1998 | Green | 824 | 855 | 1.30 | (1.1, 1.6) |
| 28 | Case-Control Study | 1998 | Godard | 170 | 170 | 2.49 | (0.94,6.56) |
| 29 | Case-Control Study | 1999 | Cramer | 563 | 523 | 1.60 | (1.18, 2.15) |
| 30 | Case-Control Study | 1999 | Wong*** | 499 | 755 | 1.13 | (0.89, 1.43) |
| 31 | Case-Control Study | 2000 | Ness | 767 | 1,367 | 1.50 | (1.1, 2.0) |
| 32 | Case-Control Study | 2004 | Pike | | | | |
| 33 | Case-Control Study | 2004 | Mills | 256 | 1,122 | 1.74 | (1.14, 2.64) |
| 34 | Case-Control Study | 2008 | Goodman | 367 | 602 | 0.99 | (.70, 1.41) |
| 35 | Case-Control Study | 2008 | Gates | | | 1.41 | (1.14, 1.76) |
| 36 | Case-Control Study | 2008 | Merritt | 1,576 | 1,509 | 1.34 | (1.06, 1.68) |
| 37 | Case-Control Study | 2009 | Moorman | 1,086 | 1,057 | 1.37 | (1.05, 1.80) |
| 38 | Case-Control Study | 2009 | Wu | 609 | 688 | 2.08 | ((1.34 3.23) |
| 39 | Case-Control Study | 2011 | Rosenblatt | 812 | 1,313 | 1.13 | (0.93,1.36) |
| 40 | Case-Control Study | 2012 | Lo-Cignaic | 902 | 1,802 | 1.34 | (1.07,1.66) |
| 41 | Case-Control Study | 2012 | Kurta | 902 | 1,802 | 1.41 | (1.16, 1.69) |
| 42 | Case-Control Study | 2015 | Wu | 1,701 | 2,391 | 1.46 | (1.27,1.69) |
| 43 | Case-Control Study | 2016 | Schildkraut | 584 | 745 | 1.71 | (1.26, 2.33) |

Odds ratio, likelihood (odds) that an outcome will occur because of a particular exposure compared to the likelihood it will occur without the exposure. 95% CI, 95% confidence interval, a measure of statistical uncertainty that says with about 95% of the time that the true value is within the range of numbers. The wider the range, the higher the uncertainty. NR, not reported.

* crude unadjusted estimate

** approximate, unadjusted estimate

*** assessed perineal or thigh use, and controls all have cancer

24

**Berge (2018)** [68]

This large, comprehensive systematic review of the association between genital use of talc powder products and ovarian cancer also had well-described methods. Berge reviewed and abstracted data for 27 publications and reported an overall summary estimate of the association between talc exposure and ovarian cancer. For six of the reviewed studies, Berge included data published in a pooled data analysis, from Terry [69] described below) that had not been previously included in the original publications. Overall, data on 15,230 women with ovarian cancer were analyzed (a number that is incorrectly reported in the paper). This is slightly higher than the number included in Penninkilampi because of the additional patients from the Terry publication. The summary estimate for risk of ovarian cancer for women who ever used genital talc was RR 1.22 (95% CI 1.13, 1.30). When stratified by histologic type, serous carcinoma was the only type with a significant association to talc use (RR 1.24, 95% CI 1.15, 1.34). There was no difference in risk when tumors were categorized as invasive versus borderline.

To assess relationships among ovarian cancer and intensity and duration of use, these measures were analyzed separately rather than as a combined measure that would give an estimate of the total number of exposures; the analyses did not demonstrate a significant dose response. Importantly, these measures were assessed only in five studies with the results on frequency of use presented as increased risk per additional day per week of talc use, which assumes a very linear association. I was not able to identify the original studies used in the review that reported the results with this level of granularity. Because of the small number of studies, the results (3% increase in risk per additional day of talc used, with high statistical uncertainty) were not surprising.

The authors also stratified the results by the study design (as did Penninkilampi) and found that the association between talc exposure and ovarian cancer was significant only for the case-control studies, although, as above, the cohort studies had the weakest definition of exposure. The primary limitation of the review is defining exposure as ever having used talc. As described above, this is a broad, vague definition that probably dilutes any estimated association, as it includes both women with trivial use and with regular use. A second limitation is that the included studies adjusted for a variety of covariates although this is unavoidable in this type of summary. The large difference in general between adjusted and crude results emphasizes the importance of adjustments when estimating particular risk.

**Langseth (2008)** [70]

This systematic review of the association between genital use of talc powder products and ovarian cancer included 21 publications. The overall pooled odds of cancer were OR 1.35 across all studies.  Several authors of this systematic review were involved in an IARC report on talc exposure. They analyzed a subset of eight studies used in the IARC report that were considered to be the most informative for estimating ovarian cancer risk. Analysis of these more relevant, higher quality studies, produced an increased ovarian cancer risk of 30 to 60% (presumably OR 1.3–1.6) associated  with talcum powder use. This subset analysis did not document a dose response or assess associations by cancer types.

### Huncharek (2007) [71]

Huncharek summarized the results of nine studies that reported on the association between talc used on contraceptive diaphragms and ovarian cancer. No data on perineal talc exposure were analyzed and the data are not included herein. Of note, the reported methodological details suggest a very poorly designed and conducted study. Some of the included papers do not even mention talcum powder products used with diaphragms. This systematic review is poor quality.

### IARC (2006) [62]

Beginning in 1969 the International Agency for Research on Cancer (IARC) began a program to critically review the data on the carcinogenic risk of chemicals to humans. They subsequently expanded their reviews to included evaluation of carcinogenic risks associated with a range of exposures (including risks associated with biological and physical agents, lifestyle factors, complex mixtures of exposures, occupations, etc.) The purpose of the IARC program is to elaborate and publish detailed monographs including critical review of data, to evaluate human risks, and to indicate where uncertainty exists and where additional data are needed. They also give an overall assessment of the strength of the associations. It is worth noting that the individuals who contribute to IARC reports (the Working Group) include extremely knowledgeable and unbiased scientists who have specific content expertise and who have no apparent conflicts of interest. Invited specialists and representatives from international health agencies are brought in to supplement the scientific experts. In their evaluation, they heavily weight whether data support a conclusion of causality. They score evidenced into four categories, ranging from a) evidenced suggesting lack of carcinogenicity; b) inadequate evidence of carcinogenicity c) limited evidence of carcinogenicity and d) sufficient evidence of carcinogenicity. Category c is used when there is possibly carcinogenicity, and this category is not used lightly. An exposure meets category c if there is a positive association between observed exposure to the agent and cancer for which a causal interpretation is considered by the Working Group to be credible, but chance of bias or confounding could not be ruled out. They further categorize agents into 3 groups: Group 1, corresponding to d above (sufficient evidence), the agent is carcinogenic to humans; Group 2, which includes 2A (the agent is probably carcinogenic) and 2B: the agent is possibly carcinogenic to humans. A review focused on the risks associated with carbon black, titanium oxide and talc was published in 2006. The review included a detailed review of the individual studies examining perineal talc use as a risk factor for cancer. IARC concluded that perineal use of talc-based body powder is possibly carcinogenic to humans (Group 2B)

### Huncharek (2003) [72]

This review of 16 studies assessed the relationship between genital exposure to talc and ovarian cancer using data for 5260 women with cancer and 6673 controls. The pooled OR for ever being exposed to perineal talc powder products was 1.33 (95% CI 1.16, 1.45). Small differences were observed in the estimated ORs by whether controls in the case-control studies were from hospital populations (OR 1.19, 95% CI 0.99, 1.4), or the general population (OR 1.38, 95% CI 1.25, 1.52). I believe these differences are small. In general, in case-control

26

studies, population controls are likely more relevant and valid. However, as with several of the other reviews, talcum powder exposure was assessed as any exposure rather than quantifying by intensity. No stratification by tumor subtype or invasiveness was performed.

### Gross (1995) [73]

Gross reviewed 10 studies on the association between talc exposure and ovarian cancer using data on 1333 women with cancer and 2362 without cancer. To summarize the RR of malignant epithelial cancer types due to any exposure to talc, adjusting for ovarian cancer risk factors, the authors combined results from five studies for OR 1.29 (95% CI 1.02, 1.63). For an analysis of all cancers (borderline and invasive), they included data from seven studies for a similar OR of 1.31 (95% CI 1.08, 1.58). Notably, the authors did not provide any methodological details of how they identified, assessed, and combined studies, making the results difficult to fully interpret. As with several of the other reviews, they assessed any exposure to talc.

### Harlow (1992) [74]

Harlow reviewed five previously published studies and summarized an OR, not adjusted for confounding factors, and added his own data for a crude estimated OR of 1.3 (95% CI 1.1, 1.6). Unfortunately, no methodological details were provided on how studies were identified, assessed, and combined or how exposure was defined, making the results difficult to fully interpret. Further, only the combined, estimated, non-adjusted crude OR was reported. Of note, the results of the five published studies used in the review (in contrast to the summary) are well described and of good methodological quality.

### Systematic Reviews: Summary

**The systematic reviews provide a remarkably consistent estimate of an approximately 30% increase in the risk of ovarian cancer associated with any talc powder products use.** The studies summarized in the systematic reviews reported consistent results with little variability and closely overlapping estimates for ovarian cancer risk due to talc use. Further, the reviews suggest that the risks are greater for invasive serous cancer. I believe Penninkilampi provides a comprehensive and high quality review and his estimate is that women who regularly use talc powder products, defined as >3600 lifetime applications, have a 40% increased risk of ovarian cancer compared to women with no regular talc power product use. The association was significant for serous cancers.

While the methodological approaches of these systematic reviews were generally valid, I believe they all shared the weakness of focusing on any talcum powder use rather than daily talcum powder use, and this motivated my own review (below).

### Pooled Data

Two large studies pooled data from several studies. They are worth describing because of their larger sample size and strong methodology in comparison to the individual case-control studies.

27

**Pooled Data 1: Terry (2013)**[69]

This report pooled data on ovarian cancer patients from a national research consortium and assessed the relationship between talc powder products exposure and ovarian cancer by histologic subtype and invasiveness. Data were from eight case-controlled studies and importantly included previously unpublished data. The authors tried to unify definitions across the studies, but the definitions nonetheless varied widely. The prevalence of genital powder use in the controls varied widely across participating study sites, ranging from 15%–45%, suggesting either large variations in the underlying populations or, probably more likely, variation in the definition of powder use that led to these differences.

The data were for a total of 8525 cases and 9859 controls in the primary analysis. The authors found that **genital talcum powder  use was associated with an approximately 24% increased risk of epithelial ovarian cancer (OR 1.24, 95% CI 1.15, 1.33).** When stratified by cancer type, the risk was increased for all cancers except mucinous cancer. Risks were approximately equally elevated for invasive and borderline tumors. They used a subset of patient data to determine RR of ovarian cancer for the highest talcum powder users, measured as cumulative lifetime perineal applications (defined as applications per month and months of the year). They also considered age (inclusion in the highest user group required more use at age 70 than age 40) and assessed risk of cancer among the highest users. **The odds of cancer in the highest talc exposure category was higher than for women who ever used talc (OR 1.37, 95% CI 1.19, 1.58).** A significant dose response was seen when data on all patients were analyzed, with greater exposure leading to greater risk.

**Pooled Data 2: Cramer (2016)** [75]

Cramer conducted several case-control studies on the relationship between genital talc powder use and ovarian cancer. He pooled data from a large number of these studies, described as reflecting study enrollment in 1992–1997, 1998–2002, and 2003–2008. This publication reports the analysis of pooled data from these separate enrollment phases and a more detailed characterization of those data. Cases were women who resided in Eastern Massachusetts and New Hampshire diagnosed with epithelial ovarian cancer between the ages of 18 and 80. Controls were women identified through random-digit dialing, driver's license lists and town resident lists. Women were interviewed in person, and details of talc use were elicited including the number of applications per month (allowing assessment of frequency of use), timing of use, and lifetime exposures. These descriptions gave far greater detail than most other reports and are thus an important contribution to the field. Further, more demographic and clinical history were obtained and described in these enrollments than for other reviewed studies. This report gave associations from pooled data for 2041 cases and 2100 controls. The larger size of the population, unified variables, and greater detail about cases and controls allowed a larger number of stratifications than other studies.

Overall, genital talc use was associated with an OR of 1.33 (95% CI 1.1.6, 1.52). An important observation was that risk decreased with time since last use. Thus, how often women regularly used talcum powder (daily, or weekly or monthly) was meaningful for predicting ovarian cancer risk, but not if the women had not used talcum powder for 5 or more years.

**Women who reported using talcum powder daily (>30 applications per month) had an OR of 1.46 (95% CI 1.2, 1.78)**. Of note, among women in the ovarian cancer case group who used talcum powder, daily was the most commonly reported frequency of use. **When analysis used data on women who reported their total number of talcum powder applications, those in the highest group category (>7200 lifetime applications, the equivalent of 20 years of daily application) had an OR for ovarian cancer of 1.49 (95% CI 1.06, 2.1).**

Cramer conducted detailed analysis of factors that could influence/interact with the association between talcum powder and ovarian cancer. Some of the results are quite striking. First, a very strong interaction with race was noted. **African-American women seem to be at a particularly elevated risk of ovarian cancer following talcum powder exposure (OR 5.08, 95% CI 1.32, 19.6) compared with white women (OR 1.35, 95% CI 1.17, 1.55).** This finding calls for greater research given the higher incidence, and poorer outcomes among African American women. Asian women seem to be at reduced risk (OR 0.04, 95% CI 0.01, 0.34). **Analysis showed a strong relationship with menopausal status and use of hormone replacement therapy.** ORs were significantly increased in premenopausal women (OR 1.41, 95% CI 1.13, 1.75) and **postmenopausal women who used hormone treatment (OR 2.21, 95% CI 1.63, 3.0).** Postmenopausal women who did not use hormone therapy were not at increased risk of ovarian cancer (OR 1.0, 0.68, 1.49). **Interestingly, the risk of ovarian cancer among postmenopausal hormone-treatment users was elevated only if they used hormones before hysterectomy and tubal ligation but risk was substantial (OR 3.49, 95% CI 1.39, 8.75) if talcum powder was used before these surgeries (OR 5.85, 95% CI 2.89, 11.9) compared to talcum powder use both before and after surgery.**

These findings merit further assessment in other populations but raise the possibility that estrogen is important in ovarian carcinogenesis. The authors also stratified analyses by histologic type and found that the relationship between ovarian cancer and frequency of talcum powder use was significantly elevated for invasive and borderline serous cancer and invasive endometrioid cancer, but not for mucinous, clear cell or mucinous borderline cancer. **Among the most frequent users of talc the adjusted OR for invasive serous cancer is 1.54 (95% CI 1.15, 2.07).** This relationship was even stronger among premenopausal women (OR 1.85, 95% CI 1.21, 2.8) compared to postmenopausal women (OR 1.33, 95% CI 0.96, 1.85).

**Pooled Data of Case-Control Studies: Summary**
**The increased risk of ovarian cancer associated with talc use was estimated at around 40% across these studies. The increased risk for serous cancer was even higher at 50%.**

<u>Case-Control Trials</u>
A large number of case-control studies are published—too many to dedicate a paragraph to summarizing the methods of each.
21,24,36,40,74,76-99

I carefully read and abstracted data from each study. Without assessing the quality of the case-control studies, I included them in a table and sorted them by size of the reported effect

of talc on ovarian cancer risk. It's a way to get an overview of what they report – and Viewing them in this way is easy to see the general direction of the effect. All but two demonstrate a positive association (OR > 1) between any talc powder products use and ovarian cancer, with ORs ranging from 0.73–3.9 across studies, Table 5 .

**Table 5: List of Case-Control Studies Sorted by Estimated Effect Size (Odds Ratio)**

| Year | First author | | | Odds ratio | Confidence interval |
|------|-------------|---|---|-----------|---------------------|
|      | 2008 | Goodman | 367 | 602 | 0.99    (.70, 1.41) |
| 1993 | Tzonous | 189 | 200 | 1.05 | (.28, 3.98) |
| 1989 | Harlow | 116 | 158 | 1.10 | (0.70,2.1) |
| 1999 | Wong* | 499 | 755 | 1.13 | (0.89, 1.43) |
| 2011 | Rosenblatt | 812 | 1313 | 1.13 | (0.93,1.36) |
| 1995 | Purdie | 824 | 860 | 1.27 | (1.04, 1.54) |
| 1989 | Booth | 235 | 451 | 1.30 | (0.80,1.9) |
| 1998 | Green | 824 | 855 | 1.30 | (1.1, 1.6) |
| 2008 | Merritt | 1576 | 1509 | 1.34 | (1.06, 1.68) |
| 2012 | Lo-Cignaic | 902 | 1802 | 1.34 | (1.07,1.66) |
| 2009 | Moorman | 1086 | 1057 | 1.37 | (1.05, 1.80) |
| 2008 | Gates | | | 1.41 | (1.14, 1.76) |
| 2012 | Kurta | 902 | 1802 | 1.41 | (1.16, 1.69) |
| 1988 | Whittemoore | 188 | 539 | 1.45 | (0.94, 2.22) |
| 2015 | Wu | 1701 | 2391 | 1.46 | (1.27,1.69) |
| 2000 | Ness | 767 | 1367 | 1.50 | (1.1, 2.0) |
| 1997 | Chang | 367 | 564 | 1.51 | (1.13,2.02) |
| 1982 | Cramer | 215 | 215 | 1.58 | (0.98, 2.47) |
| 1997 | Cook | 313 | 422 | 1.60 | (0.9, 2.9) |
| 1999 | Cramer | 563 | 523 | 1.60 | (1.18, 2.15) |
| 1992 | Rosenblatt | 77 | 46 | 1.70 | (.70, 3.9) |
| 2016 | Schildkraut | 584 | 745 | 1.71 | (1.26, 2.33) |
| 2004 | Mills | 256 | 1122 | 1.74 | (1.14, 2.64) |
| 1992 | Harlow | 235 | 239 | 1.80 | (1.1, 3.0) |
| 1996 | Shushan ** | 200 | 408 | 2.00 | NA |
| 2009 | Wu | 609 | 688 | 2.08 | ((1.34 3.23) |
| 1998 | Godard | 170 | 170 | 2.49 | (0.94,6.56) |
| 1983 | Hartge | 135 | 171 | 2.50 | (0.70, 10.0) |
| 1992 | Chen | 112 | 224 | 3.90 | (0.9,10.6) |
| 2004 | Pike | | | NA | |

## V. Rationale for and Explanation of the New Systematic Review

In previous systematic reviews that I have conducted, I have obtained the most meaningful and consistent results by narrowly defining the research topic of the review, including only studies that provide data on this narrow topic in a well-defined population and stratifying my analysis of the studies' results by relevant factors such as age or race/ethnicity. The benefit of this approach is more accurate, precise, and meaningful results, while the potential tradeoff is a reduction in general applicability of the results, because many studies may be excluded for inadequate data. I believe greater accuracy is more important because I want to be certain about the data I am describing. For example, when I conducted a systematic review on the use of transvaginal ultrasound as a diagnostic test for endometrial cancer, I initially stratified

the results by patient use of hormone therapy. The reviewed studies had consistent results, but only if profoundly different diagnostic criteria were applied for women who did and did not use hormone therapy. For this reason, I completed one review on hormone users and another on non-users. In this case, I had sufficient data to assess both groups.

In this review on talcum powder use, I had sufficient data to summarize results for regular users of talcum powder (as close to daily but reflecting use of talc powder products several times per week) and risks of serous cancer; I did not have sufficient data to summarize results for occasional users or risk of other cancer types.  I believe the most important research question to answer in this review is whether regular exposure to talcum powder is associated with ovarian cancer.  I want to point out that this does not mean that other uses (i.e. less than approximate daily use) does not cause ovarian cancer, nor that talc powder products does not cause other types types of ovarian cancer (e.g. endometrioid cancer). Thus, for the systematic review below of case-control studies on the relationship between perineal exposure to talcum powder products and ovarian cancer, I focused on whether regular use of perineal (genital) talc increases the risk of the ovarian cancer. When possible, I focused on the most common and serious type, invasive serous ovarian cancer.

**VI. New Systematic Review of Literature Quantifying Association Between Regular Frequent Genital (Perineal) Talcum Powder Products Application and Ovarian Epithelial Cancer Risk with A Focus on Invasive Serous Cancer.**

Literature Search
I performed a literature search to identify primary research studies (not reviews) that included patient-level data on the association between talc and ovarian cancer. The literature search was performed in the Medline, Embase, and Scopus databases using keywords "ovarian cancer," "talc," "perineal powder" and "genital powder." Abstracts of resulting publications were reviewed to identify if they addressed the topic and included data. Only English-language articles were reviewed. The references of identified articles and reviews were scanned to identify additional publications. Review articles, editorials, letters to the editor were excluded.

Article Selection
Articles were included based on relevance to the question: **Does the regular (as close to approximately daily)** use of genital (perineal) talcum powder increase invasive epithelial ovarian cancer? Because daily use was the most dominant use category, when studies stratified their results into quartiles of use, or lifetime applications, I included the highest use category that had a reasonable number of data points to reflect daily use. Wherever possible, data on invasive serous cancer were abstracted separately. When I found duplicate reports on the same patient group, the largest and most detailed publication was included. This usually meant the most recent publication, but not always. An important caveat is that I could not always identify duplicative results. I included data from the Terry 2013 pooled data study because it included new data from previous studies. I also included data from the Cramer

2016 pooled analysis and earlier publications with duplicative patients were not included.  But I calculated the results both including and excluding these studies.

Exclusion

Studies were not included if they reported only crude ORs unadjusted for confounding factors, A few studies were excluded because, the research methods were poorly defined, even though they reported on women who frequently used talcum powder. Studies that asked participants a single question about ever use of talcum powder, without further quantification of exposure, were not included in the summary.

Defining Talcum Powder Products Use

Regular use was defined ideally as daily or at least more than 3 uses per week. I also accepted studies that defined use as "regular" where the description made it clear that this was regular use. Studies that reported "regular use" but defined it as use of less than this frequency, were not included. Regular use was selected to differentiate occasional use (which may include one-time or infrequent use or use during only a particular time of a woman's menstrual cycle) from sustained regular use. Studies that asked participants a single question about ever use of talc, without further quantification of exposure, were not included in the summary. For example, Purdie reported that 52–57% of women reported ever using talc without further quantification and was not included. Several studies asked about *regular use* defined as at least once a month. These studies were not included unless they further characterized women into different categories of use; if so, I included data for women in the highest use category as long as this was group was large enough to be meaningful. When studies asked about ever use but defined use and stratified results by use, I included any data that may have reflected daily use. This measure of regular use is imprecise but is more accurate and meaningful than evaluating talcum powder exposure as any use.

Stratification of Analyses: Focus on a Single Histologic Type Where Possible

My review focused on invasive serous cancer where possible, but also included all invasive cancer. The decision to focus on a single histologic cancer type was in part because ovarian cancers include a broad range of types and association of talc and ovarian cancer might differ by type. I chose serous cancers because they are most common invasive ovarian cancer type. Importantly, serous ovarian cancer is the only histologic type for which most individual research studies accumulated sufficient cases for valid statistical analysis. This cancer type also has the least uncertainty in pathological diagnosis (see Section III, Histologic Types). Further and most importantly, serous ovarian cancer is the most aggressive histologic type, so identifying causal factors is important. Finally, I focused on invasive cancer (as opposed to borderline cancer) because the risk of death from invasive serous tumors is far higher than for noninvasive types, with growing consensus that borderline tumors may not be malignant.

Type of Exposures

Studies were included if they reported on perineal exposure (rather than exposure through sanitary napkins, diaphragms, or condoms) as this is the most common exposure type and is

likely to reflect the most consistent exposure. I did not exclude studies if they reported combined use, as long as the exposure included perineal use.

<u>Statistical Analysis</u>

Two individuals (Smith-Bindman and a consultant biostatistician) reviewed an abstracted data from each publication. Differences were resolved by consensus. The focus of the review was on quantifying the association between regular talcum powder products use and ovarian cancer, with a sub analysis on serous cancer and invasive cancer. Meta-analysis was performed using the metafor package in R (Version 3.5.1). The rma function was used to apply linear mixed effects models to study results and calculate summary statistics on effect size. Due to varying amounts and types of available data from each included publication, adjusted odds ratios (OR) and standard errors were used as the model inputs. Standard error (SE) was estimated using the relationship: 95% confidence interval = Effect size +/- 1.96*SE, assuming a roughly normal distribution of data and roughly symmetrical upper and lower confidence interval bounds. Incorporating adjusted ORs and SE into models in this way provides the added benefit of allowing model use of covariate-adjusted data (versus crude OR data). Weighting was done based on estimates of inverse variance. Study result heterogeneity was estimated based on maximum likelihood methods and was summarized via an I2 statistic and associated p-value. The decision to include results from the cohort study by Gertig and colleagues (2000), which reported relative risk (RR), was based on the estimation that the RR value was only nominally different from the OR, a safe assumption in a study sample where less than 0.4% of the cohort developed the condition-of-interest.

<u>Results</u>

Overall 10 studies reported on daily talc powder products use and the risk of ovarian cancer. These studies were homogenous, and the odds of ovarian cancer associated with regular use was 1.43 (95% CI 1.15 1.71). The included studies with associated point estimates are shown in a Forrest Plot in Figure 2



Figure 2. Forrest plot showing odds of ovarian cancer associated with regular use of talcum powder products.



Booth et al. (1989)            1.30 [0.75, 1.85]
Chang   et al. (1997)          0.95 [0.51, 1.39]
Cook et al. (1997)             1.80 [0.55, 3.05]
Cramer   et al. (2016)         1.49 [0.97, 2.01]
Gerting et al. (2000)          1.12 [0.76, 1.48]
Harlow   et al. (1992)         1.80 [0.85, 2.75]
Mills et al. (2004)            1.74 [0.93, 2.55]
Schildkraut et al. (2016)      1.71 [1.18, 2.24]
Whittemoore  et al. (1988)     1.45 [0.81, 2.09]
Wu et al. (2009)               2.08 [1.14, 3.02]

RE Model                       1.43 [1.15, 1.71]

0.5  1  1.5  2  2.5  3  3.5
Observed Outcome

The primary analysis of this excluded Terry, but the results were nearly identical if Terry was included

There were studies reported on regular talcum powder use and invasive serous cancer (or all invasive cancer if serous not reported) These studies were homogenous. The odds of invasive serous cancer associated with regular use was 1.52 (95% CI 1.15, 1.88).  The results were similar when assessing the odds of all serous cancer.

Figure 3 Forrest plot showing odds of ovarian cancer assocated with regular use of talcum powder products and invasive serous cancer.



| | |
|---|---|
| Chang   et al. (1997) | 1.51 [1.07, 1.96] |
| Cook et al. (1997) | 1.80 [0.55, 3.05] |
| Cramer   et al. (2016) | 1.54 [1.08, 2.00] |
| Gerting et al. (2000) | 1.49 [0.86, 2.12] |
| RE Model | 1.52 [1.15, 1.88] |

New Systematic Meta-Analytic Review: Summary

The results of my systematic review of case-control studies on talcum powder use and ovarian cancer risk were consistent and indicate a **50% increase in risk of serous invasive cancer related to routine talcum powder exposure compared to no exposure**. This review had limitations including that study results were self-reported. I tried to be consistent in defining exposure, but this factor was subjectively determined by the individual studies. I tried to eliminate overlap of participant populations used in the included studies, but some patients may have contributed data to more than one study.

Overall Summary of the Epidemiology Data Describing the Association Between Talcum Powder Products and Serous Ovarian Cancer
I conclude, based on the review of the available primary studies, systematic reviews and my own quantitative review, that regular exposure to talcum powder products increases ovarian cancer risk by around 50%. The existing systematic reviews (in particular Penninkilampi and Berge) also concluded a significant increase in ovarian cancer risk following talcum powder exposure.

**VII. Other Relevant Factors**

<u>Research Supporting Talcum Association with Ovarian Cancer: Transit to Ovary and Risk Reduction on Interruption</u>

Evidence from relevant studies is clear that talcum powder particles applied to the genital region will ascend through the vagina and fallopian tubes and enter the pelvic cavity, reaching fallopian tubes and ovaries. In humans, this route has been established experimentally by labelling inert particles, applying them to the perineum just prior to planned hysterectomy, and then recovering them from the fallopian tubes following surgery. [Egli Fertil Stwril 1961]

Further, talc particles have been found in normal and malignant ovarian tissue. Henderson found that in 10 of 13 tested epithelial ovarian cancer tumors, 75% had talc embedded in the tissue. This result confirms that talc reached to the areas with cancerous tissue, but not that it caused the cancer. Histological evaluation of ovaries removed because of ovarian cancer or benign conditions have identified both talc particles and asbestos fibers in the ovarian tissue, further supporting that particles applied to the perineum reach the ovaries. [60,100] Heller found that in all women in a study who were having ovaries removed for benign ovarian growth had talc in their ovaries. These results confirm that talcum powder applied to the perineum may be absorbed into the vagina and migrate or be transported to the tubes and ovaries. [101-104] In 1967, Graham and Graham demonstrated that intraperitoneal application of asbestos in guinea pigs and rats results in overgrowth of ovarian epithelial cells comparable to the histologic changes in epithelial ovarian tumors in women. The greater frequency at which talc particles are discovered in ovarian cancerous tissue than in normal ovarian tissue further supports that these particles may be causing cancer.

Several epidemiological studies evaluated the risk of ovarian cancer associated with talcum powder products before and after women had tubal ligation or hysterectomy, which surgically removes the route by which talc reaches the ovaries. The studies strongly suggest that the increased risk of ovarian cancer associated with talcum powder products use is reduced or eliminated after tubal ligation or hysterectomy. The results support that the risk from talcum powder products is elevated when women have an open pathway from the perineum to the ovary that enables powder components to reach the ovaries via unobstructed fallopian tubes., The collective results demonstrate that talcum powder products are carcinogenic through direct transport/migration to the fallopian tubes and ovaries.

<u>Variation in Risk when Talc Use is Discontinued</u>

Several studies showed that the risk of ovarian cancer associated with talc powder products decreases as the time from discontinuation of powder use increases. For example, Cramer found an elevated risk of ovarian cancer with talc powder products use and the risk decreased as time since last use increased. [75]

**VIII. Consideration of Causality of Talc Powder Products and Ovarian Cancer : Bradford Hill Analysis**

Causality is easiest to determine in studies such as randomized controlled trial, in which participants are randomized to receive or not receive a treatment, then their health is followed to see their response. However, people cannot ethically be randomized to be exposed to a potentially cancer-causing agent. Therefore, when assessing risk factors for cancer, the Bradford Hill Factors are often used. They provide a framework for assessing the weight of evidence to help decide if causality is likely, given a particular association, such as between talcum powder and ovarian cancer. The guidelines are imperfect and provide a framework as compared with an absolute set of criteria.

I address each of the Bradford Hill factors below, with my understanding of how the evidence of talcum powder products exposure supports or refutes causality. While the Bradford Hill Factors include nine aspects of association, they should not be used as a checklist for causation. Instead, they can help interpret associations and aid in inferring causality. For each factor, I have highlighted why I believe this factor is more or less important.

A) Strength of Association
It is frequently argued that the larger an apparent association, the more likely the association is to be real (causal) and important for epidemiological assessment. This would suggest that an OR of 2.0 is more likely to indicate causality and importance than an OR of 1.5. While this is often argued, I do not believe this is necessarily the case. If a risk factor increases the risk of disease by 50%, and the exposure is common, it will have a far greater impact on a number of people, in comparison to a rare exposure that has a higher associated OR. And if the association is truly one that increases risk by 50%, then this is the magnitude of the association that will be detected. It is not intuitive that if an exposure increases a risk by 50%, this difference is not discoverable compared with an exposure that increases risk by 100%. A larger association between exposure and disease may be easier to identify, but I do not believe it is more likely to indicate causality or importance.

As an example, Table 6 shows an overview of the relationship between bladder cancer and two of its known risk factors; occupational industrial chemicals and smoking. Several industrial chemicals such as 2-naphthylamine are strongly associated with bladder cancer risk. In 1954, Case et al. reported a 200-fold increased bladder cancer risk for workers exposed to 2-naphthylamine. In cohort studies of rubber industry workers, elevated standardized mortality ratios (SMRs) as high as 253 (95% CI 93, 551) were reported. Use of some of these chemicals are now prohibited in Europe and their use is regulated in the United States because they cause cancer.(OSHA, 2011).

Cigarette smoking is also a known bladder cancer risk factor. However, the RR for smoking and bladder cancer is around 3, and therefore about 100 times lower than the RR for exposure to industrial chemicals. Yet bladder cancer is the second most common cancer attributed to smoking in the United States. It impacts a very large number of individuals. Of the 70,000 cases of bladder cancer diagnosed each year, as many as 60% are estimated as attributable to smoking.

Using the RR magnitude to quantify the "importance" of these two risk factors, industrial chemicals and smoking, would be misleading. Smoking will result in far more cancers than industrial chemicals, even though the RR is much lower. In the crude data in Table 6, of the approximately 70,000 bladder cancers diagnosed annually in the United States, 50,000 are thought to result from cigarettes while fewer than 1000 result from occupational exposures. A 50% reduction in smoking exposure will save 25,000 men from getting bladder cancer. Reducing industrial chemical exposures will saving around 500 men from getting bladder cancer. Thus, any impact on reducing known exposures for bladder cancer has the potential to be around 50 times more impactful if directed at smoking.

**Table 6. An example showing the number of individuals who might be impacted through exposure to an occupational chemical that leads to bladder cancer as opposed to smoking.**

|  | Occupational Exposure 2-naphthylamine | Smoking |
|---|---|---|
| **Estimated odds ratio associated with exposure** | 200 | 3 |
| **Number of individuals exposed annually** | 10,000 | 50,000,000 |
| **Bladder cancers due to exposure annually** | **1000** | **50,000** |
| **Impact on number of cancers diagnosed annual if exposure reduced by 50%** | **500** | **25,000** |

The bladder cancer example highlights that a factor that increases risk by 50% will have an enormous impact on population mortality if the exposure is common or if the cancer is particularly lethal. This is certainly the case for talcum powder products, which are used by as many as half of all women in the U.S. Women's use of talcum powder products is so widespread that even a relatively modest increase in risk would pose a sizeable health risk to the population. Further, a 50% risk increase is particularly important for ovarian cancer, which has a high mortality rate, with rare early detection.

Defining a "strong" association is critical for assessing potentially causal relationships. A current concept in epidemiology is that considerations about whether a factor causes a disease should weigh statistical validity and significance and the multiple factors that influence the disease. Thus, assessing *strength of association* when inferring causality requires examining underlying research and analytic methods, comparing the weight of evidence in the literature, and considering other contextual factors. The data supporting the causality of  talcum powder products exposure for ovarian cancer is extremely strong.

Using the existing evidence, I reviewed and assembled for this report, I estimated how many ovarian cancers that occur each year in the United States are likely to be caused by exposure to talcum powder products in comparison to other risk factors for ovarian cancer, Table 7. This is a relatively simple analysis, but nonetheless is informative. The total number of ovarian cancers that are estimated to occur in the US annually is 22,240, and these will occur among

the 50.8 percent of the U.S. population of 311 million who are women. Of these ovarian cancer cases, approximately half (11,120) will reflect invasive serous carcinoma. For the purpose of this simple analysis, I have assumed that the elevation in ovarian cancer risk associated with talcum powder product exposures occurs only with invasive serous carcinoma. This is not true, but the data are the most certain for these cancer and this is a conservative assumption (meaning the true number of cancer and proportion of cancers caused by talcum powder product users will be even higher than my calculation). A proportion of ovarian cancers will occur among women who regularly use talcum powder products, and the remainder will occur in women who do not regularly use talcum powder products. If we estimate that women who use talcum powder products regularly have a 50% elevated risk of invasive serious cancer and we estimate the number of women who are exposed to daily talcum powder products is between 10% and 30% (this proportion is fewer than ever users of talcum powder products), then between 1,589 and 4,351 women will be diagnosed each year with invasive serous cancer caused by the exposures, reflecting between 14% and 39% of all invasive serous cancers and reflecting between 7% - 20% of all ovarian cancer diagnosed each year. <u>This is a tremendous risk. This is a very large number of cancers to be caused by a product that provides no medical benefit. This Bradford Hill Factor of the Strength of the association is important and is met.</u>

**Table 7 An estimate of the number of ovarian cancers and invasive serous cancers caused by regular use of perineal talc powder products.**

| Proportion of women who regularly use Talcum powder products | Annual Invasive Serous Cancer in Women Exposed to Talcum Powder Products | Annual Invasive Serous Cancer in Women Not Exposed to Talcum Powder Products | % Invasive Serous Cancer in Women Exposed to Talcum Powder Products | % of all ovarian Cancer in Women Exposed to Talcum Powder Products |
|---|---|---|---|---|
| 10% | 1,589 | 9,531 | 0.14 | 0.07 |
| 20% | 3,033 | 8,087 | 0.27 | 0.14 |
| 30% | 4,351 | 6,769 | 0.39 | 0.20 |

<u>B) Consistency of Associations in Different Populations and Studies</u>
Another consideration for association and causality is consistency of the data. The data on the association between genital talc and ovarian cancer are highly consistent. The relative stability in the estimated increase in the risk of ovarian cancer associated with talc powder products use (50% increase for regular users of talcum powder and serous cancers; around 40% increase for all epithelial ovarian cancer and regular users of talcum powder products), as assessed across time and in diverse populations with diverse study designs, <u>strongly argues that the causal association is real and satisfies the Bradford Hill guideline for consistency of associations across populations and studies.</u>

C) Specificity Between Cause and Effect

The Bradford Hill factors suggest that associations are more likely to be causal when an exposure causes only one disease. While some examples of highly specific exposures and outcomes exist, many exposures and health concerns involve complex chemical mixtures and low-dose environmental and occupational exposures complicated by a variety of personal risk factors. A recent review stated, "The original criterion of *specificity* is widely considered weak or irrelevant from an epidemiologic standpoint." [105]  Asbestos, for example, is associated with a range of cancers and various exposures. Regardless of doubts about the meaningfulness of this factor, talcum powder products are primarily associated with ovarian cancer and thus fulfills the specificity consideration, although this consideration is not one of the most important considerations for causality in my expert opinion.

D) Temporality

An exposure must come before an outcome for the exposure to be causal. Bradford Hill explained that for an exposure-disease relationship to be causal, exposure must precede the onset of disease. While this is self-evident, in epidemiological studies, reverse causality, in which behavior related to a health issue is influenced by knowledge or events about the issue, is always a concern. For example, women who undergo ovarian cancer treatment may begin using talcum powder products during their pre- and post-operative period because of symptoms or side effects perceived to be alleviated by talcum powder products use. Assessing talcum powder use without specifying the time of use might lead to women with ovarian cancer being more likely to report talcum powder products use. In this example, talcum powder may not have caused the cancer; rather, use of talcum powder products was caused by the cancer (and treatments). The importance of this issue led to Bradford Hill's consideration of temporality when assessing causality.

In essentially all of the case-control studies that assessed use of talcum powder products, women were specifically asked to report talc powder products only during past, not current periods; thus, the studies explicitly assessed exposure to talcum before cancer. Typically, questions were phrased "Did you ever use talc, but not in the last year before cancer diagnosis?" to exclude the year prior to diagnosis. This issue is not relevant for the included cohort studies, as women were surveyed about their exposures prior to cancer ascertainment. Thus, the  temporality consideration is important for my consideration and  is satisfied.

E) Dose Response

In general, when risks are proportional to exposure (e.g., doubling exposure doubles risk) this dose-response evidence is considered to support causality. Many of the reviewed studies did not collect sufficient data to carefully quantify the dose response, and many limited their comparisons to an ever/never comparison. This is in part what motivated me to complete my separate quantitative review to at least be able to dis-entangle ever into regular versus not regular use.  The reviewed studies that did provide data that could be used to assess the

39

potential for dose response had mixed results in quantifying dose response. While most studies showed evidence of a dose response, others did not. For example, Schildkraut showed that >20 years of any genital powder use (OR 1.51, 95% CI 1.11, 2.06) showed a stronger association with ovarian cancer than <20 years of use (OR 1.33, 95% CI 0.95, 1.86). [99] Terry and Harlow showed significant dose responses, where ORs increased as exposures increased. [69,74] The adjusted ORs increased from 1.3, to 1.5 to 1.8 with <1000, 1000–10,000, and >10,000 lifetime applications. Overall, any exposure to talcum powder resulted in an OR of 1.5; direct perineal application had an OR of 1.7 (95% CI 1.1, 2.7), daily exposure had an OR of 1.8 (95% CI 1.1, 3.0) and women with an intact genital tract who were estimated to have had more than 10,000 applications during ovulating years had the highest risk (OR 2.8 95% CI 1.4, 5.4). This exposure was found in 14% of women with ovarian cancer. Penninkilampi [67],the most comprehensive of the systematic reviews, also showed a dose response where women with more than 3600 lifetime applications had slightly higher risks as did women who reported long-term (>10 years) talc use. In contrast, Whittemore [77] showed no dose response, and Booth [78] demonstrated the reverse—the higher the dose, the lower the risks. The data from reviewed studies were too diverse to summarize a dose-response relationship. The measures of exposure frequency and duration varied, and the studies used different thresholds for quantifying exposures. Further, the measures to quantify dose tended to be crude, making the response even more difficult to establish.

In summary, most but not all studies of talcum powder products and ovarian cancer show a dose response, but the results are inconsistent, and more importantly, are not considered or assessed in most of the published studies. A dose-response relationship is not required for causality and in large part because data were not consistently available, this factor does not weight heavily in my consideration. Further, this factor did not weight heavily in my considerations in that not all exposures will have a dose response, and some will indeed have a threshold effect. This is important here because asbestos is believed to exhibit a threshold, rather than a linear, dose-response.

F) Biologic Plausibility: Factors Linking Talc and Ovarian Cancer
The epidemiological evidence suggests a strong and positive association between exposure to talcum powder products and invasive ovarian cancer. However, epidemiological evidence alone does not provide a mechanism or pathophysiological process that accounts for the increased risk. Nor does the epidemiological evidence confirm the specific component or ingredient in talc powder products that is responsible for carcinogenesis. Nonetheless, the data are persuasive that particles contained in talcum powder reach the tubes and ovaries, inflammation initiate a  causal pathway, and that several components of talc powder products including asbestos, asbestiform fibers in talc, and heavy metals can contribute to the carcinogenicity of the products. This was a strong factor in my consideration of the evidence because there is extremely strong evidence that the components of talc powder products are known to be highly carcinogenic in other settings.

G)  Coherence and Consistency with Understood Biology

The guideline  of coherence is considered similar to biological plausibility. For both, the cause-and-effect explanation should be consistent with all knowledge available. For talcum powder and ovarian cancer, this consideration is easily satisfied.

H)  Experimental Evidence

The evidence in humans of the impact of talcum powder products exposure and ovarian cancer development is based on a large number of observational studies. Direct experimental evidence in the form of randomized controlled trials in humans is simply not possible to generate, for ethical reasons. The experimental evidence in humans that talc particles can migrate to the ovary and be incorporated into ovarian tissue is relevant to developing a causal model but does not directly prove that that exposure causes cancer. There is also human data relating to the inflammatory nature of ovarian cancer. There is compelling in vitro research delineating the inflammatory mechanism by which talcum powder causes cancer.  Animal studies showing inflammatory tissue effects and tumor formation with talcum powder exposure are also supportive.

I) Analogy

Bradford Hill implied that when evidence is strong of a causal relationship between a risk factor and disease, researchers should be more accepting of weaker evidence that a similar risk factor may cause a similar disease. Thus, analogy has been interpreted to mean that when one causal agent is known, the standards of evidence are lowered for a second causal agent that is similar. The strong evidence for the association between asbestos and lung cancer, and the chemical similarity between these minerals, as well as their fibrous nature, supports the analogy consideration and causal inference.

**Summary:  Consideration of Causality of Talc Powder Products and Ovarian Cancer using Bradford Hill**

In consideration of Bradford Hill, the clear strength of the association (A), remarkable consistency in the published literature across a large number of populations and research studies (B), temporality (D) considered in all of the published studies, and perhaps most importantly, biological plausibility (F) were the criteria that I considered of paramount importance when assessing the causality of exposures of talc powder products and epithelial ovarian cancer

**IX. Conclusion**

In conclusion, substantial evidence supports a strong, positive and causal association between ovarian cancer and genital exposure to talcum powder products. Regular exposure to talcum powder products causes ovarian cancer in some women. This opinion is based on my extensive review of the medical and scientific literature, my own independent meta-analysis of the data, and my experience and expertise in the areas of epidemiology and women's health, including ovarian cancer.

41

All opinions are made to a reasonable degree of medical and scientific certainty. I reserve the right to amend or supplement this report as new information becomes available.

### References

1. Torre LA, Trabert B, DeSantis CE, et al. Ovarian cancer statistics, 2018. *CA Cancer J Clin.* 2018;68(4):284-296.

2. SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Https://Seer.cancer.gov/csr/1975_2015/, based on November 2017 SEER data submission, posted to the SEER web site, April 2018. 2018.

3. Yang M, Li X, Chun-Hong P, Lin-Ping H. Pure mucinous breast carcinoma: a favorable subtype. *Breast Care (Basel).* 2013;8(1):56-59.

4. Lee KR, Nucci MR. Ovarian mucinous and mixed epithelial carcinomas of mullerian (endocervical-like) type: a clinicopathologic analysis of four cases of an uncommon variant associated with endometriosis. *Int J Gynecol Pathol.* 2003;22(1):42-51.

5. Wentzensen N, Poole EM, Trabert B, et al. Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology.* 2016;34(24):2888-2898.

6. Bolton KL, Ganda C, Berchuck A, Pharaoh PD, Gayther SA. Role of common genetic variants in ovarian cancer susceptibility and outcome: progress to date from the Ovarian Cancer Association Consortium (OCAC). *Journal of internal medicine.* 2012;271(4):366-378.

7. Weissman SM, Weiss SM, Newlin AC. Genetic testing by cancer site: ovary. *Cancer journal (Sudbury, Mass).* 2012;18(4):320-327.

8. Hunn J, Rodriguez GC. Ovarian cancer: etiology, risk factors, and epidemiology. *Clinical obstetrics and gynecology.* 2012;55(1):3-23.

9. Pal T, Akbari MR, Sun P, et al. Frequency of mutations in mismatch repair genes in a population-based study of women with ovarian cancer. *British journal of cancer.* 2012;107(10):1783-1790.

10. Gayther SA, Pharoah PD. The inherited genetics of ovarian and endometrial cancer. *Current opinion in genetics & development.* 2010;20(3):231-238.

11. Lacey JV, Jr., Brinton LA, Leitzmann MF, et al. Menopausal hormone therapy and ovarian cancer risk in the National Institutes of Health-AARP Diet and Health Study Cohort. *Journal of the National Cancer Institute.* 2006;98(19):1397-1405.

12. Trabert B, Wentzensen N, Yang HP, et al. Ovarian cancer and menopausal hormone therapy in the NIH-AARP diet and health study. *British journal of cancer.* 2012;107(7):1181-1187.

13. Lahmann PH, Cust AE, Friedenreich CM, et al. Anthropometric measures and epithelial ovarian cancer risk in the European Prospective Investigation into Cancer and Nutrition. *International journal of cancer.* 2010;126(10):2404-2415.

14. Jordan SJ, Siskind V, A CG, Whiteman DC, Webb PM. Breastfeeding and risk of epithelial ovarian cancer. *Cancer causes & control : CCC.* 2010;21(1):109-116.

15. Garg PP, Kerlikowske K, Subak L, Grady D. Hormone replacement therapy and the risk of epithelial ovarian carcinoma: a meta-analysis. *Obstetrics and gynecology.* 1998;92(3):472-479.

16. Lacey JV, Jr., Mink PJ, Lubin JH, et al. Menopausal hormone replacement therapy and risk of ovarian cancer. *Jama.* 2002;288(3):334-341.

17. Seidman JD RP, Kurman RJ. . Surface epithelial tumors of the ovary. In: Kurman RJ, ed. Blaustein's Pathology of the Female Genital Tract. 5th ed. New York: Springer-Verlag; 2002:791–904.

18. Faber MT, Jensen A, Frederiksen K, et al. Oral contraceptive use and impact of cumulative intake of estrogen and progestin on risk of ovarian cancer. *Cancer causes & control : CCC.* 2013;24(12):2197-2206.

19. Faber MT, Kjaer SK, Dehlendorff C, et al. Cigarette smoking and risk of ovarian cancer: a pooled analysis of 21 case-control studies. *Cancer causes & control : CCC.* 2013;24(5):989-1004.

20. Risch HA, Marrett LD, Jain M, Howe GR. Differences in risk factors for epithelial ovarian cancer by histologic type. Results of a case-control study. *American journal of epidemiology.* 1996;144(4):363-372.

21. Purdie D, Green A, Bain C, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *International journal of cancer.* 1995;62(6):678-684.

22. Purdie DM, Bain CJ, Siskind V, Webb PM, Green AC. Ovulation and risk of epithelial ovarian cancer. *International journal of cancer.* 2003;104(2):228-232.

23. Kurian AW, Balise RR, McGuire V, Whittemore AS. Histologic types of epithelial ovarian cancer: have they different risk factors? *Gynecologic oncology.* 2005;96(2):520-530.

24. Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. *American journal of epidemiology.* 2010;171(1):45-53.

25. Gilks CB. Molecular abnormalities in ovarian cancer subtypes other than high-grade serous carcinoma. *Journal of oncology.* 2010;2010:740968.

26. Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? *Lancet (London, England).* 2001;357(9255):539-545.

27. Coussens LM, Werb Z. Inflammation and cancer. *Nature.* 2002;420(6917):860-867.

28. Crusz SM, Balkwill FR. Inflammation and cancer: advances and new agents. *Nature reviews Clinical oncology.* 2015;12(10):584-596.

29. Reuter S, Gupta SC, Chaturvedi MM, Aggarwal BB. Oxidative stress, inflammation, and cancer: how are they linked? *Free radical biology & medicine.* 2010;49(11):1603-1616.

30. Fernandes JV, Cobucci RN, Jatoba CA, Fernandes TA, de Azevedo JW, de Araujo JM. The role of the mediators of inflammation in cancer development. *Pathology oncology research : POR.* 2015;21(3):527-534.

31. Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecologic oncology.* 2017;145(3):595-602.

32. Saed GM MR, Fletcher NM. New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress. *In press*

33. Saed GM, Ali-Fehmi R, Jiang ZL, et al. Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer. *Gynecologic oncology.* 2010;116(2):276-281.

34. Saed GM, Fletcher NM, Diamond MP, Morris RT, Gomez-Lopez N, Memaj I. Novel expression of CD11b in epithelial ovarian cancer: Potential therapeutic target. *Gynecologic oncology.* 2018;148(3):567-575.

35. Shan W, Liu J. Inflammation: a hidden path to breaking the spell of ovarian cancer. *Cell cycle (Georgetown, Tex).* 2009;8(19):3107-3111.

36. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology (Cambridge, Mass).* 2000;11(2):111-117.

37. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *Journal of the National Cancer Institute.* 1999;91(17):1459-1467.

38.   Freedman RS, Deavers M, Liu J, Wang E. Peritoneal inflammation - A microenvironment for Epithelial Ovarian Cancer (EOC). *Journal of translational medicine.* 2004;2(1):23.

39.   Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw.* 1971;78(3):266-272.

40.   Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. *Cancer.* 1982;50(2):372-376.

41.   Rohl AN, Langer AM, Selikoff IJ, et al. Consumer talcums and powders: mineral and chemical characterization. *Journal of toxicology and environmental health.* 1976;2(2):255-284.

42.   Zazenski R, Ashton WH, Briggs D, et al. Talc: occurrence, characterization, and consumer applications. *Regulatory toxicology and pharmacology : RTP.* 1995;21(2):218-229.

43.   Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. *Environmental health perspectives.* 1991;94:225-230.

44.   Carbon black, titanium dioxide, and talc. *IARC monographs on the evaluation of carcinogenic risks to humans.* 2010;93:1-413.

45.   Longo. Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos, Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (August 2, 2017). 2017.

46.   Longo. Below the Waist Application of Johnson & Johnson Baby Powder. Longo, William E., Mark W. Rigler, and William B. Egeland. Materials Analytical Service, LLC, September 2017. 2017.

47.   Longo. Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Nov. 12, 2018). 2018.

48.   Longo R. TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos, Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (Feb. 16, 2018).

49.   Arsenic, metals, fibres, and dusts. *IARC monographs on the evaluation of carcinogenic risks to humans.* 2012;100(Pt C):11-465.

50.   Acheson ED, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. *British journal of industrial medicine.* 1982;39(4):344-348.

51.   Wignall BK, Fox AJ. Mortality of female gas mask assemblers. *British journal of industrial medicine.* 1982;39(1):34-38.

52.   Germani D, Belli S, Bruno C, et al. Cohort mortality study of women compensated for asbestosis in Italy. *American journal of industrial medicine.* 1999;36(1):129-134.

53.   Berry G, Newhouse ML, Wagner JC. Mortality from all cancers of asbestos factory workers in east London 1933-80. *Occupational and environmental medicine.* 2000;57(11):782-785.

54.   Magnani C, Ferrante D, Barone-Adesi F, et al. Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers. *Occupational and environmental medicine.* 2008;65(3):164-170.

55.   Reid A, Heyworth J, de Klerk N, Musk AW. The mortality of women exposed environmentally and domestically to blue asbestos at Wittenoom, Western Australia. *Occupational and environmental medicine.* 2008;65(11):743-749.

56.   Vasama-Neuvonen K, Pukkala E, Paakkulainen H, et al. Ovarian cancer and occupational exposures in Finland. *American journal of industrial medicine.* 1999;36(1):83-89.

57.   Langseth H, Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scandinavian journal of work, environment & health.* 2004;30(5):356-361.

58.   Pira E, Pelucchi C, Buffoni L, et al. Cancer mortality in a cohort of asbestos textile workers. *British journal of cancer.* 2005;92(3):580-586.

59.   Camargo MC, Stayner LT, Straif K, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. *Environmental health perspectives.* 2011;119(9):1211-1217.

60.   Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *American journal of obstetrics and gynecology.* 1996;174(5):1507-1510.

61.   Baan R, Straif K, Grosse Y, et al. Carcinogenicity of carbon black, titanium dioxide, and talc. *Lancet Oncol.* 2006;7(4):295-296.

62.   *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 86, Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide* 2006.

63.   Crowley. Expert Report of Michael Crowley, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Nov. 12, 2018). 2018.

64.   Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *Journal of the National Cancer Institute.* 2000;92(3):249-252.

65.   Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. *Journal of the National Cancer Institute.* 2014;106(9).

66.   Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, Talc Use, and Risk of Ovarian Cancer. *Epidemiology (Cambridge, Mass).* 2016;27(6):797-802.

67.   Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. *Epidemiology (Cambridge, Mass).* 2018;29(1):41-49.

68.   Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. *European journal of cancer prevention : the official journal of the European Cancer Prevention Organisation (ECP).* 2018;27(3):248-257.

69.   Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer prevention research (Philadelphia, Pa).* 2013;6(8):811-821.

70.   Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *Journal of epidemiology and community health.* 2008;62(4):358-360.

71.   Huncharek M, Muscat J, Onitilo A, Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. *European journal of cancer prevention : the official journal of the European Cancer Prevention Organisation (ECP).* 2007;16(5):422-429.

72.   Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer research.* 2003;23(2c):1955-1960.

73.   Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *Journal of exposure analysis and environmental epidemiology.* 1995;5(2):181-195.

74.   Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstetrics and gynecology.* 1992;80(1):19-26.

75.   Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. *Epidemiology (Cambridge, Mass).* 2016;27(3):334-346.

76.   Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. *Jama.* 1983;250(14):1844.

77.   Whittemore AS, Wu ML, Paffenbarger RS, Jr., et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *American journal of epidemiology.* 1988;128(6):1228-1240.

78.     Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. *British journal of cancer.* 1989;60(4):592-598.

79.     Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *American journal of epidemiology.* 1989;130(2):390-394.

80.     Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. *International journal of epidemiology.* 1992;21(1):23-29.

81.     Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecologic oncology.* 1992;45(1):20-25.

82.     Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *International journal of cancer.* 1993;55(3):408-410.

83.     Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. *Fertility and sterility.* 1996;65(1):13-18.

84.     Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer.* 1997;79(12):2396-2401.

85.     Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *American journal of epidemiology.* 1997;145(5):459-465.

86.     Green A, Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *International journal of cancer.* 1997;71(6):948-951.

87.     Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *American journal of obstetrics and gynecology.* 1998;179(2):403-410.

88.     Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *International journal of cancer.* 1999;81(3):351-356.

89.     Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstetrics and gynecology.* 1999;93(3):372-376.

90.     Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *International journal of cancer.* 2004;112(3):458-464.

91.     Goodman MT, Lurie G, Thompson PJ, McDuffie KE, Carney ME. Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. *Endocr Relat Cancer.* 2008;15(4):1055-1060.

92.     Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *International journal of cancer.* 2008;122(1):170-176.

93.     Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian cancer risk factors in African-American and white women. *American journal of epidemiology.* 2009;170(5):598-606.

94.     Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. *International journal of cancer.* 2009;124(6):1409-1415.

95.     Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer causes & control : CCC.* 2011;22(5):737-742.

96.     Lo-Ciganic W-H, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, Ness RB. Aspirin, Non-Aspirin Nonsteroidal Anti-inflammatory Drugs, or Acetaminophen and risk of ovarian cancer. *Epidemiology (Cambridge, Mass).* 2012;23(2):311-319.

97.    Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology.* 2012;21(8):1282-1292.

98.    Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. *Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology.* 2015;24(7):1094-1100.

99.    Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). *Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology.* 2016;25(10):1411-1417.

100.   Heller DS, Gordon RE, Westhoff C, Gerber S. Asbestos exposure and ovarian fiber burden. *American journal of industrial medicine.* 1996;29(5):435-439.

101.   Egli GE, Newton M. The Transport of Carbon Particles in the Human Female Reproductive Tract. *Fertility and sterility.* 1961;12(2):151-155.

102.   Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. *Human reproduction (Oxford, England).* 2004;19(4):991-995.

103.   Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *South African medical journal = Suid-Afrikaanse tydskrif vir geneeskunde.* 1979;55(23):917-919.

104.   RE J. Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In Human Reproductive Biology, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X. MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD (April 28, 2017).

105.   Fedak KM, Bernal A, Capshaw ZA, Gross S. Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology. *Emerging themes in epidemiology.* 2015;12:14.

# Exhibit A

## CURRICULUM VITAE
## REBECCA SMITH-BINDMAN, MD

**Title**      Professor, Radiology and Biomedical Imaging, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Sciences, Phillip R. Lee Institute for Health Policy Director, Radiology Outcomes Research Lab, University of California San Francisco

**Address:**      Department of Radiology and Biomedical Imaging
350 Parnassus Ave, Suite 307
San Francisco, CA 94117
Voice: 415 353-4946**;** Fax: 415 353-2790
Email: Rebecca.Smith-Bindman@ucsf.edu

## EDUCATION

| | | | |
|---|---|---|---|
| 1980 - 1985 | Princeton University | BSE | Engineering / Architecture |
| 1985 - 1986 | Columbia University | | Post Bacc Pre-Med |
| 1987 - 1991 | University of California, San Francisco | MD | Medicine |
| 1991 - 1992 | University of California, San Francisco | Intern | Pathology |
| 1992 - 1996 | University of California, San Francisco | Resident | Radiology |
| 1996 - 1997 | University of California, San Francisco | Clinical Instructor | Radiology, Ultrasound |
| 1996 - 1998 | University of California, San Francisco | Fellow | Epidemiology & Biostatistics |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1992 | California Medical License # G76462 |
| 1993 | California X-ray Supervisor and Operator License RHL 143658 |
| 1996 | Board Certification, American Board of Radiology |

## PRINCIPAL POSITIONS HELD

| | | |
|---|---|---|
| 1998 - 2003 | UCSF, Radiology and Biomedical Imaging, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Sciences | Assistant Professor |
| 2003 - 2009 | UCSF, Radiology and Biomedical Imaging, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Sciences | Associate Professor |
| 2009 - current | UCSF, Radiology and Biomedical Imaging, Epidemiology and Biostatistics, Obstetrics, Gynecology and Reproductive Sciences | Professor |
| 2014 - current | UCSF, Phillip R. Lee Institute for Health Policy Studies | Member |
| 2000 - current | UCSF, Radiology Outcomes Research Lab | Director |

**OTHER POSITIONS HELD CONCURRENTLY**

| | | |
|---|---|---|
| 1999 - 2000 | St Bartholomew's and The Royal London School of Medicine | Research Fellow |
| 2009 - 2010 | NIH, National Cancer Institute, Radiation Epidemiology Branch | Research Scientist |

**HONORS AND AWARDS**

| | |
|---|---|
| 1985 | Cum laude, Princeton University |
| 1985 | Senior Thesis Prize, Princeton University |
| 1991 | Student Summer Research Fellowship, Institute for Health Policy Studies, UCSF |
| 1999, 2000 | Nycomed Amersham Fellow, Radiologic Society of North America |
| 2007 | Nomination, Clinical Research Mentor of the Year, Bay Area Symposium on Clinical Research |
| 2010 | Nomination, CTSI Consultant of the Year, Impact Award |
| 2010 | Scientific Paper of the Year, Minnies, Auntminnie.com |
| 2010 | Finalist, Most Influential Radiology Researcher, Minnies, Auntminnie.com |
| 2011 | Leader in Imaging, Auntminnie.com |
| 2012 | Finalist, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2012 | Semifinalist, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2012 | Winner, UCSF Center for Health Care Value, Medical Center Initiative, Innovation Award |
| 2013 | Finalist, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2013 | Runner-up, Scientific Paper of the Year, Auntminnie.com, Minnies |
| 2013 | Paper honored as 1 of the top 10 publications Funded by NCI's Epidemiology and Genomics Research Program |
| 2014 | Invited Editor, J of the American College of Radiology, March 2014, Radiation Dose Optimization |
| 2014 | Among Philip R. Lee Institute for Health Policy Studies faculty videos on UCTV, "Is Medical Imaging Harmful to Health: Opportunities to Influence Health Policy", most popular, N = 409,937 |
| 2015 | Academy of Radiology Research, Distinguished Investigator Award |
| 2015 | Election to Fellowship, Society of Radiologists in Ultrasound |

**KEYWORDS AND AREAS OF INTEREST**

Health Services Research, Outcomes Research, Disparities Research, Women's Imaging, Comparative Effectiveness Research, Quality Improvement, Dissemination and Implementation Sciences, Evidenced Based Radiology, Assessment of Population Impact of Screening Tests, Radiation Associated with Medical Imaging, Radiation as an Environmental Cause of Cancer, Management of Incidental Findings on Diagnostic Testing

## OVERVIEW

### Narrative

Dr. Smith-Bindman is a clinical researcher with expertise in health services research, epidemiology, outcomes research, comparative effectiveness research, and dissemination and implementation sciences focused on diagnostic imaging.  Her research has focused on evaluating the quality, utilization, accuracy, predictive values and impact of diagnostic testing on patient health, and has quantified both the risks and benefits of medical imaging when used in different contexts and by different populations. One area of focus has been on evaluating racial and ethnic differences in access and utilization of screening mammography and how that contributes to higher breast cancer mortality among African American women, and on factors that influence the quality and access to screening among vulnerable populations (see references 33, 34, 37, 43, 46, 48, 61, 67 at the end of CV). A separate area of focus has been on quantified the variation in radiation dose associated with medical imaging across patients and institutions, and quantified the impact of radiation, particularly from computed tomography, as an environmental carcinogen. (see references 53, 58, 60, 62, 65, 68, 69, 72, 76, 78, 79., 81, 87, 89, 91, 97, 102, 107.)   Separate from her research activities, she has been actively involved in translating evidence into changes in practice and policy. She has *informed policy leaders, practitioners and the public about* the safety concerns surrounding the use of radiation in imaging by describing the issue in main stream media, testifying before the US Congress, and by advising the FDA, The Joint Commission, the International Atomic Energy Agency, the International Council on Radiation Protection and leading professional societies.  She has also written quality measures focused on radiation safety, and her work has resulted in organizations which monitor health care quality to adopt measures of diagnostic imaging safety.

### Significant Publications

1. **Smith-Bindman** et al. Ultrasound vs Computed Tomography for Suspected Nephrolithiasis NEJM.  2014; 371:1100-10

2. Miglioretti DL, Johnson E, William SA, Grenlee RT, Weinmann S, Solberg LI, Feigelson HS, Roblin D, Flynn MJ, Vanneman N, **Smith-Bindman R**. The use of computed tomography in pediatrics and the associated radiation exposure and estimated cancer risk. JAMA Pediatr. 2013 167 (88): 700-7

3. **Smith-Bindman R**, et al.  Risk of Thyroid Cancer based on Thyroid Ultrasound Imaging Characteristic: Result of A Population Based-Study. JAMA Internal Medicine. 2013 173(19):1788-96

4. **Smith-Bindman R.** Appendix F. Ionizing Radiation Exposure to the US Population, with a Focus on Radiation from Medical Imaging, included in Breast and the Environment: A Life Course Approach. The Institute of Medicine. March 20 2012

5. **Smith-Bindman R et al.** Radiation dose associated with common computed tomography examinations and the associated lifetime attributable risk of cancer. JAMA Internal Medicine 2009;169(22):2078-86

6. Curtis E, Quale C, Haggstrom D, **Smith-Bindman R**. Racial and Ethnic Differences in Breast Cancer Survival: How Much Is Explained By Screening, Tumor Severity, Biology, Treatment, and Co-morbidities. Cancer 2008 112(1):171

7. Goldman L, Haneuse S, Miglioretti D, Kerlikoswke K, Buist D, Yankaskas B, **Smith-Bindman R**, An assessment of the quality of mammography care at facilities treating medically vulnerable populations Medical Care 2008 46(7):701-8.

8. **Smith-Bindman et al.**  Does Utilization of Screening Mammography Explain Racial and Ethnic Differences in Breast Cancer? Ann Intern Med, 2006; 144(8):541-53

9. Haggstrom DA, Quale C, **Smith-Bindman R**. Differences in the Quality of Breast Cancer Care Among Vulnerable Populations. Cancer. 2005 Dec 1;104(11):2347-58.

10. **Smith-Bindman, R,** et al Endovaginal ultrasound to evaluate endometrial abnormalities. JAMA 1999;281:1693-4

**PROFESSIONAL ACTIVITIES**

**CLINICAL**

Attending physician, Ultrasound Section, Department of Radiology and Biomedical Imaging, UCSF, 25%. Includes supervised instruction of residents and fellows. My teaching focuses on how to use evidence to help inform interpretation of clinical examinations.

**PROFESSIONAL ORGANIZATIONS**

Memberships

| | |
|---|---|
| 1997 - 2018 | Society of Radiologists in Ultrasound (SRU) |
| 1997 - 2018 | Radiology Alliance for Health Services Research in Radiology (RAHSR) |
| 2013 - 2018 | American College of Radiology (ACR) |
| 2014 - 2018 | American Roentgen Ray Society (ARRS) |
| 2014 - 2018 | Association of University Radiologists (AUR) |

Service to Professional Organizations (selected)

| | |
|---|---|
| 2010 - 2011 | American Board of Medical Specialties, American Board of Radiology, American College of Radiology, and Physician Consortium for Performance Improvements. Patient Radiation Dose Work Group |
| 2011 - 2012 | Institute of Medicine Committee on Breast Cancer and the Environment, commissioned report "Temporal Changes in Ionizing Radiation and Estimate of Contributions to Breast Cancer," contributing author |
| 2012 | Centers for Disease Control and Prevention, Cancer Prevention Work Group |
| 2012 - 2014 | The Joint Commission, Diagnostic Ionizing Radiation and Magnetic Resonance work group focused on issues of safety and guideline development |
| 2012 - Present | International Council on Radiation Protection (ICRP) Task Group #79 on Defining Effective Dose Use in Medicine |
| 2014 | International Atomic Energy Agency (IAEA) United Nations General Assembly and Security Council. Special Committee Considering Population Impact of Low Dose Radiation |
| 2015 | Council of Distinguished Investigators of the Academy of Radiology Research |

Service to Professional Publications (selected)

| | |
|---|---|
| 2000 - 2018 | Journal of the American Medical Association (JAMA) |
| 2000 - 2018 | JAMA Internal Medicine |
| 2000 - 2018 | New England Journal of Medicine (NEJM) |
| 2000 - 2018 | Radiology |
| 2000 - 2018 | American Journal of Radiology |
| 2000 - 2011 | Journal of the National Cancer Institute |
| 2000 - 2011 | Health Affairs |

4

| | |
|---|---|
| 2000 - 2015 | Health Services Research |
| 2000 - 2010 | American Journal of Obstetrics & Gynecology |
| 2000 - 2010 | American Journal of Public Health |
| 2000 - 2010 | Annals of Internal Medicine |
| 2000 - 2010 | Journal of Medical Screening |
| 2000 - 2010 | Journal of Women's Health |
| 2000 - 2010 | Medical Care |
| 2000 - 2010 | Medical Decision Making |
| 2000 - 2010 | Obstetrics and Gynecology |
| 2000 - 2010 | Ultrasound in Obstetrics & Gynecology |

## INVITED PRESENTATIONS

<u>International</u>

| | |
|---|---|
| 2001 | US - UK Cancer Learning Network, Deprivation and Cancer, *London, United Kingdom* |
| 2001 | British Society of Human Genetics, Prenatal Screening for Down syndrome in England and Wales and Birth Outcomes, *London, United Kingdom* |
| 2002 | Global Summit on Mammographic Screening, Europe Institute of Oncology, U.S.-U.K. Comparison of Screening Mammography, *Milan, Italy* |
| 2005 | University of Copenhagen, Does Practice Make Perfect; Association Between Volume and Accuracy of Mammography, *Copenhagen, Denmark* |
| 2006 | International Society for Prenatal Diagnosis, Prenatal Screening for Down syndrome in The Second Trimester of Pregnancy, *Kyoto, Japan* |
| 2009 | Canadian Breast Cancer Foundation, Forum on the Earlier Detection and Diagnosis of Breast Cancer, *Toronto, Canada* |
| 2010 | Nation Cancer Research Institute (NCRI), Risk of Cancer from Computed Tomography Examinations, *Liverpool, United Kingdom* |
| 2013 | Bach Mai University Hospital, Radiation for Medical Imaging: A Hidden Epidemic, *Hanoi, Vietnam* |
| 2014 | International Atomic Energy Agency (IAEA), Health Effects of Exposure to Low Dose Ionizing Radiation Associated with Medical Imaging, *Vienna, Austria* |
| 2014 | Korea College of Radiology, Tracking and Monitoring Radiation Dose and Its Impact Across the University of California Medical Centers and CT Radiation Doses Are Not What You Think: Why It's Important to Monitor and Track Dose Seoul, Republic of Korea |
| 2016 | International Atomic Energy Agency (IAEA), Exposure to low dose ionizing radiation from medical imaging and the health effects from these exposures. International Atomic Energy Agency. Technical Meeting on Science, Technology and Society Perspectives on Nuclear Science, Radiation and Human Health: The View from Asia, Singapore University |
| 2016 | University of North Carolina School of Medicine, Chapill Hill, NC, Radiology Department Grand Rounds , Diagnostic Imaging: Increasing Effectiveness and Safety Radiation From Medical Imaging, |

2016    Singapore General Hospital, Singapore. Radiology Grand Rounds. Visualizing Patients and Their Dose to Improve Health Care Quality,

2016    St Luke's International Hospital, Tokyo, Japan. Hospital-wide grand rounds, Radiation from Medical imaging: A Hidden Epidemic.

2017    Childhood Leukemia International Consortium, Annual Meeting, Minneapolis, Minnesota, Estimating Radiation Exposure from Imaging Procedures

2017    Charity Hospital, Berlin, Germany. Radiology Grand Rounds, Radiation from Medical Imaging: A Hidden Epidemic

2017    Charity Hospital, Berlin, Germany, Imaging for Suspected Nephrolithiasis: Results from the Randomized Controlled Trial

2017    University Hospital, Basel, Switzerland, Radiology Grand Rounds. A Dose of Reality: The Need for Active CT Dose Management

2017    Center for Diagnostic Imaging Quality Institute Council of Medical Directors, Scottsdale, AZ Keynote: Radiation from Medical Imaging

2017    The Leap Frog Group Pediatric Computed Tomography Radiation Dose

2017    PCORI Advisory Panel on Communication and Dissemination Research Presentation UCSF CT Radiation Dose Registry to Ensure a Patient-Centered Approach for Imaging

2017    American Urological Association (AUA) Quality Improvement Summit, Baltimore Maryland Keynote Address. Imaging Wisely: Improving the Value of Medical Imaging

2018    Jakarta Radiology Society, Jakarta Indonesia. Dose Optimization Implementation to achieve better radiology service in HospitalKeynote Addresses: Radiation from Medical Imaging: A Hidden Epidemic and Optimizing Radiation Doses for CT

2018    Westmead Hospital Sydney Australia. Radiology Grand Rounds. Radiation from Medical Imaging: A Hidden Epidemic

2018    Westmead Childrends Hospital, Sydney Australia. Optiizing Radiation Doses For Pediatric CT

National

2000    American College of Medical Genetics

2000    Society of Radiologists in Ultrasound

2000    Society for Health Services Research in Radiology

2001    Society of Radiologists in Ultrasound Annual Meeting

| | |
|---|---|
| 2001 | Society for Health Services Research in Radiology |
| 2002 | Society of Radiologists in Ultrasound |
| 2003 | Breast Cancer Surveillance Consortium |
| 2003 | Society of Radiologists in Ultrasound |
| 2003 | Centers for Disease Control and Prevention |
| 2003 | RSNA 88th Scientific Assembly and Annual Meeting |
| 2004 | Institute of Medicine (IOM): Saving Women's Lives |
| 2004 | Breast Cancer Surveillance Consortium |
| 2005 | Improving Mammographic Quality Standards Institute of Medicine (IOM) |
| 2006 | Beth Israel Deaconess Medical Center, Grand Rounds |
| 2006 | National Institute Child Health and Human Development |
| 2007 | National Cancer Institute, National Institute of Health  (x2) |
| 2008 | Mount Sinai Urban Health Institute; Metro Chicago Breast Cancer Taskforce, Partnerships in Translation: Advancing Research and Clinical Care |
| 2008 | University of Washington, Seattle, Washington, Grand Rounds, and Visiting Professor, |
| 2008 | HMO Research Network Conference (4th annual), Danville, Pennsylvania |
| 2009 | Society of Radiologists in Ultrasound, National Conference on Management of Ovarian Cysts |
| 2009 | Canadian Forum for the Earlier Detection and Diagnosis of Breast Cancer |
| 2010 | Center for Disease Control & Prevention, Annual Cancer Registry Meeting, Atlanta, Georgia |
| 2010 | HMO Research Network conference, Emerging Frontier in Healthcare, Research Delivery, Austin, Texas |
| 2010 | National Council on Radiation Protection (NCRP), Communication of Radiation Benefits and Risks in Decision Making |
| 2010 | National Cancer Institute, Board of Scientific Advisors, Bethesda, Maryland |
| 2010 | American Statistical Association Conference on Radiation Health, Annapolis, Maryland |
| 2010 | Breast Cancer Surveillance Consortium Annual Meeting, Washington, D.C. |
| 2010 | Kaiser Permanente: National Radiology Leadership Group, held at the RSNA, Chicago, IL |
| 2011 | Cleveland Clinic, Health Care Quality Innovation, Cleveland, Ohio |
| 2011 | Auntminnie.com, Live WebEx Conference RADEXPO 2011 |
| 2011 | University of New Mexico, Visiting Professor, External Reviewer, Resident Research Day |
| 2011 | Oregon Health Sciences University, Department of Emergency Medicine, Grand Rounds |
| 2012 | Society for Imaging Informatics for Medicine (SIIM), San Francisco, CA |
| 2012 | Brown University, Grand Rounds, Emergency Medicine, RI Hospital, Providence, RI |
| 2012 | Society for Imaging Informatics in Medicine (SIIM), Los Angeles, CA |

| | |
|---|---|
| 2012 | PharmMed OUT, Georgetown University, Washington, DC |
| 2012 | Agency for Healthcare Research and Quality, Rockville, MD |
| 2012 | Radiology Society of North America, expert witness in full day mock trial focused on radiation safety and whether radiologists need to communicate risks to patients, Chicago, IL |
| 2012 | University of Pennsylvania, Grand Rounds, Emergency Medicine, Philadelphia, PA |
| 2013 | Radiology Society of North America (RSNA), Controversies Session, CT Radiation and Risk: How Certain Are We of the Uncertainty? Chicago, IL |
| 2013 | American Cancer Society, Doc Talk Lecture Series |
| 2013 | Association of University Radiologists (AUR), Comparative Effectiveness and Patient-centered Outcomes Research, Los Angeles, CA |
| 2014 | Cancer.net Podcast, "CT Scans and Cancer Risk", Available Online at http://www.cancer.net/blog/2014-10/ct-scans-and-cancer-risk |
| 2014 | Oregon Chapter, American College of Emergency Physicians, Portland, Oregon |
| 2015 | Women in Government Foundation (non-profit, non-partisan organization of all U.S. female state legislators) Diagnostic Imaging. Increasing Its Effectiveness and Safety, at 16th Annual Southern & Eastern Regional Conference, Charleston S Carolina |
| 2016 | Lindeberger Cancer Center, University of North Carolina, Chappil Hill NC, Radiation From Medical Imaging: A Hidden Epidemic |
| 2017 | American Urological Association (AUA) Quality Improvement Summit, Baltimore Maryland Keynote Address.  Imaging Wisely: Improving the Value of Medical Imaging |

Regional Presentations (selected)

| | |
|---|---|
| 2000 | Kaiser Permanente Department of Genetics, Oakland CA |
| 2001 | San Francisco State University, SF CA |
| 2001 | UCSF, San Francisco General Hospital, Department of Medicine, Grand Rounds |
| 2001 | American College of Obstetrics and Gynecology |
| 2002 | UCSF Breast Oncology Program Comprehensive Cancer Center Grand Rounds |
| 2003 | UCSF Obstetrics and Gynecology Grand Rounds, SF CA |
| 2004 | UCSF Multi-Department Symposium. Racial Disparity and Breast Cancer, SF CA |
| 2004 | UCSF Quality of Breast Cancer Care Symposium, SF CA |
| 2005 | Sisters Network, San Francisco (African American Advocacy Organization) |
| 2005 | Stanford University, Department of Health Research and Policy, Grand Rounds, Palo Alto CA |
| 2006 | UCSF, Lunch and Learn: San Francisco Community Outreach, SF CA |
| 2006 | Bay Area Health Care and Quality Outcomes, San Francisco, CA |
| 2007 | California Breast Cancer Research Symposium, Los Angeles, CA |
| 2010 | Bay Area Clinical Research Symposium, Plenary Speaker, San Francisco CA |

| | |
|---|---|
| 2011 | UCSF Department of Medicine Grand Rounds, San Francisco, CA |
| 2011 | San Francisco General Hospital Department of Medicine, Grand Rounds, San Francisco, CA |
| 2011 | UCSF, Department of Urology Grand Rounds, San Francisco, CA |
| 2011 | UCSF Department of Radiology Grand Rounds, San Francisco, CA |
| 2011 | Eden Hospital, Department of Medicine Grand Rounds, Alameda, CA |
| 2011 | Stanford Hospital, Department of Medicine, Grand Rounds, Palo Alto, CA |
| 2011 | Kaiser Permanente Medical Center, Multi-departmental Grand Rounds, San Francisco, CA |
| 2011 | UCSF Institute for Health Policy Studies, San Francisco, CA. |
| 2012 | Kaiser Permanente Medical Center, Grand Rounds, San Francisco, CA |
| 2012 | Kaiser Permanente Medical Center, Grand Rounds, Oakland, CA |
| 2012 | Massachusetts General Hospital, Department of Emergency Medicine, Grand Rounds Boston, |
| 2012 | Beth Israel Hospital, Department of Emergency Medicine Grand Rounds, Boston, MA |
| 2012 | Univ. of California Office of the President, Quality Improvement and Technology, Oakland, CA |
| 2012 | UCSF, Department of Radiation Oncology, Grand Rounds, |
| 2012 | Southern California Kaiser Radiology Chiefs Grand Rounds, |
| 2014 | UCSF, Endocrine Grand Rounds, San Francisco, CA |
| 2015 | California Society of Radiology Technologists, Annual Meeting, San Francisco, CA Keynote Address. Radiation from CT: A Hidden Epidemic. Strategies to minimize doses: What technologists can do? |
| 2016 | Society of Radiology in Ultrasound, Annual Meeting, Baltimore Maryland.  Risk of Thyroid Cancer Based on Thyroid Ultrasound Imaging Characteristics |
| 2016 | UCSF, Breast Oncology Program, Radiation from Medical Imaging: A Hidden Epidemic and Approaches for Improving. |
| 2016 | UCSF Mini-Medical School Radiation Safety and Medical Imaging |
| 2017 | University of California Davis, Radiology Grand Rounds, Radiation from Medical Imaging; A Hidden Epidemic |
| 2017 | UCSF: Stand Up for Science: Panel Discussant |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE (selected)

| | |
|---|---|
| 2002 - 2003 | CDC, National Breast and Cervical Cancer Early Detection Program, Planning Committee |
| 2002 - 2005 | Cochrane Collaboration Screening and Diagnostic Tests, Methods Working Group |
| 2003 - 2003 | Radiology National Boards, Examination Question Writer |
| 2003 - 2010 | National Cancer Institute, Physician Data Query (PDQ) |

| | |
|---|---|
| 2004 - 2005 | CDC, National Breast and Cervical Cancer Early Detection Program, Panelist, Committee on Assessment of Covered Benefits, Expert |
| 2007 - 2010 | California Health Benefits Review Program (CHBRP) |
| 2008 - 2011 | Center for Scientific Review, NIH, Health Services Organization and Delivery Study Section |
| 2010 - 2011 | American Board of Medical Specialties, American Board of Radiology, American College of Radiology, and Physician Consortium for Performance Improvements. Patient Radiation Dose Work Group |
| 2010 | Congressional Hearing, US House of Representatives, Energy and Commerce, Subcommittee on Health. Medical Radiation: An Overview of the Issues. Expert Witness |
| 2010 | Food and Drug Administration, Center for Devices & Radiological Health, National Meeting Focus on Radiation Safety, Presenter |
| 2010 - 2011 | National Quality Forum, Imaging Efficiently Steering Committee |
| 2011 - 2012 | Institute of Medicine Committee on Breast Cancer and the Environment, commissioned report "Temporal Changes in Ionizing Radiation and Estimate of Contributions to Breast Cancer," contributing author |
| 2010 - 2011 | Lung Cancer Screening with CT Evidence Review Committee. Multidisciplinary collaboration, including American Cancer Society, American College of Chest Physicians; American Society of Clinical Oncology & The National Comprehensive Cancer Network |
| 2011 - 2016 | International Council on Radiation Protection (ICRP), Task Group 79 on Defining Effective Dose Use in Medicine |
| 2012 | Congressional Hearing, US House of Representatives, Energy and Commerce, Subcommittee on Health, hearing on the Consistency, Accuracy, Responsibility, and Excellence in Medical Imaging and Radiation Therapy (The CARE Bill), Expert Witness |
| 2012 | Centers for Disease Control and Prevention, Cancer Prevention Work Group |
| 2012 - 2014 | The Joint Commission, Diagnostic Ionizing Radiation and Magnetic Resonance work group focused on issues of safety and guideline development |
| 2013 | Government Accountability Office: Medicare Imaging Accreditation Establishing Minimum National Standards and an Oversight Framework to Ensure Quality and Safety of Advanced Diagnostic Imaging Services, May 2013, Contributor |
| 2014 | International Atomic Energy Agency (IAEA) United Nations General Assembly and Security Council. Special Committee Considering Impact of Low Dose Radiation |
| 2015 | Council of Distinguished Investigators of the Academy of Radiology Research |

## UNIVERSITY AND PUBLIC SERVICE

### Service Narrative

There are several activities to which Dr. Smith-Bindman has contributed. For seven years she participated in the NCI sponsored Physicians Data Query (PDQ), an NCI committee charged with presenting evidenced based, on-line, widely accessible and widely disseminated guidelines relating to cancer screening and diagnosis. She

10

participated in several activities related to breast cancer screening including acting as a reviewer for the CDC on assessing the guidelines for the National Breast and Cervical Cancer Detection Program, participating in coverage decisions, acting as reviewer and content expert for the CA Health Benefits Review Program analyzing several bills before the state legislature that would expand breast cancer screening to include MRI, and participating in the creation of several IOM Reports. She has participated in several community projects, such as acting on the board of an African American breast cancer advocacy group, and as a consultant to the Metropolitan Breast Cancer Task Force, charged with improving breast cancer mortality rates and racial disparities. During the last five years She has been very active in local, statewide and national efforts around improving radiation safety, including invited presentations to the FDA, testifying before the US Congress on two occasions, working with innumerable societies and government organizations on guidelines and submitting two endorsed quality measures on radiation safety to the National Quality Forum. Her involvement in service activities within the University have focused on increasing the quality and quantity of translational research through participation in several University-wide task forces. Dr. Smith-Bindman serves on several Medical Center Committees, focusing on improved oversight and stewardship around radiation, and projects to improve the efficiency and effectiveness with CT.

## UNIVERSITY SERVICE (selected)

| | |
|---|---|
| 2001 - 2015 | UCSF School of Medicine, Faculty Recruitment Committees, Radiology, Rad Onc, Medicine |
| 2002 | UCSF School of Medicine Dean's Leadership Retreat, Santa Cruz |
| 2003 | University of California, Blueprint for Regional Excellence in Breast Cancer Care |
| 2003 | UCSF School of Medicine Task Force, Future of UCSF and Mission Bay |
| 2003 | UCSF Medical Center, Hospital Exceptional Physician Award, Committee Co-Chair |
| 2003 - 2004 | UCSF School of Medicine Task Force, Physician Scientist Program Clinic-Based |
| 2003 - 2005 | UCSF School of Medicine Faculty Council |
| 2005 | UCSF School of Medicine, Dean's Leadership Retreat, Santa Cruz, CA |
| 2005 - 2006 | UCSF Department of Radiology Seminars and Presentation Committee |
| 2005 - 2008 | UCSF Department of Radiology Annual Research Symposium Abstract Review Committee |
| 2005 - 2009 | UCSF Department of Radiology, SEED Grant Review Committee |
| 2006 - 2007 | UCSF Pathways for Clinical and Translational Research |
| 2008 - 2010 | UCSF Pathways to Discovery, Clinical and Translational Research, Advisory Council |
| 2007 - 2010 | University of California, Office of the President, CA Health Benefits Review Program |
| 2009 - 2017 | UCSF, Radiation Safety Committee |
| 2012 - 2014 | UCSF Department of Radiology, Maintenance of Certification Committee |
| 2012 - 2015 | UCSF Medical Center, Center for Health Care Value |
| 2013 - 2017 | UCSF School of Medicine, Conflict of Interest Advisory Committee |
| 2014 - 2016 | UCSF Clinical Enterprise, Strategic Plan, Committee for Continuous Process Improvement |
| 2015 - 2017 | UCSF Clinical Enterprise, Utilization Management Committee |

## PUBLIC SERVICE

| | |
|---|---|
| 2003 – 2007 | SF Sisters, an African American breast cancer advocacy group, board member |
| 2008 - 2008 | Metropolitan Chicago Breast Cancer Task Force, Chicago IL, unpaid consultant |
| 2011 - 2014 | National Quality Form, National Consensus Standard for Patient Safety. Measure Developer "UCSF CT Radiation Dose Patient Safety Measure" Measure endorsed |
| 2015 | National Quality Forum, Pediatric Measures. Measure Developer, "Pediatric Computed Tomography Radiation Dose" Measure endorsed |

## TEACHING AND MENTORING

### Teaching Narrative

Dr. Smith-Bindman spends substantial time mentoring trainees in clinical research. The trainees have ranged in experience from high school students through mid-career UCSF faculty. The individuals have come from a broad range of departments at UCSF including Radiology, Internal Medicine, Hospital Medicine, Emergency Medicine, Obstetrics and Gynecology, and Urology, and have also come from the UCSF Medical School, The University of California Berkeley, and local SF high schools. On average, she meets with each trainee 1-2 hours per week while collaborating. An NIH Mid-Career Investigator Award (K24) supported her time mentoring these individuals.

She teaches in several formal classes in the department of Epidemiology and Biostatistics primarily targeted to post graduate students who are completing a master's degree in clinical research. She is actively engaged in teaching the Radiology residents and fellows while attending on the clinical service and provides frequent lectures to the Radiology residents focused at research methods; frequently teaches in courses organized by the UCSF Office of Continuing Medical Education for both radiology courses and courses within other medical specialties. The radiology courses focus on using evidence to interpret our studies (usually focused on ultrasound topics), the lectures for other medical specialties focused on how to use imaging more appropriately. As listed above, she also frequently gives grand rounds within UCSF, and nationally on using imaging more appropriately. Lastly, she organized and ran a large, ongoing, virtual symposium on Radiation Safety described below. Both the content and format of this meeting were novel.

## TEACHING

Formal scheduled classes for UCSF students.

The first class listed is a course for UCSF Medical Students. The remaining are part of the coursework offered within the UCSF Masters in Clinical Research Program, Department of Epidemiology and Biostatistics

| Year | Title | Role | Class Size |
|---|---|---|---|
| 2002 - 2005 | Epidemiology and Biostatistics, UCSF School of Med | Section Leader | 20 |
| 2005 | Introduction to Diagnostic Testing | Lecturer | 18 |
| 2007 - 2008 | Clinical Performance and Health Outcome Measurement | Lecturer | 20 |
| 2011 - 2014 | Translating Evidence into Policy: Theory and Design | Lecturer | 30 |
| 2010 - 2015 | Framing Research to Influence Policy | Lecturer | 25 |

Post Graduate CME courses (1-5 lectures/meeting)

| | |
|---|---|
| 2001 | UCSF Obstetrics and Gynecology Update, San Francisco, CA |
| 2001 | UCSF Primary Care Medicine, Aspen, CO |
| 2001 | Primary Care Medicine, Maui, HI |
| 2001 | Management of the Hospitalized Patient, San Francisco, CA |
| 2001 | Controversies in Women's Health, San Francisco, CA |
| 2001 | Diagnostic Imaging in Women's Health, San Francisco, CA |
| 2001 | MRI & Ultrasound Imaging, Lake Tahoe, CA |
| 2002 | Obstetrics and Gynecology Update, San Francisco, CA. |
| 2002 | 17th Annual Primary Care Medicine: Concepts and Controversies, Aspen, CO |
| 2002 | 10th Annual Controversies in Women's Health, San Francisco, CA |
| 2002 | Diagnostic Imaging in Women's Health, San Francisco, CA |
| 2002 | Diagnostic Imaging, Maui, HI |
| 2002 | Obstetical, Gynocological and Abdominal Ultrasound, San Francisco, CA |
| 2003 | Primary Care Medicine, Diagnostic Imaging in Women's Health, Maui, HI |
| 2003 | 11th Annual Controversies in Women's Health, San Francisco, CA |
| 2003 | Diagnostic Imaging for Disease Prevention, San Francisco, CA |
| 2003 | 46th Annual Diagnostic Radiology Postgraduate Course, San Francisco, CA |
| 2003 | OB/GYN and Abdominal Ultrasound, San Francisco, CA |
| 2003 | MRI and Ultrasound by the Lake, Lake Tahoe, CA |
| 2004 | Women's Imaging, Sonoma, CA |
| 2004 | Primary Care Medicine, Maui, HI |
| 2004 | Diagnostic Imaging in Clinical Practice, San Francisco, CA |
| 2005 | Obstetrical and Gynecologic Sonography, San Francisco, CA |
| 2005 | Radiology Spring Training, Scottsdale, Arizona |
| 2005 | Abdominal Imaging, Montreal and Quebec, Canada |
| 2006 | Controversies in Women's Health, San Francisco, CA |
| 2006 | Controversies in Breast Cancer Screening and Diagnosis, San Francisco, CA |
| 2006 | Cutting Edge Radiology, Diagnosis and Intervention, Vancouver, Canada |
| 2008 | Primary Care Medicine: Update 2008, San Francisco, CA |
| 2008 | Diagnostic Imaging in Women's Health, San Francisco, CA |
| 2008 | Obstetrical/Gynecological and Abdominal Sonography, San Francisco, CA |
| 2009 | Primary Care Medicine: Update 2008, San Francisco, CA |

13

| | |
|---|---|
| 2009 | Obstetrical/Gynecological and Abdominal Sonography Update, San Francisco, CA |
| 2011 | Imaging of Kidney Stones, San Francisco, CA, Director |
| 2011 | Primary Care Medicine, Principles & Practice, San Francisco, CA, Keynote |
| 2011 | 39th Annual Advances in Internal Department of Medicine, San Francisco, CA, Keynote |
| 2011 | Controversies in Women's Health, Department of Medicine, San Francisco, CA, Keynote |
| 2012 | Updates on Imaging, Maui, Hawaii |
| 2013 | UCSF Otolaryngology Annual Conference, San Francisco, CA |
| 2017 | UCSF Practical Body Imaging, Kona, Hawaii |

## Other Teaching

Radiation Safety and CT: Virtual Symposium. Innovative on-line Interactive CME course targeted to physicians (radiologists and those who order imaging), technologists, medical physicists, and trainees.  This was created as an on-line, free, virtual meeting focuses on radiation safety. The initial creation of this virtual meeting began in 2013. Creating the meeting involved creating a multidisciplinary, on line, virtual meeting with over 100 lectures (see list of lectures, now offered freely on line - http://rorl.ucsf.edu/speakers ), 10 live interactive sessions/chat rooms and over 500 registrants enrolled in the meeting during the "live days", and ongoing attendees attend each month. The speakers at the meeting included numerous department chairs, the director of the Agency for Health Care Policy at the time, a US Congressman, leaders from numerous societies, The Joint Commission, The American Board of Internal Medicine Foundation, and innumerable scientific experts on diverse patient safety issues, and the meeting was an integration of diverse viewpoints and perspectives. Dr. Smith-Bindman directed this meeting and personally wrote and delivered 7 lectures for the meeting. The meeting was novel in format and content.

## MENTORING

Pre-doctoral students directly supervised

| Dates | Name | Program or School | Current Position |
|---|---|---|---|
| 2004 - 2005 | C. Kagay | UCSF Medical School | Radiologist, Private Practice |
| 2005 - 2006 | A. Ding | UCB/ UCSF MD/MPH | MGH |
| 2005 - 2008 | A. Venkatesan | UCSF Medical School | Resident, Stanford |
| 2006 - 2007 | E. Dinkelspiel | Urban High School | Student, Univ. of Chicago |
| 2011 - 2015 | J. Keegan | Lick Wilmerding High | San Luis Obispo College |
| 2010 - 2015 | P. Mehta | UC Berkeley/UCLA Med School | UCLA Medical School |
| 2012 - 2013 | J. Zhang | UC Berkeley | Senior |
| 2014  summer | A. Fraser | University High | Georgetown College |

Postdoctoral fellows and residents directly supervised

| Dates | Name | Position | Current Position |
|---|---|---|---|
| 1998 - 2000 | M. Copanigro, MD | Radiology Resident / Fellow | Private Practice |

14

| | | | |
|---|---|---|---|
| 1998 - 2000 | N. Vincoff, MD | Radiology Resident / Fellow | Private Practice |
| 2003 - 2004 | E. Weiss, MD | OB GYN Resident | Private Practice |
| 2003 - 2005 | K. Schueler, MD | RORL Research Fellow | Private Practice |
| 2003 - 2005 | D. Haggstrom, MD | Internal Medicine Fellow | Indiana University, Faculty |
| 2005 - 2006 | K. Reid, MD | Internal Medicine Fellow | Emory Faculty |
| 2005 | A. Jensen | PhD student, Copenhagen | Faculty |
| 2005 - 2006 | B. Ching, MD | Radiology Fellow | Private Practice, |
| 2005 - 2006 | A. Cole, MD | Radiology Fellow | Private Practice |
| 2005 - 2007 | L. Goldman, MD | Internal Medicine Fellow | UCSF Faculty |
| 2006 - 2010 | J. Lipson, MD | Radiology T32 Scholar | Stanford Faculty |
| 2007 - 2008 | J Stengel, MD | Radiology Fellow | Private Practice |
| 2007 - 2008 | A. Heath, MD | RORL Research Fellow | Private Practice |
| 2007 - 2009 | R. Cho, MD | Radiology Fellow | Private Practice |
| 2007 - 2009 | D. Sellami, MD | Radiology Resident / Fellow | Private Practice |
| 2008 - 2009 | A.  Kamath, MD | Radiology T32 Scholar | NYU Faculty |
| 2009 - 2010 | J Ching, MD | OB GYN Resident | Faculty |
| 2009 - 2011 | N, Brasic, MD | Radiology Fellow | UCSF Faculty |
| 2010 - 2011 | D. Sridhar, MD | Radiology Resident | Private Practice |
| 2010 - 2012 | P. Lebda, MD | Radiology Fellow | Cleveland Clinic Faculty |
| 2010 - 2013 | I. Burger, MD | Radiology Resident | Private Practice |
| 2010 - 2013 | G. Merry, MD | Radiology Resident | Private Practice |
| 2011 - 2014 | J. Mongan, MD PhD | Rad Resident / Fellow | UCSF, Faculty |
| 2013 - 2014 | S. Hou, MD | Radiology Resident | NYU Faculty |
| 2013 - 2014 | C. Lee, MD | Radiology Resident | UCSF Faculty |
| 2013 - 2014 | T. Morgan, MD | Radiology Resident | UCSF Faculty |
| 2013 - 2015 | LA Hampton, MD | Urology Resident / Fellow | Fellow, Wash U |
| 2013 - 2015 | V. Arasu, MD | Radiology Resident | Resident |
| 2013 - 2015 | N. Benedetti, MD | Radiology Resident | University of Wash Faculty |
| 2014 - 2015 | B Carpenter, MD | Radiology Fellow | UCSF Faculty |
| 2014 - 2015 | J. Hsu, MD | Radiology Fellow | Private Practice |
| 2014 - 2018 | J. Demb | Epidemiology | UCSF |

Faculty Mentoring

| Dates | Name | Department / Section | Current Position |
|-------|------|---------------------|------------------|
| 2002 - 2005 | John Shepherd, MD | Radiology / Musculoskeletal | UCSF, Faculty, Radiology |
| 2004 - 2005 | Elaina Curtis, MD | UCSF Visiting Fellow | Univer. of Auckland Faculty |
| 2005 - 2006 | John Stein, MD | Emergency Medicine | UCSF Faculty, Emerg Med |
| 2005 - 2006 | Max Wintermark, MD | Radiology / Neuro | UVA, Faculty, Radiology |
| 2007 - 2013 | Lauren Goldman, MD | Internal Medicine | UCSF, Faculty, Medicine |
| 2008 - 2011 | Larry Rand, MD | OBGYN / Maternal Medicine | UCSF, Faculty, OBGYN |
| 2008 - 2014 | Antonio Westphalen, MD | Radiology / Abdominal Imaging | UCSF, Faculty, Radiology |
| 2009 - 2017 | Liina Poder, MD | Radiology / Abdominal Imaging | UCSF, Faculty, Radiology |
| 2010 - 2018 | Ralph Wang, MD | Emergency Medicine | UCSF Faculty, Emerg Med |
| 2014 - 2018 | John Mongan, MD, PhD | Radiology / Abdominal Imaging | UCSF, Faculty, Radiology |
| 2014 - 2017 | Cindy Lee, MD | Radiology / Abdominal Imaging | UCSF, Faculty, Radiology |
| 2014 - 2017 | Tara Morgan, MD | Radiology / Abdominal Imaging | UCSF, Faculty, Radiology |
| 2014 - 2018 | Maureen Kohi, MD | Radiology / Interventional | UCSF, Faculty, Radiology |
| 2015 - 2018 | Ben Franc, MD PhD | Radiology / Nuclear Medicine | UCSF, Faculty, Radiology |
| 2017 - 2018 | Brian Haas MD | Radiology | UCSF, Faculty, Radiology |

# RESEARCH AND CREATIVE ACTIVITIES

## Research Narrative

Dr. Smith-Bindman's research focuses on understanding the impact of diagnostic testing on patient outcomes. She is the director of the UCSF Radiology Outcomes Research Laboratory, and her team includes several programmers, biostatisticians, a developer, and a handful of epidemiologists who serve as project managers for the funded grants below. Her research expertise is in areas of epidemiology, technology assessment, outcomes research, comparative effectiveness research, health services research, and dissemination and implementation sciences focused on imaging. The research has focused on evaluating the quality, utilization, accuracy, predictive values and impact of diagnostic testing on patient health, and has quantified both the risks and benefits of medical imaging when used in different contexts and by different populations. I am leading several studies that assess and standardize the radiation dose used for CT scanning, in order to minimize doses, without loss of diagnostic accuracy. Additional current research is focused on putting systems-based solutions in place to standardize the use of imaging. For example, ongoing projects focus on improving decision support provided to physicians to help improve the use of testing, using evidence to drive and guide the change in practice, and determining the optimal surveillance strategy for the follow up of incidental findings seen on CT imaging. The research projects she leads, listed below, are typically collaborative, involving researchers from diverse clinical areas and who offer diverse methodological expertise.

# RESEARCH AWARDS

Current

| | |
|---|---|
| **PI** | 07/02/2014 - 06/30/2019 |
| NIH | $1,140,000 direct/yr1 |
| **CT DOSE Collaboration: Partnership for Dose** | **$7,900,000 total** |

*Collaboration across the US and Europe to standardize and optimize the doses used for CT. The study uses a novel randomized controlled trial design to compare simple feedback to a multicomponent intervention as strategies to optimize doses. There are approximately 125 hospitals participating in the trial.*

| | |
|---|---|
| **PI** | 09/02/2013 - 08/31/2016 |
| PCORI (Patient Centered Outcomes Research Institute) | $492,163 direct/yr1 |
| **CT Radiation Dose Registry to Ensure a Patient Centered Approach for Imaging** | **$2,069,365 total** |

*Collaboration across the US and Europe to create benchmarks and standards for CT by pooling data from a large number of hospitals and outpatient facilities*

| | |
|---|---|
| **PI** | 3/01/2015- 02/28/2020 |
| NIH | $1,834,410 direct/yr1 |
| **Risk of Cancer in Childhood Associated with Medical Imaging** | **$10,600,000 total** |

*Retrospective cohort across large integrated health care systems to assess imaging in pregnant women and children and to quantify the risk of childhood and adolescent cancer associated with these exposures.*

| | |
|---|---|
| **PI**  (co-PI with Gould, Kaiser Foundation Research) | 4/01/2015- 03/30/2020 |
| PCORI | |
| **Pragmatic Trial of More versus Less Intensive Strategies for Surveillance of Patients with Small Pulmonary Nodules** | **$14,458,936 total** |

*Prospective comparative effectiveness study across 15 health care systems to compare different strategies for the surveillance of lung nodules. The study is novel in that patients will be recruited with routine clinical care at imaging and the creation of systematic quality improvement strategies to ensure no loss to follow up.*

Past

| | |
|---|---|
| **PI** | 10/01/2010 - 09/30/2013 |
| AHRQ | $4,830,368 direct/yr1 |
| **RCT of US versus CT for Patients with Suspected Renal Colic** | **$9,210,000 total** |

*15 Center randomized pragmatic comparative effectiveness trial comparing different strategies for imaging patients with suspected kidney stones. The study exceeded enrollment and follow up targets, and the primary results were published in the NEJM in 2014. Many additional analyses are ongoing using these data.*

| | |
|---|---|
| **PI** | 09/01/2008 - 07/31/2015 |
| NIH K24 | $172,000 direct/yr1 |
| **Mid-Career Development Award: Risk of Cancer Associated with Incidental Findings** | **$868,632 total** |

| | |
|---|---|
| **PI** | 07/01/2011 - 07/01/2014 |
| University of California Office of the President, CHQI | $250,000 direct/yr1 |
| **Standardization and Optimization of CT Radiation Dose** | **$750,000 total** |

**Across the University of California Medical Centers.**
*Five-center observational study to collect radiation data across the five University of California campuses using automated techniques, analyze the sources of variation in dose, and conduct quality improvement initiatives to standardize practice*

**PI**                                                                 09/30/2012 - 09/29/2014
CDC (Centers for Disease Control and Prevention)                       $250,000 direct/yr1
**PEDS CT-DOSE: Pediatric CT Dose Optimization and**                   **$500,000 total**
**Standardization Endeavor**
*Ten center observational study to collect radiation data and create benchmarks in children*

**Co-Investigator** (PI Solberg, Health Partners)                      07/01/2012 - 06/30/2014
PCORI (Patient Centered Outcomes Research Institute)                   $250,000 direct/yr1
**Measuring Patient Outcome from High Tech Imaging Studies**           **$500,000 total**

*Mixed methods study to understand imaging use, positive rates of imaging and patient perspectives on imaging, with respect to identifying patient centered outcomes important to patients.*

**PI**                                                                 04/01/2009 - 03/31/2011
NIH / R21                                                              **$317,000 total**
**Risk of Cancer with Incidental Findings Identified on US Imaging**

*Retrospective cohort to understand cancer risks of incidental findings*

**PI**
NIH / R21                                                              09/01/2008 - 08/31/2010
**Radiation Exposure from Imaging: are Doses in a Carcinogenic**       **$317,000 total**
**Range**

*Retrospective cohort to understand use of medical imaging within integrated health care systems*

**PI**                                                                 10/01/1999 - 07/01/2005
DOD                                                                    **$725,515 total**
**Outcomes of Screening Mammography in Elderly Women**

*Medicare Data were analyzed to determine utilization of mammography and factors influencing survival*

**PI**
NIH K07                                                                09/01/1999 - 06/01/2005
**Outcomes of Screening Mammography in Elderly Women**                 **$635,687 total**

*NIH Career development award to study breast cancer screening among elderly women.*

**PI**
California Breast Cancer Research Program                              07/01/2003 - 02/01/2007
**Racial Disparity in Breast Cancer Mortality**                        **$583,287 total**

*Retrospective cohort to understand the causes for racial disparity in breast cancer outcomes*

18

**Co-Investigator** (PI Kerlikowske UCSF)      04/01/2000 - 03/31/2005
NIH, U01      **$3,100,000 total**
**San Francisco Mammography Registry: A Research Resource**

*Dr. Smith-Bindman project lead on 1) Physician Predictors of Mammography Accuracy and 2) Validation of the Medicare Screening Algorithm*

**Co-Investigator** (PI – McCune, UCSF)
NIH      09/30/2006 - 06/30/2011
**Clinical and Translational Science Institute (CTSI)**

*The grant is to enhance training and infrastructure across UCSF. I participate in the Biomedical Informatics Program to educate trainees about imaging, epidemiology and study design*

**Co-Investigator** (PI- Lu, UCSF)
**NIH**      **04/01/2006 - 03/01/2009**
**Statistical Methods for Evaluation and Validation of Tests**

**Co-Investigator** (PI Tlsty, UCSF))
NIH      10/01/2005 - 09/30/2010
**Biological Basis of Breast Density and Breast Cancer Risk**

**Co-Investigator** (PI Esserman, UCSF)
Department of Defense/USAMRC      05/01/2003 - 04/30/2007
**Blueprint for Regional Excellence in Breast Cancer Care**      **$6,900,000 total**

**PI**      01/01/2002 - 12/01/2006
Women's Health Research Center, UCSF      **$70,000 total**
**Down Syndrome Screening in the US**

**PI**      04/01/2001 - 04/01/2003
Society of Radiologists in Ultrasound      $**40,000 total**
**Prenatal Ultrasound for Detection of Birth Defects and Chromosome Abnormalities**

**PI**
Society of Radiologists in Ultrasound      04/01/2001 - 04/01/2004
**Physician Variation in Ultrasound Accuracy**      **$30,000 total**

**PI**      07/01/2000 - 06/01/2001Radiologic
Society of North America      **$40,000 direct/yr1**
**U.S. U.K Comparison of The Accuracy of Screening Mammography**

**P
I**      07/07/1999 - 06/01/2000
Radiologic Society of North America      **$35,000 direct**
**Prenatal diagnostic ultrasound for the detection of chromosomal Abnormalities**

19

**MOST SIGNIFICANT RESEARCH PUBLICATIONS**

1)      **Smith-Bindman et al.  Endovaginal ultrasound to evaluate endometrial abnormalities <u>JAMA</u> 1999**
*Vaginal bleeding affects 7% of post-menopausal women, and historically women have undergone an invasive endometrial biopsy to exclude a diagnosis of cancer.  This meta-analytic review found that endovaginal ultrasound is an easily tolerated non-invasive test that is accurate for the diagnosis of cancer, so that most women can avoid the need for an endometrial biopsy if they have a normal ultrasound test result.  These results have been integrated into clinical practice guidelines in the US, Scotland, England, Germany, and Hong Kong. The publication has been cited 427 times based on SCOPUS accessed in 2015.*

2)      **Smith-Bindman et al. Second-trimester ultrasound to detect fetuses with Down syndrome: a meta-analysis. <u>JAMA</u>. 2001.** *Prenatal ultrasound is widely used to screen for Down syndrome, but the impact on patients has not been well studied.  This meta-analytic review suggests that the use of ultrasound for the detection of fetuses affected by Down syndrome may be associated with more harm than benefit, as it can lead to large numbers of unnecessary amniocenteses and subsequent fetal losses with little evidence of benefits. This article was accompanied by extensive media coverage (AP, Reuters, NY Times), and controversy, and prompted discussion regarding the role of ultrasound in prenatal diagnoses.  The manuscript has been cited 217 times based on SCOPUS accessed in 2015.*

3)      **Smith-Bindman R et al. US-UK Comparison of Screening Mammography. <u>JAMA</u> 2003.** *Screening mammography is an imprecise test, and there are considerable differences between physicians and programs in the accuracy of screening. This international comparison of screening mammography described 5.5 million mammograms obtained between 1996 to 1999 within three large-scale mammography registries or screening programs. Recall rates and open surgical biopsy rates were twice as high in the U.S. as in the U.K., although cancer rates were nearly identical. There was extensive media coverage (AP, Reuters, NY Times, Wall Street Journal, National Public Radio). These results have been widely cited, and were included in the IOM Report, "Saving Women's Lives." The publication was cited 223 times based on SCOPUS accessed in 2015.*

4)      **Smith-Bindman et al.  Physician Predictors of Mammographic Accuracy. <u>J Natl Cancer Inst</u> 2005.**
*Beyond the issues raised about the collective quality of mammographic screening in the United States, even more pronounced concern is the glaring variation among U.S. physicians in the ability to accurately interpretation their patients' mammograms. Dr. Smith-Bindman studied the accuracy of mammographic screening among 208 U.S. physicians, who collectively interpreted 1.2 million mammograms, and she found extraordinary variation in the interpretive abilities of radiologists; the sensitivity spanned 29% to 97%, while the false positive rate (the percentage of women who did not have cancer, but who underwent additional diagnostic testing or biopsy at their physician's recommendation) ranged from 1 to 29%. The difference in accuracy was principally due to differences in their training, experience and dedication to screening mammography; in short, the more experienced mammographers - and those who read more than the minimum number of mammograms required by MQSA guidelines - did substantially better.  These findings have already been integrated into the Institute of Medicine's report on Mammography Quality Standards, regarding Enhancement of Interpretative Performance. The manuscript was cited 82 times based on SCOPUS accessed in 2015.*

5)      **Smith-Bindman et al.  Does Utilization of Screening Mammography Explain Racial and Ethnic Differences in Breast Cancer? <u>Ann Intern Med,</u> 2006** *Racial and ethnic minorities tend to have larger, more advanced stage breast cancers at diagnosis than white women, and African American women have significantly higher breast cancer mortality. It has not been clear, however, if this is due to inherent differences in biology or the utilization of screening mammography. This paper sought to disentangle whether biology or the use of screening was largely responsible for the known racial and ethnic differences in breast cancer. This study was*

*unique in that detailed cancer information was available from tumor registries that were linked with detailed information regarding mammography utilization. The results were striking. Most of the racial and ethnic differences in breast cancer features were reduced or eliminated after accounting for the frequency of mammography screening. The manuscript was cited 175 times on SCOPUS.*

6)      **Smith-Bindman et al. Second trimester prenatal ultrasound for the detection of pregnancies at increased risk of Down syndrome. <u>Prenat Diagn</u> 2007** *Prenatal ultrasound is widely used to screen for Down syndrome, but the impact on patients has not been well studied.  Our meta-analytic review found that ultrasound was not useful and this prompted our large prospective study which evaluated ultrasound in a larger cohort, including nearly 20,000 women, in whom nearly 500 had fetuses affected by Down syndrome. This large study confirmed these preliminary results. The manuscript was cited 51 times on SCOPUS.*

7)      **Smith-Bindman et al. Radiation dose associated with common computed tomography examinations and the associated lifetime attributable risk of cancer. <u>JAMA Internal Medicine</u> 2009** *This paper documented the variation in doses associated with routine CT. The widespread media attention that this paper received contributed to active policy discussion in this area. I was invited to present and discuss the results at the FDA, at a Congressional Hearing sponsored by the Health Subcommittee of the Committee on Energy and Commerce, and innumerable professional society meetings, and submitted (and had endorsed) a measure of quality around CT imaging by the National Quality Forum. The manuscript was cited 857 times based on SCOPUS accessed in 2015.*

8)      **Smith-Bindman R, Appendix F. Ionizing Radiation Exposure to the US Population, with a Focus on Radiation from Medical Imaging, in Breast and the Environment: A Life Course Approach. <u>The Institute of Medicine</u>. 2012** The IOM was commissioned to write a report on environmental causes of breast cancer. The Komen Foundation commissioned the report. I was asked to summarize what is known about the harmful effects of ionizing radiation on breast cancer risks. The IOM concluded that ionizing radiation is one of the largest, and the most preventable causes of breast cancer.

9)      **Miglioretti DL et al. Smith-Bindman senior author. The use of computed tomography in pediatrics and the associated radiation exposure and estimated cancer risk. <u>JAMA Pediatr.</u> 2013** Using a retrospective cohort design, this paper quantified the use of imaging among children within one of 7 large integrated health care systems, quantified the radiation exposure associated with these examinations, and estimated the likely impact of improved standardization of the conduct of CT on the risks of cancer. The manuscript concluded that if the top outlying radiation exposures could be reduced to the average (a modest goal) that 40% of expected cancer could be eliminated. *The manuscript was cited 150 times based on SCOPUS accessed in 2015*

10)     **Smith-Bindman R**, **et al.  Risk of Thyroid Cancer based on Thyroid Ultrasound Imaging Characteristic: Result of A Population Based-Study. <u>JAMA Internal Medicine</u>. 2013**. This retrospective observational study documented the risk of cancer associated with specific thyroid imaging findings.  This is the first study that links a large cohort of patients with detailed imaging findings, with a comprehensive tumor registry to permit the quantification of the risk of cancer associated with specific findings. The results suggest that the number of biopsies can be reduced by up to 90%, with a relatively small impact on cancer detected.  The results are being rapidly embraced by endocrinologists, surgeons and radiologists.

11)     **Smith-Bindman et al Ultrasound versus Computed Tomography for Suspected Nephrolithiasis <u>NEJM.</u>  2014.** *This 15-center randomized comparative effectiveness study assessed whether ultrasound or CT should be the first imaging test in patients with suspected kidney stones. The study is unique in using a rigorous randomized trial design to assess a diagnostic imaging test, and in assessing a broad range of outcomes other than diagnostic accuracy. Emergency department patients with abdominal pain and suspected nephrolithiasis*

*were randomly assigned to one of three arms for imaging: ultrasound performed by an emergency medicine physician, ultrasound provided by a radiologist, or computerized tomography (CT). No significant differences were observed over the next 6 months in rates of severe serious adverse events (SAEs), related SAEs, or total SAEs, or ED or hospital admission rates at 7 or 30 days; however, initial imaging with ultrasound was associated with lower 1 day and 6-month cumulative radiation exposures than initial imaging with CT. The manuscript was cited 45 times based on SCOPUS accessed in 2015*

## PUBLICATIONS

### <u>Peer Reviewed</u>

1. Block JE, **Smith R**, Black D, Tenant HK. Does Exercise Prevent Osteoporosis? JAMA 1987 257:3115-3117.

2. Genant HK, Block JE, Steiger P, Glueer CC, **Smith R.** Quantitative Computed Tomography in Assessment of Osteoporosis. <u>Sem in Nuclear Med</u> 4 1987:316-333.

3. Genant HK, Steiger P, Block JE, **Smith R**, Black D, Ettinger B, Harris ST. Rate of change in bone mineral content as measured by QCT, DPA and SPA in postmenopausal women. <u>J Bone Miner Res</u> 1987 25; 212.

4. Ettinger B, Block JE, **Smith R,** Cummings SR, Harris ST, Genent HK. An examination of the association between vertebral deformities, physical disabilities and psychosocial problems. <u>Maturitas</u> 1988 10:283-96.

5. Block JE, **Smith R**, Glueer CC, Steiger P, Ettinger B, Genant HK. Models of Spinal Trabecular Bone Loss as Determined by Quantitative Computed Tomography. <u>J Bone Miner Res</u> 1989 4:249-57.

6. **Smith-Bindman R**, Cummings SR, Steiger P, Genant HK. A comparison of morphometric definitions of vertebral fractures. <u>J Bone Miner Res</u> 1991 6:25-34.

7. **Smith-Bindman R**, Steiger P, Cummings SR, Genant HK. The Index of Radiographic Area (IRA): a new approach for estimating the severity of vertebral deformity. <u>Bone and Mineral</u> 1991 15:137-50

8. **Smith-Bindman R**, Kerlikowske K, Feldstein V, Subak L, Scheidler J, Segal M, Brand R,Grady D. Endovaginal ultrasound to exclude endometrial cancer and other endometrial abnormalities: a meta- analytic review. <u>JAMA</u> 1998 280:1510-1517

9. **Smith-Bindman, R**, Kerlikowske K, Feldstein V. Endovaginal ultrasound to evaluate endometrial abnormalities. <u>JAMA</u> 1999 281:1693-4.

10. Vincoff N, Callen P, **Smith-Bindman R**, Goldstein R. Effect of transducer frequency on the appearance of the fetal bowel. <u>J Ultrasound Med</u> 1999 18:799-803

11. **Smith-Bindman R**, Gebretsadik T, Kerlikowske K, Newman J. Is screening mammography effective in elderly women? <u>Am J Med</u> 2000 108:112-118, 2000

12. **Smith-Bindman R**, Hosmer W, Feldstein VA, Deeks JJ, Goldberg JD. Second-trimester ultrasound to detect fetuses with Down syndrome: a meta-analysis. <u>JAMA</u> 2001 285 (8):1044-55.

13. **Smith-Bindman R**, Hosmer W, Coppanigro M, Cunningham G. The variability in the interpretation of prenatal diagnostic ultrasound. <u>Ultrasound Obstet Gynecol</u> 2001 17:(4):326-332.

14. Goldstein RB, Bree RL, Benson CB, Benacerraf BR, Bloss JD, Carlos R, Fleischer AC,Goldstein SR, Hunt RB, Kurman RJ, Kurtz AB, Laing FC, Parsons AK, **Smith-Bindman R**, Walker J.Evaluation of woman with postmenopausal bleeding: Society of Radiologists in Ultrasound Consensus Conference Statement. <u>J Ultrasound Med</u> 2001 20 10;1025-1036.

15. **Smith-Bindman R**, Feldstein V, Goldberg JD. The Genetic Sonogram in Screening for Down Syndrome, <u>J Ultrasound Med</u> 2001 (20);1153-5.

16. **Smith-Bindman R**, Chu P, Ecker J, Feldstein V, Filly R, Bacchetti P. US evaluation of fetal growth: prediction of neonatal outcomes. <u>Radiology</u> 2002 223(1):153-161.

17. Shepherd JA, Kerlikowske K, **Smith-Bindman R**, Genant H, Cummings SR. Measurement of breast density with dual X-ray absorptiometry: feasibility. <u>Radiology</u> 2002 223(5): 554-557.

18. Prevrhal S, Shepherd JA, **Smith-Bindman R**, Kerlikowske K, Cummings SR. Accuracy of Mammographic Breast Density analysis: Results of Formal Operator Training. <u>J Cancer, Epi. Bio. & Prev</u> 2002 11(11); 1389-93.

19. **Smith-Bindman R**, Chu PW, Miglioretti DL, Sickles EA, Blanks R, Ballard-Barbash R, Bobo JK, Lee NC, Wallis MG, Patnick J, Kerlikowske K. Comparison of Screening Mammography in the US and the UK. <u>JAMA</u> 2003 290(16):2129-37.

20. **Smith-Bindman R**, Chu P, Bacchetti P, Waters JJ, Mutton D, Alberman E. Prenatal screening for Down syndrome in England and Wales and population-based birth outcomes. <u>Am J Obstet Gynecol</u> 2003 189(4):980-5.

21. **Smith-Bindman R**, Chu P, Ecker J, Feldstein V, Bacchetti P, Filly R. Adverse birth outcomes in relation to prenatal sonographic measurements of fetal size. <u>J Ultrasound Med</u> 2003 Apr 22:347-356.

22. Kerlikowske K, **Smith-Bindman R**, Barclay J, Ling BM, Grady D. Evaluation of Abnormal Mammography Results and Palpable Breast Abnormalities. <u>Ann Intern Med</u> 2003 139(4):274-84.

23. Ziv E, Shepherd J, **Smith-Bindman R** Kerlikowske K. Mammographic Breast Density and Family History of Breast Cancer. <u>J Natl Cancer Inst</u> 2003 95(7) 556-558.

24. **Smith-Bindman R**, Weiss E, Feldstein V. How thick is too thick? What endometrial thickness should prompt biopsy in an asymptomatic postmenopausal woman? <u>Ultrasound Obstet Gynecol</u>, 2004 June; 24:558-565

25.  **Smith-Bindman R**. Diagnostic Imaging in the Differential Diagnosis of Vaginal Bleeding and Breast Mass. Adv Stud Med 2004 (9):476-482.

26.  Ziv E, Tice J, **Smith-Bindman R**, Shepherd J, Cummings S, Kerlikowske K. Mammographic density and estrogen receptor status of breast cancer. Cancer Epidemiol Biomarkers Prev 2004 13 (12):2090-5

27.  Benn PA, Egan JF, Fang M, **Smith-Bindman R**. Changes in the utilization of prenatal diagnosis. Obstet Gynecol 2004 103(6):1255-60.

28.  **Smith-Bindman R**, Chu P, Miglioretti D, Quale C, Rosenberg R, Cutter G, Geller B, Bacchetti P, Sickles E, Kerlikowske K. Physician Predictors of Mammographic Accuracy. J Natl Cancer Inst 2005 97:358-67

29.  Kerlikowske K, **Smith-Bindman R**, Abraham LA, Lehman CD, Yankaskas BC, Ballard Barbash R, Barlow WE, Voeks JH, Geller BM, Carney PA, Sickles EA. Breast Cancer Yield for Screening Mammographic Examinations with Recommendation for Short-Interval Follow-up. Radiology 2005 234(3):684-692.

30.  **Smith-Bindman R**, Ballard-Barbash R, Miglioretti D, Patnick J, Kerlikowske K. Comparing the Performance of Mammography Screening in the United States and the United Kingdom. J Med Screen 2005 12(1): 50-54.

31.  Sickles EA, Miglioretti D, Ballard-Barbash R, Geller B, Leung J, Rosenberg R, **Smith-Bindman R**, Yankaskas B. Performance Benchmarks for Diagnostic Mammography. Radiology 2005 235(3):775-90

32.  Kerlikowske K, Creasman J, Leung JW, **Smith-Bindman R**, Ernster VL. Differences in screening outcomes among White, Chinese, and Filipino women. Arch Intern Med. 2005 165(16):1862-8

33.  Haggstrom DA, Quale C, **Smith-Bindman R**. Differences in the Quality of Breast Cancer Care Among Vulnerable Populations. Cancer. 2005 Dec 1;104(11):2347-58.

34.  **Smith-Bindman R**, Miglioretti D, Lurie N, Abraham L, Ballard Barbash R, Strzelczyk J, Dignan M, Barlow W, Beasley C, Kerlikowske K. Does Utilization of Screening Mammography Explain Racial and Ethnic Differences in Breast Cancer? Ann Intern Med, 2006 144(8):541-53.

35.  **Smith-Bindman R**, Quale C, Chu PW, Rosenberg R, Kerlikowske K. Can Medicare Billing Claims Data Be Used to Assess Mammography Utilization Among Women Age 65 and Older. Medical Care 2006 44(5):463-70

36.  Kado DM, Christianson L, Palermo L **Smith-Bindman R**, Cummings SR, Greendale GA. Comparing a supine radiologic versus standing clinical measurement of kyphosis in older women: The Fracture Intervention Trial Spine 2006 31:4;4463-467.

37.  Kagay C, Quale C, **Smith-Bindman.** Mammography Use Among the American Elderly," Am J Prev Med 2006 Aug;31(2):142-9

38.    Schell MJ, Yankaskas BC, Ballard-Barbash R, Qaqish BF, Barlow WE, Rosenberg RD, **Smith-Bindman R**. Evidence-based target recall rates for screening mammography. <u>Radiology</u> 2007;243(3):681-9

39.    **Smith-Bindman R**, Chu P, Goldberg JD. Second trimester prenatal ultrasound for the detection of pregnancies at increased risk of Down Syndrome. <u>Prenat Diagn</u> 2007;27(6):535-44.

40.    Kerlikowske K, Ichikawa L, Miglioretti DL, Buist DS, Vacek PM, **Smith-Bindman R**, Yankaskas B, Carney PA, Ballard-Barbash R; National Institutes of Health Breast Cancer Surveillance Consortium. Longitudinal measurement of clinical mammographic breast density to improve estimation of breast cancer risk. <u>J Natl Cancer Inst</u> 2007;99(5):386-95

41.    Carrell D, Miglioretti D, **Smith-Bindman R**., Coding free text radiology reports using the Cancer Text Information Extaction System (caTIES).  <u>AMIA Annu Symp Proc.</u> 2007 11:889.

42.    Miglioretti DL, **Smith-Bindman R**, Abraham L, Brenner RJ, Carney PA, Bowles EJ, Buist DS, Elmore JG Radiologist Predictors of the Interpretive Performance of Diagnostic Mammography. <u>J Natl Cancer Inst</u> 2007 10;99(24)1854-63

43.    Curtis E, Quale C, Haggstrom D, **Smith-Bindman R**. Racial and Ethnic Differences in Breast Cancer Survival: How Much Is Explained by Screening, Tumor Severity, Biology, Treatment, and Co-morbidities. <u>Cancer</u> 2008 112(1):171

44.    **Smith-Bindman R**, Miglioretti DL, Rosenberg R, Reid RJ, Taplin SH, Geller BM, Kerlikowske K; N ational Institutes of Health Breast Cancer Surveillance Consortium. Physician workload in mammography. <u>Am J Roentgenol</u>. 2008 Feb;190(2):526-32.

45.    Dinkelspiel E, Chu P, **Smith-Bindman R**, Access to Diagnostic Mammography in the San Francisco Bay Area. <u>Journal of Women's Health</u> 2008 17(5):893-9

46.    Goldman L, Haneuse S, Miglioretti D, Kerlikoswke K, Buist D, Yankaskas B, **Smith-Bindman R**, An assessment of the quality of mammography care at facilities treating medically vulnerable populations <u>Medical Care</u> 2008 46(7):701-8.

47.    Tice JA, Cummings SR, **Smith-Bindman R**, Ichikawa L, Barlow WE, Kerlikowshe K. Using clinical factors and mammograhic breast density to estimate breast cancer risk: development and validation of a new predictive model. <u>Ann Intern Med</u> 2008 Mar 4;148(5):337-47.

48.    Scheuler K, Chu B, **Smith-Bindman R**. Factors Associated with Mammography Utilization: A Quantitative Meta-Analytic Review. <u>Journal of Women's Health</u> 2008 November 17 (9); 1477-98.

49.    **Smith-Bindman R**, Miglioretti D, Larson E. Utilization of diagnostic medical imaging in a large integrated healthcare system: modality and organ system trends. <u>Health Aff (Millwood)</u>. 2008 27(6):1491-502.

50.    Venkatesan A, Chu P, Kerlikowske K, **Smith-Bindman R** The positive predictive value of specific mammographic findings according to reader and patient variables. <u>Radiology</u> 2009 50(3):648-57.

51.     Cho R, Chu B, **Smith-Bindman R**. Second Trimester prenatal ultrasound for the detection of pregnancies at increased risk for Trisomy 18. Prenatal Diagnosis 2009 29(2):129-39

52.     Cummings SR, Browner WB, Tice JA, Bauer S, Cuzick J, ivE, Vogel V, Shepherd J, Vachon C, **Smith-Bindman R**, Kerlkowske K. Prevention of Breast Cancer in Postmenopausal Women: Approaches to Estimating and Reducing Risk. J Natl Cancer Inst. 2009 101(6):384-98

53.     **Smith-Bindman** R, Lipson J, Marcus R, Kim KP, Mahesh M, Gould R, Berrington de González A, Miglioretti DL. Radiation dose associated with common computed tomography examinations and the associated lifetime attributable risk of cancer. Archives of Internal Medicine 2009;169(22):2078-86.

54.     **Smith-Bindman R**, McCulloch CE, Ding A, Quale C, Chu PW. Diagnostic imaging rates for head injury in the ED and states' medical malpractice tort reforms. Am J Emerg Med. 2011 Jul;29(6):656-64

55.     Taplin S, Abraham LA, Geller B, Barlow WE, Buist DSM, **Smith-Bindman R**, Lehman C, Harvey S, Weaver D, Yankaskas BC. The effect of previous benign breast biopsy on the interpretive performance of subsequent screening mammography. Journal of the National Cancer Institute. 2010 102(14):1040-51.

56.     Levine D, Brown DL, Andreotti RF, Benacerraf B, Benson CB, Brewster WR, Coleman B, Depriest P, Doubilet PM, Goldstein SR, Hamper UM, Hecht JL, Horrow M, Hur HC, Marnach M, Patel MD, Platt LD, Puscheck E, **Smith-Bindman R**. Management of asymptomatic ovarian and other adnexal cysts imaged at US: Society of Radiologists in Ultrasound Consensus Conference Statement. Radiology. 256(3):943-54.

57.     Stengel JW, Webb EM, Poder L, Yeh BM, **Smith-Bindman R**, Coakley FV. Acute appendicitis: clinical outcome in patients with an initial false-position CT diagnosis. Radiology. 2010 256(1):119-26.

58.     **Smith-Bindman R**. Is computed tomography safe? N Engl J Med. 2010 Jul 1;363(1):1-4.

59.     Levine D, Brown DL, Andreotti RF, Benacerraf B, Benson CB, Brewster WR, Coleman B, DePriest P, Doubilet PM, Goldstein SR, Hamper UM, Hecht JL, Horrow M, Hur HC, Marnach M, Patel MD, Platt LD, Puscheck E, **Smith-Bindman R**; Management of asymptomatic ovarian and other adnexal cysts imaged at US Society of Radiologists in Ultrasound consensus conference statement.  Society of Radiologists in Ultrasound.  Ultrasound Q. 2010 26(3):121-31.

60.     Berrington de Gonzalez A, Kim KP, **Smith-Bindman R**, McAreavey D. Myocardial perfusion scans: projected population cancer risks from current levels of use in the United States. Circulation. 2010 122(23):2403-10.

61.     Goldman LE, Walker R, Miglioretti DL, **Smith-Bindman R**, Kerlikowske K; Accuracy of diagnostic mammography at facilities serving vulnerable women.  National Cancer Institute Breast Cancer Surveillance Consortium. Med Care. 2011 49(1):67-75

62.     Berrington de Gonzalez AB, Kim KP, Knudsen AB, Lansdorp-Vogelaar I, Rutter CM, **Smith-Bindman R**, Yee J, Kuntz KM, van Ballegooijen M, Zauber AG, Berg CD. Radiation-related

cancer risks from CT colonography screening: a risk-benefit analysis. Am J Roentgenol. 2011 196(4):816-23.

63.  Mehta P, **Smith-Bindman R** Airport Full-Body Screening: What is the Risk? Arch Intern Med. 2011 171(12):1112-5

64.  Rosenberg RD, Haneuse SJ, Geller BM, Buist DS, Miglioretti DL, Brenner RJ, **Smith-Bindman R**, Taplin SH; Breast Cancer Surveillance Consortium. Timeliness of follow-up after abnormal screening mammogram: variability of facilities. Radiology. 2011 261(2):404-13.

65.  Miglioretti DL, **Smith-Bindman R** Overuse of computed tomography and associated risks. Am Fam Physician. 2011 83(11):1252-4.

66   Westphalen AC, Koff WJ, Coakley FV, Muglia VF, Neuhaus JM, Marcus RT, Kurhanewicz J, **Smith-Bindman R**. Prostate cancer: prediction of biochemical failure after external-beam radiation therapy--Kattan nomogram and endorectal MR imaging estimation of tumor volume. Radiology. 2011 261(2):477-86.

67.  Goldman LE, Walker R, Miglioretti DL, **Smith-Bindman R**, Kerlikowske AK; Breast Cancer Surveillance Consortium. Facility characteristics do not explain higher false-positive rates in diagnostic mammography at facilities serving vulnerable women. Med Care. 2012 50(3):210-6.

68.  **Smith-Bindman** R, Miglioretti DL, Johnson E, Lee C, Feigelson HS, Flynn M, Greenlee RT, Kruger RL, Hornbrook MC, Roblin D, Solberg LI, Vanneman N, Weinmann S, Williams AE. Use of diagnostic imaging studies and associated radiation exposure for patients enrolled in large integrated health care systems, 1996-2010. JAMA. 2012 Jun 13;307(22):2400-9.

69.  **Smith-Bindman R**. Environmental causes of breast cancer and radiation from medical imaging: findings from the Institute of Medicine report. Arch Intern Med. 2012 172(13):1023-7.

70.  Bach PB, Mirkin JN, Oliver TK, Azzoli CG, Berry DA, Brawley OW, Byers T, Colditz GA, Gould MK, Jett JR, Sabichi AL, **Smith-Bindman R**, Wood DE, Qaseem A, Detterbeck FC. Benefits and harms of CT screening for lung cancer: a systematic review. JAMA 307(22):2418-29.

71.  Fenton JJ, Zhu W, Balch S, **Smith-Bindman R**, Lindfors KK, Hubbard RA.  External validation of Medicare claims codes for digital mammography and computer-aided detection. Cancer Epidemiol Biomarkers Prev. 2012 Aug 23(8):1344-7.

72.  Fazel R, Curtis J, Wang Y, Einstein AJ, **Smith-Bindman R**, Tsai TT, Chen J, Shah ND, Krumholz HM, Nallamothu BK. Determinants of fluoroscopy time for invasive coronary angiography and percutaneous coronary intervention: Insights from the NCDR. Catheter Cardiovasc Interv. 2013 82(7):1091-105

74.  Miglioretti DL, Johnson E, William SA, Grenlee RT, Weinmann S, Solberg LI, Feigelson HS, Roblin D, Flynn MJ, Vanneman N, **Smith-Bindman R**. The use of computed tomography in pediatrics and the associated radiation exposure and estimated cancer risk. JAMA Pediatr. 2013 167 (88): 700-7

75.  **Smith-Bindman R**, Lebda P, Feldtein VA, Sellami D, Goldstein RB, Brasic N, Jin C, Kornak J. Risk of Thyroid Cancer based on Thyroid Ultrasound Imaging Characteristic: Result of A Population Based-Study. <u>JAMA Internal Medicine</u>. 2013 173(19):1788-96

76.  Keegan J, Miglioretti DL, Gould R, Donnely LF, **Smith-Bindman R**, Wilson ND. Radiation Dose Metrics in Computed Tomography: Assessing Dose Using the National Quality Forum CT Patient Safety Measure. <u>J Am Coll Radiol</u>. 2014 11(3):309-15.

77.  Fenton JJ, Zhu W, Balch S, **Smith-Bindman R**, Fishman P, Hubbard RA. Med Care. Distinguished Screening from Diagnostic Mammograms Using Medicare Claims Data. <u>Med Care</u>. 2014 52(7):e44-51

78.  Miglioretti DL, Zhang Y, Johnson E, Lee C, Morin RL, Vanneman N, **Smith-Bindman R**. Personalized Technologist Dose Audit Feedback for Reducing Patient Radiation Exposure from CT. <u>J Am Coll Radiol</u>. 2014 11(3):300-8.

79.  Lee CS, Reinhardt EB, **Smith-Bindman R**. CTSim: An Interactive Computer Simulation to Learn the Fundamentals of CT Dose Optimization. <u>J Am Coll Radiol</u>. 2014 11(3):255-6.

80.  Wilson N, Valencia V, **Smith-Bindman R**. Virtual Meetings: Improving Impact and Accessibility of CME. <u>J Am Coll Radiol</u>. 2014 11(3):231-2.

81.  **Smith-Bindman R**, Boone JM. Radiation Dose Optimization-Improving the Safety of CT.  <u>J Am Coll Radiol</u>. 2014 11(3):229-30.

82.  Valencia V, Moghadassi M, Kriesel DR, Cummings S, **Smith-Bindman R**. Study of Tomography Of Nephrolithiasis Evaluation (STONE): Methodology, approach and rationale. <u>Contemp Clin Trials</u>. 2014 38(1):92-101

83.  **Smith-Bindman** R, Aubin C, Bailitz J, Bengiamin RN, Camargo CA Jr, Corbo J, Dean AJ, Goldstein RB, Griffey RT, Jay GD, Kang TL, Kriesel DR, Ma OJ, Mallin M, Manson W, Melnikow J, Miglioretti DL, Miller SK, Mills LD, Miner JR, Moghadassi M, Noble VE, Press GM, Stoller ML, Valencia VE, Wang J, Wang RC, Cummings SR. Ultrasound versus Computed Tomography for Suspected Nephrolithiasis. <u>N Engl J Med</u>. 2014 371(12):1100-10.

84.  Hubbard RA, Benjamin-Johnson R, Onega T, **Smith-Bindman R**, Zhu W, Fenton JJ. Classification accuracy of claims-based methods for identifying providers failing to meet performance targets. <u>Stat Med</u>. 2015 15;34(1):93-105

85.  **Smith-Bindman R,** Appendix F. Ionizing Radiation Exposure to the US Population, with a Focus on Radiation from Medical Imaging, in Breast and the Environment: A Life Course Approach. <u>The Institute of Medicine</u>. 2012

86.  **Smith-Bindman R**, Moghadassi M, Griffey RT, Camargo CA Jr, Bailitz J, Beland M, Miglioretti DL. Computed Tomography Radiation Dose in Patients with Suspected Urolithiasis. <u>JAMA Intern Med</u>. 2015 Aug;175(8):1413-6

87.  **Smith-Bindman R**, Moghadassi M, Wilson N, Nelson TR, Boone JM, Cagnon CH, Gould R, Hall DJ, Krishnam M, Lamba R, McNitt-Gray M, Seibert A, Miglioretti DL. Radiation Doses in

Consecutive CT Examinations from Five University of California Medical Centers. <u>Radiology</u>. 2015 277(1):134-41.

88. Hubbard RA, Benjamin-Johnson R, Onega T, **Smith-Bindman R**, Zhu W, Fenton JJ. Classification accuracy of claims-based methods for identifying providers failing to meet performance targets. <u>Stat Med</u>. 2015 15;34(1):93-105.

89. **Smith-Bindman R**. CT Radiation and the Risk of Cancer. <u>Current Radiology Reports</u>. 2015 3:3

90. Mongan J, Kline J, **Smith-Bindman R**. Age and sex-dependent trends in pulmonary embolism testing and derivation of a clinical decision rule for young patients. <u>Emerg Med J.</u> 2015 32(11):840-5

91. Bahadori A, Miglioretti D, Kruger R, Flynn M, Weinmann S, **Smith-Bindman R**, Lee C. Calculation of Organ Doses for a Large Number of Patients Undergoing CT Examinations. <u>Am J Roentgenol.</u> 2015 205(4):827-33.

92. Solberg LI, Asche SE, Butler J, Carrell D, Norton CK, Jarvik JG, **Smith-Bindman R**, Tillema JO, Whitebird RR, Ziegenfuss JY. The Effect of Achieving Patient-Reported Outcome Measures on Satisfaction. <u>J Am Board Fam Med</u>. 2015 Nov-Dec;28(6):785-92.

93. Burke LMB, Semelka RC, **Smith-Bindman R**. Trends of CT Utilization in North America over the last decade. <u>Current Radiology Reports</u>, January 2015 3:78

94. Melnikow J, Xing G, Cox G, Leigh P, Mills L, Miglioretti DL, Moghadassi M, **Smith-Bindman R**. Cost Analysis of the STONE Randomized Trial: Can Health Care Costs be Reduced One Test at a Time? <u>Med Care</u>. 2016 54(4):337-42.

95. Morgan TA, **Smith-Bindman R**, Harbell J, Kornak J, Stock PG, Feldstein VA. US Findings in Patients at Risk for Pancreas Transplant Failure. <u>Radiology</u>. 2016 280(1):281-9.

96. Wang RC, Bent S, Weber E, Neilson J, **Smith-Bindman R**, Fahimi J. The Impact of Clinical Decision Rules on Computed Tomography Use and Yield for Pulmonary Embolism: A Systematic Review and Meta-analysis. <u>Ann Emerg Med</u>. 2016 67(6):693-701.

97. Harrison JD, Balonov M, Martin CJ, Ortiz Lopez P, Menzel HG, Simmonds JR, **Smith-Bindman R**, Wakeford R. Use of effective dose. <u>Ann ICRP</u>. 2016 45(1 Suppl):215-24.

98. **Smith-Bindman R**, Bindman AB. Imaging More Wisely. JAMA Intern Med. 2016 176(2):168-70.

99 Wang RC, Rodriguez RM, Moghadassi M, Noble V, Bailitz J, Mallin M, Corbo J, Kang TL, Chu P, Shiboski S, **Smith-Bindman R**. External Validation of the STONE Score, a Clinical Prediction Rule for Ureteral Stone: An Observational Multi-Institutional Study. <u>Ann Emerg Med.</u> 2016 67(4):423-432.e2.

100 Onega T, Goldman LE, Walker RL, Miglioretti DL, Buist DS, Taplin S, Geller BM, Hill DA, **Smith-Bindman R**. Facility Mammography Volume in Relation to Breast Cancer Screening Outcomes. <u>J Med Screen</u>. 2016 23(1):31-7.

101    Fenton JJ, Onega T, Zhu W, Balch S, **Smith-Bindman R**, Henderson L, Sprague BL, Kerlikowske K, Hubbard RA. Validation of a Medicare Claims-based Algorithm for Identifying Breast Cancers Detected at Screening Mammography. Med Care. 2016;54(3).

102.   Demb J, Chu P, Nelson T, Hall D, Seibert A, Lamba R, Boone J, Krishnam M, Cagnon C, Bostani M, Gould R, Miglioretti D, **Smith-Bindman R.** Optimizing Radiation Doses for Computed Tomography Across Institutions: Dose Auditing and Best Practices. JAMA Intern Med. 2017 177(6):810-817.

103.   Wang RC, Addo N, Chi T, Moore C, Mallin M, Shiboski S, Stoller M, **Smith-Bindman R.** Medical expulsive therapy use in emergency department patients diagnosed with ureteral stones. Am J Emerg Med. 2017 35(8):1069-1074.

104.   Wang RC, Rodriguez RM, Fahimi J, Hall MK, Shiboski S, Chi T, **Smith-Bindman R.** Derivation of decision rules to predict clinically important outcomes in acute flank pain patients. Am J Emerg Med. 2017 35(4):554-563.

105.   Metzler IS, **Smith-Bindman R,** Moghadassi M, Wang RC, Stoller ML, Chi T. Emergency Department Imaging Modality Effect on Surgical Management of Nephrolithiasis: A Multicenter, Randomized Clinical Trial. J Urol. 2017 197(3 Pt 1):710-714.

106.   Wang RC, **Smith-Bindman R**, Whitaker E, Neilson J, Allen IE, Stoller ML, Fahimi J. Effect of Tamsulosin on Stone Passage for Ureteral Stones: A Systematic Review and Meta-analysis. Ann Emerg Med. 2017 Mar;69(3):353-361

107.   **Smith-Bindman R**, Wang Y, Yellen-Nelson TR, Moghadassi M, Wilson N, Gould R, Seibert A, Boone JM, Krishnam M, Lamba R, Hall DJ, Miglioretti DL. Predictors of CT Radiation Dose and Their Effect on Patient Care: A Comprehensive Analysis Using Automated Data. Radiology. 2017 Jan;282(1):182-193.

108.   **Smith-Bindman R**. Use of Advanced Imaging Tests and the Not-So-Incidental Harms of Incidental Findings. JAMA Intern Med. 2017 Dec 26.

109.   **Smith-Bindman R**, Poder L, Johnson E, Miglioretti D. Risk of Malignant Ovarian Cancer Based on Ultrasound Findings in a Large Unselected Population JAMA Intern Med Published online November 12, 2018. doi:10.1001/jamainternmed.2018.5113

110.   **Smith-Bindman R**, Yifei Wang Y, Chu P, Chung R, et al, International Variation in Radiation Dose For Computed Tomography. BMJ In press

**Publications, Other (selected)**

1.    **Smith-Bindman R.** Positron emission tomography to evaluate lung lesions. JAMA. 2001 285(21):2711-2

2.    **Smith-Bindman R**, Feldstein VA, Goldberg JD. The genetic sonogram in screening for Down syndrome. J Ultrasound Med. 2001 20(11):1153-8

3       **Smith-Bindman R**, Miglioretti DL. CTDIvol, DLP, and effective dose are excellent measures for use in CT quality improvement. Radiology. 2011 261(3):999

4.      **Smith-Bindman R**. Ultrasonography vs. CT for suspected nephrolithiasis. N Engl J Med. 2014 Dec 25;371(26):2531

5.      **Smith-Bindman R**, Miglioretti D. Cell-free DNA Analysis for Noninvasive Examination of Trisomy. N Engl J Med. 2015 Dec 24;373(26)**:2581.**

**6.**    Rita F. Redberg and Rebecca Smith-Bindman "We Are Giving Ourselves Cancer." Editorial. The New York Times 31 Jan. 2014, The New York ed.: A27. 30 Jan. 2014.

7.      **Smith-Bindman R**, Bindman AB. Imaging More Wisely-Already At Work. JAMA Intern Med. 2016 176(6):870-1.

**8.**    **Smith-Bindman R,** Kwan ML, Miglioretti DL. Who Gets to Decide? Radiology. 2016 278(2):635-6

## Conference Abstracts

1.      Smith-Bindman R, Kerlikowske K. Is there a downside to elderly women undergoing screening mammography? J Natl Cancer Inst 1999:18;1322-3.

2.      Smith-Bindman, R, Kerlikowske, K, Feldstein, V. Endovaginal ultrasound to evaluate endometrial abnormalities JAMA 1999;281:1693-4.

3.      Smith-Bindman R. Positron emission tomography to evaluate lung lesions JAMA 2001;285:2711-2.

4.      Smith-Bindman, R, Goldberg, JD. Ultrasound markers of fetal Down syndrome. JAMA 2001;285:2858.

5.      Smith-Bindman R, Feldstein V, Goldberg JD. The Genetic Sonogram in Screening For Down Syndrome, J Ultrasound Med 2001 Nov; 20(11):1153-8.

6.      Kerlikowske K, Smith-Bindman R, Sickles EA. Short-interval follow-up mammography: are we doing the right thing? J Natl Cancer Inst 2003 Aug 6;95(15):1175-6.

7.      Smith-Bindman R, Miglioretti D, Kerlikowske K. Comparison of screening mammography in the United States and the United Kingdom. JAMA. 2004 Feb 18;291(7):824.

8.      Sellami D, Goldstein R, Feldstein V, Smith-Bindman R. Ultrasound Can Help Low-Risk Patients Avoid Invasive Thyroid Biopsy. American Roentgen Ray Society, 2009

9.      Kamath A, Smith-Bindman R. CT radiation dose shows wide variance in Emergency Department, RSNA 2009

10. Chang JH, Rand L, Smith-Bindman. Second trimester prenatal ultrasound for the detection of fetal structural anomalies and their associated risk for chromosomal abnormalities. American Journal of Obstetics and Gynecology Volume 201, Issue 6, Supplement (December 2009) and poster presentation. Society for Maternal-Fetal Medicine: 2010 30th Annual Meeting: The Pregnancy Meeting Chicago, IL; February 4, 2010

11. Rand L, Smith-Bindman R, Saadai P, Machin GA, Farmer DL, Feldstein VA. Monochorionic twin pregnancy outcomes: Impact of cord insertion sites. (IFMSS 2009, Brazil)

12. Rand L, Smith-Bindman R, Saadai P, Machin GA, Lee H, Farmer DL, Feldstein VA. Monochorionic twin pregnancy outcomes: Impact of arterio-arterial and veno-venous anastomoses. (IFMSS 2009, Brazil)

13. Rand L, Smith-Bindman R, Payam Saadai, Geoffrey Machin, Vickie Feldstein. Placental Predictors of Adverse Outcomes in Monochorionic twins. (SMFM 2010, Chicago)

14. Rand L, Smith-Bindman R, Saadai P, Machin GA, Feldstein VA. Natural History and Outcomes of Monochorionic Twin Pregnancies in a Large Population-Based Study. (SMFM 2010, Chicago)

15. Lebada P, Feldstein V, Goldstein R, Sellami D, Smith-Bindman R. Risk of Thyroid Cancer Assocaited with Ultrasound Findings. Results from a population based study. Association of University Radiologists, 2011, Boston MA

16. Burger I, Miglioretti D, Johnson E, et al. Rise in Radiation Exposure from Diagnostic Imaging in Patients Across Several Different HMO Populations. Paper presented at: RSNA, December 2 20102010; Chicago, IL

17. Burger I, Miglioretti D, Johnson E, Vanneman N, Smith-Bindman R. Radiation Exposure Increased Dramatically in a Large Health Plan, Particularly Among Cancer Patients. Paper presented at: RSNA, December 1 20102010; Chicago, IL

18. Merry, MD et al. Breast Cancer Risk from Medical Imaging Including Computed Tomography (CT) and Nuclear Medicine among Females Enrolled in a Large Integrated health Care System – manuscript in preparation. Presented at the Radiological Society of North America Annual Meeting, Chicago, IL, 2012

19. Mongan, et al. Improving Efficiency of Pulmonary Embolism Testing in Young Female patients manuscript in preparation. Presented at the Radiological Society of North America Annual Meeting, Chicago, IL, 2012

**Abstract Presentations at Scientific Meetings**

Current CT doses from a Computed Tomography Dose Registry, presented at the *Conference on Radiation in Health, Radiation Research Society*, Kona, HI, 10/15-17, 2016

Current Exposure to Computed Tomography Imaging in US Integrated Health Care Systems, presented at the Conference on Radiation in Health by the Radiation Research Society, Kona, HI, 10/15-17, 2016

Current CT doses from a Computed Tomography Dose Registry in Pediatric Patients, Presented at the American Academy of Pediatrics Annual Meeting, San Francisco, CA, 10/22-25/2017

European Congress of Radiology, European Society of Radiology, 2017
*Practical Strategies for Optimizing Dose, A Dose of Reality*

European Congress of Radiology, European Society of Radiology, 2018
*An International Randomized Controlled Trial of Two Interventions for Reducing Doses for Computed Tomography (CT) Through Audit Feedback and Sharing Best Practices*

European Congress of Radiology, European Society of Radiology, 2018
*International Variation in Radiation Dose for Computed Tomography (CT)*

# Exhibit B

"A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88. https://doi.org/10.1016/0007-0971(79)90054-8.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47. https://doi.org/10.1016/j.tiv.2010.03.002.

American Cancer Society. "Key Statistics for Ovarian Cancer," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html.

———. "What Is Ovarian Cancer?," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/what-is-ovarian-cancer.html.

Anderson, Garnet L., Howard L. Judd, Andrew M. Kaunitz, David H. Barad, Shirley A. A. Beresford, Mary Pettinger, James Liu, S. Gene McNeeley, Ana Maria Lopez, and Women's Health Initiative Investigators. "Effects of Estrogen plus Progestin on Gynecologic Cancers and Associated Diagnostic Procedures: The Women's Health Initiative Randomized Trial." *JAMA* 290, no. 13 (October 1, 2003): 1739–48. https://doi.org/10.1001/jama.290.13.1739.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354, no. 1 (January 5, 2006): 34–43. https://doi.org/10.1056/NEJMoa052985.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" *Obstetrics & Gynecology* 120, no. 3 (September 2012): 612–18. https://doi.org/10.1097/AOG.0b013e318264f794.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620. https://doi.org/10.2105/AJPH.2018.304366.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015). https://doi.org/e0135739. doi:10.1371/journal. pone.0135739.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1. https://doi.org/10.1097/CEJ.0000000000000340.

———. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 27, no. 3 (2018): 248–57. https://doi.org/10.1097/CEJ.0000000000000340.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602. https://doi.org/10.1038/bjc.2011.572.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018. https://doi.org/10.1016/j.smim.2018.10.011.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378, no. 9809 (December 17, 2011): 2081–87. https://doi.org/10.1016/S0140-6736(11)61049-0.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953. https://patents.google.com/patent/US2626257A/en?q=medical&q=dusting+powder&oq=medical+dusting+powder.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17. https://doi.org/10.1289/ehp.1003283.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294, no. 8 (August 24, 2005): 914–23. https://doi.org/10.1001/jama.294.8.914.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal*, 2017. https://doi.org/10.1155/2017/1270608.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401. https://doi.org/10.1002/(SICI)1097-0142(19970615)79:12<2396::AID-CNCR15>3.0.CO;2-M.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124, no. 6 (May 2017): 872–78. https://doi.org/10.1111/1471-0528.14543.

Chen, Lee-May, and Jonathan S Berek. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum." *UpToDate*, 2018.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,%20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and%20risk%20factors&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. "The Forkhead Transcription Factor FOXM1

Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33, no. 2 (January 2013): 227–36. https://doi.org/10.1128/MCB.00881-12.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58. https://doi.org/10.1093/nar/gkv111.

Chittenden, B. G., G. Fullerton, A. Maheshwari, and S. Bhattacharya. "Polycystic Ovary Syndrome and the Risk of Gynaecological Cancer: A Systematic Review." *Reproductive Biomedicine Online* 19, no. 3 (September 2009): 398–405.

Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67. https://doi.org/10.1093/humupd/dmq030.

Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63. https://doi.org/10.1111/j.1600-0412.2011.01114.x.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14. https://doi.org/10.1016/S0140-6736(08)60167-1.

Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42. https://doi.org/10.1016/S0140-6736(14)61687-1.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26. https://doi.org/10.1097/AOG.0000000000002296.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285, no. 18 (April 30, 2010): 13349–56. https://doi.org/10.1074/jbc.M109.074286.

4

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 81, no. 3 (May 5, 1999): 351–56.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31. https://doi.org/10.1158/1055-9965.EPI-05-0035.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December 17, 2015. https://doi.org/10.1097/EDE.0000000000000434.

———. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501. https://doi.org/10.1097/01.AOG.0000262902.80861.a0.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76. https://doi.org/10.1002/1097-0142(19820715)50:2<372::AID-CNCR2820500235>3.0.CO;2-S.

Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96. https://doi.org/10.1038/nrclinonc.2015.105.

Curtis D. Klaassen, and John Doull. *Casarett and Doull's Toxicology : The Basic Science of Poisons*. 8th Edition. McGraw-Hill Education, 2013. https://www.ncbi.nlm.nih.gov/nlmcatalog/101586259.

Danforth, Kim N., Shelley S. Tworoger, Jonathan L. Hecht, Bernard A. Rosner, Graham A. Colditz, and Susan E. Hankinson. "Breastfeeding and Risk of Ovarian Cancer in Two Prospective

Cohorts." *Cancer Causes & Control: CCC* 18, no. 5 (June 2007): 517–23. https://doi.org/10.1007/s10552-007-0130-2.

"Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., August 16, 2018.

"Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

"Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01," April 13, 2018.

Devaja, Omer. *Ovarian Cancer  From Pathogenesis to Treatment*. IntechOpen, 2018.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70. https://doi.org/10.1158/1055-9965.EPI-12-0229.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

D.R. Petterson. "JNJ 000251888," April 26, 1973.

Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81. https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

———. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015). https://doi.org/10.1186/s12982-015-0037-4.

"Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018. https://www.gpo.gov/fdsys/search/pagedetails.action?collectionCode=FR&browsePath=2016%2 F12%2F12-19%5C%2F2%2FConsumer+Product+Safety+Commission&isCollapsed=true&leafLevelBrowse =true&packageId=FR-2016-12-19&isDocumentResults=true&ycord=173&isDocumentResults=true&ycord=173.

Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34. https://doi.org/10.1007/s12253-015-9913-z.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S. https://doi.org/10.1177/1091581815586797.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018. https://doi.org/10.1177/1933719118759999.

Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89. https://doi.org/10.1086/301749.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73. https://doi.org/10.1038/bjc.2013.514.

Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3. https://doi.org/10.2105/AJPH.2018.304390.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97. https://doi.org/10.1016/j.rmed.2008.07.021.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

Gloyne, S. R. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17 (1935): 5–10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27, no. 8 (March 10, 2009): 1250–56. https://doi.org/10.1200/JCO.2008.16.6959.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60. https://doi.org/10.1677/ERC-08-0104.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32. https://doi.org/10.1179/2049396714Y.0000000081.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250, no. 4988 (December 21, 1990): 1684–89.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

Hannenhalli, Sridhar, and Klaus H. Kaestner. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10, no. 4 (April 2009): 233–40. https://doi.org/10.1038/nrg2523.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

Harlow, B. L., and P. A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 254–60. https://doi.org/10.1006/rtph.1995.1039.

Harlow, B. L., and N. S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, no. 2 (August 1989): 390–94.

Harper, Amy K, and Ghassan Saed. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting," In Press 2019.

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?" *Leukemia Research* 37, no. 2 (February 2013): 214–20. https://doi.org/10.1016/j.leukres.2012.10.020.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122, no. 1 (July 2013): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39. https://doi.org/10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19. https://doi.org/10.2105/AJPH.2018.304337.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral

Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36. https://doi.org/10.1080/15287390903486568.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 8 (March 10, 2015): 937–43. https://doi.org/10.1200/JCO.2014.56.3106.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29. https://doi.org/10.1097/01.cej.0000236257.03394.4a.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC : Asbestos," 1977. https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-79/.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 58. Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry," 1993.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 93 Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1–413.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42. Supplement 7," 1987. https://monographs.iarc.fr/wp-content/uploads/2018/06/Suppl7.pdf.

IARC, International Agency for Research on Cancer, and World Health Organization, eds. *Carbon Black, Titanium Dioxide, and Talc*. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France : Geneva: International Agency for Research on Cancer ; Distributed by WHO Press, 2010.

"IMERYS 013188," n.d.

"IMERYS 088907 Rio Tinto Minerals HSE&EA Science Advisory Meeting." September 17, 2007.

11

"IMERYS 284935," n.d.

"IMERYS137677-IMERYS137690," 2004.

"IMERYS209971," 1972.

"IMERYS210136," n.d.

"IMERYS241866," n.d.

"IMERYS248877," n.d.

"IMERYS255101," n.d.

"IMERYS255224," n.d.

"IMERYS255384," n.d.

"IMERYS255394," n.d.

"IMERYS255395," n.d.

"IMERYS279884," n.d.

"IMERYS279968," n.d.

"IMERYS281335," n.d.

"IMERYS281776," n.d.

"IMERYS324700," n.d.

"IMERYS-A_0011817," n.d.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006. http://www.ncbi.nlm.nih.gov/books/NBK20332/.

Isaacs, Claudine, and Beth N Peshkin. "Management of Patients at High Risk for Breast and Ovarian Cancer." *UpToDate*, 2018.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

J. Lightfoot, G.A. Kingston, and F.D. Pooley. "An Examination of Italian Mine Samples and Relevant Powders," 1972.

Jaiswal, M., N. F. LaRusso, L. J. Burgart, and G. J. Gores. "Inflammatory Cytokines Induce DNA Damage and Inhibit DNA Repair in Cholangiocarcinoma Cells by a Nitric Oxide-Dependent Mechanism." *Cancer Research* 60, no. 1 (January 1, 2000): 184–90.

"JANSSEN-000056 P-23 (Pltf_MISC_00000321) Ortho Diaphragm Information," n.d.

Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September 1997): 1073–84. https://doi.org/10.1289/ehp.97105s51073.

———. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73.

Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogenesis*. New York: Plenum Press, 1991.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13. https://doi.org/10.1136/jmedgenet-2013-102015.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018). https://doi.org/10.1038/s41598-018-30261-8.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

"JNJ000000704 P-396," n.d.

"JNJ000011150," n.d.

"JNJ000016645," n.d.

"JNJ000019415," n.d.

"JNJ000025132," 1976.

"JNJ000025132," n.d.

"JNJ000026987," n.d.

"JNJ000046293," n.d.

"JNJ000245678," n.d.

"JNJ000245762," n.d.

"JNJ000251888," n.d.

"JNJ000260700," n.d.

"JNJ000261010," n.d.

"JNJ000265536," n.d.

"JNJ000279507," n.d.

"JNJ000348778," n.d.

"JNJ000404860," n.d.

"JNJ000460665," n.d.

"JNJ000526750," n.d.

John M. DeSesso. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Jordan, SJ, KL Cushing-Haugen, KG Wicklund, JA Doherty, and MA Rossing. "Breast Feeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control : CCC* 23, no. 6 (June 2012): 919–27. https://doi.org/10.1007/s10552-012-9963-4.

Jordan, Susan J., Victor Siskind, Adèle C Green, David C. Whiteman, and Penelope M. Webb. "Breastfeeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 21, no. 1 (January 2010): 109–16. https://doi.org/10.1007/s10552-009-9440-x.

Jordan, Susan J., David C. Whiteman, David M. Purdie, Adèle C. Green, and Penelope M. Webb. "Does Smoking Increase Risk of Ovarian Cancer? A Systematic Review." *Gynecologic Oncology* 103, no. 3 (December 2006): 1122–29. https://doi.org/10.1016/j.ygyno.2006.08.012.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, no. 6 (December 1992): 443–49. https://doi.org/10.1002/jat.2550120614.

Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75. https://doi.org/10.1158/1055-9965.EPI-09-1221.

Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13. https://doi.org/10.1166/jbn.2011.1227.

King, HM. "Talc: The Softest Mineral.," n.d. https://geology.com/minerals/talc.shtml.

King, Talmadge. "Asbestos-Related Pleuropulmonary Disease." Edited by Kevin Flaherty. *UpToDate*, 2018.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Klampfer, Lidija. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets* 11, no. 4 (May 2011): 451–64.

Knudson, A. G. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68, no. 4 (April 1971): 820–23.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurman, Robert J., and Ie-Ming Shih. "Molecular Pathogenesis and Extraovarian Origin of Epithelial Ovarian Cancer. Shifting the Paradigm." *Human Pathology* 42, no. 7 (July 2011): 918–31. https://doi.org/10.1016/j.humpath.2011.03.003.

———. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186, no. 4 (April 1, 2016): 733–47. https://doi.org/10.1016/j.ajpath.2015.11.011.

———. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility

Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

La Vecchia. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (2017): 55–62.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7. https://doi.org/10.1016/j.ygyno.2014.09.009.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005. https://doi.org/10.1200/JCO.2006.07.9970.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, no. 1 (January 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26, no. 32 (November 10, 2008): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15. https://doi.org/10.1038/sj.bjc.6603535.

Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." *The Lancet. Oncology* 12, no. 9 (September 2011): 900–904. https://doi.org/10.1016/S1470-2045(11)70165-6.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19. https://doi.org/10.1097/EDE.0b013e3182456ad3.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

"Longo - Feb 2018 MAS Report," 2018.

Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

Longo, William E., and Mark W. Rigler. "Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos," August 2, 2017.

Longo, William E., and Rigler, Mark W. "MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD," April 28, 2017.

———. "TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos," February 16, 2018.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Luan, Nan-Nan, Qi-Jun Wu, Ting-Ting Gong, Emily Vogtmann, Yong-Lai Wang, and Bei Lin. "Breastfeeding and Ovarian Cancer Risk: A Meta-Analysis of Epidemiologic Studies1234." *The American Journal of Clinical Nutrition* 98, no. 4 (October 2013): 1020–31. https://doi.org/10.3945/ajcn.113.062794.

Lundin, Eva, Laure Dossus, Tess Clendenen, Vittorio Krogh, Kjell Grankvist, Marianne Wulff, Sabina Sieri, et al. "C-Reactive Protein and Ovarian Cancer: A Prospective Study Nested in Three Cohorts (Sweden, USA, Italy)." *Cancer Causes & Control: CCC* 20, no. 7 (September 2009): 1151–59. https://doi.org/10.1007/s10552-009-9330-2.

Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94. https://doi.org/10.1111/aogs.12516.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung Adenocarcinoma and Malignant Mesothelioma Detected by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35. https://doi.org/10.1007/s00408-015-9814-7.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018. https://doi.org/10.1016/j.hoc.2018.07.002.

Mannino, David M. "Cigarette Smoking and Other Possible Risk Factors for Lung Cancer." *UpToDate*, 2018.

McCullough, Marie. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

———. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50. https://doi.org/10.1016/j.bbadis.2007.12.005.

McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52. https://doi.org/10.21037/jtd.2017.10.41.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76. https://doi.org/10.1002/ijc.23017.

Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64. https://doi.org/10.1002/ijc.20434.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17. https://doi.org/10.1093/annonc/mdq660.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41. https://doi.org/10.5487/TR.2011.27.3.137.

Moorman, Patricia G. "Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," February 2018.

Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606. https://doi.org/10.1093/aje/kwp176.

17

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control : CCC* 23, no. 11 (November 2012): 1839–52. https://doi.org/10.1007/s10552-012-0063-2.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018. https://seer.cancer.gov/statfacts/html/ovary.html.

"National Toxicology Program (NTP) Technical Report (NTP TR 421) on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F1 Mice." National Institutes of Health, 1993.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88. https://doi.org/10.1038/sj.onc.1205804.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67. https://doi.org/10.1093/jnci/91.17.1459.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

Ness, Roberta B., Daniel W. Cramer, Marc T. Goodman, Susanne Krüger Kjaer, Kathy Mallin, Berit Jul Mosgaard, David M. Purdie, Harvey A. Risch, Ronald Vergona, and Anna H. Wu. "Infertility, Fertility Drugs, and Ovarian Cancer: A Pooled Analysis of Case-Control Studies." *American Journal of Epidemiology* 155, no. 3 (February 1, 2002): 217–24.

Neutra, Raymond Richard, Carl F. Cranor, and David Gee. "The Use and Misuse of Bradford Hill in U.S. Tort Law." *Jurimetrics J.*, 2018, 127–62.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12, no. 4 (April 2015): 239–45. https://doi.org/10.1038/nrclinonc.2015.26.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

———. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSH 2011 Current Intelligence Bulletin No. 62," 2011.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6." Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber .Pdf," n.d.

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90. https://doi.org/10.1001/jamaoncol.2015.5495.

NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018. https://doi.org/10.1007/s10552-018-1082-4.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361, no. 9375 (June 21, 2003): 2099–2106.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

*Pathology of Asbestos-Associated Diseases*, 2011. http://www.springer.com/medicine/pathology/book/978-1-4419-1894-9.

"PCPC_MDL00062175," May 25, 1999.

Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94. https://doi.org/10.1016/S1470-2045(11)70404-1.

Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

Pelling, D., and J. G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 5 (May 1986): 425–30.

Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

"Pltf_MISC_00000272 (JANSSEN-000001-19)," 1962.

Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

Pott, R., and K. H. Friedrichs. "Tumors in Rats Following i.p. Injection of Fiberform Dusts." *Naturwissenschaften* 59 (n.d.): 318–24.

Prat, Jaime, and FIGO Committee on Gynecologic Oncology. "Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum." *Cancer* 121, no. 19 (October 1, 2015): 3452–54. https://doi.org/10.1002/cncr.29524.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702. https://doi.org/10.1002/humu.22025.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116, no. 1 (January 2010): 10–14. https://doi.org/10.1016/j.ygyno.2009.10.043.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1, no. 1 (2009): 29–43. https://doi.org/10.4255/mcpharmacol.09.05.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61. https://doi.org/10.1001/jama.2014.5985.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95. https://doi.org/10.1158/1055-9965.EPI-10-1302.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32. https://doi.org/10.20892/j.issn.2095-3941.2016.0084.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3. https://doi.org/10.1016/j.fertnstert.2014.03.041.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92. https://doi.org/10.1002/ijc.26337.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. "Tremolite and Mesothelioma." *Annals of Occupational Hygiene* 46, no. 5 (July 1, 2002): 447–53. https://doi.org/10.1093/annhyg/mef056.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84. https://doi.org/10.1080/15287397609529432.

Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. 1st ed. Accessed August 21, 2018. https://www.wiley.com/en-us/Cancer+Prevention+and+Screening%3A+Concepts%2C+Principles+and+Controversies-p-9781118990872.

Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42. https://doi.org/10.1007/s10552-011-9746-3.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

Schenken, Robert S. "Endometriosis: Pathogenesis, Clinical Features, and Diagnosis." *UpToDate*, 2018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

"SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site," April 2018. https://Seer.cancer.gov/csr/1975_2015/.

Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141, no. 2 (2016): 195–98. https://doi.org/10.1016/j.ygyno.2015.10.022.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95. https://doi.org/10.1093/humrep/deh156.

Soini, Tuuli, Ritva Hurskainen, Seija Grénman, Johanna Mäenpää, Jorma Paavonen, and Eero Pukkala. "Cancer Risk in Women Using the Levonorgestrel-Releasing Intrauterine System in Finland." *Obstetrics and Gynecology* 124, no. 2 Pt 1 (August 2014): 292–99. https://doi.org/10.1097/AOG.0000000000000356.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018. https://doi.org/10.1002/path.5145.

Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

Starman, Daniel H., Leslie A. Litzky, and Larry R. Kaiser. "Epidemiology of Malignant Pleural Mesothelioma." *UpToDate*, 2018.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018. https://doi.org/10.1016/j.toxlet.2018.08.011.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49. https://doi.org/10.1016/j.toxlet.2014.03.005.

Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64. https://doi.org/10.1016/j.ygyno.2012.10.023.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16. https://doi.org/10.1016/j.canep.2018.05.011.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

"Talc." *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans* 42 (1987): 185–224.

Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 13 (May 1, 2015): 1460–66. https://doi.org/10.1200/JCO.2014.55.9898.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7, no. 2 (February 1998): 195–202.

Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952. https://patents.google.com/patent/US2621333/en.

Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96. https://doi.org/10.3322/caac.21456.

Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70. https://doi.org/10.1158/1055-9965.EPI-16-0476.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian

Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304. https://doi.org/10.1016/j.ygyno.2014.08.025.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National Cancer Institute*, May 31, 2018. https://doi.org/10.1093/jnci/djy100.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019). https://doi.org/10.1093/jnci/djy100.

Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42. https://doi.org/10.1038/bjc.2011.371.

Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84. https://doi.org/10.1007/s10552-011-9782-z.

Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901. https://doi.org/10.1093/aje/kwm157.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." - 600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67. https://doi.org/10.1186/1477-7827-1-67.

VanOrden, D. "Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations 'Talc (Containing Asbestiform Fibers)'. 4 December 2000., National Toxicology Program.," November 22, 2000.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-

Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96, no. 22 (November 17, 2004): 1682–91. https://doi.org/10.1093/jnci/djh323.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59. https://doi.org/10.1016/j.ygyno.2010.03.009.

Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017). https://doi.org/DOI 10.1186/s12982-017-0061-7.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138. https://doi.org/10.3390/ijerph13111138.

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14, no. 10 (October 2013): 703–18. https://doi.org/10.1038/nrg3539.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April 1986): 329–38.

Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" *Chest* 111, no. 5 (May 1997): 1414–16.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98. https://doi.org/10.1200/JCO.2016.66.8178.

26

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77. https://doi.org/10.1093/jnci/92.14.1172.

Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15. https://doi.org/10.5271/sjweh.3462.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 93, no. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, no. 7 (July 1, 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International*

*Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15. https://doi.org/10.1002/ijc.24091.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512 (2009): 15–28. https://doi.org/10.1007/978-1-60327-530-9_2.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December 15, 2006): 11565.

"You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20. https://doi.org/10.1196/annals.1389.032.

Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65. https://doi.org/10.1038/nature24060.

# Exhibit C

**Rebecca Smith-Bindman Compensation and Prior Testimony**

Dr. Smith-Bindman's fees are $1,000/hr.  She has not testified in other cases during the previous four years.

Exhibit 10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (FLW) (LHG) |

**RULE 26 EXPERT REPORT OF**
**SONAL SINGH, MD, MPH**

Date:   November 16, 2018

_____

Sonal Singh, MD, MPH

**TALCUM POWDER PRODUCTS AND RISK OF OVARIAN CANCER**

**EXPERT REPORT**

Prepared by

**Sonal Singh, MD, MPH**

University of Massachusetts School of Medicine

Nov 16, 2018

1

**Table of Contents**

I.      INTRODUCTION AND SUMMARY. ......................................................................3

II.     BACKGROUND AND QUALIFICATIONS.............................................................3

III.    PUBLICATIONS...................................................................................................5

IV.     STUDY DESIGN CONSIDERATIONS..................................................................7

V.      EPIDEMIOLOGY AND PATHOGENESIS OF OVARIAN CANCER. ......................14

VI.     WHAT CONSTITUTES COSMETIC TALCUM POWDER PRODUCTS? ...............14

VII.    SUMMARY OF OPINIONS. ................................................................................16

VIII.   METHODS FOR THE OVERVIEW OF SYSTEMATIC REVIEW OF OBSERVATIONAL STUDIES OF GENITAL TALC USE AND OVARIAN CANCER. .................19

IX.     RESULTS........................................................................................................20

X.      BIOLOGICAL MECHANISMS OF TALCUM POWDER INDUCED OVARIAN CANCER.  57

XI.     ASSESSMENT OF CARCINOGENECITY OF TALC BY THE IARC IN 2006. .........60

XII.    COSMETIC EXPERT REVIEW PANEL REPORT.................................................61

XIII.   ASSESSMENT OF CAUSALITY.........................................................................62

XIV.    CONCLUSIONS.................................................................................................66

References ....................................................................................................................67

Table 1. AMSTAR (Assessing the Methodologic Quality of Systematic Reviews) Rating of Systematic Reviews and/or Meta-analysis of Genital Talc use and Ovarian Cancer................77

Additional Materials and Data Considered ...................................................................79

Other Materials ............................................................................................................87

## I.      INTRODUCTION AND SUMMARY.

I have been retained to review scientific evidence and analyze the epidemiological data and, based on these data and other relevant evidence, to provide my professional opinion about whether talcum powder products are causally related to ovarian cancer. I have used a weight of evidence approach in examining the causal relationship between talcum powder products and ovarian cancer. I have relied upon my own systematic review of the literature and the cumulative body of evidence as the basis upon which I provide my opinions. This included gathering all relevant data based on *in vitro*, animal, and human epidemiologic studies on this topic. Although the weight of my opinions is derived from findings published in the peer-reviewed literature, relevant unpublished documents are also noted when applicable. The individual studies were examined for both reliability and validity noting their strengths and limitations. The cumulative body of evidence was then synthesized and examined and weighed using a widely accepted organizing framework- the Bradford Hill approach. (1). Using these materials, my education, and my prior clinical and research experiences, I have employed the methods generally accepted by the scientific community that would be used to develop a peer-reviewed manuscript.

In summary, it is my opinion, to a reasonable degree of scientific and medical certainty, that talcum powder products, specifically here Johnson's Baby Powder and Shower to Shower, can cause ovarian cancer. This finding is based on the totality of the medical and scientific evidence from meta-analysis, and consistent findings of a statistically significantly increased risk in observational studies, evidence of retrograde migration and inhalation of talc, presence of known or suspected carcinogens in Talcum Powder Products, and inflammatory tissue response that initiates multiple pathways and biological mechanisms by which talcum powder products can cause ovarian cancer While these factors carry the most weight in my assessment, available data on the biological gradient of Talc exposure and ovarian cancer (dose response) also support my opinion.

## II.      BACKGROUND AND QUALIFICATIONS.

I am an Associate Professor in the Department of Family Medicine and Community Health and the Meyers Primary Care Institute, with a joint appointment in the Department of Quantitative Health Sciences at the University of Massachusetts Medical School, Massachusetts. I received

3

my M.B.B.S. (equivalent to M.D.) in 1998 from Patna Medical College, India. I then completed my internal medicine internship and residency in the Department of Medicine at the Unity Health Center, affiliated with the University of Rochester School of Medicine in 2005. Subsequently, I served on the Faculty as an Instructor of Medicine at Wake Forest University until 2007, and then as an Assistant Professor of Medicine in 2007. I received a joint appointment as an Assistant Professor of Epidemiology at Wake Forest University in 2008. While on the faculty at Wake Forest University, I obtained my master's in public health at Johns Hopkins University in 2008. I was an Assistant Professor in the School of Medicine at Johns Hopkins University as a recipient of the NIH Johns Hopkins Clinical Research Scholars Award in 2009. I held joint appointments in the Department of International Health and Health Policy and Managements and served as the Associate Director at the Center for Drug Safety and Effectiveness at Johns Hopkins University until 2016.

In my current position, I devote most of my professional time to epidemiologic research. I conduct clinical research with a focus on drug safety, evidence synthesis, and shared decision making. The major focus of my research is understanding the adverse effects of pharmacologic therapies. The remainder of my professional effort is dedicated to practicing general medicine and teaching activities. I have taught courses in systematic reviews, clinical epidemiology, pharmacoepidemiology, and the practice of internal medicine to medical students, interns, residents, and public health students at Johns Hopkins University and Wake Forest University. I have taught courses in clinical epidemiology and pharmacoepidemiology to researchers in the Bloomberg School of Public Health at Johns Hopkins University

I have served as an advisor to the World Bank, WHO International Agency for Research on Cancer and various pharmaceutical firms. I was part of World Health Organization International Agency for Research (WHO-IARC) panel which evaluated the carcinogenicity of various drugs and herbal products. (2). I currently serve as a member of the American College of Chest Physicians Guideline Panel. I have also been part of a panel that developed the PRISMA-HARMS (Preferred Item for Reporting Harm in Systematic Reviews and Meta-Analyses) checklist with an aim to improve the reporting of systematic reviews and meta-analysis of adverse effects. (3). My research has been funded by the Food and Drug Administration, the Agency for Health Care Research and Quality, the National Institute of Health and the Patient Centered Outcomes Research Institute. I am a recipient of numerous awards including the prestigious Johns Hopkins Clinical Research Scholars Award from the

4

National Institute of Health and the Tinsley R. Harrison Master Teachers Award at Wake Forest University School of Medicine. My systematic review on varenicline and the risk of cardiovascular events published in the prestigious Canadian Medical Association Journal was awarded the Best Research Paper of the year among hundreds of articles submitted to the Journal. I also serve as a peer reviewer for more than 50 journals and serve on the editorial board of prominent journals such as *BMJ Evidence Based Medicine*. I have reviewed grants for numerous federal and international organizations. I have conducted several epidemiological studies and systematic reviews and meta-analysis featured in prominent medical journals such as the *Journal of the American Medical Association* and the *British Medical Journal*. I have authored or co-authored more than 100 original peer-reviewed scientific articles and my work has been cited more than 13,000 times and my h-index is 48 [h number of papers which has been cited by others at least h times]. My work has been featured in *Science, Journal of the American Medical Association, British Medical Journal, and the Lancet*, as well as media outlets such as the NYTIMES, *Wall Street Journal* and *Washington Post*.

This background provides experise in the use of epidemiological research methods in diverse settings, and in the clinical practice of medicine, both relevant to the present scenario. I have charged a rate of $600.00 per hour in the preparation of this report. Attached as Exhibit A is a copy of my curriculum vitae.

## III.    PUBLICATIONS.

Below is a representative sampling of those articles published in leading medical journals such as *Journal of American Medical Association, Journal of American Medical Association-Internal Medicine,* and *British Medical Journal*. Please refer to my attached curriculum vitae for a complete listing of all publications.

- Singh S, Loke YK, Furberg CD. Long-term risk of cardiovascular events with rosiglitazone- A systematic review and meta-analysis. *Journal of the American Medical Association* 2007; 298: 1189-1195.
- Singh S, Loke YK. Furberg CD. Inhaled anticholinergics and the risk of major adverse cardiovascular events in Patients with Chronic Obstructive Pulmonary Disease: A systematic Review and Meta-analysis. *Journal of the American Medical Association* 2008; 300: 1439-1450. (CME Article in JAMA).

5

- Mills EJ, Wu P, Chong G, Ghement I, Singh S, et al. Efficacy and safety of statin treatment for cardiovascular disease: a network meta-analysis of 170 255 patients from 76 randomized trials. Q J Med 2011; 104: 109-24.

- Singh S, Loke YK, Enright P, Furberg CD. Mortality Associated with Tiotropium Respimat® in Patients with Chronic Obstructive Pulmonary Disease- A Systematic Review and Meta-Analysis of Randomized Controlled Trials. *British Medical Journal* 2011; 342: d3215.

- Singh S, Loke YK, Spangler JG, Furberg CD. Risk of serious adverse cardiovascular events with Varenicline: A Systematic Review and Meta-Analysis of Randomized Controlled Trials. *Canadian Medical Association Journal* 2011; 1831359-66. (with an editorial by JT Hays. Varenicline for smoking cessation. Is it a heart breaker?)- Best Research paper of the year award.

- Singh S, Loke YK. Drug Safety Assessment in Clinical Trials: Methodologic Challenges and Opportunities. Trials 2012, 13: 138.

- Singh S, Chang HY, Richards TM, Weiner JP, Clark JM, Segal JB. Glucagonlike Peptide 1-Based Therapies and Risk of Hospitalization for Acute Pancreatitis in Type 2 Ovarian cancer Mellitus: A Population-Based Matched Case-Control Study. *Journal of the American Medical Association Intern Med*. 2013 25:1-6.

- Grosse Y, Loomis D, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, Guha N, Baan R, Mattock H, Straif K; International Agency for Research on Cancer Monograph Working Group. Collaborators: Stewart BW, Biggar RJ, Lachenmeier DW, Singh S, Tsuda H, Baguley B, Marques MM, Tseng CH, Knight TL, Beland FA, Betz JM, Carcache de Blanco EJ, Cunningham ML, Dunnick JK, Guo L, Jameson CW, Karagas M, Lunn RM, McCormick DL, Witt KL, Zhou S. Carcinogenicity of some drugs and herbal products. *Lancet Oncol*. 2013; 14(9):807-8.

- Zorzela, L., Loke, Y.K., Ioannidis, J.P., Golder, S., Santaguida, P., Altman, D.G., Moher, D., Vohra, S., Boon, H., Clark, J., Derry, S., Gallivan, J., Gardiner, P., Gøtzsche, P., Loder, E., Napoli, M., Pilkington, K., Shekelle, P., Singh S, Witt, C., Lasserson, T., Wu, T., Shamseer, L., Mulrow, C. PRISMA harms checklist: improving harms reporting in systematic reviews. *British Medical Journal* 2016;352: i157.

- Onasanya O, Iyer G, Lucas E, Lin D, Singh S, Alexander GC. Association between exogenous testosterone and cardiovascular events: an overview of systematic reviews. *Lancet Diabetes Endocrinol*. 2016 Nov;4(11):943-956.

- Alexander GC, Iyer G, Lucas E, Lin D, Singh S. Cardiovascular risks of exogenous testosterone among men. *Am J Med*. 2017 Dec;130(12):1449-1457.

6

## IV.    STUDY DESIGN CONSIDERATIONS.

I will examine the strengths and weaknesses of the study designs that are relevant to the present scenario. Each of the study-types discussed below has its advantages and disadvantages. Every study is subject to biases and error; none is appropriate and feasible for every situation. Instead, the evidentiary value of each study must be assessed and weighed on an individual basis, and in the context of the totality of the body of literature or scientific studies.

*IV.I Randomized controlled trials.* In double blind randomized controlled trials (RCTs) both the investigator and the participant are blinded to treatment assignment. All characteristics whether known or unknown, are evenly distributed at random between the intervention and placebo arm. Thus, if there are differences in incidence of outcome, it can be inferred to be a consequence of the exposure itself (i.e. causative).

However, the prospective nature of RCTs also results in several significant drawbacks for effects that are rare and/or slow to develop, like ovarian cancer. In addition to the ethical difficulties of administering a substance that may be harmful, such as talcum powder products, it is difficult prospectively to ensure study-subject compliance over the decade-plus timeframes required to assess ovarian cancer risk, and obviously impractical to have researchers administer a daily perineal talc application to study subjects. Similarly, there is no mechanism by which to randomly assign participants for non-modifiable exposures or the event may be sufficiently rare, such as in the present case of ovarian cancer to be evaluated in a randomized trial. The definitive randomized controlled trial in which patients would be randomized to talcum powder products and/or placebo and measure the outcome of ovarian cancer would be ideal. However, such a randomized trial does not exist, and such a randomized trial would be unethical.[1] Then again, randomized clinical trials are not necessary to establish causal evidence of harm. For instance, there is no randomized trial which supports the causal role of smoking in lung cancer. As a result, to address this question, we must rely on other study designs including observational studies and their meta-analysis to draw inferences on causation. The preponderance of evidence we have on harms of products are derived from such epidemiological studies.

---

[1] Defendants here have admitted this fact. Deposition of Linda Loretz 562:14-563:6 (October 1, 2018) (4); Deposition of Joshua Muscat 408:21-410:20 (September 25, 2018) (5).

*IV.II Systematic reviews and Meta-analysis.* A systematic review and meta-analysis is a study design wherein systematic searches are carried out to identify studies reporting on a question of interest. Systematic reviews provide a high level of evidence when evaluating the effect of interventions. (6).

The meta-analytic point estimate represents the sum of evidence from all the included studies. When individual studies may be underpowered to detect an effect, meta-analysis of cumulative studies may allow one to distinguish whether the entire body of evidence supports the presence or argues against evidence of a causal association. Apart from the P-value as a measure of statistical significance, the confidence intervals are used to assess the statistical variability around the estimate. In a meta-analysis the studies are weighted by the sample size of included studies with larger studies contributing more weight to the final estimate. Studies are examined to determine whether the findings are clinically and statistically homogenous or heterogenous. Clinical heterogeneity includes any differences in populations and interventions. It is also important to evaluate statistical heterogeneity among studies included in the meta-analysis. (7). Although some amount of variation in individual estimates of treatment effect is expected by chance, the excess of variation which cannot be explained by chance alone is referred to as statistical heterogeneity. $I^2$ is used as a measure of *statistical heterogeneity*—a percent of variation due to heterogeneity compared to chance, the higher the value the more the proportion of statistical heterogeneity.

The different approaches to modelling data across studies may yield slightly different results. Fixed effects meta-analysis which assumes that all the studies are measuring the same effect yield tighter confidence intervals, whereas random effects meta-analysis which assume that studies are measuring different effects in the population yield more conservative effects. Random-effects models may be more appropriate when the amount of statistical heterogeneity is high. Some amount of heterogeneity is expected when the database includes observational studies.

However, it must be noted that while meta-analysis can overcome issues of limited statistical power and provide information on consistency or inconsistency of effects, one needs to carefully examine the individual studies for their limitations and susceptibility to bias and confounding.

8

Thus, for example, if a study is too short to detect the effect in question, then even a patient-level pooled analysis of several such studies will very likely fail to detect a true causal relationship, even when one exists. This is an illustration of why it is important to consider study design, bias, and confounding in weighing the results from both individual studies and their meta-analysis. Systematic reviews are also susceptible to various publication and funding biases which need to be considered in interpreting results.

Meta-regression in using summary or group level published data may be susceptible to ecological or group level biases and result in spurious conclusions. (8). As a result, it is not recommended to evaluate the association between treatment effect, such as the difference in the risk of ovarian cancer, and participant characteristics at the study level (e.g., mean age of all participants) using aggregate level data, (9) as these may be susceptible to group level or ecological biases. An individual participant pooled analysis in which investigators have access to the patient-level data, such as that by Terry et al. discussed below, (10) is considered of higher quality than meta-analysis of summary data and provides the ability to reliably assess the effect of other patient and outcome related variables.

**Umbrella reviews and overviews of systematic reviews.** An umbrella review systematically collects and reviews evidence from multiple systematic reviews and meta-analysis and allows integration of evidence from multiple systematic reviews and meta-analysis, (11) to offer a much broader view of the evidence landscape. Individual systematic reviews and/or meta-analysis included in an umbrella review or overview should be critically appraised for quality. The 11-item critical appraisal tool AMSTAR (Assessing the Methodological Quality of Systematic Reviews) is a reliable and valid tool which provides an assessment of the quality of included systematic reviews and meta-analysis in an overview. (12).

**What is the precise causal question or the hypothesis being tested?** One cannot interpret the scientific evidence without being precise about the causal question that is being addressed when evaluating the association between any exposure and an outcome in any epidemiologic study. An exclusively narrowly framed hypothesis (e.g., evaluating only one route of exposure such as using talcum powder on contraceptive diaphragm), (13) while disregarding other important and relevant routes and mechanisms of exposure, is <u>inherently limited by design.</u> Since we may not have a complete picture of the underlying mechanisms or the timings of risk of products at the

9

time of study design, it is even more critical that studies on safety evaluate all potential routes of exposure.

IV.III. *Cohort and Case-Control Studies.* There are several considerations in interpreting data from prospective or retrospective observational studies or case-control studies. However, it is important to consider issues of study design, random error, systematic error, bias, and confounding in the interpretation of data. Random errors are statistical fluctuations in the measured data due to the limitations of the measurement instrument. They may occur in both direction because of the inability to measure exposure and outcomes in precisely the same manner. There is also the possibility of measurement error in the measurement of outcome and exposure in both study designs. If the measurement error is non-differential, such misclassification of exposure or outcomes usually biases findings towards the null. Systematic errors, by contrast, are reproducible inaccuracies that are consistently in the same direction, often due to a problem which persists throughout the entire study and are difficult to correct.

Case-control studies involve subjects diagnosed with the disease at issue, such as ovarian cancer (the "cases"), and a suitable number of subjects without the disease (the "controls"). Exposure is ascertained retrospectively among both cases and controls. The results are then analyzed to see if there is an association between the exposure and the disease. In contrast, prospective cohort studies are study designs in which subjects with and without the exposure of interest are recruited and followed up in time for the development of outcomes. This study design establishes temporality wherein the exposure precedes the outcome. It is important to determine the latency and induction between the exposure and the disease to assess the duration of follow-up. As an example, a 12-month follow-up study to evaluate the association between exposure to smoking and lung cancer would be unlikely to demonstrate an increase in the risk of lung cancer.

There are several strengths to the case-control design including the ability to ascertain long-term exposure-outcome relationships, particularly important to the present scenario because ovarian cancer develops over many years. Once cases and controls have been established, one can evaluate the association between multiple exposures and outcomes. In contrast, prospective cohort studies may be limited by the short-duration of follow-up which may be insufficient to ascertain the effect of exposure on long-term outcomes and bias their findings towards the null. Secondly, for relatively rare diseases, such as ovarian cancer, case-control studies are more

10

efficient. Because we are looking at the incidence of disease between the two arms of a study, a cohort study may have limited statistical power regardless of the actual number of subjects enrolled if the number of cases is small. For example, the Nurses' Health Study recruited almost 80,000 participants for only 307 cases of ovarian cancer. (14).

Both study designs are susceptible to selection bias when the selection of the participants into the study (or their likelihood of being retained in a cohort study) leads to a result that is different from the result had we enrolled the entire target population. In other words, the exposure-outcome relationship in controls or cases may be different from the target population. This can arise due to selection of controls not representative of the target population, non-response that is related to exposure and outcome, or differential loss to follow-up in a cohort study related to exposure and outcome status. Selection bias can bias findings either away from the null or towards the null.

Case-control studies, by their design, are generally not blinded and are also susceptible to bias as a result. They are also susceptible to recall bias, i.e. the concern that subjects with the disease may be more diligent in recollecting past uses. However, the degree of recall bias will depend on the type of exposure with chronic daily long-term exposures, such as talcum powder product use, being less likely to be subject to recall bias than intermittent short-term exposures. In contrast, prospective cohort studies in which subjects are recruited and then followed up for the development of outcomes are less susceptible to recall bias.

In addition, there is the issue of what may be called "behavior change" bias in cohort studies which may also bias their findings towards the null if exposure is only ascertained at baseline and not updated during follow up. This bias towards the null reduces the apparent effect of the exposure on the outcome. For example, if the subjects accurately report their talcum powder product use (or lack there-of) at baseline, but there is no follow-up, then the "ever" users' status will still be correct at the end of the study, because once having used talc, their "ever" status cannot change. This will not be true, however, of the "never" users; if they subsequently use talc, then without follow-up, their status will still be incorrectly recorded as "never." If there is a true causal connection, some ovarian cancers caused in the "never" category will, in fact, belong in the "ever" category, potentially biasing the study towards the null. Cohort studies are also susceptible to attrition bias and efforts should be used to minimize loss to follow-up. The main strengths of cohort studies are that if an effect (after adjusting for other confounding

11

factors) is found despite these biases towards the null, then it is more likely to be a causal relationship; the limitations being that they are less sensitive to determining a causal relationship. Case-control studies are based on past behavior and are not affected by this bias. Cohort studies are also susceptible to several prevalent user biases including potential bias due depletion of susceptibles. (15). A cohort study evaluating the association between talc use and ovarian cancer which limits the analysis to prevalent users (rather than new users), may largely be composed of survivors of the early effect of talc exposure on ovarian cancer, since new users who developed ovarian cancer after talc exposure may be ineligible for inclusion. This will potentially bias the estimates towards the null.

One important distinction to note is between risk factors for the disease and confounders. (16). A risk factor is an exposure which may explain the development or cause of disease in the population. These could be potentially modifiable or non-modifiable risk factors such as genetic risk factors. Confounding represents a special case of bias that results when the relationship between the risk factor -disease relationship is altered. A variable is considered a confounder only when ALL three criteria are present: a) the confounder is associated with the exposure in the population; b) the variable is related to the disease in the population; and c) the variable is not a link in the causal pathway to the disease. Risk factors that do not meet all the above criterion are not considered confounders of the exposure-outcome relationships (and thus may not require adjustment in the analysis).

Observational studies may also be susceptible to unmeasured confounding. Importantly, the potential for confounding does not mean that such a confounding exists. To address bias, confounders of the disease-outcome relationship need to be adjusted for in the analysis of epidemiologic studies. The methods for adjustment for known confounders include regression or propensity score methods. In establishing the effect of any exposure on an outcome it is important to disentangle the direct effect of an exposure of an outcome vs the indirect effect because of some mediators. <u>The strength of association, in and of itself, does not denote whether a risk factor causes the disease. It is reflective of the background rate of the disease in the population and the relative risk of other competing risk factors</u>. When the strength of association is weak, restricting the disease to a low risk population with low background rates of the diseases will magnify the association due to lack of competition among risk factors. (16)

12

One must be careful in interpreting data from subgroup analysis, such as analysis of various dose categories or age or ethnic groups, such as the case here with pre-menopausal women vs post-menopausal women or subgroup of women stratified by age, sex and ethnicity. The results of tests of interaction are important in interpreting data from such studies. If the test of interaction is not significant, this suggests that there is a lack of significant difference between the two groups. However, such subgroup tests can be underpowered because of reduction in sample size. Additionally, while a study may be internally valid it may not be generalizable to participants in the overall population beyond those included in the study. As an example, the cohort study of post-menopausal women reporting a non-significantly increased risk of ovarian cancer with genital talc use may not be generalizable to premenopausal women. (17). Despite the limitations noted above, most of our knowledge of the adverse effects of therapies has been derived from observational studies, since randomized controlled trials are not practical for several agents and rare outcomes.

It is also important to draw attention to the proper interpretation of P-values, confidence intervals and statistical significance. (18). I have followed the general principles laid out by the American Statistical Association on the interpretation of P-values and statistical significance. P-value can only indicate how incompatible data are with a statistical model. P-values do not indicate the probability that the studied hypothesis is true or the probability that data were produced by random chance alone. A P-value does not measure the size of an effect or the importance of a result and undue reliance should not be placed on whether a P-value passes a specific threshold. Full reporting and transparency are needed for interpretation of results. Confidence intervals (CI) measure statistical significance, (19) and indicate the precision and degree of uncertainty associated with a sample statistic. A 95% CI means that if we used the same sampling method to select different samples and computed an interval estimate for each sample, we would expect the true population parameter to fall within the interval estimates 95% of the time. CIs that remain elevated above 1 for relative risks (RRs) or odds ratios (ORs) are considered statistically significant. A narrow CI indicates a relatively higher level of precision. Non-overlapping CIs across two studies suggest a statistically significant difference between the study findings, whereas overlapping CIs may suggest consistent results. Thus, it is not necessary, and it is highly unlikely to have identical point estimates across studies to establish the presence of a consistent exposure-outcome association.

13

## V.     EPIDEMIOLOGY AND PATHOGENESIS OF OVARIAN CANCER.

Ovarian cancer is the most lethal gynecologic cancer in women. It is the leading cause of cancer death among gynecologic cancer in the US and the fifth most common cause of cancer with more than 14,000 deaths per year. The incidence is 11.4 cases per 100,000 women per year, with a mortality rate of 7.4 deaths per 100,000 women. (20). Approximately 1.3 percent of women will be diagnosed with ovarian cancer at some point during their lifetime. Approximately 22,400 new cases of ovarian cancer would be diagnosed in the US in 2017 with 14,080 deaths. (21).

Most women are diagnosed at an advanced stage of the disease and it is usually asymptomatic but may present as abdominal distention, bloating, and in a minority of cases vaginal bleeding. The prognosis is relatively poor when it presents at the advance stage where therapeutic options including chemotherapy offer little benefit. As discussed in more detail in Section X below, inflammation is known to play an important role in the pathogenesis of ovarian epithelial cancer through a mechanism of cell proliferation, oxidative stress DNA damage and gene mutations.

## VI.     WHAT CONSTITUTES COSMETIC TALCUM POWDER PRODUCTS?

•     While I will examine the evidence of talcum powder products and their causal association with ovarian cancer, ascertaining what constitutes "talcum powder" it is important to emphasize that Talcum powder cosmetic products are not "pure talc." The evidence I reviewed demonstrates talcum powder products contain asbestos, fibrous talc, heavy metals such as cobalt, chromium, nickel, and various fragrance chemicals (22)(23). This report evaluates the risk of ovarian cancer associated with talcum powder products and its constituents. When I refer to talc or talcum powder products in this report, I am referring to commercially available talcum powder products and all constituent elements contained within.

•     Talc is a naturally occurring mineral and its chemical composition is hydrous magnesium silicate with a chemical formula of $Mg_3Si_4O_{10}(OH)_2$. In its natural form, talc may contain asbestos, also a naturally occurring silicate mineral, with a different crystal structure. Both talc and asbestos belong to the family of silicates that may occur in fibrous form, which is known to cause cancer. The structure of talc is characterized by a hexagonal sheet arrangement of silicon oxygen tetrahedral groups in a common plane. This results in a double-sheeted structure where the sheets are held together by weak van der Waals bonds. Talc consists mostly of these plate-

14

like structures ("platy talc") but talc can occur in fibrous form. Talc fibers are like asbestos fibers in size and shape. (22, 24).

• Despite claims that talcum powder products manufactured after the mid-1970s were "asbestos free," published articles, internal company documents, and testing of historical samples I reviewed demonstrate that talcum powder products can contain asbestos and other carcinogenic constituents as discussed below. For example, talc powders from national and international markets were analyzed by Paoletti et al. in a 1983 study to assess fiber content. (25). Samples of talc powders demonstrated fiber contents up to 30% of total particles. About half of the talc powders revealed the presence of asbestos. In some samples, a very high level of asbestos was revealed. (25). Consistently, the 1991 Blount study also found asbestos in cosmetic talcum powder. (26). In a recent deposition, the author of the 1991 study testified she had detected specifically in Johnsons and Johnsons baby powder. (27).

• Although the FDA conducted a survey of talc manufacturers in 2009-2010 and found no asbestos fibers or structures in any of the samples of cosmetic-grade raw material talc or cosmetic products containing talc, (28) the results were limited; only four out of nine talc suppliers submitted samples, and the number of products tested was low. The failure to detect asbestos could either be due to the technique used or the use of a non-representative sample. The FDA itself noted the study could not "prove that most or all talc or talc-containing cosmetic grade products currently marketed in the United States are likely to be free of asbestos contamination." (29).

• I reviewed Longo et al.'s report from August 2017 where he tested 30 bottles of Johnson's Baby Powder. (30). They found 17 samples contained detectable amounts of asbestos. They also found half of the samples contained fibrous talc. I also reviewed two additional reports from Dr. Longo where he found fibrous talc and asbestos in Johnson's Baby Powder. (31, 32). I reviewed the depositions and exhibits of Dr. John Hopkins, corporate representative for Johnson and Johnson, who testified to numerous positive tests for asbestos and fibrous talc. (33).

• In a recent report, Longo et al. (34) estimates that 37 out of 56 random samples ( 66%) of bottles of talcum powder products tested contain asbestos, which indicates that approximately 2 out of 3 bottles of talcum powder containing products are contaminated with asbestos. Talcum powder products are generally used by women habitually for months or years, rather than a

15

single application or a single bottle of use. Each successive use of a bottle of talcum powder product by an individual further accentuates the cumulative probability of their exposure to asbestos, beyond the probability conferred by the use of a single bottle. I reserve the right to supplement my report in order to estimate this probability of exposure to asbestos through habitual use of talcum powder products contaminated with asbestos, once the analysis of additional samples of talc is complete.  Longo et al. also estimates that 41 of 42 random samples of bottles of talcum powder products tested contain fibrous talc. I reserve the right to supplement my report in order to estimate this probability of exposure to fibrous talc through habitual use of talcum powder products contaminated with fibrous talc, once the analysis of additional samples of talc is complete.

• I also reviewed the deposition and exhibits of Julie Pier, corporate representative for Imerys Talc America, Inc., who testified to numerous positive tests for asbestos and heavy metals between 1985 and 2002. (35).

• My review of monographs published by the International Agency for Research on Cancer (IARC) show that asbestos is a well-established carcinogen and unequivocally known to cause several cancers including mesothelioma of the lung, larynx, and ovarian cancer. (36). Overall, the International Agency for Research on Cancer Working Group classified asbestos compounds as "carcinogenic to humans" (Group 1) in 2012. (36, 37). IARC has also concluded that talc including asbestiform fibers grown in an asbestiform habit  - commonly termed "fibrous talc" - is "carcinogenic to humans" (Group 1). (38).

• I also reviewed documents demonstrating talcum powder products may contain heavy metals such as chromium, nickel, and cobalt. (22). Asbestos, chromium, and nickel were all classified as a Group 1 carcinogens by IARC. (36) Cobalt is also present in talcum powder products and classified by IARC as a Group 2B carcinogen.

**VII.    SUMMARY OF OPINIONS.**

1.    **Statistical Significance**. There is a statistically significant increased risk of ovarian cancer with talcum powder products as demonstrated by most meta-analyses to date. (10, 39-42). Although a flawed analysis conducted limited to the use of talc dusted diaphragms and ovarian cancer conducted on behalf of the manufacturer reported an excess risk which was not

16

statistically significant, (13) it had several data extraction errors and was of lower methodological quality. (43). Several independent meta-analysis by academic researchers, some of which include individual participant data, (10) and the most recent meta-analysis reported a statistically significantly increased risk of ovarian cancer associated with perineal talc use, (42) rendering the previous findings of Huncharek et al obsolete. The studies of the highest rated methodologic quality as shown in **Table 1** which provides a methodologic grading of the quality of the included systematic reviews using the AMSTAR checklist have reported a statistically significantly increased risk of ovarian cancer associated with genital talc use. (10, 41, 42). See Section IX.IV for a summary of findings from epidemiological studies.

2.      **Consistency and Replication**. These findings of a statistically significantly increased risk of ovarian cancer with talc use have been consistently replicated by several independent investigators in different population, and different settings across different data sources using different study designs. These slight differences in magnitude of risk reflect differences in inclusion or exclusion criteria and the accumulation of evidence over time. The meta-analysis of case-control studies has consistently shown a statistically significantly increased risk, whereas the meta-analysis of cohort studies has also shown an excess risk, (42) which failed to reach statistical significance, due to inadequate statistical power and low number of events; but the confidence intervals of results between the two study designs overlap providing evidence of consistency. The number of ovarian cancers in the case-control studies exceeds the number of ovarian cancers in the cohort studies by several fold. (42).

3.      **Strength of Association**. The cumulative strength of association for the increased risk of ovarian cancer associated with talcum powder containing products is significant and ranges from 30 % to 60% %. The strength of association is similar to estimates of other established carcinogens (e.g., 24 % increased risk of lung cancers in non-smokers exposed to environmental tobacco smoke) (44), hormone replacement therapy and breast cancer (RR 1.33, 95% CI: 1.24-1.44) (45), particulate matter and lung cancer (PM2.5: RR 1.09, 95% CI: 1.04, 1.14 and PM10: 1.08, 95% CI: 1.00-1.17). (46). Beyond carcinogens, there are well established examples of causal associations in epidemiology, such as in the case of particulate matter and myocardial infarction, where the statistically significant excess risks are in the order of even less than a percent (carbon monoxide: 1.048, 95% CI: 1.026-1.070; nitrogen dioxide: 1.011, 95% CI, 1.006-1.016; sulfur dioxide: 1.010, 95% CI: 1.003-1.017; PM(10): 1.006, 95% CI: 1.002-1.009; and PM(2.5): 1.025, 95% CI: 1.015-1.036 and ozone: RR 1.003, 95% CI: 0.997-1.010; P = .36). (47).

4.      **Exposure-Response Assessment.** The assessment of exposure–response or biological gradient is hindered by the difficulty in quantifying talcum powder use usually collected by

17

self-reported data (frequency, amount, and duration), timing and patterns of use (e.g., douching), and other individual factors (e.g., co-existence of inflammatory conditions such as endometriosis and or vaginal bleeding) resulting in differences in measurement of exposure across studies. As discussed in the dose-response summary of epidemiological studies below, some studies have measured the frequency of exposure, others the duration of exposure with few studies measuring the combined duration and frequency or intensity of exposure. (48). It is important to interpret the exposure-response data in the context of mechanistic studies which report that talc accelerates the development of ovarian cancer through alteration of the redox state in epithelial ovarian cancer cells, (49) and a monotonic dose-response curve may not accurately reflect this mechanism of development of ovarian cancer mediated via inflammation and alterations in redox states. Some epidemiologists have argued that it is difficult to know how dose-response should be modelled and it is unclear why nature would mandate a monotonic dose-response gradient. (50). Although it is difficult to know how to model the talc-ovarian cancer exposure-response assessment, it is possible that an agent which accelerates the development of cancer could account for threshold effects rather than monotonic dose-response effect. Despite these challenges, I address studies which have shown evidence of dose-response as measured by an increased risk with increased frequency, (48, 51-55) or increased duration, (52, 54, 56) or a combination of frequency and duration of exposure. (52, 57). Some studies have also shown evidence of increased risk with increased number of lifetime applications, (10, 48, 52) which may be a more accurate measure for long term exposure outcome association mediated via inflammation. The most updated meta-analysis reported an increased risk with >3600 lifetime applications compared to <3600 lifetime applications of perineal talc based on data from case-control studies. (42). A limited number of studies have shown no evidence of dose-response either with increased frequency or duration of exposure. (58-60).

5.     **Retrograde Migration of Talc and Routes of Talc Exposure.** Talcum powder particles can migrate to the fallopian tubes and ovaries. (61-63). Talc and/or other constituents have been detected within the ovaries of women who report perineal talc use, (64) and found deeply embedded within ovarian tumors. (62, 65). Talc has also been reported in the lymph nodes which could occur through migration absorption or inhalation with transport through the lymphatic system. (66). Although an industry funded study performed by the Cosmetic, Toiletry, and Fragrance Association failed to detect translocation of "measurable quantities of talc" in unrelated monkey models, (67) the timing and techniques of assessment and intraspecies differences could not completely rule out migration of talc particles. Furthermore, supportive evidence for migration comes from the findings of a decreased risk of ovarian cancer with tubal

18

ligation and hysterectomy, (62) evidence of migration of other particles such as starch. (68). The FDA concluded that the "potential for particles to migrate from the perineum vagina to the peritoneal cavity is indisputable." (69). A secondary route of exposure is inhalation. (36, 70).

6.      **Multiple Biological Mechanisms of Talc Induced Ovarian Cancer.** Although not an absolute requirement for demonstrating causality, there is strong evidence that talcum powder products can induce ovarian cancer through established biological mechanisms (Section X). (39, 49, 71, 72). Inflammation plays a leading role in ovarian cancer and talc has pro-inflammatory effects; it also induces alterations in redox potential and pro-oxidant effects. (49) In ovarian cells talc has been shown to increase proliferation, increase neoplastic transformation and increase reactive oxygen species in the ovarian cells. (71). Talc has also been shown to be mutagenic in human ovarian epithelial cells through increased activation of gene activating transcription factors. Finally, the presence of asbestos and other Group 1 carcinogens likely contributes to the carcinogenicity of talcum powder products, and provides biologic plausibility for the consistent and significant increased risk seen in the epidemiologic studies on Talc and Ovarian cancer.

# VIII.   METHODS FOR THE OVERVIEW OF SYSTEMATIC REVIEW OF OBSERVATIONAL STUDIES OF GENITAL TALC USE AND OVARIAN CANCER.

I conducted an overview of systematic reviews and meta-analysis of observational studies of genital talc use and ovarian cancer. I included systematic reviews regardless of the performance of quantitative synthesis as meta-analysis may occasionally not be performed for data from observational studies. To inform the causal question, I also evaluated additional studies which provided evidence on the causal question of whether talcum powder products induce ovarian cancer. I critically appraised the meta-analysis using the 11- item AMSTAR (Assessing the methodologic quality of Systematic Review) checklist for systematic reviews and meta-analysis. (12) The individual epidemiological studies were also evaluated and summarized for their key strengths and limitations.

*VIII.I. Systematic search.* I performed an initial systematic search of Scopus and PubMed with the following search terms on June 12, 2017:

Pubmed:        ("talc"[MeSH Terms] OR "talc"[All Fields]) AND ("ovarian neoplasms"[MeSH Terms] OR ("ovarian"[All Fields] AND "neoplasms"[All

19

Fields]) OR "ovarian neoplasms"[All Fields] OR ("ovarian"[All Fields] AND "cancer"[All Fields]) OR "ovarian cancer"[All Fields])

Scopus:          (TITLE-ABS-KEY (talc) AND TITLE-ABS-KEY (ovarian AND cancer)

***VIII.II Eligibility Criteria.*** I included and considered epidemiological studies, including case-control studies, cohort studies and systematic review and meta-analysis which reported on the association between talc and ovarian cancer. I searched the references of included studies and citing articles to find additional original articles. I also included in vitro, animal, and human epidemiologic studies that reported data that either support or refute the role of talc in the development of ovarian cancer. I excluded duplicate articles identified in the two databases, articles with no original data, narrative reviews, commentaries and opinion pieces , and citations not relevant to the present scenario. The title and abstracts of each manuscript were reviewed to identify potential studies for inclusion in this report. I also searched the reference of included studies to find relevant citing articles. New studies were identified after evaluating citing articles. I reviewed the full length of each of these manuscripts and provide a summary of their key findings below.

## IX.     RESULTS.

The results of the initial search yielded 273 citations. I included 9 studies in the section on overview of systematic reviews and meta-analysis. (10, 13, 39-42, 57, 73, 79 ). I also assessed the 29 case-control studies, (48, 51-60, 62, 66, 75-91) and 3 cohort studies (14, 17, 92-93). The list of excluded citations is shown. The difference in the citation count of included and excluded articles largely reflects excluded duplicate articles retrieved from the two databases. I also evaluated several studies (36, 37, 49, 64-68, 72, 94-109) which reported on the biological mechanisms that supported or refuted the causal association between talcum powder products and ovarian cancer.

***IX.I. Overview of Systematic Reviews and Meta-analysis.*** Three meta-analysis were not preceded by a systematic search (57, 73, 79). There were 4 systematic reviews and meta-analysis which evaluated the link between perineal talc use and ovarian cancer (39-42) using summary data, while an individual participant data analyses pooled data from case-control studies in the Ovarian Cancer Consortium (10). Another systematic review and meta-analysis analysis conducted on behalf of the manufacturer only evaluated the use of cosmetic talc on

20

contraceptive diaphragms and ovarian cancer (13) and was not directly relevant to the causal question of genital talc use and the development of ovarian cancer, but was critically evaluated for strengths and weaknesses. The results of the methodologic assessment of each of these using the AMSTAR checklist is summarized in the Table 1. Two meta-analysis (13, 40) are of poor methodological quality. Regardless, the findings of older meta-analysis have been superseded given the publication of new meta-analysis. (41, 42).

1.      In 1992, Harlow et al. combined crude odds ratios from their case-control study, discussed below with 5 pre-existing existing case-control studies (79) to evaluate the association between perineal talc exposure and ovarian cancer. The studies included 1106 cases and 1756 controls, with talc exposure reported among 50.7% of cases and 46.9% of controls. Using crude odds ratios from the individual studies, perineal exposure to talc was associated with a statistically significantly increased risk of ovarian cancer (OR 1.3, 95% CI: 1.1-1.6). Major limitations include the lack of a systematic search methodology.

2.      A 1995, meta-analysis by Gross and Berg (39) was conducted on behalf of the manufacturer Johnson and Johnson. A search of PubMed issuing the terms "ovarian cancer" and "talc or cosmetic" identified 9 case-control studies and reported a statistically significant increased risk of ovarian cancer in both the crude odds ratio (1.27, 95% CI: 1.09-1.48) and adjusted odds ratio (1.31, 95% CI: 1.08-1.58). They also examined the odds ratio by tumor type and notes that all the analyses produced relative risks greater than 1 with confidence intervals that exceeded 1. Despite the statistically significantly increased risk seen in analyses, the authors concluded that the *"literature does not unequivocally support the hypothesis…. But [does] suggest the possibility of an increased risk of ovarian cancer due to perineal talc use."* The description of study procedures was incomplete, and the search strategy was limited. The study was supported in part by the manufacturer.

3.      Cramer et al. 1999 combined crude odds ratio data from their case-control study with pre-existing case-control studies in a meta-analysis of 14 total case-control studies, (57) and reported a statistically significant OR of 1.36 (95% CI: 1.24-1.49). The tests for statistical heterogeneity were not significant (p=0.085). Limitations include the lack of a systematic search.

21

4.      Huncharek, for his 2003 publication, conducted a meta-analysis of 16 studies including 11,933 subjects. (40). They searched MEDLARS, Embase and Cancer Lit databases using search term "talc exp ovarian neoplasms." They excluded studies on borderline tumors or those which did not report on types of perineal exposure (dusting vs sanitary napkins). The meta-analysis was conducted using adjusted measures of effect using the inverse variance method. It included 15 population-based and 1 hospital-based study and excluded the 1983 Hartge study. (76). The pooled analyses yielded a significantly increased risk of ovarian cancer (RR 1.33, 95% CI: 1.16-1.45) associated with the perineal use of talc without evidence of statistical heterogeneity. Seven studies reporting on the number of talc applications per month were evaluated where the highest risk category (RR 1.21, 95% CI: 1.00-1.45) and lowest risk category (RR 1.83, 95% CI: 1.55-2.15) reported an increased risk. In sensitivity analyses, hospital-based studies showed no statistically significant excess risk between talc use and ovarian cancer risk, i.e., RRs 1.19 (95% CI: 0.99-1.41) versus population-based studies which showed an increased risk (RR 1.38, 95% CI: 1.25-1.52), despite the proportion of controls using talc being similar across the two designs. The confidence intervals were overlapping suggesting that the findings were consistent. Recent updated meta-analysis discussed below report similar estimates from hospital and population based studies. (42). The RRs were relatively stable even after exclusion of the single cohort study or limiting the analysis to studies that controlled for body weight and BMI. The authors stated that the association between talc use and ovarian cancer could also be attributed to exposure misclassification among prevalent cases or side effects of treatment such as radiotherapy and chemotherapy which may predispose to talc use ("reverse causality"). Study limitations include the inability to conduct meaningful dose-response analysis because only nine of the 16 studies provided data on dose-response, with substantial differences in dose stratification levels among these studies.

5.      Langseth reported on a meta-analysis of 20 case-control studies and one cohort study in 2008. The various case-control studies provided a significant excess risk (10 studies) and non-significant excess risk in 10 studies. (73). The prospective cohort study reported no association between cosmetic talc use and all types of ovarian cancer combined but showed evidence of an increase in serous tumors. The hospital-based case-control studies reported a pooled OR of 1.12 (95% CI: 0.92-1.36) and population-based case-controls studies reported a pooled OR of 1.40 (95% CI: 1.29-1.52). The combined OR from all case-control studies using the fixed effects model was 1.35 (95% CI: 1.26-1.46).

22

6.      Terry et al conducted an individual participant pooled analysis of eight case-control studies was conducted by the investigators for the Ovarian Cancer Consortium. (10). Genital powder use was defined as any powder use (talc, cornstarch, deodorizing) applied directly or indirectly (with sanitary pads, tampons or underwear) to genital, perineal or rectal area. Criteria for exposure varied from ever use to one year or longer. Women who reported both genital and non-genital powder use were considered genital users. Cumulative exposure was calculated by multiplying months of use by frequency of use. Never users and women who reported non-genital powder use were considered as the reference group. Analyses were adjusted for potential confounders such as age, duration of contraceptive use, parity, tubal ligation history, BMI and race/ethnicity. Family history of breast and ovarian cancer was not included in the final model. Genital powder use was reported in 25% of controls and 31% of cases. The rates of genital powder use varied widely between studies ranging from 15-45% in the control group. Ever regular uses of genital powder reported a statistically significantly increased risk of ovarian cancer (OR 1.24, 95% CI: 1.15–1.33) compared to non-users. There was no evidence of heterogeneity in the studies regardless of the reference group ($P_{heterogeneity}$=0.61). Results were similar when the reference group included those with genital powder use and never users. Risk was elevated for various histologic subtypes of ovarian cancer including invasive serous (OR 1.20, 95% CI: 1.09–1.32), endometrioid (OR 1.22, 95% CI: 1.04–1.43), and clear cell (OR 1.24, 95% CI: 1.01–1.52) tumors, and for borderline serous tumors (OR 1.46, 95% CI: 1.24–1.72). There was an increased risk of all nonmucinous subtypes of epithelial ovarian cancer combined across quartiles of genital powder use compared with nonuse: ($OR_{Q1}$ 1.18, 95% CI: 1.02–1.36; $OR_{Q2}$ 1.22, 95% CI: 1.06–1.41; $OR_{Q3}$ 1.22, 95% CI: 1.06–1.40; $OR_{Q4}$ 1.37, 95% CI: 1.19–1.58). Although a significant increase in risk with an increasing number of genital powder applications was found for nonmucinous epithelial ovarian cancer when nonusers were included in the analysis ($P_{trend}$ < 0.0001), no significant trend was seen when analyses were restricted to ever users (P=0.17). After excluding those with tubal ligation or hysterectomy, the results were similar. Restricting analysis to applications before tubal ligation made no substantive difference. There was an evidence of interaction by BMI, with the risk being higher for women with BMI < 30 kg/m² (OR 1.28, 95% CI: 1.17-1.39) than women with BMI ≥ 30 kg/m² (OR 1.14, 95% CI: 0.98-1.32; $P_{interaction}$=0.01). There was no evidence of interaction by tubal ligation, parity, endometriosis or post-menopausal status. The association was similar for women who used powder during varying time periods (1952-1961; 1962-1972; and after 1972). The strengths of this meta-analysis include the use of individual participant data, which allowed them to conduct dose-response analysis and analysis by histologic subtype. The lack of statistically significant evidence on non-

mucinous cancer could be attributed to the low number of users, or talc may not be relevant to these tumor types which have different biological mechanisms. The limitations include the definition of exposure as genital powder user varied from ever user, ever regular user to powder use for at least 6 months or at least 1 year in the studies.

7.      Berge et al. 2018, a meta-analysis of 27 studies (41) (24 case-control studies and 3 cohort studies) was conducted according to the Preferred Item for Reporting of Systematic Reviews and Meta-Analysis Guidelines. (110). The authors searched multiple databases including Pubmed, Embase and Scopus. They examined the citations independently and in duplicate. They rated the studies using the New Castle Ottawa scale for study quality. They conducted meta-regression for duration (RR for every 10-year increase in duration) and frequency of genital talc use (RR for one time/week increase in frequency) for studies reporting at least three categories of duration or frequency after excluding the non-exposed category. Dose-response analysis was conducted using two methods. Study specific slopes were estimated from the natural logarithm of the risk estimates within each study; in a second step the slopes were pooled using a random-effects model. The study specific estimates were pooled in a single meta-analysis in the second method. Six of the case-control studies were hospital-based and the remainder were population-based. Most of the studies were conducted in North America and Europe. They reported a statistically significant increase in risk of developing ovarian cancer with talc use (adjusted RR 1.22, 95% CI: 1.13-1.30). A statistically significant risk was seen in the case-control studies (RR 1.26, 95% CI: 1.17-1.35), whereas the excess risk in the cohort studies did not reach statistical significance (RR 1.02, 95% CI: 0.85-1.20; $P_{heterogeneity} = 0.007$). There was no difference between results for borderline (RR 1.27, 95% CI: 1.09–1.44) and invasive ovarian cancer (RR 1.20; 95% CI: 1.08–1.31).  There was a trend in RR with duration and frequency of genital talc use and suggestion of dose-response. There was a statistically significant risk for only serous carcinoma (RR 1.24, 95% CI: 1.15–1.34) and no other histologic subtypes ($P_{heterogeneity}$ between histologic types was 0.04). Use of talcum powder in the "early" period showed increased risk of ovarian cancer (RR 1.18, 95% CI: 0.99–1.37). The use in the "late" period was higher (RR 1.31, 95% CI: 1.03–1.61; P-value for test for heterogeneity between the groups of studies was 0.37), arguing against the hypothesis that a higher risk would be seen only among those with earlier exposure during time-periods in which talcum powder was reported to contain asbestos. The cut-off points varied between studies was variable between 1970 and 1980. Use of sanitary napkins or diaphragms was not associated with an increased risk of ovarian cancer (RR 1.00: 95% CI: 0.84–1.16, and RR 0.75, 95% CI: 0.63–0.88, respectively).

24

Stratified analysis based on the adjustment for confounders (use of oral contraceptives and hormone replacement therapy, socioeconomic status/ education, BMI) found no evidence of heterogeneity. Meta-regression using the two different approaches yielded similar results. Based on the two-step approach, a 10-year increase in genital talc use was associated with a RR of 0.97 (95% CI: 0.82–1.12; nine studies reporting on duration), whereas the RR for an increase of one application per week was 1.03 (95% CI: 0.82–1.25; five studies reporting on frequency). There was no evidence of publication bias on visual inspection of funnel plot and the Egger test (P=0.7), with the cumulative meta-analysis reporting stabilization RR of in the range of 1.20–1.25. Stratified analyses conducted did not suggest the possibility of residual confounding (i.e, higher adjusted estimates than unadjusted estimates).

There are some limitations to the analysis. While the role of selection and recall bias is a possibility, given higher estimates reported from recent studies, such biases should account for increase in recall for all histologic cancer subtypes and not just serous ovarian cancer. Importantly, the dose-response analyses analyzed duration and frequency separately and not the intensity of exposure (duration combined with frequency) or cumulative exposure to talc and the exclusion of the reference category from the dose-response curve diminished the power of the dose response analysis to detect any threshold effects.

8.      Penninkilampi, et al. 2018 (42), the most recent and comprehensive meta-analysis which focused on studies with greater than 50 cases of ovarian cancer also reported on data from 26 case-control studies (13,421 cases and 19,314 controls) and 3 cohort studies (890 cases). The study was also conducted according to the PRISMA protocol and included a search of multiple databases (MEDLINE, PubMed, EMBASE, Cochrane Central Register of Controlled Trials) and LILACS. They also evaluated the quality of studies using the Newcastle Ottawa Scale. They also evaluated long term talc use in which OR were extracted for group with the longest duration of exposure compared to controls, if there was a minimum of 10 years of talc exposure. Lifetime applications within each study were divided into < 3600 lifetime applications (equivalent to less than 10 years) and >3600 applications or more than 10 years of exposure. The number of lifetime applications is a better marker of intensity of exposure compared to duration or frequency of exposure alone. They assessed publication bias using the failsafe method where the failsafe number is the number of studies missed to nullify the findings of meta-analysis.

25

This was a well-conducted analysis and some strengths and limitations are notable. They found all studies to be of reasonable quality and did not exclude studies based on study quality. None of the analyses in this review had statistically significant heterogeneity except for non-perineal application arguing for the consistency of estimates. Any perineal talc use was associated with an increased risk of ovarian cancer (OR 1.31, 95 % CI: 1.24-1.39). Greater than 3600 lifetime applications were more associated with ovarian cancer than lifetime applications of less than 3600, although risks were significantly elevated in both groups. While the case-control studies reported a statistically significantly increased risk of ovarian cancer (OR 1.35, 95% CI: 1.27-1.43), the cohort studies reported an increased risk which was not statistically significant (OR 1.06, 95 % CI: 0.90-1.25).

9.      **Meta-analysis on Talc-Dusted Diaphragms and Ovarian Cancer.** Another meta-analysis of 9 case-control studies by Huncharek et al. (13) reported on exposure to talc dusted diaphragms and ovarian cancer. On one hand, the authors dismissed the "talc hypothesis" for potential carcinogenicity, but then argued that talc dusted diaphragms was a more "intuitive model" for testing whether talc exposure increased the risk of ovarian cancer without any biological evidence (or references) to support this intuition. They searched MEDLARS, Cancer Lit and Current Contents. They included 9 studies and the pooled analyses yielded an excess risk of ovarian cancer which was not statistically significant (RR 1.03, 95% CI: 0.80-1.33). Exclusion of the study in which exposure to dusted diaphragms was assumed rather than measured further elevated the OR, which was not statistically significant (OR 1.12, 95% CI: 0.84–1.48) similar to a non-significant elevation in OR after the exclusion of the studies not published as full research articles.

This meta-analysis was flawed for several reasons. The most important limitation was its exclusive focus on talc powder dusted diaphragms as the route of exposure which could not inherently address the causal question of whether genital talcum powder dusting is associated with increased risk of ovarian cancer. As a result of this narrow hypothesis, they excluded several available studies that reported a statistically significant excess risk of ovarian cancer with perineal talc use. Several methodological flaws include the exclusion of the lowest category of exposure for some studies, (51) data extractions errors for others (56), and inclusion of ineligible studies that did not disaggregate data between talc and cornstarch users. (77) The study was by Johnson & Johnson and Luzenac America and was of poorer methodological quality than those conducted by their academic counterparts (43). As a result of these serious methodological

26

flaws, <u>and the publication of several newer, higher quality meta-analysis with updated data,</u> (10, 41, 42) the <u>findings of this study have been superseded.</u>

It is important to note here that while the AMSTAR checklist evaluates the methodologic quality of systematic reviews, several studies shown below were published prior to the publication of the AMSTAR checklist.

### IX.II. Case-Control Summaries.

1.      More than three decades ago Cramer et al. (75) evaluated 215 white women diagnosed with epithelial ovarian cancer identified through 12 hospitals in the greater Boston area. They were randomly matched by age, race and residence to 215 population-based controls. Surgical specimens were reviewed to confirm and classify tumors by histologic type. Talc exposure was determined through in person interviews. Multivariable logistic regression was used to estimate the Relative Risk. Ninety-two (42.8%) cases regularly used talc either as a dusting powder on the perineum or on sanitary napkins compared with 61 (28.4%) controls.

Adjusted for parity and menopausal status, this difference yielded a RR of 1.92 (95% CI: 1.27-2.89) for ovarian cancer associated with talc exposure. Women who had regularly engaged in both practices had an adjusted RR of 3.28 (95 % CI: 1.68-6.42; P < 0.001) compared to women with neither exposure. After adjusting for religion, marital status, educational levels, ponderal index, age at menarche, parity, oral contraceptive or menopausal hormone use and smoking the RR was attenuated but remained statistically significant (RR 1.61, 95% CI: 1.04-2.49). The limitations of the study include the potential for selection bias in controls because of high rates of non-participation, although RR remained statistically significantly elevated even though the analysis was restricted to 121 cases matched with controls without a referral. Since approximately 50% of ovarian cancer cases in the Boston area was sampled, any potential for pervasive selection bias of cases was minimal. Other potential limitations include the adjustment for only a limited set of confounders such as parity and menopausal status.

2.      Hartge et al. 1983 (76) conducted a hospital-based case-control study of women with pathologically confirmed primary epithelial ovarian cancers matched to equal number of women for conditions other than gynecologic, psychiatric, or malignant diseases or pregnancy in the same hospitals in Washington, DC. Controls were frequency matched for age, race and hospital. Exposure to talc was ascertained through questions about reproductive and sexual history, medical history, drug use, and other exposures. The questions for talc use were added after the study began yielding 135 cases and 171 controls.

27

Among the women users of talc in sanitary napkins, underwear, or the genital area there was an excess risk of ovarian cancer (unadjusted RR 2.5, 95 % CI: 0.7-10.0) which was not statistically significant due to small sample size (n= 7 cases and 3 controls). The limitations to the study include the limited number of cases and controls reporting genital use of talc (n=10) and publication as a letter to the editor which may or may not undergo peer review depending on editorial practices at the journal. They did not report adjusted results of ovarian cancer after perineal exposure to talc. Another limitation is the potential for recall bias; however, this was likely minimal given similar reporting of douching practices in cases and controls.

3.      In 1988, Whittemore et al. (58) evaluated 188 pre-menopausal and postmenopausal women between the ages of 18 and 74 with primary epithelial ovarian cancer in Santa Clara County hospitals or at the University of California, San Francisco Medical Center. The diagnoses were subsequently histologically verified. One group of controls was selected from the hospital (n=280); and a second group was selected from the population using random digit dialing (n=259). Exposure to talcum powder products was determined through a structured in-person interview at home where subjects were asked about whether they had used talcum powder products on the perineum, sanitary pads and/or diaphragms. Data was recorded by type (perineum, sanitary pads, diaphragm or some combination thereof), and duration of use.

Population cases were more likely to be younger and more likely to be premenopausal than cases and hospital-based controls. Approximately 52% of cases reported talc use compared to 46% controls (RR 1.40, p=0.6). After adjusting for parity and oral contraceptive use, perineal use of talc was associated with an excess risk of ovarian cancer that was not statistically significant (RR 1.45, 95% CI: 0.812.60). Women who used talc an average of 1-20 times per month reported an excess risk in comparison to those who used it less frequently which was not statistically significant (RR 1.27, p=0.29). The risk among users of more than 20 times per month was 1.45 times greater than non-users, but the findings were not statistically significant (p=0.09). The overall increased risk in overall applications per month was 1.30 (p=0.19). Although the data showed a *trend* of increasing risk with increasing frequency of perineal exposure, the trends were not statistically significant and there was no trend with increasing duration of exposure. The risk of ovarian cancer with talc use between one and nine years was 1.6 times the risk of those with a shorter duration (95% CI: 1.00-2.57; p=0.05), and the risk among those with more than 10 years of exposure was 1.11 higher than that of non-users (95% CI: 0.74-1.65; p=0.61).

28

The limitations of the study are the inability to interview cases and the choice of two controls. Some amount of non-differential misclassification of exposure may bias findings towards null. The dose-response analysis was limited by the inability to determine the combined effect of frequency and duration of exposure. The study reported a statistically increased risk of ovarian cancer with coffee consumption and a non-significant reduction in risk with smoking. Subsequent meta-analysis (111) or Mendelian randomization (112) studies have confirmed that there is no association between coffee consumption and ovarian cancer, whereas smoking has a heterogenous relationship to ovarian cancer which varies by histologic subtypes. (112) The reports of such additional spurious associations suggest an element of measurement error in their database.

4.      Harlow et al. 1989 (77) conducted a population-based case-control study which included 116 females 20-79 years old h *serous and mucinous borderline ovarian tumors* identified using International Classification of Disease (ICD)-9 codes from the cancer registries of three western urban counties in Washington State. An independent pathology review confirmed diagnosis for 73% of tumors with 94% agreement, so the additional 33 cases were included. A sample of 158 controls of white women was identified through random digit dialing. Women with bilateral oophorectomy were excluded from the analysis. Any exposure to talc including any perineal exposure to powder, method of use, type of powder use (cornstarch, baby powder, talc, deodorizing powder), and combinations of method and type was ascertained through in-person interviews.

The study reported no statistically significant increased risk of ovarian cancer with perineal use of dusting powders (RR 1.1, 95% CI: 0.7-2.1). When looking at unspecified talc adjusted for the same factors, the RR was 1.0 (95% CI: 0.4-2.4). However, women who reported any use of talc containing powder on sanitary napkins showed an excess risk which was not statistically significant due to limited statistical power (RR 2.2, 95% CI: 0.8-19.8). However, among the sample of women who used deodorizing powders alone or in combination with talc, the risk of ovarian cancer was RR 2.8 (95% CI: 1.1-11.7) attributed to the potential exposure to asbestos. The limitations to the study include the potential for selection bias since 30% of cases and controls did not participate, although their characteristics were like the included participants which may have limited any impact. It is also possible that these findings are limited to borderline rather than malignant ovarian cancers.

5.      In 1989, Booth et al. (51) conducted a population-based case-control study of 280 cases of ovarian cancer in women under 65 years of age from 13 hospitals in London and two in

Oxford. 451 controls were selected from other hospitals as enough age-matched controls were unavailable. The study included both pre- and post-menopausal women. Ovarian cancer was determined through hospital diagnoses with pathological specimens being histologically classified. Serous tumors were most prevalent, though mucinous, endometroid and clear cell carcinoma was included. Information regarding talc exposure was obtained through a questionnaire and frequency of talc use was reported as never, rarely, monthly, weekly, or daily talc use.

After adjusting for age and social class (based on occupation of the husband for married women, and their own occupation for women who were not married) talc users reporting use more than once a week had a higher risk compared to never users. (RR 2.0, 95 % CI: 1.3-3.4). Those who reported daily use also had a non-significantly higher risk (RR 1.3, 95% CI: 0.8-1.9). There was some amount of missing data (8% of cases and 4% of controls), and no consistent trend of increasing risk with increasing frequency of use. However, data was not available on the duration of talc exposure to conduct meaningful dose-response analysis.

6.      In 1992, Harlow et al. (79) included 235 cases of white women between the ages of 18 and 76 who had been diagnosed with ovarian cancer at one of 10 hospitals in the Boston metropolitan area. Controls were randomly selected from the town books; annual publication lists and address lists within 2 years of the age of case as potential controls. Cancer was confirmed through an independent pathology review. Talc exposure was determined through in-person interviews. Talc exposure from infancy with diapering, or use on other parts of the body, was not included. Talc use in other parts of body was considered unexposed. Talc use was reported as any genital application, type of application (sanitary napkin/underwear, via partner or application to diaphragm, via dusting to perineum), number of applications per month, years of use, age at first use, years since last use, whether use was before or after 1960, brand of application, estimated total lifetime applications, estimated applications excluding use after hysterectomy or tubal ligation, and estimated applications excluding use after hysterectomy or tubal ligation and use during nonovulatory months. The Chi square test for change in linear trend based on change in deviance in models.

Most participants reported use of baby powder. Perineal talc use was associated with an increased risk for ovarian cancer (OR 1.5, 95% CI: 1.0-2.1) when adjusted for parity, education, marital status, religion, use of sanitary napkins, douching, age, and weight. Perineal use of talc via dusting powder to perineum was associated with a significantly increased risk of ovarian cancer OR 1.7 (95% CI: 1.1-2.7), whereas use by sanitary napkins, underwear, use via

30

diaphragms was not associated with a significantly increased risk. Adjusted risk was highest for endometrioid tumors (OR 2.8, 95% CI: 1.2-6.4) and borderline tumors. A greater proportion of women with endometroid tumors reported more than 10,000 lifetime applications of talc during ovulatory cycles while having an intact genital tract compared to other histologic types (34 % vs 16%, respectively). The risk of cancer increased significantly with increased frequency of applications per month using a linear test trend as a continuous variable. The risk was highest among the women who applied talc once daily relative to non-users. Women who applied talc for more than 10 years were at 60% greater risk for ovarian cancer relative to non-users. An 80% excess risk was associated with an estimated exposure of more than 10,000 applications. The association between talc and ovarian cancer was greater than in talc products before 1960. Restricting the analysis to exposure during ovulatory months, women with intact genital tract and more than 10,000 applications during ovulatory cycles had a threefold increase in risk of ovarian cancer. Limitations included the high rates of non-response (n=31% cases and 19% of controls) and failure to adjust for family history of ovarian cancer and oral contraceptive use.

7.      Chen et al. 1992 (78) evaluated 112 cases of ovarian cancer in Beijing China. The diagnosis was confirmed by laparotomy and pathological examination. Serous cancer accounted for 51% of cases, mucinous for 19%, and miscellaneous epithelial for 30% of cases. Two controls were matched for each case using random selection from the same street, office, or township. A comprehensive questionnaire was administered through face-to-face interviews and collected information about menstrual, obstetric, marital, medical, familial, and dietary histories with reference to events 3 years or more prior to diagnosis. A total of 224 controls were selected. Talc exposure was measured through a yes or no metric, for exposure occurring 3 or years prior to date of diagnosis or equivalent date in controls. Logistic regression was conducted to estimate relative risk.

The mean age of participants was 48.5 and 49 years among cases and controls respectively. After adjusting for education and parity, there was an excess risk of ovarian cancer associated with a history of long-term (>3 months) application of dusting powder to the lower abdomen and perineum (RR 3.9, 95% CI: 0.9-10.6) which was not statistically significant due to limited statistical power (n=7 cases and 5 controls reporting powder use). The limitations of the study include the small sample size, loss to follow up and death, the inability to fully ascertain all cases of ovarian cancer and the exclusion of controls with other health problems. Although the applicability of these findings from a Chinese population to a US population is limited, the

31

findings of an increased risk in different parts of the world provide evidence in support of an increased risk of ovarian cancer with dusting powder use.

8.      In 1992 Rosenblatt et al. (80) conducted a hospital-based case-control study of the association between genital and respiratory talc exposure and the development of epithelial ovarian cancer at the Johns Hopkins Hospital. Among 140 diagnosed cases of epithelial ovarian cancer, approximately 108 were successfully interviewed. Seventy-seven pathologically-confirmed incident cases diagnosed within 6 months of admission were matched to age-race matched controls (n=46). Exposure was ascertained using a structured questionnaire administered at home and in the hospital. Conditional logistic regression was used to obtain strength of the association.

Although genital powder use was not associated with an increased risk of ovarian cancer, statistically significant increased risk was observed for exposure to talc on sanitary napkins (OR 4.79, 95% CI: 1.29-17.79) after adjusting for confounders such as obesity, socioeconomic status, religion, reproductive status and oral contraceptive use, with a smaller risk after genital bath exposure (RR 1.7, 95% CI: 0.7-3.9). An excess risk of borderline significance was seen for exposure of ≥ 37.4 years (RR 2.4, 95% CI: 1.0-5.8). The limitations include the small sample size, lack of data on frequency of talc use, and the limited generalizability of the findings from one hospital. The control group also reported a very high rate of talc use (90%) which may have limited the ability to detect any differences.

9.      In 1993, Tzonou et al. (81) reported on a hospital-based study of 189 women under 75 years of age with histopathologically confirmed ovarian cancer in Athens, Greece compared with 200 hospital visitor controls in two hospitals. Control patients were those hospitalized in the same ward as cancer cases. Talc exposure was determined by asking participants to report talc use (over an extended period before the onset of illness for cases and for a comparable period among controls) among other characteristics, through interviews in the hospital. Talc use was reported as a yes/no metric. Estimates were adjusted for age, years of schooling, weight before onset of the disease, age at menarche, menopausal status and age at menopause, parity and age at first birth, tobacco smoking, coffee drinking, consumption of alcoholic beverages, hair dyeing and mutual (analgesics-tranquilizers/hypnotics) tranquilizers.

An exceedingly small number of cases (n=6) and controls (n=7) reported perineal use of a talc. There was no statistically significant increased risk of ovarian cancer associated with perineal application of talc (RR 1.05; 95% CI: 0.28 to 3.98). The limitations of the study include the low

32

proportion of talc exposure, which was ascertained in only approximately 3% of cases and controls.

10.     In 1995, Purdie et al. (82) evaluated 824 histologically confirmed cases of epithelial ovarian cancer and 860 controls from gynecological oncology treatment centers in the three most populous Australian states. Controls were selected from electoral rolls in Australia where electoral participation is mandatory using a random procedure to match the age distribution of cases. Talc exposure was determined through face-to-face interviews conducted by trained interviewers using a standard questionnaire.

After adjusting for parity, there was a statistically significant increase risk of ovarian cancer reported with talc use on the abdomen or perineum (OR 1.27, 95% CI: 1.04-1.54). The limitations include high non-response rates in controls which may differ from the source population, but the age distribution of controls was like non-responders suggesting minimal response bias by age. There is also the possibility of bias in the selection of cases. They only adjusted for a limited set of confounders. Some misclassification of outcome is also possible given borderline and malignant cases were lumped together, although no differences were found when results were analyzed separately. Recall and interviewer bias was minimized by trained interviewers who administered standardized questionnaires.

11.     In 1996 Shushan et al. (83) reported on findings from a study of two hundred living cases aged 36-64 years with history confirmed diagnosis of primary invasive or borderline invasive ovarian cancer in the Israel Cancer registry. There were 408 women from the same area selected by random digit dialing. Both were interviewed using standardized questionnaires.

A larger proportion of cases than controls reported using moderate to a large amount of talc (10.5% vs 5.6%; P=0.04) compared to never users or seldom users, a difference which was statistically significant. Limitations include high refusal rate for cases (30%), the low rates of talc exposure among controls and limited adjustment for confounders. (14)

12.     In 1997, Cook et al. (84) reported on 329 white women between the ages of 20-79 diagnosed with epithelial and borderline ovarian cancer identified through the Cancer Surveillance System of Western Washington. Women were randomly selected as controls using random digit dialing from a larger pool of women for cancer studies. Genital powder exposure was collected through structured in person interviews and reported as any lifetime powder application, method of use (perineal dusting only, diaphragm only, sanitary napkin only, or genital deodorant spray only). Additional exposure information included cumulative

33

lifetime days of use for dusting and similar metrics for other methods of use. Genital powder use was also separated into use of talcum powder, baby powder, cornstarch, deodorizing powder, bath/body powder, or unspecified powder. Analysis was presented by age because adjustment for other confounders such as income, marital status, body mass index, oral contraceptive or parity did not change results.

Genital powder exposure was more common among cases (50.8%) than controls (39.3%). After adjusting for age, any use of genital powder was associated with a statistically significant increased of ovarian cancer (RR 1.5, 95% CI: 1.1-2.0) compared to non-use, although there was no clear pattern of increasing risk after increasing duration of use. After adjusting for age, exclusive use of perineal dusting was also associated with a statistically significant increased risk of ovarian cancer (RR 1.8, 95% CI: 1.2-2.9), whereas the risks for use via other routes of exposure (e.g. diaphragms, powder) were not significant. There was a statistically significant increased risk of serous tumors associated with any genital powder application (RR 1.7, 95% CI: 1.1-2.5), but not for the smaller number of mucinous or endometroid tumors. Limitations include low participation rates (64.3% for cases, 68% for controls), the potential for recall bias, and confounding by family history of ovarian cancer in a study where more than 50% of controls were less than 45 years of age.

13.     In 1997, Chang et al. (56) conducted a population-based case study of cases of borderline and invasive histologically confirmed ovarian cancer among participants aged 35 to 79 years from Canada. Talc exposure was determined through a questionnaire conducted during an in-home in person interview to detail medical and reproductive histories. Powder use was reported as talc, cornstarch, or a mixture. Information was provided for type of exposure, number of uses per month, years of use, years of use pre- and post-1970, and well as years of use before and after a tubal ligation or hysterectomy. They adjusted for age, years of oral contraceptive use, number of full-term pregnancies, duration of breastfeeding per pregnancy, tubal ligation, hysterectomy, and having a mother or sister with breast or ovarian cancer.

Talc exposure was reported in 44% of cases and 35.6% of controls. After adjusting for confounders there was a statistically significantly increased risk of ovarian cancer associated any talc exposure via sanitary napkins, direct application to the perineum or both (OR 1.42, 95% CI: 1.08-1.86). The dose-response analysis showed a borderline-significant association was detected between duration of after-bath talc exposure and risk (OR 1.09, 95% CI: 0.98-1.21, per 10 years of exposure), without any significant association between frequency of exposure and

34

risk. Although risk was elevated for both invasive and borderline carcinomas, it was statistically significant only for invasive carcinoma. The limitations of the study include the potential for recall bias and the high rates of non-response (28.7% for cases and 35.5% for controls)

14.     Green et al. 1997 (62) conducted a population based case-control study of 824 women aged 18-79 with histologically confirmed ovarian cancer compared to 824 controls. The methods and limitations were similar to the study by Purdie et al. (82). The prevalence of talc use was approximately 40% in the control use. Perineal talc was significantly associated with ovarian cancer (RR 1.3, 95% CI: 1.1-1.6), without any effect of longer duration of talc use. Compared to women who had neither used talc nor had sterilization, the risk was highest among talc users without surgery like the findings by Whittemore et al. (58). There is the potential for recall bias, and the quantity of talc use was unknown.

15.     In 1998, Godard et al. (85) examined 170 French-Canadian women with a histologic diagnosis of ovarian cancer from 2 large Montreal teaching hospitals. Cancer diagnoses were histologically confirmed, and pathology reports were reviewed for tumor classification. 170 population-based controls were identified using modified random digit dialing to match the age distribution of cases. Talc exposure was obtained through a 57-item questionnaire. 70% of interviews were conducted in person in clinics and 30% were conducted via phone. Talc use was reported through an ever/never metric for perineal use.

Only 10.6% of cases and 4.7% of controls reported talc use. As a result, perineal talc use was associated with an increased risk for ovarian cancer which was not statistically significant (RR 2.49, 95% CI: 0.94-6.58; P = .066) because of limited statistical power. Similar patterns of excess risk which did not reach statistical significance were seen in both the comparisons for sporadic and familial cases and controls. The limitations of the study include a modest non-response rates among cases (13%) and controls (10.7%).

16.     In 1999, Cramer et al. (57) evaluated 563 ovarian cases identified through tumor boards and statewide cancer registries in Massachusetts or New Hampshire in a population-based control study. Pathology reports were reviewed, and slides were sought in any case where there was a discrepancy between histologic description and final diagnosis. Controls were selected from the population using random digit dialing with a response rate of 72% among eligible controls. Talc exposure was obtained through questionnaires in which potential controls and cases were blinded. Specific hypothesis regarding talc use were not discussed. Exposure was assessed prior to 1 year before date of diagnosis or date of interview for

35

controls. Talc use in the genital or rectal area, on sanitary napkins and on underwear was considered as exposure whereas non-use and non-genital use was considered as unexposed. Exposure from condoms and diaphragms was not assessed.

Genital talc exposure was reported in 27% of cases and 18.2% of controls and the average duration of talc use exceeded more than 20 years in cases and controls. There was a statistically significantly increased relative risk of ovarian cancer with genital talc exposure 1.60 (95% CI: 1.18-2.15) after adjusting for age, study center, tubal ligation, BMI, parity, or primary relative with breast or ovarian cancer. The highest risk was seen among women whose age at first use was between 20 and 25 (RR 1.87, 95% CI: 1.03-3.39) those who have used talc for less than 20 years (RR 1.86, 95% CI: 1.16-3.00), those whose total applications is less than 3000 (1.84, 95% CI: 1.12-3.03), women who used talc when nulliparous (RR 2.80, 95% CI: 0.64-12.20), and those with serous invasive tumors (RR 1.70, 95% CI: 1.22-2.39). Only one case and 3 controls reported primarily using cornstarch, these numbers are likely accurate for talc use, despite the potential for including other kinds of powders. There was little evidence of effect by confounders such as age, oral contraceptive use and parity. Linear trends were significant in models that included women who were not exposed without any clear trend in duration or intensity of exposure in models that excluded women who were not exposed. Analysis of dose-response censured after closure of female tract or non-ovulatory cycles, and models showed a trend this was statistically significant only after inclusion of non-genitally exposed categories ($P_{trend}$=0.022).

Potential limitations include the potential for recall bias, although this is likely to be minimal and more likely to occur for short term exposures rather than long term exposures. The evidence for substantial degree of recall bias is refuted by the findings that there is no evidence of higher proportion of perineal talc exposure reported among cases in more recent compared to older studies to suggest stimulated reporting, no evidence of significant excess of non-genital talc exposure among cases, and the excess is limited to invasive serous carcinoma,(84) rather than all types of ovarian cancer or endometrial carcinoma.

17.     In 1999, Wong et al. (86) reported-on a hospital-based study of 499 patients with epithelial ovarian cancer and 775 age-matched controls with non-gynecologic cancer diagnoses. Cancer diagnoses were confirmed in the cancer registry. Exposure was ascertained through self-administered questionnaire in which approximately 15% of participants did not respond to questions about talc use or its frequency.

36

Talc use was reported by 47.8% of cases and 44.9% of controls. Genital talc use was reported by 34% of cases and 32.2% of cases. The mean duration of talc use was 22 years in controls and 21 years in the study population. After adjusting for age at diagnosis, parity, oral contraceptive use, smoking history, family history of epithelial ovarian cancer, age at menarche, menopausal status, income, education, geographic location, history of tubal ligation, and previous hysterectomy there was no statistically significant increased risk of ovarian cancer among ever users of talc (OR 0.92, 95% CI: 0.24-3.62). There was no significant association between duration of use and development of ovarian cancer even after prolonged exposure of more than 20 years. However, when evaluating genital talc use via histologic subtypes of cancer, all ORs were above 1 (except for undifferentiated carcinoma) but were not statistically significant. Similarly, those who had no history of genital tract interruption the ORs were elevated but not statistically significant. However, the study was limited by the non-response rate and the choice of a controls with malignancies. (113). Additionally, data on exposure were reported on a self-administered questionnaire rather than administered by interviewers. The results could not rule out the effect of talc exposure via condom use and data was not available on the frequency of talc use.

18.     Ness et al. (87) conducted a population-based control study. Cases (20-69) years of age with recent diagnosis of ovarian cancer ( n=) were compared with community-based controls 65 years or younger through random digit dialing. Controls were age-matched as well as matched by last 3 digits of the phone number. Approximately 72% of controls were selected. As a part of detailed interviews with calendars women were asked about their reproductive history including talc use. The question was, "As an adult and prior to [reference date] did you ever use talc, baby or deodorizing powder, at least once per month for 6 or more months on your: 1) feet, arms, or breasts, but not the genital or rectal areas? 2) genital or rectal area? 3) on your sanitary napkins? 4) on your underwear? 5) on your diaphragm or cervical cap?" They were then asked whether they had a male sexual partner(s) for more than a year who regularly used such products on his genital area or underwear. The duration of use of talc for each of these modes of use was also queried. The estimates were analyzed using conditional logistic regression after adjusting for age and gravidity (each as continuous variables), race (white/black/other), history of ovarian cancer in any first degree relative (yes/no), oral contraceptive use (yes/no), tubal ligation (yes/no), hysterectomy (yes/no), and breast-feeding (yes/no).

Talc use was reported in 53.2 % of controls. Compared to never talc use, talc use on all parts of the body (OR 1.4, 95% CI 1.1-1.6), genital/rectal ( OR 1.5, 95% CI 1.1-2.0) on sanitary napkins

37

OR 1.6, 95% CI 0 1.1- 2.3) and underwear OR 1.7, 95% CI. 1.2-2.4) was associated with a statistically significantly increased risk of ovarian cancer after adjusting for confounders. However, talc use on diaphragms ( OR 0.6, 95% CI 0.3-1.2) or by male partner ( OR 1.0, 95% CI 0.7 to 1.4) was associated with an increased risk which was not statistically significant. Although duration of talc use did not show a pattern of increased risk with increased risk with duration of exposure, the OR for each categories ( > 1 year, 1-4 years, 5- 9 years and > 10 years) were elevated and were statistically significant for 1-4 years. Tubal ligation and hysterectomy decreased ovarian cancer risk. Limitations to the study include the low response rates among cases and controls due to exclusion of prevalent ovarian cancer. Recall bias while always a concern was less likely to be a concern given that risk factors overall did not increase risk but were limited to those linked to inflammation.

19.     In 2004, Mills et al. (59) conducted a population-based case-control study of 256 women with histologically confirmed <u>incident</u> epithelial ovarian cancer from 22 counties in Central California. They also selected 1122 controls who were residents of that area who had one intact ovary and no history of ovarian cancer. Talc exposure was determined through phone interviews conducted by trained interviewers. Talcum powder use in the genial area was reported as an ever/never metric, as well as by frequency, duration, and cumulative use. The final parsimonious model adjusted for age, race, duration of oral contraceptive use and breast feeding.

The rates of talc use in controls was 37.1 % and higher among white non-Hispanics. Controls were more likely to have been outside the US. Most of talc exposed cases and controls were non-white. There was a statistically significant risk of ovarian cancer associated with genital talcum powder use (OR 1.37, 95% CI: 1.02-1.85) after adjusting or age, race, duration of oral contraceptive use, and breast feeding. Although increasing frequency of use showed a 74% increased risk among women who used talcum powder more than 4-7 times per week ($P_{trend}$= 0.015), this risk was not monotonic because risk the decreased between second (rarely to several times per month) and third categories (1 to 3 times per week). Duration of use also showed increasing risk and peaking between 4-12 years of use and declining thereafter ($P_{trend}$ =0.045). Cumulative exposure increased in the second and third quartiles of exposure but declined among the highest quartile of users ($P_{trend}$=0.051). The risk was highest among those who had stopped using talcum powder in the last 1-2 years compared to those in the more distant past. The risks were primarily elevated for serous and mucinous tumors. Risk was higher among those reporting use after 1975 which may be related to the recency of use, and those after age 20. Limitations of the study include a low response fraction which was only

40% for eligible cases and 57% for eligible cases, and high rates of non-participation- 34.2% among cases and 29.3% among controls. The dose-response analysis did not exclude exposure during non-ovulatory periods or after gynecologic surgery which may have diluted the relative risk estimates. However, strengths include the ability to rule out prevalent cases by examining incident cases alone.

20.     In 2004, Langseth et al. (88) conducted a case-control study of pulp and paper workers from different mills in Norway. Only one of these mills reported use of fibrous talc. They included 46 cases and reviewed histological records for each case. Most of the cases were invasive tumors. Four controls free of ovarian cancer and having intact ovaries were matched by birth year +/- 2 years and were drawn by incidence density sampling. A total 179 controls were available for analysis. Talc exposure was determined through personal interviews which took place in mill offices, at home, at a medical institution, or by phone. Talc exposure was reported environmentally and as use by personal hygiene (diapers, sanitary napkins, non-genital area or husbands use in genital area)

Talc exposure was reported among 50% of cases and 48% of controls. After adjusting for number of children, breastfeeding, age at birth of first and last child, age at menarche, age at menopause, smoking, and family history the use of talc use by personal hygiene was associated with an excess risk of ovarian cancer OR 1.15 (95% CI: 0.41-3.21), which was not statistically significant. The study has significant limitations. The sample size of the study was low with limited statistical power to detect a two-fold increased risk with a probability of only 53 % and response rate for interviews were low -76.1% for cases and 65.7% for controls. The inclusions of non-genital or husband's use in genital area among the exposed category diluted the estimates of relative risk for ovarian cancer associated with talc exposure. More information on cases was collected from relatives than controls because 71.5 of cases were deceased compared to only 28.6% of controls. The rates of missing data on talc use was high, because it was obtained from proxy respondents introducing an element of uncertainty in the estimates for relative risk of ovarian cancer associated with talc use.

21.     In 2008, Merritt et al. (89) reported on a population-based study of 1,576 women with epithelial ovarian cancer as part of the Australian Ovarian Cancer Study. Pathology reports and diagnostic slides were reviewed for a sample of 87 women with 97% agreement with original abstracted data. Cases were confirmed by histopathology. 1509 controls were selected from the electoral rolls and were matched by age and residence. Talc exposure was identified through a comprehensive health and lifestyle questionnaire. Talc use was reported as

39

ever/never for perineal use (powder or talc in the genital area or on underwear or on sanitary napkins), years of use prior to surgery, use post-surgery, and use stratified by age at diagnosis. All analyses were conducted for talc use while the reproductive tract was patent and exposure occurring 12 months prior to the diagnosis of cases and similar period in controls was excluded.

The rate of talc use was 43% among controls and 46% among cases. When adjusted for age, education, parity, and oral contraceptive use of talc in the perineal region among women with patent tubes there was a statistically increased risk of ovarian cancer (OR 1.17, 95% CI: 1.01-1.36) with the highest risk reported for serous tumors (OR 1.21, 95% CI: 1.03-1.44). The tests for trends for duration of use were of borderline statistical significance for all cancers and serous subgroup ($P_{trend}$ =0.02 for both). No significant associations between number of years used pre- or post-surgery and significantly elevated risks for overall cancer and serous ovarian cancer were seen in women both above 70 years of age, and below 50 years of age suggesting that timing of talc exposure (before or after 1976) did not affect results. There was no association between PID and the risk of ovarian cancer or the protective effect of NSAIDs. Limitations include low response rates and the lack of data on the frequency of exposure.

22.     In 2008 Gates et al. (55) conducted a nested case-control study as part of the New England Case-Control study and the Nurses' Health Study (NHS). Further cohort analysis from the NHS are presented in the section on cohort studies below. **Section IX.III.I** Ovarian cancer diagnoses were confirmed by the researchers. They included 1385 cases and 1802 controls. 76.7 % of cases were incident with respect to the timing of DNA collection in the NHS. Exposure was accessed through a questionnaire that asked questions related to use of talcum powder. The NECC questionnaires included questions about regular use of talcum, baby or deodorizing powder as an adult. Specific questions asked about type of use (as a dusting powder to the genital area, sanitary napkins, underwear, or non-genital areas), frequency of use, age at first use, number of years used, and brand of powder used. The 1982 NHS questionnaire requested information on whether the participant had ever commonly applied talcum, baby, or deodorizing powder to the perineal area (no, <once/week, 1-6 times/week, or daily) or to sanitary napkins (yes/no). The study defined regular genital talc use as application of powder to the genital/perineal region at least once per week. We also created a categorical variable for frequency of talc use, using the categories from the NHS questionnaire.

Most of the participants were white. Regular genital talc was reported among 56 cases and 44 controls, and daily genital talc use reported among 35 cases and 25 controls, respectively. There was a statistically significant increased risk of total epithelial ovarian cancer (RR 1.36, 95% CI: 1.14-1.63; P<0.001) and of serous invasive subtype (RR 1.60, 95% CI: 1.26-2.02) associated with regular use of talc when adjusted for age, study center, duration of oral contraceptive use, parity, tubal ligation, BMI, and duration of hormone use. The New England Case-control study had a higher RR associated with genital talc use than the Nurses' Health which had a smaller sample size. There was a statistically significant trend between increasing frequency of talc use and risk of both total and serous invasive ovarian cancer in the pooled analyses (P *trend* < 0.001 for both total and serous invasive ovarian cancer). The association between talc and ovarian cancer was stronger among women with the glutathione S-transferase M1 (GSTM1) null genotype (P interaction = 0.03), particularly in combination with the GSTM1 present genotype alone (P interaction = 0.03) in two independent study populations. The strengths of the study include robust findings from two independent study populations. Although talc exposure was only measured in the 1982 NHS questionnaire when participants were between 36 to 61 years of age, the number of users who began talc use after this is likely small as shown by the fact that more than 95% of controls with regular talc in the NECC reported talc use before age 35. The consistent findings from the prospective NHS study and the NECC may have minimized any potential biases due to the case-control design. Since talc exposure was defined as at least once per week, such habitual exposure is less susceptible to recall bias than sporadic exposure.

23.     In 2009, Wu et al. (48) conducted a population-based study of 609 cases of women and 688 controls between the ages of 18 and 74 residing in Los Angeles with histologically confirmed incident invasive or borderline ovarian cancers. Cases were identified through the Surveillance, Epidemiology and End Results (SEER) Program. Cases were matched to neighborhood controls on age and race/ethnicity. Controls were women with one intact ovary with no history of cancer except non-melanomatous skin cancer matched on age and race/ethnicity. Talc exposure was determined through a detailed interview by the same person which included a comprehensive questionnaire that used a reference date of 2 years before the date of diagnosis (or date of interview for controls). Talc use was reported as a yes or no metric (including yes or no for perineal area use), frequency and duration, total times of use, and total times of use before and after 1975. Few users of talc (24) had tubal ligation or hysterectomy prior to talc use and were considered as non-users.

41

The cases were primarily white woman but also included 41 African American women, 136 Hispanic women, and 51 Asian women. After adjusting for race, age, education, tubal ligation, family history, menopausal status, use of oral contraceptives, and parity perineal use of talc was associated with a statistically significantly increased risk of ovarian cancer (RR 1.53, 95% CI: 1.13-2.09). Elevated risks were also noted among those who used it on sanitary napkins, underwear and on diaphragms but not significant due to limited statistical power. There was a clear trend of increasing risk with increasing frequency of use among users who had used it for more than 20 years. The risk of ovarian cancer increased significantly with increasing frequency and duration of talc use; compared to never users, risk was highest among long duration (20 years), frequent (at least daily) talc users (RR 2.08, 95% CI: 1.34-3.23). The risk increased significantly with lifetime total times of talc use, but the association was limited to those who started talc use before 1975 ($P_{trend}$ <0.001). The association between talc use and ovarian cancer was strongest for serous ovarian cancer. Risk of ovarian cancer increased with the diagnosis of endometriosis. Limitations include the rates of non-response among cases and controls, and classification of talc use among a small number of users with prior hysterectomy as being non-exposed. However, the effect of this misclassification is likely to be minimal.

24.      In 2009, Moorman et al. (90) reported on a study involving 1,114 cases with histopathologically confirmed tumors as part of the North Carolina Ovarian Cancer Study. newly diagnosed cases were identified through the North Carolina Central Cancer Registry. All cases were confirmed by histopathologic review. Controls were frequency matched to cases and recruited from the same geographic region using random digit dialing. The controls could not have had a bilateral oophorectomy. Talc exposure was reported through in-person interviews conducted by nurses with life calendar and pictures of contraceptives, menopausal hormones, and other medications were used to help aid recall. Talc use was reported as a yes/no metric.

The analysis focused on invasive ovarian cancer which comprised of 78% of cancers for African-Americans and 79% for whites. Among controls, talc use was reported by 23.9% among whites and 31.2% of African-Americans. After adjusting for age there was an excess risk reported for both whites (OR 1.04, 95% CI: 0.82-1.33) and African Americans (RR 1.19, 95 % CI: 0.68-2.09) which were not statistically significant. Limitations include the high rates of non-response (33.5% among cases, 39.1% among controls), with higher non-response rates among African-Americans. There was a large proportion of missing data on talc use for cases and controls; 23.6% and 38.5% among whites, respectively, and 25.2% and 29.1% among African Americans, respectively, resulting in misclassification of exposure. The authors did not

42

clarify the route of talc exposure and may have classified non-genital talc exposure to the talc exposed group which may have diluted the RR. Additionally, the study did not adjust for confounders to address the timing, frequency and duration of talc exposure, or whether talc exposure occurred before or after tubal ligation or hysterectomy.

25.     In 2011, Rosenblatt et al. (60) reported on a study of women between the ages of 35 and 74 from 13 counties in Washington state. Cases of borderline or invasive epithelial ovarian cancer were identified through the Cancer Surveillance System. Controls were selected from the population using digit dialing. Talc exposure was determined through in person interviews which included a reference period of unstated length before diagnosis or interview. For powder use on sanitary napkins and deodorant spray, the total number of months of use was recorded. For powder use on perineum after bathing, only intervals of at least one year when powder was usually used was recorded. Talc use was reported as genital powder exposure by type of use, duration of use, lifetime applications, age at first use, age at last use, calendar year of first use, time since first use, and time since last use.

Perineal use of powder after bathing was reported in 12% of controls. Reporting of cornstarch was uncommon in the study. After adjusting for age, calendar year of diagnosis, county of residence, number of full term live births, and duration of hormonal contraception the perineal use of powder after bathing was associated with an increased ovarian cancer risk (OR 1.27, 95% CI: 0.97-1.66) which was not statistically significant, but a statistically significant increased risk was seen among women with borderline tumors (OR 1.55, 95% CI: 1.02-2.37), similar to that reported by Harlow et al. (79) There were no differences in risk among various types of powder use, as the risk among those who reported use of talcum powder was RR 1.38 (95% CI: 0.77-2.47). There was no difference in exposure outcome relationship between talc use before and after 1980. There was no pattern of risk associated with perineal dusting powder and the increasing extant of use as defined by years in which it was used or number of lifetime applications. The participation rate of cases and controls was modest at 76.8% and 69%. Some misclassification of exposure is possible as participants may be unable to provide accurate information on whether the specific powder contained talc. However, the presence of talc, rather than a specific dose, is the primary determinant of exposure in which case genital powder use is a reasonable proxy for talc exposure.

26.     Kurta et al. 2012 (91) reported on a case-control study from the Hormones and Ovarian Cancer Project using 902 ovarian cancer cases and 1802 controls. Participants were diagnosed with histologically confirmed ovarian, fallopian tube or peritoneal cancers. They were at least

43

9 years old and within 9 months of diagnosis. Controls were frequency matched by age and area code to cases at 2:1 ratio. Trained interviewers collected data via questionnaires. Perineal talc use was defined as ever using dusting powder or deodorizing spray on the genital or rectal areas, on sanitary napkins or underwear or on diaphragms or cervical caps.

Perineal talc use was reported among 20.9% of controls and 27.6% of cases. After adjusting for age, race, education perineal talc was associated with a statistically significantly increased risk of ovarian cancer OR 1.40 (95% CI: 1.16-1.69). Limitations include the population which was women seeking treatment for infertility which may limit generalizability.

27.     In 2015, Wu et al. (53) evaluated 1,701 newly diagnosed histologically confirmed cases of invasive epithelial ovarian cancer cases of ovarian cancer among participants aged 18 and 74 in Los Angeles county identified through the USC Cancer Surveillance Program. Cases were primarily white but 308 Hispanic Women and 128 African American women were also included. Controls were selected from residents of LA county and were matched to cases on race/ethnicity and year of birth. Talc exposure was ascertained through in person interviews conducted using standardized questionnaires with a reference date of 12 months prior to diagnosis (or date of interview for controls). Genital talc was reported as no use or less than one year of use, yes use, and use per 5 years of talc.

Among controls the prevalence of talc use ≥ 1 year was 30.4% in non-Hispanic whites, 28.9% in Hispanics and 44.1%. After adjusting for several confounders including race, age group, menopausal status, age at menarche, hormone therapy use, BMI, income, education, life births, tubal ligation, oral contraception, endometriosis, and first-degree family history of ovarian cancer there was a statistically significant increased risk of ovarian cancer associated with genital talc use across all races (OR 1.46, 95% CI: 1.27-1.69), non-Hispanic whites (OR 1.41, 95% CI: 1.21-1.67), and Hispanics (OR 1.77, 95% CI: 1.20-2.62) compared to non-use or less than 1 year of use. The risk was elevated but not statistically significant among African-Americans (OR 1.56, 95% CI: 0.80-3.04) because of low statistical power for the subgroup. Every 5-year use of talc was associated with a statistically significant risk of cancer among the overall population (OR 1.14, 95% CI: 1.09-1.20) and non-Hispanic whites and Hispanics, whereas the excess risk among African-Americans was not statistically significant. The non-response rate for cases (36.8%) and controls was modest. There was no evidence of systematic bias in the ascertainment of exposure as prevalence of various conditions such as endometriosis was consistent with other prior studies.

28.    Schildkraut et al. 2016 (52) evaluated African women aged 20-79 years of as part of the African-American Cancer Epidemiology Study. They selected 584 cases of newly diagnosed epithelial ovarian cancer and matched 745 controls to cases on age and region of residence using random digit dialing. Talc exposure was determined through a telephonic interview which included information on baby powder use. Participants were considered regular users if they reported use at least more than 1 time per month for 6 months. Regular users were asked about genital or nongenital use, frequency, duration, and lifetime applications (number of applications per month by number of months used). Since there was a small number of users who reported only genital powder use, they were grouped with genital and non-genital users to "any" genital use. Exposure was examined by frequency of use (less than 30 times per month, daily), duration of use (<20 years, ≥20 years) and lifetime number of applications (<3600, ≥3600). They also assessed for reporting biases and the effect of stimulant reporting because of the filing of class action lawsuits.

The median duration of body powder use in both cases and controls was 20 years and body powder use were reported among 52.9% of controls. After adjusting for age at diagnosis/interview, study site, education, tubal ligation, parity, BMI, duration of oral contraceptive use, first degree family history of breast or ovarian cancer, and interview year there was a statistically significant increased risk of ovarian cancer with any genital powder use (OR 1.44, 95% CI: 1.11 to 1.86). There was a stronger association for ≥20 years of any genital powder exposure compared with <20 years of exposure and the test for trend was significant ($P_{trend}$ =0.002). Similarly, the ORs for association between daily any genital powder users and EOC were larger in magnitude than never users, and the test for trend was significant ($P_{trend}$ <0.01) There was also evidence of dose-response for any genital powder for the cumulative number of life-time applications with a higher risk among those with lifetime applications ≥3600; the test for trend was significant ($P_{trend}$ <0.01). A stronger association was reported among post-menopausal women who used HRT compared to non-users. There was also an increase associated with non-genital powder exposure (OR 1.31, 95% CI: 0.95-1.79) which was not statistically significant. There was no evidence of statistically significant increased risk with "only" non-genital users and serous ovarian cancer but was statistically significant increased for non-serous ovarian cancer.

Limitations include the assessment of data by self-report. The underreporting of powder use in the abdomen which may reach the genital area may have resulted in a spuriously increased risk among "only" non-genital users or such an effect may be specific to African-American users. Although there was some evidence that there was more reporting of genital powder use

45

after class action lawsuits in 2014, recall bias alone is insufficient to explain these findings because there was a statistically significantly increased risk both before and after 2014.

29.     In 2016, Cramer et al. (54) included 2,041 ovarian cancer cases from Eastern Massachusetts and New Hampshire as part of the Nurses' Health Study and the Ovarian Cancer Association Consortium. Pathology reports were reviewed to confirm diagnosis. The population was primarily white with less than 30 participants who were African Americans, Hispanics, Asians, or other race/ethnicities. Controls were identified through random digit dialing, driver license and town-resident lists and were frequency matched to cases by age and residence. Talc exposure was determined through in person interviews with a reference point 1 year prior to diagnosis or date of interview (for controls). Subjects were asked whether they regularly or monthly applied powder to the genital or rectal area, or on sanitary napkins, tampons or on other non-genital areas. Talc exposure was reported as personal use, potential exposure with no personal use (diaphragm, condoms, partner use), any genital powder use, type of genital powder use (cornstarch, baby powder, other), age of first use, time since exposure ended, frequency of use, years used, months per year of use, and total applications. Lifetime application was assessed by multiplying frequency of application per month with months of exposure. This was divided by 360 to yield talc years which were partitioned into separate quartiles for dose-response analysis. The study adjusted for a variety of confounders, with adjustments for age, study center, study phase, race, BMI, height, weight, parity, breastfeeding, oral contraceptive use, IUD use, ovulatory cycles, endometriosis or painful periods, Jewish ethnicity, family history, personal history of breast cancer, menopausal status, current smoking, ever smoked, asthma, alcohol consumption, and acetaminophen, aspirin or ibuprofen use.

Any genital powder use was reported in 26% of controls. The women who exclusively used cornstarch were considered unexposed. Most talc users began talc exposure around the age of 20. Overall, genital powder use was associated with a statistically significant increased risk of ovarian cancer (OR 1.33, 95% CI: 1.16-1.52) adjusted for age, study center and phase. BMI, smoking and alcohol use did not alter the association by more than 10% suggesting a lack of confounding. Most women reported using Johnson's Baby Powder and Shower to Shower with a trend for increasing risk by talc years. The trend for frequency of use was significant, but the trend for duration of use was flat. The talc ovarian cancer association was largely confined to premenopausal women and post-menopausal women with hormonal therapy. Sensitivity analysis indicated that the risk of misclassification of exposure in controls would have to very high (18%) to nullify the increased risk shown in the study. No data is available

46

on the extent of misclassification of talc exposure. Although some amount of misclassification is possible in retrospective studies, such a large amount is unlikely as shown by estimates from other analogous exposure-outcome association such as alcohol and breast cancer in the Nurses' Health Study. (114).

*IX.III Cohort Studies.* I will discuss the cohort studies below. However, it is important to emphasize that none of the cohort studies discussed below were designed to evaluate the association between talc use and ovarian cancer at the time of cohort assembly. In other words, evaluating the association between talc use and ovarian cancer was not the a-priori primary objective of the study but evaluated as a subsequent hypothesis, with its inherent limitations. For example, the NHS cohort was assembled in 1976 but data on talc use was not collected until 1982. (14). In contrast the primary objective of most case-control studies noted above was to evaluate the risk of ovarian cancer associated with talc use.

*IX.III.I.* In 2000, Gertig et al. (14) reported on an analysis from the U.S. Nurses' Health Study. 121,700 registered nurses were enrolled in the study; 78,630 were included in the cohort study; and 307 cases of ovarian cancer in 11 states. Notably, the Nurses' Health Study was a broad-based study of women's health. Ovarian cancer information was obtained through a questionnaire mailed to married female nurses 30-55 years which were updated every 2 years. Talc exposure was obtained from a survey question which asked "Have you ever commonly used talcum, baby powder, or deodorizing powder a) to apply to perineal (private) area? No, daily, one to six times per week, or less than once per week or b) to apply on sanitary napkins? No, Yes." Frequency was thus both reported as an "ever, never" metric as well as applications per week but duration of use was not recorded. Information gathered by a questionnaire requesting information on perineal talc use was ascertained only in 1982, and never updated during follow-up. Medical records were obtained for women reporting diagnoses of ovarian cancer or those participants who died (mortality follow up was 98% complete). Histologic subtypes of ovarian cancer were determined from pathology reports and classified as serous (cystadenocarcinoma and papillary adenocarcinoma), mucinous (mucinous papillary adenocarcinoma and adenocarcinoma), endometrioid (clear cell and mixed epithelial), and borderline. Cases of epithelial ovarian cancer (ICD 183.0) confirmed by medical record review or death certificate between 1982-1996 were included in the analyses. Participants who did not respond to the 1982 question on talc use were excluded, as were participants with cancer other than non-melanomatous skin cancer, bilateral oophorectomy, ovarian removal and those with radiation therapy. They included 307 cases of ovarian cancer among 984,212 person-years of follow up (0.03% PYs or 31.2/100,000 PYs). Information on covariates was obtained from the

47

biennial questionnaire and included oral contraceptive use, tubal ligation, parity, family history (not asked until 1992), smoking and BMI. Age adjusted incidence rates were calculated after adjusting for covariates above, as well as age at menarche, duration of breast feeding, age at menopause. 40.4% (n=31789) reported ever talc use of which 14.5% were ever daily talc users. Women who were talc users and did not have a tubal ligation had no increased risk of epithelial ovarian cancer with talc use- no evidence of interaction. There was an increased risk for histologic subtypes of ovarian cancer with talc use which was not statistically significant (RR 1.09, 95 % CI: 0.86-1.37) after adjusting for age, duration of oral contraceptive use, body mass index, tubal libation history, smoking status, and postmenopausal hormone use. While daily talc use on perineum (RR 1.12, 95% CI: 0.82-1.55) or use less than once/week (RR 1.14, 95% CI: 0.81-1.59) was associated with an excess risk which was not statistically significant, the point estimates for talc use on perineum 1-6 times/week (RR 0.99, 95% CI: 0.67-1.46) and on sanitary napkins (yes/no) (RR 0.89, 95% CI: 0.61-1.28) were lower than 1, and these confidence intervals may not rule out an increased risk. Importantly, there was a statistically significant increased risk for ever talc use for serous invasive cancers (RR 1.40; 95% CI: 1.02–1.91). For women who reported ever daily use, the RR for serous invasive cancer was 1.49 (95% CI: 0.98-2.26). The RRs for ever-users of less than 1 time/week and of 1-6 times/week were 1.29 (95% CI: 0.81-2.04) and 1.49 (95% CI: 0.77-2.11), respectively ($P_{trend}$=0.05). Women above age 45 in 1982 who reported ever talc use had a higher risk of serous invasive cancer (RR 1.51, 95% CI: 1.07-2.15).

The strengths of the study include the prospective design which reduces the risk of recall bias. The relatively short follow up period may have been unable to determine ovarian cancer. The NHS cohort was not primarily designed to evaluate the association between talc and ovarian cancer. Further, as discussed above, determining "never" use based only on a one-time question near the start of the study (14 years prior to terminating the study in 1996) introduces unidirectional "behavioral change" bias, likely misclassifying some "ever" users who used talc during the study as "never" users; and biased the findings towards the null. The exclusion of prevalent cases of ovarian cancer allows one to determine the influence of exposure on incident ovarian cancer, it also introduces an element of selection bias. Of the initial cohort of 121,700 volunteers, only 78,630 women were enrolled. It is not known whether any (or how many) of the 43,000 excluded women had ovarian cancer, nor whether any (or how many) of any such ovarian cancer volunteers excluded were talc users. They could not determine the intensity of exposure as they had no information on duration of talc exposure, or number of life-time applications or the age at which talc was initiated. The study was not a "new user design" and

48

used prevalent rather than incident users, and is susceptible to "prevalent user biases." (15) Prevalent users are "survivors" of the early period of talc use, which can introduce substantial bias if risk varies with time. This may bias findings towards the null due to the "depletion of susceptibles." They had no data on the intensity of exposure because there was no data on the duration of talc use, or number of life-time applications. The analysis on tubal litigation could not determine whether talc use was initiated after tubal ligation. Any such misclassification of exposure is also likely to be non-differential and bias towards the null.

As a continuation of the Nurses' Health Study, in 2010, Gates et al. reported on 924 cases of the ovarian cancer as part of Nurses' Health Study with ovarian cancer confirmed by a gynecologic pathologist review of medical records. (92). They evaluated the findings between risk factors for ovarian cancer and histologic subtypes of ovarian cancer and information on talc exposure was collected through biennial questionnaires. Talc use was reported as either greater than or less than once a week. After adjusting for body mass index activity, past smoking, current smoking, family history of breast or ovarian cancer, age, parity, parous status, breastfeeding, oral contraceptive use, tubal ligation, hysterectomy, age at natural menopause, and estrogen use they reported a non-significantly increased risk of all epithelial ovarian cancer (RR 1.06, 95% CI: 0.89 to 1.28) with genital talc use > once/week compared to < once a week. Although the estimates for the RR were higher for mucinous subtype (RR 1.50, 95% CI 0.84-2.66), there was no evidence of interaction across the subtypes ($P_{heterogeneity}$ =0.55) in this analysis. The strengths and weaknesses of this study are largely like the Gertig analysis of the NHS cohort above, with the additional limitations in the low number of cases (only 29 cases of epithelial ovarian cancer among genital talc users in 108, 870 women).

*IX.III.II.* In Houghton et al. (17) reported on finding from the Women's Health Initiative Observational Study (50-79 years at enrollment and post-menopausal). Among the 93,676 volunteers, only 61,576 participants were in the study cohort, and 429 adjudicated incident ovarian cancer (0.7%). Participants completed annual mailed questionnaires. Participants with bilateral oophorectomy, unknown number of ovaries, history of cancer (except non-melanomatous skin cancers were excluded). Perineal powder exposure (rather than specifically talc use) was obtained via self-report at baseline, and not updated during follow-up. Participants were asked whether powder had been used on genital areas, diaphragm or sanitary napkin or pad. If the participant answered affirmatively, there were further questions regarding duration of use where participants indicate use for less than 1 year, 1-4 years, 5-9 years, 10-19 years, or 20

49

or more years, but frequency of use was not recorded. The area of use was assessed dichotomously, and duration of use was categorized as never, 9 years or less and 10 years or more for analysis. Analysis was conducted for ever perineal powder use (ever use for any of the three categories) and duration for any powder use (maximum duration of any single area of application). Cancer cases were self-reported and confirmed through medical records including pathology reports. Data on covariates for age, race, education, alcohol, metabolic equivalents, smoking, recreational physical activity, oral contraceptive use duration, hormone replacement therapy, family history, age at last birth, BMI, self-reported family history of ovarian cancer were evaluated. They also evaluated reproductive factors such as age at menarche, age at menopause, age at first birth, age at last birth, parity, breastfeeding duration, history of tubal ligation, hysterectomy, irregular cycles, endometriosis. The covariates were obtained at baseline and not updated. The proportional hazards analysis was conducted to examine the risk of ovarian cancer and proportional hazards was tested using Schoenfied residuals. Participants with other cancers were still considered at risk for ovarian cancer. Covariates were selected for the multivariate analyses, if they had P-values of less than 0.1 during the backward regression until they had a parsimonious model. Additional variables from the literature were also included although they were not statistically significant. They analyzed ever perineal use, perineal use by application area, duration of use and combinations. Test for linear trend was evaluated across duration categories by modeling categories as continuous variables.

The average age of participants was 63.3 years at baseline with 12.4 years of mean follow-up. Most participants were white and were obese. Approximately 52.6% of the population reported ever use of perineal powder. Ever users were more likely to be heavier, used oral contraceptives and/or diaphragms. Perineal use of powder was associated with a 12% excess risk which was not statistically significant ($HR_{adj}$,1.12, 95% CI: 0.92- 1.36) whereas point estimates for use on sanitary napkins and diaphragms were lower than 1 but could not rule out an excess risk. Duration of perineal, sanitary napkin or diaphragms were not associated with ovarian cancer. Strengths include the prospective design which reduces the risk of recall bias. Limitations includes the lack of information on whether the perineal powder use constituted talc use, and the inability to measure the frequency of exposure. It is possible that the analysis by duration included infrequent long duration users with short term frequent users which may result in bias towards null. Since exposure was not updated during follow-up, some never users who became ever users were misclassified as never users resulting in a bias towards the null. The exclusion of prevalent cases of ovarian cancer introduced an element of selection bias. Of the initial cohort

of 93,676 volunteers, only 61,576 women were enrolled; 10,622 volunteers who had already developed cancer at baseline were excluded. It is not known whether any (or how many) of these excluded women had ovarian cancer, nor whether any (or how many) were talc users. The inclusion of "prevalent users" rather than "incident users," leads to depletion of susceptibles and may bias findings towards the null. Data on covariates was not available after baseline resulting in the potential inclusion of participants (e.g., oophorectomy) not at risk of ovarian cancer and resulting bias towards the null. The generalizability of the study findings to younger pre-menopausal women is also unknown as the study findings are limited to older post-menopausal women (average age =63.3 years).

*IX.III.III.* In 2016 Gonzales et al. (93) examined the relationship between douching, talc use, and ovarian cancer among 50,884 women aged 35-74 years of age (84 % white and 64% post-menopausal) who had never had breast cancer but had a full or half-sister who with breast cancer. They excluded participants with bilateral oophorectomy and ovarian cancer. Among 41,654 participants 154 incident ovarian cancers (n=135 ovarian cancers) were reported (0.3%). Participants completed a telephone interview which included questions about reproductive history (oophorectomies), health and lifestyle and use of personal care products before enrollment, including the use of douching and use of genital talc applied as a powder or spray applied to underwear, sanitary napkin, diaphragm, cervical cap, or vaginal area. The frequency of use was categorized as no use, less than once a month, 1-3 times per month, 1-5 times per week, > 5 times per week, but duration of use was not recorded. As with the WHI and Nurses' study exposure was only measured at baseline and not updated during follow-up. Updated information on oophorectomy was collected during follow-up and information on cancer cases was collected via annual health update. Data on 37.6% of ovarian cancer cases was available only by self-report and the remainder confirmed by medical record review or death certificate. Cancer cases included tumors of the ovary, fallopian tubes, peritoneum, or of uncertain origin. Those who were BRCA1 or BRCA 1 positive test or those who had a sister with a positive test but had no report of negative test were considered BRCA positive. Cox proportional hazards analysis was conducted until diagnosis of ovarian cancer, oophorectomy, censoring or death. Generalized estimation equations was used to account for familial clustering at baseline. The proportional hazards assumption was evaluated by the goodness of fit test. A joint analysis of talc and douching use was also conducted. The included covariates were patency (yes or no for tubal ligation or hysterectomy), menopausal status, duration of OC use (none, < 2 2 to <10, 10 or more years), parity (yes/no) race and BMI.

51

The median duration of follow up was only 6.6 years. The average age was mean 57.8 years for cases. These cases were more likely to have a family history of ovarian cancer and carry a BRCA1 or BRCA2 mutation. More non-cases than cases used oral contraceptives. Talc use was only reported by 12% of cases and 14% of non-cases. Talc users were more likely to have BMI >30 kg/m². Talc use in the last 12 months after adjusting for race, BMI, parity, duration of oral contraceptive use, baseline menopausal status, and patency, was not associated with a statistically significant increased risk of ovarian cancer (HR 0.73, 95% CI: 0.44-1.20], but could not rule out an excess risk. There was no change in estimates when adjusted for douching. Douching at baseline, more common among talc users, was associated with increased risk of ovarian cancer (HR: 1.8 95% CI: 1.2-2.8).

There were significant limitations to the study. The authors acknowledge that an important limitation of their study was that they collected douching and talc information for the year before the study and did not account for the latency. As with the other two cohort studies, the Sister Study was limited by the issue of selection bias through the exclusion of women who had already developed ovarian cancer (and who could also have been lifetime talc users). Secondly, the Sister Study was vulnerable to behavioral change bias. The bias towards the null of this inaccurate assessment of "ever" user status prospectively, at the start of the study, was compounded by the fact that it was also vulnerable to retrospective inaccuracy, because it was based only on the 12 months preceding baseline. Thus, a participant who had last used talc 13 months before baseline would be categorized as a never-user, as would a participant who started using talc after baseline. Thirdly, the Sister Study's median follow-up of only 6.6 years is likely insufficient to detect any risk of ovarian cancer which likely takes more than 6.6 years to develop. The study also suffered from the limitations of prevalent user biases. Additionally, exposure was measured as ever/never use in 12 months prior rather than total applications resulting in non-differential misclassification towards the null. Data was only available by self-report on the diagnosis of ovarian cancer for many cases (37.6%) resulting in misclassification of outcome, which was likely non-differential and may bias findings towards the null. The study reported the lowest rate of talc use among the cohort studies (13.8%), further compounding the limited statistical power due to a short duration of follow-up. The generalizability of these findings is also limited as they included women without breast cancer who all had a family history of breast cancer and may be at a higher risk (60%). The missing data were not missing at random and unclear whether analyses were adjusted for missing data. The authors concluded that the study

52

could not exclude a increased risk despite these findings. The study findings are limited to the predominant cohort of white post-menopausal women who constituted the majority of participants.

### IX. IV. Summary of Findings from Epidemiological Studies.

1.      The cumulative evidence from these studies demonstrates a statistically significant increased risk of ovarian cancer associated with perineal talc powder use which has been independently replicated by several investigators in different populations, different settings, across different sources using different study designs and time periods. Slight differences in magnitude of risk among these studies may reflect differences in inclusion or exclusion criteria and the accumulation of evidence over time and some variation due to chance. The updated meta-analyses in 2018, which have included all the studies, reported a statistically significant increased risk of perineal talc use and ovarian cancer, (41, 42), with little evidence of statistical heterogeneity or publication bias. The case-control studies provided 13,421 cases compared to 890 cases in the cohort studies. (42). Most case-control studies demonstrate an increased risk of ovarian cancer associated with talc use with an OR between 1.3 and 1.6, even after adjusting for various risk factors.

2.      Meta-analysis which evaluate the association between perineal talc use and ovarian cancer have consistently shown an increased risk of ovarian cancer, (39, 41, 42, 73, 79), including pooled analysis using individual participant data. (10). My conclusions about the causal increase in the risk of ovarian cancer associated with talc exposure are heavily weighted by recent cumulative meta-analysis published in 2018, (41, 42). These meta-analyses provide the most comprehensive evidence base given the size of the study database and their methodologic superiority as assessed by the AMSTAR rating above. (Table 1). Also, importantly, there is no meta-analysis which has reported a statistically significant decreased risk of ovarian cancer with talc.

3.      The only case-control study in which point estimates are below one was limited by the poor choice of controls and very high non-response rates. Despite these limitations it could not rule out a 21% increased risk of ovarian cancer associated with talc use which is not inconsistent with other studies. (86). Although the exposure rate to talc in the case-control studies has been variable in the control group from 5%-45%, this reflects the varying practices in the use of talc rather than the lack of an increased risk of ovarian cancer with talc use.

4.      Although all studies are at potential risk of outcome misclassification, most of the studies used histologically verification for the diagnosis of ovarian cancer. Any such potential

53

misclassification of outcomes is likely to be non-differential and would have biased the findings towards the null.

5.      There is no reason to believe, from the studies, that ovarian cancer would result in talc use, so the temporality of the association is established.

6.      Case-control studies are susceptible to recall bias particularly when data on exposure are self-reported. However, several studies have included these questions on talc exposure as a part of larger questionnaires on other risk factors minimizing the possibility of recall bias. Recall bias is less likely to occur for chronic daily exposures such as talc as compared to intermittent short exposures. Further, recall bias is equally likely to affect other histologic types of ovarian (and endometrial) cancer but here the increased risk was limited to only epithelial ovarian cancer in most studies. Finally, the findings that only perineal talc use was associated with ovarian cancer but not with non-genital talc use argues against recall bias alone as a potential explanation of these findings.

7.      Confounding is one potential explanation for these findings. However, several case-control studies adjusted for major confounders including the more recent case-control studies. (54). Although residual confounding is always possible in an observational study, studies that have reported adjusted and non-adjusted findings have reported similar results minimizing the impact of residual confounding. (41). Although there are some risk factors for ovarian cancer (e.g., genetic risk factors, family history, obesity and reproductive history), for any of them to be confounding to an extent that could account for the positive relations that have been reported, they would have to be strongly correlated with talc use. Family history, ethnicity, obesity and some reproductive risk factors are positively associated with the risk of ovarian cancer, but the magnitude of these associations does not appear high enough to introduce enough confounding, even jointly, to explain completely the positive association. To invalidate the statistically significant findings of an increased risk of ovarian cancer from the studies, one would have to postulate a degree of selection, recall bias and confounding pervasive across different time periods, different populations which is highly implausible.

8.      Case-control studies are also at risk of selection bias which may introduce bias in both directions. As opposed to hospital-based controls, which may be less susceptible to selection bias, the population-based case-control studies have consistently showed a higher estimate of increased risk of ovarian cancer associated with talc use.

9.      Reverse causality, where the diagnosis of ovarian cancer results in perineal use of talc, may be one possible explanation of the nonsignificantly increased risk in the group exposed to perineal talc. However, this is also likely minimal in the case of ovarian cancer in which most

54

cases present at advanced stages with abdominal bloating, and vaginal symptoms only occur in a small minority of cases.

10.      One of the cohort studies reported an increased risk with perineal talc exposure and serous invasive cancer (14). The pooled results from all three cohort studies, reported an excess risk of ovarian cancer, (42) which failed to reach statistical significance because of several limitations. The duration of follow up was limited resulting in low number of events and inadequate statistical powder. The only cohort study which reported an inverse association between perineal talc use and ovarian cancer included several other cancers beyond the ovary (such as peritoneum, endometrial) (93), which may have diluted an increased risk. It had a very short duration of median follow up of approximately 6.6 years which is insufficient to ascertain the development of ovarian cancer. Since talc induced carcinogenesis occurs via a foreign body mechanism, the latency period required to demonstrate such an effect is long. Despite these limitations, the upper bounds of the confidence intervals exceeded one and could not rule out an increased risk of ovarian cancer with perineal talc use. The cohort studies were at risk of significant other biases. Exposure was measured at baseline and not updated during follow-up (14, 17), which may have misclassified those participants at baseline who were never users but used talc during the study as never users resulting in a bias towards the null. The exclusion of prevalent cases of ovarian cancer (some of whom may have been exposed to talc) may also bias their findings. (14, 17) The cohort studies were also susceptible to "depletion of susceptibles" biasing their findings towards the null. None of the cohort studies were primarily designed to study the association between genital talc use and ovarian cancer as their primary objective. Despite these limitations, the meta-analysis of cohort studies demonstrated a statistically significant increased risk of serous invasive ovarian cancer.

11.      Ascertaining *dose response* relationship with talc and ovarian cancer is difficult because of the challenges in quantifying talcum powder use usually collected by self-reported data (frequency, amount and duration), timing and patterns of use (e.g. douching), and other individual factors (e.g. co-existence of inflammatory conditions such as endometriosis and or vaginal bleeding) resulting in differences in measurement of exposure across studies. The dose response depends on both the amount of talc exposure, the frequency of talc uses and the duration. It is difficult to quantify the amount of powder actually used and degree of perineal dusting that might constitute an ''application of talc.' Another factor that may affect the dose-response relationship is whether use occurred at a time when the female tract was open, the age of initiation of talc use since the talc/ovarian cancer association is modified by closure of the female tract as a result of tubal ligation or hysterectomy (79). The presence of other risk factors

55

such as post-menopausal status, cancers other than invasive serous ovarian cancer may make it difficult to ascertain a dose-response relationship among older post-menopausal. The lack of statistical trend (58, 60) in some earlier studies may reflect some of these challenges as well the lack of a monotonic dose response effect. The exposure-response data need to be interpreted in the context of mechanistic studies which report that talc accelerates the development of ovarian cancer in susceptible individuals through accelerating the redox state in epithelial ovarian cancer cells. (49). Thus, an assessment of the gradient through a monotonic dose-response curve may not provide a complete picture of the biological gradient. It unclear why nature would mandate an increasing mono-tonic dose-response mechanism for causation, and some have argued that among Bradford-Hill viewpoints it is difficult to know how dose-response should be modelled. (50). Cumulative lifetime exposure may be a more appropriate measurement of exposure given the inflammatory mechanisms by which talc induces the development of ovarian cancer. It is important to recall that if the carcinogenicity of talc induced ovarian cancer most likely resembles that of asbestos induced mesothelioma (with which it shares histologic similarities), asbestos induced mesothelioma does not have a dose-response relationship. In the case of asbestos induced mesothelioma, latency may be more important whereas in the case of talc induced ovarian cancer induced by inflammation latency may be of lesser importance.

12.     Despite these challenges, several studies have shown evidence of dose-response as measured by an increased risk with increased frequency (51-55) or increased duration, (52, 54)or combination of frequency and duration of exposure. (48, 54). Some studies show a exposure-response trend, (54) and the most updated meta-analysis show evidence of duration dose and responsiveness. (42). In the individual participant data meta-analysis a significant increase in risk with an increasing number of genital powder applications was found for nonmucinous epithelial ovarian cancer when nonusers were included in the analysis, but no significant trend was seen when analyses were restricted to ever users. (10) Importantly, the most recent meta-analysis reported an evidence of dose-response with risk being higher among those with >3600 applications of talc compared to participants with <3600 applications. (42) Both of these categories of exposure were associated with an increased risk of ovarian cancer. None of the cohort studies were able to conduct meaningful dose-response analysis because they did not collect data either on duration, (14, 93) or frequency of exposure. (17).

# X.   BIOLOGICAL MECHANISMS OF TALCUM POWDER INDUCED OVARIAN CANCER.

Although not an absolute requirement for determination of causation there are multiple well-established biological and molecular mechanisms by which talcum powder products induce ovarian cancer. The key routes of exposure and biological mechanisms are noted below.

*X.I. Retrograde Migration of Talc Particles.* Genital talc can migrate up to the fallopian tubes and ovaries and talc particles have been detected within the ovaries of women who report perineal talc use. Heller et al. detected talc in the ovaries of 24 women undergoing incidental oophorectomy demonstrating that it can reach the upper genital tract (64) although the fact that talc particle counts were unrelated to reported levels of perineal talc exposure reflects the challenges in measuring exposure to talc. Talc has been found deeply embedded within ovarian tumors,  (65) and subsequent studies have confirmed that these are not due to contamination. (94). Talc has also been demonstrated in pelvic lymph nodes of women with perineal talc exposure.(66). Supportive evidence of migration comes from studies showing retrograde migration of additional particles such as starch after gynecological examination, (68) findings of a decreased risk of ovarian cancer with tubal ligation and hysterectomy in case-control studies, (87) and meta-analysis, (115) which may minimize exposure to inflammatory particles. Although an industry funded study performed by the Cosmetic, Toiletry, and Fragrance Association failed to detect translocation of "measurable quantities of talc' in monkey models, (67) the timing and techniques of assessment and intraspecies differences could not rule out migration of talc particles. The FDA response to Citizen's Petition 2014 concluded the *"potential for particles to migrate from the perineum vagina to the peritoneal cavity is indisputable'*. Johnson & Johnson and IMERYS documents also acknowledge migration. In one document it was stated, "A review of the literature suggests that it is biologically plausible for talc particles to migrate from the vagina to the peritoneal cavity and ovaries following perineal application." (63, 116).

*X.II. Inhalation of Perineal Talcum Powder.* Inhalation of talcum powder is another potential route of exposure that is biologically plausible and can cause inhaled fibrous talc (and asbestos) fibers to reach the ovary and thus increase the risk of ovarian cancer in women using these products. Approximately 50 percent of talc particles in commercially available talcum powder are less than 10 microns in size, (117) which have the potential for inhalation and reach the alveolar regions of the respiratory tract. (118) Asbestos fibers can pass from the alveoli to the

lung interstitium, from which they can travel via the lymphatic system to the bloodstream and other organs including ovaries. (119, 120) Inhaled fibrous talc shares extensive physical and chemical similarities with asbestos, and inhaled fibrous talc generated from perineal application may also reach the ovaries by inhalation. This mechanism was confirmed in a September 2017 study, "Below the Waist Application of Johnson & Johnson Baby Powder," Longo, et al. showed that normal application of Johnson's Baby Powder can produce airborne asbestos and talc fibers which could be inhaled. (70).

**_X.III. Talcum Powder Induced Inflammation and Alteration of Redox Potential_**. Inflammation has long been understood to be an important mechanism underlying the development of ovarian cancer. (61). Inflammation may underlie ovulatory events because an inflammatory reaction is induced during the process of ovulation. Risk factors for ovarian cancer include endometriosis (i.e., ectopic implantation of uterine lining tissue) and pelvic inflammatory diseases (PID). (121). PID was associated with an increased risk of borderline ovarian tumors, particularly among women who had had multiple episodes of pelvic inflammatory disease in a meta-analysis. (122). Consistent with the inflammatory mechanism for ovarian cancer, a prospective nested case-control study from the Prostate, Lung, Colorectal and Ovarian Cancer has also shown that global markers of inflammation such as C-reactive protein, Interleukin L-1$\alpha$, Interleukin-8 and Tumor Necrosis Factor-$\alpha$ are associated with a significantly increased in the risk of ovarian cancer. (123). Supportive evidence for the role of inflammation also comes from a meta-analysis showing a decreased risk of ovarian cancer with tubal ligation and hysterectomy. (115). Studies have demonstrated increased risk of ovarian cancer with talcum powder use, and increased risk of ovarian cancer with endometriosis. (87). This risk is 3-fold higher among women exposed to talc who have endometriosis. (48).

Oxidative stress in the form of reactive oxygen species (ROS) and reactive nitrogen species (RNS) plays a role in the pathogenesis, neo-angiogenesis (formation of new vessels) and the dissemination of both early and late stage epithelial ovarian cancer. (124, 125). Epithelial ovarian cancer cells manifest a persistent pro-oxidant state characterized by upregulation of certain key oxidant and downregulation of key antioxidant enzymes, (125) and the presence of oxidative stress triggers cancer cells to favor anaerobic metabolism. Oxidative stress induces phenotypic modification of tumor cells by altering cross-talk between tumor cells and surrounding stroma. Talc can alter this redox state and cause a marked increase in mRNA levels of the prooxidant enzymes, iNOS (nitrous oxide) and MPO (myeloperoxidase) in talc treated ovarian cancer cells as compared to control as early as 24 hours in all doses, (49) as well as a marked decrease in the

58

mRNA levels of the antioxidant enzymes catalase CAT, glutathione peroxidase (GPX), and superoxide dismutase (SOD3) providing a mechanism by which talcum powder products can induce the development of ovarian cancer.

Cancer antigen [CA-125] a tumor marker secreted by the epithelial cell for monitoring recurrence after treatment of ovarian cancer, was elevated when both normal ovarian cell lines [1.7 +/- 0.5-fold] and ovarian cancer cell lines [1.4±0.5 and 4.4±0.5-fold increase in OV90 and TOV-21G EOC cell lines] were exposed to talc, providing another molecular mechanism by which talc can increase the risk of ovarian cancer. (106).

Talc has been shown to increase proliferation, induce neoplastic transformation and increase ROS generation time-dependently in the normal human epithelial and granulosa ovarian cells and dose-dependently in the polymorphonuclear neutrophils. (71). In studies of human mesothelial cells, both nonfibrous talc and asbestos have shown evidence of genotoxicity. (109) Some have suggested that perineal talc use may also increase risk of ovarian cancer by the induction of anti-MUC1(monoclonal antibodies) possibly via heat-shock protein, (72) although the data are not definitive. (101).

**_X.IV. Carcinogenicity in Animal Studies_**. Among animal studies a study among rats demonstrated the development of papillary changes after intrabursal injection of talc. Such papillary changes may be precursors of serous papilloma precursors of epithelial cancers. (107). Another 2-year inhalation study with cosmetic grade talc in rats and mice showed evidence of carcinogenic activity in male (an increased incidence of pheochromocytomas of the adrenal gland) and female (increased incidences of alveolar/bronchiolar adenomas) rats and carcinomas of the lung and pheochromocytomas of the adrenal gland. (108). There was no evidence of carcinogenicity in mice. However, limitations of this study include the lack of a suitable control (e.g. titanium dioxide), alternative explanations of these findings via particle overload, (127) and the fact that ovulatory patterns in rats are not fully applicable to humans.

**_X.V. Presence of Asbestos and other carcinogens in Talcum powder products._** In assessing the biological plausibility of talcum powder products as a cause of ovarian cancer, it is important to consider the constituents of talcum powder products including whether it contains known or suspected carcinogens. The presence of asbestos in talcum powder products can and does provide a plausible biological explanation of the development of ovarian cancer. (36, 37).

59

Occupational exposure to asbestos is a well-established causal agent for the development of pleural and peritoneal mesothelioma, larynx and ovarian cancer. (36, 127). Talc and asbestos also share chemical similarities. The carcinogenicity of asbestos relies on shape of particles with long thin fibers-such as those occurring in crocidolite asbestos being particularly carcinogenic. Although talc consists primarily of platy talc, it may also contain fibrous talc or other asbestiform minerals. Epithelial ovarian cancer, one most closely associated with talc, histologically most closely resembles mesothelioma providing further evidence of biological mechanisms. As Huncharek notes in their meta-analysis of ovarian cancer associated with talc dusted diaphragm meta-analysis on page 427 "*If one is exposed to a mixture of talc and asbestos, it is reasonable to expect a carcinogen effect as it contains a known carcinogen.*" (13). In addition talcum products contain fibrous talc, heavy metals and fragrance ingredients which are known or suspected carcinogens. (26, 33, 35, 36). Like the presence of Asbestos Fibers, the presence of these known or suspected carcinogens provide a plausible biologic explanation for the increased risk seen in the epidemiologic studies.

## XI.     ASSESSMENT OF CARCINOGENECITY OF TALC BY THE IARC IN 2006.

The International Agency for Research on Cancer (IARC) expert panel evaluates the carcinogenicity of various products using the following criterion after review of animal studies, experimental studies and epidemiological data. (128). The data is examined to determine whether there is *sufficient evidence, limited evidence, inadequate evidence, or evidence suggesting lack of carcinogenicity* for both cancer in humans and animals, respectively. The mechanistic and other relevant data are examined to *identify established and likely mechanisms and determines whether each mechanism could operate in humans*. The agents are then classified into several groups. Group 1 are agents *carcinogenic* to humans (e.g., asbestos,) (37), Group 2A are agents *probably* carcinogenic to humans, Group 2B *possibly* carcinogenic to humans, Group 3 agents which are *unclassifiable* and Group 4 agents which are *probably not carcinogenic* to humans.

In 2006 IARC concluded that perineal use of talc not containing asbestos or asbestiform fibers was possibly carcinogenic to humans (129) based on *limited evidence in humans for the carcinogenicity of perineal use of talc based body powder and the limited evidence in experimental animals for the carcinogenicity of talc* (93) (Group 2B-b). (38). Although a positive association has been observed between exposure to the agent and cancer for which causal interpretation is considered by the Working Group to be credible, but chance, bias, or confounding could not be ruled out

60

with reasonable confidence. For purposes of their evaluation, IARC considered 19 case-control studies and 1 cohort study. (14). The Working Group concluded that 8 of the more informative case-control studies (as well as most of the less informative ones) showed a consistent excess risk in the order of 30-60%. The cohort studies neither supported or refuted the evidence from case-control studies.

The IARC assessment was carried under the assumption that talcum powder products did not contain asbestos based on the published findings at the time- an assumption that is not supported by current data. In such a case, talcum powder products would be unequivocally classified as a Group 1 carcinogen like asbestos. Importantly, even absent a finding of asbestos in talcum powder products, the consistent cumulative evidence of peritoneal use of talcum powder products demonstrates an increased risk of ovarian cancer. Several *new systematic reviews based on recently published studies have further added to the accumulating evidence on an increased risk of ovarian cancer with talc use.* (10, 41, 42). *There is now further evidence of exposure response* relationships, with measured by an increased risk with increased duration (52, 54) or combination of frequency and duration (48) and the most updated meta-analysis show evidence of duration dose and responsiveness. (42). Finally, in addition to the epidemiologic evidence there is evidence from toxicology , molecular biology and other mechanistic data which supports my opinions .

## XII.   COSMETIC EXPERT REVIEW PANEL REPORT.

For the sake of completeness I also reviewed a report on the safety of cosmetic talc by an industry sponsored panel. (130). The panel was primarily composed of dermatologists, with limited expertise in epidemiology and carcinogenicity.  The review was carried out under the flawed assumption that cosmetic-grade talc must contain no detectable fibrous, asbestos minerals and thus limited its assessment to animal and clinical  studies on talc that did not contain asbestos, and erroneously concluded that there was no evidence of talc migration.  As a result of these serious methodologic shortcomings and funding biases it arrived at its erroneous conclusions that talc was safe for use in cosmetics. (130) As discussed above, the findings of this panel have been superseded by findings from several new epidemiological studies, mechanistic studies and systematic reviews which have further added to the accumulating evidence on an increased risk of ovarian cancer with talcum powder product use.

61

## XIII.   ASSESSMENT OF CAUSALITY.

While talc is clearly associated with development of ovarian cancer, we must assess whether the observed association leads to an inference about causation. In 1965, in the President's Address to the newly-established Section of Occupational Medicine of the Royal Society of Medicine, Sir Austin Bradford Hill, Professor Emeritus of Medical Statistics at the University of London, attempted to encapsulate the aspects of a causal relationship, as it was understood at the time. (1). As he described them, they were: 1. strength of association, 2. consistency, 3. specificity, 4. temporality, 5. biological gradient, 6. plausibility, 7. coherence, 8. experiment, and 9. analogy. As Professor Hill explained, no aspect alone is either necessary or sufficient: "What I do not believe . . . is that we can usefully lay down some hard-and-fast rules of evidence that **must** be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence . . . and none can be required as the ***sine qua non***." Further, according to Professor Bradford Hill, these are not the only aspects of causation, but they are informative. It must also always be remembered, as highlighted in a recent statement by the American Statistical Association, that a lack of statistical significance does not imply lack of clinical significance (18) – a point also highlighted by Bradford Hill, who noted that while statistical tests can remind us of the role of chance, *"No formal tests of significance can answer those questions."*

With respect to the analysis at issue, that is, the association between talcum powder products and ovarian cancer—the results are not only statistically significant, but, as described above, have been replicated by several independent authors in multiple studies across a range of study designs. The cumulative body of evidence was appraised using the Bradford Hill viewpoints. In this regard, and as described in this report, I put significant weight on the Strength, Consistency, Temporality, Biologic Plausibility, and coherence factors and, to a lesser extent, Gradient (Dose-Response) and Analogy data to support my opinion that Talcum Powder Products can cause ovarian cancer. For the reasons stated below, I do not weigh heavily the Experiment and Specificity data in light of the totality of the evidence supporting a causal inference. My assessment is described below.

**1. Strength of Association.** This aspect of a causal relationship refers to the degree or magnitude of effect to which the exposure is associated with the outcome. (1). According to Bradford Hill , the more likely the exposure is associated with the outcomes, the more likely is it to be causal. As summarized in the meta-analysis in section above, I conclude that the association of talc with

62

ovarian cancer shows an approximate 30-60% relative increase in the risk of ovarian cancer, after adjustment for multiple confounders of the talc and ovarian cancer relationship. (10, 42). The strength of the association, replicated in multiple studies, provides evidence in support of a causal association. There are several noteworthy examples of well-established causal relationships (e.g. second hand smoking and lung cancer), (131) where the strength of the association is in the order of 20-40%. Such causal associations can have significant effects on the population if a large segment of the population is exposed, as in the case of air pollutants and myocardial infarction, which are significantly associated with an increase in MI risk with small relative risk (carbon monoxide: 1.048; 95% CI, 1.026-1.070; nitrogen dioxide: 1.011; 95% CI, 1.006-1.016; sulfur dioxide: 1.010; 95% CI, 1.003-1.017; $PM_{10}$: 1.006; 95% CI, 1.002-1.009; and $PM_{2.5}$: 1.025; 95% CI, 1.015-1.036) but a large population burden because of the large percentage of the population that is exposed. (47). Similarly, 75-100 mg of daily Aspirin has been shown to reduce the risk of cardiovascular events among those weighing 50-69 kg by 25 % [HR 0.75, 95% CI, 0.65-0.5] (132) in an individual participant data meta-analysis of randomized controlled trials. An increment of one serving a day of fruit and vegetables reduced all-cause mortality by 5% (HR 0.95 95% CI: 0.92 - 0.98) in a meta-analysis of cohort studies. (133). As discussed below, I place significant weight on the fact that studies demonstrate a strong association between talcum powder use and ovarian cancer and show consistency of the data.

**2. Consistency.** This viewpoint assesses whether the finding is repeated in different settings, place and time. (1). As shown in detail above, the direction and strength of association of talc and ovarian cancer is generally consistent across studies, including observational studies of various designs and their meta-analysis, and observational studies. These studies have been conducted in different clinical settings across the world, with different duration of follow up and the cumulative evidence has consistently shown a significantly increased risk of ovarian cancer with the use of talcum powder products. As expected, there are slight differences in the point estimates which reflect differences in study population with nearly all point estimates showing a direction of increased risk of ovarian cancer. The confidence intervals, however, across study designs overlap, indicating consistent results. I place significant weight on the fact that the consistency and strength of the association found in multiple independent studies demonstrates that the association is causative.

**3. Specificity.** This viewpoint considers whether the outcome of the disease appears to be specific to the exposure, (1) although since the original publication of the Bradford Hill we know

63

in most cases, absolute specificity for an exposure outcome association is not generally possible for many diseases, particularly cancer, and not required to provide proof of causation. Even the well-established, causal relationship between cigarette smoking and lung cancer or heart disease is not characterized by specificity. Genetic factors may also play a role in the occurrence of ovarian cancer. As discussed above, the occurrence of ovarian cancer is consistently higher among talcum powder users compared to non-users, even after adjusting for several confounders. I placed less weight on absolute specificity of the association between talcum powder exposure and ovarian cancer given the multi-causal nature of the outcome, particularly in light of the strength and consistency of association factors.

**4. Temporality.** The temporality viewpoint assesses whether the exposure always predates the development of disease. (1). In each of the epidemiologic studies noted above, talc exposure occurred before the diagnosis of ovarian cancer. Although some have argued that some of the symptoms of ovarian cancer (vaginal bleeding, irritation) may lead to talcum powder use, since most ovarian cancers present with abdominal bloating and advanced stages of the disease it is difficulty to attribute how development of ovarian cancer would lead to talc use (e.g., reverse causality). I placed significant weight that the exposure to talc preceded the development of ovarian cancer in the studies above.

**5. Biological Gradient.** This viewpoint assesses whether there is a biological gradient or dose-response effect, (1) recognizing that presence of dose-response is not an absolute requirement for causation. In order to determine dose-response, it is necessary first to determine dose. While the presence of a dose-response relationship supports a causal link, the absence of such a relationship does not preclude a causal association. The causal relationship between asbestos and mesothelioma, which most closely resembles the current scenario is not dose-dependent. Assessing dose-response is challenging in the context of perineal talc use for several reasons: first, unlike, say, birth-control pills, the amount of talc powder product use is not fixed, nor is the number of uses per time (day, week, or month). At a minimum, to assess total dose, it is necessary to acquire information about both duration and frequency. Ascertaining a dose-response relationship with talc and ovarian cancer is particularly challenging given that the risk of ovarian cancer may vary with age, premenopausal and post-menopausal status and the presence of other risk factors. The dose-response depends on both the amount of talc exposure, the frequency of talc uses and the duration. The presence of other risk factors such as post-menopausal status, cancers other than invasive serous ovarian cancer and the "depletion of

64

susceptibles" over time may make it difficult to ascertain a dose-response relationship. Several studies show evidence of dose-response as measured by an increased risk with increased frequency, (48, 51-55) or increased duration, (52, 54, 56) or a combination of frequency and duration of exposure. (52, 54). Some studies have also shown evidence of increased risk with increased number of lifetime applications, (10, 48, 52) which may be a more accurate measure for long term exposure outcome association mediated via inflammation. The most updated meta-analysis show evidence of duration dose and responsiveness, (42) with risk being higher among those with >3600 applications of talc compared to participants with < 3600 applications, although with overlapping confidence intervals. (42). Based on the above limitations with study design to ascertain dose effect, specificity of dosing of talc and the possibility of threshold effect, I find biological gradient less compelling, but still compelling of my causation analysis than the other Bradford Hill overviews as referenced above.

**6. Plausibility.** Although this is not a requirement for causation, an association that is biologically plausible is more likely to be causal. (1). While this viewpoint only requires biological mechanism to be *plausible*, which is necessarily limited to the state of biological knowledge at the time of assessment, evidence from the literature described in detail in the section in biological mechanisms shows multiple routes of exposure, multiple pathways and multiple mechanism by which talc can cause ovarian cancer. **Section X** demonstrates how talcum powder products can migrate to the ovaries, induce inflammation, alter redox potential resulting in a pro-oxidant state, (49) and act as a mutagen. (109). As a results of the significant body of evidence that has accumulated on biological mechanisms, I place significant weight on the fact biological plausibility provides evidence in support of the causal role of talc in the development of ovarian cancer and there is a highly biological plausible mechanism here for carcinogenicity which supports my opinion.

**7. Coherence.** This viewpoint assesses whether the cause-and-effect interpretation of data conflicts with the generally known facts of the natural history and biology of the disease. (1). The evidence on the risk of ovarian cancer with talcum powder exposure is consistent with the nature of the disease. Multiple studies suggest that talcum powder products have biological effects which plausibly explain the occurrence of ovarian cancer. Given the biological mechanisms related to inflammation described above, this mechanism and causal association itself fit easily within the current framework of scientific knowledge about the development of

ovarian cancer mediated by inflammation. I placed a significant weight on the coherence of findings in support of the causal role of talc in the development of ovarian cancer.

**8. Experiment.** Occasionally, in making a causation assessment, it is possible to appeal to experimental, or semi-experimental, evidence. The definitive experimental evidence would be a placebo controlled randomized trial among patients who are assigned to use talc and others who do not use talc in which the outcome of incident ovarian cancer would be actively ascertained. However, such evidence does not exist and would not be ethical nor feasible with a rare outcome such as ovarian cancer with an incidence of 11.4/100, 000 person-years noted above. While there is no randomized controlled trial here, that is common when dealing with a suspected cancer risk. For instance, there is no randomized controlled trial which supports the causal role of smoking in lung cancer. Such a trial to provide absolute proof of harm, which ignores the body of evidence that has accumulated and places patients at risk for developing ovarian cancer raises significant ethical concerns when data from robust observational studies and their meta-analysis have consistently shown an increased risk of ovarian cancer. In the absence of experimental evidence, this overview is weighted as less important than the other more important viewpoints noted above.

**9. Analogy.** Asbestos has been shown to cause ovarian cancer which offers an appropriate analogy, (40) but this viewpoint was considered less significant than other viewpoints noted above.

## XIV.   CONCLUSIONS.

Based on my background, training and education as a physician and epidemiologist, review and analysis of the totality of the evidence, using the weight of evidence analysis, including considering and weighting the Hill viewpoints, as described in this report, it is my opinion stated to a reasonable degree of scientific and medical certainty that peritoneal use of talcum powder products can cause ovarian cancer.

Signed this 16th day of November 2018

Sonal Singh, MD, MPH

66

# References

1.      Hill AB. The Environment and Disease: Association or Causation? Proceedings of the Royal Society of Medicine. 1965;58(5):295-300.

2.      Grosse Y, Loomis D, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, et al. Carcinogenicity of some drugs and herbal products. Lancet Oncol. 2013;14(9):807-8.

3.      Zorzela L, Loke YK, Ioannidis JP, Golder S, Santaguida P, Altman DG, et al. PRISMA harms checklist: improving harms reporting in systematic reviews. Bmj. 2016;352:i157.

4.      Deposition of Linda Loretz 562:14-563:6 (October 1, 2018).

5.      Deposition of Joshua Muscat 408:21-410:20 (September 25, 2018).

6.      Oxford Centre for Evidence-based Medicine – Levels of Evidence (March 2009) [Web]. Oxford, UK: Nuffield Department of Primary Health Care; 2009 [cited 2018 Nov 15]. Available from: http://www.cebm.net/oxford-centre-evidence-based-medicine-levels-evidence-march-2009/.

7.      Higgins JPT, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. BMJ. 2003;327(7414):557-60.

8.      Berlin JA, Santanna J, Schmid CH, Szczech LA, Feldman HI. Individual patient- versus group-level data meta-regressions for the investigation of treatment effect modifiers: ecological bias rears its ugly head. Statistics in medicine. 2002;21(3):371-87.

9.      da Costa BR, Jüni P. Systematic reviews and meta-analyses of randomized trials: principles and pitfalls. European Heart Journal. 2014;35(47):3336-45.

10.     Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, et al. Genital powder use and risk of ovarian cancer: A pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res. 2013;6(8):811-21.

11.     Ioannidis JPA. Integration of evidence from multiple meta-analyses: a primer on umbrella reviews, treatment networks and multiple treatments meta-analyses. CMAJ : Canadian Medical Association journal = journal de l'Association medicale canadienne. 2009;181(8):488-93.

12.     Shea BJ, Hamel C, Wells GA, Bouter LM, Kristjansson E, Grimshaw J, et al. AMSTAR is a reliable and valid measurement tool to assess the methodological quality of systematic reviews. Journal of clinical epidemiology. 2009;62(10):1013-20.

13.     Huncharek M, Muscat J, Onitilo A, Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: A meta-analysis of nine observational studies. EurJ Cancer Prev. 2007;16(5):422-9.

14.     Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, et al. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst. 2000;92(3):249-52.

15.     Ray WA. Evaluating Medication Effects Outside of Clinical Trials: New-User Designs. AM J EPIDEMIOL. 2003;158(9):915-20.

16.     Hannan MT. Is it a risk factor or confounder? A discussion of selected analytic methods using education as an example. Arthritis & Rheumatism. 1996;9(5):413-8.

17.     Houghton SC, Reeves KW, Hankinson SE, Crawford L, Lane D, Wactawski-Wende J, et al. Perineal powder use and risk of ovarian cancer. J Natl Cancer Inst. 2014;106(9).

18.     Wasserstein RL, Lazar NA. The ASA's Statement on p-Values: Context, Process, and Purpose. The American Statistician. 2016;70(2):129-33.

19.     Gardner MJ, Altman DG. Confidence intervals rather than P values: estimation rather than hypothesis testing. British Medical Journal (Clinical research ed). 1986;292(6522):746-50.

20.     CDC. United States Cancer Statistics: 1999-2014 Incidence and Mortality Web-based Report2017 March 4 2018 [cited 2018 March 24]. Available from: www.cdc.gov/uscs.

21.     Siegel RL, Miller KD, Jemal A. Cancer statistics, 2017. CA: A Cancer Journal for Clinicians. 2017;67(1):7-30.

22.     Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R, Bowes DR, et al. Consumer talcums and powders: mineral and chemical characterization. Journal of toxicology and environmental health. 1976;2(2):255-84.

23.     Crowley, M. Report of Michael M. Crowley, PhD. Regarding the Fragrance Chemical Constituents in Johnson & Johnson Talcum Powder Products (November 12, 2018).

24.     Rohl AN. Asbestos in talc. Environmental health perspectives. 1974;9:129-32.

25.     Paoletti L, Caiazza S, Donelli G, Pocchiari F. Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. Regulatory toxicology and pharmacology : RTP. 1984;4(3):222-35.

26.     Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. Environmental health perspectives. 1991;94:225-30.

27.     Deposition of Alice M. Blount, 105:21-106:6 (April 13, 2018).

28.     Food and Drug Administration; 2018 [updated March 12 2018; cited 2018 November 15]. Available from: https://www.fda.gov/Cosmetics/ProductsIngredients/Ingredients/ucm293184.htm.

29.     JNJ000637879-JNJ000637881.

30.     Longo, et. al. Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos (August 2, 2017).

31.     Longo, et al. MAS Project # 14-1683 Johnson's Baby Powder Sample Set (April 28, 2017).

32.     Longo, et al. TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Asbestos (February 16, 2018).

33.     Deposition of John Hopkins, Exhibit 28 (November 5, 2018).

34.     Longo, et al.  In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Nov. 14, 2018).

35.     Deposition of Julie Pier, Exhibit 47 (September 13, 2018).

36.     International Agency for Research in Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C Arsenic, Metals, Fibers and Dusts (2012)

37.     Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, et al. A review of human carcinogens. Part C: metals, arsenic, dusts, and fibres. The Lancet Oncology. 2009;10(5):453-4.

38.     World Health Organization. International Agency for Research on Cancer. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Carbon Black, Titanium Dioxide, and Talc Lyon 2010

39.     Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. J EXPOS ANAL ENVIRON EPIDEMIOL. 1995;5(2):181-95.

40.     Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: A meta-analysis of 11, 933 subjects from sixteen observational studies. Anticancer Res. 2003;23(2 C):1955-60.

41.     Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. EurJ Cancer Prev. 2018; 27(3): 248-257.

42.     Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology. 2018;29(1):41-9.

43.     Lane PW, Higgins JP, Anagnostelis B, Anzures-Cabrera J, Baker NF, Cappelleri JC, et al. Methodological quality of meta-analyses: matched-pairs comparison over time and between industry-sponsored and academic-sponsored reports. Research synthesis methods. 2013;4(4):342-50.

44.     Hackshaw AK, Law MR, Wald NJ. The accumulated evidence on lung cancer and environmental tobacco smoke. Bmj. 1997;315(7114):980-8.

45.     Kim S, Ko Y, Lee HJ, Lim JE. Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies. Breast cancer research and treatment. 2018;170(3):667-75.

46.     Hamra GB, Guha N, Cohen A, Laden F, Raaschou-Nielsen O, Samet JM, et al. Outdoor particulate matter exposure and lung cancer: a systematic review and meta-analysis. Environmental health perspectives. 2014;122(9):906-11.

47.     Mustafic H, Jabre P, Caussin C, Murad MH, Escolano S, Tafflet M, et al. Main air pollutants and myocardial infarction: a systematic review and meta-analysis. JAMA. 2012;307(7):713-21.

48.     Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles county. INT J CANCER. 2009;124(6):1409-15.

49.     Fletcher NM, Memaj I, Saed GM. Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells, Reproductive Sciences. 2018;25(1_suppl):1A-54A.

50.     Ioannidis JP. Exposure-wide epidemiology: revisiting Bradford Hill. Statistics in medicine. 2016;35(11):1749-62.

51.     Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. British journal of cancer. 1989;60(4):592-8.

52.     Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, et al. Association between Body Powder Use and Ovarian Cancer: the African American Cancer Epidemiology Study (AACES). Cancer Epidemiology Biomarkers & Prevention. 2016.

53.     Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and hispanics remain at lower risk of ovarian cancer than non-hispanic whites after considering nongenetic risk factors and oophorectomy rates. Cancer Epidemiol Biomarkers Prev. 2015;24(7):1094-100.

54.     Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The association between talc use and ovarian cancer a retrospective case-control study in two us states. Epidemiology. 2016;27(3):334-46.

55.     Gates MA, Tworoger SS, Terry KL, Titus-Ernstoff L, Rosner B, De Vivo I, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2008;17(9):2436-44.

56.     Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. CANCER. 1997;79(12):2396-401.

57.     Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, et al. Genital talc exposure and risk of ovarian cancer. INT J CANCER. 1999;81(3):351-6.

58.     Whittemore AS, Wu ML, Paffenbarger RS, Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer: II. Exposures to talcum powder, tobacco, alcohol, and coffee. AM J EPIDEMIOL. 1988;128(6):1228-40.

59.     Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the central valley of California. INT J CANCER. 2004;112(3):458-64.

60.     Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. Cancer Causes Control. 2011;22(5):737-42.

61.     Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst. 1999;91(17):1459-67.

62.     Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. Int J Cancer. 1997;71(6):948-51.

63.     JNJ000460665-JNJ000460673.

64.     Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. AM J OBSTET GYNECOL. 1996;174(5):1507-10.

65.     Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. The Journal of obstetrics and gynaecology of the British Commonwealth. 1971;78(3):266-72.

66.     Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. Obstet Gynecol. 2007;110(2 II):498-501.

67.     Wehner AP, Weller RE, Lepel EA. On talc translocation from the vagina to the oviducts and beyond. Food and chemical toxicology : an international journal published for the British Industrial Biological Research Association. 1986;24(4):329-38.

68.     Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. Human reproduction (Oxford, England). 2004;19(4):991-5.

69.     FDA response to Citizen's Petition (2014), JNJ000489048- JNJ000489054.

70

70.     Longo, et al. Below the Waist Application of Johnson & Johnson Baby Powder (September 2017).

71.     Buz'Zard AR, Lau BHS. Pycnogenol® reduces talc-induced neoplastic transformation in human ovarian cell cultures. Phytother Res. 2007;21(6):579-86.

72.     Cramer DW, Titus-Ernstoff L, McKolanis JR, Welch WR, Vitonis AF, Berkowitz RS, et al. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2005;14(5):1125-31.

73.     Langseth H, Hankinson SE, Siemiatycki J, Weiderpasse E. Perineal use of talc and risk of ovarian cancer. J Epidemiol Community Health. 2008;62(4):358-60.

74.     Muscat JE, Huncharek MS. Perineal Talc Use and Ovarian Cancer: A Critical Review. European journal of cancer prevention : the official journal of the European Cancer Prevention Organisation (ECP). 2008;17(2):139-46.

75.     Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc. A case-control study. CANCER. 1982;50(2):372-6.

76.     Hartge P, Hoover R, Lesher LP, McGowan L. Talc and Ovarian Cancer. JAMA. 1983;250(14):1844.

77.     Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol. 1989;130(2):390-4.

78.     Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol. 1992;21(1):23-9.

79.     Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 1992;80(1):19-26.

80.     Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol. 1992;45(1):20-5.

81.     Tzonou A, Polychronopoulou A, Hsieh CC, Trichopoulos D, Rebelakos A, Karakatsani A. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. INT J CANCER. 1993;55(3):408-10.

82.     Purdie D, Green A, Bain C, Siskind V, Ward B, Hacker N, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. Int J Cancer. 1995;62(6):678-84.

83.     Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer *. FERTIL STERIL. 1996;65(1):13-8.

84.     Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. AM J EPIDEMIOL. 1997;145(5):459-65.

85.     Godard B, Foulkes WD, Provencher D, Brunet J-S, Tonin PN, Mes-Masson A-M, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: A case-control study. AM J OBSTET GYNECOL. 1998;179(2):403-10.

86.     Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: A case- control study. Obstet Gynecol. 1999;93(3):372-6.

87.     Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000;11(2):111-7.

88.     Langseth H, Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. Scandinavian journal of work, environment & health. 2004;30(5):356-61.

89.     Merritt MA, Green AC, Nagle CM, Webb PM, Bowtell D, Chenevix-Trench G, et al. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. INT J CANCER. 2008;122(1):170-6.

90.     Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian Cancer Risk Factors in African-American and White Women. AM J EPIDEMIOL. 2009;170(5):598-606.

91.     Kurta ML, Moysich KB, Weissfeld JL, Youk AO, Bunker CH, Edwards RP, et al. Use of fertility drugs and risk of ovarian cancer: Results from a U.S.-based case-control study. Cancer Epidemiol Biomarkers Prev. 2012;21(8):1282-92.

92.     Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. Am J Epidemiol. 2010;171(1):45-53.

93.     Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, talc use, and risk of ovarian cancer. Epidemiology. 2016;27(6):797-802.

94.     Henderson WJ, Hamilton TC, Griffiths K. Talc in normal and malignant ovarian tissue. Lancet. 1979;1(8114):499.

95.     Wehner AP, Hall AS, Weller RE, Lepel EA, Schirmer RE. Do particles translocate from the vagina to the oviducts and beyond? Food and chemical toxicology : an international journal published for the British Industrial Biological Research Association. 1985;23(3):367-72.

96.     Hartge P, Stewart P. Occupation and ovarian cancer: A case-control study in the Washington, DC, metropolitan area, 1978–1981. J Occup Med. 1994;36(8):924-7.

97.     Boorman GA, Seely JC. The lack of an ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice. REGUL TOXICOL PHARMACOL. 1995;21(2):242-3.

98.     Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. Ann Epidemiol. 1995;5(4):310-4.

99.     Heller DS, Gordon RE, Westhoff C, Gerber S. Asbestos exposure and ovarian fiber burden. AM J IND MED. 1996;29(5):435-9.

100.    Rosenblatt KA, Mathews WA, Daling JR, Voigt LF, Malone K. Characteristics of women who use perineal powders. Obstet Gynecol. 1998;92(5):753-6.

101.    Muscat J, Huncharek M, Cramer DW.Talc and anti-MUC1 antibodies.Cancer Epidemiol Biomarkers Prev. 2005 Nov;14(11 Pt 1):2679; author reply.

102.    Keskın N, Teksen YA, Ongun EG, Özay Y, Saygılı H. Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. Arch Gynecol Obstet. 2009;280(6):925-31.

103.     Karageorgi S, Gates MA, Hankinson SE, De Vivo I. Perineal use of talcum powder and endometrial cancer risk. Cancer Epidemiol Biomarkers Prev. 2010;19(5):1269-75.

104.     Gordon RE, Fitzgerald S, Millette J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. International journal of occupational and environmental health. 2014;20(4):318-32.

105.     Pierce JS, Riordan AS, Miller EW, Gaffney SH, Hollins DM. Evaluation of the presence of asbestos in cosmetic talc products. Inhalation toxicology. 2017;29(10):443-56.

106.     Nicole M Fletcher, Ira Memaj, Ghassan M Saed.  Talcum Powder Enhances Cancer Antigen 125 levels in Ovarian Cancer Cells, Society for Reproductive Investigation 65th Annual Scientific Meeting, LB-044. 2018.

107.     Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K. Effects of talc on the rat ovary. British journal of experimental pathology. 1984;65(1):101-6.

108.     NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies). National Toxicology Program technical report series. 1993;421:1-287.

109.     Shukla A, MacPherson MB, Hillegass J, Ramos-Nino ME, Alexeeva V, Vacek PM, et al. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. American journal of respiratory cell and molecular biology. 2009;41(1):114-23.

110.     Liberati A, Altman DG, Tetzlaff J, Mulrow C, Gøtzsche PC, Ioannidis JPA, et al. The PRISMA Statement for Reporting Systematic Reviews and Meta-Analyses of Studies That Evaluate Health Care Interventions: Explanation and Elaboration. PLOS Medicine. 2009;6(7):e1000100.

111.     Berretta M, Micek A, Lafranconi A, Rossetti S, Di Francia R, De Paoli P, et al. Coffee consumption is not associated with ovarian cancer risk: a dose-response meta-analysis of prospective cohort studies. Oncotarget. 2018;9(29):20807-15.

112.     Ong JS, Hwang LD, Cuellar-Partida G, Martin NG, Chenevix-Trench G, Quinn MCJ, et al. Assessment of moderate coffee consumption and risk of epithelial ovarian cancer: a Mendelian randomization study. Int J Epidemiol. 2018;47(2):450-9.

113.     Cramer DW, Piver MS. Perineal talc exposure and subsequent epithelial ovarian cancer: A case-control study [4] (multiple letters). Obstet Gynecol. 1999;94(1):160-1.

114.     Giovannucci E, Stampfer MJ, Colditz GA, Manson JE, Rosner BA, Longnecker MP, et al. Recall and selection bias in reporting past alcohol consumption among breast cancer cases. Cancer Causes & Control. 1993;4(5):441-8.

115.     Rice MS, Murphy MA, Tworoger SS. Tubal ligation, hysterectomy and ovarian cancer: A meta-analysis. Journal of ovarian research. 2012;5(1):13-.

116.     IMERYS137677.

117.     Zazenski R, Ashton WH, Briggs D, Chudkowski M, Kelse JW, MacEachern L, et al. Talc: occurrence, characterization, and consumer applications. Regulatory toxicology and pharmacology : RTP. 1995;21(2):218-29.

118.    Klaassen CD, Watkins JB. Casarett & Doull's Essentials of Toxicology, Third Edition. Leikauf G.D., editor. New York: McGraw-Hill Education; 2015.

119.    Suzuki Y, Kohyama N. Translocation of inhaled asbestos fibers from the lung to other tissues. Am J Ind Med. 1991;19(6):701-4.

120.    Bunderson-Schelvan M, Pfau JC, Crouch R, Holian A. Nonpulmonary outcomes of asbestos exposure. Journal of toxicology and environmental health Part B, Critical reviews. 2011;14(1-4):122-52.

121.    Kelly MG, Pejovic T, Nezhat FR. What is the relationship between endometriosis and epithelial ovarian cancer? CME J Gynecol Oncol. 2003;8(1):41-7.

122.    Rasmussen CB, Kjaer SK, Albieri V, Bandera EV, Doherty JA, Hogdall E, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. Am J Epidemiol. 2017;185(1):8-20.

123.    Trabert B, Pinto L, Hartge P, Kemp T, Black A, Sherman ME, et al. Pre-diagnostic serum levels of inflammation markers and risk of ovarian cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial. Gynecol Oncol. 2014;135(2):297-304.

124.    Ghassan M Saed,.Robert T Moriss and Nicole Fletecher. New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress. 2018 October 24 2018.  Available from https://www.intechopen.com/books/ovarian-cancer-from-pathogenesis-to-treatment

125.    Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecol Oncol. 2017;145(3):595-602.

126.    Oberdorster G. The NTP Talc Inhalation Study: A Critical Appraisal Focused on Lung Particle Overload. REGUL TOXICOL PHARMACOL. 1995;21(2):233-41.

127.    Camargo MC, Stayner LT, Straif K, Reina M, Al-Alem U, Demers PA, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. Environmental health perspectives. 2011;119(9):1211-7.

128.    WHO IARC. Preamble. [Web]. Lyon, France: IARC; 2006 [updated September 4 2015; cited 2018 Nov 10]. Available from: https://monographs.iarc.fr/preamble-to-the-iarc-monographs-amended-january-2006/.

129.    Baan R, Straif K, Grosse Y, Secretan B, El Ghissassi F, Cogliano V. Carcinogenicity of carbon black, titanium dioxide, and talc. The Lancet Oncology.7(4):295-6.

130.    Fiume M, Ivan B, Wilma FB, Donald VB, Ronald AH, Curtis DK, et al. Safety Assessment of Talc as Used in Cosmetics. International Journal of Toxicology. 2015;34(1_suppl):66S-129S

131.    Reports of the Surgeon General. The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General. Atlanta (GA): Centers for Disease Control and Prevention (US); 2006.

132.    Rothwell PM, Cook NR, Gaziano JM, Price JF, Belch JFF, Roncaglioni MC, et al. Effects of aspirin on risks of vascular events and cancer according to bodyweight and dose: analysis of individual patient data from randomised trials. Lancet. 2018;392(10145):387-99.

133.    Wang X, Ouyang Y, Liu J, Zhu M, Zhao G, Bao W, et al. Fruit and vegetable consumption and mortality from all causes, cardiovascular disease, and cancer: systematic review and dose-response meta-analysis of prospective cohort studies. BMJ : British Medical Journal. 2014;349.

**Table 1. AMSTAR (Assessing the Methodologic Quality of Systematic Reviews) Rating of Systematic Reviews and/or Meta-analysis of Genital Talc use and Ovarian Cancer**

| Criterion | Harlow et al 1992[1] | Gross and Berg et al 1995[2] | Cramer et al 1999[3] | Huncharek et al 2003[4] | Langseth et al 2007[5] | Terry et al 2013 #[6] | Berge et al 2018[7] | Penninkilampi and Eslick 2018.[8] | Huncharek et al 2007 9*[9] |
|---|---|---|---|---|---|---|---|---|---|
| *A priori design* | UA | Y | N | UA | UA | Y | Y | Y | UA |
| *Duplicate study selection & extraction* | N | N | N | Y | N | NA | Y | Y | Y |
| *Comprehensive search* | N | N | N | UA | N | NA | Y | Y | N |
| *Status of publication used as criterion* | UA | N | UA | Y | UA | NA | Y | N | Y |
| *List of included & excluded studies* | N | N | N | N | N | Y | Y | Y | N |
| *Characteristics of studies provided* | N | Y | N | N | N | Y | Y | Y | Y |
| *Scientific quality of studies addressed* | N | UA | N | N | Y | Y | Y | Y | N |
| *Scientific quality of studies used in formulating conclusions* | N | Y | UA | N | Y | Y | Y | Y | N |
| *Methods of combining studies appropriate* | N | Y | Y | Y | Y | Y | Y | Y | N |
| *Likelihood of publication bias addressed* | N | N | N | N | N | NA | Y | Y | N |
| *Conflict of interest included* | Y | Y | Y | UA@ | Y | Y | Y | Y | UA@ |

*Meta-analysis by Huncharek et al in 2007 et al evaluated only talc on contraceptive diaphragms

# Terry et al 2013 conducted an individual participant data pooled analysis so several items for systematic review NA

@ Incomplete financial disclosures of role of sponsor in meta-analysis

Y= Yes N= No; NA= Not applicable; UA : Unable to answer

77

1. Harlow BL, Cramer DW, Bell DA, et al. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol* 1992;80(1):19-26.

2. Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *J EXPOS ANAL ENVIRON EPIDEMIOL* 1995;5(2):181-95.

3. Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *INT J CANCER* 1999;81(3):351-56.

4. Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: A meta-analysis of 11, 933 subjects from sixteen observational studies. *Anticancer Res* 2003;23(2 C):1955-60.

5. Langseth H, Hankinson SE, Siemiatycki J, et al. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health* 2008;62(4):358-60. doi: 10.1136/jech.2006.047894

6. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: A pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res* 2013;6(8):811-21. doi: 10.1158/1940-6207.CAPR-13-0037

7. Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. EurJ Cancer Prev. 2018; 27(3): 248-257

8. Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. *Epidemiology* 2018;29(1):41-49. doi: 10.1097/ede.0000000000000745 [published Online First: 2017/09/02]

9. Huncharek M, Muscat J, Onitilo A, et al. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: A meta-analysis of nine observational studies. *EurJ Cancer Prev* 2007;16(5):422-29. doi: 10.1097/01.cej.0000236257.03394.4a

**Additional Materials and Data Considered**

1.      Adler RH, Rappole BW. Recurrent malignant pleural effusions and talc powder aerosol treatment. Surgery. 1967;62(6):1000-6.

2.      Adler RH, Sayek I. Treatment of malignant pleural effusion: a method using tube thoracostomy and talc. The Annals of thoracic surgery. 1976;22(1):8-15.

3.      Ainsworth S. Not safe for babies' bottom? The practising midwife. 2009;12(4):42.

4.      Baker TR, Piver MS. Etiology, biology, and epidemiology of ovarian cancer. Semin Surg Oncol. 1994;10(4):242-8.

5.      Balkwill, Mantovani. Inflammation and Cancer: Back to Vircvchow? Lancet. 2011; 357(9255):539-45.

6.      Barbetakis N, Asteriou C, Papadopoulou F, Samanidis G, Paliouras D, Kleontas A, et al. Early and late morbidity and mortality and life expectancy following thoracoscopic talc insufflation for control of malignant pleural effusions: A review of 400 cases. J Cardiothoracic Surg. 2010;5(1).

7.      Begg, March. Cause and Association: missing the forest for the trees. American Journal of Public Health (AJPH). 2018; Vol. 108, No. 5.

8.      Bernal LS, Ramos CLM. Risk factors for ovary carcinoma. REV INST NAC CANCEROL. 1996;42(4):213-20.

9.      Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. 2017. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January, 1. https://doi.org/10.1097/CEJ.0000000000000340.

10.     Bielsa S, Hernández P, Rodriguez-Panadero F, Taberner T, Salud A, Porcel JM. Tumor type influences the effectiveness of pleurodesis in malignant effusions. Lung. 2011;189(2):151-5.

11.     Boente MP, Godwin AK, Hogan WM. Screening, imaging, and early diagnosis of ovarian cancer. CLIN OBSTET GYNECOL. 1994;37(2):377-91.

12.     Bondoc AYP, Bach PB, Sklarin NT, Vander Els NJ. Arterial Desaturation Syndrome Following Pleurodesis with Talc Slurry: Incidence, Clinical Features, and Outcome. Cancer Invest. 2003;21(6):848-54.

13.     Bronner GM, Baas P, Beijnen JH. Pleurodesis in malignant pleural effusions. NED TIJDSCHR GENEESKD. 1997;141(38):1810-4.

14.     Bulbulyan MA, Ilychova SA, Zahm SH, Astashevsky SV, Zaridze DG. Cancer mortality among women in the Russian printing industry. AM J IND MED. 1999;36(1):166-71.

15.     Carr CJ. Talc: Consumer uses and health perspectives. Proceedings of a Workshop. Bethesda, Maryland, January 31-February 1, 1994 . Regulatory Toxicology and Pharmacology: RTP. 1995; 21(2):211-60.

16.     Chang, Tu, Chen, Yang. Occupational exposure to talc increases the risk of lung cancer: a meta-analysis of occupational cohort studies. Canadian Respiratory Journal. 2017; 2017:1270608.

17.     Chi DS, Abu-Rustum NR, Sonoda Y, Chen SWW, Flores RM, Downey R, et al. The benefit of video-assisted thoracoscopic surgery before planned abdominal exploration in

patients with suspected advanced ovarian cancer and moderate to large pleural effusions. Gynecol Oncol. 2004;94(2):307-11.

18.     Cook LS. No significant association was found between perinea! talcum powder use and epithelial ovarian cancer. Evid-based Obstet Gynecol. 2000;2(2):53-4.

19.     Coussens, L.M. and and Z Werb. Inflammation and cancer. Nature. 2002; 420(6917):860-867.

20.     Cralley L, M Key, D Groth, W Lainhart, R Ligo. Fibrous and mineral content of cosmetic talcum products. American Industrial Hygiene Association Journal. 1968; 29(4):350-354.

21.     Cramer DW, Finn OJ. Epidemiologic perspective on immune-surveillance in cancer. Curr Opin Immunol. 2011;23(2):265-71.

22.     Cramer DW. The Epidemiology of Endometrial and Ovarian Cancer. Hematol Oncol Clin North Am. 2012;26(1):1-12.

23.     Critchley LA, Au HK, Yim AP. Reexpansion pulmonary edema occurring after thoracoscopic drainage of a pleural effusion. Journal of clinical anesthesia. 1996;8(7):591-4.

24.     Crusz, Balkwill . Inflammation and cancer: advances and new agents. Nature reviews. Clinical Oncology. 2015; 12(10):584-96.

25.     Curie P, Sussmann M, Treisser A, Renaud R. Epidemiologic factors in ovarian carcinoma. REV FR GYNECOL OBSTET. 1985;80(6):379-82.

26.     Current Intelligence Bulletin 62(Rev/4/2011) – Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research. National Institute for Occupational Safety and Health (NIOSH) DHSS. (NIOSH) publication No. 2011-159.

27.     Dalley VM. The role of radiotherapy and chemotherapy in the treatment of cancer of the ovary. Int J Radiat Oncol Biol Phys. 1982;8(2):251-5.

28.     Daly M, Obrams GI. Epidemiology and risk assessment for ovarian cancer. Semin Oncol. 1998;25(3):255-64.

29.     Dement, Schuler, Zumwalde. "fiber exposure during use of baby powders". National Institute for Occupational Safety and Health, IWS. 1972; 36-6:1-13.

30.     Dial J, Marzusch K. Ovarian surface epithelium and human ovarian cancer. Gynecol Obstet Invest. 1993;35(3):129-35.

31.     Dietl J, Buchholz F, Stoll P. The ovarian surface epithelium and its histogenetic relation to ovarian carcinoma. GEBURTSHILFE FRAUENHEILKD. 1986;46(9):561-6.

32.     Eberl, George, May Jr., Henderson. Comparative evaluation of the effects of talcum and new absorbable substitute of surgical gloves. The American Journal of Surgery. 1948; Vol. 75, Issue 3, Pgs. 493-497.

33.     Egli G, M. Newton. The transport of carbon particles in the human female reproductive tract, Fertility and Sterility 1961;12(April):151-55.

34.     Elmasry K, Gayther SA. Ovarian cancer aetiology: Facts and fiction. J Fam Plann Reprod Health Care. 2006;32(2):82-6.

35.     Eltabbakh GH, Piver MS, Natarajan N, Mettlin CJ. Epidemiologic differences between women with extraovarian primary peritoneal carcinoma and women with epithelial ovarian cancer. Obstet Gynecol. 1998;91(2):254-9.

36.     Erickson KV, Yost M, Bynoe R, Almond C, Nottingham J. Primary treatment of malignant pleural effusions: video-assisted thoracoscopic surgery poudrage versus tube thoracostomy. The American surgeon. 2002;68(11):955-9; discussion 9-60.

37.     Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12 (14). https://doi.org/10.1186/s12982-015-0037-4.

38.     Federal Judicial Center and National Research Council of the National Academies (2011). Reference Manual on Scientific Evidence, Third Edition. Washington, D.C., The National Academies Press.

39.     Fernandes, Cobucci, Jatoba, Fernandes, deAzevedo, De Arujo.The role of the mediatiors of inflammation in cancer development. Pathology Oncology Research: POR. 2015; 21(3):527-34.

40.     Fletcher N, J Belotte, M Saed, Memaj, M Diamond, R Morris, G Saed . Talcum Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer. Fee Radical Bilogy and Medicine. 2016; 102:122-132.

41.     Filosso PL, Sandri A, Felletti G, Ruffini E, Lausi PO, Oliaro A. Preliminary results of a new small-bore percutaneous pleural catheter used for treatment of malignant pleural effusions in ECOG PS 3-4 patients. Eur J Surg Oncol. 2011;37(12):1093-8.

42.     Folkins A, E Jarboe, J Hecht, M Muto and C Crum (2018). "Chapter 24 – Assessing pelvic epithelial cancer risk and intercepting early malignancy." In Diagnostic Gynecologic and Obstetric Pathology (Third Edition), 844-64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

43.     Galea, Rogers. Moving beyond the cause constraint: a public health of consequence. The American Journal of Public Health. Vol. 108, No.5. 2018; Editorial 602-603.

44.     Glyone S. Two cases of squamous carcinoma of the lung occurring in asbestosis. Tubercle. 1935; (17)1:5-10.

45.     Gori GB. Session II: Introduction-ovarian exposure concerns. REGUL TOXICOL PHARMACOL. 1995;21(2):252-3.

46.     Goff BA, Mueller PR, Muntz HG, Rice LW. Small chest-tube drainage followed by bleomycin sclerosis for malignant pleural effusions. Obstet Gynecol. 1993;81(6):993-6.

47.     Graham, Jenkins. Value of modified starch as substitute for talc. Lancet. 1952; 1(6708):590-1.

48.     Griffiths K, Chandler JA, Henderson WJ, Joslin CAF. Ovarian cancer: some new analytical approaches. Postgrad Med J. 1973;49(568):69-72.

49.     Grivennikov, Greten, Karin M. Immunity, inflammation and cancer. Cell. 2010; 140(6):883-99.

50. Gross JL, Disanzio TG, Younes RN, Haddad FJ, Da Silva RA, Avertano ABM. Do concomitant ascites influence the effectiveness of palliative surgical management of pleural effusion in patients with malignancies? World J Surg. 2009;33(2):266-71.

51. Harper A, G Saed. Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes - Abstract, Society of Gynecologic Oncology, 2018, *in press*.

52. Hartge PA. A Review of Perineal Talc Exposure and Risk of Ovarian Cancer. REGUL TOXICOL PHARMACOL. 1995;21(2):254-60.

53. Harter P, Du Bois A. Does tubal sterilization protect against ovarian cancer? Gynakol Prax. 2003;27(3):455-8.

54. Herbst AL. The epidemiology of ovarian carcinoma and the current status of tumor markers to detect disease. AM J OBSTET GYNECOL. 1994;170(4):1099-107.

55. Hernan. The C-word: scientific euphemisms do not improve causal inference from observational data. The American Journal of Public Health (AJPH). 2018; Vol. 108. No. 5:616-619.

56. Horiuchi A, Konishi I. Prevention of ovarian cancer development. Nippon Rinsho. 2004;62 Suppl 10:597-600.

57. Horn D, Dequanter D, Lothaire P. Palliative treatment of malignant pleural effusions. Acta Chir Belg. 2010;110(1):32-4.

58. Huncharek M, Muscat J. Perineal talc use and ovarian cancer risk: A case study of scientific standards in environmental epidemiology. EurJ Cancer Prev. 2011;20(6):501-7.

59. IARC (International Agency for Research on Cancer) (1987) Talc. IARC monographs on evaluation of carcinogenic risk of chemicals to humans, Vol. 42, IARC, Lyon, France, 185-224.

60. IARC (International Agency for Research on Cancer) (2010) Carbon black, titanium dioxide, and talc, Vol. 93, IARC, Lyon, France.

61. IARC (International Agency for Research on Cancer) (2012) Talc. Arsenic, Metals Fibres, and Dusts: A review of human carcinogens, Vol. 100C, IARC, Lyon, France.

62. Institute of Medicine; National Academies of Sciences, Engineering, and Medicine (2016). *Ovarian Cancers: Evolving Paradigms in Research and Care*

63. Hunn J, Rodriguez GC. Ovarian cancer: Etiology, risk factors, and epidemiology. CLIN OBSTET GYNECOL. 2012;55(1):3-23.

64. Jordan SJ, Purdie DM, Whiteman DC, Webb PM. Risk factors for epithelial ovarian cancer. Cancer Forum. 2003;27(3):148-51.

65. Kasper CS, Chandler PJ, Jr. Possible morbidity in women from talc on condoms. JAMA. 1995;273(11):846-7.

66. Kennedy L, Rusch VW, Strange C, Ginsberg RJ, Sahn SA. Pleurodesis using talc slurry. CHEST. 1994;106(2):342-6.

67. Kiraly O, Gong G, Olipitz W, Muthupalani S, Engelward BP. Inflammation-induced cell proliferation potentiates DNA damage-induced mutations in vivo. PLoS genectics. 2015; 11(2): e1004901.

68. Kolschmann S, Ballin A, Gillissen A. Clinical efficacy and safety of thoracoscopic talc pleurodesis in malignant pleural effusions. CHEST. 2005;128(3):1431-5.

69. Kupryjańczyk J. Adenomatoid tumour of the ovary and uterus in the same patient. Zentralbl Allg Pathol. 1989;135(5):437-44.

70. Ladjimi S, M'Raihi L, Djemel A, Mathlouthi A, Ben Ayed F, Zegaya M. [Results of talc administration using thoracoscopy in neoplastic pleurisies. Apropos of 218 cases]. Revue des maladies respiratoires. 1989;6(2):147-50.

71. Langseth H, Andersen A. Cancer incidence among women in the Norwegian pulp and paper industry. AM J IND MED. 1999;36(1):108-13.

72. Lauchlan SC. The secondary mullerian system revisited. International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists. 1994;13(1):73-9.

73. La Vecchia C. Epidemiology of ovarian cancer: A summary review. EurJ Cancer Prev. 2001;10(2):125-9.

74. Levin. "Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries". https//www.fairwarning.org/2018/01/talc-documents-reveal/.

75. Lockey. Nonasbestos fibrous minerals. Clinics in chest medicine. 1981; 2(2):203-18.

76. Lombardi G, Nicoletto MO, Gusella M, Fiduccia P, Dalla Palma M, Zuin A, et al. Intrapleural paclitaxel for malignant pleural effusion from ovarian and breast cancer: A phase II study with pharmacokinetic analysis. Cancer Chemother Pharmacol. 2012;69(3):781-7.

77. Longo D, Young R. COSMETIC TALC AND OVARIAN CANCER. Lancet. 1979;314(8150):1011-2.

78. Lowe KA, Shah C, Wallace E, Anderson G, Paley P, McIntosh M, et al. Effects of personal characteristics on serum CA125, mesothelin, and HE4 levels in healthy postmenopausal women at high-risk for ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2008;17(9):2480-7.

79. Lundin, Dossus, Clendenen, Krogh, Grankvist, Wulff, Sieri, Arlsan, Lenner, Berrino, Hallmans, Zeleniuch-Jacquotte, Toniolo, Lukanova. C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy). Caner Causes & Control: CCC. 2009; Vol. 20, Issue 7, PP 1151-1159.

80. Lumachi F, Mazza F, Ermani M, Chiara GB, Basso SMM. Talc pleurodesis as surgical palliation of patients with malignant pleural effusion. Analysis of factors affecting survival. Anticancer Res. 2012;32(11):5071-4.

81. Mad'Ar R, Straka S, Baška T. Is ovarian cancer associated with talcum powder? Hygiena. 2002;47(4):239-42.

82. Mager HJ, Maesen B, Verzijlbergen F, Schramel F. Distribution of talc suspension during treatment of malignant pleural effusion with talc pleurodesis. Lung cancer (Amsterdam, Netherlands). 2002;36(1):77-81.

83. Malden LT, Tattersall MH. Malignant effusions. QJM. 1986;58(3-4):221-39.

83

84.    Mallen, Townsend, Tworoger. Risk factors for ovarian carcinoma. Hematology/Oncology Clinics of North America. 2018; 32(6):891-902.

85.    Markman M, Muggia FM. Intracavitary chemotherapy. Crit Rev Oncol Hematol. 1985;3(3):205-33.

86.    Mayer D, C Kasper, P Chandler (1995). To the Editor: Talc and Condoms and reply, JAMA 274(16):1269.

87.    McLemore MR, Miaskowski C, Aouizerat BE, Chen LM, Dodd MJ. Epidemiological and genetic factors associated with ovarian cancer. Cancer Nurs. 2009;32(4):281-8.

88.    Medford ARL, Maskell NA. A national survey of oncologist and chest physicians' attitudes towards empirical anti-oestrogen therapy, early pleurodesis and preference of sclerosing agents in malignant breast and ovarian pleural disease [1]. Palliative Med. 2005;19(5):430-1.

89.    Meisler JG. Toward optimal health: The experts discuss ovarian cancer. J Women's Health Gender Med. 2000;9(7):705-10.

90.    Møller P, P Danielsen, K Jantzen, M Roursgaard & S Loft. Oxidatively damaged DNA in animals exposed to particles, Critical Reviews in Toxicology, 2013;43:2, 96-118

91.    Møller P, N Jacobsen, J Folkmann, P Danielsen, L Mikkelsen, J Hemmingsen, L Vesterdal, L Forchhammer, H Wallin & S Loft. Role of oxidative damage in toxicity of particulates, Free Radical Research, 2010;44:1, 1-46.

92.    Musani AI. Treatment options for malignant pleural effusion. Curr Opin Pulm Med. 2009;15(4):380-7.

93.    Muscat JE, Barish M. Epidemiology of talc exposure and ovarian cancer: A critical assessment.  Comments Toxicol. 1998;6(5):327-35.

94.    Muscat JE, Wynder EL. Re: "Perineal powder exposure and the risk of ovarian cancer". AM J EPIDEMIOL. 1997;146(9):786.

95.    Moon M, J Park, B Choi, S Park, D Kim, Y Chung, N Hisanaga, I Yu. Risk assessment of baby powder exposure through inhalation. Official Journal of Korean Society of Toxicology. 27(3):137-147.

96.    Narod SA. Talc and ovarian cancer. Gynecol Oncol. 2016.

97.    Natow AJ. Talc: need we beware? Cutis. 1986;37(5):328-9.

98.    Neill AS, Nagle CM, Spurdle AB, Webb PM. Use of talcum powder and endometrial cancer risk. Cancer Causes Control. 2012;23(3):513-9.

99.    Newhouse ML. Cosmetic talc and ovarian cancer. Lancet. 1979;2(8141):528.

100.    Ness RB. Ovarian cancer, inflammation and endometriosis. CME J Gynecol Oncol. 2003;8(1):33-40.

101.    Ness, R. Does talc exposure cause ovarian cancer?:IGCS-0015 Ovarian Cancer. International Journal of Gynecological Cancer: Official Journal of the International Gynecological Cancer Society, 2015;25 Suppl. 1:51

102.    Özyurtkan MO, Balci AE, Çakmak M. Predictors of mortality within three months in the patients with malignant pleural effusion. Eur J Intern Med. 2010;21(1):30-4.

103.    Okada. Beyond foreign-body induced carcinogesis: impact of reactive oxygen species derived from inflammatory cells in tumorigenic conversion and tumor progression. Internal Journal of Cancer. 2007; 121(11):2364-72.

104.    Park, Schidlkraut, Alberg, Bandera, Barnholtz-Sloan, Bondy, Crankshaw, Funkhouser, Moorman, Peters, Terry, Wang, Ruterbusch, Schwartz, Cote. Benign gynecology conditions are associated with ovarian cancer risk in African-American women: a case control study. Cancer Causes Control. 2018; Vol. 29, Issue 11, PP 1081-1091.

105.    Pauler DK, Menon U, McIntosh M, Symecko HL, Skates SJ, Jacobs IJ. Factors influencing serum ca125ii levels in healthy postmenopausal women. Cancer Epidemiol Biomarkers Prev. 2001;10(5):489-93.

106.    Pelfrene A, Shubik P. Is talc a carcinogen? A review of present data. NOUV PRESSE MED. 1975;4(11):801-3.

107.    Porzio G, Marchetti P, Paris I, Narducci F, Ricevuto E, Ficorella C. Hypersensitivity reaction to carboplatin: Successful resolution by replacement with cisplatin. Eur J Gynaecol Oncol. 2002;23(4):335-6.

108.    Radic, Vucak, Milosevic, Marusic, Vukicevic, Marusic. Immunosuppression induced by talc granulomatosis in the rat.  Clinical and Experimental Immunology. 1988; 73(2):316-21.

109.    Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. Cancer Biol Med. 2017;14(1):9-32.

110.    Reid, De Klerk, Musk. Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis. Cancer Epidemiology, Biomarkers & Prevention: a Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology. 2011; 20(7):1287-98.

111.    Rothman, K., Greenland, S., & Lash, TL. (2008). Modern Epidemiology, 3rd Edition. Philadelphia, PA: Lippincott Williams & Wilkins.

112.    Reuter, Gupta, Chaturvedi, Aggarwal. Oxidative stress, inflammation, and cancer: how are they linked?.  Free Radical Biology & Medicine. 2010; 49(11):1603-16.

113.    Roe FJ. Controversy: cosmetic talc and ovarian cancer. Lancet. 1979;2(8145):744.

114.    Ross. Geology, asbestos and health. Environmental Health Perspectives. 1974; 9:123-124.

115.    Sagae S, Mori M, Moore MA. Risk factors for ovarian cancers: Do subtypes require separate treatment in epidemiological studies? Asian Pac J Cancer Preven. 2012;3(1):5-16.

116.    Saka H, Shimokata K. State of the art: treatment of malignant pleural and pericardial effusions. Gan To Kagaku Ryoho. 1997;24 Suppl 3:418-25.

117.    Salehi F, Dunfield L, Phillips KP, Krewski D, Vanderhyden BC. Risk factors for ovarian cancer: An overview with emphasis on hormonal factors. J Toxicol Environ Health Part B Crit Rev. 2008;11(3-4):301-21.Salvador S, Scott S, Francis JA, Agrawal A, Giede C. No. 344-Opportunistic Salpingectomy and Other Methods of Risk Reduction for Ovarian/Fallopian Tube/Peritoneal Cancer in the General Population. J Obstet Gynaecol Can. 2017;39(6):480-93.

118.     Salvador S, Scott S, Francis JA, Agrawal A, Giede C. No 344-Salpingectomie opportuniste et autres méthodes pour réduire le risque de cancer de l'ovaire, de la trompe de Fallope et du péritoine dans la population générale. J Obstet Gynaecol Can. 2017;39(6):494-508.

119.     Sanchez-Armengol A, Rodriguez-Panadero F. Survival and talc pleurodesis in metastatic pleural carcinoma, revisited: Report of 125 cases. CHEST. 1993;104(5):1482-5.

120.     Shan, Lui. Inflammation: a hidden path to breaking the spell of ovarian cancer. Cell Cycle (Georgetorn, Tex). 2009; 8(19):31707-11.

121.     Shedbalkar AR, Head JM, Head LR, Murphy DJ, Mason JH. Evaluation of talc pleural symphysis in management of malignant pleural effusion. J Thorac Cardiovasc Surg. 1971;61(3):492-7.

122.     Shen N, Weiderpass E, Antilla A, Goldberg MS, Vasama-Neuvonen KM, Boffetta P, et al. Epidemiology of occupational and environmental risk factors related to ovarian cancer. Scandinavian journal of work, environment & health. 1998;24(3):175-82.

123.     Shlebak AA, Clark PI, Green JA. Hypersensitivity and cross-reactivity to cisplatin and analogues. Cancer Chemother Pharmacol. 1995;35(4):349-51. Silva EG. The Origin of Epithelial Neoplasms of the Ovary: An Alternative View. Adv Anat Pathol. 2016;23(1):50-7.

124.     Shoham Z. Epidemiology, etiology, and fertility drugs in ovarian epithelial carcinoma: Where are we today? FERTIL STERIL. 1994;62(3):433-48.

125.     Sioris T, Sihvo E, Salo J, Räsänen J, Knuuttila A. Long-term indwelling pleural catheter (PleurX) for malignant pleural effusion unsuitable for talc pleurodesis. Eur J Surg Oncol. 2009;35(5):546-51.

126.     Sueblinvong T, Carney ME. Ovarian cancer: risks. Hawaii Med J. 2009;68(2):40-6.

127.     Sueblinvong T, Carney ME. Current understanding of risk factors for ovarian cancer. Curr Treat Options Oncol. 2009;10(1-2):67-81.

128.     Tamaya T. Epidemiology of ovarian cancer. Nippon Rinsho. 2004;62 Suppl 10:435-40.

129.     Tortolero-Luna G, Mitchell MF. The epidemiology of ovarian cancer. Journal of cellular biochemistry Supplement. 1995;23:200-7.

130.     Tortolero-Luna G, Mitchell MF, Rhodes-Morris HE. Epidemiology and screening of ovarian cancer. OBSTET GYNECOL CLIN NORTH AM. 1994;21(1):1-23.

131.     Trabert B, R Ness, W Lo-Ciganic, M Murph, E Goode, E Poole, L Brinton, et al (2014). Aspirin, Nonaspirin Nonsteroidal Anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium, Journal of the National Cancer Institute 106(2):djt431.

132.     Urban N, Hawley S, Janes H, Karlan BY, Berg CD, Drescher CW, et al. Identifying post-menopausal women at elevated risk for epithelial ovarian cancer. Gynecol Oncol. 2015;139(2):253-60.

133.     U.S. Department of Health & Human Service – Public Health Service, Agency for Toxic Substances and Disease Registry – "Toxicological profile for asbestos". https://www.atsdr.cdc.gov/toxprofiles/tp61.pdf.

134.    Van Gosen B, H Lowers, S Sutley, and C. Gent. Using the geologic setting of talc deposits as an indicator of amphibole asbestos content. Environmental Geology. 45 (7):920-939.

135.    Venter PF. Ovarian epithelial cancer and chemical carcinogenesis. Gynecol Oncol. 1981;12(3):281-5.

136.    Verma A, Taha A, Venkateswaran S, Tee A. Effectiveness of medical thoracoscopy and thoracoscopic talc poudrage in patients with exudative pleural effusion. Singapore Med J. 2015;56(5):268-73.

137.    Virta. The phrase relationship of talc and amphiboles in a fibrous talc sample. Vol. 8923 of the U.S. Dept. of the Interior, Bureau of Mines – Science.

138.    Vitonis AF, Titus-Ernstoff L, Cramer DW. Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. Obstet Gynecol. 2011;117(5):1042-50.

139.    Webb P, Gertig D, Hunter D. Ovarian Cancer.  Textbook of Cancer Epidemiology: Oxford University Press; 2009.

140.    Webb PM. Environmental (nongenetic) factors in gynecological cancers: Update and future perspectives. Future Oncol. 2015;11(2):295-307.

141.    Whitworth JM, Schneider KE, Fauci JM, Bryant AS, Cerfolio RJ, Straughn JM. Outcomes of patients with gynecologic malignancies undergoing video-assisted thoracoscopic surgery (VATS) and pleurodesis for malignant pleural effusion. Gynecol Oncol. 2012;125(3):646-8.

142.    Wehner AP. Biological effects of cosmetic talc. Food Chem Toxicol. 1994;32(12):1173-84.

143.    Wehner AP. Is cosmetic talc 'safe'? Comments Toxicol. 1998;6(5):337-66.

144.    Wehner AP. Cosmetic talc should not be listed as a carcinogen: Comments on NTP's deliberations to list talc as a carcinogen. REGUL TOXICOL PHARMACOL. 2002;36(1):40-50.

145.    Wentzensen N, Wacholder S. Talc use and ovarian cancer: Epidemiology between a rock and a hard place. J Natl Cancer Inst. 2014;106(9).

146.    Werner. Presence of asbestos in talc samples. Atemschutzinformation. 1982; 21:5-7.

147.    Whysner J, Mohan M. Perineal application of talc and cornstarch powders: Evaluation of ovarian cancer risk. AM J OBSTET GYNECOL. 2000;182(3):720-4.

148.    Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9 (1): 3490. https://doi.org/10.1038/s41467-018-05467-z.

## Other Materials

1.    WCD000254-WCD000255
2.    IMERYS210136-IMERYS210137
3.    IMERYS241994-IMERYS242004
4.    IMERYS242050
5.    IMERYS322241-IMERYS322242

6.      IMERYS422289- IMERYS422290

7.      JNJ000087166-JNJ000087230

8.      JNJ000251888-JNJ000251890

9.      JNJ000261010-JNJ000261027

10.     JNJ000460665-JNJ000460673

11.     JNJ000526231-JNJ000526676

12.     JNJAZ55_000000577-JNJAZ55_000000596

13.     JNJAZ55_000003357

14.     JNJAZ55_000012423-JNJAZ55_000012430

15.     JNJI4T5_000004099-JNJI4T5_000004100

16.     JNJI4T5_000006431-JNJI4T5_000006432

17.     JNJMX68_000004996-JNJMX68_000005044

18.     JNJNL61_000001534-JNJNL61_000001535

19.     JNJNL61_000014431-JNJNL61_000014437

20.     JNJNL61_000020359

21.     JNJNL61_000052427

22.     JNJNL61_000061857

23.     JNJNL61_000063473

24.     John Hopkins, Trial Testimony, *Berg v. Johnson & Johnson* 2013

25.     Deposition Transcript & Exhibits – John Hopkins, Aug. 16 & 17, 2018, Oct. 26, 2018, Nov. 5, 2018

26.     Deposition Transcript & Exhibits – Joshua Muscat, Sept. 25, 2018

27.     Deposition Transcript & Exhibits – Julie Pier, Sept. 12 & 13, 2018

28.     Deposition Transcripts - Linda Loretz, Oct. 2, 2018

29.     Deposition Exhibits for Linda Loretz - Exh. 106, 107, 108, Oct. 2, 2018

30.     Deposition Transcript of Alice Blount, Apr. 13, 2018

31.     Educational report of Thomas Dydek

32.     Expert report of Jack Siemiatycki.

33.     Expert report of Laura Plunket (Oules).

34.     Fair warning TalcDoc 15.

35.     Fair warning TalcDoc 5- Exhibit 113 (JNJNL91_000022019).

36.     Letter from Cancer Prevention Coalition to FDA re: Citizen's Petition seeking carcinogenic labeling on all cosmetic talc products, Nov. 17, 1994.

37.     Letter from Cancer Prevention Coalition to FDA re: Citizen's Petition seeking a cancer warning on cosmetic talc products, May 13, 2008.

38.     Letter from Personal Care Products Council to FDA re: Comments on Citizen's Petition to the Commissioner of the Food and Drug Administration Seeking a Cancer Warning on Talc Products, July 21, 2009.

39.     Transcripts of CIR meeting (Unpublished)

40.     Rothman, Pastides, Samet. Interpretation of epidemiologic studies of talc and ovarian cancer. 2000.

41.     Zuckerman D, D Shapiro. Talcum Powder and Ovarian Cancer, National Center for Health Research, May 7, 2018 http://www.center4research.org/talcum-powder-ovarian-cancer/

# EXHIBIT A

**Sonal Singh, MD MPH**
55 Lake Ave North
Worcester, MA 01655-0002 USA
Tel: 774 442 6611.
Sonal.Singh@umassmemorial.org

**Education**

| | |
|---|---|
| MPH, Bloomberg School of Public Health, Johns Hopkins University Baltimore, MD | 6/2005 to 5/2008 |
| Internal Medicine Residency, Unity Health System, affiliate University of Rochester Sch of Medicine and Dentistry, Rochester, NY | 7/2002 to 6/2005 |
| MD, Patna Medical College, Patna, India | 12/91 to 05/1999 |

**Academic Appointments**

| | |
|---|---|
| Associate Professor, Department of Family Medicine & Comm Health Department of Medicine, University of Massachusetts Medical School | 10/2016 to date |
| Assistant Professor, Dept of Medicine, Johns Hopkins Univ SOM | 7/2009 to 9/2016 |
| Assistant Professor, Center for Public Health and Human Rights Bloomberg School of Public Health, JHU (joint) | 7/2009 to 9/2016 |
| Assistant Professor, Department of Medicine, Wake Forest University | 7/2007 to 6/2009 |
| Instructor, Department of Medicine, Wake Forest University | 7/2005 to 06/2007 |

**Employment History**

| | |
|---|---|
| Associate Professor, Department of Fam Medicine & Comm Hlth Meyers Primary Care Institute & Department of Medicine (Joint) University of Massachusetts Medical School Role: Clinician- Investigator | 10/2016-present |
| Associate Professor, Department of Quantitative Health Sciences University of Massachusetts Medical School Role: Clinician- Investigator | 10/2018-present |
| Assistant Professor, Dept of Medicine, Johns Hopkins University. Role: Clinician- Investigator | 7/2009 to 9/2016 |
| Assistant Professor, Department of Medicine, Wake Forest University Role: Clinician- Educator | 7/2007 to 6/2009 |
| Instructor, Department of Medicine, Wake Forest University | 7/2005 to 6/2007 |

Sonal Singh M.D., M.P.H

Role: Clinician- Educator

Residency (Medicine) Unity Healthy System, affiliate of the University of Rochester, Rochester, NY                                                                                               7/2002 to 6/2005

Role: PGY 1, PGYII and PGY III Internal Medicine Resident

Research Associate, Clinical Pharmacology, Ohio State University           3/2001 to 6/2002
Role: Research assistant in clinical trials

Voluntary Research Associate, Clinical Pharmacology, Ohio State University   8/2000 to 2/2001
Role: Research assistant in clinical trials

USMLE STEP 1, II, III and Clinical Skills Exam Preparation                  2/2000 to 7/2000
Role; Medical student

Resident, Medicine, Patna Medical College, Patna, Bihar, India             2/1998 to 1/2000
Role: Junior Resident in Medicine

Compulsory rotatory internship, Patna Medical College, Patna, India        12/97 to 12/98
Role: Fulfilling requirements for completion of medical degree in India

**Certification and Licensure**
Diplomate, American Board of Internal Medicine                             8/2005-12/25

Massachusetts Board of Physicians                                          8/2016-8/2019

Physicians and Surgeons of Maryland (Inactive)                            2009-2017

North Carolina Medical Board (Inactive)                                    2005 to 2009

**Professional Memberships and Activities**
Massachusetts Medical Society                                             2017-current

American College of Physicians                                           2003-2019

International Society of Pharmacoepidemiology                             2011-current

Society of General Internal Medicine                                     2003 to 2016

International Society of Pharmacoeconomic Outcomes Research               2016 to 2017

Academy Health                                                           2013

Global Health Council                                                    2006 to 2010

2

Sonal Singh M.D., M.P.H

**Honors and Awards**

| | |
|---|---|
| Finalist W. Leigh Thompson Excellence in Research: Faculty Award, JHU | 2016 |
| Visiting Professor, Department of Medicine, Univ of Alabama | 2013 |
| 3rd Best Abstract (trainee) 29th ICPE Montreal, Canada | 2013 |
| Bruce Squires Award for the Best Research Paper, CMAJ | 2011 |
| Scholars Abstract Award, Society for Clinical and Translational Sciences. | 2010 |
| Society of General Internal Medicine Clinical Investigator Award (Mid-Atlantic) | 2010 |
| Elected, Delta Omega Honorary Public Health Society, Johns Hopkins University | 2008 |
| Master Teacher Award, WFUSOM | 2008 |
| Tinsley R Harrison Faculty Outpatient Teaching Award, WFUSOM | 2007 |
| Tinsley R Harrison Faculty Outpatient Teaching Award, WFUSOM | 2006 |
| Senior–Resident Scholarship award, Unity Health System, NY | 2005 |
| ACP Health and Public Policy Scholarship, NY | 2005 |

**Committee Assignments and Administrative Services**

| | |
|---|---|
| American College of Physicians, Massachusetts Chapter, Health Policy Committee | 2018 |
| Chairs Advisory Council, Department of Fam Medicine & Comm Hlth | 10/2016-present |
| American College of Chest Physicians, Cough Guideline Expert Panel | 2017- present |
| Associate faculty, Welch Ctr for Prevention, Epi & Clin Research, JHU | 2015 to 2016 |
| Associate-Director, Center for Drug Safety and Effectiveness, JHU | 2013 to 2016 |
| Affiliate faculty, Center for Hlth Services and Outcomes Research, Johns Hopkins Bloomberg School of Public Health | 2012 to 2016 |
| World Health Organization, International Agency of Research on Cancer (IARC) Monograph- 108 Working group, Lyon, France. | 2013 |

3

Preferred Items for Reporting of Systematic Reviews and Meta-analysis of harms Working Group
Alberta Canada.                                                                                           2012

Member, Health & Human Rights Working Group, JHU Center for Aids Research  2012

Core faculty, Center for Public Health and Human Rights, Johns Hopkins Bloomberg School of
Public Health                                                                                     2009 to 2016

Core faculty, Evidence-Based Practice Center, JHU                               2009 to 2016

Medical Director, Outpatient Clinic, WFUSOM                                     7/2005-6/2009

**Teaching Activities**
<u>Classroom</u>
Comparative effectiveness research (2 cr), Johns Hopkins Medicine          2015 to 2016
Role: Developed course in CER for MD and MD/PhD trainees in the CTSA

Health and Human Rights, Johns Hopkins Bloomberg School of Public Health     2011 to 2015
Role: Annual lecture in the course for MPH students

Health Economic, Johns Hopkins Bloomberg School of Public Health             2013
Role: Annual lecture in the course for master's students

Pharmacoepidemiology, Johns Hopkins Bloomberg School of Public Health        2011-2015
Role: Annual lecture in the course for Masters and Doctoral students

Evidence-based Medicine, Johns Hopkins University School of Medicine          2012
Role: Course facilitator

Intro to Clinical Investigation, Johns Hopkins University School of Medicine   2012
Role: Annual lecture in the course

Clinical Epidemiology, Johns Hopkins Bloomberg School of Public Health,       2010-2014
Role: Annual lecture in the course

Patient Physician and Society, Johns Hopkins University School of Medicine     2009
Role: Course facilitator

<u>Clinical Teaching</u>
Outpatient medicine                                                           2016-2018

4

Sonal Singh M.D., M.P.H

Role: Precepting residents and medical students in clinic at University of Massachusetts Medical School

Evidence Based Medicine                                          2012-2014
Role: Developed a novel course to teach Evidence based Medicine to Osler medical residents at Johns Hopkins University School of Medicine

Outpatient medicine                                             2005 to 2009
Role: Precepting residents in clinic at Wake Forest University

Inpatient Medicine                                              2005 to 2009
Role: Precepting internal medicine residents at Wake Forest University

Sonal Singh M.D., M.P.H

| Trainee /Junior Faculty Name | Mentoring Role | Title of Research Project/Paper | Current Position and Institution | Training Period |
|---|---|---|---|---|
| **Univ of Massachusetts** | | | | |
| Mayuko Itofukunaga, MD | Faculty mentor | Systematic review of decision aids for lung cancer screening | Assistant Professor-Pulmonary Medicine and Critical Care | 2017-18 |
| Nathaniel, Erskine MD, PhD (student) | Scholarly activity | SR of herpes zoster and cardiovascular disease | MD/PhD Student Umass Med School | 2017 |
| Richeek Pradhan MS | Scholarly activity | Comparison of data on Adverse events | Phd Student McGill University | 2017-18 |
| **Johns Hopkins Univ** | | | | |
| Omar Mansour | Scholarly activity | SGLT2inhibitors and cardiovascular outcomes | Masters student | 2018 |
| Geetha Iyer, MD | Faculty mentor | Multiple Pharmacoepidemiologic studies | Doctoral student, HSPH | 2015-16 |
| Sathiya Priya Marimathu | Faculty mentor | Generic drugs and patient oriented outcomes | MHS Student, JHMI | 2015-16 |
| Yohalakshmi Chelladurai, MD, MPH | RA Scholarly activity | Review of varenicline | Resident physician, Mercer, Atlanta | 2013 |
| Hsien-Yen Chang PhD | Faculty mentor | Pharmacoepidemiologic studies | Assistant Scientist at JHU | 2011-15 |
| Hasan Shihab, MD, MPH | RA Scholarly activity | Review of GLP-based therapies | Resident, Franklin Square, Baltimore | 2013-14 |
| Joshua Sclar, MD, MPH | Scholarly activity | Systematic review of attacks on health workers | General Preventive Medicine Resident | 2013 |
| Crystal Ng, MPH | Scholarly activity | Human Rights measures | MPH Student, JHSPH | 2013 |
| Ekta Agarwal, MPH | Capstone | Safety of novel anticoagulants | MPH student JHSPH | 2013 |
| Meijia Zhou, MHS | Scholarly activity | Adherence to novel anticoagulants | Doctoral student, Univ of Pennsylvania | 2013 |
| Kaitlin Hayman, MD | Capstone | SR of the impact of disasters On CVD outcomes | MPH student, JHSPH | 2013 |
| Wenze Tang, MPH | Scholarly activity | SCCS analysis of GIB bleeding with dabigatran | Doctoral student, HSPH | 2013 |

6

Sonal Singh M.D., M.P.H

| Omar Mansour | Scholarly activity | SGLT2inhibitors and cardiovascular outcomes | Masters student JHSPH | 2018 |
| Shabana Walia MD | Scholarly activity | SR of CVD among refugees and displaced | ER physician, UT Houston | 2016-2018 |
| **Wake Forest Univ** | | | | |
| Aman Amin, MD | Resident | Inhaled corticosteroids and pneumonia | Practicing internist, NC | 2007-09 |
| Apurva Trivedi, MD | Scholarly activity | SSRIs and bleeding | Gastroenterologist | 2007-09 |
| **Other institutions** | | | | |
| Tonya Breaux-Shropshire PhD, MPH | Scholarly activity | Systematic review | Post-doctoral trainee, UAB | 2015 |
| Abhay Kumar, MD | Resident Scholarly activity | Wernicke encephalopathy after gastric bypass: systematic review | Assistant Professor St Louis University | 2007 |

**Current Grants and Contracts**
**Grants**
(Ming Tai-Seale)                                                     2/2016-12/2021
PCORI
Improving Patient-Centered Communication in Primary Care: A Cluster Randomized Controlled Trial of the Comparative Effectiveness of Three Interventions
The aim is to compare three interventions to improve patient communication in primary care
Role: co-investigator

(PI Jerry Gurwitz)                                                    08/2018- 09/2019
NIH/NIA-1 R56 AG061813-01
Project Title: Controlling and Stopping Cascades leading to Adverse Drug Effects Study in Alzheimer's Disease (CASCADES-AD)
Role : co-investigator
The aim is to develop interventions to prevent prescribing cascades among those with Alzheimer's related Dementia (ADRD)

**Past Grants**
Death Data Exploration                                          08/01/17- 03/02/18
FDA Foundational Elements 3 HHSF223200910006I
Task Order Number: HHSF22301012T
Efforts to Develop the Sentinel Initiative HHSF223200910006I.
Role (Project Lead)

Effect of Therapeutic Class on Generic Drug Substitutions.          2014-2016
U01FD005267-01 (PI, Jodi Segal)

7

Sonal Singh M.D., M.P.H

FDA                                                                349,480
Role: Co-Investigator                                          0.6 CM


Comparative effectiveness Research & The Cochrane Eyes and Vision Group          2013-2016
U01 EY020522 (PI, Kay Dickersin)
NIH/NEI                                                             825,397
Role: Co-Investigator                                            2.4 CM


Systematic review of gabapentin for neuropathic pain using multiple data sources     2015-2016
(PI, Caleb Alexander)
FDA Center of Excellence in Regulatory Science
Role: Co-Investigator          (20% effort)


Integrating multiple data sources for meta-analysis to improve patient-centered outcomes
research                                                          2014-2016
(PI- Dickersin)
PCORI (ME-1303-5785)                                        $698,174
Role: Advisor (2% effort)


Development of a scale for human rights violations.                      2013-2014
(PI, Chaisson & Beyrer)
NIH Johns Hopkins Center for AIDS Research                   $ 18,873
Role:  Pilot Awardee


Comparative effectiveness review of therapeutic options for obesity in the Medicare population.
Johns Hopkins Evidence Based Practice Center.                    2013-2014
PI (Eric Bass)
AHRQ                                                             $125,000
Role:   Project Principal Investigator (20% effort)


Center for Excellence in Comparative Effectiveness Education               2012-2013
PHRMA Foundation (PI Jodi Segal)                   Total Direct Cost: $250,000
Role: Co-investigator (5% effort)


A multi criteria decision analysis to assist with regulatory decisions around benefit and risk
Partnership in Applied Comparative Effectiveness Science:          2010 to 2013
PI (PI, Jodi Segal).
FDA                                                             $3,509,657
Role: Project Principal Investigator (25% effort)


Combination therapy vs. intensification of statin mono-therapy: An update.          2012-
2013
PI (E. Bass- P.I of EPC.)
AHRQ
Role: Advisor (5% effort)

8

Sonal Singh M.D., M.P.H

Troponin cardiac marker during renal impairment.          2012-2013
(E. Bass- P.I of EPC.)
Agency for Health Care Quality and Research
Role: Advisor (5% effort)

To develop an instrument for attacks on health workers.          2012-2013
PI (Len Rubenstein)
US Institute of Peace
Role: Co-investigator (10% effort)

To develop an instrument for attacks on health workers.          2012-2013
PI (Len Rubenstein)
McArthur Foundation                                                    $434,782
Role: Co-investigator (15% effort)

To conduct a benefit and harm assessment of *roflumilast* in COPD.     2012-2013
Johns Hopkins ICTR
Role: Co-investigator (5% effort)

To develop a China-JHU consultation for civil society public health professionals.          2012
Open Society Foundation                                     $49,534
Role: PI (20% effort). Proposal for a public health training program.

PACER.                                                            2012
PI (Rothman)
Google-Flu
Role: Coinvestigator (5%) Systematic reviewer and meta-analysis expert.

Methods for Balancing Benefits and Harms in Systematic Reviews
Johns Hopkins Evidence Based Practice Center. (PI, Bass)          2011-2012
AHRQ                                                              $188,871
Role: Project Task Leader and co-Investigator (10% effort)

Comparative effectiveness review of Meditation Programs for Stress and Wellbeing
Johns Hopkins Evidence Based Practice Center. (PI, Bass)          2011-2012
AHRQ                                                              $375,666
Role: Project Task Leader and co-Investigator (15% effort)

Comparative effectiveness review of prevention of VTE in special populations
Johns Hopkins Evidence Based Practice Center. (PI, Bass)          2011-2012
AHRQ                                                              $375,666
Role:   Project Principal Investigator (20% effort)

9

Sonal Singh M.D., M.P.H

To prevent and respond to gender-based violence (GBV) in refugee and conflict-affected populations.                                              2010-2011
(PI, Vu & Rubenstein)                                                            $293,946
Role: Co-investigator (10% effort)


Comparative effectiveness review of oral hypoglycemic medications
Johns Hopkins Evidence Based Practice Center. (PI, Bass)          2009-2010
AHRQ                                                                              $125,000
Role:   Co- Investigator (0% effort)


Johns Hopkins Clinical Research Junior Faculty Award.                2009-2012
NIH-KL2
ICTR
Role: Recipient (75% salary support)


Measuring exposure to human rights violations among men who have sex with men.
(PI, Mullany).                                                                    2009-2010
Center for Global Health Johns Hopkins                                  $50,000
Role: Co-investigator (0% effort).


Research ethics for conducting research in vulnerable populations and unstable settings.
(PI, Mills)                                                                        2007-2009
CIHR                                                                              $99, 887
Role: Co-investigator (10% effort).


**Patents** None.

**Editorial work**

*Editor-in-chief and founder*
BMC Conflict and Health                                                      2007-12


*Editorial Board Membership*
Evidence Based Medicine (BMJ Group of Journals)                 2017-current
Drug Safety                                                                       2008-16
American College of Physicians-PIER


*Grant review*                                                                     2012-current
Medical research foundation of New Zealand
Johns Hopkins Center for Public Health and Human Rights
Junior Faculty Research Grants
Medical Research Council of South Africa
Catalina Health Technology Assessment, Spain
Diabetes, UK
Johns Hopkins Medicine Research Council Synergy Awards
Johns Hopkins Institute for Clinical and Translational Research

10

Sonal Singh M.D., M.P.H

*Peer Review*

| | |
|---|---|
| 1. | Acta Diabetologica |
| 2. | American Heart Journal |
| 3. | American Journal of Addictions |
| 4. | American Journal of Cardiovascular Drugs |
| 5. | American Journal of Managed Care |
| 6. | American Journal of Psychiatry |
| 7. | Annals of Internal Medicine |
| 8. | Annals of Medicine |
| 9. | Australian Medical Journal |
| 10. | BMJ |
| 11. | BMC Clinical Pharmacology |
| 12. | British Journal of Clinical Pharmacology |
| 13. | Bulletin of the World Health Organization |
| 14. | Chest |
| 15. | Circulation |
| 16. | Canadian Medical Association Journal |
| 17. | Clinical Pharmacology and Therapeutics |
| 18. | Clinical Trials |
| 19. | Cardiovascular Drugs & Therapy |
| 20. | Cochrane Collaboration |
| 21. | Disasters |
| 22. | Diabetolgia |
| 23. | Drug and Alcohol Dependence |
| 24. | Diabetes Obesity and Metabolism |
| 25. | Drug Safety |
| 26. | Epidemiology |
| 27. | European Journal of Neurology |
| 28. | European Journal of Pharmacology |
| 29. | European Respiratory Journal |
| 30. | Expert Opinion in Drug Safety |
| 31. | Global Public Health |
| 32. | Health Policy |
| 33. | International Journal of Epi |
| 34. | International Journal of Obesity |

Sonal Singh M.D., M.P.H

| 35. Journal of the American College of Cardiology |
| 36. Journal of the American Medical Association (5 in last 12 mo) |
| 37. Journal of the American Medical Association-Internal Medicine |
| 38. Journal of Cardiac Failure |
| 39. Journal of Medical Case Reports |
| 40. Journal of the Pancreas |
| 41. Journal of General Internal Medicine |
| 42. Medscape General Medicine |
| 43. Medical Journal of Australia |
| 44. Nephrology Dialysis Transplantation |
| 45. North Carolina Medical Journal |
| 46. Nutrition, Metabolism & Cardiovascular Diseases |
| 47. Pediatric Infectious Disease Journal |
| 48. Pharmacoepidemiology & Drug Safety-Best Reviewer Award 2013 |
| 49. Public Library of Science Medicine |
| 50. Primary Care Respiratory Journal |
| 51. Pediatrics |
| 52. Research Synthesis Methods |
| 53. Respiratory Medicine |
| 54. Respirology |
| 55. Southern Medical Journal |
| 56. The Lancet |
| 57. Thorax |
| 58. Tropical Medicine & International Health |

**Abstracts and Presentations**
**Oral Presentations**
*National/International*

1. GLP-1-based therapies and risk of pancreatitis: A matched case-control study. 29th International Society of Pharmacoepidemiology, Annual Meeting, Montreal Convention Center, August 26. Montreal, Quebec, Canada.2013

2. GLP-1 based therapies and risk of pancreatitis. 36th SGIM Annual Meeting, Denver, Colorado Posters. 2013

3. Risk of fractures with inhaled corticosteroids in COPD: Systematic review and meta-analysis of randomized controlled trials and observational studies, Society of General Internal Medicine, Minneapolis, Minnesota. 2011

12

Sonal Singh M.D., M.P.H

4. Odds of fractures with inhaled corticosteroids in COPD: Systematic review and meta-analysis of clinical trials and observational studies, 27th International Society of Pharmacy-Epidemiology, Annual Meeting, Hyatt Regency August 24th.  Chicago, Illinois. 2011

*Local/Regional*
Not applicable

**Posters**
*National/International Meetings*

1. Diagnostic algorithms for cardiovascular death in administrative claims databases. A systematic review 2018. International Society of Pharmacoepidemiology, Prague, August 24, 2018.

2. Risk of gastrointestinal bleeding among dabigatran users-a self-controlled case series analysis. Health Care Systems Research Network, San Deigo, March 22, 2017.

3. GLP-1 based therapies and risk of pancreatitis. Pancreatitis, Diabetes, and Pancreatic Cancer Workshop. NIH, Bethesda, Maryland. 2013

4. Thiazolidinediones and risk of bladder cancer: A systematic review and meta-analysis. 36th SGIM Annual Meeting, Denver, Colorado.2013

5. Who is the patient's doctor? Primary care responsibility and co-management relationships among generalist and non-generalist physicians in the National Ambulatory Care Survey, 2002 SGIM 29th Annual Meeting, Los Angeles, California.2006

6. The educational value of case reports from the SGIM national meeting in the internal medicine clerkship. SGIM 29th Annual Meeting, Los Angeles, California.2006

7. Using IPod technology to create a self-guided clinic tour for resident orientation SGIM 29th Annual Meeting, Los Angeles, California.2006

8. Narcotic management in chronic non-malignant pain. A survey of resident's knowledge and attitudes. SGIM 29th Annual Meeting, Los Angeles, California.2006

9. Formulary conversion programs pose a significant risk to patients, SGIM 27th Annual Meeting, Chicago, Illinois.2004

*Local regional meetings*
Inhaled corticosteroids and the risk of fractures in COPD: A systematic review and meta-analysis. DOM Annual retreat, Johns Hopkins University 2011

**Invited presentations**
*National/International*

1. Oral direct acting antivirals and the incidence or recurrence of hepatocellular carcinoma. NIH Collaboratory Grand Rounds [ Web] March 2, 2018

2. Resurgence of hepatocellular carcinoma in the era of oral direct acting antivirals. Cause or Consequence? Fundamentals of Biomedicine Seminar Series. Texas Tech University Health Sciences Center. El Paso, Texas Dec 13, 2017

Sonal Singh M.D., M.P.H

3. Aligning evidence with preferences: Methodological Challenges and Opportunities. - Department of Medicine. Dartmouth-Hitchcock Medical Center, Dartmouth, New Hampshire, June 15, 2016

- Dartmouth-Hitchcock Medical Center, Dartmouth, New Hampshire, June 15, 2016
- Department of Health Services and Research, Michael De-Bakey VA and Baylor University, Houston, Texas, May 16, 2016.
- Meyers Primary Care Institute and Department of Family and Community Medicine, University of Massachusetts, Massachusetts, March 31 and June 9 2016.
- VA Center for Chronic Disease and Outcomes Research, Minnesota VA, March 2016.
- Department of Medicine. University of Central Florida, Orlando, Florida, November 2015.
- Center for Health Policy and Research Grand Rounds. UC Davis, Sacramento California, Oct 9 2015;
- Center for Evidence and Outcomes, Agency for Health Care Research and Quality. Gaithersville Maryland, August 31, 2015.

4. Risks of Spiriva Respimat outweigh its benefit: A Debate. Inhalation Asia, University of Hong Kong, Department of Pharmacology and Pharmacy, Hong Kong. 2013

5. GLP-1-based therapies and risk of pancreatitis. Center for Clinical Epidemiology and Biostatistics Seminar Series, Philadelphia, Pennsylvania. 2013

6. Visiting Professor. Department of Medicine. University of Alabama. 2013

7. Value based health care: Can shared decision making methods get us there? Center for Value and Effectiveness, Medicine Institute, Cleveland Clinic, Noon Conference.2013

8. Role of Multi-criteria decision analysis in regulatory policy

- Stanford Prevention Research Center, Stanford University, Palo Alto, Stanford, California. 2013
- South Carolina College of Pharmacy, Columbia, South Carolina.2013
- Department of Medicine. UC Davis, Sacramento, California.2013
- Department of Clinical Sciences, UT Southwestern, Dallas, Texas.2013
- Department of Medicine, Geisenger Medical Center, Danville, Pennsylvania. 2013

9. Weighing benefits and risks: Role of shared decision making in type 2 diabetes. CTSA Grand Rounds, Mayo Clinic, Rochester, Minnesota. 2013

10. Are long-acting muscarinic agents safe for patients with COPD: A Debate. Airway Vista, Asan Medical Center, Seoul, Korea

11. Academia and industry collaboration for cardiovascular risk mitigation. CBI and Applied Clinical Trials. 6th Annual Summit, Closing Address. Ritz Carlton, Arlington, Virginia.2012

12. Varenicline: Where are we today? Tobacco Disease Research Program, UCSF. San Francisco California. Varenicline debate.2012

13. The Maoist Insurgency in Nepal: Health Systems Challenges and Opportunities Conference on Health in Fragile States: Challenges for the Next Decade. United States Institute of Peace. Washington DC.2011

Sonal Singh M.D., M.P.H

14. Standards of Care and the Role of Community Advocacy in Clinical Trials. Clinical Research in Developing Countries, IIIrd Annual Marcus Evans Conference, Washington, DC.2008

15. Nepal-A Case study. Integrating public health methods into Conflict Analysis. Norman Patterson School of International Affairs, Carleton University, Ottawa, Canada.2007

*Local/Regional*

1. Oral direct acting antivirals and the incidence or recurrence of hepatocellular carcinoma. Research Seminar Series, Department of Family Medicine and Community Health. University of Massachusetts Medical School. June 15.2018

2. Safety of novel anticoagulants vs warfarin- a case study using complementary study designs. Quantitative Health Sciences, University of Massachusetts Medical School, February 28, 2017

3. GLP-1-based therapies and risk of pancreatic adverse events.  University of Maryland, Division of Endocrinology, Metabolism and Nutrition, Grand Rounds, Baltimore, Maryland. 2013

4. Thiazolidinediones and Patient-Oriented Outcomes in Type 2 Diabetes, GIM Grand Rounds. Johns Hopkins University School of Medicine. 2012

5. Patient-Centered Benefit and Risk Assessment. Center for Health Services and Outcomes Research. Johns Hopkins University 2012

6. Varenicline and cardiovascular and neuropsychiatric adverse events: Do benefits outweigh risks? Welch Center Grand Rounds. Johns Hopkins University. 2011

7. The new wave, HIV, Human Rights and Men who have Sex with Men in Nepal. Johns Hopkins Bloomberg School of Public Health, 2011.

8. Network Meta-analysis and Serious Adverse Events. Network Meta-Analysis Methods Workshop. Johns Hopkins Bloomberg School of Public Health. 2010

9. Thiazolidinediones and Cardiovascular Outcomes in Type 2 Diabetes. Internal Medicine Grand Rounds. Wake Forest University School of Medicine, 2008

10. How Safe Are Our Drugs and How Do We Know? North Carolina ACP, Durham.2008

11. Clinico Pathologic Conference. Internal Medicine Grand Rounds. Wake Forest University School of Medicine, 2007

12. Globalization and Health Equity: An emerging Challenge for Academic Medicine. Internal Medicine Grand Rounds. Wake Forest University School of Medicine, 2007

13. Thiazolidinediones and Cardiovascular Disease: The Seduction of Common Sense. Epidemiology Seminar Series, Public Health Sciences. Wake Forest University 2007

*Workshops and Precourses*

1. ISPOR National Meeting, Next Generation Comparative Effectiveness Research- Are we getting organized to facilitate research for the individual patient? Washington, DC May 24, 2016 (workshop)

2. SGIM national meeting, developing high-quality search strategies for systematic reviews. 2010

3. SGIM national meeting, Systematic Review. 2009

**Peer reviewed original research publications (reverse chronological order)**

*Trainees ***

1. **Singh S**, Fouyazi H, Anzuoni K, Goldman L, Min JY, Griffin M, Grijalva CG, Morrow JA, Whitmore C, Leonard CE, Selvan M, Nair V, Zhou Y, Toh S, Petrone A, Williams J, Fazio-

15

Sonal Singh M.D., M.P.H

Eynullayeva E, Swain R, Cole DT, Andrade S. Diagnostic algorithms for cardiovascular death in administrative claims databases. A systematic review. Drug Safety 2018 ( accepted)

2. **Singh S,** Zeiman S, Alan Go, Fortmann S, Wenger N, Fleg JL, Radziszewska B, Stone NJ, Zoungas S, Gurwitz J. Statins for Primary Prevention in Older Adults – Moving toward Evidence-Based Decision-Making. *J Am Geriatr Soc. 2018 Oct 2. doi: 10.1111/jgs.15449. [Epub ahead of print]*

3. Tisminetzky M, Nguyen HL, Gurwitz J, McManus D, Gore J, **Singh S**, Yarzebski J, Goldberg RJ. Magnitude and impact of multiple chronic conditions with advancing age in older adults hospitalized with acute myocardial infarction. *International Journal of Cardiology.* Published Online: August 22, 2018. https://doi.org/10.1016/j.ijcard.2018.08.062.

4. Chang HY, **Singh S**, Mansour O, Baksh S, Alexander GC. Association Between Sodium-Glucose Cotransporter-2 (SLGT-2) Inhibitors and Lower Extremity Amputation: A Retrospective Cohort Study. JAMA Internal Medicine 2018. 10.1001/jamainternmed.2018.3034 http://dx.doi.org/10.1001/jamainternmed.2018.3034. August 13, 2018

5. Birring SS, Kavanagh JE, Irwin RS, Keogh K, Lim KG, Ryu JH; **CHEST Expert Cough Panel**. Treatment of Interstitial Lung Disease Associated Cough: CHEST Guideline and Expert Panel Report. Chest. 2018 Jul 20. pii: S0012-3692(18)31075-4. doi: 10.1016/j.chest.2018.06.038. [Epub ahead of print]

6. **Singh S**, Nautiyal A, Loke YK. Oral Direct-acting antivirals and the incidence or recurrence of hepatocellular carcinoma: a systematic review and meta-analysis. Frontline Gastroenterology Published Online First: 30 July 2018. doi: 10.1136/flgastro-2018-101017

7. Chang AB, Oppenheimer JJ, Rubin BK, Weinberger M, Irwin RS; **CHEST Expert Cough Panel**. Chronic Cough Related to Acute Viral Bronchiolitis in Children. Chest. 2018 Apr 26. pii: S0012-3692(18)30632-9. doi: 10.1016/j.chest.2018.04.019. [Epub ahead of print]

8. Haar RJ, Risko CB, **Singh S,** Rayes D, Albaik A, Alnajar M, et al. (2018) Determining the scope of attacks on health in four governorates of Syria in 2016: Results of a field surveillance program. PLoS Med 15(4): e1002559. https://doi. org/10.1371/journal.pmed.1002559

9. Pradhan R, * **Singh S.** Comparison of data on Serious Adverse Events and Mortality in ClinicalTrials.gov corresponding journal articles and medical reviews: A cross-sectional analysis. Drug Safety 2018 Apr 11. doi: 10.1007/s40264-018-0666-y. [Epub ahead of print]

10. Wu CH, Tu ST, Chang YF, Chan DC, Chien JT, Lin CH, **Singh S**, Dasari M, Chen JF, Tsai KS. Fracture liaison services improve outcomes of patients with osteoporosis-related fractures: A systematic literature review and meta-analysis. Bone. 2018 2018 Jun; 111:92-100. doi: 10.1016/j.bone.2018.03.018. Epub 2018 Mar 16

11. Field SK, Escalante P, Fisher DA, Ireland B, Irwin RS; **CHEST Expert Cough Panel**. Cough Due to TB and Other Chronic Infections: CHEST Guideline and Expert Panel Report. Chest. 2018 Feb;153(2):467-497. doi: 10.1016/j.chest.2017.11.018. Epub 2017 Nov 28.

12. Erskine NA, *Tran H, Levin LL, Ulbricht CM, Fingeroth JD, Kiefe CI, Goldberg RJ, **Singh S.** A systematic review and meta-analysis on herpes zoster and the risk of cardiac and cerebrovascular events. PLoS One 2017 Jul 27;12(7): e0181565

13. **Singh S**. Nautiyal A. Aortic dissection and aortic aneurysms associated with fluoroquinolones: a systematic review and meta-analysis of observational studies. American Journal of Medicine 2017;130(12):1449-1457

Sonal Singh M.D., M.P.H

14. Marimuthu S, Iyer G, * Segal JB, **Singh S**.  Patient-relevant outcomes associated with generic tamsulosin, levothyroxine, and amphetamine in the FAERS: A pilot study. J Comp Eff Res. 2017;6(5):437-447.

15. Iyer G, *Marimuthu S, *Segal JB, **Singh S**. An algorithm to identify generic drugs in the FDA Adverse Event Reporting System. Drug Safety 2017 2;40(9):799-808.

16. Tang W, *Chang HY, *Zhou M, * **Singh S**. Risk of gastrointestinal bleeding among dabigatran users-a self-controlled case series analysis. *Sci Rep* 2017 Jan 20; 7:40120. doi: 10.1038/srep40120.

17. Onasanya O, Iyer G, * Lucas E, Lin D, **Singh S**, Alexander GC. Association between exogenous testosterone and cardiovascular events: an overview of systematic reviews. *Lancet Diabetes Endocrinol*. 2016 ;4(11):943-956

18. **Singh S**, Wright EE, Kwan AY, Thompson JC, Syed IA, Korol EE, Waser NA, Yu MB, Juneja R. Glucagon-like peptide-1 receptor agonists compared with basal insulins for the treatment of type 2 diabetes mellitus: a systematic review and meta-analysis. *Diabetes Obes Metab*. 2017;19(2):228-238

19. Alexander GC, Iyer G, Lucas E, Lin D, **Singh S**. Cardiovascular risks of exogenous testosterone among men. *Am J Med*. 2017 ;130(3):293-305

20. Houston KT, Shrestha A, Kafle HM, **Singh S**, Mullany L, Thapa L, Surkan PJ 1. Social isolation and health in widowhood: A qualitative study of Nepali widows' experiences. *Health Care Women Int*. 2016 ;37(12):1277-1288

21. Zorzela, L., Loke, Y.K., Ioannidis, J.P., Golder, S., Santaguida, P., Altman, D.G., Moher, D., Vohra, S., Boon, H., Clark, J., Derry, S., Gallivan, J., Gardiner, P., Gøtzsche, P., Loder, E., Napoli, M., Pilkington, K., Shekelle, P., **Singh S**, Witt, C., Lasserson, T., Wu, T., Shamseer, L., Mulrow, C. PRISMA harms checklist: improving harms reporting in systematic reviews. *BMJ* 2016;352: i157.

22. Fain KM, Yu T, Li T, Boyd CM, **Singh S**, Puhan MA, Evidence Selection for a Prescription Drug's Benefit-Harm Assessment: Challenges and Recommendations, *JCE* 2016 Jun;74:151-7

23. Vu A, Wirtz A, Pham K, **Singh S**, Rubenstein L, Glass N, Perrin N. Psychometric properties and reliability of the Assessment Screen to Identify Survivors Toolkit for Gender Based Violence (ASIST-GBV): results from humanitarian settings in Ethiopia and Colombia. *Confl Health*. 2016 Feb 9; 10:1.

24. Wirtz, AL, Glass N, Pham K, Perrin N, Rubenstein LS, **Singh S**, Vu A. Comprehensive development and testing of the ASIST-GBV, a screening tool for responding to gender-based violence among women in humanitarian settings. *Conflict and Health* 201610:7 DOI: 10.1186/s13031-016-0071-z

25. Hayman KG, *Sharma D, Wardlow RD II, **Singh S**. Burden of cardiovascular morbidity and mortality following humanitarian emergencies: a systematic literature review. *Prehosp Disaster Med*. 2015;30(1):1-9.

26. Chang HY, *Zhou M, * Tang W, * Alexander GC, **Singh S**.  Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study. *BMJ*. 2015;350:h1585 (editorial by Mary S Vaughn).

17

Sonal Singh M.D., M.P.H

27. Abraham NS, **Singh S**, Alexander GC, Heien H, Haas LR, Crown W, Shah ND. Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population-based cohort study. *BMJ*. 2015;350:h1857.

28. Chang HY, Hsieh CF, **Singh S**, Tang W, Chiang YT, Huang WF. Anti-diabetic therapies and the risk of acute pancreatitis: a nationwide retrospective cohort study from Taiwan. *Pharmacoepidemiol Drug Saf*. 2015 Jun;24(6):567-75

29. Maruthur NM, Joy SM, Dolan JG, Shihab HM, **Singh S**. Use of the Analytic Hierarchy Process for medication decision-making in type 2 diabetes. *PloS One*. 2015 ;10(5): e0126625.

30. Breaux-Shropshire TL, * Judd E, Vucovich L, Shropshire TS, **Singh S**. Does home blood pressure monitoring improve patient outcomes? A systematic review comparing home and ambulatory blood pressure monitoring on blood pressure control and patient outcomes. *Integrated Blood Pressure Control* 2015 3; 8:43-9.

31. Zhou M, *Chang HY, Segal JB, Alexander GC, **Singh S**. Adherence to a novel oral anticoagulant among patients with atrial fibrillation. *J Manag Care Spec Pharm*. 2015; 21(11):1054-62.

32. Puhan MA, Yu T, Stegeman I, Varadhan R, **Singh S**, Boyd CM. Benefit-Harm Analysis and Charts for Individualized and Preference-Sensitive Prevention - The example of low dose aspirin for primary prevention of cardiovascular disease and cancer. *BMC Med*. 2015; 13:250.

33. Mayo-Wilson E, Hutfless S, Li T, Gresham G, Fusco N, Ehmsen J, Heyward J, Vedula S, Lock D, Haythornthwaite J, Payne JL, Cowley T, Tolbert E, Rosman L, Twose C, Stuart EA, Hong H, Doshi P, Suarez-Cuervo C, **Singh S**, Dickersin K.Integrating multiple data sources (MUDS) for meta-analysis to improve patient-centered outcomes research: a protocol for a systematic review. *Syst Rev* 2015; 4(1).

34. Morton MJ, DeAugustinis ML, Velasquez CA, **Singh S**, Kelen GD. Developments in Surge Research Priorities: A Systematic Review of the Literature Following the Academic Emergency Medicine Consensus Conference, 2007-2015. *Acad Emerg Med*. 2015 ;22(11):1235-52.

35. *Shihab HM, Akande T, Armstrong K, **Singh S**, Loke YK. Risk of pancreatic adverse events associated with the use of glucagon-like peptide-1 receptor agonist and dipeptidyl peptidase-4 inhibitor drugs: A systematic review and meta-analysis of randomized trials. *World J Meta-Anal* 2015; 3(6): 254-283

36. Haut ER, Garcia LJ, Shihab HM, Brotman DJ, Stevens KA, Sharma R, Chelladurai Y, Akande TO, Shermock KM, Kebede S, Segal JB, **Singh S**. The Effectiveness of Prophylactic Inferior Vena Cava Filters in Trauma Patients: A Systematic Review and Meta-analysis. *JAMA Surg* 2014; 149(2):194-202

37. **Singh S**, Ambrosio M, Semini I, Tawil O, Saleem M, Imran M, Beyrer C. Revitalizing the HIV response in Pakistan: a systematic review and policy implications. *Int J Drug Policy* 2014;25(1):26-33.

38. Turner LW, Nartey D, Stafford RS, **Singh S**, Alexander GC. Ambulatory Treatment of Type 2 Diabetes Mellitus in the United States, 1997-2012. *Diabetes Care*. 2014;37(4):985-92

39. Yu T, Fain K, Boyd C, Varadhan R, Weiss CO, Li T, **Singh S**, Puhan MA. Benefits and harms of roflumilast in moderate to severe COPD. *Thorax* 2014; 69:616-22

Sonal Singh M.D., M.P.H

40. Turner RM, Kwok CS, Chen-Turner C, Maduakor CA, **Singh S**, Loke YK. Thiazolidinediones and associated risk of Bladder Cancer: a Systematic Review and Meta-analysis. *Br J Clin Pharmacol.* 2014 78(2):258-7

41. Goyal M, **Singh S,** Sibinga E, Gould NF, Rowland-Seymour A, Sharma R, Berger Z, Sleicher D, Maron D, Shihab HM, Ranasinghe PD, Linn S, Bass EB, Haythornthwaite JA. Meditation Programs for Psychological Stress and Well-being: A Systematic Review and Meta-analysis. *JAMA Intern Med.* 2014 174(3):357-68 (editorial by Gorroll. Moving towards Evidence Based Complementary Care)

42. Vu A, Adam A, Wirtz A, Pham K, Rubenstein L, Glass N, Beyrer C, **Singh S**. The Prevalence of Sexual Violence among Female Refugees in Complex Humanitarian Emergencies: a Systematic Review and Meta-analysis. *PLOS Currents Disasters.* 2014 Mar 18. Edition 1.

43. Wirtz AL, Pham K, Glass N, Loochkartt S, Kidane T, Cuspoca D, Rubenstein LS, **Singh S**, Vu A. Gender-based violence in conflict and displacement: qualitative findings from displaced women in Colombia. *Confl Health.* 2014; 8:10.

44. *Haar RJ, Footer KH, **Singh S**, Sherman SG, Branchini C, Sclar J, Clouse E, Rubenstein LS. Measurement of attacks and interferences with health care in conflict: validation of an incident-reporting tool for attacks on and interferences with health care in eastern Burma. *Conflict and Health.* 2014, 8:23.

45. Cavallazzi R, El-Kersh K, Abu-Atherah E, **Singh S**, Loke YK, Wiemken T, Ramirez J. Midregional proadrenomedullin for prognosis in community-acquired pneumonia: A systematic review. *Respir Med.* 2014 ;108(11):1569-1580.

46. Dorsey ER, Brocht AFD, Nichols PE, Darwin KC, Anderson KE, Beck CA, **Singh S**, Biglan KM, Shoulson I. Depressed mood and suicidality in individuals exposed to tetrabenazine in a large Huntington disease observational study. *Journal of Huntington's Disease* 2013; 2(4): 509-515.

47. Ter Riet G, Chesley P, Gross AG, Siebeling L, Muggensturm P, Heller N, Umbehr M, Vollenweider D, Yu T, Akl EA, Brewster L, Dekkers OM, Mühlhauser I, Richter B, **Singh S**, Goodman S, Puhan MA. All That Glitters Isn't Gold: A Survey on Acknowledgment of Limitations in Biomedical Studies. *PLoS One* 2013 ;8(11): e73623.

48. Wirtz AL, Glass N, Pham K, Rubenstein LS, **Singh S**, Vu A. Development of a screening tool to identify female survivors of gender-based violence in humanitarian settings: qualitative evidence from research among refugees in Ethiopia. *Conflict and Health* 2013, 7:13.

49. Loke YK, Ho R, Smith M, Wong O, Sandhu M, Sage W, **Singh S**. Systematic review evaluating cardiovascular events of the 5-alpha reductase inhibitor - Dutasteride. *J Clin Pharm Ther* 2013 38(5):405-15

50. Grosse Y, Loomis D, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, Guha N, Baan R, Mattock H, Straif K; International Agency for Research on Cancer Monograph Working Group. Collaborators: Stewart BW, Biggar RJ, Lachenmeier DW, **Singh S**, Tsuda H, Baguley B, Marques MM, Tseng CH, Knight TL, Beland FA, Betz JM, Carcache de Blanco EJ, Cunningham ML, Dunnick JK, Guo L, Jameson CW, Karagas M, Lunn RM, McCormick DL, Witt KL, Zhou S. Carcinogenicity of some drugs and herbal products. *Lancet Oncol.* 2013; 14(9):807-8.

19

Sonal Singh M.D., M.P.H

51. Maruthur NM, **Joy S**, Dolan J, Segal JB, Shihab HM, Singh S. Systematic assessment of benefits and risks: study protocol for a multicriteria decision analysis using the Analytic Hierarchy Process for comparative effectiveness research. *F1000 Research*. 2013 Jul 24; 2:160

52. Loke YK, **Singh S**. Risk of acute urinary retention associated with inhaled anticholinergics in patients with chronic obstructive lung disease: systematic review. *Therapeutic Advances in Drug Safety* 2013, 4: 19-26.

53. **Singh S**, Chang HY, Richards TM, Weiner JP, Clark JM, Segal JB. Glucagonlike Peptide 1-Based Therapies and Risk of Hospitalization for Acute Pancreatitis in Type 2 Diabetes Mellitus: A Population-Based Matched Case-Control Study. *JAMA Intern Med* 2013   28; 173:1843-4. (editorial by Peter Butler in JAMA Internal Medicine and Edwin Gale in the BMJ)

54. **Singh S**, Chang HY, Richards TM, Weiner JP, Clark JM, Segal JB. Thiazolidinedione use and risk of hospitalization for pneumonia in Type 2 Diabetes Mellitus: A Population-Based Matched Case-Control Study. *F1000Research* 2013 2:145.

55. Brotman DJ, Shihab HM, Prakasa KR, Kebede S, Haut ER, Sharma R, Shermock K, Chelladurai C, **Singh S**, Segal JB. Pharmacological and Mechanical Strategies for Preventing Venous Thromboembolism after Bariatric Surgery: A Systematic Review and Meta-analysis. *JAMA Surg* 2013 148(7):675-86.

56. Kebede S, Prakasa KR, Shermock K, Shihab HM, Brotman DJ, Sharma R, Chelladurai Y, Haut ER, **Singh S**, Segal JB. A systematic review of venous thromboembolism in patients with renal insufficiency, obesity, or on antiplatelet agents. *J Hosp Med* 2013 ;8(7):394-401.

57. *Chelladurai Y, Stevens KA, Haut ER, Brotman DJ, Sharma S, Shermock KM, Kebede S, **Singh S**, Segal JB. Venous thromboembolism in patients with traumatic brain injury: a systematic review. *F1000Research* 2013. May 29; 2:132.

58. **Singh S**, Loke YK, Enright P, Furberg CD. The pro-arrhythmic and pro-ischaemic effects of inhaled anticholinergics. *Thorax* 2013 68: 114-116.

59. Denizard-Thompson NR, **Singh S**, Stevens SR, Miller DP, Wofford JL. IPod™ technology for teaching patients about anticoagulation: a pilot study of mobile computer-assisted patient education. *Prim Health Care Res Dev* 2012 13: 42-7.

60. Treadwell JR, **Singh S**, Talati R, McPheeters ML, Reston JT. A Framework for "Best Evidence" Approaches in Systematic Reviews. *J Clin Epidemiol* 2012; 65: 1159-62.

61. Moore T, Glenmullen J, Maltsberger JT, Furberg CD, **Singh S**. Suicidal Behavior and Depression in Smoking Cessation Treatments. *PLOS One* 2011; 6: e27016.

62. Kwok CS, Yeong JK, Turner RM, Cavallazzi R, **Singh S**, Loke YK. Statins and associated risk of pneumonia: a systematic review and meta-analysis of observational studies. *Eur J Clin Pharmacol* 2012; 68(5): 747-55.

63. Moore T, **Singh S**, Furberg CD. The FDA and New Safety Warnings. *Archives of Internal Medicine* 2012 172:78-80.

64. Kwok CS, Arthur AK, Anibueze CI, **Singh S**, Cavallazzi R, Loke YK. Risk of Clostridium difficile Infection with Acid Suppressing Drugs and Antibiotics: Meta-Analysis. *Am J Gastroenterol* 2012; 107:1011-9 (with an editorial by Leontadis, Miller and Howden. How much do PPIs contribute to C difficile infection)

Sonal Singh M.D., M.P.H

65. **Singh S**, Pant SB, Dhakal S, Pokhrel S, Mullany LC. Human Rights Violations among Sexual and Gender Minorities in Kathmandu, Nepal: A qualitative investigation. *BMC International Health and Human Rights* 2012, 12:7

66. **Singh S**, Chang SM, Matchar DB, Bass EB. Chapter 7. Grading a body of evidence on diagnostic tests. *J Gen Intern Med.* 2012; 27: S47-55.

67. Treadwell JR, Uhl S, Tipton K, Shamliyan T, Vishwanathan M, Berkman ND, Sun X, Coleman CI, Elshaug AG, **Singh S,** Wang SY, Ramakrishnan R. Assessing equivalence and noninferiority. *J Clin Epidemiol* 2012; 65: 1144-9.

68. **Singh S**, Loke YK. Drug Safety Assessment in Clinical Trials: Methodologic Challenges and Opportunities. *Trials* 2012, 13: 138.

69. Puhan M, **Singh S**, Varadhan R, Weiss C, Boyd CM. Methods for Benefit and Harm Assessment in Systematic Reviews. *BMC Medical Research and Methodology* 2012, 12: 173.

70. Mills EJ, Wu P, Chong G, Ghement I, **Singh S**, et al. Efficacy and safety of statin treatment for cardiovascular disease: a network meta-analysis of 170,255 patients from 76 randomized trials. *Q J Med* 2011; 104: 109-24.

71. **Singh S**, Loke YK, Furberg CD. Long-term use of thiazolidinediones and the associated risk of pneumonia or lower respiratory tract infection: Systematic review and meta-analysis. *Thorax* 2011; 66: 383-388.

72. Bennett WL, Maruthur NM, **Singh S**, et al. Comparative effectiveness and safety of medications for Type 2 Diabetes: An update including new drugs and two drug combinations. *Annals of Internal Medicine* 2011; 154: 602-13. Copublished with linked AHRQ report:

73. Loke YK, Kwok CS, **Singh S**. Comparative Cardiovascular Effects of Thiazolidinediones: A systematic review and meta-analysis of observational studies. *BMJ* 2011; 342: d1309.

74. Loke YK, Cavallazi R, **Singh S**. Risk of fractures with inhaled corticosteroids in COPD: systematic review and meta-analysis of randomized controlled trials and observational studies. *Thorax* 2011; 66: 699-708.

75. Miller DP Jr, Spangler JG, Case LD, Goff DC Jr, **Singh S**, Pignone M. Effectiveness of a Web-Based Colorectal Cancer Screening Patient Decision Aid:  A Randomized Controlled Trial in a Mixed Literacy Population. *Am J Prev Med* 2011; 40: 608-15.

76. Li T, Puhan MA, Vedula SS, **Singh S**, et al. Network meta-analysis-highly attractive but more methodological research is needed. *BMC Medicine* 2011; 9: 79.

77. **Singh S**, Loke YK, Enright P, Furberg CD. Mortality Associated with Tiotropium Respimat® in Patients with Chronic Obstructive Pulmonary Disease- A Systematic Review and Meta-Analysis of Randomized Controlled Trials. *BMJ* 2011; 342: d3215. (with an editorial by Chris Cates Safety of Tiotropium)

78. **Singh S**, Loke YK, Spangler JG, Furberg CD. Risk of serious adverse cardiovascular events with Varenicline: A Systematic Review and Meta-Analysis of Randomized Controlled Trials. *CMAJ* 2011; 1831359-66. (with an editorial by JT Hays. Varenicline for smoking cessation. Is it a heartbreaker?)

Sonal Singh M.D., M.P.H

79. Loke YK, Kwok CS, **Singh S**. Risk of myocardial infarction and cardiovascular death associated with inhaled corticosteroids in COPD: a systematic review and meta-analysis. *Eur Respir J* 2010; 35: 1003-1021.

80. Navaneethan S, **Singh S**, Appasamy S, et al. Sodium bicarbonate therapy for prevention of contrast-induced nephropathy- A systematic review and meta-analysis. *AJKD* 2009; 53: 617-627.

81. Loke YK, **Singh S**, Furberg CD. Long-term use of thiazolidinediones and fractures in type 2 diabetes: Systematic Review. *CMAJ* 2009; 180: 32-39. (with an editorial by Lipscombe. Thiazolidinediones: Do harms outweigh benefits?)

82. **Singh S**, Amin A, * Loke YK. Long-term use of inhaled corticosteroids and risk of pneumonia in COPD: A meta-analysis. *Archives of Internal Medicine* 2009; 169: 219-229.

83. Attanayake V, Mckay R, Joffres M, **Singh S**, Burkle Jr F, Mills E. Prevalence of mental disorders among children exposed to war: a systematic review of 7920 children. *Medicine Conflict and Survival* 2009; 25: 4-19.

84. Loke YK, Jeevanantham V*, **Singh S**. Bisphosphonates and atrial fibrillation: systematic review and meta-analysis. *Drug Safety* 2009; 32: 219-228.

85. Boyd M, Watkins F, **Singh S**, Haponik E, Chatterjee A, Conforti J, Chin Jr R. Prevalence of flexible bronchoscopic removal of foreign bodies in the advanced elderly. *Age and Ageing* 2009; 38: 396-400.

86. Loke YK, Trivedi A, **Singh S**. Meta-analysis: Gastrointestinal bleeding due to interaction between Selective Serotonin Reuptake Inhibitors and Non-Steroidal Anti-inflammatory drug. *Alimentary Pharmacol Ther* 2008; 27: 31-40.

87. Mills E, **Singh S**, Roach B, Chong S. Prevalence of mental disorders and torture among Bhutanese refugees in Nepal: A systematic review and its policy implications. *Medicine, Conflict and Survival* 2008; 24: 5-16.

88. Chaukiyal P, Nautiyal A, Radhakrishnan S, **Singh S**, Navaneethan S. Thromboprophylaxis in cancer patients with central venous catheters: A systematic review and meta-analysis. *Thromb Haemost* 2008; 99: 38-43.

89. Wofford JL, Wells M, **Singh S**. Best Strategies for Patient Education Regarding Anticoagulation with Warfarin: A systematic review. *BMC Health Services Research* 2008; 8: 40.

90. Navaneethan SD, Adoulat S, **Singh S**. A systematic review of patient and health system characteristics associated with late referral in chronic kidney disease. *BMC Nephrology* 2008;9: 3.

91. **Singh S**, Loke YK. Furberg CD. Inhaled anticholinergics and the risk of major adverse cardiovascular events in patients with chronic obstructive pulmonary disease: A systematic review and meta-analysis. *JAMA* 2008; 300: 1439-1450. (CME Article in JAMA)

92. Mills EJ, Checchi F, Orbinski JJ, Schull MJ, Burkle Jr FM, Beyrer C, Cooper C, Hardy C, **Singh S**, et al. Users' guides to the medical literature: how to use an article about mortality in a humanitarian emergency. *Confl Health* 2008; 30: 9.

93. **Singh S**, Kumar A. Wernicke encephalopathy after bariatric surgery: A systematic review. *Neurology* 2007; 68: 807-11.

Sonal Singh M.D., M.P.H

94. **Singh S**, Sharma SP, Mills E, Poudel KC, Jimba M. Conflict Induced Internal Displacement in Nepal. *Medicine Conflict and Survival* 2007; 23: 103-110.

95. **Singh S**, Loke YK, Furberg CD. Thiazolidinediones and heart failure: A Teleo-Analysis. *Diabetes Care* 2007; 30: 2148-2153.

96. Beyrer C, Villar JC, Suwanvanichkij V, **Singh S**, Baral SD, Mills EJ. Neglected Diseases, Civil Conflicts and the Right to Health. *Lancet* 2007; 370: 619-627.

97. **Singh S**, Loke YK, Furberg CD. Long-term risk of cardiovascular events with rosiglitazone: A systematic review and meta-analysis. *JAMA* 2007; 298: 1189-1195. (with an editorial by DH Solomon and Winkelmeyer. Cardiovascular risk and the Thiazolidinediones déjà vu all over again?)

98. Mills EJ, **Singh S**. Health, Human Rights and the conduct of research within oppressed populations. *Global Health*. 2007; 3: 10.

99. Mills E Cooper C, Wu P, Rachlis B, **Singh S**, Guyatt GH. Randomized trials stopped early for harm in HIV/AIDS: A systematic survey. *HIV Clinical trials*; 2006; 7: 24-33.

100. Mills E, **Singh S**, Wilson K et al. The Challenges of involving traditional healers in HIV/AIDS care. *Int J STD & AIDS* 2006; 17: 360-363.

101. **Singh S**, Bøhler E, Dahal K, Mills E. The state of child health and human rights in Nepal. *PLoS Med* 2006 3; 7: e203

102. Mills EJ, **Singh S**, Zwi A, Nelson B, Nachega JB. The impact of conflict on HIV/AIDS in Africa. *Int J STD AIDS* 2006; 17: 713-717.

103. Mills E, Nixon S, **Singh S**, Dolma S, Nayyar A, Kapoor S. Enrolling women into HIV vaccine trials: An ethical imperative but a logistical challenge. *PloS Med* 2006: 3: e94.

104. Dolma S, **Singh S**, Lohfield L, Orbinski J, Mills E. Dangerous Journey: Documenting the Experience of Tibetan Refugees. *AJPH* 2006; 96: 2061-2064.

105. Wofford JL, **Singh S**. Exploring the Educational Value of Clinical Vignettes from the SGIM National Meeting in the Internal Medicine Clerkship: A Pilot Study. *JGIM* 2006; 21: 1195-1197.

106. Navaneethan SD, **Singh S**. A systematic review of barriers in access to renal transplantation among African Americans in the United States. *Clin Transplant* 2006; 20: 769-775.

107. Mills E, Nachega JB, Buchan I, Attaran A, Orbinski J, **Singh S** et al. Adherence to Antiretroviral therapy in Africa versus North America: A comparative meta-analysis. *JAMA* 2006; 296: 679-690.

108. Mills E, Nachega JB, Bangsberg D, **Singh S**, Rachlis B, Wu P, et al. Adherence to antiretroviral therapy: a systematic review and meta-analysis examining developed and developing nation patient-reported barriers and facilitators. *PLoS Med* 2006; 3: e438.

109. **Singh S**, Loke YK. Statins and pancreatitis: A systematic review of observational studies and spontaneous case reports. *Drug Saf* 2006; 29: 1123-32.

110. **Singh S**, Mills E, Dahal K. Nepal's war on Human Rights: A summit higher than Everest. *Int J Equity Health*. 2005; 4: 9.

111. **Singh S**, Mills E. Honeyman SW, Suvedi BK, Pant NP. HIV in Nepal: Is the conflict fueling the epidemic? *PLoS Med*. 2005; 2: e 216.

23

Sonal Singh M.D., M.P.H

112. Mills EJ, Rachlis B, Wu P, Wong E, Heise L Wilson K, **Singh S**. Media reporting of Tenofovir trials in Cambodia and Cameroon. *BMC International Health and Human Rights* 2005; 5: 6.

113. Mills E, **Singh S**, Holtz T, Santa-Barbara J, Chase R, and Orbinski J. Prevalence of serious mental disorders among Tibetan refugees: A systematic review. *BMC International Health and Human Rights* 2005; 5: 7.

114. **Singh S**, Dolan JG, Centor RM. Optimal clinical management of Sore throat: A multi-criteria decision analysis. *BMC Medical Decision-Making* 2005:6; 14.


*Accepted*
None
*Books and monographs*

1. **Singh S**, Fouyazi H, Anzuoni K, Goldman L, Min JY, Griffin M, Grijalva CG, Morrow JA, Whitmore C, Leonard CE, Selvan M, Nair V, Zhou Y, Toh S, Petrone A, Williams J, Fazio-Eynullayeva E, Swain R, Cole DT, Andrade S. Diagnostic algorithms for cardiovascular death in administrative claims databases. A systematic review 2018. Sentinel Report. Prepared for the Food and Drug Administration.

2. Some drugs and herbal products / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans (2013: Lyon, France) (IARC monographs on the evaluation of carcinogenic risks to humans; volume 108). Published by the International Agency for Research on Cancer, 150 cours Albert Thomas, 69372 Lyon Cedex 08, France ©International Agency for Research on Cancer, 2015 On-line publication, 15 September 2015.

3. Maruthur NM, Joy S, Dolan J, Segal JB, Shihab HM, **Singh S**. Systematic assessment of benefits and risks: A multicriteria decision analysis using the Analytic Hierarchy Process for comparative effectiveness research. FDA report 2013

4. Beyrer C, **Singh S**, Ambrosio M, Semini I. Revitalizing the HIV response in Pakistan: a systematic review and policy recommendations. World Bank, 2012.

5. Beyrer C, **Singh S**, Sudarshi D. Neglected tropical diseases, conflict and the right to health: A2, pgs 132- 155 in The Causes and Impacts of Neglected Tropical and Zoonotic Diseases: Opportunities for Integrated Intervention Strategies: Workshop Summary. Editors Eileen R. Choffnes and David A. Relman, Rapporteurs; Forum on Microbial Threats; Institute of Medicine ISBN 978-0-309.

6. Goyal M, **Singh S**, Sibinga EMS, Gould NF, Rowland-Seymour A, Sharma R, Berger Z, Sleicher D, Maron DD, Shihab HM, Ranasinghe PD, Linn S, Bass EB, Haythornthwaite JA. Meditation Programs for Psychological Stress and Well-being: Comparative Effectiveness Review No. 124 (Prepared by The Johns Hopkins University Evidence-based Practice Center, under Contract No. 290-2007-100061-1.) AHRQ Publication No. 13 (14)-EHC116-EF. Rockville, MD: Agency for Healthcare Research and Quality. January 2014

7. **Singh S**, Haut ER, Brotman DJ, Sharma R, Chelladurai Y, Shermock KM, Kebede S, Stevens KA, Prakasa KR, Shihab HM, Akande TO, Zeidan AM, Garcia LJ, Segal JB. Comparative Effectiveness of Pharmacologic and Mechanical Prophylaxis of Venous Thromboembolism Among Special Populations. Comparative Effectiveness Review No. 116. (Prepared by The

Sonal Singh M.D., M.P.H

Johns Hopkins University Evidence-based Practice Center, under Contract No. HHSA 290 2007 10061 I). AHRQ Publication No. 13-EHC082-1 Rockville, MD: Agency for Healthcare Research and Quality. May 2013

8. Puhan MA, **Singh S**, Weiss CO, Varadhan R, Sharma R, Boyd CM. Evaluation of the Benefit and Harm of Aspirin for Primary Prevention of Cardiovascular Events: A Comparison of Quantitative Approaches. Methods Research Report. (Prepared by the Johns Hopkins University Evidence-based Practice Center under Contract No. 290-2007-10061-I). AHRQ Publication No. 12(14)-EHC149-EF. Rockville, MD: Agency for Healthcare Research and Quality; November 2013.

9. Boyd CM, **Singh S**, Varadhan R, Weiss CO, Sharma R, Bass EB, Puhan MA. Methods for Benefit and Harm Assessment in Systematic Reviews. Methods Research Report. (Prepared by the Johns Hopkins University Evidence-based Practice Center under Contract No. 290-2007-10061-I). AHRQ Publication No. 12(13)-EHC150-EF. Rockville, MD: Agency for Healthcare Research and Quality; November 2012.

10. Treadwell JR, **Singh S**, Talati R, McPheeters ML, Reston JT. A Framework for "Best Evidence" Approaches in Systematic Reviews [Internet]. Rockville (MD): Agency for Healthcare Research and Quality (US); 2011 Jun. Report No: 11-EHC046-EF. AHRQ Methods for Effective Health Care.

11. Treadwell J, Uhl S, Tipton K, **Singh S**, Santaguida L, Sun X, Berkman N, Viswanathan M, Coleman C, Shamliyan T, Wang S, Ramakrishnan R, Elshaug A. Assessing Equivalence and Noninferiority. Methods Research Report. (Prepared by the EPC Workgroup under Contract No. 290-2007-10063.) AHRQ Publication No. 12-EHC045-EF. Rockville, MD: Agency for Healthcare Research and Quality, June 2012.

12. **Singh S**, Chang SM, Matchar DB, Bass EB. Grading a body of evidence on medical tests. AHRQ Publication No 12-EHC079-EF. Chapter 7 of the Methods Guide for Medical Test Reviews. 2012 (AHRQ Publication No 12-EHC017). Rockville, MD: Agency for Health Care Research and Quality; June 2012.

13. Bennett WL, Wilson LM, Bolen S, Maruthur N, **Singh S**, et al. Oral Diabetes Medications for Adults with Type 2 Diabetes. An Update. Comparative Effectiveness Review No. 27. (Prepared by Johns Hopkins Evidence-Based Practice Center under Contract No. 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.) AHRQ Publication No. 11-EHC038. Rockville, MD: Agency for Healthcare Research and Quality, March 2011.

14. Khagendra Dahal* and **Sonal Singh**. "Primary Prevention-Acting on Human Rights in Nepal" in Peace Through Health; How health professionals can work for a less violent world" by Neil Arya & Joanna Santa Barbara. 187-188. @ 2008 Kumarian Press.

### *Editorials and other scholarly material in peer reviewed journals*

1. **Singh S**. Nautiyal A. Fluoroquinolones increase the risk of aortic aneurysms and aortic dissection? *JACC* 2018: 72 (12): 1379-81

2. **Singh S.** The safety of generic prescription drugs in the United States. *Drug Safety* 2018; 45 (4):325-328.

3. **Singh S**. Valproate use during pregnancy was linked to autism spectrum disorder and childhood autism in offspring.  *ACP Journal Club* 2013; 159: JC13-4.

Sonal Singh M.D., M.P.H

4. **Singh S**. Segal JB. Thiazolidinediones and macular edema: Comment on Thiazolidinediones and macular edema in type 2 diabetes. *Archives of Internal Medicine*. 2012. 172: 1011-3.

5. **Singh S**. Furberg CD. Inhaled anticholinergics for chronic obstructive pulmonary disease: comment on "inhaled anticholinergic drug therapy and the risk of acute urinary retention in chronic obstructive pulmonary disease." *Archives of Internal Medicine* 2011; 171: 920-2.

6. **Singh S**. Daily use of Aspirin reduces long-term risk of death due to some cancers. *ACP Journal Club* 2011; 154: JC3-2.

7. **Singh S**, Furberg CD. Review: Calcium supplements increase risk of myocardial infarction. *Evid Based Med* 2010; 15: 181.

8. **Singh S**, Furberg CD.  Thiazolidinediones and Cardiovascular Outcomes in Type 2 Diabetes. *Heart* 2009; 95: 1-3.

9. **Singh S**. Clinical Research in Emerging Countries. Third Annual Marcus Evans Conference *IDrugs* 2008; 11: 724-727.

10. **Singh S**, Trivedi A. Spontaneous reports as evidence of Adverse Drug Reactions. *South Med J*. 2008; 101: 16.

11. **Singh S**, Orbinski J, Mills EJ. Conflict and Health: A paradigm shift in global health and human rights. *Conflict and Health* 2007, 1: 1.

12. **Singh S**. Nautiyal A. Secondary hypertension due to drugs and toxins: A challenge for research on harm. *South Med J.* 2007; 100: 665-666.

13. **Singh S**. Hydralazine-induced lupus. *South Med J* 2006; 99: 6-7.

14. **Singh S**. Amiodarone-induced alveolar hemorrhage *South Med J* 2006; 99: 329-30.

15. **Singh S** Angiotensin-converting enzyme inhibitor-induced acute pancreatitis: in search of the evidence. *South Med J* 2006; 99: 1327-1328.

16. **Singh S**. Wooltorton E. Increased mortality among elderly patients with dementia using atypical antipsychotics. *CMAJ* 2005 173; 3: 252.

17. **Singh S**. The Stone Circle. *CMAJ* 2005; 172: 522.

18. **Singh S**. Tears from the Land of Snow: Health and Human Rights in Tibet. *Lancet* 2004; 364: 1009.


**Publication of Educational Materials**
*Peer-reviewed educational publications*

1. **Singh S**. Type 2 diabetes pharmacoepidemiology update 2014: safety versus efficacy. *Curr Diab Rep*. 2014; 14(12):563.

2. Chelladurai Y*, **Singh S**. Varenicline and cardiovascular events: a perspective review. *Therapeutic Advances in Drug Safety* 2014; 1-6: doi 10.1177/2042098614530421.

3. Beasley R, **Singh S**, Loke YK, Enright P, Furberg CD. Call for worldwide withdrawal of tiotropium Respimat mist inhaler. *BMJ* 2012; 345: e7390.

4. Loke YK, **Singh S**. Risks associated with tiotropium in chronic obstructive pulmonary disease: overview of the evidence to date. *Therapeutic Advances in Drug Safety* 2012; 3: 123–31

Sonal Singh M.D., M.P.H

5. Cavalazzi R, **Singh S**. Inhaled corticosteroids in Chronic Obstructive Pulmonary Disease: How serious is the risk of pneumonia and should it impact use of ICS in COPD. *Current Infectious Disease Reports*. 2011; 13: 296-301.

6. Lexchin J, Arya N, **Singh S**. Gardasil – The New HPV Vaccine: The Right Product, the Right Time? A Commentary. *Healthcare Policy* 2010; 5: 26-36.

7. Cavalazzi R, **Singh S**. Inhaled corticosteroids in Chronic Obstructive Pulmonary Disease: How serious is the risk of pneumonia and should it impact use of ICS in COPD. *Current Infectious Disease Reports*. 2011; 13: 296-301.

8. **Singh S**, Loke YK. A critical analysis of the benefits and drawbacks of inhaled corticosteroids in chronic obstructive pulmonary disease. *International Journal of COPD* 2010; 5: 189-195.

9. **Singh S**, Loke YK. Risk of pneumonia associated with long-term use of inhaled corticosteroids in COPD: A critical review and update. *Current Opinion in Pulmonary Medicine* 2010; 16: 118-122

10. Mills EJ, Ford N, **Singh S**, Eyawo O. Providing Antiretroviral Care in Conflict Settings. *Current HIV/AIDS Report* 2009; 6: 201-9.

11. **Singh S**, Loke YK. Thiazolidinediones and cardiovascular disease- Balancing Benefit and Harm. *Geriatrics and Aging* 2008; 11: 29-35.

12. Orbinski J, Beyrer C, **Singh S**. Violations of human Rights: health practitioners as witnesses. *The Lancet* 2007; 370: 698-704.

13. **Singh S**, Morrell P.  What caused Buddha's death? *Ars Medica* 2006; 79-84.

14. Mills EJ, Robinson J, Attaran A, Clarke M, **Singh S**, Upshur RE, Hermann KJ Jr, Yusuf S. Sharing evidence on humanitarian relief. *BMJ* 2005; 331: 1485-6.

15. Mills E, **Singh S**, Warren M, Orbinski J, Upshur RE. Designing research in vulnerable populations: lessons from HIV prevention trials that stopped early. *BMJ* 2005; 331: 1403-1406.

16. **Singh S**. Empathy: Lost or found in medical education? The Learning Curve *MedGenMed* 2005; 7: 3

17. **Singh S**. Impact of long-term political conflict on population health in Nepal. *CMAJ* 2004; 171: 1499-1501.

*Peer reviewed Case Reports*

1. *Chaukiyal P, **Singh S**, Woodlock T, Dolan JG, Bruner K. Intravascular large B cell lymphoma with multisystem involvement. *Leuk Lymphoma* 2006; 47: 1688-90.

2. Navaneethan SD, Kannan VS, Osowo A, Shrivastava R, **Singh S**. Concomitant intracranial aneurysm and carotid artery stenosis: A therapeutic dilemma. *South Med J.* 2006, 99: 757-8.

3. **Singh S**, Rajpal C, Nannapaneni S, Venkatesh S. Iopamidol myelography-induced seizures. *MedGenMed* 2005: 7: 11.

4. Nautiyal A, **Singh S**, Parmeswaran G, DiSalle M. Hepatic dysfunction in a patient with Plamodium vivax infection. *Med Gen Med* 2005: 7: 1.

5. Navaneethan SD, **Singh S**, Choudhry W. Nodular glomerulosclerosis in non-diabetic patients: Case report and literature review. *J Nephrol* 2005: 18: 613-615.

6. Nautiyal A, **Singh S**, DiSalle M, O'Sullivan J. Painful Horner syndrome as a silent harbinger of carotid dissection. *PloS Med* 2005; 80: 136-137.

Sonal Singh M.D., M.P.H

7. **Singh S**, Nautiyal A, Dolan JG. Recurrent acute pancreatitis possibly induced by atorvastatin and rosuvastatin. Is statin-induced pancreatitis a class effect? *JOP* 2004; 5: 502-504.

8. **Singh S**, Srivastava R, Das V. Formulary Conversion Programs: The need for patient-specific risk assessment. *MedGenMed* 2004; 6: 28.

*Correspondence*

1. **Singh S**, Suchard MA. Pioglitazone Use and Risk of Bladder Cancer. *JAMA*. 2015 Dec 15; 314(23):2567-8.

2. **Singh S**, Loke YK, Furberg CD. Outpatient management of severe COPD. *NEJM* 2010; 363: 493.

3. **Singh S**, Loke YK. Inhaled corticosteroids: a controversial add-on treatment in COPD. *ERJ* 2010; 36:1-1.

4. **Singh S**, Loke YK, Furberg CD. Tiotropium in Chronic Obstructive Pulmonary Disease *NEJM* 2009; 360: 185-187.

5. Loke Y, **Singh S**. Inhaled Corticosteroids in Patients with Chronic Obstructive Pulmonary Disease. *JAMA* 2009; 301: 1432.

6. Toney JH, Fasick JI, **Singh S**, Beyrer C, Sullivan DJ Jr. Purposeful learning with drug repurposing. *Science* 2009; 325: 1339-40.

7. Serra A, Sechi G, **Singh S,** Kumar A. Wernicke encephalopathy after obesity surgery: a systematic review. *Neurology* 2007; 69: 615.

8. **Singh S**, Arya N, Mills E, Holtz T, Westberg G. Free medical students and doctors detained in Nepal. *Lancet* 2006; 367: 1730.

9. **Singh S**. Where next for China? Rising inequalities in health and wealth are greatest challenge. *BMJ* 2006; 333: 499.

10. Mills E, **Singh S**, Orbinski J, Burrows D. The HIV/AIDS epidemic in Cambodia, The *Lancet Infectious Diseases* 2005; 5: 596-597.

11. **Singh S**. Nautiyal A. Neurological complications of bariatric surgery. *Mayo Clinic Proceedings.* 2005; 80:134-137.

12. **Singh S**. Nepal's war and conflict-sensitive development. *PLOS Med*. 2005:2(1): e19.

13. **Singh S**, Dolan JG. Diagnosis and treatment of Group A pharyngitis strep. *Am Fam Physician*. 2005:71:1064.

14. **Singh S**. Drug-induced pancreatitis might be a class effect of statin drugs. *JOP* 2005; 6: 380.

15. **Singh S**.  Special issue on South Asia: focus will be on Asia. *BMJ* 2004; 328: 288.

16. **Singh S**. Letter from the Himalayas. *CMAJ* 2004; 171:309-10.

17. **Singh S**. Post-traumatic stress in former Ugandan child soldiers. *Lancet* 2004; 63: 1648.

18. **Singh S**. Post-Immigrant Refugee Medicine: Children's needs should not be seen in isolation. *BMJ* 2004; 329: 742.

19. **Singh S**. Social and economic justice: the road to health. *CMAJ* 2004; 171: 1021.

***Development of major curricular offerings.***

Sonal Singh M.D., M.P.H

2 credit Course for MD and MPH in comparative effectiveness research for the Johns Hopkins ICTR                                                                                              2015-2016

Sonal Singh M.D., M.P.H

Sonal Singh MD, MPH received his MD from Patna Medical College India (1999). He completed internal medicine residency training at Unity Health System, affiliate of Strong Memorial Hospital Rochester, NY. (American Board of Internal Medicine 2005) He obtained an MPH from Johns Hopkins Bloomberg School of Public Health (2008) and completed subsequent research training at the Johns Hopkins Hospital (2012) as a Junior Faculty Research Scholar supported by the National Institute of Health.  He was the Associate Director for the Center for Drug Safety and core faculty Evidence Based Practice Center and the Center for Public Health and Human Rights at Johns Hopkins University. He has taught and held faculty appointments at Wake Forest University School of Medicine and Johns Hopkins University. He has received numerous awards including the Senior Scholarship Award from the Unity Health System (2005), Tinsley R Harrison Teaching Award for Education at Wake Forest University in 2007,  Master Teacher Award at Wake Forest University (2008), Mid-Atlantic Society of General Internal Medicine Clinician Investigator of the Year Award ( 2010), the Bruce P Squires Award for the best research paper of the year from the Canadian Medical Association Journal (2011) and the third best student abstract award from the International Society of Pharmacoepidemiology (2013).  He conducts clinical research with a focus on evidence synthesis, drug safety and shared decision making. Dr Singh has conducted research in several countries and has published more than 150 academic manuscripts to advance research and clinical care. His research efforts have been supported by the NIH, FDA, Agency for Health Care Research and Quality and the Patient Centered Outcome Institute and various private foundations. His research has been published in *Science, NEJM, Journal of the American Medical Association, Annals of Internal Medicine, Lancet and the British Medical Journal*, and featured in various outlets including Nature Medicine, NYTIMES, CNN, Washington Post and the Wall Street Journal. He currently serves on the editorial board of the *Evidence Based Medicine Journal* published by the BMJ, as a panel member of the American College of Chest Physician guideline writing group, and  American College of Physicians Health Policy committee (Massachusetts chapter) He has served as a consultant to the World Bank, World Health Organization International Agency for Research Cancer, the Agency for Health Care Research and Quality, pharmaceutical sponsors and research firms and several non-governmental organizations. He is a practicing general internist with a passion for managing patients with complex medical conditions.

30

**EXHIBIT B**

**Trial Testimony**

I have not provided trial testimony.

**Expert deposition (last 5 years)**

1. US District Court of South Carolina, Charleston; *In Re Lipitor (Atorvastatin Calcium) marketing, sales practices and products liability litigation*, MDL No. 2:14-mn-02502-rmg, April 28, 2015; supplementary deposition, in 2016.

2. US States District Court, Eastern District Court of California; *Kristi Lauris Individually and as Successor in Interest to the Estate of Dainis Lauris; vs Defendants Novartis AG*, Case No. 1:16 cv 00393 –LJO-SAB. Case 2:17-cv-14302-RLR Document 49 Entered on FLSD Docket, 2017.

3. Circuit Court of Camden County, Missouri; *Grace Arlene Rahmoeller v. Walmart Stores, Inc. and Nicholas B. Collins*, Case No.: 15CM-CC00238, April 16, 2018.

4. US District Court, Southern District of Florida, *Dennis McWilliams and Lori McWilliams v. Novartis AG and Novartis Pharmaceuticals Corp.*, Case No. 17-14302, May 2, 2018.

5. *Mary Brufett and Jefferey Brufett, vs Iskra Pusic, MD, Keith E. Stocker Goldstein and Washington University*, Cause No 1622-CC01117 (Division 8), May 10, 2018.

6. US District Court Northern District of California, San Francisco Division; *In Re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*, Civil Case  No.:  3:16-md-02691-RS, MDL No. 2691, August 9, 2018.

1

# Exhibit 11

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |
| *THIS DOCUMENT RELATES TO ALL CASES* | |

## RULE 26 EXPERT REPORT OF
## ELLEN BLAIR SMITH, MD

Date:   November 16, 2018

Ellen Blair Smith, MD

As a physician who specializes in the treatment of women with cancer (including ovarian cancer), I was asked to provide professional opinions on the question of whether the genital use of talcum powder products can cause ovarian cancer. I was also asked, if I found this to be the case, to further provide opinions on the biological mechanism(s) for this effect.

## BACKGROUND AND QUALIFICATIONS

My name is Ellen Blair Smith. My attached CV reports my education and medical training. I practiced gynecologic oncology in Charlottesville, Virginia from July 1984 until February 1987 as an assistant professor at the University of Virginia. I then left academic medicine to open my own private practice of gynecologic oncology in Austin, Texas. That practice involved care of women known or suspected to have gynecologic cancers and continued for more than 28 years. During these years, I was responsible for all aspects of the care of hundreds of women with epithelial ovarian cancer. That care involved diagnosis, preoperative, surgical, and postoperative care, chemotherapy selection and administration and post-treatment care and surveillance. All too often post-treatment surveillance led to the diagnosis of recurrent cancer and the treatment cycle resumed. All too often, after months or years (up to 21 years of care for one patient), I provided end-of-life care for my patients.

My dissatisfaction with the inadequacies of screening systems to detect ovarian cancer early led me to follow enthusiastically the discoveries of genes that increase the risk of ovarian cancer and to aggressively promote the detection of such genes. Before these tests were commercially available, I worked with geneticist-physicians at the University of Pennsylvania and Duke University to detect these genes in my patients with ovarian cancer and their daughters. I was an early advocate of risk-reducing salpingooophorectomy and lectured throughout Texas by invitation of the Texas Medical Association. In 2004, Myriad Genetics (which had patented the BRCA test) asked me to be its first gynecologic oncologist speaker. Until roughly 2011, I delivered many lectures to gynecologic colleagues throughout the US.

In November 2001, I took a leave of absence and moved to Paris, France, with my children while my husband pursued a Guggenheim fellowship there. While there, I returned to the US to attend the Society of Gynecologic Oncologists to hear the latest research in ovarian cancer presented. I also attended a European Cancer conference in Paris and was excited to first hear the results of the Scottish Randomised Trial in Ovarian Cancer (SCOTROC), a large international randomized trial comparing two different chemotherapy regimens for the treatment of epithelial ovarian cancer ovarian cancer trial in which I enrolled patients. I returned to my practice in August of 2002.

To enhance the end of life care of my gynecologic oncology patients, I pursued further education in Hospice and Palliative Care, passing the written examination to become board certified in 2010. I retired from my gynecologic oncology practice in December of 2015. In April of 2017, I returned to patient care as medical director of Halcyon Home Hospice. In my role with a hospice organization, I continue to care for patients with ovarian and other cancers.  My CV is attached as Exhibit A.

## METHODOLOGY

In preparing this report, I began with a comprehensive review of the medical literature. I relied on PubMed searches on many topics, including talc and ovarian cancer, as well as searched authors. I then read many of the references of the articles cited in those papers. I sometimes followed this research with searches on Google or Google Scholar on the same subjects to assure that I had found all relevant references. This literature included epidemiological studies, review articles, mechanistic articles and opinion articles on this topic and related subjects. I additionally reviewed information, including Johnson & Johnson and Imerys company documents that I either requested or considered relevant to my opinions. These were provided by plaintiffs' attorneys. Finally, I drew on my own educational resources, as well as my education, training, and experience caring for patients with ovarian cancer This is the same methodology and scientific rigor that I have used regularly in my professional career and clinical practice, to explore and understand a topic of interest.

## OVERVIEW OF OVARIAN CANCER

Cancers of the ovary may arise from the epithelium/mesothelium covering the ovary, called epithelial ovarian cancer (EOC); from the oocytes of the ovary, called germ cell tumors; or, more rarely, from the hormone-producing cells of the ovary, the sex cord-stromal tumors. This report addresses EOC, the type of ovarian cancer associated with talcum powder exposure.

### *Pathogenesis*

The history as to the origin of ovarian cancer must be divided into before 2008 and after 2008. Before 2008, incessant ovulation and the repair of the monthly breaks in ovarian surface epithelium was believed to be responsible for EOC. (Fathalla 1971). That more DNA errors would be generated with more ovulation defects made intuitive sense and seemed to be supported by the epidemiologic evidence of higher parity (ovulation free windows) decreasing risk of EOC (La Vecchia 2017). Furthermore, the first generation of high estrogen oral contraceptives that blocked ovulation also decreased ovarian cancer. (Havrilesky et al. 2013) Levanon proposed that EOC is, in fact, two different diseases with two etiologies; the premalignant state of Type II was, as yet, unidentified. Budding molecular data support this division. (Levanon, Crum, and Drapkin 2008).

Until 2008, EOC was thought distinct from fallopian tube cancer and primary peritoneal cancer. While the cell of origin for all these cancers appears similar, many papers were published and conventions defined to separate them. The pioneering work of scientists/physicians at Brigham and Women's and the Dana Farber revealed that many EOCs arise in the fallopian tube and metastasize to the ovary and/or peritoneum, at least in women who harbor genetic homologous repair defects. (Levanon, Crum, and Drapkin 2008). Both Fathalla and the researchers at Brigham and Women's have updated and more clearly defined their hypotheses in light of the increased role of fallopian tube epithelium in EOC and growing molecular data. (Levanon, Crum, and Drapkin 2008; Fathalla 2013). Dubeau and Drapkin include and support the role of extrauterine Mullerian epithelium, as well as tubal and ovarian epithelium, in their hypotheses of pathogenesis of EOC. (Dubeau and Drapkin 2013). For our purposes, we consider epithelial

cancers of the ovary, fallopian tubes, and peritoneum to be a single entity. All are associated with talcum powder usage

The quest for a molecular understanding of the ways EOC arise is ongoing, but has also been described extensively.  There are certain factors that can initiate the cascade of DNA changes that cause unregulated proliferation, acquisition of more DNA damage, and inhibition of programmed cell death (apoptosis) - the normal fate of abnormal cells in a healthy system. For example, loss of TP53 (a gene essential for regulating cell division and preventing tumor formation), function has been shown to appear early in the genesis of serous EOC. (Chien et al. 2015).

### Risk Factors

Generally accepted risk factors for EOC, in addition to talcum powder and asbestos, include inherited gene mutations, family history, obesity, nulliparity, advanced age, history of endometriosis, infertility, polycystic ovarian syndrome, intrauterine devices, pelvic inflammatory disease, early menarche and late menopause. Additionally, there are factors that are recognized as protective. These include tubal ligation/sterilization (TS), oral contraceptive use, salpingectomy, salpingo-oophorectomy, hysterectomy, and breast feeding.  (Hunn and Rodriguez 2012; Mallen, Townsend, and Tworoger 2018; Park et al. 2018; Folkins et al. 2018).  Risk factors are not mutually exclusive. They can be cumulative, additive, and synergistic. (Vitonis, Titus-Ernstoff, and Cramer 2011; S. Wu et al. 2018).

Inherited gene mutations, such as BRCA-Fanconi anemia pathway and Lynch syndrome mismatch repair genes, are discussed in another section.

The Ovarian Cohort Consortium pooled data from 21 prospective cohort studies on 1.3 million women. (Wentzensen et al. 2016).  In these studies, 5584 women were diagnosed with EOC and risk comparisons were made for parity, oral contraception use, breast feeding, age at menarche, age at menopause, menopausal HRT use, tubal ligation, endometriosis, first degree family history of breast cancer, first degree history of ovarian cancer, BMI, height, and smoking). In a group this large, histologic subclassification could be done and associations were made for serous/poorly differentiated EOC, endometrioid EOC, clear cell EOC and mucinous EOC. One thousand EOC patients had "other" or missing histologic information. Multiparity decreased risk in all ovarian cancer subtypes. Oral contraceptive use for 5 years and for 10 years decreased risk in all but mucinous tumors. Late menopause increased risk in only endometrioid and clear cell cancers.

### Diagnosis

The diagnosis of EOC may occur at surgery for a pelvic mass, incidentally at surgery for another reason, or by cytologic evaluation of paracentesis of ascites.

### Staging

Ovarian cancer, regardless of cell type, is staged surgically. By convention, we use International Federation of Gynecology and Obstetrics (FIGO) staging. The staging system changes every 10-

15 years as data allowing discrimination are reviewed. It was always my practice to note in a patient's chart the original stage and year of that staging versus contemporary stage.

| STAGE I: Tumor confined to ovaries | | | | |
|---|---|---|---|---|
| OLD | | | NEW | |
| IA | Tumor limited to 1 ovary, capsule intact, no tumor on surface, negative washings/ascites. | | IA | Tumor limited to 1 ovary, capsule intact, no tumor on surface, negative washings. |
| IB | Tumor involves both ovaries otherwise like IA. | | IB | Tumor involves both ovaries otherwise like IA. |
| IC | Tumor involves 1 or both ovaries with any of the following: capsule rupture, tumor on surface, positive washings/ascites. | | *IC  Tumor limited to 1 or both ovaries* | |
| | | | IC1 | *Surgical spill* |
| | | | IC2 | *Capsule rupture before surgery or tumor on ovarian surface.* |
| | | | IC3 | *Malignant cells in the ascites or peritoneal washings.* |

| STAGE II: Tumor involves 1 or both ovaries with pelvic extension (below the pelvic brim) or primary peritoneal cancer | | | | |
|---|---|---|---|---|
| OLD | | | NEW | |
| IIA | Extension and/or implant on uterus and/or Fallopian tubes | | IIA | Extension and/or implant on uterus and/or Fallopian tubes |
| IIB | Extension to other pelvic intraperitoneal tissues | | IIB | Extension to other pelvic intraperitoneal tissues |
| IIC | IIA or IIB with positive washings/ascites. | | | |

*\*\*Old stage IIC has been eliminated\*\**

4

| STAGE III: Tumor involves 1 or both ovaries with cytologically or histologically confirmed spread to the peritoneum outside the pelvis and/or metastasis to the retroperitoneal lymph nodes | | | | |
|---|---|---|---|---|
| OLD | | NEW | | |
| IIIA | Microscopic metastasis beyond the pelvis. | *IIIA ( Positive retroperitoneal lymph nodes and /or microscopic metastasis beyond the pelvis)* | | |
| | | *IIIA1* | *Positive retroperitoneal lymph nodes only* | |
| | | | *IIIA1(i)* | *Metastasis ≤ 10 mm* |
| | | | *IIIA1(ii)* | *Metastasis > 10 mm* |
| | | *IIIA2* | *Microscopic, extrapelvic (above the brim) peritoneal involvement ± positive retroperitoneal lymph nodes* | |
| IIIB | Macroscopic, extrapelvic, peritoneal metastasis ≤ 2 cm in greatest dimension. | *IIIB* | *Macroscopic, extrapelvic, peritoneal metastasis ≤ 2 cm ± positive retroperitoneal lymph nodes. Includes extension to capsule of liver/spleen.* | |
| IIIC | Macroscopic, extrapelvic, peritoneal metastasis > 2 cm in greatest dimension and/or regional lymph node metastasis. | *IIIC* | *Macroscopic, extrapelvic, peritoneal metastasis > 2 cm ± positive retroperitoneal lymph nodes. Includes extension to capsule of liver/spleen.* | |

| STAGE IV: Distant metastasis excluding peritoneal metastasis | | | |
|---|---|---|---|
| OLD | | NEW | |
| IV | Distant metastasis excluding peritoneal metastasis. Includes hepatic parenchymal metastasis. | *IVA* | *Pleural effusion with positive cytology* |
| | | IVB | Hepatic and/or *splenic parenchymal* metastasis, metastasis to extra-abdominal organs (including inguinal lymph nodes and lymph nodes outside of the abdominal cavity) |

FIGO Ovarian Cancer Staging Effective Jan. 1, 2014[1]

## *Treatment*

The treatment of ovarian cancer is usually straight-forward: surgically remove all the visible cancer, establish locations of invisible cancer (microscopic metastases, define best treatment and prognosis, then treat -in the majority of cases - with a taxane and a platinum chemotherapy doublet. (Vasey et al. 2004; Armstrong et al. 2006).

However, seventy-five percent of ovarian cancer cases present with metastases to the upper abdomen or beyond. Suboptimal debulking (leaving grossly visible tumor) has no survival benefit over primary chemotherapy. (Horowitz et al. 2015).  The physicians at MD Anderson established a protocol for preoperative laparoscopy and the opinions of two trained gynecologic oncologists, in concert with clinical and laboratory findings, to judge whether a tumor was resectable.  (Nick et al. 2015).  These "debulking" surgeries are quite complex, require specialized training, and often necessitate consultation from other surgical specialties.

---

[1] https://www.sgo.org/wp-content/uploads/2012/09/FIGO-Ovarian-Cancer-Staging_1.10.14.pdf

Chemotherapy with a platinum and a taxane follows. These drugs may be delivered intravenously or intraperitoneally. Usually, six cycles of chemotherapy are given. Remission occurs in over 70% of patients, as evidenced by CT scans, physical examination, and CA125 (a clinically used biomarker for screening and detection) levels. Surveillance begins.

In patients with Stage III and IV (typically 75% of patients with EOC), recurrence will follow in 5-24 months. Then we evaluate again for surgery (isolated focal recurrence versus multifocal or unresectable recurrence) and additional chemotherapy. (Rasool et al. 2010; Parmar et al. 2003).

This cycle typically continues until my patient's tumor has become resistant to platinum and two other agents. At that time, the probability of her tumor responding to any standard chemotherapy is essentially nonexistent. We discuss clinical trials and/or end-of-life care. Regardless of her treatment choices, she dies in 6-12 months. Her death is protracted, usually from starvation, due to multiple bowel obstructions. Ideally, pain is controlled.

### 5 Year Survival Rates
The following are 5-year survival rates according to the American Cancer Society Website. As the new FIGO staging just started in 2014, 5-year data is not yet available.

I 78%

IA 93%

IB 91%

IC 84%

II 61%

IIA 82%

IIB 72%

IIC 67%

III 28%

IIIA 63%

IIIB 53%

IIIC 41%

IV 19%[2]

Modern surgery and chemotherapy have changed the natural history of ovarian cancer. Late recurrence (after 5-year) is common. Ten-year survival does not mean cure. I have personally treated late recurrences after ten years of remission. Others have reported these findings as well. (Baldwin et al. 2012; Tewari et al. 2015)

---

[2] https://www.cancer.org/cancer/ovarian-cancer/detection-diagnosis-staging/survival-rates.html

## OVARIAN CANCER GENETICS

All cancer is genetic; that is, cancer involves DNA changes occurring in the chromosomes of a cell that was initially normal.  For epithelial cancers, this is usually a series of mutations, DNA breaks, alterations (such as methylation), deletions, rearrangements or DNA amplification. These changes do not necessarily progress linearly. Watson reviewed some of these complexities in a recent article in Nature.  (Watson et al. 2013).

A Cancer Genome Atlas Research Network (TCGA) study published in 2011 analyzed 489 high grade serous ovarian cancers (HGSOC). Exon sequencing of 316 of these tumors was performed. It identified the nearly universal (96%) presence of somatic mutations in the gene TP53 in HGSOC. That mutation seems to be a first step towards the development of EOC. Ovarian cancers occur in <3% of women with germline, heritable TP53 mutations; breast cancer is much more frequently occurring.  (K. D. Gonzalez et al. 2009). Genes in homologous repair pathway were mutated in 49% (with better prognosis for those with germline mutations as opposed to somatic mutation or methylation). The FOXM1 transcription factor network was activated in 87%. This family of genes is involved in regulating cell cycle and differential gene expression. (Hannenhalli and Kaestner 2009; X. Chen et al. 2013).

Interest in the homologous repair pathway has exploded since Mary Claire King's identification of what we now know to be the tumor suppressor gene, BRCA1.  (Hall et al. 1990). Homologous DNA repair is double stranded DNA repair breaks. This pathway includes multiple genes including BRCA1, BRCA2, Rad 51B, Rad 51C, Rad 51D, BRIP1, PALB2 and others. The protein products of this family of multiple genes work together to repair DNA.  (Compton, Ozgür, and Griffith 2010; Thai et al. 1998).  Binding of BCDX2 or CX3 to Holliday Junction DNA CX3 (A) or BCDX2 (B) was incubated with Holliday junction templates, mounted onto carbon-coated copper grids, and rotary shadowcast with tungsten for visualization by EM. Images are shown in reverse contrast. (Compton, Ozgür, and Griffith 2010).

A



B



The ring structure in A is a complex of Rad 51C and Xrcc3. The ring structure in B is a complex of Rad 51B, Rad 51 C, Rad 51D and Xrcc2.

Germline deficiencies in any of these genes have been shown to result in an increased risk of EOC. Why? Knudson answered that in simple terms (Knudson 1971). To be born deficient in one half of a DNA repair enzyme is to be born one step closer to cancer; target cancers appear earlier and more frequently. Many early studies note the increased incidence of breast cancer with BRCA1 and BRCA2 germline mutations carriers: over 80% by age 70. (Ford et al. 1998). They also give the increased risks of ovarian cancer: for BRCA1, 39% by age 70, and for BRCA2, 11% by age 70 studied 1915 patients with ovarian cancer and detected germline mutations in BRCA1 and BRCA2, RAD51B, Rad51D, PALB2, BARD1, BRIP1 (the HR repair pathway), as well as the genes involved in Lynch Syndrome. (Antoniou et al. 2003; Norquist et al. 2016).

**Penetrance** is the phenotypic expression of underlying genetic aberrations. Why does one woman with a BRCA1 mutation exhibit breast and/or ovarian cancer while another woman with the SAME mutation does not? Penetrance is influenced by environmental and genetic factors. For example, epidemiologic studies have shown that breast feeding and tamoxifen use decrease the risk of manifesting breast cancer in carriers of BRCA1 mutations. (Friebel, Domchek, and Rebbeck 2014). This same review and meta-analysis shows that oral contraceptives use decreases risk for ovarian cancer in BRCA1 and BRCA2 mutation carriers. Other known risk factors can interact with individuals who have an inherited gene mutation to increase the risk. In other words, women with BRCA and other hereditary gene mutations, are at least as susceptible to other reproductive, environmental, or inflammatory risk factors as women who do not have mutations. This would be expected with BRCA mutation carriers exposed to talcum powder products.

Factors that decrease penetrance may be external or environmental factors, as mentioned above, or may be intrinsic factors, genetic, or epigenetic. Rebbeck et al. demonstrated that the location of the mutation in these huge BRCA genes is a determinant of risk of manifestation of breast and/or ovarian cancer. (Rebbeck et al. 2015). Genetic and epigenetic modifiers became the focus of the CIMBA (Consortium of Investigators of Modifiers of BRCA1/2). (CIMBA et al. 2007). This international consortium of sixty groups of researchers are identifying genetic modifiers to BRCA breast and ovarian cancer risks as single nucleotide polymorphisms (SNPs) in nonBRCA genes. (Ding et al. 2012; Ramus et al. 2012). Such SNPs modify penetrance. Epigenetic changes such as methylation in promoter regions of genes also affect risk of ovarian cancer development.

### EPIDEMIOLOGICAL STUDIES

The first epidemiological study was published in 1982 by Cramer, et al, Cancer (1982) 50:372 "Ovarian Cancer and Talc: A Case-Control Study." (D. W. Cramer et al. 1982). Since that time, there have been numerous additional epidemiological studies.

### The Meta-analyses and Pooled Study

Harlow et al, 1992:
This study (of which Cramer is a coauthor) offers the first meta-analysis of the perineal talcum powder use and risk of ovarian cancer in their case-control study of 235 Boston-area women hospitalized in ten area hospitals.  Controls were selected from the population and generated from "townbooks" by random number generation selecting the book page and age matched. "Ever" perineal talcum powder use vs none generated a OR of 1.5 (95% CI 1.0-2.1).  The meta-analysis follows:

**Table 6.** Odds Ratios With 95% Confidence Intervals of Ovarian Cancer in Relation to Any Perineal Exposure to Talc as Reported in Previous Epidemiologic Studies

| Author(s) (year) | Cases | | Controls | | Crude OR | 95% CI |
|---|---|---|---|---|---|---|
| | Total | Talc exposure | Total | Talc exposure | | |
| Cramer et al[4] (1982) | 215 | 92 (42.8%) | 215 | 61 (28.4%) | 1.9 | 1.3–2.9 |
| Hartge et al (1983)* | 135 | 67 (49.6%) | 171 | 100 (58.5%) | 0.7 | 0.4–1.1 |
| Whittemore et al[5] (1988) | 188 | 98 (52.1%) | 539 | 248 (46.0%) | 1.4 | 0.9–2.0 |
| Harlow and Weiss[6] (1989)† | 116 | 49 (42.2%) | 158 | 64 (40.5%) | 1.1 | 0.7–2.1 |
| Booth et al[7] (1989) | 217 | 141 (65.0%) | 434 | 256 (59.0%) | 1.3 | 0.9–1.9 |
| Harlow et al (1992) (current study) | 235 | 114 (48.5%) | 239 | 94 (39.3%) | 1.5 | 0.9–1.8 |
| All studies‡ | 1106 | 561 (50.7%) | 1756 | 823 (46.9%) | 1.3 | 1.1–1.6 |

The authors conclude that "there is an association, albeit modest, between ovarian cancer and peritoneal talc use" They state that this association may be due to asbestos contamination in talcum powder produced before 1976. This study was supported by an NCI grant.  (Harlow et al. 1992).

Gross and Berg, 1995
These investigators analyzed 9 case-control studies (D. W. Cramer et al. 1982; Hartge et al. 1983; Whittemore et al. 1988; Booth, Beral, and Smith 1989; Harlow and Weiss 1989; Y. Chen et al. 1992; Harlow et al. 1992; Rosenblatt, Szklo, and Rosenshein 1992; Tzonou et al. 1993) and combined those studies with preliminary (and mathematically manipulated) data from Hankinson et al's 1993 report on the Nurses' Health Study.  The Nurses' Health Study was not completed until 1996; talc use was not queried in the first 8 years of the study.  By Gross' and Berg's estimate the RR of "ever genital talc use" vs "never" use is 0.6 (95%CI 0.38-1.02).  In fact, that is a low RR as the Nurses' study showed and overall RR of ever vs never use and epithelial ovarian cancer of 1.09 (95% CI 0.86-1.37). (Gertig et al. 2000, see below).

192   *Gross and Berg*

**TABLE 3.       Results of the Meta-Analyses**

| Analysis | Studies used | Q (degrees of freedom) | RR (95% CI) |
|---|---|---|---|
| Crude risk, both tumor types | All | 11.884 (8) | 1.27 (1.09–1.48) |
| Adjusted risk, both tumor types | CRAM, HART, WHIT, HAR1, HAR2, CHEN, and TZON | 9.043 (6) | 1.31 (1.08–1.58) |
| Crude risk, epithelial tumors | HART, WHIT, BOOT, HAR2, ROSE, CHEN, and TZON | 7.19 (6) | 1.20 (1.01–1.44) |
| Adjusted risk, epithelial tumors | HART, WHIT, HAR2, CHEN, and TZON | 7.598 (4) | 1.29 (1.02–1.63) |

The authors demonstrated that "all meta-analyses arrive at relative risks greater than 1.0 with 95% confidence intervals excluding the null." Despite these findings, the authors conclude that "existing evidence linking talc exposure to an increased risk of ovarian cancer cannot be viewed as scientifically conclusive". A dose response relationship is not demonstrated. This study was supported by Johnson and Johnson. (Gross and Berg 1995).

Cramer et al, 1999
In 1999, Cramer et al (with Harlow as a coauthor) published a new case-control study of 563 epithelial ovarian cancers, including 86 serous borderline tumors. Controls were 523 women. No increased risk of ovarian cancer was seen in never users of powder vs non-genital powder users. For those who never used or had nongenital powder use vs any genital use, the odds ratio was 1.60 (95% CI 1.18-2.15) for development of ovarian cancer. Adjustments for age, community, parity, oral contraceptive use, BMI, and family history of breast or ovarian cancer were made.

These authors then did meta-analysis with the following results:

10

| Author | Cases Total n | Exposed (%) | Controls Total n | Exposed (%) | Crude OR (95% CI) |
|---|---|---|---|---|---|
| **Risk of ovarian cancer with perineal exposure to talc from key epidemiologic studies.** | | | | | **Odds ratios and confidence** |
| Cramer et al. (1982) | 215 | (42.8) | 215 | (28.4) | 1.9 (1.3-2.8) |
| Hartge et al. (1983) | 135 | (49.6) | 171 | (58.5) | 0.7 (0.4-1.1) |
| Whittemore et al. (1988) | 188 | (52.1) | 539 | (46.0) | 1.3 (0.9-1.8) |
| Harlow and Weiss (1989) | 116 | (42.2) | 158 | (40.5) | 1.1 (0.7-1.7) |
| Booth et al. (1989) | 217 | (65.0) | 434 | (59.0) | 1.3 (0.9-1.8) |
| Harlow et al. (1992) | 235 | (48.5) | 239 | (39.3) | 1.4 (1.0-2.1) |
| Rosenblatt et al. (1992) | 77 | (87.0) | 46 | (88.0) | 1.0 (0.3-3.0) |
| Chen et al. (1992) | 112 | (6.2) | 224 | (2.2) | 2.9 (0.9-9.4) |
| Tzonou et al. (1993) | 189 | (3.2) | 200 | (3.5) | 0.9 (0.3-2.7) |
| Purdie et al. (1995) | 824 | (56.7) | 860 | (52.0) | 1.2 (1.0-1.5) |
| Shushan et al. (1996) | 200 | (10.5) | 408 | (5.6) | 2.0 (1.0-3.6) |
| Cook et al. (1997) | 313 | (50.8) | 422 | (39.3) | 1.6 (1.2-2.1) |
| Chang and Rish (1997) | 450 | (44.0) | 564 | (35.6) | 1.4 (1.1-1.8) |
| Cramer et al. (1999) | 563 | (27.0) | 528 | (18.2) | 1.7 (1.2-2.2) |
| Summary odds ratio (95% confidence interval) | | | | | 1.4 (1.2-1.5) |

Cramer et al. conclude that "a consistent association between talc and ovarian cancer appears unlikely to be explained by recall bias or confounding" (page 356). This study, too, was supported by a grant from the National Cancer Institute.  (Cramer 1999).

Huncharek et al, 2003
Sixteen case control studies (Booth, Beral, and Smith 1989; C.-J. Chang et al. 2017; Y. Chen et al. 1992; Cook, Kamb, and Weiss 1997; D. W. Cramer et al. 1982; D. W. Cramer 1999; Godard et al. 1998; Harlow and Weiss 1989; Ness et al. 2000; Purdie et al. 1995; Rosenblatt, Szklo, and Rosenshein 1992; Tzonou et al. 1993; Whittemore et al. 1988; Wong 1999) were found to be homogeneous and delivered 11,933 subjects (4959 cases).  Pooled meta-analysis of ever perineal talcum powder use versus no exposure "yielded a summary relative risk of 1.33 with a 95% confidence interval of 1.16-1.45, a statistically significant result suggesting a 33% increased risk of developing ovarian cancer".  No dose response was found. However, the study did not collect the necessary data to permit this determination.  Huncharek et al. spend the rest of the paper dismissing their result as NOT supporting an association between talc and ovarian cancer. According to the disclosure, this research was partially supported by the Marshfield Medical Research Foundation. There was no mention of financial support from Johnson & Johnson or Imerys (although disclosed in a 2007 paper by the same authors – Huncharek 2007).

Langseth et al 2008

The Langseth study drew data from The International Agency on Cancer Research (IARC) review of the literature, published as a Monograph in 2010 (which classified non-asbestiform talc as possibly carcinogenic)[3], but did not provide a comprehensive report on this review or the findings. IARC was founded in 1965 and comprises investigators from 25 countries who "promote international collaboration in cancer research" (IARC.fr website). Langseth found an OR of 1.35 (95% CI1.26-1.46), suggesting a statistically significant increase in ovarian cancer risk and concluded that "epidemiological evidence suggests that the use of cosmetic talc in the perineal area may be associated with ovarian cancer risk.  Langseth commented in the high degree of consistency in the studies reviewed and proposed that "the mechanism of carcinogenicity may be related to inflammation."

See insert below.

---

[3] IARC defines Group 2B as follows: Group 2B: The agent is possibly carcinogenic to humans. This category is used for agents for which there is limited evidence of carcinogenicity in humans and less than sufficient evidence of carcinogenicity in experimental animals. It may also be used when there is inadequate evidence of carcinogenicity in humans but there is sufficient evidence of carcinogenicity in experimental animals. In some instances, an agent for which there is inadequate evidence of carcinogenicity in humans and less than sufficient evidence of carcinogenicity in experimental animals together with supporting evidence from mechanistic and other relevant data may be placed in this group.  An agent may be classified in this category solely on the basis of strong evidence from mechanistic and other relevant data.  (IARC 2012).

Langseth et al, 2008



**Figure 1**   Results from case-control studies contributing data on perineal talc use and ovarian cancer. Results are presented as odds ratios (ORs) and their corresponding confidence intervals (95% CIs) and represented by squares and lines, respectively. Results are separated in 14 population-based and six hospital-based case-control studies. Pooled ORs for all population-based studies combined and all hospital-based studies combined are given, OR pooling by fixed effect models (Mantel-Haenszel method).

11=Cramer et al, 1982
15=Harlow and Weiss, 1989
16=Harlow et al, 1992
17=Chen et al, 1992
20=Cramer and Xu, 1995
21=Purdie et al, 1995
22=Chang and Risch, 1997
23=Cook et al, 1997
24=Green et al, 1997
25=Godard et al, 1998
26=Cramer, 1999
28=Ness et al, 2000
29=Mills, et al, 2004
30=Jordan et al, 2007
12=Hartge et al, 1983                    19=Tzonou et al, 1993
13=Whittemore et al, 1988            27=Wong et al, 1999
14=Booth et al, 1989                      18=Rosenblatt et al, 1992

The Langseth et al study was financed by the Cancer Registry of Norway.

Terry et al, 2013

The Ovarian Cancer Association Consortium, an international, multidisciplinary group, investigates factors related to ovarian cancer development, including case-control studies and identification and analysis of genes associated with cancer risk.  It is supported, in part, by the Ovarian Cancer Research Fund, the United States National Cancer Institute, and Cancer Research UK.  Raw data from the following studies were pooled and analyzed:  Rosenblatt et al, 2011 (including previously unpublished additional patients and data), Goodman et al, 2008 (previous  unpublished data on powder use), Lo-Ciganic et al, 2012 (previously unpublished data on powder use), Moorman et al, 2009 (adding previously unpublished patients and data), Cramer et al , 1999 (with additional patient data), Pike et al, 2004 (previously unpublished powder use data), Merritt et al, 2008 (with additional patient data), and Chang et al, 1997 (including previously unreported patient data).  Cofounders adjusted for include age, oral contraceptive use and duration, parity, tubal ligation, BMI, race/ethnicity.  The cases were 8525 cases of ovarian, fallopian tube, and primary peritoneal cancer, reflecting the recognition, in the decade of the 2000s, of the overlap and similarity and possible common etiology of these differently named cancers.  In this study, 31% of cases used genital powder, as opposed to 25% of controls.  Comparing ever users of genital powder with never users, the OR was 1.24 (95% CI 1.15-1.33).  Similar results were seen for genital use vs non-genital use of powder. Risks were stronger for patient with BMI < 30.  There was no association with parity, OC use, tubal ligation status, or menopausal status.  Histologic break down of the cases showed significant increased risk in both borderline (OR 1.29 [95% CI 1.14-1.48]) and invasive cancers (OR 1.21, [95%CI1.12-1.32]).  Significant increased odds ratios with genital powder use were seen for invasive serous, endometrioid and clear cell tumors, but not invasive mucinous tumors.  (Terry et al. 2013).

Penninkilampi and Eslick, 2017

The most recent meta-analysis is from two authors at the University of Sydney in New South Wales, Australia.  The authors analyzed 24 case-control studies and 3 cohort studies on perineal talcum powder use and risk of development of ovarian study, excluding studies of fewer than 50 cases and duplicated published data.   A total of 14,311 cases of ovarian cancer were included.  Quality of the component studies were scored on the Newcastle-Ottawa Scale; none scored perfect, but the lowest score was 5/10, so none were excluded.  Long term talcum powder use was judged greater than 10 years and was associated with an increase in ovarian cancer risk of OR=1.25 (95% confidence interval (CI) 1.10-1.43). (Lifetime applications of perineal talc of 3600 times roughly correlates with 10 years use; increased risk of ovarian cancer was found with fewer and more applications than 3600.)  "Any perineal talc use was associated with any serous, serous invasive, serous borderline and endometrioid subtypes of ovarian cancer (Figure 2c)."  This is the largest meta-analysis to date and continues to support the association of perineal talc use with increasing the risk of epithelial ovarian cancers.  (Penninkilampi and Eslick 2018).

## *The Prospective Cohort Studies*

There are three true prospective cohort studies looking at genital talcum powder use to perineum, diaphragms or menstrual pads or such use in some combination.

Gertig 2000

The Nurses' Health Study (Gertig et al, 2000) is a 20-year duration study (1976-1996) of 78,630 nurses age 30-55 (in 1976) in the USA.  Perineal talcum powder use was first queried in 1982. The cohort answered questionnaires every other year.  Ovarian cancer developed in 307 nurses. The relative risk (RR) for ever use of talcum powder and development of any epithelial ovarian cancer was 1.09 (95% CI 0.86-1.37). Invasive serous ovarian cancer demonstrated a statistically significant elevated multivariate RR of 1.40 (95% CI 1.02-1.9) (controlled for age, parity, duration of oral contraceptive use, BMI, tubal ligation, smoking and menopausal status). No other histologic group (all serous including borderline tumors, endometrioid or mucinous tumors) showed elevated risk with appropriate confidence intervals. Within this study there was no dose-response demonstrated, although P for trend was 0.5. For users over 45 years old in 1982 RR for serous ovarian cancer was 1.51 (95% CI 1.07-2.15).  No such increased relative risk for any ovarian cancer type was seen for those under 45 in 1982. Gates (2010) continues the analysis of the NHS, finding no increased risk of any subtype.  (Gertig et al. 2000).

Houghton 2014

The Women's Health Initiative Study was published by Houghton et al in 2014. This study of 61,576 postmenopausal women (age 50-79) showed ever-talc-use (perineal, diaphragm, pad) was not associated with statistically significant increased risk of development of any ovarian cancer contrasted to never-use (Hazard ratio=1.12 [95% CI 0.92-1.23]).  There were 429 incident cases of ovarian cancer over the 12+ years of this study. In this study, talc use in any form was combined, no histologic information was obtained, and information on frequency of use was not obtained.  (Houghton et al. 2014).

Gonzalez 2016

Gonzalez et al, 2016 studied a cohort of sisters or half-sisters of breast cancer patients in the USA. After exclusions, (BSO, missing data), 41,654 women were followed a median of 6.5 years during which 135 ovarian cancer, 5 fallopian tube cancers and 4 peritoneal cancers were diagnosed.  Eight other cancers were likely from one of these three sites.  (Only 96 cases of cancer were verified by medical record or death certificate review; all other were solely patient-reported at annual questionnaire responses.)  At entry, the participants completed questionnaires regarding genital talc use as powders or spray and its frequency and douching.  Perineal powder use was inversely associated with the development of ovarian-type cancer (Hazard ratio=0.73 (95% CI 0.42-1.1).  Douching during the 12 months prior to study entry was associated with an increased risk of ovarian cancer (HR=1.8 [95% CI 1.2-2.8]), while combined talc and douching in the 12 months antecedent to study entry resulted in an HR=1.8 (95%CI 0.81-3.9).  The authors acknowledge that they cannot know which powders contained talc and admit "powder has changed over time…" Additional limitations include small numbers, failure to ask questions about frequency or duration of powder usage, and short-term follow-up. With an expected latency period of over twenty years, this study would not pick up all cases.  All of these deficiencies result in a failure to capture the true risk.  (Gonzalez et al. 2016).

*The Case-Control Studies*

Cramer et al.'s landmark 1982 case control study looked at perineal talcum powder use in 215 white patients with epithelial ovarian cancer matched by age, race, and residence to 215

community women.  These 215 cases included 39 borderline tumors.  All pathology was histologically reviewed.  Cases and controls were interviewed as to talc exposure from surgical glove, diaphragm use, and perineal use and/or dusting menstrual pads. Talc use varied between cases (42.8%) and controls (28.4%). Any perineal talc exposure showed an adjusted relative risk of ovarian cancer of 1.92 (95% confidence limits 1.27-2.89). (This relative risk was adjusted for parity and menopausal status.)

In the ensuing thirty-five years, at least 24 case-control studies looking at the association of talc and ovarian cancer, both invasive and borderline, have been published. Studies vary in design quality and size, but show a consistent increased risk of ovarian cancer with genital talcum powder use. That data summary follows and is attached as Exhibit B.

Based on the limitations of the cohort studies and the variances in design and size of the case-control studies, I based my opinions largely on the meta-analyses, particularly Penninkilampi's most recent study. In my opinion, meta-analysis provides the most reliable evidence in this situation. The large number of overall cases (>14,000) in this study improves the power to detect a relatively small effect size. The authors agree: "As it stands, a meta-analysis of observational studies, such as the present study provides the highest level of evidence practically feasible for this research question."  (Penninkilampi and Eslick 2018).

In my opinion, meta-analysis is the most valid and reliable way to study an issue like ovarian cancer, that is relatively rare and requires a long study period to detect. The cohort studies were not designed to specifically to look at talcum powder. Instead, the use of talcum powder is only one of many queries. All of the cohort studies are limited by failure to obtain complete information, lack of power, selection bias, and short follow-up.

When looking at epidemiological studies with a critical eye and in their totality, they demonstrate a clear, consistent, and statistically significant increased risk of EOC (approximately 20-50%) with the genital use of talcum powder products.  This risk is replicated over a large number of case-control studies, one cohort study, and all meta-analyses/pooled analyses over several decades.  Recall and confounding bias in case-control studies appear to have minimal impact. (Penninkilampi and Eslick 2018; Langseth et al. 2008).  There appears to be no significant publication bias.  (Berge et al. 2017; Penninkilampi and Eslick 2018).

## MECHANISM

### How Talc Particles Reach the Tube, Ovary and Peritoneum

In 1971, Henderson, et al of Cardiff, Wales published their findings of talc deeply embedded in ovarian cancers. (Henderson et al. 1971)(Talc was also demonstrated in cervical cancers, endometrial cancers and non-diseased ovaries.) Ten years previously, Egli and Newton had demonstrated that carbon particles instilled in the posterior vaginal fornix would be "flushed" from the fallopian tubes removed transabdominally (No propulsive force of talc introduction was used in this study). (Egli and Newton 1961).  Glove powder from vaginal examination can be found in the peritoneal cavity one to four days after exam.  (Sjösten, Ellis, and Edelstam 2004).  Based on the studies of Egli and others, Dr. J. Donald Woodruff began to postulate that "some agent enters the peritoneal cavity through the fallopian tube, irritates the pelvic peritoneum,

16

produces proliferation and with an added unknown ingredient results in the development of malignancy." (Woodruff 1979). Dr. Woodruff emphatically encouraged more scientific attention to agents introduced into the vaginal canal. This paper is the text of a lecture delivered in October of 1978. Drs. Longo and Young expressed their concerns about talc and pathogenesis of ovarian cancer and also encouraged further study of the risks of cosmetic talc use in women. (D. L. Longo and Young 1979). Although I reviewed the small number of articles that dispute talcum powder's ability to reach the tubes and ovaries, I rejected these claims. It is a universally accepted phenomenon by the gynecologic medical community, well documented in the scientific and medical literature, that the female genital tract functions as a conduit for foreign material to enter the peritoneal cavity. This is the process that occurs with talcum powder.

### *How Inflammation Leads to Mutagenesis and Cancer*

"Prolonged chemical exposures, persistent foreign bodies, recurrent acute inflammation or certain pathogens are all causes of chronic inflammation." (Ferguson, Chronic inflammation and mutagenesis, 2010). In this milieu, cytokines are generated, particularly TNF-alpha and IL-1beta. These cytokines generate reactive oxygen species (ROS) and reactive nitrogen species (RNS). ROS are incompletely reduced oxygen compounds that travel through the cell hungrily seeking electrons to steal or donate. These TNF-alpha radicals are potent mutagens and are comparable to the effects of ionizing radiation. (Yan et al. 2006; Yan, Peng, and Li 2009) (Yan methods described in 2009 book chapter). These ROS radicals cause DNA breaks, DNA adducts as well as having epigenetic effects (for example, lysine acetylation in chromosomal histones). The generation of TNF-alpha is DNA synthesis dependent and occurs in the macrophage (a WBC first responder in inflammation). (Liou and Storz 2010; Ferguson 2010; Yan 2011).

Inflammation and its involvement in the etiology and development of many types of cancer, has been studied extensively. (Klampfer 2011).

The inflammatory basis for cancer development is also supported by studies showing a reduced risk of cancer with the use of anti-inflammatory agents. (Burn et al. 2011).

This inflammatory cascade has been shown to occur in the pathogenesis of EOC as well. (Shan and Liu 2009; Saed, Morris, and Fletcher 2018; Saed, Diamond, and Fletcher 2017, 2017; Saed et al. 2018; Khan et al. 2011; Trabert et al. 2014).

In the "normal" cell, DNA damage is either repaired or the damaged cell is directed via the P53 pathway to apoptosis. Yan et al (2006) found more DNA aberrations in homozygous p53-negative cells of colon cancer origin. (Yan et al. 2006). Gates et al (2008) document absence of some DNA repair mechanisms in patients who are genital talc exposed compare to controls in New England Case Control Study as well as the Nurses' Health Study. (Gates et al. 2008).

In an *in vitro* study by Shukla (2009), crocidolite asbestos and non-fibrous talc caused expression of different genes in mesothelial cells and ovarian epithelial cells producing inflammatory cytokines. (Shukla et al. 2009).

Buz'Zard transformed normal ovarian epithelial cells to malignant cells by talc exposure. (2007). (Buz'Zard and Lau 2007). Her methods are supported by the works of Yan et al and Khan et al.

Harper and Saed have recently reported a mechanism by which talc enhances the pro-oxidant state in normal [ovarian and tubal] and ovarian cancer cells, through inductions of gene point mutations (SNPs) in key oxidant enzymes, altering their activities.  (Harper and Saed 2019).

Multiple investigators have looked at the effects of aspirin and nonsteroidal anti-inflammatory drugs (NSAIDs) on the risk of developing ovarian cancer. Although somewhat inconsistent, data regarding NSAID and aspirin use suggest a protective effect (results of these studies are inconsistent. (Murphy et al. 2012; Trabert et al. 2014, 2019).  In a case control study, use of NSAIDs increased the risk of ovarian cancer.  (A. H. Wu et al. 2009).  Trabert et al pooled 12 population based case-control studies regular aspirin use decreased the risk of ovarian cancer, both low dose and high dose.  Daily high dose NSAIDs decreased ovarian cancer risk.  (Trabert et al. 2014).  Trabert et al looked at 15 prospective cohort studies from North America and Europe and found no effect of aspirin or NSAIDs on ovarian cancer risks.  (Trabert et al. 2019). No study found an effect on ovarian cancer of acetaminophen use, an analgesic, antipyretic with no anti-inflammatory properties. Dixon et al found no correlation with pre-diagnosis aspirin or NSAID use and survival duration after the diagnosis of ovarian cancer.  (Dixon et al. 2017)

**ASBESTOS AND OTHER CONSTITUENTS**

There is evidence from medical literature that talcum powders are not pure talc, but contain impurities including asbestos. (Cralley, Key, et al. 1968; Cralley, Keenan, et al. 1968; Rohl et al. 1976; Werner 1982; Lockey 1981; Paoletti et al. 1984; Blount 1991). I have also seen evidence of testing of Johnson and Johnson talcum powder products by Dr. William Longo demonstrating the presence of asbestos and fibrous talc in talcum powder product samples.   (W. E. Longo and Rigler 2018). In addition, I have seen numerous Johnson and Johnson testing results showing the presence of asbestos in their talcum powder products. (Exhibit 28, Deposition of John Hopkins, Ph.D., MDL No. 2378, 2018; Exhibit 47, Deposition of Julie Pier, MDL No. 2738, 2018).

Asbestos is well known to be one of the most potent human carcinogens. The International Agency for Research in Cancer (IARC) has determined that asbestos causes mesothelioma and cancer of the lung, larynx, and ovary. IARC 2012. According to IARC, all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite, and anthophyllite and talc containing asbestiform fibers (fibrous talc) are carcinogenic. The IARC Working Group found that a "causal association between exposure to asbestos and cancer of the ovary was clearly established, based on five strongly positive studies in women with heavy occupational exposure to asbestos. (Acheson et al. 1982; Wignall and Fox 1982; Germani et al. 1999; Berry, Newhouse, and Wagner 2000; Magnani et al. 2008; IARC 2012). The IARC 100C Working Group was convened in 2009, with results published in 2012.

In 2011, Camargo et al, published a meta-analysis of epidemiologic studies of ovarian cancer in asbestos exposed women.  (Camargo et al. 2011). Their finding of a standardized mortality ratio (SMR) of 1.77 for risk of ovarian cancer mortality (95% confidence intervals 1.37-2.28) corroborate the finding of the IARC Working Group.

Distinction of peritoneal mesothelioma and ovarian carcinomatosis can be difficult. Even with such discrimination, asbestos increases ovarian cancer risk. (Alison Reid, Klerk, and Musk 2011).

"Consumer products are the primary sources of exposure to talc for the general population. Inhalation and dermal contact (i.e. through perineal application of talcum powders) are the primary routes of exposure". (IARC 2012). The mechanism of carcinogenesis of asbestos is the same as discussed above: induction of the inflammatory cascade resulting in mutagenesis either through a direct or indirect mechanism. Although migration/transport through the genital tract is the primary source of exposure with genital talcum powder use, inhalation represents a secondary exposure route. With either route, talcum powder particles can be also absorbed and transported through the lymphatics or blood system to pelvic organs and lymph nodes. The mechanism for the carcinogenicity of asbestos in the ovary and elsewhere provides a plausible biological mechanism by which it can contribute to the carcinogenicity of talcum powder products.

I have also seen evidence of the presence of heavy metals, including nickel, cadmium, and cobalt in Johnson and Johnson talcum powder products. (Exhibit 47, Deposition of Julie Pier, MDL 2738, 2018). Nickel and chromium are Group 1 carcinogens. (IARC 2012). Cobalt is identified by IARC as Group 2b possibly carcinogenic. (IARC 2012). The mechanism of action described by IARC, is inflammatory in nature. These heavy metals likely contribute to the carcinogenicity of talcum powder products by the inflammatory mechanism described at length in this report.

I have reviewed the list of fragrances chemicals contained in Johnson's Baby Powder and Shower to Shower products and the expert report of Dr. Michael Crowley. I agree with Dr. Crowley's opinion that these chemicals likely contribute to the inflammatory properties, toxicity and/or carcinogenicity of these products.

**DETERMINATION OF CAUSATION**

In 1965, epidemiologist Sir Austin Bradford Hill published his factors for determining causation from associations found in epidemiologic studies. (Hill 1965). These factors have been widely used, but are not considered absolute or required for a causal determination. These considerations have also been elaborated upon for the 21st century by Fedak et al. (Fedak et al. 2015). For a doctor treating patients, knowledge of risk factors and causes of diseases are important for diagnosis, prevention, and treatment of the diseases. In essence, risk factors (associated with a health outcome) can be considered causal when the biological and molecular mechanisms for this relationship are known or predictable based on scientific research. The following are the Bradford Hill considerations and my analysis as they relate to talcum powder products and their relationship with ovarian cancer.

Strength: There is no set magnitude or threshold for ascribing causality. I would maintain that any practice or element that increases the risk of ovarian cancer by ANY consistent percentage is significant. Ovarian cancer is, usually, a fatal disease, not a trivial inconvenience. The increased risk of ovarian cancer in perineal talc users in epidemiologic studies is 1.2-1.5, a 20-50% increased risk.

19

Consistency:  The consistency of the case-control epidemiologic studies the uniformity of the meta-analayses (Harlow et al, 1992, Gross and Berg, 1995, Cramer et al 1999, Huncharek et al 2003, Langseth et al, 2008, the pooled study of Terry et al 2013, and the recent Penninkilampi 2017) is impressive.  The studies are from different populations across three continents.  The seeming inconsistency with the cohort studies are likely due to lack of power and other study design limitations.  (Narod 2016).  Strength and consistency are very important to a physician involved in patient care.

Specificity:  Bradford Hill noted that different agents may cause more than one disease. Furthermore, any disease may have multiple component causes.  "One-to-one relationships are not frequent".  (Hill 1965).  Certainly, talc causes talcosis and medically induced pleural inflammation.  The body of epidemiologic work supports talcum powder's role in risk of epithelial ovarian cancer. For a physician, this consideration is less important than strength of association and consistency.

Temporality:  This requirement is met by studies of risk of ovarian cancer for those who used talcum powder versus those who did not.  It may take in vitro studies to establish threshold dose exposures.  Bradford Hill did not address latency which is another marker of temporality. In the case of talcum powder use and ovarian cancer, the average latency period exceeds twenty years. (Magnani et al. 2008; A. Reid et al. 2014; Okada 2007).  Reverse temporality is most unlikely in this case. Temporality is not particularly important to a physician as long as it has been shown to exist.

Biologic gradient:  This refers to dose response relationship which is not seen in all of the epidemiologic studies, but is demonstrated in some.  (Harlow et al. 1992; S. Chang and Risch 1997; Daniel W. Cramer et al. 2016; Schildkraut et al. 2016; Terry et al. 2013; Penninkilampi and Eslick 2018).  In the studies that failed to demonstrate a clear dose response, many simply did not have adequate data to assess. With genital talcum powder use, quantifying exposure is challenging in terms of measuring the exact amount used in each application, the amounts that migrate or are transported through the genital tract, the amount inhaled, and the amount absorbed through the vaginal mucosa. It is also impossible to measure how much of each constituent is present in any application. In vitro studies would help clarify dose response relationships and mechanisms. To a physician, dose response can be helpful when determining causality, but not essential.

Plausibility:  The growing body of evidence from in vitro studies enhance the plausibility of talcum powder's role in the causation of ovarian cancer. The talcum powder reaches the tubes, ovaries, and peritoneum by migration/transport of particles as described earlier in this report Once there, these particles create a hostile inflammatory environment of reactive oxygen and reactive nitrogen species capable of causing mutagenesis/carcinogenesis. This general mechanism is not only plausible, but accepted widely - even though the details at the molecular level are still being clarified. I placed a great deal of importance on the mechanism consideration and I find it compelling.

Coherence:  As Bradford Hill stated, assessing causation "should not seriously conflict with the generally known facts of natural history and biology of disease".  (Hill 1965).  This consideration has been satisfied, since talcum powder and its causal relationship with ovarian cancer is compatible with our knowledge of cancer and cancer processes.

Experiment:  Sir Bradford Hill discussed this point as an experimental change in the epidemiologic milieu which mitigated the statistical finding.  Fedak et al interpret this point in a more contemporary way: biochemical, in vitro experiments and laboratory investigation of genetic and epigenetic pathways.  (Fedak et al. 2015).  In this context, there is a growing body of evidence to support the biologic, genetic and epigenetic consequences to the ovarian epithelial cell with talcum powder exposure.  (Shukla et al. 2009; Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan 2018; Saed, Morris, and Fletcher 2018; Buz'Zard and Lau 2007).

Analogy:  Sir Bradford Hill suggested the analogy of rubella and thalidomide causing birth defects in a similar fashion.  I would suggest the analogy of asbestos causing ovarian cancer and mesothelioma or HPV causing cervical cancer.

I give precedence to strength of association and consistency as most important factors.  If these are met, I judge plausibility and experiment next in importance.

**Cornstarch as a safer alternative**

Talc has been known to be more inflammatory and toxic than starch products for decades. (Eberl and George 1948).  In addition, there is no epidemiological evidence linking cornstarch to ovarian cancer. (S. Chang and Risch 1997; Daniel W. Cramer et al. 2015; Cook, Kamb, and Weiss 1997).  Whysner and Mohan reviewed the literature regarding talc and cornstarch and their relationship to epithelial ovarian cancer. The authors concluded that: 1) due to the chemical nature of cornstarch, a biological mechanism by which cornstarch could cause ovarian cancer is implausible; 2) epidemiologic studies have found no association between cornstarch and ovarian cancer; and 3) no increased risk of ovarian cancer from perineal cornstarch use is predicted. (Whysner and Mohan 2000).

**Conclusions**

In my opinion, talcum powder products cause epithelial ovarian cancer.  This opinion is based on my assessment of the totality of the epidemiologic data presented in the medical and scientific literature, the biologic mechanism, and the credible presence of known carcinogens in the products. This assessment was made by analyzing and weighing the extensive evidence in the context of Bradford Hill considerations.

Summary of my opinions:

1. Johnson and Johnson talcum powder products cause the development and progression of epithelial ovarian cancer.
2. There is credible evidence that Johnson and Johnson baby powder products contain asbestos.  Asbestos and fibrous talc cause epithelial ovarian cancer. Heavy metals and

fragrance chemicals added to the products can also contribute to the carcinogenicity of Johnson & Johnson Baby Powder and Shower to Shower products.

3. Talc and asbestos create an inflammatory pro-carcinogenic environment in the human body, the mechanism for epithelial ovarian cancer development and progression.

4. Perineal application of talcum powder products results in the tubal and intraperitoneal deposition of talc and asbestos by migration and transport through the genital tract. Inhalation is a secondary route of exposure.

I reserve the right to amend or modify the report as new information becomes available.

I have not testified in litigation over the previous 4 years. I am charging $600 per hour for my work on this matter. Additional materials I considered are attached as Exhibit C.

# References

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. 1982. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39 (4): 344–48.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. 2003. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72 (5): 1117–30.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. 2006. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354 (1): 34–43. https://doi.org/10.1056/NEJMoa052985.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. 2012. "Ten-Year Relative Survival for Epithelial Ovarian Cancer." *Obstetrics and Gynecology* 120 (3): 612–18. https://doi.org/10.1097/AOG.0b013e318264f794.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. 2017. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January, 1. https://doi.org/10.1097/CEJ.0000000000000340.

Berry, G., M. L. Newhouse, and J. C. Wagner. 2000. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57 (11): 782–85.

Blount, A M. 1991. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August): 225–30.

Booth, M., V. Beral, and P. Smith. 1989. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60 (4): 592–98.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. 2011. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378 (9809): 2081–87. https://doi.org/10.1016/S0140-6736(11)61049-0.

Buz'Zard, Amber R., and Benjamin H. S. Lau. 2007. "Pycnogenol Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research: PTR* 21 (6): 579–86. https://doi.org/10.1002/ptr.2117.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. 2011. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119 (9): 1211–17. https://doi.org/10.1289/ehp.1003283.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. 2017. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal* 2017: 1270608. https://doi.org/10.1155/2017/1270608.

Chang, Stella, and Harvey A. Risch. 1997. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79 (12): 2396–2401. https://doi.org/10.1002/(SICI)1097-0142(19970615)79:12<2396::AID-CNCR15>3.0.CO;2-M.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. 2013. "The Forkhead Transcription Factor FOXM1 Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33 (2): 227–36. https://doi.org/10.1128/MCB.00881-12.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. 1992. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21 (1): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. 2015. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43 (14): 6945–58. https://doi.org/10.1093/nar/gkv111.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. 2007. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9 (2). https://doi.org/10.1186/bcr1670.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. 2010. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285 (18): 13349–56. https://doi.org/10.1074/jbc.M109.074286.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. 1997. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145 (5): 459–65.

Cralley, L. J., R. G. Keenan, J. R. Lynch, and W. S. Lainhart. 1968. "Source and Identification of Respirable Fibers." *American Industrial Hygiene Association Journal* 29 (2): 129–35. https://doi.org/10.1080/00028896809343285.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. 1968. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29 (4): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. 1999. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94 (1): 160–61.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. 1982. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50 (2): 372–76.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. 2015. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December. https://doi.org/10.1097/EDE.0000000000000434.

———. 2016. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27 (3): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. 2012. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer

in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21 (8): 1362–70. https://doi.org/10.1158/1055-9965.EPI-12-0229.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. 2017. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116 (9): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dubeau, L., and R. Drapkin. 2013. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. 1948. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75 (3): 493–97.

Egli, G. E., and M. Newton. 1961. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April): 151–55.

"Exhibit 28, Deposition of John Hopkins, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2378." 2018.

"Exhibit 47, Deposition of Julie Pier, In Re: Talcum Powder Prod. Liab. Litig., MDL 2738." 2018.

Fathalla, M. F. 1971. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2 (7716): 163.

———. 2013. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5 (4): 292–97.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12 (14). https://doi.org/10.1186/s12982-015-0037-4.

Ferguson, Lynnette R. 2010. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690 (1–2): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. 2018. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February. https://doi.org/10.1177/1933719118759999.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. 1998. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62 (3): 676–89. https://doi.org/10.1086/301749.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. 2014. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis."

*Journal of the National Cancer Institute* 106 (6): dju091. https://doi.org/10.1093/jnci/dju091.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. 2008. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17 (9): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. 1999. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36 (1): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. 2000. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92 (3): 249–52.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. 1998. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179 (2): 403–10.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. 2009. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27 (8): 1250–56. https://doi.org/10.1200/JCO.2008.16.6959.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. 2016. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27 (6): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Gross, A. J., and P. H. Berg. 1995. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5 (2): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. 1990. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250 (4988): 1684–89.

Hannenhalli, Sridhar, and Klaus H. Kaestner. 2009. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10 (4): 233–40. https://doi.org/10.1038/nrg2523.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. 1992. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80 (1): 19–26.

Harlow, B. L., and N. S. Weiss. 1989. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130 (2): 390–94.

Harper, Amy K, and Ghassan Saed. 2019. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting."

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. 1983. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250 (14): 1844.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. 2013. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122 (1): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. 1971. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78 (3): 266–72.

Hill, Austin Bradford. 1965. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58 (5): 295–300.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. 2015. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33 (8): 937–43. https://doi.org/10.1200/JCO.2014.56.3106.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. 2014. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106 (9). https://doi.org/10.1093/jnci/dju208.

Hunn, Jessica, and Gustavo C. Rodriguez. 2012. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55 (1): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. 2012. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C."

Khan, Mohd Imran, Amogh A. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. 2011. "Nano-Talc Stabilizes TNF-Alpha m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7 (1): 112–13.

Klampfer, Lidija. 2011. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets* 11 (4): 451–64.

Knudson, A. G. 1971. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68 (4): 820–23.

La Vecchia, Carlo. 2017. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (1): 55–62. https://doi.org/10.1097/CEJ.0000000000000217.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. 2008. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62 (4): 358–60. https://doi.org/10.1136/jech.2006.047894.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. 2008. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26 (32): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Liou, Geou-Yarh, and Peter Storz. 2010. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44 (5): 476–96. https://doi.org/10.3109/10715761003667554.

Lockey, J. E. 1981. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2 (2): 203–18.

Longo, D. L., and R. C. Young. 1979. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2 (8138): 349–51.

Longo, William E., and Mark W. Rigler. 2018. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos."

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. 2008. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65 (3): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. 2018. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September. https://doi.org/10.1016/j.hoc.2018.07.002.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. 2012. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control : CCC* 23 (11): 1839–52. https://doi.org/10.1007/s10552-012-0063-2.

Narod, Steven A. 2016. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141 (3): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. 2000. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11 (2): 111–17.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. 2015. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12 (4): 239–45. https://doi.org/10.1038/nrclinonc.2015.26.

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. 2016. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2 (4): 482–90. https://doi.org/10.1001/jamaoncol.2015.5495.

Okada, Futoshi. 2007. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121 (11): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. 1984. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4 (3): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. 2018. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September. https://doi.org/10.1007/s10552-018-1082-4.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. 2003. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361 (9375): 2099–2106.

Penninkilampi, Ross, and Guy D. Eslick. 2018. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29 (1): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. 1995. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62 (6): 678–84.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. 2012. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33 (4): 690–702. https://doi.org/10.1002/humu.22025.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. 2010. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116 (1): 10–14. https://doi.org/10.1016/j.ygyno.2009.10.043.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. 2015. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313 (13): 1347–61. https://doi.org/10.1001/jama.2014.5985.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. 2014. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69 (9): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

Reid, Alison, Nick de Klerk, and Arthur W. (Bill) Musk. 2011. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20 (7): 1287–95. https://doi.org/10.1158/1055-9965.EPI-10-1302.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. 1976. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2 (2): 255–84. https://doi.org/10.1080/15287397609529432.

Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. 1992. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45 (1): 20–25.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. 2017. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145 (3): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. 2018. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148 (3): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. 2018. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. 2016. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25 (10): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

Shan, Weiwei, and Jinsong Liu. 2009. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8 (19): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. 2009. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41 (1): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19 (4): 991–95. https://doi.org/10.1093/humrep/deh156.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. 2013. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6 (8): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. 2015. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33 (13): 1460–66. https://doi.org/10.1200/JCO.2014.55.9898.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. 1998. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7 (2): 195–202.

Trabert, Britton, Roberta B. Ness, Wei-Hsuan Lo-Ciganic, Megan A. Murphy, Ellen L. Goode, Elizabeth M. Poole, Louise A. Brinton, et al. 2014. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." *JNCI Journal of the National Cancer Institute* 106 (2). https://doi.org/10.1093/jnci/djt431.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111 (2). https://doi.org/10.1093/jnci/djy100.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. 1993. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55 (3): 408–10.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. 2004. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96 (22): 1682–91. https://doi.org/10.1093/jnci/djh323.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. 2011. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117 (5): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. 2013. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14 (10): 703–18. https://doi.org/10.1038/nrg3539.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. 2016. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34 (24): 2888–98. https://doi.org/10.1200/JCO.2016.66.8178.

Werner, I. 1982. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21 (5).

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. 1988. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128 (6): 1228–40.

Whysner, J., and M. Mohan. 2000. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182 (3): 720–24.

Wignall, B.K., and A.J. Fox. 1982. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39 (1): 34–38.

Wong, C. 1999. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics & Gynecology* 93 (3): 372–76. https://doi.org/10.1016/S0029-7844(98)00439-6.

Woodruff, J. D. 1979. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144 (4): 117–20.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. 2009. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International Journal of Cancer. Journal International Du Cancer* 124 (6): 1409–15. https://doi.org/10.1002/ijc.24091.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9 (1): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. 2009. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512: 15–28. https://doi.org/10.1007/978-1-60327-530-9_2.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. 2006. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December): 11565.

# Exhibit A

CURRICULUM VITAE
Ellen Blair Smith, M.D.

PERSONAL DATA:

Birth Date:   December 9, 1951

Mailing Address:  2311 Camino Alto Road
                  Austin, Texas, USA 78746

Email:  ellenblairsmith@gmail.com

NPI:  15583054

Employment Status:   Retired from Texas Oncology, PA December 31, 2015
                     Medical director, Halcyon Home Hospice, April, 2017-present

EDUCATIONAL HISTORY:

1969:  Diploma, Grimsley High School, Greensboro, North Carolina
1971:  A.A. , St. Mary's Junior College, Raleigh, North Carolina
1973:  B.A. Biology, University of North Carolina, Greensboro. North Carolina
1977:  M.D., University of North Carolina. Chapel Hill, North Carolina

SCHOLASTIC HONORS:

1974  Mosby Award
1976  Merck Award
1976  Student Aptitude Award, North Carolina Society of Obstetrics and
      Gynecology
1976  Alpha Omega Alpha, University of North Carolina School of Medicine
1977  American Medical Women's Association Citation of Scholastic
      Achievement

POSTGRADUATE TRAINING:

1977-1978:  Internship, Obstetrics and Gynecology, UTHSCSA, San Antonio, Texas
1978-1981:  Residency, Obstetrics and Gynecology, UTHSCSA, San Antonio, Texas
1979:       Galloway Fellowship, Memorial Sloan-Kettering, NY, NY
1981-1984:  Fellowship, Gynecologic Oncology, Duke University Medical School,
            Durham,NC (1983:  American Cancer Society Fellow)

PREVIOUS EMPLOYMENT:

1984-1987:  Assistant Professor, Gynecologic Oncology, University of Virginia Medical
            School, Charlottesville, Virginia
1987-1989:  Physician and Sole Proprietor, Gynecologic Oncology, Austin, Texas
1989-1995:  Physician and President, Austin Gynecologic Oncology Associates, Austin,TX

CURRICULUM VITAE
Ellen Blair Smith, M.D.

1995-2008:  Physician and Partner, Southwest Regional Cancer Center, Austin, Texas
2008-2015:  Physician Shareholder, Texas Oncology, Austin, Texas

MEDICAL LICENSURE:

Texas Medical Board:  F0313 (active)
DEA:  AS 1121021 (active)
Texas DPS 40063099 (active)
North Carolina State:  24537 (inactive)
Virginia State: 10103669 (inactive)

BOARD CERTIFICATIONS:

1985  American Board of Obstetrics and Gynecology (lifetime certified, voluntary
        recertification 1996)
1987  American Board of Obstetrics and Gynecology, Division of Gynecologic Oncology
        (lifetime certified, voluntary recertification 1996)
2011 Hospice and Palliative Medicine (via ABOG), expires 2021

APPOINTMENTS:

1981-1982  Associate, Obstetrics and Gynecology, Duke University Medical School,
            Durham, NC
1982-1984  Assistant Professor, Obstetrics and Gynecology, Duke University Medical
            School, Durham, NC
1984-1987  Assistant Professor, Department of Obstetric and Gynecology, University
            of Virginia Medical Center, Charlottesville, VA
1997-2000  Renaissance Women's Center Advisory Board, Austin, Texas
1998-2003  Hospice Austin Medical Advisory Board, Austin, Texas
1999-2001  Mediation Committee, Travis County Medical Society, Austin, Texas
2001-2007  Gynecologic Cancer Foundation, Board of Directors
            Nominating Committee Chair 2004
2007-2008  Section Chief Ob-Gyn, Seton Medical Center, Austin, Texas
2007-2014  Member Surgical Committee, Seton Medical Center, Austin, Texas
2011-2013  Medical Director of Surgical Services, US Oncology (elected office)
2011-2013  Member, National Policy Board Executive Committee, US Oncology
2011-2015  Member, Managed Care Committee, US Oncology
2011-2015  Member, Pathways Committee, US Oncology

PROFESSIONAL SOCIETIES:

Alpha Omega Alpha (1976-current)
American Cancer Society
      1985-1987  Charlottesville-Albemarle Unit
                  Board of Directors
                  Executive Committee

      1984-1986  Virginia Unit

CURRICULUM VITAE
Ellen Blair Smith, M.D.

Board of Directors
Colorectal Cancer Control Project Steering Committee
Finance Committee 1986
Nominating Committee 1986
1987-1988  Austin, Texas Unit
Public Education Chairman
American Congress of Obstetrics and Gynecology (1988-Life Member)
Society of Gynecologic Oncology (1988-lifetime)
Program Committee 1995-1996
Coding Committee  1996-2001
Nominating Committee 2008
Palliative Care Committee 2009-current
Session Moderator-Palliative Care- SGO Annual Meeting-2014
Steering Committee, SGO Genetics Summit-2015
American Academy of Hospice and Palliative Medicine 2010-present

PUBLICATIONS (PEER-REVIEWED JOURNALS) :

**Smith, EB**, Weed, JC, Tyrey, L and Hamond, CB:  "Treatment of Nonmetastatic  GTD:  Results of Methotrexate-Folinic Acid."  *Amer J Obstet Gynecol,* 144:88, 1982.

**Smith, EB**, Szulman, AE, Hinshaw, W, Tyrey, Surti, U, and Hammond, CB: "Human Chorionic Gonadotropin Level in Complete and Partial Hydatidiform Moles and Nonmolar Abortuses." *Amer J Obstet Gynecol,* 149: 129, 1984.

**Smith, EB**, Clarke-Pearson, DL, and Creasman, WT:  "A VP-16 and Cis-Platinum Containing Regimen for Treatment of Refractory Ovarian Germ Cell Malignancies"  *Amer J Obstet Gynecol*, 150:927, 1984.

**Smith, EB**, Dunnick, R, Nelson, PA and Hammond, CB: "Renal Metastases of Malignant Gestational Trophoblastic Disease with Particular Attention to the Use of Intravenous Urography in Staging."  *Gynecol Oncol* 20: 137, 1985.

Barter, J, **Smith, EB**, Szpak,CA, et al: "Leiomyosarcoma of the Uterus: A Clinicopathologic Study of 21 Patients."  *Gynecol Oncol* 21:221, 1985.

Puleo, JG, Clarke-Pearson, DL, **Smith, EB**, Barnard, DE, and Creasman, WT: "Superior Vena Cava Syndrome Associated with Gynecologic Malignancy."  *Gynecol Oncol* 23:59, 1986.

Taylor, PT, Anderson, WA, Barber, SR, Covell, JL, **Smith, EB**, and Underwood, PB: "The Screening Papanicolau Smear:  Contribution of the Endocervical Brush."  *Obstet Gynecol* 70:734, 1987.

Anderson, WA, Found, D, Peters, W, **Smith, EB**, Bagley, C and Taylor, PT:  "Platinum-Based Combination Chemotherapy for Malignant Mixed Mesodermal Tumors of the Ovary."  *Gynecol Oncol* 32: 319, 1989.

Plante, M, **Smith, EB** et al:  "The case of a viable pregnancy post vaginal radical trachelectomy followed by combined chemoradiation."  *Gynecol Oncol* 123:421, 2011.

CURRICULUM VITAE
Ellen Blair Smith, M.D.

PUBLICATIONS (INVITED ARTICLES AND BOOK CHAPTERS):

Creasman, WT, **Smith, EB** and Clarke-Pearson, DL:  "Gestational Trophoblastic Disease."
*The Female Patient*, 9:66, 1984.

**Smith, EB**, Clarke-Pearson, DL, and Creasman, WT: "Screening of Cervical
Cancer." (Chapter10) *Screening and Monitoring of Cancer*.  Basil A Still, ed.  John Wiley &
Sons; 1985.

**Smith, EB** and Creasman, WT: "Preinvasive and Invasive Cervical Carcinoma Associated With
Pregnancy."   *Principles of Medical Therapy in Pregnancy*.  N Gleicher, ed.  Plenum Publishing
Corp.  New York,  New York.  1985.  Revision 1990.

**Smith, EB**, Hammond, CB, Gore, H and Hertig, A.  "Gestational Trophoblastic Disease".
*Management of the Patient with Cancer*.  3rd edition.  TF Nealon, ed. W. B. Saunders CO,
Philadelphia, Pa.  1986.

**Smith, EB**:  "Gynecology for the Urologist." *Adult and Pediatric Urology.*  J Gillenwater. ed.
Year Book Medical Publishers; 1987.  Revision 1991.


INVITED LECTURES:

SGO State of the Art Meeting 2011- Palliative Care

SGO Winter Meeting 2013-Palliative Care

# Exhibit B

EXHIBIT A

| First author and year | Cases (%talc use) | Controls (%talc use) | OR | 95% CI | Dose Response | Comments |
|---|---|---|---|---|---|---|
| Cramer, 1982 | 215 (43%) | 215 (28%) | 1.9 | 1.27-2.89 | | |
| Hartge,1983 | 135 | 171 | 0.7 | 0.4-1.1 | | hosp, letter only. Only 10 with perineal use |
| Whittemore, 1988 | 188 (52%) | 539 (46%) | 1.45 | 0.81-2.8 | no | perineal use, mixed hosp and population |
| Harlow, 1989 | 116 | 158 | 2.8 | 1.111.7 | no | LMP only, deodorant powder +/-talc |
| Booth,1989 | 235 (68%) | 451 (61%) | rare=0.9 | 0.3-2.4 | | |
| | | | weekly=2.0 | 1.3-3.4 | no | hosp. path reviewed |
| | | | daily=1.3 | 0.8-1.9 | | |
| Rosenblatt, 1992 | 77 (91%) | 46 | 1 | 0.2-4.0 | | These nmbers are way too small. |
| Chen,1992 | 112 (6%) | 224 (2%) | 3.9 | 0.9-11.6 | | also used occupational exposure, only 7 vs 5 total perineal powder users |
| Harlow, 1002 | 235 (48.5%) | 239 (39.3) | 1.5 | 1.0-21 | trend NSS | perineal use |
| Tzounou,1993 | 189 (3%) | 200 (3.5%) | 1.05 | 0.28-3.98 | | hosp, hairdye, low usage numbers, Greece |
| Purdie,1995 | 824 (57%) | 860 (52%) | 1.25 | 1,04-1,54 | | adj for parity , 17% LMP    Austrailia |
| Shusan, 1996 | 200 (11%) | 406 (5.6%) | seems to be : simple X2= 0.4 | | | Never/seldom vs mod-a lot, Focus on fertility drugs    Israel |
| Chang, 1997 | 450 (44%) | 564 (35.6%) | all 1.42 | 1.08-1.86 | duration=borderline | no assn with cornstarch , Canada |
| | | | LMP 1.24 | 0.76-2.02 | frequency=no | |
| | | | inv 1.51 | 1.13-2.02 | | |
| Cook, 1997 | 313 | 422 | 1.5 | 1.1-2.0 | no | ever powder use, looked at genital deodorant as well |
| Godard,1998 | 170 (10.6) | 170 (4.7) | 2.49 | 0.94-6.56 | | perineal use only       p=0.066    French Canadians |
| Wong, 1999 | 499 (47.8%) | 755 (44.9%) | genital+pad 1.1 | 0.7-1.7 | no | |
| | | | genital 1.0 | 0.8-1.3 | | |
| | | | pad 0.9 | 0.4-2.0 | | |

| first author, year | cases (% talc use) | controls (%talc use) | OR | 95% CI | dose-response | Comments |
|---|---|---|---|---|---|---|
| Cramer, 1999 | 563 (45%) | 523 (36%) | any genital powder 1.6<br>perineal talc 1.69 | 1.18-2.15<br>1.26-2.27 | no | |
| Ness,2000 | 767 (55%) | 1367 (47%) | genital 1.5<br>pad 1.6 | 1.1-2.0<br>1.1-2.3 | no | BTL protective, risk increased witalc on all areas body |
| Mills,2004 | 256 (43%) | 1122 (37%) | ever talc 1.37<br>serous 1.77 | 1.02-1.85<br>1.12-1.81 | no | |
| Merritt, 2008 | 1576 (46%) | 1509 (43%) | 1.17 | 1.01-1.36 | | adjusted OR, decreased with ASA, BIG NUMBERS    Australia    includes LMP, FT, PP |
| Moorman,2009 | 143 AA<br>943 white | 189 AA<br>868 white | 1.19<br>1.04 | 0.68-2.09<br>0.82-1.33) | | |
| Rosenblatt, 2011 | 812 | 1313 | all 1.27<br>LMP 1.55<br>inv 1.38 | 0.97-1.66<br>1.02-2.37<br>0.77-2.47 | no | |
| Kurtha, 2012 | 902 (22%) | 1802 (20.9%) | 1.4 | 1.16-1.69 | | The definitive fertility drug risk paper |
| Wu, 2015 | hispanics 308 (38%)<br>AA 128 (48%)<br>white 1265 (41%) | 380 (28%)<br>143 (44%)<br>1868 (30%) | 1.56<br>1.77<br>1.41 | 0.8-3.04<br>1.20-2.62<br>1.21-1.67 | | Stat sig more talc use in Aas |
| Cramer, 2016 | 2014 (51%) | 2100 (48%) | 1.33 | 1.16-1.52 | trend for freq<br>none for duration | |
| Schildkraut,2016 | 584 (63%) | 745 (53%) | 1.44 | 1.11-1.86 | yes | |

# Exhibit C

"A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88. https://doi.org/10.1016/0007-0971(79)90054-8.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47. https://doi.org/10.1016/j.tiv.2010.03.002.

American Cancer Society. "Key Statistics for Ovarian Cancer," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html.

———. "What Is Ovarian Cancer?," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/what-is-ovarian-cancer.html.

Anderson, Garnet L., Howard L. Judd, Andrew M. Kaunitz, David H. Barad, Shirley A. A. Beresford, Mary Pettinger, James Liu, S. Gene McNeeley, Ana Maria Lopez, and Women's Health Initiative Investigators. "Effects of Estrogen plus Progestin on Gynecologic Cancers and Associated Diagnostic Procedures: The Women's Health Initiative Randomized Trial." *JAMA* 290, no. 13 (October 1, 2003): 1739–48. https://doi.org/10.1001/jama.290.13.1739.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354, no. 1 (January 5, 2006): 34–43. https://doi.org/10.1056/NEJMoa052985.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" *Obstetrics & Gynecology* 120, no. 3 (September 2012): 612–18. https://doi.org/10.1097/AOG.0b013e318264f794.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620. https://doi.org/10.2105/AJPH.2018.304366.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015). https://doi.org/e0135739. doi:10.1371/journal. pone.0135739.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1. https://doi.org/10.1097/CEJ.0000000000000340.

———. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 27, no. 3 (2018): 248–57. https://doi.org/10.1097/CEJ.0000000000000340.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602. https://doi.org/10.1038/bjc.2011.572.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018. https://doi.org/10.1016/j.smim.2018.10.011.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378, no. 9809 (December 17, 2011): 2081–87. https://doi.org/10.1016/S0140-6736(11)61049-0.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953. https://patents.google.com/patent/US2626257A/en?q=medical&q=dusting+powder&oq=medical+dusting+powder.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17. https://doi.org/10.1289/ehp.1003283.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294, no. 8 (August 24, 2005): 914–23. https://doi.org/10.1001/jama.294.8.914.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal*, 2017. https://doi.org/10.1155/2017/1270608.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401. https://doi.org/10.1002/(SICI)1097-0142(19970615)79:12<2396::AID-CNCR15>3.0.CO;2-M.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124, no. 6 (May 2017): 872–78. https://doi.org/10.1111/1471-0528.14543.

Chen, Lee-May, and Jonathan S Berek. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum." *UpToDate*, 2018.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,%20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and%20risk%20factors&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. "The Forkhead Transcription Factor FOXM1

Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33, no. 2 (January 2013): 227–36. https://doi.org/10.1128/MCB.00881-12.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58. https://doi.org/10.1093/nar/gkv111.

Chittenden, B. G., G. Fullerton, A. Maheshwari, and S. Bhattacharya. "Polycystic Ovary Syndrome and the Risk of Gynaecological Cancer: A Systematic Review." *Reproductive Biomedicine Online* 19, no. 3 (September 2009): 398–405.

Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67. https://doi.org/10.1093/humupd/dmq030.

Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63. https://doi.org/10.1111/j.1600-0412.2011.01114.x.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14. https://doi.org/10.1016/S0140-6736(08)60167-1.

Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42. https://doi.org/10.1016/S0140-6736(14)61687-1.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26. https://doi.org/10.1097/AOG.0000000000002296.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285, no. 18 (April 30, 2010): 13349–56. https://doi.org/10.1074/jbc.M109.074286.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 81, no. 3 (May 5, 1999): 351–56.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31. https://doi.org/10.1158/1055-9965.EPI-05-0035.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December 17, 2015. https://doi.org/10.1097/EDE.0000000000000434.

———. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501. https://doi.org/10.1097/01.AOG.0000262902.80861.a0.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76. https://doi.org/10.1002/1097-0142(19820715)50:2<372::AID-CNCR2820500235>3.0.CO;2-S.

Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96. https://doi.org/10.1038/nrclinonc.2015.105.

Curtis D. Klaassen, and John Doull. *Casarett and Doull's Toxicology : The Basic Science of Poisons*. 8th Edition. McGraw-Hill Education, 2013. https://www.ncbi.nlm.nih.gov/nlmcatalog/101586259.

Danforth, Kim N., Shelley S Tworoger, Jonathan L. Hecht, Bernard A. Rosner, Graham A. Colditz, and Susan E. Hankinson. "Breastfeeding and Risk of Ovarian Cancer in Two Prospective

Cohorts." *Cancer Causes & Control: CCC* 18, no. 5 (June 2007): 517–23. https://doi.org/10.1007/s10552-007-0130-2.

"Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., August 16, 2018.

"Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

"Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01," April 13, 2018.

Devaja, Omer. *Ovarian Cancer  From Pathogenesis to Treatment*. IntechOpen, 2018.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70. https://doi.org/10.1158/1055-9965.EPI-12-0229.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

D.R. Petterson. "JNJ 000251888," April 26, 1973.

Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81. https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

———. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015). https://doi.org/10.1186/s12982-015-0037-4.

"Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018. https://www.gpo.gov/fdsys/search/pagedetails.action?collectionCode=FR&browsePath=2016%2 F12%2F12-19%5C%2F%2FConsumer+Product+Safety+Commission&isCollapsed=true&leafLevelBrowse =true&packageId=FR-2016-12-19&isDocumentResults=true&ycord=173&isDocumentResults=true&ycord=173.

Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34. https://doi.org/10.1007/s12253-015-9913-z.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S. https://doi.org/10.1177/1091581815586797.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018. https://doi.org/10.1177/1933719118759999.

Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89. https://doi.org/10.1086/301749.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73. https://doi.org/10.1038/bjc.2013.514.

Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3. https://doi.org/10.2105/AJPH.2018.304390.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97. https://doi.org/10.1016/j.rmed.2008.07.021.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

Gloyne, S. R. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17 (1935): 5–10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27, no. 8 (March 10, 2009): 1250–56. https://doi.org/10.1200/JCO.2008.16.6959.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60. https://doi.org/10.1677/ERC-08-0104.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32. https://doi.org/10.1179/2049396714Y.0000000081.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250, no. 4988 (December 21, 1990): 1684–89.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

Hannenhalli, Sridhar, and Klaus H. Kaestner. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10, no. 4 (April 2009): 233–40. https://doi.org/10.1038/nrg2523.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

Harlow, B. L., and P. A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 254–60. https://doi.org/10.1006/rtph.1995.1039.

Harlow, B. L., and N. S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, no. 2 (August 1989): 390–94.

Harper, Amy K, and Ghassan Saed. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting," In Press 2019.

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?" *Leukemia Research* 37, no. 2 (February 2013): 214–20. https://doi.org/10.1016/j.leukres.2012.10.020.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122, no. 1 (July 2013): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39. https://doi.org/10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19. https://doi.org/10.2105/AJPH.2018.304337.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral

Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36. https://doi.org/10.1080/15287390903486568.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 8 (March 10, 2015): 937–43. https://doi.org/10.1200/JCO.2014.56.3106.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29. https://doi.org/10.1097/01.cej.0000236257.03394.4a.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC : Asbestos," 1977. https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-79/.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 58. Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry," 1993.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 93 Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1–413.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42. Supplement 7," 1987. https://monographs.iarc.fr/wp-content/uploads/2018/06/Suppl7.pdf.

IARC, International Agency for Research on Cancer, and World Health Organization, eds. *Carbon Black, Titanium Dioxide, and Talc*. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France : Geneva: International Agency for Research on Cancer ; Distributed by WHO Press, 2010.

"IMERYS 013188," n.d.

"IMERYS 088907 Rio Tinto Minerals HSE&EA Science Advisory Meeting." September 17, 2007.

"IMERYS 284935," n.d.

"IMERYS137677-IMERYS137690," 2004.

"IMERYS209971," 1972.

"IMERYS210136," n.d.

"IMERYS241866," n.d.

"IMERYS248877," n.d.

"IMERYS255101," n.d.

"IMERYS255224," n.d.

"IMERYS255384," n.d.

"IMERYS255394," n.d.

"IMERYS255395," n.d.

"IMERYS279884," n.d.

"IMERYS279968," n.d.

"IMERYS281335," n.d.

"IMERYS281776," n.d.

"IMERYS324700," n.d.

"IMERYS-A_0011817," n.d.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006. http://www.ncbi.nlm.nih.gov/books/NBK20332/.

Isaacs, Claudine, and Beth N Peshkin. "Management of Patients at High Risk for Breast and Ovarian Cancer." *UpToDate*, 2018.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

J. Lightfoot, G.A. Kingston, and F.D. Pooley. "An Examination of Italian Mine Samples and Relevant Powders," 1972.

Jaiswal, M., N. F. LaRusso, L. J. Burgart, and G. J. Gores. "Inflammatory Cytokines Induce DNA Damage and Inhibit DNA Repair in Cholangiocarcinoma Cells by a Nitric Oxide-Dependent Mechanism." *Cancer Research* 60, no. 1 (January 1, 2000): 184–90.

"JANSSEN-000056 P-23 (Pltf_MISC_00000321) Ortho Diaphragm Information," n.d.

Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September 1997): 1073–84. https://doi.org/10.1289/ehp.97105s51073.

———. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73.

Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogensis*. New York: Plenum Press, 1991.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13. https://doi.org/10.1136/jmedgenet-2013-102015.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018). https://doi.org/10.1038/s41598-018-30261-8.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

"JNJ000000704 P-396," n.d.

"JNJ000011150," n.d.

"JNJ000016645," n.d.

"JNJ000019415," n.d.

"JNJ000025132," 1976.

"JNJ000025132," n.d.

"JNJ000026987," n.d.

"JNJ000046293," n.d.

"JNJ000245678," n.d.

"JNJ000245762," n.d.

"JNJ000251888," n.d.

"JNJ000260700," n.d.

"JNJ000261010," n.d.

"JNJ000265536," n.d.

"JNJ000279507," n.d.

"JNJ000348778," n.d.

"JNJ000404860," n.d.

"JNJ000460665," n.d.

"JNJ000526750," n.d.

John M. DeSesso. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Jordan, SJ, KL Cushing-Haugen, KG Wicklund, JA Doherty, and MA Rossing. "Breast Feeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control : CCC* 23, no. 6 (June 2012): 919–27. https://doi.org/10.1007/s10552-012-9963-4.

Jordan, Susan J., Victor Siskind, Adèle C Green, David C. Whiteman, and Penelope M. Webb. "Breastfeeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 21, no. 1 (January 2010): 109–16. https://doi.org/10.1007/s10552-009-9440-x.

Jordan, Susan J., David C. Whiteman, David M. Purdie, Adèle C. Green, and Penelope M. Webb. "Does Smoking Increase Risk of Ovarian Cancer? A Systematic Review." *Gynecologic Oncology* 103, no. 3 (December 2006): 1122–29. https://doi.org/10.1016/j.ygyno.2006.08.012.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, no. 6 (December 1992): 443–49. https://doi.org/10.1002/jat.2550120614.

Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75. https://doi.org/10.1158/1055-9965.EPI-09-1221.

Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13. https://doi.org/10.1166/jbn.2011.1227.

King, HM. "Talc: The Softest Mineral.," n.d. https://geology.com/minerals/talc.shtml.

King, Talmadge. "Asbestos-Related Pleuropulmonary Disease." Edited by Kevin Flaherty. *UpToDate*, 2018.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Klampfer, Lidija. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets* 11, no. 4 (May 2011): 451–64.

Knudson, A. G. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68, no. 4 (April 1971): 820–23.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurman, Robert J., and Ie-Ming Shih. "Molecular Pathogenesis and Extraovarian Origin of Epithelial Ovarian Cancer. Shifting the Paradigm." *Human Pathology* 42, no. 7 (July 2011): 918–31. https://doi.org/10.1016/j.humpath.2011.03.003.

———. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186, no. 4 (April 1, 2016): 733–47. https://doi.org/10.1016/j.ajpath.2015.11.011.

———. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility

Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

La Vecchia. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (2017): 55–62.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7. https://doi.org/10.1016/j.ygyno.2014.09.009.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005. https://doi.org/10.1200/JCO.2006.07.9970.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, no. 1 (January 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26, no. 32 (November 10, 2008): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15. https://doi.org/10.1038/sj.bjc.6603535.

Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." *The Lancet. Oncology* 12, no. 9 (September 2011): 900–904. https://doi.org/10.1016/S1470-2045(11)70165-6.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19. https://doi.org/10.1097/EDE.0b013e3182456ad3.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

"Longo - Feb 2018 MAS Report," 2018.

Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

Longo, William E., and Mark W. Rigler. "Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos," August 2, 2017.

Longo, William E., and Rigler, Mark W. "MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD," April 28, 2017.

———. "TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos," February 16, 2018.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Luan, Nan-Nan, Qi-Jun Wu, Ting-Ting Gong, Emily Vogtmann, Yong-Lai Wang, and Bei Lin. "Breastfeeding and Ovarian Cancer Risk: A Meta-Analysis of Epidemiologic Studies1234." *The American Journal of Clinical Nutrition* 98, no. 4 (October 2013): 1020–31. https://doi.org/10.3945/ajcn.113.062794.

Lundin, Eva, Laure Dossus, Tess Clendenen, Vittorio Krogh, Kjell Grankvist, Marianne Wulff, Sabina Sieri, et al. "C-Reactive Protein and Ovarian Cancer: A Prospective Study Nested in Three Cohorts (Sweden, USA, Italy)." *Cancer Causes & Control: CCC* 20, no. 7 (September 2009): 1151–59. https://doi.org/10.1007/s10552-009-9330-2.

Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94. https://doi.org/10.1111/aogs.12516.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung Adenocarcinoma and Malignant Mesothelioma Detected by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35. https://doi.org/10.1007/s00408-015-9814-7.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018. https://doi.org/10.1016/j.hoc.2018.07.002.

Mannino, David M. "Cigarette Smoking and Other Possible Risk Factors for Lung Cancer." *UpToDate*, 2018.

McCullough, Marie. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

———. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50. https://doi.org/10.1016/j.bbadis.2007.12.005.

McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52. https://doi.org/10.21037/jtd.2017.10.41.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76. https://doi.org/10.1002/ijc.23017.

Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64. https://doi.org/10.1002/ijc.20434.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17. https://doi.org/10.1093/annonc/mdq660.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41. https://doi.org/10.5487/TR.2011.27.3.137.

Moorman, Patricia G. "Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," February 2018.

Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606. https://doi.org/10.1093/aje/kwp176.

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control : CCC* 23, no. 11 (November 2012): 1839–52. https://doi.org/10.1007/s10552-012-0063-2.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018. https://seer.cancer.gov/statfacts/html/ovary.html.

"National Toxicology Program (NTP) Technical Report (NTP TR 421) on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F1 Mice." National Institutes of Health, 1993.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88. https://doi.org/10.1038/sj.onc.1205804.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67. https://doi.org/10.1093/jnci/91.17.1459.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

Ness, Roberta B., Daniel W. Cramer, Marc T. Goodman, Susanne Krüger Kjaer, Kathy Mallin, Berit Jul Mosgaard, David M. Purdie, Harvey A. Risch, Ronald Vergona, and Anna H. Wu. "Infertility, Fertility Drugs, and Ovarian Cancer: A Pooled Analysis of Case-Control Studies." *American Journal of Epidemiology* 155, no. 3 (February 1, 2002): 217–24.

Neutra, Raymond Richard, Carl F. Cranor, and David Gee. "The Use and Misuse of Bradford Hill in U.S. Tort Law." *Jurimetrics J.*, 2018, 127–62.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12, no. 4 (April 2015): 239–45. https://doi.org/10.1038/nrclinonc.2015.26.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

———. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSH 2011 Current Intelligence Bulletin No. 62," 2011.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6." Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber .Pdf," n.d.

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90. https://doi.org/10.1001/jamaoncol.2015.5495.

NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018. https://doi.org/10.1007/s10552-018-1082-4.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361, no. 9375 (June 21, 2003): 2099–2106.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

*Pathology of Asbestos-Associated Diseases*, 2011. http://www.springer.com/medicine/pathology/book/978-1-4419-1894-9.

"PCPC_MDL00062175," May 25, 1999.

Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94. https://doi.org/10.1016/S1470-2045(11)70404-1.

Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

Pelling, D., and J. G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 5 (May 1986): 425–30.

Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

"Pltf_MISC_00000272 (JANSSEN-000001-19)," 1962.

Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

Pott, R., and K. H. Friedrichs. "Tumors in Rats Following i.p. Injection of Fiberform Dusts." *Naturwissenschaften* 59 (n.d.): 318–24.

Prat, Jaime, and FIGO Committee on Gynecologic Oncology. "Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum." *Cancer* 121, no. 19 (October 1, 2015): 3452–54. https://doi.org/10.1002/cncr.29524.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702. https://doi.org/10.1002/humu.22025.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116, no. 1 (January 2010): 10–14. https://doi.org/10.1016/j.ygyno.2009.10.043.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1, no. 1 (2009): 29–43. https://doi.org/10.4255/mcpharmacol.09.05.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61. https://doi.org/10.1001/jama.2014.5985.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95. https://doi.org/10.1158/1055-9965.EPI-10-1302.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32. https://doi.org/10.20892/j.issn.2095-3941.2016.0084.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3. https://doi.org/10.1016/j.fertnstert.2014.03.041.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92. https://doi.org/10.1002/ijc.26337.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. "Tremolite and Mesothelioma." *Annals of Occupational Hygiene* 46, no. 5 (July 1, 2002): 447–53. https://doi.org/10.1093/annhyg/mef056.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84. https://doi.org/10.1080/15287397609529432.

Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. 1st ed. Accessed August 21, 2018. https://www.wiley.com/en-us/Cancer+Prevention+and+Screening%3A+Concepts%2C+Principles+and+Controversies-p-9781118990872.

Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42. https://doi.org/10.1007/s10552-011-9746-3.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

Schenken, Robert S. "Endometriosis: Pathogenesis, Clinical Features, and Diagnosis." *UpToDate*, 2018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

"SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site," April 2018. https://Seer.cancer.gov/csr/1975_2015/.

Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141, no. 2 (2016): 195–98. https://doi.org/10.1016/j.ygyno.2015.10.022.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95. https://doi.org/10.1093/humrep/deh156.

Soini, Tuuli, Ritva Hurskainen, Seija Grénman, Johanna Mäenpää, Jorma Paavonen, and Eero Pukkala. "Cancer Risk in Women Using the Levonorgestrel-Releasing Intrauterine System in Finland." *Obstetrics and Gynecology* 124, no. 2 Pt 1 (August 2014): 292–99. https://doi.org/10.1097/AOG.0000000000000356.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018. https://doi.org/10.1002/path.5145.

Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

Starman, Daniel H., Leslie A. Litzky, and Larry R. Kaiser. "Epidemiology of Malignant Pleural Mesothelioma." *UpToDate*, 2018.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018. https://doi.org/10.1016/j.toxlet.2018.08.011.

23

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49. https://doi.org/10.1016/j.toxlet.2014.03.005.

Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64. https://doi.org/10.1016/j.ygyno.2012.10.023.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16. https://doi.org/10.1016/j.canep.2018.05.011.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

"Talc." *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans* 42 (1987): 185–224.

Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 13 (May 1, 2015): 1460–66. https://doi.org/10.1200/JCO.2014.55.9898.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7, no. 2 (February 1998): 195–202.

Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952. https://patents.google.com/patent/US2621333/en.

Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96. https://doi.org/10.3322/caac.21456.

Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70. https://doi.org/10.1158/1055-9965.EPI-16-0476.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian

Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304. https://doi.org/10.1016/j.ygyno.2014.08.025.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National Cancer Institute*, May 31, 2018. https://doi.org/10.1093/jnci/djy100.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019). https://doi.org/10.1093/jnci/djy100.

Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42. https://doi.org/10.1038/bjc.2011.371.

Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84. https://doi.org/10.1007/s10552-011-9782-z.

Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901. https://doi.org/10.1093/aje/kwm157.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." - 600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67. https://doi.org/10.1186/1477-7827-1-67.

VanOrden, D. "Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations 'Talc (Containing Asbestiform Fibers)'. 4 December 2000., National Toxicology Program.," November 22, 2000.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-

Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96, no. 22 (November 17, 2004): 1682–91. https://doi.org/10.1093/jnci/djh323.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59. https://doi.org/10.1016/j.ygyno.2010.03.009.

Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017). https://doi.org/DOI 10.1186/s12982-017-0061-7.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138. https://doi.org/10.3390/ijerph13111138.

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14, no. 10 (October 2013): 703–18. https://doi.org/10.1038/nrg3539.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April 1986): 329–38.

Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" *Chest* 111, no. 5 (May 1997): 1414–16.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98. https://doi.org/10.1200/JCO.2016.66.8178.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77. https://doi.org/10.1093/jnci/92.14.1172.

Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15. https://doi.org/10.5271/sjweh.3462.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 93, no. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, no. 7 (July 1, 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International*

*Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15. https://doi.org/10.1002/ijc.24091.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512 (2009): 15–28. https://doi.org/10.1007/978-1-60327-530-9_2.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December 15, 2006): 11565.

"You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20. https://doi.org/10.1196/annals.1389.032.

Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65. https://doi.org/10.1038/nature24060.

Exhibit 12

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 16-2738 (FLW) (LHG)

## RULE 26 EXPERT REPORT OF
## DANIEL L. CLARKE-PEARSON, MD

Date:   November 16, 2018

_____

Daniel L. Clarke-Pearson, MD

Daniel L. Clarke-Pearson, MD
Robert A. Ross Distinguished Professor and Chair
Department of Obstetrics and Gynecology
University of North Carolina, Chapel Hill

**Background and Qualifications**

I am certified by the American Board of Obstetrics and Gynecology as a specialist in obstetrics and gynecology as well as a subspecialist in gynecologic oncology.  The focus of my clinical practice, teaching and research for the past 40 years has been the care of women with gynecologic cancers (cancers of the ovary, fallopian tube, uterus, cervix, vagina, and vulva).  In addition, I also provide care for complex gynecologic surgical problems (endometriosis, large ovarian tumors, leiomyomata).

I received a BA from Harvard College (major in biology).  I spent a year as a laboratory technician developing a device to noninvasively detect deep venous thrombosis.  I then attended medical school at Case Western Reserve University School of Medicine (Cleveland, OH).  After graduating in 1975, I completed a four-year residency in Obstetrics and Gynecology at Duke University Medical Center (Durham, NC).  I then completed a three-year fellowship in Gynecologic Oncology at Duke.  From 1982-1985 I was an assistant professor on the Duke faculty (Division of Gynecologic Oncology).  From 1985-1987 I was the Director of Gynecology and Gynecologic Oncology at the University of Illinois (Chicago, IL).   I returned to Duke in 1987 to serve as the Director of Gynecologic Oncology and Director of the Gynecologic Oncology Fellowship program. I was appointed a full professor with tenure and was awarded a Distinguished Professorship (James Ingram Professor of Gynecologic Oncology) in 1993.

In 2005, I was appointed Chair of the Department of Obstetrics and Gynecology at the University of North Carolina (Chapel Hill, NC).  As the Robert A. Ross Distinguished Professor and Chair, I have administrative responsibilities over 75 faculty, 28 residents in obstetrics and gynecology and 29 fellows receiving subspecialty training in eight subspecialties.  I have continued to provide clinical care to women with gynecologic cancers including surgery, administration of chemotherapy, conducting clinical trials and educating residents in Obstetrics and Gynecology and Fellows in Gynecologic Oncology.

I have published over 200 peer-reviewed manuscripts in the medical literature.  I have also written over 50 chapters for medical textbooks and edited three medical textbooks.  My research has focused on the treatment of gynecologic cancers, surgical techniques, and the prevention of venous thromboembolic (VTE) disease.  I have conducted the practice defining clinical trials evaluating various methods to prevent VTE in gynecologic surgery.  I have served on the editorial boards of two peer-review journals (*Obstetrics and Gynecology* and *Gynecologic Oncology*).  I served as a board examiner for the American Board of Obstetrics and Gynecology for eighteen years.

1

I have been actively involved with relevant medical organizations including the American College of Obstetricians and Gynecologists (ACOG), the Society of Gynecologic Oncology (SGO), the American College of Surgeons (ACS) and the Gynecologic Oncology Group (GOG).  I have lead numerous postgraduate continuing education courses sponsored by ACOG.  Most have focused on teaching obstetricians and gynecologists complex pelvic surgery and management (and prevention) of surgical complications.   I have served on several ACOG committees (Technical Bulletins, Gynecologic Management and Grievance) and was the chair of the Gynecologic Management Committee that wrote Clinical Opinions distributed to ACOG members.  I also served a three-year term on the ACOG Executive Board.  As a gynecologic oncologist, I have been an active member of the SGO and have served on a number of SGO Committees and the Executive Board.   In 2010, I was the SGO President.  As a member of the American College of Surgeons, I have presented CME lectures at the ACS annual meeting and have served on the ACS Obstetrics and Gynecology Advisory Committee.  I am currently a member of the ACS Commission on Cancer.  The GOG is a cooperative group organization sponsored by the National Cancer Institute to conduct clinical trials investigating new treatments to improve the outcomes of women with gynecologic cancers.  Many of the publications on my CV (Exhibit A) derive from participation in these clinical trials.

Currently, I am a member of the SGO Ethics Committee and the President of the Council of University Chairs of Ob Gyn (CUCOG).

**Materials and Methods**

I was asked to provide opinions on these questions: 1) Can the use of talcum powder in the perineal area cause epithelial ovarian cancer? and 2) If so, what is the biological mechanism for this occurrence?

To answer these questions and prepare this report, I sought to obtain relevant information through several sources.  I primarily relied on a PubMed search of "talc AND Ovarian Cancer", "Ovarian Cancer AND risk factors", "Talcum Powder AND Ovarian Cancer", "Talcum Powder AND Cancer", "Talc AND Cancer", "Asbestos AND Ovarian Cancer", "Asbestos AND Cancer". These searches provided peer-reviewed papers that included original research, case-controlled studies, cohort studies, meta-analysis studies, and review papers and systematic analysis.  I also searched some of the references cited in these papers.  Google searches were also performed. I also reviewed a number of textbooks searching for "ovarian cancer risk factors" and "talc/talcum powder".  In addition to my literature review, I received relevant materials at my request to clarify a particular topic or answer a question.  I approached this research with the same scientific rigor that I would use in my own clinical, academic, and research practice.

I assessed the data and conclusions of these peer-reviewed articles considering the strengths and weaknesses of each particular study.  The medical and scientific literature on these topics varies in the quality of the study design and, at times, in conclusions. I approached each article objectively and critically, assessing for factors such as design, power, reputation of author(s),

2

quality of journal, and potential biases. The increased risk associated with the genital use of talcum powder is consistently described over decades. When formulating my opinions regarding causality, I considered the extensive body of literature in its totality, weighing the data and information according to its importance using the concepts outlined by Bradford Hill. Overall, I believe that the opinions expressed in this report are strongly supported by credible scientific research.

**Overview of Ovarian Cancer**

Approximately 22,000 women in the US will be diagnosed with ovarian cancer annually. To date, there is no method to screen for ovarian cancer and symptoms associated with ovarian cancer are vague and not specific.  Therefore, at the time of initial diagnosis, nearly 75% of women will have ovarian cancer spread throughout the abdominal cavity and into the lung (pleural effusion). Current treatment includes initial surgery to attempt to remove the bulk of the cancer ("debulking surgery") followed by treatment with multi-agent chemotherapy. Unfortunately, the majority of women will ultimately die from this malignancy.  The most common histologic type of ovarian cancer is high-grade serous cancer, also termed "epithelial ovarian cancer" (EOC).

**Pathogenesis of Ovarian Cancer**

There are several theories as to the origin of ovarian cancer.  One holds that "incessant ovulation" requires "repair" of the ovarian surface epithelium after each ovulation.  The "repair" mechanism is prone to generate DNA errors (mutations) that result in malignant transformation. (Fathalla 1971). This theory is supported by observations that events that reduce ovulation are associated with a lower risk of a woman developing ovarian cancer. (Pregnancy, breast feeding, use of oral contraceptives all reduce the risk of ovarian cancer). (Havrilesky et al. 2013; La Vecchia 2017).

Before 2008, it was presumed two other cancers in women (fallopian tube and primary peritoneal) were distinct from ovarian cancer.  However, Levanon recognized that many EOCs actually arise in the fallopian tube and metastasize to the ovary and peritoneal cavity. (Levanon, Crum, and Drapkin 2008).  This observation is supported by molecular data (especially the frequent finding of P53 mutations in the fallopian tube and EOC metastases. (Fathalla 2013; Kurman and Shih 2016; Dubeau and Drapkin 2013; Chien et al. 2015).  Today, we believe that EOC, fallopian tube carcinoma and primary peritoneal carcinoma are the same entity and share similar risk factors and pathogenesis.

By definition, cancer results from gene mutations in normal cells that transform the normal cell into a cell that has lost its regulation of controlled growth.  Mutations can occur through a number of processes.  Some mutations may be inherited from either the patient's mother or father.  BRCA1, BRCA 2 and mismatch repair gene (Lynch Syndrome) mutations are such examples.  In most instances, the mutations occur due to exposures such as virus (HPV virus causing cervix, anal, vulvar and oropharyngeal cancers), tobacco smoking (lung cancer) and

3

exposure to x-rays (leukemia).  Some exposures result in a chronic inflammatory response that induces mutations as the normal cell attempts to repair damage such as that caused by asbestos (pulmonary mesothelioma, ovarian cancer). These mutations can also occur spontaneously as cells (and individuals) age. (Bottazzi, Riboli, and Mantovani 2018).

**Inflammation and Cancer**

There is a clear link between inflammation (resulting in oxidative stress) and cancer risk.  This is true for many types of cancer including ovarian cancer.  (Balkwill and Mantovani 2001; Coussens and Werb 2002; Okada 2007; Reuter et al. 2010; Crusz and Balkwill 2015; Fernandes 2015).  Inflammation causes cancer through promoting cell proliferation, oxidative stress, and DNA damage and gene mutations.  This process is associated with many steps in the genesis of cancers including initiation, progression, metastases and chemoresistance.  Both inflammatory cells and cancers produce cytokines and chemokines that contribute to cancer growth and spread.  Cytokines, particularly TNF-alpha and IL 1 beta, generate reactive oxygen species (ROS) and reactive nitrogen species (RNS).   These are potent mutagens and are comparable to the cell damage caused by ionizing radiation (Yan, 2006).  These ROS radicals cause DNA breaks and DNA adducts.  The inflammation cascade has been shown to occur in the pathogenesis of EOC. (Shan and Liu 2009; Saed, Diamond, and Fletcher 2017; Khan et al. 2011; Saed et al. 2018; Trabert et al. 2014).   Harper and Saed recently reported the induction of single nucleotide polymorphisms (SNPs) following exposure of normal ovarian and tubal cells and ovarian cancer cells to talcum powder.  (Harper and Saed 2019).  In a "normal cell", DNA damage may be repaired.  Alternately, the damaged cell may undergo "programmed cell death" (apoptosis) as directed by the P53 pathway.  (P53 is a tumor suppressor gene).

Talcum powder is known to elicit an inflammatory response in animal and humans. (Eberl and George 1948; Radic et al. 1988; "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)" 1993).  Shukla demonstrated in vitro that crocidolite asbestos and non-fibrous talc caused expression of genes in ovarian epithelial cells producing inflammatory cytokines.  (Shukla et al. 2009).  Gates documented absence of some DNA repair mechanisms in patients who were genital talcum powder exposed when compared to controls in the New England Case Control Study. (Gates et al. 2008).  In another series of in vitro experiments, Buz'Zard transformed normal ovarian epithelial cells to malignant cells by talc exposure.   (Buz'Zard and Lau 2007).  Yan and Kahn have demonstrated similar findings in their laboratories. (Yan et al. 2006; Khan et al. 2011).

**EOC Risk Factors**

Inherited mutations such as BRCA1, BRCA 2 are the most significant risk factor.   The lifetime risk of developing ovarian cancer is 39-46% in BRCA1 carriers and 11-27% in women with BRCA 2 mutation.  (Ring et al. 2017).  This is compared to 1.3% lifetime risk in non-carriers.  However, BRCA mutations only account for 10-15% of all EOC (Lancaster 2015).   Women with hereditary

risk are also affected by genetic modifiers, including nongenetic and environmental factors. (Levy-Lahad 2007).  In addition to talcum powder use and asbestos, other risk factors include increasing age, family history of ovarian or breast cancer, nulliparity, early menarche or late menopause, high fat diet, infertility, endometriosis, polycystic ovarian syndrome, hormone replacement therapy, IUD use, history of pelvic inflammatory disease and obesity.   (Hunn and Rodriguez 2012; Mallen, Townsend, and Tworoger 2018; Park et al. 2018; Folkins et al. 2018).

Multiparity, breast feeding, oral contraceptive use, tubal ligation, salpingoophorectomy, and hysterectomy (without salpingoophorectomy) reduce the risk of developing EOC.  (Hunn and Rodriguez 2012; Mallen, Townsend, and Tworoger 2018; Park et al. 2018; Folkins et al. 2018).

**Talcum Powder, Asbestos and other carcinogens**

During my postgraduate (residency) training (1975-1979) in obstetrics and gynecology it was reported that asbestos had been identified in ovarian cancer tissue samples (Henderson) and that talcum powder contained asbestos.   It seemed plausible that asbestos (a known carcinogen) could be an EOC risk factor.  However, we were taught that asbestos had been removed from talcum powder in the production process.

As a young gynecologic oncologist, it was reassuring to learn that asbestos was no longer contained in talcum powder because we knew that asbestos was a potent carcinogen.  IARC monograph 100c (2012) clearly summarizes the evidence associating asbestos to cancer of the lung, larynx and ovary.  Experimental models demonstrate sufficient evidence for the carcinogenicity of all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite and anthophyllite) and that all forms, as well as talc containing asbestiform fibers are carcinogenic to humans.  Specifically addressing the increased risk of EOC in women exposed to asbestos in occupational settings, there are at least five cohort mortality studies (Acheson et al. 1982; Wignall and Fox 1982; Germani et al. 1999; Berry, Newhouse, and Wagner 2000; Magnani et al. 2008), two population-based cohort studies (Vasama-Neuvonen et al. 1999; Pukkala et al. 2009) and a case control study (Langseth and Kjaerheim 2004) showing a causal association between exposure to asbestos and ovarian cancer.

In the late 1970s concerns that talc could be associated with EOC were expressed by Woodruff and Longo.  (Woodruff 1979).  The hypothesis suggested that talc applied to the perineum (vulva) ascends to the vagina and then into the uterus and through the fallopian tubes to implant on the ovary and other peritoneal surfaces.  This foreign body was known to create a potent inflammatory reaction when found in the lungs, pleural cavity and peritoneal cavity.  In fact, as gynecologic surgeons, we were taught to wash the talcum powder off of our surgical gloves before opening the abdomen to prevent inflammatory reactions and adhesions.

In 1982 a case-control study was the first epidemiologic study alerting the medical community of the possible association of talc use and EOC.  (D. W. Cramer et al. 1982).  Cramer compared women who did and did not use talc in their perineal hygiene.  Regular use of talc was found to be associated with an increased occurrence of EOC by 92% (OR of 1.92.  95% confidence

5

interval 1.27-2.89).   Cramer wrote, "It is not clear whether this derives from the asbestos content of talc or from the uniqueness of the ovary which might make it susceptible to carcinogenesis from both talc and other particulates."

Talcum powder also contains other carcinogens including asbestos, talc containing asbestiform fibers (fibrous talc), heavy metals such as nickel, chromium and cobalt (possible 2b), and other inflammatory agents, toxins, and carcinogens contained in the fragrance chemicals in talcum powder.  (Expert Report of Longo and Rigler 2018; Exhibit 28, Deposition of John Hopkins, Ph.D., MDL No. 2378, 2018; Exhibit 47, Deposition of Julie Pier, MDL 2738, 2018; Expert Report of Michael Crowley, Ph.D, MDL No. 2738, 2018).

**Epidemiology Studies**

The association of talcum powder and EOC is based on several types of epidemiologic studies. Of course, a randomized controlled double-blinded trial would be more conclusive.  However, a randomized trial would be unethical given the evidence that talcum powder causes EOC.

When looking at these epidemiologic studies in their totality, the data shows a consistent, statistically significant increased risk of developing EOC with perineal talcum powder use. Overall, the risk is increased 20-60% when compared with women who did not use talcum powder.

The original case control study published by Cramer et al in 1982 evaluated the use of perineal talcum powder in 215 white women with EOC (29 cases were "borderline" or ovarian cancer of low malignant potential).  These women with EOC were matched by race, age and residence to 215 women in the same community.  Talc exposure from surgical gloves, diaphragm use and perineal use was ascertained.  Talc was used by 42.8% of women with EOC and only 28.4% of women who did not have EOC.  Any perineal talc exposure showed a 1.92-increased relative risk of EOC (95% confidence limits 1.27-2.89).  (D. W. Cramer et al. 1982).

Subsequently, there have been at least 24 other case-control studies looking at the association of talc and EOC.  Overall, the case-control studies show a 30-40% increased risk of EOC associated with talcum powder use.  These individual studies vary in size and quality and I weighted them accordingly.  Three recent case-control studies replicated previous studies showing an increased risk of EOC in women using perineal talcum powder.  Wu evaluated 1701 Californian women with EOC and found talc significantly increased the risk of EOC by 40% in whites, 20% in Hispanics and 56% in African Americans.  (Wu et al. 2015).  Owing to the small number of African American women in this study, the findings were not significant. Subsequently, the National Cancer Institute sponsored a multi-center study of African American women and found a 44% increase in EOC associated with talc use.  A dose-response was also found for duration of use and number of lifetime applications (p<.05).  (Schildkraut et al. 2016). Cramer performed a case control study (with additional pooled data) in 2016 that included nearly 4,000 women with EOC finding an elevated EOC risk of 33% (OR 1.33; CI….).  Risk increased with frequency and duration of use.  (Cramer et al. 2016).

6

While recent case-control studies and cohort studies are compelling, I feel that meta-analysis studies are much stronger in that they include larger numbers of patients resulting in greater statistical power.  I reviewed six meta-analyses reported between 1995 and 2018.  All of these studies report a statistically significant increase risk of EOC in women who use perineal talc:

| Author | Years | # case control studies | Odds Ratio | 95% Confidence interval |
|--------|-------|------------------------|------------|-------------------------|
| Gross & Berg | 1995 | 9 | 1.27 | 1.09-1.48 |
| Cramer | 1999 | 14 | 1.36 | |
| Huncharek | 2003 | 16/11,933 subjects | 1.33 | 1.16-1.45 |
| Langseth | 2008 | 14 | 1.40 | 1.29-1.52 |
| Terry | 2013 | 8/8,525 cases | 1.24 | 1.15-1.33 |
| Penninkilampi | 2018 | 24/13,421 cases | 1.31 | 1.24-1.39 |

Penninkilampi reported that there was a further increase in EOC in women who used talcum powder more frequently.  In those women who had greater than 3,600 lifetime applications the odds ratio increased to 1.42 (OR 1.42; CI 1.25-1.39) when compared with women who used < 3,600 applications (OR 1.32; CI 1.15-1.50).  In this study, talcum powder use was associated with an increased incidence of endometrioid and serous EOC but not mucinous or clear cell types.  (Penninkilampi and Eslick 2018).

In summary, when evaluating all epidemiological studies, there is a consistent and statistically significant increased risk of developing EOC with perineal talcum powder use.

**Migration**

How is it possible for cosmetic talcum powder, applied to the perineum, to reach the fallopian tube and ovary and cause an inflammatory response that could result in malignant transformation?

As compared to males, the female reproductive tract is open and allows migration of potential pathogens into the peritoneal cavity.  The female reproductive tract is in continuity between the peritoneal cavity and the external environment.  For example, an ovum extruded from the ovary (an intraperitoneal organ) can progress down the fallopian tube to the uterine cavity, implant and result in a pregnancy that delivers vaginally.   The converse is also obvious.  It is clearly recognized that sperm (including sperm and sperm particles which would be non-motile) ascend from the vagina through the uterus and into the fallopian tube and into the peritoneal cavity.  (Jones and Lopez 2006).  Sexually transmitted bacterial infections (for example, gonorrhea and chlamydia) ascend from the vagina to the tube and ovary resulting in pelvic inflammatory disease and tubo-ovarian abscesses.  While sperm and bacteria are "motile", non-motile substances have been demonstrated to ascend from the vagina to the peritoneal cavity.  As far back as 1961, Egli demonstrated that carbon particles placed in the posterior vaginal

7

fornix were observed in the fallopian tubes within less than one hour in two of three patients tested.  (Egli and Newton 1961).  Venter and Iturralde placed albumin microspheres labelled with 99mTc into the vagina.  (Venter and Iturralde 1979).  During pelvic surgery the following day, radioactive levels were found in the tubes and ovaries in nine of 14 cases.   Sjosten conducted a trial that showed that powder on gloves use to perform a gynecologic exam resulted in powder detected in the peritoneal fluid, tubes and ovaries one day after the examination.  (Sjösten, Ellis, and Edelstam 2004).  Likewise, talc has been detected on the ovaries following surgical oophorectomy.  (Henderson et al. 1971; Heller, Gordon, et al. 1996; Heller, Westhoff, et al. 1996).

I reviewed the small body of literature suggesting that migration of particles does not occur and do not think these studies are compelling.

I believe that ascension of talcum powder and its constituents through the genital tract is the most important route of exposure. However, inhalation is another plausible mechanism. (IARC 2012; Steiling et al. 2018).  With either route, at least some of the talcum powder components are likely to be absorbed into the lymphatic system and bloodstream, representing another mechanism for exposure to internal organs.

In my opinion, genital application of talcum powder is a significant risk factor for all users and can cause epithelial ovarian cancer in some women by an accepted mechanism. As an academic and practicing physician, I made this determination in the context of Bradford Hill considerations as follow:

**Strength and consistency**:  This opinion is supported by overwhelming epidemiologic evidence showing that the use of talcum powder statistically increases a woman's risk of developing EOC by approximately 30 percent (Odds ratio 1.31; Penninkilampi 2018).   Every meta-analysis before 2018 also reported similar increase in the risk of developing EOC with the use of talcum powder.   In my view, especially when considering the severity and frequency of ovarian cancer and the preventable nature of talcum powder usage, this finding is critically important and consistently supported by numerous studies.

**Specificity:**  Based on the epidemiologic studies cited in this report, there appears to be a specific ovarian cancer caused by talcum powder: epithelial ovarian cancer (EOC). This association satisfies this consideration, although I did not weigh this factor to be as important as strength and consistency.

**Temporality:**  In many cancers where there are identified etiologic agents (smoking and lung cancer, HPV infection and cervical cancer) there is a latency period (time from exposure to the onset of the cancer) that can extend over decades.  In the case of talcum powder and ovarian cancer there is a clear latency period of decades of talcum powder use before a woman develops ovarian cancer, thus fulfilling this consideration.

**Biologic Gradient/Dose-response:** Measuring the "dose" of talcum powder used by an individual woman is difficult to ascertain and has been dependent on recall by the woman. In general, studies have attempted to capture the application "frequency" (daily? Only used on perineal pads during menstrual cycle?) or duration of use (how many years?). In addition, biologic gradient or dose-response is not always linear (e.g. asbestos exposure and mesothelioma is generally thought to have a "threshold response"). None the less, a number of studies have demonstrated an association between "dose" and the occurrence of EOC (response). (Terry et al. 2013; Schildkraut et al. 2016; Daniel W. Cramer et al. 2016; Penninkilampi and Eslick 2018). In modern times, molecular research is often used to elucidate this factor. I anticipate that this will occur as more in vitro studies are performed with talcum powder.

**Plausibility:** This is obviously a critical factor when forming opinions on causation of a risk factor. Evidence shows that talcum powder ascends from the perineum through the vagina, cervix and uterus into the fallopian tubes and onto the ovary. Talcum powder is known to be an agent that causes inflammation. An inflammatory reaction caused by talcum powder on the tube and surface of the ovary results in genetic mutations and carcinogenesis. Talcum powder causes ovarian cancer through this mechanism. The "agent(s)" that causes the inflammatory reaction and carcinogenesis may be talc, asbestos, fibrous talc, heavy metals and/or chemicals contained in fragrances added to talcum powder.

**Coherence:** Epidemiological data, in vitro and in vivo research are consistent in explaining the pathogenesis of EOC through the inflammatory mechanisms described above. (Saed, Diamond, and Fletcher 2017; Nadler and Zurbenko 2014). Further, this is consistent with the causes of other cancers.

**Experiment:** There are no randomized trials comparing outcomes of women who use or who do not use talcum powder in their perineal hygiene. Further, such a trial at this point in time would be unethical. How could we expose women to talcum powder when the existing evidence supports causation of EOC? Laboratory research (in vitro) present evidence to support the biologic, genetic and epigenetic consequence to ovarian epithelium when exposed to talcum powder. (Shukla et al. 2009; Fletcher and Saed 2018; Saed et al. 2018).

**Analogy:** There are numerous reports in the medical literature of minerals similar to talc causing cancer. Probably the most significant example is asbestos and lung cancer (mesothelioma).

## Summary of Opinions

It is my opinion, based on research that I have conducted in the medical and scientific literature as well as my knowledge and experience as an obstetrician-gynecologist and as a subspecialist in gynecologic oncology for over 40 years, that the use of talcum powder products including Johnson's Baby Powder and Shower to Shower, applied to the perineum of women, is a causative factor in the development of EOC. The mechanism by which talcum powder causes

9

cancer involves: 1) ascension of particles to the fallopian tubes and ovaries and 2) initiation of an inflammatory process that includes oxidative stress and specific genetic mutations.

These opinions are made to a reasonable degree of medical and scientific certainty.

I am being compensated for my work in this case at a rate of $700 per hour.

I reserve the right to supplement or amend this report if new information becomes available. The materials I considered are attached as Exhibit B.  My prior testimony is attached as Exhibit C.

# References

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. 1982. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39 (4): 344–48.

Balkwill, Fran, and Alberto Mantovani. 2001. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357 (9255): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Berry, G., M. L. Newhouse, and J. C. Wagner. 2000. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57 (11): 782–85.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. 2018. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November. https://doi.org/10.1016/j.smim.2018.10.011.

Buz'Zard, Amber R., and Benjamin H. S. Lau. 2007. "Pycnogenol Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research: PTR* 21 (6): 579–86. https://doi.org/10.1002/ptr.2117.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. 2015. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43 (14): 6945–58. https://doi.org/10.1093/nar/gkv111.

Coussens, Lisa M., and Zena Werb. 2002. "Inflammation and Cancer." *Nature* 420 (6917): 860–67. https://doi.org/10.1038/nature01322.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. 1982. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50 (2): 372–76.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. 2016. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27 (3): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Crusz, Shanthini M., and Frances R Balkwill. 2015. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October): 584–96. https://doi.org/10.1038/nrclinonc.2015.105.

Dubeau, L., and R. Drapkin. 2013. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. 1948. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75 (3): 493–97.

Egli, G. E., and M. Newton. 1961. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April): 151–55.

"Exhibit 28, Deposition of John Hopkins, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2378." 2018.

"Exhibit 47, Deposition of Julie Pier, In Re: Talcum Powder Prod. Liab. Litig., MDL 2738." 2018.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL 2738." 2018.

Fathalla, M. F. 1971. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2 (7716): 163.

———. 2013. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5 (4): 292–97.

Fernandes, Jose. 2015. "The Role of the Mediators of Inflammation in Cancer Development," 527–34.

Fletcher, NM, and GM Saed. 2018. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California.*

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. 2008. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17 (9): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. 1999. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36 (1): 129–34.

Harper, Amy K, and Ghassan Saed. 2019. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting."

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. 2013. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122 (1): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. 1996. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29 (5): 435–39. https://doi.org/10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. 1996. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174 (5): 1507–10.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. 1971. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78 (3): 266–72.

Hunn, Jessica, and Gustavo C. Rodriguez. 2012. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55 (1): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. 2012. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C."

Jones, Richard E., and Kristin H. Lopez. 2006. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third, 159–73. San Diego: Academic Press. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Khan, Mohd Imran, Amogh A. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. 2011. "Nano-Talc Stabilizes TNF-Alpha m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7 (1): 112–13.

Kurman, Robert J., and Ie-Ming Shih. 2016. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186 (4): 733–47. https://doi.org/10.1016/j.ajpath.2015.11.011.

La Vecchia, Carlo. 2017. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (1): 55–62. https://doi.org/10.1097/CEJ.0000000000000217.

Langseth, Hilde, and Kristina Kjaerheim. 2004. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30 (5): 356–61.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. 2008. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26 (32): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Longo, William E., and Mark W. Rigler. 2018. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos."

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. 2008. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65 (3): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. 2018. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September. https://doi.org/10.1016/j.hoc.2018.07.002.

Nadler, Diana L., and Igor G. Zurbenko. 2014. "Estimating Cancer Latency Times Using a Weibull Model," 8.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)." 1993.

Okada, Futoshi. 2007. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121 (11): 2364–72. https://doi.org/10.1002/ijc.23125.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. 2018. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September. https://doi.org/10.1007/s10552-018-1082-4.

Penninkilampi, Ross, and Guy D. Eslick. 2018. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29 (1): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. 2009. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48 (5): 646–790. https://doi.org/10.1080/02841860902913546.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. 1988. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73 (2): 316–21.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. 2010. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49 (11): 1603–16.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. 2017. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217 (5): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. 2017. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145 (3): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. 2018. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148 (3): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. 2016. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25 (10): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

Shan, Weiwei, and Jinsong Liu. 2009. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8 (19): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. 2009. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41 (1): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19 (4): 991–95. https://doi.org/10.1093/humrep/deh156.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. 2018. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August. https://doi.org/10.1016/j.toxlet.2018.08.011.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. 2013. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6 (8): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. 2014. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135 (2): 297–304. https://doi.org/10.1016/j.ygyno.2014.08.025.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. 1999. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36 (1): 83–89.

Venter, P. F., and M. Iturralde. 1979. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55 (23): 917–19.

Wignall, B.K., and A.J. Fox. 1982. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39 (1): 34–38.

Woodruff, J. D. 1979. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144 (4): 117–20.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. 2015. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24 (7): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. 2006. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December): 11565.

14

# Exhibit A

**UNC SCHOOL OF MEDICINE**
**CURRICULUM VITAE**

**Personal Information**

**Name**:              Daniel Lyle Clarke-Pearson, M.D.

**Address**:          105 Porter Place
                      Chapel Hill, NC 27514

**Phone:**            (919) 933-7886

**Education and Training**

| | | | |
|---|---|---|---|
| Fellow | Duke University Medical Center | 1979-1981 | Gynecology Oncology |
| Residency | Duke University Medical Center | 1975-1979 | Obstetrics and Gynecology |
| Medical Degree | Case Western Reserve University School of Medicine | 1971-1975 | Medicine |
| Bachelor of Arts | Harvard College | 1966-1970 | Biology |

**Professional Experience**

| | | | |
|---|---|---|---|
| Active Consulting Staff | The Outer Banks Hospital | Oct 2009 – present | Medicine/Oncology Section |
| Chairman | University of North Carolina at Chapel Hill School of Medicine | September 2005 - present | Obstetrics and Gynecology |
| Robert A. Ross Distinguished Professor | University of North Carolina at Chapel Hill School of Medicine | September 2005 - present | Obstetrics and Gynecology |
| James M. Ingram Professor of Gynecologic Oncology | Duke University Medical Center | July 1993-2005 | Gynecologic Oncology |
| Division Director | Duke University Medical Center | July 1987-2005 | Gynecologic Oncology |
| Professor | Duke University Medical Center | July 1987-2005 | Obstetrics and Gynecology |

1

| | | | |
|---|---|---|---|
| Director of Gynecology and Gynecologic Oncology | University of Illinois at Chicago | January 1985-1986 | Obstetrics and Gynecology |
| Associate Professor | University of Illinois at Chicago | July1984-1986 | Obstetrics and Gynecology |
| Director of Gynecologic Oncology | University of Illinois at Chicago | July 1984-1985 | Obstetrics and Gynecology |
| Associate Professor | Duke University Medical Center | January1984 | Obstetrics and Gynecology |
| Co-Director, Trophoblastic Disease Center | Duke University Medical Center | July 1982-1984 | Obstetrics and Gynecology |
| Assistant Professor | Duke University Medical Center | July1980-1984 | Obstetrics and Gynecology |

**Honors and Awards**

| | |
|---|---|
| 2009-2010 | President, Society of Gynecologic Oncologists |
| 2001-2013 | America's Top Doctors for Women (176 Physicians): Women's Health |
| 2008 | CREOG National Faculty Award for Excellence in Resident Education |
| 2004 | Invited Panel Member, International Consensus Conference of the Prevention of Venous Thromboembolism, Windsor, England |
| 2002 | ACOG Roy Pitkin/Elsevier Award: One of top four papers published annually in <u>Obstetrics and Gynecology</u> |
| 2001 | America's Top Doctors for Women: Women's Health |
| 1991 | Invited Panel Participant, Consensus Meeting on the Prevention of Thromboembolism - Windsor, England |
| 1985 | Clinical Research Prize Paper – ACOG District Meeting |
| 1981-1984 | Junior Faculty Clinical Fellowship – American Cancer Society |
| 1982 | Donald F. Richardson Memorial Prize Paper -Best research paper presented by a Junior Fellow at a District ACOG Meeting |
| 1981 | Clinical Research Paper, Second Place ACOG Annual Clinical Meeting |
| 1981 | Junior Fellow First Prize Paper – ACOG District IV |
| 1980 | American Cancer Society Clinical Fellow |

2

1979                    Junior Fellow First Prize Paper – ACOG District IV

**BIBLIOGRAPHY**

**Books and Chapters**

1. **Doll K, Clarke-Pearson DL**. Complications of Disease and Therapy. In <u>Clinical Gynecologic Oncology,</u> Eighth Edition.  (DiSaia PJ, Creasman WT, eds). Mosby/Elsevier, 2016.

2. Havrilesky LJ, Lopez-Acevedo M, **Clarke-Pearson DL.** Palliative Surgery for Ovarian Cancer. In Surgery for Ovarian Cancer. (Bristow RE, Karlan BY, Chi DS, eds) CRC Press, Boca Raton, 2016**.**

3. **Clarke-Pearson DL**, Snook M L.. Preoperative Evaluation and Postoperative Management. In Clinical Gynecology (Bieber EJ, Horowitz I, Sanfillippo J., Shafi MJ, eds) Cambridge University Press. 2014

4. Abaid LN, **Clarke-Pearson DL**. Evaluation and Management of the Adenxal Mass in <u>Gynecological Cancer Management: Identification Diagnosis and Treatment.</u> (Clarke-Pearson D, Soper J. eds) Wiley-Blackwell, London, 2010.

5. **Clarke-Pearson DL**, Soper JT: Gynecological Cancer Management: Identification Diagnosis and Treatment.  Wiley-Blackwell, London, 2010.

6. Ragazzo J L, **Clarke-Pearson DL**. Cervical Neoplasia in <u>Gynecological Cancer Management Identification Diagnosis and Treatment.</u> (Clarke-Pearson D, Soper J. eds) Wiley-Blackwell, London, 2010.

7. Mendivil A, **Clarke-Pearson D**. Unusual Neoplasms of the Uterus in <u>Gynecological Cancer Management: Identification Diagnosis and Treatment</u>. (Clarke-Pearson D, Soper J. eds) Wiley-Blackwell, London, 2010.

8. **Clarke-Pearson DL**, Picklesimer A. Management of DVT/PE in Pregnancy. In The 5-Minute OB/GYN Clinical Consult (Ed. Paula J. Hilliard). Lippincott Williams and Wilkins,  2008.

9. **Clarke-Pearson DL**, Abaid L. Emergency Management of DVT/PE. In The 5-Minute OB/GYN Clinical Consult (Ed. Paula J. Hilliard). Lippincott Williams and Wilkins,  2008.

10. **Clarke-Pearson DL**. Complications of Disease and Therapy. In <u>Clinical Gynecologic Oncology,</u> Seventh Edition.  (DiSaia PJ, Creasman WT, eds). Mosby/Elsevier, 2007.

11. **Clarke-Pearson DL**. Abaid L. Prevention of Deep Vein Thrombosis and Pulmonary Embolism. ACOG Practice Bulletin American College of Obstetricians and Gynecologists, Washington DC, 2007**.**

12. **Clarke-Pearson DL**. Surgical Complications. In <u>Précis,</u> An update in Obstetrics and Gynecology, 3rd Edition, American College of Obstetricians and Gynecologists, Washington DC, 2007.

13. **Clarke-Pearson DL**, Lee P, Spillman M, Lutman C. Preoperative Evaluation and Postoperative Management. In: <u>Novak's Gynecology</u>, 13th Edition (Berek J, Adashi E, Hillard P, eds.) Williams and Wilkins, Baltimore, 2006.

14. **Clarke-Pearson DL**, Spillman M, Lutman C, Lee P. Preoperative Evaluation and Postoperative

Management. In Clinical Gynecology (Bieber EJ, Horowitz I, Sanfillippo J. eds) Churchill Livingstone, 2005.

15. **Clarke-Pearson D L**, Havrilesky L. Intestinal Surgery in <u>Surgery for Ovarian Cancer: Principles and Practice (</u>Bristow RE, Karlan BY, eds) Taylor and Francis, 2005.

16. Alvarez A, **Clarke-Pearson DL**: Gynecologic Cancers. In <u>Geriatric Medicine</u>, Fourth Edition (Ed Cassel, et al.) Springer-Verlag New York, NY, 2001.

17. **Clarke-Pearson DL**, Olt G, Rodriguez G, Boente MP: Preoperative Evaluation and Preparation for Gynecologic Surgery. In: <u>Textbook of Gynecology</u>, Second Edition (Copeland L, Jarrell J, eds).  W. B. Saunders, Philadelphia, 2000.

18. Nichols D, **Clarke-Pearson DL**: <u>Gynecologic, Obstetric and Related Surgery</u>: Second Edition. Mosby, St. Louis, 2000.

19. Carney M, **Clarke-Pearson D**. Endometrial Cancer. In: <u>Gynecology for The Primary Care Physician,</u> Stoval T, Ling F, eds.). Current Medicine, Inc.  Philadelphia, 1999.

20. **Clarke-Pearson DL**. Venous Thromboembolic Complications. I<u>n: Management of Perioperative Complications in Gynecology</u>, (V. Baker, G. Deppe, eds.). WB Saunders, Philadelphia, 1997.

21. **Clarke-Pearson DL**, Olt GJ, Rodriguez GC, Boente MP. Preoperative Evaluation and postoperative Management. In: <u>Novak's Gynecology</u>, 12th Edition (Berek J, Adashi E, Hillard P, eds.) Williams and Wilkins, Baltimore, 1996.

22. Evans AC, **Clarke-Pearson DL**: Gynecologic Cancers. In: <u>Geriatric Medicine</u>, Third Edition (Ed Cassel, et. al.)  Springer-Verlag, New York, 1996.

23. **Clarke-Pearson DL**, Hurteau JA, Elbendary AA, Carney M: Chemotherapy of Gynecologic Malignancies in <u>Telinde's Operative Gynecology</u> (eighth edition), (Thompson JD and Rock JA eds.) Lippincott-Raven, Philadelphia, 1996.

24. **Clarke-Pearson D**: Salpingectomy-Oophorectomy. In: <u>Atlas of General Surgery</u> (Sabiston DC, ed.).  WB Saunders, Philadelphia, 1994.

25. **Clarke-Pearson D**: Abdominal Hysterectomy. In: <u>Atlas of General Surgery</u> (Sabiston DC, ed.). WB Saunders Co., Philadelphia, 1994.

26. **Clarke-Pearson DL**: Obstetrics and Gynecology. In: <u>Prevention of Venous Thromboembolism</u> (Bergqvist D, Comerota AJ, Nicolaides AN, Scurr JH, eds.). Med-Orion Publishing, London, 1994.

27. **Clarke-Pearson DL**: Venous thrombolic disease in pregnancy. In: <u>Current Therapy in Obstetrics and Gynecology (</u>Zuspan FP, Quilligan EJ, eds.). WB Saunders Co., Philadelphia, 1994.

28. **Clarke-Pearson DL**, Kohler MF, Hurteau JA, Elbendary A: Surgery for advanced ovarian cancer. In: <u>Clinical Obstetrics and Gynecology</u> (Soper, JT, Ed.) JP Lippincott, 1994.

29. **Clarke-Pearson DL**, Soper JT, Berchuck A, Rodriguez GC: <u>Residents Handbook in Gynecologic Oncology</u>, Duke University, 1988, 1994.

30. **Clarke-Pearson DL**: Prevention of Venous Thromboembolism in Gynecologic Surgery Patients. In: <u>Current Opinion in Obstetrics and Gynecology</u> (Herbst AL, ed) Current Science, Philadelphia, 1993.

4

31. **Clarke-Pearson DL**, Rodriguez GC, Boente M: Palliative Surgery for Epithelial Ovarian Cancer. In: <u>Ovarian Cancer</u> (Rubin SC, Sutton GP, Eds). McGraw-Hill, Inc., New York, pp. 351-373, 1993.

32. **Clarke-Pearson DL**, Rodriguez GC: Hematologic Complications. In: <u>Complications in Gynecologic Surgery: Prevention, recognition and management</u> (Orr J, Shingleton H, eds). JB Lippincott Co., Philadelphia, 1993, pp. 83-104.

33. **Clarke-Pearson DL**, Soper JT: Vaginal Reconstruction with Gracilis Myocutaneous Flaps. In: <u>Reconstructive Urology</u> Vol 2 (G Webster, R Kirby, L King, B Goldwasser) Boston Blackwell Scientific Publications, 1993.

34. Bast RC, Xu FJ, Haas M, Daly L, Bast BS, McKenzie S, Soper JT, Berchuck A, **Clarke-Pearson DL**, Boyer C: Will multiple serum markers increase the sensitivity of CA 125 for the early detection of epithelial ovarian cancer? In: <u>Ovarian Cancer</u>, Chapman and Hall Medical, London. 1993.

35. **Clarke-Pearson DL**, Olt G, Rodriguez G, Boente M: Preoperative and Postoperative Management. In: <u>Operative Gynecology</u> (D Gershenson, S Curry, Eds) Saunders, Inc., 1993.

36. **Clarke-Pearson DL**, Olt G, Rodriguez G, Boente M: Preoperative evaluation and preparation. In: <u>Textbook of Gynecology</u>. (L Copeland, A DeCherney, Eds). Saunders, Inc., 1993.

37. Beckmann CRB, Ling F, Barzansky BM, Sharf BF, **Clarke-Pearson DL**: History and Physical Examination. In: <u>Clinical Manual of Gynecology</u> (Second Edition), (TG Stovall, RL Summit, CRB Beckman, FW Ling, Eds). McGraw-Hill, Inc., New York, 1992.

38. **Clarke-Pearson DL**: Vaginal Dysplasia and Carcinoma. In: <u>Clinical Manual of Gynecology</u> (Second Edition), (TG Stovall, RL Summit, CRB Beckman, FW Ling, Eds). McGraw-Hill, Inc., New York, 1992.

39. **Clarke-Pearson DL**: Vulvar Dysplasia and Carcinoma. In: <u>Clinical Manual of Gynecology</u> (Second Edition), (TG Stovall, RL Summit, CRB Beckman, FW Ling, Eds). McGraw-Hill, Inc., New York, 1992.

40. **Clarke-Pearson DL**, Soisson AP, Wall L: Radical Hysterectomy. In: <u>Gynecologic Oncology</u>, Treatment Rationale and Techniques. (B Greer and J Berek, Eds) Elsevier Science Publishing Co, Inc, New York, 1991.

41. **Clarke-Pearson DL**, Soper JT, Berchuck A, Hunter VG: Ovarian Cancer. In: <u>Comprehensive Textbook of Oncology</u> (Second Edition), (AR Moossa, Ed), Williams and Wilkins, Baltimore, 1991.

42. **Clarke-Pearson DL**: Ovarian Cancer. In: <u>Principles of Medical Therapy in Pregnancy</u> (Second Edition), (N Gleicher, Ed), Plenum Publishing Co, New York, 1990.

43. Bast RC Jr, Boyer CM, Olt GJ, Berchuck A, Soper JT, **Clarke-Pearson D**, Xu FJ, Ramakrishnan S: Identification of Markers for Early Detection of Epithelial Ovarian Cancer. In: <u>Ovarian Cancer</u>: Biological and Therapeutic Challenges. (Sharp F, Mason WP, and Leake RE, Eds). Chapman and Hall Medical, London, p. 265, 1990.

44. **Clarke-Pearson DL**, Dawood MY: <u>Green's Gynecology: Essentials of Clinical Practice</u>, Fourth Edition. Little, Brown and Company, Boston, 1990.

45. Soper JT, Hughes CL, **Clarke-Pearson DL**: Gynecologic Surgery. In: <u>Fundamentals of Surgery</u> (RD Leichty and JT Soper, Eds) CV Mosby Co, St. Louis, 1989, p.500.

46. **Clarke-Pearson DL**, Creasman WT: Ovarian Cancer. In: <u>Comprehensive Textbook of Oncology</u>. (AR Mossa, MC Robson, and SC Schmipff, Eds) Williams and Wilkins, pp. 845-854, 1986.

47. **Clarke-Pearson DL**: Deep Venous Thrombosis in Gynecologic Oncology. In: <u>Gynecology and Obstetrics</u>. (JW Sciarra, Ed) Harper and Row Publ, Inc, Philadelphia, Ch. 56, pp. 1-17, 1986.

48. **Clarke-Pearson DL**: <u>Handbook for Residents: Gynecologic Oncology</u>. University of Illinois Press (95 Pages), 1986.

49. **Clarke-Pearson DL**: Postoperative Thromboembolic Disease in Gynecology: Natural History, Risk Factors, and Prophylaxis. In: <u>Strategies in Gynecologic Surgery</u>. (HJ Buchsbaum and LA Walton, Eds) Springer-Verlag, New York, pp. 145-161, 1986.

50. Smith EB, **Clarke-Pearson DL**, Creasman WT: Screening for Cervical Cancer. In: <u>Screening and Monitoring Cancer</u>. (BA Stoll, Ed) John Wiley and Sons, Chichester, pp. 153-166, 1985.

51. Soper JT, **Clarke-Pearson DL**: Gynecology. In: <u>Synopsis of Surgery</u>. (RD Leichty, JT Soper, Eds) CV Mosby Co, St. Louis, Ch. 45, pp. 665-685, 1985.

52. **Clarke-Pearson DL**: Prevention of Thromboembolic Phenomena. In: <u>Gynecology and Obstetrics</u>. (JW Sciarra, Ed) Harper and Row Pub, Inc, Philadelphia, Vol. 1, Ch. 95, pp. 1-11, 1985.

53. **Clarke-Pearson DL**: Carcinoma of the Ovary. In: <u>Principles of Medical Therapy in Pregnancy</u>. (N Gleicher, Ed) Plenum Publishing Co, New York, Ch. 166, pp. 1106-1112, 1985.

54. Creasman WT, **Clarke-Pearson DL**: Pelvic Exenteration. In: <u>Progress in Obstetrics and Gynecology</u>. (J Studd, Ed) Churchill-Livingston, London, Vol. 4, pp. 243-253, 1984.

55. Creasman WT, **Clarke-Pearson DL**: Immunological Therapy Monitoring in Ovarian Cancer. In: <u>Cancer Campaign</u>. Gustav Fischer-Verlag, Stuttgart, New York, Vol. 7, 1984.

56. Creasman WT, **Clarke-Pearson DL**: Ovarian Cancer: Postoperative Therapy. In: <u>Contemporary Issues in Clinical Oncology: Gynecologic Oncology</u>. (AA Forastiere, Ed) Churchill-Livingston, Inc, New York, pp. 139-154, 1984.

57. Hammond CB, **Clarke-Pearson DL**, Soper JT: Management of Patients with Gestational Trophoblastic Neoplasia: Experience of the Southeastern Regional Center. In: <u>Human Trophoblast Neoplasms</u>. (RA Pattillo and RO Hussa, Eds) Plenum Publishing Corp, New York, pp. 369-381, 1984.

58. Creasman WT, **Clarke-Pearson DL**: Immunotherapy of Ovarian Cancer. In: <u>Clinics in Obstetrics and Gynecology</u>. (PJ DiSaia, Ed) WB Saunders Co, London, pp. 297-306, 1983.

59. Creasman WT, **Clarke-Pearson DL**: Ovarian Carcinoma. In: <u>Current Therapy of Obstetrics and Gynecology</u>. (EJ Quilligan, Ed) WB Saunders Co, Philadelphia, pp. 198-200, 1983.


**<u>Original Research</u>**


1. Pritts EA, Olive DL, Clarke-Pearson DL.  Abdominal versus Minimally Invasive Hysterectomy.  JAMA 2016.  316:2677

2. Barber EL, **Clarke-Pearson DL**. : Prevention of Venous Thromboembolism in Gynecologic Oncology Surgery.  Gyencol Oncol. 2017. 144: 420-427

3.  Siedhoff M, Doll K M, **Clarke-Pearson DL**, MD, Rutstein SE, Laparoscopic hysterectomy with morcellation versus abdominal hysterectomy for presumed fibroids: an updated decision analysis following the 2014 FDA Safety Communications. Am J Obstet Gynecol.  2017; 216: 259.

4.  Barber EL, Gehrig P, **Clarke-Pearson DL**. Venous Thromboembolism in Minimally Invasive Compared With Open Hysterectomy for Endometrial Cancer.  Obstet Gynecol. 2016; 128:121-6.

5.  Barber EL, **Clarke-Pearson DL.** The Limited Utility of Currently Available Venous Thromboembolism Risk Assessment Tools in Gynecologic Oncology Patients. Am J Obstet Gyncol; 2016; 215: 445.

6.  Giovinazzo H, Kumar P, Sheikh A, Brooks KM, Ivanovic M, Walsh M, Caron WP, Kowalsky RJ, Song G, Whitlow A, **Clarke-Pearson DL**, Brewster WR, Van Le L, Zamboni BA, Bae-Jump V, Gehrig PA, Zamboni WC. Technetium Tc 99m sulfur colloid phenotypic probe for the pharmacokinetics and pharmacodynamics of PEGylated liposomal doxorubicin in women with ovarian cancer. Cancer Chemother Pharmacol. 2016 Mar;77(3):565-73. doi: 10.1007/s00280-015-2945-y. Epub 2016 Jan 28.
    PMID: 26822231

7.  Tarek Toubia, MD, Janelle K. Moulder, MD, Lauren D. Schiff, MD, **Daniel Clarke-Pearson, MD**, Siobhan M. O'Connor, MD and Matthew T. Siedhoff, MD, MSCR. Peritoneal Washings after Power Morcellation in Laparoscopic Myomectomy: A Pilot Study. J Min Invasive Gynecology. 2016.  (accepted)

8.  Parker WH, Kaunitz AM, Pritts EA, Olive DL, Chalas E, **Clarke-Pearson DL**, Berek JS. US Food and Drug Administration's Guidance Regarding Morcellation of Leiomyomas: Well-Intentioned, But is it Harmful for Women? Obstet Gynecol 2016; 127: 18-23.

9.  Rutstein SB. Siedhoff MT, Geller EJ, Doll KM, Wu JM, **Clarke-Pearson DL**. Wheeler SB. Cost-effectiveness of laparoscopic hysterectomy with morcellation compared to abdominal hysterectomy for presumed fibroids. The Journal of Minimally Invasive Gynecology. 2016; 223-33.

10. Siedhoff MT, Wheeler SB, Rutstein SE, Geller EJ, Doll KM, Wu JM, **Clarke-Pearson DL**. Laparoscopic hysterectomy with morcellation vs abdominal hysterectomy for presumed fibroid tumors in premenopausal women: a decision analysis.
    Am J Obstet Gynecol. 2015 May; 212(5):591

11. Siedhoff MT, Ruitstein SE, Wheeler SB, Geller EJ, Doll KM, Wu JM, Clarke-Pearson DL.  Cost-Effectiveness of Laparoscopic Hysterectomy wht Morcellation Compared to Abdominal Hysterectomy for Presumed Benign Leiomyomata.  J Minim Invasive Gynecol.  2015; 22: S78.

12. Stine JE, **Clarke-Pearson DL**, Gehrig PA. Uterine morcellation at the time of hysterectomy: Techniques, risks and recommendations. Obstetrics and Gynecology Survey 2014; 69: 415-25.

13. Doll KM, Kalinowski A, Snavely AC, Irwin DE, Bensen JT, Bae-Jump V, Kim KH , Van Le L, **Clarke-Pearson DL**, Gehrig PA. Obesity is associated with worse quality of life in women with gynecologic malignancies: An opportunity to improve patient-centered outcomes. Cancer, 2015: 121:395-402. PMID 25250951

14. Stine JE, Doll KM, Moore DT, Van Le L, Ko E, Soper JT, **Clarke-Pearson D**, Bae-Jump V, Gehrig PA, Kim KH. The Prevalence and Impact of Invasive Procedures in Women with Gynecologic Malignancies Referred to Hospice Care. Jour of Palliative Care and Med. Accepted April 15 2014.

15. Caron WP, Lay JC, Fong AM, La-Beck NM, Kumar P, Newman SE, Zhou H, Monaco JH, **Clarke-Pearson DL**, Brewster WR, Van Le L, Bae-Jump VL, Gehrig PA, Zamboni WC. Translational Studies of Phenotypic Probes for the Mononuclear Phagocyte System and Liposomal Pharmacology J Pharmacol Exp Ther jpet.113.208801; published ahead of print September 16,

2013.

16. **Clarke-Pearson DL**, Geller EJ. Complications of hysterectomy. Obstet Gynecol. 2013 Mar;121(3):654-73

17. **Clarke-Pearson DL**, Abaid LN. Prevention of venous thromboembolic events after gynecologic surgery. Obstet Gynecol. 2012 Jan;119(1):155-67.

18. **Clarke-Pearson DL**. Thromboprophylaxis for gynecologic surgery: why are we stuck in 1975? Obstet Gynecol. 2011 Nov;118(5):973-5.

19. William Zamboni, Whitney Caron, John Lay, Alan Fong, Ninh La-Beck, Parag Kumar, Suzanne Newman, Beth Zamboni, Daniel Crona, **Daniel Clarke-Pearson**, Wendy Brewster, Linda Van Le, Victoria Bae-Jump, and Paola Gehrig. "Translational Studies of Phenotypic Probes for the Mononuclear Phagocyte System and Liposomal Pharmacology". Clinical Pharmacology and Therapeutics (Submitted 1/15/12)

20. Higginson DS, Morris DE, Jones EL, **Clarke-Pearson DL**, Varia MA. Stereotactic body radiotherapy (SBRT): Technological innovation and application in gynecologic oncology. Gynecol Oncol. 2011; 120: 404-12.

21. Attitudes regarding the use of hematopoietic colony-stimulating factors and maintenance of relative dose intensity among gynecologic oncologists. Alvarez Secord A, Bae-Jump V, Havrilesky LJ, Calingaert B, **Clarke-Pearson DL**, Soper JT, Gehrig PA.Int J Gynecol Cancer. 2009 Apr;19(3):447-54.

22. Cost benefit of intermittent pneumatic compression for venous thromboembolism prophylaxis in general surgery. Nicolaides A, Goldhaber SZ, Maxwell GL, Labropoulos N, **Clarke-PearsonDL**, Tyllis TH, Griffin MB.Int Angiol. 2008 Dec;27(6):500-6.

23. Carlson JW, Kauderer J, Walker JL, Gold MA, O'Malley D, Tuller E, **Clarke-Pearson DL**; Gynecologic Oncology Group. A randomized phase III trial of VH fibrin sealant to reduce lymphedema after inguinal lymph node dissection: a Gynecologic Oncology Group study.Gynecol Oncol. 2008;110(1):76-82.

24. Lyman GH, Khorana AA, Falanga A, **Clarke-Pearson D**, Flowers C, Jahanzeb M, Kakkar A, Kuderer N M, Levine MN, Liebman H, Mendelson D, Raskob G, Somerfield MR, Thodiyil P, Trent D, Francis CW. American Society of Clinical Oncology Guideline: Recommendations for Venous Thromboembolism Prophylaxis and Treatment in Patients with Cancer.     J Clin Oncol. 2007; 25: 5490-5505.

25. Alvarez A, Laura J Havrilesky, Bae-Jump V, Chin JR, Calingaert B, Bland AE, Rutledge TL, Berchuck A, **Clarke-Pearson DL**, Gehrig PA. The role of multi-modality adjuvant chemotherapy and radiation in women with advanced stage endometrial cancer Gynecol Oncol 2007; 107: 285-91

26. Martino MA, Williamson E, Rajaram L, Lancaster JM, Hoffman MS, Maxwell GL, **Clarke-Pearson DL**. Defining practice patterns in Gynecologic Oncology to prevent pulmonary embolism and deep venous thrombosis. Gynecol Oncol, 2007;106: 439-445.

27. Secord AA, Havrilesky LJ, CarneyME, Soper JT, **Clarke-Pearson DL**, Rodriguez GC, Berchuck A.  Weekly low-dose paclitaxel and carboplatin in the treatment of advanced or recurrent cervical and endometrial cancer.  Int J Clin Oncol. 2007; 12:31-36.

28. Havrilesky LJ, Cragun JM, Calingaert B, Secord AA, Valea FA, **Clarke-Pearson DL**, Berchuck A, Soper JT. The prognostic significance of positive peritoneal cytology and adenxal/serosal

metastasis in stage IIIA endometrial cancer.  Gynecol Oncol 2007; 104: 401-405.

29.  Havrilesky L, Secord A, Bae-Jump V, Ayeni T, Calingaert B, **Clarke-Pearson DL**, Berchuck A, Gehrig PA. Outcomes in surgical stage I uterine papillary serous carcinoma. Gynecol Oncol, 2007; 105: 677-82.

30.  Soper JT, **Clarke-Pearson DL**. Comparison of Gracilis and Rectus Abdominis Myocutaneous Flap Neovaginal Reconstruction Performed During Radical Pelvic Surgery: Flap-Specific Morbidity. Int J Gynecol Oncol, 2007 17:298-303.

31.  Rose P, Shamshad A, Watkins E, Thigpen JT, Deppe G, **Clarke-Pearson DL**, Insalaco S. Long-Term Follow-Up of a Randomized Trial Comparing Concurrent Single Agent Cisplatin or Cisplatin-Based Combination Chemotherapy or Hydroxyurea During Pelvic Irradiation for Locally Advanced Cervical Cancer: A Gynecologic Oncology Group Study. J Clin Oncol ,2007; 25: 2804-10

32.  Spriggs DR, Brady M, Vaccarello L, **Clarke-Pearson D**, Burger RA, Mannel R, Boggess JF, Lee RB, Hanly M. A Phase III Randomized Trial of IV Cisplatin plus Paclitaxel as a 24- or 96-hour Infusion in Patients with selected Stage III or Stage IV Epithelial Ovarian Cancer: A Gynecologic Oncology Group Study. J Clin Oncol, 2007; 25: 4466-72.

33.  Soper JT, Spillman MA, Sampson JH, Kirkpatrick JP, Wolf JK, **Clarke-Pearson DL** High-risk Gestational Trophoblastic Neoplasia with Brain Metastases: Individualized Multidisciplinary Therapy in the Management of Four Patients. Gynecol Oncol 2007; 104: 691-694.

34.  Jones E, Alvarez Secord A, Prosnitz LR, Samulski TV, Oleson JR, Berchuck A, **Clarke-Pearson DL**, Soper J, Dewhirst MW, Vujaskovic Z. Intra-peritoneal cisplatin and whole abdomen hyperthermia for relapsed ovarian carcinoma. Int J Hyperthermia 2006; 22: 161-172.

35.  Maxwell GL, **Clarke-Pearson DL**. Pulmonary embolism after major abdominal surgery in gynecologic oncology.  Obstet Gynecol 2006; 108:209

36.  Lutman CV, Havrilesky LJ, Cragun JM, Secord A, Calingaert B, Berchuck A, **Clarke-Pearson DL**, Soper JT. Pelvic lymph node count is an important prognostic variable for FIGO Stage I and II endometrial carcinoma with high risk histology.  Gynecol Oncol 2006; 102:92-97.

37.  Soper JT, Secord AA, Havrilesky LJ, Berchuck A, **Clarke-Pearson DL.** Rectus abdominis myocutaneous and myoperitoneal flaps for neovaginal reconstruction after radical pelvic surgery: comparison of flap-related morbidity. Gynecol Oncol. 2005; 97: 596-601.

38.  Cragun JM, Havrilesky LJ, Calingaert B, Synan I, Secord AA, Soper JT, **Clarke-PearsonDL**, Berchuck A. Retrospective analysis of selective lymphadenectomy in apparent early-stage endometrial cancer.  J Clin Oncol   2005; 23:3668-75.

39.  Soper JT, Havrilesky LJ, Secord AA, Berchuck A, **Clarke-Pearson DL**. Rectus abdominis myocutaneous flaps for neovaginal reconstruction after radical pelvic surgery. Int J Gynecol Cancer. 2005; 15: 542-8.

40.  Havrilesky LJ, Cragun JM, Calingaert B, Synan I, Secord AA, Soper JT **Clarke-Pearson DL**, Berchuck A. Resection of lymph node metastases influences survival in stage IIIC endometrial cancer.  Gynecol Oncol. 2005; 99: 689-95.

41.  Walker JL, Armstrong D, Huang H, Fowler J, Webster K, Burger R, **Clarke-Pearson D**. Intraperitoneal Catheter Outcomes in a Phase III Trial of Intravenous vs. Intraperitoneal Chemotherapy in Optimal Stage III Ovarian and Primary Peritoneal Cancer. A Gynecologic Oncology Group Study.  Gynecol Oncol  2005; 100:27-32.

42. Greer B, Bundy BN, Ozols RF, Fowler JM, **Clarke-Pearson DL**, Burger RA, Mannel R, DeGeest K, Hartenbach EM, Baergen RN, Copeland LJ. Implications of second-look laparotomy in the context of optimally resected Stage III Ovarian Cancer: A non-randomized comparison using an explanatory analysis: a Gynecologic Oncology Group Study.   J Clin Oncol. 2005; 99:71-9.

43. Secord AA, Jones EL, Hahn CA, Petros WP, Yu D, Havrilesky LJ, Soper JT, Berchuck A, Spasojevic I, **Clarke-Pearson DL**, Prosnitz LR, Dewhirst MW. Phase I/II trial of intravenous Doxil and whole abdomen hyperthermia in patients with refractory ovarian cancer. Int J Hyperthermia 2005; 21:333-47

44. Dainty L, Maxwell GL, **Clarke-Pearson DL,** Myers ER. Cost-effectiveness of combination thromboembolism prophylaxis in gynecologic oncology surgery. Gynecol Oncol 2004; 93: 366-73.

45. Rose PG, Nerenstone S, Brady MF, **Clarke-Pearson D**, Olt G, Rubin SC, Moore DH. Secondary Surgical Cytoreduction for Advanced Stage Ovarian Carcinoma with Suboptimal Residual Disease.   N Engl J Med.  2004; 351:2489-97.

46. Soper JT, Reisinger SA, Asbury R, Jones E, **Clarke-Pearson DL**. Feasibility Study of Concurrent Weekly Cisplatin and Whole Abdominopelvic Irradiation Followed by Doxorubicin/Cisplatin Chemothereapy for Locally Advanced Endometrial Carcinoma: a Gynecologic Oncology Group Study. Gynecol Oncol 2004; 95: 95-100.

47. Rader JS, **Clarke-Pearson D**, Moore M, Carson L, Holloway R, Kao MS, Wiznitzer I, Douglass EC. A phase II study to determine the efficacy and tolerability of intravenous ZD9331 in heavily pretreated patients with ovarian cancer. Gynecol Oncol. 2003; 91:318-25.

48. Jones EL, Samulski TV, Dewhirst MW, Secord AA, Berchuck A, **Clarke-Pearson DL**, Havrilesky LJ, Soper J, Prosnitz LR. A Pilot Phase II Trial of Concurrent Radiotherapy, Chemotherapy, and Hyperthermia for Locally Advanced Cervical Carcinoma. Cancer. 2003; 98:277-282.

49. Havrilesky LJ, Peterson BL, Dryden DK, Soper JT, **Clarke-Pearson DL**, Berchuck A. Predictors of clinical Outcomes in the Laparoscopic Management of Adenxal Masses. Obstet Gynecol. 2003; 102: 243-51

50. Havrilesky LJ, Wong TZ, Secord AA, Berchuck A, **Clarke-Pearson DL**, Jones EL. The role of PET scanning in the detection of recurrent cervical cancer.  Gynecol Oncol 2003; 90:186-190

51. Roth TM, Secord AA, Havrilesky LJ, Jones E, **Clarke-Pearson DL** . High Dose Rate Intraoperative Radiotherapy for Recurrent Cervical Cancer and Nodal Disease. Gynecol Oncol. 2003;  91: 258-260.

52. Havrilesky LJ, Alvarez AA, Sayer RA, Lancaster JM, Berchuck A, **Clarke-Pearson DL**, Rodriguez GC, Carney ME: Weekly low-dose carboplatin and paclitaxel in the treatment of recurrent ovarian and peritoneal cancer. Gynecol Oncol 2003; 88: 51-57.

53. Ozols RF, Bundy BN, Greer BE, Fowler JM, **Clarke-Pearson DL**, Burger RA, Mannel R, DeGeest K, Hartenbach EM, Baergen R. Phase III Trial of Carboplatin and Paclitaxel Compared with Cisplatin and Paclitaxel in Patients with Optimally Resected Stage III Ovarian Cancer: a Gynecologic Oncology Group Study. J Clin Oncol 2003; 21: 3194-3200.

54. Varia MA, Stehman FB, Bundy BN, Benda JA, **Clarke-Pearson DL**, Alvarez RD, Long HJ. Intraperitoneal Radioactive Phosphorous (32P) versus observation following negative Second-Look Laparotomy for Stage III Ovarian Carcinoma: A Randomized Trial of the Gynecologic

Oncology Group.  J Clin Oncol 2003; 21: 2849-2855

55.  Bloss JD, Brady M, Rocereto T, Partridge EE, **Clarke-Pearson DL**. Extraovarian Peritoneal Serous Papillary Carcinoma: A Phase II Trial of Cisplatin and Cyclophosphamide with Comparison to a cohort with Papillary Serous Ovarian Carcinoma-A Gynecologic Oncology Group Study.  Gynecol Oncol  2003;89:148-54

56.  **Clarke-Pearson DL**, Maxwell GL, Synan I, Dodge R, McClelland C. Risk factors which predispose patients to thromboembolism despite prophylaxis with external pneumatic compression. Obstet Gynecol 2003;101:157-163.

57.  Bookman MA, Darcy KM, **Clarke-Pearson DL**, Boothby R, Horwitz I.  Evaluation of monoclonal Humanoized Anti-HER2 Antibody (Trastuzumab, Herceptin) in Patients with recurrent or refractory Ovarian or Primary Peritoneal Carcinoma with Overexpression of HER2: A Phase II Trial of the Gynecologic Oncology Group.  J Clin Oncol 2003; 21:283-290.

58.  Gore M, Oza A, Rustin G, Malefetano J, Calvert H, **Clarke-Pearson D**, Carmichael J, Ross G, Beckman R, Fields S. A Randomized Trial of Oral versus Intravenous Topotecan in Patients with relapsed epithelial Ovarian Cancer.  Euro J Cancer. 2002: 38:57-63.

59.  Maxwell GL, Synan I, Hayes R, **Clarke-Pearson DL**. Preference and Compliance in Thromboembolism Prophylaxis for Gynecologic Oncology Patients. Obstet Gynecol. 2002, 100: 451

60.  Markman M, Bundy B, Alberts D, Fowler J, **Clarke-Pearson D**, Carson LF, Walder S, Sickel J. Phase III trial of standard dose intravenous cisplatin plus paclitaxel versus moderately high-dose carboplatin followed by intravenous paclitaxel and intraperitoneal cisplatin in small volume stage III ovarian cancer: an intergroup study of the Gynecologic Oncology Group, Southwestern Oncology Group, and Eastern Cooperative Oncology Group. J Clin Oncol; 2001; 19: 1001-1007

61.  Maxwell GL, Synan I, Dodge R, Carroll B, **Clarke-Pearson DL**. Prevention of Venous Thrombosis In Postoperative Gynecologic Oncology Patients: A Prospective Randomized Trial Comparing Pneumatic Calf Compression and Low Molecular Weight Heparin (dalteparin) Obstet Gynecol  2001; 98: 989-995

62.  **Clarke-Pearson DL**, Van Le L, Whitney CW, Hanjani P, Kristensen G, Malfetano JH, Beckman RA, Ross GA, Lane SR, DeWitte MH, Fields SZ. Oral Topotecan as Single-Agent Second-Line Chemotherapy in Patients with Advanced Ovarian Cancer.  J Clin Oncol  2001; 19:3976-3975

63.  Rader J, **Clarke-Pearson, DL** Moore M, et al. Phase II Trial of ZD9331 as third-line therapy for patients with ovarian carcinoma. Ann Oncol 2000; 11 (4): 83

64.  Cirisano FD Jr., Robboy SJ, Dodge RK, Bentley RC, Krigman HR, Synan IS, Soper JT, **Clarke-Pearson DL**. The outcome of stage I-II clinically and surgically staged papillary serous and clear cell endometrial cancers when compared with endometrioid carcinoma. Gynecol Oncol 77:55-65, 2000.

65.  Maxwell GL, Myers ER, **Clarke-Pearson DL**. Cost-effectiveness of deep venous thrombosis prophylaxis in gynecologic oncology surgery.  Obstetrics & Gynecol 95:206-14,2000.

66.  Rose PG, Bundy BN, Watkins EB, Thigpen JT, Deppe G, Maiman MA, **Clarke-Pearson DL**, Insalaco S. Concurrent cisplatin-based radiotherapy and chemotherapy for locally advanced cervical cancer.  N Engl J Med 340:1144-53, 1999.

67.  Ashih H. Gustilo-Ashby T, Myers ER, Andrews J, **Clarke-Pearson DL**,, Berry D, Berchuck A. Cost-effectiveness of treatment of early stage endometrial cancer. Gynecol Oncol 74:208-16,

11

1999.

68. Cirisano FE Jr. Robboy SJ, Dodge RK, Bentley RC, Krigman HR, Synan IS, Soper JT, **Clarke-Pearson DL**. Epidemiologic and surgicopathologic findings of papillary serous and clear cell endometrial cancers when compared to endometrioid carcinoma. Gynecol Oncol 74:385-94, 1999.

69. Whitney CW, Sause W, Bundy BN, Malfetano JH, Hannigan EV, Fowler WC, **Clarke-Pearson DL**, Liao SY: A randomized comparison of fluorouracil plus cisplatin versus hydroxyurea as an adjunct to radiation therapy in stages IIB-IVA carcinoma of the cervix with negative para-aortic lymph nodes: A Gynecologic Oncology Group and Southwest Oncology Group Study. J Clin Oncol 17:1339-48, 1999.

70. Boente MP, Berchuck A, Whitaker RS, Kalen A, Xu FJ, **Clarke-Pearson DL**, Bell RM, Bast RC: Suppression of Diacylglycerol Levels by Antibodies Reactive with c-erbB-2 (HER-2/neu) Gene Product $p185^{c-erbB-2}$ in Breast and Ovarian Cancer Cell Lines. Gynecol Oncol 70:49-55, 1998.

71. Woolas RP, Jacobs IJ, XU F, Berchuck A, Soper JT, **Clarke-Pearson DL**, Spence-Jones S, Oram D, Hudson CN, Shepherd JH, Bast RC, Jr.: Multiple tumor marker measurements to differentiate stage I ovarian cancer from the benign ovarian cyst. Gyn Techniques Vol (3) 3:123-126, 1997.

72. Clifford SL, Kaminetsky CP, Cirisano FD, Dodge R, Soper JT, **Clarke-Pearson DL**, Berchuck A: Racial disparity in overexpression of the p53 tumor suppressor gene in stage I endometrial cancer. Am J Obstet Gynecol 176:S229-32, 1997.

73. Roberts JA, Jenison EL, **Clarke-Pearson D**, Longleben A: A randomized, multicenter, double-blind, placebo-controlled, dose finding study of ORG 2766 in the prevention or delay of cisplatin-induced neuropathies in women with ovarian cancer. Gynecol Oncol 67:172-177, 1997

74. Hoskins WJ, McGuire WP, Brady MF, Kucera PR, Partridge EE, Look KY, **Clarke-Pearson DL**, Davidson M. Combination paclitaxel (Taxol) - cisplatin vs cyclophosphamide -cisplatin as primary therapy in patients with suboptimally debulked advanced ovarian cancer. Supplement: Int J Gynecol Cancer 7:9-13, 1997.

75. McGuire WP, Hoskins WJ, Brady MF, Kucera PR, Partridge EE, Look KY, **Clarke-Pearson DL**, Davidson M. Comparison of combination therapy with paclitaxel and cisplatin versus cyclophosphamide and cisplatin in patients with suboptimal stage III and stage IV ovarian cancer: A Gynecologic Oncology Group Study. Semin Oncol 24 (1 Suppl 2):S2-13-S2-16, 1997.

76. Omura GA, Blessing JA, Vaccarello L, Berman ML, **Clarke-Pearson DL**, Mutch D, Anderson B: Randomized trial of cisplatin versus cisplatin plus mitolactol (Dibromodulcitol) versus cisplatin plus ifosfamide in advanced squamous carcinoma of the cervix: A Gynecologic Oncology Group Study.   J Clin Oncol 15:165-171, 1997.

77. Alberts DS, Liu PY, Hannigan EV, O'Toole R, Williams SD, Young JA, Franklin EW, **Clarke-Pearson DL**, Malviya VK, Dubeshter B, Hoskins WJ, Adelson MD, Alvarez RD, O'Sullivan J, Garcia DJ, Sparks DB, Quade J, Rothenberg ML: Phase III study of intraperitoneal Cisplatin-intravenous Cyclophosphamide versus intravenous Cisplatin-intravenous cyclophosphamide in patients with optimal disease stage III ovarian cancer: A SWOG-GOG-EGOG Intergroup Study. Int J Gynecol Cancer 6 (1):28-29, 1996.

78. Rodrigeuz GC, Soper JT, Ho M, Dodge R, Berchuck A, **Clarke-Pearson DL**: A comparison of interrupted versus continuous Smead-Jones abdominal closure. J Gynecol Tech 2:19-23, 1996.

79. McGuire WP, Hoskins WJ, Brady M, Kucera PR, Partridge EE, Look KY, **Clarke-Pearson DL**, Davidson M: A phase III randomized study of Cyclophosphamide and Cisplatin versus Paclitaxel and Cisplatin in patients with suboptimal stage III and IV epithelial ovarian cancer. N Engl J Med

12

334:1-6, 1996.

80. Alberts DS, Liu PY, Hannigan EV, O=Toole R, William SD, Young JA, Franklin EW, **Clarke-Pearson DL**, Malviya VK, DuBeshter B, Adelson MD, Hoskins WJ: Intraperitoneal Cisplatin plus intravenous Cyclophosphamide versus intravenous Cisplatin plus intravenous Cyclophosphamide in stage III ovarian cancer. N Engl J Med 335:1950-55, 1996.

81. Kohler MF, Carney P, Dodge R, Soper JT, **Clarke-Pearson DL**, Marks JR, Berchuck A: p53 overexpression in advanced-stage endometrial adenocarcinoma. Am J Obstet Gynecol 175:1246-52, 1996.

82. Stehman FB, Bundy BN, Harrison B, **Clarke-Pearson DL**: Sites of failure and times to failure in carcinoma of the vulva treated conservatively: A Gynecologic Oncology Group study. Am J Obstet Gynecol 174 (4):1128-33, 1996.

83. Look KY, Brunetto VL, **Clarke-Pearson DL**, Averette HE, Major FJ, Alvarez RD, Homesley HD, Zaino RJ: An analysis of cell type in patients with surgically staged stage IB carcinoma of the cervix: A Gynecologic Oncology Group Study. Gynecol Oncol 63(3):304-311, 1996.

84. Olt G, Soper J, Ramakrishnan S, Xu F, Berchuck A, **Clarke-Pearson D**, Dodge R, Bast RC Jr: Preoperative evaluation of macrophage colony stimulating factor levels (M-CSF) in patients with endometrial cancer.  Am J Obstet Gynecol 174:1316-19,1996.

85. Massad LS, Bitterman P, **Clarke-Pearson DL**: Case Report: Metastatic clear cell eccrine hidradenocarcinoma of the vulva: Survival after primary surgical resection. Gynecol Oncol 61:287-290, 1996.

86. Cliby WA, **Clarke-Pearson DL**, Dodge R, Kohler ME, Rodriguez GC, Olt GJ, Soper JT, Berchuck A, Soisson AP: Acute morbidity and mortality associated with selective pelvic and para-aortic lymphadenectomy in the surgical staging of endometrial adenocarcinoma. J Gynecol Tech 1:19-25, 1995.

87. Hurteau JA, Rodriguez GC, Kay HH, Bentley RC, **Clarke-Pearson DL**:Villoglandular adenocarcinoma of the cervix: A case report. Obstet Gynecol 85:906-908, 1995.

88. Moore DH, Valea F, Walton LA, Soper JT, **Clarke-Pearson DL**, Fowler WC, Jr.: A phase I study of intraperitoneal-alpha2b interferon and intravenous cisplatin plus cyclophosphamide chemotherapy in patients with untreated stage III epithelial ovarian cancer: A Gynecologic Oncology Group pilot study.  Gynecol Oncol 59:267-272,1995.

89. Hurteau JA, Rodriguez G, Berchuck A, Soper JT, Cliby W, Soisson AP, **Clarke-Pearson,DL**: Closed retroperitoneal suction drainage compared to no drainage in patients having undergone selective lymphadenectomy: Risks and benefits.  J Gynecol Tech (1)4:195-199,1995.

90. Weber TM, Sostman HD, Spritzer CE, Ballard RL, Meyer GA, **Clarke-Pearson DL**, Soper JT: Cervical carcinoma: Determination of recurrent tumor extent versus radiation changes with MR imaging.  Radiology 194:135-139, 1995

91. Soper JT, Rodriguez G, Berchuck A, **Clarke-Pearson DL**: Long and short gracilis myocutaneous flaps for vulvovaginal reconstruction after radical pelvic surgery: Comparison of flap-specific complications.  Gynecol Oncol 56:271, 1995.

92. LoCoco S, Covens A, Carney M, Franssen E, Dodge R, Rosen B, Osborne B, Kerr I, Buckman R, Soper J, Ridriguez G, DePetrillo A, **Clarke-Pearson D**, Berchuck A: Does aggressive therapy improve survival in suboptimal stage IIIC/IV ovarian cancer? A Canadian-American comparative study.  Gynecol Oncol 59:194-9, 1995.

13

93. Liu JR, Conaway M, Rodriguez GC, Soper JT, **Clarke-Pearson DL**, Berchuck A: Poor prognosis of black women with endometrial cancer is not due to delayed treatment. Obstet Gynecol 86:486-90, 1995.

94. Evans AC, **Clarke-Pearson DL**, Rodriguez GC, Berchuck A, Hammond CB: Gestational Trophoblastic Disease metastatic to the central nervous system. Gyn Oncol 59:226-230, 1995.

95. Hussein AM, Petros WP, Ross M, Vredenburgh JJ, Affronti ML, Jones RB, Shpall EJ, Rubin P, Elkordky M, Gilbert C, Gupton C, Egorin MJ, Soper J, Berchuck A, **Clarke-Pearson D**, Berry DA, Peters WA: A phase I/II study of high-dose cyclophosphamide, cisplatin, and thiotepa followed by autologous bone marrow and granulocyte colony-stimulating factor-primed peripheral blood progenitor cells in patients with advanced malignancies. Cancer Chemotherapy and Pharmacology 37:561-568, 1995.

96. Woolas RP, Conaway MR, Xu FJ, Jacobs IJ, Yu YJ, Daly L, Davies AP, O'Briant K, Berchuck A, Soper JT, **Clarke-Pearson D**, Rodriguez G, Oram DH, Bast RC Jr: Combinations of multiple serum markers are superior to individual assays for discriminating malignant from benign pelvic masses. Gynecol Oncol 59:111-6, 1995.

97. Berchuck A, Anspach C, Evans AC, Soper JT, Rodriguez GC, Dodge R, Robboy S, **Clarke-Pearson DL**: Post-surgical surveillance of patients with FIGO stage I/II endometrial adenocarcinoma. Gyn Onc 59:20-24, 1995.

98. Soper JT, Evans AC, Rodriguez G, Berchuck A, **Clarke-Pearson DL**, Hammond CB: Etoposide-platin combination therapy for chemorefractory gestational trophoblastic disease. Gynecol Oncol 56:421-424, 1995.

99. Rodriguez GC, Hughes CL, Soper JT, Berchuck A, **Clarke-Pearson DL**, Hammond CB: Serum progesterone for the exclusion of early pregnancy in women at risk for recurrent gestational trophoblastic neoplasia. Obstet Gynecol 84:794-7, 1994.

100. Xu FJ, Yu YH, Daley L, Anselmino L, Hass GM, Berchuck A, Rodriguez GC, Soper JT, **Clarke-Pearson DL**, Hollis MS, Boyer C, Bast RC Jr.: OVX1 as a marker for early stage endometrial carcinoma. Cancer 73(7):1855-1858, 1994.

101. Soisson AP, Olt G, Soper JT, Berchuck A, Rodriguez GC, **Clarke-Pearson DL**: Prevention of superficial wound separation with subcutaneous retention sutures. Gynecol Oncol 51:330-4, 1994.

102. Lukes A, Kohler MF, Pieper CF, Kerns BJ, Bentley R, Rodriguez GC, Soper JT, **Clarke-Pearson DL**, Bast RC Jr., Berchuck A: Multivariate analysis of DNA ploidy, p53, and HER-2/neu as prognostic factors in endometrial cancer. Cancer 79:2380-85, 1994.

103. Soper JT, **Clarke-Pearson DL**, Berchuck A, Rodriguez G, Hammond CB: 5-Day Methotrexate for Women with Metastatic Gestational Trophoblastic Disease. Gynecol Oncol 54:76-79, 1994.

104. Ben-Haim S, Kahn D, Weiner GJ, Madsen MT, Waxman AD, Williams CM, **Clarke-Pearson DL**, Coleman ER, Maguire RT: The safety and pharmacokinetics in adult subjects of an intravenously administered $^{99m}$Tc-labeled 17 amino acid peptide (CYT-379). Nucl Med Biol 21(2):131-142, 1994.

105. Rodriguez GC, **Clarke-Pearson DL**, Soper JT, Berchuck A, Synan I, Dodge RK: The negative prognostic implications of thrombocytosis in women with Stage IB cervical cancer. Obstet Gynecol 83:445-448, 1994.

106. Myers ER, **Clarke-Pearson DL**, Olt GJ, Soper JT, Berchuck A: Preoperative coagulation testing

14

on a gynecologic oncology service.  Obstet Gynecol 83:438-444, 1994.

107. Berchuck A, Kohler MF, Hopkins MP, Humphrey PA, Robboy SJ, Rodriguez GC, Soper JT, **Clarke-Pearson DL,** Bast RC: Overexpression of p53 is not a feature of benign and early-stage borderline epithelial ovarian tumors. Gynecol Oncol 52:232-236, 1994.

108. Soper JT, Evans AC, **Clarke-Pearson DL**, Berchuck A, Rodriguez G, Hammond CB: Alternating weekly chemotherapy with etoposide-methotrexate-dactinomycin/cyclophosphamide-vincristine for high-risk gestational trophoblastic disease. Obstet Gynecol 83(1):113-117, 1994.

109. Woolas R, Xu FJ, Daly L, Soper JT, Berchuck A, Rodriguez G, **Clarke-Pearson DL**, Boyer CM, Bast RC Jr: Screening strategies for ovarian cancer. Diag Oncol 3:287-293, 1993.

110. Woolas RP, Xu FJ, Jacobs IJ, Yu YH, Daly L, Berchuck A, Soper JT, **Clarke-Pearson DL**, Oram DH, Bast RC Jr: Elevation of multiple serum markers in patients with Stage I ovarian cancer.  J Nat Can Inst 85:1748-1751, 1993.

111. Kohler MF, Nishii H, Humphrey PA, Sasaki H, Boyd JA, Marks J, Bast RC, **Clarke-PearsonDL,** Berchuck A.: Mutation of the p53 tumor supressor gene is not a feature of endometrial hyperplasias.  Am J Obstet Gynecol 169:690-4, 1993.

112. Leopold KA, Oleson JR, **Clarke-Pearson DL**, Soper JT, Berchuck A, Samulski T, Page RL, Bliven J, Dewhirst M: Intraperitoneal cisplatin and regional hyperthermia for ovarian carcinoma. Int J Radiat Oncol Biol Phys 27:1245, 1993.

113. Kohler MF, Marks JR, Wiseman RW, Jacobs IJ, Davidoff AM, **Clarke-Pearson DL**, Soper JT, Bast RC Jr, Berchuck A: Spectrum of mutation and frequency of allelic deletion of the p53 gene in ovarian cancer.  J Natl Cancer Inst 85:1513-1519, 1993.

114. Xu FJ, Yu Y, Daley C, DeSombre K, Hass M, Anselmino L, Berchuck A, Soper JT, **Clarke-Pearson DL**, Boyer C, Layfield LJ, Bast RC: The OVX1 radioimmunoassay complements CA125 for predicting the presence of residual ovarian carcinoma at second look surgical surveillance procedures.  J Clin Oncol, 11:1506-1510, 1993.

115. **Clarke-Pearson DL**, Synan IS, Dodge R, Soper JT, Berchuck A, Coleman RE: A randomized trial of low-dose heparin and intermittent pneumatic calf compression for the prevention of deep venous thrombosis after gynecologic oncology surgery. Am J Obstet Gynecol 168:1146-54, 1993.

116. Asbury RF, Blessing JA, Look KY, **Clarke-Pearson DL**, Homesley HD: A Gynecologic Oncology Group phase II study of AMONAFIDE in epithelial ovarian cancer. AmJ Clin Oncol 16(6):529-531, 1993.

117. Boente MP, Berchuck A, Whitaker RS, Kalen A, Xu FJ, **Clarke-Pearson DL**, Bell RM, Bast RC Jr.: Antibodies against immunochemically distinct epitopes on the extracellular domain of HER-2/neu c-cerbB-2 inhibit growth of breast and ovarian cancer cell lines. Int J Cancer 53:401-408, 1993.

118. Kohler MF, Berchuck A, Davidoff AM, Humphrey PA, Iglehart JD, Soper JT, **Clarke-Pearson DL**, Bast RC Jr., Marks JR: Overexpression and mutation of p53 in endometrial cancer. Cancer Res 52:1622-27, 1992.

119. Soisson AP, Soper JT, Berchuck A, Dodge R, **Clarke-Pearson DL**: Radical hysterectomy in obese women.  Obstet Gynecol 80:940, 1992.

120. Boente MP, Berchuck A, Rodriguez GC, Davidoff A, Whitaker R, Xu FJ, Marks J, **Clarke-Pearson DL**, Bast RC Jr: The effect of interferon gamma on epidermal growth factor receptor

15

expression in normal and malignant ovarian epithelial cells. Amer J Obstet Gynecol 167:1877-1882, 1992.

121. Soper JT, Johnson P, Johnson V, Berchuck A, **Clarke-Pearson DL**: Comprehensive restaging laparotomy in women with apparent early ovarian carcinoma. Obstet Gynecol 80(6):949-952, 1992.

122. Olt G, Berchuck A, Soisson AP, Boyer C, Bast RC, **Clarke-Pearson DL**: Fibronectin is an immunosuppressive substance associated with epithelial ovarian cancer. Cancer 70:2137-42, 1992.

123. Rodriguez GC, Soper JT, Berchuck A, Oleson J, Dodge R, Montana G, **Clarke-Pearson DL**: Improved palliation of cerebral metastases in epithelial ovarian cancer using a combined modality approach including radiation therapy, chemotherapy, and surgery. J Clin Oncol 10:1553-1560, 1992.

124. Soper JT, Berchuck A, Dodge R, **Clarke-Pearson DL**: Adjuvant therapy with intraperitoneal chromic phosphate ($^{32}$P) in women with early ovarian carcinoma after comprehensive surgical staging. Obstet Gynecol 79:993-7, 1992.

125. Montana GS, Anscher MS, Mansbach CM, Daly N, Delannes M, **Clarke-Pearson DL**, Gaydica EF: Topical application of WR-2721 to prevent radiation proctosigmoiditis. A phase I/II trial. Cancer 69:2826-2830, 1992

126. Berchuck A, Boente MP, Soper JT, Kerns BJ, Kinney RJ, **Clarke-Pearson DL**, Bacus SS, Bast RC Jr: Ploidy analysis of epithelial ovarian cancers using image cytometry. Gynecol Oncol 44:61-65, 1992.

127. Berchuck A, Rodriguez G, Olt GJ, Boente MP, Whitaker R, Arrick B, **Clarke-Pearson DL**, Bast RC Jr: Regulation of growth of normal ovarian epithelial cells and ovarian cancer cell lines by transforming growth factor-beta. Am J Obstet Gynecol 166(2):676-84, 1992.

128. O'Briant K, Chrysson N, Hunter V, Tyson F, Tanner M, Daly L, George SL, Berchuck A, Soper J, Fowler W, **Clarke-Pearson DL**, Bast RC: Ha-ras polymorphisms in epithelial ovarian cancer. Gynecol Oncol 45:299, 1992.

129. Slayton RE, Blessing JA, **Clarke-Pearson DL**: A phase II clinical trial of Diaziquone (AZQ) In the treatment of patients with recurrent mixed mesodermal sarcomas of the uterus. A Gynecologic Oncology Group Study. (Brief Report) Investigational New Drugs 9:93-94, 1991.

130. Massad LS, Hunter VJ, Szpak CA, **Clarke-Pearson DL**, Creasman WT: Epithelial ovarian tumors of low malignant potential. Obstet Gynecol 78(6):1027-1032, 1991.

131. Livengood CH, Soper JT, **Clarke-Pearson DL**, Addison WA: Necrotizing fasciitis in irradiated tissues of diabetic patients. J Reprod Med 36:455-458, 1991.

132. Stellar MA, Soper JT, Szpak CA, Lanman JT, **Clarke-Pearson DL**: The importance of determining karyotype in premenarchal females with gonadal dysgerminoma: Two case reports. Int J Gynecol Cancer 1:141, 1991.

133. Berchuck A, Rodriguez GC, Kamel A, Dodge RK, Soper JT, **Clarke-Pearson DL**, Bast RC Jr: Epidermal growth factor receptor expression in normal ovarian epithelium and ovarian cancer. I. Correlation of receptor expression with prognostic factors in patients with ovarian cancer. Am J Obstet Gynecol 164:669-674, 1991.

134. Berchuck A, Rodriguez GC, Kinney RB, Soper JT, **Clarke-Pearson DL,** Bast RC Jr: Overexpression of HER-2/*neu* in endometrial cancer is associated with advanced stage disease.

16

Am J Obstet Gynecol 164:15-21, 1991.

135. Soper JT, Berchuck A, **Clarke-Pearson DL**: Adjuvant intraperitoneal chromic phosphate therapy for women with apparent early ovarian carcinoma who have not undergone comprehensive surgical staging. Cancer 68:725-729, 1991.

136. Soper JT, Couchman G, Berchuck A, **Clarke-Pearson DL**. The role of partial sigmoid colectomy for debulking epithelial ovarian carcinoma. Gynecol Oncol 41:239-44, 1991.

137. Marks JR, Davidoff AM, Kerns BJ, Pence J, Dodge RK, Humphrey PA, **Clarke-Pearson DL**, Iglehart JD, Bast RC Jr, Berchuck A: Overexpression and mutation of p53 in epithelial ovarian cancer.  Cancer Res 51:2979-84, 1991.

138. Rodriguez GC, Berchuck A, Whitaker RS, Schlossman D, **Clarke-Pearson DL**, Bast RC Jr: Epidermal growth factor receptor expression in normal ovarian epithelium and ovarian cancer. II. Relationship between receptor expression and response to epidermal growth factor. Am J Obstet Gynecol 164:745-50, 1991.

139. Kohler MF, Soper JT, Tucker JA, **Clarke-Pearson DL**: Isolated incisional metastases after intraperitoneal radioactive chromic phosphate therapy for ovarian carcinoma. Cancer 68:1380-83, 1991.

140. Xu FJ, Ramakrishnan S, Daly L, Soper JT, Berchuck A, **Clarke-Pearson DL**, Bast RC Jr: Increased serum levels of macrophage colony stimulating factor in ovarian cancer. Am J Obstet Gynecol 165:1356-1362, 1991.

141. Cliby W, Soisson AP, Berchuck A, **Clarke-Pearson DL**: Stage I small cell carcinoma of the vulva treated with vulvectomy, lymphadenectomy, and adjuvant chemotherapy. Cancer 67:2415-2417, 1991.

142. Berchuck A, Kamel A, Whitaker R, Kerns B, Olt G, Kinney R, Soper JT, Dodge R, **Clarke-Pearson DL**, Marks P, McKenzie S, Yin S, Bast RC Jr: Overexpression of HER-2/*neu* is associated with poor survival in advanced epithelial ovarian cancer. Cancer Res 50:4087-91, 1990.

143. Shpall EJ, **Clarke-Pearson DL**, Soper JT, Berchuck A, Jones RB, Bast RC Jr., Ross M, Lidor Y, Vanacek K, Tyler T, Peters WP: High-dose alkylating agent chemotherapy with autologous bone marrow support in patients with stage III/IV epithelial ovarian cancer. Gynecol Oncol 38:386-391, 1990.

144. Berchuck A, Rodriguez G, Kamel A, Soper JT, **Clarke-Pearson DL**, Bast RC Jr: Expression of epidermal growth factor receptor and HER-2/neu in normal and neoplastic cervix, vulva, and vagina.  Obstet Gynecol 76:381-387, 1990.

145. Kohler MF, Berchuck A, Baker ME, Szpak CA, Soper JT, **Clarke-Pearson DL**: Computed tomography guided fine-needle aspiration of retroperitoneal lymph nodes in gynecologic oncology.  Obstet Gynecol 76:612-616, 1990.

146. Hunter VJ, Daly L, Helms M, Soper JT, Berchuck A, **Clarke-Pearson DL**, Bast RC Jr: The prognostic significance of CA-125 half-life in patients with ovarian cancer who have received primary chemotherapy after surgical cytoreduction. Am J Obstet Gynecol 163:1164-1167, 1990.

147. Soper JT, Berchuck A, Olt GJ, Soisson AP, **Clarke-Pearson DL**, Bast JC Jr.: Preoperative evaluation of serum CA-125, TAG-72, and CA-15-3 in patients with endometrial carcinoma.  Am J Obstet Gynecol 163:1204-1209, 1990.

148. Soisson AP, Geszler J, Soper JT, Berchuck A, **Clarke-Pearson DL**: A comparison of

symptomatology, physical examination, and vaginal cytology in detection of recurrent cervical carcinoma after radical hysterectomy.  Obstet Gynecol 76:106, 1990.

149. Berchuck A, Olt GJ, Soisson AP, Kamel A, Soper JT, Boyer CM, **Clarke-Pearson DL**, Leslie DS, Bast RC Jr: Heterogeneity of antigen expression in advanced epithelial ovarian cancer. Am J Obstet Gynecol 162:883-888, 1990.

150. **Clarke-Pearson DL**, DeLong E, Synan IS, Soper JT, Creasman WT, Coleman RE: A controlled trial of two low-dose heparin regimens for the prevention of postoperative deep vein thrombosis. Obstet Gynecol 75:684-689, 1990.

151. Mutch DG, Soper JT, Babcock CJ, Christensen CW, **Clarke-Pearson DL**, Hammond CB: Recurrent gestational trophoblastic disease: Experience of the Southeastern Trophoblastic Disease Center.  Cancer 66:978, 1990.

152. Olt GJ, Greenberg C, Synan IS, Coleman RE, **Clarke-Pearson DL**: Preoperative assessment of fragment D-Dimer as a predictor of postoperative venous thrombosis. Am J Obstet Gynecol 162:772-775, 1990.

153. Soisson AP, Soper JT, **Clarke-Pearson DL**, Berchuck A, Montana GS, Creasman WT: Adjuvant radiotherapy following radical hysterectomy for patients with stage IB and IIA cervical cancer. Gynecol Oncol 37:390, 1990.

154. Bentel GC, Oleson JR, **Clarke-Pearson DL,** Soper JT, Montana GS: Transperineal templates for brachytherapy treatment of pelvic malignancies: A comparison of standard and customized templates.  Biol Phys 19:751, 1990.

155. Bentel GC, Oleson JR, **Clarke-Pearson DL**, Soper JT, Montana GS: Transperineal templates for brachytherapy treatment of pelvic malignancies: A comparison of standard and customized templates.  Biol Phys 19:751, 1990.

156. King ME, DiGiovanni LM, Yong FF, **Clarke-Pearson DL**: Immature teratoma of the ovary, Grade 3, with karyotype analysis. Int J Gynecol Pathol 9:178-184, 1990.

157. Fu SF, **Clarke-Pearson DL**: Complications of intraperitoneal port-a-cath for treatment of ovarian carcinoma.  Taiwan Med J 32:521-526, 1989.

158. Soper JT, Larson D, Hunter VJ, Berchuck A, **Clarke-Pearson DL**. Short gracilis myocutaneous flaps for vulvovaginal reconstruction after radical pelvic surgery. Obstet Gynecol 74:823-827, 1989.

159. Berchuck A, Soisson AP, Olt GJ, Soper JT, **Clarke-Pearson DL**, Bast RC Jr, McCarty KS Jr: Epidermal growth factor receptor expression in normal and malignant endometrium. Am J Obstet Gynecol 161:1247-1252, 1989.

160. Soisson AP, Berchuck A, Lessey BA, Soper JT, **Clarke-Pearson DL**, McCarty KS Jr, Bast RC Jr: Immunohistochemical expression of Tag-72 in normal and malignant endometrium: Correlation of antigen expression with estrogen receptor and progesterone receptor levels. Am J Obstet Gynecol 161:1258-1263, 1989.

161. Berchuck A, Soisson AP, Soper JT, **Clarke-Pearson DL**, Bast RC Jr, McCarty KS Jr: Reactivity of epidermal growth factor receptor monoclonal antibodies with human uterine tissues. Arch Pathol Lab Med 113:1155-1158, 1989.

162. Soper JT, Berchuck A, Creasman WT, **Clarke-Pearson DL**: Pelvic exenteration:Factors associated with major surgical morbidity. Gynecol Oncol 35:93-98, 1989.

18

163. Berchuck A, Soisson AP, **Clarke-Pearson DL**, Soper JT, Boyer CM, Kinney RT, McCarty KS, Bast RC: Immunohistochemical expression of CA 125 in endometrial adenocarcinoma: Correlation of antigen expression with metastatic potential. Cancer Res 49:2091-2095, 1989.

164. **Clarke-Pearson DL**, DeLong ER, Chin N, Rice R, Creasman WT: Intestinal obstruction in patients with ovarian cancer: variables associated with surgical complications and survival. Arch Surg 123:42-45, 1988.

165. Soper JT, Blaszcyk TM, Oke TZ, **Clarke-Pearson DL**, Creasman WT: Percutaneous nephrostomy in gynecologic oncology patients.  Am J Obstet Gynecol 158:1126-1131,1988.

166. DeLong ER, DeLong DM, **Clarke-Pearson DL**: Comparing the areas under two or more correlated receiver operating characteristic curves: A nonparametric approach. Biometrics 44:837-845, 1988.

167. Soper JT, Mutch DG, Chin N, **Clarke-Pearson DL**, Hammond CB: Renal metastases of gestational trophoblastic disease: A report of eight cases.  Obstet Gynecol 72:797-798,1988.

168. **Clarke-Pearson DL**, Soper JT, Creasman WT: Absorbable synthetic mesh (910-polyglactin) for creation of a pelvic "lid" following pelvic exenteration. Am J Obstet Gynecol 158:158-160, 1988.

169. Soper JT, **Clarke-Pearson DL,** Creasman WT: Absorbable synthetic mesh (910-polyglactin) intestinal sling to reduce radiation-induced small bowel injury in patients with pelvic malignancies.  Gynecol Oncol 29:283-289,1988.

170. Soper JT, **Clarke-Pearson DL**, Hammond CB: Metastatic gestational trophoblastic disease: Prognostic factors in previously untreated patients.  Obstet Gynecol 71:338-343,1988.

171. **Clarke-Pearson DL**, DeLong ER, Chin N, Rice R, Creasman WT: Intestinal obstruction in patients with ovarian cancer: Variables associated with surgical complications and survival. Arch Surg 123:42-45, 1988.

172. Bandy LC, **Clarke-Pearson DL**, Soper JT, Mutch DG, MacMillan J, Creasman WT: Long-term effects on bladder function following radical hysterectomy with and without postoperative radiation.  Gynecol 26:160, 1987.

173. Soper JT, Wilkinson RH, Bandy LC, **Clarke-Pearson DL**, Creasman WT: Intraperitoneal chromic phosphate P32 as salvage therapy for persistent carcinoma of the ovary after surgical restaging.  Am J Obstet Gynecol 156:1153, 1987.

174. **Clarke-Pearson DL**, DeLong ER, Synan IS, Coleman RE, Creasman WT: Variables associated with postoperative deep venous thrombosis: A prospective study of 411 gynecology patients and creation of a prognostic model. Obstet Gynecol 69:146-150,1987.

175. **Clarke-Pearson DL**, Chin N, DeLong ER, Rice R, Creasman WT: Surgical management of intestinal obstruction in ovarian cancer: I. Clinical features, postoperative complication, and survival.  Gynecol Oncol 26:11-18, 1987.

176. Creasman WT, Soper JT, **Clarke-Pearson DL**: Radical hysterectomy as therapy for early carcinoma of the cervix. Am J Obstet Gynecol 155:964-969, 1986.

177. **Clarke-Pearson DL**, Bandy L, Dudzinski M, Heaston D, Creasman WT: Computed tomography in evaluation of patients with ovarian carcinoma in complete clinical remission: correlation with surgical pathologic findings.  JAMA 255:627-630,1986.

19

178. Mutch DG, Soper JT, Baker ME, Bandy L, Cox EB, **Clarke-Pearson DL**, Hammond CB: The role of computerized axial tomography of the chest in staging patients with nonmetastatic gestational trophoblastic disease. Obstet Gynecol 68:348-352, 1986.

179. Creasman WT, Henderson D, **Clarke-Pearson DL**, Hinshaw WM: Estrogen replacement therapy in the patient treated for endometrial cancer. Obstet Gynecol 67:326-330, 1986.

180. Puleo J, **Clarke-Pearson D**, Smith E, Barnard D, Creasman W: Superior vena cava syndrome associated with gynecologic malignancy. Gynec Onc 23:59-64, 1986.

181. Creasman WT, Soper JT, McCarty KS Jr, McCarty KS Sr, Hinshaw WM, **Clarke-Pearson DL**: Influence of cytoplasmic steroid receptor content on prognosis of early stage endometrial carcinoma.  Am J Obstet Gynecol 151:7, 922-932, 1985.

182. Soper JT, Creasman WT, **Clarke-Pearson DL**, Sullivan DC, Vergadoro F, Johnston WW: Intraperitoneal chromic phosphate P32 suspension therapy of malignant peritoneal cytology in endometrial carcinoma. Am J Obstet Gynecol 153:191-196, 1985.

183. Creasman WT, Fetter BF, **Clarke-Pearson DL**, Kaufman L, Parker RT: Management of Stage IA carcinoma of the cervix. Am J Obstet Gynecol 153:164-171, 1985.

184. Barter JF, Smith EB, Szpak CA, Hinshaw WM, **Clarke-Pearson DL**, Creasman WT: Leiomyosarcoma of the uterus: Clinicopathologic study of 21 cases. Gynecol Oncol 21:220-227, 1985.

185. **Clarke-Pearson DL**, Coleman RE, Siegel R, Synan IS, Petry N: Indium 111 platelet imaging for the detection of deep venous thrombosis and pulmonary embolism in patients without symptoms after surgery.  Surg 98:98-103, 1985.

186. Bandy L, **Clarke-Pearson DL**, Hammond CB: Pseudoobstruction of the colon complicating choriocarcinoma.  Gynecol Oncol 20:402-407, 1985.

187. **Clarke-Pearson DL**, Creasman WT: A clinical evaluation of absorbable polydioxanone ligating clips in abdominal and pelvic operations. Surg Gynecol Obstet 161:250-252, 1985.

188. Bandy L, **Clarke-Pearson DL**, Silverman PM, Creasman WT: Computed tomography in evaluation of extra pelvic lymphadenopathy in carcinoma of the cervix. Obstet Gynecol 65:73-76, 1985.

189. Fortier KJ, **Clarke-Pearson DL**, Creasman WT, Johnston WW: Fine Needle Aspiration in Gynecology: Evaluation of extra pelvic lesions in patients with gynecologic malignancy. Obstet Gynecol 65:76-72, 1985.

190. Zern RA, **Clarke-Pearson DL**: Pneumatosis intestinalis associated with enteral feeding by catheter jejunostomy.  Obstet Gynecol 65:81S-83, 1985.

191. Soper JT, McCarty KS Jr, Creasman WT, **Clarke-Pearson DL**, McCarty KS Sr: Induction of cytoplasmic progesterone receptor in human endometrial carcinoma transplanted into nude mice. Am J Obstet Gynecol 150:437, 1984.

192. Smith EB, **Clarke-Pearson DL,** Creasman WT: A VP-16-213 and cisplatin containing regimen for treatment of refractory ovarian germ cell malignancies. Am J Obstet Gynecol 150:927-931, 1984.

193. **Clarke-Pearson DL**, DeLong ER, Synan IS, Creasman WT: Complications of low-dose heparin prophylaxis in gynecologic oncology surgery.  Obstet Gynecol 64:689-694, 1984.

194. Bandy L, **Clarke-Pearson DL**, Hammond CB: Malignant potential of gestational trophoblastic disease at the extreme ages of reproductive life.  Obstet Gynecol 64:395-399,1984.

195. Soper JT, McCarty KS Jr, Hinshaw WM, Creasman WT, McCarty KS Sr, **Clarke-Pearson DL**: Cytoplasmic estrogen and progesterone receptor content of uterine sarcomas. Am J Obstet Gynecol 150:342-348, 1984.

196. **Clarke-Pearson DL**, Coleman RE, Petry N, Synan IS, Creasman WT: Postoperative pelvic vein thrombosis and pulmonary embolism detected by indium 111-labeled platelet imaging: A case report.  Am J Obstet Gynecol 149:796-798, 1984.

197. Gore M, Miller KE, Soong S, **Clarke-Pearson DL**, Pizzo SV: Vascular plasminogen activator levels and thromboembolic disease in patients with gynecologic malignancies. Am J Obstet Gynecol 149:830-834, 1984.

198. **Clarke-Pearson DL**, Synan IS, Coleman RE, Hinshaw WM, Creasman WT: The natural history of venous thromboemboli in gynecologic oncology: A prospective study of 382 patients. Am J Obstet Gynecol 148:1051, 1984.

199. Creasman WT, Hinshaw WM, **Clarke-Pearson DL**: Cryosurgery in the management of cervical intraepithelial neoplasia. Obstet Gynecol 63:145-149, 1984.

200. **Clarke-Pearson DL**, Synan IS, Hinshaw WM, Coleman RE, Creasman WT: Prevention of postoperative venous thromboembolism by external pneumatic calf compression in patients with gynecologic malignancy. Obstet Gynecol 63:92-98,1984.

201. **Clarke-Pearson DL**, Creasman WT, Coleman RE, Synan IS, Hinshaw WM: Perioperative external pneumatic calf compression as thromboembolism prophylaxis in gynecology: Report of a randomized controlled trial. Gynecol Oncol 18:226-232, 1984.

202. Bandy L, **Clarke-Pearson DL**, Creasman WT: Vitamin B$_{12}$ deficiency following therapy in gynecologic oncology.  Gynecol Oncol 17:370-374,1984.

203. **Clarke-Pearson DL**, Synan IS, Creasman WT: Anticoagulation therapy for venous thromboembolism in patients with gynecologic malignancy. Am J Obstet Gynecol 147:369-375, 1983.

204. **Clarke-Pearson DL**, Coleman RE, Synan IS, Hinshaw W, Creasman WT: Venous thromboembolism prophylaxis in gynecologic oncology: A prospective, controlled trial of low-dose heparin.  Am J Obstet Gynecol 145:606-613,1983.

205. **Clarke-Pearson DL**, Jelovsek FR, Creasman WT: Thromboembolism complicating surgery for cervical and uterine malignancy: Incidence, risk factors and prophylaxis. Obstet Gynecol 61:87-94, 1983.

206. **Clarke-Pearson DL**, Coleman RE, Ralston M, Creasman WT: Indium-labeled platelet imaging of postoperative pelvic vein thrombi. Obstet Gynecol 62:109-116, 1983

207. **Clarke-Pearson DL**, Synan IS, Creasman WT: Significant venous thromboembolism caused by pelvic lymphocysts: Diagnosis and management. Gynecol Oncol 13:136,1982.

208. Creasman WT, **Clarke-Pearson DL,** Weed JC, Jr: Results of outpatient therapyof cervical intraepithelial neoplasia. Gynecol Oncol 12:306-316, 1981.

209. **Clarke-Pearson DL**, Creasman WT: Diagnosis of deep venous thrombosis in obstetrics and

gynecology by impedance phlebography.  Obstet Gynecol 58:52, 1981.

210. **Clarke-Pearson DL**, Jelovsek FR: Alterations of occlusive cuff impedance plethysmography results in the obstetric patient. Surg 89:594, 1981.

211. **Clarke-Pearson DL**: Low-dose heparin in prevention of deep venous thrombosis. Am J Obstet Gynecol 138:471, 1980.

212. Wheeler HB, **Pearson DL**, O'Connell D, Mullick SC: Impedance phlebography:Technique, interpretation, and results. Arch Surg 104:164, 1972.

213. Wheeler HB, Mullick SC, Anderson JM, **Pearson DL**: Diagnosis of occult deep vein thrombosis by a noninvasive bedside technique. Surg 70:20,1971.

**Other peer reviewed articles**

1. Parker WH, Berek JS, Pritts EA, Olive D, Chalas E, Clarke-Pearson DL. Regarding "Incidence of Occult Uterine Malignancy Following Vaginal Hysterectomy with Morcellation".  JJ Minim Invasive Gynecol.  2018;

2. Parker WH, Berek JS, Pritts EA, Olive D, Chalas E, Clarke-Pearson DL. Regarding "Incidence of Occult Uterine Malignancy Following Vaginal Hysterectomy with Morcellation".  JJ Minim Invasive Gynecol.  2018; 25: 187-188

3. Parker W, Berek JS, Pritts E, Olive D Kaunitz AM, Chalas E, Clarke-Pearson D, et al.  An Open Letter to the Food and Drug Administration Regarding the Use of Morcellation Procedures in Women Having Surery for Presumed Uterine Myomas.  J Minim Invasive Gynecol. 2016; 23: 303-08.

4. Parker WH, Kaunitz AM, Pritts EA, Olive DL, Chalas E, **Clarke-Pearson DL**, Berek JS. (for the Leiomyoma Morcellation Study Group). U.S. Food and Drug Administration's Guidance Regarding Morcellation of Leiomyoma: Well- Intentioned, but is it Harmful for Women? Obstet Gynecol. 2015.

5. **Clarke-Pearson DL**, Barber EL. Venous thromboembolism in gynecologic surgery: Are we any closer to determining an optimal prophylaxis regimen? (Editorial) Gynecol Oncol. 2015; 138:495-6

6. Rossi E, **Clarke-Pearson DL**. Screening for Ovarian Cancer in Midlife Women. The Female Patient. 2011; 36: 37-40.

7. **Clarke-Pearson DL**. Clinical practice. Screening for ovarian cancer. N Engl J Med. 2009; 361(2):170-7.

8. Alvarez A, **Clarke-Pearson DL**. Platinum-Resistant and Refractory Ovarian Cancer: Second-Line Treatment Options.  Am J Cancer 2003; 2: 1-13.

9. Soper JT, Evans AC, Conaway MR, **Clarke-Pearson DL**, Berchuck A, Hammond CB:Evaluation of prognostic factors and staging in gestational trophoblastic tumor. Gest Tropho Tumor 84(6):969-973, 1994.

10. Woolas R, Xu FJ, Jacobs IJ, Yu YH, Daly L, Berchuck A, Soper JT, **Clarke-Pearson DL**, Oram DH, Bast RC Jr: Screeing strategies for ovarian cancer. Diag Oncol 3:287-293,1993.

11. Nicholaides AN, Areelus J, Belcaro G, Bergqvist D, Borris LC, Buller HR, Caprini JA,

22

Christopoulos D, **Clarke-Pearson D**, et al: Prevention of venous thromboembolism: European consensus statement.  Int Angiology II:151-159,1992.

12. **Clarke-Pearson DL**, Hume RF: Venous thromboembolic disease in Obstetrics and Gynecology: Prevention, diagnosis and treatment. Curr Probl Obstet Gynecol Fertil 12:38-63,1989.

13. **Clarke-Pearson DL**, Olt G: Thromboembolism in patients with gynecologic tumors: Risk factors, natural history and prophylaxis.  Oncol 3:39-44,1989.

14. Beckmann CRB, **Clarke-Pearson DL**, Evenhouse R: A reusable plastic training model for teaching Papanicolaou smear technique. Am J Obstet Gynecol 157:259-260, 1987.

15. Creasman WT, **Clarke-Pearson DL**, Ashe CA, Weed JC Jr: The abnormal pap smear: What to do next.  Cancer 48:515, 1981.

**ACOG Committee Opinions published during tenure as Committee Chair:**

1. Performance enhancing anabolic steroid abuse in women. Committee Opinion No. 484. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;117:1016–18.

2. Understanding and using the U.S. Medical Eligibility Criteria for Contraceptive Use, 2010. Committee Opinion No. 505. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:754–60.

3. Expedited partner therapy in the management of gonorrhea and chlamydia by obstetrician–gynecologists. Committee Opinion No. 506. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:761–6.

4. Management of vulvar intraepithelial neoplasia. Committee Opinion No. 509. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:1192–4.

5. Vaginal placement of synthetic mesh for pelvic organ prolapse. Committee Opinion No. 513. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:1459–64.

6. Compounded bioidentical menopausal hormone therapy. Committee Opinion No. 532. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120:411–5.

7. Well-woman visit. Committee Opinion No. 534. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120:421–4.

8. Reprocessed single-use devices. Committee Opinion No. 537. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120:974–6.

9. Risk of venous thromboembolism among users of drospirenone-containing oral contraceptive pills. Committee Opinion No. 540. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120:1239–42.

10. Over-the-counter access to oral contraceptives. Committee Opinion No. 544. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120;1527-31.

11. Postmenopausal estrogen therapy: route of administration and risk of venous thromboembolism. Committee Opinion No. 556. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:887–90.

12. Management of acute abnormal uterine bleeding in nonpregnant reproductive-aged women. Committee Opinion No. 557. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:891–6.

13. Integrating immunizations into practice. Committee Opinion No. 558. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:897–903.

**Developed during tenure as Committee Chair:**

1. Female age-related fertility decline. Committee Opinion No. 589. American College of Obstetricians and Gynecologists. Obstet Gynecol 2014;123:719–21.

2. Hormone therapy and heart disease. Committee Opinion No. 565. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:1407–10.

3. Professional liability and gynecology-only practice. Committee Opinion No. 567. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;122:186.

4. Solutions for surgical preparation of the vagina. Committee Opinion No. 571. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;122:718–20.

5. Understanding and using the U.S. Selected Practice Recommendations for Contraceptive Use, 2013. Committee Opinion No. 577. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;122:1132–3.

6. Von Willebrand disease in women. Committee Opinion No. 580. American College of Obstetricians and Gynecologists. Obstet Gyne-col 2013;122:1368–73.

7. Addressing health risks of noncoital sexual activity. Committee Opinion No. 582. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;122:1378–83.

**Editorials and Letters**

1. Clarke-Pearson DL, Geller EJ. Complications of Hysterectomy. Obstet Gynecol 2013;  121:1-21.

2. Clarke-Pearson DL. Thromboprophylaxis in Gynecologic Surgery: Why are we Stuck in 1975? Obstet Gynecol 2011; 118: 973.

3. Martino M, Rajaram L, Maxwell GL, **Clarke-Pearson DL.** Combination Prophylaxis for Thromboembolism Prevention among Gynecologic Oncology Patients Perioperatively. (Letter) Gynecol Oncol 2008; 109: 426-27.

4. **Clarke-Pearson DL**: Prevention of venous thrombosis following gynecologic Surgery. J Gynecol Tech 1(1):11-17, 1995.

5. **Clarke-Pearson DL**: Crafting the operative note: techniques critical to success (editorial). J Gynecol Tech 1(3):119-120, 1995.

6. **Clarke-Pearson, DL**: Reassessment of ovarian cancer: What are our goals? Gynecol Oncol 52:151-153, 1994.

7. Soper JT, **Clarke-Pearson DL**, Berchuck A: The clinical significance of blood transfusion at the time of radical hysterectomy. (Letter). Obstet Gynecol  77:165, 1991.

8. **Clarke-Pearson DL**: The importance of calf vein thrombosis. N Eng J Med 302:752, 1980.

**Published Abstracts**

1. Barber EL, **Clarke-Pearson DL**. Risk of venous thromboembolism in minimally invasive versus open hysterectomy for endometrial cancer. SGO Annual Meeting 2016.

2. Barber EL, Gehrig PA, **Clarke-Pearson DL**.  A risk assessment score for postoperative VTE

25

among patients undergoing minimally invasive surgery for gynecologic cancer. SGO Annual Meeting 2016.

3. Barber EL, **Clarke-Pearson DL**. Validity of currently available venous thromboembolism risk scores among gynecologic oncology patients.

4. Look K, Brunetto VL, **Clarke-Pearson DL**, Averette H, Major FJ, Alvarez RD, Homesley HD, Zaino R: An analysis of cell type in patients with surgically stages stage IB carcinoma of the cervix: A Gynecologic Oncology Group (GOG) Study. Abstract. Gynecol Oncol 60:117, 1996.

5. Omura GA, Blessing J, Vaccarello L, Berman M, Mutch D, **Clarke-Pearson DL**, Anderson B: A randomized trial of Cisplatin versus Cisplatin + Mitolactol versus Cisplatin + Ifosfamide in advanced squamous carcinoma of the cervix by the Gynecologic Oncology Group (GOG). Abstract. Gynecol Oncol 60:120, 1996.

6. Omura GA, Blessing J, Vaccarello L, Berman M, Mutch D, **Clarke-Pearson DL**, Anderson B: A randomized trial of Cisplatin versus Cisplatin + Mitolactol versus Cisplatin + Ifosfamide in advanced squamous carcinoma of the cervix by the Gynecologic Oncology Group (GOG). Abstract.   ASCO, 1995.

7. Alberts DS, Liu PY, Hannigan EV, O'Toole R, Williams SD, Vogel S, Franklin FW, **Clarke-Pearson DL**, Malviya VK, Dubeshter B, Hoskins W, Adelson M, Alvarez RD, O=Sullivan J, Garcia DJ, Sparks D, Rothenberg ML: Phase III study of intraperitoneal (IP) Cisplatin CDDP)/Intravenous (IV) Cyclophosphamide (CPA) vs. IV CDDP/IV CPA in patients (Pts) with optimal disease stage III ovarian cancer: A SWOG-GOG Intergroup Study. Abstract. ASCO, 1995.

8. Stehman FB, Bundy BN, Ball H, **Clarke-Pearson DL**: Sites of failure and times to failure in carcinoma of the vulva treated conservatively: A Gynecologic Oncology Group Study. Abstract. AGOS 1995.

9. Omura GA, Blessing J, Vaccarello L, Berman M, Mutch D, **Clarke-Pearson D**, Anderson B: A randomized trial of cisplatin versus cisplatin + mitolactol (CM) versus cisplatin + ifosfamide (CIFX) in advanced squamous carcinoma of the cervix (SCC) by the Gynecologic Oncology Group (GOG). Presented at the 1995 American Society of Clinical Oncology Annual Meeting.

10. **Clarke-Pearson DL**, Berchuck A, Kohler M, Rodriguez GC: Retroperitoneal drains/morbidity of nodes.  Society of Gynecologic Oncologists, 1993.

11. Hoskins WJ, McGuire WP, Brady MS, Copeland L, Homesley HD, **Clarke-Pearson DL**: Serum CA-125 for prediction of progression in advanced epithelial ovarian carcinoma (AOC). The Gynecologic Oncology Group (GOG). Proc ASOC (Abstract #707) 11:223, March 1992.

12. McGuire WP, Hoskins WJ, Brady MF, Homesley HD, **Clarke-Pearson DL**: A Phase III trial of dose intensive (DI) cisplatin (CDDP) and Cytoxan (CTX) in advanced ovarian cancer (AOC). Proc ASCO, March 1992.

13. Hoskins WJ, McGuire WP, Brady MS, Homesley HD, **Clarke-Pearson DL**: Serum CA-125 for prediction in advanced epithelial ovarian cancer (AOC). The Gynecologic Oncology Group (GOG). Third Meeting of the International Gynecologic Cancer Society, September 22-26, 1991, Cairns, Australia.

14. McGuire WP, Hoskins WJ, Brady MS, Homesley HD, **Clarke-Pearson DL**: A Phase II trial of dose intense (DI) versus standard dose (SD) Cisplatin (CDDP) and Cytoxan (CTX) in advanced ovarian cancer (AOC). The Gynecologic Oncology Group (GOG). Third Meeting of the International Gynecologic Cancer Society, September 22-26, 1991, Cairns, Australia.

26

15. Shpall E, **Clarke-Pearson DL**, Soper JT, Berchuck A, Jones R, Bast R, Lider Y, Vanacek K, Tyler T, Peters W: High dose alkylating agent chemotherapy with autologous bone marrow support in patients with Stage III/IV epithelial ovarian cancer. Society of Gynecologic Oncologists, 1990.

16. Soisson AP, Soper JT, Berchuck A, Creasman WT, **Clarke-Pearson DL**: The role of radiation therapy following radical hysterectomy for carcinoma of the cervix. Society of Gynecologic Oncologists, 1989.

17. Berchuck A, Soisson AP, Soper JT, **Clarke-Pearson DL**, McCarty KS Jr, Bast RC Jr:Cellular expression of CA-125 and metastatic potential of endometrial adenocarcinoma. Society of Gynecologic Oncologists, 1989.

18. Soisson AP, Berchuck A, Soper JT, **Clarke-Pearson DL**, Flowers J, Kinney R, McCarty KSJR, Bast RC Jr: TAG-72 expression in benign and malignant endometrium. American College of Obstetricians and Gynecologists, Armed Forces District Meeting,1988.

19. Christensen C, McCarty KS Jr, Flowers J, Soper JT, McCarty KS Sr, **Clarke-Pearson DL**: Progesterone receptor in ovarian carcinoma: Comparison of biochemical and immunohistochemical techniques. American College of Obstetricians and Gynecologists, Annual Clinical Meeting, 1988.

20. Genkins SM, Sotsman HD, Spritzer CE, Herfkens RJ, Carroll BA, Kadir S, **Clarke-Pearson DL**, Coleman RE: Diagnosis of deep venous thrombosis: Comparison of venography with four noninvasive techniques. The Radiological Society of North America, 1988.

21. Mutch DG, Soper JT, Babcock CJ, Christensen CW, **Clarke-Pearson DL**, Hammond CB: Recurrent gestational neoplasia: Experience of the Southeastern Trophoblastic Disease Center. Abstract, Gynecol Oncol 29:133, 1988.

22. Christensen C, McCarty KS Jr, Flowers J, Soper JT, McCarty KS Sr, **Clarke-Pearson DL**: Analysis of estrogen receptor in ovarian carcinoma using biochemical and monoclonal antibody assays. Presented at American College of Obstetricians and Gynecologists District IV Meeting. Atlanta, Georgia, October 1987.

23. **Clarke-Pearson DL**, Creasman WT: Prevention of postoperative deep venous thrombosis by two intense low-dose heparin regimens: A controlled trial. Abstract, Society of Pelvic Surgeons,1986.

24. **Clarke-Pearson DL**, DeLong ER, Synan IS, Coleman RE, Creasman WT: Variablesassociated with postoperative deep venous thrombosis. Abstract, Society of Gynecologic Investigation, p. 119, 1986.

25. Siegel RS, Kessler CM, **Clarke-Pearson DL**, Barth S, Fortune W, Reba R, Coleman RE: Application of Indium-111-labeled donor platelets to detection of deep venous thrombosis. Clin Res 32:323A, 1984.

26. Creasman WT, Henderson D, **Clarke-Pearson DL**: Use of estrogens after treatmentfor adenocarcinoma of the endometrium.  Gynecol Oncol 17:2, p. 255,1984.

27. Siegel RS, **Clarke-Pearson DL**, Barth S, Fortune W, Lewis RJ, Reba R, Coleman RE: Application of Indium-111-labeled donor platelets to detection of deep venous thrombosis and monitoring clot resolution on streptokinase therapy.  Blood, Suppl 62:310,1983.

28. Siegel RS, **Clarke-Pearson DL**, Coleman RE: Indium-111-labeled platelets in the detection of deep venous thrombosis and pulmonary embolism. Blood 50:223, 1982.

29. Postoperative thromboembolism prophylaxis in gynecologic oncology: A prospective, controlled trial of low-dose heparin and external pneumatic calf compression. Gynecol Oncol, 1982.

**Un-refereed Publications**

1. **Clarke-Pearson DL.** Preventon and Management of Venous Thromboembolism (15 minute Video) for the Globathon to End Women's Cancer. September 2014.

2. **Clarke-Pearson DL, Brincat C, Tang J.** Prevention and Management of Venous Thromboembolism in Gynecologic Surgery. ACOG Update. Vol 37, No 2.  August, 2011.

3. **Clarke-Pearson DL**. Preventing Venous Thromboembolism: Evidence-based Perioperative tactics.  OBG Management.  2006,  18:56-66.

4. **Clarke-Pearson DL**: Prevention of venous thrombosis following gynecologic surgery in menopausal patients. Menopausal Medicine Vol 4 (4):6-9, 1996.

5. Rodriguez GC, **Clarke-Pearson DL**: What is the appropriate preoperative and prenatal screen for hemostatic disorders? Obstet Gynecol Forum, November 1991.

6. **Clarke-Pearson DL,** Hume RF: Venous thromboembolic disease in obstetrics and gynecology: Prevention, diagnosis and treatment. Curr Problems in Obstet Gynecol, 1989.

7. Hunter VJ, Christensen C, **Clarke-Pearson DL**: Evaluation and management of the abnormal Papanicolaou smear. North Carolina Family Physician, 1989.

8. **Clarke-Pearson DL**, Krumholz AB: When the pap smear is equivocal. Patient Care 23:43-47, 1989.

9. **Clarke-Pearson D**, DiSaia P, Mastroianni L, Richart R, Weingold AB: Advances in managing endometrial carcinoma.  Patient Care 22:102-116, 1988.

10. Creasman WT, Smith EB, **Clarke-Pearson DL**: Current concepts of gestational trophoblastic disease.  Female Patient, 1984.

11. Creasman WT, **Clarke-Pearson DL**: Abnormal cervical cytology: Spotting it, treating it. Contemporary Obstet Gynecol 21:53-76, 1983.

12. Hammond CB, **Clarke-Pearson DL**, Soper JT: Management of patients with gestational trophoblastic neoplasia: Experience of the Southeastern Regional Center. In: The Proceedings of the World Congress on Gestational Trophoblastic Neoplasia, Nigeria, 1982.

13. **Clarke-Pearson DL**: Application of impedance phlebography in obstetrics. Symposium on Noninvasive Diagnostic Techniques in Vascular Disease. San Diego, California, 1979.

14. **Clarke-Pearson DL**: The O.S.R. as an influence to health education. The Scalpel, Journal of Alpha Delta Alpha Medical Honor Society, 1975.

**Teaching Record**

**2018**

Visiting Professor,  University of West Virginia, Morganton, WVa

       Antonio Palladino Lectureship

**2016**     Plenary Session, Society of Pelvic Surgeons, St Louis, Mo.  "Venous Thromboembolismin

Minimally Invasive Compared with Open Hysterectomy for Endometrial Cancer"

Key Note Speaker.  ACOG Armed Forces District Meeting, Orlando, FL

Visiting Professor and Research Day Judge, Cleveland Clinic Department of Obstetrics and Gynecology and Women's Research Institute, Cleveland, Ohio

Visiting Professor, Department of Obstetrics and Gynecology, Carilion Roanoke Memorial Hospital, Roanoke, Va.

2015    Visiting Professor
        University of Michigan

2014    Visiting Professor
        Massachusetts General Hospital, ObGyn Department Grand Rounds
                Boston, MA
        Invited speaker: ACOG District II Annual Meeting, New York City
                "Uterine Morcellation:  A Decision Analysis"

2013    Visiting Professor and Resident Research Day Judge
        Department of Obstetrics and Gynecology, University of Nebraska
                Omaha, NE
        Visiting Professor, Emory University Department of Obstetrics and Gynecology
                Atlanta, GA

        Key Note Speaker: Inaugural Ireland Ovarian Cancer Forum
                "Surgery for Ovarian Cancer"
                Dublin, Ireland
        Panel Moderator, American College of Surgeons Annual Clinical Congress
                "General Surgery in the Pregnant Patient"
                Washington, DC

2012    Clifford Wheeless Lecture, Johns Hopkins University, Department of Obstetrics and Gynecology, Baltimore, MD

        Panel Moderator, American College of Surgeons Annual Clinical Congress
                "Multidiciplinary approach to Vaginal Fistula"
                Chicago, IL

        Resident Research Day Judge and Visiting Professor
        Department of Obstetrics and Gynecology, Greenville Hospital System, Greenville, SC

        Visiting Professor: University Teaching Hospital, Department of Obstetrics and Gynecology, Lusaka, Zambia
                Cervical Cancer management
                Current Treatment of Vulvar Carcinoma
        Visiting Professor: Center for Infectious Disease Research in Zambia (CIDRZ), Lusaka, Zambia
                Human Papilloma Vaccine for the Prevention of Cervical Cancer

        Visiting Professor:  Inova Fairfax Hospital Women's Center,  Fairfax VA

        Visiting Professor: Emory University School of Medicine, Department of Obstetrics and Gynecology.  Atlanta, GA

2011    Sloane Symposium:  Current Issues and Controversies in Obstetrics and Gynecology
        Columbia University, College of Physicians and Surgeons, Department of Obstetrics and

30

Gynecology
        Vandewiele Lecturer: "Prevention of Venous Thromboembolism in Gynecologic Surgery"
Guest Lecturer and Judge: Resident Research Day, Columbia University
    "What to say in your Operative Note"

University of Kentucky: Residents' Research Day Speaker

Virginia Commonwealth University School of Medicine
Department of Obstetrics and Gynecology Annual Ware-Dunn Symposium
Keynote speaker

**2010**    New England Obstetrical and Gynecological Society, Sturbridge, MA
Invited Speaker

ACOG Annual Clinical Meeting, San Francisco, CA
Luncheon Seminar Leader

George Washington University Medical Oncology Review Course
Washington, DC
Invited Faculty

MD Anderson Cancer Center Medical Oncology Review Course
Houston, TX
Invited Faculty

The Society of Gynecologic Oncology of Canada
Royal College of Physicians and Surgeons of Canada
Annual Meeting
Invited Lecturer:   Thromboprophylaxis in Minimially Invasive Surgery

Visiting Professor
University of South Florida, Tampa, FL
Resident Research Day

**2009**    ACOG District IV Meeting, Asheville, NC
"Prevention of Venous Thromboembolism"
"Stump the Professors: Panel"

American College of Surgeons' Annual Meeting, Chicago, IL
"Complicated Hysterectomy"

Visiting Professor:  Hartford Hospital, Hartford CT

Visiting Professor:  University of Connecticut, Farmington, CT

Visiting Professor: Memorial Sloan Kettering Cancer Center

Southern Obstetric and Gynecologic Seminar, Asheville, NC
"Prevention of VTE following Gynecologic Surgery"
"The Operative Note: What to say?"

Woman's Hospital 7th Annual Founders Commerative Lectureship, Woman's Hospital, Baton Rouge, LA

**2008**    Visiting Professor, Department of Obstetrics and Gynecology, Yale University

31

Course Director,  ACOG CME Course "Complex Pelvic Surgery", Phoenix, AZ

Invited Speaker: First Annual Gynecologic Cancer Symposium, Washington, DC April 18, 2008

Visiting Professor, University of Wisconsin Resident's Research Day, Ben M. Peckman Memorial Lecturer, Madison, WI

ACOG representative to Symposium on Surveillance for Venous Thrombosis, American Society of Hematology, Washington DC

**2007**   Visiting Professor, Department of Obstetrics and Gynecology, University of Miami

Faculty, University of Utah CME Course "Obstetrics and Gynecology: Update and Current Controversies"  Park City Utah

Visiting Professor, Department of Obstetrics and Gynecology St. Louis University, St. Louis MO

Invited Lecturer: Marvin Camel Memorial Lecture, Washington University, Department of Obstetrics and Gynecology, St Louis, MO

Presidential Panel Speaker: Society of Pelvic Surgeons Annual Meeting, Cleveland, OH "What Can We do to prevent Venous Thromboembolism?"

**2006**   Course Director: ACOG Annual Clinical Meeting: "Complex Gynecologic Surgery, Washington DC

Invited Speaker,  ACOG District IV Annual Meeting, Palm Beach, FL

**2005**   Course Director: ACOG Annual Clinical Meeting: "Complex Gynecologic Surgery, San Francisco

Course Director: ACOG Free-standing CME Course "Complex Gynecologic Surgery, Preventing Complications"  Dana Point, CA

**2004**   Society of Surgical Oncology: Symposium on Prevention of Venous Thromboembolism in the Surgical Oncology Patient

Postgraduate Course Faculty: ACOG Cancun, Mexico "Advanced Gynecologic Surgery"

American College of Obstetricians and Gynecologists, Annual Clinical Meeting, Philadelphia, PA Faculty, 120 Course:  Special Topics for the Advanced Gynecologic Surgeon Faculty, Luncheon Seminar: "Prevention of Postoperative Venous Thromboembolism" Speaker:  "Late-breaking News in Gynecologic Oncology"

Visiting Professor, University of Kansas School of Medicine, Truman Medical Center

Faculty: ACOG Indiana Section Meeting, Indianapolis "Surgery in the Obese Patient",  "Surgical Instruments"

**2003**   Faculty, The 3rd Annual Cancer Conference, Aultman Cancer Center, Canton Ohio "Prevention and Management of Perioperative Venous Thromboembolism in the Gynecologic Cancer Patient"

Visiting Professor, Department of Obstetrics and Gynecology, University of Massachusetts, Worcester, MA

30

**2002**    Visiting Professor
Bowman Gray School of Medicine

Residents' Day Research Judge
Winston Salem, NC

American College of Surgeons' Annual Clinical Congress
Panel Discussant: "Surgical Problems: Unexpected adenxal mass, tuboovarian abscess"
Video Presentation: "Intraoperative Radiation Therapy for the treatment of Recurrent Cervical Carcinoma"
Discussant: Video Presentation "Laparoscopic Infrarenal paraarotic lymphadenectomy"

**2001**    ACOG Annual Meeting
Postgraduate Seminar
Gynecologic Surgery in the Elderly

Visiting Professor
University of West Virginia, Faculty, Cancer Center Annual Symposium
"Chemosensitization and Radiation Therapy in the treatment of locally advanced cervical carcinoma."

**2000**    Keynote Speaker
Knoxville Obstetrical and Gynecological Society

ACOG Annual Meeting (Course Director)
Postgraduate Course
Gynecologic Surgery for the Advanced Pelvic Surgeon

Visiting Professor
East Carolina University School of Medicine

Visiting Professor
Pennsylvania State University School of Medicine (Hershey)

George Washington University
Medical Oncology Board Review Course (Faculty)

**1999**    ACOG Annual Meeting (Course Director)
Postgraduate Course
Gynecologic Surgery for the Advanced Pelvic Surgeon

George Washington University School of Medicine
Medical Oncology Board Review Course (Faculty)

Visiting Professor
University of Virginia Health Sciences Center

ACOG Annual Meeting (Course Director)
Postgraduate Course
Gynecologic Surgery for the Advanced Pelvic Surgeon

**1998**    ACOG Annual Meeting (Course Director)
Postgraduate Course
Gynecologic Surgery for the Advanced Pelvic Surgeon

31

George Washington University School of Medicine
Medical Oncology Board Review Course (Faculty)

Visiting Professor
Temple University School of Medicine

Keynote Speaker
Maryland Obstetrical and Gynecological Society

Visiting Professor
University of Louisville
"Prevention of Postoperative Venous Thromboembolism"
"Management of Patients with Thrombophilias"

**1997**   Visiting Professor
University of Utah, Salt Lake City

ACOG Annual Meeting (Course Director)
Postgraduate Course
Advanced Surgery for the Gynecologist

Visiting Professor
Cleveland Clinic Foundation
Department of Obstetrics and Gynecology
Cleveland, Ohio

George Washington University School of Medicine
Medical Oncology Board Review Course (Faculty)

Keynote Speaker
Chicago Gynecological Society

Visiting Professor
University of Louisville School of Medicine

Visiting Professor
Washington University School of Medicine

Visiting Professor
Johns Hopkins University School of Medicine

ACOG Annual Clinical Meeting
Faculty, 120 Course: Special Topics for the Advanced Gynecologic Surgeon
Faculty, Seminar:  "Gynecologic Surgery in the Elderly"
Faculty, Luncheon Seminar: "Prevention of Postoperative Venous Thromboembolism"

American College of Surgeons' Annual Clinical Congress
Panel Discussant: "Management of Gynecologic Problems Encountered by the General
Surgeon at the time of Surgery. "Surgical Management of Ovarian Cancer Discovered at the time
of Laparotomy"

**1996**   Visiting Professor
Dartmouth Medical School

Director ACOG Postgraduate Course
Annual Clinical Meeting

32

Special Problems for the Advanced Gynecologic Surgeon

Visiting Professor
University of Tennessee School of Medicine
Chattanooga, Tennessee

Visiting Professor
University of South Florida School of Medicine
Tampa, Florida

Visiting Professor
Washington University School of Medicine
St. Louis, Missouri

John L. McKelvey Lecturer
New Treatments for Ovarian Cancer
University of Minnesota
Minneapolis, Minnesota

Faculty - Taubman Ovarian Cancer Symposium
St. Joseph's Hospital
Tulsa, Oklahoma

ACOG Postgraduate Course (Course Director)
San Juan, Puerto Rico
Advanced Pelvic Surgery

**1994**   ACOG Clinical Meeting CME Course
Orlando, FL
"Gynecologic Cancer"

Guest Speaker
Seattle Gynecological Society Assembly

**1993**   Visiting Professor - Department of OB/GYN
University of Massachusetts
Worcester, Massachusetts

ACOG Clinical Meeting - CME Course
Washington, DC
"Gynecologic Surgery"

PostGraduate Course in Obstetrics and Gynecology
Kaiser-Permanente  - Maui, Hawaii
"Screening for Ovarian Cancer"
"Management of CIN with LEEP"
"Difficult Vaginal Hysterectomy"
"Incisions and Wound Closures"

Duke/US Surgical Course
"Laparoscopic Assisted Difficult Hysterectomy"

Visiting Professor - Mt. Sinai Hospital
Baltimore, MD
"Prevention of Thromboembolism"
"Management of Ovarian Cancer"

33

**1992**   Visiting Professor - Department of OB/GYN
University of Massachusetts
Worcester, Massachusetts

**1991**   Visiting Professor
George Washington University School of Medicine

Course Director - ACOG Course (120 series)
Annual Clinical Meeting
New Orleans, Louisiana
"Gynecologic Oncology for the Practicing Gynecologist"

Course Director - ACOG Course
Vancouver, British Columbia, Canada
"Gynecologic Surgery"

Visiting Professor
Florida Hospital Cancer Center
Orlando, Florida

Paper Presentation
Poster Presentation
Society of Gynecologic Oncologists
Orlando, Florida

Visiting Professor
Ohio State University School of Medicine
Columbus, Ohio

Medical Oncology Board Review Course
George Washington University
Washington, DC
"Cervical, Vulvar and Vaginal Cancer"
"Gestational Trophoblastic Disease"

**1990**   Society of Gynecologic Oncologists
Breakfast Seminar
"Diagnosis and Prevention of Postoperative Venous Thrombosis"

Course Director - ACOG Course (120 Series)
Annual Clinical Meeting
San Francisco, California
"Update in Clinical Gynecologic Oncology"

Seminar, ACOG Clinical Meeting
"Prevention of Postoperative Venous Thrombosis"

**1989**   Tumor Conference, Moore Regional Hospital
Pinehurst, North Carolina

Course Director - ACOG Course (120 Series) Annual Clinical Meeting, Atlanta, Georgia
"Update in Clinical Gynecologic Oncology"

Seminar, ACOG Clinical Meeting
"Management of Early Ovarian Cancer"

Luncheon Conference, ACOG Annual Meeting
"Reproductive Outcome Following Cancer Treatment"

Medical Oncology Board Review Course, George Washington University, Washington, DC
"Cervical Cancer"

**1988**   Matt Weiss Symposium
St. Louis, Missouri

ACOG Annual Clinical Meeting
Poster Session Presentation
Review of Clinical Research Paper
Review of Surgical Film
Clinical Seminar Presentation

ACOG Course
Juneau, Alaska
"Gynecologic Surgery"

**1987**   Update in Obstetrics and Gynecology
Williamsburg, Virginia

North Carolina Obstetrical and Gynecological
Society Meeting, Southern Pines, North Carolina

Visiting Professor, University of Minnesota School of Medicine, Minneapolis, Minnesota

ACOG Annual Clinical Meeting
Clinical Paper Presentation
Clinical Seminar Presentation

Southern Obstetrics and Gynecology Seminar
Asheville, North Carolina

Satellite Teleconference
Chicago, Illinois
"Selected aspects of the care of the menopausal woman"

Chicago Medical Schools' Review Course
Chicago, Illinois
"Endometrial Carcinoma"

Smokey Mountain Obstetric and Gynecologic Seminar, East Tennessee State University
Johnson City, Tennessee

## Grants

| Active Grants: | | | | | |
|---|---|---|---|---|---|
| None at this time | | | | | |
| | | | | | |
| **Completed Grants:** | | | | | |
| | | | | | |
| | | | | | |

| Project Period | Agency | Title | Amount | Role | % of Effort |
|---|---|---|---|---|---|
| 9/27/05-3/10/10 | NIH/NICHD | Women's Reproductive Health Research (WRHR) Career Development Center at UNC - HDD050113-02 | $370,367 Annual Direct Costs | Principal Investigator | |
| 3/1/00-3/31/02 | Pharmacia Upjohn Pharmaceuticals | Randomized Comparison of Low Molecular Weight Heparin vs. Oral Anticoagulant Therapy for Long Term Anticoagulation in cancer patients – 98-Frag-069 | $ 73,000 | Principal Investigator | |
| 1/1/99-6/15/00 | Zeneca Pharmaceuticals, Inc | Phase II/III Trial of IV ZD9331 in patients with recurrent refractory ovarian cancer | $ 18,320 | Principal Investigator | |
| 6/1/98-6/1/00 | Pharmacia Upjohn Pharmaceuticals | Prospective Randomized Trial Comparing Pneumatic Compression stockings To Low Molecular Weight Heparin (dalteparin) in the prevention of postoperativevenous Thrombosis | $ 100,760 | Principal Investigator | |
| 06/01/95 - 05/31/2000 | National Cancer Institute | Hyperthermia and Perfusion Effects in Cancer Therapy | $10,930,969 | Investigator | 2% |
| 03/15/98-03/14/00 | Novartis Pharmaceuticals | PSC 833 with taxol and carboplatin vs. carboplatin alone in patients with stage III ovarian cancer | $ 102,240 | Principal Investigator | |
| 8/1/97-7/31/99 | NIH | Hyperthermia and Perfusion Effects in Cancer Therapy | $ 1,832,501 | Co-Investigator | |
| 5/28/97-12/31/98 | Smithkline Beecham Pharmaceuticals | Oral Topotecan Single Agent for 5 days in patients with ovarian cancer | $ 81, 600 | Principal Investigator | |
| 01/01/93-12/31/98 | National Cancer Institute | Comprehensive Cancer Center Core Support Grant | $ 4,442,597 | Program Director | 10% |
| 06/01/94 - | National Cancer | Autologous Bone | $641,613 | Investigator | 10% |

36

| | | | | | |
|---|---|---|---|---|---|
| 03/31/97 | Institute | Marrow Transplantation in Breast and Ovarian Cancer: Project IB | | | |
| 03/15/96-05/30/96 | Ethicon, Inc | An Open, Controlled, Rand, Multicenter, Evaluation of Dyed Monocryl (Poliglecaprone 25) Synthetic Absorbable Suture as Compared to Surgical Gut (Chromic) Absorbable Suture | $ 4,000 | Principal Investigator | |
| 1987-1996 | American Cancer Society | Clinical Oncology Fellowship | $ 20,000 (Direct) | Principal Investigator | 5% |
| 10/01/92-09/30/94 | Centocor, Inc. | CA125 Post-Market Evaluation | $ 8,750 | Principal Investigator | 5% |
| 12/15/93-09/21/94 | Smith-Kline Beecham Pharmaceutical | Phase III Topotecan versus Taxol in Women with Advanced Ovarian Carcinoma | $ 37,500 | Principal Investigator | 5% |
| 12/15/93-08/14/94 | Smith-Kline Beecham Pharmaceutical | II Topotecan, Given as Five Daily Doses Every 21 Days in Ovarian Cancer | $ 37,500 | Principal Investigator | 10% |
| 07/01/89 -03/31/94 | Gynecologic Oncology Group | Gynecologic Oncology Group, Duke University Medical Center | $ Contingent on number of patients | Co-Principal Investigator | 30% |
| 01/01/91 –09/01/93 | Organon, Inc. | ORG 2766 as a Neuroprotector from Cisplatin Chemotherapy for Ovarian Cancer | $97, 575 | Principal Investigator | 10% |
| 02/01/91 -01/31/92 | Organon, Inc. | Decapeptyl Treatment of Advanced Ovarian Cancer (Phase II Trial) | $100,098 | Principal Investigator | 10% |
| 11/01/90-10/31/91 | Cytogen, Inc. | 111In-CYT-103 Oncoprobe Evaluation of Ovarian Cancer | $ 124,000 | Principal Investigator | 10% |
| 07/01/86-06/30/91 | National Institutes of Health | Avoidable Mortality from Cancers in Black Populations | $ 4,647,291 | Co-Investigator | 10% |
| 06/01/87 -05/31/89 | Public Health Service | Improved Instrumentation for the Diagnosis of Venous Thrombosis | $162,804 (Direct) | Co-Principal Investigator | 10% |
| 05/01/88 - | National Cancer | Gynecologic | $97,073 | Co-Principal | 10% |

| 04/30/89 | Institute | Oncology Group, Duke University Medical Center | (Direct) | Investigator | |
| 01/01/88 - 12/30/88 | Centocor, Inc. | Evaluation of the Safety and Preliminary Diagnostic Accuracy of IV Administered Indium-111-labeled OC-125 Monoclonal Antibody in Patients with Carcinoma of the Ovary | $ 20,000 (Direct) | Co-Principal Investigator | 5% |
| 01/01/88 - 12/30/88 | Centocor, Inc. | Evaluation of the Safety and Preliminary Diagnostic Accuracy of IV Administered Indium-111-labeled OV-TL3 Monoclonal Antibody in Patients with Carcinoma of the Ovary | $ 40,000 (Direct) | Co-Principal Investigator | 5% |
| 05/01/85- 04/30/87 | National Cancer Insitute | Illinois Cancer Council - Gynecologic Oncology Group | $ 21,000 (Direct) | Co-Principal Investigator | 10% |
| 07/01/81- 06/30/84 | American Cancer Society | Junior Faculty Clinical Fellowship | $ 35,000 | Principal Investigator | 30% |
| 01/01/83- 12/31/83 | Trent Foundation | In-vitro chemotherapy sensitivity testing of ovarian carcinoma | $ 1,000 | Principal Investigator | 5% |

## PROFESSIONAL SERVICE

### To discipline:

#### A.  National/International

| | |
|---|---|
| **2018** | President, Council of University Chairs of ObGyn (CUCOG) |
| **2016** | President Elect:  Council of University Chairs of ObGyn (CUCOG) |
| 2016 | Vice President: Bayard Carter Society (Duke University ObGyn Alumni) |
| 2016 | Member, ACOG Grievance Committee |
| 2016 | Member, American College of Surgeons, Commission on Cancer |
| 2016 | American College of Obstetricians and Gynecologists) |
| 2016 | |
| **2015** | Secretary-Treasurer:  Council of University Chairs of ObGyn (CUCOG) |
| 2015 | American College of Surgeons Board of Governors. ACOG Representative (alternate) |

38

**2014**

| | |
|---|---|
| 2014 | Chair, External Site Visit Committee, Department of Obstetrics and Gynecology, Penn State University College of Medicine, Department of Obstetrics and Gynecology Member, CUCOG Executive Board |
| 2014 | |

**2011**

| | |
|---|---|
| 2011 | Member, American College of Surgeons Advisory Committee (ObGyn) |
| 2011 | Member, CUCOG Executive Committee |
| 2011 | Chair, ACOG Committee on Gynecologic Practice |
| | Chair, SGO Nominating Committee |

**2010-2013**

| | |
|---|---|
| 2010-2013 | Immediate Past President, SGO |
| 2010-2013 | Member, ACOG Executive Board (Representing the Society of Gynecologic Oncology) |
| 2011-2013 | Chair, Committee on Gynecologic Practice, ACOG |
| 2007 -2010 | Member, Education/Research Committee, Society of Pelvic Surgeons |
| 1988- 2005 | Board Examiner: Obstetrics and Gynecology , ABOG |
| 2010-2011 | Vice-Chair, Committee on Gynecologic Practice, ACOG |
| 2010 | President, Society of Gynecologic Oncologists |
| 2009-2010 | Editorial Board, Precis, Gynecology, ACOG |
| | Program Chair, Society of Pelvic Surgeons |

**2008**

| | |
|---|---|
| 2008-2010 | Committee on Gynecologic Practice, ACOG |
| 2008 | President Elect II, Society of Gynecologic Oncologists |
| 2008 | Chair, Membership Committee. Society of Pelvic Surgeons |
| 2007-2008 | Vice President, Society of Gynecologic Oncologists |

**2007**

| | |
|---|---|
| 2007 | Editorial Board:  Precis, Oncology, ACOG |
| 2007 | SGO Executive Council, Society of Gynecologic Oncologists |
| 2007 | Chair, Task Force to select Editor and Chief, *Gynecologic Oncology,* Society of Gynecologic Oncologists |
| 2007 | Co-Chair, Strategic Planning Committee, Society of Gynecologic Oncologists |
| 2007 | Member, By-laws Committee, Society of Gynecologic Oncologists |

**2005**

| | |
|---|---|
| 2005 | NC Breast and Cervical Cancer Control Program's (BCCCP) Medical Advisory Committee, North Carolina Department of Environment, Health, and Natural Resources |
| 2005 | Member, Clinical Cancer Committee, Moses Cone Health System |
| 2005 | Director, Gynecologic Oncology Program, Moses Cone Health System |
| 2005 | Member, Cancer Center Executive Committee, Moses Cone Health System |
| 1998-2005 | Member, Executive Committee Cancer Center Clinical Service Unit, Duke University |
| 1998-2005 | Co-Medical Director, Surgical Oncology Clinic, Duke University |
| 1992-2005 | Member, Operating Room Committee, Duke University |
| 1991-2005 | Principal Investigator, Duke University, Gynecologic Oncology Group |
| 1987-2005 | Director of Gynecologic Oncology Fellowship Program (Duke Univ), ABOG |
| 1987-2005 | Director, Gynecologic Oncology Program, Duke Comprehensive Cancer Center, Duke University |
| 1987-2005 | Member, Steering Committee Strategic Planning Task Force, Duke Comprehensive Cancer Center, Duke University |
| 1987-2005 | Member, Executive Committee, Duke Comprehensive Cancer Center, Duke University |

**2003**

| | |
|---|---|
| 2003 | Nominating Committee, Society of Gynecologic Oncologists |
| 2003 | President and Program Chairman,  Mid Atlantic Gynecologic Oncology Society |

39

**2002**
|      |      |
|------|------|
| 2002 | President-Elect, Mid Atlantic Gynecologic Oncology Society |
| 2002 | Member, Membership Committee, Society of Pelvic Surgeons |
| 2002 | Member, Oncology Strategic Planning Council, Duke University |

**2001**
|      |      |
|------|------|
| 2001 | Editorial Board:  Precis, Oncology, ACOG |
| 2001 | Board Examiner: Gynecologic Oncology, ABOG |

**2000**
|      |      |
|------|------|
| 2000 | Member, Nominating Committee (AGOS Foundation) |
| 2000 | Program Chairman (Annual Meeting), Mid Atlantic Gynecologic Oncology Society |
| 1994-2000 | Member, Education Committee, Society of Gynecologic Oncologists |

**1999**
|      |      |
|------|------|
| 1996-1999 | Member, Fellowship Committee, AGOS |

**1998**
|      |      |
|------|------|
| 1994-1998 | Council Member, Society of Gynecologic Oncologists |
| 1990-1998 | Ovarian Cancer Committee, Gynecologic Oncology Group |

**1997**
|      |      |
|------|------|
| 1993-1997 | Editorial Board Member, Duke Cancer Report, Duke University |
| 1993-1997 | Committee on Gynecologic Practice, ACOG |
| 1993-1997 | Chairman, Committee on Gynecologic Oncology Practice, ACOG |
| 1993-1997 | ACOG Liaison Representative to the Society of Gynecologic Oncologists |
| 1994-1997 | Member, Committee on Clinical Practice, Society of Gynecologic Oncologists |

**1995**
|      |      |
|------|------|
| 1994-1995 | Chairman, 1995 Program Committee, Society of Gynecologic Oncologists |

**1994**
|      |      |
|------|------|
| 1993-1994 | Ad hoc Council Member, Society of Gynecologic Oncologists |
| 1993-1994 | Ad hoc Committee on Clinical Practice Policy Development Society of Gynecologic Oncologists |
| 1994 | Society of Pelvic Surgeons |

**1993**
|      |      |
|------|------|
| 1991-1993 | Chairman, Gynecology Committee, North Carolina OB/GYN Society |
| 1991-1993 | Member, Professional Activities Committee, North Carolina OB/GYN Society |
| 1993 | Medical Director, Duke North Hospital, 5900 Unit, Duke University |
| 1993 | Fellow, American Gynecological and Obstetrical Society |
| 1993 | Member, Ad hoc Committee to Define Criteria for Tenure in Clinical Medicine , Duke University |
| 1993 | Department of Surgery Chairman Search Committee, Duke University |

**1992**
|      |      |
|------|------|
| 1990-1992 | Member, Task Force on Cervical Cancer, Chairman, Subcommittee on Impact of Appropriate Follow-up Care, North Carolina Department of Environment, Health, and Natural Resources |

**1991**
|      |      |
|------|------|
| 1987-1991 | Co-Principal Investigator, Duke University Grant, Gynecologic Oncology Group |
| 1987-1991 | Committee on Technical Bulletins, ACOG |
| 1991 | Board Examiner: Gynecologic Oncology, ABOG |
| 1991 | Member, Director of Surgical Pathology Search Committee, Duke University |

40

**1990**

| | |
|---|---|
| 1990 | Member, Department of Pathology Chairman Search Committee, Duke University |
| 1982-1990 | Gynecologic Management Committee, Gynecologic Oncology Group |

**1989**

| | |
|---|---|
| 1989 | Fellow, American College of Surgeons |

**1988**

| | |
|---|---|
| 1988 | Mid-Atlantic Gynecologic Oncology Society |
| 1988 | Southern Obstetrical and Gynecological Seminar |
| 1988 | International Gynecologic Cancer Society |
| 1988 | Mid-Atlantic Gynecologic Oncology Society |
| 1988 | Southern Obstetrical and Gynecological Seminar |

**1987**

| | |
|---|---|
| 1985-1987 | Chicago Medical Society |
| 1985-1987 | Illinois Cancer Council |
| 1985-1987 | Illinois State Medical Society |
| 1985-1987 | Chicago Association of Gynecologic Oncologists |
| 1987 | North Carolina Medical Society |
| 1987 | North Carolina Obstetrical and Gynecological Society |
| 1987 | American Society of Clinical Oncologists |

**1986**

| | |
|---|---|
| 1986 | Chicago Gynecological Society |

**1985**

| | |
|---|---|
| 1982-1985 | Co-Principal Investigator, Duke University Grant, Gynecologic Oncology Group |
| 1985 | Central Association of Obstetricians and Gynecologists |
| 1985 | Central Association of Obstetricians and Gynecologists |
| 1985 | American Medical Association |

**1982**

| | |
|---|---|
| 1982 | Gynecologic Oncology Group |
| 1982 | Society of Gynecologic Oncologists |
| 1982 | Fellow, American College of Obstetricians and Gynecologists |

**1979**

| | |
|---|---|
| 1979 | Piedmont Obstetrical and Gynecological Society |
| 1979 | Bayard Carter Society of Obstetricians and Gynecologists |
| 1979 | Junior Fellow Section Chairman, ACOG |

**1978**

| | |
|---|---|
| 1978 | Junior Fellow Section Co-Chairman, ACOG |

**1977**

| | |
|---|---|
| 1977 | Junior Fellow Section Program Chairman, ACOG |

**B.   Within UNC-Chapel Hill**

2018-2021  Member, School of Medicine Promotions and Tenure Committee
2013-present Member, UNC Hospitals Committee of Perioperative Leaders
2011-present  Member, Physicians and Associates Executive Committee
       Member, P&A Finance and Compensation Committee
       Member, P&A Committee on Payer Relations

41

2009-present  Member, Strategic Planning Committee: Hillsboro Hospital

2009-present  Member, Strategic Planning Committee UNC HCS
2008-present  Member, Dean's Advisory Committee on Part-Time Tenure Track Positions
2008-present  Member Geographic Strategic Planning Committee
2008-present  Member UNC Strategic Planning Committee: Outpatient Surgery
2008-present  Member UNC Strategic Planning Committee: Oncology
2007-present  Member, Sheps Center Advisory Board
2007-present  Member, Center for Women's Health Research Advisory Board
2007-present  Team Leader (Attending Physicians' Experience) UNC Hospital Commitment to Caring
2006-present  Medical Director, NC Women's Hospital Ambulatory Services
2005-present  Dean's Advisory Committee
2005-present  UNC Hospital Executive Committee
2005-present  Physician and Chief, North Carolina Women's Hospital
2005-present  Member, Physician and Associates Board
2005-present  Member, UNC Lineberger Cancer Center
2006, 2007  Chair, Data Safety Monitoring Board: An International Multi-Center Phase III Study of Chemoradiotherapy versus chemoratiotherapy plusvhyperthermia for locally advanced cervical

**Editorial Board Member**

1994-2004    Postgraduate Obstetrics and Gynecology
2003         Précis, Oncology, Second Edition
1995-2001    Associate Editor, Journal of Gynecologic Techniques
1994-2000    Gynecologic Oncology

**Journal Reviewer**

Obstetrics and Gynecology
New England Journal of Medcine
American Journal of Obstetrics and Gynecology
Journal of the American Medical Association (JAMA)
    Annals of Internal Medicine
    Pharmacotherapy
    Fertility and Sterility
    Gynecologic Oncology
    Cancer
    International Journal of Gynecology and Obstetrics
    Journal of Pelvic Surgery

# Exhibit B

"A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88. https://doi.org/10.1016/0007-0971(79)90054-8.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47. https://doi.org/10.1016/j.tiv.2010.03.002.

American Cancer Society. "Key Statistics for Ovarian Cancer," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html.

———. "What Is Ovarian Cancer?," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/what-is-ovarian-cancer.html.

Anderson, Garnet L., Howard L. Judd, Andrew M. Kaunitz, David H. Barad, Shirley A. A. Beresford, Mary Pettinger, James Liu, S. Gene McNeeley, Ana Maria Lopez, and Women's Health Initiative Investigators. "Effects of Estrogen plus Progestin on Gynecologic Cancers and Associated Diagnostic Procedures: The Women's Health Initiative Randomized Trial." *JAMA* 290, no. 13 (October 1, 2003): 1739–48. https://doi.org/10.1001/jama.290.13.1739.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354, no. 1 (January 5, 2006): 34–43. https://doi.org/10.1056/NEJMoa052985.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" *Obstetrics & Gynecology* 120, no. 3 (September 2012): 612–18. https://doi.org/10.1097/AOG.0b013e318264f794.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620. https://doi.org/10.2105/AJPH.2018.304366.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015). https://doi.org/e0135739. doi:10.1371/journal. pone.0135739.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1. https://doi.org/10.1097/CEJ.0000000000000340.

———. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 27, no. 3 (2018): 248–57. https://doi.org/10.1097/CEJ.0000000000000340.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602. https://doi.org/10.1038/bjc.2011.572.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018. https://doi.org/10.1016/j.smim.2018.10.011.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378, no. 9809 (December 17, 2011): 2081–87. https://doi.org/10.1016/S0140-6736(11)61049-0.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953. https://patents.google.com/patent/US2626257A/en?q=medical&q=dusting+powder&oq=medical+dusting+powder.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17. https://doi.org/10.1289/ehp.1003283.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294, no. 8 (August 24, 2005): 914–23. https://doi.org/10.1001/jama.294.8.914.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal*, 2017. https://doi.org/10.1155/2017/1270608.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401. https://doi.org/10.1002/(SICI)1097-0142(19970615)79:12<2396::AID-CNCR15>3.0.CO;2-M.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124, no. 6 (May 2017): 872–78. https://doi.org/10.1111/1471-0528.14543.

Chen, Lee-May, and Jonathan S Berek. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum." *UpToDate*, 2018.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,%20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and%20risk%20factors&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. "The Forkhead Transcription Factor FOXM1

3

Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33, no. 2 (January 2013): 227–36. https://doi.org/10.1128/MCB.00881-12.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58. https://doi.org/10.1093/nar/gkv111.

Chittenden, B. G., G. Fullerton, A. Maheshwari, and S. Bhattacharya. "Polycystic Ovary Syndrome and the Risk of Gynaecological Cancer: A Systematic Review." *Reproductive Biomedicine Online* 19, no. 3 (September 2009): 398–405.

Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67. https://doi.org/10.1093/humupd/dmq030.

Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63. https://doi.org/10.1111/j.1600-0412.2011.01114.x.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14. https://doi.org/10.1016/S0140-6736(08)60167-1.

Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42. https://doi.org/10.1016/S0140-6736(14)61687-1.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26. https://doi.org/10.1097/AOG.0000000000002296.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285, no. 18 (April 30, 2010): 13349–56. https://doi.org/10.1074/jbc.M109.074286.

4

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 81, no. 3 (May 5, 1999): 351–56.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31. https://doi.org/10.1158/1055-9965.EPI-05-0035.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December 17, 2015. https://doi.org/10.1097/EDE.0000000000000434.

———. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501. https://doi.org/10.1097/01.AOG.0000262902.80861.a0.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76. https://doi.org/10.1002/1097-0142(19820715)50:2<372::AID-CNCR2820500235>3.0.CO;2-S.

Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96. https://doi.org/10.1038/nrclinonc.2015.105.

Curtis D. Klaassen, and John Doull. *Casarett and Doull's Toxicology : The Basic Science of Poisons*. 8th Edition. McGraw-Hill Education, 2013. https://www.ncbi.nlm.nih.gov/nlmcatalog/101586259.

Danforth, Kim N., Shelley S Tworoger, Jonathan L. Hecht, Bernard A. Rosner, Graham A. Colditz, and Susan E. Hankinson. "Breastfeeding and Risk of Ovarian Cancer in Two Prospective

Cohorts." *Cancer Causes & Control: CCC* 18, no. 5 (June 2007): 517–23. https://doi.org/10.1007/s10552-007-0130-2.

"Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., August 16, 2018.

"Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

"Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01," April 13, 2018.

Devaja, Omer. *Ovarian Cancer  From Pathogenesis to Treatment*. IntechOpen, 2018.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70. https://doi.org/10.1158/1055-9965.EPI-12-0229.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

D.R. Petterson. "JNJ 000251888," April 26, 1973.

Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81. https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

———. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015). https://doi.org/10.1186/s12982-015-0037-4.

"Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018. https://www.gpo.gov/fdsys/search/pagedetails.action?collectionCode=FR&browsePath=2016%2 F12%2F12-19%5C%2F%2FConsumer+Product+Safety+Commission&isCollapsed=true&leafLevelBrowse =true&packageId=FR-2016-12-19&isDocumentResults=true&ycord=173&isDocumentResults=true&ycord=173.

Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34. https://doi.org/10.1007/s12253-015-9913-z.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S. https://doi.org/10.1177/1091581815586797.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

Fletcher, Nicole, Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018. https://doi.org/10.1177/1933719118759999.

Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89. https://doi.org/10.1086/301749.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73. https://doi.org/10.1038/bjc.2013.514.

Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3. https://doi.org/10.2105/AJPH.2018.304390.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97. https://doi.org/10.1016/j.rmed.2008.07.021.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

Gloyne, S. R. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17 (1935): 5–10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27, no. 8 (March 10, 2009): 1250–56. https://doi.org/10.1200/JCO.2008.16.6959.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60. https://doi.org/10.1677/ERC-08-0104.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32. https://doi.org/10.1179/2049396714Y.0000000081.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250, no. 4988 (December 21, 1990): 1684–89.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

9

Hannenhalli, Sridhar, and Klaus H. Kaestner. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10, no. 4 (April 2009): 233–40. https://doi.org/10.1038/nrg2523.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

Harlow, B. L., and P. A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 254–60. https://doi.org/10.1006/rtph.1995.1039.

Harlow, B. L., and N. S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, no. 2 (August 1989): 390–94.

Harper, Amy K, and Ghassan Saed. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting," In Press 2019.

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?" *Leukemia Research* 37, no. 2 (February 2013): 214–20. https://doi.org/10.1016/j.leukres.2012.10.020.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122, no. 1 (July 2013): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39. https://doi.org/10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19. https://doi.org/10.2105/AJPH.2018.304337.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral

Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36. https://doi.org/10.1080/15287390903486568.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 8 (March 10, 2015): 937–43. https://doi.org/10.1200/JCO.2014.56.3106.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29. https://doi.org/10.1097/01.cej.0000236257.03394.4a.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC : Asbestos," 1977. https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-79/.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 58.  Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry," 1993.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 93 Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1–413.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans.  Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42.  Supplement 7," 1987. https://monographs.iarc.fr/wp-content/uploads/2018/06/Suppl7.pdf.

IARC, International Agency for Research on Cancer, and World Health Organization, eds. *Carbon Black, Titanium Dioxide, and Talc*. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France : Geneva: International Agency for Research on Cancer ; Distributed by WHO Press, 2010.

"IMERYS 013188," n.d.

"IMERYS 088907 Rio Tinto Minerals HSE&EA Science Advisory Meeting." September 17, 2007.

"IMERYS 284935," n.d.

"IMERYS137677-IMERYS137690," 2004.

"IMERYS209971," 1972.

"IMERYS210136," n.d.

"IMERYS241866," n.d.

"IMERYS248877," n.d.

"IMERYS255101," n.d.

"IMERYS255224," n.d.

"IMERYS255384," n.d.

"IMERYS255394," n.d.

"IMERYS255395," n.d.

"IMERYS279884," n.d.

"IMERYS279968," n.d.

"IMERYS281335," n.d.

"IMERYS281776," n.d.

"IMERYS324700," n.d.

"IMERYS-A_0011817," n.d.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006. http://www.ncbi.nlm.nih.gov/books/NBK20332/.

Isaacs, Claudine, and Beth N Peshkin. "Management of Patients at High Risk for Breast and Ovarian Cancer." *UpToDate*, 2018.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

J. Lightfoot, G.A. Kingston, and F.D. Pooley. "An Examination of Italian Mine Samples and Relevant Powders," 1972.

Jaiswal, M., N. F. LaRusso, L. J. Burgart, and G. J. Gores. "Inflammatory Cytokines Induce DNA Damage and Inhibit DNA Repair in Cholangiocarcinoma Cells by a Nitric Oxide-Dependent Mechanism." *Cancer Research* 60, no. 1 (January 1, 2000): 184–90.

"JANSSEN-000056 P-23 (Pltf_MISC_00000321) Ortho Diaphragm Information," n.d.

Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September 1997): 1073–84. https://doi.org/10.1289/ehp.97105s51073.

———. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73.

Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogenis*. New York: Plenum Press, 1991.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13. https://doi.org/10.1136/jmedgenet-2013-102015.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018). https://doi.org/10.1038/s41598-018-30261-8.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

"JNJ000000704 P-396," n.d.

"JNJ000011150," n.d.

"JNJ000016645," n.d.

"JNJ000019415," n.d.

"JNJ000025132," 1976.

"JNJ000025132," n.d.

"JNJ000026987," n.d.

"JNJ000046293," n.d.

"JNJ000245678," n.d.

"JNJ000245762," n.d.

"JNJ000251888," n.d.

"JNJ000260700," n.d.

"JNJ000261010," n.d.

"JNJ000265536," n.d.

"JNJ000279507," n.d.

"JNJ000348778," n.d.

"JNJ000404860," n.d.

"JNJ000460665," n.d.

"JNJ000526750," n.d.

John M. DeSesso. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Jordan, SJ, KL Cushing-Haugen, KG Wicklund, JA Doherty, and MA Rossing. "Breast Feeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control : CCC* 23, no. 6 (June 2012): 919–27. https://doi.org/10.1007/s10552-012-9963-4.

Jordan, Susan J., Victor Siskind, Adèle C Green, David C. Whiteman, and Penelope M. Webb. "Breastfeeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 21, no. 1 (January 2010): 109–16. https://doi.org/10.1007/s10552-009-9440-x.

Jordan, Susan J., David C. Whiteman, David M. Purdie, Adèle C. Green, and Penelope M. Webb. "Does Smoking Increase Risk of Ovarian Cancer? A Systematic Review." *Gynecologic Oncology* 103, no. 3 (December 2006): 1122–29. https://doi.org/10.1016/j.ygyno.2006.08.012.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, no. 6 (December 1992): 443–49. https://doi.org/10.1002/jat.2550120614.

Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75. https://doi.org/10.1158/1055-9965.EPI-09-1221.

Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13. https://doi.org/10.1166/jbn.2011.1227.

King, HM. "Talc: The Softest Mineral.," n.d. https://geology.com/minerals/talc.shtml.

King, Talmadge. "Asbestos-Related Pleuropulmonary Disease." Edited by Kevin Flaherty. *UpToDate*, 2018.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Klampfer, Lidija. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets* 11, no. 4 (May 2011): 451–64.

Knudson, A. G. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68, no. 4 (April 1971): 820–23.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurman, Robert J., and Ie-Ming Shih. "Molecular Pathogenesis and Extraovarian Origin of Epithelial Ovarian Cancer. Shifting the Paradigm." *Human Pathology* 42, no. 7 (July 2011): 918–31. https://doi.org/10.1016/j.humpath.2011.03.003.

———. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186, no. 4 (April 1, 2016): 733–47. https://doi.org/10.1016/j.ajpath.2015.11.011.

———. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility

Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

La Vecchia. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (2017): 55–62.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7. https://doi.org/10.1016/j.ygyno.2014.09.009.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005. https://doi.org/10.1200/JCO.2006.07.9970.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, no. 1 (January 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26, no. 32 (November 10, 2008): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15. https://doi.org/10.1038/sj.bjc.6603535.

Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." *The Lancet. Oncology* 12, no. 9 (September 2011): 900–904. https://doi.org/10.1016/S1470-2045(11)70165-6.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19. https://doi.org/10.1097/EDE.0b013e3182456ad3.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

"Longo - Feb 2018 MAS Report," 2018.

Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

Longo, William E., and Mark W. Rigler. "Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos," August 2, 2017.

Longo, William E., and Rigler, Mark W. "MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD," April 28, 2017.

———. "TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos," February 16, 2018.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Luan, Nan-Nan, Qi-Jun Wu, Ting-Ting Gong, Emily Vogtmann, Yong-Lai Wang, and Bei Lin. "Breastfeeding and Ovarian Cancer Risk: A Meta-Analysis of Epidemiologic Studies1234." *The American Journal of Clinical Nutrition* 98, no. 4 (October 2013): 1020–31. https://doi.org/10.3945/ajcn.113.062794.

Lundin, Eva, Laure Dossus, Tess Clendenen, Vittorio Krogh, Kjell Grankvist, Marianne Wulff, Sabina Sieri, et al. "C-Reactive Protein and Ovarian Cancer: A Prospective Study Nested in Three Cohorts (Sweden, USA, Italy)." *Cancer Causes & Control: CCC* 20, no. 7 (September 2009): 1151–59. https://doi.org/10.1007/s10552-009-9330-2.

Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94. https://doi.org/10.1111/aogs.12516.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung Adenocarcinoma and Malignant Mesothelioma Detected by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35. https://doi.org/10.1007/s00408-015-9814-7.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018. https://doi.org/10.1016/j.hoc.2018.07.002.

Mannino, David M. "Cigarette Smoking and Other Possible Risk Factors for Lung Cancer." *UpToDate*, 2018.

McCullough, Marie. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

———. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50. https://doi.org/10.1016/j.bbadis.2007.12.005.

McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52. https://doi.org/10.21037/jtd.2017.10.41.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76. https://doi.org/10.1002/ijc.23017.

Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64. https://doi.org/10.1002/ijc.20434.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17. https://doi.org/10.1093/annonc/mdq660.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41. https://doi.org/10.5487/TR.2011.27.3.137.

Moorman, Patricia G. "Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," February 2018.

Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606. https://doi.org/10.1093/aje/kwp176.

17

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control : CCC* 23, no. 11 (November 2012): 1839–52. https://doi.org/10.1007/s10552-012-0063-2.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018. https://seer.cancer.gov/statfacts/html/ovary.html.

"National Toxicology Program (NTP) Technical Report (NTP TR 421) on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F1 Mice." National Institutes of Health, 1993.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88. https://doi.org/10.1038/sj.onc.1205804.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67. https://doi.org/10.1093/jnci/91.17.1459.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

Ness, Roberta B., Daniel W. Cramer, Marc T. Goodman, Susanne Krûger Kjaer, Kathy Mallin, Berit Jul Mosgaard, David M. Purdie, Harvey A. Risch, Ronald Vergona, and Anna H. Wu. "Infertility, Fertility Drugs, and Ovarian Cancer: A Pooled Analysis of Case-Control Studies." *American Journal of Epidemiology* 155, no. 3 (February 1, 2002): 217–24.

Neutra, Raymond Richard, Carl F. Cranor, and David Gee. "The Use and Misuse of Bradford Hill in U.S. Tort Law." *Jurimetrics J.*, 2018, 127–62.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12, no. 4 (April 2015): 239–45. https://doi.org/10.1038/nrclinonc.2015.26.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

———. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSH 2011 Current Intelligence Bulletin No. 62," 2011.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6." Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber .Pdf," n.d.

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90. https://doi.org/10.1001/jamaoncol.2015.5495.

NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018. https://doi.org/10.1007/s10552-018-1082-4.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361, no. 9375 (June 21, 2003): 2099–2106.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

*Pathology of Asbestos-Associated Diseases*, 2011. http://www.springer.com/medicine/pathology/book/978-1-4419-1894-9.

"PCPC_MDL00062175," May 25, 1999.

Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94. https://doi.org/10.1016/S1470-2045(11)70404-1.

Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

Pelling, D., and J. G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 5 (May 1986): 425–30.

Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

"Pltf_MISC_00000272 (JANSSEN-000001-19)," 1962.

Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

Pott, R., and K. H. Friedrichs. "Tumors in Rats Following i.p. Injection of Fiberform Dusts." *Naturwissenschaften* 59 (n.d.): 318–24.

Prat, Jaime, and FIGO Committee on Gynecologic Oncology. "Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum." *Cancer* 121, no. 19 (October 1, 2015): 3452–54. https://doi.org/10.1002/cncr.29524.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702. https://doi.org/10.1002/humu.22025.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116, no. 1 (January 2010): 10–14. https://doi.org/10.1016/j.ygyno.2009.10.043.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1, no. 1 (2009): 29–43. https://doi.org/10.4255/mcpharmacol.09.05.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61. https://doi.org/10.1001/jama.2014.5985.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95. https://doi.org/10.1158/1055-9965.EPI-10-1302.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32. https://doi.org/10.20892/j.issn.2095-3941.2016.0084.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3. https://doi.org/10.1016/j.fertnstert.2014.03.041.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92. https://doi.org/10.1002/ijc.26337.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. "Tremolite and Mesothelioma." *Annals of Occupational Hygiene* 46, no. 5 (July 1, 2002): 447–53. https://doi.org/10.1093/annhyg/mef056.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84. https://doi.org/10.1080/15287397609529432.

Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. 1st ed. Accessed August 21, 2018. https://www.wiley.com/en-us/Cancer+Prevention+and+Screening%3A+Concepts%2C+Principles+and+Controversies-p-9781118990872.

Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42. https://doi.org/10.1007/s10552-011-9746-3.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

Schenken, Robert S. "Endometriosis: Pathogenesis, Clinical Features, and Diagnosis." *UpToDate*, 2018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

"SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site," April 2018. https://Seer.cancer.gov/csr/1975_2015/.

Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141, no. 2 (2016): 195–98. https://doi.org/10.1016/j.ygyno.2015.10.022.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95. https://doi.org/10.1093/humrep/deh156.

Soini, Tuuli, Ritva Hurskainen, Seija Grénman, Johanna Mäenpää, Jorma Paavonen, and Eero Pukkala. "Cancer Risk in Women Using the Levonorgestrel-Releasing Intrauterine System in Finland." *Obstetrics and Gynecology* 124, no. 2 Pt 1 (August 2014): 292–99. https://doi.org/10.1097/AOG.0000000000000356.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018. https://doi.org/10.1002/path.5145.

Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

Starman, Daniel H., Leslie A. Litzky, and Larry R. Kaiser. "Epidemiology of Malignant Pleural Mesothelioma." *UpToDate*, 2018.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018. https://doi.org/10.1016/j.toxlet.2018.08.011.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49. https://doi.org/10.1016/j.toxlet.2014.03.005.

Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64. https://doi.org/10.1016/j.ygyno.2012.10.023.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16. https://doi.org/10.1016/j.canep.2018.05.011.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

"Talc." *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans* 42 (1987): 185–224.

Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 13 (May 1, 2015): 1460–66. https://doi.org/10.1200/JCO.2014.55.9898.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7, no. 2 (February 1998): 195–202.

Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952. https://patents.google.com/patent/US2621333/en.

Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96. https://doi.org/10.3322/caac.21456.

Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70. https://doi.org/10.1158/1055-9965.EPI-16-0476.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian

24

Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304. https://doi.org/10.1016/j.ygyno.2014.08.025.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National Cancer Institute*, May 31, 2018. https://doi.org/10.1093/jnci/djy100.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019). https://doi.org/10.1093/jnci/djy100.

Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42. https://doi.org/10.1038/bjc.2011.371.

Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84. https://doi.org/10.1007/s10552-011-9782-z.

Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901. https://doi.org/10.1093/aje/kwm157.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." - 600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67. https://doi.org/10.1186/1477-7827-1-67.

VanOrden, D. "Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations 'Talc (Containing Asbestiform Fibers)'. 4 December 2000., National Toxicology Program.," November 22, 2000.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-

Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96, no. 22 (November 17, 2004): 1682–91. https://doi.org/10.1093/jnci/djh323.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59. https://doi.org/10.1016/j.ygyno.2010.03.009.

Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017). https://doi.org/DOI 10.1186/s12982-017-0061-7.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138. https://doi.org/10.3390/ijerph13111138.

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14, no. 10 (October 2013): 703–18. https://doi.org/10.1038/nrg3539.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April 1986): 329–38.

Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" *Chest* 111, no. 5 (May 1997): 1414–16.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98. https://doi.org/10.1200/JCO.2016.66.8178.

26

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77. https://doi.org/10.1093/jnci/92.14.1172.

Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15. https://doi.org/10.5271/sjweh.3462.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 93, no. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, no. 7 (July 1, 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International*

*Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15. https://doi.org/10.1002/ijc.24091.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512 (2009): 15–28. https://doi.org/10.1007/978-1-60327-530-9_2.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December 15, 2006): 11565.

"You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20. https://doi.org/10.1196/annals.1389.032.

Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65. https://doi.org/10.1038/nature24060.

Exhibit C

**DANIEL CLARKE-PEARSON, MD PRIOR TESTIMONY**

Rappaport v. Raleigh Ob/Gyn Centre, P.A., et al., No. 14-CVS-1438.  Superior Court of North Carolina, Wake County.

# Exhibit 13

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |
| *THIS DOCUMENT RELATES TO ALL CASES* | |

**RULE 26 EXPERT REPORT OF**
**JUDITH WOLF, MD**

Date:   November 16, 2018

_____
Judith Wolf, MD

## I.     BIOGRAPHY AND QUALIFICATIONS

I am a board certified gynecologic oncologist, a physician specializing in the care of women with cancer with more than thirty years experience. I attended medical school at Northeast Ohio Universities College of Medicine and then moved to Texas where I completed residency at the University of Texas San Antonio and fellowship at MD Anderson Cancer Center where I remained on faculty for more than twenty years as Professor in the Department of Gynecologic Oncology. My area of expertise is ovarian cancer - diagnosis, research, treatment, and patient advocacy.

I have authored or co-authored over 100 peer-reviewed research articles and was the principal investigator or co-investigator for eleven research grants related to gynecologic cancers. Additionally, I have served as the principal investigator, co-principal investigator, or collaborator on 84 protocols, and have presented at more than 50 conferences, as well as at numerous scientific exhibitions and seminars. The majority of these have dealt with some aspect of ovarian cancer.

My research began when I was a fellow in gynecologic oncology. In addition to two years of clinical training, I spent two years working in the lab and getting my Masters degree in Biomedical Science from The University of Texas School of Biomedical Sciences in Houston. My research as a graduate student was in investigating targets for therapy in ovarian cancer. One of these led to a phase I Clinical trial for women with ovarian cancer using a targeted therapy. This trial was part of a larger NCI grant. After completing training, I maintained a research lab for over ten years, investigating gene therapy for the treatment of both ovarian and cervical cancer. My laboratory research in ovarian cancer led to a Clinical trial of gene therapy for women with ovarian cancer. Being able to see the long road it takes to bring new therapies from the lab to clinic fostered my continued interest in clinical trials, and led me to become involved in both investigator initiated and NCI cooperative group clinical trials - Phase II and III trials of new therapies for ovarian cancer.

Throughout my tenure as a Professor at MD Anderson Cancer Center, I was recruited to join the biomedical industry. It wasn't until in 2014, when Vermillion at Diagnostic Company recruited me as a Chief Medical Officer that I felt compelled to make a change in my career path. By this point in time, I had cared for hundreds of women with ovarian cancer, and saw the devastation this disease causes, with little improvement in the overall prognosis in more than twenty years. Working with a diagnostic company, focused on the early detection of ovarian cancer, seemed to me to be another way I could work to make a difference. While at Vermillion, I co-authored several publications, helped the company gain FDA clearance for their second generation multiprotein biomarker assay for ovarian cancer detection and was integral in the company obtaining a $7.5 million dollar grant from the State of Texas for ovarian cancer detection.

After two years at Vermillion, I was recruited by another small start-up diagnostic company, ProvistaDx, again in a Chief Medical Officer role. ProvistaDx was using similar multi-protein assays (like Vermillion) but combining them with antibodies to try to detect both breast and

1

ovarian cancer early. While at ProvistaDx, we published several articles in the breast cancer detection area and their first publication using this combined technology for ovarian cancer detection.

Working in these diagnostic companies exposed me to some of the intricacies of working in the biomedical industry and research from a view- from that as a public ally traded company (Vemillion) and a small private start-up (ProvistaDx). Additionally, I learned much about the regulation of the industry.

In mid-2018 I left my company position to have more time to focus on my volunteer and advocacy work for women's health- with a large focus on ovarian cancer.

In the mid 1990s, I became involved with raising awareness and educating women about ovarian cancer through my work with the National Ovarian Cancer Coalition. Initially, I was a medical board member and am currently a governing board member. Our mission is to raise awareness and educate women and their families about ovarian cancer. Additionally, I combined my love of running and passion for ovarian cancer to organize a charity 5K walk/run to raise awareness and research money for the Blanton/ Davis Ovarian Cancer Research Program at MD Anderson Cancer Center. This race has been going on now for more than twenty years and has raised more than $5 million dollars for ovarian cancer research.

In 2014, I became a member of the board of the Society for Women's Health Research which is a National nonprofit dedicated to promoting research on biological differences in disease and improving women's health. Additionally, I began working with Health Volunteers Overseas. I have volunteered in Vietnam, Honduras and Haiti working with physicians in these countries to train them to be better able to care for women with gynecologic cancers. Working with HVO, for the past year and a half, I am heading a project training young surgeons in Nepal to care for women with ovarian, cervical and uterine cancers. To continue my mission of improving women's health here in the US, I am working part time in Indianapolis, IN as a Gynecologic Oncologist.  My curriculum vitae is attached as Exhibit A.

## II.    METHODOLODGY

I was asked to make a determination as to whether the genital use of talcum powder can cause ovarian cancer. I approached this issue in a similar way and with the same rigor that I would use in my professional practice, both clinically and in research.  This is an exercise I have used regularly throughout my thirty plus year career.  I reviewed extensive medical and scientific literature (including epidemiological, animal, mechanistic studies, and reviews on all relevant topics).  I also researched publicly available information related to talcum powder products, their safety, and their association with ovarian cancer. Many of these sources were obtained through articles and references from my personal library of journals, textbooks, as well as PubMed searches on relevant topics. Additional relevant literature, documents, and testimony were provided by the attorneys working on this case.  I also requested additional information on various relevant issues when appropriate.

2

In doing this research, I applied the same standards that I use in clinical medicine to consider the reliability and validity of the medical and scientific literature, assessing the evidence according to the strengths and weaknesses of the study under review. I considered an extensive body of relevant literature, without regard to the nature of the specific findings. I based the opinions provided in this report using a weight of the evidence methodology in the context of Bradford Hill concepts.

## III.     OVERVIEW OF OVARIAN CANCER

Ovarian cancer is a group of malignancies that are believed to begin in ovarian or fallopian tube tissue. There are three groups of cancers based on the cell type from which they arise - germ cell, stromal, and epithelial cancers. Epithelial cancers (EOC) account for the vast majority of ovarian cancers (greater than 90%) and are further subdivided based on the microscopic characteristics of the cells. These subtypes include serous, endometrioid, clear cell, mucinous, undifferentiated or mixed. Of these, serous is by far the most common and accounts for 70% of EOC.  Epithelial ovarian cancers are those that are associated with talcum powder products.

Epithelial carcinoma of the ovary, fallopian tube, and peritoneum are usually considered as a single entity due to their common clinical behavior, risk factors, and pathogenesis.  Over the past decade, research has found that many serous carcinomas of the ovary may begin in the cells that line the distal portion of the fallopian tube. These cells then leak, drip, or "escape" from the tube and the ovary (which is next to the tube) or the peritoneum (the layer that lines the inside of the abdomen and pelvis). (Levanon 2008, Chen et al. 2017; Singh et al. 2016; Soong et al. 2018) Cancers that clinically appear to arise from the fallopian tube, ovary or peritoneum have the same microscopic appearance, pattern of spread (throughout the pelvis and abdomen), and response to treatment. This information is consistent with the role of talcum powder in cancer development.

Ovarian cancer is a relatively rare cancer.  The American Cancer Society estimates in 2018 22,240 new cases of ovarian cancer compared to 268,670 new cases of breast cancer.[1] There is no screening for ovarian cancer and symptoms are vague. This presentation leads to late diagnosis for more than 75% of patients.  Because of these factors and the often aggressive nature of the tumors, ovarian cancer is the most deadly gynecologic malignancy in the U.S. Seventy to seventy-five percent of women with advanced stage EOC die from their disease, usually from bowel obstruction, following years of chemotherapy treatment.[2] (Chen, L-M, et al 2018).

The National Cancer Institute defines a risk factor as something that increases the chances of developing a disease. Associations can occur that are not actually linked with a disease. A causative risk factor is one that increases the chances of developing a disease by means of a

---

[1] https://www.cancer.org/content/dam/cancer-org/research/cancer-facts-and-statistics/annual-cancer-facts-and-figures/2018/cancer-facts-and-figures-2018.pdf

[2] *Id.*

3

known or predictable mechanism. In other words, it is more than a mere association. (Vineis 2017).

The most significant risk factor associated with ovarian cancer are inherited susceptibility genes, primarily BRCA1, BRCA2, and the mismatch repair genes (associated with Lynch syndrome). A woman with BRCA1 gene mutation has a 39-46% lifetime risk of developing ovarian cancer; a woman with BRCA2 gene mutation has an 11-27% lifetime risk of developing ovarian cancer. (Ring et al. 2017).  It is estimated that these hereditary gene mutations account for 10-15% of all ovarian cancer and 75% of all hereditary ovarian cancers. (Lancaster et al. 2015). It is important to distinguish these inherited gene mutations from induced mutations caused by inflammation or environmental insults.

In addition to talc and asbestos exposure, other risk factors that have been linked to EOC include increasing age, nulliparity, infertility, endometriosis, obesity, polycystic ovarian syndrome, use of an intrauterine device, history of pelvic inflammatory disease, and cigarette smoking (for mucinous carcinoma. Protective factors (associated with a decreased risk of EOC) include previous pregnancy, history of breastfeeding, oral contraceptives, and tubal ligation. (Hunn and Rodriguez 2012; Mallen, Townsend, and Tworoger 2018; Park et al. 2018; Folkins et al. 2018). It is important to note that risk factors can interact with each other or act independently. They can act in a cumulative, additive, and/or synergistic fashion. (Wu et al. 2018; Vitonis et al. 2011).

Talcum powder dusting is often referred to as a "lifestyle factor". There are no medical benefits; any risk, particularly a risk of something as devastating and deadly as ovarian cancer, is unacceptable. (Folkins et al. 2018) Because of this, I advise all my patients not to use talcum powder products or to stop using them if they are already doing so.

Most women with EOC present with pelvic or abdominal pain, bloating, and/or gastrointestinal symptoms.   Diagnosis is based upon pathologic evaluation of tissue.  Knowledge and evaluation of the pathology of ovarian cancer is part of every gynecologic oncologist's training and experience.  Staging is surgical.  In a patient with advanced stage ovarian cancer (stage 3 and 4), the cancer is spread throughout the abdomen and pelvis with typically thousands of tumor nodules covering the surface of all internal organs, along with several liters of fluid containing cancer cells (ascites).

Treatment for ovarian cancer is a combination of surgery and chemotherapy.  Most women with advanced disease obtain 1-2 years of remission after treatment, and then their cancer recurs. Once ovarian cancer recurs, it is not curable and most patients spend the remainder of their life on chemotherapy in an attempt to extend their life spans and minimize their often severe symptoms.

## IV.    HISTORICAL BACKGROUND OF TALC

Johnson and Johnson's baby powder was introduced to consumers in 1894. (Gurowitz 2007).

4

In the late 1940s and early 1950s, there were numerous articles (including at least one from Johnson and Johnson's own lab) describing the inflammatory properties of talc when introduced into the peritoneal cavity experimentally or through surgical gloves and the relative safety of starch products in the same setting. (Eberl and George 1948; Graham and Jenkins 1952).  In 1953, Johnson and Johnson submitted a patent application for a "non-irritating" starch-based dusting powder due to the severe postoperative complications and strong inflammatory reaction frequently caused by talc. (Caldwell et al. 1953).  In 1967, the association between asbestos and ovarian cancer was reported (J. Graham and Graham 1967).

Henderson first identified talc particles deep in ovarian tissue in 1971. (Henderson et al. 1971).  Dr. Woodruff and colleagues at Johns Hopkins began raising awareness regarding environmental toxins like talc as etiologic factors in the pathogenesis of ovarian cancer in the early 1970s. (Parmley and Woodruff 1974).

In 1979, Longo and Young cautioned the cosmetic industry regarding the dangers of talc in The Lancet: "Epidemiological, experimental, and clinical data seem to link asbestos and talc with ovarian cancer. Direct passage of talc or asbestos-contaminated talc through the female reproductive tract to the ovarian surface may play an aetiological role. Further systematic evaluation of talc and asbestos as ovarian carcinogens is needed. . . . What is disturbing is that a consultant to the cosmetic industry feels that further research on the biological effects of talc 'merits little priority'". (D. L. Longo and Young 1979).  The first epidemiologic study on the association between talc and ovarian cancer was published in 1982. (Cramer et al. 1982).

Between 1992 and 1995, concerns were raised in the medical literature regarding risks, including ovarian cancer, of talc on condoms. (e.g., Kang, Griffin, and Ellis 1992; Kasper and Chandler 1995).  In 1995, the condom industry voluntarily agreed to stop dusting condoms with talc due to ovarian cancer concerns. ("PCPC_MDL00062175" 1999; McCullough 1996). Recommendations regarding the use of talcum powder on diaphragms were also discontinued in the late 1990s.  In 1998, Janssen, a subsidiary of Johnson & Johnson, changed the warning on its All-Flex Diaphragm to state "Powders should not be used with the diaphragm."[3]

## V.    EPIDEMIOLOGY

Since the early 1980's, there have been numerous epidemiological studies evaluating the risk of ovarian cancer with talcum powder usage.  To the present time, there are over 25 case-control studies, three prospective cohort studies, one pooled analysis, and seven meta-analyses. I assessed all of these studies.

A case-control study is designed to help determine if an exposure is associated with an outcome, in this case ovarian cancer. First, researchers identify women with and without ovarian cancer - cases and controls. Then they look back in time to learn which subjects in each group had talcum

---

[3] Janssen sold the Ortho diaphragms beginning in the 1960s. The 1962 instructions stated, "Dust diaphragm when dry with talcum powder and return it to the original container." (JANSSEN-000001-19) 1962).

5

powder exposure(s), comparing the frequency of the exposure in the case group to the control group.

A case-control study is always retrospective because it starts with an outcome then traces it back to investigate exposures.  Advantages of case-control studies are that they are comparatively efficient, less expensive, and easier to perform.  Potential weaknesses include selection bias, (because they are not randomized) and recall bias.  Case-control studies are particularly appropriate for uncommon diseases, like ovarian cancer, in which a very large cohort would be required to accumulate enough cases for analysis. (Narod 2016).

A cohort study follows a group of people with defined characteristics, such as talcum powder exposure, and who are followed to determine incidence of an outcome, in this case development of ovarian cancer.  Cohort studies can be retrospective or prospective.  They can calculate rates of disease in exposed and unexposed individuals for multiple outcomes over time.  Potential disadvantages of cohort studies include the requirement of large number of subjects for rare exposures and outcomes and long duration of follow up for certain conditions.[4]  These disadvantages apply to the study of talc and ovarian cancer. Narod estimated that, for a cohort study to be properly powered to accurately predict the risk associated with talc use and ovarian cancer, as many as 200,000 women may be necessary. (Narod 2016).

A meta-analysis combines the results from previous studies to derive conclusions from a larger set of data. Outcomes from a meta-analysis may include a more precise estimate of the effect of treatment or exposure (talcum powder) than any individual study contributing to the pooled analysis.[5]  A meta-analysis weights the strengths of the studies before combing the data, unlike a pooled study.  A meta-analysis can be especially useful to review a complex, sometimes conflicting body of literature.

A randomized control trial, in which participants are divided by chance into separate groups to compare different interventions, is considered the gold standard in some research situations. However, it would be unethical and impractical to conduct a prospective randomized control clinical trial to compare the outcomes of women who did and did not use genital talcum powder because of its known carcinogenic potential.

For this project, I reviewed all epidemiological studies related to talcum powder and ovarian cancer, but concentrated on the cohort studies, the meta-analyses, and more recent high-quality case-control studies. I critically analyzed factors such as study design, journal quality, number of subjects, length of follow-up, and potential biases.

**Case-Control Studies**

There are numerous case-control studies.  Overall, the case-control studies are consistent showing a 30-50% increase in risk of ovarian cancer with talcum powder use.  I found the most

---

[4] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2998589/
[5] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3049418/

recent ones to be the most useful, based on their size and quality of design.  Several are summarized below:

A study by Wu published in 2015, evaluated 1701 women with EOC in California.  The conclusion of this study found that talc significantly increased the risk of ovarian cancer – 40% in whites, 20% in Hispanics, and 56% (not statistically significant) in African Americans.  The number of African Americans with ovarian cancer was only 128 and may account for the non-significant increase. (Wu et al. 2015).

Cramer published a recent case-control study of nearly 4,000 women in Massachusetts and New Hampshire with ovarian cancer and found that genital use of talcum powder, either alone or in combination with body use, was associated with a statistically significant elevated epithelial ovarian cancer risk (OR 1.33).  Risk increased with frequency and duration of use.  Talcum powder use increased risk for serous and endometrioid tumors with the dose response most apparent for invasive serous cancer.  (Cramer et al. 2016).

A multi-center study sponsored by National Cancer Institute of epithelial ovarian cancer in African-American women, a group with a high prevalence of talcum powder use, determined that regular genital powder use was associated with an increased risk of epithelial ovarian cancer (OR 1.44).   A dose–response relationship was found for duration of use and number of lifetime applications (P < 0.05).  Additionally, talcum powder use was common (62.8% of cases and 52.9% of controls).  (Schildkraut et al. 2016).

**Cohort Studies**

The Nurses' Health Study (NHS) is a prospective study of 121,700 nurses who were aged 30-55 years at enrollment in 1976 and followed through 1996 at the time of the publication.  In the NHS, talcum powder use was ascertained once in 1982, the same year as the first case-control study showing an association of talc use with ovarian cancer. (Cramer et al. 1982).   The follow up period for this study was 12.9 years. The study concluded there was no overall association with talc "ever use" and epithelial ovarian cancer.  However, there was a statistically significant increase risk of invasive serous ovarian cancer (40%) that was higher with more frequent talcum powder use.  The short period of follow up may not account for all ovarian cancer cases due to latency considerations between talcum powder usage and the development of ovarian cancer. (Gertig et al. 2000).  A second report of the Nurses' Health Study in 2010 did not find a statistically significant increased risk with talcum powder usage and either epithelial cancer as a whole or serous subtype. (Gates et al. 2010).

The Women's Health Initiative (WHI) enrolled 93,676 women from 1993-1998.  Women were eligible if they were aged 50 to 79 (mean 63.3 years) at enrollment and postmenopausal.  Mean follow-up was 12.2 years.  Use of powder on the genitals was associated with 12% increased risk of ovarian cancer, though this was not statistically significant.  Limitations of this study include lack of information regarding oophorectomy and recall bias regarding history of talc "ever use".  Additionally, the short follow-up may not account for all cases of ovarian cancer.  Information regarding the frequency or duration of powder usage was not obtained. (Houghton et al. 2014).

7

The Sister Study (2003-2009) followed 50,884 women in the US and Puerto Rico who had a sister diagnosed with breast cancer. At enrollment, participants were asked about douching and talcum powder use in the previous twelve months. During follow-up (median 6.6 years) 154 women reported a diagnosis of ovarian cancer but only seventeen of those reported talc use. The authors determined that there was little association between baseline talcum powder use and subsequent ovarian cancer. Douching at baseline, more common in talc users, was associated with increased risk. All ovarian cancers were grouped together. Limitations of this study include: 1) talc use was only obtained at baseline and was uncommon (analysis was based on only 17  cases), 2) no histologic information was obtained, so it is impossible to analyze relationship to serous subtype, 3) no risk elevation has ever been reported with dusting of diaphragm, cervical cap, or sanitary napkins, and 4) the short follow-up fails to account for the latency period. (Gonzalez et al. 2016).

All of the cohort studies are limited by lack of power, failure to make the appropriate queries, selection bias, and short follow-up.

**Meta-Analyses**

A recent and comprehensive meta-analysis by Penninkilampi and Eslick, published in 2018, included 24 case-control (13,421 cases) and three cohort studies (890 cases). The authors found that "any" perineal talc use was associated with an increased risk of ovarian cancer (OR = 1.31; 95% CI = 1.24, 1.39). More than 3600 lifetime applications (OR = 1.42; 95% CI 1.25, 1.39) were slightly more associated with ovarian cancer than <3600 (OR = 1.32; 95% CI = 1.15, 1.50). An association with "ever use" of talc was found in case-control studies (OR = 1.35; 95% CI = 1.27, 1.42), but not cohort studies (OR 1.06; 95% CI = 0.90, 1.25). However, cohort studies did find an association between talc use and invasive serous ovarian cancer (OR = 1.25; 95% CI = 1.01, 1.55).

The authors stated that case-control studies are preferred in this situation because statistical power is easier to obtain with the larger number of ovarian cancer cases and controls and the lengthy follow-up necessary for a prospective study is not required. I agree. The authors determined that perineal talc use is associated with a 24%–39% increased risk of ovarian cancer that is suggestive of a causal association. (Penninkilampi and Eslick 2017).

**Summary of Epidemiological Evidence**

When looking at epidemiological studies in their totality, the data demonstrates a consistent, replicated, and statistically significant increased risk of developing epithelial ovarian cancer with perineal talcum powder use. Invasive serous carcinoma is the most commonly associated histologic subtype. The risk elevation is 20-60%. This risk is stable among case-control studies, one cohort study, and all meta-analyses/pooled analyses over several decades. Recall and confounding bias in case-control studies appear to have minimal impact. (Penninkilampi and Eslick 2018; Langseth et al. 2008). There appears to be no significant publication bias. (Berge et al. 2017; Penninkilampi and Eslick 2018). Meta-analysis is the most reliable and scientifically valid epidemiological methodology in this setting - the evaluation of the association of talcum powder usage with ovarian cancer risk

8

## VI.     ASBESTOS AND OTHER CONSTITUENTS OF TALCUM POWDER

Asbestos is one of the most potent carcinogens known. All forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite, and anthophyllite) are carcinogenic to humans. (IARC 2012) The conclusions reached by International Agency for Research on Cancer (IARC) about asbestos and its carcinogenic risks apply to these six types of asbestos wherever they are found, and *includes talc containing asbestiform fibres* (fibrous talc). (IARC 2012).  Asbestos was first linked to pulmonary mesothelioma in 1935 (Gloyne 1935) and has been known to be an etiologic factor for ovarian cancer since 1965. (J. Graham and Graham 1967).

According to IARC, asbestos causes mesothelioma of the lung, larynx, *and ovary*. Based on multiple positive cohort mortality studies of women with heavy occupational exposure to asbestos, IARC's Working Group determined there is a causal association between asbestos exposure and ovarian cancer. (IARC 2012).

The scientific literature, Johnson and Johnson testing results and documents, and testing results of Dr. William Longo and Dr. Mark Rigler have demonstrated that talcum powder products, including Johnson's Baby Powder and Shower to Shower, may contain asbestos. (Cralley et al. 1968; Rohl et al. 1976; Lockey 1981; Paoletti et al. 1984; Blount 1991; Werner 1982; "Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01" 2018; Exhibit 28, Deposition of John Hopkins, Ph.D., MDL No. 2378, 2018; Exhibit 47, Deposition of Julie Pier, MDL 2738, 2018).

The IARC 2012 Monograph on asbestos states, "consumer products (e.g., cosmetics, pharmaceuticals) are the primary source of exposure to talc for the general population. Inhalation and *dermal contact* (i.e., through perineal application of talcum powders) are the primary routes of exposure."(IARC 2012).

Asbestos exposure is known to cause ovarian cancer; its presence in Johnson and Johnson talcum powder products contributes to the carcinogenicity of the products through an established mechanism of inflammation, DNA damage, and genetic alterations. Asbestos fibers may directly induce DNA damage mediated by reactive oxygen species. Asbestos fibers have also been shown to physically interfere with the mitotic apparatus, which may result in aneuploidy or polyploidy, and specific chromosomal alterations characteristic of asbestos-related cancer. In addition, persistent inflammation and macrophage activation can secondarily generate additional reactive oxygen species and reactive nitrogen species that can indirectly induce genotoxicity in addition to activation of intracellular signaling pathways, resistance to apoptosis, stimulation of cell proliferation, induction of epigenetic alterations, and activation of oncogenes/inactivation of tumor suppressor genes. (IARC 2012; Kane et al. 1996; Mossman 2018; Shukla et al. 2009; M. C. Jaurand 1997, 1989; M. Jaurand 1991)

In addition to asbestos, talcum powder products have been shown to contain fibrous talc, nickel, and chromium.   These are Group 1 carcinogens according to IARC. The inflammatory mechanism for carcinogenesis described by IARC is similar to that described for asbestos and talcum powder. These products also contain cobalt which is a Group 2b carcinogen according to

9

IARC (possibly carcinogenic), defined previously in this report.(W. E. Longo and Rigler 2018; Exhibit 47, Deposition of Julie Pier, MDL 2738, 2018)

I have also seen the list of "fragrance chemicals" added to Johnson's Baby Powder and Shower to Shower products, as well as the expert report of Dr. Michael Crowley. Many of these chemicals are known to be irritants, toxins, and carcinogens. Some have been shown to be harmful to the reproductive organs and function. These chemicals would be expected to accompany the talcum powder as it migrates or is transported through the genital tract to the fallopian tubes and ovaries. At least some of these chemicals would also be expected to be absorbed through the vaginal mucosa. These chemicals likely contribute to the inflammatory properties, toxicity, and carcinogenicity of these talcum powder products.

The presence of these constituents provides support for the mechanism for the increased risk seen in the epidemiological studies.

## VII.   MIGRATION AND TRANSPORT OF TALC THROUGH THE GENITAL TRACT

In the adult female, the peritoneal cavity communicates with the outside via the fallopian tubes, uterus, and vagina. It is universally accepted in the gynecologic community that substances migrate and/or be transported in both directions.  Evidence to support this includes, but is not limited to:

1.   Sperm: Sperm move more quickly through the genital tract than would be predicted from innate motility, indicating a transport mechanism. In addition, dead sperm and inanimate sperm particles (lacking flagella) are efficiently transported upwards through the uterus and tubes. (Jones and Lopez 2006).  This process involves directed uterine contractility that has been confirmed through research of intrauterine pressure measurements. (Kissler et al. 2004).

2.   Carbon particles: Inert carbon particles were placed in the posterior vaginal fornix and observed in the fallopian tubes 28 and 34 minutes later (2 out of 3 patients tested). This research confirmed that sperm motility is not the chief factor in transport and that contractions of the uterus are likely involved in process of migration/transport of particles through the genital tract. (Egli and Newton 1961).

3.   Retrograde menstruation: The transport of menstrual flow into the peritoneal cavity was first proposed by Sampson in 1927 and is now well-established as the mechanism for endometriosis initiation. The prevalence of retrograde menstruation has been described in 90% of investigated women.  (Blumenkrantz et al. 1981; Halme et al. 1984).

4.   Particulate radioactive material: Particulate radioactive material was placed in the posterior vaginal fornix. Twenty four hours later, radioactive material was present in the adnexa separate from the uterus in 2/3 of cases  The authors concluded that the transit of particles from the vagina to the peritoneal cavity and the ovaries "is probably the same

for many chemical substances used for hygienic, cosmetic, or medicinal purposes, many of which may have potential carcinogenic or irritating properties . . . migration of certain chemical substances could play an important aetiological role in gynaecological diseases and especially in carcinoma of the ovary." (Venter and Iturralde 1979).

5. "Uterine peristaltic pump": Rapid and sustained sperm transport from the cervix to the fallopian tube is provided by uterine peristaltic contractions that can be visualized by vaginal sonography. (Kunz 1997; Zervomanoklakis et al. 2007).

6. Glove powder: Studies have demonstrated retrograde migration of starch after gynecological examination with powdered gloves. The authors concluded that: "Consequently, powder or any other potentially harmful substances that can migrate from the vagina should be avoided." (Sjösten, Ellis, and Edelstam 2004).

7. Talc:  Studies have documented the presence of talc particles in the adnexa, ovaries, and peritoneum.  The authors of these studies have concluded that this occurs as a result of migration of talc particles from the vagina through the cervix, uterus, and fallopian tubes. (Henderson et al. 1971; D. W. Cramer 1999; Heller et al. 1996). Talc has also been noted in pelvic lymph nodes which could also occur through migration, absorption, or inhalation with transport through the lymphatic system. (Cramer et al. 2007).

The migration of particles, including talc, asbestos and other constituents of talcum powder products, from the vagina to the upper genital tract (tubes and ovaries) is a key element in the mechanism by which talcum powder products cause ovarian cancer.  The evidence supporting this process is robust and universally accepted by the medical community.[6]  (FDA Citizens Petition response) I have considered the limited evidence to the contrary and find it non-persuasive.

In addition to perineal application resulting in migration and transport of particles through the genital tract, inhalation of these particles is another recognized route of exposure.  (IARC 2012; W. E. Longo, Rigler, and Egeland 2017; Steiling et al. 2018; Daniel W. Cramer et al. 2007) With either of these routes, talcum powder components can also be directly absorbed into the lymphatic system and bloodstream.

## VIII.   INFLAMMATION AND MOLECULAR BASIS FOR CARCINOGENESIS OF TALCUM POWDER PRODUCTS

The link between inflammation and cancer has been recognized since the 1800s. Inflammation and oxidative stress increase the risk of cancer, including ovarian cancer.  It has been known since the 1940's that talc increases inflammation. (Balkwill and Mantovani 2001; Eberl and George 1948).

---

[6] FDA states that the "potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable.

There is an increased risk of malignancy with many inflammatory processes, including infection, autoimmune diseases, hypoxia, and chemical and physical agents (including talc and asbestos).

1. Virchow noted inflammatory cells (leukocytes) in neoplastic tissue as early as 1863.
2. Both tumor cells and inflammatory cells produce cytokines and chemokines which can contribute to cancer growth and spread.
3. Cytokines from inflammation/oxidative stress can influence multiple steps of the neoplastic process: survival, growth, mutation, proliferation, differentiation, and movement of cells.  (Balkwill and Mantovani 2001; Reuter et al. 2010; Crusz and Balkwill 2015; Kiraly et al. 2015).  Below are examples of inflammatory cytokines and their influence on cancer:
   a. Tumor necrosing factor (TNF) can induce reactive oxygen (nitric oxygen (NO)) which can cause DNA damage.  DNA damage can also occur by inhibiting cytochrome p450.
   b. Migration inhibitory factor (MIF) can inhibit the activity of p53 which is a tumor suppressor.
   c. IL-6, IL-1, IL-8 are all known to stimulate tumor cell proliferation and survival.
   d. Multiple inflammatory cytokines (TNF, IL-1, IL-6, TGF beta 1) can stimulate angiogenesis.
   e. TNF and IL-1 stimulate adhesion to promote invasion and metastasis of cancer cells.
4. Inflammation/oxidative stress affects all phases of cancer development and growth and is implicated in pathogenesis of ovarian cancer. This leads to decreased apoptosis and increased anaerobic metabolism.  Anaerobic metabolism leads to an acidic state which facilitates cancer growth. (G. Saed 2017; G. M. Saed et al. 2010; Jiang et al. 2011; Shan and Liu 2009; Freedman et al. 2004)
5. Talcum powder causes inflammation/oxidative stress both *in vitro* and *in vivo* (in both animal and human tissues).  (Eberl and George 1948; Graham and Jenkins 1952; Hamilton et al. 1984; Buz'Zard and Lau 2007; Shukla et al. 2009; G. Saed 2017; G. M. Saed et al. 2010; G. Saed 2017; Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan 2018; N. Fletcher and Saed 2018, 2018; N. M. Fletcher et al. 2017, 2011; "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)" 1993; Keskin et al. 2009).
6. In a recently reported abstract, Harper and Saed describes induction gene point mutations after talcum powder exposure, corresponding to known specific single nucleotide polymorphisms (SNPs) in normal and ovarian cancer cells.  These SNPs alter the activities of key oxidant enzymes and enhance the pro-oxidant state.  (Harper and Saed 2019).  This process of gene mutation is part of the carcinogenic cascade initiated by inflammation.
7. Although the literature is still somewhat contradictory, aspirin and other non-steroidal anti-inflammatory drugs have been shown to prevent and treat certain types of cancer, particularly colorectal.(Trabert et al. 2019; Rayburn, Ezell, and Zhang 2009; Chan et al. 2005).

12

Inflammation/oxidative stress has been well established as a significant factor in the development of cancer, including ovarian cancer. Inflammation/oxidative stress facilitates cancer growth at multiple steps. Inflammation/oxidative stress is an early step in the molecular pathway by which talc causes ovarian cancer.[7]

## IX.    CORNSTARCH

Since 1948 with a publication from Johnson & Johnson's, own laboratory, it has been clear that starch is a safer alternative to talc for use on surgical gloves. Starch, unlike talc, is not an irritant and can be absorbed readily. (Eberl and George 1948).

A review paper by Whysner and Mohan in 2000 evaluated the available literature regarding the effects of cornstarch in the peritoneal cavity, comparing the potential risk of ovarian cancer with cornstarch versus talc. Unlike talc, the authors noted that 1) cornstarch is capable of being removed by physiologic processes from the peritoneal cavity, 2) cornstarch contains no asbestos, and 3) epidemiologic studies reviewed found no relationship between cornstarch powder use and ovarian cancer. The authors concluded that any increased risk for ovarian cancer as a result of perineal exposure to cornstarch was biologically implausible. (Whysner and Mohan 2000).

## X.    DETERMINING WHETHER A RISK FACTOR IS CAUSATIVE

Although Bradford Hill factors are primarily an epidemiologic tool, the general principles provide a framework for clinical doctors to assess whether diseases like cancer can be caused by a particular agent, condition, or practice. These considerations are the same as those that I apply regularly, both in my clinical practice and research.

The factors as described by Bradford Hill are:

1. Strength (effect size): A small association does not mean that there is not a causal effect, though the larger the association, the more likely that it is causal.
2. Consistency (reproducibility): Consistent findings observed by different persons in different places with different samples strengthens the likelihood of an effect.
3. Specificity: Causation is more likely if there is a specific disease with no other likely explanation. Most frequently used example is a specific bacterium causing a particular disease (e.g. M. tuberculosis causes TB and T. pallidum causes syphilis). The more specific an association between a factor and an effect is, the bigger the probability of a causal relationship, but this is not necessarily required.

---

[7] Richard Zazenski, Director Product Safety for Luzenac, states in an email to Bill Ashton, on September 30, 2004: "I came across this paper this morning published in the April, 2004 journal "Human Reproduction", an official journal of the European Society for Human Reproduction and Embryology. It offers some compelling evidence **in support of the** 'migration' hypothesis. Combine this 'evidence' with the theory that talc deposition on the ovarian epithelium initiates epithelium inflammation – which leads to epithelium carcinogenesis – and you have a potential formula for NTP classifying talc as a causative agent in ovarian cancer." (IMERYS137677-IMERYS137690).

13

4. Temporality (and Latency): The effect must occur after the cause (and if there is an expectant delay between the cause and expected effect, then the effect must occur after that delay).

5. Biological gradient (Dose-response): Greater exposure should generally lead to greater incidence of the effect. There may also be a minimum level of exposure necessary (threshold). As a general principle of pharmacology and toxicology, the likelihood of a response increases with longer and more frequent exposure to an agent (dosage). (Klaassen and Doull 2013).

6. Plausibility: A plausible mechanism between cause and effect is helpful (but Hill noted that knowledge of the mechanism can be limited by current knowledge). Knowledge and an understanding of the biological mechanisms changes over time.

7. Coherence: Coherence between epidemiological and other research data/findings increases the likelihood of an effect. Coherence is the idea that an alleged association should not conflict with substantive knowledge that exists regarding the disease at issue.

8. Experiment: "Occasionally it is possible to appeal to experimental evidence". This factor often refers to support from animal and clinical research with sound methodology. Has there been an attempt to collect data to analyze a cause and effect relationship? Do studies use controls when feasible? Are experiments reproducible? Are there ethical limitations?

9. Analogy: The effect of similar factors may be considered. All the rules relating to scientific methodology must be employed at each stage of the analogy. (Fedak et al. 2015).

I considered these aspects of a causal relationship in determining whether talcum powder products cause ovarian cancer.

## Strength

Overall the studies show a 1.3-1.4 odds ratio of increased risk of ovarian cancer among perineal talc users. The most recent and most complete meta-analysis determined an odds ratio of 1.31 with any perineal talc use and the development of ovarian cancer. An association with ever use of talc was found in case-control studies (OR = 1.35), but not cohort studies (OR = 1.06). However, cohort studies found an association between talc use and invasive serous type ovarian cancer (OR = 1.25). (Penninkilampi and Eslick 2018).

If invasive serous ovarian cancer is considered exclusively, the association is even stronger.

In general, many of the studies are well conducted, numerous and consistent, making the strength of the association valid. When looking at causation of a relatively rare disease like ovarian cancer, this magnitude of risk is statistically and clinically significant and not unusual. With ovarian cancer, a disease which is difficult to diagnose and deadly, any preventable risk factor (talcum powder) should be deemed critically important and avoided.

## Consistency

14

The magnitude of risk has been consistent over three decades, across various geographic populations and throughout the United States, Canada, and Australia.  Results are generally consistent across case-control, meta-analysis, and pooled analysis studies. (Penninkilampi and Eslick 2018). I deemed the consistency and replication of the studies to be important in my causation analysis.

**Specificity**

The most compelling disease associated with talcum powder use is epithelial ovarian cancer, therefore specificity for a disease is demonstrated.

**Temporality**

Exposure to talcum powder and the resultant development of ovarian cancer meets the temporality consideration that the outcome follows the event. The average latency period between exposure to talc and diagnosis of ovarian cancer is at least twenty years. This is consistent with other cancers known to be caused by chemicals and/or toxins. (Purdie et al. 2003; Okada 2007)

**Biologic Gradient (Dose-response)**

Exposure is difficult to quantify with talcum powder applications with regard to how much is used, where it is concentrated, and how much actually reaches the tubes and ovaries; Many of the studies did not obtain the necessary information to evaluate dose response and lacked adequate power to assess dose-response accurately. Despite the lack of sufficient information in many studies, recent meta-analyses/pooled study and a case-control studies do show a dose response, using frequency and duration of use as parameters. (Penninkilampi and Eslick 2018; Cramer et al. 2016; Schildkraut et al. 2016; Terry et al. 2013; A. H. Wu et al. 2015). Modern medicine also recognizes that a monotonic dose-response curve is often overly simplistic (e.g. asbestos demonstrates a threshold rather a linear dose-response). Response can vary based on unique characteristics of the given population, exposure routes, molecular endpoints, individual susceptibility and synergistic or antagonistic effects of cumulative exposures. (Fedak et al. 2015).  Given the limitations of the data, I consider this a less important factor when compared to the strength of the association, consistency, and the biological mechanism.

**Plausibility**

The general mechanism by which talcum powder products cause ovarian cancer is established as an inflammation-induced process. It is well-accepted that particles reach the fallopian tubes and ovaries through migration/transport through the genital tract. These particles can also reach the pelvic organs through inhalation. The particles elicit an inflammatory tissue response and initiate a cascade of events and pathways at the cellular level that result in cancer formation. This process is well-described by the medical and scientific community. In addition, as previously discussed in this report, various components of talcum powder products, including asbestos and fibrous talc, are known carcinogens and known to cause cancer by similar mechanisms.

15

**Coherence**

The findings and conclusions from epidemiological, animal, and in vitro studies are coherent with what is known about ovarian cancer. There is also consistency with what is known about other gynecological malignancies and other cancers induced by environmental and occupational exposures.

**Experiment**

Causation of ovarian cancer by talcum powder is supported by laboratory (*in vitro* and *in vivo*) experiments. Research is ongoing which will further elucidate specific processes.

Prospective randomized controlled clinical trials to evaluate talcum powder products and their relationship to ovarian cancer are not feasible for a variety of ethical and methodological reasons. These include the recognized toxicity of talc, asbestos, and other constituents of talcum powder, the absence of therapeutic benefit, the long latency period, and the seriousness of ovarian cancer.

**Analogy**

As with consistency, plausibility, and coherence, the association between talcum powder and ovarian cancer is analogous to other diseases caused by various and specific carcinogens. For example, smoking causes lung cancer, asbestos causes mesothelioma and ovarian cancer, sun exposure causes skin cancer, and HPV causes cervical cancer. All of these cancers are the result of an inflammatory process initiated by a foreign agent.

## XI.   SUMMARY OF OPINIONS

The opinions in this report are provided to a reasonable degree of medical and scientific certainty. A summary of these opinions follows:

1. Based on epidemiological studies, the established biological mechanism, and evidence of the presence of asbestos and other known carcinogens, talcum powder products cause epithelial ovarian cancer in some women. The genital use of talcum powder products presents a significant risk factor for ovarian cancer for *all* women who use the products.
2. When looking at epidemiological studies in their totality, the data demonstrates a consistent, replicated, and statistically significant increased risk of developing epithelial ovarian cancer with perineal talcum powder use.
3. Asbestos is one of the most potent human carcinogens and known to cause ovarian cancer. The presence of asbestos in talcum powder products contributes to their carcinogenicity. In addition, other known constituents of talcum powder products (including nickel, chromium, and cobalt) are carcinogenic and their presence likely contributes to the cancer-causing properties of talcum powder products.

16

4. The extensive number of fragrance chemicals added to the talcum powder products likely contributes to the inflammatory properties, toxicity, and carcinogenicity of these products.

5. The migration/transport of particles, including talc and asbestos, to the upper genital tract (tubes and ovaries) is a key element in the mechanism by which talcum powder products cause ovarian cancer.  The evidence supporting migration is robust and universally accepted by the gynecologic community. In addition to perineal application resulting in migration and transport of particles through the genital tract, inhalation of these particles is another recognized route of exposure.

6. Inflammation/oxidative stress is an early and essential lstep in the molecular process by which talcum powder products cause ovarian cancer.

7. Cornstarch is a safer alternative to talcum powder.

8. Talcum powder use is a preventable causative risk factor for EOC.

Based on my education, training, experience and expertise in ovarian and other gynecologic cancers, review of the totality of the evidence, analysis and weighing the data in the context of Bradford Hill, it is my professional opinion that talcum powder products cause epithelial ovarian cancer in some women.  The use of talcum powder products presents a significant risk factor for ovarian cancer in *all* women who use the products.

I reserve the right to amend or modify the report as new information becomes available.

I have not testified in litigation over the previous 4 years. I am charging $600 per hour for my work on this matter.

## References

Balkwill, Fran, and Alberto Mantovani. 2001. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357 (9255): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. 2017. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January, 1. https://doi.org/10.1097/CEJ.0000000000000340.

Blount, A M. 1991. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August): 225–30.

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. 1981. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57 (5): 667–70.

Buz'Zard, Amber R., and Benjamin H. S. Lau. 2007. "Pycnogenol Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research: PTR* 21 (6): 579–86. https://doi.org/10.1002/ptr.2117.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. 1953. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953. https://patents.google.com/patent/US2626257A/en?q=medical&q=dusting+powder&oq=medical+dusting+powder.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. 2005. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294 (8): 914–23. https://doi.org/10.1001/jama.294.8.914.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. 2017. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124 (6): 872–78. https://doi.org/10.1111/1471-0528.14543.

Chen, L-M, et al. 2018. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate." 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,%20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and%20risk%20factors&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. 1968. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29 (4): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. 1999. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94 (1): 160–61.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. 1982. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50 (2): 372–76.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. 2016. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27 (3): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

18

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. 2007. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110 (2 Pt 2): 498–501. https://doi.org/10.1097/01.AOG.0000262902.80861.a0.

Crusz, Shanthini M., and Frances R Balkwill. 2015. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October): 584–96. https://doi.org/1l0.1038/nrclinonc.2015.105.

Curtis D. Klaassen, and John Doull. 2013. *Casarett and Doull's Toxicology : The Basic Science of Poisons*. 8th Edition. McGraw-Hill Education. https://www.ncbi.nlm.nih.gov/nlmcatalog/101586259.

"Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01." 2018.

Eberl, J. J., and W. L. George. 1948. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75 (3): 493–97.

Egli, G. E., and M. Newton. 1961. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April): 151–55.

"Exhibit 28, Deposition of John Hopkins, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2378." 2018.

"Exhibit 47, Deposition of Julie Pier, In Re: Talcum Powder Prod. Liab. Litig., MDL 2738." 2018.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12 (14). https://doi.org/10.1186/s12982-015-0037-4.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. 2017. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102: 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. 2011. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10: 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. 2018. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February. https://doi.org/10.1177/1933719118759999.

Fletcher, NM, and GM Saed. 2018. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California.*

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

19

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. 2004. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2 (23). https://doi.org/10.1186/1479-5876-2-23.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. 2010. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171 (1): 45–53. https://doi.org/10.1093/aje/kwp314.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. 2000. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92 (3): 249–52.

Gloyne, S. R. 1935. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17: 5–10.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. 2016. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27 (6): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Graham, J., and R. Graham. 1967. "Ovarian Cancer and Asbestos." *Environmental Research* 1 (2): 115–28.

Graham, and Jenkins. 1952. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1 (6708): 590–91.

Gurowitz, M. 2007. "The Birth of Our Baby Products." April 30, 2007. https://www.kilmerhouse.com/2007/04/the-birth-of-our-baby-products.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. 1984. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64 (2): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. 1984. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65 (1): 101–6.

Harper, Amy K, and Ghassan Saed. 2019. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting."

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. 1996. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174 (5): 1507–10.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. 1971. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78 (3): 266–72.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. 2014. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106 (9). https://doi.org/10.1093/jnci/dju208.

Hunn, Jessica, and Gustavo C. Rodriguez. 2012. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55 (1): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. 2012. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C."

"IMERYS137677-IMERYS137690." 2004.

Jaurand, M. C. 1989. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90: 54–73.

———. 1997. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September): 1073–84. https://doi.org/10.1289/ehp.97105s51073.

Jaurand, MC. 1991. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogensis*. New York: Plenum Press.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. 2011. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122 (2): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

Jones, Richard E., and Kristin H. Lopez. 2006. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third, 159–73. San Diego: Academic Press. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. 1996. "Mechanisms of Fibre Carcinogenesis." IARC Scientific Publications No. 140. IARC.

Kang, N., D. Griffin, and H. Ellis. 1992. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12 (6): 443–49. https://doi.org/10.1002/jat.2550120614.

Kasper, C. S., and P. J. Chandler. 1995. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273 (11): 846–47.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. 2009. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280 (6): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. 2015. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. 2004. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83 (4): 369–74.

Kunz, Beil. 1997. "The Uterine Peristaltic Pump: Normal and Impeded Sperm Transport within the Female Genital Tract." *Adv Exp Med Biol* 424: 267–77.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. 2015. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136 (1): 3–7. https://doi.org/10.1016/j.ygyno.2014.09.009.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. 2008. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62 (4): 358–60. https://doi.org/10.1136/jech.2006.047894.

Lockey, J. E. 1981. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2 (2): 203–18.

Longo, D. L., and R. C. Young. 1979. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2 (8138): 349–51.

Longo, William E., and Mark W. Rigler. 2018. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos."

Longo, William E., Mark W. Rigler, and William B. Egeland. 2017. "Below the Waist Application of Johnson & Johnson Baby Powder." MAS Project 14-1852. Materials Analytical Service, LLC.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. 2018. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September. https://doi.org/10.1016/j.hoc.2018.07.002.

McCullough, Marie. 1996. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*, April 17, 1996, City Edition edition.

Mossman, Brooke T. 2018. "Mechanistic in Vitro Studies: What They Have Told Us about Carcinogenic Properties of Elongated Mineral Particles (EMPs)." *Toxicology and Applied Pharmacology*, July. https://doi.org/10.1016/j.taap.2018.07.018.

Narod, Steven A. 2016. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141 (3): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)." 1993.

Okada, Futoshi. 2007. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121 (11): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. 1984. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4 (3): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. 2018. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September. https://doi.org/10.1007/s10552-018-1082-4.

Parmley, T. H., and J. D. Woodruff. 1974. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120 (2): 234–41.

"PCPC_MDL00062175." 1999.

Penninkilampi, Ross, and Guy D. Eslick. 2018. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29 (1): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

"Pltf_MISC_00000272 (JANSSEN-000001-19)." 1962.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. 2003. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104 (2): 228–32. https://doi.org/10.1002/ijc.10927.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. 2009. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1 (1): 29–43. https://doi.org/10.4255/mcpharmacol.09.05.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. 2010. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49 (11): 1603–16.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. 2017. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217 (5): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. 1976. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2 (2): 255–84. https://doi.org/10.1080/15287397609529432.

Saed, Ghassan. 2017. "New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress," September. https://doi.org/10.4172/2161-0932-C1-019.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. 2010. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116 (2): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. 2016. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25 (10): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

Shan, Weiwei, and Jinsong Liu. 2009. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8 (19): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. 2009. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41 (1): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. 2016. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141 (2): 195–98. https://doi.org/10.1016/j.ygyno.2015.10.022.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19 (4): 991–95. https://doi.org/10.1093/humrep/deh156.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. 2018. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July. https://doi.org/10.1002/path.5145.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. 2018. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August. https://doi.org/10.1016/j.toxlet.2018.08.011.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. 2013. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6 (8): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111 (2). https://doi.org/10.1093/jnci/djy100.

Venter, P. F., and M. Iturralde. 1979. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55 (23): 917–19.

Vineis, Paolo, Phyllis Illari, and Federica Russo. 2017. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14 (7). https://doi.org/DOI 10.1186/s12982-017-0061-7.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. 2011. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117 (5): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Werner, I. 1982. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21 (5).

Whysner, J., and M. Mohan. 2000. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182 (3): 720–24.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. 2015. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24 (7): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9 (1): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. 2007. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101 (1): 1–20. https://doi.org/10.1196/annals.1389.032.

# Exhibit A

# CURRICULUM VITAE

## Judith K Wolf, MD

**PRESENT TITLE AND AFFILIATION**

**Chief Medical Officer**
**ProvistaDx**
**55 Broad St 18th Floor**
**New York, NY 0004**

**CITIZENSHIP**
United States

**OFFICE ADDRESS**
**ProvistaDx**
**55 Broad St 18th Floor**
**New York, NY 0004**

**PREVIOUS WORK EXPERIENCE**

**Chief Medical Officer**

**Vermillion, Inc**

**12117 Bee Caves Rd**

**Austin TX 78738**

**9/2014-6/2016**

**Division Chief of Surgery**

**Banner MD Anderson Cancer Center**

**2946 E Banner Gateway Dr**
**Gilbert, AZ 85235**

**6/2011-9/2014**

**Faculty**
**The University of Texas MD Anderson Cancer Center**

**1515 Holcombe Blvd**

**Houston, TX 77030**

**7/1995-6/2011**

**EDUCATION**
**Degree-Granting Education**
University of Akron, Akron, OH, BS, 1982, Natural Sciences
Northeastern Ohio Universities College of Medicine, Rootstown, OH, MD, 1986, Biomedical Science
The University of Texas Health Science Center at Houston, Houston, TX, MS, 1993, Biomedical
Sciences- Thesis, Characterization of two populations of the human ovarian cancer cell line, 2774, that
express different levels of epidermal growth factor receptor.
**Postgraduate Training**
Residency, Obstetrics and Gynecology
U.T. Health Science Center at San Antonio, San Antonio, TX, Dr. Carl J. Pauerstein
1986−1990
Fellowship, Gynecologic Surgery
University of Minnesota, Duluth, MN, Dr. Leo Twiggs
1990−1991
Fellow, Gynecologic Oncology, Department of Biology
The University of Texas MD Anderson Cancer Center, Houston, TX, Dr. J Taylor Wharton 1991−1993
Junior Faculty Associate, Gynecologic Oncology The University of Texas MD Anderson Cancer Center,
Houston, TX, Dr. J. Taylor Wharton 1993−1995

**CREDENTIALS**
**Board Certification**
American Board of Obstetrics and Gynecology, (Written Exam), 1990
American Board of Obstetrics and Gynecology: Special Qualification in Gynecologic Oncology, (Written Exam), 1996
American Board of Obstetrics and Gynecology,1997

    -Recertified 2014
American Board of Obstetrics and Gynecology: Special Qualification in Gynecologic Oncology, 2000
    -Recertified 2014


**Licensures**
**Active**
State of Arizona, AZ, 45110, 7/2011 – current
State of Indiana, IN 01074549B, 9/2014- current
State of Georgia, GA 173182 6/2014- present
**Inactive**
State of Minnesota, MN, 1/1990−1/1993
State of Texas, TX, H4856,1988−8/2012
**EXPERIENCE/SERVICE**
**Academic Appointments**

Assistant Professor, Department of Gynecologic Oncology, Division of Surgery, The University of Texas M.D. Anderson Cancer Center, Houston, TX, 1995−1999
Assistant Professor, Department of Gynecologic Oncology, Division of Surgery, The University of Texas M.D. Anderson Cancer Center, Houston, TX, 1999−2002
Associate Professor, Department of Gynecologic Oncology, Division of Surgery, The University of Texas M.D. Anderson Cancer Center, Houston, TX, 2002−8/2008
Graduate Faculty, Biomedical Sciences, Graduate School of Biomedical Sciences, The University of Texas Houston Health Science Center, Houston, TX, 2003−2011
Associate Professor, Department of Gynecologic Oncology, Blanton Davis Ovarian Cancer Research Program, The University of Texas M. D. Anderson Cancer Center, Houston, TX, 2006−8/2008
Associate Director, Department of Gynecologic Oncology, Developmental Therapeutics, The University of Texas MD Anderson Cancer Center, Houston, TX, 2006−2011
Co-Division Director, Department of Gynecologic Oncology, Division of Surgery, Baylor College of Medicine, Houston, TX, 4/2006−4/2007


Professor, Department of Gynecologic Oncology, Blanton Davis Ovarian Cancer  Research    Program, The University of Texas MD Anderson Cancer Center, Houston, TX, 2008-2011


Associate Director, Department of Gynecologic Oncology, Developmental Therapeutics,
 The University of Texas MD Anderson Cancer Center, Houston, TX, 2011


Division Chief, Surgical Oncology, Banner MD Anderson Cancer Center, Gilbert, AZ 6/2011-9/2014


Vice Chair, Department of Oncology Services, Banner MD Anderson Cancer Center, Gilbert, AZ 6/2011-/9-2014


Adjunct Professor, Gynecologic Oncology, University of Texas, MD Anderson Cancer Center, Houston, Texas, 2012- 2014


Clinical Professor, Division of Clinical Education, Arizona College of Osteopathic Medicine, Midwestern University, Arizona, 2012- 2014



**Administrative Appointments/Responsibilities**
**Assistant Program Director (Research),** Fellowship in Gynecologic Oncology, Division of Surgery, The University of Texas M. D. Anderson Cancer Center, Houston, TX, 1999−2004
**Medical Director**, Community Relations, Department of Gynecologic Oncology, Division of Surgery, The University of Texas MD Anderson Cancer Center, Houston, TX, 4/2008−2011
**Other Appointments/Responsibilities**

    **Member**, Felix Rutledge Society, Houston, TX, 1995-Present
        President, Felix Rutledge Society, 2008-2009
**Member**, Society of Gynecologic Oncologists, Chicago, IL, 1996−Present
**Member**, Quality and Outcomes Committee, Society of Gynecologic Oncology, 2012-Present
**Member**, Breakthrough Series; Improving Care at the End of Life, Houston, TX, 1997−2011

**Founder-Chairman**, Sprint for Life 5K Fun Run, M. D. Anderson Cancer Center, Houston, TX, 1998−Present
**Chairman**, Medical and Scientific Advisory Board, National Ovarian Cancer Coalition, Dallas, TX, 2003−Present
**President**, Houston Gynecologic & Obstetrics Society, Houston, TX, 2003−2004
      **Treasurer**, Houston Gynecologic & Obstetrics Society, Houston, TX, 1998−2000
      **Vice President**, Houston Gynecologic & Obstetrics Society, Houston, TX, 2001-
**Member**, Gynecologic Oncology Group, Philadelphia, PA, 2001−2011
**Departmental Liaison**, M D Anderson Cancer Center Women Faculty Programs, Houston, TX, 2/2010−2011
**Endowed Positions**
N/A
**Consultantships**
N/A
**Military or Other Governmental Service**
N/A
**Institutional Committee Activities**
Medical Records Committee, Member, 1995−2011
Clinical Research Committee, Member, 1997−2000
Women's Faculty Administrative Organization Steering Committee, Member, 1998−1999
Cancer Committee, Hermann Hospital, Member, 1998−2001
Search Committee, Anesthesia, Member, 1999−2000
Ovarian SPORE Executive Committee, Member, 1999−2011
Student and Trainee Resources-Clinical Fellow's Research Award, Faculty Reviewer, 1999
Cancer Therapeutics Discovery Program Grants, Reviewer, 2000−2004
Clinical Research Committee, Member, 2001−2004
Search Committee, Internal Medicine, Member, 2001
Uterine SPORE Executive Committee, Member, 2003−2011
Faculty Promotion and Tenure Committee, Division of Surgery, Member, 2003−2011
Gynecologic Oncology Surgical Research Program (GO-SRP) Committee, Member, 2004−2011
Fellowship Planning Committee, Member, 2004−2011
Blanton-Davis Ovarian Cancer Research Program Executive Committee, Member, 2004−2011
Faculty Celebration Steering Committee, Member, 2004
Gynecologic Oncology Center for Surgical Research (GOCSR), Member, 2004
Ovarian Working Group, Department of Gynecologic Oncology, Chairman, 2005−2011
Search Committee, Department of Nephrology Chair, Member, 2005
Gynecologic Oncology T32 - Program Steering Committee, Member, 2005
The University of Texas M. D. Anderson Cancer Center, Gynecologic Oncology Group (GOG), Co-Principal Investigator, 2005-2011
Faculty Celebration Gala, Chairman, 2005
Faculty Leadership Committee, Member, 2006−2011
Executive Committee of Faculty Senate, Member, 2007−2009

Faculty Senate Committee, Chair Elect, 2010−2011
      Faculty Senate Committee, Chair, 2011 – 2012
      Faculty Senate Committee, Member, 2006−2011
Gynecologic Oncology Committee for New Institute of Personalized Cancer Therapy, Head, 4/2008−2011
Award Nomination Selection Committee, 2010-2011
Clinical Research Counsel, Member, 6/2008−2011
Clinical Research Committee, Member, 7/2009−2011
Women Faculty Programs, Member, 8/2009−2011
Charitable Activities Committee Subcommittee, Member, 2010−2011
OPPE/FPPE, Department Safety Officer, 2/2010−2011
Institutional Review Board 1 (IRB1), Associate Member, 8/2010−2011
Vice Chair, Department of Oncology Services, BMDACC, 2011- 2014

BMDACC Perioperative Logistic Committee, 2011- 2014

BMDACC Surgery Committee, 2011- 2014t

BMDACC Phase II Steering Committee, 2011-2014

Relationship Committee between UT MD Anderson Cancer Center and BMDACC, 2011- 2014

BMDACC Research Faculty Guidance Committee, 2011- 2014

Banner Medical Group Knowledge Management Committee, 2012- 2014

BMDACC, Affiliate of UTMDACC for Gynecologic Oncology Group (GOG), Principal Investigator, 2012-2014

BMDACC Biospecimen Governance Committee Chair 2013- 2014

BMDACC Research Committee, Co-chair 03/2013- 2014

Banner Health Oncology Steering Committee, 5-9/2014

**HONORS AND AWARDS**
Medical Honor Society, Alpha Omega Alpha, 1986
Galloway Fellowship in Gynecologic Oncology, Memorial Sloan Kettering Cancer Center, 1989
Best Doctors in America®, 2005−2006, 2006−2007, 2007−2008, 2011, 2013

**RESEARCH**
**Grants and Contracts (past 5 years)**
**Funded**
Principal Investigator-MDACC, J. S. Blanton Research Fund, J. S. Blanton Research Fund, 1999−2011, $116,367
Principal Investigator, 10%, Gene Developmental in Ovarian Cancer, Specialized Program of Research Excellence, 2001− 2011, $50,000
Principal Investigator, Gene Therapy Development Award, W. M. Keck Center for Cancer Gene Therapy Development Award, 2001− 2011, $50,000
Principal Investigator, Texas Federation of Business Professional Women Award, Texas Federation of Business Professional Women Award, 2001− 2011, $6,337
Principal Investigator, The Ovarian Cancer Survivors Fund, Don-Ray George & Associates, 2003 − 2011, $116,126
Co-Investigator, Efficacy and Mechanism of SERMs for Recurrent / Advanced Endometrial Cancer, Molecular Progression of Endometrial Cancer, P150CA098258, Specialized Program of Research Excellence, PI - Karen H. Lu, 9/1/2003 − 8/31/2008,  $992,019
Principal Investigator-MDACC, Gynecologic Oncology Center for Surgical Research (GOCSR), Houston Jewish Community Foundation, 2004 − 2011, $50,000
Principal Investigator-MDACC, Susan G. Koch Ovarian Cancer Research Fund, Susan G. Koch, 2005 − 2011, $50,000
Co-Investigator, The University of Texas M D Anderson Cancer Center, Gynecologic Oncology Group, Gynecologic Oncology Group, PI - Robert Coleman, M.D., 2005 − 2011.
**Pending**
N/A
**Other**
N/A
**Completed**
Principal Investigator, Evaluation of the Effect and Mechanism of Action of Adenovirus-mediated Tumor Suppressor Gene Therapy of Ovarian Cancer, Gynecologic Cancer Foundation, 1998−2006, $25,000
Co-Investigator, Evaluating Fatigue and Other Symptoms of Ovarian cancer Patients with Ecological Momentary Assessment, Ovarian Cancer Research Development Award, PI - Karen Basen Engquist, Ph.D., 1999−2006, $50,000
**Not Funded**
N/A
**Protocols**
**Funded**
Principal Investigator, Evaluating Fatigue and Other Symptoms of Ovarian Cancer Patients with Ecological Momentary Assessment, ID99-, 1999, Ovarian Cancer Research Development Award
Principal Investigator, A Phase II Study of Oral Xeloda Administered Twice Daily for Fourteen Days Every Three Weeks to Patients with Advanced Ovarian, Tubal or Peritoneal Cancer Refractory to Platinum and Taxanes, GYN 00-275, 2000−2001
Co-Principal Investigator, Phase II Evaluation of Oxaliplatin In Persistent or Recurrent Squamous Cell Carcinoma of the Cervix, GOG127P, PI - Charles Levenback, 2000−2003, GOG
Principal Investigator, A Phase 1 Dose Escalation Study of Intraperitoneal E1A Lipid Complex (1:3) with Combination Chemotherapy in Women with Epithelial Ovarian Cancer, ID 99-316, 2000−2006
Co-Principal Investigator, A Phase II Evaluation of Thalidomide (NSC #66847, IND #48832) In the Treatment of recurrent or Persistent Leiomyosarcoma of the Uterus, GOG231B, PI - Diane Bodurka, 2001−2002, GOG
Co-Principal Investigator, A Phase II Multicenter Study of Oral Xeloda Administered Twice Daily for Fourteen Days Every Three Weeks to Patients with Advanced or Recurrent Cervical Cancer, GYN01-080, PI - Lois Ramondetta, M.D., 2001−2003
Collaborator, A 2-Part Phase I/II Study of Extended Field External Irradiation and Intracavitary Brachytherapy combined with Chemo (Weekly Cisplatin-Arm 1) and Amifostine (Weekly Cisplatin and Amifostine-Arm 2), RTOG-C0116, PI - Anuja Jhingran, M.D., 2001− 2011, RTOG
Principal Investigator, A Phase I/II Study to Evaluate the Maximum Biologic Dose of Pegylated-Interferon (PEG- INTRON) in Patients with Platinum Resistant Ovarian, Peritoneal, or Fallopian Tube Cancer, ID02-115, 2002−2005, $100,000, Integrated Therapeutics Group/Schering Plough
Collaborator, A Phase II Evaluation of Decetaxel and Gemcitabine Plus G-CSF in the treatment of recurrent of Persistent Leiomyosarcoma of the Uterus, GOG-0131G, PI - Lois Ramondetta, M.D., 2002−2005, GOG
Collaborator, A Phase II Evaluation of Liposomal Doxorubicin (Doxil) in the Treatment of Persistent or

Recurrent Squamous Cell Carcinoma of the Cervix, GOG 127-R, PI - Diane Bodurka, M.D., 2002−2005, GOG

Co-Principal Investigator, Phase II Study of Irofulven (IND #48914) in Patients with Refractory or Recurrent Advanced Epithelial Ovarian Cancer Using Every-Other-Week Dosing, GYN01-486, PI - Diane Bodurka, 2002−2005

Collaborator, A Phase II Evaluation of Capecitabine (NSC#712807) in the Treatment of Persistent or Recurrent Non-squamous Cell Carcinoma of the Cervix, GOG-0128G, PI - Diane Bodurka, M.D., 2002−2011, GOG

Collaborator, Treatment of Patients with Stage IB2 Carcinoma of the Cervix: A Randomized Comparison of Radical Hysterectomy and Tailored Chemo-Radiation versus Chemo-radiation, GOG0201, PI - Charles Levenback, M.D., 2003−2005, GOG

Collaborator, A Randomized Study of Tamoxifen versus Thalidomide (NSC no.66847) in Patients with Biochemical-Recurrence- Only Epithelial Ovarian Cancer of the Fallopian Tube, and Primary Peritoneal Carcinoma after First-Line Chemotherapy, GOG-0198, PI - Robert Coleman, M.D., 2003−2006, GOG

Collaborator, A Phase I/II Study of COX-2 Inhibitor, Celebrex (Celecoxib), and Chemoradiation in Patients with Locally Advanced Cervical Cancer, RTOG-C0128, PI - Patricia Eifel, M.D., 2003−2011, RTOG

Principal Investigator, A Phase I/II Study of Gleevec/Taxol in Patients with Newly Diagnosed Stage IIIC or IV or Recurrent (any stage) Uterine Papillary Serous Carcinoma (UPSC), GYN03-0177, 2003−2011, Novartis

Collaborator, A Phase III Clinical Trial of Tisseel VH Fibrin Sealant to Reduce Lymphedema Incidence after Inguinal Lymph Node Dissection Performed in the Management of Vulvar Malignancies, GOG195, PI - Pedro Ramirez, M.D., 2003−2011, GOG

Collaborator, A Phase III Randomized Clinic Trial of Laparoscopic Pelvic & Para-Aortic Node Sampling with Vaginal Hysterectomy and BSO versus Open Laparotomy with Pelvic and Para-Aortic Node Sampling and Abdominal Hysterectomy and BSO in Endometrial Adenocarcinoma and Uterine Sarcoma, GOG-LAP2, PI - Pedro Ramirez, M.D., 2003−2011, GOG

Collaborator, A Phase III Randomized Trial of Paclitaxel and Carboplatin versus Triplet or Sequential Doublet Combinations in Patients with Epithelial Ovarian or Primary Peritoneal Cancer, GOG-0182, PI - John Kavanagh, M.D., 2003−2011, GOG

Collaborator, A Randomized Phase III Study of Paclitaxel plus Cisplatin versus Vinorelbine Plus Cisplatin versus Gemcitabine Plus Cisplatin versus Topotecan Plus Cisplatin in Stage IVB, Recurrent or Persistent Carcinoma of the Cervix, GOG-0204, PI - Charles Levenback, M.D., 2003−2011, GOG

Principal Investigator, Phase I/II Study of Weekly Topotecan and Iressa in Patients with Platinum-Resistant Ovarian/Peritoneal/Fallopian Tube Cancer, 2003-0322, 2004−2007, $92,500, GlaxoSmithKline/Astra Zeneca

Principal Investigator, A Phase I/II Randomized Study of Intraperitoneal tgDCC-E1A and Intravenous Paclitaxel in Women with Platinum-Resistant Ovarian Cancer, ID02-321, 2004−2011, $365,000, Marcus Foundation Funds-UT M. D. Anderson Cancer Center

Principal Investigator, A Phase II Study of RAD001 in Patients with Recurrent Endometrial Cancer, 2004-0002 IND 69277, 2004−2011, $111,300, Novartis

Collaborator, A Randomized, Phase II Trial of Doxorubicin/Cisplatin/Paclitaxel and G-CSF versus Carboplatin/Paclitaxel in Patients with Stage III and IV or Recurrent Endometrial Cancer, GOG-0209, PI - Lois Ramondetta, M.D., 2004−2011, GOG

Mentor, Training Grant - Department of Gynecologic Oncology, Training of Academic Gynecologic Oncologists, NIH/NCI, 1 T32CA101642-01A, PI - David M. Gershenson, MD, 2005−2010, $1,535,549 ($181,757/year), NIH/NCI

Collaborator, A Limited Access Phase II Trial of Cetuximab (C225, NSC 714692) in Combination with Cisplatin (NSC #119875) in the Treatment of Advanced, Persistent, or Recurrent Carcinoma of the Cervix, GOG-0076DD, PI - Robert Coleman, M.D., 2005−2011, GOG

Principal Investigator, A Phase I Trial of Tailored Radiation Therapy with Concomitant Cetuximab (C225, NSC# 714692) and Cisplatin (NSC# 119875) in the Treatment of Patients with Cervical Cancer, GOG-9918, 2005−2011, GOG

Collaborator, A Phase II Evaluation of Pemetrexed (Alimta, LY231514, IND #40061) in the Treatment of Recurrent Carcinoma of the Cervix, GOG-0127T, PI - Charles Levenback, M.D., 2005−2011, GOG

Collaborator, A Phase II Evaluation of Thalidomide (NSC# 66847, IND# 48832) In The Treatment Of Recurrent Or Persistent Carcinosarcoma of the Uterus, GOG-0230B, PI - Lois Ramondetta, M.D., 2006−2007, GOG

Principal Investigator, A Dose-Escalating Phase I Study with an Expanded Cohort to Assess Feasibility of Intraperitoneal Carboplatin & Intravenous Paclitaxel in Patients with Previously Untreated Epithelial Ovarian, Primary Peritoneal, or Fallopian Tube Cancer, GOG-9917, 2006−2011, GOG

Collaborator, A Phase II Evaluation of Pemetrexed (Alimta, LY231514, IND #40061) in the Treatment of Recurrent or Persistent Platinum-Resistant Ovarian or Primary Peritoneal Carcinoma, GOG-0126Q, PI - Siqing Fu, M.D., 2006−2011, GOG

Co-Principal Investigator, A Phase II Study of Faslodex in Recurrent/Metastatic Endometrial Carcinoma, GOG-0188, PI - Lois Ramondetta, M.D., 2006−2011, GOG

Co-Principal Investigator, Phase III Carboplatin & Paclitaxel + Placebo vs. Carboplatin & Paclitaxel + Concurrent Bevacizumab (NSC #704865, IND # 7921) follow by Placebo, vs Carboplatin & Paclitaxel + Concurrent & Ext Bevacizumab, in Advanced Stage Epithelial Ovarian & Peritoneal Primary Cancer, GOG-0218, PI - Robert Coleman, M.D., 2006−2011, GOG

Collaborator, A Phase II Evaluation of ABI-007 (IND #55,974) in the Treatment of Persistent or Recurrent Squamous or Non Squamous Cell Carcinoma of the Cervix (Abraxis BioScience, Inc. Study #CA026) (Group B), GOG-0127V, PI - Robert Coleman, M.D., 2007−2011, GOG

Principal Investigator, Preliminary Evaluation of Femara (Letrozole) for Adjuvant Treatment After Completion of First-Line Chemotherapy for Patients with Optimally Debulked and Chemoresponsive Ovarian Cancer, IRB 2006-0689, 2007−2011, $314,989

Principal Investigator, Randomized Phase 2 Study of MLN8237, an Aurora A Kinase Inhibitor, Plus Weekly Paclitaxel or Weekly Paclitaxel Alone in Patients with Recurrent Epithelial Ovarian, Fallopian Tube, or Primary Peritoneal Cancer, Preceded by a Phase 1 Portion in Patients with Ovarian or Breast Cancer, Millennium.

**Unfunded**

Collaborator, A Phase II Study of Intravenously Administered Tirapazamine Plus Cisplatin in Subjects with Cervical Cancer, GYN96-136, PI - Charles Levenback, M.D., 1996−2004

Principal Investigator, Phase I Study of recurrent ovarian cancer Adp53, ID 97-288, 1997

Collaborator, Telomerase Testing in Peritoneal Washings from Ovarian Cancer Patients Undergoing Second Look Laparotomy, LAB98-080, PI - David Gershenson, M.D., 1998−2005

Collaborator, A Pilot Study of Transfusion of rhTPO-Derived Autologous Platelets Cryopreserved with Thrombosol and 2% DMSO in Patients with Gynecologic Malignancy Receiving Carboplatin, GYN97-310, PI - Saroj Vadhan, 1999−2004

Collaborator, Paclitaxel, Carboplatin, and Herceptin for Patients with Untreated Advanced, (Cohort A) or Recurrent Platinum-Sensitive (Cohort B) Epithelial Ovarian Cancer, Peritoneal Cancer, or Fallopian Tube Cancer, GYN99-067, PI - David Gershenson, M.D., 1999−2004

Collaborator, Paclitaxel, Carboplatin, and Herceptin for Patients with Untreated Advanced Epithelial Ovarian Cancer, Peritoneal Cancer, or Fallopian Tube Cancer, GYN99-132, PI - David Gershenson, M.D., 1999−2007

Collaborator, Feasibility of Measuring Gene Expression Patterns Using Tissue Acquisition of Primary Stage III and IV Epithelial Ovarian Cancer, Fallopian Tube, or Primary Peritoneal Cancer and Gene Expression Array Technology for Predicting Paclitaxel Chemotherapy Sensitivity and Resistance, ID00-408, PI - David Gershenson, M.D., 2000−2011

Principal Investigator, Phase II Study of Paclitaxel for Ovarian Stromal Tumors as First-Line or Second-Line Therapy, GOG-0187, 2000

Collaborator, A Phase II Study of Intraperitoneal E1A-Lipid complex for Patients with Advanced Epithelial Ovarian CX without Her-2/Neu Overexpression, ID00-306, PI - Naoto Ueno, 2001−2002

Collaborator, Phase II Study of Intraperitoneal Recombinant Human Interleukin-12 (RHIL-12) in Patients with Peritoneal Carcinomatosis (Residual Disease <1cm) Associated with Ovarian epithelial CX or Primary Peritoneal Carcinoma, ID00-232, PI - Renato Lenzi, 2001−2005

Collaborator, Feasibility Study of Intraoperative Lymphatic Mapping and Sentinel Lymph Node Identification in Patients with Endometrial Cancer, ID01-290, PI - Diane Bodurka, M.D., 2001−2006

Collaborator, A Phase II Multicenter Trial of Paclitaxel and Carboplatin in Women with Advanced (IIIb, IIIc, IVa and IVb) or Recurrent (All Stages) Mixed Malignant Mullerian Tumors (MMMT) of the Uterus, ID01-229, PI - Lois Ramondetta, M.D., 2001−2011

Collaborator, A Phase II Study: Paclitaxel and Pelvic Radiation for Stage I-IIIA Papillary Serous Carcinoma of the Endometrium, ID-418, PI - Anuja Jhingran, 2001−2011

Collaborator, Chemotherapy-Related Toxicities in Ovarian Cancer Patients: Preference Assessments of Patients, Family Members, Ancillary Staff and Gynecologic Oncologists, and Patients' Quality of Life, GYN00-409, PI - Diane Bodurka, M.D., 2001−2011

Collaborator, Clinical and Molecular Genetic Determinants of Late Complication in Patients Treated with Radiation Therapy for Cervical Cancer, LAB01-380, PI - Patricia Eifel, M.D., 2001−2011

Collaborator, Evaluating Fatigue and Other Symptoms of Ovarian Cancer Patients with Ecological Momentary Assessment, ID00-013, PI - Karen Basen-Engquist, 2001−2011

Collaborator, Phase II Study of Mifepristone (RU-486) in the Treatment of PR Positive Advanced/Recurrent Endometrial Adenocarcinoma and Low Grade Endometrial Stromal Sarcoma (LGESS), ID01-212, PI - Lois Ramondetta, M.D., 2001−2011

Collaborator, Use of the CA125 Algorithm for the Early Detection of Ovarian Cancer in Low Risk Women, ID01-022, PI - Karen Lu, 2001−2011

Co-Principal Investigator, Vacuum-Assisted Closure in the treatment of Gynecologic Oncology Wound Failures, RCR01-156, PI - Pedro Ramirez, 2002−2003

Collaborator, Phase I Trial of Concurrent Weekly CPT-11, Cisplatinum, and Radiotherapy for Patients with Newly Diagnosed Stage IIIb-IVa Cancer of the Uterine Cervix, ID02-526, PI - Pedro Ramirez, M.D., 2002−2005

Collaborator, A Phase II Study of Chemoimmunotherapy for Patients with Potentially Platinum Sensitive Müllerian (Epithelial Ovarian, Peritoneal, or Fallopian Tube) Carcinomas, ID02-231, PI - Ralph Freedman, M.D., Ph.D., 2002−2011

Collaborator, A Prevalence Study of HNPCC Gene Mutation in Women with Endometrial Cancers, ID01-533, PI - Karen Lu, M.D., 2002−2011

Collaborator, Feasibility of Measuring Gene Expression Patterns Using Tissue Acquisition of Primary Peritoneal CX and Gene Expression Array Technology for Predicting Paclitaxel Chemo Sensitive and Resistant, ID00-408, PI - David M. Gershenson, M.D., 2002−2011

Collaborator, Modulation of Putative Surrogate Endpoint Biomarkers in Endometrial Biopsies from Women with HNPCC, ID01-340, PI - Karen Lu, M.D., 2002−2011

Collaborator, The Utility and Impact of Computed Tomography and Serum CA-125 in the Management of Newly Diagnosed Ovarian Cancer, ID02-143, PI - Pedro Ramirez, M.D., 2002−2011

Co-Principal Investigator, Evaluation of Molecular Markers in Malignant Mixed Mesodermal Tumors (MMMT) of the Ovary, LAB03-0653, PI - Lois Ramondetta, M.D., 2003−2005

Co-Principal Investigator, A Phase I Study Evaluating the Safety and Tolerability of PS-341(Bortezomib) and Carboplatinum in Patients with Platinum Resistant Recurrent Ovarian Cancer, Primary Peritoneal Cancer, and Fallopian Tube Cancer, ID02-114, PI - Pedro Ramirez, 2003−2007

Collaborator, Phase III Randomized Study of TLK286 Versus Doxil/Caelix or Hycamtin as Third-Line Therapy in Platinum Refractory or Resistant Ovarian Cancer, ID03-184, PI - John Kavanagh, M.D., 2003−2007

Co-Principal Investigator, Role of Secondary Cytoreductive Surgery for Recurrent Ovarian: A 20-Year Experience, RCR03-0803, PI - Pedro Ramirez, 2003−2007

Collaborator, A Phase II Study Evaluating the Utility of Letrozole in the Treatment of Recurrent, Estrogen Receptor (ER) Positive, Epithelial Ovarian Cancer, Fallopian Tube Cancer, and Primary Peritoneal Cancer, ID02-698, PI - Pedro Ramirez, M.D., 2003−2011

Collaborator, A Pilot Study of Laparoscopic Extraperitoneal Lymph Node Dissection in Patients with Locally Advanced Cervical Cancer, ID03-0098, PI - Pedro Ramirez, M.D., 2003−2011

Collaborator, Phase 1-2a Dose-Ranging Study of TLK286 in Combination with Doxil in Platinum Refractory or Resistant Ovarian Cancer, ID02-571, PI - John Kavanagh, M.D., 2003−2011

Collaborator, Phase II Study of Letrozole in Patients with Recurrent Advanced Borderline Tumors or Low Grade Epithelial Cancers of the Ovary, Fallopian Tube and Primary Peritoneum, 2003-0486, PI - John Kavanagh, M.D., 2003−2011

Collaborator, Quality of Life and Preferences of Ovarian Cancer Patients Enrolled on a Randomized Trial of High-Dose versus Conventional Dose Chemotherapy, ID02-680, PI - Charlotte Sun, Ph.D., 2003−2011

Co-Principal Investigator, A Phase II Study of Gemcitabine and Cisplatin for Advanced or Recurrent Endometrial Cancer, 2003-0823, PI - Jubilee Brown, M. D., 2004−2011

Collaborator, Chemoradiation-Induced Nausea and Emesis: A Prospective Study to Assess Patient Preferences and Quality of Life, 200-0529, PI - Charlotte Sun, Ph.D., 2004−2011

Collaborator, The Role of Appendectomy at the Time of Tumor Reductive Surgery in Patients with Epithelial Ovarian Cancer, RCR05-0630, PI - Pedro Ramirez, M.D., 2005

Collaborator, Total Laparoscopic Radical Hysterectomy: Outcomes Evaluation, RCR05-0390, PI - Pedro Ramirez, M.D., 2005−2007

Co-Principal Investigator, A Pilot Clinical Trial with Molecular Marker Study of Chemosensitization to Carboplatin by Use of Vidaza in Platinum Resistant or Refractory Epithelial Ovarian Cancer, 2005-0009, PI - Siqing Fu, M.D., 2005−2011

Collaborator, Evaluation of Demographics and Perioperative Care of Patients Undergoing Laparoscopic Surgery for Gynecologic Malignancies: A 15-Year Experience, RCR05-0137, PI - Pedro Ramirez, M.D., 2005−2011

Collaborator, Systemic Antineoplastic Therapy in Ovarian Cancer Patients with Renal Dysfunction, RCR05-0707, PI - John Kavanagh, M.D., 2005−2011

Collaborator, A Phase I Dose Escalation Study of ABI-007 with Carboplatin as First-Line Therapy in Patients with Epithelial Ovarian, Primary Peritoneal, or Fallopian Tube Carcinoma, 2006-0405, PI - Robert Coleman, M.D., 2006−2011

Principal Investigator, Phase II Study of Cetuximab (Erbitux) in Patients with Progressive or recurrent Endometrial Cancer, 2006-0211, 2006−2011

Collaborator, A Multi-Institutional Study of Proteomic Evaluation of Epithelial Ovarian Cancer, Primary Peritoneal Cancer, and Fallopian Tube Cancer Patients in First Clinical Remission: Development of a Protein Fingerprint Profile of Relapse, 2005-0780, PI - Karen Lu, M.D., 2007−2011

Co-Principal Investigator, A Phase II, Open-Label, Non-Comparative, International, MC Study to Assess the Efficacy and Safety of KU-0059436 Given Orally Twice Daily in Patients with Advanced BRCA1-or BRCA2-Associated Ovarian Cancer, 2007-0098, PI - Karen H. Lu, M.D., 2007−2011

Collaborator, A Study of the Efficacy of MORAb-003 in Subjects with Platinum-Sensitive Epithelial Ovarian Cancer in First Relapse, 2006-0889, PI - Robert Coleman, M.D., 2007−2011

Collaborator, Phase I/II and Pharmacokinetic Study of Docetaxel Plus VEGF Trap (AVE0005, NSC #724770) In Patients with Recurrent Ovarian, Primary Peritoneal, and Fallopian Tube Cancer, 2006-0329, PI - Robert Coleman, M.D., 2007−2011


**Patents and Technology Licenses**
**Patents**
N/A
**Technology Licenses**
N/A
**Grant Reviewer/Service on Study Sections**
Review Committee on NIH CTRC, NIH, Member, Louisiana State University, 1997
AD HOC on NCI P01, NCI, Ad Hoc Member, Tulane University Health Science Center, 2004
Clinical Research Review Committee NCI, NCI, Member, Mayo Clinic, 2004
NIH-CONC Clinical Oncology Study Section Review (R01, R21), NIH, Member, Clinical Oncology Study Section Review (R01, R21), San Francisco, CA, 2004
Review Committee NCI-NIH, NIH, Member, Duke Comprehensive Cancer Center, Duke University, 2004
Review Committee on NCI-I Career Awards, NCI, Member, 2004
NCI PO1 Cluster Review, NIH, Member, Bethesda, MD, 2005
NIH-CONC Clinical Oncology Study Section Review (RO1, R21), NIH, Member, Clinical Oncology Study Section Review (RO1, R21), Bethesda, MD, 2005
Review Committee NCI-NIH, PO1 Experimental Therapeutics II Cluster Review, NIH, Member, PO1 Experimental Therapeutics II Cluster Review, Rockville, MD, 2005
**PUBLICATIONS**
**Peer-Reviewed Original Research Articles**
1. Yu D, **Wolf JK**, Scanlon M, Price JE, Hung MC. Enhanced c-erbB-2/neu expression in human ovarian cancer cells correlates with more severe malignancy that can be suppressed by E1A. Cancer Res 1993 Feb 15;53(4):891-8.
2. Hamada K, Zhang WW, Alemany R, Roth JA, **Wolf JK**, Mitchell MF. Gene therapy of cervical cancer by adenovirus-mediated p53 gene transfer. J Cell Biochem Suppl 1995; 21A:421.

3. Gershenson DM, Morris M, Burke TW, Levenback C, **Wolf JK**, Warner D, Matthews CM, Wharton JT. Treatment of poor-prognosis sex cord-stromal tumors of the ovary with the combination of bleomycin, etoposide, and cisplatin(BEP). Obstet Gynecol 1996 Apr:87(4):527-31.

4. **Wolf JK**, Levenback C, Malpica A, Morris M, Burke T, Mitchell MF. Adenocarcinoma in situ of the cervix: significance of cone biopsy margins. Obstet Gynecol 1996 Jul; 88(1)(1):82-6.

5. Levenback C, Morris M, Burke TW, Gershenson DM, **Wolf JK**, Wharton JT. Groin dissection practices among gynecologic oncologists treating early vulvar cancer. Gynecol Oncol 1996 Jul; 62(1)(1):73-7.

6. Hamada K, Zhang WW, Alemany R, **Wolf JK**, Roth JA, Mitchell MF. Growth inhibition of human cervical cancer cells with recombinant adenovirus p53 in vitro. Gynecol Oncol 1996;60(3):373-379.

7. Mitchell MF, Hamada K, Jagannadha S, Satterfield WC, Buchholz S, **Wolf JK**, Zhang WU, Alemany R, Tortolero-Luna G, Keeling ME, Wharton JT, Roth JR. Transgene expression in the rhesus cervix mediated by an adenovirus expressing b-galactosidase. Am J Obstet Gynecol 1996;174:1094-1101.

8. Brader KR, **Wolf JK**, Hung MC, Yu D, Crispens MA, van Golen KL, Price JE. Adenovirus E1A expression enhances the sensitivity of an ovarian cancer cell line to multiple cytotoxic agents through an apoptotic mechanism. Clin Cancer Res 1997 Nov; 3(11):2017-24.

9. Gershenson DM, Silva EG, Levy L, Burke TW, **Wolf JK**, Tornos C. Ovarian serous borderline tumors with invasive peritoneal implants. Cancer 1998 Mar; 82(6)(6):1096-103.

10. Brader KR, **Wolf JK**, Chakrabarty S, Price JE. Epidermal growth factor receptor (EGFR) antisense transfection reduces the expression of EGFR and suppresses the malignant phenotype of a human ovarian cancer cell line. Oncol Rep 1998 Sep-Oct; 5(5):1269-74.

11. Price JE, **Wolf JK**, Pathak S. Distinctive karyotypes and growth patterns in nude mice reveal cross-contamination in an established human cancer cell line. Oncol Rep 1998 Jan-Feb; 5(1)(1):261-6

12. **Wolf JK**, Kim TE, Fightmaster D, Bodurka D, Gershenson DM, Mills G, Wharton JT. Growth suppression of human ovarian cancer cell lines by the introduction of a p16 gene via a recombinant adenovirus. Gynecol Oncol 1999 Apr; 73(1)(1):27-34.

13. **Wolf JK**, Mullen J, Eifel PJ, Burke TW, Levenback C, Gershenson DM. Radiation treatment of advanced or recurrent granulosa cell tumor of the ovary. Gynecol Oncol 1999 Apr; 73(1):35-41.

14. **Wolf JK**, Mills GB, Bazzet L, Bast RC, Roth JA, Gershenson DM. Adenovirus-mediated p53 growth inhibition of ovarian cancer cells is independent of endogenous p53 status. Gynecol Oncol 1999 Nov; 75(2)(2):261-6.

15. Gershenson DM, Morris M, Burke TW, Levenback C, **Wolf JK**, Lee JJ, Thall PF, Atkinson EN, Silva EG, Wharton JT. A phase I trial of intravenous melphalan, paclitaxel, and cisplatin plus granulocyte-colony stimulating factor in patients with suboptimal advanced epithelial ovarian carcinoma or peritoneal carcinoma. Cancer 1999 Dec;86(11):2291-300.

16. Bodurka-Bevers, Basen-Engquist KM, Fitzgerald MA, Bevers MW, **Wolf JK**, Levenback C, Gershenson DM. Depression may worsen quality of life in patients with epithelial ovarian cancer. Gynecol Oncol 1999;72:449.

17. Bodurka-Bevers D, Basen-Engquist K, Carmack CL, Fitzgerald MA, **Wolf JK**, de Moor C, Gershenson DM. Depression, anxiety, and quality of life in patients with epithelial ovarian cancer. Gynecol Oncol 2000 Sep; 78(3)(3 Pt 1):302-8.

18. Parker LP, **Wolf JK**, Price JE. Adenoviral-mediated gene therapy with Ad5CMVp53 and Ad5CMVp21 in combination with standard therapies in human breast cancer cell lines. Ann Clin Lab Sci 2000 Oct; 30(4)(4):395-405.

19. Gordinier ME, Ramondetta LM, Parker LP, **Wolf JK**, Follen M, Gershenson DM, Bodurka-Bevers D. Survey of female gynecologic oncologists and fellows: balancing professional and personal life. Gynecol Oncol 2000 Nov; 79(2)(2):309-14.

20. Ramondetta L, Mills GB, Burke TW, **Wolf JK**. Adenovirus-mediated expression of p53 or p21 in a papillary serous endometrial carcinoma cell line (SPEC-2) results in both growth inhibition and apoptotic cell death: potential application of gene therapy to endometrial cancer. Clin Cancer Res 2000 Jan; 6(1)(1):278-84.

21. Donato, Gershenson D, Ippoliti C, Wharton JT, Bast Jr RC, Aleman A, Anderlini P, Gajewski JG, Giralt S, Molldrem J, Ueno N, Lauppe J, Korbling M, Boyer J, Bodurka-Bevers D, Bevers M, Burke T, Freedman R, Levenback C, **Wolf JK**, Champlin RE. High-dose ifosfamide and etoposide with filgrastim for stem cell mobilization in patients with advanced ovarian cancer. Bone Marrow Transplant 2000; 25(11):1137-1140.

22. Verschraegen, Levenback C, Vincent M, **Wolf JK**, Bevers M, Loyer E, Kudelka AP, Kavanagh JJ. Phase II study of intravenous DX-8951f in patients with advanced ovarian, tubal, or peritoneal cancer refractory to platinum, taxane, and topotecan. Annals NY Acad Sci 2000;922:349-51.

23. Munkarah A, Levenback C, **Wolf JK**, Bodurka-Bevers D, Tortolero-Luna G, Morris RT, Gershenson DM. Secondary cytoreductive surgery for localized intra-abdominal recurrences in epithelial ovarian cancer. Gynecol Oncol 2001 May; 81(2):237-41.

24. Modesitt SC, Ramirez P, Zu Z, Bodurka-Bevers D, Gershenson D, **Wolf JK**. In vitro and in vivo adenovirus-mediated p53 and p16 tumor suppressor therapy in ovarian cancer. Clin Cancer Res 2001 Jun; 7(6):1765-72.

25. Hortobagyi GN, Ueno NT, Xia W, Zhang S, **Wolf JK**, Putnam JB, Weiden PL, Willey JS, Carey M, Branham DL, Payne JY, Tucker SD, Bartholomeusz C, Kilbourn RG, De Jager RL, Sneige N, Katz RL, Anklesaria P, Ibrahim NK, Murray JL, Theriault RL, Valero V, Gershenson DM, Bevers MW, Huang L, Lopez-Berestein G, Hung MC. Cationic liposome-mediated E1A gene transfer to human breast and ovarian cancer cells and its biologic effects: a phase I clinical trial. J Clin Oncol 2001 Jul 15;19(14)(14):3422-33.

26. Ramirez PT, Levenback C, Burke TW, Eifel P, **Wolf JK**, Gershenson DM. Sigmoid perforation following radiation therapy in patients with cervical cancer. Gynecol Oncol 2001 Jul;82(1):150-5.

27. Donato ML, Gershenson DM, Wharton JT, Ippoliti CM, Aleman AS, Bodurka-Bevers D, Bevers MW, Burke TW, Levenback CF, **Wolf JK**, Freedman RS, Bast RC, Gajewski JL, Champlin RE. High-dose topotecan, melphalan, and cyclophosphamide (TMC) with stem cell support: a new regimen for the treatment of advanced ovarian cancer. Gynecol Oncol 2001 Sep;82(3)(3):420-6.

28. Robinson JB, Singh D, Bodurka-Bevers DC, Wharton JT, Gershenson DM, **Wolf JK**. Hypersensitivity reactions and the utility of oral and intravenous desensitization in patients with gynecologic malignancies. Gynecol Oncol 2001 Sep; 82(3):550-8.

29. Levenback C, Coleman RL, Burke TW, Bodurka-Bevers D, **Wolf JK**, Gershenson DM. Intraoperative lymphatic mapping and sentinel node identification with blue dye in patients with vulvar cancer. Gynecol Oncol 2001 Nov;83(2)(2):276-81.

30. Ramirez PT, Gershenson DM, Tortolero-Luna G, Ramondetta LM, Fightmaster D, Wharton JT, **Wolf JK**. Expression of cell-cycle mediators in ovarian cancer cells after transfection with p16(INK4a), p21(WAF1/Cip-1), and p53. Gynecol Oncol 2001 Dec; 83(3)(3):543-8.

31. Parker LP, Ramirez PT, Broaddus R, Sightler S, **Wolf JK**. Low-grade ovarian cancer in an adolescent patient. Gynecol Oncol 2001 Jan;80(1)(1):104-6.

32. Ramirez PT, Modesitt SC, Morris M, Edwards CL, Bevers MW, Wharton JT, **Wolf JK**. Functional outcomes and complications of continent urinary diversions in patients with gynecologic malignancies. Gynecol Oncol 2002 May; 85(2)(2):285-91.

33. Dalrymple JL, Levenback C, **Wolf JK**, Bodurka DC, Garcia M, Gershenson DM. Trends among gynecologic oncology inpatient deaths: is end-of-life care improving? Gynecol Oncol 2002 May;85(2):356-61.

34. Tedjarati S, Baker CH, Apte S, Huang S, **Wolf JK**, Killion JJ, Fidler IJ. Synergistic therapy of human ovarian carcinoma implanted orthotopically in nude mice by optimal biological dose of pegylated interferon alpha combined with paclitaxel. Clin Cancer Res 2002 Jul;8(7):2413-22.

35. Ramirez PT, **Wolf JK**, Malpica A, Deavers MT, Liu J, Broaddus R. Wolffian duct tumors: case reports and review of the literature. Gynecol Oncol 2002 Aug;86(2):225-30.

36. Modesitt SC, Tortolero-Luna G, Robinson JB, Gershenson DM**, Wolf JK**. Ovarian and extraovarian endometriosis-associated cancer. Obstet Gynecol 2002 Oct;100(4)(4):788-95.

37. Tanyi, Lapushin R, Eder A, Auersperg N, Tabassam FH, Roth JA, Gu J, Fang B, Mills GB, **Wolf JK**. Identification of tissue and cancer selective promoters for the introduction of genes into human ovarian cancer cells. Gynecol Oncol 2002;85(3):451-458.

38. Bodurka DC, Levenback C, **Wolf JK**, Gano J, Wharton JT, Kavanagh JJ, Gershenson DM. Phase II trial of irinotecan in patients with metastatic epithelial ovarian cancer or peritoneal cancer. J Clin Oncol 2003 Jan 15;21(2)(2):291-7.

39. Tanyi JL, Morris AJ**, Wolf JK**, Fang X, Hasegawa Y, Lapushin R, Auersperg N, Sigal YJ, Newman RA, Felix EA, Atkinson EN, Mills GB. The human lipid phosphate phosphatase-3 decreases the growth, survival, and tumorigenesis of ovarian cancer cells: validation of the lysophosphatidic acid signaling cascade as a target for therapy in ovarian cancer. Cancer Res 2003 Mar 1;63(5)(5):1073-82.

40. Huh JJ, **Wolf JK**, Fightmaster DL, Lotan R, Follen M. Transduction of adenovirus-mediated wild-type p53 after radiotherapy in human cervical cancer cells. Gynecol Oncol 2003 May;89(2):243-50.

41. Shvartsman HS, Lu KH, Lee J, Lillie J, Deavers MT, Clifford S, **Wolf JK**, Mills GB, Bast RC, Jr, Gershenson DM, Schmandt R. Overexpression of kallikrein 10 in epithelial ovarian carcinomas. Gynecol Oncol 2003 Jul;90(1):44-50.

42. Ramondetta LM, Burke TW, Jhingran A, Schmandt R, Bevers MW, **Wolf JK**, Levenback CF, Broaddus R. A phase II trial of cisplatin, ifosfamide, and mesna in patients with advanced or recurrent uterine malignant mixed mullerian tumors with evaluation of potential molecular targets. Gynecol Oncol 2003 Sep;90(3)(3):529-36.

43. Gordinier ME, Malpica A, Burke TW, Bodurka DC**, Wolf JK**, Jhingran A, Ramirez PT, Levenback C. Groin recurrence in patients with vulvar cancer with negative nodes on superficial inguinal lymphadenectomy. Gynecol Oncol 2003 Sep;90(3):625-8.

44. Tanyi JL, Hasegawa Y, Lapushin R, Morris AJ, **Wolf JK**, Berchuck A, Lu K, Smith DI, Kalli K, Hartmann LC, McCune K, Fishman D, Broaddus R, Cheng KW, Atkinson EN, Yamal JM, Bast RC, Felix EA, Newman RA, Mills GB. Role of decreased levels of lipid phosphate phosphatase-1 in accumulation of lysophosphatidic acid in ovarian cancer. Clin Cancer Res 2003  Sept 1;9(10 pt 1)(10 Pt 1):3534-45.

45. Ramirez PT, **Wolf JK**, Levenback C. Laparoscopic port-site metastases: etiology and prevention. Gynecol Oncol 2003 Oct;91(1)(1):179-89.

46. Trimble, Bell M, **Wolf JK**, Alvarez R. Grantsmanship and career development for gynecologic cancer investigators. Cancer S 2003;98(9):2075-2082.

47. Ramondetta LM, Bodurka DC, Tortolero-Luna G, Gordinier M, **Wolf JK**, Gershenson DM, Sciscione AC. Mentorship and productivity among gynecologic oncology fellows. J Cancer Educ 2003 Spring 18(1)(1):15-9.

48. Fracasso, Blessing JA, **Wolf JK**, Rocereto TF, Berek JS, Waggoner S. Phase II evaluation of oxaliplatin in previously treated squamous cell carcinoma of the cervix: A Gynecologic Oncology Group Study. Gynecol Onc 2003; 90:177-80.

49. Donato ML, Aleman A, Champlin RE, Saliba RM, Wharton JT, Burke TW, Bodurka DC, Bevers MW, Levenback CF, **Wolf JK**, Bast RC, Freedman RS, Ippoliti C, Brewer M, Gajewski JL, Gershenson DM. Analysis of 96 patients with advanced ovarian carcinoma treated with high-dose chemotherapy and autologous stem cell transplantation. Bone Marrow Transplant 2004 Jun;33(12):1219-24.

50. **Wolf JK**, Bodurka DC, Gano JB, Deavers M, Ramondetta L, Ramirez PT, Levenback C, Gershenson DM. A phase I study of Adp53 (INGN 201; ADVEXIN) for patients with platinum- and paclitaxel-resistant epithelial ovarian cancer. Gynecol Oncol 2004 Aug;94(2)(2):442-8.

51. Ramirez PT, Frumovitz M, **Wolf JK**, Levenback C. Laparoscopic port-site metastases in patients with gynecological malignancies. Int J Gynecol Cancer 2004 Nov-Dec;14(6)(6):1070-7.

52. Smith JA, Brown J, Martin MC, Ramondetta LM, **Wolf JK**. An in vitro study of the inhibitory activity of gemcitabine and platinum agents in human endometrial carcinoma cell lines. Gynecol Oncol 2004 Jan;92(1):314-9.

53. Christen, Muller P, Wathen K, **Wolf JK**. Bayesian randomized clinical trials: A decision-theoretic sequential design. Can J Stat 2004; 32(4):387-402.

54. Frumovitz, Ramirez PT, Greer M, Gregurich MA, **Wolf JK**, Bodurka DC, Levenback C. Laparoscopic

training and practice in gynecologic oncology among Society of Gynecologic Oncologists members and fellows-in-training. Gynecol Oncol 2004; 94:746-753.

55. Sun CC, Bodurka DC, Weaver CB, Rasu R, **Wolf JK**, Bevers MW, Smith JA, Wharton JT, Rubenstein EB. Rankings and symptom assessments of side effects from chemotherapy: insights from experienced patients with ovarian cancer. Support Care Cancer 2005 Apr;13(4)(4):219-27. e-Pub 2004 Nov 9.

56. Sood AK, Abu-Rustum NR, Barakat RR, Bodurka DC, Brown J, Donato ML, Poynor EA, **Wolf JK**, Gershenson DM. Fifth International Conference on Ovarian Cancer: challenges and opportunities. Gynecol Oncol 2005 Jun; 97(3)(3):916-23.

57. Jenkins AD, Ramondetta LM, Sun C, Johnston T, **Wolf JK**, Bodurka DC, Brown J, Atkinson EN, Levenback C. Phase II trial of capecitabine in recurrent squamous cell carcinoma of the cervix. Gynecol Oncol 2005 Jun;97(3)(3):840-4.

58. Sood AK, Coleman RL, **Wolf JK**, Gershenson DM. Selected highlights from the 5th International Conference on Ovarian Cancer. Houston, TX, USA, 1-4 December 2004. Expert Opin Pharmacother 2005 Jun; 6(7):1269-75.

59. Smith JA, Ngo H, Martin MC**, Wolf JK**. An evaluation of cytotoxicity of the taxane and platinum agents combination treatment in a panel of human ovarian carcinoma cell lines. Gynecol Oncol 2005 Jul;98(1):141-5.

60. Slomovitz, **Wolf JK,** Ramondetta LM, Burke TW, Lu KH. Advances in the management of advanced and recurrent uterine papillary serous carcinoma. Int J Gynecol Cancer (accepted in press), 2005.

61. Wolf Slomovitz BM. Novel biologic therapies for the treatment of endometrial cancer. Int J Gynecol Cancer (accepted in press), 2005.

62. Coleman RL, Broaddus RR, Bodurka DC, **Wolf JK**, Burke TW, Kavanagh JJ, Levenback CF, Gershenson DM. Phase II trial of imatinib mesylate in patients with recurrent platinum- and taxane-resistant epithelial ovarian and primary peritoneal cancers. Gynecol Oncol 2006 Apr;101(1)(1):126-31, 4/2006. e-Pub 2005 Nov 3.

63. Frumovitz M, Coleman RL, Gayed IW, Ramirez PT, **Wolf JK**, Gershenson DM, Levenback CF. Usefulness of preoperative lymphoscintigraphy in patients who undergo radical hysterectomy and pelvic lymphadenectomy for cervical cancer. Am J Obstet Gynecol 2006 Apr;194(4)(4):1186-93.

64. **Wolf JK**, Bodurka DC, Verschraegen C, Sun CC, Branham D, Jenkins AD, Atkinson N, Gershenson DM. A phase II trial of oral capecitabine in patients with platinum--and taxane--refractory ovarian, fallopian tube, or peritoneal cancer. Gynecol Oncol 2006 Sept; 102(3)(3):468-74. e-Pub 2006 Mar3.

65. Smith JA, Gaikwad A, Ramondetta LM, **Wolf JK**, Brown J. Determination of the mechanism of gemcitabine modulation of cisplatin drug resistance in panel of human endometrial cancer cell lines. Gynecol Oncol 2006 Nov;103(2):518-22.

66. Maluf FC, Leiser AL, Aghajanian C, Sabbatini P, Pezzulli S, Chi DS, **Wolf JK**, Levenback C, Loh E, Spriggs DR. Phase II study of tirapazamine plus cisplatin in patients with advanced or recurrent cervical cancer. Int J Gynecol Cancer 2006 May-Jun;16(3):1165-71.

67. Saucier JM, Yu J, Gaikwad A, Coleman RL, **Wolf JK**, Smith JA. Determination of the optimal combination chemotherapy regimen for treatment of platinum-resistant ovarian cancer in nude mouse model. J Oncol Pharm Pract 2007 Mar;13(1):39-45.

68. Crotzer DR, Sun CC, Coleman RL, **Wolf JK**, Levenback CF, Gershenson DM. Lack of effective systemic therapy for recurrent clear cell carcinoma of the ovary. Gynecol Oncol 2007 May; 105(2)(2):404-8. e-Pub 2007 Feb 9.

69. Soper JT, Spillman M, Sampson JH, Kirkpatrick JP, **Wolf JK**, Clarke-Pearson DL. High-risk gestational trophoblastic neoplasia with brain metastases: individualized multidisciplinary therapy in the management of four patients. Gynecol Oncol 2007 Mar;104(3):691-4, e-Pub 2006 Nov 29.

70. Tung CS, Soliman PT, Wallace MJ**, Wolf JK**, Bodurka DC. Successful catheter-directed venous thrombolysis in phlegmasia cerulea dolens. Gynecol Oncol 2007; 107(1):140-142.

71. Crotzer DR, **Wolf JK,** Gano JB, Gershenson DM, Levenback C. A pilot study of cisplatin, ifosfamide and mesna in the treatment of malignant mixed mesodermal tumors of the ovary. Gynecol Oncol. 2007 May; 1052):399-403. Epub 2007 Feb 9.

72. Smith JA, Gaikwad A, Yu J, **Wolf JK**, Brown J, Ramondetta L, Stewart C. In vitro evaluation of the effects of gefitinib on the modulation of cytotoxic activity of selected anticancer agents in a panel of human ovarian cancer cell lines. Cancer Chemother Pharmacol 62(1):51-58, 2008. e-Pub 9/2007

73. Ramirez PT, Schmeler KM, **Wolf JK**, Brown J, Soliman PT. Robotic radical parametrectomy and pelvic lymphadenectomy in patients with invasive cervical cancer. Gynecol Oncol 111(1):18-21, 10/2008. e-Pub 2008 Jul 18.

74. Hunter RJ, Navo MA, Thaker PH, Bodurka DC, **Wolf JK**, Smith JA. Dosing chemotherapy in obese patients: actual versus assigned body surface area (BSA). Cancer Treat Rev 2009 Feb 35(1):69-78. e-Pub 2008 Oct 14.

75. Gaikwad A, **Wolf JK**, Brown J, Ramondetta LM, Smith JA. In vitro evaluation of the effects of gefitinib on the cytotoxic activity of selected anticancer agents in a panel of human endometrial cancer cell lines. J Oncol Pharmacol Pract 2009 Mar; 15(1):35-44, e-Pub 2008 Aug 27.

76. Schmeler KM, Vadhan-Raj S, Ramirez PT, Apte SM, Cohen L, Bassett RL, Iyer RB, **Wolf JK,** Levenback CL, Gershenson DM, Freedman RS. A phase II study of GM-CSF and rIFN-gamma1b plus carboplatin for the treatment of recurrent, platinum-sensitive ovarian, fallopian tube and primary peritoneal cancer. Gynecol Oncol 2009 May;113(2):210-5. e-Pub 2009 Mar 4.

77. Tung CS, Mok SC, Tsang YT, Zu Z, Song H, Liu J, Deavers MT, Malpica A, **Wolf JK**, Lu KH, Gershenson DM, Wong KK. PAX2 expression in low malignant potential ovarian tumors and low-grade ovarian serous carcinomas. Mod Pathol. 2009 Sep; 22(9):1243-50, e-Pub 2009 Jun 12.

78. Mangala LS, Zuzel V, Schmandt R, Leshane ES, Halder JB, Armaiz-Pena GN, Spannuth WA, Tanaka T, Shahzad MM, Lin YG, Nick AM, Danes CG, Lee JW, Jennings NB, Vivas-Mejia PE, **Wolf JK**, Coleman RL, Siddik ZH, Lopez-Berestein G, Lutsenko S, Sood AK. Therapeutic targeting of ATP7B in Ovarian Carcinoma. Clin Cancer Res 2009 Jun 1;15(11):3770-80, e-Pub 2009 May 26.

79. Xie X, Hsu JL, Choi MG, Xia W, Yamaguchi H, Chen CT, Trinh BQ, Lu Z, Ueno NT, **Wolf JK**, Bast RC,

Hung MC. A novel hTERT promoter-driven E1A therapeutic for ovarian cancer. Mol Cancer Ther. 2009 Sept;8(8):2771

80. Kavanagh JJ, Levenback CF, Ramirez PT, **Wolf JK**, Moore CL, Jones MR, Meng L, Brown GL, Bast Jr. RC. Phase 2 study of canfosfamide in combination with pegylated liposomal doxorubicin in platinum and paclitaxel refractory or resistant epithelial ovarian cancer. Journal of Hematology & Oncology 2010 Mar 11;3:9.

81. Slomovitz BM, Lu KH, Johnston T, Coleman RL, Munsell M, Broaddus RR, Walker C, Ramondetta LM, Burke TW, Gershenson DM, **Wolf J**. A phase 2 study of the oral mammalian target of rapamycin inhibitor, everolimus, in patients with recurrent endometrial carcinoma. Cancer. 2010 Dec 1; 116(23):5415-9.e-Pub 2010 Aug 2.

82. Brown J, Smith JA, Ramondetta LM, Sood AK, Ramirez PT, Coleman RL, Levenback CF, Munsell MF, Jung M, **Wolf JK**. Combination of gemcitabine and cisplatin is highly active in women with endometrial carcinoma: results of a prospective phase 2 trial. Cancer 2010 Nov 1;116(21):4973-9. e-Pub 7/2010.

83. Fu S, Hu W, Iyer R, Kavanagh JJ, Coleman RL, Levenback CF, Sood AK, **Wolf JK**, Gershenson DM, Markman M, Hennessy BT, Kurzrock R, Bast RC. Phase 1b-2a study to reverse platinum resistance through use of a hypomethylating agent, azacitidine, in patients with platinum-resistant or platinum-refractory epithelial ovarian cancer. Cancer. 2011 Apr 15:117(8) e-pub 2010 Nov 8.

84. Wong KK, Tsang YTM, Deavers MT, Mok SC, Zu Z, Sun CC, Malpica A, **Wolf JK**, Lu KH, Gershenson DM. BRAF Mutation is rare in advanced stage low-grade ovarian serous carcinomas. The American Journal of Pathology. 2010 Oct 177(4): 1611-17, e-Pub 2010 Aug 27.

85. Tung CS, Mok S, Deavers M, Liu J, Malpica A, Lu KH, Tsang-Lee YT, Zu Z, **Wolf JK,** Gershenson DM, Song H. Pax2 expression in low malignant potential ovarian tumors and low-grade ovarian serous carcinomas. Modern Pathology. 2009 Sep;22(9):1243-50. e-Pub 2009 June 19.

86. Tanyi JL, Smith JA, Ramos LM, Parker C, Munsell M, **Wolf JK**. Predisposing risk factors for Palmar-Plantar erythrodysesthesia when using liposomal doxorubicin to treat recurrent  ovarian cancer. Gynecologic Oncology , 2009 Aug;114(2):219-24. e-Pub 2009 May 17.

87. Hunter RJ, Fujii H, Wakame K, Gaokwad A, **Wolf JK**, Simth JA. *In vitro* and *in vivo* evaluation of active hexose correlated compound (AHCC) in combination with pegylated liposomal doxorubicin for treatment of ovarian cancer. The Journal of Applied Research in Natural Products. Vol 4, No 3  2011

88. King ER, Tung CS, Tsang YT, Zu Z, Lok GT, Deaves MT, Malpica A, **Wolf JK**, Lu KH, Birrer MJ, Mok SC, Gershenson DM, Wong KK. The anterior gradient homolog 3 (AGR3) gene is associated with differentiation and survival in ovarian cancer. American Journal of Surgical Pathology, 2011 Jun, 35(6):904-12.

89. Rahma OE, Ashtar E, Czystowska M, Szajnik ME, Wieckowski E, Bernstein S, Herrin VE, Shams MA, Steinberg SM, Merino M, Gooding W, Visus C, Deleo AB, **Wolf JK**, Bell JG, Berzofsky JA, Whiteside TL, Khleif SN. A Gynecologic Oncology Group Phase II trial of two p53 peptide vaccine approaches: subcutaneous injection and intravenous pulsed dendritic cells in high recurrence risk ovarian cancer patients. Cancer Immunol Immunother. 2012 Mar;61(3):373-84.Epub 2011 Sep 17

90. Fu S, Hennessy BT, Ng CS, Ju Z, Coombes KR, **Wolf JK**, Sood AK, Levenback CF, Coleman RL, Kavanagh JJ, Gershenson DM, Markman M, Dice K, Howard A, Li J, Li Y, Stemke-Hale K, Dyer M, Atkinson E, Jackson E, Kundra V, Kurzrock R, Bast RC Jr, Mills GB. Perifosine plus docetaxel in patients with platinum and taxane resistant or refractory high-grade epithelial ovarian cancer.  Gynecol Oncol. 2012 Jul;126(1):47-53.

91. Julius JM, Tanyi JL, Ramos L, Munsell MF, Watkins JL, Coleman RL, **Wolf JK**, Smith JA.  Evaluation of pegylated liposomal doxorubicin dose on the adverse drug event profile and outcomes in treatment of recurrent endometrial cancer. International Journal of Gynecologic Oncology.  2013 Feb;23(2):348-54

92. Estrella JS, **Wolf JK**, Deavers MT.  Ovarian serous carcinoma associated with a distinct "corded and hyalinized" pattern. Archives of Pathology and Laboratory Medicine.  2013 Feb;137(2):275-9.

93. Julius JM, Nogueras-Gonzalez GM, Watkins JL, Coleman RL, **Wolf JK**, Smith JA. Effect of declining renal function on the incidence of adverse drug events associated with liposomal doxorubicin in patients treated for gynecologic malignancies. International Journal of Gynecologic Oncology. 2013 Feb;23(2):48-54

94. Robert L. Coleman, MD; Thomas J. Herzog, MD; Daniel W. Chan, PhD; Donald G. Munroe, PhD; Todd C. Pappas, PhD; Alan Smith, MS; Zhen Zhang, PhD; Judith Wolf, MD. Validation of a second-generation multivariate index assay for malignancy risk of adexnal masses. Am J Obstet Gynecol 2016;volume;x.ex-x.ex

95. Ramez N. Eskander, Brian A. Carpenter, Howard G. Wu & Judith K. Wolf (2016) The clinical utility of an elevated-risk multivariate index assay score in ovarian cancer patients, Current Medical Research and Opinion, 32:6, 1161-1165, DOI: 10.1080/03007995.2016.1176014

**Invited Articles**

1. **Wolf JK**, Wharton JT. Wild-type p53 overexpression: what role in tumorigenesis? Gynecol Oncol 60(3):337-8, 3/1996.
2. **Wolf JK**. Management of wound complications. Clin Consults in Ob/Gyn 8:79-84, 1996.
3. **Wolf JK**, Ramirez PT. The molecular biology of cervical cancer. Cancer Invest 19(6)(6):621-9, 2001.
4. **Wolf JK**, Jenkins AD. Gene therapy for ovarian cancer (review). Int J Oncol 21(3)(3):461-8, 9/2002.
5. **Wolf JK**, Coleman RL. Commentary on, Phase I trial of intraperitoneal injection of the E1B-55-kd-gene-deleted adenovirus ONYZ-015(dl1520) given on days 1 through 5 every 3 weeks in patients with recurrent/refractory epithelial ovarian cancer. Vasey, et al. J Clin Oncol 2002;20:1562-9." Women's Oncol Rev 2:325-7, 2002.
6. **Wolf JK**, Franco EL, Arbeit JM, Shroyer KR, Wu TC, Runowicz CD, Tortolero-Luna G, Herrero R, Crum CP. Innovations in understanding the biology of cervical cancer. Cancer S 98(9):2064-9, 2003.
7. **Wolf JK**, Franco EL, Arbeit JM, Shroyer KR, Wu TC, Runowicz CD, Tortolero-Luna G, Herrero R, Crum CP. Innovations in understanding the biology of cervical cancer. Cancer S 98(9)(9 Suppl):2064-9, 2003.
8. Markman, Gershenson DM, **Wolf JK**. Controversies in Ovarian Cancer. ACOG Update 30:1-9, 2004.
9. Soliman PT, Slomovitz BM, **Wolf JK**. Mechanisms of cervical cancer. Drug Discov Today: Dis Mech 1(2):253-258, 2004.
10. Slomovitz B, Soliman P, **Wolf JK**. New standards for treating recurrent ovarian cancer. NOCC 19(Summer):5, 2004.
11. **Wolf JK,** Slomovitz BM. Novel biologic therapies for the treatment of endometrial cancer. Int J Gynecol Cancer 15(2):411, 2005.
12. **Wolf JK**. Prevention and treatment of vaginal stenosis resulting form pelvic radiation therapy. Community Oncol 3(10):665-71, 2006.

**Editorials**

1. **Wolf JK**, Wharton JT. Wild-type p53 overexpression: what role in tumorigenesis? Gynecol Oncol 60(3):337-8, 1996.

**Other Articles**

1. **Wolf JK**. Gynecologic Cancer Treatment Update (Highlights from ASCO 2003). Vital Signs Monograph, Fall, 2003.
2. Herzog, Coleman R, McGuire, Monk B, Spriggs D, **Wolf JK**. Patterns of Practice in Selected Gynecologic Malignancies. Colloquium at the Annual Meeting on Women's Cancer 2005 36th Annual Meeting of the Society of Gynecologic Oncologist . (SGO Monograph), 2005.

**Abstracts (Past 5 years)**

1. Jhingran A, Ramondetta L, Bodurka D, Brown J, Eifel P, Garcia M, Lu K, **Wolf JK**, Burke T. A prospective phase II study of chemoradiation followed by adjuvant chemotherapy for stage I-IIIA uterine papillary serous carcinoma. Gynecologic Oncology 116(3, S1):S9 (#15), 3/2010.
2. Brown J, Sood A, Ramirez P, Ramondetta L, Coleman R, Levenback C, Jung M, **Wolf JK**. Combination gemcitabine and cisplatin are highly active in endometrial carcinoma: Results of a prospective phase II trial. Gynecologic Oncology 116(3, S1) (#49), 3/2010.
3. Wong K, Tsang Y, Zu Z, Mok S, Deavers M, Birrer M, **Wolf JK**, Lu K, Gershenson D. Insulin growth factor 1 pathway is a potential therapeutic target for low-grade ovarian serous carcinomas. Gynecologic Oncology 116(3, S1):S113 (#290), 3/2010.
4. Slomovitz B, Schmeler K, Miller D, Lu K, Ramirez P, Caputo T, Coleman R, Burke T, Gershenson D, **Wolf JK**. Phase II study of cetuximab (Erbitux) in patients with progressive or recurrent endometrial canacer. Gynecologic Oncology 116(3, S1):S8-9 (#13). e-Pub 3/2010.
5. Rahma O, Achtar e, Czystowska M, Szajnik ME, Wieckowski E, Bernstein S, Herrin VE, Steinbert SM, Merino M, Gooding W, Visus C, DeLeo AB, Berzofsky JA, Whiteside TL, **Wolf JK**, Bell JG, Khleif SN. Comparable effect of p53 peptide vaccine in adjuvant or pulsed on dendritic cells in ovarian cancer patients: A gynecologic oncology group study. Proceedings of the American Association for Cancer Research 51:585 (#2414), 4/2010.
6. Slomovitz B, Soliman P, Levenback C, Brown J, **Wolf J**, Schmeler K, Johnston T, Mura D, Stone R, Lu K, Coleman R. Everolimus (E) and letrozole (L) in women with previously treated recurrent endometrial cancer(EC): A multiinstututional phase II clinical trial. (ASCO Submitted 02/2012)
7. Reed K, **Wolf JK**, Deavers MT, Parker L, Schmeler K. Paget's Disease of the Vulva. Society of Gynecologic Oncologists, 3/2012
8. Meyer LA, Slomovitz BM, Djordjevic B, Munsell M, Broaddus R, Iglesias DA, Westin SN, Gershenson DM, **Wolf JK**, Lu KH. Can negative biomarkers be helpful? A novel combination test to predict non-response to inhibition of the mammalian target of rapamycin (mTOR) pathway in endometrial cancer. Society of Gynecologic Oncologists, 3/2012
9. Fu S, Hennessy BT, Ng CS, Ju Z, Coombes KR, **Wolf JK**, Sood AK, Levenback CF, Coleman RL, Kavanagh JJ, Gershenson DM, Markman M, Dice K, Howard A, Li J, Li Y, Stemke-Hale K, Dyer M, Atkinson E, Jackson E, Kundra V, Kurzrock R, Bast RC Jr, Mills GB. Perifosine plus docetaxel in patients with platinum and taxane resistant or refractory high-grade epithelial ovarian cancer. American Association for Cancer Research, 4/2013.

**Book Chapters**

1. Hallum AV, III, Coleman RL, **Wolf JK**. Gynecologic Oncology. In: The M. D. Anderson Surgical Oncology Handbook. Ed(s) David H. Berger, Barry W. Feig, and George M. Fuhrman. Little Brown and Company: Boston, MA, 326-368, 1995.
2. Bevers MW, Bodurka Bevers DC, **Wolf JK**. Gynecologic Cancers. In: The M. D. Anderson Surgical Oncology Handbook, Second Edition. Ed(s) Barry W. Feig, David H Berger, and George M. Furhman. Lippincott Williams & Wilkins: Philadelphia, 377-424, 1998.

3. **Wolf JK**, Mills GB, Bast RC, et al. P53-mediated Gene Therapy. In: Ovarian Cancer. Ed(s) Frank Shart, Tony Blackett, Jonathan Berek and Robert Bast. Isis Medical Media Ltd: Oxford England, 259-27, 1998.
4. **Wolf JK**, Burke TW. Vulva/Vaginal Cancer. In: Practical Strategies in Obstetrics and Gynecology. Ed(s) Mitchell P. Dombrowski, S. Gene McNeeley, Kamran S. Moghissi, and Adnan R. Munkarah. W. B. Saunders Company: Philadelphia, 449-457, 2000.
5. **Wolf JK**. Molecular Biology. In: ACS Atlas of Clinical Oncology: Cancer of the Female Lower Genital Tract. Ed(s) Eifel PJ, Levenback C. B.C. Decker, Inc: Hamilton London, 2001.
6. Bevers MW, Bodurka Bevers DC, **Wolf JK**. Gynecologic Cancers. In: The M. D. Anderson Surgical Oncology Handbook, Third Edition. Ed(s) Barry W. Feig, David H. Berger, and George M. Fuhrman. Lippencott Williams & Wilkins: Philadelphia, PA, 445-490, 2003.
7. Tanyi JL, Crotzer D, **Wolf JK**, Yu S, Hasegawa Y, Lahad J, Wa Cheng K, Umezu-Goto M, Prestwich GD, Morris A, Newman RA, Felix EA, Lapis R, Mills GB. Lysophosphatidic Acid as a Targets for the Molecular Diagnosis and Therapy of Ovarian Cancer. A Review Article. In: Functional Lipidomics. Ed(s) Feng L, Prestwich GD. CRC Press Taylor & Francis Group: Boca Raton, FL, 101-123, 2005.
8. **Wolf JK**, Wharton JT. Surgery for Ovarian Cancer. In: Gynecologic Cancer. Ed(s) Gershenson DM, Eifel PJ, Kavanagh JJ, and Silva E. Springer-Verlag: New York, NY, 174-186, 2005.
9. Slomovitz BM, Soliman PT, **Wolf JK**. Gynecologic Cancers. In: The M. D. Anderson Surgical Oncology Handbook, Fourth Edition. Ed(s) Barry W. Feig, David H. Berger, and George M. Fuhrman. Lippencott Williams & Wilkins: Philadelphia, PA, 520-563, 2006.
10. Smith JA, **Wolf JK**. Ovarian Cancer. In: Pharmacotherapy: A Pathophysiolgic Approach 8th Edition, 8th. Ed(s) DiPiro JT, Matzke GR, Yee GC, Talbert RL, Wells BG, Posey LM. Mcgraw-Hill Companies: Illinois. 2010.


**Letters to the Editor**
N/A
**Manuals, Teaching Aids, Other Teaching Publications**
N/A
**Other Publications**
N/A
**EDITORIAL AND REVIEW ACTIVITIES**
**Editor/Service on Editorial Board(s)**
N/A
**Member of Editorial Review Board**
Editorial Board Member, Clinical Ovarian Cancer: & Other Gynecologic Malignancies, CIG Media, 2008−present
Editorial Board Reviewer, European Journal of Clinical and Medical Oncology, San Lucas Medical Limited c/o Barefoot Investment Ltd, Editorial Board of the Peer Reviewed Journal, 2010−present

Editorial Board Revierer, American Society of Clinical Oncology, 2013 ASCO Educational Book

Editorial Advisory Board Reviewer, ADC Review/Journal of Antibody-drug Conjugates, 2013


**Journal Reviewer**
Reviewer, Gynecologic Oncology, 1995−present
Adhoc Reviewer, Obstetrics and Gynecology, 1996−present
Adhoc Reviewer, Clinical Cancer Research, 1998−present
Adhoc Reviewer, International Journal of Gynecologic Cancer, 1998−present
Adhoc Reviewer, International Journal of Radium Oncology, 1998−present
Adhoc Reviewer, Journal of Clinical Oncology, 1999−present
Adhoc Reviewer, American Journal of Pathology, 2001−present
Adhoc Reviewer, American Journal of Obstetrics and Gynecology, 2005−present


**Other Editorial and Review Activities**
Editor, Help Break the Silence.Talk about Ovarian Cancer, National Ovarian Cancer Coalition - NOCC Editors Event; New York, NY, April 29, 2008
**TEACHING**
**Teaching Within Current Institution – Banner MD Anderson Cancer Center**
**Formal Teaching**
**Courses Taught**
N/A
**Training Programs**
N/A
**Other Formal Teaching**
Lecturer, 1995-1999, Gynecologic Oncology for Enterostomal Therapy Nurses / Role of Gynecologic Oncologist talk given twice a year
    1995−1999
Lecturer, 1998, Advances in Research for Ovarian Cancer / Sprint for Life Symposium
    1998
Lecturer, 1998, Ovarian Cancer Treatment: Molecular Approaches / Grand Rounds
    1998
Lecturer, 1999, Advances and Innovations in Ovarian Cancer / Sprint for Life Symposium

1999

**Supervisory Teaching**
**Committees**
**Advisory Committees**
Thesis Advisory Committee, GSBS, Christine Lee, MD, 2001−2003
Thesis Advisory Committee, GSBS, David Crotzer, MD, 2002−2004
Thesis Advisory Committee, GSBS, Monique Nillson, 2003−2005
**Supervisory Committees**
Chair, Thesis Supervisory Committee, GSBS, David Crotzer, MD, 2002−2004
**Examining Committees**
N/A
**Direct Supervision**
**Undergraduate and Allied Health Students**
N/A
**Medical Students**

4th Year Medical Students- Midwestern University, Phoenix, AZ
**Graduate Students**
GSBS, David Crotzer, MD, 2002−2004
**Postdoctoral Research Fellows**
Tae-Eu Kim Koreai, 1996−1997
Basic Science, Lois Ramondetta, MD, 1998
Basic Science, Pedro Ramirez, MD, 1998
Basic Science, Susan Modesitt, MD, 1999
Basic Science, Veronica Schimp, DO, 2000
Basic Science, Janos Tanyi, 2001−2004
Basic Science, Dwayne Jenkins, MD, 2001
Basic Science, David Crotzer, MD, 2002−2004
**Clinical Residents and Fellows**
Diljeet Singh, 7/1996−6/1999
Kenny Bozorgi, 7/1996−6/1999
Terri Pustilnik, 7/1996−6/1999
Lois M. Ramondetta, 7/1997−6/2000
Lynn P. Parker, 7/1997−6/2000
Mary E. Gordinier, 7/1997−6/2000
Carlos Herrera, 7/1998−6/2001
Lloyd West, 7/1998−6/2001
Pedro T. Ramirez, 7/1998−6/2001
Jubilee Brown Robinson, 7/1999−6/2002
Matthew Anderson, 7/1999−6/2002
Susan Modesitt, 7/1999−6/2002
Hyun Shvartsman, 7/2000−6/2003
Sean Tedjerati, 7/2000−6/2003
Veronica Schimp, 7/2000−6/2003
Alfred Dwayne Jenkins, 7/2001−6/2004
Amir Jazaeri, 7/2001−6/2004
Jonathan Oh, 7/2001−6/2004
Christine Lee, 7/2001−6/2005
Michael Frumovitz, 7/2001−6/2005
Sachin Apte, 7/2001−6/2005
Brian Slomovitz, 7/2002−6/2006
David Crotzer, 7/2002−6/2006
Premal Thaker, 7/2002−6/2006
Salvador Saldivar, 7/2003−6/2006
Charles Landen, 7/2003−6/2007
Pamela Soliman, 7/2003−6/2007
Aparna Kamat, 7/2004−6/2008
Kathleen Schmeler, 7/2004−6/2008
Liz Han, 7/2004−6/2008
Michael Milam, 7/2005−6/2009
William Merritt, 7/2005−6/2009
Yvonne Lin, 7/2005−6/2009
John Moroney, 7/2006−6/2010
Robin Lacour, 7/2006−6/2010
Shannon Westin, 7/2006−6/2010
Whitney Spannuth, 7/2006−6/2010
Alpa Nick, 7/2007−6/2011
Celestine Tung, 7/2007−6/2011
Larissa Meyer, 7/2007−6/2011
Jennifer Kelly Burzawa, 7/2008−6/2012
Matthew Peter Schlumbrecht, 7/2008−6/2012
Rebecca Lynn Stone, 7/2008−6/2012
**Other Supervisory Teaching**
Julie Huh, 4th year medical student, Graduate Students, 1996

Lisa Bazzett, Clinical Residents and Fellows, 1997

Mentor, Global Academic Programs - University Hosptial Juan Canalejo, Spain, Ovidio Fernandez-Calvo, MD, Foreign Visitor, 2/2009−5/2009

Mentor, Sister Institution Associates - Fudan Cancer Hospital, China, Global Academic Programs, Jie Tang, MD, Foreign Visitor, 6/2009−12/2009

**Teaching Outside of Current Institution**
**Formal Teaching**
**Courses Taught**
Current Directions in Cancer Therapy & Research, National Ovarian Cancer Coalition
  Yearly, 1998−present
A-Z Gene Therapy Replacing p53 to achieve antitumor effect, Society of Gynecologic Oncologists
Lecturer, Gene Therapy for Gynecologic Malignancies, University of Texas Medical School
**Training Programs**
N/A
**Other Formal Teaching**
N/A
**Supervisory Teaching**
**Committees**
**Advisory Committees**
N/A
**Supervisory Committees**
PhD Committee, Lee Seabrooke, Arizona State University, Tempe, AZ
**Examining Committees**
N/A
**Direct Supervision**
**Undergraduate and Allied Health Students**
N/A
**Medical Students**
N/A
**Graduate Students**
N/A
**Postdoctoral Research Fellows**
N/A
**Clinical Residents and Fellows**
N/A
**Other Supervisory Teaching**
N/A
**CONFERENCES AND SYMPOSIA**
**Organization of Conferences/Symposia (Include chairing session)**
N/A
**Presentations at National or International Conferences**
**Invited**
Characterization of two populations of the human ovarian cancer cell line, 2774, that express different levels of epidermal growth factor receptor, AACR Annual Meeting, 1993
Characterization of two populations of the human ovarian cancer cell line, 2774, that express different levels of epidermal growth factor receptor, Felix Rutledge Society Annual Meeting, 1993
Enhanced c-erbB-2/neu expression in human ovarian cancer cells correlates with more severe malignancy that can be suppressed by E1A, American Radium Society Annual Meeting, Aruba, 1993
Relationship between expression of c-erb2/neu and the malignant phenotype of a human ovarian cancer cell line (SK0V3), Felix Rutledge Society Annual Meeting, 1993
Expression of adenovirus β-galactosidase in rhesus monkey cervix and growth inhibition of human cervical cancer cells by recombinant p53, Felix Rutledge Society Annual Meeting, 1995
Growth inhibition of human cervical cancer cells by the recombinant adenovirus-mediated transfer of a wild-type p53 gene, Society of Gynecologic Oncologists 26th Annual Meeting, San Francisco, CA, 1995
The significance of cone biopsy margins in patients with adenocarcinoma in situ of the cervix, Felix Rutledge Society Annual Meeting, 1995
A-Z Gene Therapy - Replacing p53 to achieve antitumor effect, Society of Gynecologic Oncologist, 1997
Growth inhibition of human ovarian cancer cells by combination treatment with cisplatinum and transfection with adenovirus-mediated p53, Society of Gynecologic Oncologists 28th Annual Meeting, Phoenix, AZ, 1997
Replacing p53 to Achieve an Antitumor Effect, Society of Gynecologic Oncologist 28th Annual Meeting, Phoenix, AZ, 1997
Growth suppression of human ovarian cancer cell lines by the introduction of a P16 via a recombinant adenovirus, Society of Gynecologic Oncologists Annual Meeting, 1998
Cirugia Citorreductora VS Cirugia Minimay uimioterapia Adyuvante, Sociedad Venezolana De Oncologia, VIII Congreso Venezolano De Oncologia, Puerto La Cruz, Venezuela, 10/9/1998
Ganglio Centinela En El Manejo Del Cancer Vulva, Sociedad Venezolana De Oncologia, VIII Congreso Venezolano De Oncologia, Puerto La Cruz, Venezuela, 10/9/1998
Principios De Terapia Genetica Aplicados A Oncologia Media, Sociedad Venezolana De Oncologia, VIII Congreso Venezolano De Oncologia, Puerto La Cruz, Venezuela, 10/9/1998
Terapia Genetica En Cancer, Sociedad Venezolana De Oncologia, VIII Congreso Venezolano De Oncologia, Puerto La Cruz, Venezuela, 10/9/1998
Gene Therapy for Gynecologic Malignancies, Department of Gynecology Grand Rounds, University of Texas Medical School, Houston, TX, 9/28/1999

A phase I trial of ADP53 for ovarian cancer patients: Correlation with p53 and anti-adenovirus AB status, Society of Gynecologic Oncologist Annual Meeting, 2000

A Phase I Trial of Adp53 for Patients with Platinum- and Paclitaxel-Resistant Epithelial Ovarian Cancer, 31st Annual Meeting of the Society of Gynecologic Oncologists, San Diego, CA, 2/9/2000

Prognostic Factors in Endometrial Cancer, Society of Gynecologic Oncologists 2000 Winter Meeting, Park City, UT, 3/18/2000

Effect of Transfecting P16 & P53 Suppressors on Cell Growth and Apoptosis in Ovarian Cancer Cell Lines, American Association for Cancer Research, 91st Annual Meeting, San Francisco, CA, 4/1/2000

Womens Professional Development, Association of American Medical Colleges Professional Development Seminar for Junior Women Faculty, Association of American Medical Colleges, Reston, VA, 4/1/2000

A Phase I Trial of Adp53 (RPR/INGN 201) for Ovarian Cancer Patients: Correlation with P53 and Anti-Adenovirus Antibody Status, American Society of Clinical Oncology, New Orleans, LA, 5/22/2000

Gene Therapy in Patients with Epithelial Ovarian Cancer, Gynecologic Oncology Group, 7/2000

Application of Molecular Biology in Gynecologic Cancer, Annual Meeting of the Thai Gynecologic Oncology Group, Nakorn Nayok, Thailand, 8/12/2000

The Role of Liposomal Doxorubicin (Caelyx) in Ovarian Cancer, Annual Meeting of the Thai Gynecologic Oncology Group, Nakorn Nayok, Thailand, 8/12/2000

Gene Therapy for Cervical Cancer - An Update, 2nd Annual International Conference on Cervical Cancer, Houston, TX, 4/13/2002

In Vivo Adenovirus-Mediated p16 Tumor Suppressor Gene Therapy in Ovarian Cancer, Texas Forum on Female Reproduction 8th Annual Meeting, Houston, TX, 5/2/2002

A Phase II Study of Xeloda in Patients with Chemotherapy Resistant Recurrent Ovarian Cancer, ASCO 2002 Annual Meeting, Orlando, FL, 5/19/2002

The Role of Docetaxel in Gynecologic Maligancies, 40th Japanese Society of Clinical Oncology Annual Meeting, Juntendo University, Toyko, Japan, 10/16/2002

Management of Ovarian cancer in the 21st Century-Surgery, Chemotherapy, and Molecular Therapy, 40th Japanese Society of Clinical Oncology Annual Meeting, Jutendo University, Toyko, Japan, 10/17/2002

Surgical Management of Gynecologic Malignancies, 40th Japanese Society of Clinical Oncology Annual Meeting, Jutendo University, Toyko, Japan, 10/17/2002

A Phase I/II Study to Evaluate the Optimum Biologic Dose of PEG-Intron in Patients with Platinum-Resistant Ovarian, Peritoneal, or Fallopian Tube Cancer, 11th SPORE Investigators Workshop, Baltimore, WA, 7/8/2003

A Phase I/II Study to Evaluate the Optimum Biologic Dose of PEG-Intron in Patients with Platinum-Resistant Ovarian, Peritoneal, or Fallopian Tube Cancer, 11th SPORE Investigator's Workshop, Baltimore, MD, 7/9/2003

P53 Targeted Therapy, 4th International Ovarian Cancer Conference, MSKCC, New York, NY, 9/11/2003

mTOR inhibition is a rational target for the treatment of endometrial cancer, ASCO 40th Annual Meeting, New Orleans, LA, 6/5/2004

Cervical and Endometrial Cancers - Preferred Treatment and Management Options, CME Conference, Hoag Cancer Center, Huntington Beach, CA, 1/28/2005

Health issues and risk factors for Breast and Gynecologic Cancers, Hadassah Check it Out program, San Antonio, TX, 2/9/2005

Cervical Cancer, Ovarian Cancer:What We Need to Know, Women's Health On Alert, Wellesley College, Wellesley, MA, 4/2/2005

Wiley, Miryam (Townsman Correspondent) Women and hormonal health the expert views., The Wellesley Townsman: townonline.com, Wellesley College, Wellesley, MA, 4/7/2005

Transitioning form Fellow to Faculty: How to go About Setting up an Independent Laboratory, and How to be a Mentor for Students, Residents and Fellows, 2005 Southern Regional Professional Development Conference - Successful Strategies for Women in Academic Medicine, Little Rock, AR, 4/16/2005

The Role of COUP-TFII in Ovarian Cancer, Grand Rounds, Baylor College of Medicine, Houston, TX, 5/6/2005

Biologic Therapies Should be Used as Single Agents in Ovarian Cancer Clinical Trials, Felix Rutledge Society 36th Annual Meeting, Mackinac Island, MI, 7/15/2005

Surgical Treatment of Ovarian Cancer Indications and Advances in the 21st Century, Chinese Society of Gynecologic Oncology, Tsinghua University, Nanjing, China, 6/3/2006

Surgical Treatment of Ovarian Cancer Indications and Advances in the 21st Century and Beyond, International Forum on the Mechanisms and Management of Ovarian Cancer, Peking University People's Hospital, Beijing, China, 6/9/2006

Thymidine Kinase Inhibitors in Gynecologic Malignancies, Felix Rutledge Society 36th Annual Meeting, Berlin, Germany, 9/7/2006

Intraperitoneal Chemotherapy for Optimally Debulked Ovarian Cancer and Emerging Therapies in Ovarian Cancer, 6th Samsung Medical Center - M. D. Anderson Cancer Center International Symposium, Seoul, Korea, Republic of, 11/4/2006

Ovarian Carcinoma for the General Oncologist, Third Symposium, Pursuit of Excellence: Addressing Issues and Trend in Oncology Nursing, UT M D Andersons Physicians Network, Santa Barbara, CA, 7/13/2007

Early Detection and Treatment of Ovarian Cancer, SGO, Tampa, FL, 3/9/2008

Optimizing Treatment Choices in Ovarian Cancer, SGO, Tampa, FL, 3/9/2008

Advances in the Management of Ovarian Stromal Tumors, ASCO, Chicago, IL, 5/31/2008

Ovarian Cancer, Uterine Cancer, Cervical Cancer, Hospital Israelita Albert Einstein and M D Anderson Cancer Center, Hospital Israelita Albert Einstein and M D Anderson Cancer Center, Sao Paulo, Brazil, 6/17/2008

Minimally Invasive Surgery in Gynecology Oncology, II International Symposium of Gynecology Oncology - Hospital Sirio-Libanes, Sao Palo, Brazil, 11/7/2008

Gene Therapy and Targeted Therapies in Gynecologic malignancies, II International Symposium of

Gynecology Oncology - Hospital Sirio-Libanes, Sao Palo, Brazil, 11/8/2008

Gynecologic Cancers.What you need to know about Ovarian, Uterine, and Cervix Cancers, Albert Einstein Instituto Israelita De Ensino E Pesquisa, Sao Paulo, Brazil, 6/23/2009

Course Director, 8th International Conference on Ovarian Cancer, Memorial Sloan-Kettering Cancer Center, New York, NY, 9/24/2009

Treatment of Ovarian Cancer 21st Century and Beyond, 6th Chinese Conference on Oncology and the 9th Cross-Strait Conference on Oncology, Fudan University Shanghai Cancer Center, Shanghai, China, 5/21/2010

Chemotherapy Session Moderator, The 9th International Conference on Ovarian Cancer, Houston, TX 12/2/2011

**Scientific Exhibitions**

Current Directions in Cancer Therapy & Research, Cancer in Women: A Comprehensive Scientific Symposium on the Gynecologic Malignancies, National Ovarian Cancer Coalition, San Diego, CA, 2/4/2000

The Role of Gemcitabine in Ovarian Cancer, Lilly Oncology Advisory Meeting, Indianapolis, IN, 2/28/2002

Current and New Treatment Strategies for Ovarian Cancer, Grand Rounds, University of Medicine & Dentistry of New Jersey, Newark, NJ, 3/27/2002

Challenging Cases in Gynecologic Oncology, Network for Oncology Communication & Research, Las Vegas, NV, 8/17/2002

Cancer in Women: A scientific update in prevention, screening, treatment and risk management for ovarian and cervical malignancies, National Ovarian Cancer Coalition, Inc., Boston, MA, 10/10/2002

Ethical Delima's in Clinical Trials, John J. Molitar Lectureship CME Conference, University of California, Irvine, CA, 10/30/2002

The Application of Gene Therapy for Gynecologic Malignancies, Texas Medical Center Gene Therapy Symposium, Houston, TX, 11/11/2002

Indication for and Value of Screening for Ovarian Cancer, CME Conference, Inova Institute of Research & Education, Fairfax, VA, 11/15/2002

Treatment of recurrent Ovarian Cancer, Grand Rounds, Walter Reed Army Medical Center, Bethesda, MD, 12/4/2002

Current Treatment Strategies for Gynecologic Cancers, SGO Symposium 34th Annual Meeting, New Orleans, LA, 2/2/2003

Panel Physician - Ovarian Cancer Panel, The National Comprehensive Cancer Network on Ovarian Cancer Panel, Chicago, IL, 2/7/2003

Novel Therapeutics for Endometrial Cancer, 2003 SGO Winter Meeting, Breckenridge, CO, 3/7/2003

Novel Approaches to the Treatment of Gynecological Cancer, 2003 Oncology Forum, Fox Chase Cancer Center, Philadelphia, PA, 4/26/2003

Satellite Broadcast, Highlights from ASCO 2003, American Academy of the CME, Inc., Newark, NJ, 6/18/2003

What's New in Ovarian Cancer Treatment, NOCC National Conference, Ft. Lauderdale, FL, 11/8/2003

Ovarian Cancer: A Progress Report, 4th Annual Primary Care and Prevention conference, Atlanta, GA, 10/25/2004

Current & New Treatments for Ovarian Cancer, NOCC Conference, Philadelphia, PA, 10/30/2004

Clinical Trials, NOCC National Meeting, Ft. Lauderdale, FL, 11/13/2004

Cancer In Women: a Scientific Update on Ovarian Cancer-Prevention, Screening and Treatment, CME Conference, CME Massachusetts Medical Society & NOCC, 2/4/2005

Phase II Trials among the Ovarian SPORE Programs, Ovarian State of the Science Meeting - GOG Retreat, Bethesda, MD, 9/15/2005

Challenging Cases in Women's Health Recurrent Ovarian Cancer at 8 Months, NMCR Challenging Cases in Gyn Oncology and Breast Cancer, Miami, FL, 6/17/2006

How to Survive and Thrive as a Female Physician in Gynecologic Oncology, Japanese Society of Gynecologic Oncology 42nd Annual Meeting, Toyko, Japan, 6/28/2007

What's New Gynecologic Oncology? An Update on Translational and Clinical Research, Japanese Society of Gynecologic Oncology 42nd Annual Meeting, Toyko, Japan, 7/2/2007

Ovarian Carcinoma for the General Oncologist, UT M D Anderson Cancer Center and M D Anderson Physicians Network 3rd Annual Symposium

The University of Texas MD Anderson Cancer Center, Santa Barbara, CA, 7/9/2007Ovarian Expert Recap - Clinical Options, ASCO, Chicago, IL, 5/30/2008Controversial Issues in Recurrent Ovarian Cancer, Felix

Rutledge Society Meeting, Buenos Aires, Argentina, 4/29/2009

Conversations with Oncology Investigators, Bridging the Gap between Research and Patient Care, Research to Practice CME Program, 01/2013

**National Seminar Invitations**

Attended, Association of American Medical Colleges Professional Development Seminar for Junior Women Faculty. Reston, Virginia, April 1-4, 2000

Gynecologic Cancers 2003 Treatment Update, CHRISTUS Spohn Shoreline Tumor Conference-CME, CHRISTUS Spohn Shoreline, Corpus Christi, TX, 8/27/2003

Update in the Management of Ovarian Cancer, Symposium on Women's Cancer, The Cleo Craig Memorial Cancer and Research Clinic, Lawton, OK, 8/28/2004

Palliative Care Issues for Patients Facing Advanced Ovarian Cancer, MDACC Physicians Network, Christus Schumpert Cancer CME Symposium, MDACC Physicians Network, Christus Schumpert Cancer CME Symposium, Shreveport, LA, 10/22/2004

PV, The Abnormal Pap Smear, and Cervical Cancer, MDACC Physicians Network, Christus Schumpert Cancer CME Symposium, MDACC Physicians Network, Christus Schumpert Cancer CME Symposium, Shreveport, LA, 10/22/2004

Metastatic Cervical Cancer, Cancer 2005: Preferred Treatment and Management Options, Hoag Cancer Center CME Oncology Meeting, Huntington Beach, CA, 1/28/2005

Recurrent Endometrial Cancer, Cancer 2005: Preferred Treatment and Management Options, Hoag Cancer Center CME Oncology Meeting, Huntington Beach, CA, 1/28/2005

Clinical Trials - Understanding, Navigating & Accessing Clinical Trials, Georgia Ovarian Cancer Awareness Conference, Georgia Ovarian Cancer Awareness Conference, Atlanta, GA, 2/19/2005

Cervical Cancer, Ovarian Cancer: What We Need to Know, Women's Health on Alert, Wellesley College, Wellesley, MA, 4/2/2005

Recurrent Endometrial Cancer Case#5, Challenging Cases in Women's Health, NOCR, Las Vegas, NV, 8/6/2005

Breaking Sound Barriers: Cutting Edge Research from the Lab and Clinical Trials, Turn the Volume Up-Ovarian Cancer National Alliance Conference, NOCC, Atlanta, GA, 9/29/2005

Clinical Trials 101, Turn the Volume Up-Ovarian Cancer National Alliance Conference, NOCC, Atlanta, GA, 9/29/2005

Risk Factors and Genetic Risk factors Regarding Ovarian Cancer, Diagnosis and Treatment of Ovarian Cancer - Beyond Chemotherapy National Ovarian Cancer Coalition Symposium, NOCC, Philadelphia, PA, 10/29/2005

Clinical Trials, National Ovarian Cancer Coalition Mini-Conferences, NOCC, Silver Springs, MD, 11/12/2005

Current & New Treatments for Ovarian Cancer, Grand Rounds, Advocate Christ Medical Center, Oak Lawn, IL, 1/12/2006

Progress and Treatment for Ovarian Cancer, Grand Rounds CME, MacNeal Hospital, Berwyn, IL, 4/25/2006

Women and Cancer: A Focus on Cervical and Ovarian Cancer, Oncology Nursing and Pharmacy Conference Series 2006: Collaboration for Advancing the Quality of Community Cancer Care, UTMB Office of Continuing Education, San Diego, CA, 11/18/2006

Women and Cancer: A Focus on Cervical and Ovarian Cancer, Oncology Nursing and Pharmacy Conference Series 2006: Collaboration for Advancing the Quality of Community Cancer Care, UTMB Office of Continuing Education, Williamsburg, VA, 12/2/2006

Future Directions and New Frontiers in Individualized Therapeutic Approaches, SGO-CME Certified Satellite Symposium Management of Recurrent Epithelial Ovarian Cancer: Current Standards and Novel Approaches, Society of Gynecologic Oncologist, San Diego, CA, 3/5/2007

Treatment of a Patient with Recurrent, Platinum-Resistant Disease, SGO-CME Certified Satellite Symposium Management of Recurrent Epithelial Ovarian Cancer: Current Standards and Novel Approaches, Society of Gynecologic Oncologist, San Diego, CA, 3/5/2007

Northwestern Prentice Women's Hospital, Guest Speaker, Chicago, IL.  02/08/2008 "From Bench to Bedside – My Personal Experience

Texas Medical Association, Ovarian Cancer Advisory Panel Meeting, Austin, TX, July 21, 2008

EIF Callaway Golf Foundation Women's Cancer Initiative Annual Meeting, "Ovarian Cancer Research Program", Carlsbad, CA, August 8, 2008

The Impact of Stress, Gynecologic Cancer Foundation, NYU Langone Medical Center, New York, NY, 11/1/2008

Global Academic Programs (formerly Sister Institution Conference MDACC), Chair the Working Group on Gynecologic Malignancies, Houston, TX, 6/6/2008

M D Anderson Cancer Center Development Symposium, accompanied Dr. Mendelsohn and spoke at the

Southern Hills Country Club, Tulsa, OK, June 24, 2008

Gastrointestinal Cancer Retreat and PI3K Workshop: CCSG Programs Onstead Auditorium, BSRB Mitchell Building

Advisor, Entereg Complex Gynecologic Surgery Advisory Meeting, GSK, Philadelphia, PA, December 5-6, 2008

Texas Medical Association, Ovarian Cancer Advisory Panel Meeting, Austin, TX, January 9, 2009

Advisor, Yondelis Advisory Board Meeting, Centocor Ortho Biotech, Newport Beach, CA, February 20-21, 2009

Texas Medical Association, Ovarian Cancer Advisory Panel Meeting, Austin, TX, July 14, 2009

Career Pathways for Women in Science and Medicine &  What the Careers of the Future Will Hold and More, Dinner with the Experts, Spring Branch Independent School District, Houston, TX, January 21, 2010

Faculty, CE-Continuing Education Program, OncoBeat ASCO 2010: Reporting the News. Beating Cancer. Educational Concepts Group, LLC; Chicago, IL; June 7, 2010.

Advanced Ovarian Cancer, Facilitator for Interactive Case Discussions, SGO, March 26, 2012

Guest Speaker, "The Ethics of Clinical Trials", Phoenix Chapter of Associal of Clinical Research Professicals, July 2013

**Lectureships/Visiting Professorships**

Gynecologic Oncology Overview, Grand Rounds, Beaumont Hospital, Beaumont, TX, 4/17/1997

Abnormal Uterine Bleeding & Endometrial Cancer, Grand Rounds, St. Frances Cabrini Hospital, Alexandria, LA, 8/24/1999

Gynecologic Oncology Overview, Grand Rounds, Nacogdoches/San Augustine Medical Society, Nacogdoches, TX, 11/10/1999

Gene Therapy for Gynecologic Malignancies, University of Minnesota Fellowship Program, Minneapolis, MN, 12/14/1999

Gynecologic Cancers: Diagnosis, Treatment & Outcomes-Where We've Been & Where We're Going, Grand Rounds, Christus Spohn Health System Tumor Conference, Corpus Christi, TX, 9/20/2000

Current and New Treatment Strategies for Ovarian Cancer, CME, University of Medicine & Dentistry of New Jersey, Medical School, Newark, NJ, 3/27/2002

Ethical Delima's in Clinical Trials, John J. Molitar Lectureship, University of California, Irvine, CA, 10/30/2002

The Application of Gene Therapy for Gynecologic Malignancies, Texas Medical Center Gene Therapy Symposium, Texas Medical Center, Houston, TX, 11/11/2002

Indication for and Value of Screening for Ovarian Cancer, CME, Inova Institute of Research & Education, Fairfax, VA, 11/15/2002

Treatment of recurrent Ovarian Cancer, CME, Walter Reed Army Medical Center, Bethesda, MD, 12/4/2002

Novel Therapeutics for Endometrial Cancer, 2003 SGO Winter Meeting, Society of Gynecologic Oncologist, Breckenridge, CO, 3/7/2003

Physician Advisor for Gynecological Cancer Advisory Board, Novel Approaches to the Treatment of Gynecological Cancer, 2003 Oncology Forum, Fox Chase Cancer Center, Philadelphia, PA, 4/26/2003

Translational Research from Bench to Bedside One Gynecologic Oncologist's Experience, Bench to Beside Symposium, NYU Medical Center, New York, NY, 5/20/2005

Progress and Treatment of Ovarian Cancer, MDACC Faculty Speakers Bureau, CME - OB/GYN Grand Rounds, St. David's Healthcare, Austin, TX, 10/18/2005

Progress and Treatment of Ovarian Cancer, MDACC Faculty Speakers Bureau, CME - University Hospital Grand Rounds, University Health Care System, Augusta, GA, 10/20/2005

Current and New Treatments for Ovarian Cancer, CME, Advocate Christ Hospital, Oak Lawn, IL, 1/12/2006

The Ethics of Clinical Trials, University of Minnesota Gynecologic Oncology Consensus Conference, University of Minnesota, Minneapolis, MN, 5/8/2006

Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life, CME-Medical Communications Media, Novato Community Hospital, Novato, CA, 5/7/2007

Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life, Grand Rounds-Medical Communications Media, University of Pittsburgh, Pittsburgh, PA, 6/5/2007

Treatment of Ovarian Cancer - 21st Century and Beyond, Grand Rounds, UC Davis Medical Center, Gynecologic Oncology, Sacramento, CA, 12/17/2008

Gynecologic Cancers: Uterine Cancer, CME: Update on Endometrial Cancer, Citizens Medical Center, Office of Continuing Medical Education, Victoria, TX, 1/11/2010

**NATIONAL CONFERENCES- INVITED/ AND OR SPEAKER**

Treatment of Ovarian Cancer, National Ovarian Cancer Coalition State Chapters Meeting, NOCC, Ft. Lauderdale, FL, 11/5/1999

Commencement speaker, East Liverpool High School, East Liverpool, OH, 6/1/2000

Gynecologic Cancers: Diagnosis, Treatment & Outcomes-Where We've Been & Where We're Going, 2nd Annual "Closing Gaps & Opening Doors Conference for Working Women, U.S. Department of Labor, Women's Bureau Region VI, Austin, TX, 10/5/2000

Talk-back Session - Moderator, Wet State Theater, Alley Theater, UT M D Anderson Cancer Center & the Stanford Foundation, Austin, TX, 5/31/2001

Interferon-g in the Management of Ovarian Cancer clinical Advisory Program, Advisory Program, InterMune Pharmaceuticals, Houston, TX, 6/21/2001

Current & New Treatments for Ovarian Cancer, Cancer in Women: A Scientific Update in Prevention, Screening and Treatment for Ovarian Cancer, NOCC, Houston, TX, 1/1/2004

Management of Gynecologic Cancer, Sanofi-Synthelabo Oncology Health Science Advisory Board Meeting, Sanofi-Synthelabo Oncology, Dallas, TX, 4/24/2004

Controversies in Ovarian Cancer, ACOG Update, Audiotaped Tele-Conference, ACOG, Houston, TX, 5/14/2004

Health issues and risk factors for Breast and Gynecologic Cancers, Hadassah Check it Out program to educate young women in Houston Independent School District, Worthing High School, Houston, TX, 2/9/2005

Screening for Gynecologic Cancers, CME Memorial Hermann Southwest Hospital, Memorial Hermann Southwest Hospital, Houston, TX, 3/8/2005

The Role of COUP-TFII in Ovarian Cancer, Arthur M. Faris, Sr., MD Resident Research Day, Baylor College of Medicine, Obstetrics and Gynecology, Houston, TX, 5/6/2005

Menopause The Musical Out Loud - Breaking the Silence on Ovarian Cancer, National Ovarian Cancer Coalition, Matrix Graphix, and Ovarian Cancer National Alliance Aging Out Loud Tour, TOC Productions Inc., www.menopausethemusical.com, National Ovarian Cancer Coalition, Stafford, TX, 3/3/2006

Progress and Treatment of Ovarian Cancer, National Ovarian Cancer Coalition, American Cancer Society, National Ovarian Cancer Coalition, American Cancer Society, Austin, TX, 3/20/2006

What you need to know - Hereditary Breast and Ovarian Cancer, UT M D Anderson Cancer Center and The San Antonio Chapter of Hadassah, San Antonio, TX, 10/26/2006

Progress and Treatment for Ovarian Cancer, UTMB - CME Grand Rounds, Galveston, TX, 2/14/2007

Moderator - Stump the Professor, 37th Annual Meeting of the Felix Rutledge Society, Houston, TX, 6/13/2007

Ovarian Cancer Advisory Panel, Physician Oncology Education Program, Ovarian Cancer Advisory Panel Meeting, Texas Medical Association, Austin, TX, 12/10/2007

Cervical Cancer Update Including the Role of Vaccines, SGO-Society of Gynecologic Oncologist, Educational Concepts Group, LLC, Oncobeat SGO: Reporting the News.Beating Cancer, San Antonio, TX, 2/8/2009

Wolf, JK. Strategies for the Management of Platinum-Resistant Ovarian Cancer, 41st Annual Meeting on Women's Cancer Society of Gynecologic Oncologist, CBCE - University of North Texas Health Science Center at Fort Worth, Center for Biomedical Continuing Education, San Francisco, CA, 3/15/2010

Ovarian Cancer, Women's Cancer Awareness Conference, Methodist Healthcare System, San Antonio, TX, 9/30/2010

Gynecologic Oncology Overview, Grand Rounds, Beaumont Hospital, Beaumont, TX, 4/17/1997 Abnormal Uterine Bleeding & Endometrial Cancer, Grand Rounds, St. Frances Cabrini Hospital, Alexandria, LA, 8/24/1999

Gynecologic Oncology Overview, Grand Rounds, Nacogdoches/San Augustine Medical Society, Nacogdoches, TX, 11/10/1999

Gene Therapy for Gynecologic Malignancies, University of Minnesota Fellowship Program, Minneapolis, MN, 12/14/1999

Gynecologic Cancers: Diagnosis, Treatment & Outcomes-Where We've Been & Where We're Going, 2nd Annual "Closing Gaps & Opening Doors Conference for Working Women, U.S. Department of Labor, Women's Bureau Region VI, Austin, TX, 10/5/2000

Gynecologic Cancers: Diagnosis, Treatment & Outcomes-Where We've Been & Where We're Going, Grand Rounds, Christus Spohn Health System Tumor Conference, Corpus Christi, TX, 9/20/2000

Talk-back Session - Moderator, Wet State Theater, Alley Theater, UT M D Anderson Cancer Center & the Stanford Foundation, Austin, TX, 5/31/2001

Interferon-g in the Management of Ovarian Cancer clinical Advisory Program, Advisory Program, InterMune Pharmaceuticals, Houston, TX, 6/21/2001

Current and New Treatment Strategies for Ovarian Cancer, CME, University of Medicine & Dentistry of New Jersey, Medical School, Newark, NJ, 3/27/2002

Ethical Delima's in Clinical Trials, John J. Molitar Lectureship, University of California, Irvine, CA,

10/30/2002

The Application of Gene Therapy for Gynecologic Malignancies, Texas Medical Center Gene Therapy Symposium, Texas Medical Center, Houston, TX, 11/11/2002

Indication for and Value of Screening for Ovarian Cancer, CME, Inova Institute of Research & Education, Fairfax, VA, 11/15/2002

Treatment of recurrent Ovarian Cancer, CME, Walter Reed Army Medical Center, Bethesda, MD, 12/4/2002

Novel Therapeutics for Endometrial Cancer, 2003 SGO Winter Meeting, Society of Gynecologic Oncologist, Breckenridge, CO, 3/7/2003

Physician Advisor for Gynecological Cancer Advisory Board, Novel Approaches to the Treatment of Gynecological Cancer, 2003 Oncology Forum, Fox Chase Cancer Center, Philadelphia, PA, 4/26/2003

Current & New Treatments for Ovarian Cancer, Cancer in Women: A Scientific Update in Prevention, Screening and Treatment for Ovarian Cancer, NOCC, Houston, TX, 1/1/2004

Management of Gynecologic Cancer, Sanofi-Synthelabo Oncology Health Science Advisory Board Meeting, Sanofi-Synthelabo Oncology, Dallas, TX, 4/24/2004

Controversies in Ovarian Cancer, ACOG Update, Audiotaped Tele-Conference, ACOG, Houston, TX, 5/14/2004

Health issues and risk factors for Breast and Gynecologic Cancers, Hadassah Check it Out program to educate young women in Houston Independent School District, Worthing High School, Houston, TX, 2/9/2005

Screening for Gynecologic Cancers, CME Memorial Hermann Southwest Hospital, Memorial Hermann Southwest Hospital, Houston, TX, 3/8/2005

The Role of COUP-TFII in Ovarian Cancer, Arthur M. Faris, Sr., MD Resident Research Day, Baylor College of Medicine, Obstetrics and Gynecology, Houston, TX, 5/6/2005

Translational Research from Bench to Bedside One Gynecologic Oncologist's Experience, Bench to Beside Symposium, NYU Medical Center, New York, NY, 5/20/2005

Progress and Treatment of Ovarian Cancer, MDACC Faculty Speakers Bureau, CME - OB/GYN Grand Rounds, St. David's Healthcare, Austin, TX, 10/18/2005

Progress and Treatment of Ovarian Cancer, MDACC Faculty Speakers Bureau, CME - University Hospital Grand Rounds, University Health Care System, Augusta, GA, 10/20/2005

Current and New Treatments for Ovarian Cancer, CME, Advocate Christ Hospital, Oak Lawn, IL, 1/12/2006

Menopause The Musical Out Loud - Breaking the Silence on Ovarian Cancer, National Ovarian Cancer Coalition, Matrix Graphix, and Ovarian Cancer National Alliance Aging Out Loud Tour, TOC Productions Inc., www.menopausethemusical.com, National Ovarian Cancer Coalition, Stafford, TX, 3/3/2006

Progress and Treatment of Ovarian Cancer, National Ovarian Cancer Coalition, American Cancer Society, National Ovarian Cancer Coalition, American Cancer Society, Austin, TX, 3/20/2006

The Ethics of Clinical Trials, University of Minnesota Gynecologic Oncology Consensus Conference, University of Minnesota, Minneapolis, MN, 5/8/2006

What you need to know - Hereditary Breast and Ovarian Cancer, UT M D Anderson Cancer Center and The San Antonio Chapter of Hadassah, San Antonio, TX, 10/26/2006

Progress and Treatment for Ovarian Cancer, UTMB - CME Grand Rounds, Galveston, TX, 2/14/2007
Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life, CME-Medical Communications Media, Novato Community Hospital, Novato, CA, 5/7/2007

Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life, Grand Rounds-Medical Communications Media, University of Pittsburgh, Pittsburgh, PA, 6/5/2007

Moderator - Stump the Professor, 37th Annual Meeting of the Felix Rutledge Society, Houston, TX, 6/13/2007

Ovarian Cancer Advisory Panel, Physician Oncology Education Program, Ovarian Cancer Advisory Panel Meeting, Texas Medical Association, Austin, TX, 12/10/2007

Lecturer: Teal Lunch for Life, "Ovarian Cancer: Top Ten Questions What you really need to know..," benefiting Blanton-Davis Ovarian Cancer Research Program, San Antonio, TX, September 10, 2008

Lecturer: E2 Communications-Opinions in Gyn Malignancies: An Interactive Forum and KOL Focus Group, Las Vegas, NV, October 18, 2008

Treatment of Ovarian Cancer - 21st Century and Beyond, Grand Rounds, UC Davis Medical Center, Gynecologic Oncology, Sacramento, CA, 12/17/2008

Lecturer: Shell Health - Shell Oil Company, Prevention and Gynecological Oncology, Houston, TX, April 6, 2009

Lecturer: Raising Ovarian Cancer Awareness to Increase Survival Rates; NOCC, Media Blitz in New York, NY, April 22-23, 2009

Speaker, Teal Lunch for Life, "Ovarian Cancer: What you need to know and how you can help..,"

benefiting Blanton-Davis Ovarian Cancer Research Program, San Antonio, TX, Sept. 9, 2009

Speaker, Key to the Cure Benefit, "Ovarian Cancer, Raise Awareness"; NOCC & Saks 5th Avenue-Austin, Austin, TX, September 17, 2009

Cervical Cancer Update Including the Role of Vaccines, SGO-Society of Gynecologic Oncologist, Educational Concepts Group, LLC, Oncobeat SGO: Reporting the News.Beating Cancer, San Antonio, TX, 2/8/2009

Gynecologic Cancers: Uterine Cancer, CME: Update on Endometrial Cancer, Citizens Medical Center, Office of Continuing Medical Education, Victoria, TX, 1/11/2010

Speaker, CME/CNE Ovarian Cancer Knowledge Video, Texas Medical Association, Ovarian Cancer Advisory Panel Meeting, Austin, TX, January 25, 2010

Wolf, JK. Strategies for the Management of Platinum-Resistant Ovarian Cancer, 41st Annual Meeting on Women's Cancer Society of Gynecologic Oncologist, CBCE - University of North Texas Health Science Center at Fort Worth, Center for Biomedical Continuing Education, San Francisco, CA, 3/15/2010

Ovarian Cancer, Women's Cancer Awareness Conference, Methodist Healthcare System, San Antonio, TX, 9/30/2010

**PROFESSIONAL MEMBERSHIPS/ACTIVITIES**
**Professional Society Activities, with Offices Held**
**National and International**

American Association of Cancer Research
**Member**, 1996−present
Felix Rutledge Society
**Member**, 1996−present
**Chairman**, Program Committee, 1999
**Co-Chairman**, Program Committee, 2007
**President**, 2008−2009
Society of Gynecologic Oncology
**Member**, 1996−present
**Member**, Program Committee, 1999
**Member**, Government Relations Committee, 2002−2011
**Co-Chair**, Government Relations Committee, 2005−2011
American Society of Clinical Oncology
**Member**, 1997−present
American College of Obstetrics and Gynecology
**Fellow**, 1999−present
Gynecologic Oncology Group
**Member,** Developmental Therapeutics Committee, 2001−2011
**Member,** Phase I Subcommittee, 2004−2011
NEOMED Alumni Board
Rootstown, OH

**Member** 2008-present

Southern Regional Professional Development Conference for Women in Medicine and Research, Take charge of Your Life: Speak Up, Stand Out, and Stay Calm
**Member**, Planning Committee, 3/2007
American Gynecological & Obstetrical Society
**Fellow**, 11/2007−present
Southwest Oncology Group (SWOG), Seattle, WA
**Member**, 11/2010−2011
**Local/State**
Houston Gynecology & Obstetrics Society, Houston, TX
**Member**, 1996
**Treasurer**, 1998−2000
**Vice President**, 2001-2002
**President-Elect**, 2002−2003
**President**, 2003−2004
**Member**, 2004−2011
Ob-Gyn Alumni Association, The University of Texas Health Science Center at San Antonio, San Antonio, TX
**Member**, 1999
American Board of Obstetrics & Gynecology, Dallas, TX
**Oral Board Examiner**, 12/2008
**Oral Examiner**, 12/2009
**Examiner**, 12/2010
**MEDIA: LOCAL AND NATIONAL**

1. News Article on Women's Health On Alert Conference: Wiley, Miryam (Townsman Correspondent) Women and hormonal health - the expert views. The Wellesley Townsman: townonline.com, April 7, 2005
2. Lecturer, Breaking the Silence on Ovarian Cancer - Diagnosis and Treatment; NOCC, State of

Disease, Teleconference in Advance of Nation's Leading Cancer Meeting, Taped in New York, NY, Televised Live Across the Nation, May 22-23, 2006

3. Lecturer, Breaking the Silence on Ovarian Cancer - Diagnosis and Treatment; NOCC Media Initiative Magazine Interview, Interviewed in New York, NY, Fitness, MEDIZine's Healthy Living, Family Circle, Prevention, Cosmopolitan, Glamour, Woman's Day, O Magazine, March 11-13, 2007

4. Lecturer, Breaking the Silence on Ovarian Cancer Campaign, NOCC Media Alert Blitz on the Consensus of Ovarian Cancer; Teleconference in Advance of Nation's Leading Cancer Meeting, Taped in Houston, Texas, Televised Live Across the Nation, June 25, 2007

5. Dr. Oz Show appearance, Birth Control Pills and Risk of Ovarian Cancer, March 2012

6. I Heart Radio, "Preview of Highlights of San Antonio Breast Cancer Society Meeting", December 2013

**COMMUNITY**

1. Founder, Sprint for Life Fun Run, Raised Well Over $3.6 Million to Date For Cancer   Research, 1998-Present

2. Foundation Event – Development Reception for Banner MD Anderson Cancer Center, November 3, 2011

3. Foundation Event – Presentation at Vi Community, Scottsdale, Arizona 02/2012

4. Banner Health Foundation Lunch - JoAnn Oreffice, Pat McKennon and Pat Carbone Tour and Lunch, March 30, 2012

5. Foundation Event – Freeport McMoRan Employee Campaign Launch, Phoenix, AZ , April 6, 2012

6. Surgery Grand Rounds, Banner Good Samaritan Hospital, Gynecologic Oncology 2012 Updates, Phoenix, AZ, March 2012

7. Foundation Event – Bill and Anne Smith Reception, Sedona, AZ  April 21, 2012

8. Foundation Event – Presentation at Vi Community, Scottsdale, Arizona 09/12/2012

9. Speaker at 4th Annual Run/Walk for Ovarian Cancer, Break the Silence, NOCC 09/23/2012

10. Speaker at Association of Physician Assistants in Oncology, 2012 Annual Conference, Scottsdale, AZ  10/13/2012

11. Obesity and Cancer, Banner Gateway Medical Center Bariatric Grand Rounds, 02/2013

12. Advanced Leadership Program for Physicians, Banner Health, 2012-2013

13. Principal-Investigator, Various Donors, UT M. D. Anderson Cancer Center, 1999-Present, $324,834

14. Selected 2013 *Top 50 Most Influential Women in Business*

**NATIONAL PROFESSIONAL LECTURES/TALKS**

Lecturer: **Strengthening Her Fight in the Battle Against Ovarian Cancer; Physicians Connect-Tibotec (Doxil) Pharmaceuticals & MediMedia**

Houston, TX, October 11, 2005
Woodlands, TX October 12, 2005
Moline, IL, October 25, 2005
Monrovia, CA, October 27, 2005
Grand Rapids, MI, December 15, 2005
Kansas City, MO, January 10, 2006
Houston, TX, October 17, 2006
Oklahoma City, OK, November 14, 2006
Woodlands, TX, April 23, 2007
Oklahoma City, OK, May 8, 2007
Houston, TX, June 12, 2007
Houston, TX, June 19, 2007
Houston, TX (MDACC), June22, 2007
Houston, TX, October 17, 2007
Houston, TX, December 5, 2007
Houston, TX, June 6, 2008
Houston, TX, May 14, 2009

Lecturer: **Latest Developments in HPV-Related Diseases and Cervical Cancer; Merck i-Med Conference**

Lubbock, TX, September 26, 2006
Dallas, TX, October 10, 2006
Tyler, TX, October 24, 2006
Harvey, LA, November 16, 2006
Beaumont, TX, November 20, 2006
Snyder, TX, November 21, 2006
Bedford, TX, January 18, 2007
Denver, CO, January 30, 2007
Houston, TX, February 13, 2007
Baytown, TX, February 20, 2007
Houston, TX, March 14, 2007
Austin, TX, March 28, 2007
Arlington, TX, May 14, 2007
Houston, TX (MDACC), May 18, 2007

Webster, TX, May 23, 2007
Woodlands, TX, June 7, 2007
Dallas, TX, June 8, 2007
Chicago, IL, July 23, 2007
Nacogdoches, TX, October 30, 2007
Houston, TX, November 11, 2007
San Antonio, TX, November 14, 2007
Dallas, TX, December 4, 2007
Dallas, TX, December 14, 2007
Grapevine, TX, February 4, 2008
SanAntonio, TX, February 18, 2008
San Angelo, TX, February 19, 2008
Nacogdoches, TX, February 28, 2008
Hutchinson, KS, May 12, 2008

Lecturer: **The Management of Cervical Cancer: Focus on Hycamtin; Advanced Communication and Education (ACE) - Glaxo Smith Klein (GSK)**

Beaumont, TX, October 30, 2006

Corpus Christi, TX, November 27, 2006

Lafayette, LA, November 28, 2006
Lake Charles, LA, April 2, 2007

Grand Rounds Speaker: **Comprehensive Management of Ovarian Cancer: Current Treatment and Maximizing Quality of Life; Medical Communications Media Bureau**

Casper, WY, September 11, 2007

Pensacola, FL, October 9, 2007

Sugarland, TX, November 9, 2007

Houston, TX, December 4, 2007

Victoria, TX, December 5, 2007

Birmingham, AL, April 1, 2008

Kansas City, MO, May 7, 2008

St. Petersburg, FL, August 21, 2008

Victoria, TX, December 3, 2008

Newport Beach, CA, December 4, 2008

Lecturer: **The Treatment of Platinum-Sensitive Advanced Ovarian Cancer; Lilly Lecturer Bureau**

Houston, TX, April 3, 2007

Harlingen, TX, 12pm & 7pm, Jan 31, 2008

McAllen, TX, March 26, 2008

Brownsville, TX, March 26, 2008

Jacksonville, FL, April 23, 2008

Houston, TX, May 5-6, 2008

Fort Worth, TX, May 14, 2008

Wichita Falls, TX, May 14, 2008

Houston, TX, May 15, 2008

San Antonio, TX, May 28, 2008

Houston, TX, June 4, 2008

San Antonio, TX, July 2, 2008

Beaumont, TX, July 23, 2008

Fort Worth, TX, August 27, 2008

Wichita Falls, TX, August 27, 2008

Indianapolis, IN, (3-talks), September 3,2008

Corpus Christi, TX, September 17, 2008

Laredo, TX, September 17, 2008

San Antonio, TX, October, 22, 2008

Temple, TX, May 22, 2009

Laredo, TX, May 27, 2009

McAllen, TX, May 28, 2009

Houston, TX, June 4, 2009

Houston, TX, June 17, 2009

Beaumont, TX, August 6, 2009

CV updated; 09/24/2014

Judith K Wolf, MD

Updated 7/6/2016

Exhibit B

"A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88. https://doi.org/10.1016/0007-0971(79)90054-8.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47. https://doi.org/10.1016/j.tiv.2010.03.002.

American Cancer Society. "Key Statistics for Ovarian Cancer," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html.

———. "What Is Ovarian Cancer?," n.d. https://www.cancer.org/cancer/ovarian-cancer/about/what-is-ovarian-cancer.html.

Anderson, Garnet L., Howard L. Judd, Andrew M. Kaunitz, David H. Barad, Shirley A. A. Beresford, Mary Pettinger, James Liu, S. Gene McNeeley, Ana Maria Lopez, and Women's Health Initiative Investigators. "Effects of Estrogen plus Progestin on Gynecologic Cancers and Associated Diagnostic Procedures: The Women's Health Initiative Randomized Trial." *JAMA* 290, no. 13 (October 1, 2003): 1739–48. https://doi.org/10.1001/jama.290.13.1739.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354, no. 1 (January 5, 2006): 34–43. https://doi.org/10.1056/NEJMoa052985.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" *Obstetrics & Gynecology* 120, no. 3 (September 2012): 612–18. https://doi.org/10.1097/AOG.0b013e318264f794.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.

Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620. https://doi.org/10.2105/AJPH.2018.304366.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015). https://doi.org/e0135739. doi:10.1371/journal. pone.0135739.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1. https://doi.org/10.1097/CEJ.0000000000000340.

———. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 27, no. 3 (2018): 248–57. https://doi.org/10.1097/CEJ.0000000000000340.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602. https://doi.org/10.1038/bjc.2011.572.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018. https://doi.org/10.1016/j.smim.2018.10.011.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378, no. 9809 (December 17, 2011): 2081–87. https://doi.org/10.1016/S0140-6736(11)61049-0.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953. https://patents.google.com/patent/US2626257A/en?q=medical+&q=dusting+powder&oq=medical+dusting+powder.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17. https://doi.org/10.1289/ehp.1003283.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294, no. 8 (August 24, 2005): 914–23. https://doi.org/10.1001/jama.294.8.914.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal*, 2017. https://doi.org/10.1155/2017/1270608.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401. https://doi.org/10.1002/(SICI)1097-0142(19970615)79:12<2396::AID-CNCR15>3.0.CO;2-M.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124, no. 6 (May 2017): 872–78. https://doi.org/10.1111/1471-0528.14543.

Chen, Lee-May, and Jonathan S Berek. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum." *UpToDate*, 2018.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,%20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and%20risk%20factors&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. "The Forkhead Transcription Factor FOXM1

Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33, no. 2 (January 2013): 227–36. https://doi.org/10.1128/MCB.00881-12.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58. https://doi.org/10.1093/nar/gkv111.

Chittenden, B. G., G. Fullerton, A. Maheshwari, and S. Bhattacharya. "Polycystic Ovary Syndrome and the Risk of Gynaecological Cancer: A Systematic Review." *Reproductive Biomedicine Online* 19, no. 3 (September 2009): 398–405.

Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67. https://doi.org/10.1093/humupd/dmq030.

Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63. https://doi.org/10.1111/j.1600-0412.2011.01114.x.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14. https://doi.org/10.1016/S0140-6736(08)60167-1.

Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42. https://doi.org/10.1016/S0140-6736(14)61687-1.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26. https://doi.org/10.1097/AOG.0000000000002296.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285, no. 18 (April 30, 2010): 13349–56. https://doi.org/10.1074/jbc.M109.074286.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54. https://doi.org/10.1080/00028896809343015.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 81, no. 3 (May 5, 1999): 351–56.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31. https://doi.org/10.1158/1055-9965.EPI-05-0035.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December 17, 2015. https://doi.org/10.1097/EDE.0000000000000434.

———. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46. https://doi.org/10.1097/EDE.0000000000000434.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501. https://doi.org/10.1097/01.AOG.0000262902.80861.a0.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76. https://doi.org/10.1002/1097-0142(19820715)50:2<372::AID-CNCR2820500235>3.0.CO;2-S.

Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96. https://doi.org/10.1038/nrclinonc.2015.105.

Curtis D. Klaassen, and John Doull. *Casarett and Doull's Toxicology : The Basic Science of Poisons.* 8th Edition. McGraw-Hill Education, 2013. https://www.ncbi.nlm.nih.gov/nlmcatalog/101586259.

Danforth, Kim N., Shelley S. Tworoger, Jonathan L. Hecht, Bernard A. Rosner, Graham A. Colditz, and Susan E. Hankinson. "Breastfeeding and Risk of Ovarian Cancer in Two Prospective

Cohorts." *Cancer Causes & Control: CCC* 18, no. 5 (June 2007): 517–23. https://doi.org/10.1007/s10552-007-0130-2.

"Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., August 16, 2018.

"Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

"Deposition of Alice M. Blount, Ph.D., Circuit Court of the City of St. Louis State of Missouri, Case No.: 1522-CC10417-01," April 13, 2018.

Devaja, Omer. *Ovarian Cancer  From Pathogenesis to Treatment*. IntechOpen, 2018.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70. https://doi.org/10.1158/1055-9965.EPI-12-0229.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

D.R. Petterson. "JNJ 000251888," April 26, 1973.

Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81. https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

———. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015). https://doi.org/10.1186/s12982-015-0037-4.

"Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018. https://www.gpo.gov/fdsys/search/pagedetails.action?collectionCode=FR&browsePath=2016%2 F12%2F12-19%5C%2F%2FConsumer+Product+Safety+Commission&isCollapsed=true&leafLevelBrowse =true&packageId=FR-2016-12-19&isDocumentResults=true&ycord=173&isDocumentResults=true&ycord=173.

Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34. https://doi.org/10.1007/s12253-015-9913-z.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S. https://doi.org/10.1177/1091581815586797.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018. https://doi.org/10.1177/1933719118759999.

Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89. https://doi.org/10.1086/301749.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73. https://doi.org/10.1038/bjc.2013.514.

Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3. https://doi.org/10.2105/AJPH.2018.304390.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97. https://doi.org/10.1016/j.rmed.2008.07.021.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

Gloyne, S. R. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17 (1935): 5–10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27, no. 8 (March 10, 2009): 1250–56. https://doi.org/10.1200/JCO.2008.16.6959.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60. https://doi.org/10.1677/ERC-08-0104.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32. https://doi.org/10.1179/2049396714Y.0000000081.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250, no. 4988 (December 21, 1990): 1684–89.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

Hannenhalli, Sridhar, and Klaus H. Kaestner. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10, no. 4 (April 2009): 233–40. https://doi.org/10.1038/nrg2523.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

Harlow, B. L., and P. A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 254–60. https://doi.org/10.1006/rtph.1995.1039.

Harlow, B. L., and N. S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, no. 2 (August 1989): 390–94.

Harper, Amy K, and Ghassan Saed. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting," In Press 2019.

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?" *Leukemia Research* 37, no. 2 (February 2013): 214–20. https://doi.org/10.1016/j.leukres.2012.10.020.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122, no. 1 (July 2013): 139–47. https://doi.org/10.1097/AOG.0b013e318291c235.

Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39. https://doi.org/10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19. https://doi.org/10.2105/AJPH.2018.304337.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral

Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36. https://doi.org/10.1080/15287390903486568.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 8 (March 10, 2015): 937–43. https://doi.org/10.1200/JCO.2014.56.3106.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29. https://doi.org/10.1097/01.cej.0000236257.03394.4a.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23. https://doi.org/10.1097/GRF.0b013e31824b4611.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC : Asbestos," 1977. https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-79/.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 58.  Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry," 1993.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 93 Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1–413.

———. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

———. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans.  Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42.  Supplement 7," 1987. https://monographs.iarc.fr/wp-content/uploads/2018/06/Suppl7.pdf.

IARC, International Agency for Research on Cancer, and World Health Organization, eds. *Carbon Black, Titanium Dioxide, and Talc*. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France : Geneva: International Agency for Research on Cancer ; Distributed by WHO Press, 2010.

"IMERYS 013188," n.d.

"IMERYS 088907 Rio Tinto Minerals HSE&EA Science Advisory Meeting." September 17, 2007.

"IMERYS 284935," n.d.

"IMERYS137677-IMERYS137690," 2004.

"IMERYS209971," 1972.

"IMERYS210136," n.d.

"IMERYS241866," n.d.

"IMERYS248877," n.d.

"IMERYS255101," n.d.

"IMERYS255224," n.d.

"IMERYS255384," n.d.

"IMERYS255394," n.d.

"IMERYS255395," n.d.

"IMERYS279884," n.d.

"IMERYS279968," n.d.

"IMERYS281335," n.d.

"IMERYS281776," n.d.

"IMERYS324700," n.d.

"IMERYS-A_0011817," n.d.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006. http://www.ncbi.nlm.nih.gov/books/NBK20332/.

Isaacs, Claudine, and Beth N Peshkin. "Management of Patients at High Risk for Breast and Ovarian Cancer." *UpToDate*, 2018.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

J. Lightfoot, G.A. Kingston, and F.D. Pooley. "An Examination of Italian Mine Samples and Relevant Powders," 1972.

Jaiswal, M., N. F. LaRusso, L. J. Burgart, and G. J. Gores. "Inflammatory Cytokines Induce DNA Damage and Inhibit DNA Repair in Cholangiocarcinoma Cells by a Nitric Oxide-Dependent Mechanism." *Cancer Research* 60, no. 1 (January 1, 2000): 184–90.

"JANSSEN-000056 P-23 (Pltf_MISC_00000321) Ortho Diaphragm Information," n.d.

Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September 1997): 1073–84. https://doi.org/10.1289/ehp.97105s51073.

———. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73.

Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogenesis*. New York: Plenum Press, 1991.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13. https://doi.org/10.1136/jmedgenet-2013-102015.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018). https://doi.org/10.1038/s41598-018-30261-8.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

"JNJ000000704 P-396," n.d.

"JNJ000011150," n.d.

"JNJ000016645," n.d.

"JNJ000019415," n.d.

"JNJ000025132," 1976.

"JNJ000025132," n.d.

"JNJ000026987," n.d.

"JNJ000046293," n.d.

"JNJ000245678," n.d.

"JNJ000245762," n.d.

"JNJ000251888," n.d.

"JNJ000260700," n.d.

"JNJ000261010," n.d.

"JNJ000265536," n.d.

"JNJ000279507," n.d.

"JNJ000348778," n.d.

"JNJ000404860," n.d.

"JNJ000460665," n.d.

"JNJ000526750," n.d.

John M. DeSesso. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Jordan, SJ, KL Cushing-Haugen, KG Wicklund, JA Doherty, and MA Rossing. "Breast Feeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control : CCC* 23, no. 6 (June 2012): 919–27. https://doi.org/10.1007/s10552-012-9963-4.

Jordan, Susan J., Victor Siskind, Adèle C Green, David C. Whiteman, and Penelope M. Webb. "Breastfeeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 21, no. 1 (January 2010): 109–16. https://doi.org/10.1007/s10552-009-9440-x.

Jordan, Susan J., David C. Whiteman, David M. Purdie, Adèle C. Green, and Penelope M. Webb. "Does Smoking Increase Risk of Ovarian Cancer? A Systematic Review." *Gynecologic Oncology* 103, no. 3 (December 2006): 1122–29. https://doi.org/10.1016/j.ygyno.2006.08.012.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, no. 6 (December 1992): 443–49. https://doi.org/10.1002/jat.2550120614.

13

Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75. https://doi.org/10.1158/1055-9965.EPI-09-1221.

Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13. https://doi.org/10.1166/jbn.2011.1227.

King, HM. "Talc: The Softest Mineral.," n.d. https://geology.com/minerals/talc.shtml.

King, Talmadge. "Asbestos-Related Pleuropulmonary Disease." Edited by Kevin Flaherty. *UpToDate*, 2018.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Klampfer, Lidija. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets* 11, no. 4 (May 2011): 451–64.

Knudson, A. G. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68, no. 4 (April 1971): 820–23.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurman, Robert J., and Ie-Ming Shih. "Molecular Pathogenesis and Extraovarian Origin of Epithelial Ovarian Cancer. Shifting the Paradigm." *Human Pathology* 42, no. 7 (July 2011): 918–31. https://doi.org/10.1016/j.humpath.2011.03.003.

———. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186, no. 4 (April 1, 2016): 733–47. https://doi.org/10.1016/j.ajpath.2015.11.011.

———. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility

Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

La Vecchia. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (2017): 55–62.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7. https://doi.org/10.1016/j.ygyno.2014.09.009.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005. https://doi.org/10.1200/JCO.2006.07.9970.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, no. 1 (January 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26, no. 32 (November 10, 2008): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15. https://doi.org/10.1038/sj.bjc.6603535.

Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." *The Lancet. Oncology* 12, no. 9 (September 2011): 900–904. https://doi.org/10.1016/S1470-2045(11)70165-6.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19. https://doi.org/10.1097/EDE.0b013e3182456ad3.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

"Longo - Feb 2018 MAS Report," 2018.

Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

Longo, William E., and Mark W. Rigler. "Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos," August 2, 2017.

Longo, William E., and Rigler, Mark W. "MAS Project #14-1683, Analysis of William E. Longo, PhD and Mark W. Rigler, PhD," April 28, 2017.

———. "TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos," February 16, 2018.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Luan, Nan-Nan, Qi-Jun Wu, Ting-Ting Gong, Emily Vogtmann, Yong-Lai Wang, and Bei Lin. "Breastfeeding and Ovarian Cancer Risk: A Meta-Analysis of Epidemiologic Studies1234." *The American Journal of Clinical Nutrition* 98, no. 4 (October 2013): 1020–31. https://doi.org/10.3945/ajcn.113.062794.

Lundin, Eva, Laure Dossus, Tess Clendenen, Vittorio Krogh, Kjell Grankvist, Marianne Wulff, Sabina Sieri, et al. "C-Reactive Protein and Ovarian Cancer: A Prospective Study Nested in Three Cohorts (Sweden, USA, Italy)." *Cancer Causes & Control: CCC* 20, no. 7 (September 2009): 1151–59. https://doi.org/10.1007/s10552-009-9330-2.

Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94. https://doi.org/10.1111/aogs.12516.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70. https://doi.org/10.1136/oem.2007.032847.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung Adenocarcinoma and Malignant Mesothelioma Detected by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35. https://doi.org/10.1007/s00408-015-9814-7.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018. https://doi.org/10.1016/j.hoc.2018.07.002.

16

Mannino, David M. "Cigarette Smoking and Other Possible Risk Factors for Lung Cancer." *UpToDate*, 2018.

McCullough, Marie. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

———. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50. https://doi.org/10.1016/j.bbadis.2007.12.005.

McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52. https://doi.org/10.21037/jtd.2017.10.41.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76. https://doi.org/10.1002/ijc.23017.

Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64. https://doi.org/10.1002/ijc.20434.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17. https://doi.org/10.1093/annonc/mdq660.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41. https://doi.org/10.5487/TR.2011.27.3.137.

Moorman, Patricia G. "Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," February 2018.

Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606. https://doi.org/10.1093/aje/kwp176.

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control : CCC* 23, no. 11 (November 2012): 1839–52. https://doi.org/10.1007/s10552-012-0063-2.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018. https://seer.cancer.gov/statfacts/html/ovary.html.

"National Toxicology Program (NTP) Technical Report (NTP TR 421) on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F1 Mice." National Institutes of Health, 1993.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88. https://doi.org/10.1038/sj.onc.1205804.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67. https://doi.org/10.1093/jnci/91.17.1459.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

Ness, Roberta B., Daniel W. Cramer, Marc T. Goodman, Susanne Krüger Kjaer, Kathy Mallin, Berit Jul Mosgaard, David M. Purdie, Harvey A. Risch, Ronald Vergona, and Anna H. Wu. "Infertility, Fertility Drugs, and Ovarian Cancer: A Pooled Analysis of Case-Control Studies." *American Journal of Epidemiology* 155, no. 3 (February 1, 2002): 217–24.

Neutra, Raymond Richard, Carl F. Cranor, and David Gee. "The Use and Misuse of Bradford Hill in U.S. Tort Law." *Jurimetrics J.*, 2018, 127–62.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12, no. 4 (April 2015): 239–45. https://doi.org/10.1038/nrclinonc.2015.26.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

———. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSH 2011 Current Intelligence Bulletin No. 62," 2011.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6." Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

"NIOSHTIC-2 Publications Search - 00106056 - Fiber .Pdf," n.d.

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90. https://doi.org/10.1001/jamaoncol.2015.5495.

NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72. https://doi.org/10.1002/ijc.23125.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018. https://doi.org/10.1007/s10552-018-1082-4.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361, no. 9375 (June 21, 2003): 2099–2106.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

*Pathology of Asbestos-Associated Diseases*, 2011. http://www.springer.com/medicine/pathology/book/978-1-4419-1894-9.

"PCPC_MDL00062175," May 25, 1999.

Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94. https://doi.org/10.1016/S1470-2045(11)70404-1.

Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

Pelling, D., and J. G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 5 (May 1986): 425–30.

Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

———. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

"Pltf_MISC_00000272 (JANSSEN-000001-19)," 1962.

Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

Pott, R., and K. H. Friedrichs. "Tumors in Rats Following i.p. Injection of Fiberform Dusts." *Naturwissenschaften* 59 (n.d.): 318–24.

Prat, Jaime, and FIGO Committee on Gynecologic Oncology. "Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum." *Cancer* 121, no. 19 (October 1, 2015): 3452–54. https://doi.org/10.1002/cncr.29524.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702. https://doi.org/10.1002/humu.22025.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116, no. 1 (January 2010): 10–14. https://doi.org/10.1016/j.ygyno.2009.10.043.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1, no. 1 (2009): 29–43. https://doi.org/10.4255/mcpharmacol.09.05.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61. https://doi.org/10.1001/jama.2014.5985.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95. https://doi.org/10.1158/1055-9965.EPI-10-1302.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32. https://doi.org/10.20892/j.issn.2095-3941.2016.0084.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3. https://doi.org/10.1016/j.fertnstert.2014.03.041.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92. https://doi.org/10.1002/ijc.26337.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. "Tremolite and Mesothelioma." *Annals of Occupational Hygiene* 46, no. 5 (July 1, 2002): 447–53. https://doi.org/10.1093/annhyg/mef056.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84. https://doi.org/10.1080/15287397609529432.

Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. 1st ed. Accessed August 21, 2018. https://www.wiley.com/en-us/Cancer+Prevention+and+Screening%3A+Concepts%2C+Principles+and+Controversies-p-9781118990872.

Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42. https://doi.org/10.1007/s10552-011-9746-3.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75. https://doi.org/10.1016/j.ygyno.2017.12.018.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

Schenken, Robert S. "Endometriosis: Pathogenesis, Clinical Features, and Diagnosis." *UpToDate*, 2018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

"SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site," April 2018. https://Seer.cancer.gov/csr/1975_2015/.

Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141, no. 2 (2016): 195–98. https://doi.org/10.1016/j.ygyno.2015.10.022.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95. https://doi.org/10.1093/humrep/deh156.

Soini, Tuuli, Ritva Hurskainen, Seija Grénman, Johanna Mäenpää, Jorma Paavonen, and Eero Pukkala. "Cancer Risk in Women Using the Levonorgestrel-Releasing Intrauterine System in Finland." *Obstetrics and Gynecology* 124, no. 2 Pt 1 (August 2014): 292–99. https://doi.org/10.1097/AOG.0000000000000356.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018. https://doi.org/10.1002/path.5145.

Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

Starman, Daniel H., Leslie A. Litzky, and Larry R. Kaiser. "Epidemiology of Malignant Pleural Mesothelioma." *UpToDate*, 2018.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018. https://doi.org/10.1016/j.toxlet.2018.08.011.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49. https://doi.org/10.1016/j.toxlet.2014.03.005.

Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64. https://doi.org/10.1016/j.ygyno.2012.10.023.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16. https://doi.org/10.1016/j.canep.2018.05.011.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

"Talc." *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans* 42 (1987): 185–224.

Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 13 (May 1, 2015): 1460–66. https://doi.org/10.1200/JCO.2014.55.9898.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7, no. 2 (February 1998): 195–202.

Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952. https://patents.google.com/patent/US2621333/en.

Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96. https://doi.org/10.3322/caac.21456.

Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70. https://doi.org/10.1158/1055-9965.EPI-16-0476.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian

Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304. https://doi.org/10.1016/j.ygyno.2014.08.025.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National Cancer Institute*, May 31, 2018. https://doi.org/10.1093/jnci/djy100.

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019). https://doi.org/10.1093/jnci/djy100.

Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42. https://doi.org/10.1038/bjc.2011.371.

Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84. https://doi.org/10.1007/s10552-011-9782-z.

Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901. https://doi.org/10.1093/aje/kwm157.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." - 600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67. https://doi.org/10.1186/1477-7827-1-67.

VanOrden, D. "Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations 'Talc (Containing Asbestiform Fibers)'. 4 December 2000., National Toxicology Program.," November 22, 2000.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-

Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96, no. 22 (November 17, 2004): 1682–91. https://doi.org/10.1093/jnci/djh323.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59. https://doi.org/10.1016/j.ygyno.2010.03.009.

Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017): https://doi.org/DOI 10.1186/s12982-017-0061-7.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50. https://doi.org/10.1097/AOG.0b013e318212fcb7.

Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138. https://doi.org/10.3390/ijerph13111138.

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14, no. 10 (October 2013): 703–18. https://doi.org/10.1038/nrg3539.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April 1986): 329–38.

Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" *Chest* 111, no. 5 (May 1997): 1414–16.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98. https://doi.org/10.1200/JCO.2016.66.8178.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77. https://doi.org/10.1093/jnci/92.14.1172.

Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15. https://doi.org/10.5271/sjweh.3462.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 93, no. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, no. 7 (July 1, 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100. https://doi.org/10.1158/1055-9965.EPI-15-0023.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International*

*Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15. https://doi.org/10.1002/ijc.24091.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490. https://doi.org/10.1038/s41467-018-05467-z.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512 (2009): 15–28. https://doi.org/10.1007/978-1-60327-530-9_2.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December 15, 2006): 11565.

"You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20. https://doi.org/10.1196/annals.1389.032.

Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65. https://doi.org/10.1038/nature24060.

# Exhibit 14

Judith K. Wolf, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY

IN RE:  JOHNSON &          :
JOHNSON TALCUM POWDER       :
PRODUCTS MARKETING,         :
SALES PRACTICES, AND        :
PRODUCTS LIABILITY          :   CASE NO. 16-2738
LITIGATION                  :     (FLW) (LHG)
                            :
THIS DOCUMENT RELATES       :
TO ALL CASES                :
                            :
MDL Docket No. 2738         :

                   -   -   -

             Monday, January 7, 2019

                   -   -   -


             Videotaped Oral Deposition of

        JUDITH K. WOLF, M.D. taken pursuant to

        notice, was held at the Hilton Austin, 500

        East 4th Street, Austin, Texas, beginning at

        9:08 a.m., on the above date, before Micheal

        A. Johnson, Registered Diplomate Reporter,

        Certified Realtime Reporter, and Notary

        Public for the State of Texas.

                   -   -   -

Judith K. Wolf, M.D.

## Page 2

```
 1   A P P E A R A N C E S:
 2   BEASLEY ALLEN, PC
     BY:  P. LEIGH O'DELL, ESQUIRE
 3     leigh.odell@beasleyallen.com
       Margaret M. Thompson, ESQUIRE
 4     margaret.thompson@beasleyallen.com
     218 Commerce Street
 5   Montgomery, Alabama 36104
     (334) 269-2343
 6   Counsel for Plaintiffs' Steering
     Committee
 7
 8   ROBINSON CALCAGNIE, INC.
     BY:  CYNTHIA L. GARBER, ESQUIRE
 9     cgarber@robinsonfirm.com
     19 Corporate Plaza Drive
10   Newport Beach, California 92660
     (949) 720-1288
11   Counsel for Plaintiffs' Steering
     Committee
12
13   BLOOD HURST & O'REARDON LLP
     BY:  PAULA R. BROWN, ESQUIRE
14     pbrown@bholaw.com
     501 West Broadway, Suite 1490
15   San Diego, California 92101
     (619) 338-1100
16   Counsel for Plaintiffs' Steering
     Committee
17
18   WEIL, GOTSHAL & MANGES LLP
     BY:  ALLISON M. BROWN, ESQUIRE
19     allison.brown@weil.com
     17 Hulfish Street, Suite 201
20   Princeton, New Jersey 08542-3792
     (609) 986-1104
21   Counsel for Johnson & Johnson entities
22
23
24
```

## Page 3

```
 1   A P P E A R A N C E S:
 2   WEIL, GOTSHAL & MANGES LLP
     BY:  ALEXIS KELLERT, ESQUIRE
 3     alexis.kellert@weil.com
     767 Fifth Avenue
 4   New York, New York 10153-0119
     (212) 310-8468
 5   Counsel for Johnson & Johnson entities
 6
 7   DRINKER BIDDLE & REATH, LLP
     BY:  KATHERINE MCBETH, ESQUIRE
 8     katherine.mcbeth@dbr.com
     One Logan Square, Suite 2000
 9   Philadelphia, Pennsylvania 19103-6996
     (215) 988-2706
10   Counsel for Johnson & Johnson entities
11   GORDON REES SCULLY MANSUKHANI LLP
     BY:  MICHAEL R. KLATT, ESQUIRE
12     mklatt@gordonrees.com
     816 Congress Avenue, Suite 1510
13   Austin, Texas 78701
     (512) 391-0197
14   Counsel for Imerys Talc America
15
16   COUGHLIN DUFFY LLP
     BY:  MARK K. SILVER, ESQUIRE
17     msilver@coughlinduffy.com
     350 Mount Kemble Avenue
18   Morristown, New Jersey 07962
     (973) 267-0058
     Counsel for Imerys Talc America
19
20   TUCKER ELLIS LLP
     BY:  TARIQ M. NAEEM, ESQUIRE
21     tariq.naeem@tuckerellis.com
     950 Main Avenue, Suite 1100
22   Cleveland, Ohio 44113-7213
     (216) 696-3675
23   Counsel for Pharmatech ("PTI")
24
```

## Page 4

```
 1   A P P E A R A N C E S:
 2   SEYFARTH SHAW, LLP
     BY:  RENEE B. APPEL, ESQUIRE
 3     rappel@seyfarth.com
     975 F Street, N.W.
 4   Washington, D.C. 20004-1454
     (202) 463-2400
 5   Counsel for Personal Care Products
 6
 7   V I D E O G R A P H E R:
 8   Shane Ramirez,
 9   Golkow Litigation Services

10             - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

## Page 5

```
 1            INDEX
           JUDITH K. WOLF, M.D.
 2          January 7, 2019
 3
 4   APPEARANCES                2
 5   PROCEEDINGS                9
 6
     EXAMINATION OF JUDITH K. WOLF, M.D.:
 7
 8     BY MS. BROWN        9
 9     BY MR. KLATT        388
10     BY MS. O'DELL       446
11     BY MS. BROWN        461
12     BY MR. KLATT        470
13     BY MS. O'DELL       482
14     BY MS. BROWN        482
15
16   CERTIFICATE               485
17   ACKNOWLEDGMENT OF DEPONENT      486
18   ERRATA                    487
     LAWYER'S NOTES            488
19
20
21
22
23
24
```

2 (Pages 2 to 5)

Judith K. Wolf, M.D.

Page 6

```
 1              DEPOSITION EXHIBITS
 2              JUDITH K. WOLF, M.D.
 3                 January 7, 2019

    NUMBER        DESCRIPTION      MARKED
 4
    Exhibit 1   Notice of Oral and        11
 5                Videotaped Deposition of
                  Judith Wolf and Duces
 6                Tecum
 7  Exhibit 2   Reprint from UpToDate,     12
                  Evidence-based medicine
 8
    Exhibit 3   IARC Monographs on the     31
 9                Evaluation of
                  Carcinogenic Risks to
10                Humans, Preamble
11  Exhibit 4   Reproductive Sciences,     35
                  Original Manuscripts
12
    Exhibit 5   Invoices for TALC MDL      36
13
    Exhibit 6   Curriculum Vitae           52
14
    Exhibit 7   Rule 26 Expert Report of   66
15                Judith Wolf, MD
16  Exhibit 8   Rule 26 Expert Report of  100
                  Ellen Blair Smith, MD
17
    Exhibit 9   FDA.gov, Ingredients,     128
18                Talc
19  Exhibit 10  Excerpt from Arsenic,     157
                  Metals, Fibres, and
20                Dusts, IARC Monographs
                  on the Evaluation of
21                Carcinogenic Risks to
                  Humans
22
23
24
```

Page 7

```
 1              DEPOSITION EXHIBITS
 2              JUDITH K. WOLF, M.D.
 3                 January 7, 2019

    NUMBER        DESCRIPTION      MARKED
 4
    Exhibit 11  The Association Between    198
 5                Talc Use and Ovarian
                  Cancer, A Retrospective
 6                Case-Control Study in
                  Two US States
 7
    Exhibit 12  The relationship between  213
 8                perineal cosmetic talc
                  usage and ovarian talc
 9                particle burden, by
                  Debra S. Heller, MD, et
10                al.
11  Exhibit 13  IARC Monographs on the    224
                  Evaluation of
12                Carcinogenic Risks to
                  Humans, Volume 93,
13                Carbon Black, Titanium
                  Dioxide, and Talc
14
    Exhibit 14  April 1, 2014, Letter,    233
15                Steven Musser to Samuel
                  Epstein
16
    Exhibit 15  American Association for   238
17                Cancer Research,
                  Research Article,
18                Association between Body
                  Powder Use and Ovarian
19                Cancer: The African
                  American Cancer
20                Epidemiology Study
                  (AACES)
21
    Exhibit 16  Perineal Talc Use and     245
22                Ovarian Cancer, A
                  Systematic Review and
23                Meta-Analysis
24
```

Page 8

```
 1              DEPOSITION EXHIBITS
 2              JUDITH K. WOLF, M.D.
 3                 January 7, 2019

    NUMBER        DESCRIPTION      MARKED
 4
    Exhibit 17  Genital use of talc and   247
 5                risk of ovarian cancer:
                  A meta-analysis, by Wera
 6                Berge, et al.
 7  Exhibit 18  Ovarian, Fallopian Tube,  272
                  and Primary Peritoneal
 8                Cancer Prevention (PDQ)
                  - Health Professional
 9                Version
10  Exhibit 19  African-Americans and     294
                  Hispanics Remain at
11                Lower Risk of Ovarian
                  Cancer Than Non-Hispanic
12                Whites after Considering
                  Nongenetic Risk Factors
13                and Oophorectomy Rates,
                  by Anna Wu, et al.
14
    Exhibit 20  The Future of Ovarian     350
15                Cancer Diagnosis Is Now
                  - Through These 4
16                Strategies
17  Exhibit 21  How to find the best      353
                  doctor for ovarian
18                cancer, by Judy Wolf
19  Exhibit 22  Arsenic, Metals, Fibres,  427
                  and Dusts, IARC
20                Monographs on the
                  Evaluation of
21                Carcinogenic Risks to
                  Humans
22
23
24
```

Page 9

```
 1              PROCEEDINGS
 2         THE VIDEOGRAPHER:  Here begins
 3  the deposition of Dr. Judy Wolf.
 4  Today's date is January 7th, 2019.
 5  The time is 9:08 a.m.
 6         Will the court reporter please
 7  swear in the witness.
 8         JUDITH K. WOLF, M.D.,
 9  called as a witness, having been duly sworn
10  by a Notary Public, was examined and
11  testified as follows:
12              EXAMINATION
13  BY MS. BROWN:
14     Q.    Good morning, Dr. Wolf.
15     A.    Good morning.
16     Q.    My name is Ally Brown and I
17  represent Johnson & Johnson, and I'll start
18  with some questions for you here today.
19  Okay?
20     A.    Okay.
21     Q.    Have you ever been deposed
22  before?
23     A.    One time.
24     Q.    And when was that?
```

3 (Pages 6 to 9)

Judith K. Wolf, M.D.

Page 10

1      A.    That was -- I want to say, was
2   nearly three years ago.  It was a wrongful
3   termination case at a hospital I used to
4   work.
5      Q.    And were you the plaintiff in
6   that case?
7      A.    No.
8      Q.    Okay.  Were you a witness in
9   that case?
10      A.    A witness.
11      Q.    Okay.  And you're probably
12   familiar with some of the rules of a
13   deposition, having done this not too long
14   ago, but I'll just remind you a little bit.
15      A.    Okay.
16      Q.    We'll try and talk one at a
17   time, so that the court reporter can get down
18   all of my questions and all of your answers.
19   Do you understand that you are under oath
20   here today same as if you were in a court of
21   law?
22      A.    Yes.
23      Q.    Okay.  If you don't understand
24   one of my questions, will you let me know?

Page 11

1      A.    Yes.
2      Q.    And if you go ahead and answer
3   them, is it fair to assume you understood
4   what I was asking?
5      A.    Yes.
6      Q.    Okay.  We'll take breaks
7   throughout the day.  It's not a marathon, so
8   just let me know if you need a break and
9   we'll be happy to accommodate you.  Okay?
10      A.    Okay.
11      Q.    I'm handing you, Dr. Wolf, what
12   we have marked as Exhibit 1 to your
13   deposition, which is the notice of your
14   deposition.
15          (Deposition Exhibit 1 marked
16      for identification.)
17   BY MS. BROWN:
18      Q.    Have you seen this document
19   before?
20      A.    Yes.
21      Q.    Okay.  And when was that?
22      A.    I saw it several days ago.  I
23   can't remember exactly when.
24      Q.    Okay.  And prior to starting

Page 12

1   today, you were -- the attorney representing
2   plaintiffs provided me with a number of
3   documents in request to this notice that I'd
4   like to mark and ask you about.
5      A.    Okay.
6      Q.    And so the first one we'll mark
7   as Exhibit 2 to your deposition.
8          (Deposition Exhibit 2 marked
9      for identification.)
10   BY MS. BROWN:
11      Q.    Which is an UpToDate printout
12   from January 5th, 2019.
13      A.    Yes.
14      Q.    We only have one copy, so let
15   me hand it to you and ask you to describe
16   what Exhibit 2 is.
17      A.    This is an article from
18   UpToDate that describes what evidence-based
19   medicine is, which is -- I provided because
20   this is how I reviewed the subject and how I
21   review any subject when I'm looking to treat
22   a patient or taking care of a patient or
23   working on a research project, and I thought
24   that this was a good outline and description

Page 13

1   of what I do.
2      Q.    Do you consider UpToDate to be
3   a reliable source in your field?
4      A.    I think it's a --
5          MS. O'DELL:  Object to form.
6      A.    I believe it's a good starting
7   place.  If I read something on UpToDate and I
8   want something more in depth, the first thing
9   I usually do is go to the references and look
10   at those.  If -- and if I want more
11   information and there's an UpToDate, I'll do
12   a general PubMed literature search to find
13   other articles.
14   BY MS. BROWN:
15      Q.    As part of your methodology in
16   your report that we're here to talk about
17   today in the MDL, did you employ the
18   evidence-based medicine approach described in
19   Exhibit 2?
20      A.    Yes.
21      Q.    And describe that for us
22   briefly, if you would.
23      A.    So first is formulating a
24   question and the question is, does talcum

4 (Pages 10 to 13)

Judith K. Wolf, M.D.

Page 14

1    powder product cause ovarian cancer?  And
2    then the next part is finding the available
3    evidence, which is, for me, looking at the
4    literature that I had at my house to start,
5    going on PubMed and searching literature,
6    looking at references from those, going --
7    finding more literature from the references
8    that I pulled.  Some references were provided
9    by the attorneys, some other information that
10   I asked for, they provided.  And so trying to
11   go through as many sources as I could find,
12   to find as much information about the topic
13   that I could find, both in human studies and
14   in vitro studies and in animal studies.
15        Q.    And so if I understand your
16   methodology, it was first formulating a
17   question?
18        A.    Yes.
19        Q.    Is that right?  And the
20   question at issue as it relates to this MDL
21   report was, does genital application of
22   talcum powder cause cancer; is that right?
23        A.    Does genital -- does talcum
24   powder product cause ovarian cancer.

Page 15

1        Q.    That's the question that you
2    endeavored to answer in your report?
3        A.    Yes.
4        Q.    Is that right?
5        A.    Yes.
6        Q.    And when you say talcum -- does
7    talcum powder cause ovarian cancer, do you
8    have a particular product in mind?
9        A.    I'm thinking about talcum
10   powder product in general.
11        Q.    And how do you define a "talcum
12   powder product"?
13        A.    Anything that comes in a powder
14   form that people might apply to their body or
15   someone else's body.
16        Q.    What about deodorizing sprays
17   that contain talcum powder?  Do you include
18   that in your definition?
19        A.    I would include that in my
20   definition.
21        Q.    Okay.  What about soaps that
22   contain talcum powder?  Would you include
23   that in your definition as well?
24        A.    I hadn't thought about that,

Page 16

1    but if there's talcum powder in them, yes.
2        Q.    Okay.  What about tampons or
3    other feminine products that contain talcum
4    powder?  Are you including that in your
5    definition of a "talcum powder product"?
6        A.    Again, I haven't really thought
7    about tampons as containing talcum powder as
8    a possibility, so I would say I hadn't
9    considered that.
10        Q.    Okay.  What about talc-dusted
11   condoms?  Are you including that in your
12   definition of a "talcum powder product"?
13        A.    I am, but my understanding is,
14   that since the '90s, that practice has
15   stopped because of concerns.
16        Q.    And tell me what you're relying
17   on for that understanding.
18        A.    I have a reference in my
19   report.  I have to look up the name of the
20   author.
21        Q.    Okay.  And the reference in
22   your report is actually to an internal PCP
23   document.  Is that what you're relying on for
24   your understanding that condoms no longer

Page 17

1    contain talcum powder?
2        A.    No.  Well, can I look at my
3    report for a second?
4        Q.    Absolutely.
5             (Witness reviews document.)
6        A.    There are actually references
7    above the PCP report, talking about concerns
8    of ovarian cancer and talc on condoms, Kang,
9    Griffin and Ellis, Casper and Chandler.
10   BY MS. BROWN:
11        Q.    And for the record, Doctor,
12   what page are you on?
13        A.    I'm on page 5.
14        Q.    Okay.  And your understanding
15   that condoms no longer are dusted with talc
16   comes from Kang, Griffin and Ellis 1992, and
17   Casper and Chandler 1995, as well as an
18   internal PCPC document and McCullough in
19   1996; is that right?
20        A.    My understanding that there was
21   concern about talcum powder on condoms is
22   from the Kang, the Griffin and the Casper
23   articles, and then my understanding about
24   stopping dust in condoms was from the PCP

5 (Pages 14 to 17)

Judith K. Wolf, M.D.

Page 18

```
 1   document and the McCullough document.
 2       Q.    Have you reviewed the
 3   epidemiology as it relates to whether or not
 4   there is an increased risk for ovarian cancer
 5   as a result of talc-dusted condoms?
 6           MS. O'DELL:  Object to the
 7       form.
 8       A.    The papers, the Kang, the
 9   Griffin and the Casper paper, that's part of
10   what they were looking at.
11   BY MS. BROWN:
12       Q.    And are you familiar with what
13   the conclusion of the body of studies looking
14   at talc-dusted condoms in ovarian cancer
15   conclude?
16           MS. O'DELL:  Dr. Wolf, if
17       you -- you have your records here.  If
18       you'd like to look at them, you're
19       certainly welcome to do that.
20           THE WITNESS:  Let me get that.
21   BY MS. BROWN:
22       Q.    Doctor, if you would, just
23   identify the document you're looking at for
24   us on the record.
```

Page 19

```
 1       A.    So I'm looking at the Kang,
 2   Griffin and Ellis paper right now.
 3       Q.    Okay.  Great.
 4           (Witness reviews document.)
 5       A.    Now I'm looking at the Casper
 6   paper.
 7   BY MS. BROWN:
 8       Q.    And before we move the -- move
 9   from the Kang paper, Doctor, is there
10   anything in the Kang paper that informs your
11   view about whether or not there's an
12   increased risk of ovarian cancer with
13   talc-dusted condoms?
14       A.    This paper is just looking at
15   the pathologic changes from talc powder on
16   gloves or condoms and is looking at
17   pathologic changes in the intraabdominal
18   cavity.  It doesn't specifically look at the
19   risk of ovarian cancer.
20           Multiple other papers, both
21   prior and subsequent to this, though,
22   indicate that inflammation is an important
23   part in the development of ovarian cancer,
24   and so it does -- this paper does not
```

Page 20

```
 1   directly talk about ovarian cancer, but the
 2   fact that the powder causes inflammation
 3   would lead me to be concerned about that.
 4       Q.    Okay.  And we're going to talk
 5   about inflammation.  But you cited this Kang
 6   paper for the proposition that concerns were
 7   raised in the medical literature regarding
 8   ovarian cancer for talc being used on
 9   condoms.  Does this paper speak to that in
10   your mind, Doctor?
11           MS. O'DELL:  Object to the
12       form, asked and answered.
13       A.    It specifically talks about
14   inflammation from this, which inflammation is
15   related to ovarian cancer.
16   BY MS. BROWN:
17       Q.    Is it your understanding,
18   Doctor, that all inflammation leads to
19   ovarian cancer?
20       A.    It's my understanding, from
21   reviewing the literature and my own knowledge
22   from practicing GYN oncology and doing the
23   research in it over the years, is that it's
24   more the concern of chronic inflammation
```

Page 21

```
 1   versus acute inflammation.
 2           When I look at the pathology of
 3   ovarian tumors, sometimes we see a lot of
 4   chronic, sometimes we see a mix of chronic
 5   and acute inflammation, sometimes you don't
 6   see inflammation.  That doesn't mean it's not
 7   there; it just means it's not there in the
 8   slide that you're looking at.  But in
 9   general, more concern about chronic
10   inflammation.
11       Q.    Because, Doctor, you would
12   agree, that you can certainly have
13   inflammation that does not cause cancer,
14   right?
15           MS. O'DELL:  Object to the
16       form.
17       A.    Inflammation itself doesn't
18   always cause cancer.  However, inflammation
19   has been correlated with the development of
20   ovarian cancer in multiple studies, and since
21   the '30s, it's been suggested in the
22   implication of all cancers -- or many cancers
23   anyway.  I'll stop there.
24
```

6 (Pages 18 to 21)

Judith K. Wolf, M.D.

Page 22

1  BY MS. BROWN:
2      Q.    Would you agree, Doctor, that
3  the inflammation that was being caused by
4  powders on surgical gloves was not
5  inflammation that was -- was suspected of
6  leading to cancer?
7          MS. O'DELL:  Object to the
8      form.
9      A.    I can't -- I don't know that I
10 can say that, because if there's deposits of
11 talc from the surgical gloves into the
12 abdominal cavity and it stays there because
13 it's not dissolved, that can lead to chronic
14 inflammation.
15 BY MS. BROWN:
16     Q.    Do you have any -- can you cite
17 any evidence in the medical literature of
18 talc from surgical gloves causing a
19 procancerous inflammatory response?
20         MS. O'DELL:  Object to the
21     form.
22     A.    Can you define for me what you
23 mean by a "procancer inflammatory response"?
24 BY MS. BROWN:

Page 23

1      Q.    Sure.  Can you cite us any
2  evidence in the medical literature that talc
3  from surgical gloves led to chronic
4  inflammation that caused cancer.
5          MS. O'DELL:  Object to the
6      form.
7      A.    I can cite literature that talc
8  from surgical gloves causes inflammation and
9  there is the concern that it leads to cancer.
10 BY MS. BROWN:
11     Q.    Okay.  And for the proposition,
12 the second part of what you're testifying
13 about, the concern that surgical gloves were
14 causing, not just granulomas or adhesions or
15 foreign body reactions, but cancer, but what
16 literature are you relying on for that
17 proposition?
18         MS. O'DELL:  Object to the
19     form.  Excuse me just for a minute.
20     Micheal, would you make the screen --
21     I don't know how that --
22         THE WITNESS:  So I can see it.
23         MS. O'DELL:  Yes.
24

Page 24

1  BY MS. BROWN:
2      Q.    Just for the record, Doctor,
3  the lawyer for the plaintiffs has asked that
4  you be able to look at the transcript of my
5  questions and your answers, to assist you
6  with your testimony under oath here today; is
7  that right?
8          MS. O'DELL:  No, actually,
9      she's -- she's had it there, not to
10     assist her, but just to make sure
11     she's read the -- understood the
12     question correctly.  I'll put it that
13     way.  You can answer.
14 BY MS. BROWN:
15     Q.    Just for the record, you'll be
16 looking at the realtime questions and answers
17 and testifying here today; is that right?
18     A.    That's my understanding, yes.
19         So now I'm going to have to ask
20 you to repeat the question.
21     Q.    Fair enough, Doctor.  We were
22 talking a little bit about talcum powder on
23 surgical gloves.  Do you remember that?
24     A.    Yes.

Page 25

1      Q.    And is it your opinion that
2  talcum powder that was used on surgical
3  gloves could lead to cancer?
4      A.    It's my opinion that talcum
5  powder generally has a concern for
6  carcinogenesis, and because it was known to
7  cause inflammation in adhesions, it has been
8  removed from surgical gloves and from
9  condoms.
10     Q.    And what are you relying on for
11 your understanding that dusting powders were
12 removed from surgical gloves because of a
13 concern for cancer?
14     A.    I believe that we've already
15 talked about that, the PCPC report that's
16 referenced on page 5 in my report.
17     Q.    Okay.  So that's an internal
18 company document that you cite in connection
19 with condoms, right?
20     A.    Yes.
21     Q.    Okay.  And so my question was a
22 little bit different, which is, what
23 scientific literature are you relying on to
24 support your opinion that dusting powder on

7 (Pages 22 to 25)

Judith K. Wolf, M.D.

Page 26

```
 1    surgical gloves can lead to cancer?
 2          MS. O'DELL:  Object to the
 3       form.
 4       A.   I'm going to give you the same
 5    answer that I think I've given before is
 6    that, the concern is that dusting powder on
 7    surgical gloves has been shown to cause
 8    inflammation and then that inflammation can
 9    lead to cancer.
10    BY MS. BROWN:
11       Q.   And my question's just a little
12    bit different, which is, I'm asking you to
13    identify the scientific literature on which
14    you rely for that opinion, and "that opinion"
15    being that powders on surgical gloves can
16    cause cancer?
17          MS. O'DELL:  Object to the
18       form, asked and answered.  That's
19       probably the third time the question's
20       been repeated.
21          Dr. Wolf, you're welcome to
22       respond to the question.
23       A.   I have the same answer that I
24    gave before.  And powder has been removed
```

Page 27

```
 1    from surgical gloves because of the concern
 2    of adhesions and inflammation.
 3    BY MS. BROWN:
 4       Q.   I understand that testimony
 5    perfectly.  And maybe we're just not
 6    connecting, Dr. Wolf.  I understand your
 7    opinion, and what I'm asking is, for the
 8    scientific support for that opinion.  And so
 9    what information are you relying on that
10    dusting powders on surgical gloves can cause
11    cancer?
12          MS. O'DELL:  Object to the
13       form, asked and answered the sixth
14       time.
15       A.   My understanding is what you're
16    asking me is, can I cite you a paper that
17    says that dusting powder on surgical gloves
18    causes cancer?
19    BY MS. BROWN:
20       Q.   My question to you is, what is
21    the scientific support, what articles in the
22    scientific literature, what studies have you
23    looked at that brings you to that conclusion?
24    If it's a paper, then we'll take the paper.
```

Page 28

```
 1       A.   So the studies suggest -- or
 2    show inflammation after talcum powder on --
 3    or talc, talcum powder product on surgical
 4    gloves, dusting powder, and therefore it was
 5    taken off the market.  I am not aware of a
 6    study where talcum-dusted, dusting powdered
 7    gloves was used to see if it caused cancer.
 8    I believe that would be unethical.  And so
 9    the concern that there is inflammation was
10    enough that that was pulled off the market.
11       Q.   Okay.  And when you talk about
12    "unethical," you're talking about running a
13    randomized, controlled clinical trial, right?
14       A.   A prospective study of any
15    kind.
16       Q.   Sure.  And certainly it would
17    not be unethical to look at people who have
18    had operations with surgical gloves to study
19    this issue, correct?
20          MS. O'DELL:  Object to the
21       form.
22       A.   So you're -- could you
23    retrospectively look and see if people who
24    had surgery with powdered gloves got cancer
```

Page 29

```
 1    more than those that did not?  Is that what
 2    you're asking me?
 3    BY MS. BROWN:
 4       Q.   Sure.  What I'm trying to clear
 5    up is, you didn't mean to suggest this is an
 6    area of science that cannot be studied.
 7    Fair?
 8          MS. O'DELL:  Object to the
 9       form.
10       A.   My suggestion would be that it
11    would be an area of study that would be
12    challenging to study.  I'm not saying it
13    couldn't be.  I'm saying it could be
14    challenging.
15    BY MS. BROWN:
16       Q.   Have you reviewed, in
17    connection with your opinions in this case,
18    the reasoning of the FDA when they banned
19    powders on surgical gloves?
20       A.   I don't recall that I have.
21       Q.   Are you aware of whether or not
22    the FDA made a determination about whether or
23    not the science supported your opinion here,
24    that use of powders on gloves can lead to
```

8 (Pages 26 to 29)

Judith K. Wolf, M.D.

Page 30

1  cancer?
2       A.   I don't recall.
3       Q.   Do you consider the FDA to be a
4  reliable public health authority?
5           MS. O'DELL:  Object to the
6       form.
7       A.   I consider that the FDA does
8  its best to be a reliable health authority.
9  The FDA, or any agency, is not without the
10  ability to make a wrong decision or a
11  decision that they later change.
12  BY MS. BROWN:
13      Q.   Do you consider the work that
14  scientists at the FDA do in connection with
15  public health issues, to be important to
16  consider in forming your opinions regarding
17  scientific theories?
18          MS. O'DELL:  Object to the
19      form.
20      A.   I think it's a piece of
21  information to consider.
22  BY MS. BROWN:
23      Q.   And as it relates to your
24  opinion about dusting powders on surgical

Page 31

1  gloves, you have not had the opportunity to
2  review the FDA's research on that score; is
3  that fair?
4       A.   That's correct.
5       Q.   Another item, Doctor, that
6  counsel for plaintiffs handed me before we
7  began the deposition, I will mark as
8  Exhibit 3, and it is the preamble to the IARC
9  monograph -- IARC monographs from the
10  evaluation of carcinogenic risk to humans.
11  This is an amendment of January 2006.
12          (Deposition Exhibit 3 marked
13      for identification.)
14  BY MS. BROWN:
15      Q.   I can hand you the copy we've
16  marked.  Let me know -- first of all, when
17  did you review the preamble, Doctor?
18      A.   When I looked at the IARC
19  monographs more than a year ago, I read the
20  whole thing, but this preamble specifically I
21  re-reviewed a few days ago when I pulled the
22  UpToDate article about evidence-based
23  medicine, to see how they review -- what
24  methods they used to review a subject to try

Page 32

1  to answer a question and pulled it today
2  or -- or gave it today because they actually
3  use very similar methods.
4       Q.   Do you consider the
5  International Agency on the Research of
6  Cancer to be a respected public health
7  authority?
8       A.   I do.
9       Q.   Do you look to the research
10  that the scientists at IARC do, when
11  considering your own evaluation of scientific
12  theories?
13      A.   I do.
14      Q.   Do you think that IARC is
15  generally an impartial body that endeavors to
16  do the best research it can on cancer?
17      A.   I do.
18      Q.   And have you considered IARC's
19  conclusions as it relates to the opinions
20  that you've provided in your report, your MDL
21  report?
22      A.   Yes.  I considered them amongst
23  many things.
24      Q.   Sure.  Is there anything

Page 33

1  different between the UpToDate source that
2  you provided as Exhibit 2 and the preamble
3  that you've directed us to on Exhibit 3?
4           MS. O'DELL:  Object to the
5       form.
6  BY MS. BROWN:
7       Q.   That wasn't a great question.
8  Do you find that Exhibit 2, the UpToDate
9  summary of evidence-based medicine, is
10  generally in concert with the preamble to the
11  IARC monographs?
12      A.   I think in general, it is.  I
13  think that the UpToDate evidence-based
14  medicine article is something that I as a MD,
15  a clinician, a practicing doctor, this is how
16  I think about questions.  How IARC thinks
17  about it may not be exactly the same, but the
18  general principles are the same.
19      Q.   Is UpToDate a peer-reviewed
20  publication, do you know, Doctor?
21      A.   It is a peer-reviewed
22  publication.  I would say it's -- it is.
23      Q.   And what knowledge do you have
24  about the peer-reviewed process for the

9 (Pages 30 to 33)

Judith K. Wolf, M.D.

Page 34

1  UpToDate articles?
2      A.   I don't know their peer review
3  process. I've never put any article into
4  UpToDate. So I don't understand -- I don't
5  know the details of it.
6      Q.   Okay. What basis do you have
7  for saying that the UpToDate information
8  you've provided as Exhibit 2 is peer
9  reviewed?
10     A.   Well, it's my understanding
11  that it is. Like any article that's
12  published in the medical literature, there's
13  usually some kind of reviewed process, where
14  the editor receives it and asks a panel of
15  experts to comment on it.
16     Q.   Okay. But this UpToDate
17  information, that's not published in a
18  medical journal, right?
19     A.   It's published online.
20     Q.   Right.
21     A.   As many medical literature now
22  is published online, not in a hard journal.
23     Q.   Okay. But to be fair, you're
24  not aware of whether or not the information

Page 35

1  you've provided as Exhibit 2 has gone through
2  the formal peer-reviewed process, as we know
3  it, as it relates to medical journals?
4      MS. O'DELL: Object to the
5      form, misstates her testimony.
6      A.   I don't understand -- I don't
7  know the details of their peer review
8  process.
9  BY MS. BROWN:
10     Q.   Fair enough. Counsel for the
11  plaintiff also provided us with a manuscript,
12  which we'll mark as Exhibit 4.
13         (Deposition Exhibit 4 marked
14         for identification.)
15  BY MS. BROWN:
16     Q.   And this is a manuscript, one
17  of the coauthors is Dr. Saed. Can you tell
18  me, Doctor, when you reviewed the manuscript
19  that we've marked as Exhibit 4?
20     A.   I received this manuscript and
21  reviewed it on Friday, whatever date that
22  was. I think the 4th of January.
23     Q.   And so this is something you
24  have recently taken a look at; is that right?

Page 36

1      A.   That's correct.
2      Q.   So as it relates to the
3  opinions in your report, dated November 16,
4  2018, the Saed manuscript that we've marked
5  as Exhibit 4, did not inform those opinions;
6  is that fair?
7      A.   That's correct.
8      MS. O'DELL: Object to the
9      form.
10     A.   I had an abstract that has some
11  of this data that has been accepted to the
12  SGO meeting for this year, but I did not have
13  the entire report.
14  BY MS. BROWN:
15     Q.   The next piece of information
16  that counsel for plaintiffs provided, is a
17  list of your invoices.
18         (Deposition Exhibit 5 marked
19         for identification.)
20  BY MS. BROWN:
21     Q.   Did you type these invoices,
22  Dr. Wolf?
23     A.   Yes.
24     Q.   Okay. And so it looks like

Page 37

1  there's actually a little different format
2  between the first invoice, which appears to
3  be January 2017, and later invoices; is that
4  right?
5      A.   Can I see those, please?
6      Q.   Yeah, absolutely. I only have
7  one copy, so we'll have to share.
8      A.   This is me. I typed this.
9      Q.   Okay.
10     MS. O'DELL: We'll just say,
11     for the record, the invoice in the
12     form was done for purposes of my
13     office paying it. So that's the
14     format we use.
15     But Dr. Wolf, you can explain
16     how you conveyed your hours.
17     A.   Yes. I mean, this is how I
18  sent them every time.
19  BY MS. BROWN:
20     Q.   Okay.
21     A.   In an e-mail like this. I --
22  this might be attached to my payment, but I
23  hadn't really seen this form.
24     Q.   Okay. That's helpful. So a

10 (Pages 34 to 37)

Judith K. Wolf, M.D.

Page 38

1  few follow-up questions, if I can grab that
2  back from you.  As I understand it, Dr. Wolf,
3  the very first page of Exhibit 5, which is
4  entitled "Judith Wolf, Medical Expert Hours,"
5  January 2017, at $600 an hour, that's a
6  document you typed.  Fair?
7      A.   That's correct.
8      Q.   Okay.  And for each subsequent
9  invoice, you typed a document similar to the
10  first page of Exhibit 5.  True?
11      A.   Yes.
12      Q.   Okay.  And the remaining pages
13  of Exhibit 5 have sort of a -- a different
14  format.  Would you agree?
15      A.   The hours look the same, but --
16  I mean the format of the hours look the same,
17  but the invoice at the top, no -- yes, that
18  looks different.
19      Q.   Right.  And I'm not trying to
20  be tricky, but you didn't type everything
21  after page 1 of Exhibit 5; is that fair?
22          MS. O'DELL:  What I'm
23      conveying -- what I said.
24          MS. BROWN:  Let's get an answer

Page 39

1      and then I'm happy to have you make
2      the statement for the record.  I just
3      want an answer to that question.
4          MS. O'DELL:  That's fair.  You
5      can answer the question.
6      A.   I didn't type the other ones.
7          MS. O'DELL:  So the invoice was
8      prepared after the hours were
9      submitted to my office for purposes of
10      facilitating payment.  So the data --
11      to be clear, the data that was
12      provided was from Dr. Wolf.
13          MS. BROWN:  Understood.
14  BY MS. BROWN:
15      Q.   When you invoice the lawyers at
16  Beasley Allen, do you send a document that
17  looks like page 1 of Exhibit 5?
18      A.   Yes.
19      Q.   Okay.  And have you done that
20  for every invoice that you've submitted
21  through your work on this matter?
22      A.   Yes.
23          MS. BROWN:  Okay.  So I'm going
24      to request production of the original

Page 40

1  invoices that Dr. Wolf sent to Beasley
2  Allen.  For the record, what we have
3  are four additional pages of
4  Exhibit 5, which appear to have
5  been generated by Beasley Allen.  So
6  we'll request the underlying invoices
7  that came from the doctor.
8          MS. O'DELL:  Fair enough.
9          MS. BROWN:  Thank you.
10          MS. O'DELL:  I would just note
11      for the record, just so there's no
12      suggestion otherwise, those are
13      contemporaneously provided.  There's
14      no generation of that in conjunction
15      with this deposition.  So I'm happy to
16      provide --
17          MS. BROWN:  And to be fair, I
18      don't mean to suggest anything
19      untoward.
20          MS. O'DELL:  I want the record
21      to be clear.
22          MS. BROWN:  As do we.
23          MS. O'DELL:  So I will -- happy
24      to ask my office for the other

Page 41

1  documents.
2          MS. BROWN:  Terrific.  And so
3      we'll request the original invoices
4      that came from Dr. Wolf.
5  BY MS. BROWN:
6      Q.   A couple of questions,
7  Doctor --
8          MS. O'DELL:  There weren't
9      invoices.  Fair enough.  You've made
10      your statement, but that's not what
11      they were.
12          MS. BROWN:  We're on the same
13      page.
14          MS. O'DELL:  Not maybe -- maybe
15      we're not.  But anyway, we will -- I
16      will ask for whatever the list was
17      that was originally received.
18  BY MS. BROWN:
19      Q.   Now, Dr. Wolf, the first
20  document we have in Exhibit 5, includes the
21  hours that you billed to Beasley Allen for
22  your work in January 2017.  True?
23      A.   Yes.
24      Q.   And the very first entry that

11 (Pages 38 to 41)

Judith K. Wolf, M.D.

Page 42

1  you have here is for a one and a half hour
2  meeting with Margaret Thompson. True?
3      A.    Yes.
4      Q.    Who is Margaret Thompson?
5      A.    Margaret Thompson is one of the
6  attorneys for Beasley Allen.
7      Q.    Okay. And how is it -- and
8  Ms. Thompson's here today; is that right?
9      A.    Yes. She's sitting right
10  there.
11      Q.    And how is it that you came to
12  meet Ms. Thompson?
13      A.    So one of my neighbors, her
14  name is Ali Gallagher, lives in the same
15  building as I do. She is an attorney and
16  also a nurse practitioner by training. And I
17  met her at a social setting in the lobby of
18  my building. We have happy hours on Fridays.
19  And we sort of became friendly and talked and
20  then we became friends after that. She knows
21  what I do for a living. I'm a gynecologic
22  oncologist and take care of women with
23  ovarian cancer.
24          And one day we were talking

Page 43

1  about work, because she has a medical
2  background and lots of people ask me about
3  work, even if they don't. And we came about
4  talk -- she may have asked me, do I know
5  anything about talc and ovarian cancer, and I
6  said I was aware of articles about the risk
7  of talcum powder and ovarian cancer, and she
8  mentioned that she had a friend, a colleague,
9  who was working on a case. And I said I
10  would be interested in becoming more
11  involved, in learning more about it, so she
12  introduced us.
13      Q.    To your knowledge, is
14  Ms. Gallagher an attorney at Beasley Allen?
15      A.    To my knowledge, she is not.
16      Q.    To your knowledge, is she a
17  plaintiffs' attorney?
18      A.    To my knowledge, I don't really
19  know what kind of law she practices.
20      Q.    Okay. And what is your
21  understanding of how Ms. Gallagher knows
22  Ms. Thompson?
23          MS. O'DELL: If you know.
24      A.    You know what? I don't really

Page 44

1  know. I know that they both have lived in
2  Austin for a long time.
3  BY MS. BROWN:
4      Q.    When did this conversation take
5  place?
6      A.    I don't remember. Sometime
7  before January of 2017, but I don't remember
8  the date. And it had to happen after 2015,
9  because I didn't meet her until then, so
10  sometime in that two-year period.
11      Q.    Okay. And what did she tell
12  you about the question of talc and ovarian
13  cancer?
14      A.    She was --
15          MS. O'DELL: Are you referring
16  to Ms. Gallagher?
17          MS. BROWN: Yeah. Thank you.
18  BY MS. BROWN:
19      Q.    I want to talk a little bit
20  about the conversation with Ms. Gallagher.
21      A.    Yeah.
22      Q.    As I understand it, this was
23  the first conversation you had regarding this
24  potential expert witness work; is that right?

Page 45

1      A.    Yes.
2      Q.    Okay.
3      A.    So the conversation -- again,
4  the conversation happened more than two years
5  ago. My recollection was she asked me did I
6  know anything about the risk of ovarian
7  cancer in talcum powder use, and then we
8  started talking about it and I told her I
9  knew a little, I was aware of some
10  epidemiologic data suggesting it. And she
11  said she was asking because she had -- she
12  knew that there was some litigation about it.
13  And I said, one of my concerns with ovarian
14  cancer is there's very little we can do to
15  cure women. They present late, there's no
16  screening tests, the symptoms are nonspecific
17  and that if there's something that we can do
18  to prevent it, it would be helpful. And the
19  conversation went on and she asked me would I
20  be interested in talking to the people she
21  knew who were involved in the case, and I
22  said yes.
23      Q.    And in 2015, where were you
24  working, Dr. Wolf?

12 (Pages 42 to 45)

Judith K. Wolf, M.D.

Page 46

1      A.    In 2015, I was working for a
2  diagnostic company called Vermillion, and I
3  was doing some clinical medicine as locum
4  tenens covering practices here and there,
5  just so I could keep my clinical skills up.
6      Q.    And where were you doing your
7  clinical medicine during your time at
8  Vermillion?
9      A.    At -- in Atlanta and in
10  Indianapolis.
11      Q.    What facility in Atlanta?
12      A.    Northwest Memorial, I believe
13  is the name of the hospital.
14      Q.    And what was the other location
15  where you performed --
16      A.    Community Health in
17  Indianapolis.
18      Q.    And so were you a physician on
19  staff at both of those locations?
20      A.    On staff at the hospital, yes.
21      Q.    And Vermillion, of course, was
22  aware of your clinical practice as well?
23      A.    Yes.
24      Q.    Okay.  And how many patients

Page 47

1  would you say you were treating at that time?
2      A.    You know, I was only
3  intermittently treating, so I can't really
4  give you a number.  I don't know.
5      Q.    Did you have set office hours
6  or hospital hours during that time period?
7      A.    In Atlanta, I covered probably
8  three or four weeks a year when the doctors
9  were on vacation.  In Indianapolis, when I
10  started, that's what I was doing.  There was
11  one doctor and when he was gone, there was no
12  one to cover.
13      Q.    Fair to say clinical medicine
14  was a small part of your practice during the
15  time period you were at Vermillion?
16      A.    Yes.
17      Q.    Did you treat any ovarian
18  cancer patients during the time period you
19  worked for Vermillion?
20      A.    Yes.
21      Q.    About how many patients would
22  you estimate you treated during that time
23  period?
24      A.    I don't remember how many

Page 48

1  patients I treated.  I would say that, in
2  general, my practice in the last five years
3  has been about a third ovarian cancer and
4  about 50 percent endometrial cancer.
5      Prior to 2014, when I was
6  practicing full time GYN oncology, more than
7  50 percent of my practice was ovarian cancer
8  because patients came from around the country
9  to see me, specifically with that issue.
10      Q.    And that was during the time
11  period you were practicing at MD Anderson?
12      A.    In Houston at MD Anderson and
13  at Banner health -- Banner MD Anderson in
14  Arizona.
15      Q.    And as I understand, you left
16  MD Anderson to go to Vermillion, correct?
17      A.    I left MD Anderson in Houston
18  to go to MD Anderson in Arizona.  I left
19  Arizona to go to Vermillion.
20      Q.    Okay.  And then from Vermillion
21  you went to another start-up?
22      A.    Provista Diagnostics, yes.
23      Q.    Did you continue to treat
24  patients while you were at Provista?

Page 49

1      A.    I did.
2      Q.    At the same two locations?
3      A.    I don't believe I covered any
4  more in Atlanta, because the need was greater
5  in Indianapolis and, in fact, the last year
6  that I was working at Provista, I was
7  covering one week a month in Indiana.
8      Q.    In what states are you licensed
9  to practice medicine?
10      A.    My active licenses are in
11  Indiana, Georgia and Arizona.
12      Q.    And you no longer have an
13  active license in Texas; is that right?
14      A.    That's correct.
15      Q.    Any other states that are no
16  longer active for you?
17      A.    Minnesota.
18      Q.    And then as I understand it,
19  you left Provista in about January of 2017?
20      A.    No, I left Provista just -- my
21  official last day was October 1st of 2018.
22      Q.    And so during part of the time
23  when you began your expert work for the
24  plaintiffs' lawyers in the talc litigation,

13 (Pages 46 to 49)

Judith K. Wolf, M.D.

Page 50

1   you were working at Provista; is that right?
2        A.   That's correct.
3        Q.   Okay.  Did you do any of
4   work -- any expert work for plaintiffs'
5   lawyers in the talc litigation while you were
6   working at Vermillion?
7        A.   Let me think about that.  Yes,
8   I believe I did.
9        Q.   Did you disclose to Vermillion
10  your work for plaintiffs' lawyers in the talc
11  litigation?
12        MS. O'DELL:  If you did -- if
13  you did any work during that time
14  period.
15        A.   Yeah, I don't recall.  I don't
16  recall.
17  BY MS. BROWN:
18        Q.   Do you recall if Vermillion had
19  a policy about its officials doing expert
20  witness work?
21        A.   My recollection was that they
22  did not have a policy.
23        Q.   And what were the circumstances
24  that led to you leaving Provista in October

Page 51

1   of 2018?
2        A.   Provista?  I could see that the
3   company was having trouble getting funding,
4   and, in fact, on October 1st, 2018, the
5   company shut down.  And so I had already been
6   looking and I knew that Indiana wanted me to
7   come there, so...
8        Q.   So when you say "the company
9   shut down," what do you mean by that?
10        A.   They dissolved.
11        Q.   Was there any investigation
12  into the company that led to the dissolution?
13        A.   No, it was just -- ran out of
14  money, couldn't find new investors.
15        Q.   And since October of 2018,
16  you've been working at the Indiana --
17  Indianapolis location?
18        A.   Yes.
19        Q.   Okay.  What's the name of that?
20        A.   Community Health Network.
21        Q.   And you're a physician there
22  part-time; is that right?
23        A.   That's correct.
24        Q.   And how many -- what percentage

Page 52

1   of your time would you say is devoted to
2   treating patients at the Community Health
3   Network?
4        A.   60.
5        MS. O'DELL:  Just for
6   clarification, are you asking for her
7   time she's working at Community Health
8   in Indianapolis, what percentage of
9   her time is devoted to treating
10  patients, or are you asking overall?
11  It was just confusing.
12        MS. BROWN:  So the question --
13  I'm looking at the real time.  The
14  question said, "devoted to treating
15  patients at Community Health Network."
16        MS. O'DELL:  Okay.  Thank you.
17  BY MS. BROWN:
18        Q.   Doctor, the final document that
19  the lawyer for the plaintiffs, Ms. O'Dell
20  gave me this morning, is -- we will mark as
21  Exhibit 6, which appears to be an updated CV
22  for you, dated January 4th, 2017.
23        (Deposition Exhibit 6 marked
24  for identification.)

Page 53

1   BY MS. BROWN:
2        Q.   Do you have a copy in front of
3   you?
4        A.   Yes, I do.
5        Q.   So the copy that was attached
6   to your report, I believe was dated 2016.
7        A.   Yes.
8        Q.   Now, why would that be?
9        A.   Because from the time I started
10  working with a company actually, I haven't
11  had an assistant to help me update it and I'm
12  not -- I haven't been good at keeping it
13  updated.
14        Q.   Well, here's what I'm trying to
15  understand.  We got Exhibit 6, which is dated
16  January of 2017, correct?
17        A.   Oh, it should be 2018.  That's
18  my -- see, I'm not a good typist.
19        Q.   Okay.  So the correct date of
20  Exhibit 6 is really January 4th, 2018?
21        A.   That's correct.
22        MS. O'DELL:  Should it be 2019?
23        A.   '19.  '19.
24

14 (Pages 50 to 53)

Judith K. Wolf, M.D.

Page 54

1  BY MS. BROWN:
2      Q.   Okay.  I think we're all on the
3  same page now.  All right.  And you've
4  updated this with additional employment that
5  you've had --
6      A.   Yes.
7      Q.   -- since the time of your
8  last --
9      A.   And a few publications that
10 weren't on there.
11     Q.   Have you ever -- just to speak
12 generally about your resumé, Doctor, have you
13 ever published any peer-reviewed article
14 regarding talcum powder and ovarian cancer?
15     A.   No.
16     Q.   Have you ever given any
17 presentation regarding talcum powder and
18 ovarian cancer?
19     A.   No.
20     Q.   Have you ever been invited to
21 speak at any conference that dealt with
22 issues regarding talcum powder and ovarian
23 cancer?
24     A.   No.

Page 55

1      Q.   I've seen over the years,
2  Doctor, you've done some popular press and
3  news segments; is that right?
4      A.   Yes.
5      Q.   Have you ever given any news
6  interviews regarding talcum powder and
7  ovarian cancer?
8      A.   No.
9      Q.   You have, however, been an
10 advocate for women's health issues over the
11 years, correct?
12     A.   Yes.
13          MS. O'DELL:  Object to the
14 form.
15 BY MS. BROWN:
16     Q.   And you've given a number of
17 issues -- a number of interviews regarding
18 ovarian cancer; is that fair?
19     A.   Yes.
20     Q.   Including the causes of ovarian
21 cancer.  True?
22     A.   In the popular -- are you
23 asking me about in the popular press?
24     Q.   Uh-huh.

Page 56

1      A.   In the popular press, I have
2  talked about the use of birth control pills
3  to reduce the risk of ovarian cancer, I've
4  talked about the symptoms of ovarian cancer,
5  I've talked about some of my research and
6  treatment of ovarian cancer.  I don't recall
7  that I specifically talked about the risk of
8  ovarian cancer.
9      Q.   Do you recall -- have you ever
10 spoken -- have you ever gone on any -- strike
11 that.
12          Have you ever done any news
13 interviews in which you have indicated your
14 opinion in this case, which is that you
15 believe that talc -- talcum powder causes
16 ovarian cancer?
17     A.   I have not.  But until I
18 started reviewing all the literature for this
19 case, I was generally aware of some
20 epidemiologic studies, but I wasn't as
21 convinced after reviewing the entire body of
22 literature that I was able to review, that
23 talcum powder causes ovarian cancer in some
24 women and puts all women who use it at risk

Page 57

1  for ovarian cancer.
2      Q.   Prior to being hired as an
3  expert witness for plaintiff lawyers in the
4  talcum powder litigation, you, Dr. Wolf, were
5  not as convinced that talcum powder causes
6  ovarian cancer.  True?
7          MS. O'DELL:  Object to the
8  form, misstates her testimony.
9      A.   Prior to being hired, I hadn't
10 reviewed all the literature to be able to
11 formulate my opinion.
12 BY MS. BROWN:
13     Q.   Prior to being hired by
14 plaintiffs' lawyers in the talcum powder
15 litigation, you did not hold the opinion that
16 talcum powder causes ovarian cancer, correct?
17          MS. O'DELL:  Object to the
18 form.
19     A.   Prior to reviewing all the
20 literature for this case, I wasn't aware of
21 all the literature.  I would say that I was
22 aware that there was some indication that
23 talcum powder increased the risk of ovarian
24 cancer.  What I was always told when I

15  (Pages 54 to 57)

Judith K. Wolf, M.D.

Page 58

1    brought that up was that, not to worry,
2    talcum powder doesn't contain asbestos
3    anymore and so that data is old and it
4    doesn't matter.
5              After reviewing all the
6    literature and the information that I have
7    seen, I don't believe that's true anymore.
8    BY MS. BROWN:
9         Q.   You have formed the opinion
10   that talcum powder causes ovarian cancer
11   since being hired by the plaintiffs' lawyers
12   in the talcum powder litigation, correct?
13             MS. O'DELL:  Object to the
14        form.
15        A.   I want to think about how I
16   want to answer that, because the question is
17   a little confusing to me because I believe
18   what I said was, until I was aware of all of
19   the literature and looked at it as a whole,
20   all of the evidence, I hadn't formed the
21   opinion that talcum powder causes ovarian
22   cancer.  I knew there was data that suggests
23   that talcum powder product increases the risk
24   of ovarian cancer and once I had all the

Page 59

1    information, I fully believe it.  And now I
2    tell all my patients, whether they have
3    ovarian cancer or not, not to use it or to
4    stop using it if they are.  I tell all my
5    friends and family the same thing.
6    BY MS. BROWN:
7         Q.   Prior to reviewing all of the
8    literature regarding talcum powder and
9    ovarian cancer, it was not your practice, as
10   a gynecologic oncologist, to tell your
11   patients not to use talcum powder.  True?
12        A.   Prior to reviewing all the
13   literature, it was not my practice to tell
14   patients, but I believe that I was naive, and
15   that when I take care of patients that come
16   to me that have cancer or they think they
17   have cancer, this was not something that I
18   focused on because I wasn't spending my time
19   reviewing all the literature.
20        Q.   You practiced, Doctor, as a
21   gynecologic oncologist in a number of
22   different institutions for nearly 30 years
23   before being hired by plaintiffs' lawyers; is
24   that true?

Page 60

1         A.   Twenty-four years.
2         Q.   And for the 24 years that you
3    practiced as a gynecologic oncologist prior
4    to being hired by the plaintiffs' lawyers, it
5    was not your regular practice to ask your
6    patients if they used talcum powder.  True?
7              MS. O'DELL:  Object to the
8         form.
9         A.   Prior to reviewing all the
10   literature and becoming convinced that it was
11   a concern, it was not my regular practice.
12   BY MS. BROWN:
13        Q.   And you keep answering the
14   question by saying "prior to reviewing all
15   the literature."  You reviewed all of the
16   literature at the request of the plaintiffs'
17   lawyers, correct?
18             MS. O'DELL:  Object to the
19        form, asked and answered.
20        A.   I reviewed all the literature
21   when I got -- when I wanted to learn more
22   about it, to become involved with deciding on
23   my own, whether this was something that I
24   should be concerned about.  And if I reviewed

Page 61

1    the literature and felt there was no concern,
2    I would have a different opinion.
3    BY MS. BROWN:
4         Q.   You reviewed all of the
5    literature regarding talcum powder and
6    ovarian cancer at the request of the
7    plaintiffs' lawyers, correct?
8         A.   You're asking me at the
9    "request," and I -- that's the word that I'm
10   not -- I don't recall that being asked, but
11   the question at hand was, does talcum powder
12   cause ovarian cancer?
13        Q.   I think I understand the
14   disconnect.  You reviewed all of the
15   literature regarding talcum powder and
16   ovarian cancer in connection with your work
17   to answer a question that the plaintiffs'
18   lawyers asked you; is that fair?
19        A.   In connection with this work, I
20   reviewed all of the literature.
21        Q.   Okay.  So if we wanted to date
22   the time at which you formed the opinion that
23   talcum powder causes ovarian cancer, it would
24   be after the time that you were hired by the

16 (Pages 58 to 61)

Judith K. Wolf, M.D.

Page 62

1  plaintiffs' lawyers, correct?
2      A.   I would say the date that I was
3  convinced that talcum powder products cause
4  ovarian cancer was after I reviewed all the
5  literature.  Prior to that, I knew that there
6  was some papers that suggested there was a
7  risk, but I didn't review all the literature
8  to formulate an opinion about it.
9      Q.   And the reason that you
10 formulated an opinion by reviewing all of the
11 literature, was because you had been hired as
12 an expert witness by plaintiffs' lawyers.
13 True?
14         MS. O'DELL:  Object to the
15     form.
16     A.   I'm confused with the question.
17 Because --
18 BY MS. BROWN:
19     Q.   Well, let me see if I can
20 orient you, Dr. Wolf.  Here's what we're
21 trying to understand.  I understand your
22 testimony was that for about 24 years as a
23 practicing gynecologic oncologist, the
24 potential association between talcum powder

Page 63

1  and ovarian cancer was not something you
2  were, quote, focused on; is that right?
3         MS. O'DELL:  Object to the
4      form.
5      A.   It's not something that I was
6  researching.
7  BY MS. BROWN:
8      Q.   Okay.  Nonetheless, you worked
9  as an advocate for women's health during
10 those 24 years.  True?
11     A.   Most of those years.
12     Q.   You published a number of
13 papers in the area of women's health,
14 correct?
15     A.   Yes.
16     Q.   You were invited to a number of
17 conferences and seminars and symposia on
18 issues regarding ovarian cancer and women's
19 health.  True?
20     A.   Yes.
21     Q.   You published chapters in
22 textbooks regarding ovarian cancer.  True?
23     A.   Yes.
24     Q.   You gave interviews to women's

Page 64

1  health publications and went on TV shows,
2  like Dr. Oz.  True?
3      A.   Yes.
4         MS. O'DELL:  Object to the
5      form.
6  BY MS. BROWN:
7      Q.   And during those 24 years, you
8  did not publish, write or speak about the
9  opinion that talcum powder causes ovarian
10 cancer, correct?
11     A.   What I published was my
12 research, which was not on talcum powder
13 products and ovarian cancer.  What I spoke
14 about was what I was asked to speak about,
15 which was not talcum powder and ovarian
16 cancer.  When I was on the public -- when I
17 was on the television or in the news, there
18 was specific questions that I was being asked
19 to speak about.  They were not talcum powder
20 and ovarian cancer.
21     Q.   But to be fair, some of the
22 questions you were asked about is, what
23 increases a woman's risk for ovarian cancer,
24 right?

Page 65

1         MS. O'DELL:  Object to the
2      form.
3      A.   I don't remember the questions
4  that I was asked about on Dr. Oz.  I know
5  that the purpose for me to go on that was to
6  talk about the reduction in the risk of
7  ovarian cancer by using birth control pills
8  and I don't remember all of the questions.
9  As far as I can recall, the other times I was
10 on the news, that was not a question that was
11 raised.
12 BY MS. BROWN:
13     Q.   When is the first date you can
14 recall forming the opinion that you've
15 provided in your expert report in the MDL?
16         MS. O'DELL:  Object to the
17     form.  Are you moving off going
18     through the -- sort of the notice and
19     the documents requested?  I'm not --
20         MS. BROWN:  Shortly.  You
21     almost ready for a break?
22         MS. O'DELL:  Well, probably in
23     the next five minutes or so, but what
24     I was going to say and I neglected to

17 (Pages 62 to 65)

Judith K. Wolf, M.D.

Page 66

1    say earlier is, there were certain
2    documents that were requested through
3    the notice. And just for the record,
4    I wanted to state that plaintiffs
5    served objections to certain of those
6    requests and we produced documents
7    here consistent with those objections.
8         MS. BROWN: Right. We're in
9    receipt of your objections.
10   BY MS. BROWN:
11       Q.    So Doctor, what -- let's mark
12   your report as Exhibit 7.
13        (Deposition Exhibit 7 marked
14        for identification.)
15   BY MS. BROWN:
16       Q.    And my question for you is
17   that -- when's the first date by which you
18   formed the opinions that are contained in
19   this report that we've marked as Exhibit 7?
20        MS. O'DELL: Object to the
21   form.
22       A.    I cannot recall the first date.
23   BY MS. BROWN:
24       Q.    Okay. At the time that you

Page 67

1    were approached by Ms. Gallagher in 2005, you
2    did not hold the opinion that talcum powder
3    causes ovarian cancer, correct?
4         MS. O'DELL: Object to the
5    form.
6         A.    I didn't meet Ms. Gallagher
7    till 2015.
8    BY MS. BROWN:
9         Q.    Correct. I misspoke. I'm
10   sorry.
11        A.    And the question was, I did not
12   hold the opinion that -- I had concerns about
13   talcum powder uses in ovarian cancer and I
14   had enough concerns that I was interested
15   enough to become involved in learning more
16   about it.
17        Q.    To close the loop, then,
18   Doctor, on the requests we made in the
19   deposition notice that we've marked as
20   Exhibit 1, we've marked a number of documents
21   that lawyers for the plaintiffs produced
22   early this morning. We're aware of the
23   objections that lawyers for the plaintiffs
24   have made.

Page 68

1         Is there anything else that
2    you've brought with you today in response to
3    our requests contained in Exhibit 1?
4         MS. O'DELL: Other than the
5         notebooks she's brought for her
6         reference materials?
7         A.    No, I haven't -- I brought
8    this -- it has my report and my reference
9    list and my CV. These are all my references
10   and all of that is contributing material.
11   BY MS. BROWN:
12        Q.    Okay. So for the record, let's
13   identify what you've just pointed out to us.
14   You have a small binder in front of you --
15        A.    Yeah.
16        Q.    -- which appears to be tabbed.
17   Did you do that tabbing?
18        A.    I did. And it just sort of
19   says which section is which in my report.
20        Q.    Do you have any notes in your
21   report, other than the tabs?
22        A.    No.
23        Q.    Okay. And what else is
24   contained in that binder?

Page 69

1         A.    My CV and then this is a list
2    of all of the contributing material.
3         Q.    And then you have next to you
4    three larger binders, which I think you said
5    contain the references in the report; is that
6    right?
7         A.    The references and also the
8    other articles that you were provided, the
9    new are in these and then that's all the
10   contributing material.
11        Q.    Okay. And so for the record,
12   behind you there's probably another ten or 12
13   binders that you're suggesting contain the
14   documents contained in -- listed in Exhibit B
15   to your report?
16        A.    That's correct.
17        Q.    Okay. You didn't type Exhibit
18   B to your report, did you, Doctor?
19        A.    I did not type it.
20        Q.    Do you know where Exhibit B to
21   your report came from?
22        A.    The attorneys typed it up for
23   me from all of my reference -- contributing
24   material.

18 (Pages 66 to 69)

Judith K. Wolf, M.D.

Page 70

1    Q.   Okay.  Did the attorneys
2 provide you with all of the materials that
3 are listed on Exhibit B?
4    A.   No.
5    Q.   Which of the materials on
6 Exhibit B were provided by the attorneys?
7    A.   I can't tell you.  It's a mix
8 of what I provided them, what they provided
9 me, what I asked them to provide to me.
10   Q.   Well, let's start by
11 understanding the difference between your
12 reference list on page 18 of your report and
13 then Exhibit B to your report.  Can you
14 explain to me the difference there?
15   A.   The reference lists are
16 articles that I actually reference in my
17 report.  And this is all the articles that
18 I -- or pieces of information that I
19 considered when drafting my report.
20   Q.   Did you consider every piece of
21 information that's listed on the 28-page
22 Exhibit B?
23   A.   Yes.
24   Q.   Did you read every entry on the

Page 71

1 28-page Exhibit B?
2    A.   I did not read every word of
3 every entry.  Some of them I looked at a
4 piece of it, if it was a reference from
5 something else that I wanted to confirm.
6 Some of it I looked at and set aside, didn't
7 feel like it was added -- additive or
8 pertinent to what I was reviewing.  And --
9 but these are all of the things that I looked
10 at in some way.
11   Q.   How did you maintain all of the
12 documents contained at Exhibit B?  And by
13 that I mean, do you have all of these
14 documents electronically or do you have a
15 hard copy at your house or office?
16   A.   Both.
17   Q.   Okay.  You have a -- hard
18 copies of every document contained on Exhibit
19 B?
20   A.   Yes.
21   Q.   Okay.  So you have 12 binders
22 in hard copy?
23   A.   Yes.
24   Q.   Do they have notes on them?

Page 72

1    A.   No.
2    Q.   Did you take any notes when you
3 were reviewing any of the materials cited in
4 your report?
5    A.   I didn't take separate notes.
6 What I did was, I started writing things down
7 and used that as the draft of my report and
8 then just updated it every time I read more,
9 changed more, added, subtracted to it.
10   Q.   Take a look, if you would, at
11 page 13 of Exhibit B.  There are a number of
12 entries that begin with the letters J&J.  Do
13 you see that?
14   A.   I do.
15   Q.   What are those?
16   A.   Those are internal documents
17 from J&J that were provided to me from the
18 plaintiffs' attorneys.
19   Q.   And did you request internal
20 documents be provided to you from the
21 plaintiffs' lawyers?
22   A.   Some of them I might have
23 requested and some of them were provided to
24 me.  But I can't tell you which is which by

Page 73

1 looking at that list.
2    Q.   In the normal course of your
3 practice as a gynecologic oncologist, do you
4 review internal company documents in making
5 medical decisions?
6    A.   I don't have access to them.
7         MS. O'DELL:  Object to the
8 form.
9 BY MS. BROWN:
10   Q.   So as part of your work as a
11 treating physician, you don't rely on
12 internal company documents.  Fair?
13        MS. O'DELL:  Object to the
14 form.
15   A.   I don't have access to internal
16 company documents.
17 BY MS. BROWN:
18   Q.   So you don't rely on them,
19 right?
20        MS. O'DELL:  Object to the
21 form.
22   A.   Well, I don't have access to
23 them.
24

19  (Pages 70 to 73)

Judith K. Wolf, M.D.

Page 74

1    BY MS. BROWN:
2        Q.    Do you have any -- so that
3    means you haven't used them in your practice
4    as a gynecologic oncologist, right?
5            MS. O'DELL:  Object to the
6        form.
7        A.    Not that I recall.
8    BY MS. BROWN:
9        Q.    And the 20-some-odd J&J
10   documents you have listed here at Exhibit 13,
11   do you have any idea what percentage of the
12   entire document production from J&J these 20
13   documents comprise?
14       A.    Of all of J&J's internal
15   documents?  I don't.
16       Q.    Was it important to you, to
17   consider the context of all of the internal
18   documents you have cited at Exhibit 13?
19           MS. O'DELL:  Object to the
20       form.
21       A.    Say that again.
22   BY MS. BROWN:
23       Q.    Was it important to you --
24   first of all, did you request that the

Page 75

1    lawyers give you some of these internal
2    documents?
3        A.    I don't recall specifically if
4    I requested these or they gave them to me.  I
5    just don't recall.
6        Q.    Do internal J&J documents form
7    the basis of your opinions in this
8    litigation?
9            MS. O'DELL:  Object to the
10       form.
11       A.    The basis of my opinion is the
12   review of everything that I looked at in
13   total, not -- there isn't any one thing that
14   forms the basis of my opinion.  It's the
15   whole of the evidence.
16   BY MS. BROWN:
17       Q.    Okay.  So identify for me what
18   information in the internal Johnson & Johnson
19   documents you're relying on to form your
20   opinion.
21       A.    Well, these are in my
22   contributing data lists, not in my reference
23   lists.  So I'd have to look at all of them
24   to --

Page 76

1        Q.    I want to know -- sitting here
2    today, it's my opportunity to understand what
3    forms the basis of your opinions and I want
4    know if there's information in an internal
5    Johnson & Johnson document that forms the
6    basis of your opinion that talc causes
7    ovarian cancer.
8            MS. O'DELL:  Objection, asked
9        and answered.
10       A.    My opinion is not based on any
11   one single document or any one single source
12   of documents.  It's the whole of the
13   documents that I reviewed.
14   BY MS. BROWN:
15       Q.    So what information do you rely
16   on from the whole of the 20 J&J documents you
17   looked at?
18           MS. O'DELL:  Objection,
19       mischaracterizes the witness's
20       testimony.
21       A.    So I'm going to say that this
22   is my contributing materials list.  It's not
23   even -- none of the -- those internal
24   documents are referenced in my -- in my

Page 77

1    opinion.  So I don't know how else to answer
2    to you, other than to say I looked at all of
3    the evidence.  The things that I felt were
4    important, I referenced in my opinion.  I
5    don't recall what's in all of those.
6    BY MS. BROWN:
7        Q.    So there are internal company
8    documents listed on page 13 of Exhibit B, the
9    contents of which, sitting here today, you're
10   unaware of; is that fair?
11           MS. O'DELL:  Object.  That
12       misstates her testimony.
13       A.    What I --
14           MS. O'DELL:  Excuse me.  Object
15       to the form of the question.
16           You may answer.
17       A.    What I said is, I can't recall
18   what those individually are, sitting here
19   today.  I could look at them if you'd like me
20   to.
21   BY MS. BROWN:
22       Q.    Well, I want you to do that if
23   it forms the basis of your opinion.  If it
24   doesn't and it's just something that was

Judith K. Wolf, M.D.

Page 78

1  given to you by the plaintiffs' lawyers, we
2  can move on.  But if there's something in the
3  20 documents that the plaintiffs' lawyers
4  have listed on page 13 of Exhibit B to your
5  report that forms the basis of your opinion,
6  I want to know what that is.
7          MS. O'DELL:  Objection to the
8      form, asked and answered three times
9      now.
10     A.    The basis of my opinion is not
11 formed by any one document.
12 BY MS. BROWN:
13     Q.    Is the basis of your opinion
14 formed, in part, by internal Johnson
15 & Johnson documents?
16         MS. O'DELL:  Object to the
17     form.
18     A.    I would have to look at all of
19 those documents again to tell you if there
20 was something specifically in there and what
21 the -- I just -- they're numbers to me.
22 Looking at them here, I don't recall that --
23 what's in each one of those to tell you if
24 there's something specifically that formed my

Page 79

1  opinion.
2          MS. O'DELL:  And you're
3      referring to page 13.
4          THE WITNESS:  Of Exhibit B.
5          MS. O'DELL:  Of Exhibit B.
6      We've been going about an hour and ten
7      minutes.
8  BY MS. BROWN:
9      Q.    Sure.  I'll just finish real
10 quick on the company documents.  If you just
11 look at page 12 of your report, you list a
12 number -- sorry, Exhibit B to your report,
13 you list a number of Imerys entries.  Do you
14 see that there?
15     A.    I do.
16     Q.    Who is Imerys?
17     A.    Imerys is a mining company.
18     Q.    Did you select these internal
19 Imerys documents to review?
20     A.    These were provided to me.
21     Q.    And same with the J&J document,
22 did you select those to review or were they
23 provided to you?
24         MS. O'DELL:  Objection to the

Page 80

1  form.  I think Dr. Wolf stated
2  previously they were provided to her
3  because they weren't available
4  elsewhere.
5          MS. BROWN:  Well, I need her to
6      say that, though.  I need that
7      testimony from her.
8  BY MS. BROWN:
9      Q.    Dr. Wolf, did you -- were the
10 J&J documents on page 13 provided to you by
11 plaintiffs' lawyers?
12         MS. O'DELL:  Object to the
13     form.
14     A.    The documents were provided to
15 me by plaintiffs' lawyers.
16 BY MS. BROWN:
17     Q.    And are you -- can you provide
18 us with an understanding of the methodology
19 the plaintiffs' lawyers employed in terms of
20 which documents to select for your review?
21         MS. O'DELL:  Object to the
22     form, asked and answered.
23     A.    I'm not sure what you're
24 asking.

Page 81

1  BY MS. BROWN:
2      Q.    Do you have an understanding of
3  how the plaintiffs' lawyers went about
4  picking the 20 J&J documents and the 15
5  Imerys documents that appear on Exhibit B to
6  your report?
7          MS. O'DELL:  Object to the
8      form.
9      A.    I didn't specifically ask them
10 how they came about finding them, looking for
11 them, if that's what you're asking me.
12 BY MS. BROWN:
13     Q.    Do you have any understanding,
14 sitting here today, of how the internal
15 documents listed on page B of your report,
16 were compiled for your review?
17         MS. O'DELL:  Object to the
18     form, asked and answered.
19     A.    I'm not aware of how the
20 plaintiffs' attorneys compiled the report.  I
21 didn't ask them their methodology.
22 BY MS. BROWN:
23     Q.    Having reviewed the internal
24 documents that the plaintiffs' lawyers gave

21 (Pages 78 to 81)

Judith K. Wolf, M.D.

Page 82

1    you, did you ask them for additional internal
2    documents?
3        A.    I don't recall.
4        Q.    Did you ask the plaintiffs'
5    lawyers any questions about any of the
6    internal documents they provided you?
7            MS. O'DELL:  Excuse me, I'm
8    going to object to that question.
9            MS. BROWN:  I'll rephrase.
10           MS. O'DELL:  You're not
11   entitled to understand --
12           MS. BROWN:  I'll rephrase --
13           (Simultaneous discussion
14   interrupted by reporter.)
15           MS. O'DELL:  Let me finish my
16   objection before you interrupt me.
17           MS. BROWN:  Sure.
18           MS. O'DELL:  So she's not
19   entitled to ask you questions about
20   your conversations with counsel.
21           MS. BROWN:  That's not entirely
22   true.
23   BY MS. BROWN:
24       Q.    I'm certainly entitled to know

Page 83

1    about information that counsel provided to
2    you that you're relying on to form your
3    opinions.  So I will rephrase the question to
4    ask just for whether you asked for any -- you
5    have any questions about these internal
6    documents that you asked of plaintiffs that
7    you are relying on for your opinions here?
8            MS. O'DELL:  Dr. Wolf, I'm
9        going to instruct you not to discuss
10       conversations you had with counsel.
11       You're certainly entitled,
12       under the rules, to know what
13       materials were provided for Dr. Wolf,
14       which we are doing that, but you're
15       not entitled to understand any
16       conversations that occurred between
17       Dr. Wolf and counsel.  I'm going to
18       instruct the witness not to answer.
19           MS. BROWN:  But that's not the
20       law.  So the law is --
21           MS. O'DELL:  The law is --
22           MS. BROWN:  Let me finish.  I
23       let you put your statement on the
24       record.  Let me just finish.

Page 84

1            MS. O'DELL:  Fair enough.
2            MS. BROWN:  If she asked you,
3    as lawyers for the plaintiffs, for any
4    information on which she is relying
5    for her opinion, then that's
6    discoverable.  And so my question -- I
7    appreciate your work-product concern.
8    My question is meant to stay within
9    the bounds of the Federal Rules, which
10   is that -- was there any information
11   that you provided her about these
12   documents on which she is relying to
13   form her opinion.  That's
14   discoverable.
15           MS. O'DELL:  That's not the
16   question you asked her.
17           MS. BROWN:  Yes, absolutely.
18           MS. O'DELL:  You asked if she
19   asked any questions, which goes to
20   communication.  And what the rule
21   allows discovery on are the materials
22   provided to Dr. Wolf, which are
23   available here for your review.
24   They're available from the list that

Page 85

1    you've been provided.  You're not
2    entitled to any discussions, and that
3    was what the question focused on.  So
4    why don't we --
5            MS. BROWN:  We are entitled --
6    I just want to finish this question
7    and we'll absolutely take a break.  We
8    are entitled to any information,
9    verbal or otherwise that you may have
10   given her, if she's relying on it.
11   And so I will rephrase the question to
12   make clear, that all I want to know is
13   if she asked the lawyers a question
14   about the documents, the answer to
15   which she relies on for her opinion.
16   That is 100 percent discoverable.
17           MS. O'DELL:  It is not.  That's
18   a communication between counsel and
19   she's not going to testify.  Now, all
20   the materials that she's relying on
21   are present in the -- excuse me.
22   They're present before Dr. Wolf and on
23   the table beside Dr. Wolf.  Those are
24   the materials she's relying on and

22 (Pages 82 to 85)

Judith K. Wolf, M.D.

Page 86

1  you're welcome to ask all of the
2  questions you'd like.  But in terms of
3  communications between counsel and
4  Dr. Wolf, you're not entitled to
5  discover that and I'm going to
6  instruct the witness not to answer.
7        MS. BROWN:  Here's what we need
8  to do so we can take it to the judge.
9  I need an answer to the question, is
10 she relying on information from the
11 lawyers regarding the documents.  I
12 need -- that's a yes or no.  That's
13 not even questionable.  If she says
14 yes and you instruct her not to
15 answer, we'll take it to the judge.
16 We need an answer to that straight up.
17       MS. O'DELL:  So I want to make
18 sure I understand.  Are you asking her
19 if she relies on these materials?
20       MS. BROWN:  No.  Here's where
21 we are.  I want to know if she asked
22 the lawyers a question about the
23 documents, she got an answer and she's
24 relying on that answer to form the

Page 87

1  basis of her opinion, and that is
2  discoverable under the Federal Rules.
3  So we're going to start with that
4  question, did you rely on something
5  the lawyers told you about the
6  documents, and then if you want to
7  instruct from there, we'll tee it up
8  and talk to the judge about it because
9  that's discoverable.
10       MS. O'DELL:  I think the issue
11 is the discussion about "rely."  And
12 what -- but you're asking her about
13 discussions with counsel.  And that's
14 different.  And so she's not going to
15 testify about discussions with
16 counsel.  The materials that she
17 considered and she relied on are
18 present in front of her and to her
19 side.
20       MS. BROWN:  Let me --
21       MS. O'DELL:  That's what's
22 discoverable and that's where we're
23 going to stay.
24       MS. BROWN:  Okay.  We're

Page 88

1  missing each other, so let me ask my
2  question and you instruct.
3        MS. O'DELL:  I don't think we
4  are.
5        MS. BROWN:  We'll have it on
6  the record and be able to take it up.
7  For the record, my position is, any
8  information from counsel or otherwise,
9  on which the witness relies for her
10 opinion is plainly discoverable under
11 the Federal Rules.
12       MS. O'DELL:  Disagree with that
13 position.
14 BY MS. BROWN:
15    Q.   Dr. Wolf, one quick question
16 here, and then we'll certainly take a break.
17 I know we've been going a while.
18       Did counsel for the plaintiffs
19 provide you with any information regarding
20 internal company documents on which you are
21 relying to form the basis of your opinions in
22 this lawsuit?
23       MS. O'DELL:  Object to the
24 question.  And answer the question to

Page 89

1  the degree you understand it.  If you
2  don't understand the question, you
3  don't have to answer it, Dr. Wolf.
4    A.   My understanding of the
5  question, what I hear you asking me, is did I
6  ask counsel questions about this, information
7  I got from them, not from the documents but
8  from the answer to my question, did I use
9  that information to form my opinion?  The
10 answer to that is no.
11 BY MS. BROWN:
12    Q.   Thank you, Dr. Wolf.
13       MS. BROWN:  Why don't we go
14 ahead and take a break.
15       MS. O'DELL:  Okay.
16       MS. BROWN:  Thank you.
17       THE VIDEOGRAPHER:  Going off
18 the record.  The time is 10:21 a.m.
19       (Recess taken from 10:21 a.m.
20 to 10:33 a.m.)
21       THE VIDEOGRAPHER:  Back on the
22 record.  The time is 10:33 a.m.
23 BY MS. BROWN:
24    Q.   Welcome back, Dr. Wolf.

23 (Pages 86 to 89)

Judith K. Wolf, M.D.

Page 90

1    A.    Thank you.
2    Q.    Dr. Wolf, counsel for the
3 plaintiffs indicated to me earlier this
4 morning, that there are some additional
5 documents that you have reviewed since the
6 time of your report.  That would include the
7 pending health Canada risk assessment; is
8 that correct?
9    A.    Yes.
10    Q.    Okay.  When did you review
11 that?
12    A.    Sometime within the last few
13 weeks.  I don't remember the exact date.
14    Q.    Counsel indicated that you've
15 reviewed an article with the lead author
16 Taher, T-a-h-e-r; is that correct?
17    A.    That's correct.
18    Q.    When did you review that?
19    A.    Around the same time as the
20 Canadian health assessment.
21    Q.    Were both the health Canada
22 proposed report and the Taher article
23 provided to you by counsel for the
24 plaintiffs?

Page 91

1    A.    Yes.
2    Q.    Do you know if the Taher
3 article is publicly available yet?
4    A.    I don't know.  The copy that I
5 have says that it's submitted for publication
6 or is going to be submitted for publication.
7 I haven't done a search to see if it's
8 publicly available yet.
9    Q.    Have -- did you note in your
10 review of the Taher article, that it
11 references, in numerous places, supplemental
12 materials?
13    A.    Yes.
14    Q.    Have you reviewed the
15 supplemental materials on which Taher relies?
16    A.    I haven't reviewed them all.
17 Some of them I had reviewed otherwise, but
18 I -- I haven't reviewed them all, no.
19    Q.    Did plaintiffs' lawyers give
20 you access to the supplemental materials
21 relied on in Taher?
22    A.    I don't know.
23    Q.    Do you have those materials
24 with you here today?

Page 92

1    A.    I don't have the supplemental
2 materials.  I just have the Taher somewhere.
3        MS. BROWN:  Counsel, has that
4 material been provided to the doctor?
5        MS. O'DELL:  Yes.
6        MS. BROWN:  Okay.  We'll
7 request production of the supplemental
8 materials as referenced in the Taher
9 report.
10        MS. O'DELL:  Let me make sure.
11 What do you mean "supplemental"?  Let
12 me make sure I understand what you're
13 saying.  She's provided the Taher and
14 the -- she's provided the Taher paper
15 and the causal assessment.
16        MS. BROWN:  Okay.  The Taher
17 paper makes references in numerous
18 places to supplemental materials, and
19 my question was whether you've
20 provided those supplemental materials
21 to the witness and if so, I'll request
22 production of it.
23        MS. O'DELL:  Okay.  Let me
24 check that.

Page 93

1        MS. BROWN:  Okay.  Thank you.
2 BY MS. BROWN:
3    Q.    For your purposes, though,
4 Dr. Wolf, it's not something you have on hand
5 sitting here today?
6    A.    It's not.
7    Q.    And because these materials
8 were recently provided to you by counsel for
9 the plaintiffs, they did not form the basis
10 of the report that you authored, dated
11 November 16th, 2018; is that fair?
12    A.    That's fair.
13    Q.    Okay.  Counsel indicated you
14 have seen some of the other expert reports
15 from witnesses for plaintiffs' lawyers in
16 this litigation; is that right?
17    A.    That's correct.
18    Q.    Okay.  Can you tell me which
19 ones you've reviewed?
20    A.    Can I see the list of all of
21 them?  I don't --
22        MS. O'DELL:  I don't have a
23 list.
24    A.    I reviewed some of the

24  (Pages 90 to 93)

Judith K. Wolf, M.D.

Page 94

1  epidemiology ones, but I don't remember the
2  names. I reviewed part of one of the other
3  GYN oncology ones. It seemed to be similar
4  to mine. I don't read it all. I didn't read
5  the third. I can't remember.
6  BY MS. BROWN:
7      Q.   Okay. So let's back up. How
8  many -- I assume the reports of these other
9  experts were provided to you from the
10 plaintiffs' lawyers; is that right?
11     A.   That's correct.
12     Q.   Okay. When did you -- did you
13 receive them all at once?
14     A.   I did.
15     Q.   And do you recall approximately
16 when you received them?
17     A.   I don't know. Sometime after
18 the reports were all submitted. I don't
19 remember the date.
20     Q.   Okay. Prior to issuing your
21 report, dated November 16th, 2018, did you
22 see any other expert reports?
23         MS. O'DELL: Object to the
24     form.

Page 95

1      A.   I didn't see any of the expert
2  reports for this case.
3  BY MS. BROWN:
4      Q.   Okay. In -- fair to say, then,
5  the opinions that you have contained in your
6  report, dated November 16, 2018, you're not
7  relying on any other plaintiff expert in
8  forming these opinions; is that right?
9          MS. O'DELL: Object to the
10     form. Other than cited in her actual
11     report.
12         MS. BROWN: Counsel, it's
13     objection to form. Don't testify for
14     her.
15     A.   Well, the Plunkett deposition,
16 I believe, is a reference in my report.
17 BY MS. BROWN:
18     Q.   Well, it couldn't be a
19 reference in your report because it didn't
20 happen till after your report, right?
21     A.   Sorry. Yes.
22     Q.   Okay. So we're going to get to
23 Plunkett. Let's keep that to the side. What
24 I'm interested -- you understand that lawyers

Page 96

1  for the plaintiffs submitted reports like
2  yours from a number of different people,
3  right?
4      A.   Yes.
5      Q.   And there came a point in time
6  when the plaintiffs' lawyers sent you some of
7  those reports, correct?
8      A.   Yes.
9      Q.   Did they send you completed
10 reports or did they sent you draft reports?
11     A.   They sent me the completed
12 reports that had already been submitted and
13 turned in. I didn't see any drafts of
14 anybody else's reports.
15     Q.   Got it. So in writing your
16 report in this case, which we have marked as
17 Exhibit 7 and which is dated November 16th,
18 2018, you did not rely on the opinions of
19 another expert. Fair?
20         MS. O'DELL: Object to the
21     form.
22     A.   My understanding what you're
23 asking me is, did I rely on the opinions of
24 the expert reports in this case? No, I had

Page 97

1  not seen them.
2  BY MS. BROWN:
3      Q.   That was exactly what I was
4  asking. Did you type the report that we've
5  marked as Exhibit 7 yourself, Doctor?
6      A.   You mean my fingers on?
7      Q.   Correct.
8      A.   I typed some of the drafts.
9  The final report, I dictated most of it.
10     Q.   So to whom did you dictate the
11 report?
12     A.   I don't remember her name.
13 Someone who works with the plaintiffs'
14 attorneys. I'm not a typist.
15     Q.   Fair enough. How many hours
16 did you spend preparing the report that we've
17 marked as Exhibit 7?
18         MS. O'DELL: Object to the
19     form.
20     A.   An estimate of how much time, I
21 would say 20 to 30 hours, total. I mean,
22 there were several drafts and then even when
23 I thought it was a final draft, a few tweaks
24 and revisions here and there. And I still

25 (Pages 94 to 97)

Judith K. Wolf, M.D.

Page 98

1  see some typos and errors that if I had it
2  back, I would fix and change.
3  BY MS. BROWN:
4      Q.    Did someone other than you
5  write some of the information contained in
6  Exhibit 7?
7      A.    Exhibit 7 is my report?
8      Q.    Correct.
9      A.    Other than things that I have
10  in quotes that I've pulled from articles, no
11  one else wrote it.
12      Q.    Other than information that you
13  have in quotes, it's your testimony that all
14  of the language that we see in Exhibit 7 is
15  your own; is that right?
16          MS. O'DELL:  Object to the
17      form.
18      A.    I wrote the report, the entire
19  report.
20  BY MS. BROWN:
21      Q.    Do you know who Dr. Blair Smith
22  is?
23      A.    Dr. Blair Smith?
24      Q.    Correct.

Page 99

1      A.    Is that -- is that Ellen Blair
2  Smith?
3      Q.    Correct.
4      A.    I do know her, yes.
5      Q.    Okay.  Did you work with
6  Dr. Blair Smith on your report?
7      A.    I did not.
8      Q.    Okay.  Do you know why a
9  paragraph in your report would be exactly the
10  same as that contained in Dr. Smith -- Blair
11  Smith's report?
12      A.    I don't.
13      Q.    Okay.  Let's take a look at
14  that.  If you look at page 8 of your report,
15  Doctor.  Right above the bold text that says
16  "Meta-Analysis," do you see that sentence?
17      A.    Uh-huh.
18      Q.    It says, "All of the cohort
19  studies are limited by lack of power, failure
20  to make the appropriate queries, selection
21  bias and short follow-up."
22          Do you see that?
23      A.    I do.
24      Q.    Are those your words?

Page 100

1      A.    Yes.
2      Q.    You wrote that sentence?
3      A.    Yes.
4      Q.    Okay.  Skipping down to the
5  paragraph below "Summary of Epidemiological
6  Evidence," the paragraph that begins, "When
7  looking at epidemiological studies in their
8  totality" -- are you with me?
9      A.    Yes.
10      Q.    Did you write this entire
11  paragraph here?
12      A.    Yes.
13      Q.    Did you give Dr. Ellen Blair
14  Smith the authority to copy that into her
15  report?
16      A.    I didn't speak with Dr. Ellen
17  Blair Smith.
18      Q.    Are you surprised to learn that
19  the information that you wrote on page 8 also
20  appears in Dr. Blair Smith's report, which
21  I'm handing you as Exhibit 8.
22          (Deposition Exhibit 8 marked
23      for identification.)
24          MS. O'DELL:  Object to the

Page 101

1      form.
2      A.    Is it marked somewhere here
3  what it is?
4  BY MS. BROWN:
5      Q.    It is.  If you look at page 16,
6  Doctor.  And I'll direct you to the -- one,
7  two, three -- the end of the first -- go to
8  the third complete paragraph that begins "In
9  my opinion."  You with me?
10      A.    Uh-huh.
11      Q.    Okay.  And the end of that
12  paragraph contains the very first sentence I
13  asked you to read, right?  "All of the cohort
14  studies are limited by lack of power."
15  Correct?
16          MS. O'DELL:  Object to the
17      form.
18      A.    What I can say when I look at
19  these, she cited the same limitations as I
20  did, and that's not that surprising to me.
21  BY MS. BROWN:
22      Q.    Okay.  And if you look at --
23  when looking at the epidemiology studies, do
24  you see that that paragraph is the same,

26 (Pages 98 to 101)

Judith K. Wolf, M.D.

---

Page 102

1  Doctor?
2       MS. O'DELL:  Object to the
3  form.  Are you referring to when --
4  the fourth -- the last paragraph above
5  "Mechanism"?
6       MS. BROWN:  "When looking at
7  epidemiological studies."
8  BY MS. BROWN:
9       Q.    Do you see that, Doctor?
10      A.    Is that the last -- you're
11  talking about the last paragraph?
12      Q.    Sorry, of your report.  Page 8.
13  Is that your language, Doctor?
14      A.    This is my language; this is
15  her language.  I see some words that are the
16  same.  The conclusions are similar, but --
17  BY MS. BROWN:
18      Q.    And you see some sentences --
19      MS. O'DELL:  Excuse me.  She's
20  not finished.
21      Would you like to finish,
22  Dr. Wolf?
23      A.    But I mean, I'm just mostly
24  looking at the length of it and it's not even

---

Page 103

1  the same length, so I don't see how it's the
2  exact same thing.
3  BY MS. BROWN:
4       Q.    You see some sentences that are
5  identical, right, Doctor?
6       MS. O'DELL:  Object to the
7  form.
8       A.    I don't see -- give me a chance
9  to look at the entire thing.
10  BY MS. BROWN:
11      Q.    Sure.
12      A.    Because I don't see -- I see
13  one sentence is the same.  "There appears to
14  be no significant publication bias."
15      Q.    And also, Doctor, the sentence
16  that we just talked about, "All of the cohort
17  studies are limited by failure," that's the
18  same, right?
19      MS. O'DELL:  Object to the
20  form.
21      A.    No, it's not the same.  It
22  raises the same points, but it's not the
23  same.
24

---

Page 104

1  BY MS. BROWN:
2       Q.    In writing your report, Doctor,
3  did you take any language from other
4  articles?
5       MS. O'DELL:  Sorry, do you mean
6  quote language?
7  BY MS. BROWN:
8       Q.    Did you -- is any of the
9  language contained in your report not your
10  own; meaning did it come from publicly
11  available sources or articles?
12      MS. O'DELL:  Object to the
13  form.
14      A.    Quotes in my report came from
15  articles.
16  BY MS. BROWN:
17      Q.    In writing your report, did you
18  consult Wikipedia?
19      A.    Did I do what?
20      Q.    Did you consult Wikipedia?
21      A.    No.
22      Q.    Do you know what that is?
23      A.    I do, but I don't consult for
24  any medical literature or scientific

---

Page 105

1  literature.
2       Q.    You don't consider Wikipedia to
3  be a scientifically reliable source; is that
4  right?
5       A.    I don't.
6       Q.    Okay.  And in coming up with
7  your report, that's not something that you
8  cut and pasted from; is that right?
9       A.    I didn't look at Wikipedia to
10  prepare my report.
11      Q.    And there aren't parts of your
12  report that someone else did for you; is that
13  right?
14      MS. O'DELL:  Object to form.
15      A.    That's right.
16  BY MS. BROWN:
17      Q.    On page 2 of your report,
18  Doctor, you indicate the method -- you talk
19  about the methodology you employed here.  Do
20  you see that?
21      A.    Yes.
22      Q.    Describe for us -- I understand
23  you have it discussed in your report, but
24  describe for us what methodology you employed

---

27 (Pages 102 to 105)

Judith K. Wolf, M.D.

Page 106

1  to answer the question in this case.
2       A.    So that's -- this is why I
3  provided the UpToDate evidence-based
4  medicine.  So I started with the question.
5  The question is, does general use of talcum
6  powder cause ovarian cancer.  And then
7  researched the literature, looking for human
8  studies, animal studies, in vitro studies.
9  And then evaluated the validity of the
10  studies as a whole, by looking at their
11  materials and methods, the results and
12  conclusions that they drew, what journal
13  the -- if it was published in a peer-reviewed
14  journal, what journal it was in, what year it
15  was published, were there multiple studies
16  showing similar findings, were there
17  outliers, and then from that formed my
18  opinion.
19       Q.    And your conclusion is that
20  genital talc use causes ovarian cancer,
21  correct?
22       A.    That is -- genital talcum
23  powder use, yes.
24       Q.    And is your opinion limited to

Page 107

1  a certain quantity of genital powder use?
2            MS. O'DELL:  Object to the
3       form.
4       A.    It's not.  And I had a hard
5  time with that issue just because I don't
6  know what a dose is, because how much do you
7  shake, how much do you apply, it's hard to
8  know a certain amount.
9  BY MS. BROWN:
10       Q.    In forming your opinions in
11  this case, have you attempted to quantify how
12  much talcum powder an individual woman would
13  be exposed to when using it in the genital
14  area?
15            MS. O'DELL:  Objection to the
16       form.  Dr. Wolf's being offered for
17       general causation, not for a specific
18       plaintiff.
19       A.    Repeat the question again.
20  BY MS. BROWN:
21       Q.    Sure.  We were talking about
22  how much powder use, in your opinion, causes
23  ovarian cancer.  And my question is, have you
24  attempted to quantify how much talcum powder

Page 108

1  a woman is exposed to when she uses it
2  perineally?
3            MS. O'DELL:  Object to the
4       form.
5       A.    Are you asking me if I've done
6  a study?  I'm not sure what you're asking.
7  BY MS. BROWN:
8       Q.    In forming your opinion in this
9  case, that talcum powder causes ovarian
10  cancer, have you attempted to quantify how
11  much talcum powder causes ovarian cancer?
12            MS. O'DELL:  Object to the
13       form.
14       A.    In reviewing the articles, some
15  of the studies have tried to look at length
16  of time, frequency of use, years of use,
17  total applications.  It's hard for me to know
18  what that amount is, because I don't know in
19  each individual woman, like, how much she put
20  in.  And I also don't know in each individual
21  woman, what her risk might be from the talc,
22  based on her own genetic makeup and other
23  things in her immune system and how she
24  responds to it.

Page 109

1  BY MS. BROWN:
2       Q.    Have you calculated how much
3  genital talc powder is needed to cause
4  ovarian cancer?
5            MS. O'DELL:  Object to the
6       form.
7       A.    Again, I think that my -- it's
8  difficult, even from reviewing the literature
9  and from all the questions that were asked,
10  queried, to know how much any woman is
11  exposed to when she uses it.
12  BY MS. BROWN:
13       Q.    So what you're identifying is
14  one of the limitations of the talc
15  epidemiology, correct?
16            MS. O'DELL:  Object to the
17       form.
18       A.    What I'm identifying is one of
19  the limitations of knowing what dose is safe.
20  BY MS. BROWN:
21       Q.    In your mind, is there a dose
22  of genital talcum powder that does not cause
23  ovarian cancer?
24       A.    I don't know.

28 (Pages 106 to 109)

Judith K. Wolf, M.D.

Page 110

1    Q.   Have you investigated whether
2  or not there is an amount of talcum powder
3  that can be used perineally without
4  increasing the risk for ovarian cancer?
5        MS. O'DELL:  Objection, asked
6    and answered.
7    A.   I don't know if there is an
8  amount that's safe.  I don't know how I could
9  ethically test that.  I'm not aware of
10 anything in the literature that says, "This
11 dose is safe, this dose is not."  Because
12 even in all of the studies, what is a dose?
13 One shake?  Two shakes?  A hard shake?  A
14 light shake?
15 BY MS. BROWN:
16   Q.   Is your opinion, Dr. Wolf, that
17 some amount of perineal talcum powder use
18 causes ovarian cancer, is that opinion
19 dependent on an assumption that talcum powder
20 is contaminated with asbestos?
21   A.   No, because --
22        MS. O'DELL:  Object to the
23   form.
24   A.   -- talcum powder is a mix of

Page 111

1  things, right?  It's a mix of platy talc,
2  fibrous talc, asbestos, heavy metals have
3  been found in it, nickel and chromium and
4  cobalt, and then all of the fragrances.  And
5  I have seen the expert report of Michael
6  Crowley, where he assessed the irritant
7  quality of some of the fragrances.  And so
8  when I look at the talcum powder product, I
9  look at it as a whole.
10 BY MS. BROWN:
11   Q.   Do you believe there is
12 asbestos in talcum powder?
13   A.   I've seen evidence that there
14 is asbestos found in at least 60 percent of
15 talcum powder that's been evaluated that I've
16 seen.
17   Q.   Is it your opinion in this
18 case, that 60 percent of talcum powder is
19 contaminated with asbestos?
20        MS. O'DELL:  Object to the
21   form, asked and answered.
22   A.   In the reports that I've seen,
23 60 percent of the time there was evidence of
24 asbestos.

Page 112

1  BY MS. BROWN:
2    Q.   Are you referring to
3  plaintiffs' expert witness reports?
4    A.   Let me look in my report here
5  for just one second.  I'm sorry, I just need
6  to look in here to find it.  Because there is
7  plaintiffs' expert witness, but --
8        MS. O'DELL:  Take your time,
9    Doctor.
10       THE WITNESS:  All right.
11 BY MS. BROWN:
12   Q.   And, Doctor, maybe I can help.
13 On page 9 of your report, you reference in
14 the third paragraph --
15   A.   Yes.
16   Q.   -- that you believe Dr. Longo
17 and Rigler have demonstrated talc to be --
18 may be contaminated with asbestos.  Do you
19 see that?
20   A.   That's correct.  And then also
21 there's the deposition of John Hopkins.
22   Q.   What information are you
23 relying on from the deposition of John
24 Hopkins?

Page 113

1    A.   A report that I saw.
2    Q.   Okay.  What -- you just pulled
3  out a document from your binder.  What is
4  that, Doctor?
5    A.   That is the -- this is part of
6  the deposition, right?  Yeah.  It's in my
7  references.
8  BY MS. BROWN:
9    Q.   Okay.  Can I see it?
10   A.   Yeah.  It was just printed
11 separately so it can be bigger.
12   Q.   And what you have just handed
13 me, Dr. Wolf, is -- it bears an exhibit
14 sticker Hopkins 28, and do you know -- it
15 appears to be a large printout of some kind
16 of Excel chart.  Do you know what this is?
17   A.   This was from his deposition of
18 testing of talcum powder products.
19   Q.   Did you read the deposition of
20 Dr. John Hopkins?
21   A.   I did not see the entire
22 deposition.
23   Q.   Were you provided with the
24 deposition?

29 (Pages 110 to 113)

Judith K. Wolf, M.D.

Page 114

1    A.    If I was, I don't recall.
2    Q.    Did you ask to see Exhibit 28
3  to John Hopkins' deposition?
4    A.    Specifically ask for that?  I
5  did not.  I was provided it.
6    Q.    So the lawyers decided to give
7  you John Hopkins' Exhibit 28; is that right?
8    A.    I received it from the lawyers.
9    Q.    Okay.  And do you know what's
10  contained within Exhibit 28?
11    A.    Do I know what's contained
12  within it?  It's a chart of testing of talcum
13  powder from various sources and various time
14  periods, how the test was done and what the
15  results showed, as well as a few other things
16  on there.
17    Q.    Did you -- do you know who
18  created this chart, Dr. Wolf?
19    A.    I don't.
20    Q.    Do you have any idea if the
21  four pages of testing contained in Exhibit 28
22  to John Hopkins' deposition is representative
23  of all the testing that was done on Johnson
24  & Johnson's product?

Page 115

1        MS. O'DELL:  Object to the
2    form.
3    A.    I don't know if it is or it
4  isn't, but what I know is what I see there,
5  is that the results show evidence of asbestos
6  contamination over a period of time.
7  BY MS. BROWN:
8    Q.    Do you know -- are you familiar
9  with the test method "XRD"?
10    A.    I'm not a geologist and I don't
11  understand the test methods.  So I'm going to
12  have to say I would defer to the geologist to
13  answer a question about that.
14    Q.    So in terms of whether or not a
15  test method known as "XRD" is even capable of
16  distinguishing between asbestiform and
17  nonasbestiform minerals, you would defer to
18  somebody else on that question; is that
19  right?
20        MS. O'DELL:  Object to the
21    form.
22    A.    What I'm going to say is that
23  the details of how that's performed, I am not
24  aware of.

Page 116

1  BY MS. BROWN:
2    Q.    So in terms of interpreting the
3  findings of the chart, which list a number of
4  different test methods, you'd agree you're
5  not a microscopist.  True?
6        MS. O'DELL:  Object to the
7    form.
8    A.    Can you define what a
9  "microscopist" is in your -- from what you're
10  asking me?
11  BY MS. BROWN:
12    Q.    Sure.  Are you -- do you hold
13  yourself out to the medical community as an
14  expert in light microscopy in looking --
15  using various different types of microscopy
16  to study minerals?
17    A.    No, I'm not.
18    Q.    And you understand that the
19  chart you just handed me includes a number of
20  different test methods, correct?
21    A.    Yes.
22    Q.    And you're not aware whether
23  those test methods are even capable of
24  distinguishing or finding asbestos, correct?

Page 117

1        MS. O'DELL:  Object to the
2    form.
3    A.    I'm assuming since they found
4  asbestos, that they are.  I'm assuming that
5  since they were used to try to identify
6  asbestos, that they are.
7  BY MS. BROWN:
8    Q.    Show me on this chart what
9  asbestos finding you're referring to, Doctor.
10    A.    The second page, tremolite --
11  here, tremolite, tremolite, actinolite
12  fibrous talc, tremolite, tremolite,
13  actinolite, tremolite, actinolite -- sorry.
14  I'm sorry.  I didn't mean to go so fast.  I'm
15  looking at what tests revealed.
16    Q.    And are you familiar, Doctor,
17  with the fact that tremolite exists both as
18  tremolite asbestos and as the nonasbestiform
19  version of that mineral?  Are you aware of
20  that?
21    A.    Yes.
22    Q.    Okay.  And do you -- what
23  information are you relying on that the
24  tremolite that's indicated in that chart is

30 (Pages 114 to 117)

Judith K. Wolf, M.D.

| Page 118 |
| --- |

1  tremolite asbestos and not the nonasbestiform
2  version?
3          MS. O'DELL:  Object to the
4      form.
5      A.   I wasn't given that
6  information.  All I can say is that there
7  is -- some of them say "tremolite," others
8  say "fibrous crocidolite, fibrous tremolite,
9  actinolite."
10  BY MS. BROWN:
11      Q.   And whether the information
12  that's contained on the exhibit from
13  Dr. Hopkins' deposition that was given to you
14  by the plaintiffs' lawyers, whether that, in
15  fact, indicates a finding of asbestos, you're
16  not the expert in that.  Fair?
17          MS. O'DELL:  Object to the
18      form.
19      A.   I'm looking at the results, and
20  even if I take out ones that just say
21  "tremolite," and don't tell me if it's the
22  asbestos form or not, I see -- I see others
23  that do say "asbestos, asbestos fibers,
24  fibrous talc" --

| Page 119 |
| --- |

1  BY MS. BROWN:
2      Q.   Show me where it says
3  "asbestos."
4      A.   This one says "confirmed
5  asbestos."
6      Q.   And did you ask -- did you look
7  at the product that was being tested here,
8  Doctor?  Meaning, do you even know if this
9  was cosmetic talcum powder?
10          MS. O'DELL:  Object to the
11      form.  If you want her to look at the
12      exhibit in full, you can ask a
13      question.
14  BY MS. BROWN:
15      Q.   Sure.  You just pointed me to a
16  line on the chart that says they're testing
17  ore mud.  Do you have any source of
18  information that would lead you to believe
19  that that was ore that was used to make
20  cosmetic talc?
21          MS. O'DELL:  Object to the
22      form.
23      A.   Are you talking about the one
24  below it that says --

| Page 120 |
| --- |

1  BY MS. BROWN:
2      Q.   And have you reviewed -- what
3  you just pointed me to, Dr. Wolf, is a
4  testing from the 1970s by Dr. Langer,
5  correct?
6      A.   Can I see the whole thing?
7      Q.   Sure.  You pointed me to
8  Dr. Langer, Mount Sinai, 1975, right?
9      A.   Yes.
10      Q.   Okay.  Are you familiar with
11  Dr. Langer's testing of talcum powder
12  products in the 1970s?
13          MS. O'DELL:  Object to the
14      form.  And if you're going to ask
15      questions about the exhibit, if you'll
16      put it back in front of the witness.
17          MS. BROWN:  Absolutely.
18          MS. O'DELL:  You've asked a
19      question, she's going to respond, so
20      hand her back Exhibit 28.
21          MS. BROWN:  I'm not sure she
22      needs it to answer it.
23          MS. O'DELL:  I'm sure counsel
24      has a copy of Exhibit 28 if you -- if

| Page 121 |
| --- |

1  you need it.  I'm sure you have it
2  committed to memory.
3      A.   Can you ask the question again?
4  BY MS. BROWN:
5      Q.   Sure.  In supporting your view
6  that 60 percent of talcum powder products are
7  contaminated with asbestos, you've handed me
8  a chart that the lawyers gave you from
9  Dr. Hopkins' deposition and pointed me to an
10  entry of a test that Dr. Langer performed in
11  the 1970s, right?
12          MS. O'DELL:  Object to the
13      form, misstates her testimony as to
14      the percentage.  It's not what she
15      referred to.
16      A.   That's the line I pointed at.
17  BY MS. BROWN:
18      Q.   Okay.  But to be fair,
19  Dr. Wolf, you are not familiar with the
20  testing that Dr. Langer did on talcum powder
21  products in the 1970s, right?
22      A.   I am not.
23      Q.   Okay.  And you are certainly
24  not aware of the work that the Food and Drug

31 (Pages 118 to 121)

Judith K. Wolf, M.D.

Page 122

1    Administration did to check all of the work
2    that Dr. Langer did, correct?
3           MS. O'DELL:  Object to the
4    form.
5       A.    I am not aware of all of the
6    testing or checking that the FDA did to test
7    Dr. Langer's work.
8    BY MS. BROWN:
9       Q.    And so in giving that
10   testimony, you were not aware that the FDA
11   tested that Dr. Langer sample and determined
12   there was no asbestos?
13      A.    That specific --
14          MS. O'DELL:  Excuse me.
15   BY MS. BROWN:
16      Q.    Let me just --
17          MS. O'DELL:  No.  I get to --
18   BY MS. BROWN:
19      Q.    I need to ask my question.
20          MS. O'DELL:  I need to have the
21   opportunity to object.  If you'd give
22   me just a moment.  Object to the form
23   of the question.  Misstates the
24   record.

Page 123

1           MS. BROWN:  But here's what
2    happened.  I didn't get the question
3    out.
4           MS. O'DELL:  Yes, you did.
5           MS. BROWN:  So let me get the
6    question on the record --
7           MS. O'DELL:  Yes, you did.
8           MS. BROWN:  -- and then we'll
9    leave time for Ms. O'Dell to object
10   and then, Doctor, you can answer.
11          So my question was, you're not
12   aware that the FDA tested all of the
13   Langer samples that were conducted in
14   the 1970s and determined that J&J's
15   product was free from asbestos, right?
16          MS. O'DELL:  Object to the
17   form, misstates the record.
18      A.    I'm not aware that the FDA
19   tested all of Dr. Langer's testing, no.
20   BY MS. BROWN:
21      Q.    Were you aware that the FDA
22   tested Johnson & Johnson's baby powder in the
23   1970s at all?
24      A.    Yes.

Page 124

1       Q.    Did you review the testing that
2    the FDA did of Johnson's Baby Powder in the
3    1970s?
4           MS. O'DELL:  Object to the
5    form.
6       A.    I don't recall reviewing in
7    detail the testing that they did.
8    BY MS. BROWN:
9       Q.    Were you aware that the FDA
10   determined, based on its own testing of
11   Johnson's baby powder product in the 1970s,
12   that it was asbestos free?
13          MS. O'DELL:  Object to the
14   form.
15      A.    I was aware that they reported
16   that.
17   BY MS. BROWN:
18      Q.    Did you consider the finding of
19   the United States Food and Drug
20   Administration's own testing of baby powder's
21   product, before coming to your opinion that
22   60 percent of baby powder is contaminated
23   with asbestos?
24          MS. O'DELL:  Object to the

Page 125

1    form.
2       A.    What I said, I believe, was
3    that what I saw of the samples that I saw
4    tested, 60 percent showed evidence.  I'm not
5    saying that -- I didn't say that -- what I
6    said was, of what I saw, 60 percent showed
7    evidence of asbestos.
8    BY MS. BROWN:
9       Q.    And you're getting that 60
10   percent figure from an expert report for a
11   plaintiffs' lawyer in litigation, correct?
12          MS. O'DELL:  Object to the
13   form.
14      A.    Are you referring to the Longo
15   and Rigler report?
16   BY MS. BROWN:
17      Q.    I am.
18      A.    Yes.
19      Q.    Okay.  So the basis for your
20   opinion that 60 percent of baby powder
21   products are contaminated with asbestos is a
22   plaintiffs' expert report in litigation.
23   True?
24          MS. O'DELL:  Object to the

32 (Pages 122 to 125)

Judith K. Wolf, M.D.

Page 126

1    form.
2        A.   My -- 60 percent of what I saw
3    tested had evidence.
4    BY MS. BROWN:
5        Q.   So the entire basis of your
6    opinion that 60 percent of what was tested
7    had asbestos comes from this Longo report,
8    right?
9            MS. O'DELL:  Object to the
10           form.
11       A.   60 percent of what I saw.
12   BY MS. BROWN:
13       Q.   What methodology did you employ
14   in terms of weighting the evidence from
15   Dr. Longo, a plaintiffs' expert witness, or
16   the Food and Drug Administration?
17           MS. O'DELL:  Object to the
18           form.
19       A.   I will have to say I took them
20   both into consideration.  Given that there's
21   been a continued concern since the 1970s and
22   beyond, that there is a relationship with
23   general talcum powder use and ovarian cancer,
24   I had to look at all of the information.  And

Page 127

1    if there is any asbestos in baby powder, it's
2    one of the components that could be
3    carcinogenic.
4    BY MS. BROWN:
5        Q.   Okay.  We're talking about the
6    basis for your opinion to believe there is
7    asbestos in baby powder.  Are you with me?
8            MS. O'DELL:  Object to the
9            form.
10       A.   Yes.
11   BY MS. BROWN:
12       Q.   Okay.  And I understand one of
13   the things you relied on was Dr. Longo's
14   report, right?
15       A.   Yes.
16       Q.   And you are testifying that you
17   also took into consideration the FDA's
18   testing in the 1970s, correct?
19       A.   Yes.
20       Q.   Did you consider the FDA's
21   testing in 2009 and 2010?
22       A.   I'd have to look at that
23   information.
24       Q.   Did you know that the FDA

Page 128

1    tested baby powder in 2009 and 2010?
2        A.   I don't recall.
3        Q.   Is it important to you, to have
4    considered that information before offering
5    an expert opinion that baby powder's
6    contaminated with asbestos?
7            MS. O'DELL:  Object to the
8            form.
9        A.   Can you show me that
10   information?
11   BY MS. BROWN:
12       Q.   Sure.
13           THE WITNESS:  Can you pull up
14       the Longo report for me?
15           (Deposition Exhibit 9 marked
16       for identification.)
17   BY MS. BROWN:
18       Q.   I'm marking, Dr. Wolf, as
19   Exhibit 9 to your deposition, a printout from
20   the FDA's website regarding talc, and this,
21   I'll represent to you, is a report from the
22   FDA's testing of baby powder products for
23   asbestos in 2009-2010.  Certainly take as
24   long as you need to review it, but I'd refer

Page 129

1    you to the very last page, which tests the
2    Johnson's baby powder product and reports, by
3    both PLM and TEM, no asbestos.
4            MS. O'DELL:  Would you -- would
5        you mind -- is it 9?  Exhibit 9?
6            MS. BROWN:  Yes.  Sorry,
7        Exhibit 9.  Sorry.
8            MS. O'DELL:  And feel free to
9        take an opportunity to review
10       Exhibit 9, Dr. Wolf.
11   BY MS. BROWN:
12       Q.   Dr. Wolf, I see you're looking
13   at the Longo report, which I'm going to give
14   you plenty of time to look at, but I just
15   want to ask you a question about Exhibit 9,
16   the FDA's testing.
17       A.   And what is your question?
18       Q.   Were you aware of the FDA's
19   testing of Johnson's baby powder products in
20   2009 and 2010?
21       A.   I can't recall specifically
22   that I was aware of that.  Am I surprised
23   that they tested?  I'm not.
24       Q.   Right.  So what -- did you

33 (Pages 126 to 129)

Judith K. Wolf, M.D.

Page 130

1  consider third-party testing of Johnson's
2  baby powder, like Princeton, MIT, Colorado
3  School of Mines?  Did you consider any of
4  those testings?
5          MS. O'DELL:  Object to the
6      form.
7      A.   Well, some of those were on
8  this report.
9  BY MS. BROWN:
10     Q.   Did you consider the testing
11 that they did in connection with the 1970s
12 Langer findings that determined there was no
13 asbestos in Johnson's baby powder?
14         MS. O'DELL:  Object to the
15     form, misstates the record.
16     A.   I'm getting a little confused
17 about what you're asking, about "the
18 consider."  I mean, I considered everything
19 that I saw.
20 BY MS. BROWN:
21     Q.   And that's what I'm trying to
22 find out.  So I understand you are here today
23 giving us an opinion that baby powder
24 contains asbestos.  True?

Page 131

1      A.   Some baby powder, I believe,
2  contains asbestos, yes.
3      Q.   What percentage of baby powder
4  contains asbestos?
5      A.   It doesn't matter what
6  percentage to me, if any of it does.  I'm
7  telling you the reports that I've seen, 60
8  percent in the testing that I've seen.  I
9  don't care if that's -- if you took all baby
10 powder and it's 60 percent or not.  If
11 there's any in there, it's a concern to me.
12     Q.   Okay.  So I understand you to
13 have an opinion there is asbestos in some
14 amount of baby powder, correct?
15         MS. O'DELL:  Object to the
16     form.
17     A.   In the testing that I've seen,
18 yes, I believe there's asbestos in some baby
19 powder.
20 BY MS. BROWN:
21     Q.   Okay.  And you're talking about
22 Dr. Longo's litigation testing, right?
23         MS. O'DELL:  Object to the
24     form.

Page 132

1      A.   Yes.  As well as the Hopkins
2  data.
3  BY MS. BROWN:
4      Q.   But we talked about --
5          MS. O'DELL:  Excuse me.
6      Dr. Wolf, when you say the "Hopkins
7      data," are you referring to the
8      Exhibit 28?
9          THE WITNESS:  Yes.
10 BY MS. BROWN:
11     Q.   We talked about Exhibit 28,
12 Doctor, and admittedly you're not able to
13 interpret the testing methods that were used
14 there, correct?
15         MS. O'DELL:  Object to the
16     commentary.  It's not what she said.
17     It misrepresents her testimony.
18     A.   You asked me about --
19         MS. BROWN:  Hold on.
20 BY MS. BROWN:
21     Q.   Your counsel thinks I'm
22 misrepresenting your testimony and I
23 certainly don't mean to do that.  We agreed,
24 Doctor, did we not, that you're not a

Page 133

1  microscopist?
2          MS. O'DELL:  Object to the
3      form.
4      A.   See, when you say
5  "microscopist," I say that that -- that's a
6  term to me that means more than I think
7  you're meaning to say.  I routinely look at
8  light microscopy, a pathology of gynecologic
9  cancers.  So in that area, would you say I'm
10 a microscopist?  I don't know.  Do I
11 routinely look for asbestos?  I do not.
12 BY MS. BROWN:
13     Q.   Right.  You don't hold yourself
14 out to the medical community as someone who
15 is qualified to look at bulk samples of baby
16 powder for the presence of asbestos.  True?
17     A.   I do not.
18     Q.   You have never used a
19 transmission electron microscope.  True?
20     A.   I might have used one when I
21 was in medical school or a fellowship.
22     Q.   It's not a regular part of your
23 practice to use TEM or SEM electron
24 microscopes.  True?

34 (Pages 130 to 133)

Judith K. Wolf, M.D.

Page 134

1      A.    It's not.
2      Q.    Okay.  We're going to have to
3  change the tape in a few minutes, but you
4  hold the opinion, do you not, Doctor, that
5  baby powder is contaminated with asbestos?
6          MS. O'DELL:  Object to the
7      form, asked and answered.
8      A.    I believe that some baby powder
9  contains asbestos.
10 BY MS. BROWN:
11     Q.    Do you believe that to be true
12 in terms of current baby powder on the shelf?
13     A.    The testing that I've seen goes
14 up through the 1990s.  So that's all I can
15 speak to.
16     Q.    Okay.  You're not offering an
17 opinion that any baby powder after the 1990s
18 contains asbestos; is that right?
19         MS. O'DELL:  Object to the
20     form.
21     A.    I'm not offering any opinion
22 about what's in baby powder tests beyond
23 where I've seen testing of it.
24

Page 135

1  BY MS. BROWN:
2      Q.    And the testing that you've
3  seen is in the form of Dr. Longo's report.
4  True?
5      A.    Yes.
6      Q.    Okay.  Where did Dr. Longo get
7  the samples that he tested; do you know?
8      A.    I thought that some of them --
9  I'll have to look here again.  From J&J.
10     Q.    Did you review, Doctor -- and
11 when you say "J&J," do you mean the samples
12 that came through warehouses and were
13 archived in the J&J "museum"?
14         MS. O'DELL:  Object to the
15     form, misstates the record.
16 BY MS. BROWN:
17     Q.    Well, that's a good point.
18         MS. O'DELL:  Testify to what
19     you've seen, Doctor.
20     A.    What I see is the source of the
21 talcum powder for these J&J historical
22 samples came from Italian Vermont talc mines.
23 So they were J&J historical powder samples.
24 Where they were stored at J&J -- is that what

Page 136

1  you're asking me?  I don't know -- I don't
2  have that information.
3  BY MS. BROWN:
4      Q.    Have you reviewed Dr. Longo's
5  report on the samples he acquired, in part,
6  from eBay?
7      A.    I'm laughing at eBay.
8      Q.    I know.  It sounds funny,
9  doesn't it?
10         MS. O'DELL:  Object to the
11     form.
12     A.    I believe there was some
13 commercial -- commercial products.  I didn't
14 know it was eBay.  But commercial product
15 that was off the shelf.
16 BY MS. BROWN:
17     Q.    Did you review and are you
18 relying on Dr. Longo's report of vintage baby
19 powder bottles that he purchased on eBay?
20         MS. O'DELL:  Object to the
21     form.
22     A.    I'm just looking for his
23 sources.
24         (Witness reviews document.)

Page 137

1      A.    When I looked in this report
2  for where -- the materials and methods, I
3  don't see anything about eBay on here.
4  BY MS. BROWN:
5      Q.    Did the lawyers for plaintiffs
6  give you Dr. Longo's prior reports?
7      A.    Yes, they're here somewhere.
8  BY MS. BROWN:
9      Q.    And I don't mean to have you
10 have to do homework here, Dr. Wolf.  I just
11 want to know if you're relying on Dr. Longo's
12 testing of the eBay samples.
13         MS. O'DELL:  Object to the
14     form.
15     A.    I'm relying on whole -- the
16 whole of Dr. Longo's testing.
17 BY MS. BROWN:
18     Q.    Okay.  And explain to us how
19 you employed your methodology of the weight
20 of the evidence to evaluate Dr. Longo's
21 findings, the FDA's findings, third-party
22 institution findings?
23         MS. O'DELL:  Objection to the
24     question, vague and unclear.

35 (Pages 134 to 137)

Judith K. Wolf, M.D.

Page 138

1         THE WITNESS:  Am I to answer or
2    not answer?
3         MS. O'DELL:  If you understand
4    the question.  If you don't understand
5    the question, you may ask that it be
6    rephrased.
7         A.    Can you rephrase the question?
8    BY MS. BROWN:
9         Q.    How did you weight the evidence
10   contained in Hopkins Exhibit 28 in connection
11   with the findings of the FDA?
12        MS. O'DELL:  Object to the
13   form.
14        A.    I considered the weight of all
15   of the evidence in the whole of the risk of
16   talcum powder in ovarian cancer.  This is a
17   small piece of it.
18   BY MS. BROWN:
19        Q.    I want to concentrate just on
20   your opinion that there's asbestos in talc.
21   And I want to know, did you weight
22   Dr. Longo's litigation reports the same as
23   the testing by the FDA?
24        MS. O'DELL:  Object to the form

Page 139

1    of the question, misstates her
2    testimony.
3         MS. BROWN:  It's a question.
4    There's no testimony.  We've got to go
5    off anyway.  Let's take a break.
6         THE VIDEOGRAPHER:  Going off
7    the record.  The time is 11:18 a.m.
8         (Recess taken from 11:18 a.m.
9    to 11:27 a.m.)
10        THE VIDEOGRAPHER:  This marks
11   the beginning of disk 2.  Back on the
12   record.  The time is 11:27 a.m.
13   BY MS. BROWN:
14        Q.    Dr. Wolf, before we took a
15   break, we were discussing your opinion that
16   talcum powder contains asbestos.  I
17   understand you are relying in part on
18   Dr. Longo's reports for that opinion; is that
19   true?
20        A.    Yes.
21        Q.    You are also relying on the
22   Exhibit 28 to Dr. Hopkins' deposition.  True?
23        A.    Yes.
24        Q.    And were you provided with any

Page 140

1    of the documents that are cited in Hopkins'
2    Exhibit 28?
3         A.    No.
4         Q.    Do you know who created
5    Hopkins' Exhibit 28?
6         A.    Specifically, no.
7         Q.    Okay.  Do you know whether
8    these represent final or preliminary test
9    results?
10        MS. O'DELL:  Object to the
11   form.
12        A.    I don't know.
13   BY MS. BROWN:
14        Q.    Do you know whether the entries
15   that indicate testing of ore is industrial or
16   cosmetic talc ore?
17        A.    I don't.
18        MS. O'DELL:  Object to the
19   form.
20   BY MS. BROWN:
21        Q.    Other than Hopkins' Exhibit 28,
22   Dr. Longo and the two FDA reports we've
23   discussed, are you relying on anything else
24   to inform your opinion that talcum powder is

Page 141

1    contaminated with asbestos?
2         A.    I also have the deposition of
3    Dr. Blount.
4         Q.    And what in the deposition of
5    Dr. Blount informs your opinion that talc is
6    contaminated with asbestos?
7         A.    Let me get it out.
8         THE WITNESS:  It's probably
9    over there.  This is not the right
10   reference.  There it is.  Sorry.  I
11   even had it marked.
12        (Witness reviews document.)
13   BY MS. BROWN:
14        Q.    Are you relying in part on
15   Dr. Blount's testimony, Dr. Wolf?
16        A.    Yes.
17        Q.    Have you reviewed Dr. Blount's
18   published articles?
19        A.    I have one here from 1991.
20        Q.    Did you review that in forming
21   your opinion that talc is contaminated?
22        A.    I did review it, but I'm going
23   to have to look at it here one second.
24        (Witness reviews document.)

36 (Pages 138 to 141)

Judith K. Wolf, M.D.

Page 142

1      A.    And the question is, did I use
2   this -- this -- this article that I have is
3   from 1991. I'm looking at my references.
4   Yes, I did -- did use this.
5   BY MS. BROWN:
6      Q.    And when you say "this," is it
7   your testimony that you are relying on the
8   information contained in Blount's 1991
9   article to inform your opinion that talc is
10  contaminated with asbestos?
11     A.    I'm relying on all of the --
12  all of the references that I have in my list.
13  That's one of them.
14     Q.    Well, some of these references
15  have nothing to do with Johnson's baby
16  powder, right?
17     A.    Yes. The references that
18  specifically are the testing for Johnson's
19  baby powder that I'm relying on for my
20  statement that some baby -- some talcum
21  powder product contains asbestos, are the
22  Hopkins data that I showed you, the Longo
23  testing and the deposition of Dr. Blount.
24     Q.    So did you write the paragraph

Page 143

1   that cites, for example, Paoletti and Rohl
2   1976?
3      A.    Yes.
4      Q.    Okay. Why would you include
5   Rohl 1976 as evidence that talcum powder --
6   Johnson's baby powder is contaminated?
7      A.    I'd have to read it again to
8   tell you what specifically I pulled out of
9   there. Would you like me to do that?
10     Q.    Let me see if I can ask you
11  some questions and save us some time. The
12  article --
13        MS. O'DELL: Excuse me. Feel
14  free to turn to it, if you'd like.
15        THE WITNESS: All right.
16        MS. O'DELL: I believe it's in
17  this one.
18  BY MS. BROWN:
19     Q.    The article reports on some
20  products tested being contaminated and others
21  not. Do you remember that?
22     A.    Yeah.
23     Q.    And what information are you
24  relying on to support your opinion that the

Page 144

1   products that are contaminated with asbestos
2   are Johnson & Johnson baby powder products?
3      A.    Let me look at one thing and
4   then I'll answer your question.
5        (Witness reviews document.)
6      A.    Given that the market of
7   Johnson -- of talcum powder products is --
8   the majority is Johnson's baby powder and
9   Johnson & Johnson products. I'm assuming
10  that in this, where they've got consumer
11  products, that some of those were Johnson &
12  Johnson.
13  BY MS. BROWN:
14     Q.    And you understand that some of
15  the consumer products they tested did not
16  have asbestos?
17     A.    Yes.
18     Q.    Did you understand that?
19     A.    I understand that.
20     Q.    Okay. What informs your
21  opinion that the products that were all
22  tested in 1976, in which he found asbestos,
23  were Johnson & Johnson products?
24        MS. O'DELL: Object to the

Page 145

1   form.
2      A.    That each one specifically that
3   was tested is a Johnson & Johnson product?
4   Is that what you're asking me?
5   BY MS. BROWN:
6      Q.    Are you relying on Rohl 1976 to
7   support your opinion that Johnson's baby
8   powder is contaminated with asbestos?
9      A.    This was a consumer talcum
10  powder product. The majority of consumer
11  talcum powder product is Johnson & Johnson.
12  I'm assuming that some of this is Johnson &
13  Johnson. Some of it tested positive. That,
14  along with all of the other evidence, leads
15  many to have the opinion that some Johnson &
16  Johnson talcum powder products contain
17  asbestos.
18     Q.    You have assumed that some of
19  the positive test results from Rohl 1976 were
20  Johnson & Johnson products; is that right?
21        MS. O'DELL: Object to the
22  form.
23     A.    I'm assuming that some of them
24  were.

37 (Pages 142 to 145)

Judith K. Wolf, M.D.

Page 146

1   BY MS. BROWN:
2       Q.    And other than your assumption,
3   are you relying on any other information for
4   your -- to support your opinion that Rohl
5   1976 tested Johnson baby powder products and
6   found asbestos?
7       A.    The fact that the majority of
8   consumer products are made by Johnson &
9   Johnson.
10      Q.    So Dr. Wolf, as I understand
11  your methodology, you've made an assumption,
12  that because the majority of talcum powder
13  products are made by J&J, the positive
14  results in the Rohl study must have included
15  J&J products?
16      A.    I used -- I -- what I'm saying
17  is that this supports all the other evidence
18  that there's been asbestos found in some
19  Johnson & Johnson products.
20      Q.    Right.  But my question was a
21  little different.  You've made an assumption,
22  that because J&J sells a lot of talcum powder
23  products, they must be one of the positive
24  test results in the Rohl 1976 article.  True?

Page 147

1          MS. O'DELL:  Object to the
2       form, it misstates Dr. Wolf's
3       testimony.
4       A.    I don't believe that's what I
5   said.  I believe that -- my assumption is
6   that some of the powder tested in this is
7   Johnson & Johnson product.  Some of the
8   powder tested in this tested positive for
9   asbestos.
10          In the other studies some of
11  the powder tested, some of which was Johnson
12  & Johnson, some of which might be from some
13  other company, tested positive, and therefore
14  the whole of the evidence, in my belief,
15  shows that some Johnson & Johnson product --
16  talcum powder products contain asbestos.
17  BY MS. BROWN:
18      Q.    You've made an assumption that
19  Johnson & Johnson's baby powder products that
20  were tested by Rohl in 1976 contained
21  asbestos, correct?
22          MS. O'DELL:  Object to the
23      form.
24      A.    My answer remains the same

Page 148

1   that -- that the majority of the products are
2   Johnson -- sold products -- consumer products
3   are Johnson & Johnson, that I -- I do assume
4   that some of the ones that were tested in
5   this are Johnson & Johnson.  I took that
6   information and put it with the other
7   information to make my conclusion.
8   BY MS. BROWN:
9       Q.    And if you were wrong about
10  your assumption regarding Rohl 1976, how
11  would that affect your opinion here?
12      A.    I don't believe it would affect
13  my opinion that talcum powder products
14  include asbestos.  So I don't think it would
15  change my opinion.
16      Q.    So whether Rohl found a
17  positive test result for a Johnson & Johnson
18  product or not doesn't affect your opinion;
19  is that right?
20          MS. O'DELL:  Objection to the
21      form.
22      A.    My concern is that overall
23  multiple testing, over multiple years from
24  multiple sites, suggests that some talcum

Page 149

1   powder product contains asbestos.
2   BY MS. BROWN:
3       Q.    Have you formed an opinion
4   about what percentage of Johnson & Johnson
5   talcum powder product contains asbestos?
6       A.    I don't care what percentage
7   does.  If there's any in it, it's too much.
8       Q.    Okay.  But we're going to get
9   through this so much faster if you just
10  listen to my question.  Which was, have you
11  formed an opinion about how much of Johnson &
12  Johnson's talcum powder products are
13  contaminated with asbestos?
14          MS. O'DELL:  Excuse me,
15      Dr. Wolf.  Move to strike the
16      commentary.  You may answer the
17      questions in any way you feel
18      appropriate, Dr. Wolf.  So object to
19      the form of the question.
20      A.    Sorry, you're going to -- what
21  your question was again.
22  BY MS. BROWN:
23      Q.    I'll re-ask it, rather than
24  have you read the realtime, Doctor.  Have you

38 (Pages 146 to 149)

Judith K. Wolf, M.D.

Page 150

1  attempted to quantify or estimate what
2  percentage of Johnson & Johnson powder --
3  Johnson & Johnson baby powder products are
4  contaminated with asbestos?
5       MS. O'DELL:  Object to the
6  form.
7       A.   I haven't attempted to quantify
8  what percentage of Johnson & Johnson baby
9  powder products contain asbestos.  I hold the
10  opinion that if any of it contains asbestos,
11  it's too much.
12  BY MS. BROWN:
13      Q.   Have you formed an opinion
14  about what type of asbestos is contaminating
15  Johnson & Johnson baby powder products?
16      A.   It doesn't matter to me.  All
17  types of asbestos are carcinogenic.
18      Q.   And that wasn't my question.
19  My question was, have you formed an opinion
20  about what type of asbestos is contaminating
21  Johnson & Johnson's baby powder products?
22      MS. O'DELL:  Excuse me.  Object
23  to the form of the question, asked and
24  answered.

Page 151

1       A.   I'll restate that.  Because it
2  doesn't matter to me what -- which type of
3  asbestos might be contained in a sample of
4  Johnson & Johnson's talcum powder product, I
5  don't have any opinion as to what type.
6  BY MS. BROWN:
7       Q.   Do you have an opinion as to
8  how much contamination is in each individual
9  bottle of Johnson & Johnson's baby powder?
10      MS. O'DELL:  Object to the
11  form.
12      A.   Because it doesn't matter to me
13  how much there is, whether it's a small
14  amount, a large amount, a medium amount, my
15  concern is that if there's any in it, it's
16  dangerous; I haven't formed an opinion about
17  how much there is.
18  BY MS. BROWN:
19      Q.   Do you believe that there's no
20  amount of asbestos that's safe?
21      MS. O'DELL:  Object to the
22  form.
23      A.   I believe that any amount of
24  asbestos in talcum powder product is

Page 152

1  dangerous.
2  BY MS. BROWN:
3       Q.   And in terms of your
4  methodology for analyzing the epidemiology in
5  this case, have you done that with an
6  assumption that the talcum powder evaluated
7  in the epi contained asbestos?
8       A.   That question is not clear to
9  me.  Are you --
10      Q.   Let me rephrase.  I understand
11  you looked at a number of epi studies in
12  forming your opinion here, correct?
13      A.   Yes.
14      Q.   Have you made the assumption
15  that the talcum powder that was studied in
16  those epi studies contained asbestos?
17      MS. O'DELL:  Object to the
18  form.
19      A.   So I'm going to say that when
20  I -- when reviewing all of the studies, I
21  wasn't really thinking specifically about the
22  components of talcum powder product.  I was
23  looking at the epidemiology of the findings
24  of talcum powder product and its risk for

Page 153

1  ovarian cancer, and then separately, in
2  investigating and looking at all the
3  components of talcum powder as a way to
4  explain the results of the epidemiology
5  studies.
6       So I'm not -- in the end, as a
7  whole -- it's part of the whole, but
8  specifically looking at the epidemiology
9  studies, that wasn't my biggest concern.  My
10  concern was, did the use of genital talcum
11  powder increase the risk of ovarian cancer?
12  BY MS. BROWN:
13      Q.   Do you believe that talc that's
14  not contaminated with asbestos can cause
15  ovarian cancer?
16      A.   I think of the product as a
17  whole versus separate, and my concern is that
18  in the talcum powder product, whether or not
19  a particular sample has asbestos, yes, there
20  are other things in there that can be
21  carcinogenic and inflammatory and cause
22  ovarian cancer.
23      Q.   Do you believe that talcum
24  powder without asbestos causes ovarian

39 (Pages 150 to 153)

Judith K. Wolf, M.D.

Page 154

1 cancer?
2          MS. O'DELL:  Objection to the
3     form.
4          A.   I believe that asbestos is one
5 of the products -- one of the components of
6 talcum powder that causes carcinogenesis of
7 the ovary or cancer of the ovary, but I think
8 that in a specific sample, whether or not
9 there's asbestos, there's enough other
10 products that can be carcinogenic that, yes,
11 I think it's still at risk.
12 BY MS. BROWN:
13     Q.   Okay. Have you reviewed, in
14 connection with your opinions, Doctor, IARC's
15 review of asbestos?
16     A.   Yes.
17     Q.   Do you believe that asbestos is
18 a recognized cause of ovarian cancer?
19     A.   Yes.
20     Q.   Have you ever diagnosed a
21 patient with ovarian cancer caused by
22 asbestos?
23     A.   I have, that I can recall, at
24 least one patient.

Page 155

1     Q.   And what was the asbestos
2 exposure of this patient encounter?
3     A.   I don't recall. It was a long
4 time ago.
5     Q.   And you documented in a
6 patient's chart that you believed her ovarian
7 cancer was caused by asbestos?
8     A.   I'd have to go back and review
9 the chart. I don't think I, personally, put
10 that in the chart. I'd have to review the
11 chart. It may be in her chart, in the
12 pathology report that they saw evidence of
13 fibers in the cancer. It might be it was her
14 exposure. I just remember one patient where
15 I went and reviewed the literature on
16 asbestos in ovarian cancer because that was
17 the concern.
18     Q.   Did this patient have
19 occupational exposure to asbestos?
20     A.   I don't recall.
21     Q.   You --
22     A.   And I don't have access to her
23 medical records.
24     Q.   Where were you the treating

Page 156

1 physician when you treated this patient?
2     A.   At MD Anderson.
3     Q.   You'd agree that the literature
4 that IARC relies upon in finding that
5 asbestos can cause ovarian cancer is in the
6 occupational context?
7          MS. O'DELL:  Object to the
8     form.
9          A.   Yes, I would say that they
10 looked at inhalation generally and dermal
11 contact, yes.
12 BY MS. BROWN:
13     Q.   And they looked at that in the
14 heavy occupational exposure context, correct?
15          MS. O'DELL:  Objection to the
16     form.
17     A.   You know, I'd have to look at
18 the wording in that IARC again to answer that
19 question.
20 BY MS. BROWN:
21     Q.   Dr. Wolf, I'll hand -- we'll
22 mark as Exhibit 10, IARC's monograph on
23 asbestos and ovarian cancer.
24

Page 157

1          (Deposition Exhibit 10 marked
2     for identification.)
3 BY MS. BROWN:
4     Q.   I'll direct your attention to
5 page 256. Did you review all of the studies
6 in this monograph before forming your
7 opinions in this case?
8          MS. O'DELL:  Do you have a copy
9     for me, Counsel?
10          A.   Are you asking did I separately
11 read all of the articles in this monograph?
12 BY MS. BROWN:
13     Q.   Yes.
14     A.   The references?
15          MS. O'DELL:  Counsel, excuse
16 me. Can I just ask, is this going to
17 be Exhibit 10?
18          MS. BROWN:  No, I marked
19 Exhibit 10.
20          MS. O'DELL:  Okay. This is --
21     A.   I don't think I reviewed all of
22 these articles.
23 BY MS. BROWN:
24     Q.   Do the asbestos studies that

40 (Pages 154 to 157)

Judith K. Wolf, M.D.

Page 158

1    IARC relies on in what we've marked as
2    Exhibit 10, inform your opinion in this case?
3        A.    My opinion that asbestos causes
4    cancer?
5        Q.    Yes.
6        A.    It's part of the opinion, yes.
7        Q.    What do you rely on to support
8    your opinion that asbestos causes ovarian
9    cancer?
10       A.    I would say that this and all
11   of the literature.  And some of this
12   literature, I believe, is in my
13   contributing -- contributing materials that I
14   reviewed.  The Reid paper, the Langseth
15   paper, the Magnani paper.  Just didn't read
16   them, all, but all of their references.
17       Q.    And you would agree that the
18   studies that IARC reviewed were in the heavy
19   occupational exposure context, correct?
20           MS. O'DELL:  Object to the
21       form.
22       A.    Occupationally exposed.
23   BY MS. BROWN:
24       Q.    Let's look at page 256, the

Page 159

1    second column, the first full paragraph.
2    "The Working Group noted that a causal
3    association between exposure to asbestos and
4    cancer of the ovary was clearly established
5    based on five strongly positive cohort
6    mortality studies of women with heavy
7    occupational exposure to asbestos."
8            Right?
9            MS. O'DELL:  Object to the
10       form.
11   BY MS. BROWN:
12       Q.    That's what IARC concluded,
13   right?
14           MS. O'DELL:  Object to the
15       form.
16       A.    Well, that's part of the
17   conclusion.  The next study shows that women
18   and girls with environmental but not exposure
19   to -- occupational exposure had positive but
20   not a significant increase in ovarian cancer
21   also.
22   BY MS. BROWN:
23       Q.    Right.  The environmental
24   studies that IARC considered did not show a

Page 160

1    statistically significant increase of ovarian
2    cancer, correct?
3            MS. O'DELL:  Object to the
4        form.
5        A.    There's an increase, but not a
6    statistically significant increase.
7    BY MS. BROWN:
8        Q.    Well, that's an important
9    distinction, isn't it, Doctor?
10       A.    So it would be -- it would be
11   stronger evidence if it was statistically
12   significant.  I'm not writing it off as not
13   important, because the overall conclusion is
14   that asbestos increases the risk of ovarian
15   cancer.  And I certainly wouldn't suggest
16   that anyone expose themselves to asbestos,
17   whether it's an occupational hazard or not,
18   not just for its risk of ovarian cancer, but
19   for the risk of other cancers, lung cancers,
20   pleural cancers, renal cancers.
21       Q.    The only studies on which IARC
22   relies to support its conclusion that
23   asbestos causes ovarian cancer that have a
24   statistically significant finding are in the

Page 161

1    heavy occupational context, correct?
2            MS. O'DELL:  Object to the
3        form.
4        A.    In that paragraph, that's what
5    it says.
6    BY MS. BROWN:
7        Q.    Do you believe that studies
8    looking at women who are experiencing heavy
9    occupational exposure to asbestos, can be
10   relied on in the cosmetic exposure context?
11       A.    Can be relied on --
12       Q.    Do you think that women
13   experiencing heavy occupational exposure to
14   asbestos are exposed to the same amount of
15   asbestos as women using talcum powder
16   perineally?
17       A.    I don't know the answer to
18   that.
19       Q.    Have you attempted to quantify
20   the difference between heavy occupational
21   asbestos exposure and perineal talc asbestos
22   exposure?
23           MS. O'DELL:  Objection to the
24       form.

41 (Pages 158 to 161)

Judith K. Wolf, M.D.

Page 162

1    A.   I haven't attempted to
2 quantify.  But if we go back to what I'm
3 talking about here is the talcum powder
4 product, which I believe some of which
5 contains asbestos but also contains fibrous
6 talc, heavy metals and fragrances that are
7 irritating.  So it's hard -- it's apples and
8 oranges.  It's asbestos occupationally that
9 we're saying here.  It's a talcum powder
10 product of which one of the concerning
11 components is asbestos and so it's more than
12 just asbestos.
13 BY MS. BROWN:
14    Q.   Are you aware of any scientific
15 literature that has attempted to quantify the
16 difference in exposure between heavy
17 occupational asbestos exposure and cosmetic
18 talcum powder use?
19    A.   Of asbestos specifically, is
20 that what you're asking me?  What are you
21 asking?
22    Q.   Are you aware of any scientific
23 literature that attempts to quantify the
24 difference between how much a woman is

Page 163

1 exposed -- how much asbestos a woman is
2 exposed to in the occupational context versus
3 if she uses a cosmetic talcum powder product
4 that you believe is contaminated with
5 asbestos?
6        MS. O'DELL:  Object to the
7    form.
8    A.   I'm not aware of any literature
9 that specifically would answer that question
10 because how much, how often the talcum powder
11 is used would have -- would differentiate
12 there.
13 BY MS. BROWN:
14    Q.   Are you aware of any scientific
15 support that exposure -- nonoccupational
16 exposure to asbestos causes ovarian cancer?
17        MS. O'DELL:  Object to the
18    form, asked and answered.
19    A.   So these papers referred here,
20 in fact the Reid paper, suggests that in
21 nonoccupational exposure, there's an
22 increase, although not a statistically
23 significant risk of ovarian cancer in women
24 exposed to what would be presumed to be

Page 164

1 environmental asbestos.  I don't know if
2 those women used talcum powder in their
3 perineum.  But again, talcum powder product
4 is more than asbestos.
5 BY MS. BROWN:
6    Q.   Are you relying on the
7 nonstatistically significant findings in the
8 environmental studies of women exposed to
9 asbestos to support your view that cosmetic
10 talcum powder exposure causes ovarian cancer?
11        MS. O'DELL:  Object to the
12    form.
13    A.   I'm relying on the fact that
14 asbestos is carcinogenic, fibrous talc is
15 carcinogenic, platy talc via IARC is a
16 possible carcinogenic, heavy metals, chromium
17 and nickel are carcinogenic, cobalt is
18 possibly carcinogenic and many of the
19 fragrances in talcum powder product are
20 irritating, that that combination of product
21 causes ovarian cancer in some women and puts
22 any woman who uses it on her perineum at
23 risk -- increased risk for ovarian cancer.
24

Page 165

1 BY MS. BROWN:
2    Q.   Other than the nonstatistically
3 significant studies discussed in IARC's
4 monograph on asbestos, are you aware of any
5 scientific support linking asbestos to
6 ovarian cancer outside of the heavy
7 occupational context?
8        MS. O'DELL:  Object to the
9    form, asked and answered.
10    A.   I'm going to say I'm not aware
11 of that, but it doesn't form my opinion.  I'm
12 going to go back to -- and I know I keep
13 repeating the same thing over again -- it's
14 not the asbestos alone.  Asbestos is one of
15 the -- one of the issues that's a component
16 of talcum powder product that I'm concerned
17 about, that I believe the combination of all
18 of those things can increase the risk of
19 ovarian cancer.
20 BY MS. BROWN:
21    Q.   Isn't it important for you to
22 know or have established how much asbestos
23 you believe is contaminating baby powder
24 products before you can make that opinion?

42 (Pages 162 to 165)

Judith K. Wolf, M.D.

Page 166

1          MS. O'DELL:  Object to the
2      form.
3          A.    To me it is not and that's
4  because if -- if things work in an additive
5  or synergistic way, the amount of asbestos
6  that on its own might increase or not
7  increase the risk of ovarian cancer is
8  separate from the amount of asbestos that in
9  combination with all of the other components
10 might increase the risk of ovarian cancer.
11 BY MS. BROWN:
12         Q.    What scientific support do you
13 have for your opinion that asbestos works in
14 an additive way with the other constituents
15 of talcum powder to increase a woman's risk
16 for ovarian cancer?
17         A.    I don't know that specifically
18 for asbestos, but I know that in general,
19 cancer doesn't occur because of one thing; it
20 occurs because of multiple things.  And that
21 toxins can work in combination and that
22 causes of cancer can work in combination.
23 For instance, the human papilloma virus
24 causes cervical cancer, but if you smoke on

Page 167

1  top of that, your risk of cervical cancer is
2  greater than if you don't smoke.
3          So things can be additive and
4  are synergistic.  My concern is that there are
5  additive and/or synergistic.  My concern is
6  that they're all toxic and more than likely,
7  I suspect, there are some additivity plus or
8  minus synergism.
9          Q.    So if I understand you,
10 Dr. Wolf, you have an understanding generally
11 that multiple factors can work together to
12 cause cancer; is that fair?
13         A.    That's correct.
14         MS. O'DELL:  Object to form.
15 BY MS. BROWN:
16         Q.    As it relates to whether or not
17 multiple elements of a talcum powder product
18 work together to form -- to increase a
19 woman's risk of cancer, you're not aware of
20 any scientific support for that opinion.
21 True?
22         MS. O'DELL:  Object to the
23     form.
24         A.    I'm not aware of -- as far as I

Page 168

1  know, as far as my understanding, there isn't
2  a study that's taken one out and looked at
3  the difference in carcinogenicity, whether
4  one or the other is not there, but it doesn't
5  matter to me because they're there.  Asbestos
6  is carcinogenic.  Heavy metals are
7  carcinogenic.  Nickel and chromium.  Platy
8  talc is possibly carcinogenic.  Fibrous talc
9  is asbestos.  It's carcinogenic.
10 BY MS. BROWN:
11         Q.    Is there a threshold exposure
12 to asbestos in your mind that is needed to
13 cause ovarian cancer?
14         A.    Are you asking about asbestos
15 on its own?
16         Q.    Asbestos on its own.
17         A.    I'm not aware what that
18 threshold is.
19         Q.    Have you attempted to survey
20 the literature to see if there is any
21 scientific studies examining whether there is
22 a threshold level of asbestos exposure that
23 causes ovarian cancer?
24         MS. O'DELL:  Object to the

Page 169

1      form.
2          A.    Hold on one second.  Because
3  I'm looking on my papers about an asbestos
4  exposure, but those are not human studies.
5  So my -- my brain says how I would test that,
6  would be to give humans varying amounts of
7  asbestos knowing what you're giving them and
8  seeing who got cancer or not, and that study
9  hasn't been done and can't be done.
10 BY MS. BROWN:
11         Q.    And other than kind of your gut
12 or your understanding about how cancer works,
13 is there anything else you're relying on in
14 the scientific literature to support this
15 idea that asbestos is working in combination
16 with something else in talcum powder to
17 increase a woman's risk for ovarian cancer?
18         MS. O'DELL:  Object to the
19     form.
20         A.    So I'm going to step back and
21 say that my point is that all of those
22 components are toxic in talcum powder.  How
23 much asbestos is in there on its own doesn't
24 matter to me because if it's in there and

43 (Pages 166 to 169)

Judith K. Wolf, M.D.

Page 170

1  this is in there and this is in there and
2  this is in there, and what I mean is fibrous
3  talc, platy talc, heavy metal, irritating
4  fragrances, it doesn't matter to me how much
5  asbestos is in there.  If there's a sample of
6  baby powder that doesn't have asbestos in
7  there, it doesn't matter, because all of
8  those other things also are carcinogenic or
9  possibly carcinogenic or irritating and
10  inflammatory.
11  BY MS. BROWN:
12      Q.    So in forming your opinions in
13  this case, Dr. Wolf, it is not important to
14  you to know the chemical composition of an
15  individual bottle of talcum powder; is that
16  right?
17          MS. O'DELL:  Object to the
18      form.
19      A.    In women who use talcum powder
20  on their perineum, if they're using it
21  regularly, whatever -- however that is
22  defined as once a day, once a week, twice a
23  day, over a period of years they're going to
24  be exposed to more than one bottle of baby --

Page 171

1  of talcum powder product.  And so whether one
2  of those bottles did or did not have asbestos
3  in it doesn't matter to me.
4  BY MS. BROWN:
5      Q.    Because in your view, there are
6  other things in talcum powder that cause
7  cancer?
8      A.    Because there are other things
9  in talcum powder that are carcinogenic or
10  possibly carcinogenic, and if a woman has
11  used more than one bottle over her lifetime,
12  the chances are pretty high that one of those
13  bottles did contain asbestos in addition to
14  the others.
15      Q.    Is it your opinion that the
16  fragrances in Johnson & Johnson's baby powder
17  cause ovarian cancer?
18      A.    No, I never stated that.  It's
19  my opinion that some of them are known
20  irritants or can be inflammatory, and that
21  was from Dr. Crowley's report, which I did
22  see before I wrote my report, his expert
23  report.
24      Q.    Time-out.  Time-out.  Are we --

Page 172

1  you're going to change your testimony from
2  earlier this morning?
3          MS. O'DELL:  Object to the
4      commentary.  She's not changing her
5      testimony.  She's referred to
6      Dr. Crowley numerous times in her
7      deposition thus far.
8  BY MS. BROWN:
9      Q.    Dr. Wolf, you remember telling
10  me this morning you didn't look at anybody's
11  expert report before you wrote yours, right?
12      A.    Yes.  But I was incorrect, and
13  I'm clarifying it now, because I did see
14  Dr. Crowley's report and I did see
15  Dr. Longo's report.
16      Q.    Did you rely on Dr. Crowley's
17  report in forming the opinions in your
18  report?
19      A.    About the fragrances, yes.
20      Q.    When did you see Dr. Crowley's
21  report?
22      A.    Sometime before I turned my
23  report in so that I had time to review it.
24      Q.    Did you see a draft version of

Page 173

1  Dr. Crowley's report?
2      A.    I think I saw his final report.
3      Q.    How many days did you spend
4  reviewing Dr. Crowley's report?
5          MS. O'DELL:  Object to the
6      form.
7      A.    I don't recall.
8  BY MS. BROWN:
9      Q.    What information did you use or
10  rely on from Dr. Crowley's report?
11      A.    I can pull it up, but I believe
12  you have a list of all of the things that
13  were in there and looking at them, what they
14  were -- what was known about all of the
15  different components.
16      Q.    Did you do anything to verify
17  the accuracy of Dr. Crowley's list of
18  components of talcum powder?
19          MS. O'DELL:  Object to the
20      form.
21      A.    Such as?  What are you
22  suggesting?
23  BY MS. BROWN:
24      Q.    Did you do anything, as an

44 (Pages 170 to 173)

Judith K. Wolf, M.D.

Page 174

1    independent expert witness, to check the list
2    that you received from Dr. Crowley?
3          MS. O'DELL:  Object to the
4    form.
5          A.   I don't know how I could have
6    done that because I didn't have the list of
7    what was in there myself.  And I don't --
8    so -- and I don't do the testing myself.  I
9    relied on the expert, that he tested and
10   found those things in the report, in the
11   fragrance -- or in the product, sorry.
12   BY MS. BROWN:
13         Q.   And is it your opinion that
14   some of the elements on Dr. Crowley's list
15   increase a woman's risk of ovarian cancer?
16         A.   No.  It's my opinion that some
17   of the ingredients on the list are
18   inflammatory.  And I know that inflammation
19   plays a role in the development and
20   progression of ovarian cancer.
21         Q.   Are you relying on any
22   scientific literature to support your
23   opinion, that some of the chemicals in
24   Johnson & Johnson's baby powder cause an

Page 175

1    inflammatory reaction that can lead to
2    cancer?
3          MS. O'DELL:  Object to the
4    form.
5          A.   I'm relying on the literature
6    that says ovarian cancer is related to
7    inflammation, both development and
8    progression, and knowing that those are
9    inflammatory, I have a concern about them.
10   BY MS. BROWN:
11         Q.   Do you have any scientific
12   support that the chemicals in Johnson &
13   Johnson's baby powder are inflammatory in
14   human beings?
15         MS. O'DELL:  Object to the
16   form.
17         A.   I'd have to look at the report
18   of how they were all tested.  I know that --
19   I'm assuming most of it was in animals, not
20   in humans.  So I'd have to look at the
21   report.
22   BY MS. BROWN:
23         Q.   Are you relying on the presence
24   of certain of the chemicals listed on

Page 176

1    Dr. Crowley's list, are you relying on the
2    presence of those in the baby powder product
3    to support your opinion that it increases a
4    woman's risk of ovarian cancer?
5          A.   I believe it's one of the
6    things that could.
7          Q.   So what I want to know is what
8    ingredients do you believe could increase a
9    woman's risk of ovarian cancer, and then,
10   two, what scientific support you have for
11   that?
12         MS. O'DELL:  Excuse me.  Object
13   to the form.
14         A.   I never said that those
15   ingredients themselves could increase the
16   risk of ovarian cancer.  What I'm saying is
17   that some of the ingredients can be
18   inflammatory.  Inflammation is associated
19   with development and progression of ovarian
20   cancer.  Those fragrances on their own --
21   excuse me, in conjunction with all of the
22   other components of talcum powder are
23   concerning to me.
24

Page 177

1    BY MS. BROWN:
2          Q.   And what support do you have in
3    the scientific literature that would lead you
4    to be concerned about the inflammatory
5    process you just described?
6          A.   Oh, in ovarian cancer?
7          Q.   No, with these chemicals, what
8    support do you have -- the list of
9    fragrances, what support do you have that
10   those elements cause inflammation that could
11   lead to cancer in humans?
12         MS. O'DELL:  Object to the
13   form.
14         A.   I never said I had that
15   evidence.  What I'm saying, is that the
16   expert report says that many of them are
17   inflammatory and that I know that
18   inflammation has -- plays a large role in
19   ovarian cancer and there's more and more
20   papers suggesting that, and that this is one
21   of the components of talcum powder product
22   that I'm concerned about.
23   BY MS. BROWN:
24         Q.   And do you have any evidence

45 (Pages 174 to 177)

Judith K. Wolf, M.D.

Page 178

1 that those elements have been tested in human
2 beings, have caused inflammation in human
3 beings?
4        MS. O'DELL: Object to the
5     form.
6     A.   I would have to review his
7 report again.  My -- so I can't answer that
8 question offhand.  I would suspect that most
9 of these were tested in animals, not in human
10 beings.
11 BY MS. BROWN:
12    Q.    For purposes of your opinion,
13 Dr. Wolf, are you relying on a finding in
14 animals of inflammation, to support your
15 opinion that talcum powder causes ovarian
16 cancer?
17        MS. O'DELL: Object to the
18     form.
19     A.   No.  What I'm relying on is --
20 let me clarify it.  What I'm relying on is
21 that these cause inflammation, even if it's
22 in animals.  They are part of the talcum
23 powder product and concerning to me, in
24 addition with all of the other parts of

Page 179

1 talcum powder that are concerning, asbestos,
2 fibrous talc, platy talc, heavy metals.
3 BY MS. BROWN:
4     Q.    What support do you have that
5 the inflammation you're referring to leads to
6 cancer?
7        MS. O'DELL: Object to the
8     form.
9 BY MS. BROWN:
10    Q.    What I'm after is, where are
11 the scientific studies that say this
12 inflammation in an animal caused cancer, of
13 the list of fragrances Dr. Crowley opines on?
14        MS. O'DELL: Object to the
15     form, asked and answered.
16     A.   Yeah, I believe I've already
17 answered that question.  I don't have a study
18 that I can point to that says, using this
19 agent it produced cancer, in this agent that
20 it produced cancer.  But if they're
21 inflammatory, that's concerning enough to me,
22 especially with ovarian cancer, that they
23 could play a role in the toxicity of talcum
24 powder on the perineum to increase the risk

Page 180

1 of ovarian cancer.
2 BY MS. BROWN:
3     Q.    Other than your understanding
4 that some of the fragrances have been
5 inflammatory in animals, is there anything
6 else you're relying on to support your
7 opinion, that the presence of the fragrances
8 in Johnson & Johnson's baby powder increase a
9 woman's risk of ovarian cancer?
10        MS. O'DELL: Object to the
11     form.
12     A.   I'm just reading the question
13 again.  The fact that I know that
14 inflammation in a proinflammatory state is
15 related to the development of ovarian cancer
16 and the progression of ovarian cancer, I'm
17 concerned about anything in talcum powder
18 product that would increase -- potentially
19 increase inflammation.
20 BY MS. BROWN:
21    Q.    How -- have you made a
22 determination of how much of the fragrances
23 are present in the talcum powder product?
24     A.   I do not know that.

Page 181

1     Q.    Isn't it important for you in
2 forming your opinion, to know the amount of
3 exposure that a woman would get from
4 fragrances in talcum powder?
5        MS. O'DELL: Object to form.
6     A.   I'm going to go back to what I
7 said about asbestos and the amount.  First of
8 all, I don't know how you would quantify the
9 amount when I don't know what a dose is, how
10 often someone uses it, how much they use, how
11 long they used talcum powder product.  And
12 then in addition, each individual woman, her
13 makeup, her response is going to be
14 different.
15        And so given that there isn't
16 testing of dosing to see if each of these
17 individual things increases the risk of
18 ovarian cancer and there's some concern that
19 they increase inflammation, my concern is
20 that any amount is worrisome.
21 BY MS. BROWN:
22    Q.    And the basis for your opinion
23 that it's worrisome is your understanding
24 that in some dose, these chemicals can cause

46 (Pages 178 to 181)

Judith K. Wolf, M.D.

Page 182

1    inflammation in animal models.  True?
2         MS. O'DELL:  Object to the
3    form.
4         A.    And more than that, that
5    inflammation can cause -- be one of the
6    causes of ovarian cancer and this is
7    something that's in a product that has
8    multiple things that have been associated
9    with increased inflammation and/or
10   carcinogenicity of the ovaries.
11   BY MS. BROWN:
12        Q.    And tell me, Doctor, I
13   understand you believe that there is asbestos
14   in baby powder, right, we talked about that?
15        A.    I have seen data to support
16   that there is asbestos in some baby powder
17   product.
18        Q.    And you have not made a
19   determination as to how much may be in baby
20   powder, correct?  How much asbestos?
21        MS. O'DELL:  Objection to the
22        form --
23        A.    My concern is that I don't -- I
24   don't know specifically how much, and I don't

Page 183

1    really have a threshold of how much is safe.
2    I'm concerned with any.
3    BY MS. BROWN:
4         Q.    And you've not made a
5    determination as to how much fragrance is in
6    any individual bottle of baby powder,
7    correct?
8         A.    Well, an individual fragrance,
9    no, I don't know.
10        Q.    Is it your testimony that any
11   amount, including trace levels of fragrances,
12   can cause inflammation that lead to cancer?
13        MS. O'DELL:  Objection to the
14        form.
15        A.    I don't know how much of the
16   fragrances are required to cause
17   inflammation.  Given that I don't know how
18   much is safe, I'm concerned about any amount.
19   BY MS. BROWN:
20        Q.    But do you have scientific
21   support for the fact that any amount of
22   fragrance can cause inflammation that leads
23   to cancer?
24        MS. O'DELL:  Object to the

Page 184

1    form.
2         A.    I believe I've answered this
3    question multiple times, that these fragrance
4    ingredients, some of them cause inflammation,
5    at least in animals, that ovarian cancer, one
6    of the causes, is a proinflammatory state and
7    inflammation can also enhance the progression
8    of ovarian cancer.  And so if there's a
9    product that I know contains -- one of the
10   components can cause inflammation, and I
11   don't know what level is safe, I don't know
12   that I can answer that there's a safe level.
13   BY MS. BROWN:
14        Q.    Are you familiar with talc
15   pleurodesis?
16        A.    Yes.
17        Q.    You understand that that is a
18   procedure in which talc is placed inside a
19   person's lung for its inflammatory response,
20   correct?
21        A.    So it's not placed in the lung.
22   It's placed in the pleura.
23        Q.    Pleura.  Right?
24        A.    Yes.

Page 185

1         Q.    And the purpose of placing it
2    in the pleura is to initiate an inflammatory
3    response, correct?
4         A.    That's correct.
5         Q.    And that's, in fact, one of the
6    reasons that talc is what's used in
7    pleurodesis because it produces in large
8    quantities, an inflammatory response, right?
9         A.    So that is one of the reasons
10   that talc has been used.  It's not used very
11   much anymore because a lot of ovarian cancer
12   patients get malignant pleural effusions.
13   And so I've had a lot of personal experience
14   in -- I'm not doing the pleurodesis myself,
15   but referring, and most places for malignant
16   pleural effusions these days, they don't use
17   any kind of chemical pleurodesis.  They put
18   in a drain, that the patient can drain as
19   needed when they're short of breath.
20        Q.    You, Doctor, have never
21   performed talc pleurodesis; is that right?
22        A.    I have referred patients to my
23   colleagues to do it, but I haven't personally
24   done it.

47 (Pages 182 to 185)

Judith K. Wolf, M.D.

Page 186

1  Q.  Part of your care as a
2  gynecological oncologist includes from time
3  to time referring patients for talc
4  pleurodesis; is that right?
5  MS. O'DELL:  Object to the
6  form.
7  A.  Referring patients for
8  management of malignant pleural effusion.
9  And I would say that in the last 15, at
10  least, years, none of my patients have had
11  talc pleurodesis or any kind of chemical
12  pleurodesis.  They've all had drains placed.
13  BY MS. BROWN:
14  Q.  And you're not a pulmonologist,
15  right, Doctor?
16  A.  I'm not a pulmonologist.
17  Q.  You are not the primary person
18  that patients go to when they're suffering
19  from diseases of the pleura like
20  mesothelioma, correct?
21  MS. O'DELL:  Object to the
22  form.
23  A.  No.
24

Page 187

1  BY MS. BROWN:
2  Q.  And so whether or not talc
3  pleurodesis is and remains the standard of
4  care at a number of institutions treating
5  patients with mesothelioma is not something
6  that you necessarily know; is that fair?
7  MS. O'DELL:  Object to the
8  form.
9  A.  I would say it's my
10  understanding that in general, talc
11  pleurodesis is not as common as it used to
12  be.
13  BY MS. BROWN:
14  Q.  And you would agree with me,
15  Doctor, that talc pleurodesis is something
16  that IARC considered in reviewing the
17  literature on talc, right?
18  MS. O'DELL:  Object to the
19  form.  Which monograph are you
20  referring to?
21  BY MS. BROWN:
22  Q.  On talc.
23  A.  Oh, the 2010?  Yes.
24  Q.  Right.  And one of the things

Page 188

1  that IARC noted is that in -- certainly, talc
2  pleurodesis causes an inflammatory response,
3  right?
4  A.  Yes.
5  Q.  And that those patients have
6  been followed for decades, to see if that
7  inflammatory response leads to cancer, right?
8  A.  Some of those patients.
9  Q.  And by and large -- have you
10  reviewed the epidemiology as it relates to
11  patients who have undergone talc pleurodesis?
12  A.  Yes.
13  Q.  And you would agree with IARC,
14  that the conclusions are that talc
15  pleurodesis does not cause cancer.  True?
16  MS. O'DELL:  Object to the
17  form.
18  A.  So my interpretation of the
19  literature on that, is that it's a -- most of
20  the time it's a one-time application of talc.
21  Many of those patients have a terminal
22  disease and don't live long enough to know
23  what happens down the road.  Some of them
24  have been followed a long time, but the talc

Page 189

1  pleurodesis, it happens once, maybe twice,
2  but it's not a repeated application of talc.
3  BY MS. BROWN:
4  Q.  Have you attempted to quantify
5  the difference between how much talc is
6  applied to the mesothelial cells of the
7  pleura versus how much talc could enter a
8  woman's body from perineal use?
9  MS. O'DELL:  Object to the
10  form.
11  A.  I haven't done that.  I'm not
12  sure how you could do that, unless you
13  measured how much a woman used over time.
14  BY MS. BROWN:
15  Q.  You would agree with me that in
16  the pleurodesis context, talc causes an
17  inflammatory response that does not cause
18  cancer, right?
19  MS. O'DELL:  Object to the
20  form.
21  A.  I would agree that it causes an
22  acute inflammatory response, that's why it's
23  used.  And I would say that many of the --
24  much of -- it's given once, and much of the

48 (Pages 186 to 189)

Judith K. Wolf, M.D.

Page 190

1    time we don't know -- the patients don't live
2    long enough to know if there's any effect.
3    In the patients that have lived long and have
4    been followed, there hasn't seen an increase
5    risk of cancer, but again, it's a one-time
6    application.
7    BY MS. BROWN:
8        Q.    And in terms of how much -- of
9    the one-time application, how much talc gets
10   into a person's body, that's not something
11   you know, right?
12       A.    No, because I think that if a
13   woman's using it, I don't know how much she's
14   using over time.  And although maybe one time
15   using it in the perineum is less than the
16   amount used for talc pleurodesis, if somebody
17   uses talcum powder product in their peroneum
18   daily, monthly, weekly for years, I don't
19   know how that relates to what's used in a
20   one-time talc pleurodesis.
21       Q.    Right.  You don't have any
22   information or any basis to compare the
23   amount of talc that's injected into a person
24   who's getting talc pleurodesis with the

Page 191

1    amount of talc that may or may not migrate up
2    the genital track to the ovaries.  True?
3            MS. O'DELL:  Object to the
4    form.
5        A.    What I'm saying is that I can't
6    compare the two.  It's certainly not bottles
7    of talcum powder that -- multiple bottles
8    that are used in pleurodesis.
9    BY MS. BROWN:
10       Q.    Do you know how many grams of
11   talcum powder are used in talc pleurodesis?
12       A.    I don't remember offhand.
13       Q.    Have you attempted to quantify
14   how much talcum powder could ascend the
15   genital tract through perineal dusting?
16           MS. O'DELL:  Object to the
17   form.
18       A.    Are you asking me have I
19   personally done that?
20   BY MS. BROWN:
21       Q.    Well, in connection with your
22   opinion -- I assume your opinions in this
23   case are based on a belief that talc can
24   migrate to the ovaries.  True?

Page 192

1        A.    I believe that talc, as well as
2    many inert materials can migrate to the
3    ovaries.
4        Q.    What other inert materials can
5    migrate to the ovaries?
6        A.    Dead sperm, carbon particles,
7    radioactive material that's been studied.
8        Q.    Are you aware --
9        A.    Menstrual blood that flows
10   retrograde.
11       Q.    What about particles from the
12   exterior of the vagina?  Are you aware of any
13   evidence that those particles can migrate to
14   the ovaries?
15       A.    So -- I want to say it's in one
16   of the animal studies.  There is definitely
17   inflammation of the genital tract with
18   perineal application of rats from talc.  It's
19   not necessarily a migration study.
20       Q.    So my question is, do you have
21   any scientific support that particles on the
22   exterior of the vagina can migrate up the
23   genital tract to the ovaries?
24           MS. O'DELL:  Object to the

Page 193

1    form.
2        A.    So I don't know how to say
3    this.  Because of the position of the
4    perineum, because of the opening of the
5    vagina, because of the opening of the cervix,
6    unless a woman has cervical stenosis, and the
7    opening of the fallopian tubes, unless she
8    has her tubes tied or removed, it's an open
9    tract from the outside up through the vagina
10   and to the ovaries in humans.  Some animals
11   not, but in humans.  And it's generally
12   accepted in the gynecologic community and by
13   the FDA that migration occurs.
14   BY MS. BROWN:
15       Q.    And I understand in connection
16   with your report on page 10, you cite to a
17   number of studies that support your opinion;
18   is that right?
19       A.    That's correct.
20       Q.    And none of these studies
21   involve studying whether talcum powder
22   applied outside of the vagina can travel up
23   to the ovaries; is that right?
24       A.    That's correct, in these

49 (Pages 190 to 193)

Judith K. Wolf, M.D.

Page 194

1  studies.
2      Q.   And in fact, none of these
3  studies investigate whether any particle
4  applied outside of the vagina can travel up
5  to the ovaries.  True?
6      A.   Not -- no, that's correct.
7      Q.   And, in fact, there is no
8  evidence in the scientific community at all,
9  that would show a talcum powder particle
10 outside of the vagina traveling up to the
11 ovaries; that investigation has not been
12 done, correct?
13         MS. O'DELL:  Objection to the
14 form.
15     A.   So the studies that I have
16 quoted for -- referenced for migration are
17 not talcum powder.  There are other inert
18 substances.  The studies on talcum powder
19 were not on the perineum in the vagina, but
20 there's -- there's no reason to think or
21 believe, and from my perspective and from the
22 perspective of the gynecologic community,
23 that any inert substance couldn't travel from
24 the outside up into the ovaries.  In fact,

Page 195

1  it's been known for decades, that if a woman
2  has that system blocked in some way, if her
3  tubes are tied or her tubes are removed or
4  she's had a hysterectomy, that reduces her
5  risk of ovarian cancer.  And before there was
6  any hint of what might be coming from the
7  outside, the hypothesis in the medical
8  community, at least in the gynecologic
9  community, is that it's an external substance
10 that gets to the ovaries.
11         And the fact that that could
12 happen is based on the fact that all of these
13 other things that are known to travel back
14 from the outside.  And if something's on the
15 outside, it can be pushed up into the inside
16 through the vagina by intercourse, by going
17 to the bathroom, by wiping, by having --
18 riding a bike, by exercising, by walking.
19 And I think that's -- that's where I'm going
20 to stop.
21 BY MS. BROWN:
22     Q.   And you know that none of the
23 talc-dusted condom studies show an increased
24 risk of ovarian cancer, right?

Page 196

1          MS. O'DELL:  Object to the
2  form.
3      A.   So there was a concern for
4  that.  I think we talked about that earlier.
5  BY MS. BROWN:
6      Q.   I'm talking about the epi that
7  looked at women who had used, with their
8  partners, talc-dusted condoms and you know
9  that epi shows no increased risk of ovarian
10 cancer, right?
11         MS. O'DELL:  Object to the
12 form.
13     A.   So just because those
14 studies -- okay.  I'm going to say okay, yes.
15 BY MS. BROWN:
16     Q.   How did that body of
17 epidemiology, how did you take that into
18 account in forming your opinion in this case?
19         MS. O'DELL:  Object to the
20 form.
21     A.   So I mean, I'm going to say
22 that it's a piece of the information, but
23 when I look at all of the information as a
24 whole, as in epidemiology as far as talcum

Page 197

1  powder product exposure, the weight of the
2  evidence suggests that there is an increased
3  risk of ovarian cancer with genital talcum
4  powder application.
5  BY MS. BROWN:
6      Q.   Did you -- in considering the
7  epidemiology that looked at women whose
8  partners had used talc-dusted condoms, did
9  you weight that epidemiology differently than
10 some of the other studies you considered?
11         MS. O'DELL:  Object to the
12 form.
13     A.   So I'm going to say that the
14 studies I gave the most weight to in the epi
15 review, were those that were larger, newer
16 meta-analysis or a prospective of the cohort
17 studies.
18 BY MS. BROWN:
19     Q.   I think one of the ones you
20 pointed us to was Cramer 2016, right?
21     A.   Yes.
22     Q.   And you know that -- and how
23 did you consider Cramer's findings as it
24 related to women who had had tubal ligation?

50 (Pages 194 to 197)

Judith K. Wolf, M.D.

Page 198

1    A.    So I believe he didn't see a
2  difference.  I have to look at the paper
3  again.  Some of them they saw a difference if
4  the tubes were tied and some of them they
5  didn't and I can't remember.
6         MS. O'DELL:  If you need to
7    take a look at the paper.
8  BY MS. BROWN:
9    Q.    Let's take a look at the paper
10  and refresh you on what Dr. Cramer found, and
11  I'll ask you some questions about that.
12    A.    2016.  This one.
13    Q.    That's going to be this one.
14  Doctor, I want to direct you to page 339, and
15  we'll mark it as an exhibit.  This will be
16  Wolf 11, Dr. Cramer's 2016 article.  And I
17  think you stated in your report that this was
18  an article that you found to be of
19  particularly high quality; is that right?
20    A.    Yes.
21         (Deposition Exhibit 11 marked
22    for identification.)
23  BY MS. BROWN:
24    Q.    And what -- what's your

Page 199

1  definition of a "high-quality case-control
2  study"?
3    A.    So I looked at the size of the
4  study, the -- I was trying to focus on the
5  newer studies just because this would be more
6  related to talcum powder products in the last
7  20 or 30 years.  Dr. Cramer has expertise in
8  this area.  This is something that he studied
9  before.  And he also looked at multiple --
10  multiple -- how often the talc was used and
11  multiple factors that might influence whether
12  there was an impact.
13    Q.    So as I understand you,
14  Dr. Wolf, the factors you considered in
15  deeming that a study was, quote/unquote, high
16  quality, include looking at the number of
17  people studied; is that right?
18    A.    Uh-huh.
19    Q.    The author of the study,
20  correct?
21    A.    Uh-huh.
22    Q.    The --
23    A.    The expertise of the author.
24    Q.    The expertise of the author.

Page 200

1    A.    If I know it.  I don't always
2  know.
3    Q.    The date of the publication
4  with a preference for more recent studies?
5    A.    Yes.
6    Q.    Okay.  And anything else that
7  went into your determination that
8  Dr. Cramer's 2016 study was high quality?
9         MS. O'DELL:  Other than what
10    she said previously.
11    A.    And also all of the different
12  potential cofactors that are evaluated.
13  BY MS. BROWN:
14    Q.    By "cofactors that are
15  evaluated," do you mean that the author
16  controlled for confounders?
17    A.    Or at least looked at other
18  things that might have an impact.
19    Q.    And one of the things you know
20  that Dr. Cramer found on page 339, is that
21  there was a statistically significant
22  increased risk in women who had had their
23  tubes tied who had used talcum powder, right?
24    A.    (Nods head.)

Page 201

1    Q.    Do you see that?
2    A.    Yes, I see that.
3    Q.    Okay.  And that's the opposite
4  of what you would expect, based on your
5  opinion and theory.  True?
6         MS. O'DELL:  Object to the
7    form.
8    A.    If we knew when they had their
9  tubes tied.  Did they have their tubes tied
10  before they started using talcum powder, or
11  after, or when?
12  BY MS. BROWN:
13    Q.    Well, in any event, what you
14  would expect, Doctor, is that the finding in
15  a woman who had her tubes tied should show
16  less of a relative risk than in those who did
17  not have their tubes tied, based on your
18  theory of migration.  True?
19         MS. O'DELL:  Object to the
20    form.
21    A.    Only if those tubes were tied
22  before she was ever exposed to talcum powder
23  product.
24

51 (Pages 198 to 201)

Judith K. Wolf, M.D.

Page 202

1  BY MS. BROWN:
2      Q.    And you know Dr. Cramer did an
3  analysis of that as well, right?
4      A.    I don't know that he was able
5  to.
6      Q.    What he said, as you recall, is
7  that the number of women who only used talcum
8  powder after their tubes were tied were too
9  small to even analyze, right?
10     A.    That's the answer --
11           (Simultaneous discussion
12     interrupted by reporter.) Give me a chance.
13           MS. O'DELL:  Give me a chance.
14     If you need to look at the paper,
15     don't -- don't assume based on what
16     the question is.
17           (Witness reviews document.)
18  BY MS. BROWN:
19     Q.    Doctor, you would agree that,
20  based on your theory of migration, you would
21  expect to see a significantly decreased risk
22  in women who had a tubal ligation.  True?
23           MS. O'DELL:  Doctor, feel free
24     to continue to refresh yourself before

Page 203

1      you answer any questions.
2      A.    I just want to read the -- I
3  want to look at one more thing and then I'll
4  answer your question.
5           (Witness reviews document.)
6      A.    I can't find it in the written
7  part of the article.
8  BY MS. BROWN:
9      Q.    Doctor, I'm going to withdraw
10  the question because I really do want to move
11  on.  I understand you want to spend some time
12  with the study and we can do that on a break.
13           MS. O'DELL:  She's about to
14     answer your question.
15     A.    I mean, it basically says that
16  he didn't have enough women to be able to
17  explain why that was the case.
18  BY MS. BROWN:
19     Q.    Okay.  So as a concept, though,
20  Doctor, you would expect, based on your
21  theory, that the epidemiology would show a
22  decreased risk of ovarian cancer with powder
23  use in women who have their tubes tied before
24  they use the powder use, correct?

Page 204

1           MS. O'DELL:  Object to the
2      form.
3      A.    I'm not sure.  I would -- if
4  the only way that they might get cancer from
5  an ovary is from migration, yes.  Unless
6  their tubes weren't adequately tied.
7  However, if the talc got to their ovaries
8  from another source through inhalation, then
9  there may still be some confounding and some
10  increased risk.
11  BY MS. BROWN:
12     Q.    Is it your opinion, Doctor,
13  that talc can get to a woman's ovaries
14  through inhalation?
15     A.    Yes.
16     Q.    Have you considered the
17  findings of the epidemiology as it relates to
18  body-only powder use?
19           MS. O'DELL:  Object to the
20     form.
21     A.    Yes.
22  BY MS. BROWN:
23     Q.    And what have those studies, by
24  and large, shown?

Page 205

1      A.    That it's -- that there's no
2  carcinogenicity.
3      Q.    The epidemiology shows, by and
4  large, no increased risk of ovarian cancer
5  with body-only use of talcum powder, correct?
6      A.    Yes.
7           MS. O'DELL:  Object to the
8      form.
9  BY MS. BROWN:
10     Q.    How did you consider that
11  epidemiology in forming your opinion that a
12  woman might be exposed to talcum powder
13  through inhalation?
14           MS. O'DELL:  Object to the
15     form.
16     A.    I'm not sure how those two
17  things relate.
18  BY MS. BROWN:
19     Q.    If a woman uses talcum powder
20  on her body, how is she exposed to the talcum
21  powder?
22     A.    On her skin.  I don't know what
23  you're asking me.
24     Q.    Do you think there's

52 (Pages 202 to 205)

Judith K. Wolf, M.D.

Page 206

1    potential -- more of a potential for a woman
2    to be exposed from inhaling talcum powder
3    when she puts it in her underwear than if
4    she's using it on her chest?
5        A.    I don't know.
6        Q.    Have you evaluated how much
7    talcum powder a woman using body-use-only
8    would be exposed to?
9            MS. O'DELL:  Object to the
10    form.
11        A.    I know that body-use-only does
12    not increase carcinogenicity --
13    carcinogenesis, I'm sorry.  But I'm not
14    ruling out that someone who routinely daily
15    uses it on the perineum couldn't also have
16    inhalation exposure.
17    BY MS. BROWN:
18        Q.    And what support do you have in
19    the scientific literature for that opinion?
20        A.    I would say the finding of talc
21    in lymph nodes is one potential -- pelvic
22    lymph nodes near the ovary, although the
23    pelvic lymph nodes could also come from the
24    ovary in the other direction.  I mean,

Page 207

1    migration could lead to talc in pelvic lymph
2    nodes.
3        Q.    What you're referring to is a
4    case report from 2007 that -- by Dr. Cramer?
5        A.    Yes.
6        Q.    Okay.  Did you know that
7    Dr. Cramer was an expert witness for the
8    plaintiffs?
9        A.    I did.
10        Q.    Did you consider Dr. Cramer's
11    work as an expert witness in evaluating and
12    reaching the determination that his 2016
13    paper was high quality?
14        A.    No.
15        Q.    The fact that Dr. Kramer is
16    being paid by plaintiffs' lawyers in talcum
17    powder litigation did not affect your
18    evaluation of his 2016 article; is that
19    right?
20        A.    No.
21            MS. O'DELL:  Object to the
22    form.
23    BY MS. BROWN:
24        Q.    Other than Dr. Cramer's 2007

Page 208

1    case report, do you have any other support in
2    the scientific literature that a woman using
3    talcum powder perineally would be exposed via
4    inhalation?
5        A.    Hang on one second.
6            (Witness reviews document.)
7        A.    I'm looking at my report and my
8    references, but they don't specifically talk
9    about perineal application and inhalation.
10    All I'm saying, to answer your first
11    question, to go back a few, is that -- your
12    question was, if somebody had their tubes
13    tied before they ever used talcum powder,
14    would that negate any increased risk of
15    ovarian cancer?  And my answer was, if the
16    tubes were tied, it couldn't migrate up, but
17    there's still the possibility that she could
18    have it from inhalation.  That's all I'm
19    saying.
20    BY MS. BROWN:
21        Q.    And I want to know what support
22    you rely on in forming the opinion that a
23    woman could inhale talcum powder that could
24    reach her ovaries and cause ovarian cancer?

Page 209

1        A.    I'm going to talk -- say that
2    talcum powder has been found not only in the
3    lymph nodes but in the ovaries of women, both
4    who report using and not using perineal
5    talcum powder.
6        Q.    So you're talking about the
7    Heller study, right?
8        A.    Yes.
9        Q.    Okay.  How does the fact that
10    talcum powder has been potentially found in
11    the ovaries of women who did not report using
12    talcum powder, support your view that a woman
13    could inhale talcum powder from perineal use
14    and have that powder reach her ovaries and
15    cause cancer?
16        A.    To me it just supports the idea
17    that talcum powder can get to the ovaries
18    through inhalation.
19        Q.    And did you read the findings
20    of that study as it related to whether or not
21    the talcum powder that was allegedly found in
22    the ovary induced an inflammatory response?
23            MS. O'DELL:  Object to the
24    form.

53 (Pages 206 to 209)

Judith K. Wolf, M.D.

Page 210

1     A.   So sometimes there was an
2  inflammatory response and sometimes not, is
3  my recollection.
4  BY MS. BROWN:
5     Q.   Okay.  Let's take a look at the
6  paper.
7     A.   Okay.
8          MS. O'DELL:  We've been going
9     about an hour and a half.  It's 12:45.
10         MS. BROWN:  If we could finish
11    Heller, then we can take a break.
12         MS. O'DELL:  What do you
13    anticipate on Heller?
14         MS. BROWN:  Ten minutes.
15         MS. O'DELL:  Okay.  Is ten
16    minutes okay with you, Doctor?
17         THE WITNESS:  Uh-huh.
18  BY MS. BROWN:
19    Q.   Thanks, Doctor.
20    A.   So it doesn't look like they
21  looked at inflammation.
22    Q.   Hold on one second.  And one of
23  the things you know that this --
24         MS. O'DELL:  Are you going to

Page 211

1     mark an exhibit?
2          MS. BROWN:  Uh-huh.
3  BY MS. BROWN:
4     Q.   I'm trying to find it.  We'll
5  take a break and I can find it for you,
6  Doctor.  But you know that they reported that
7  the talc that was found did not show evidence
8  of a foreign body reaction.  Do you remember
9  that?
10         MS. O'DELL:  Object to the
11    form.
12    A.   That's not anywhere in the
13  results.
14  BY MS. BROWN:
15    Q.   I'll show it to you.  We'll
16  take a break and I'll show it to you.  Would
17  that be important for you to consider?
18         MS. O'DELL:  Object to the
19    form.
20    A.   I'm going to say not
21  necessarily, because it depends on did they
22  look at the entire ovary, depends on the
23  timing of when they looked at it, whether
24  there's a response -- an inflammatory

Page 212

1  response or not.  But what I'm going to tell
2  you, I'm reading their entire results.
3  BY MS. BROWN:
4     Q.   I promise you I will point it
5  out to you.  I don't want to waste time.
6  This is going to be the first thing we do
7  when we come back.
8          Is it your testimony, based on
9  talc causing an inflammatory response, that
10  leads to cancer?
11    A.   Yes.
12    Q.   And so how -- when talc -- a
13  talc particle is found, would you expect it
14  to show an inflammatory response?
15    A.   What I'm trying to say is, that
16  I don't know the timing of the talc being
17  placed and looking at the specimen, was the
18  entire specimen looked at.  When you look at
19  pathology slides, you look at a little piece
20  of the tissue.  You don't generally look at
21  the entire tissue.  And so it could be that
22  the area that was looked at did not show
23  inflammation and in an area that wasn't in
24  the slide did show inflammation.

Page 213

1     Q.   In your opinion, can talc be in
2  the ovaries and not cause inflammation?
3     A.   No, that's not what I'm saying.
4  I'm saying you might not see it if you don't
5  look at the entire specimen, the entire
6  ovary.
7          MS. BROWN:  Let's take a break
8     and have lunch and we'll come back and
9     finish Heller, which I will mark.
10         MS. O'DELL:  Okay.
11         THE VIDEOGRAPHER:  Going off
12    the record.  The time is 12:44 p.m.
13         (Recess taken from 12:44 p.m.
14    to 1:41 p.m.)
15         THE VIDEOGRAPHER:  Back on the
16    record.  The time is 1:41 p.m.
17         (Deposition Exhibit 12 marked
18    for identification.)
19  BY MS. BROWN:
20    Q.   Dr. Wolf, I'm handing you what
21  I've marked as Exhibit 12 to your deposition,
22  and which is the article by Heller from 1996
23  that we were discussing before lunch.
24    A.   Yes.

54 (Pages 210 to 213)

Judith K. Wolf, M.D.

Page 214

1    Q.    And this is --
2          MS. O'DELL: Excuse me, do you
3    have a copy for me?
4          MS. BROWN: Sorry.
5    BY MS. BROWN:
6    Q.    This is one of the articles
7    that you pointed me to in support of your
8    opinion that talc particles can migrate to
9    the ovaries, correct?
10   A.    Yes.
11   Q.    Okay. And you would agree with
12   me, though, that this study looked at whether
13   or not the talc particles that they allegedly
14   found were causing an inflammatory response,
15   right?
16         MS. O'DELL: Object to the
17   form.
18   A.    Well, in -- in reading that
19   full paragraph, they looked at one of the
20   specimens for an inflammatory response, out
21   of 24.
22   BY MS. BROWN:
23   Q.    And the conclusion was that
24   there was no evidence of a response to talc,

Page 215

1    such as foreign body giant cell reactions or
2    fibrosis in the tissue, right?
3    A.    In one out of 24.
4    Q.    That wasn't my question. That
5    was their finding, right?
6          MS. O'DELL: Object to the
7    form.
8    A.    Their finding in one out of 24.
9    BY MS. BROWN:
10   Q.    Do you have evidence that in
11   the other 23 they saw evidence of an
12   inflammatory reaction to talc?
13   A.    I don't have any evidence that
14   they looked at the other 23.
15   Q.    Do you have any evidence at all
16   that talc found in the ovary produces an
17   inflammatory response?
18   A.    Yes.
19   Q.    And what's that?
20   A.    So I'm going to look at --
21         THE WITNESS: Can I get
22   Henderson? Two thousand -- 1971.
23   BY MS. BROWN:
24   Q.    I have it here. Let's just

Page 216

1    keep moving.
2          (Witness reviews document.)
3    A.    Okay. Sorry, this one does not
4    talk -- they don't mention any -- whether
5    they even looked for inflammation.
6          MS. O'DELL: Dr. Wolf, for the
7    record, you were referring to
8    Henderson '71?
9          THE WITNESS: Yes.
10   BY MS. BROWN:
11   Q.    So to be clear for the record,
12   then, Dr. Wolf, in Heller '96 the case that
13   they reported on found no evidence of a
14   response to talc, correct?
15         MS. O'DELL: Object to the
16   form.
17   A.    They looked at one out of 24
18   cases and in that one case, they did not see
19   a response to talc.
20   BY MS. BROWN:
21   Q.    And you have no evidence that
22   there was anything different in the other 23
23   cases. True?
24         MS. O'DELL: Object to the

Page 217

1    form.
2    A.    I don't have any evidence on
3    the other 23 cases.
4    BY MS. BROWN:
5    Q.    And in the Henderson article
6    that you just pointed us to, there's
7    similarly no evidence about whether or not
8    there was an inflammatory reaction. True?
9    A.    It doesn't look like they
10   looked.
11   Q.    And the way we got started
12   talking about -- and you would agree, based
13   on the pleurodesis studies, that it is
14   possible for talc to cause an inflammatory
15   reaction that does not lead to cancer. True?
16   A.    In the talc -- in pleurodesis
17   studies, that's an acute reaction. The
18   inflammation that is concerning to lead to
19   cancer is a chronic reaction, not an acute
20   reaction.
21   Q.    And how -- what do you rely on
22   for how much exposure to talc takes someone
23   from a chronic in--- an acute inflammatory
24   response to a chronic inflammatory response?

55 (Pages 214 to 217)

Judith K. Wolf, M.D.

Page 218

1         MS. O'DELL:  Object to the
2     form.
3         A.    What do I rely on for how much
4  exposure of talc?  Exposure to talc over
5  time, can lead to a chronic response, chronic
6  inflammatory response.  If you're looking
7  under the microscope at an ovary or something
8  that has talc in it, in that slide you may or
9  may not see an inflammatory response, either
10 acute or chronic, for several reasons.  One,
11 that if the talc has been there a long time,
12 you might be -- not be looking when you see
13 obvious inflammatory response either acute or
14 chronic.  The second is that you might not be
15 looking at every part of the specimen, to
16 determine if it's just the section that
17 you're looking at.
18 BY MS. BROWN:
19     Q.    Have you attempted to quantify
20 how much exposure over time leads to the
21 chronic inflammation you were just
22 describing?
23         MS. O'DELL:  Object to the
24     form.

Page 219

1         A.    When I look at the literature
2  as a whole, again, going back to the
3  epidemiology literature that attempted to
4  look at dose response, it seems like the --
5  that several of the studies suggests that
6  more doses, and I'm putting that in quotes
7  because it's not measured, it's not a
8  specific amount, but more exposure increases
9  the risk of ovarian cancer.  And so my
10 inference from that, from putting the whole
11 of the literature together, is that the
12 longer -- the more the dose, the more likely
13 the more inflammation and more cell damage,
14 inflammation causing an oxidative response
15 that then can lead down to DNA damage and, in
16 fact, in Saed's most recent abstract genetic
17 changes from talc.
18 BY MS. BROWN:
19     Q.    You billed time to the
20 plaintiff's lawyers for speaking to Dr. Saed;
21 is that right?
22     A.    Yes.
23     Q.    What was the purpose of that
24 conversation?

Page 220

1         A.    I know he was doing some
2  research and I wanted to hear from him about
3  what exactly he was looking at, how he was
4  studying it and what his plans were to try to
5  investigate in an in vitro way, the mechanism
6  by which talc can cause ovarian cancer.
7         Q.    Would you agree that the
8  mechanism or the proposed mechanism by which
9  talc can cause ovarian cancer, is not well
10 understood today?
11         MS. O'DELL:  Object to the
12     form.
13         A.    I would agree that there are
14 several lines of evidence, including all of
15 the body of Dr. Saed's work, as well as
16 Dr. Shukla's paper and Dr. Buz'Zard's paper,
17 that suggest that inflammation plays a role
18 in the carcinogenesis of talcum powder
19 product to cause ovarian cancer.  And that
20 the most recent work from Dr. Saed's lab,
21 which he's not the first author but the
22 senior author, shows that there's a dose
23 response for the amount of talc and that it's
24 not just inflammation that secondarily causes

Page 221

1  genetic changes, but there's actual genetic
2  changes in the cells that can be
3  carcinogenic.
4  BY MS. BROWN:
5         Q.    You testified earlier, I
6  believe, that the opinion that talc particles
7  can migrate to the ovaries is well accepted
8  in the medical community.  Do you remember
9  that?
10        A.    That migration of inert
11 substances is well accepted in the medical
12 community and, in fact, by the FDA.
13        Q.    And would you consider that to
14 include talcum powder?
15        A.    I would.
16        Q.    And, in fact, you state in your
17 report on page 17, that, "The evidence
18 supporting migration is robust and
19 universally accepted by the gynecologic
20 community."
21            Right?
22        A.    Yes.
23        Q.    Now, IARC doesn't agree with
24 that, right?

56 (Pages 218 to 221)

Judith K. Wolf, M.D.

Page 222

```
 1          MS. O'DELL:  Object to the
 2     form.
 3          A.    So my sentence here says
 4     "within the gynecologic community."
 5     BY MS. BROWN:
 6          Q.    Did you mean to exclude the
 7     international research on cancer?
 8          MS. O'DELL:  Object to the
 9     form.
10          A.    No.  I'm saying that my
11     sentence here says it's universally accepted
12     within the gynecologic community.
13     BY MS. BROWN:
14          Q.    Were you aware that it's
15     rejected by IARC?
16          MS. O'DELL:  Object to the
17     form.
18          A.    My understanding is that it's
19     not rejected, that in that report that you're
20     referring to, which I think is the 2010
21     report, that they -- that the evidence that
22     they looked at, they said that it was weak,
23     not rejected.
24
```

Page 223

```
 1     BY MS. BROWN:
 2          Q.    And have you looked at any
 3     additional evidence, other than that which
 4     IARC considered, which leads you to believe
 5     that it's universally accepted?
 6          A.    I'd have to look at everything
 7     that IARC looked at and compare it to what I
 8     looked at to say if it's different.
 9          Q.    Well, what was your methodology
10     in terms of considering the International
11     Agency for Research on Cancer's conclusion
12     that the evidence for migration is weak?
13          MS. O'DELL:  Object to the
14     form.
15          A.    You know, I -- as I've stated
16     before, I used all of the information as a
17     whole, to determine my opinion and my -- and
18     when I look at the bulk of the evidence and
19     with my experience and with what I know about
20     gynecology, there's multiple lines of
21     evidence that show that migration of inert
22     particles occurs, and that retrograde
23     migration occurs.
24
```

Page 224

```
 1     BY MS. BROWN:
 2          Q.    And you would agree with me,
 3     Doctor, that all of the information you cite
 4     on pages 10 and 11 was available to the
 5     International Agency for Research on Cancer
 6     in 2010.  True?
 7          MS. O'DELL:  Object to the
 8     form.
 9          A.    I'd have to look at everything
10     that they reviewed to see if they reviewed
11     all of that.
12     BY MS. BROWN:
13          Q.    I'm handing you what we've
14     marked as Exhibit 15.
15          (Deposition Exhibit 13 marked
16     for identification.)
17     BY MS. BROWN:
18          Q.    And I want to start by
19     directing your attention to page --
20          MS. BROWN:  I'm sorry, we have
21     a copy for you, Counsel.
22     BY MS. BROWN:
23          Q.    This is IARC monograph on talc,
24     2010, and I want to start by directing your
```

Page 225

```
 1     attention to page 33, under the section
 2     entitled "Mechanistic and other relevant
 3     data."
 4          MS. O'DELL:  What page?
 5          THE WITNESS:  Thirty-three.
 6          MS. BROWN:  Sorry, is that 13?
 7     I may have mismarked it.
 8          MS. O'DELL:  That says that's
 9     15.
10          A.    15.
11          MS. BROWN:  Should be 13.
12     We'll correct it.
13          A.    Do you want it back?
14     BY MS. BROWN:
15          Q.    Yeah, sorry.  Thank you,
16     Doctor.  Handing back to you what is
17     Exhibit 13.
18          MS. BROWN:  Thank you, Alexis.
19     BY MS. BROWN:
20          Q.    And I want to direct your
21     attention to page 33.  And this IARC
22     monograph on talc, nonasbestiform talc, of
23     course, you reviewed in connection with your
24     opinions in this case.  True?
```

Judith K. Wolf, M.D.

Page 226

1    A.    Yes.
2    Q.    Okay.  And you are aware that
3  IARC considers the strength of the evidence
4  as it relates to a proposed mechanism for
5  cancer, correct?
6    A.    Yes.
7    Q.    Okay.  And you see here on
8  page 33 that IARC evaluates those, using
9  terms such as "weak," "moderate" or "strong,"
10  correct?
11    A.    Yes.
12    Q.    Okay.  And IARC, if you would
13  turn to page 411, evaluated the data as it
14  relates to migration, right?
15        MS. O'DELL:  Object to the
16    form.
17  BY MS. BROWN:
18    Q.    And I'll direct you, excuse me,
19  Doctor --
20    A.    Are you directing me to
21  something specific on this page?
22    Q.    I am.
23    A.    Okay.
24    Q.    I'll direct you to the -- one,

Page 227

1  two, three -- fourth paragraph that begins
2  with "Perineal exposure."
3    A.    Okay.
4    Q.    And you see that IARC reports
5  on its review of the studies on potential
6  migration.  True?
7    A.    Yes.
8    Q.    And on balance, what the IARC
9  working group concluded was that the evidence
10  for retrograde transport of talc to the
11  ovaries in normal women is weak, right?
12    A.    Yes.
13    Q.    And that is their lowest
14  classification of mechanistic evidence,
15  correct?
16    A.    Yes.
17    Q.    And you believe IARC is a
18  reputable international health agency, right?
19    A.    Yes.
20    Q.    And so you considered its
21  conclusion, that the evidence for retrograde
22  migration is weak, right?
23    A.    I did.
24    Q.    And so tell me what methodology

Page 228

1  you employed to arrive at a conclusion that
2  is diametrically opposed to the one IARC
3  wrote about in 2010?
4        MS. O'DELL:  Object to the
5    form.
6    A.    I don't -- I don't believe it's
7  diametrically opposed and I believe that when
8  I reviewed all of the evidence and from my
9  own knowledge of gynecology and practicing
10  and my expertise in the last 30 years and
11  seeing multiple patients with endometriosis
12  and evidence of retrograde menstruation, that
13  my opinion is that migration occurs.  And
14  that I believe that it's the opinion of the
15  general gynecology community that migration
16  does occur.  And another reputable
17  institution is the FDA, who says that the
18  ability for particulates to migrate is
19  indisputable.
20  BY MS. BROWN:
21    Q.    And what you're referring to is
22  the 2014 citizen's petition, right?
23    A.    Yes.
24    Q.    And do you find that to be a

Page 229

1  reliable authority on the review of the
2  literature regarding talc and ovarian cancer?
3    A.    This is not regarding --
4  necessarily regarding talc and ovarian
5  cancer.  It's the idea that things can
6  migrate from the perineum through the genital
7  tract.  That's what I based my opinion on
8  that.
9    Q.    We're talking about two
10  different things.  You just referenced the
11  2014 response to a citizen's petition, right?
12    A.    Yes.
13    Q.    And do you -- and in that
14  response, the FDA went through its review of
15  the literature on talc and ovarian cancer,
16  correct?
17    A.    Yes.
18    Q.    And do you regard that as
19  authoritative and reputable?
20        MS. O'DELL:  Object to the
21    form.
22    A.    Yes.
23  BY MS. BROWN:
24    Q.    Okay.  And one of the things

58  (Pages 226 to 229)

Judith K. Wolf, M.D.

Page 230

1  you're pointing to, is the FDA's statement
2  that particles can migrate from the perineum
3  in the vagina to the peritoneal cavity,
4  correct?
5      A.   That's correct.
6      Q.   And the FDA, of course, doesn't
7  cite to any evidence that talc can migrate
8  from the exterior of the vagina to the
9  ovaries, correct?
10         MS. O'DELL:  Object to the
11  form.  If you're pointing -- going to
12  point Dr. Wolf to a particular part of
13  the letter, then I would ask you to
14  show it to her.
15         MS. BROWN:  Absolutely.
16         MS. O'DELL:  So if you need to
17  see the letter --
18      A.   Yeah, let me see the letter.
19         MS. O'DELL:  -- to respond to
20  the question, please ask for it.
21  BY MS. BROWN:
22      Q.   I'm going to show you the
23  letter and I want to talk about it, but you
24  raised the statement about the particles,

Page 231

1  right?
2          MS. O'DELL:  She did.  But she
3  doesn't have to answer questions about
4  the letter aside from what she said.
5          MS. BROWN:  I'm not talking --
6          MS. O'DELL:  If you want to ask
7  specific questions about the letter --
8          MS. BROWN:  I'm going to show
9  her the letter.
10         MS. O'DELL:  Then show her the
11  letter.
12         MS. BROWN:  Okay.  But I can
13  ask lead-up questions about the
14  letter.
15         MS. O'DELL:  Right.
16         MS. BROWN:  It doesn't have
17  to --
18         MS. O'DELL:  Let me finish.  In
19  order to answer any of the questions,
20  counsel asked if you need the letter,
21  please ask for it and I'm sure she'll
22  provide it to you.
23  BY MS. BROWN:
24      Q.   Dr. Wolf, did you review the

Page 232

1  response to the citizen's petition by the FDA
2  in 2014?
3      A.   I'm sure I did.
4      Q.   And, in fact, as support for
5  your opinion that talc applied on the
6  exterior of the vagina can migrate to the
7  ovaries, you referenced a sentence from that
8  letter, right?
9      A.   That's correct.
10     Q.   Okay.  But we agree that the
11  FDA was talking about particles generally,
12  correct?
13         MS. O'DELL:  Object to the
14  form.
15     A.   The FDA was talking about
16  particulates in general.
17  BY MS. BROWN:
18     Q.   Okay.  And did you review, and
19  I'll hand you what we've marked as
20  Exhibit 14, the entirety of what the FDA had
21  to say about the epidemiology and the
22  evidence as it relates to talc and ovarian
23  cancer?
24

Page 233

1          (Deposition Exhibit 14 marked
2      for identification.)
3          MS. O'DELL:  Object to the
4      form.
5          (Witness reviews document.)
6      A.   You asked me if I reviewed the
7  entire thing as to their opinion.  And the
8  answer is yes.  And what did you --
9  BY MS. BROWN:
10     Q.   That was the only question.
11     A.   That was the only question.
12     Q.   All right.  And you'll agree on
13  the first page, third paragraph, the FDA
14  concludes that it did not find that the data
15  submitted presented conclusive evidence of a
16  causal association between talc used in the
17  perineal area and ovarian cancer, right?
18         MS. O'DELL:  Object to the
19      form.
20  BY MS. BROWN:
21     Q.   That's what the FDA said?
22     A.   That's what the letter says.
23     Q.   That was the FDA's sentence in
24  a letter to the Cancer Prevention Coalition

59 (Pages 230 to 233)

Judith K. Wolf, M.D.

Page 234

1  in April of 2014, correct?
2      A.   Yes.
3      Q.   And you, Dr. Wolf, disagree
4  with that.  True?
5      A.   I do.
6      Q.   Okay.  And so what methodology
7  did you employ to distinguish your review of
8  the literature from the Food and Drug
9  Administration's review?
10      A.   The first thing is, is that I
11  have more literature to support my opinion
12  that was not yet available for the FDA.
13      Q.   And so tell me what that is,
14  Doctor.
15      A.   So all of the -- there are
16  three of the case report studies that I have
17  referenced in my article:  Wu and Cramer and
18  Schildkraut.  And, in fact, Schildkraut was
19  an NCI-sponsored study of African-American
20  women and use of talcum powder and risk of
21  ovarian cancer.  And after it's been
22  published, the NCI did update their talcum
23  powder on ovarian cancer, to say that this
24  study has shown that it increases risk of

Page 235

1  ovarian cancer in African-American women.
2  And then the meta-analysis Penninkilampi 2018
3  was not available.  The recent abstracts and
4  now paper from Dr. Saed on causation was not
5  available.
6      Q.   So the three case-control
7  studies that you believe distinguish your
8  review of the literature from the FDA's are
9  Wu 2015, Cramer 2016, and Schildkraut 2016,
10  correct?
11      A.   Yes.
12      Q.   In addition to a -- is it a
13  published paper by Dr. Saed?
14      A.   It's accepted for publication
15  and there's four abstracts.
16      Q.   Okay.  Has it been published
17  yet, to your knowledge?
18      A.   It hasn't yet been published.
19      Q.   Okay.  So in addition to the
20  three case-control studies, there is an
21  unpublished paper by a plaintiffs' expert in
22  the talc litigation, that you say you're
23  using to distinguish your review from the
24  FDA's review?

Page 236

1      MS. O'DELL:  Excuse me.  Object
2  to the form.  Give me just a minute to
3  object.  Fair enough.  Sorry.
4      A.   Additionally, the
5  meta-analysis, the Penninkilampi study that
6  was published in 2017.
7  BY MS. BROWN:
8      Q.   And that didn't include any new
9  information, though, right?  It's a
10  meta-analysis of old data.  True?
11      A.   Of all of the data, some of
12  which wasn't available when the FDA wrote
13  this letter.
14      Q.   Sure.  But if we're trying to
15  identify new data that you, Dr. Wolf, are
16  relying on that the FDA didn't have, we have
17  three case-control studies and an unpublished
18  manuscript by a plaintiffs' expert?
19      MS. O'DELL:  Object to the --
20  excuse me, object to the form,
21  misstates her testimony.
22      A.   There's also two of the three
23  cohort studies, the Nurses Health and Women's
24  Health Initiative, the Sister Study.  The

Page 237

1  Women's Health Initiative was published in
2  2014, so they wouldn't have had it, likely
3  wouldn't have, and the Sister Study.
4  BY MS. BROWN:
5      Q.   And what was the finding as it
6  relates to an increased talc use in ovarian
7  cancer in the Sister Study?
8      A.   The Sister Study did not find a
9  statistically significant increase, one of
10  the issues with all of the three cohort
11  studies is none of them are large enough to
12  detect a difference and none of them looked
13  at use over time.
14      Q.   Well, we're going to talk about
15  that.  But you'd agree that the Sister Study
16  and the follow-up to the Nurses Health Study
17  would not have changed the opinion of the
18  FDA, that there's not a causative link twine
19  talcum powder and ovarian cancer --
20      MS. O'DELL:  Object to the
21  form.
22  BY MS. BROWN:
23      Q.   -- right?
24      A.   I'm going to say that

60 (Pages 234 to 237)

Judith K. Wolf, M.D.

Page 238

1  indirectly they might have if they had had
2  the meta-analysis by Penninkilampi, because
3  in that meta-analysis of the cohort studies
4  there was a statistical significantly
5  increase in serous carcinoma, which is the
6  most common type of epithelial ovarian
7  cancer, that if you were going to find
8  something in those number of women, serous
9  would be the most likely that you would find
10  a significant increase when they looked at
11  all of the cohort studies together.
12      Q.   Now, of course Wu, the other
13  study that you pointed us to, found a greater
14  increase in the nonserous cancers, right?
15          THE WITNESS:  Do you have Wu
16      for me to review?
17          MS. O'DELL:  Yeah.
18      A.   Yeah, it's not here.
19  BY MS. BROWN:
20      Q.   I'll give you a copy, Doctor.
21  So we'll mark Wu as Exhibit 14.
22          (Deposition Exhibit 15 marked
23      for identification.)
24

Page 239

1  BY MS. BROWN:
2      Q.   I'll direct you to page 1414,
3  which is the "Subgroup Analysis by Histologic
4  Type."
5          MS. BROWN:  Counsel, I have a
6      copy for you.  Page 1414.  I have two,
7      actually.
8      A.   This must not be the right
9  paper either.  There's no page 1414.
10          MS. BROWN:  Wrong --
11      A.   Because there's a couple of
12  Wu's.
13  BY MS. BROWN:
14      Q.   Yeah, there's two.  We'll
15  remark it.  This is it.  No, this is another
16  Wu.  I misspoke, Doctor.  I meant to point
17  you to Schildkraut 2016, which is another
18  study that you identified as high quality,
19  right?
20      A.   Yes.
21      Q.   We'll mark that, as was my
22  intention, as 14.  And you know one of the
23  findings of Schildkraut was a greater
24  association with the nonserous histologic

Page 240

1  subtype, right?  And I'll direct you to Table
2  3 for that.
3          MS. O'DELL:  Just for you to
4      orient yourself, Doctor.
5          THE WITNESS:  Got it.
6      A.   Which Schildkraut?
7  BY MS. BROWN:
8      Q.   2016.
9      A.   2016.
10          MS. BROWN:  I'll give you a
11      copy right now.
12      A.   So it does show a --
13  significant in nonserous.
14  BY MS. BROWN:
15      Q.   Right.  And that's not
16  consistent with some of the other studies,
17  like Penninkilampi that you were talking
18  about earlier, correct?
19      A.   Well, what I was specifically
20  talking about Penninkilampi was the cohort
21  studies, finding a statistical significantly
22  increase in serous cancers.  If you look at
23  all of the studies, varying -- often it's
24  serous.  It doesn't have to be serous.  Some

Page 241

1  of the other studies found an increase in
2  endometrioid borderline tumors, other cell
3  types of ovarian tumors.
4      Q.   Is it your opinion, Doctor,
5  that talcum powder use perineally increases a
6  woman's risk of all different histologic
7  types of ovarian cancer?
8      A.   Well, I'm going to say that
9  we're looking at epithelial ovarian cancer,
10  and I don't have any evidence that has any
11  effect on stromal tumors or dermal cell
12  tumors.  I think of all of the epithelial
13  subtypes, that it's been shown to have -- in
14  some studies, in various studies, an increase
15  in serous or endometrioid.  And the other
16  subtypes are usually so small that there's
17  probably enough to know statistical
18  significance, such as clear cell or mucinous.
19  In this study by Schildkraut, it's just
20  serous or nonserous.  They don't break up the
21  other subtypes, at least in this table.
22      Q.   And the finding of the
23  nonserous increased risk is not consistent
24  with Penninkilampi's finding on that score,

61 (Pages 238 to 241)

Judith K. Wolf, M.D.

Page 242

1  correct?
2      MS. O'DELL:  Object to the
3  form.
4      A.    In the cohort studies, it was
5  serous.  That was statistically significant.
6  The two are not -- one does not negate the
7  other.  What I'm saying is that any of the
8  epithelial varying tumors could possibly be
9  increased, any cell type.  This one shows
10  nonserous.  The meta-analysis of the cohorts
11  showed serous, even though, except for the
12  first report of the Nurses Health Study there
13  wasn't any statistical increase in the cohort
14  studies, one does not negate the other.
15  BY MS. BROWN:
16     Q.    Gates was a follow-up to
17  Gertig's --
18     A.    Gertig -- yeah.
19         (Simultaneous discussion
20  interrupted by reporter.)
21  BY MS. BROWN:
22     Q.    Gates was a follow-up to --
23     A.    Gertig --
24     MS. O'DELL:  If you would let

Page 243

1      her finish and vice versa, I'll do my
2      best not to interrupt you.
3  BY MS. BROWN:
4      Q.    Dr. Wolf, Gates was a follow-up
5  of the cohort that was followed in the Gertig
6  Nurses Health Study, correct?
7      A.    That's correct.
8      Q.    And when that cohort was
9  followed longer in Gates, there was no
10  association with serous cancer, correct?
11     A.    That's correct.
12     Q.    And do you agree that it's
13  important, when evaluating a body of
14  literature, to evaluate all available
15  information?
16     A.    Yes.
17     Q.    And particularly as it relates
18  to the follow-up of individuals who were
19  initially studied for perhaps a shorter
20  period of time.  Fair?
21         MS. O'DELL:  Object to the
22  form.
23     A.    So long-term follow-up is
24  always helpful, yes.

Page 244

1  BY MS. BROWN:
2      Q.    Sure.  As a scientist
3  evaluating data on cancer, the longer folks
4  are studied, the more available information
5  there is.  True?
6          MS. O'DELL:  Object to the
7  form.
8      A.    That's true.
9  BY MS. BROWN:
10     Q.    And in evaluating the body of
11  literature on talc and ovarian cancer, you
12  wouldn't want to close your eyes to some of
13  the studies that include additional
14  follow-up.  True?
15         MS. O'DELL:  Object to the
16  form.
17     A.    I don't.
18  BY MS. BROWN:
19     Q.    Did you know that Penninkilampi
20  does not include the Gates study?
21     A.    So I'm going to look at that
22  paper again to see why he might have left --
23  he or she left the Gates study out.
24     Q.    And for the record, we'll mark

Page 245

1  Penninkilampi as Exhibit 16 your deposition.
2         (Deposition Exhibit 16 marked
3      for identification.)
4  BY MS. BROWN:
5      Q.    And to help with your review,
6  Doctor, if you want to, take as much as you
7  need, but page 46 lists the name of the
8  studies that are included and Table A was the
9  meta-analysis for ever use in ovarian cancer.
10  And you agree with me that Gates 2010 is not
11  included?
12         MS. O'DELL:  Feel free to take
13      a look at the paper before you answer
14      the questions, Doctor.
15     A.    I see that it was not included.
16  BY MS. BROWN:
17     Q.    And in writing your report and
18  identifying Gates as one of the higher
19  quality studies, were you aware at the time
20  that Gates had omitted the follow-up to the
21  Nurses Health Study as published in Gates
22  2010?
23         MS. O'DELL:  Object to the form
24      of the question.  I don't think that

62 (Pages 242 to 245)

Judith K. Wolf, M.D.

Page 246

1    she referred to Gates as a
2    high-quality study in her report.
3        MS. BROWN:  Let me rephrase.
4    That's my fault.
5    BY MS. BROWN:
6        Q.   In writing your report and
7    identifying Penninkilampi as one of the
8    higher quality studies, were you aware that
9    Penninkilampi excluded the Gates 2010
10   follow-up to the Nurses Health Study?
11       A.   Given that they left it out or
12   they didn't include it, to me it doesn't
13   negate that I think the Penninkilampi study
14   is a good study.  I was trying to see if
15   there was a reason why they didn't look at it
16   and I don't see anything mentioned in their
17   methods or in their discussion or their
18   results as to why they did not include it.  I
19   still think the Penninkilampi is a good
20   study.
21       Q.   Okay.  And you are not at all
22   concerned -- would you weigh Penninkilampi
23   less, given the fact that it did not include
24   the most complete data from the Nurses

Page 247

1    Health?
2        MS. O'DELL:  Object to form.
3        A.   I'm -- I can't answer that
4    question because I don't know what the data
5    would look like if they included the study.
6    BY MS. BROWN:
7        Q.   Well, did you review the Berge
8    analysis, the meta-analysis that was done
9    close to the same time?
10       A.   Yes.
11       Q.   Okay.  And were you aware that
12   Berge actually did include Gates as the most
13   recent representation of the Nurses Health
14   cohort?  We'll mark the Berge meta-analysis
15   as Exhibit 17.
16       (Deposition Exhibit 17 marked
17   for identification.)
18       (Witness reviews document.)
19       A.   So what I don't see in the
20   Berge paper is if they separated out serous
21   for the cohort studies.  They looked at
22   serous separately in the study.  What I don't
23   see, that they looked at serous histology in
24   the case-control versus the cohorts.

Page 248

1    BY MS. BROWN:
2        Q.   So your critique of the Berge
3    paper is that there's not a subgroup analysis
4    by histologic type?
5        MS. O'DELL:  Object to the
6    form.
7        A.   That's -- that wasn't a
8    critique, it's a piece of information.  That
9    differently from the Penninkilampi study,
10   which was looking specifically at serous
11   histology of the cohorts, the Berge study
12   didn't look at serous from the cohort
13   separately, they looked at serous overall
14   separately.  It's just a difference.  It's
15   not a critique.
16   BY MS. BROWN:
17       Q.   So one of the things that
18   Penninkilampi looked at was whether ever use
19   of talc increases the risk for ovarian
20   cancer.
21       A.   Yes.
22       Q.   Do you understand that?
23       A.   Yes.
24       Q.   And that is the same question

Page 249

1    that was investigated by Berge, correct?
2        A.   Yes.
3        Q.   And Penninkilampi excluded the
4    most recent data on the Nurses Health cohort
5    and Berge included it, correct?
6        A.   Yes.
7        MS. O'DELL:  Object to the
8    form.
9        A.   And in ever use of talc in the
10   cohort studies, both of them found no --
11   nothing, no significant increase.
12       In the Penninkilampi study,
13   which I understand does not include the Gates
14   data, when they looked specifically at the
15   cohort studies, there was a significant
16   increase in serous.
17       In the Berge study when they
18   looked at everything, case-control and
19   cohorts together, there was a significant
20   increase in the risk for serous histology.
21   BY MS. BROWN:
22       Q.   I'm sorry, say that last part
23   again, in the --
24       A.   In the Berge study --

63 (Pages 246 to 249)

Judith K. Wolf, M.D.

Page 250

1    Q.    Uh-huh.
2    A.    -- what I'm reading here is,
3  there is a significant increase in serous
4  histology.
5    Q.    In the case-control studies,
6  correct?
7    A.    I don't see that they separated
8  out the case-control studies.
9    Q.    In reviewing the Berge and
10  Penninkilampi meta-analyses, did you pay
11  attention to the tests for heterogeneity that
12  the authors did in terms of which studies
13  could and could not be combined?
14    A.    In which study are you asking
15  me about? I'm sorry. I'm still distracted
16  by the Berge one here.
17    Q.    Do you understand the concept
18  of heterogeneity in meta-analysis?
19    A.    Yes.
20    Q.    Okay. And so you understand
21  that there are certain studies that can --
22  because of their study design cannot be
23  combined, correct?
24    A.    Yes.

Page 251

1    Q.    And in evaluating the
2  Penninkilampi meta-analysis and the Berge
3  meta-analysis, did you undertake an effort to
4  evaluate the heterogeneity of the studies
5  that were combined in those two
6  meta-analyses?
7    A.    And compare the two, is that
8  what you're asking me?
9    Q.    Sure. Here's what I'm after,
10  Doctor. I understand that you made a
11  determination Penninkilampi is one of the
12  more high-quality studies?
13    A.    Yes.
14    Q.    And I want to understand your
15  methodology in selecting Penninkilampi as a
16  higher quality study than Berge.
17        MS. O'DELL: Object to the
18    form.
19    A.    So when I look at all of the
20  meta-analyses, they all show a significant
21  increase in the risk of ovarian cancer with
22  minimal use of talcum powder use. I
23  specifically chose the Penninkilampi one
24  because it was the most recent one.

Page 252

1  BY MS. BROWN:
2    Q.    Even though it excludes the
3  most recent data from the Nurses Health
4  Study. True?
5        MS. O'DELL: Object to the
6    form.
7    A.    I specifically chose it because
8  it's the most recent one.
9  BY MS. BROWN:
10    Q.    Okay. And you understand that
11  the Berge meta-analysis was published at
12  right about the same time, right?
13        MS. O'DELL: Object to the
14    form.
15    A.    I have to look at the exact
16  date.
17        MS. BROWN: We need to change
18    the tape, so let's go off for a
19    second.
20        THE VIDEOGRAPHER: Going off
21    the record. The time is 2:21 p.m.
22        (Recess taken from 2:21 p.m. to
23    2:26 p.m.)
24        THE VIDEOGRAPHER: This marks

Page 253

1  the beginning of disk 3. Back on the
2  record. The time is 2:26 p.m.
3  BY MS. BROWN:
4    Q.    Dr. Wolf, before we took a
5  break, we were discussing the difference
6  between Penninkilampi and the Berge
7  meta-analyses. I want to direct your
8  attention to page 42 of the Penninkilampi
9  article.
10    A.    That's in this one. Page 42.
11    Q.    And in the first paragraph on
12  the left-hand column, one of the things the
13  authors of Penninkilampi note, is that the
14  majority of the evidence as it relates to
15  perineal talc use in ovarian cancer has come
16  from case-control studies, correct?
17        MS. O'DELL: Where are you
18    reading?
19    A.    Where are you reading?
20  BY MS. BROWN:
21    Q.    "The evidence for the
22  association between perineal talc use and
23  ovarian cancer is based on the body of
24  knowledge from observational studies and most

64 (Pages 250 to 253)

Judith K. Wolf, M.D.

Page 254

1  of these have been retrospective case-control
2  studies prone to recall bias."
3        Do you see that?
4     A.   I see that.
5     Q.   And do you agree with that,
6  Doctor, that most of the case-control studies
7  that you evaluated and that form the body of
8  epidemiology on talc and ovarian cancer are
9  prone to recall bias?
10       MS. O'DELL:  Object to the
11  form.
12    A.   I don't agree with that
13  statement.  I do agree that one concern of
14  case-control studies is recall bias.  I
15  believe that was acknowledged in most, if not
16  all, of the case-control studies and felt not
17  to be an issue.  And I looked at that, but
18  the weight of the evidence suggests that most
19  of the studies showed a relationship.
20       Also in a rare disease like
21  ovarian cancer, although a prospective study
22  would be -- might be -- give us more
23  information, the number of women and the
24  amount of time that it would take to do a

Page 255

1  prospective study makes it challenging, and
2  that's one of the challenges with all of the
3  cohort studies.  None of them are big enough
4  and most of them are not followed long
5  enough.
6        And so case-control studies are
7  what -- the best way to study a rare disease
8  like this.  And given the consistency in the
9  findings, although recall bias can occur, I
10  don't believe it -- after my review of the
11  entire literature, I'm not concerned that
12  recall bias had an effect on the results.
13  BY MS. BROWN:
14    Q.   You state in your report on
15  page 8, that all of the cohort studies are
16  limited by lack of power.
17    A.   Yes.
18    Q.   Is that your opinion?
19    A.   Lack of power to ask the
20  specific question, yes.
21    Q.   Lack of power to ask?
22    A.   To answer the specific
23  question.
24    Q.   Okay.  And you are not a

Page 256

1  biostatistician, correct?
2     A.   No.
3     Q.   Okay.  Did you perform a power
4  calculation on any of the studies that you
5  reviewed?
6     A.   I did not, but Dr. Narod
7  published a paper where he actually looked at
8  that question and estimated that it would
9  take about 200,000 women to answer the
10  question, and none of these studies have
11  that.
12    Q.   And have you calculated how
13  many women were studied in all of the
14  prospective studies and whether or not that
15  was more or less than 200,000?
16    A.   Well, if you look at all of
17  them together, putting them together, there
18  are more than 200,000.
19    Q.   And did that inform your
20  opinion that the prospective studies -- how
21  did you consider that fact in making the
22  statement that the cohort studies are limited
23  by a lack of power?
24    A.   Because each individual study

Page 257

1  is limited by lack of power.  And two of the
2  three studies are limited by the amount of
3  follow-up and all of the studies are limited
4  by the documentation of how much -- how often
5  and how frequent powder was used.  The --
6  short of the Sister Study, the primary
7  endpoints of the Nurses Health Study and the
8  Women's Health Study were not to look at the
9  relationship of talc and ovarian cancer.  It
10  was a secondary add-on study that was done
11  while the studies were ongoing.  So they
12  weren't designed to answer that question.
13    Q.   Did you consider the published
14  power calculation done by Berge?
15    A.   Let me look at Berge's
16  published power calculation.
17    Q.   Do you know that -- do you
18  know -- do you recall reviewing that in
19  connection with your --
20    A.   I recall --
21    Q.   -- testimony?
22    A.   -- reviewing the paper.  I
23  don't recall specifically what his -- his
24  person -- I don't know this person.

65  (Pages 254 to 257)

Judith K. Wolf, M.D.

Page 258

1    Q.   I'll direct your attention,
2  then, Doctor, to page 6 of the Berge paper.
3  It looks like you might have a different
4  version than I do, but page 6 of the
5  publication, second column, first paragraph
6  on the --
7    A.   What part of the paper is it
8  in?
9    Q.   The discussion section.
10   A.   Okay.
11   Q.   It's my third paragraph of the
12  discussion section.
13   A.   Gotcha.
14   Q.   And let me just read this into
15  the record to expedite us here.  "An
16  important feature of the present
17  meta-analysis is the inclusion of several
18  cohort studies, which enabled an analysis
19  stratified by study design.  This analysis
20  provided evidence of a heterogeneity of
21  results between the two groups of studies
22  with an association generally detected in
23  case-control studies but not in cohort
24  studies.  It should be noted that the cohort

Page 259

1  studies included in the meta-analysis
2  comprised of a total of 429 cases of ovarian
3  cancer exposed to genital talc and 943
4  unexposed:  The statistical power of the
5  meta-analysis of these cohort studies to
6  detect a relative risk of 1.25, similar to
7  the result of the meta-analysis of
8  case-control studies, was .99.  Thus, low
9  power of cohort studies cannot be invoked as
10  an explanation of the heterogeneity of the
11  results."
12       Did you consider Berge's power
13  calculation when you made the statement in
14  your report, that all of the cohort studies
15  are limited by lack of power?
16   A.   My statement is in relationship
17  into each study on their own, not all of them
18  together.  And my statement about the lack of
19  power for all over, my opinion about that was
20  based on Narod's paper of needing 200,000
21  women.  But this is about -- this is -- this
22  statement here is about each study on their
23  own.  None of those studies had 200,000
24  women.

Page 260

1    MS. O'DELL:  Excuse me, when
2  you say "here," are you referring to
3  your report?
4    A.   In my report, under "Summary of
5  Epidemiological Evidence" on page 8.
6  BY MS. BROWN:
7    Q.   And one of the things, Doctor,
8  you provided a site that meta-analyses can be
9  some of the highest form of epidemiological
10  evidence, correct?
11   A.   Yes.
12   Q.   And the Penninkilampi study
13  that you pointed to was one of the highest --
14      MS. O'DELL:  Why don't we go
15  off the record.
16      MS. BROWN:  Let's try to keep
17  going.
18  BY MS. BROWN:
19   Q.   The Penninkilampi study that
20  you pointed to as one of the higher quality
21  studies is, in fact, a meta-analysis,
22  correct?
23   A.   That's correct.
24   Q.   And you are certainly not

Page 261

1  meaning to suggest that there's something
2  improper about pooling or combining data in a
3  meta-analysis, correct?
4    MS. O'DELL:  Object to the
5  form.
6    A.   I don't believe I ever said
7  anything about -- negative about a
8  meta-analysis.
9  BY MS. BROWN:
10   Q.   Do you -- did you consider
11  Berge's power calculation of the pooled
12  prospective cohorts when you opined as you
13  did in your report on page 8, that all of the
14  cohort studies are limited by lack of power?
15      MS. O'DELL:  Object to the
16  form.
17   A.   The two are not comparing the
18  same thing.  His power analysis is looking at
19  the pooled analysis.  My statement was
20  regarding each individual cohort study on its
21  own.
22  BY MS. BROWN:
23   Q.   Do you think there is enough
24  power in the pooled prospective cohorts to

66 (Pages 258 to 261)

Judith K. Wolf, M.D.

Page 262

1  detect a relative risk of 1.25?
2      A.   I see that Berge says that in
3  his discussion. I'm not a statistician. I'd
4  have to -- I'm not sure I could answer that
5  and I guess I'm going to ask you to -- do you
6  think there's enough power in the pooled
7  prospective cohorts to detect a relative risk
8  of 1.25? I'm going to say possibly. I don't
9  know.
10     Q.   In identifying Penninkilampi as
11 one of the higher quality studies, did you do
12 an independent verification that the data
13 Penninkilampi reports in his article is
14 indeed accurate?
15     A.   Are you -- my understanding of
16 what you're asking me is, did I recalculate
17 the results? Is that what you're asking me?
18     Q.   No. I'm asking you, for
19 example, on page 46 of Penninkilampi -- we
20 have them as exhibits, if that makes it
21 easier.
22     A.   No, I -- okay. Page 46.
23     Q.   Penninkilampi reports studies,
24 a purported odds ratio, a lower limit and an

Page 263

1  upper limit. Do you see that?
2      A.   Yeah.
3      Q.   Did you go back to the
4  individual studies to verify that
5  Penninkilampi was correct in that reporting?
6      A.   Oh, that -- in these charts?
7      Q.   Correct.
8      A.   That every -- I did not.
9      Q.   Would it be important to you in
10 determining that a study is of high quality,
11 that the authors accurately report the odds
12 ratios and the confidence intervals?
13     A.   It would, but it's not my
14 routine or standard for me to go back and
15 re-review the odds ratios of every paper to
16 confirm that. I would assume that is part of
17 the peer-review process that has happened.
18     Q.   And if there were, in fact,
19 errors in the reporting of the odds ratios or
20 the confidence intervals, would that call
21 into question your reliance on the study?
22     A.   I would want to see it
23 recalculated, if there were -- if there were
24 errors.

Page 264

1      Q.   In evaluating the Penninkilampi
2  meta-analysis and the Berge analysis, explain
3  to me how you weighted both of them.
4          MS. O'DELL: Object to the
5      form.
6      A.   When I was looking at all of
7  the meta-analysis, including the Berge and
8  the Penninkilampi, to me it -- all of them
9  showed a positive correlation between genital
10 talcum powder use and ovarian cancer. I
11 chose the most recent one to include in my
12 report.
13 BY MS. BROWN:
14     Q.   Other than the fact that
15 Penninkilampi was the most recent, is there
16 any reason -- any other reason you didn't
17 include Berge in your report?
18         MS. O'DELL: Object to the
19     form.
20     A.   Was there any other reason I
21 didn't include Berge?
22 BY MS. BROWN:
23     Q.   Correct.
24     A.   The reason I chose

Page 265

1  Penninkilampi was because it was the most
2  recent. And in my interpretation of the
3  meta-analysis, they all show a positive
4  correlation, so I just wanted to show the
5  most recent.
6      Q.   And you'll agree with me that
7  both meta-analyses -- or the Berge
8  meta-analysis shows no increased risk in the
9  cohorts, correct?
10     A.   No increased risk in the
11 cohort -- pooled cohorts in the Berge paper.
12     Q.   And if you consider the Gates
13 study as the most recent data available on
14 the Nurses Health cohort, you'll agree with
15 me there is no evidence at all in the
16 prospective cohorts of any increased risk of
17 ovarian cancer with talc use. True?
18         MS. O'DELL: Object to the
19     form.
20     A.   With the -- the other issues
21 with the cohort studies is they ask ever use,
22 not current use, length of use, time of use.
23 Both the Gates and Gertig and the Houghton,
24 the Women's Health Initiative, those studies

67 (Pages 262 to 265)

Judith K. Wolf, M.D.

Page 266

1  were not designed to be able to ask those
2  questions and so we can't have that
3  information. And so the limitations of the
4  cohort studies, as -- as I said before,
5  individually, lack of power, not making the
6  correct queries and short follow-up, except
7  the second follow-up of Gates, but that's
8  only one study and it's still not large
9  enough.
10  BY MS. BROWN:
11      Q.   That wasn't my question. My
12  question was, if you consider Gates as the
13  most recent data on the Nurses Health cohort,
14  you would agree with me that there is no
15  evidence in any of the prospective studies
16  that shows a statistically significant
17  increased risk of ovarian cancer with
18  perineal task use. True?
19          MS. O'DELL: Object to the
20      form.
21      A.   I would say that all the
22  cohorts or cohort studies have the same
23  limitations, not large enough, not asking the
24  right questions, and the only one that

Page 267

1  doesn't have the shortest -- short follow-up,
2  which it still may not be long enough, is the
3  Nurses Health Study. And with those caveats,
4  there was no statistically significant
5  increase in ovarian cancer in perineal talcum
6  powder use. But given that ovarian cancer's
7  a rare disease and with those caveats, I'm
8  not sure that they're designed to answer the
9  question. So it doesn't say to me there
10  isn't a risk.
11  BY MS. BROWN:
12      Q.   But that wasn't my question.
13  My question was just, there is not a single
14  prospective study that shows an increased
15  risk of ovarian cancer with talcum powder
16  use. That's it. It's yes or no.
17          MS. O'DELL: Excuse me. No,
18      it's not. Objection to form. You may
19      answer it in any way you choose,
20      Dr. Wolf.
21      A.   The studies are all limited by
22  lack of power, by short follow-up in two of
23  the three and maybe short follow-up in all
24  three, by not asking the correct questions

Page 268

1  that might get at the answer, two of the
2  three by not being designed to answer that
3  question. And so with those caveats, they
4  saw no statistically significant increase in
5  ovarian cancer with talcum powder use
6  reported as ever use.
7  BY MS. BROWN:
8      Q.   What's your methodology for --
9  do you weight the cohorts and the case
10  controls equally in your analysis?
11          MS. O'DELL: Objection to the
12      form.
13      A.   I consider all of the evidence,
14  not only the epidemiologic evidence but the
15  causation evidence, the animal in the in
16  vitro data as a whole and formed my opinion.
17  BY MS. BROWN:
18      Q.   My question was, do you weight
19  the case controls equally to the cohorts?
20          MS. O'DELL: Objection, asked
21      and answered.
22          You may answer it.
23      A.   I look at the entire evidence,
24  all the epidemiologic evidence, as well as

Page 269

1  the in vitro and in vivo evidence and made my
2  decision.
3  BY MS. BROWN:
4      Q.   Are you not understanding that
5  question?
6          MS. O'DELL: Counselor, you can
7      ask the questions, but she's given you
8      an answer. Just because you don't
9      like the answer doesn't mean she
10      didn't answer the question.
11          MS. BROWN: I've heard the same
12      answer nine times. The question is --
13          MS. O'DELL: You're asking the
14      question over and over again.
15          MS. BROWN: You're wasting so
16      much time.
17  BY MS. BROWN:
18      Q.   My question really just goes to
19  weight. Okay. I understand you marked at
20  the beginning of the deposition weight of the
21  evidence from UpToDate. Do you remember
22  that?
23      A.   Yeah.
24      Q.   And my question is just, when

68 (Pages 266 to 269)

Judith K. Wolf, M.D.

Page 270

1    you did this analysis, did you give equal
2    weight to the cohorts and the case controls?
3            MS. O'DELL: Objection to the
4        preamble, which was incorrect, but you
5        may answer.
6        A.   So I weighted every piece of
7    evidence not separating by the type of study,
8    but looking at the strengths and the
9    weaknesses of the study and then together put
10    the evidence to make my opinion.
11    BY MS. BROWN:
12        Q.   On page 3 of your report,
13    Doctor, you reference the National Cancer
14    Institute and that's the public health
15    authority's definition of a risk factor.  Do
16    you remember that?
17        A.   Yes.
18        Q.   Fair to say one of the reasons
19    you reference the National Cancer Institute
20    is that you consider it to be a leading
21    public health authority, particularly when it
22    comes to cancer?
23            MS. O'DELL: Object to the
24        form.

Page 271

1        A.   Specifically here, I reference
2    the National Cancer Institute because of
3    their definition of "associations" versus
4    "causative" risk factors.
5    BY MS. BROWN:
6        Q.   And you consider the National
7    Cancer Institute to be a leading public
8    health authority.  True?
9            MS. O'DELL: Objection to the
10        form, asked and answered.
11        A.   So if you're asking me -- what
12    I think I hear you asking me is why did I
13    reference the National Cancer Institute here,
14    and I referenced it because of this
15    definition.
16    BY MS. BROWN:
17        Q.   The National Cancer Institute
18    has reviewed the epidemiology on talc and
19    ovarian cancer, correct?
20        A.   That's correct.
21        Q.   Did you consider the National
22    Cancer Institute's review of the epidemiology
23    in forming your opinions in this case?
24        A.   I read it and I did consider

Page 272

1    it.
2            (Deposition Exhibit 18 marked
3        for identification.)
4    BY MS. BROWN:
5        Q.   I'm handing you what we've
6    marked as Exhibit 18 to your deposition,
7    which is a printout from the NCI's website,
8    entitled "Ovarian, Fallopian Tube and Primary
9    Peritoneal Cancer Prevention, Health
10    Professional Version."  Do you see that,
11    Doctor?
12        A.   Yes.
13        Q.   And during your work as a
14    gynecologic oncologist, did you look to the
15    NCI for information on how to treat your
16    patients?
17        A.   Occasionally, but not
18    routinely.
19        Q.   Do you consider the National
20    Cancer Institute to be a reliable source of
21    information on cancer epidemiology?
22            MS. O'DELL: Object to the
23        form.
24        A.   I consider it a reliable source

Page 273

1    on cancer as a whole.  And again, to me
2    it's -- it's one of the pieces of evidence
3    that I might look to to find some
4    information.
5    BY MS. BROWN:
6        Q.   And what the National Cancer
7    Institute has done here is evaluate risk
8    factors for ovarian cancer, correct?
9        A.   Yes.
10        Q.   And, for example, if you look
11    at page 3 of 21, the National Cancer
12    Institute's information begins with factors
13    with adequate evidence of an increased risk
14    of ovarian cancer, correct?
15        A.   Yes.
16        Q.   Okay.  And they list things
17    like endometriosis, correct?
18        A.   Yeah.
19        Q.   They list hormone replacement
20    therapy.  True?
21        A.   Yes.
22        Q.   And the National Cancer
23    Institute goes on -- and one of the things
24    they do not list as a factor with adequate

69 (Pages 270 to 273)

Judith K. Wolf, M.D.

Page 274

1  evidence of an increased risk is talcum
2  powder use, correct?
3      A.    That's correct.
4      Q.    And what the National Cancer
5  Institute does, is it identifies some area
6  where there's uncertainty in terms of a risk
7  factor, right?
8      A.    Yes.
9      Q.    And so on page 7 of 21, for
10  example, they identify infertility treatment
11  as an area of uncertainty, correct?
12      A.    Yes.
13      Q.    And when it comes to perineal
14  talc use, however, the National Cancer
15  Institute has determined that that is a
16  factor with inadequate evidence of an
17  association of the risk of ovarian cancer,
18  correct?
19          MS. O'DELL:  Object to the
20      form.
21      A.    That's where they placed it in
22  this, yes.
23  BY MS. BROWN:
24      Q.    And directing your attention to

Page 275

1  page 14 of 21, what the National Cancer
2  Institute has concluded is that, "The weight
3  of the evidence does not support an
4  association between perineal talc exposure
5  and an increased risk of ovarian cancer.
6  Results from case-control and cohort studies
7  are inconsistent."
8          Do you see that?
9          MS. O'DELL:  Object to the
10      form.  Can I just ask where you're
11      reading from?  You said page 21.
12      A.    Yeah, I don't see that.
13  BY MS. BROWN:
14      Q.    Page 14 of 21.
15          MS. O'DELL:  We don't have 21.
16      We have 18 pages.
17      A.    And page 14 is references.
18  BY MS. BROWN:
19      Q.    You have a different version
20  than I do.  I'll get you there.  Right here,
21  perineal talc exposure.
22          MS. O'DELL:  So repeat the
23      question, please.
24          MS. BROWN:  Sure.

Page 276

1  BY MS. BROWN:
2      Q.    Let's reorient ourselves now
3  that we're all on the same page.  The
4  National Cancer Institute has classified
5  perineal talc exposure as a factor with
6  inadequate evidence of an association with
7  ovarian cancer, correct?
8          MS. O'DELL:  Object to the
9      form.
10      A.    It's listed under factors with
11  inadequate evidence, that's correct.
12  BY MS. BROWN:
13      Q.    All right.  And the National
14  Cancer Institute has factors with adequate
15  evidence, right?
16      A.    Yes.
17      Q.    We just looked at some.
18      A.    Yes.
19      Q.    It has factors with uncertain
20  evidence, right?
21      A.    Yes.
22      Q.    And then it has factors with
23  inadequate evidence, and that includes
24  perineal talc exposure, correct?

Page 277

1      A.    That's correct.
2          MS. O'DELL:  Object to the
3      form.
4  BY MS. BROWN:
5      Q.    And what the National Cancer
6  Institute has determined here is that the
7  weight of the evidence does not support an
8  association between perineal talc exposure
9  and an increased risk of ovarian cancer.
10      A.    That's the part I don't --
11      Q.    Results --
12      A.    That's where I'm trying to find
13  --
14      Q.    Let me read it and then I'm
15  going to help you.
16          "Results from case-control and
17  cohort studies are inconsistent."  And what
18  I'm reading are the first two lines of the
19  perineal talc exposure section.
20      A.    Okay.  Okay.  What's your
21  question?
22      Q.    You, Dr. Wolf, disagree with
23  the National Cancer Institute, correct?
24      A.    In this instance, I do.

70 (Pages 274 to 277)

Judith K. Wolf, M.D.

Page 278

1      Q.    And tell me what methodology
2   you have employed that is different from the
3   weight of the evidence approach, referenced
4   here by the National Cancer Institute.
5      A.    So I see that the National
6   Cancer Institute has referenced five
7   articles.  So one of the things is that I
8   believe that my review of the entire body of
9   literature is much broader than five
10  articles.  And when I look at the most recent
11  article, they do have one article from 2016,
12  which is the Schildkraut data, which is --
13  they just now at the end of 2018, added that
14  data into theirs.  So I would say there's
15  other data that they either didn't have when
16  they did the review or didn't include when
17  they did the review.
18     Q.    And in offering that opinion,
19  have you considered, Doctor, that according
20  to this document from the NCI, board members
21  meet monthly to review recently published
22  articles?  I'll point you to the section
23  entitled "About This PDQ Summary," at the
24  very end, under the section "Reviewers and

Page 279

1   Updates," do you see the National Cancer
2   Institute's --
3      A.    I see that.
4      Q.    -- board members meeting
5   monthly to review recently published
6   articles, right?
7      A.    Yes.
8            MS. O'DELL:  Object to the
9      form.
10  BY MS. BROWN:
11     Q.    And we see at the very last
12  page, that this particular document was
13  updated a few weeks ago in December 21st of
14  2018?
15     A.    Yes.
16     Q.    Okay.  Do you have any other
17  scientific evidence or methodology that would
18  distinguish your review of the literature
19  from the folks at the National Cancer
20  Institute?
21     A.    I'm going to go back to the
22  review of the entire body of the literature.
23  I don't know which articles they look at once
24  a month to make a determination with their

Page 280

1   opinion.  It's my experience that in order to
2   get someone like the National Cancer
3   Institute or some other guideline to suggest
4   something, there's generally a lag of several
5   years between publication of all the
6   literature and when the committee changes
7   something.  An example of that is that the
8   Schildkraut paper was published in 2016.  It
9   wasn't until the -- end of 2018 that they
10  included it.
11     Q.    Dr. Wolf, are you aware of any
12  public health authority that has concluded
13  talcum powder causes ovarian cancer?
14           MS. O'DELL:  Object to the
15      form.
16     A.    I'm aware that IARC has
17  considered that talc is possibly
18  carcinogenic, that asbestos is carcinogenic.
19  BY MS. BROWN:
20     Q.    IARC has not concluded that
21  talc causes ovarian cancer, correct?
22           MS. O'DELL:  Object to the
23      form.
24     A.    One of the reasons for the

Page 281

1   review of talc was the concern of ovarian
2   cancer.  The fact that they have considered
3   it possibly carcinogenic, to me is an
4   indication that they think it's possibly
5   carcinogenic.
6   BY MS. BROWN:
7      Q.    Okay.  Let's break that up.
8   Are you aware of any public health authority
9   that agrees with your opinion that talcum
10  powder causes ovarian cancer?
11           MS. O'DELL:  Object to the
12      form.
13     A.    When I formed my opinion, I
14  looked at all of the data that was available
15  to me, including the data as recent as
16  December.  The Canada health assessment, the
17  Taher paper.  And I believe that my opinion
18  is based on a greater weight of the evidence
19  than the review of the National Cancer
20  Institute or anything that was available
21  prior to a body to review.  And if I
22  go back to the talc and IARC study, even with
23  papers only till 2007 and 2008, there was
24  enough evidence that they thought that talc

71 (Pages 278 to 281)

Judith K. Wolf, M.D.

Page 282

1  was possibly carcinogenic.
2  BY MS. BROWN:
3      Q.   IARC did not consider three of
4  the four prospective cohort studies that
5  showed no increased risk of with talcum
6  powder, true?
7      A.   They also did not show --
8  include any paper that was published after
9  2007.
10     Q.   And that would include three of
11 the four prospective cohort studies that
12 showed no risk, right?
13     A.   That would include anything
14 published after 2007.
15     Q.   And as I understand your
16 testimony as it relates to the National
17 Cancer Institute, you believe that despite
18 the fact that the NCI updated its position as
19 recently as a few weeks ago, they have not
20 reviewed the most latest literature.  Is that
21 your testimony?
22         MS. O'DELL:  Object to the
23 form.
24     A.   I'm saying that I don't know if

Page 283

1  they have.  The most recent literature that
2  they cited is two years old.
3  BY MS. BROWN:
4      Q.   And what literature do you
5  think has come out in the next -- in the last
6  two years that IARC -- excuse me, that NCI,
7  despite a publication last month, did not
8  cite?
9      A.   Well, I'm going to say both the
10 Berge meta-analysis and the Penninkilampi
11 meta-analysis.
12     Q.   IARC has a classification for
13 agents that it believes to be carcinogenic,
14 correct?
15     A.   Yes.
16     Q.   And that is a group 1, correct?
17     A.   That's correct.
18     Q.   And IARC has and does make a
19 determination that with some substances,
20 there is sufficient evidence of
21 carcinogenicity.  True?
22     A.   That's correct.
23     Q.   And IARC does have a category
24 that an agent may be probably carcinogenic,

Page 284

1  correct?
2      A.   Yes.
3      Q.   And IARC has and done -- has
4  and does make that determination as it
5  relates to certain substances, correct?
6      A.   Yes.
7      Q.   Okay.  IARC has not determined
8  that nonasbestiform talc is -- strike that.
9          IARC has not determined that
10 there is sufficient evidence that
11 nonasbestiform talc causes ovarian cancer,
12 correct?
13         MS. O'DELL:  Object to the
14 form.
15     A.   In the IARC opinion on talc,
16 platy talc, what was assumed to be platy talc
17 without any fibrous contamination, the score
18 was 2B, which is possibly carcinogenic.
19 BY MS. BROWN:
20     Q.   And in explaining what IARC
21 means by "possibly carcinogenic," IARC
22 explains that chance, bias or confounding
23 can't be ruled out with reasonable
24 confidence, correct?

Page 285

1      A.   That's correct.
2      Q.   And you think as it relates to
3  IARC's interpretation of epidemiology,
4  they're wrong, right?
5          MS. O'DELL:  Object to the
6  form.
7      A.   I think that they made the
8  decision that they thought was correct with
9  the information that they had at the time
10 that they made it.
11 BY MS. BROWN:
12     Q.   At the time that IARC
13 determined that talc -- nonasbestiform talc
14 had limited evidence of carcinogenic, you
15 believe that was correct?
16         MS. O'DELL:  Object to the
17 form.
18     A.   I'm going to say again what I
19 said the last time.  That I believe that they
20 came to that conclusion based on their review
21 of the literature that they had at the time.
22 BY MS. BROWN:
23     Q.   And you understand when IARC
24 does a literature review, it employs the

72 (Pages 282 to 285)

Judith K. Wolf, M.D.

Page 286

1    Bradford Hill criteria?
2        A.    Yes.
3        Q.    And is that the criteria you
4    evaluated the literature with here too?
5        A.    I actually -- I didn't know
6    that's what I was doing until I read the
7    Bradford Hill criteria paper myself and
8    realized that that's what I do when I review
9    the literature and it fit very nicely into
10   that criteria.  So in my report, yes.
11       Q.    As a practicing gynecologic
12   oncologist, you don't use the epidemiologic
13   tool of Bradford Hill criteria; is that fair?
14             MS. O'DELL:  Object to the
15       form.
16       A.    In my general practice, I don't
17   use the Bradford Hill criteria, specifically
18   calling it that, but all of those criteria
19   are what I use when I evaluate something.
20   BY MS. BROWN:
21       Q.    And you understand that when
22   the scientists at IARC evaluate whether or
23   not a substance is carcinogenic, they too
24   employ the Bradford Hill criteria, correct?

Page 287

1        A.    Yes.
2        Q.    Okay.  Is there something
3    different in your mind, about how you
4    employed Bradford Hill and how IARC employed
5    Bradford Hill?
6        A.    We had different information.
7        Q.    And the different information
8    you're referring to are some additional
9    case-control studies and additional
10   meta-analysis?
11       A.    And cohort studies and in
12   inflammatory papers, causation papers that
13   weren't published before 2007.
14       Q.    And you would agree with me
15   that --
16             MS. O'DELL:  Excuse me,
17       published before 2007?
18             THE WITNESS:  Were not.  Were
19       not.
20   BY MS. BROWN:
21       Q.    You would agree with me that
22   the general relative risks seen in the
23   additional case-control studies that you're
24   referring to, range from about 1.2 to 1.6,

Page 288

1    right?
2        A.    Yes.
3        Q.    Okay.  There had been prior
4    case-control studies in that same relative
5    risk range, correct?
6        A.    Yes.
7        Q.    Okay.  There was nothing new or
8    different about the relative risks shown in
9    the most recent case-control studies,
10   correct?
11             MS. O'DELL:  Object to the
12       form.
13       A.    There was additional -- it's
14   just confirmation and -- of the same
15   information, showing consistency, which is
16   one of the tenets of the Bradford Hill
17   criteria.
18   BY MS. BROWN:
19       Q.    And, in fact, there's no
20   consistency with the findings of the
21   prospective studies, right?
22             MS. O'DELL:  Object to the
23       form.
24       A.    The three cohort studies, I'll

Page 289

1    say once again, had limitations which I don't
2    think allowed us to answer the question about
3    talc and ovarian cancer, the size, the
4    information about use and the follow-up.
5    BY MS. BROWN:
6        Q.    In your review of the
7    literature, did you make the determination
8    that the case-control studies asked different
9    questions about use than the prospective
10   studies?
11       A.    The case-control studies, many
12   of them, asked more specific questions and
13   were able to obtain more information.
14       Q.    Is it -- you state in your
15   report that the case-control studies are
16   consistent, right?
17       A.    Yes.
18       Q.    And they are not -- when you
19   look at the case-control studies and the
20   cohort studies, though, there is not
21   consistency, correct?
22             MS. O'DELL:  Object to the
23       form.
24       A.    When I look at the

73 (Pages 286 to 289)

Judith K. Wolf, M.D.

Page 290

1    epidemiologic data as a whole, as well as all
2    of the rest of the data about causation and
3    the makeup and the chemicals -- the
4    components of talcum powder product, it's
5    all -- it's consistent to me, the weight of
6    the evidence is consistent.
7    BY MS. BROWN:
8        Q.    Prospective studies have not
9    found an increased risk, correct?
10           MS. O'DELL:  Object to the
11       form.
12       A.    Prospective studies have
13   limitations, which I have described multiple
14   times, size, follow-up, length of follow-up,
15   information about talc use.  And given those
16   caveats, they have not shown a statistical
17   increase -- significant increase in ovarian
18   cancer.
19   BY MS. BROWN:
20       Q.    And you state that -- in your
21   report at page 6, "Overall, the case-control
22   studies are consistent showing a 30-50
23   percent increase in risk of ovarian cancer
24   with talcum powder use."

Page 291

1            Do you see that?
2        A.    Yes.
3        Q.    Okay.  And are you referring to
4    ever use and ovarian cancer?
5        A.    I'm referring to however it was
6    reported in the case-control studies.
7        Q.    Have you done an analysis of
8    the case-control studies to see what the
9    finding is when the same question is asked?
10       A.    So I, personally, haven't.
11   That's where I point to the meta-analysis, to
12   look at specific questions about how -- which
13   questions were asked.
14       Q.    And are you aware that when you
15   look at the ever used question in the
16   case-control studies, the majority of those
17   studies do not show an increased risk?
18           MS. O'DELL:  Object to the
19       form.
20       A.    Which is one of the limitations
21   of prospective studies because they only
22   asked ever used without details about how
23   often, how frequent, how long.
24

Page 292

1    BY MS. BROWN:
2        Q.    One of the studies you pointed
3    us to as a high quality study was the Wu
4    study, right?
5        A.    Yes.
6        Q.    And one of the things that's
7    reported in the Wu study and that you know as
8    a practicing gynecological oncologist, is
9    that the incident rate of ovarian cancer is
10   much lower in African-American women than it
11   is in Whites, correct?
12       A.    That's correct.
13       Q.    And one of the things that Wu
14   reports is that talcum powder use is much
15   higher in African-American women than in
16   Whites, correct?
17       A.    That's correct.
18       Q.    And how do you reconcile those
19   two facts, Doctor, that the population that
20   has the highest use of talcum powder has the
21   lowest incidence of ovarian cancer?
22       A.    Well, if we could pull up the
23   Wu study, I don't recall how many
24   African-American women were in that study,

Page 293

1    but the number was, I believe, small.
2        Q.    Welt, wasn't this one of the
3    studies you identified as being particularly
4    high quality?
5        A.    Yes.
6        Q.    Okay.
7        A.    Just because it didn't have a
8    lot of African-American patients doesn't make
9    it -- doesn't make it not a good study; it's
10   just a fact.
11       Q.    But your critique of the cohort
12   studies is that they didn't have enough
13   people, right?
14       A.    For a primary analysis.  This
15   is a secondary point of African-Americans.
16   When you look at the Schildkraut study, which
17   was specifically for African-Americans, there
18   was a significant increase.
19       Q.    The primary focus of the Wu
20   paper was whether African-American women had
21   an increased risk of talcum powder use.
22       A.    This is not the right Wu paper.
23           MS. O'DELL:  Let me get it for
24       you.

74 (Pages 290 to 293)

Judith K. Wolf, M.D.

Page 294

1    THE WITNESS: I don't have the
2    right Wu paper.
3        MS. O'DELL: Just a second
4        here.
5    BY MS. BROWN:
6        Q.   Is that what you're looking
7    for, Doctor? We can mark it.
8        A.   Yes, this is the one.
9        MS. O'DELL: Thank you.
10   BY MS. BROWN:
11       Q.   Let me just stick 19 on that
12   for you.
13       (Deposition Exhibit 19 marked
14       for identification.)
15   BY MS. BROWN:
16       Q.   Doctor, I have marked for the
17   record as Exhibit 19, the Wu article we've
18   been discussing. And my question for you
19   here is how -- what methodology you employed
20   to reconcile some of the facts that are
21   reported in Wu; namely, that African-American
22   women had the lowest incidence of ovarian
23   cancer and the highest incidence of talcum
24   powder use?

Page 295

1        A.   So the title of the Wu paper
2    says, "African-Americans and Hispanics Remain
3    at Lower Risk of Ovarian Cancer," but when
4    you read the purpose of this study, it was to
5    elucidate risk factors for disease and to
6    evaluate differences across -- across
7    Hispanics.
8        Q.   Sure.
9        A.   But not specifically
10   African-Americans.
11       Q.   No, Doctor, I'm using the
12   information reported in this study that you
13   identified as high quality to pose a
14   commonsense question for you. Which is that,
15   how do you reconcile the idea that the
16   population that has the lowest amount of
17   ovarian cancer has the highest amount of
18   powder use?
19       MS. O'DELL: Object to the
20       form. She's answered your question
21       previously.
22       But you may respond.
23       A.   So the reason I wanted to look
24   at this paper was to see, of the 1700 women,

Page 296

1    how many were African-American. There were
2    128.
3    BY MS. BROWN:
4        Q.   1700? Are you looking at Wu?
5        A.   Yes.
6        MS. O'DELL: Her testimony was
7        not -- was 128.
8        A.   128 African-Americans.
9    BY MS. BROWN:
10       Q.   I misheard you.
11       A.   1700 women total. Of those,
12   128 were African-American, most of them were
13   non-Hispanic/White. So that study isn't
14   powered to answer the question about
15   African-Americans and the relationship of
16   talcum powder and ovarian cancer. It's not
17   enough.
18       Q.   We're missing each other. I
19   want you to put this study aside. I'm asking
20   you a question about facts that are reported
21   here that you know as a gynecologic
22   oncologist. One of the those facts, you'll
23   agree with me, is that African-American women
24   have a lower incidence of ovarian cancer than

Page 297

1    white women, right?
2        MS. O'DELL: Object to the
3        form.
4        A.   Yes.
5    BY MS. BROWN:
6        Q.   Okay. And one of the things
7    you know from reading Wu, because they report
8    it, is that African-American women are
9    traditionally higher talcum powder users than
10   white women, right?
11       A.   Yes.
12       Q.   And so what methodology have
13   you employed in opining that talcum powder
14   causes ovarian cancer to explain this
15   difference?
16       A.   Because when I look at the
17   Schildkraut study, which was a larger study
18   of African-American women, I believe, I have
19   to look at the numbers, there was a
20   statistical significant difference increase
21   in ovarian cancer in women --
22   African-American women.
23       Q.   Right. But you know the annual
24   incidence of ovarian cancer in

75 (Pages 294 to 297)

Judith K. Wolf, M.D.

Page 298

1 African-American women is historically and
2 remains much lower?
3    A.   Yes.
4        MS. O'DELL:  Objection, form,
5    asked and answered.
6 BY MS. BROWN:
7    Q.   I mean, do you understand what
8 I'm saying here?  How do you reconcile that?
9 If talcum powder use really did cause ovarian
10 cancer, why is the population that uses
11 talcum powder the most, the population that
12 gets ovarian cancer the least?
13        MS. O'DELL:  Objection to the
14    form, asked and answered.
15        You may answer.
16    A.   Okay.  So there are multiple
17 risk factors for ovarian cancer.  If
18 African-American women have some protection
19 from getting ovarian cancer, for whatever
20 reason they don't get it as often, it doesn't
21 matter what the risk factor is.  If you look
22 at an individual risk factor in that
23 population alone and it increases their risk
24 over their baseline, it's a risk factor.

Page 299

1 BY MS. BROWN:
2    Q.   What methodology have you
3 employed to explain the fact that a
4 population that uses this product the most
5 gets ovarian cancer the least?  How do you
6 reconcile that?
7        MS. O'DELL:  Objection, asked
8    and answered.  You've asked the same
9    question ten times.  The doctor --
10        MS. BROWN:  When I get an
11    answer, I'll be happy to move on.
12        MS. O'DELL:  Excuse me, I'm
13    not -- you want an answer you want.
14    She's given you an answer to the
15    question.
16        MS. BROWN:  Counsel, form.
17        MS. O'DELL:  Let me finish.
18        MS. BROWN:  But it's form.
19    Federal Rules.
20        MS. O'DELL:  I can say what I'm
21    going to say.
22        MS. BROWN:  Well, we can get
23    the judge.
24        MS. O'DELL:  Fine.

Page 300

1        MS. BROWN:  Your objection is
2    to form.
3        MS. O'DELL:  Fine.  I think
4    Judge Pisano would understand my
5    objection.  And what I've objected to
6    is the fact that you've asked the same
7    question ten times, often with facial
8    expressions, with gestures toward the
9    witness, which is inappropriate under
10    the protocol.  But I'm not being
11    critical of that.  I'm pointing it out
12    for the record.  So if you've got a
13    question, ask it, the doctor will
14    answer it to the best of her ability
15    as she's been doing.  But to keep
16    berating the witness with the same
17    question is really not appropriate.
18        MS. BROWN:  Counsel, your
19    objection under the Federal Rules is
20    to form.  If there's something you'd
21    like to discuss off the record, I'd
22    happy to do that.  We need to move on
23    here.  We're wasting a lot of time.
24    If Dr. Wolf would answer the question,

Page 301

1 I would be happy to move on.
2        MS. O'DELL:  She's answered
3    your question.
4        You may answer it again --
5 BY MS. BROWN:
6    Q.   Please answer it again,
7 Dr. Wolf.
8        MS. O'DELL:  -- Dr. Wolf, and
9    feel free to give the same answer if
10    it's the same answer.
11    A.   My understanding of your
12 question is, how do -- how do I -- given that
13 African-American women are less likely to get
14 ovarian cancer and given that they use more
15 talcum powder, why don't we see more ovarian
16 cancer from talcum powder in African-American
17 women?  Is that what you're asking?
18 BY MS. BROWN:
19    Q.   No, Doctor.  Have you
20 considered that as a factor that your opinion
21 might not be right?
22        MS. O'DELL:  Object to the
23    form.
24    A.   My opinion is based on a study

76 (Pages 298 to 301)

Judith K. Wolf, M.D.

Page 302

1  of African-American women who use or did not
2  use talcum powder and ovarian cancer in the
3  case-control study of Schildkraut, which was
4  the most recent paper mentioned in the NCI
5  update on talc and ovarian cancer.
6  BY MS. BROWN:
7       Q.   And do you have Schildkraut in
8  front of you?  We marked it as Exhibit 19.
9       A.   I have it.
10      Q.   15, I'm sorry.  One of the
11 things that Schildkraut attempted to address
12 was recall bias as a result of talcum powder
13 lawsuits, correct?
14           MS. O'DELL:  Object to the
15      form.
16 BY MS. BROWN:
17      Q.   And I'll direct you, Doctor,
18 to --
19      A.   Because I'm looking at the
20 primary endpoint of the study and the primary
21 endpoint of the study was to analyze the
22 relationship of genital powder and nongenital
23 powder exposure in African-American women in
24 a case-control study of invasive ovarian

Page 303

1  cancer -- epithelial ovarian cancer in
2  African-American women.
3       Q.   In forming your opinions in
4  this case, did you consider the subgroup
5  analysis that Schildkraut conducted on women
6  who were interviewed before and after the
7  class action lawsuits began in 2014?
8           MS. O'DELL:  Objection to form.
9       A.   I'm looking for those results
10 in the paper.
11 BY MS. BROWN:
12      Q.   In forming your opinion in the
13 case, did you consider those?
14           MS. O'DELL:  Object to the
15      form.
16      A.   I need to remind myself what
17 those results were.
18 BY MS. BROWN:
19      Q.   Okay.  I'll direct you to Table
20 2 of the paper, which in my copy is 1414.
21      A.   I see that.  And what was your
22 question?
23      Q.   Do you recall, based on your
24 review of this paper, that one of the things

Page 304

1  Schildkraut endeavored to do was to determine
2  whether the class action lawsuits in 2014
3  created recall bias in the women who were
4  diagnosed with ovarian cancer?
5       A.   Okay.
6           MS. O'DELL:  Object to the
7       form.
8  BY MS. BROWN:
9       Q.   Do you recall that?
10      A.   I do.
11      Q.   And do you think that that is
12 an important thing for an author of a
13 case-control study to analyze?
14      A.   I do.
15      Q.   And you recall that when
16 Schildkraut analyzed folks who had been
17 interviewed prior to the lawsuits in 2014 and
18 after the lawsuits in 2014, there was a
19 significant difference in the number of
20 people diagnosed with ovarian cancer who
21 reported talcum powder use.  Do you remember
22 that?
23      A.   Well, I'm looking for that -- I
24 see in the query in the table, but I don't

Page 305

1  see a statistical significant difference, and
2  that's what I'm looking for in the results,
3  and I don't see it.  If you know where it is,
4  you can point it out to me.
5       Q.   Here's what I want to ask you
6  about.  In two thousand -- you looked at this
7  table, right, you considered this subgroup
8  analysis?
9       A.   Yes.
10      Q.   Because you would agree with
11 Schildkraut, that recall bias, particularly
12 where there's been a lot of lawsuit
13 attention, is important to investigate,
14 correct?
15           MS. O'DELL:  Object to the
16      form.
17      A.   Recall bias is always something
18 to investigate.
19 BY MS. BROWN:
20      Q.   But it's -- it could be
21 particularly acute in the context of a lot of
22 media attention due to lawsuits, right?
23           MS. O'DELL:  Object to the
24      form.

Judith K. Wolf, M.D.

Page 306

1     A.    Something to look at.
2  BY MS. BROWN:
3     Q.    And one of the things
4  Schildkraut actually did in its analysis, was
5  it controlled for the recall bias -- it tried
6  to control for that recall bias, right?
7     A.    Well, it looked at it, yes.
8     Q.    And the reason it felt it had
9  to control -- he felt -- she felt she had to
10 control for it was because she found a
11 statistically significant effect modification
12 by year of interview, right?
13       MS. O'DELL:  Object to the
14    form.
15 BY MS. BROWN:
16    Q.    And that conclusion is at the
17 end of the results -- second paragraph of the
18 results on page 1413.  Do you recall
19 reviewing that?
20    A.    I don't see anything that says
21 about the year of -- year of review.
22    Q.    The second paragraph in the
23 results section of the paper concludes, "A
24 test for effect modification by year of

Page 307

1  interview was statistically significant with
2  P equaling 0.005."
3       Do you see that?
4       MS. O'DELL:  Object to the
5    form.
6     A.    Okay.  "Although increased,
7  exposure prevalences were not significantly
8  different from those interviewed before
9  2014."
10       So the exposure was no
11 different.
12 BY MS. BROWN:
13    Q.    Well, it was and the authors
14 concluded that they couldn't rule it out as
15 inflating the odds ratios, didn't they?
16       MS. O'DELL:  Objection, form.
17    A.    It was not statistically
18 different.
19 BY MS. BROWN:
20    Q.    They found a statistically
21 significant effect modification.  Do you see
22 that conclusion?
23       MS. O'DELL:  Object to the
24    form.

Page 308

1     A.    What I'm reading, it says, "In
2  2014 and later, we observed an increase in
3  any powder use.  Although increased, these
4  exposure prevalences were not statistically
5  significant for those interviewed before
6  2014."
7  BY MS. BROWN:
8     Q.    Did you consider the author's
9  conclusion that there was a statistically
10 significant effect modification by year of
11 interview when you reviewed this paper?
12       MS. O'DELL:  Object to the
13    form.
14    A.    Yes.  But -- yes, but this does
15 not clarify why that would be, because there
16 was no statistical difference in reported
17 use.
18 BY MS. BROWN:
19    Q.    And what happened, Doctor, if
20 you look at Table 2, is that prior to --
21 those folks who were interviewed about
22 whether or not they had used powder before
23 2014, 34 percent of the controls reported it
24 and about 36 and a half percent of the cases

Page 309

1  reported it, right?
2       MS. O'DELL:  Object to the
3    form.
4  BY MS. BROWN:
5     Q.    Do you see me --
6     A.    I see that.
7     Q.    And then when they stratified
8  by interview date and they asked people after
9  the lawsuits if they had used powder, the
10 folks who did not get ovarian cancer reported
11 it at about the same percentage, right, 34.4
12 percent?
13       MS. O'DELL:  Object to the
14    form.
15    A.    Yes, 30 and 42 percent.
16 BY MS. BROWN:
17    Q.    Well, 34 and 34.4.
18    A.    Oh, I'm sorry.  After --
19    Q.    You see that?  Any genital use.
20    A.    Yes.
21    Q.    Okay.  So 34 percent of people
22 who did not have ovarian cancer reported talc
23 use before 2014, right?  And 34.4 percent of
24 people who did not have ovarian cancer

78 (Pages 306 to 309)

Judith K. Wolf, M.D.

Page 310

1    reported talc use after 2014, right?
2        A.    Yes.
3        Q.    That's about exactly the same,
4    correct?
5        A.    Yes.  Yes.
6        Q.    But as it relates to folks who
7    unfortunately were diagnosed with ovarian
8    cancer, those who were asked that question
9    before 2014, 36.5 percent of them reported
10   talc use, right?
11       A.    (Nods head.)
12       Q.    And then that number shot up to
13   51.5 percent after 2014, right?
14           MS. O'DELL:  Object to the
15       form.
16       A.    I see that.
17   BY MS. BROWN:
18       Q.    And what the authors conclude
19   on page 1416, is that although -- because
20   of -- this is -- I'm reading from 1416, the
21   first full sentence of the second column.
22   "Because of publicity, we adjusted for date
23   of interview.  However, there is still a
24   possibility that recall bias may have caused

Page 311

1    some inflation of the OR" -- or the odds
2    ratios, correct?
3        A.    But if you read the rest of
4    that study, "Our data do not support that
5    recall bias alone before or after 2014 would
6    account for the associations with body powder
7    and epithelial ovarian cancer.  It was not
8    statistically significantly different."
9        Q.    Did you consider the author's
10   finding as it related to recall bias in
11   evaluating the Schildkraut paper?
12       A.    I did.
13       Q.    And would you agree that
14   particularly given the media attention to
15   lawsuits beginning in 2014, that recall bias
16   is a concern of the case-control studies?
17       A.    If there was a statistically
18   significant change and difference in change
19   in reporting, it might -- it might be
20   something to consider, but there was not.
21       Q.    All of the studies that you
22   identified -- or the three studies you
23   identified as being "high quality," were all
24   published after the lawsuits began in 2014,

Page 312

1    correct?
2        A.    Yes.
3        Q.    And what method did you employ
4    to assure yourself that those results were
5    not confounded by recall bias?
6        A.    By reviewing the methods and
7    analyzing the methods, just like we did with
8    this paper.
9        Q.    And what did you find in the Wu
10   article, for example, that leads you to
11   believe that the findings were not the
12   subject of recall bias?
13       A.    I would have to read the Wu
14   materials and methods again.  If you'd like
15   me to, I will.
16       Q.    Well, did you undertake an
17   analysis of the post-2014 papers with an
18   effort to investigate whether the findings
19   were subject to recall bias?  That's my
20   question.
21           MS. O'DELL:  Object to the
22       form.  She's answered your question.
23       A.    When I reviewed all of the
24   papers, that was one of the things -- bias is

Page 313

1    one of the things you wanted to -- I wanted
2    to look at and I looked at.  And if you're
3    asking me specifically about this one, you
4    know, I can read through it and tell you what
5    it was specifically.
6    BY MS. BROWN:
7        Q.    No, I don't need specifics of
8    the study.  I was asking for your
9    methodology.  How do you -- how -- when you
10   evaluate a paper post-2014, how do you --
11   what methodology do you employ to make sure
12   that the results are not inflated by the
13   lawsuit media attention?
14           MS. O'DELL:  Objection to form,
15       asked and answered.
16       A.    In all of the studies, I review
17   the methodology, I look for any evidence of
18   bias, recall bias or anything else.  Not
19   every study compared before 2014 and after
20   2014.  This one did.  They found no
21   significant difference in recall of use.
22   BY MS. BROWN:
23       Q.    They concluded that an
24   inflation of the odds ratio due to recall

79  (Pages 310 to 313)

Judith K. Wolf, M.D.

Page 314

1  bias could not be ruled out. Did you
2  consider that?
3      A.   When you -- when I look at
4  their methods -- that was their -- that was
5  their interpretation of the data as a
6  possible explanation. When I look at the
7  results, the results showed that there was no
8  statistically significant difference between
9  before and after 2014.
10     Q.   And so as it relates to their
11 conclusion, do you discount that?
12         MS. O'DELL:  Object to the
13     form.
14     A.   When I read conclusions of this
15 paper or any paper, these are -- these are
16 possible explanations. It's not facts. The
17 facts are the results.
18 BY MS. BROWN:
19     Q.   And did you discount the
20 statistically significant effect modification
21 by interview year and date?
22     A.   No.
23         MS. O'DELL:  Object to form.
24     A.   That was statistically

Page 315

1  significant.
2  BY MS. BROWN:
3      Q.   You considered that?
4      A.   Yes.
5          MS. BROWN:  Let's take a break.
6          THE VIDEOGRAPHER:  Going off
7      the record. The time is 3:24 p.m.
8          (Recess taken from 3:24 p.m. to
9      3:40 p.m.)
10         THE VIDEOGRAPHER:  Back on the
11     record. The time is 3:40 p.m.
12 BY MS. BROWN:
13     Q.   Dr. Wolf, in evaluating the
14 talc epidemiology, do you agree with IARC
15 that the use of talcum powder for feminine
16 hygiene is acquired in young adulthood?
17 Approximately 80 percent of the women who use
18 powder start before the age of 25? Do you
19 agree with that?
20     A.   I'm going to agree with you on
21 adulthood.
22     Q.   And so in evaluating the
23 epidemiology here, you assumed that most
24 folks in these studies started using powder

Page 316

1  in young adulthood; is that right?
2          MS. O'DELL:  Object to the
3      form.
4      A.   I assumed they started using
5  powder sometime after menarche.
6  BY MS. BROWN:
7      Q.   Okay. And the average age of
8  menarche is 12; is that right?
9      A.   I think it's ten in the US now.
10 I know.
11     Q.   My gosh. Good thing I have
12 boys. You say in your report that the
13 latency period for ovarian cancer is at least
14 20 years, correct?
15     A.   Yes.
16     Q.   Okay. And you would agree with
17 me that most of the prospective studies
18 enrolled women in their sort of mid --
19 middle-age women to postmenopause women, so
20 women in their 40s and 50s, correct?
21     A.   Yes.
22     Q.   And so if those women began
23 using powder, as IARC concludes, in young
24 adulthood, they would have been approximately

Page 317

1  anywhere from, you know, ten- to 20- to
2  30-year users at the time they enrolled in
3  the study, correct?
4          MS. O'DELL:  Object to the
5      form.
6      A.   I don't think we know that for
7  sure because they weren't asked when they
8  started or how long they used it.
9  BY MS. BROWN:
10     Q.   Did you consider that WHI did
11 do a subgroup analysis on women who used
12 powder for more than 20 years?
13     A.   Yes.
14     Q.   And what was the finding of
15 that, Doctor?
16     A.   There was not a statistically
17 significant increased risk in those women.
18     Q.   How did -- how does your
19 understanding of when powder use generally
20 begins in women and the latency period for
21 ovarian cancer, how does that inform your
22 critique that the prospective studies are not
23 long enough to detect ovarian cancer?
24         MS. O'DELL:  Object to the

Judith K. Wolf, M.D.

Page 318

1    form.
2        A.    The only thing that prospective
3    studies looked at was one point in time, so
4    we don't know how long.  You can't -- you
5    can't make a determination of a study based
6    on thinking that's how long they used it.
7    BY MS. BROWN:
8        Q.    Well, if the prospective study
9    asked a 55-year-old if she was a talcum
10   powder user, you would agree with me, based
11   on your understanding of when people began
12   using talcum powder, that she likely started
13   in young adulthood, right?
14           MS. O'DELL:  Objection to form.
15       A.    I think the question was often
16   ever use, and so I don't know if she started
17   in young adulthood and did it for 20 or 30
18   years, or she started at middle age and did
19   it later, or she lived in the North and
20   didn't use it and then moved to the South and
21   started using it because she was hotter,
22   because sweating is often a reason that
23   people -- women give for using powder, and
24   men.  I don't know that I can infer that from

Page 319

1    the data in the study.
2    BY MS. BROWN:
3        Q.    Well, IARC has stated that 80
4    percent of women who use body powder start
5    before the age of 25.  Do you agree with
6    that?
7            MS. O'DELL:  If you need to
8        look at that study --
9        A.    Yeah, I need to look at the
10   IARC paper.
11   BY MS. BROWN:
12       Q.    We have marked that as
13   Exhibit 13.  And it's page 305.
14       A.    I don't see that one, because
15   it's a thick one.  It's not here.
16       Q.    Did we mark IARC --
17           MS. O'DELL:  Here we go.
18       A.    Here we go.
19           MS. O'DELL:  What page?
20           MS. BROWN:  305.
21           MS. O'DELL:  Actually, this is
22       the wrong one.  I'm assuming you're
23       looking at 2010?
24           MS. BROWN:  Yeah.  She had --

Page 320

1    the witness has it.
2            MS. O'DELL:  Do you have the
3        right one?
4            THE WITNESS:  I don't have
5        page 305.
6            MS. O'DELL:  She has 100 C, not
7        2010.
8            THE WITNESS:  I have 100 C.
9    BY MS. BROWN:
10       Q.    Didn't we mark this?
11       A.    It's hiding.  Here it is.  Here
12   it is.
13           MS. O'DELL:  Yeah, sorry,
14       excuse me.
15   BY MS. BROWN:
16       Q.    And so my question was, to
17   orient you, Doctor, I'll direct you to
18   Section B, third paragraph, the conclusion
19   there, that, "The use of talcum powder for
20   feminine hygiene is acquired in young
21   adulthood, since 80 percent of women who use
22   body powder start before the age of 25.  IARC
23   cites Harlow and Weiss from 1989."
24           Do you agree with that?

Page 321

1        A.    Yes.
2        Q.    Okay.  And you know that the
3    Nurses Health Study enrolled women -- middle
4    age women, correct?
5        A.    Postmenopausal women.
6        Q.    Ages 30 to 55 in 1976, and that
7    would have been ages 36 to 61 in 1982, right?
8        A.    I thought we were talking about
9    the Women's Health Initiative.  We're talking
10   about the Nurses Health Study?
11       Q.    Well, one question is Nurses
12   Health.  We'll go to Women's Health next.
13       A.    All right.
14       Q.    And so if most women, majority
15   80 percent, start at age 25, many of the
16   women enrolled in Nurses Health, for example,
17   would have already been using talcum powder
18   for decades prior to enrollment in that
19   study, correct?
20       A.    I'm just adding up.  So they
21   would have been aged 36 to 61.
22       Q.    Correct.
23       A.    So some of them might have,
24   yes.

81  (Pages 318 to 321)

Judith K. Wolf, M.D.

Page 322

1      Q.    Well, at least everyone who was
2   enrolled would have been using it for at
3   least ten years, right?
4          MS. O'DELL:  Object to the
5      form.
6      A.    We don't know that.  We're
7   inferring from another paper where it was
8   reported that 80 percent of women use it
9   before age 25, that women who were asked did
10  they ever use it had been using it their
11  whole -- since age 25.
12  BY MS. BROWN:
13     Q.    And in evaluating the
14  epidemiology, did you make that conclusion?
15         MS. O'DELL:  Object to the
16     form.
17     A.    I didn't make that inference
18  because it wasn't clear in the paper, that
19  that was something that was considered or
20  asked about how long they used it.
21  BY MS. BROWN:
22     Q.    When you evaluated the Nurses
23  Health Study, did you believe that the women
24  ages 36 to 61, who were asked about talcum

Page 323

1   powder use in 1982, had just begun using
2   talcum powder?
3      A.    I don't know have any
4   information --
5          MS. O'DELL:  Object to form.
6      A.    -- to confirm or dispute that.
7   BY MS. BROWN:
8      Q.    Did you consider the
9   information from IARC, that most women who
10  use talcum powder start at age 25?
11         MS. O'DELL:  Object to the
12     form.
13     A.    But in the Nurses Health Study,
14  I don't have that information about when they
15  started.
16  BY MS. BROWN:
17     Q.    My question was, did you
18  consider the information from IARC, that most
19  women who use talcum powder start at age 25?
20         MS. O'DELL:  Object to the
21     form.
22     A.    And my answer is the two are
23  not -- I can't draw a conclusion from one to
24  the other.

Page 324

1   BY MS. BROWN:
2      Q.    In evaluating the Women's
3   Health Initiative data, you did consider the
4   data that they had on folks who reported
5   using powder for more than 20 years, right?
6      A.    Yes.
7      Q.    And you know that that resulted
8   in a nonstatistically significant finding,
9   correct?
10     A.    That's correct.
11     Q.    And so your critique, as it
12  relates to the fact that the cohorts were not
13  long enough, does not relate to the Women's
14  Health Initiative; is that right?
15         MS. O'DELL:  Object to the
16     form.
17     A.    My critique does relate to the
18  Women's Health Initiative, because even if
19  they were using it for 20 -- more than 20
20  years -- let me step back and say this, so
21  that it's clear in my mind.
22         I don't know at what point in
23  their use that 20 years till cancer occurs
24  starts.  I don't know if it's after one dose,

Page 325

1   if it's after a year, if it's after five
2   years, if it's after ten years.  When does
3   that zero point go to 20 years, and I don't
4   think there's any way we can know that.
5   BY MS. BROWN:
6      Q.    Is what you're saying, Doctor,
7   you don't know how much talcum powder
8   exposure is needed to cause ovarian cancer?
9          MS. O'DELL:  Object to the
10     form.
11     A.    I'm saying that in an
12  individual patient, it might take a different
13  amount and different time for ovarian cancer
14  to develop as a result of talcum powder use.
15  And so even guessing when the women started
16  doesn't give me enough information to know
17  when that lag period started or if that lag
18  period is 20 years or if it might be up to 40
19  years, which is reported in some studies as
20  how long it takes to develop cancer from a
21  toxin.
22  BY MS. BROWN:
23     Q.    In your opinion as a
24  gynecologic oncology, what's the latency

82 (Pages 322 to 325)

Judith K. Wolf, M.D.

Page 326

1  period for ovarian cancer?
2      A.   I'm going to answer you the way
3  I answer all of my patients.  And I don't
4  think we know for sure.  The only data that
5  we actually have that I'm aware of is the
6  Hiroshima data, that 15 to 20 years after the
7  atomic bomb was dropped, but when patients
8  come to me and they say, "How long had I had
9  this cancer?  When did this cancer develop?"
10  Well, we never sit and watch somebody from
11  the time they have the first hint of cancer,
12  to know how long it takes to develop, or
13  somebody who has a precancerous lesion,
14  although there isn't a good one for ovarian
15  cancer, so we don't know the answer to that.
16      Q.   So in fact, Doctor, the latency
17  period for ovarian cancer could be even
18  shorter than 15 or 20 years?
19          MS. O'DELL:  Objection to form.
20      A.   I don't know the latency period
21  for sure.  The only data that I -- you know,
22  that is clear is the data after the bombs,
23  and I think, could it be shorter, could it be
24  longer...

Page 327

1  BY MS. BROWN:
2      Q.   We don't know.  Fair?
3          MS. O'DELL:  Objection to form.
4      A.   I think it's variable.
5  BY MS. BROWN:
6      Q.   Have you evaluated the
7  case-control data and come to an opinion on
8  the amount of time between exposure and
9  development of ovarian cancer based on the
10  case-control data?
11          MS. O'DELL:  Object to the
12      form.
13      A.   So I'm going to answer the same
14  way, in that, I'm not sure that I can, based
15  on an individual person's response to the
16  powder and -- the talcum powder product and
17  dosage, to be able to say what the latency
18  period is.
19          If I have someone who has some
20  other intrinsic sensitivity risk for
21  developing ovarian cancer or risk for
22  developing ovarian cancer if they're exposed
23  to talcum powder product, it might not take
24  as long; it might not take the same amount of

Page 328

1  dose versus somebody else.
2          For instance, the
3  African-Americans who have, genetically, a
4  low -- it appears a low risk of ovarian
5  cancer, there are individual differences in
6  patients' intrinsic risk as well as any
7  external risks.
8  BY MS. BROWN:
9      Q.   Ware you aware of any
10  scientific article that has attempted to
11  quantify the latency period between first
12  exposure to perineal use of talc and the
13  development of ovarian cancer?
14          MS. O'DELL:  Object to the
15      form.
16      A.   As far as my understanding, we
17  don't have that information.  And I think
18  from my interpretation of reading the papers,
19  it might be hard to confirm or deny that.
20  BY MS. BROWN:
21      Q.   Would you agree that one of the
22  limitations of the talc epidemiology is the
23  self-reported nature of talcum powder use and
24  exposure?

Page 329

1          MS. O'DELL:  Objection to form.
2      A.   Anytime there's self-reporting
3  of anything, it's one thing to consider as a
4  potential bias in the study.
5  BY MS. BROWN:
6      Q.   In your review of the talc
7  epidemiology, did you find evidence of a dose
8  response?
9      A.   Some of the papers do show
10  evidence of a dose response and some do not.
11      Q.   Do you agree with the FDA in
12  its 2014 denial of the citizen's petition
13  that dose response evidence is lacking?
14          MS. O'DELL:  Object to the
15      form.
16      A.   I would say that if we look at
17  the -- many of the studies published after
18  2014, there does appear to be a dose
19  response, and so that information wouldn't
20  have been available.  The Wu -- the original
21  Wu study did show a response.  The Cramer
22  study 2016, the Schildkraut study, the
23  Penninkilampi meta-analysis all showed some
24  hint of a dose response.  They wouldn't have

83 (Pages 326 to 329)

Judith K. Wolf, M.D.

Page 330

1   had any of those, except the Wu.
2   BY MS. BROWN:
3       Q.   And those studies did not --
4   for example, Cramer did not show a dose
5   response with duration of use, right?
6       A.   I thought they showed an
7   increase with frequency and duration of use.
8       Q.   And so if you look, for
9   example, at Table 1 of Cramer, we actually
10  see a decrease in the risk after 35 years,
11  right?
12      A.   Can I --
13      Q.   Absolutely.
14      A.   Is that one of the exhibits?
15  Because it's not in there.
16      Q.   Right.
17      A.   Or I can't find it.
18      Q.   We marked it as 11.
19      A.   Yeah.
20          MS. O'DELL:  Here we go.
21      A.   Years used.  So I'm looking at
22  Table 1.  Is that what you're looking at?
23  BY MS. BROWN:
24      Q.   Right.  If you look at the

Page 331

1   years used, you'd agree with me that there's
2   actually a slight decreased risk after 35
3   years of use?
4       A.   But there's an increased risk
5   between 8 and 20, up to 35, and all of those
6   are fairly similar.
7       Q.   And what Cramer himself
8   includes -- concludes, is that the trend for
9   years used was flat, right?
10      A.   Yes.
11      Q.   So what he did not find was
12  that the longer you used talcum powder, a
13  significant increase in your risk of ovarian
14  cancer, correct?
15          MS. O'DELL:  Object to the
16      form.
17      A.   The more frequently you used
18  it, an increase.
19  BY MS. BROWN:
20      Q.   Right.  But as to the number of
21  years, he did not find any dose response,
22  correct?
23      A.   That's correct.
24      Q.   And even to be fair as to the

Page 332

1   frequency, if you look at Table 1 continued
2   on the very next page, there was -- while
3   there was an increase of use up to 7200
4   applications, after 7200 applications, the
5   use decreased, right?
6          MS. O'DELL:  Object to the
7      form.
8      A.   No, the top part of that, it
9   goes up, it goes down, it goes back up.  The
10  bottom part of that -- the last part of that
11  table is assuming 12 months per year
12  missing -- these are people with missing
13  months.
14  BY MS. BROWN:
15      Q.   And so you agree there's not a
16  linear increase in frequency of application,
17  correct?
18      A.   In this paper, there's not a
19  linear increase, but there is an increase
20  with more frequent application.  And I want
21  to say, again, and I think I've said this
22  earlier, is that what's a dose?  Frequency of
23  use, in my head, I can't get my head around,
24  is it the same amount every time?  There

Page 333

1   isn't -- it's not like it's a 5-milligram
2   pill.  It's powder in your panties.  And to
3   look at any of this data and try to
4   equivilate dose, I think it's challenging.
5       Q.   One of the things you say in
6   your report is, given those challenges, the
7   evaluation of a dose response was not as
8   important to your analysis; is that right?
9       A.   Yes.
10          MS. O'DELL:  Object to form.
11  BY MS. BROWN:
12      Q.   And what -- and that's
13  different than the Bradford Hill criteria,
14  right?
15          MS. O'DELL:  Object to the
16      form.
17      A.   That's one of the tenets of the
18  Bradford Hill.  It's not the only one.
19  BY MS. BROWN:
20      Q.   Right.  But in your analysis,
21  you determined that that factor of the
22  Bradford Hill was less important, correct?
23      A.   Because it's hard to
24  quantitate, as I just stated, what's a dose.

84 (Pages 330 to 333)

Judith K. Wolf, M.D.

Page 334

```
 1    Even if you know for sure how many times
 2    someone used talcum powder, you don't know
 3    what dose they used and where it went.  Did
 4    it go all in their panties?  Did it go on the
 5    floor?  Did it got in their groins?  Did go
 6    it up their backside?  How much did they use?
 7           None of these papers attempted
 8    to and understandably it's hard to quantitate
 9    how much is a dose.  And so given that it's
10    challenging to answer the question about dose
11    response, it's hard to put a lot of weight on
12    that.
13       Q.    And what you say in your report
14    at page 15, is that given the limitations of
15    the data, and those would be the limitations
16    you just described, right?
17       A.   Yes.
18           MS. O'DELL:  Objection to form.
19    BY MS. BROWN:
20       Q.    And what that means is that
21    this product, the use of this product is
22    difficult to quantify, correct?
23           MS. O'DELL:  Object to the
24    form.
```

Page 335

```
 1       A.    The dose of using this product
 2    is difficult to quantify.
 3    BY MS. BROWN:
 4       Q.    Right.  And when you say "the
 5    dose is difficult to quantify," that just --
 6    you're referring to just the dose that
 7    somebody puts on their perineum or on their
 8    underwear, right?
 9           MS. O'DELL:  Object to form.
10       A.    Their exposure dose, I'm
11    referring to now -- wherever they put it on
12    their perineum.
13    BY MS. BROWN:
14       Q.    So are you -- would you agree
15    that both the amount that they used is
16    difficult to quantify?  Fair?
17       A.   Yes.
18       Q.    As well as the amount that
19    actually reaches the ovary, right?
20           MS. O'DELL:  Object to the
21    form.
22       A.    The amount they used, the
23    amount that reaches the ovary, their own body
24    sensitivity to whatever amount reaches
```

Page 336

```
 1    their -- all of those things are hard to
 2    quantify.
 3    BY MS. BROWN:
 4       Q.    Is there any scientific data
 5    that you are aware of that shows a particular
 6    percentage of perineal powder reaching the
 7    ovary?
 8       A.    I'm not aware that there's any
 9    data that's ever looked at that.
10       Q.    For purposes of your opinion,
11    however, you have assumed that some amount of
12    the powder that's applied perineally reaches
13    the ovary; is that right?
14           MS. O'DELL:  Object to the
15    form.
16       A.    I assume that there's migration
17    of talc particles through the open genital
18    tract to get to the ovary.
19    BY MS. BROWN:
20       Q.    And for your opinion to hold
21    true, that talcum powder that reaches the
22    ovary causes ovarian cancer, is there a
23    particular amount of talcum powder in your
24    mind that needs to reach the ovary?
```

Page 337

```
 1           MS. O'DELL:  Objection to form.
 2       A.    I think -- I have no idea what
 3    that amount would be and I don't know that
 4    that amount is the same for everyone.
 5    BY MS. BROWN:
 6       Q.    Is there any scientific
 7    literature on which you rely that establishes
 8    that individuals are susceptible to talcum
 9    powder in a different way?
10       A.    Individuals are susceptible to
11    all cancer risk factors in a different way.
12    Everyone who has a BRC1 mutation doesn't get
13    ovarian cancer.  Everyone who has a lynch
14    syndrome mutation doesn't get colon cancer.
15    There are individual differences in risk
16    factors.  And everyone who uses
17    postmenopausal hormones doesn't get ovarian
18    cancer or breast cancer.  So there are
19    individual differences.  Everybody's made up
20    differently, has a different immune response.
21    So it only makes sense to me that if it's
22    different in every other circumstance, it's
23    going to be different in talcum powder use
24    exposure.
```

85 (Pages 334 to 337)

Judith K. Wolf, M.D.

Page 338

1    Q.   Based on your review of the
2  epidemiology, is it your opinion that
3  individuals are put at risk for ovarian
4  cancer through perineal exposure more likely
5  than through inhalation of genital talcum
6  powder?
7         MS. O'DELL:  Object to the
8    form.
9    A.   In my review of the
10  epidemiology, all of the studies are
11  particularly looking at perineal exposure.
12  So through -- through that lens, I believe
13  that most of the information in those studies
14  is looking at that particular question,
15  perineal exposure, not necessarily
16  inhalation.
17  BY MS. BROWN:
18    Q.   When you're evaluating a
19  patient for a suspected ovarian cancer, do
20  you inquire about any markers of asbestos
21  exposure, like pleural plaques or
22  mesothelioma or anything like that,
23  interstitial fibrosus?
24    A.   Do I inquire about them?  Do

Page 339

1  you mean do I investigate --
2    Q.   Yes.
3    A.   -- if they have any of those,
4  yes.
5    Q.   Do you believe that if talcum
6  powder was contaminated with asbestos, that
7  it would be causing asbestos-related
8  diseases, like mesothelioma?
9         MS. O'DELL:  Object to the
10    form.
11    A.   Do I believe that if talcum
12  powder is contaminated with asbestos, would
13  it cause mesothelioma?
14  BY MS. BROWN:
15    Q.   Uh-huh.
16    A.   That's your question?  I do
17  believe that talcum powder is contaminated
18  with asbestos and I believe that it causes --
19  it can increase the risk of both mesothelioma
20  of the ovary and epithelial ovarian cancer.
21  And I'm investigating for any signs of
22  abnormality in the chest, I'm looking for any
23  abnormalities, evidence of mesothelioma or
24  any other abnormalities in the chest that may

Page 340

1  or may not be related to the patient's
2  cancer.
3    Q.   Have you -- in connection with
4  that opinion, Dr. Wolf, have you evaluated
5  the epidemiology on the miners and millers of
6  cosmetic talcum powder?
7    A.   I believe that's in the IARC
8  paper or study.
9    Q.   You recall that IARC points to
10  that as some of the best evidence, that
11  inhalation of nonasbestiform talc is not
12  carcinogenic?
13         MS. O'DELL:  Object to the
14    form.
15    A.   I don't recall that specific
16  conclusion.  I'd have to look at it again.
17  So are we talking about IARC 10?  Which one
18  are you --
19  BY MS. BROWN:
20    Q.   I'm just asking if you recall
21  and if you considered that conclusion?
22         MS. O'DELL:  Could you repeat
23    the question, please?
24

Page 341

1  BY MS. BROWN:
2    Q.   Do you recall and did you
3  consider IARC's conclusion, that some of the
4  best epidemiology as it relates to inhalation
5  of a nonasbestiform talc, is the miners and
6  the millers of cosmetic talc?
7    A.   I do recall that.
8    Q.   Does that make sense to you as
9  a gynecologic oncologist, that one of the
10  best places to look in the epi world would be
11  the folks who are exposed to inhalation the
12  most?
13         MS. O'DELL:  Object to the
14    form.
15    A.   It makes sense to look at a
16  group of people who are going to be exposed.
17  BY MS. BROWN:
18    Q.   And in concluding, as you have
19  done here today, Doctor, that cosmetic talcum
20  powder is contaminated with asbestos, how, if
21  at all, did you consider the results of the
22  miners and miller studies that IARC points to
23  as some of the best evidence?
24         MS. O'DELL:  Object to the

86 (Pages 338 to 341)

Judith K. Wolf, M.D.

| | |
|---|---|
| Page 342 | Page 344 |

**Page 342**

1  form, asked and answered.
2      A.    So I'm not sure what you're
3  asking.  What I believe I'm hearing is,
4  you're asking if there's asbestos in talcum
5  powder, why don't miners and millers get
6  ovarian cancer?
7  BY MS. BROWN:
8      Q.    Exactly.  Have you considered
9  the fact that that epidemiology shows no
10  mesothelioma?
11          MS. O'DELL:  Object to the
12      form.
13      A.    That's a different question,
14  because I'm not talking about mesothelioma.
15  I'm talking about epithelial ovarian cancer.
16  BY MS. BROWN:
17      Q.    And a second ago I asked you if
18  you thought that talc was contaminated with
19  asbestos and people were really breathing it
20  in, shouldn't it be causing mesothelioma in
21  women?  And I thought your testimony was yes.
22          MS. O'DELL:  Object to the
23      form.
24      A.    No, you asked me do I

**Page 343**

1  investigate if women who I think might have
2  ovarian cancer might have abnormalities in
3  the chest, including abnormalities associated
4  with mesothelioma, and I said, yes, I do,
5  because women with ovarian cancer often have
6  abnormalities in the chest.  Usually if they
7  do, it's from their ovarian cancer, but
8  certainly I'm looking at any other potential
9  cause.
10  BY MS. BROWN:
11      Q.    Understood.  Bad question on my
12  part.  We're missing each other.  If -- you
13  hold the opinion that talcum powder is
14  contaminated with asbestos.  And my question
15  is, if that were true, shouldn't we be seeing
16  mesothelioma in the miners and the millers of
17  cosmetic talcum powder?
18          MS. O'DELL:  Object to the
19      form.
20      A.    I'm not sure how to answer
21  that, because I think that talcum powder has
22  multiple components that could cause cancer.
23  Is it only the asbestos that could be --
24  certainly, in people who work in mines,

**Page 344**

1  there's a lot of abnormalities in the lung
2  from breathing in talcum powder.  And I'm
3  losing myself because I'm not sure of the
4  question again.  Should -- can you -- let me
5  tell you what I think you're asking me.
6  BY MS. BROWN:
7      Q.    Why don't I just rephrase the
8  question and try to do this bit by bit.
9      A.    Okay.
10      Q.    You would agree that
11  mesothelioma is a disease that is often
12  caused by asbestos exposure?
13      A.    Yes.
14      Q.    Some people refer to it as a
15  signature asbestos-related disease, correct?
16          MS. O'DELL:  If you know.
17      A.    I don't know that term
18  "signature."  That's not something that --
19  BY MS. BROWN:
20      Q.    And you have offered the
21  opinion here today that talcum powder is
22  contaminated with asbestos, right?
23      A.    Yes.
24      Q.    And you have offered the

**Page 345**

1  opinion that perineal use of talcum powder
2  could reach the ovaries via inhalation,
3  correct?
4      A.    Yes.
5      Q.    And so my question to you is,
6  if talcum powder is really contaminated with
7  asbestos and if women who use it perineally
8  really do inhale it, shouldn't they be
9  getting asbestos-related diseases like
10  mesothelioma?
11          MS. O'DELL:  Object to the
12      form.
13      A.    I'm going to say that they
14  might.
15  BY MS. BROWN:
16      Q.    And in forming that opinion,
17  have you considered the epidemiology on the
18  miners and millers of cosmetic talcum powder?
19      A.    Yes.  That we just talked
20  about.
21      Q.    Okay.  And those studies show
22  that the folks with the highest, highest
23  exposure to cosmetic talcum powder via
24  inhalation, don't get mesothelioma, right?

87 (Pages 342 to 345)

Judith K. Wolf, M.D.

Page 346

1    MS. O'DELL: Object to the
2  form.
3    THE WITNESS: Are you just
4  objecting?
5    MS. O'DELL: Yes.
6    THE WITNESS: I wasn't sure if
7  I was supposed to answer or not.
8    A.   In that study, those patients
9  did not get mesothelioma. So again, the
10  question is, might talcum powder applied
11  perineally cause ovarian cancer by -- via an
12  inhalation route? Yes, I think that could
13  happen. Do I think those people should be
14  getting mesothelioma, because I have evidence
15  that that talcum powder is contaminated with
16  mesothelioma? I don't know. Maybe.
17  BY MS. BROWN:
18    Q.   Did you look, in evaluating the
19  occupational studies that IARC relies on in
20  concluding that heavy occupational exposure
21  to asbestos causes ovarian cancer, did you
22  look at how the relative risks for ovarian
23  cancer in those studies compared to the
24  relative risks for mesothelioma?

Page 347

1    A.   Yes.
2    Q.   And what was the conclusion
3  there, Doctor?
4    A.   The relative risks of
5  mesothelioma is higher.
6    Q.   By how much?
7    A.   I can't remember. A lot.
8    Q.   Okay. So do you recall seeing
9  relative risks for ovarian cancers in the 1.5
10  to 2.5 range?
11    A.   Yeah.
12    Q.   And for mesothelioma in the 40
13  range?
14    A.   Yes.
15    Q.   And so if someone is truly
16  exposed to heavy amounts of asbestos through
17  inhalation, they -- based on that data that
18  IARC considered, they're far more likely to
19  get mesothelioma than ovarian cancer, right?
20    MS. O'DELL: Object to the
21  form.
22    A.   If people are exposed to heavy
23  doses of asbestos, they're more likely to get
24  mesothelioma than ovarian cancer, yes.

Page 348

1  BY MS. BROWN:
2    Q.   Does your current institution,
3  the Community Health Practice, does it advise
4  women that perineal use of talcum powder
5  causes ovarian cancer?
6    A.   So in my practice, it's me, a
7  physician's assistant and a nurse
8  practitioner and one other GYN oncologist. I
9  do, my physician's assistant does, my nurse
10  practitioner does. I don't know about my
11  partner.
12    Q.   And we talked a little bit
13  earlier about when you started that practice.
14  Do you recall when you started telling
15  patients your belief that talcum powder use
16  causes ovarian cancer?
17    A.   I started asking my patients
18  about their use and telling them to stop or
19  not use it once I started reviewing all of
20  the literature and formed my opinion.
21    Q.   You made a motion, all the
22  literature that's in front of you, right?
23    A.   Yes.
24    Q.   So you --

Page 349

1    MS. O'DELL: Which is not just
2  in front of you, but we're talking
3  about what's on the side table as
4  well.
5    THE WITNESS: Yes.
6    MS. BROWN: Fair.
7  BY MS. BROWN:
8    Q.   So to be clear, you started the
9  practice of asking patients if they used
10  talcum powder after you had undertaken review
11  of the literature in connection with your
12  expert work, correct?
13    MS. O'DELL: Object to the
14  form.
15    A.   After I undertook review of the
16  literature.
17  BY MS. BROWN:
18    Q.   And I understand that you
19  undertook a review of the literature in
20  connection with your expert work, right?
21    A.   That's when I read all of the
22  literature -- began reading all of the
23  literature. I was aware of some of the data,
24  but when I began reviewing all of the

88 (Pages 346 to 349)

Judith K. Wolf, M.D.

Page 350

1  literature, yes.
2      Q.   Okay.  And so prior to that
3  time, it was not your practice to ask
4  patients whether or not they used talcum
5  powder, correct?
6      A.   Not as a routine.  However, if
7  I saw somebody who, when I examined them,
8  obviously was using talcum powder, I
9  recommended they not use it.  They stop.
10     Q.   Do you agree, Doctor, that much
11 about ovarian cancer is shrouded in mystery,
12 from causes to early detection to effective
13 treatments?
14         MS. O'DELL:  Object to the
15     form.
16     A.   I would not agree with that
17 statement.
18 BY MS. BROWN:
19     Q.   Let's mark this as Exhibit 20.
20         (Deposition Exhibit 20 marked
21     for identification.)
22 BY MS. BROWN:
23     Q.   Handing you, Doctor, an article
24 entitled "The Future of Ovarian Cancer

Page 351

1  Diagnosis is Now - Through These 4
2  strategies," by Judy Wolf, November 11th,
3  2015.  Is this an article that you wrote,
4  Doctor?  First of all, is that your picture
5  next to Judy Wolf on the first page?
6      A.   It is.
7      Q.   Okay.  And this article, dated
8  November 11th, 2015, has your byline and
9  picture, right?
10     A.   It does.
11     Q.   Okay.  And do you recall,
12 during the time period that you were in the
13 private sector, authoring a number of
14 articles that were posted on a website called
15 nopelvicmass.com?
16     A.   Yes.
17     Q.   And was this one of those
18 articles potentially?
19     A.   Yes.  Yes.
20     Q.   Okay.  And as we just -- as I
21 just read, the article that has your picture
22 and name on it says, "So much about ovarian
23 cancer is shrouded in mystery, from causes to
24 early detection to effective treatments."

Page 352

1          Right?
2      A.   Yes.
3      Q.   And as of November 2015, that
4  was information that you signed off on,
5  correct?
6      A.   Yes.
7      Q.   Okay.  And so as of
8  November 2015, you do not believe that one of
9  the well-known causes of ovarian cancer is
10 talcum powder use.  True?
11     A.   I can't remember the time.  I
12 can tell you that this was used as part of
13 patient information in relationship to the
14 company that I was working, and the point of
15 this was not to talk about risk factors.  It
16 was to talk about the importance of diagnosis
17 and informing women, the general lay
18 population, about getting to a gynecologic
19 oncologist if they had a pelvic mass.
20     Q.   The information contained in
21 Exhibit 20 was meant for patients who --
22     A.   For women.
23     Q.   For women.
24     A.   For women.

Page 353

1      Q.   Okay.  And certainly as a
2  doctor, as a gynecologic oncologist, you
3  think it's important to be truthful with
4  women when you write about issues concerning
5  women's health, right?
6          MS. O'DELL:  Object to the
7      form.
8      A.   I don't see anything on here
9  that was -- is untruthful.
10 BY MS. BROWN:
11     Q.   I'm not suggesting that.  I was
12 just asking you, that when you write, as you
13 do often, information about women's health,
14 you'd agree it's important to be truthful?
15     A.   Yes.
16     Q.   Because the intended recipient
17 of your writing are women who have or may
18 have ovarian cancer, right?
19     A.   Yes.
20         (Deposition Exhibit 21 marked
21     for identification.)
22 BY MS. BROWN:
23     Q.   I'm handing you, Doctor, what
24 we have marked as Exhibit 21 to your

89 (Pages 350 to 353)

Judith K. Wolf, M.D.

Page 354

1  deposition.  This is another article with
2  your name and picture, entitled "How to find
3  the best doctor for ovarian cancer."  Do you
4  recall writing this article?
5      A.    Not specifically, but I know I
6  did a lot of these while I was working at
7  Vermillion.
8      Q.    Okay.  And just to close the
9  loop, Exhibit 20, even though you don't
10  necessarily recall writing it, you don't
11  dispute this is something that you did write,
12  correct?
13      A.    I'm not disputing that.
14      Q.    Okay.  And the same for
15  Exhibit 21, you don't dispute that this
16  article is something you wrote in December of
17  2015?
18      A.    That's correct.
19      Q.    Okay.  And this, again, was an
20  article aimed at folks who -- women who may
21  be concerned about ovarian cancer, correct?
22      A.    Yes.
23      Q.    And one of the things you did
24  in this article was to identify risk factors

Page 355

1  for ovarian cancer.  True?
2      A.    All listed here are familial
3  risk factors.
4      Q.    And the title of the section
5  you have in this -- well, first, you say,
6  "What are the odds," right?  The odds of
7  getting ovarian cancer, right?  And you say
8  one place to start is by considering your
9  risk factors.  True?
10      A.    Yes.
11      Q.    All right.  And then you state,
12  "You're more likely to be at risk of ovarian
13  cancer if" -- and then you have a number of
14  bullets, correct?
15      A.    Yes.  And all of those bullets
16  relate to genetic risk.
17      Q.    Exactly.  And so the first
18  deals with a first-degree relative, right?
19      A.    Yes.
20      Q.    The second is a prior history
21  of breast cancer, correct?
22      A.    Yes.
23      Q.    The third is a prior history of
24  breast cancer and a relative with breast or

Page 356

1  ovarian cancer, right?
2      A.    Yes.
3      Q.    And then the fourth is close
4  relatives with a history of breast cancer or
5  ovarian cancer at any age, right?
6      A.    Yes.
7      Q.    And then the fourth and fifth
8  have to do with the Ashkenazi Jewish
9  heritage, correct?
10      A.    Yes.
11      Q.    And one of the things you did
12  not list in December of 2015 as a risk factor
13  for ovarian cancer, was genital use of talcum
14  powder, correct?
15      A.    I did not use -- list any
16  nonhereditary factor.
17      Q.    And that would include talcum
18  powder, correct?
19      A.    Including talcum powder,
20  endometriosis, obesity, any hormonal
21  replacement.
22      Q.    Sorry.  Are you done?
23      A.    I'm done.
24      Q.    And that's in part, Doctor,

Page 357

1  because in December of 2015, you had not
2  formed the opinion that genital use of talcum
3  powder causes ovarian cancer.  True?
4          MS. O'DELL:  Object to the
5  form.
6      A.    That was prior to my doing any
7  of the review of all the literature.
8  BY MS. BROWN:
9      Q.    Right.  And so at the time of
10  these articles, that Exhibit 20 and 21, you
11  did not hold the opinion that talcum powder
12  use perineally causes ovarian cancer,
13  correct?
14      A.    I wasn't convinced, as I am
15  today.
16      Q.    Have you done any prior expert
17  work, Dr. Wolf?
18      A.    No.
19      Q.    Have you reviewed any
20  individual plaintiff cases who are suing in
21  the talcum powder litigation?
22      A.    No.
23      Q.    Okay.  Has the extent of your
24  involvement in the talcum powder litigation

90 (Pages 354 to 357)

Judith K. Wolf, M.D.

## Page 358

1  related to the report that we've been
2  discussing today?
3      A.   Yes.
4      Q.   Okay.  And in total, does it
5  sound about right to you, you've charged the
6  plaintiffs' lawyers for about 83 hours in
7  connection with your work?
8      A.   That seems about right.
9      Q.   And your rate is $600 an
10 hour --
11     A.   Yes.
12     Q.   -- is that correct?  And how
13 did you come up with that rate?
14     A.   I asked -- I asked my friend
15 Ali, what do people usually charge for this
16 kind of thing, and then I kind of picked a
17 rate in -- what I felt like was in the
18 middle.
19     Q.   And so if I wanted to know how
20 much money the plaintiffs' lawyers have paid
21 you in total for your work in the talc
22 litigation, I could multiply 600 by 83 and
23 that should be about right?
24     A.   That should be about right.

## Page 359

1      Q.   Do you have any additional
2  plans to do additional expert work for the
3  plaintiffs in the talc litigation?
4      A.   I mean, completing out whatever
5  happens with this case.
6      Q.   Other than what we're here
7  about today, right?
8      A.   That's -- that's all I have
9  planned.
10     Q.   Do you have a website in
11 connection with your current practice?
12     A.   I do.
13     Q.   And do you indicate on your
14 website that talcum powder causes ovarian
15 cancer?
16     A.   I don't believe I talk about
17 any risk -- specific risk factors for ovarian
18 cancer.  That website is to introduce
19 patients to who I am and how I like to
20 practice.
21     Q.   Do you have any plans to
22 publicize your belief that talcum powder
23 causes ovarian cancer?
24     A.   I actually do plan to take my

## Page 360

1  report and the references and write a review
2  paper and submit it for publication.
3      Q.   Have you done any work to that
4  end yet, Doctor?
5      A.   I haven't.
6      Q.   Do you have any journals
7  in mind where you intend to submit that
8  review?
9      A.   I haven't decided for sure yet.
10 The journals that I read the most and most
11 GYN oncologists read, are the GYN Oncology,
12 the Journal of Clinical Oncology, The Gray
13 Journal, the ACOG journal, which is called
14 The Green Journal.  So I would probably
15 choose one of those because clinicians read
16 them.
17     Q.   Are you a member of ACOG?
18     A.   I am.
19     Q.   And are you a member of SGO?
20     A.   I am.
21     Q.   And in forming your opinions in
22 this case, did you consider the risk factors
23 that ACOG and SGO recognize for ovarian
24 cancer?

## Page 361

1      A.   Yes.
2      Q.   And are you aware that in their
3  patient-facing websites, as well as any of
4  their publicly related information about
5  ovarian cancer, neither SGO nor ACOG
6  identifies perineal use of talcum powder as a
7  risk factor for ovarian cancer?
8      A.   I am aware of that.
9      Q.   And do you believe that the
10 doctors and the scientists at SGO and ACOG
11 simply have not reviewed all of the data
12 regarding perineal use of talcum powder and
13 ovarian cancer?
14     A.   It's my understanding that most
15 of the GYN oncologists probably have not
16 reviewed the literature to the extent of
17 which I have reviewed it.  And given that the
18 volume of literature has increased recently,
19 it takes time for societies like SGO and ACOG
20 to come up with an opinion.  It has to go
21 through a committee and various steps to come
22 out.  I don't think this is something that's
23 risen to their attention enough.  That's part
24 of the reason that I want to write a paper

Judith K. Wolf, M.D.

Page 362

1  about it, to help inform my colleagues.
2      Q.   Have you contacted anyone at
3  ACOG or SGO and told them that you think they
4  need to update their website and list that
5  talcum powder causes ovarian cancer?
6      A.   I haven't yet.
7      Q.   Do you intend to do that?
8      A.   I intend to write a letter to
9  SGO with my concerns, asking them to review
10  it.  I think that's the first step, is they
11  have to review the literature on their own.
12      Q.   And you have been doing this
13  talcum powder work for the plaintiffs'
14  lawyers for a little over a year now; is that
15  right?
16      A.   Yes.
17      Q.   And during that time period,
18  you haven't contacted any of your
19  professional organizations to inform them of
20  your view that talc causes ovarian cancer?
21          MS. O'DELL:  Object to the
22      form.
23      A.   I have talked to individual
24  colleagues who practice GYN oncology, and I

Page 363

1  have talked to the National Ovarian Cancer
2  Coalition Medical Advisory Board, of which
3  I'm on the board.  I used to be on the
4  advisory board.  And at the time that I
5  raised it, there wasn't a lot of interest in
6  pursuing it.
7  BY MS. BROWN:
8      Q.   And so one of the organizations
9  you referenced and to your credit have done a
10  lot of work with, is the National Ovarian
11  Cancer Coalition, right?
12      A.   Yes.
13      Q.   And as you well know, as
14  someone who's been very active in that
15  organization, they too have a statement on
16  talcum powder, right?
17      A.   Yes.
18      Q.   And the National Ovarian Cancer
19  Coalition does not believe that the evidence
20  supports that talcum powder causes ovarian
21  cancer, right?
22          MS. O'DELL:  Object to form.
23      A.   That's what their statement
24  says.

Page 364

1  BY MS. BROWN:
2      Q.   Okay.  And it sounds like you
3  nonetheless, have raised the issue with some
4  folks at the coalition, correct?
5      A.   Yes.
6      Q.   And it sounds like they don't
7  agree with your assessment, correct?
8          MS. O'DELL:  Object to the
9      form.
10      A.   The last time I raised it,
11  which was in the spring, at the meeting that
12  is in conjunction with the Society of GYN
13  Oncology, they didn't want to address it,
14  they didn't want to take it on as something
15  to review.
16  BY MS. BROWN:
17      Q.   But do you think, generally,
18  the doctors and the scientists at
19  organizations like ACOG and SGO and the
20  National Ovarian Cancer Coalition are working
21  very hard to protect women's health issues?
22          MS. O'DELL:  Object to the
23      form.
24      A.   I think that all of those

Page 365

1  societies and many other advocacy groups are
2  doing what they think is best to protect
3  women's health.
4  BY MS. BROWN:
5      Q.   Have you considered the
6  possibility that these folks at ACOG, at SGO,
7  at NCI, at FDA, at IARC have reviewed the
8  same data that you have and come to a
9  different conclusion?
10          MS. O'DELL:  Object to the
11      form.
12      A.   I don't have all of the
13  information about what they've reviewed or
14  not reviewed.  And some of those, I know that
15  they didn't have all of the data and some of
16  them, like the National Ovarian Cancer
17  Coalition, I know they haven't reviewed the
18  data.  I don't know that SGO has done that at
19  any time recently.  If you go to their
20  website, they refer you to ACOG.  So I can't
21  make that statement.
22  BY MS. BROWN:
23      Q.   You don't have those -- sitting
24  here as someone who's been active in the

Judith K. Wolf, M.D.

Page 366

1  women's health field for almost 30 years, you
2  don't have any reason to believe that the
3  folks at ACOG, SGO, FDA, NCI, CDC have not
4  kept up-to-date with the talc and ovarian
5  cancer epidemiology?
6          MS. O'DELL:  Object to the
7      form, misstates her testimony, assumes
8      things not in the record.
9      A.    My assumption is that some
10  people in all of those have probably read
11  some of the data.  I'm not sure who, if
12  anyone, in any of those has looked at all of
13  the evidence in the way that I have done.
14  BY MS. BROWN:
15      Q.    And the way that you've looked
16  at the evidence is by using sort of your
17  interpretation of Bradford Hill; is that
18  right?
19          MS. O'DELL:  Object to the
20      form.
21      A.    I would say evidence-based
22  medicine and then using the tenets of
23  Bradford Hill to explain how I interpreted
24  the data that I reviewed.

Page 367

1  BY MS. BROWN:
2      Q.    I'm sorry to interrupt.  And
3  your methodology, though, as it relates to
4  Bradford Hill, employs a methodology that has
5  less reliance on dose response, right?
6          MS. O'DELL:  Object to the
7      form.
8      A.    Not less reliance on dose
9  response, just that in this particular case,
10  determining what the dosage is makes it hard
11  to determine the dose response.
12  BY MS. BROWN:
13      Q.    And you say in your report that
14  you consider that a less important factor,
15  right?
16          MS. O'DELL:  Object to the
17      form.
18  BY MS. BROWN:
19      Q.    And so that's your report on
20  page 15, I think we talked about this
21  earlier, "Given the limitations of the data,
22  I consider this to be a less important factor
23  compared to strength of association,
24  consistency and biologic mechanism"?

Page 368

1      A.    Because there's limitations in
2  the data that we'll never know the answer to.
3      Q.    And as it relates to strength
4  of the association, in your review of the
5  data, what is the relative risk associated
6  with talcum powder use and ovarian cancer?
7          MS. O'DELL:  Object to the
8      form.
9      A.    The overall -- looking at the
10  studies as a whole, 1.3 to 1.4 odds ratio.
11  BY MS. BROWN:
12      Q.    And do you consider that to be
13  a strong association?
14      A.    I consider it to be a
15  consistent, reliable association.  It doesn't
16  have to be a high number, and Bradford Hill
17  explains that in FedEx paper, that it's the
18  consistent association and finding that
19  association.  It doesn't have -- it's not
20  number dependent.
21      Q.    You'd agree that 1.3 and 1.4 is
22  not a high relative risk?
23          MS. O'DELL:  Object to the
24      form.

Page 369

1      A.    1.3 and 1.4 is not 10, but 1.2
2  was the risk of hormone -- postmenopausal
3  hormone replacement therapy, and I believe
4  that's a real risk also.
5  BY MS. BROWN:
6      Q.    Have you considered in your
7  review of the epi, the FDA's concern that the
8  studies that have found small positive
9  associations have lower confidence limits
10  that are pretty close to 1?  Have you looked
11  into that?
12          MS. O'DELL:  Object to the
13      form.
14      A.    So when the odds ratio's 1.3,
15  your confident intervals might be close to 1
16  sometimes.  However, if it doesn't cross 1,
17  it's statistically significant.
18  BY MS. BROWN:
19      Q.    And one of the reasons -- do
20  you understand why the FDA is concerned if
21  the confidence interval is getting close to
22  1?
23      A.    That it might be by random
24  chance, yes.

93 (Pages 366 to 369)

Judith K. Wolf, M.D.

Page 370

1    Q.   And do you share that concern
2  as you evaluate the confidence intervals
3  here?
4    A.   If I didn't see such a
5  consistent average of 1.3 to 1.4, I would be
6  more concerned about it.  As a whole, I'm not
7  concerned about it when I look at all of the
8  evidence.
9    Q.   And when you say "consistent,"
10 you're referring within the population
11 case-control studies, right?
12       MS. O'DELL:  Object to the
13 form.
14   A.   Yes.
15 BY MS. BROWN:
16   Q.   Because if you look at the
17 prospective cohorts, there's not consistency
18 in the case controls, right?
19   A.   When you look at the
20 meta-analyses, everything as a whole, yes,
21 1.3 to 1.4.
22   Q.   Okay.  If you bear with me for
23 just one minute, Dr. Wolf, I want to just
24 make sure I'm not forgetting anything and

Page 371

1  then I'm going to turn the questioning over
2  to some of my colleagues.
3        When you say on page 8, "The
4  risk elevation is 20-60 percent," do you
5  think it's more like 30 to 40?
6    A.   I think if you look at all the
7  papers, some of them are 20 and some of them
8  are as high as 60.
9    Q.   And, of course, if the actual
10 risk is as high as 60, Narod's critique is
11 not accurate.  Fair?
12   A.   That's the range of what's been
13 reported.  The average is 1.3 to 1.4, and I
14 believe that's what he estimated the 200,000
15 on.
16   Q.   Did you understand him to be
17 estimating how many he needed to study if the
18 true relative risk was 1.2?
19   A.   I don't remember if it was 1.2
20 or 1.3.
21   Q.   Okay.  Real quick, Doctor, I
22 want to just make sure I understand your
23 opinion as it relates to the composition of
24 talcum powder.  Do you believe that -- list

Page 372

1  for me everything, other than talc, that you
2  believe is in Johnson & Johnson baby powder
3  and causes ovarian cancer.
4        MS. O'DELL:  Object to the
5  form.
6    A.   What I believe is in talcum
7  powder product and that can be -- cause
8  inflammation and/or be carcinogenic is platy
9  talc, fibrous talc, asbestos, heavy metals,
10 including nickel, chromium and cobalt, and
11 fragrance products that can be irritating and
12 inflammatory.
13 BY MS. BROWN:
14   Q.   And you have not formed an
15 opinion in connection with your analysis, as
16 to how much each of the items that you just
17 listed make up baby powder, right?
18       MS. O'DELL:  Of a particular
19 bottle, over time or --
20       MS. BROWN:  Any --
21       MS. O'DELL:  -- what's the
22 context of the question?
23       MS. BROWN:  At all.
24

Page 373

1  BY MS. BROWN:
2    Q.   I mean, have you attempted to
3  quantify how much heavy metal is in baby
4  powder?
5    A.   I haven't attempted to quantify
6  it.  The fact that there's any heavy metal in
7  there that's carcinogenic is of concern.
8    Q.   And what are you relying on for
9  your opinion that there's heavy metals in
10 baby powder?
11   A.   So that I believe is in Julie
12 Pier's -- let me find it -- deposition.
13 Julie Pier -- Exhibit 47.
14   Q.   Other than Exhibit 47 to Julie
15 Pier's deposition, are you relying on
16 anything else to support your opinion that
17 baby powder products are contaminated with
18 heavy metals?
19   A.   And also the testing by Longo
20 and Rigler.
21   Q.   Other than Julie Pier, Longo
22 and Rigler, are you relying on anything else
23 to support your opinion that heavy metals
24 contaminate Johnson & Johnson baby powder

94 (Pages 370 to 373)

Judith K. Wolf, M.D.

Page 374

1    products?
2        A.    No.
3        Q.    And as to asbestos, we reviewed
4    your reliance materials before.  You're
5    relying on the articles you pointed me to,
6    Hopkins Exhibit 28, Blount's testimony and
7    her '91 article and Longo's reports, to
8    support your opinion that talcum powder
9    contains asbestos, correct?
10       A.    And also the deposition of
11   Julie Pier.
12       Q.    And again, as it relates to
13   asbestos, you haven't made a determination as
14   to how much asbestos is contaminating talcum
15   powder, right?
16            MS. O'DELL:  Object to the
17       form.
18       A.    I've made a determination that
19   these testings show evidence of asbestos in a
20   significant amount of talcum powder that was
21   tested.
22   BY MS. BROWN:
23       Q.    Okay.  But in terms of how much
24   asbestos is in an individual bottle, you

Page 375

1    haven't attempted to quantify that, right?
2        A.    I haven't and it wouldn't
3    change my opinion.
4        Q.    Okay.  As it relates to fibrous
5    talc, what are you relying on for your
6    opinion that fibrous talc is contained in
7    Johnson & Johnson baby powder products?
8        A.    I don't have it referenced
9    here, but my understanding is that it's hard
10   to get pure platy talc and it's always
11   contaminated with some fibrous talc and I
12   can't tell you where I've seen it, but I've
13   seen it -- reports as small as 2 percent, as
14   high as 20 percent.
15       Q.    And sitting here today, you're
16   not sure of the site for that 2 to 20 percent
17   fibrous talc?
18       A.    I'm not.  No.
19       Q.    Other than platy talc, 2 to 20
20   percent fibrous talc, some amount of heavy
21   metals and some amount of asbestos, is there
22   anything else you believe is in Johnson &
23   Johnson baby powder products that causes
24   ovarian cancer?

Page 376

1            MS. O'DELL:  Object to the
2        form.
3        A.    I didn't say these cause
4    ovarian cancer.  I say that they're known to
5    be carcinogenic and could be the cause of why
6    talcum powder products causes ovarian cancer.
7    And the other thing in there that I know can
8    be inflammatory, from reading Dr. Crowley's
9    report, are some of the fragrances that are
10   used.  And since inflammation is a risk
11   factor and an initiator in -- leads -- is
12   related to the progression of ovarian cancer,
13   I have concerns about those.
14   BY MS. BROWN:
15       Q.    And your opinion, then, Doctor,
16   as I understand it, is that you're not sure
17   which or what combination of all the items
18   you just listed to me are working to cause
19   cancer; is that right?
20            MS. O'DELL:  Object do the
21       form.
22       A.    My opinion is that it's the
23   talcum powder product as a whole that
24   increases the risk of ovarian cancer, and

Page 377

1    I've listed things that I know are in there
2    that can be carcinogenic or inflammatory.
3    BY MS. BROWN:
4        Q.    And to be clear, though, you
5    don't have an opinion as to the amounts of
6    any of the items you just listed for me as
7    they appear in baby powder, right?
8            MS. O'DELL:  Object to the --
9        object to the form.
10   BY MS. BROWN:
11       Q.    That was a bad question.
12   Here's what I want to know.  I understand
13   your opinion is based on your assumption that
14   fragrance, platy talc, fibrous talc, heavy
15   metals and asbestos are in Johnson &
16   Johnson's products, correct?
17            MS. O'DELL:  Object to the
18       form.
19       A.    It's in talcum powder product.
20   BY MS. BROWN:
21       Q.    And that would include Johnson
22   & Johnson's products, correct?
23       A.    Would include any talcum powder
24   product.

95 (Pages 374 to 377)

Judith K. Wolf, M.D.

Page 378

1    Q.    Are you of the opinion that --
2  we need to change the tape.  Sorry.
3         THE VIDEOGRAPHER:  Going off
4    the record.  The time is 4:40 p.m.
5         (Recess taken from 4:40 p.m. to
6    4:52 p.m.)
7         THE VIDEOGRAPHER:  This marks
8    the beginning of disk 4.  Back on the
9    record.  The time is 4:52 p.m.
10 BY MS. BROWN:
11   Q.    Dr. Wolf, before we took a
12 break, we were discussing your opinion that
13 J&J's talcum powder products contain
14 fragrances, platy talc, fibrous talc, heavy
15 metals and asbestos.  Do you recall that?
16   A.    I do.
17   Q.    And my question for you,
18 Doctor, is it your opinion that J&J's talcum
19 powder products contained all of those things
20 at all periods of time?
21   A.    Well, what I know for sure and
22 what testing that I've seen shows, that
23 evidence of asbestos, heavy metals from the
24 '70s through the '90s and testing looking for

Page 379

1  fibrous talc at that same time -- actually
2  Longo tested for fibrous talc too and found
3  it in 41 of 42 specimens.  I don't know about
4  the fragrance because I don't know how long
5  this particular fragrance formulation has
6  been used, if it's been -- how long it's been
7  there.  And platy talc and fibrous talc I
8  would assume have always been there.
9    Q.    Have you done any investigation
10 into the different source mines J&J has used
11 over the years for its talcum powder
12 products?
13   A.    They have used talcum powder
14 from Vermont, from Italy -- I think Italy
15 first and then Vermont and then China.
16   Q.    And do you believe that the
17 components of talcum powder have changed over
18 time?
19   A.    I believe that there's probably
20 slight differences coming from different
21 areas in the world.  But as far as I can
22 tell, the testing that I have seen throughout
23 the Italian and Vermont and into early Asian,
24 which I assume meant China, testing, that

Page 380

1  there's evidence of asbestos at least.
2    Q.    And that's the Longo testing
3  you referred to earlier?
4    A.    Yes.
5    Q.    Okay.  Final question -- final
6  area of questioning, Dr. Wolf, would be
7  page 20 of your report.  To be clear, you
8  believe that the mechanism by which talcum
9  powder causes cancer is chronic inflammation;
10 is that right?
11   A.    This is a reference page.  Are
12 you looking at a different page?
13   Q.    Page 12 of your report?
14        MS. O'DELL:  You said 20.
15   A.    You said 20.
16 BY MS. BROWN:
17   Q.    Sorry.  Tired.
18   A.    I know.  I understand.  I
19 believe it's inflammation that leads to
20 oxidative stress that then causes DNA damage,
21 and I believe with Saed's most recent papers,
22 that it actually induces gene mutations that
23 change ovarian epithelial cells and culture.
24   Q.    Do you rely on anyone else,

Page 381

1  other than Dr. Saed, for your opinion that
2  talcum powder is -- do you believe that talc
3  is genotoxic?
4    A.    I believe that Dr. Saed's paper
5  that he found gene -- point gene mutations
6  after application of talc -- talcum powder.
7    Q.    Do you believe that talcum
8  powder is genotoxic to ovarian cells?
9    A.    I believe that his paper shows
10 that there's genetic mutations that occur
11 with exposure to talcum powder.
12   Q.    Independent of inflammation?
13   A.    Independent of inflammation.
14   Q.    So in fact, you think there are
15 two ways by which talcum powder can cause
16 ovarian cancer:  Chronic inflammation and
17 genetic mutations, correct?
18        MS. O'DELL:  Object to the
19    form.
20   A.    So chronic inflammation that
21 leads to changes within the cell and changes
22 the oxidative state that then causes,
23 secondarily, cytokine stimulation and changes
24 in the cell, and then Saed's paper also shows

96 (Pages 378 to 381)

Judith K. Wolf, M.D.

Page 382

1   evidence of gene -- point gene mutations that
2   change the oxidative state of the cell to a
3   prone inflammatory state.
4   BY MS. BROWN:
5       Q.    And other than Dr. Saed's work,
6   are you relying on any other published
7   literature to support your belief that talc
8   is genotoxic?
9             MS. O'DELL:  Object to the
10      form.
11      A.    Dr. Saed's work, as per my
12  review, is the most convincing data that I've
13  seen of genetic changes, separate from
14  inflammatory changes, when talc was exposed
15  to both ovarian epithelial cells, ovarian
16  cancer cell lines and fallopian tube
17  epithelial cell lines.
18  BY MS. BROWN:
19      Q.    And one of the papers you cited
20  for us in your early footnotes, lists sort of
21  a weight of the hierarchy of evidence.  Do
22  you recall that paper?
23            MS. O'DELL:  Object to the
24      form.

Page 383

1   BY MS. BROWN:
2       Q.    You had a footnote 4 and 5,
3   some cites that dealt with sort of he weight
4   of the evidence, generally.  Do you remember
5   those?
6       A.    I just want to see what they
7   are, 4 and 5.
8       Q.    Footnote 4 and 5.
9       A.    These are talking about the
10  difference between cohort studies and
11  meta-analysis?
12      Q.    Right.  And they contained a
13  chart with a hierarchy of evidence.  Do you
14  recall reviewing that?
15      A.    Yes.
16      Q.    And you would agree that expert
17  witness opinions are the very lowest rung of
18  that chart?
19            MS. O'DELL:  Object to the
20      form.
21      A.    I've referenced those charts in
22  relationship to evaluating cohort studies and
23  meta-analysis studies.
24

Page 384

1   BY MS. BROWN:
2       Q.    And finally, Doctor, you
3   reference on page 12, in support of your
4   opinion -- page 12 of your report in support
5   of your opinion, that talcum powder causes
6   inflammation and oxidative stress in vitro
7   and in vivo.  You reference the NTP study; is
8   that right?
9       A.    Yes.
10      Q.    Have you reviewed the FDA's
11  analysis of that NTP study?
12      A.    I'm aware that they had some
13  concerns about the analysis.
14      Q.    Do you share the concerns and
15  the -- first of all, you understand the FDA
16  concluded that the paper had serious flaws,
17  right?
18            MS. O'DELL:  Object to the
19      form.
20      A.    I understand that the FDA had
21  concerns about the paper.
22  BY MS. BROWN:
23      Q.    Do you share those concerns?
24      A.    I think that the NTP toxicology

Page 385

1   studies of talc is one of the pieces of
2   evidence that I believe supports that
3   inflammation occurs after talcum powder
4   application and can cause -- be a
5   carcinogenic -- mechanism of carcinogenesis.
6       Q.    Do you agree with the
7   conclusion of the 1994 FDA workshop, that the
8   NTP study has no relevance to human risk?
9             MS. O'DELL:  Object to the
10      form.
11      A.    I believe that the NTP study
12  helps as an informative, along with all of
13  the other studies listed there, that talcum
14  powder causes inflammation and oxidative
15  stress in ovarian cells and in cells in
16  general and that this can be carcinogenic.
17  It's a piece of the evidence, not the whole
18  evidence.
19  BY MS. BROWN:
20      Q.    Finally, Doctor, before I turn
21  the questioning over to my colleague, you
22  testified a little earlier that you plan to
23  write a review article based on the
24  information contained in your report?

97 (Pages 382 to 385)

Judith K. Wolf, M.D.

Page 386

1    A.   Yes.
2    Q.   Do you have plans to disclose
3  your work as an expert witness when you
4  author that publication?
5    A.   Of course I would.
6    Q.   Would you plan to disclose the
7  amount of money that you've made working for
8  plaintiffs' lawyers in connection with that
9  litigation -- paper?
10        MS. O'DELL:  Object to the
11  form.
12    A.   As I've never written a
13  paper -- as I've never been an expert witness
14  before, I don't know what you need to
15  disclose as far as that.  I know that if you
16  have grant or funding for anything, you
17  disclose the amount and who it's from.  I'm
18  assuming it would be the same for this, but I
19  don't know.  I would check with the journal
20  and see what was required and do whatever was
21  appropriate.
22  BY MS. BROWN:
23    Q.   And finally, Doctor, do you
24  know of any scientific support for the

Page 387

1  opinions that women who have had children
2  have a stretched-out vaginal tract such that
3  migration is more likely?
4        MS. O'DELL:  Object to the
5  form.
6    A.   I wouldn't put -- I would never
7  say that women who have had children have a
8  stretched-out vaginal tract.  All women have
9  an open vaginal tract.  Women who have had
10  multiple vaginal deliveries may or may not
11  have a larger opening to their vagina than
12  women who do not.
13  BY MS. BROWN:
14    Q.   You haven't seen any data to
15  suggest that having more kids increases your
16  risk of ovarian cancer because more
17  carcinogens can migrate to your ovaries,
18  right?
19        MS. O'DELL:  Object to the
20  form.
21    A.   So that seems like a multistep
22  question.  I do believe that at least one of
23  the case-control studies looked at parity as
24  a possible risk factor.  Personally, I don't

Page 388

1  think you can make the step to say that it's
2  because their vagina was stretched out more.
3        MS. BROWN:  Thanks for your
4  time today, Dr. Wolf.  I'm going to
5  hand it over to my colleague.
6        Can we go off for a second?
7        MR. KLATT:  Yeah, let's do
8  that.
9        THE VIDEOGRAPHER:  Going off
10  the record.  The time is 5:02 p.m.
11        (Recess taken from 5:02 p.m. to
12  5:06 p.m.)
13        THE VIDEOGRAPHER:  Back on the
14  record.  The time is 5:06 p.m.
15        EXAMINATION
16  BY MR. KLATT:
17    Q.   Good afternoon, Dr. Wolf.
18    A.   Good afternoon.
19    Q.   My name is Mike Klatt and I
20  represent Imerys Talc America in this case.
21  You said earlier that you were aware that
22  Imerys is a mining company, correct?
23    A.   That's correct.
24    Q.   I'm going to skip around,

Page 389

1  because I've just been following what's been
2  going on today and I just have a lot of
3  questions in different areas.  So there's
4  probably not going to be necessarily a
5  logical progression.  So if you'll just bear
6  with me, I'd appreciate it.
7    A.   Okay.
8    Q.   A minute ago, I believe that
9  Ms. Brown asked you, that if you end up
10  writing a letter or a review article to any
11  organization about talc and ovarian cancer,
12  you think it's important to disclose that
13  you've been an expert in litigation regarding
14  talc and ovarian cancer, correct?
15    A.   Yes.
16    Q.   Do you think it's important
17  that you specifically disclose that you've
18  been a retained, paid witness for plaintiffs
19  in talc ovarian cancer in making that
20  disclosure?
21    A.   Again, I've never been an
22  expert witness before.  I don't know what the
23  rules of what I have to disclose, so that
24  anyone who reads my article can read it with

98 (Pages 386 to 389)

Judith K. Wolf, M.D.

Page 390

1  all of the information.  Whatever the journal
2  said I needed to disclose, I would disclose.
3      Q.   But don't you think it's
4  important for your readers to know which side
5  you're involved in in this litigation?
6          MS. O'DELL:  Object to the
7      form.
8      A.   I don't know if that's
9  something that is routinely done.  If it is,
10 I definitely would do that.
11 BY MR. KLATT:
12     Q.   But I'm asking if you,
13 personally, think that's an important fact to
14 disclose.  Wouldn't you want to know that if
15 you were a doctor not involved in this in
16 reading an article, which side the person who
17 authored the article was testifying for?
18         MS. O'DELL:  Object to the
19     form.
20 BY MR. KLATT:
21     Q.   Would that be important to you
22 to know?
23     A.   I would want to know all the
24 information that I could know.  I'm assuming

Page 391

1  that that's information that would be
2  required to be disclosed and I would disclose
3  it.
4      Q.   Okay.  Can you look at Exhibit
5  No. 4, which is Dr. Saed's manuscript.
6      A.   Yes.
7      Q.   That's not a published article,
8  correct?
9      A.   It's an accepted article.
10     Q.   Well, it hasn't even been peer
11 reviewed yet, correct?
12     A.   No, it has been peer reviewed.
13     Q.   Can you hand me the article?
14 Do you see how on multiple pages, virtually
15 every page in blueprint, it says "for peer
16 review"?
17     A.   Yes.
18     Q.   So that's being submitted for
19 peer review, correct?
20         MS. O'DELL:  Object to the
21     form.
22     A.   It has been submitted.  It has
23 been reviewed.
24         THE WITNESS:  Do we have the

Page 392

1      letter somewhere?
2          MS. O'DELL:  Uh-huh.
3      A.   And it has been accepted with
4  some reviewer comments, which Dr. Saed
5  addressed.  I gave counsel one that was not
6  marked.
7          THE WITNESS:  Is it on the
8      back?
9      A.   Oh, yes, here.
10 BY MR. KLATT:
11     Q.   And are there any peer review
12 or comments compared -- put forth in what
13 you're looking at?
14     A.   The reviewer's -- yeah.  Say
15 that question again.
16     Q.   When people peer review an
17 article --
18     A.   Yes.
19     Q.   -- they submit comments,
20 correct?
21     A.   Yes.
22     Q.   Suggestions for revising the
23 article or adding data or adding explanation
24 or whatever, correct?

Page 393

1      A.   Yes.
2      Q.   Where are those comments
3  regarding Saed's article in what you're
4  looking at?
5      A.   There's nothing here.  There's
6  also a letter from Dr. Saed when he sent the
7  paper back in with the comments from the
8  reviewers and his addressing of those
9  comments.  This article has the changes that
10 the reviewer has recommended.
11     Q.   Have you seen this other
12 document that has the peer reviewer comments?
13     A.   I have.
14     Q.   I'm sorry?
15     A.   I have seen his letter.  I
16 don't recall that it has all the specific
17 comments.  It has what he's viewing as him
18 addressing the comments, but I don't know if
19 there are comments or --
20     Q.   Do you have that letter with
21 you?
22     A.   I thought I had it.
23         MS. O'DELL:  No.  I mean, I
24     think there may be some confusion on

99 (Pages 390 to 393)

Judith K. Wolf, M.D.

Page 394

1      that point.
2    BY MR. KLATT:
3      Q.    Well, if there's anything else
4    regarding Dr. Saed that you've reviewed that
5    you haven't brought here and marked as an
6    exhibit, we'd request that, please.
7      A.    Okay.
8      Q.    Is that fine with you?
9      A.    Yes.
10     Q.    Now, looking at Dr. Saed's
11   manuscript that's been marked as Exhibit 4,
12   I'm going to turn you to --
13          THE WITNESS:  Do I have my own
14   copy of that?  Yes, here it is.
15   BY MR. KLATT:
16     Q.    I'm going to turn you to
17   page 12 of Exhibit 4.
18     A.    Yeah.
19     Q.    And do you see down at the
20   bottom of the page, it says "Conflict of
21   Interest"?
22     A.    Yes.
23     Q.    It says, "The corresponding
24   author, Dr. Ghassam Saed, acted as a

Page 395

1    consultant regarding this topic for a fee,
2    otherwise, the authors declared that there
3    are no conflicts of interest."
4          There's no disclosure there
5    that Dr. Saed's involved in litigation on
6    behalf of plaintiffs in talc ovarian cancer
7    cases, is there?
8          MS. O'DELL:  Object to the
9    form.
10     A.    My assumption is that what
11   Reproductive Scientists [sic] requested be
12   disclosed is what is stated here.  And so
13   this is what it says.
14   BY MR. KLATT:
15     Q.    Who paid the fee to Dr. Saed
16   for doing this work?
17     A.    This particularly doesn't say.
18   I'm assuming that attorneys paid the fee.
19     Q.    Do you know who paid?
20     A.    I believe that in support of
21   some of this data -- of this research that he
22   received money from Beasley Allen.
23     Q.    Okay.  Other than Beasley
24   Allen, what contributors to this work are

Page 396

1    listed here?
2      A.    Beasley Allen isn't listed here
3    either.
4          MS. O'DELL:  Object to form.
5      A.    It just says he received a
6    consulting fee.  So I don't know where else
7    the money -- what other money he used.
8    BY MR. KLATT:
9      Q.    But Beasley Allen isn't even
10   listed here, as you said, as a source of the
11   money for his work, correct?
12          MS. O'DELL:  Object to the
13   form.
14     A.    That's correct.
15   BY MR. KLATT:
16     Q.    Okay.  This isn't an adequate
17   conflict of interest disclosure, is it?
18          MS. O'DELL:  Object to the
19   form.  If you know.  Don't guess.
20     A.    I'm assuming that this is the
21   conflict of interest that they requested from
22   Reproductive Scientists [sic], and if they
23   accept it, then I consider it adequate.
24

Page 397

1    BY MR. KLATT:
2      Q.    So whatever the journal says is
3    adequate is adequate in your mind?
4          MS. O'DELL:  Object to the
5    form.
6    BY MR. KLATT:
7      Q.    Is that what you're saying?
8      A.    I'm saying that as far as --
9    this is what's disclosed.  The journal
10   accepted the article.  I'm assuming they
11   considered it was adequate disclosure.
12     Q.    But if you're a physician, a
13   gynecologic oncologist out there in the
14   field, not involved in the talc ovarian
15   cancer litigation and you ultimately read
16   Dr. Saed's paper in Reproductive Scientists
17   [sic], aren't you going to want to know that
18   he was a paid witness for the plaintiffs in
19   that litigation?
20          MS. O'DELL:  Object to the
21   form.
22   BY MR. KLATT:
23     Q.    That's something you'd want to
24   know, isn't it?

100  (Pages 394 to 397)

Judith K. Wolf, M.D.

Page 398

1        MS. O'DELL:  Object to the
2    form.
3        A.    If I had questions about
4    exactly where the money came from, I would
5    call Dr. Saed and ask him.
6    BY MR. KLATT:
7        Q.    Have you ever done that for any
8    article you've read in a journal?
9        A.    I haven't.
10       Q.    What do you know about the
11   Journal of Reproductive Sciences?
12       A.    I don't know that much about
13   it. It's not a journal that I routinely
14   read.
15       Q.    And as a gynecologic
16   oncologist, there's a certain set of journals
17   that you routinely review, correct?
18       A.    Yes.
19       MS. O'DELL:  Object to the
20    form.
21   BY MR. KLATT:
22       Q.    And Reproductive Sciences is
23   not one of those, right?
24       A.    It is not one of those.

Page 399

1        Q.    Had you ever heard of it
2    before?
3        A.    I can't tell you if I've ever
4    heard of it. I've heard of lots of journals
5    over the years and I don't remember all of
6    them.
7        Q.    You don't remember of ever
8    hearing of Reproductive Sciences before you
9    saw Exhibit 4, correct?
10       A.    I can't recall.
11       Q.    Now, earlier, you said in
12   response to Ms. Brown's questions, that
13   things that you feel like may be playing a
14   role in talc-based body powder products and
15   ovarian cancer, if I got it right, were platy
16   talc; is that right?
17       MS. O'DELL:  Object to the
18    form.  If you're going to go -- I'll
19    object each time, but I object to the
20    preparatory language.
21   BY MR. KLATT:
22       Q.    What things in talc-based body
23   powder products do you think cause ovarian
24   cancer?

Page 400

1        A.    In talcum-based body products,
2    my concerns for carcinogenesis are platy
3    talc, fibrous talc, asbestos, heavy metal,
4    specifically the ones that have been found,
5    nickel, chromium and cobalt and inflammation
6    from the fragrances, which I know that
7    inflammation is associated with ovarian
8    cancer and so I have concerns about all of
9    those.
10       Q.    Well, having concerns is one
11   thing, but testifying based on a reasonable
12   degree of medical certainty that these things
13   are, in fact, a cause of ovarian cancer is a
14   different thing. So is it your opinion that
15   all of these items, platy talc, fibrous talc,
16   asbestos, nickel, chromium, cobalt and
17   fragrance are contributing causes of ovarian
18   cancer in women who use talc-based body
19   powder products?
20       MS. O'DELL:  Object to the
21    form.
22       A.    It's my opinion that
23   talcum-based -- perineum use of talcum-based
24   body products causes ovarian cancer in some

Page 401

1    women in all. When I
2    look to see what is in it that could be
3    dangerous, potentially dangerous to women, I
4    see some things that are known to be
5    carcinogenic, such as fibrous talc and
6    asbestos and heavy metals. I see some things
7    that are possibly carcinogenic, such as platy
8    talc, and I see fragrances that are known to
9    be irritating and causing inflammation.
10   BY MR. KLATT:
11       Q.    Do you think any one of those
12   things by itself is capable of causing
13   ovarian cancer in women who use talc-based
14   body powder products?
15       A.    I didn't evaluate the data that
16   way and I don't look at the product that way.
17   I'm looking at it as a whole.
18       Q.    So if you testify in the
19   hearing of Judge Wolfson this year and she
20   asks you, because judges can ask witnesses
21   questions, which one of these items that
22   you've mentioned are capable by themselves of
23   causing ovarian cancer in women using
24   talc-based body powder products, you're going

101 (Pages 398 to 401)

Judith K. Wolf, M.D.

Page 402

1  to tell her you can't tell her which one of
2  these is capable by itself?
3          MS. O'DELL:  Object to the
4      form, misstates her testimony.
5      A.   I'm going to tell her just what
6  I said, that I evaluated the product as a
7  whole and I found evidence of multiple
8  carcinogenic, possibly carcinogenic and
9  inflammatory substances that could account
10  for that.  Because they're all in the
11  product, I can't separate them out and say
12  which one is causing it.
13  BY MR. KLATT:
14      Q.    And you can just say that they
15  possibly cause it, correct, not that they
16  probably cause it?
17          MS. O'DELL:  Object to the
18      form, misstates her testimony.
19  BY MR. KLATT:
20      Q.    You just said "possibly."
21  Didn't I understand that?
22          MS. O'DELL:  Object to the
23      form.  That's not what she said.
24

Page 403

1  BY MR. KLATT:
2      Q.    Let's read it back.  I think
3  you just said "possibly cause," correct?
4          MS. O'DELL:  Object to the
5      form.
6      A.    No, that's not what I said.  I
7  said there are multiple that are
8  carcinogenic, possibly carcinogenic and
9  inflammatory.
10  BY MR. KLATT:
11      Q.    So you're saying they're
12  possibly carcinogenic --
13      A.    No, I'm saying some of the
14  agents --
15      Q.    Let me finish -- not probably
16  carcinogenic, correct?
17          MS. O'DELL:  Excuse me.
18      A.    No.
19          MS. O'DELL:  Excuse me, let me
20      object.  Object to the testimony --
21      excuse me, object to the question
22      because it misrepresents her
23      testimony.
24          You may answer if you

Page 404

1      understand.
2      A.    So let me list them again.
3  Platy talc has been determined to be possibly
4  carcinogenic, asbestos has been determined to
5  be carcinogenic, fibrous talc has been
6  determined to be carcinogenic, nickel and
7  chromium are -- have been determined to be
8  carcinogenic, cobalt has been determined to
9  be possibly carcinogenic, and the
10  fragrances -- some of the substances in the
11  fragrance are known to be inflammatory or
12  cause -- inflammatory or irritating.
13          And therefore, when I look at
14  the product of the whole, with all of that
15  spectrum of stuff in it, things in it, that
16  at the very least some are, the fragrances
17  are inflammatory and/or irritating and at the
18  very most, several are known to be
19  carcinogenic, that it's the combination of
20  that that increases the risk of ovarian
21  cancer in women who use perineal talcum
22  powder product.
23  BY MR. KLATT:
24      Q.    Are any of these things that

Page 405

1  you've listed by themselves capable of
2  causing ovarian cancer in women who use
3  talc-based body powder products?
4      A.    I'm not aware that anybody has
5  looked at using any of those things by
6  themselves to cause -- to assess the risk of
7  ovarian cancer.  And since the product
8  contains all of them, I don't know how that
9  can be evaluated.
10      Q.    So if you evaluated the
11  talc-based body powder product as a whole
12  with all these things in them, you weren't
13  just evaluating Imerys raw talc by itself,
14  correct?
15          MS. O'DELL:  Object to the
16      form.
17      A.    I was evaluating the product.
18  BY MR. KLATT:
19      Q.    The product as used by women?
20      A.    The product as used by women --
21  the product as used by women.
22      Q.    Which is the product that sold
23  off the shelf, correct?
24          MS. O'DELL:  Object to the

102 (Pages 402 to 405)

Judith K. Wolf, M.D.

Page 406

1    form.
2        A.    The product that women could
3    obtain to use on their perineum.
4    BY MR. KLATT:
5        Q.    From retail stores, correct?
6            MS. O'DELL:  Object to the
7    form.
8        A.    From wherever they get it.
9    BY MR. KLATT:
10        Q.    And you understand Imerys
11    doesn't sell any talc directly to women?
12        A.    I understand that.
13        Q.    And you understand fragrance is
14    added after the talc leaves Imerys'
15    possession?
16        A.    I understand that.
17        Q.    Do any and all forms of
18    inflammation cause or contribute to ovarian
19    cancer?
20        A.    In the studies on inflammation
21    in ovarian cancer, it's -- and most cancers
22    and inflammation, it's the concern of chronic
23    inflammation.  T cells, lymphocytes, macro
24    fascias causing changes in the oxidation

Page 407

1    making free -- oxygen free radicals that can
2    cause changes in the DNA.  Not so much
3    concerned about acute inflammation, but
4    chronic inflammation.
5        Q.    Do all forms of chronic
6    inflammation cause ovarian cancer?
7        A.    I'm not sure what forms of
8    chronic inflammation you're asking about.
9        Q.    Well, are you saying that
10    chronic inflammation inevitably can cause
11    ovarian cancer?
12        A.    Chronic inflammation is a cause
13    of ovarian cancer.  You could have chronic
14    inflammation and not get ovarian cancer.
15        Q.    Are you aware that corn
16    starch-based body powder can cause
17    granulomas, adhesions, fibrous tissue
18    reactions and it's been banned by the FDA
19    from surgical gloves and from patient
20    examination gloves?
21        A.    I am aware of that.
22        Q.    Does the granulomas and
23    adhesions and fibrosus that corn starch
24    causes in patients cause ovarian cancer?

Page 408

1        A.    There's never been any evidence
2    of that, that I'm aware of.
3        Q.    When you -- you've done
4    abdominal surgeries on hundreds, if not maybe
5    even thousands of women in your career,
6    correct?
7        A.    Yes.
8        Q.    Now, that surgery itself can
9    cause fibrosis, inflammation and adhesions,
10    correct?
11        A.    That's correct.
12        Q.    And those adhesions can be
13    long-term complications for women, correct?
14        A.    Yes.
15        Q.    And that's a form of
16    inflammation, correct?
17        A.    It's a form of acute
18    inflammation that leads to a scar or
19    fibrosis.
20        Q.    And that's exactly what talc
21    leads to, correct?
22            MS. O'DELL:  Object to the
23    form.
24        A.    There's not evidence of chronic

Page 409

1    inflammation in adhesions secondary to
2    surgery.  There's an acute reaction and
3    change and then fibrosis can occur, and
4    that's what adhesions are, are fibrosis.
5    BY MR. KLATT:
6        Q.    And that's what happens when
7    talc in sufficient amounts is placed inside
8    the body, the exact same thing, correct,
9    Dr. Wolf?
10            MS. O'DELL:  Object to the
11    form.
12        A.    It's one of the things that can
13    happen when talc is placed inside the body.
14    BY MR. KLATT:
15        Q.    Well, is there anything else
16    other than that type of tissue reaction that
17    talc can cause?
18            MS. O'DELL:  Object to the
19    form.
20        A.    Yes.  When talcum powder --
21    when talc was placed, in an animal study, in
22    the bursa of rat's ovaries, there was
23    proliferation and precancerous changes in the
24    ovaries.

103 (Pages 406 to 409)

Judith K. Wolf, M.D.

Page 410

1  BY MR. KLATT:
2      Q.  Did those animals develop
3  ovarian cancer?
4      A.  They did not.  But they were
5  sacrificed in a short period of time.
6      Q.  Can you name for me a single
7  animal study that you've ever seen, where
8  talc caused ovarian cancer in the animals?
9      A.  I cannot.
10     Q.  Can you name -- in fact, can
11 you name for me any animal study you've ever
12 seen, where asbestos put in animals caused
13 ovarian cancer?
14         MS. O'DELL:  Object to the
15     form.
16     A.  So ovarian cancer is quite rare
17 in most animals and so it's very difficult to
18 have an animal model of something that causes
19 ovarian cancer.
20 BY MR. KLATT:
21     Q.  You know there's animal models
22 of peritoneal mesothelioma due to asbestos,
23 correct?
24     A.  I do.

Page 411

1      Q.  Are there animal models that
2  show that asbestos instilled in animals'
3  abdominal cavities can cause ovarian cancer?
4      A.  Not that I'm aware of.
5      Q.  Do you warn women before you do
6  surgery on them, that your surgery can cause
7  inflammation and adhesion -- long-term
8  adhesion formation that could cause ovarian
9  cancer?
10         MS. O'DELL:  Object to the
11     form.
12     A.  I inform my patients that
13 surgery can cause inflammation and adhesions.
14 BY MR. KLATT:
15     Q.  Can that cause ovarian cancer?
16     A.  Not the adhesions that are
17 formed from the acute inflammation from
18 surgery.  I would also say that 90-plus
19 percent of my patients, their ovaries come
20 out when I operate on them.
21     Q.  How do you know that these
22 long-term adhesions that result from
23 abdominal surgery that you've done on
24 hundreds of patients doesn't result in

Page 412

1  ovarian cancer?
2          MS. O'DELL:  Object to the
3      form.
4      A.  Are you asking about my
5  anecdotal experience?
6  BY MR. KLATT:
7      Q.  No, I'm asking you for the
8  medical evidence that you know, that these
9  types of long-term adhesions resulting from
10 surgery itself don't cause ovarian cancer in
11 your patients?
12     A.  I'm not aware of any literature
13 that suggests or supports that.
14     Q.  Has it ever been studied?
15     A.  I'm not aware of any studies
16 that have been published about that.
17     Q.  Well, if it hasn't been
18 studied, you can't say it doesn't cause
19 ovarian cancer, can you?
20         MS. O'DELL:  Object to the
21     form.
22 BY MR. KLATT:
23     Q.  You just don't know?
24         MS. O'DELL:  Object to the

Page 413

1      form.
2      A.  I haven't seen any studies
3  about it.
4  BY MR. KLATT:
5      Q.  So if something is not studied,
6  that means it doesn't occur?
7          MS. O'DELL:  Object to the
8      form.
9      A.  That's not what I said.
10 BY MR. KLATT:
11     Q.  Right.  Simply because there's
12 no studies doesn't prove that adhesions after
13 surgery don't cause ovarian cancer, correct?
14         MS. O'DELL:  Object to the
15     form.
16 BY MR. KLATT:
17     Q.  You'd have to do studies to
18 know that.
19         MS. O'DELL:  Excuse me.  Object
20     to the form.
21     A.  I don't believe those are
22 studies that could be done.
23 BY MR. KLATT:
24     Q.  So there are no such studies

Judith K. Wolf, M.D.

Page 414

1  that you're aware of, correct?
2      A.   Not that I'm aware of.
3      Q.   You cited about 20 Imerys
4  documents in -- as something that were
5  materials that you considered.
6      A.   Yes.
7      Q.   Is that correct?
8      A.   Uh-huh.
9      Q.   Were you give a much larger set
10  of Imerys documents and you picked those 20
11  or were those 20 handpicked for you by the
12  lawyers?
13          MS. O'DELL:  Object to the
14      form.
15      A.   Those documents were provided
16  to me by the lawyers.
17  BY MR. KLATT:
18      Q.   So you didn't look at a much
19  larger set of Imerys documents yourself and
20  select those 20 yourself, correct?
21      A.   The one that -- ones that are
22  listed on my contributing data list are the
23  ones that I saw.
24      Q.   The only ones you saw, correct?

Page 415

1      A.   Yes.
2      Q.   And those were picked by the
3  lawyers and not by you?
4          MS. O'DELL:  Object to form.
5      A.   Those were given to me by the
6  lawyers.
7  BY MR. KLATT:
8      Q.   You said earlier -- you
9  referred to Julie Pier, an Imerys scientist,
10  her Exhibit 47 in her MDL deposition.  Do you
11  recall that?
12      A.   Yes.
13      Q.   You can't point to me to a
14  single talc sample that she tested in
15  Exhibit 47 that you can show me ended up in
16  talc-based body powders, can you?
17          MS. O'DELL:  Object to the
18      form.
19      A.   Can I look at it?
20  BY MR. KLATT:
21      Q.   Sure.
22      A.   What I see on here is the date,
23  what the material was, who did the testing,
24  what the sample was, what the test revealed,

Page 416

1  who the company -- what the company it came
2  from, and the mine, if it's -- if it's noted,
3  and any comments.
4      Q.   But my point is, you don't know
5  that any of these talc samples ended up in
6  any body powder products, correct?
7      A.   I don't have that information
8  on these.
9          MS. O'DELL:  Object to form.
10  BY MR. KLATT:
11      Q.   I'm sorry?
12      A.   I don't have that information
13  on these charts.
14      Q.   Are you aware the Imerys
15  supplies talc to many industries that have
16  nothing to do with body powder?
17      A.   I am aware of that.
18      Q.   Do you understand that there's
19  types of talc that are caused -- called
20  industrial talc that are not used for
21  personal use or cosmetic products?
22      A.   Yes.
23      Q.   Do you have any idea which one
24  of these on Exhibit 47 might fall into the

Page 417

1  industrial talc category rather than the
2  cosmetic talc category?
3          MS. O'DELL:  Object to the
4      form.
5      A.   It doesn't say on this list
6  where the talc falls in.
7  BY MR. KLATT:
8      Q.   And on many of these tests,
9  there's not even any asbestos identified at
10  all, correct?
11      A.   On some of them.
12      Q.   Are you aware that certain
13  types of asbestos are ubiquitous in the
14  environment?
15          MS. O'DELL:  Object to form.
16      form.
17      A.   I am aware of that.
18  BY MR. KLATT:
19      Q.   And you're aware that when talc
20  is tested for asbestos, that there can be
21  occasional asbestos particles on the test
22  equipment itself, correct?
23          MS. O'DELL:  Object to the
24      form.  Don't guess.  If you know --

105 (Pages 414 to 417)

Judith K. Wolf, M.D.

Page 418

1    A.   I don't -- I mean, I don't know
2  that.  I don't have evidence to support that.
3  BY MR. KLATT:
4    Q.   Well, are you aware that in
5  various test methodologies testing talc to
6  see whether it has asbestos, that those
7  methods take into account that there may be
8  occasional contamination of the test
9  equipment by asbestos that has nothing to do
10  with the sample being tested?
11    MS. O'DELL:  Object to the
12    form.
13  BY MR. KLATT:
14    Q.   Are you aware of that?
15    MS. O'DELL:  Object to the
16    form.
17    Don't speculate, Dr. Wolf.  If
18    you know, please say so.  If you
19    don't --
20    A.   I don't know.
21  BY MR. KLATT:
22    Q.   If you turn over on the back of
23  page -- or second page of Exhibit 47 to
24  Ms. Pier's deposition.

Page 419

1    A.   Yes.
2    Q.   Do you see, for example, the
3  very last sample says, "finding
4  indistinguishable from background levels
5  determined using ASTM method D6620-00"?  Do
6  you see that?
7    A.   I see that.
8    Q.   Do you have any idea what that
9  method is?
10    MS. O'DELL:  Object to the
11    form.
12    A.   Well, it's -- on the left side,
13  this says "Transmission Electron Microscope
14  Analysis."  I don't know if that that's the
15  same as ASTM or not.
16  BY MR. KLATT:
17    Q.   But do you understand what it
18  means when it says, "Finding
19  indistinguishable from background levels
20  determined using ASTM method D6620-00"?  Do
21  you know what --
22    MS. O'DELL:  Excuse me.  Object
23    to the form.
24

Page 420

1  BY MR. KLATT:
2    Q.   Do you know what that means?
3    MS. O'DELL:  Object to the
4    form.
5    A.   I understand that using
6  whatever the ASTM method, that this finding
7  would be considered background levels.  I
8  don't know if that's the same method that was
9  used to test this.
10  BY MR. KLATT:
11    Q.   So just in summary, when you
12  cited Julie Pier's Exhibit 47 in your report,
13  you can't tell Judge Wilson that any of these
14  samples on Exhibit 47 ended up in Johnson &
15  Johnson baby powder or Shower to Shower,
16  correct?
17    MS. O'DELL:  Object to the
18    form, assumes facts not in evidence.
19    A.   I don't have that information.
20  BY MR. KLATT:
21    Q.   Let me ask you about fragrance.
22  Can you rule out fragrance as the sole cause
23  of ovarian cancer in women who use talc-based
24  body powder products?

Page 421

1    MS. O'DELL:  Object to the
2    form.
3    A.   I believe that fragrance that's
4  in the product is inflammatory and
5  irritating.  I don't know of any evidence
6  that has studied that fragrance on its own,
7  as to whether on its own it causes ovarian
8  cancer or not, or if it were out of the
9  product it would cause ovarian cancer or not.
10  All I have is the information on the whole
11  product.
12  BY MR. KLATT:
13    Q.   Do you know whether asbestos --
14  high levels of asbestos in drinking water
15  causes ovarian cancer?
16    A.   I don't believe that oral
17  ingestion has been shown to cause ovarian
18  cancer.
19    Q.   So not any -- just any
20  exposures to asbestos cause ovarian cancer,
21  correct?
22    MS. O'DELL:  Object to the
23    form.
24    A.   So what I said was, that I

106 (Pages 418 to 421)

Judith K. Wolf, M.D.

Page 422

1  don't think oral ingestion has been shown to
2  cause ovarian cancer.
3  BY MR. KLATT:
4      Q.   You're aware that there's been
5  studies of drinking -- of ovarian cancer in
6  women who consumed high levels of drinking
7  water for long periods of time that had high
8  levels of asbestos in it, correct?
9          MS. O'DELL:  Object to the
10  form.
11      A.   Restate that question.
12  BY MR. KLATT:
13      Q.   Yeah, I'm sorry, that was a bad
14  question.  You're aware there's been studies
15  done of women who consumed, over long periods
16  of time, drinking water with high levels of
17  asbestos in it and had no increased risk of
18  ovarian cancer, correct?
19          MS. O'DELL:  Object to the
20  form.
21      A.   I believe that oral intake of
22  asbestos has not been shown to increase the
23  risk of ovarian cancer.
24

Page 423

1  BY MR. KLATT:
2      Q.   Are you aware of any
3  nonoccupational studies of women living in
4  the vicinity of asbestos mines that show that
5  they had an increased risk of ovarian cancer?
6      A.   I'm not aware of any data
7  that -- studies that show that women living
8  near mines, that mine asbestos or talcum
9  powder have an increased risk of ovarian
10  cancer.
11      Q.   And, in fact, IARC said it
12  based its determination that there was a
13  potential link between asbestos and ovarian
14  cancer based only on cohort studies of high
15  occupational exposure in women, correct?
16          MS. O'DELL:  Object to the
17  form.
18          If you need to look at the IARC
19  monograph, Dr. Wolf, we'll pull it
20  out.
21      A.   So the IARC monograph, I know
22  that they looked at -- I can't remember what
23  -- if this is the right one or the other one.
24  Anyway.

Page 424

1  BY MR. KLATT:
2      Q.   Is that Exhibit 10?
3      A.   It's Exhibit 13.  It's here.  I
4  thought it was here.
5          MS. O'DELL:  This is my copy.
6  What do you have right here?
7          THE WITNESS:  That's
8  Exhibit 13.
9  BY MR. KLATT:
10      Q.   And is 13 the IARC talc
11  monograph or the IARC asbestos monograph?
12      A.   It's the IARC talc one.
13      Q.   Didn't we mark the -- we did?
14          MS. O'DELL:  I don't see it.
15          MR. SILVER:  Let's go off the
16  record while we look at the exhibit.
17          MS. O'DELL:  Well, he's asking
18  the questions.  We're looking here.
19  There's no need to go off the record,
20  I don't think.
21          MR. SILVER:  Mike, let's do it.
22          MR. KLATT:  Yeah, until we find
23  it, let's go off the record, because I
24  don't want to waste time looking for

Page 425

1  it.  I thought all the exhibits were
2  here.
3          MS. O'DELL:  Are you going to
4  mark it?
5          MR. KLATT:  No, I thought it's
6  already marked.
7          MS. BROWN:  It's already
8  marked.
9          MS. O'DELL:  Look right there.
10          THE WITNESS:  That's Dr. Saed's
11  paper.  This is my CV.  This is my
12  report.  What's this one?  There it
13  is.
14          MS. O'DELL:  There it is.
15      A.   I knew it was there.
16  BY MR. KLATT:
17      Q.   Would you look at page 256, and
18  let's identify for the record that you're
19  looking at Exhibit 10, which is the portion
20  of the IARC 2012 monograph dealing with
21  asbestos; is that correct?
22      A.   Yes.
23      Q.   And you see over in the
24  right-hand column of page 256, it says, "The

107 (Pages 422 to 425)

Judith K. Wolf, M.D.

Page 426

1  IARC Working Group noted a causal association
2  between exposure to asbestos and cancer of
3  the ovary was clearly established, based on
4  five strongly positive cohort mortality
5  studies of women with heavy occupational
6  exposure to asbestos."
7          Correct?
8      A.   I see that.
9      Q.   And do you -- can you flip over
10 to page 280 of that asbestos IARC monograph.
11     A.   I don't have 280.  I only go to
12 274.
13         MS. BROWN:  I think your
14 counsel has the -- did we give you the
15 larger copy?
16         MS. O'DELL:  You gave me this
17 copy.  But it -- and it's definitely a
18 larger one, but let's see what --
19         THE WITNESS:  I got it.  I got
20 page 280.
21         MS. BROWN:  Here's another one
22 if you need another one.
23 BY MR. KLATT:
24     Q.   Actually, that's my highlighted

Page 427

1  one.  Can I give you this one?  I just want
2  you to verify that you're looking at the same
3  thing that's been marked as Exhibit 10.
4          MS. O'DELL:  Well, it's
5  actually not the same as Exhibit 10,
6  because what you provided to her is a
7  more comprehensive copy of the
8  monograph.
9          MR. KLATT:  What I provided her
10 was the complete asbestos monograph
11 that Exhibit 10 is a part of.
12         MS. O'DELL:  Well, that's my
13 point.
14         MR. KLATT:  Okay.
15         MS. O'DELL:  It's not the same
16 thing.  And so just mark it.
17         MS. BROWN:  Let's just mark it.
18         MR. KLATT:  Yeah, let's mark
19 this as whatever our next exhibit is.
20         Do you know what that number
21 is?
22         (Deposition Exhibit 22 marked
23 for identification.)
24

Page 428

1  BY MR. KLATT:
2      Q.   I hand you what's marked as
3  Exhibit 22.
4      A.   Page 280.
5      Q.   And that is the full 2012 IARC
6  asbestos monograph that previously Exhibit 10
7  was an excerpt from --
8      A.   Yes.
9      Q.   -- is that correct?
10     A.   That's correct.
11     Q.   And we established that on
12 page 256, they said that the link between
13 ovarian cancer and asbestos was based on
14 heavy occupational exposure to asbestos in
15 women, correct?
16         MS. O'DELL:  Object to the
17 form.
18 BY MR. KLATT:
19     Q.   Is that correct?
20     A.   "The Working Group noted that a
21 causal association between exposure and
22 cancer in the" -- "to asbestos and cancer of
23 the ovary was clearly established, based on
24 five strongly positive cohort studies of

Page 429

1  women with heavy occupational exposure to
2  asbestos."
3          Yes.
4      Q.   Now, flip over, if you would,
5  to page 280.
6      A.   Okay.  I'm there.
7      Q.   I believe in the right-hand
8  column, this same exact working group, what
9  did they say about the relationship between
10 talc and ovarian cancer?
11         MS. O'DELL:  I'm sorry, where
12 are you reading, Mike?  On 280?
13 BY MR. KLATT:
14     Q.   Do you see --
15         MS. O'DELL:  Are you reading --
16 BY MR. KLATT:
17     Q.   On page 280, it makes a comment
18 about --
19     A.   They're referencing the IARC
20 10.
21     Q.   Yeah.  And what does --
22     A.   "The association between
23 exposure to talc," that one?
24     Q.   Yes.  Can you read that into

108 (Pages 426 to 429)

Judith K. Wolf, M.D.

Page 430

1    the record?
2        A.    "Potential retrograde
3    translocation to the ovarian epithelium and
4    the development of ovarian cancer" --
5            THE REPORTER:  Hold on.  You're
6    going to have to back up --
7            THE WITNESS:  Okay.
8        A.    "The association between
9    exposure to talc, potential retrograde
10   translocation to the ovarian epithelium and
11   the development of ovarian cancer is
12   controversial."
13           And this is referencing IARC
14   2010 and this volume.
15       Q.    So while the IARC working group
16   in 2012 said that asbestos exposure is
17   related to ovarian cancer based on heavy
18   occupational exposure, this same working
19   group said the association between exposure
20   to talc, retrograde translocation to the
21   ovary and development of ovarian cancer is
22   controversial, correct?
23           MS. O'DELL:  Object to the
24   form.

Page 431

1        A.    So that was the conclusion of
2    the IARC 10 talc --
3    BY MR. KLATT:
4        Q.    And it also refers to the IARC
5    2012 asbestos monograph, correct?
6            MS. O'DELL:  Object to the
7    form.
8    BY MR. KLATT:
9        Q.    Correct?
10           MS. O'DELL:  Object to the
11   form.
12       A.    It says "and this volume."
13   BY MR. KLATT:
14       Q.    And this volume is what?
15       A.    2012.
16           MS. O'DELL:  Object to the
17   form.
18   BY MR. KLATT:
19       Q.    The -- this volume that you
20   just referred to is the 2012 IARC asbestos
21   monograph, correct?
22       A.    That's correct.
23       Q.    IARC's never said that
24   chromium, cobalt or nickel are carcinogenic

Page 432

1    to the ovary, have they?
2        A.    No.  That they're carcinogenic,
3    not specifically to the ovary.
4        Q.    The type of carcinogenicity
5    they're referring to with those metals are
6    when they're breathed in fumes, correct?
7        A.    I can't recall.
8        Q.    Are you aware that chromium is
9    an essential trace heavy metal for nutrition?
10           MS. O'DELL:  Object to the
11   form.
12       A.    I haven't studied nutrition in
13   a long time.  If I saw a list and saw it on
14   there, I can't -- I don't know -- I'm not
15   aware of that.
16   BY MR. KLATT:
17       Q.    Chromium's contained in
18   multivitamins, isn't it, Dr. Wolf?
19       A.    I don't know.  I don't take
20   multivitamins and I don't recommend them to
21   my patients.
22       Q.    Chromium can help control your
23   blood sugar, right?
24       A.    Are you telling me that

Page 433

1    chromium is released from the pancreas to
2    help control blood sugar?
3        Q.    Do you know what chromium does
4    as an essential trace nutrient in the body?
5        A.    I don't.
6        Q.    Are you aware of any evidence
7    that the chromium levels in the blood or
8    tissue of women who use talc-based body
9    powder exceeds that in women who never have
10   used such products?
11       A.    I'm not aware that that study
12   has been done.
13       Q.    So you're not aware of any
14   evidence of that, correct?
15           MS. O'DELL:  Objection to the
16   form.
17       A.    I'm not aware that any study
18   like that has been performed.
19   BY MR. KLATT:
20       Q.    Are you aware that cobalt is an
21   essential part of vitamin B12?
22       A.    Yes.
23       Q.    You understand -- you know what
24   the Krebs cycle is?

109 (Pages 430 to 433)

Judith K. Wolf, M.D.

Page 434

1    A.    I do.
2    Q.    Do you know that cobalt plays a
3  vital role in the Krebs cycle in the human
4  body?
5    A.    It's also been shown to be
6  carcinogenic, possibly carcinogenic.
7    Q.    Has IARC ever said that cobalt
8  is possibly carcinogenic to the ovaries?
9    A.    Not specifically to the
10  ovaries.
11    Q.    Are you aware of any evidence
12  that the cobalt levels in the blood or tissue
13  of women who use talc-based body powder
14  exceeds that in the blood or tissues of women
15  who have never used such body powders?
16    A.    I'm not aware of any studies
17  that have been done to show that.
18    Q.    So you're not aware of any such
19  evidence, correct?
20        MS. O'DELL:  Object to the
21    form.
22    A.    I'm not aware of any studies
23  that have looked at that.
24

Page 435

1  BY MR. KLATT:
2    Q.    Are you aware that nickel is
3  found in nuts, dried beans, peas, soybeans,
4  grains and chocolate?
5    A.    I'm not aware of that.
6    Q.    Are you aware that nickel is
7  found in some multivitamins?
8        MS. O'DELL:  Object to the
9    form.
10    A.    I don't look at the list of
11  multivitamins, so I'm going to say I don't
12  know.
13  BY MR. KLATT:
14    Q.    Can you tell Judge Wolfson of
15  any evidence you know of, that the levels of
16  nickel in the blood or tissues of women who
17  use talc-based body powders exceeds that in
18  the blood or tissues of women who have never
19  used such products?
20    A.    I'm not --
21        MS. O'DELL:  Excuse me.  Object
22    to the form.
23    A.    I'm not aware that any study of
24  that nature has been performed.

Page 436

1  BY MR. KLATT:
2    Q.    So you know of no such
3  evidence, correct?
4        MS. O'DELL:  Object to the
5    form.
6    A.    I'm not aware of any
7  evidence -- any study that's looked at that
8  question.
9  BY MR. KLATT:
10    Q.    Would you agree with me that
11  foreign particles, other than talc that had
12  nothing to do with talc or talc-based body
13  powders, can be introduced into the female
14  reproductive tract by the activities you
15  listed earlier, intercourse, going to the
16  bathroom, toilet paper, riding a bike,
17  exercising, use of tampons, walking, all
18  those activities can introduce non-talc
19  foreign particles into the reproductive
20  tract?
21    A.    If they're exposed to the
22  perineal tissue, they could.
23    Q.    Are you aware that pathologists
24  hired by these plaintiffs' lawyers have found

Page 437

1  hundreds of foreign particles that have
2  nothing to do with talc-based body powders in
3  the tissues of women who have ovarian cancer?
4        MS. O'DELL:  Object to the
5    form.
6    A.    I'm not aware of that
7  information.
8  BY MR. KLATT:
9    Q.    Would that surprise you?
10    A.    It would not surprise me.
11    Q.    Why?
12    A.    Because I have multiple levels
13  of evidence that inert particles can go from
14  the vagina and reach the upper
15  reproductive -- female reproductive tract.
16    Q.    Do you have any curiosity
17  whether any of these inert particles that
18  have nothing to do with talc-based body
19  powders, might be responsible for
20  inflammation that causes ovarian cancer?
21        MS. O'DELL:  Object to the
22    form.
23    A.    If I had any evidence in an
24  epidemiologic study or concerns that there's

110  (Pages 434 to 437)

Judith K. Wolf, M.D.

Page 438

1  anything else, I would definitely want it
2  studied. I've never seen an epidemiologic
3  study that suggested that toilet paper or any
4  of those other things you mentioned are
5  potentially associated with an increased risk
6  of ovarian cancer.
7  BY MR. KLATT:
8      Q.   Are you aware in the '60s and
9  '70s, that tampons contained asbestos?
10     A.   I wasn't aware of that.
11         MS. O'DELL: You were not or
12     you were? I'm sorry.
13         THE WITNESS: Was not.
14 BY MR. KLATT:
15     Q.   Have you investigated -- had
16 any curiosity about investigating the
17 non-talc-based body powder particles that
18 women's reproductive tracts may be exposed to
19 that can result in ovarian cancer?
20         MS. O'DELL: Object to the
21     form.
22     A.   I don't have any evidence that
23 there's anything else that's been suggested
24 that something else could cause ovarian

Page 439

1  cancer, that's introduced through the
2  perineum.
3  BY MR. KLATT:
4      Q.   People just haven't looked at
5  it, correct?
6          MS. O'DELL: Object to the
7      form.
8      A.   Generally, people look at a
9  question when they see something that happens
10 that suggests that there may be a
11 correlation.
12 BY MR. KLATT:
13     Q.   But there's lots of things that
14 can cause cancer that haven't been studied
15 yet, correct?
16         MS. O'DELL: Object to the
17     form.
18     A.   I don't know the answer to
19 that.
20 BY MR. KLATT:
21     Q.   You would agree with me, that
22 during a woman's reproductive years, every
23 month she sheds the lining of her uterus and
24 it's eliminated out of the body, correct?

Page 440

1      A.   Most of it's eliminated out of
2  the body. In the vast majority of women,
3  some of it goes retrograde.
4      Q.   And you talked about
5  endometriosis earlier, correct?
6      A.   Yes.
7      Q.   That's endometrial tissue
8  that's already in the uterus that may get
9  into the peritoneum, correct?
10         MS. O'DELL: Objection.
11     A.   It's endometrial tissue that
12 during the time of menstruation goes back out
13 through the fallopian tubes and goes -- it
14 can go in the ovaries, in the pelvis,
15 anywhere in the abdomen. I've seen it in the
16 chest.
17 BY MR. KLATT:
18     Q.   But that endometrial tissue
19 starts in the uterus, correct?
20     A.   That's correct.
21     Q.   That's halfway up the
22 reproductive tract to the ovaries, correct?
23     A.   That's in the uterus.
24     Q.   You're not aware of any sort of

Page 441

1  endometrial tissue coming from the external
2  genital area, moving up the vagina, across
3  the cervix into the uterus, correct?
4      A.   Well, there isn't any
5  endometrial tissue in the vagina or the
6  cervix.
7      Q.   That's my point. The tissue in
8  endometriosis starts in the uterus, correct?
9      A.   Yes.
10     Q.   The talc particles that women
11 apply when they apply talc, are applied
12 externally, correct?
13     A.   That's correct.
14     Q.   Okay. And so they're nowhere
15 near the uterus when they're applied,
16 correct?
17         MS. O'DELL: Object to the
18     form.
19     A.   Define "near."
20 BY MR. KLATT:
21     Q.   They're on the external genital
22 area, correct?
23     A.   They're on the external genital
24 area.

111 (Pages 438 to 441)

Judith K. Wolf, M.D.

Page 442

1    Q.    And they have the entire
2  vaginal canal between the external genital
3  area and then the cervix, correct?
4    A.    Correct.
5    Q.    And then they have to cross the
6  cervix, correct?
7    A.    Yeah.
8    Q.    Before they even get to the
9  uterus, correct?
10   A.    That's correct.
11   Q.    And they're still not to the
12 fallopian tubes or ovaries, right?
13   A.    That's correct.
14   Q.    And I understand that you
15 testified earlier today, that you don't know
16 of a single study that traced talc particles
17 placed externally and traced them up the
18 vaginal canal, across the cervix, through the
19 uterus, up the fallopian tubes to the
20 ovaries, correct?
21      MS. O'DELL:  Object to the
22   form.
23   A.    I'm aware of multiple studies
24 of other inert products that cross from the

Page 443

1  genital area -- or the vagina, into the
2  ovaries and the pelvis.  As -- since other
3  inert substances do cross that way, it makes
4  sense to me that talc or something else,
5  other things that we talked about, certainly
6  could also.
7  BY MR. KLATT:
8    Q.    But none of those particles
9  that you just referred to were applied
10 externally, correct?
11   A.    They were not applied
12 externally.
13   Q.    And talc is, correct?
14   A.    And talc is.  But the vagina is
15 open to the outside.
16   Q.    Any foreign particle, not just
17 talc?
18   A.    Excuse me.  Yes.  Yes.
19      MR. KLATT:  Can we go off the
20   record for just a second.  I think I
21   have little, if anything, left.
22      MS. O'DELL:  Okay.
23      MR. KLATT:  I just want to look
24   through my notes real quick.

Page 444

1       THE VIDEOGRAPHER:  Going off
2  the record.  The time is 5:51 p.m.
3       (Recess taken from 5:51 p.m. to
4  5:52 p.m.)
5       THE VIDEOGRAPHER:  Back on the
6  record.  The time is 5:52 p.m.
7  BY MR. KLATT:
8    Q.    Dr. Wolf, just a quick question
9  about your CV.  I just want to make sure I'm
10 clear.  Have you ever held the position of
11 full professor at an institution?
12   A.    Yes.
13   Q.    Okay.  I just wasn't sure.  And
14 that's listed on your CV; is that correct?
15   A.    Yes.
16   Q.    And are you still holding a
17 full professorship, or did you give that up
18 at some point?
19   A.    I gave that up.
20   Q.    When was that?
21   A.    When I left Banner MD Anderson
22 in 2014.  I haven't had an academic position
23 since then.
24   Q.    And earlier, you said that you

Page 445

1  had seen inflammation when you operated on
2  women with ovarian cancer, I think?
3       MS. O'DELL:  Object to form.
4    A.    I have seen pathologic slides.
5  I look at all the slides of my patients with
6  ovarian cancer.  And sometimes you see
7  inflammation in relationship with the cancer.
8  BY MR. KLATT:
9    Q.    And cancer itself is capable of
10 causing inflammation, correct?
11   A.    Cancer itself can cause
12 inflammation.
13      MR. KLATT:  I think that's all
14   the questions I have.
15      MS. O'DELL:  Let's go off the
16   record.
17      THE VIDEOGRAPHER:  Going off
18 the record.  The time is 5:54 p.m.
19      (Recess taken from 5:54 p.m. to
20 6:16 p.m.)
21      THE VIDEOGRAPHER:  Back on the
22 record.  The time is 6:16 p.m.
23
24

112 (Pages 442 to 445)

Judith K. Wolf, M.D.

Page 446

1          EXAMINATION
2   BY MS. O'DELL:
3       Q.    Dr. Wolf, just a few questions
4   for you.  You were shown two exhibits today,
5   Exhibit 20 and Exhibit 21, from a website
6   from a company that you were formerly
7   employed by.  Do you recall those questions
8   and exhibits?
9       A.    Yes.
10      Q.    And have you had an opportunity
11  to review these documents?
12      A.    Yes.
13      Q.    And is there anything that's
14  contained in the materials that you -- that
15  are in these documents that's inaccurate?
16      A.    No.
17      Q.    Is there anything about what
18  was written here that's inconsistent with any
19  of the opinions that you've given in this
20  litigation?
21      A.    No.
22      Q.    And in terms of the risk
23  factors that you touched on in either of
24  these two articles, are there any risk

Page 447

1   factors other than family history or
2   familial-related risk factors?
3       A.    In the "How to find the best
4   doctor for ovarian cancer" article, I talk
5   about familial risk factors, but don't list
6   any of the other ones.
7       Q.    I'm sorry.  So you don't
8   address lifestyle risk factors such as --
9       A.    I don't.
10      Q.    -- as talc or any others?
11      A.    Or other hormonal risk factors
12  or anything else.
13      Q.    You've talked today about
14  talcum powder products.  When you've referred
15  to talcum powder products, what did you mean
16  in your testimony?
17      A.    Johnson & Johnson baby powder
18  and Shower to Shower.
19      Q.    You also were given a document
20  by counsel for J&J.  It was Exhibit No. 9.
21  It's got a title and it says "Talc."  It's
22  from the FDA website.  Do you have that in
23  front of you?
24      A.    I do.

Page 448

1       Q.    And J&J counsel purported to --
2   or suggested that FDA's testing of talcum
3   powder products, including J&J's talc, had
4   resulted in a finding that there was no
5   asbestos in baby powder.  Do you recall that?
6           MS. BROWN:  Objection to the
7       form.
8       A.    I recall that.
9   BY MS. O'DELL:
10      Q.    All right.  If you'll turn over
11  to page 2 of Exhibit 9, did the FDA state
12  that the testing that they performed was
13  evidence that there was no asbestos in
14  cosmetic talc?
15      A.    Under the results of the FDA
16  survey and what they mean, it says they found
17  no asbestos fibers or structures in any of
18  the samples that they tested, to shorten it
19  out.  But the results were limited, because
20  only four talc suppliers submitted samples,
21  and by the number of products tested.  The
22  next sentence says, "While the FDA finds
23  these results informative, they do not prove
24  that most or all talc or talc-containing

Page 449

1   cosmetic products currently marketed in the
2   United States are likely to be free of
3   asbestos contamination."
4       Q.    J&J's counsel didn't read that
5   sentence to you, did she?
6           MS. BROWN:  Objection to the
7       form.
8       A.    No.
9   BY MS. O'DELL:
10      Q.    You were also shown a -- what's
11  called a PDQ from the National Cancer
12  Institute website, Exhibit 18.  Do you have
13  that in front of you?
14      A.    I have it.
15      Q.    And you were asked questions
16  about the section that dealt with talc.  Do
17  you recall that?
18      A.    Yes.
19      Q.    And if you'll turn to page 12
20  and 13 of 18, there's a section on perineal
21  talc exposure.
22      A.    Yes.
23      Q.    And what are the references
24  that are cited in that section?  What numbers

113 (Pages 446 to 449)

Judith K. Wolf, M.D.

Page 450

1  are they?
2      A.    The reference are numbers 41,
3  42, 43, 44 and 45.
4      Q.    Do you need some water?
5      A.    Yeah, I need some more.
6      Q.    And if you'll turn to page 16
7  of 18 of Exhibit 18, you'll see it lists
8  there references 41 through 45.
9      A.    Yes.
10      Q.    And do those appear to be the
11  references that the authors at NCI relied on
12  in reaching their opinions regarding perineal
13  talc use?
14      A.    Yes.
15      Q.    And do those include -- excuse
16  me.  Do those references include the broad
17  cross section of evidence that you reviewed
18  and considered in reaching your opinions in
19  this case?
20          MS. BROWN:  Objection to the
21  form.
22      A.    No.
23  BY MS. O'DELL:
24      Q.    Are at least two of the five

Page 451

1  references in early 2000s, I think 2000 and
2  2003?
3      A.    2003, 2013.  Schildkraut, which
4  is the newest one that they just added, 2016,
5  2000, 2014.
6      Q.    Yes.  And the references
7  included here certainly do not cover all the
8  material that you reviewed, considered,
9  relied on in reaching your opinion, including
10  other meta-analyses, the mechanistic data, et
11  cetera?
12      A.    They do not include all of the
13  data that I considered, and the most recent
14  data that's even mentioned, as I said, is the
15  2016 Schildkraut study.
16      Q.    Put that aside.
17          You were asked a number of
18  questions about asbestos testing, the type of
19  testing, the methodology, whether it was
20  transmission electron microscope or XRD, I
21  think was asked of you.  Do you recall those
22  series of questions?
23      A.    I do.
24      Q.    And would you defer to other

Page 452

1  experts regarding the appropriate methodology
2  for testing asbestos in talc?
3          MS. BROWN:  Objection to the
4  form.
5      A.    I would refer to other experts
6  in that area.
7  BY MS. O'DELL:
8      Q.    Would you -- would you defer
9  to -- back up just a second.
10          You were asked questions about
11  Dr. Longo and Rigler's report in the MDL.
12      A.    Yes.
13      Q.    And you recall in Dr. Longo and
14  Rigler's report, that they do perform a
15  quantification or an estimate of the number
16  of fibers in a particular bottle if there's a
17  positive test.  Do you recall those?
18      A.    Yes.
19          MS. BROWN:  Objection to the
20  form.
21  BY MS. O'DELL:
22      Q.    Would you defer to Dr. Longo
23  and Dr. Rigler on calculations like that, in
24  terms of the specific composition of a

Page 453

1  specific bottle?
2          MS. BROWN:  Objection to the
3  form.
4      A.    Yes.
5  BY MS. O'DELL:
6      Q.    As a GYN oncologist,
7  gynecologic oncologist, that's not something
8  that you're offering opinions on or that
9  would be within your expertise, correct?
10          MS. BROWN:  Form.
11      A.    That's not something I'm
12  offering opinions on or is within my area of
13  expertise.
14  BY MS. O'DELL:
15      Q.    Okay.  And you would not --
16  would defer to Dr. Longo and Dr. Rigler on
17  that point?
18      A.    I would refer to Dr. Longo and
19  Dr. Rigler.
20      Q.    And in regard to questions you
21  received about geology or deposits, talc
22  deposits, would you defer to experts in
23  geology on those particular matters?
24      A.    Yes.

114 (Pages 450 to 453)

Judith K. Wolf, M.D.

Page 454

1        MS. BROWN:  Form.
2        MS. O'DELL:  I don't know what
3    the form objection is, but let me see
4    if I can address it.
5    BY MS. O'DELL:
6        Q.    Dr. Wolf, would you defer to
7    geology experts in terms of the composition
8    of the particular talc ore deposit?
9        A.    A talc deposit?
10        Q.    Yes.
11        A.    Yes.
12        Q.    You were also asked by
13    Mr. Klatt about adhesions and inflammation,
14    acute inflammation following a surgical
15    procedure.  Is there any evidence -- any
16    suggestion that acute inflammation following
17    a surgical procedure causes ovarian cancer?
18        A.    No.
19        Q.    Let me -- you were asked some
20    questions about the IARC monograph, Volume
21    93, the 2010 monograph.  It was marked as
22    Exhibit 13.
23        A.    This one.  Yes.
24        Q.    And, Dr. Wolf, was IARC's

Page 455

1    examination of talc at the time they looked
2    at it in 2006, I believe it was, were they
3    considering talc containing asbestiform
4    fibers?
5        MR. KLATT:  Objection, form.
6    BY MS. O'DELL:
7        Q.    Let me just ask -- let me ask
8    you a different way, see if I can address the
9    objection.
10        Why don't you turn to page 277,
11    please.  And, Dr. Wolf, what is the substance
12    that the IARC working group is considering in
13    the 2010 monograph?
14        A.    Talc not containing asbestos
15    foreign fibers.
16        Q.    In other words, the 2010
17    monograph purported not to address talc with
18    asbestos?
19        MS. BROWN:  Objection, form.
20        MR. KLATT:  Objection, form.
21        A.    To investigate what they
22    thought or assumed was pure platy talc.
23    BY MS. O'DELL:
24        Q.    Is -- based on your review of

Page 456

1    the literature, the totality of the evidence,
2    can platy talc cause inflammation?
3        A.    Yes.
4        Q.    Does inflammation in the ovary
5    cause ovarian cancer?
6        A.    Chronic inflammation in the
7    ovary can cause changes that are associated
8    with ovarian cancer, yes.  Chronic
9    inflammation can -- in the ovary can cause
10    ovarian cancer.
11        Q.    You asked a number of questions
12    about asbestos and -- in terms of studies
13    involving millers and miners.  Would you
14    explain to what ultimately would be a jury,
15    but initially will be Judge Wolfson, what the
16    possible routes of exposure are for you,
17    know, asbestos and fibrous talc reaching the
18    ovary in the context of talcum powder
19    products?
20        MS. BROWN:  Objection to the
21    form.
22        A.    So the possible routes are from
23    the perineum, through the open vagina and
24    open cervix and open fallopian tubes to the

Page 457

1    ovaries.  From inhalation, smaller particles
2    can be -- cross the membrane, be absorbed by
3    the stroma, get into the lymphatic or blood
4    system and get it that way.  Fibrous
5    particles can pierce the lung in the diagram
6    and get into the perineal cavity that way.
7    BY MS. O'DELL:
8        Q.    And is -- are those opinions
9    you've just expressed supported by the data
10    in the IARC monograph, the 2012 monograph?
11        A.    Yes.
12        MR. KLATT:  Objection, form.
13    BY MS. O'DELL:
14        Q.    And did IARC conclude that when
15    asbestos and fibrous talc reached the
16    ovaries, they can cause ovarian cancer?
17        A.    Yes.
18        Q.    And IARC concluded that
19    asbestos and fibrous talc were known human
20    carcinogens?
21        A.    Yes.
22        Q.    You were asked a number of
23    questions about whether asbestos was
24    necessary in order to reach your opinions

115 (Pages 454 to 457)

Judith K. Wolf, M.D.

Page 458

1  about talcum powder products causing ovarian
2  cancer.  You recall those questions?
3      A.   Yes.
4      Q.   And is asbestos, as a component
5  of talcum powder products, essential in order
6  for talcum powder, baby powder and Shower to
7  Shower causing ovarian cancer?
8          MS. BROWN:  Objection to the
9      form of the question.
10     A.   So a talcum powder product has
11 all of these substance and I assessed it as a
12 whole.  Multiple of the substances are either
13 known to be carcinogenic or other substances
14 possibly carcinogenic or fragrances
15 irritating and inflammatory.  I looked at the
16 product as a whole.
17 BY MS. O'DELL:
18     Q.   If -- and you -- and in doing
19 that, looking at the product as a whole, was
20 it important to you to consider whether there
21 was a potent carcinogen such as asbestos in
22 the product?
23         MS. BROWN:  Form.
24     A.   It was information that added

Page 459

1  to my concerns about the product.  But
2  knowing that platy talc can cause
3  inflammation and is possibly carcinogenic, as
4  per IARC, and that platy talc appears to be
5  almost universally, as per Longo's testing,
6  part of talcum powder product, 41 out of 42
7  samples that she tested, and that fibrous
8  talc is asbestos, a form of asbestos, the
9  other asbestos fibers, one way or the other,
10 just add to my concern.
11 BY MS. O'DELL:
12     Q.   Yeah.  You -- and just when you
13 were relying, I think you misspoke.  You were
14 saying the 41 out of 42 samples in
15 Dr. Longo's testing and you referred to platy
16 talc.  Did you mean to say that?
17         MS. BROWN:  Objection to the
18     form.
19     A.   No, I meant fibrous talc.
20 BY MS. O'DELL:
21     Q.   And Dr. Longo tested Johnson &
22 Johnson historical samples for the presence
23 of fibrous talc?
24     A.   That's correct.

Page 460

1          MS. BROWN:  Objection to the
2      form of the question.
3  BY MS. O'DELL:
4      Q.   And did Dr. Longo find that
5  there was fibrous talc present in 41 out of
6  42 samples?
7          MS. BROWN:  Objection.
8      A.   She found fibrous talc in 41 of
9  42 samples.
10         THE REPORTER:  Hold on a
11     second.  I'm not hearing --
12         THE WITNESS:  I'm sorry.
13     A.   She --
14         MS. BROWN:  I -- sorry.  Go
15     ahead.
16     A.   She found fibrous talc in 41
17 of --
18         MS. BROWN:  He.
19     A.   He.  I keep picturing a woman.
20 Fibrous talc in 41 of 42 samples.
21         MS. BROWN:  And, Doctor, if you
22     wouldn't mind just giving me second to
23     object before you start answering --
24         THE WITNESS:  I'm sorry.

Page 461

1          MS. BROWN:  -- it will make the
2      court reporter's job easier.
3          THE WITNESS:  Sorry.
4  BY MS. O'DELL:
5      Q.   And if you pulled any one
6  component that you've talked about today out
7  of the talcum powder products, would that
8  change your opinions?
9      A.   No.
10         MS. O'DELL:  That's all I have,
11     Dr. Wolf.  Thank you.
12         MS. BROWN:  Go off?
13         MR. KLATT:  Yeah.
14         MS. BROWN:  Can we go off for
15     one second?
16         THE VIDEOGRAPHER:  Going off
17     the record.  The time is 6:36 p.m.
18         (Recess taken from 6:36 p.m. to
19     6:44 p.m.)
20         THE VIDEOGRAPHER:  Back on the
21     record.  The time is 6:44 p.m.
22         FURTHER EXAMINATION
23 BY MS. BROWN:
24     Q.   Dr. Wolf, you were just asked

116 (Pages 458 to 461)

Judith K. Wolf, M.D.

Page 462

1  some questions by counsel for plaintiffs
2  regarding Exhibits 20 and 21, articles that
3  you authored regarding ovarian cancer.  Do
4  you recall those questions?
5      A.   Yes.
6      Q.   Okay.  And you'd agree with me
7  that over the course of your career, you have
8  authored a number of articles, both in the
9  medical press and in the popular press,
10 regarding ovarian cancer, correct?
11     A.   Yes.
12     Q.   And you have never, over the
13 course of your entire career, published the
14 opinion that talc causes ovarian cancer,
15 correct?
16     A.   I have not.
17     Q.   And you have never, over the
18 course of your career, blogged or tweeted or
19 posted anything on any of the social media
20 accounts where you have a presence, that talc
21 causes ovarian cancer, correct?
22     A.   I have not.
23     Q.   And you have never spoken at
24 any symposia or conference and offered the

Page 463

1  opinion that talc causes ovarian cancer,
2  correct?
3          MS. O'DELL:  Object to the
4      form.  It's already been covered
5      previously today.
6          MS. BROWN:  Form is the
7      objection.
8      A.   Not that I recall.
9  BY MS. BROWN:
10     Q.   You were asked some questions
11 regarding the work of Dr. Longo and
12 Dr. Rigler.  Do you recall those?
13     A.   Yes.
14     Q.   And I assume you have not met
15 Dr. Longo; is that correct?
16     A.   No, I have not.
17     Q.   Okay.  And you told counsel for
18 plaintiffs, that you are relying on
19 Dr. Longo's quantification of asbestos.  Was
20 that your testimony?
21         MS. O'DELL:  Object to the
22     form.
23     A.   Quantification of -- to
24 understand how much of the -- what she found

Page 464

1  was in her testing.  I don't remember the
2  word "quantification of asbestos."
3  BY MS. BROWN:
4      Q.   So you are relying on
5  Dr. Longo's testing for how much asbestos is
6  in baby powder?
7      A.   To interpret her findings.
8          MS. O'DELL:  His findings.
9      A.   His findings.  I'm trying to
10 make Dr. Longo a woman.  It's not working.
11 BY MS. BROWN:
12     Q.   You -- in sitting here -- and
13 when you offered your opinion in this case,
14 though, you didn't have in mind a certain
15 amount of asbestos that was needed or found
16 in the baby powder to cause ovarian cancer,
17 right?
18         MS. O'DELL:  Object to the
19     form.
20     A.   Any amount of asbestos in baby
21 talcum powder product, I'm concerned about
22 causing ovarian cancer.
23 BY MS. BROWN:
24     Q.   And if I understood your

Page 465

1  testimony to plaintiffs' lawyer earlier, if
2  you took asbestos -- the asbestos that you
3  think is in baby powder, if you took it out,
4  you would still hold the opinion that baby
5  powder causes ovarian cancer; is that right?
6      A.   Yes.
7      Q.   And, in fact, that's your
8  opinion as it relates to any of the
9  components of baby powder that you believe
10 exists, such as platy talc, fibrous talc,
11 asbestos, heavy metals and fragrances,
12 correct?
13         MS. O'DELL:  Object to the
14     form.
15     A.   If I took any one of those out,
16 I think that talcum powder products would
17 still cause ovarian cancer.
18 BY MS. BROWN:
19     Q.   And what if you took two out of
20 the five out, would you still hold the
21 opinion that powder products cause ovarian
22 cancer?
23         MS. O'DELL:  Object to the
24     form, incomplete hypothetical.

117 (Pages 462 to 465)

Judith K. Wolf, M.D.

Page 466

1     A.    If you took any one of them
2   out, I would still have the opinion that
3   talcum powder product causes ovarian cancer.
4   I don't know how you can take all of them out
5   and still have a talcum powder product.
6   BY MS. BROWN:
7     Q.    Well, you understand that there
8   is -- talcum powder exists that does not
9   include fragrances, heavy metals, asbestos
10  and fibrous talc.  Do you have that
11  understanding?
12          MS. O'DELL:  Object to the
13  form.
14    A.    I'm not sure that there's
15  talcum powder that doesn't have at least
16  fibrous talc.
17  BY MS. BROWN:
18    Q.    And so are you of the opinion
19  that platy talc and fibrous talc alone cause
20  ovarian cancer?
21          MS. O'DELL:  Object to the
22  form.
23    A.    I'm of the opinion that talcum
24  powder product contains all of those

Page 467

1   ingredients that we list and that it causes
2   ovarian cancer.
3   BY MS. BROWN:
4     Q.    I'm with you on that.  What I
5   want to know is, are you of the opinion that
6   platy talc and fibrous talc alone cause
7   ovarian cancer?
8     A.    I'm of the opinion that platy
9   talc can cause cancer and fibrous talc is
10  considered a form of asbestos and can cause
11  cancer.  And that those are two of the
12  products in talcum powder product, two of the
13  substances in talcum powder product.
14          I don't know of any evidence
15  that the product doesn't have all of the
16  substances that I've described, and I don't
17  know that I can make an opinion that says if
18  it just had this and this, it would or would
19  not cause cancer.
20    Q.    And for your opinion, that if
21  you pulled out any one component of the
22  powder products, the product would still
23  cause ovarian cancer, do you rely on the same
24  epidemiology?

Page 468

1     A.    There isn't epidemiology
2   because -- because I don't know that the
3   talcum powder product in the epidemiology
4   left any of those out.
5     Q.    So you issued a multipage
6   report in this case, right, Dr. Wolf?
7     A.    Yes.
8     Q.    And that report contains
9   numerous cites to epidemiology that looked at
10  people using cosmetic talcum powder, correct?
11    A.    That's correct.
12    Q.    Is it your testimony here today
13  that none of that epidemiology informs your
14  opinion about Johnson & Johnson baby powder
15  products?
16    A.    That is not --
17          MS. O'DELL:  Excuse me.
18    A.    -- my opinion.
19          MS. O'DELL:  Object to the
20  form, misstates her testimony.
21    A.    What my understanding of your
22  question was is, do I have epidemiologic
23  studies that show that if one -- any one of
24  those substances is left out of the product,

Page 469

1   that it causes ovarian cancer.  And what my
2   answer is, is that my understanding is that
3   all of the epidemiologic studies are looking
4   at the product as I understand it and so I
5   can't give -- I cannot refer to a study that
6   has the product without one of those.
7   BY MS. BROWN:
8     Q.    And you were asked some
9   questions about the IARC monograph on
10  nonasbestiform talc.  Do you remember that?
11    A.    Yes.
12    Q.    And many, if not most, of the
13  epidemiology studies that you cite in your
14  report are contained and considered within
15  the IARC monograph on nonasbestiform talc.
16  True?
17          MS. O'DELL:  Object to the
18  form.
19    A.    I believe that's not true
20  because the -- again, this was 2010 and many
21  of the references that I report are after
22  this was published and they were only
23  reviewing up to 2006 or 2007 when they wrote
24  this.

118 (Pages 466 to 469)

Judith K. Wolf, M.D.

Page 470

1  BY MS. BROWN:
2      Q.   Sure.  And for studies that
3  looked at talcum powder products prior to
4  2010, you have considered and relied on those
5  in your report as well?
6      A.   Yes.
7      Q.   And, in fact, the Penninkilampi
8  meta-analysis that you regard as high
9  quality, includes a majority of studies that
10  were considered by the IARC group in 2006,
11  correct?
12         MS. O'DELL:  Object to the
13  form.
14      A.   It definitely includes some of
15  those older studies.
16         MS. BROWN:  I have no further
17  questions at this time.
18         MR. KLATT:  I have a couple
19  more.
20         FURTHER EXAMINATION
21  BY MR. KLATT:
22      Q.   Can you pull out Exhibit 9,
23  Dr. Wolf.
24      A.   Exhibit 9, yes.

Page 471

1      Q.   And Exhibit 9 is the document
2  that Ms. O'Dell discussed with you a few
3  minutes ago, where the FDA around 2009-2010,
4  tested both raw talc and off-the-shelf
5  talc-based body powder products, correct?
6      A.   Yes.
7      Q.   And I think you read a portion
8  where it said only four talc suppliers had
9  submitted their products to the FDA for
10  testing.  Do you recall that?
11      A.   Yes.
12      Q.   Are you aware that my client,
13  Imerys, was one of the four that did submit
14  their talc for testing?  And I'll just tell
15  you, in case you don't know, that Imerys is
16  the successor to Rio Tinto and Luzenac.  And
17  are those talcs tested by the FDA in Exhibit
18  9?
19      A.   Yes.
20      Q.   And what did the FDA find about
21  whether there was asbestos in those talcs?
22      A.   No evidence of asbestos.
23      Q.   In either the Rio Tinto
24  Minerals/Luzenac America talc, correct?

Page 472

1      A.   That's correct.
2      Q.   Have you ever recommended to a
3  patient of yours who does not have ovarian
4  cancer yet, that she have her ovaries removed
5  because of long-term talc use?
6      A.   No.
7      Q.   Would you make that
8  recommendation in the future?
9      A.   It would be a discussion that I
10  would have with the patient.  Looking at all
11  of her risk factors, if her only risk factor
12  was talcum powder usage, I would just want
13  her to know that she's at an increased risk
14  and let her make the decision about that.
15      Q.   Are you aware of any
16  professional --
17         MS. O'DELL:  Excuse me, Mike.
18         MR. KLATT:  I'm sorry.
19         MS. O'DELL:  I'm sorry.  Were
20  you done, Dr. Wolf?
21      A.   I mean, that's a tough
22  question.  The challenge is there's no
23  screening for ovarian cancer, right?  So if
24  you have someone who's at an increased risk,

Page 473

1  you can't say, well, we'll look at you more
2  often, we'll test you more often.  There's no
3  test to find ovarian cancer early.
4         On the other hand, the
5  generally accepted lifetime risk for ovarian
6  cancer to push a doctor to recommend
7  prophylactic surgery removal of the tubes and
8  ovaries, is a 10 percent or greater lifetime
9  risk.
10  BY MR. KLATT:
11      Q.   And talc use doesn't confer
12  that level of use, correct?
13      A.   It does not.
14      Q.   Okay.  And you're not aware of
15  any medical professional organization or
16  agency that has ever made the recommendation
17  that women who have used genital talc for a
18  certain period of time should consider having
19  their ovaries and fallopian tubes removed,
20  correct?
21      A.   I am not aware of any.
22      Q.   Can you show me one single
23  study, case report, case series, any type of
24  study at all, showing that a woman who used

119 (Pages 470 to 473)

Judith K. Wolf, M.D.

Page 474

1    Johnson & Johnson baby powder or Shower to
2    Shower product, had inflammation of her
3    reproductive tract as a result of that
4    powder?
5            MS. O'DELL:  Objection to the
6    form.
7        A.    I can't -- I can't show you a
8    paper that shows that.
9    BY MR. KLATT:
10       Q.    You believe that talc can get
11   to the ovaries via inhalation, correct?
12       A.    Yes.
13       Q.    Are you aware that talc's
14   ubiquitous in the environment?
15       A.    Yes.
16       Q.    Are you aware that women just
17   walking around on city streets can breathe
18   talc particles in during the course of their
19   life?
20           MS. O'DELL:  Objection to form.
21       A.    I'm aware that talc is
22   ubiquitous to the environment.
23   BY MR. KLATT:
24       Q.    Which means you can breathe it

Page 475

1    in every single breath you take, correct?
2            MS. O'DELL:  Object to the
3    form.
4        A.    I'm aware that talc is
5    ubiquitous to the environment.
6    BY MR. KLATT:
7        Q.    And so since it's ubiquitous in
8    the environment and since you take a breath,
9    you know, many times a minute, you're
10   probably inhaling talc particles every time
11   you breath, or at least every minute you
12   breath, correct?
13           MS. O'DELL:  Objection to the
14   form.
15       A.    I don't have evidence to
16   support that.
17   BY MR. KLATT:
18       Q.    Well, you -- and you know, for
19   example, that there's asbestos fibers in this
20   room as we sit here right now, don't you, Dr.
21   Wolf?
22           MS. O'DELL:  Objection to form.
23       A.    Do I know that for a fact?
24   BY MR. KLATT:

Page 476

1        Q.    Sure.  You've seen -- you've
2    read the IARC monograph, you know in indoor
3    air and outdoor air in urban areas, there's
4    concentrations of asbestos fibers just in the
5    air we breath.
6            MS. O'DELL:  Objection to form.
7        A.    I would have to test the air to
8    know for sure that there's asbestos fibers in
9    the air here.
10   BY MR. KLATT:
11       Q.    You haven't seen that data in
12   the IARC monograph that you reviewed?
13       A.    In this -- about the air in
14   this room, no.
15       Q.    I'm talking about indoor air
16   and outdoor area in urban areas.  You've seen
17   in the IARC monograph, that there's a certain
18   quantity of asbestos fibers in that air,
19   correct?
20       A.    There is a certain amount of
21   asbestos fibers in the air.
22       Q.    And so when you breathe that
23   air, you can inhale those asbestos fibers
24   and, according to you, they can end up in the

Page 477

1    ovary, correct?
2        A.    Yes.
3        Q.    And the same with talc
4    particles, correct?
5        A.    Yes.
6        Q.    Didn't even necessarily come
7    from body powder, correct --
8            MS. O'DELL:  Objection, form.
9    BY MR. KLATT:
10       Q.    -- just from the environment?
11           MS. O'DELL:  Objection to the
12   form.
13       A.    You can inhale it from the air
14   and it can get to the ovaries.
15   BY MR. KLATT:
16       Q.    How long have you known
17   Margaret Thompson, who is sitting here today?
18       A.    I met her about two -- a little
19   over two years ago.
20       Q.    Okay.  You've never seen or
21   been referred any patients by her; is that
22   correct?
23       A.    No.
24       Q.    Have you communicated with any

120  (Pages 474 to 477)

Judith K. Wolf, M.D.

Page 478

1    of the other plaintiffs' consultants by -- in
2    person, by phone, by e-mail, in any form or
3    fashion at all?
4        A.    The only one I spoke with was
5    Dr. Saed.  I spoke on the phone with him once
6    about, I'm going to say, a year or so ago.
7        Q.    And what was the substance of
8    that conversation?
9        A.    It was about his research.  I
10   had questions about what he was doing.
11       Q.    And what did you ask him?
12       A.    I don't recall exactly.
13       Q.    Did you keep notes?
14       A.    I did not.
15       Q.    How long was the phone call?
16       A.    I think it was about a half an
17   hour.
18       Q.    And when was that phone call?
19           MS. O'DELL:  I think she just
20       said.
21       A.    I think it was about a year
22   ago.  I can see I was standing in Arizona,
23   which meant I was still working for Provista,
24   so it was sometime before I left there.

Page 479

1    BY MR. KLATT:
2        Q.    Which month would that have
3    been?
4        A.    I don't know.
5        Q.    When did you leave there?
6        A.    My last working day there was
7    October 1st, but I hadn't been to Arizona for
8    months by then.
9        Q.    October 1st of?
10       A.    2018.
11       Q.    Okay.  But you think it was
12   about a year ago that you spoke to him?
13       A.    I do.
14       Q.    Approximately January of 2018?
15           MS. O'DELL:  Objection to form.
16       She's given her best estimate.
17       A.    Approximately.
18   BY MR. KLATT:
19       Q.    Can you tell me anything else
20   about the substance of what you talked about
21   with Dr. Saed on that phone call?
22       A.    I asked him what research he
23   was doing, what he was looking at, what type
24   of cell lines, what was he looking for.  We

Page 480

1    talked a little bit about the fact that he
2    worked in Detroit at Wayne State, where I
3    know the GYN oncologist, and we were friendly
4    about that.  I told him I thought his
5    research was interesting and important.  That
6    was it.
7        Q.    Are any of the Wayne State
8    gynecologic oncologists you know coauthors of
9    Dr. Saed's paper?
10       A.    Yes.  Dr. Robert Morris.
11       Q.    Have you talked to Dr. Morris
12   about this research?
13       A.    I haven't spoken with
14   Dr. Morris about anything in a couple of
15   years.
16       Q.    Have you communicated in any
17   form or fashion with any governmental
18   agencies about talc and ovarian cancer?
19       A.    I have not.
20       Q.    Did you keep any notes of your
21   discussion with Dr. Saed?  Maybe I asked
22   that.
23           MS. O'DELL:  Asked and
24       answered.

Page 481

1        A.    I did not.
2    BY MR. KLATT:
3        Q.    Did you ask Dr. Saed during
4    that phone call, who was funding his
5    experiments or work that he was doing?
6        A.    I don't remember.
7        Q.    What prompted that phone call?
8        A.    Margaret and I spoke about that
9    he was doing some research and she asked him
10   would it be okay if I talked to him, and so I
11   called him.
12       Q.    How long have you been a
13   gynecologic oncologist?
14       A.    I finished my fellowship in
15   1995.
16       Q.    Had you ever heard of Dr. Saed
17   before your discussion with Margaret
18   Thompson?
19       A.    I had not.  He's a Ph.D., so
20   it's not necessarily that I would know who he
21   was.
22       Q.    Well, you've been an academic
23   gynecologic oncologist for decades, right?
24       A.    Yes.

121 (Pages 478 to 481)

Judith K. Wolf, M.D.

Page 482

1    Q.    You have never once heard of
2  Dr. Saed, correct?
3    A.    I had not.
4          MR. KLATT:  That's all the
5    questions I have.
6          MS. O'DELL:  I just have one
7    question.
8          FURTHER EXAMINATION
9  BY MS. O'DELL:
10   Q.    Dr. Wolf, are your opinions in
11 this case contained in your report and in the
12 deposition you've given here today?
13   A.    Yes.
14         MS. O'DELL:  That's all I have.
15         MS. BROWN:  Just one final
16   question to that.
17         FURTHER EXAMINATION
18 BY MS. BROWN:
19   Q.    One final question, Doctor.
20 You're not relying on any materials to form
21 your opinion that are not contained in your
22 report or were discussed or marked as
23 exhibits here today, correct?
24   A.    My report, no, and my

Page 483

1  references, everything that's here today.
2  Nothing else.
3    Q.    And for a housekeeping item,
4  are all of the binders on that table to your
5  left, are those documents on Exhibit B of
6  your report?
7    A.    Yes.
8    Q.    Nothing additional, right?
9    A.    Nothing additional.
10   Q.    And all of the binders on the
11 table are the references in your report?
12   A.    The references and the
13 additional information that we provided
14 today.
15   Q.    Okay.  So with that, I don't
16 think it's necessary, unless anyone
17 disagrees, to mark all of the binders.
18         MS. BROWN:  And I have no
19   further questions.  Thanks.
20         MR. KLATT:  As long as the
21   binders don't contain any highlighting
22   or notations.
23         THE WITNESS:  Nothing.
24         MS. BROWN:  We're off the

Page 484

1  record.
2          THE VIDEOGRAPHER:  This
3  concludes the deposition of Dr. Judy
4  Wolf.  Going off the record.  The time
5  is 7:03 p.m.
6          (Deposition concluded at
7  7:03 p.m.)
8          – – – – – – –
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 485

1
2
3              CERTIFICATE
4
5      I, MICHEAL A. JOHNSON, Registered
   Diplomate Reporter and Certified Realtime
   Reporter, do hereby certify that prior to the
   commencement of the examination, JUDITH K.
   WOLF, M.D. was duly sworn by me to testify to
   the truth, the whole truth and nothing but
   the truth.
       I DO FURTHER CERTIFY that the
   foregoing is a verbatim transcript of the
   testimony as taken stenographically by and
   before me at the time, place and on the date
   hereinbefore set forth, to the best of my
   ability.

       I DO FURTHER CERTIFY that I am
   neither a relative nor employee nor attorney
   nor counsel of any of the parties to this
   action, and that I am neither a relative nor
   employee of such attorney or counsel, and
   that I am not financially interested in the
   action.

       _____
       MICHEAL A. JOHNSON,
       NCRA Registered Diplomate Reporter
       NCRA Certified Realtime Reporter
       Certified LiveNote Reporter

       Dated:  January 8, 2019

122 (Pages 482 to 485)

Judith K. Wolf, M.D.

Page 486

1      ACKNOWLEDGMENT OF DEPONENT
2
3
4          I,_____, do
   hereby certify that I have read the foregoing
5  pages and that the same is a correct
   transcription of the answers given by me to
6  the questions therein propounded, except for
   the corrections or changes in form or
7  substance, if any, noted in the attached
   Errata Sheet.
8
9
10
11
12  _____
   JUDITH K. WOLF, M.D.          DATE
13
14
15  Subscribed and sworn to before me this
16  _____ day of _____, 20 _____.
17  My commission expires: _____
18
19  Notary Public
20
21
22
23
24

Page 487

1          _ _ _ _ _ _ _
           ERRATA
2          _ _ _ _ _ _ _
3  PAGE  LINE  CHANGE/REASON
4     ____  ____  _____
5     ____  ____  _____
6     ____  ____  _____
7     ____  ____  _____
8     ____  ____  _____
9     ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____

Page 488

1          _ _ _ _ _ _ _
           LAWYER'S NOTES
2          _ _ _ _ _ _ _
3  PAGE  LINE
4     ____  ____  _____
5     ____  ____  _____
6     ____  ____  _____
7     ____  ____  _____
8     ____  ____  _____
9     ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____

123 (Pages 486 to 488)

Judith K. Wolf, M.D.

**A**

**AACES** 7:20
**abdomen** 440:15
**abdominal**
  22:12 408:4
  411:3,23
**ability** 30:10
  228:18 300:14
  485:9
**able** 24:4 56:22
  57:10 88:6
  132:12 202:4
  203:16 266:1
  289:13 327:17
**abnormalities**
  339:23,24
  343:2,3,6
  344:1
**abnormality**
  339:22
**absolutely** 17:4
  37:6 84:17
  85:7 120:17
  230:15 330:13
**absorbed** 457:2
**abstract** 36:10
  219:16
**abstracts** 235:3
  235:15
**academic**
  444:22 481:22
**accept** 396:23
**accepted** 36:11
  193:12 221:7
  221:11,19
  222:11 223:5
  235:14 391:9
  392:3 397:10
  473:5
**access** 73:6,15
  73:22 91:20
  155:22
**accommodate**
  11:9
**account** 196:18
  311:6 402:9

418:7
**accounts** 462:20
**accuracy** 173:17
**accurate** 262:14
  371:11
**accurately**
  263:11
**acknowledged**
  254:15
**ACKNOWLE...**
  5:16 486:1
**ACOG** 360:13
  360:17,23
  361:5,10,19
  362:3 364:19
  365:6,20 366:3
**acquired** 136:5
  315:16 320:20
**acted** 394:24
**actinolite** 117:11
  117:13,13
  118:9
**action** 303:7
  304:2 485:12
  485:13
**active** 49:10,13
  49:16 363:14
  365:24
**activities** 436:14
  436:18
**actual** 95:10
  221:1 371:9
**acute** 21:1,5
  189:22 217:17
  217:19,23
  218:10,13
  305:21 407:3
  408:17 409:2
  411:17 454:14
  454:16
**add** 459:10
**added** 71:7 72:9
  278:13 406:14
  451:4 458:24
**adding** 321:20
  392:23,23

**addition** 171:13
  178:24 181:12
  235:12,19
**additional** 40:3
  54:4 82:1 90:4
  223:3 244:13
  287:8,9,23
  288:13 359:1,2
  483:8,9,13
**Additionally**
  236:4
**additive** 71:7
  166:4,14 167:3
  167:5
**additivity** 167:7
**address** 302:11
  364:13 447:8
  454:4 455:8,17
**addressed** 392:5
**addressing**
  393:8,18
**add-on** 257:10
**adequate** 273:13
  273:24 276:14
  396:16,23
  397:3,3,11
**adequately**
  204:6
**adhesion** 411:7
  411:8
**adhesions** 23:14
  25:7 27:2
  407:17,23
  408:9,12 409:1
  409:4 411:13
  411:16,22
  412:9 413:12
  454:13
**adjusted** 310:22
**Administration**
  122:1 126:16
**Administratio...**
  124:20 234:9
**admittedly**
  132:12
**adulthood**

315:16,21
  316:1,24
  318:13,17
  320:21
**advise** 348:3
**advisory** 363:2,4
**advocacy** 365:1
**advocate** 55:10
  63:9
**affect** 148:11,12
  148:18 207:17
**African** 7:19
**African-Amer...**
  234:19 235:1
  292:10,15,24
  293:8,20
  294:21 296:1
  296:12,23
  297:8,18,22
  298:1,18
  301:13,16
  302:1,23 303:2
**African-Amer...**
  8:10 293:15,17
  295:2,10 296:8
  296:15 328:3
**afternoon**
  388:17,18
**age** 315:18
  316:7 318:18
  319:5 320:22
  321:4,15 322:9
  322:11 323:10
  323:19 356:5
**aged** 321:21
**agencies** 480:18
**agency** 30:9
  32:5 223:11
  224:5 227:18
  473:16
**agent** 179:19,19
  283:24
**agents** 283:13
  403:14
**ages** 321:6,7
  322:24

**ago** 10:2,14
  11:22 31:19,21
  45:5 155:4
  279:13 282:19
  342:17 389:8
  471:3 477:19
  478:6,22
  479:12
**agree** 21:12 22:2
  38:14 116:4
  156:3 158:17
  187:14 188:13
  189:15,21
  202:19 214:11
  217:12 220:7
  220:13 221:23
  224:2 232:10
  233:12 237:15
  243:12 245:10
  254:5,12,13
  265:6,14
  266:14 287:14
  287:21 296:23
  305:10 311:13
  315:14,19,20
  316:16 318:10
  319:5 320:24
  328:21 329:11
  331:1 332:15
  335:14 344:10
  350:10,16
  353:14 364:7
  368:21 383:16
  385:6 436:10
  439:21 462:6
**agreed** 132:23
**agrees** 281:9
**ahead** 11:2
  89:14 460:15
**aimed** 354:20
**air** 476:3,3,5,7,9
  476:13,15,18
  476:21,23
  477:13
**al** 7:10 8:6,13
**Alabama** 2:5

Alexis 3:2
  225:18
alexis.kellert...
  3:3
Ali 42:14 358:15
allegedly 209:21
  214:13
Allen 2:2 39:16
  40:2,5 41:21
  42:6 43:14
  395:22,24
  396:2,9
ALLISON 2:18
allison.brown...
  2:19
allowed 289:2
allows 84:21
Ally 9:16
amendment
  31:11
America 3:14,18
  388:20 471:24
American 7:16
  7:19
amount 107:8
  108:18 110:2,8
  110:17 131:14
  151:14,14,14
  151:20,23
  161:14 166:5,8
  181:2,7,9,20
  183:11,18,21
  190:16,23
  191:1 219:8
  220:23 254:24
  257:2 295:16
  295:17 325:13
  327:8,24
  332:24 335:15
  335:18,22,23
  335:24 336:11
  336:23 337:3,4
  374:20 375:20
  375:21 386:7
  386:17 464:15
  464:20 476:20

amounts 169:6
  347:16 377:5
  409:7
analysis 202:3
  239:3 247:8
  248:3 258:18
  258:19 261:18
  261:19 264:2
  268:10 270:1
  291:7 293:14
  303:5 305:8
  306:4 312:17
  317:11 333:8
  333:20 372:15
  384:11,13
  419:14
analyze 202:9
  302:21 304:13
analyzed 304:16
analyzing 152:4
  312:7
Anderson 48:11
  48:12,13,16,17
  48:18 156:2
  444:21
and/or 167:5
  182:9 372:8
  404:17
anecdotal 412:5
animal 14:14
  106:8 179:12
  182:1 192:16
  268:15 409:21
  410:7,11,18,21
  411:1
animals 175:19
  178:9,14,22
  180:5 184:5
  193:10 410:2,8
  410:12,17
  411:2
Anna 8:13
annual 297:23
answer 11:2
  15:2 24:13
  26:5,23 32:1

38:24 39:3,5
  58:16 61:17
  77:1,16 83:18
  85:14 86:6,9
  86:15,16,23,24
  88:24 89:3,8
  89:10 106:1
  115:13 120:22
  123:10 138:1,2
  144:4 147:24
  149:16 156:18
  161:17 163:9
  178:7 184:12
  202:10 203:1,4
  203:14 208:10
  208:15 231:3
  231:19 233:8
  245:13 247:3
  255:22 256:9
  257:12 262:4
  267:8,19 268:1
  268:2,22 269:8
  269:9,10,12
  270:5 289:2
  296:14 298:15
  299:11,13,14
  300:14,24
  301:4,6,9,10
  323:22 326:2,3
  326:15 327:13
  334:10 343:20
  346:7 368:2
  403:24 439:18
  469:2
answered 20:12
  26:18 27:13
  60:19 76:9
  78:8 80:22
  81:18 110:6
  111:21 134:7
  150:24 163:18
  165:9 179:15
  179:17 184:2
  268:21 271:10
  295:20 298:5
  298:14 299:8

301:2 312:22
  313:15 342:1
  480:24
answering 60:13
  460:23
answers 10:18
  24:5,16 486:5
anticipate
  210:13
anybody 96:14
  405:4
anybody's
  172:10
anymore 58:3,7
  185:11
Anytime 329:2
anyway 21:23
  41:15 139:5
  423:24
appear 40:4
  81:5 329:18
  377:7 450:10
APPEARAN...
  5:3
appears 37:2
  52:21 68:16
  100:20 103:13
  113:15 328:4
  459:4
APPEL 4:2
apples 162:7
application
  14:21 188:20
  189:2 190:6,9
  192:18 197:4
  208:9 332:16
  332:20 381:6
  385:4
applications
  108:17 332:4,4
applied 189:6
  193:22 194:4
  232:5 336:12
  346:10 441:11
  441:15 443:9
  443:11

apply 15:14
  107:7 441:11
  441:11
appreciate 84:7
  389:6
approach 13:18
  278:3
approached
  67:1
appropriate
  99:20 149:18
  300:17 386:21
  452:1
approximately
  94:15 315:17
  316:24 479:14
  479:17
April 7:14 234:1
archived 135:13
area 29:6,11
  63:13 107:14
  133:9 199:8
  212:22,23
  233:17 274:5
  274:11 380:6
  441:2,22,24
  442:3 443:1
  452:6 453:12
  476:16
areas 379:21
  389:3 476:3,16
Arizona 48:14
  48:18,19 49:11
  478:22 479:7
arrive 228:1
Arsenic 6:19
  8:19
article 7:17
  12:17 31:22
  33:14 34:3,11
  54:13 90:15,22
  91:3,10 142:2
  142:9 143:12
  143:19 146:24
  198:16,18
  203:7 207:18

Judith K. Wolf, M.D.

213:22 217:5
234:17 253:9
262:13 278:11
278:11 294:17
312:10 328:10
350:23 351:3,7
351:21 354:1,4
354:16,20,24
374:7 385:23
389:10,24
390:16,17
391:7,9,13
392:17,23
393:3,9 397:10
398:8 447:4
**articles** 13:13
17:23 27:21
34:1 43:6 69:8
70:16,17 98:10
104:4,11,15
108:14 141:18
157:11,22
214:6 278:7,10
278:22 279:6
279:23 351:14
351:18 357:10
374:5 446:24
462:2,8
**asbestiform**
115:16 455:3
**asbestos** 58:2
110:20 111:2
111:12,14,19
111:24 112:18
115:5 116:24
117:4,6,9,18
118:1,15,22,23
118:23 119:3,5
121:7 122:12
123:15 124:12
124:23 125:7
125:21 126:7
127:1,7 128:6
128:23 129:3
130:13,24
131:2,4,13,18

133:11,16
134:5,9,18
138:20 139:16
141:1,6 142:10
142:21 144:1
144:16,22
145:8,17 146:6
146:18 147:9
147:16,21
148:14 149:1,5
149:13 150:4,9
150:10,14,17
150:20 151:3
151:20,24
152:7,16
153:14,19,24
154:4,9,15,17
154:22 155:1,7
155:16,19
156:5,23
157:24 158:3,8
159:3,7 160:14
160:16,23
161:9,14,15,21
161:21 162:5,8
162:11,12,17
162:19 163:1,5
163:16 164:1,4
164:9,14 165:4
165:5,14,14,22
166:5,8,13,18
168:5,9,12,14
168:16,22
169:3,7,15,23
170:5,6 171:2
171:13 179:1
181:7 182:13
182:16,20
280:18 338:20
339:6,12,18
341:20 342:4
342:19 343:14
343:23 344:12
344:22 345:7
346:21 347:16
347:23 372:9

374:3,9,13,14
374:19,24
375:21 377:15
378:15,23
380:1 400:3,16
401:6 404:4
410:12,22
411:2 417:9,13
417:20,21
418:6,9 421:13
421:14,20
422:8,17,22
423:4,8,13
424:11 425:21
426:2,6,10
427:10 428:6
428:13,14,22
429:2 430:16
431:5,20 438:9
448:5,13,17
449:3 451:18
452:2 455:14
455:18 456:12
456:17 457:15
457:19,23
458:4,21 459:8
459:8,9 463:19
464:2,5,15,20
465:2,2,11
466:9 467:10
471:21,22
475:19 476:4,8
476:18,21,23
**asbestos-related**
339:7 344:15
345:9
**ascend** 191:14
**Ashkenazi** 356:8
**Asian** 379:23
**aside** 71:6 231:4
296:19 451:16
**asked** 14:10
20:12 24:3
26:18 27:13
43:4 45:5,19
60:19 61:10,18

64:14,18,22
65:4 70:9 76:8
78:8 80:22
81:18 83:4,6
84:2,16,18,19
85:13 86:21
101:13 109:9
110:5 111:21
120:18 132:18
134:7 150:23
163:18 165:9
179:15 231:20
233:6 268:20
271:10 289:8
289:12 291:9
291:13,22
298:5,14 299:7
299:8 300:6
309:8 310:8
313:15 317:7
318:9 322:9,20
322:24 342:1
342:17,24
358:14,14
389:9 449:15
451:17,21
452:10 454:12
454:19 456:11
457:22 461:24
463:10 469:8
479:22 480:21
480:23 481:9
**asking** 11:4
26:12 27:7,16
29:2 45:11
52:6,10 55:23
61:8 80:24
87:12 89:5
96:23 97:4
108:5,6 116:10
130:17 136:1
145:4 157:10
162:20,21
168:14 191:18
205:23 250:14

251:8 262:16
262:17,18
266:23 267:24
269:13 271:11
271:12 296:19
301:17 313:3,8
340:20 342:3,4
344:5 348:17
349:9 353:12
362:9 390:12
407:8 412:4,7
424:17
**asks** 34:14
401:20
**assess** 405:6
**assessed** 111:6
458:11
**assessment** 90:7
90:20 92:15
281:16 364:7
**assist** 24:5,10
**assistant** 53:11
348:7,9
**associated**
176:18 182:8
343:3 368:5
400:7 438:5
456:7
**association** 7:4
7:16,18 62:24
159:3 233:16
239:24 243:10
253:22 258:22
274:17 275:4
276:6 277:8
367:23 368:4
368:13,15,18
368:19 426:1
428:21 429:22
430:8,19
**associations**
271:3 311:6
369:9
**assume** 11:3
94:8 148:3
191:22 202:15

263:16 336:16
379:8,24
463:14
**assumed** 145:18
284:16 315:23
316:4 336:11
455:22
**assumes** 366:7
420:18
**assuming** 117:3
117:4 144:9
145:12,23
175:19 319:22
332:11 386:18
390:24 395:18
396:20 397:10
**assumption**
110:19 146:2
146:11,21
147:5,18
148:10 152:6
152:14 366:9
377:13 395:10
**assure** 312:4
**ASTM** 419:5,15
419:20 420:6
**Atlanta** 46:9,11
47:7 49:4
**atomic** 326:7
**attached** 37:22
53:5 486:7
**attempted**
107:11,24
108:10 150:1,7
161:19 162:1
162:15 168:19
189:4 191:13
218:19 219:3
302:11 328:10
334:7 373:2,5
375:1
**attempts** 162:23
**attention** 157:4
224:19 225:1
225:21 250:11
253:8 258:1

274:24 305:13
305:22 311:14
313:13 361:23
**attorney** 12:1
42:15 43:14,17
485:11,12
**attorneys** 14:9
42:6 69:22
70:1,6 72:18
81:20 97:14
395:18
**Austin** 1:14,15
3:13 44:2
**author** 16:20
90:15 199:19
199:23,24
200:15 220:21
220:22 304:12
386:4 394:24
**authored** 93:10
390:17 462:3,8
**authoring**
351:13
**authoritative**
229:19
**authority** 30:4,8
32:7 100:14
229:1 270:21
271:8 280:12
281:8
**authority's**
270:15
**authors** 250:12
253:13 263:11
307:13 310:18
395:2 450:11
**author's** 308:8
311:9
**available** 14:2
80:3 84:23,24
91:3,8 104:11
224:4 234:12
235:3,5 236:12
243:14 244:4
265:13 281:14
281:20 329:20

**Avenue** 3:3,12
3:17,21
**average** 316:7
370:5 371:13
**aware** 28:5
29:21 34:24
43:6 45:9
46:22 56:19
57:20,22 58:18
67:22 81:19
110:9 115:24
116:22 117:19
121:24 122:5
122:10 123:12
123:18,21
124:9,15
129:18,22
162:14,22
163:8,14 165:4
165:10 167:19
167:24 168:17
192:8,12
222:14 226:2
245:19 246:8
247:11 280:11
280:16 281:8
291:14 326:5
328:9 336:5,8
349:23 361:2,8
384:12 388:21
405:4 407:15
407:21 408:2
411:4 412:12
412:15 414:1,2
416:14,17
417:12,17,19
418:4,14 422:4
422:14 423:2,6
432:8,15 433:6
433:11,13,17
433:20 434:11
434:16,18,22
435:2,5,6,23
436:6,23 437:6
438:8,10
440:24 442:23

471:12 472:15
473:14,21
474:13,16,21
475:4
**a.m** 1:16 9:5
89:18,19,20,22
139:7,8,9,12

**B**

**B** 4:2 69:14,18
69:20 70:3,6
70:13,22 71:1
71:12,19 72:11
77:8 78:4 79:4
79:5,12 81:5
81:15 320:18
483:5
**baby** 123:22
124:2,11,20,22
125:20 127:1,7
128:1,5,22
129:2,19 130:2
130:13,23
131:1,3,9,14
131:18 133:15
134:5,8,12,17
134:22 136:18
142:15,19,20
143:6 144:2,8
145:7 146:5
147:19 150:3,8
150:15,21
151:9 165:23
170:6,24
171:16 174:24
175:13 176:2
180:8 182:14
182:16,19
183:6 372:2,17
373:3,10,17,24
375:7,23 377:7
420:15 447:17
448:5 458:6
464:6,16,20
465:3,4,9
468:14 474:1

**back** 38:2 89:21
89:24 94:7
98:2 120:16,20
139:11 155:8
162:2 165:12
169:20 181:6
195:13 208:11
212:7 213:8,15
219:2 225:13
225:16 253:1
263:3,14
279:21 281:22
315:10 324:20
332:9 378:8
388:13 392:8
393:7 403:2
418:22 430:6
440:12 444:5
445:21 452:9
461:20
**background**
43:2 419:4,19
420:7
**backside** 334:6
**bad** 343:11
377:11 422:13
**balance** 227:8
**banned** 29:18
407:18
**Banner** 48:13,13
444:21
**based** 76:10
108:22 124:10
159:5 191:23
195:12 201:4
201:17 202:15
202:20 203:20
221:8 217:12
229:7 253:23
259:20 281:18
285:20 301:24
303:23 318:5
318:10 327:9
327:14 338:1
347:17 377:13
385:23 400:11

423:12,14
426:3 428:13
428:23 430:17
455:24
**baseline** 298:24
**basically** 203:15
**basis** 34:6 75:7
75:11,14 76:3
76:6 77:23
78:5,10,13
87:1 88:21
93:9 125:19
126:5 127:6
181:22 190:22
**bathroom**
195:17 436:16
**Beach** 2:10
**beans** 435:3
**bear** 370:22
389:5
**bears** 113:13
**Beasley** 2:2
39:16 40:1,5
41:21 42:6
43:14 395:22
395:23 396:2,9
**becoming** 43:10
60:10
**began** 31:7
49:23 303:7
311:24 316:22
318:11 349:22
349:24
**beginning** 1:15
139:11 253:1
269:20 311:15
378:8
**begins** 9:2 100:6
101:8 227:1
273:12 317:20
**begun** 323:1
**behalf** 395:6
**beings** 175:14
178:2,3,10
**belief** 147:14
191:23 348:15

359:22 382:7
**believe** 13:6
25:14 28:8
46:12 49:3
50:8 53:6
56:15 58:7,17
59:1,14 95:16
111:11 112:16
119:18 125:2
127:6 131:1,18
134:8,11
136:12 143:16
147:4,5 148:12
151:19,23
153:13,23
154:4,17
158:12 161:7
162:4 163:4
165:17,23
173:11 176:5,8
179:16 182:13
184:2 192:1
194:21 198:1
221:6 223:4
227:17 228:6,7
228:14 235:7
254:15 255:10
261:6 278:8
281:17 282:17
285:15,19
293:1 297:18
312:11 322:23
338:12 339:5
339:11,17,18
340:7 342:3
352:8 359:16
361:9 363:19
366:2 369:3
371:14,24
372:2,6 373:11
375:22 379:16
379:19 380:8
380:19,21
381:2,4,7,9
385:2,11
387:22 389:8

395:20 413:21
421:3,16
422:21 429:7
455:2 465:9
469:19 474:10
**believed** 155:6
**believes** 283:13
**berating** 300:16
**Berge** 8:6 247:7
247:12,14,20
248:2,11 249:1
249:5,17,24
250:9,16 251:2
251:16 252:11
253:6 257:14
258:2 262:2
264:2,7,17,21
265:7,11
283:10
**Berge's** 257:15
259:12 261:11
**best** 8:17 30:8
32:16 243:2
255:7 300:14
340:10 341:4
341:10,23
354:3 365:2
447:3 479:16
485:9
**beyond** 126:22
134:22
**bias** 99:21
103:14 254:2,9
254:14 255:9
255:12 284:22
302:12 304:3
305:11,17
306:5,6 310:24
311:5,10,15
312:5,12,19,24
313:18,18
314:1 329:4
**BIDDLE** 3:6
**big** 255:3
**bigger** 113:11
**biggest** 153:9

**bike** 195:18
436:16
**billed** 41:21
219:19
**binder** 68:14,24
113:3
**binders** 69:4,13
71:21 483:4,10
483:17,21
**biologic** 367:24
**biostatistician**
256:1
**birth** 56:2 65:7
**bit** 10:14 24:22
25:22 26:12
44:19 344:8,8
348:12 480:1
**Black** 7:13
**Blair** 6:16 98:21
98:23 99:1,6
99:10 100:13
100:17,20
**blocked** 195:2
**blogged** 462:18
**blood** 2:13 192:9
432:23 433:2,7
434:12,14
435:16,18
457:3
**Blount** 141:3,5
142:23
**Blount's** 141:15
141:17 142:8
374:6
**blueprint**
391:15
**board** 278:20
279:4 363:2,3
363:4
**body** 7:18 15:14
15:15 18:13
23:15 32:15
56:21 189:8
190:10 196:16
205:20 211:8
215:1 220:15

243:13 244:10
253:23 254:7
278:8 279:22
281:21 311:6
319:4 320:22
335:23 399:14
399:22 400:1
400:18,24
401:14,24
405:3,11
407:16 409:8
409:13 415:16
416:6,16
420:24 433:4,8
434:4,13,15
435:17 436:12
437:2,18
438:17 439:24
440:2 471:5
477:7
**body-only**
204:18 205:5
**body-use-only**
206:7,11
**bold** 99:15
**bomb** 326:7
**bombs** 326:22
**borderline**
241:2
**bottle** 151:9
170:15,24
171:11 183:6
372:19 374:24
452:16 453:1
**bottles** 136:19
171:2,13 191:6
191:7
**bottom** 332:10
394:20
**bounds** 84:9
**boys** 316:12
**Bradford** 286:1
286:7,13,17,24
287:4,5 288:16
333:13,18,22
366:17,23

367:4 368:16
**brain** 169:5
**BRC1** 337:12
**break** 11:8
  65:21 85:7
  88:16 89:14
  139:5,15
  203:12 210:11
  211:5,16 213:7
  241:20 253:5
  281:7 315:5
  378:12
**breaks** 11:6
**breast** 337:18
  355:21,24,24
  356:4
**breath** 185:19
  475:1,8,11,12
  476:5
**breathe** 474:17
  474:24 476:22
**breathed** 432:6
**breathing**
  342:19 344:2
**briefly** 13:22
**brings** 27:23
**broad** 450:16
**broader** 278:9
**Broadway** 2:14
**brought** 58:1
  68:2,5,7 394:5
**Brown** 2:13,18
  5:7,10,13 9:13
  9:16 11:17
  12:10 13:14
  17:10 18:11,21
  19:7 20:16
  22:1,15,24
  23:10 24:1,14
  26:10 27:3,19
  29:3,15 30:12
  30:22 31:14
  33:6 35:9,15
  36:14,20 37:19
  38:24 39:13,14
  39:23 40:9,17

40:22 41:2,5
41:12,18 44:3
44:17,18 50:17
52:12,17 53:1
54:1 55:15
57:12 58:8
59:6 60:12
61:3 62:18
63:7 64:6
65:12,20 66:8
66:10,15,23
67:8 68:11
73:9,17 74:1,8
74:22 75:16
76:14 77:6,21
78:12 79:8
80:5,8,16 81:1
81:12,22 82:9
82:12,17,21,23
83:19,22 84:2
84:17 85:5
86:7,20 87:20
87:24 88:5,14
89:11,13,16,23
92:3,6,16 93:1
93:2 94:6 95:3
95:12,17 97:2
98:3,20 101:4
101:21 102:6,8
102:17 103:3
103:10 104:1,7
104:16 105:16
107:9,20 108:7
109:1,12,20
110:15 111:10
112:1,11 113:8
115:7 116:1,11
117:7 118:10
119:1,14 120:1
120:17,21
121:4,17 122:8
122:15,18
123:1,5,8,20
124:8,17 125:8
125:16 126:4
126:12 127:4

127:11 128:11
128:17 129:6
129:11 130:9
130:20 131:20
132:3,10,19,20
133:12 134:10
135:1,16 136:3
136:16 137:4,8
137:17 138:8
138:18 139:3
139:13 140:13
140:20 141:13
142:5 143:18
144:13 145:5
146:1 147:17
148:8 149:2,22
150:12 151:6
151:18 152:2
153:12 154:12
156:12,20
157:3,12,18,23
158:23 159:11
159:22 160:7
161:6 162:13
163:13 164:5
165:1,20
166:11 167:15
168:10 169:10
170:11 171:4
172:8 173:8,23
174:12 175:10
175:22 177:1
177:23 178:11
179:3,9 180:2
180:20 181:21
182:11 183:3
183:19 184:13
186:13 187:1
187:13,21
189:3,14 190:7
191:9,20
193:14 195:21
196:5,15 197:5
197:18 198:8
198:23 200:13
201:12 202:1

202:18 203:8
203:18 204:11
204:22 205:9
205:18 206:17
207:23 208:20
210:4,10,14,18
211:2,3,14
212:3 213:7,19
214:4,5,22
215:9,23
216:10,20
217:4 218:18
219:18 221:4
222:5,13 223:1
224:1,12,17,20
224:22 225:6
225:11,14,18
225:19 226:17
228:20 229:23
230:15,21
231:5,8,12,16
231:23 232:17
233:9,20 236:7
237:4,22
238:19 239:1,5
239:10,13
240:7,10,14
242:15,21
243:3 244:1,9
244:18 245:4
245:16 246:3,5
247:6 248:1,16
249:21 252:1,9
252:17 253:3
253:20 255:13
260:6,16,18
261:9,22
264:13,22
266:10 267:11
268:7,17 269:3
269:11,15,17
270:11 271:5
271:16 272:4
273:5 274:23
275:13,18,24
276:1,12 277:4

279:10 280:19
281:6 282:2
283:3 284:19
285:11,22
286:20 287:20
288:18 289:5
290:7,19 292:1
294:5,10,15
296:3,9 297:5
298:6 299:1,10
299:16,18,22
300:1,18 301:5
301:18 302:6
302:16 303:11
303:18 304:8
305:19 306:2
306:15 307:12
307:19 308:7
308:18 309:4
309:16 310:17
313:6,22
314:18 315:2,5
315:12 316:6
317:9 318:7
319:2,11,20,24
320:9,15
322:12,21
323:7,16 324:1
325:5,22 327:1
327:5 328:8,20
329:5 330:2,23
331:19 332:14
333:11,19
334:19 335:3
335:13 336:3
336:19 337:5
338:17 339:14
340:19 341:1
341:17 342:7
342:16 343:10
344:6,19
345:15 346:17
348:1 349:6,7
349:17 350:18
350:22 353:10
353:22 357:8

363:7 364:1,16
365:4,22
366:14 367:1
367:12,18
368:11 369:5
369:18 370:15
372:13,20,23
373:1 374:22
376:14 377:3
377:10,20
378:10 380:16
382:4,18 383:1
384:1,22
385:19 386:22
387:13 388:3
389:9 425:7
426:13,21
427:17 448:6
449:6 450:20
452:3,19 453:2
453:10 454:1
455:19 456:20
458:8,23
459:17 460:1,7
460:14,18,21
461:1,12,14,23
463:6,9 464:3
464:11,23
465:18 466:6
466:17 467:3
469:7 470:1,16
482:15,18
483:18,24
**Brown's** 399:12
**building** 42:15
42:18
**bulk** 133:15
223:18
**bullets** 355:14
355:15
**burden** 7:9
**bursa** 409:22
**Buz'Zard's**
220:16
**byline** 351:8
**B12** 433:21

### C

**C** 2:1 3:1 4:1
320:6,8
**CALCAGNIE**
2:8
**calculated** 109:2
256:12
**calculation**
256:4 257:14
257:16 259:13
261:11
**calculations**
452:23
**California** 2:10
2:15
**call** 263:20
398:5 478:15
478:18 479:21
481:4,7
**called** 9:9 46:2
351:14 360:13
416:19 449:11
481:11
**calling** 286:18
**Canada** 90:7,21
281:16
**Canadian** 90:20
**canal** 442:2,18
**cancer** 7:5,17,19
7:19,22 8:5,8
8:11,15,18
14:1,22,24
15:7 17:8 18:4
18:14 19:12,19
19:23 20:1,8
20:15,19 21:13
21:18,20 22:6
23:4,9,15 25:3
25:13 26:1,9
26:16 27:11,18
28:7,24 30:1
32:6,16 42:23
43:5,7 44:13
45:7,14 47:18
48:3,4,7 54:14
54:18,23 55:7

55:18,21 56:3
56:4,6,8,16,23
57:1,6,16,24
58:10,22,24
59:3,9,16,17
61:6,12,16,23
62:4 63:1,18
63:22 64:10,13
64:16,20,23
65:7 67:3,13
76:7 106:6,20
107:23 108:10
108:11 109:4
109:23 110:4
110:18 126:23
138:16 153:1
153:11,15,22
154:1,7,18,21
155:7,13,16
156:5,23 158:4
158:9 159:4,20
160:2,15,18,23
163:16,23
164:10,21,23
165:6,19 166:7
166:10,16,19
166:22,24
167:1,12,19
168:13,23
169:8,12,17
171:7,17
174:15,20
175:2,6 176:4
176:9,16,20
177:6,11,19
178:16 179:6
179:12,19,20
179:22 180:1,9
180:15,16
181:18 182:6
183:12,23
184:5,8 185:11
188:7,15
189:18 190:5
195:5,24
196:10 197:3

203:22 204:4
205:4 208:15
208:24 209:15
212:10 217:15
217:19 219:9
220:6,9,19
222:7 224:5
226:5 229:2,5
229:15 232:23
233:17,24
234:21,23
235:1 237:7,19
238:7 241:7,9
243:10 244:3
244:11 245:9
248:20 251:21
253:15,23
254:8,21 257:9
259:3 264:10
265:17 266:17
267:5,15 268:5
270:13,19,22
271:2,7,13,17
271:19,22
272:9,20,21
273:1,6,8,11
273:14,22
274:4,14,17
275:1,5 276:4
276:7,14 277:5
277:9,23 278:4
278:6 279:1,19
280:2,13,21
281:2,10,19
282:17 284:11
289:3 290:18
290:23 291:4
292:9,21
294:23 295:3
295:17 296:16
296:24 297:14
297:21,24
298:10,12,17
298:19 299:5
301:14,16
302:2,5 303:1

303:1 304:4,20
309:10,22,24
310:8 311:7
316:13 317:21
317:23 324:23
325:8,13,20
326:1,9,9,11
326:15,17
327:9,21,22
328:5,13
331:14 336:22
337:11,13,14
337:18,18
338:4,19
339:20 340:2
342:6,15 343:2
343:5,7,22
346:11,21,23
347:19,24
348:5,16
350:11,24
351:23 352:9
353:18 354:3
354:21 355:1,7
355:13,21,24
356:1,4,5,13
357:3,12
359:15,18,23
360:24 361:5,7
361:13 362:5
362:20 363:1
363:11,18,21
364:20 365:16
366:5 368:6
372:3 375:24
376:4,6,12,19
376:24 380:9
381:16 382:16
387:16 389:11
389:14,19
395:6 397:15
399:15,24
400:8,13,18,24
401:13,23
404:21 405:2,7
406:19,21

407:6,11,13,14
407:24 410:3,8
410:13,16,19
411:3,9,15
412:1,10,19
413:13 420:23
421:8,9,15,18
421:20 422:2,5
422:18,23
423:5,10,14
426:2 428:13
428:22,22
429:10 430:4
430:11,17,21
437:3,20 438:6
438:19 439:1
439:14 445:2,6
445:7,9,11
447:4 449:11
454:17 456:5,8
456:10 457:16
458:2,7 462:3
462:10,14,21
463:1 464:16
464:22 465:5
465:17,22
466:3,20 467:2
467:7,9,11,19
467:23 469:1
472:4,23 473:3
473:6 480:18
**cancers** 21:22
21:22 133:9
160:19,19,20
160:20 238:14
240:22 347:9
406:21
**cancer's** 223:11
267:6
**capable** 115:15
116:23 401:12
401:22 402:2
405:1 445:9
**carbon** 7:13
192:6
**carcinogen**

458:21
**carcinogenesis**
25:6 154:6
206:13 220:18
385:5 400:2
**carcinogenic** 6:9
6:21 7:12 8:21
31:10 127:3
150:17 153:21
154:10 164:14
164:15,16,17
164:18 168:6,7
168:8,9 170:8
170:9 171:9,10
221:3 280:18
280:18 281:3,5
282:1 283:13
283:24 284:18
284:21 285:14
286:23 340:12
372:8 373:7
376:5 377:2
385:5,16 401:5
401:7 402:8,8
403:8,8,12,16
404:4,5,6,8,9
404:19 431:24
432:2 434:6,6
434:8 458:13
458:14 459:3
**carcinogenicity**
168:3 182:10
205:2 206:12
283:21 432:4
**carcinogens**
387:17 457:20
**carcinoma**
238:5
**care** 4:5 12:22
42:22 59:15
131:9 149:6
186:1 187:4
**career** 408:5
462:7,13,18
**case** 1:4 10:3,6,9
29:17 43:9

45:21 56:14,19
57:20 95:2
96:16,24 106:1
107:11 108:9
111:18 152:5
157:7 158:2
170:13 191:23
196:18 203:17
207:4 208:1
216:12,18
225:24 234:16
268:9,19 270:2
271:23 303:4
303:13 359:5
360:22 367:9
370:18 388:20
450:19 464:13
468:6 471:15
473:23,23
482:11
**cases** 1:6 216:18
216:23 217:3
259:2 308:24
357:20 395:7
**case-control** 7:6
199:1 235:6,20
236:17 247:24
249:18 250:5,8
253:16 254:1,6
254:14,16
255:6 258:23
259:8 275:6
277:16 287:9
287:23 288:4,9
289:8,11,15,19
290:21 291:6,8
291:16 302:3
302:24 304:13
311:16 327:7
327:10 370:11
387:23
**Casper** 17:9,17
17:22 18:9
19:5
**category** 283:23
417:1,2

**causal** 92:15
159:2 233:16
426:1 428:21
**causation**
107:17 235:4
268:15 287:12
290:2
**causative** 237:18
271:4
**cause** 14:1,22,24
15:7 21:13,18
25:7 26:7,16
27:10 61:12
62:3 106:6
109:3,22
153:14,21
154:18 156:5
167:12 168:13
171:6,17
174:24 177:10
178:21 181:24
182:5 183:12
183:16,22
184:4,10
188:15 189:17
208:24 209:15
213:2 217:14
220:6,9,19
298:9 325:8
339:13 343:9
343:22 346:11
372:7 376:3,5
376:18 381:15
385:4 399:23
400:13 402:15
402:16 403:3
404:12 405:6
406:18 407:2,6
407:10,12,16
407:24 408:9
409:17 411:3,6
411:8,13,15
412:10,18
413:13 420:22
421:9,17,20
422:2 438:24

439:14 445:11
456:2,5,7,9
457:16 459:2
464:16 465:17
465:21 466:19
467:6,9,10,19
467:23
**caused** 22:3 23:4
28:7 154:21
155:7 178:2
179:12 310:24
344:12 410:8
410:12 416:19
**causes** 20:2 23:8
27:18 55:20
56:15,23 57:5
57:16 58:10,21
61:23 64:9
67:3 76:6
106:20 107:22
108:9,11
110:18 153:24
154:6 158:3,8
160:23 163:16
164:10,21
166:22,24
168:23 178:15
182:6 184:6
188:2 189:16
189:21 220:24
280:13,21
281:10 284:11
297:14 336:22
339:18 346:21
348:5,16
350:12 351:23
352:9 357:3,12
359:14,23
362:5,20
363:20 372:3
375:23 376:6
380:9,20
381:22 384:5
385:14 400:17
400:24 407:24
410:18 421:7

421:15 437:20
454:17 462:14
462:21 463:1
465:5 466:3
467:1 469:1
**causing** 22:18
23:14 212:9
214:14 219:14
339:7 342:20
401:9,12,23
402:12 405:2
406:24 445:10
458:1,7 464:22
**caveats** 267:3,7
268:3 290:16
**cavities** 411:3
**cavity** 19:18
22:12 230:3
457:6
**CDC** 366:3
**cell** 215:1
219:13 241:2
241:11,18
242:9 381:21
381:24 382:2
382:16,17
479:24
**cells** 189:6 221:2
380:23 381:8
382:15 385:15
385:15 406:23
**certain** 66:1,5
107:1,8 175:24
250:21 284:5
398:16 417:12
464:14 473:18
476:17,20
**certainly** 18:19
21:12 28:16
82:24 83:11
88:16 121:23
128:23 132:23
160:15 188:1
191:6 260:24
343:8,24 353:1
443:5 451:7

**certainty** 400:12
**CERTIFICA...**
5:15 485:1
**Certified** 1:18
485:3,18,18
**certify** 485:4,7
485:10 486:4
**cervical** 166:24
167:1 193:6
**cervix** 193:5
441:3,6 442:3
442:6,18
456:24
**cetera** 451:11
**cgarber@robi...**
2:9
**challenge**
472:22
**challenges** 255:2
333:6
**challenging**
29:12,14 255:1
333:4 334:10
**chance** 103:8
202:13 284:22
369:24
**chances** 171:12
**Chandler** 17:9
17:17
**change** 30:11
98:2 134:3
148:15 172:1
252:17 311:18
311:18 375:3
378:2 380:23
382:2 409:3
461:8
**changed** 72:9
237:17 379:17
**changes** 19:15
19:17 219:17
221:1,2 280:6
381:21,21,23
382:13,14
393:9 406:24
407:2 409:23

456:7 486:6
**CHANGE/RE...**
487:3
**changing** 172:4
**chapters** 63:21
**charge** 358:15
**charged** 358:5
**chart** 113:16
114:12,18
116:3,19 117:8
117:24 119:16
121:8 155:6,9
155:10,11,11
383:13,18
**charts** 263:6
383:21 416:13
**check** 92:24
122:1 174:1
386:19
**checking** 122:6
**chemical** 170:14
185:17 186:11
**chemicals**
174:23 175:12
175:24 177:7
181:24 290:3
**chest** 206:4
339:22,24
343:3,6 440:16
**children** 387:1,7
**China** 379:15,24
**chocolate** 435:4
**choose** 267:19
360:15
**chose** 251:23
252:7 264:11
264:24
**chromium** 111:3
164:16 168:7
372:10 400:5
400:16 404:7
431:24 432:8
432:22 433:1,3
433:7
**Chromium's**
432:17

**chronic** 20:24
21:4,4,9 22:13
23:3 217:19,23
217:24 218:5,5
218:10,14,21
380:9 381:16
381:20 406:22
407:4,5,8,10
407:12,13
408:24 456:6,8
**circumstance**
337:22
**circumstances**
50:23
**cite** 22:16 23:1,7
25:18 27:16
193:16 224:3
230:7 283:8
469:13
**cited** 20:5 72:3
74:18 95:10
101:19 140:1
283:2 382:19
414:3 420:12
449:24
**cites** 143:1
320:23 383:3
468:9
**citizen's** 228:22
229:11 232:1
329:12
**city** 474:17
**clarification**
52:6
**clarify** 178:20
308:15
**clarifying**
172:13
**class** 303:7
304:2
**classification**
227:14 283:12
**classified** 276:4
**clear** 29:4 39:11
40:21 85:12
152:8 216:11

241:18 322:18
324:21 326:22
349:8 377:4
380:7 444:10
**clearly** 159:4
426:3 428:23
**Cleveland** 3:22
**client** 471:12
**clinical** 28:13
46:3,5,7,22
47:13 360:12
**clinician** 33:15
**clinicians**
360:15
**close** 67:17
244:12 247:9
354:8 356:3
369:10,15,21
**coalition** 233:24
363:2,11,19
364:4,20
365:17
**coauthors** 35:17
480:8
**cobalt** 111:4
164:17 372:10
400:5,16 404:8
431:24 433:20
434:2,7,12
**cofactors** 200:12
200:14
**cohort** 99:18
101:13 103:16
159:5 197:16
236:23 237:10
238:3,11
240:20 242:4
242:13 243:5,8
247:14,21
248:12 249:4
249:10,15
255:3,15
256:22 258:18
258:23,24
259:5,9,14
261:14,20

265:11,14,21
266:4,13,22
275:6 277:17
282:4,11
287:11 288:24
289:20 293:11
383:10,22
423:14 426:4
428:24
**cohorts** 242:10
247:24 248:11
249:19 261:12
261:24 262:7
265:9,11,16
266:22 268:9
268:19 270:2
324:12 370:17
**colleague** 43:8
385:21 388:5
**colleagues**
185:23 362:1
362:24 371:2
**colon** 337:14
**Colorado** 130:2
**column** 159:1
253:12 258:5
310:21 425:24
429:8
**combination**
164:20 165:17
166:9,21,22
169:15 376:17
404:19
**combined**
250:13,23
251:5
**combining**
261:2
**come** 51:7 59:15
104:10 206:23
212:7 213:8
253:15 283:5
326:8 327:7
358:13 361:20
361:21 365:8
411:19 477:6

**comes** 15:13
17:16 126:7
270:22 274:13
**coming** 105:6
124:21 195:6
379:20 441:1
**commencement**
485:4
**comment** 34:15
429:17
**commentary**
132:16 149:16
172:4
**comments** 392:4
392:12,19
393:2,7,9,12
393:17,18,19
416:3
**Commerce** 2:4
**commercial**
136:13,13,14
**commission**
486:17
**committed**
121:2
**committee** 2:6
2:11,16 280:6
361:21
**common** 187:11
238:6
**commonsense**
295:14
**communicated**
477:24 480:16
**communication**
84:20 85:18
**communicatio...**
86:3
**community**
46:16 51:20
52:2,7,15
116:13 133:14
193:12 194:8
194:22 195:8,9
221:8,12,20
222:4,12

228:15 348:3
**company** 25:18
46:2 51:3,5,8
51:12 53:10
73:4,12,16
77:7 79:10,17
88:20 147:13
352:14 388:22
416:1,1 446:6
**compare** 190:22
191:6 223:7
251:7
**compared**
313:19 346:23
367:23 392:12
**comparing**
261:17
**compiled** 81:16
81:20
**complete** 101:8
246:24 427:10
**completed** 96:9
96:11
**completing**
359:4
**complications**
408:13
**component**
165:15 458:4
461:6 467:21
**components**
127:2 152:22
153:3 154:5
162:11 166:9
169:22 173:15
173:18 176:22
177:21 184:10
290:4 343:22
379:17 465:9
**composition**
170:14 371:23
452:24 454:7
**comprehensive**
427:7
**comprise** 74:13
**comprised** 259:2

**concentrate**
138:19
**concentrations**
476:4
**concept** 203:19
250:17
**concern** 17:21
20:24 21:9
23:9,13 25:5
25:13 26:6
27:1 28:9
60:11 61:1
84:7 126:21
131:11 148:22
151:15 153:9
153:10,17
155:17 167:5
175:9 181:18
181:19 182:23
196:3 254:13
281:1 311:16
369:7 370:1
373:7 406:22
459:10
**concerned** 20:3
60:24 165:16
177:4,22
180:17 183:2
183:18 246:22
255:11 354:21
369:20 370:6,7
407:3 464:21
**concerning**
162:10 176:23
178:23 179:1
179:21 217:18
353:4
**concerns** 16:15
17:7 20:6
45:13 67:12,14
362:9 376:13
384:13,14,21
384:23 400:2,8
400:10 437:24
459:1
**concert** 33:10

**conclude** 18:15
310:18 457:14
**concluded**
159:12 227:9
275:2 280:12
280:20 307:14
313:23 384:16
457:18 484:6
**concludes**
233:14 306:23
316:23 331:8
484:3
**concluding**
341:18 346:20
**conclusion**
18:13 27:23
106:19 148:7
159:17 160:13
160:22 214:23
223:11 227:21
228:1 285:20
306:16 307:22
308:9 314:11
320:18 322:14
323:23 340:16
340:21 341:3
347:2 365:9
385:7 431:1
**conclusions**
32:19 102:16
106:12 188:14
314:14
**conclusive**
233:15
**condom** 195:23
**condoms** 16:11
16:24 17:8,15
17:21,24 18:5
18:14 19:13,16
20:9 25:9,19
196:8 197:8
**conducted**
123:13 303:5
**confer** 473:11
**conference**
54:21 462:24

Case 3:16-md-02738-MAS-RLS   Document 9888-3   Filed 05/29/19   Page 1182 of 1294 PageID: 65203
Judith K. Wolf, M.D.

Page 499

conferences
63:17
confidence
263:12,20
284:24 369:9
369:21 370:2
confident
369:15
confirm 71:5
263:16 323:6
328:19
confirmation
288:14
confirmed 119:4
conflict 394:20
396:17,21
conflicts 395:3
confounded
312:5
confounders
200:16
confounding
204:9 284:22
confused 62:16
130:16
confusing 52:11
58:17
confusion
393:24
Congress 3:12
conjunction
40:14 176:21
364:12
connecting 27:6
connection
25:18 29:17
30:14 61:16,19
130:11 138:10
154:14 191:21
193:15 225:23
257:19 340:3
349:11,20
358:7 359:11
372:15 386:8
consider 13:2
30:3,7,13,16

30:21 32:4
70:20 74:17
105:2 124:18
127:20 130:1,3
130:10,18
197:23 205:10
207:10 211:17
221:13 256:21
257:13 259:12
261:10 265:12
266:12 268:13
270:20 271:6
271:21,24
272:19,24
282:3 303:4,13
308:8 311:9,20
314:2 317:10
323:8,18 324:3
329:3 341:3,21
360:22 367:14
367:22 368:12
368:14 396:23
458:20 473:18
consideration
126:20 127:17
considered 16:9
32:18,22 70:19
87:17 128:4
130:18 138:14
159:24 187:16
197:10 199:14
204:16 223:4
227:20 278:19
280:17 281:2
301:20 305:7
315:3 322:19
340:21 342:8
345:17 347:18
365:5 369:6
397:11 414:5
420:7 450:18
451:8,13
467:10 469:14
470:4,10
considering 8:12
32:11 197:6

223:10 355:8
455:3,12
considers 226:3
consistency
255:8 288:15
288:20 289:21
367:24 370:17
consistent 66:7
240:16 241:23
289:16 290:5,6
290:22 368:15
368:18 370:5,9
constituents
166:14
consult 104:18
104:20,23
consultant 395:1
consultants
478:1
consulting 396:6
consumed 422:6
422:15
consumer
144:10,15
145:9,10 146:8
148:2
contact 156:11
contacted 362:2
362:18
contain 15:17,22
16:3 17:1 58:2
69:5,13 145:16
147:16 150:9
171:13 378:13
483:21
contained 66:18
68:3,24 69:14
71:12,18 95:5
98:5 99:10
104:9 114:10
114:11,21
118:12 138:10
142:8 147:20
151:3 152:7,16
352:20 375:6
378:19 383:12

385:24 432:17
438:9 446:14
469:14 482:11
482:21
containing 16:7
455:3,14
contains 101:12
130:24 131:2,4
134:9,18
139:16 142:21
149:1,5 150:10
162:5,5 184:9
374:9 405:8
466:24 468:8
contaminate
373:24
contaminated
110:20 111:19
112:18 121:7
124:22 125:21
128:6 134:5
141:1,6,21
142:10 143:6
143:20 144:1
145:8 149:13
150:4 153:14
163:4 339:6,12
339:17 341:20
342:18 343:14
344:22 345:6
346:15 373:17
375:11
contaminating
150:14,20
165:23 374:14
contamination
115:6 151:8
284:17 418:8
449:3
contemporane...
40:13
contents 77:9
context 74:17
156:6,14
158:19 161:1
161:10 163:2

165:7 189:16
305:21 372:22
456:18
continue 48:23
202:24
continued
126:21 332:1
contribute
406:18
contributing
68:10 69:2,10
69:23 75:22
76:22 158:13
158:13 400:17
414:22
contributors
395:24
control 56:2
65:7 306:6,9
306:10 432:22
433:2
controlled 28:13
200:16 306:5
controls 268:10
268:19 270:2
308:23 370:18
controversial
430:12,22
conversation
44:4,20,23
45:3,4,19
219:24 478:8
conversations
82:20 83:10,16
conveyed 37:16
conveying 38:23
convinced 56:21
57:5 60:10
62:3 357:14
convincing
382:12
copies 71:18
copy 12:14
31:15 37:7
53:2,5 71:15
71:22 91:4

Judith K. Wolf, M.D.

100:14 120:24
157:8 214:3
224:21 238:20
239:6 240:11
303:20 394:14
424:5 426:15
426:17 427:7
**corn** 407:15,23
**Corporate** 2:9
**correct** 28:19
  31:4 36:1,7
  38:7 48:16
  49:14 50:2
  51:23 53:16,19
  53:21 55:11
  57:16 58:12
  60:17 61:7
  62:1 63:14
  64:10 67:3,9
  69:16 90:8,16
  90:17 93:17
  94:11 96:7
  97:7 98:8,24
  99:3 101:15
  106:21 109:15
  112:20 116:20
  116:24 120:5
  122:2 125:11
  127:18 131:14
  132:14 147:21
  152:12 156:14
  158:19 160:2
  161:1 167:13
  182:20 183:7
  184:20 185:3,4
  186:20 193:19
  193:24 194:6
  194:12 199:20
  203:24 205:5
  214:9 216:14
  225:12 226:5
  226:10 227:15
  229:16 230:4,5
  230:9 232:9,12
  234:1 235:10
  240:18 242:1

243:6,7,10,11
249:1,5 250:6
250:23 253:16
256:1 260:10
260:22,23
261:3 263:5,7
264:23 265:9
266:6 267:24
271:19,20
273:8,14,17
274:2,3,11,18
276:7,11,24
277:1,23
280:21 283:14
283:16,17,22
284:1,5,12,24
285:1,8,15
286:24 288:5
288:10 289:21
290:9 292:11
292:12,16,17
302:13 305:14
310:4 311:2
312:1 316:14
316:20 317:3
321:4,19,22
324:9,10
331:14,22,23
332:17 333:22
334:22 344:15
345:3 349:12
350:5 352:5
354:12,18,21
355:14,21
356:9,14,18
357:13 358:12
364:4,7 374:9
377:16,22
381:17 388:22
388:23 389:14
391:8,11,19
392:20,24
396:11,14
398:17 399:9
402:15 403:3
403:16 405:14

405:23 406:5
408:6,10,11,13
408:16,21
409:8 410:23
413:13 414:1,7
414:20,24
416:6 417:10
417:22 420:16
421:21 422:8
422:18 423:15
425:21 426:7
428:9,10,15,19
430:22 431:5,9
431:21,22
432:6 433:14
434:19 436:3
439:5,15,24
440:5,9,19,20
440:22 441:3,8
441:12,13,16
441:22 442:3,4
442:6,9,10,13
442:20 443:10
443:13 444:14
445:10 453:9
459:24 462:10
462:15,21
463:2,15
465:12 468:10
468:11 470:11
471:5,24 472:1
473:12,20
474:11 475:1
475:12 476:19
477:1,4,7,22
482:2,23 486:5
**corrections**
  486:6
**correctly** 24:12
**correlated** 21:19
**correlation**
  264:9 265:4
  439:11
**corresponding**
  394:23
**cosmetic** 7:8

119:9,20
140:16 161:10
162:17 163:3
164:9 340:6
341:6,19
343:17 345:18
345:23 416:21
417:2 448:14
449:1 468:10
**COUGHLIN**
  3:15
**counsel** 2:6,11
  2:16,21 3:5,9
  3:14,18,23 4:5
  31:6 35:10
  36:16 82:20
  83:1,10,17
  85:18 86:3
  87:13,16 88:8
  88:18 89:6
  90:2,14,23
  92:3 93:8,13
  95:12 120:23
  132:21 157:9
  157:15 224:21
  231:20 239:5
  299:16 300:18
  392:5 426:14
  447:20 448:1
  449:4 462:1
  463:17 485:11
  485:12
**Counselor** 269:6
**country** 48:8
**couple** 41:6
  239:11 470:18
  480:14
**course** 46:21
  73:2 225:23
  230:6 238:12
  371:9 386:5
  462:7,13,18
  474:18
**court** 1:1 9:6
  10:17,20 461:2
**cover** 47:12

451:7
**covered** 47:7
  49:3 463:4
**covering** 46:4
  49:7
**Cramer** 197:20
  198:10 199:7
  200:20 202:2
  207:4,7 234:17
  235:9 329:21
  330:4,9 331:7
**Cramer's**
  197:23 198:16
  200:8 207:10
  207:24
**created** 114:18
  140:4 304:3
**credit** 363:9
**criteria** 286:1,3
  286:7,10,13,17
  286:18,24
  288:17 333:13
**critical** 300:11
**critique** 248:2,8
  248:15 293:11
  317:22 324:11
  324:17 371:10
**crocidolite**
  118:8
**cross** 369:16
  442:5,24 443:3
  450:17 457:2
**Crowley** 111:6
  172:6 174:2
  179:13
**Crowley's**
  171:21 172:14
  172:16,20
  173:1,4,10,17
  174:14 176:1
  376:8
**culture** 380:23
**cure** 45:15
**curiosity** 437:16
  438:16
**current** 134:12

Judith K. Wolf, M.D.

265:22 348:2
359:11
**currently** 449:1
**Curriculum**
6:13
**cut** 105:8
**CV** 52:21 68:9
69:1 425:11
444:9,14
**cycle** 433:24
434:3
**CYNTHIA** 2:8
**cytokine** 381:23

—————
**D**
**D** 4:6
**daily** 190:18
206:14
**damage** 219:13
219:15 380:20
**dangerous**
151:16 152:1
401:3,3
**data** 36:11 39:10
39:11 45:10
58:3,22 75:22
132:2,7 142:22
182:15 225:3
226:13 233:14
236:10,11,15
244:3 246:24
247:4 249:4,14
252:3 261:2
262:12 265:13
266:13 268:16
278:12,14,15
281:14,15
290:1,2 311:4
314:5 319:1
324:3,4 326:4
326:6,21,22
327:7,10 333:3
334:15 336:4,9
347:17 349:23
361:11 365:8
365:15,18

366:11,24
367:21 368:2,5
382:12 387:14
392:23 395:21
401:15 414:22
423:6 451:10
451:13,14
457:9 476:11
**date** 1:16 9:4
35:21 44:8
53:19 61:21
62:2 65:13
66:17,22 90:13
94:19 200:3
252:16 309:8
310:22 314:21
415:22 485:8
486:12
**dated** 36:3 52:22
53:6,15 93:10
94:21 95:6
96:17 351:7
485:19
**day** 11:7 42:24
49:21 170:22
170:23 479:6
486:16
**days** 11:22
31:21 173:3
185:16
**Dead** 192:6
**dealing** 425:20
**deals** 355:18
**dealt** 54:21
383:3 449:16
**Debra** 7:9
**decades** 188:6
195:1 321:18
481:23
**December**
279:13 281:16
354:16 356:12
357:1
**decided** 114:6
360:9
**deciding** 60:22

**decision** 30:10
30:11 269:2
285:8 472:14
**decisions** 73:5
**declared** 395:2
**decrease** 330:10
**decreased**
202:21 203:22
331:2 332:5
**deeming** 199:15
**defer** 115:12,17
451:24 452:8
452:22 453:16
453:22 454:6
**define** 15:11
22:22 116:8
441:19
**defined** 170:22
**definitely**
192:16 390:10
426:17 438:1
470:14
**definition** 15:18
15:20,23 16:5
16:12 199:1
270:15 271:3
271:15
**degree** 89:1
400:12
**deliveries**
387:10
**demonstrated**
112:17
**denial** 329:12
**deny** 328:19
**deodorizing**
15:16
**dependent**
110:19 368:20
**depends** 211:21
211:22
**DEPONENT**
5:16 486:1
**deposed** 9:21
**deposit** 454:8,9
**deposition** 1:12

6:1,5 7:1 8:1
9:3 10:13
11:13,14,15
12:7,8 31:7,12
35:13 36:18
40:15 52:23
66:13 67:19
95:15 100:22
112:21,23
113:6,17,19,22
113:24 114:3
114:22 118:13
121:9 128:15
128:19 139:22
141:2,4 142:23
157:1 172:7
198:21 213:17
213:21 224:15
233:1 238:22
245:1,2 247:16
269:20 272:2,6
294:13 350:20
353:20 354:1
373:12,15
374:10 415:10
418:24 427:22
482:12 484:3,6
**deposits** 22:10
453:21,22
**depth** 13:8
**dermal** 156:10
241:11
**describe** 12:15
13:21 105:22
105:24
**described** 13:18
177:5 290:13
334:16 467:16
**describes** 12:18
**describing**
218:22
**description** 6:3
7:3 8:3 12:24
**design** 250:22
258:19
**designed** 257:12

266:1 267:8
268:2
**despite** 282:17
283:7
**detail** 124:7
**details** 34:5 35:7
115:23 291:22
**detect** 237:12
259:6 262:1,7
317:23
**detected** 258:22
**detection** 350:12
351:24
**determination**
29:22 180:22
182:19 183:5
200:7 207:12
251:11 279:24
283:19 284:4
289:7 318:5
374:13,18
423:12
**determine**
218:16 223:17
304:1 367:11
**determined**
122:11 123:14
124:10 130:12
274:15 277:6
284:7,9 285:13
333:21 404:3,4
404:6,7,8
419:5,20
**determining**
263:10 367:10
**Detroit** 480:2
**develop** 325:14
325:20 326:9
326:12 410:2
**developing**
327:21,22
**development**
19:23 21:19
174:19 175:7
176:19 180:15
327:9 328:13

430:4,11,21
**devoted** 52:1,9
52:14
**diagnosed**
154:20 304:4
304:20 310:7
**diagnosis** 8:15
351:1 352:16
**diagnostic** 46:2
**Diagnostics**
48:22
**diagram** 457:5
**diametrically**
228:2,7
**dictate** 97:10
**dictated** 97:9
**Diego** 2:15
**difference** 70:11
70:14 161:20
162:16,24
168:3 189:5
198:2,3 237:12
248:14 253:5
297:15,20
304:19 305:1
308:16 311:18
313:21 314:8
383:10
**differences**
295:6 328:5
337:15,19
379:20
**different** 25:22
26:12 33:1
37:1 38:13,18
59:22 61:2
87:14 96:2
116:4,15,20
146:21 173:15
181:14 200:11
216:22 223:8
229:10 241:6
258:3 275:19
278:2 287:3,6
287:7 288:8
289:8 307:8,11

307:18 311:8
325:12,13
333:13 337:9
337:11,20,22
337:23 342:13
365:9 379:10
379:20 380:12
389:3 400:14
455:8
**differentiate**
163:11
**differently**
197:9 248:9
337:20
**difficult** 109:8
334:22 335:2,5
335:16 410:17
**Dioxide** 7:13
**Diplomate** 1:17
485:3,17
**direct** 101:6
157:4 198:14
225:20 226:18
226:24 239:2
240:1 253:7
258:1 302:17
303:19 320:17
**directed** 33:3
**directing** 224:19
224:24 226:20
274:24
**direction** 206:24
**directly** 20:1
406:11
**disagree** 88:12
234:3 277:22
**disagrees** 483:17
**disclose** 50:9
386:2,6,15,17
389:12,17,23
390:2,2,14
391:2
**disclosed** 391:2
395:12 397:9
**disclosure**
389:20 395:4

396:17 397:11
**disconnect**
61:14
**discount** 314:11
314:19
**discover** 86:5
**discoverable**
84:6,14 85:16
87:2,9,22
88:10
**discovery** 84:21
**discuss** 83:9
300:21
**discussed**
105:23 140:23
165:3 471:2
482:22
**discussing**
139:15 213:23
253:5 294:18
358:2 378:12
**discussion** 82:13
87:11 202:11
242:19 246:17
258:9,12 262:3
472:9 480:21
481:17
**discussions** 85:2
87:13,15
**disease** 188:22
254:20 255:7
267:7 295:5
344:11,15
**diseases** 186:19
339:8 345:9
**disk** 139:11
253:1 378:8
**dispute** 323:6
354:11,15
**disputing**
354:13
**dissolution**
51:12
**dissolved** 22:13
51:10
**distinction**

160:9
**distinguish**
234:7 235:7,23
279:18
**distinguishing**
115:16 116:24
**distracted**
250:15
**DISTRICT** 1:1
1:1
**DNA** 219:15
380:20 407:2
**Docket** 1:7
**doctor** 8:17
17:11 18:22
19:9 20:10,18
21:11 22:2
24:2,21 31:5
31:17 33:15,20
35:18 40:7
41:7 47:11
52:18 54:12
55:2 59:20
66:11 67:18
69:18 92:4
97:5 99:15
101:6 102:1,9
102:13 103:5
103:15 104:2
105:18 112:9
112:12 113:4
117:9,16 119:8
123:10 132:12
132:24 134:4
135:10,19
149:24 154:14
160:9 182:12
185:20 186:15
187:15 198:14
201:14 202:19
202:23 203:9
203:20 204:12
210:16,19
211:6 224:3
225:16 226:19
234:14 238:20

239:16 240:4
241:4 245:6,14
251:10 254:6
258:2 260:7
270:13 272:11
278:19 292:19
294:7,16
295:11 299:9
300:13 301:19
302:17 308:19
317:15 320:17
325:6 326:16
341:19 347:3
350:10,23
351:4 353:2,23
354:3 356:24
360:4 371:21
376:15 378:18
384:2 385:20
386:23 390:15
447:4 460:21
473:6 482:19
**doctors** 47:8
361:10 364:18
**document** 1:6
11:18 16:23
17:5,18 18:1,1
18:23 19:4
25:18 38:6,9
39:16 41:20
52:18 71:18
74:12 76:5,11
78:11 79:21
113:3 136:24
141:12,24
144:5 202:17
203:5 208:6
216:2 233:5
247:18 278:20
279:12 393:12
447:19 471:1
**documentation**
257:4
**documented**
155:5
**documents** 12:3

41:1 65:19
66:2,6 67:20
69:14 71:12,14
72:16,20 73:4
73:12,16 74:10
74:13,15,18
75:2,6,19
76:12,13,16,24
77:8 78:3,15
78:19 79:10,19
80:10,14,20
81:4,5,15,24
82:2,6 83:6
84:12 85:14
86:11,23 87:6
88:20 89:7
90:5 140:1
414:4,10,15,19
446:11,15
483:5
**doing** 20:22 46:3
46:6 47:10
50:19 83:14
185:14 220:1
286:6 300:15
357:6 362:12
365:2 395:16
458:18 478:10
479:23 481:5,9
**dosage** 327:17
367:10
**dose** 107:6
109:19,21
110:11,11,12
181:9,24 219:4
219:12 220:22
324:24 328:1
329:7,10,13,18
329:24 330:4
331:21 332:22
333:4,7,24
334:3,9,10
335:1,5,6,10
367:5,8,11
**doses** 219:6
347:23

**dosing** 181:16
**Dr** 9:3,14 11:11
18:16 26:21
27:6 35:17
36:22 37:15
38:2 39:12
40:1 41:4,19
45:24 57:4
62:20 64:2
65:4 80:1,9
83:8,13,17
84:22 85:22,23
86:4 88:15
89:3,12,24
90:2 93:4
98:21,23 99:6
99:10 100:13
100:16,20
102:22 107:16
110:16 112:16
113:13,20
114:18 118:13
120:3,4,8,11
121:9,10,19,20
122:2,7,11
123:19 126:15
127:13 128:18
129:10,12
131:22 132:6
135:3,6 136:4
136:18 137:6
137:10,11,16
137:20 138:22
139:14,18,22
140:22 141:3,5
141:15,15,17
142:23 146:10
147:2 149:15
149:18 156:21
167:10 170:13
171:21 172:6,9
172:14,15,16
172:20 173:1,4
173:10,17
174:2,14 176:1
178:13 179:13

198:10,16
199:7,14 200:8
200:20 202:2
207:4,7,10,15
207:24 213:20
216:6,12
219:20 220:15
220:16,16,20
230:12 231:24
234:3 235:4,13
236:15 243:4
253:4 256:6
267:20 277:22
280:11 300:24
301:7,8 315:13
340:4 357:17
370:23 376:8
378:11 380:6
381:1,4 382:5
382:11 388:4
388:17 391:5
392:4 393:6
394:4,10,24
395:5,15
397:16 398:5
409:9 418:17
423:19 425:10
432:18 444:8
446:3 452:11
452:13,22,23
453:16,16,18
453:19 454:6
454:24 455:11
459:15,21
460:4 461:11
461:24 463:11
463:12,15,19
464:5,10 468:6
470:23 472:20
475:20 478:5
479:21 480:9
480:10,11,14
480:21 481:3
481:16 482:2
482:10 484:3
**draft** 72:7 96:10

97:23 172:24
**drafting** 70:19
**drafts** 96:13
97:8,22
**drain** 185:18,18
**drains** 186:12
**draw** 323:23
**drew** 106:12
**dried** 435:3
**DRINKER** 3:6
**drinking** 421:14
422:5,6,16
**Drive** 2:9
**dropped** 326:7
**Drug** 121:24
124:19 126:16
234:8
**Duces** 6:5
**due** 305:22
313:24 410:22
**DUFFY** 3:15
**duly** 9:9 485:5
**duration** 330:5
330:7
**dust** 17:24
**dusted** 17:15
**dusting** 25:11,24
26:6 27:10,17
28:4,6 30:24
191:15
**Dusts** 6:20 8:19
**D.C** 4:4
**D6620-00** 419:5
419:20

_____

**E**

**E** 2:1,1 3:1,1 4:1
4:1,6,6
**earlier** 66:1 90:3
172:2 196:4
221:5 240:18
332:22 348:13
367:21 380:3
385:22 388:21
399:11 415:8
436:15 440:5

442:15 444:24
465:1
**early** 67:22
350:12 351:24
379:23 382:20
451:1 473:3
**easier** 262:21
461:2
**East** 1:15
**EASTERN** 1:1
**eBay** 136:6,7,14
136:19 137:3
137:12
**editor** 34:14
**effect** 190:2
241:11 255:12
306:11,24
307:21 308:10
314:20
**effective** 350:12
351:24
**effort** 251:3
312:18
**effusion** 186:8
**effusions** 185:12
185:16
**either** 218:9,13
239:9 278:15
396:3 446:23
458:12 471:23
**electron** 133:19
133:23 419:13
451:20
**electronically**
71:14
**elements** 167:17
174:14 177:10
178:1
**elevation** 371:4
**eliminated**
439:24 440:1
**Ellen** 6:16 99:1
100:13,16
**Ellis** 3:20 17:9
17:16 19:2
**else's** 15:15

96:14
**elucidate** 295:5
**employ** 13:17
  126:13 234:7
  286:24 312:3
  313:11
**employed** 80:19
  105:19,24
  137:19 228:1
  278:2 287:4,4
  294:19 297:13
  299:3 446:7
**employee**
  485:11,12
**employment**
  54:4
**employs** 285:24
  367:4
**enabled** 258:18
**encounter** 155:2
**endeavored** 15:2
  304:1
**endeavors** 32:15
**ended** 415:15
  416:5 420:14
**endometrial**
  48:4 440:7,11
  440:18 441:1,5
**endometrioid**
  241:2,15
**endometriosis**
  228:11 273:17
  356:20 440:5
  441:8
**endpoint** 302:20
  302:21
**endpoints** 257:7
**enhance** 184:7
**enrolled** 316:18
  317:2 321:3,16
  322:2
**enrollment**
  321:18
**enter** 189:7
**entire** 36:13
  56:21 74:12

98:18 100:10
  103:9 113:21
  126:5 211:22
  212:2,18,21
  213:5,5 233:7
  255:11 268:23
  278:8 279:22
  442:1 462:13
**entirely** 82:21
**entirety** 232:20
**entities** 2:21 3:5
  3:9
**entitled** 38:4
  82:11,19,24
  83:11,15 85:2
  85:5,8 86:4
  225:2 272:8
  278:23 350:24
  354:2
**entries** 72:12
  79:13 140:14
**entry** 41:24
  70:24 71:3
  121:10
**environment**
  417:14 474:14
  474:22 475:5,8
  477:10
**environmental**
  159:18,23
  164:1,8
**epi** 152:7,11,16
  196:6,9 197:14
  341:10 369:7
**epidemiologic**
  45:10 56:20
  268:14,24
  286:12 290:1
  437:24 438:2
  468:22 469:3
**epidemiological**
  100:5,7 102:7
  260:5,9
**epidemiology**
  7:20 18:3 94:1
  101:23 109:15

152:4,23 153:4
  153:8 188:10
  196:17,24
  197:7,9 203:21
  204:17 205:3
  205:11 219:3
  232:21 254:8
  271:18,22
  272:21 285:3
  315:14,23
  322:14 328:22
  329:7 338:2,10
  340:5 341:4
  342:9 345:17
  366:5 467:24
  468:1,3,9,13
  469:13
**epithelial** 238:6
  241:9,12 242:8
  303:1 311:7
  339:20 342:15
  380:23 382:15
  382:17
**epithelium**
  430:3,10
**Epstein** 7:15
**equal** 270:1
**equaling** 307:2
**equally** 268:10
  268:19
**equipment**
  417:22 418:9
**equivilate** 333:4
**Errata** 5:17
  486:7 487:1
**errors** 98:1
  263:19,24
**especially**
  179:22
**ESQUIRE** 2:2,3
  2:8,13,18 3:2,7
  3:11,16,20 4:2
**essential** 432:9
  433:4,21 458:5
**established**
  159:4 165:22

426:3 428:11
  428:23
**establishes**
  337:7
**estimate** 47:22
  97:20 150:1
  452:15 479:16
**estimated** 256:8
  371:14
**estimating**
  371:17
**et** 7:9 8:6,13
  451:10
**ethically** 110:9
**evaluate** 137:20
  243:14 251:4
  273:7 286:19
  286:22 295:6
  313:10 370:2
  401:15
**evaluated** 106:9
  111:15 152:6
  200:12,15
  206:6 226:13
  254:7 286:4
  322:22 327:6
  340:4 402:6
  405:9,10
**evaluates** 226:8
**evaluating**
  207:19 243:13
  244:3,10 251:1
  264:1 311:11
  315:13,22
  322:13 324:2
  338:18 346:18
  383:22 405:13
  405:17
**evaluation** 6:9
  6:20 7:11 8:20
  31:10 32:11
  207:18 333:7
**event** 201:13
**Everybody's**
  337:19
**evidence** 14:3

22:17 23:2
  58:20 75:15
  77:3 100:6
  111:13,23
  115:5 125:4,7
  126:3,14
  137:20 138:9
  138:15 143:5
  145:14 146:17
  147:14 155:12
  160:11 177:15
  177:24 192:13
  194:8 197:2
  211:7 214:24
  215:10,11,13
  215:15 216:13
  216:21 217:2,7
  220:14 221:17
  222:21 223:3
  223:12,18,21
  226:3 227:9,14
  227:21 228:8
  228:12 230:7
  232:22 233:15
  241:10 253:14
  253:21 254:18
  258:20 260:5
  260:10 265:15
  266:15 268:13
  268:14,15,23
  268:24 269:1
  269:21 270:7
  270:10 273:2
  273:13 274:1
  274:16 275:3
  276:6,11,15,20
  276:23 277:7
  278:3 279:17
  281:18,24
  283:20 284:10
  285:14 290:6
  313:17 329:7
  329:10,13
  339:23 340:10
  341:23 346:14
  363:19 366:13

366:16 370:8
374:19 378:23
380:1 382:1,21
383:4,13 385:2
385:17,18
402:7 408:1,24
412:8 418:2
420:18 421:5
433:6,14
434:11,19
435:15 436:3,7
437:13,23
438:22 448:13
450:17 454:15
456:1 467:14
471:22 475:15
**evidence-based**
6:7 12:18
13:18 31:22
33:9,13 106:3
366:21
**exact** 90:13
103:2 252:15
409:8 429:8
**exactly** 11:23
33:17 97:3
99:9 220:3
310:3 342:8
355:17 398:4
408:20 478:12
**examination** 5:6
9:12 388:15
407:20 446:1
455:1 461:22
470:20 482:8
482:17 485:4
**examined** 9:10
350:7
**examining**
168:21
**example** 143:1
262:19 273:10
274:10 280:7
312:10 321:16
330:4,9 419:2
475:19

**exceeds** 433:9
434:14 435:17
**Excel** 113:16
**excerpt** 6:19
428:7
**exclude** 222:6
**excluded** 246:9
249:3
**excludes** 252:2
**excuse** 23:19
77:14 82:7
85:21 102:19
122:14 132:5
143:13 149:14
150:22 157:15
176:12,21
214:2 226:18
236:1,20 260:1
267:17 283:6
287:16 299:12
320:14 403:17
403:19,21
413:19 419:22
435:21 443:18
450:15 468:17
472:17
**exercising**
195:18 436:17
**exhibit** 6:4,7,8
6:11,12,13,14
6:16,17,19 7:4
7:7,11,14,16
7:21 8:4,7,10
8:14,17,19
11:12,15 12:7
12:8,16 13:19
31:8,12 33:2,3
33:8 34:8 35:1
35:12,13,19
36:5,18 38:3
38:10,13,21
39:17 40:4
41:20 52:21,23
53:15,20 66:12
66:13,19 67:20
68:3 69:14,17

69:20 70:3,6
70:13,22 71:1
71:12,18 72:11
74:10,18 77:8
78:4 79:4,5,12
81:5 96:17
97:5,17 98:6,7
98:14 100:21
100:22 113:13
114:2,7,10,21
118:12 119:12
120:15,20,24
128:15,19
129:5,7,10,15
132:8,11
138:10 139:22
140:2,5,21
156:22 157:1
157:17,19
158:2 198:15
198:21 211:1
213:17,21
224:14,15
225:17 232:20
233:1 238:21
238:22 245:1,2
247:15,16
272:2,6 294:13
294:17 302:8
319:13 350:19
350:20 352:21
353:20,24
354:9,15
357:10 373:13
373:14 374:6
391:4 394:6,11
394:17 399:9
415:10,15
416:24 418:23
420:12,14
424:2,3,8,16
425:19 427:3,5
427:11,19,22
428:3,6 446:5
446:5 447:20
448:11 449:12

450:7 454:22
470:22,24
471:1,17 483:5
**exhibits** 6:1 7:1
8:1 262:20
330:14 425:1
446:4,8 462:2
482:23
**exists** 117:17
465:10 466:8
**expect** 201:4,14
202:21 203:20
212:13
**expedite** 258:15
**experience**
185:13 223:19
280:1 412:5
**experiencing**
161:8,13
**experiments**
481:5
**expert** 6:14,16
38:4 44:24
49:23 50:4,19
57:3 62:12
65:15 93:14
94:22 95:1,7
96:19,24 111:5
112:3,7 116:14
118:16 125:10
125:22 126:15
128:5 171:22
172:11 174:1,9
177:16 207:7
207:11 235:21
236:18 349:12
349:20 357:16
359:2 383:16
386:3,13
389:13,22
**expertise** 199:7
199:23,24
228:10 453:9
453:13
**experts** 34:15
94:9 452:1,5

453:22 454:7
**expires** 486:17
**explain** 37:15
70:14 137:18
153:4 203:17
264:2 297:14
299:3 366:23
456:14
**explaining**
284:20
**explains** 284:22
368:17
**explanation**
259:10 314:6
392:23
**explanations**
314:16
**expose** 160:16
**exposed** 107:13
108:1 109:11
158:22 161:14
163:1,2,24
164:8 170:24
201:22 205:12
205:20 206:2,8
208:3 259:3
327:22 341:11
341:16 347:16
347:22 382:14
436:21 438:18
**exposure** 155:2
155:14,19
156:14 158:19
159:3,7,18,19
161:9,10,13,21
161:22 162:16
162:17 163:15
163:16,21
164:10 168:11
168:22 169:4
181:3 197:1
206:16 217:22
218:4,4,20
219:8 227:2
275:4,21 276:5
276:24 277:8

Judith K. Wolf, M.D.

277:19 302:23
307:7,10 308:4
325:8 327:8
328:12,24
335:10 337:24
338:4,11,15,21
344:12 345:23
346:20 381:11
423:15 426:2,6
428:14,21
429:1,23 430:9
430:16,18,19
449:21 456:16
**exposures**
421:20
**expressed** 457:9
**expressions**
300:8
**extent** 357:23
361:16
**exterior** 192:12
192:22 230:8
232:6
**external** 195:9
328:7 441:1,21
441:23 442:2
**externally**
441:12 442:17
443:10,12
**eyes** 244:12
**e-mail** 37:21
478:2

___
**F**

**F** 4:3
**facial** 300:7
**facilitating**
39:10
**facility** 46:11
**fact** 20:2 49:5
51:4 117:17
118:15 146:7
163:20 164:13
180:13 183:21
185:5 194:2,7
194:24 195:11

195:12 207:15
209:9 219:16
221:12,16
232:4 234:18
246:23 256:21
260:21 263:18
264:14 281:2
282:18 288:19
293:10 299:3
300:6 324:12
326:16 342:9
373:6 381:14
390:13 400:13
410:10 423:11
465:7 470:7
475:23 480:1
**factor** 270:15
273:24 274:7
274:16 276:5
298:21,22,24
301:20 333:21
356:12 361:7
367:14,22
376:11 387:24
472:11
**factors** 8:12
167:11 199:11
199:14 271:4
273:8,12
276:10,14,19
276:22 295:5
298:17 337:11
337:16 352:15
354:24 355:3,9
359:17 360:22
446:23 447:1,2
447:5,8,11
472:11
**facts** 292:19
294:20 296:20
296:22 314:16
314:17 420:18
**failure** 99:19
103:17
**fair** 11:3 24:21
29:7 31:3

34:23 35:10
36:6 38:6,21
39:4 40:8,17
41:9 47:13
55:18 61:18
64:21 73:12
77:10 84:1
93:11,12 95:4
96:19 97:15
118:16 121:18
167:12 187:6
236:3 243:20
270:18 286:13
327:2 331:24
335:16 349:6
371:11
**fairly** 331:6
**fall** 416:24
**fallopian** 8:7
193:7 272:8
382:16 440:13
442:12,19
456:24 473:19
**falls** 417:6
**familial** 355:2
447:5
**familial-related**
447:2
**familiar** 10:12
18:12 115:8
117:16 120:10
121:19 184:14
**family** 59:5
447:1
**far** 65:9 167:24
168:1 172:7
196:24 328:16
347:18 379:21
386:15 397:8
**fascias** 406:24
**fashion** 478:3
480:17
**fast** 117:14
**faster** 149:9
**fault** 246:4
**FDA** 29:18,22

30:3,7,9,14
122:6,10
123:12,18,21
124:2,9 127:24
138:11,23
140:22 193:13
221:12 228:17
229:14 230:6
232:1,11,15,20
233:13,21
234:12 236:12
236:16 237:18
329:11 365:7
366:3 369:20
384:15,20
385:7 407:18
447:22 448:11
448:15,22
471:3,9,17,20
**FDA's** 31:2
127:17,20
128:20,22
129:16,18
137:21 230:1
233:23 235:8
235:24 369:7
384:10 448:2
**FDA.gov** 6:17
**feature** 258:16
**Federal** 84:9
87:2 88:11
299:19 300:19
**FedEx** 368:17
**fee** 395:1,15,18
396:6
**feel** 71:7 129:8
143:13 149:17
202:23 245:12
301:9 399:13
**fellowship**
133:21 481:14
**felt** 61:1 77:3
254:16 306:8,9
306:9 358:17
**female** 436:13
437:15

**feminine** 16:3
315:15 320:20
**fibers** 118:23
155:13 448:17
452:16 455:4
455:15 459:9
475:19 476:4,8
476:18,21,23
**Fibres** 6:19 8:19
**fibrosis** 215:2
408:9,19 409:3
409:4
**fibrosus** 338:23
407:23
**fibrous** 111:2
117:12 118:8,8
118:24 162:5
164:14 168:8
170:2 179:2
284:17 372:9
375:4,6,11,17
375:20 377:14
378:14 379:1,2
379:7 400:3,15
401:5 404:5
407:17 456:17
457:4,15,19
459:7,19,23
460:5,8,16,20
465:10 466:10
466:16,19
467:6,9
**field** 13:3 366:1
397:14
**fifth** 3:3 356:7
**figure** 125:10
**final** 52:18 97:9
97:23 140:8
173:2 380:5,5
482:15,19
**finally** 384:2
385:20 386:23
**financially**
485:13
**find** 8:17 13:12
14:11,12,13

33:8 51:14
112:6 130:22
203:6 211:4,5
228:24 233:14
237:8 238:7,9
273:3 277:12
312:9 329:7
330:17 331:11
331:21 354:2
373:12 424:22
447:3 460:4
471:20 473:3
**finding** 14:2,7
81:10 116:24
117:9 118:15
124:18 156:4
160:24 178:13
201:14 206:20
215:5,8 237:5
240:21 241:22
241:24 291:9
311:10 317:14
324:8 368:18
419:3,18 420:6
448:4
**findings** 106:16
116:3 130:12
137:21,21,22
138:11 152:23
164:7 197:23
204:17 209:19
239:23 255:9
288:20 312:11
312:18 464:7,8
464:9
**finds** 448:22
**fine** 299:24
300:3 394:8
**fingers** 97:6
**finish** 79:9 82:15
83:22,24 85:6
102:21 210:10
213:9 231:18
243:1 299:17
403:15
**finished** 102:20

481:14
**first** 12:6 13:8
13:23 14:16
31:16 37:2
38:3,10 41:19
41:24 44:23
65:13 66:17,22
74:24 101:7,12
159:1 181:7
208:10 212:6
220:21 233:13
234:10 242:12
253:11 258:5
277:18 310:21
326:11 328:11
351:4,5 355:5
355:17 362:10
379:15 384:15
**first-degree**
355:18
**fit** 286:9
**five** 48:2 65:23
159:5 278:6,9
325:1 426:4
428:24 450:24
465:20
**fix** 98:2
**flat** 331:9
**flaws** 384:16
**flip** 426:9 429:4
**floor** 334:5
**flows** 192:9
**FLW** 1:5
**focus** 199:4
293:19
**focused** 59:18
63:2 85:3
**folks** 244:3
279:19 304:16
308:21 309:10
310:6 315:24
324:4 341:11
345:22 354:20
364:4 365:6
366:3
**followed** 188:6

188:24 190:4
243:5,9 255:4
**following** 389:1
454:14,16
**follows** 9:11
**follow-up** 38:1
99:21 237:16
242:16,22
243:4,18,23
244:14 245:20
246:10 257:3
266:6,7 267:1
267:22,23
289:4 290:14
290:14
**Food** 121:24
124:19 126:16
234:8
**footnote** 383:2,8
**footnotes** 382:20
**foregoing** 485:7
486:4
**foreign** 23:15
211:8 215:1
436:11,19
437:1 443:16
455:15
**forgetting**
370:24
**form** 13:5 15:14
18:7 20:12
21:16 22:8,21
23:6,19 26:3
26:18 27:13
28:21 29:9
30:6,19 33:5
35:5 36:9
37:12,23 55:14
57:8,18 58:14
60:8,19 62:15
63:4 64:5 65:2
65:17 66:21
67:5 73:8,14
73:21 74:6,20
75:6,10,19
77:15 78:8,17

80:1,13,22
81:8,18 83:2
84:13 86:24
88:21 89:9
93:9 94:24
95:10,13 96:21
97:19 98:17
101:1,17 102:3
103:7,20
104:13 105:14
107:3,16 108:4
108:13 109:6
109:17 110:23
111:21 115:2
115:21 116:7
117:2 118:4,18
118:22 119:11
119:22 120:14
121:13 122:4
122:22 123:17
124:5,14 125:1
125:13 126:1
126:10,18
127:9 128:8
130:6,15
131:16,24
133:3 134:7,20
135:3,15
136:11,21
137:14 138:13
138:24 140:11
140:19 145:1
145:22 147:2
147:23 148:21
149:19 150:6
150:23 151:11
151:22 152:18
154:3 156:8,16
158:21 159:10
159:15 160:4
161:3,24 163:7
163:18 164:12
165:9,11 166:2
167:14,18,23
169:1,19
170:18 173:6

173:20 174:4
175:4,16
176:13 177:13
178:5,18 179:8
179:15 180:11
181:5 182:3,22
183:14 184:1
186:6,22 187:8
187:19 188:17
189:10,20
191:4,17 193:1
194:14 196:2
196:12,20
197:12 201:7
201:20 204:2
204:20 205:8
205:15 206:10
207:22 209:24
211:11,19
214:17 215:7
216:16 217:1
218:2,24
220:12 222:2,9
222:17 223:14
224:8 226:16
228:5 229:21
230:11 232:14
233:4,19 236:2
236:20 237:21
242:3 243:22
244:7,16
245:23 247:2
248:6 249:8
251:18 252:6
252:14 254:7
254:11 260:9
261:5,16 264:5
264:19 265:19
266:20 267:18
268:12 270:24
271:10 272:23
274:20 275:10
276:9 277:3
279:9 280:15
280:23 281:12
282:23 284:14

| | | | | |
|---|---|---|---|---|
| 285:6,17 | 377:18 381:19 | 465:24 466:13 | **forth** 392:12 | 404:10,16 |
| 286:15 288:12 | 382:10,24 | 466:22 467:10 | 485:9 | 458:14 465:11 |
| 288:23 289:23 | 383:20 384:19 | 468:20 469:18 | **found** 111:3,14 | 466:9 |
| 290:11 291:19 | 385:10 386:11 | 470:13 474:6 | 117:3 144:22 | **free** 123:15 |
| 295:20 297:3 | 387:5,20 390:7 | 474:20 475:3 | 146:6,18 | 124:12 129:8 |
| 298:4,14 | 390:19 391:21 | 475:14,22 | 148:16 174:10 | 143:14 202:23 |
| 299:16,18 | 395:9 396:4,13 | 476:6 477:8,12 | 198:10,18 | 245:12 301:9 |
| 300:2,20 | 396:19 397:5 | 478:2 479:15 | 200:20 209:2 | 407:1,1 449:2 |
| 301:23 302:15 | 397:21 398:2 | 480:17 482:20 | 209:10,21 | **frequency** |
| 303:8,15 304:7 | 398:20 399:18 | 486:6 | 211:7 212:13 | 108:16 330:7 |
| 305:16,24 | 400:21 402:4 | **formal** 35:2 | 214:14 215:16 | 332:1,16,22 |
| 306:14 307:5 | 402:18,23 | **format** 37:1,14 | 216:13 238:13 | **frequent** 257:5 |
| 307:16,24 | 403:5 405:16 | 38:14,16 | 241:1 249:10 | 291:23 332:20 |
| 308:13 309:3 | 406:1,7 408:15 | **formation** 411:8 | 290:9 306:10 | **frequently** |
| 309:14 310:15 | 408:17,23 | **formed** 58:9,20 | 307:20 313:20 | 331:17 |
| 312:22 313:14 | 409:11,19 | 61:22 66:18 | 369:8 379:2 | **Friday** 35:21 |
| 314:13,23 | 410:15 411:11 | 78:11,14,24 | 381:5 400:4 | **Fridays** 42:18 |
| 316:3 317:5 | 412:3,21 413:1 | 106:17 149:3 | 402:7 435:3,7 | **friend** 43:8 |
| 318:1,14 322:5 | 413:8,15,20 | 149:11 150:13 | 436:24 448:16 | 358:14 |
| 322:16 323:5 | 414:14 415:4 | 150:19 151:16 | 460:8,16 | **friendly** 42:19 |
| 323:12,21 | 415:18 416:9 | 268:16 281:13 | 463:24 464:15 | 480:3 |
| 324:16 325:10 | 417:4,16,24 | 348:20 357:2 | **four** 40:3 47:8 | **friends** 42:20 |
| 326:19 327:3 | 418:12,16 | 372:14 411:17 | 114:21 235:15 | 59:5 |
| 327:12 328:15 | 419:11,23 | **formerly** 446:6 | 282:4,11 | **front** 53:2 68:14 |
| 329:1,15 | 420:4,18 421:2 | **forming** 30:16 | 448:20 471:8 | 87:18 120:16 |
| 331:16 332:7 | 421:23 422:10 | 65:14 95:8 | 471:13 | 302:8 348:22 |
| 333:10,16 | 422:20 423:17 | 107:10 108:8 | **fourth** 102:4 | 349:2 447:23 |
| 334:18,24 | 428:17 430:24 | 141:20 152:12 | 227:1 356:3,7 | 449:13 |
| 335:9,21 | 431:7,11,17 | 157:6 170:12 | **fragrance** | **full** 48:6 119:12 |
| 336:15 337:1 | 432:11 433:16 | 172:17 181:2 | 174:11 183:5,8 | 159:1 214:19 |
| 338:8 339:10 | 434:21 435:9 | 196:18 205:11 | 183:22 184:3 | 310:21 428:5 |
| 340:14 341:14 | 435:22 436:5 | 208:22 271:23 | 372:11 377:14 | 444:11,17 |
| 342:1,12,23 | 437:5,22 | 303:3,12 | 379:4,5 400:17 | **fully** 59:1 |
| 343:19 345:12 | 438:21 439:7 | 345:16 360:21 | 404:11 406:13 | **fumes** 432:6 |
| 346:2 347:21 | 439:17 441:18 | **forms** 75:14 | 420:21,22 | **funding** 51:3 |
| 349:14 350:15 | 442:22 445:3 | 76:3,5 77:23 | 421:3,6 | 386:16 481:4 |
| 353:7 357:5 | 448:7 449:7 | 78:5 406:17 | **fragrances** | **funny** 136:8 |
| 362:22 363:22 | 450:21 452:4 | 407:5,7 | 111:4,7 162:6 | **further** 461:22 |
| 364:9,23 | 452:20 453:3 | **formulate** 57:11 | 164:19 170:4 | 470:16,20 |
| 365:11 366:7 | 453:10 454:1,3 | 62:8 | 171:16 172:19 | 482:8,17 |
| 366:20 367:7 | 455:5,19,20 | **formulated** | 176:20 177:9 | 483:19 485:7 |
| 367:17 368:8 | 456:21 457:12 | 62:10 | 179:13 180:4,7 | 485:10 |
| 368:24 369:13 | 458:9,23 459:8 | **formulating** | 180:22 181:4 | **future** 8:14 |
| 370:13 372:5 | 459:18 460:2 | 13:23 14:16 | 183:11,16 | 350:24 472:8 |
| 374:17 376:2 | 463:4,6,22 | **formulation** | 376:9 378:14 | |
| 376:21 377:9 | 464:19 465:14 | 379:5 | 400:6 401:8 | **G** |

G 4:6
Gallagher 42:14
    43:14,21 44:16
    44:20 67:1,6
GARBER 2:8
Gates 242:16,22
    243:4,9 244:20
    244:23 245:10
    245:18,20,21
    246:1,9 247:12
    249:13 265:12
    265:23 266:7
    266:12
gene 380:22
    381:5,5 382:1
    382:1
general 13:12
    15:10 21:9
    33:12,18 48:2
    106:5 107:17
    126:23 166:18
    187:10 228:15
    232:16 286:16
    287:22 352:17
    385:16
generally 25:5
    32:15 33:10
    54:12 56:19
    156:10 167:10
    193:11 212:20
    232:11 258:22
    280:4 317:19
    364:17 383:4
    439:8 473:5
generated 40:5
generation
    40:14
genetic 108:22
    219:16 221:1,1
    355:16 381:10
    381:17 382:13
genetically
    328:3
genital 8:4 14:21
    14:23 106:20
    106:22 107:1

107:13 109:3
109:22 153:10
191:2,15
192:17,23
197:3 229:6
259:3 264:9
302:22 309:19
336:17 338:5
356:13 357:2
441:2,21,23
442:2 443:1
473:17
genotoxic 381:3
    381:8 382:8
geologist 115:10
    115:12
geology 453:21
    453:23 454:7
Georgia 49:11
Gertig 242:18
    242:23 243:5
    265:23
Gertig's 242:17
gestures 300:8
getting 51:3
    125:9 130:16
    190:24 298:19
    345:9 346:14
    352:18 355:7
    369:21
Ghassam 394:24
giant 215:1
girls 159:18
give 26:4 47:4
    75:1 91:19
    100:13 103:8
    114:6 122:21
    129:13 137:6
    169:6 202:13
    236:2 238:20
    240:10 254:22
    270:1 301:9
    318:23 325:16
    414:9 426:14
    427:1 444:17
    469:5

given 26:5 54:16
    55:5,16 78:1
    85:10 118:5,13
    126:20 144:6
    181:15 183:17
    189:24 246:11
    246:23 255:8
    267:6 269:7
    290:15 299:14
    301:12,14
    311:14 333:6
    334:9,14
    361:17 367:21
    415:5 446:19
    447:19 479:16
    482:12 486:5
giving 122:9
    130:23 169:7
    460:22
gloves 19:16
    22:4,11,18
    23:3,8,13
    24:23 25:3,8
    25:12 26:1,7
    26:15 27:1,10
    27:17 28:4,7
    28:18,24 29:19
    29:24 31:1
    407:19,20
go 11:2 13:9
    14:11 48:16,18
    48:19 65:5
    89:13 101:7
    117:14 139:4
    155:8 162:2
    165:12 181:6
    186:18 208:11
    252:18 260:14
    263:3,14
    279:21 281:22
    319:17,18
    321:12 325:3
    330:20 334:4,4
    334:5 361:20
    365:19 388:6
    399:18 424:15

424:19,23
426:11 437:13
440:14 443:19
445:15 460:14
461:12,14
goes 84:19
    134:13 269:18
    273:23 332:9,9
    332:9 440:3,12
    440:13
going 14:5,6
    20:4 24:19
    26:4 39:23
    65:17,24 76:21
    79:6 82:8 83:9
    83:17 85:19
    86:5 87:3,14
    87:23 88:17
    89:17 91:6
    95:22 115:11
    115:22 120:14
    120:19 129:13
    134:2 139:6
    141:22 149:8
    149:20 152:19
    157:16 165:10
    165:12 169:20
    170:23 172:1
    181:6,13
    195:16,19
    196:14,21
    197:13 198:13
    203:9 209:1
    210:8,24
    211:20 212:1,6
    213:11 215:20
    219:2 230:11
    230:22 231:8
    237:14,24
    238:7 241:8
    244:21 252:20
    260:17 262:5,8
    277:15 279:21
    283:9 285:18
    299:21 315:6
    315:20 326:2

327:13 337:23
341:16 345:13
371:1 378:3
388:4,9,24
389:2,4 394:12
394:16 397:17
399:18 401:24
402:5 425:3
430:6 435:11
436:15 444:1
445:17 461:16
478:6 484:4
Golkow 4:8
good 9:14,15
    12:24 13:6
    53:12,18
    135:17 246:14
    246:19 293:9
    316:11 326:14
    388:17,18
GORDON 3:11
gosh 316:11
Gotcha 258:13
GOTSHAL 2:18
    3:2
governmental
    480:17
grab 38:1
grains 435:4
grams 191:10
grant 386:16
granulomas
    23:14 407:17
    407:22
Gray 360:12
great 19:3 33:7
greater 49:4
    167:2 238:13
    239:23 281:18
    473:8
Green 360:14
Griffin 17:9,16
    17:22 18:9
    19:2
groins 334:5
group 159:2

Judith K. Wolf, M.D.

227:9 283:16
341:16 426:1
428:20 429:8
430:15,19
455:12 470:10
**groups** 258:21
365:1
**guess** 262:5
396:19 417:24
**guessing** 325:15
**guideline** 280:3
**gut** 169:11
**GYN** 20:22 48:6
94:3 348:8
360:11,11
361:15 362:24
364:12 453:6
480:3
**gynecologic**
42:21 59:10,21
60:3 62:23
73:3 74:4
133:8 193:12
194:22 195:8
221:19 222:4
222:12 272:14
286:11 296:21
325:24 341:9
352:18 353:2
397:13 398:15
453:7 480:8
481:13,23
**gynecological**
186:2 292:8
**gynecology**
223:20 228:9
228:15

**H**

**H** 4:6
**half** 42:1 210:9
308:24 478:16
**halfway** 440:21
**hand** 12:15
31:15 61:11
93:4 120:20

156:21 232:19
388:5 391:13
428:2 473:4
**handed** 31:6
113:12 116:19
121:7
**handing** 11:11
100:21 213:20
224:13 225:16
272:5 350:23
353:23
**handpicked**
414:11
**Hang** 208:5
**happen** 44:8
95:20 195:12
346:13 409:13
**happened** 45:4
123:2 263:17
308:19
**happens** 188:23
189:1 359:5
409:6 439:9
**happy** 11:9 39:1
40:15,23 42:18
299:11 300:22
301:1
**hard** 34:22
71:15,17,22
107:4,7 108:17
110:13 162:7
328:19 333:23
334:8,11 336:1
364:21 367:10
375:9
**Harlow** 320:23
**hazard** 160:17
**head** 200:24
310:11 332:23
332:23
**health** 8:8 30:4,8
30:15 32:6
46:16 48:13
51:20 52:2,7
52:15 55:10
63:9,13,19

64:1 90:7,20
90:21 227:18
236:23,24
237:1,16
242:12 243:6
245:21 246:10
247:1,13 249:4
252:3 257:7,8
265:14,24
266:13 267:3
270:14,21
271:8 272:9
280:12 281:8
281:16 321:3,9
321:10,12,12
321:16 322:23
323:13 324:3
324:14,18
348:3 353:5,13
364:21 365:3
366:1
**hear** 89:5 220:2
271:12
**heard** 269:11
399:1,4,4
481:16 482:1
**hearing** 342:3
399:8 401:19
460:11
**heavy** 111:2
156:14 158:18
159:6 161:1,8
161:13,20
162:6,16
164:16 165:6
168:6 170:3
179:2 346:20
347:16,22
372:9 373:3,6
373:9,18,23
375:20 377:14
378:14,23
400:3 401:6
426:5 428:14
429:1 430:17
432:9 465:11

466:9
**held** 1:14 444:10
**Heller** 7:9 209:7
210:11,13
213:9,22
216:12
**help** 53:11
112:12 245:5
277:15 362:1
432:22 433:2
**helpful** 37:24
45:18 243:24
**helps** 385:12
**Henderson**
215:22 216:8
217:5
**hereinbefore**
485:9
**heritage** 356:9
**heterogeneity**
250:11,18
251:4 258:20
259:10
**hiding** 320:11
**hierarchy**
382:21 383:13
**high** 171:12
198:19 199:15
200:8 207:13
239:18 263:10
292:3 293:4
295:13 311:23
368:16,22
371:8,10
375:14 421:14
422:6,7,16
423:14 470:8
**higher** 245:18
246:8 251:16
260:20 262:11
292:15 297:9
347:5
**highest** 260:9,13
292:20 294:23
295:17 345:22
345:22

**highlighted**
426:24
**highlighting**
483:21
**high-quality**
199:1 246:2
251:12
**Hill** 286:1,7,13
286:17,24
287:4,5 288:16
333:13,18,22
366:17,23
367:4 368:16
**Hilton** 1:14
**hint** 195:6
326:11 329:24
**hired** 57:2,9,13
58:11 59:23
60:4 61:24
62:11 436:24
**Hiroshima**
326:6
**Hispanics** 8:10
295:2,7
**histologic** 239:3
239:24 241:6
248:4
**histology** 247:23
248:11 249:20
250:4
**historical**
135:21,23
459:22
**historically**
298:1
**history** 355:20
355:23 356:4
447:1
**hold** 57:15 67:2
67:12 116:12
132:19 133:13
134:4 150:9
169:2 210:22
336:20 343:13
357:11 430:5
460:10 465:4

Judith K. Wolf, M.D.

465:20
holding 444:16
homework 137:10
Hopkins 112:21
112:24 113:14
113:20 114:3,7
114:22 118:13
121:9 132:1,6
138:10 139:22
140:1,5,21
142:22 374:6
hormonal
356:20 447:11
hormone 273:19
369:2,3
hormones
337:17
hospital 10:3
46:13,20 47:6
hotter 318:21
Houghton
265:23
hour 38:5 42:1
79:6 210:9
358:10 478:17
hours 37:16
38:4,15,16
39:8 41:21
42:18 47:5,6
97:15,21 358:6
house 14:4
71:15
housekeeping
483:3
Houston 48:12
48:17
Hulfish 2:19
human 14:13
106:7 166:23
169:4 175:14
178:1,2,9
385:8 434:3
457:19
humans 6:10,21
7:12 8:21

31:10 169:6
175:20 177:11
193:10,11
hundreds 408:4
411:24 437:1
HURST 2:13
hygiene 315:16
320:20
hypothesis
195:7
hypothetical
465:24
hysterectomy
195:4

**I**

IARC 6:8,20
7:11 8:19 31:8
31:9,18 32:10
32:14 33:11,16
156:4,18 158:1
158:18 159:12
159:24 160:21
164:15 187:16
188:1,13
221:23 222:15
223:4,7 224:23
225:21 226:3,8
226:12 227:4,8
227:17 228:2
280:16,20
281:22 282:3
283:6,12,18,23
284:3,7,9,15
284:20,21
285:12,23
286:22 287:4
315:14 316:23
319:3,10,16
320:22 323:9
323:18 340:7,9
340:17 341:22
346:19 347:18
365:7 423:11
423:18,21
424:10,11,12

425:20 426:1
426:10 428:5
429:19 430:13
430:15 431:2,4
431:20 434:7
454:20 455:12
457:10,14,18
459:4 469:9,15
470:10 476:2
476:12,17
IARC's 32:18
154:14 156:22
165:3 285:3
341:3 431:23
454:24
idea 74:11
114:20 169:15
209:16 229:5
295:15 337:2
416:23 419:8
identical 103:5
identification
11:16 12:9
31:13 35:14
36:19 52:24
66:14 100:23
128:16 157:2
198:22 213:18
224:16 233:2
238:23 245:3
247:17 272:3
294:14 350:21
353:21 427:23
identified
239:18 293:3
295:13 311:22
311:23 417:9
identifies 274:5
361:6
identify 18:23
26:13 68:13
75:17 117:5
236:15 274:10
354:24 425:18
identifying
109:13,18

245:18 246:7
262:10
Imerys 3:14,18
79:13,16,17,19
81:5 388:20,22
405:13 406:10
406:14 414:3
414:10,19
415:9 416:14
471:13,15
immune 108:23
337:20
impact 199:12
200:18
impartial 32:15
implication
21:22
importance
352:16
important 19:22
30:15 74:16,23
77:4 128:3
160:8,13
165:21 170:13
181:1 211:17
243:13 258:16
263:9 304:12
305:13 333:8
333:22 353:3
353:14 367:14
367:22 389:12
389:16 390:4
390:13,21
458:20 480:5
improper 261:2
inaccurate
446:15
inadequate
274:16 276:6
276:11,23
inappropriate
300:9
incidence
292:21 294:22
294:23 296:24
297:24

incident 292:9
include 15:17,19
15:22 90:6
143:4 148:14
199:16 221:14
236:8 244:13
244:20 246:12
246:18,23
247:12 249:13
264:11,17,21
278:16 282:8
282:10,13
356:17 377:21
377:23 450:15
450:16 451:12
466:9
included 146:14
245:8,11,15
247:5 249:5
259:1 280:10
451:7
includes 41:20
116:19 186:2
276:23 331:8
470:9,14
including 16:4
16:11 55:20
183:11 220:14
264:7 281:15
343:3 356:19
372:10 448:3
451:9
inclusion 258:17
incomplete
465:24
inconsistent
275:7 277:17
446:18
incorrect 172:12
270:4
increase 153:11
159:20 160:1,5
160:6 163:22
165:18 166:6,7
166:10,15
167:18 169:17

174:15 176:8
176:15 179:24
180:8,18,19
181:19 190:4
206:12 237:9
238:5,10,14
240:22 241:1
241:14 242:13
249:11,16,20
250:3 251:21
267:5 268:4
290:17,17,23
293:18 297:20
308:2 330:7
331:13,18
332:3,16,19,19
339:19 422:22
**increased** 18:4
19:12 57:23
164:23 182:9
195:23 196:9
197:2 200:22
204:10 205:4
208:14 237:6
241:23 242:9
265:8,10,16
266:17 267:14
273:13 274:1
275:5 277:9
282:5 290:9
291:17 293:21
307:6 308:3
317:17 331:4
361:18 422:17
423:5,9 438:5
472:13,24
**increases** 58:23
64:23 160:14
176:3 181:17
219:8 234:24
241:5 248:19
298:23 376:24
387:15 401:1
404:20
**increasing** 110:4
**independent**

174:1 262:12
381:12,13
**INDEX** 5:1
**Indiana** 49:7,11
51:6,16
**Indianapolis**
46:10,17 47:9
49:5 51:17
52:8
**indicate** 19:22
105:18 140:15
359:13
**indicated** 56:13
90:3,14 93:13
117:24
**indicates** 118:15
**indication** 57:22
281:4
**indirectly** 238:1
**indisputable**
228:19
**indistinguisha...**
419:4,19
**individual**
107:12 108:19
108:20 151:8
170:15 181:12
181:17 183:6,8
256:24 261:20
263:4 298:22
325:12 327:15
328:5 337:15
337:19 357:20
362:23 374:24
**individually**
77:18 266:5
**individuals**
243:18 337:8
337:10 338:3
**indoor** 476:2,15
**induced** 209:22
**induces** 380:22
**industrial**
140:15 416:20
417:1
**industries**

416:15
**inert** 192:2,4
194:17,23
221:10 223:21
437:13,17
442:24 443:3
**inevitably**
407:10
**infer** 318:24
**inference** 219:10
322:17
**inferring** 322:7
**infertility**
274:10
**inflammation**
19:22 20:2,5
20:14,14,18,24
21:1,5,6,10,13
21:17,18 22:3
22:5,14 23:4,8
25:7 26:8,8
27:2 28:2,9
174:18 175:7
176:18 177:10
177:18 178:2
178:14,21
179:5,12
180:14,19
181:19 182:1,5
182:9 183:12
183:17,22
184:4,7,10
192:17 210:21
212:23,24
213:2 216:5
217:18 218:21
219:13,14
220:17,24
372:8 376:10
380:9,19
381:12,13,16
381:20 384:6
385:3,14 400:5
400:7 401:9
406:18,20,22
406:23 407:3,4

407:6,8,10,12
407:14 408:9
408:16,18
409:1 411:7,13
411:17 437:20
445:1,7,10,12
454:13,14,16
456:2,4,6,9
459:3 474:2
**inflammatory**
22:19,23
153:21 170:10
171:20 174:18
175:1,9,13
176:18 177:4
177:17 179:21
180:5 184:19
185:2,8 188:2
188:7 189:17
189:22 209:22
210:2 211:24
212:9,14
214:14,20
215:12,17
217:8,14,23,24
218:6,9,13
287:12 372:12
376:8 377:2
382:3,14 402:9
403:9 404:11
404:12,17
421:4 458:15
**inflated** 313:12
**inflating** 307:15
**inflation** 311:1
313:24
**influence** 199:11
**inform** 36:5
140:24 142:9
158:2 256:19
317:21 362:1
362:19 411:12
**information**
13:11 14:9,12
27:9 30:21
34:7,17,24

36:15 58:6
59:1 70:18,21
75:18 76:4,15
83:1 84:4,10
85:8 86:10
88:8,19 89:6,9
98:5,12 100:19
112:22 117:23
118:6,11
119:18 126:24
127:23 128:4
128:10 136:2
142:8 143:23
146:3 148:6,7
173:9 190:22
196:22,23
223:16 224:3
236:9 243:15
244:4 248:8
254:23 266:3
272:15,21
273:4,12 285:9
287:6,7 288:15
289:4,13
290:15 295:12
323:4,9,14,18
325:16 328:17
329:19 338:13
352:4,13,20
353:13 361:4
365:13 385:24
390:1,24 391:1
416:7,12
420:19 421:10
437:7 458:24
483:13
**informative**
385:12 448:23
**informing**
352:17
**informs** 19:10
141:5 144:20
468:13
**ingestion** 421:17
422:1
**ingredients** 6:17

174:17 176:8
176:15,17
184:4 467:1
**inhalation**
156:10 204:8
204:14 205:13
206:16 208:4,9
208:18 209:18
338:5,16
340:11 341:4
341:11 345:2
345:24 346:12
347:17 457:1
474:11
**inhale** 208:23
209:13 345:8
476:23 477:13
**inhaling** 206:2
475:10
**initially** 243:19
456:15
**initiate** 185:2
**Initiative** 236:24
237:1 265:24
321:9 324:3,14
324:18
**initiator** 376:11
**injected** 190:23
**inquire** 338:20
338:24
**inside** 184:18
195:15 409:7
409:13
**instance** 166:23
277:24 328:2
**instilled** 411:2
**Institute** 270:14
270:19 271:2,7
271:13,17
272:20 273:7
273:23 274:5
274:15 275:2
276:4,14 277:6
277:23 278:4,6
279:20 280:3
281:20 282:17

449:12
**Institute's**
271:22 273:12
279:2
**institution**
137:22 228:17
348:2 444:11
**institutions**
59:22 187:4
**instruct** 83:9,18
86:6,14 87:7
88:2
**intake** 422:21
**intend** 360:7
362:7,8
**intended** 353:16
**intention** 239:22
**intercourse**
195:16 436:15
**interest** 363:5
394:21 395:3
396:17,21
**interested** 43:10
45:20 67:14
95:24 485:13
**interesting**
480:5
**intermittently**
47:3
**internal** 16:22
17:18 25:17
72:16,19 73:4
73:12,15 74:14
74:17 75:1,6
75:18 76:4,23
77:7 78:14
79:18 81:14,23
82:1,6 83:5
88:20
**international**
32:5 222:7
223:10 224:5
227:18
**interpret** 132:13
464:7
**interpretation**

188:18 265:2
285:3 314:5
328:18 366:17
**interpreted**
366:23
**interpreting**
116:2
**interrupt** 82:16
243:2 367:2
**interrupted**
82:14 202:12
242:20
**interstitial**
338:23
**interval** 369:21
**intervals** 263:12
263:20 369:15
370:2
**interview**
306:12 307:1
308:11 309:8
310:23 314:21
**interviewed**
303:6 304:17
307:8 308:5,21
**interviews** 55:6
55:17 56:13
63:24
**intraabdominal**
19:17
**intrinsic** 327:20
328:6
**introduce**
359:18 436:18
**introduced**
43:12 436:13
439:1
**invasive** 302:24
**investigate**
194:3 220:5
305:13,18
312:18 339:1
343:1 455:21
**investigated**
110:1 249:1
438:15

**investigating**
153:2 339:21
438:16
**investigation**
51:11 194:11
379:9
**investors** 51:14
**invited** 54:20
63:16
**invoice** 37:2,11
38:9,17 39:7
39:15,20
**invoices** 6:12
36:17,21 37:3
40:1,6 41:3,9
**invoked** 259:9
**involve** 193:21
**involved** 43:11
45:21 60:22
67:15 390:5,15
395:5 397:14
**involvement**
357:24
**involving**
456:13
**irritant** 111:6
**irritants** 171:20
**irritating** 162:7
164:20 170:3,9
372:11 401:9
404:12,17
421:5 458:15
**issue** 14:20
28:19 48:9
87:10 107:5
254:17 364:3
**issued** 468:5
**issues** 30:15
54:22 55:10,17
63:18 165:15
237:10 265:20
353:4 364:21
**issuing** 94:20
**Italian** 135:22
379:23
**Italy** 379:14,14

**item** 31:5 483:3
**items** 372:16
376:17 377:6
400:15 401:21

**J**

**January** 1:9 5:2
6:2 7:2 8:2 9:4
12:12 31:11
35:22 37:3
38:5 41:22
44:7 49:19
52:22 53:16,20
479:14 485:19
**Jersey** 1:1 2:20
3:17
**Jewish** 356:8
**job** 461:2
**John** 112:21,23
113:20 114:3,7
114:22
**Johnson** 1:2,3
1:17 2:21,21
3:5,5,9,9 9:17
9:17 75:18,18
76:5,5 78:14
78:15 114:23
123:22 144:2,2
144:7,9,9,11
144:12,23,23
145:3,3,11,11
145:12,13,15
145:16,20,20
146:5,8,9,19
146:19 147:7,7
147:11,12,15
147:15,19
148:2,3,3,5,5
148:17,17
149:4,4,11
150:2,3,3,8,8
150:15,15,21
151:4,9 171:16
174:24 175:12
180:8 372:2,2
373:24,24

375:7,7,22,23
377:15,21
420:14,15
447:17,17
459:21,22
468:14,14
474:1,1 485:3
485:17
**Johnson's**
114:24 123:22
124:2,11 129:2
129:19 130:1
130:13 142:15
142:18 143:6
144:8 145:7
147:19 149:12
150:21 151:4,9
171:16 174:24
175:13 180:8
377:16,22
**journal** 34:18,22
106:12,14,14
360:12,13,13
360:14 386:19
390:1 397:2,9
398:8,11,13
**journals** 35:3
360:6,10
398:16 399:4
**judge** 86:8,15
87:8 299:23
300:4 401:19
420:13 435:14
456:15
**judges** 401:20
**Judith** 1:13 5:1
5:6 6:1,5,15
7:1 8:1 9:8
38:4 485:4
486:12
**Judy** 8:18 9:3
351:2,5 484:3
**Julie** 373:11,13
373:14,21
374:11 415:9
420:12

**jury** 456:14
**J&J** 72:12,17
74:9,12 75:6
76:16 79:21
80:10 81:4
135:9,11,13,21
135:23,24
146:13,15,22
379:10 447:20
448:1
**J&J's** 74:14
123:14 378:13
378:18 448:3
449:4

---

**K**
**K** 1:13 3:16 5:1
5:6 6:1 7:1 8:1
9:8 485:4
486:12
**Kang** 17:8,16,22
18:8 19:1,9,10
20:5
**KATHERINE**
3:7
**katherine.mc...**
3:7
**keep** 46:5 60:13
95:23 165:12
216:1 260:16
300:15 460:19
478:13 480:20
**keeping** 53:12
**KELLERT** 3:2
**Kemble** 3:17
**kept** 366:4
**kids** 387:15
**kind** 28:15
34:13 43:19
113:15 169:11
185:17 186:11
358:16,16
**Klatt** 3:11 5:8
5:11 388:7,16
388:19 390:11
390:20 392:10

394:2,15
395:14 396:8
396:15 397:1,6
397:22 398:6
398:21 399:21
401:10 402:13
402:19 403:1
403:10 404:23
405:18 406:4,9
409:5,14 410:1
410:20 411:14
412:6,22 413:4
413:10,16,23
414:17 415:7
415:20 416:10
417:7,18 418:3
418:13,21
419:16 420:1
420:10,20
421:12 422:3
422:12 423:1
424:1,9,22
425:5,16
426:23 427:9
427:14,18
428:1,18
429:13,16
431:3,8,13,18
432:16 433:19
435:1,13 436:1
436:9 437:8
438:7,14 439:3
439:12,20
440:17 441:20
443:7,19,23
444:7 445:8,13
454:13 455:5
455:20 457:12
461:13 470:18
470:21 472:18
473:10 474:9
474:23 475:6
475:17,24
476:10 477:9
477:15 479:1
479:18 481:2

482:4 483:20
**knew** 45:9,12,21
51:6 58:22
62:5 201:8
425:15
**know** 10:24 11:8
22:9 23:21
31:16 33:20
34:2,5 35:2,7
43:4,19,23,24
44:1,1 45:6
47:2,4 65:4
69:20 76:1,4
77:1 78:6
82:24 83:12
85:12 86:21
88:17 91:2,4
91:22 94:17
98:21 99:4,8
104:22 107:6,8
108:17,18,20
109:10,24
110:7,8 113:14
113:16 114:9
114:11,17
115:3,4,8
119:8 127:24
133:10 135:7
136:1,8,14
137:11 138:21
140:4,7,12,14
156:17 161:17
164:1 165:12
165:22 166:17
166:18 167:4
168:1 170:14
174:5,18
175:18 176:7
177:17 180:13
180:24 181:2,8
181:9 182:24
183:9,15,17
184:9,11,11
187:6 188:22
190:1,2,11,13
190:19 191:10

193:2 195:22
196:8 197:22
200:1,2,19
202:2,4 205:22
206:5,11 207:6
208:21 210:23
211:6 212:16
220:1 223:15
223:19 239:22
241:17 244:19
247:4 257:17
257:18,24
262:9 279:23
282:24 286:5
292:7 296:21
297:7,23 305:3
313:4 316:10
317:1,6 318:4
318:16,24
321:2 322:6
323:3 324:7,22
324:24 325:4,7
325:16 326:4
326:12,15,20
326:21 327:2
334:1,2 337:3
344:16,17
346:16 348:10
354:5 358:19
363:13 365:14
365:17,18
368:2 376:7
377:1,12
378:21 379:3,4
380:18 386:14
386:15,19,24
389:22 390:4,8
390:14,22,23
390:24 393:18
395:19 396:6
396:19 397:17
397:24 398:10
398:12 400:6
405:8 410:21
411:21 412:8
412:23 413:18

Judith K. Wolf, M.D.

416:4 417:24
418:1,18,20
419:14,21
420:2,8 421:5
421:13 423:21
427:20 432:14
432:19 433:3
433:23 434:2
435:12,15
436:2 439:18
442:15 454:2
456:17 466:4
467:5,14,17
468:2 471:15
472:13 475:9
475:18,23
476:2,8 479:4
480:3,8 481:20
**knowing** 109:19
169:7 175:8
459:2
**knowledge**
20:21 33:23
43:13,15,16,18
228:9 235:17
253:24
**known** 25:6
115:15 171:19
173:14 195:1
195:13 376:4
401:4,8 404:11
404:18 457:19
458:13 477:16
**knows** 42:20
43:21
**Kramer** 207:15
**Krebs** 433:24
434:3

——— L ———

**L** 2:8
**lab** 220:20
**lack** 99:19
101:14 255:16
255:19,21
256:23 257:1

259:15,18
261:14 266:5
267:22
**lacking** 329:13
**lag** 280:4 325:17
325:17
**Langer** 120:4,8
121:10,20
122:2,11
123:13 130:12
**Langer's** 120:11
122:7 123:19
**Langseth** 158:14
**language** 98:14
102:13,14,15
104:3,6,9
399:20
**large** 113:15
151:14 177:18
185:7 188:9
204:24 205:4
237:11 266:8
266:23
**larger** 69:4
197:15 297:17
387:11 414:9
414:19 426:15
426:18
**late** 45:15
**latency** 316:13
317:20 325:24
326:16,20
327:17 328:11
**latest** 282:20
**laughing** 136:7
**law** 10:21 43:19
83:20,20,21
**lawsuit** 88:22
305:12 313:13
**lawsuits** 302:13
303:7 304:2,17
304:18 305:22
309:9 311:15
311:24
**lawyer** 24:3
52:19 125:11

465:1
**lawyers** 39:15
49:24 50:5,10
57:3,14 58:11
59:23 60:4,17
61:7,18 62:1
62:12 67:21,23
72:21 75:1
78:1,3 80:11
80:15,19 81:3
81:24 82:5
84:3 85:13
86:11,22 87:5
91:19 93:15
94:10 95:24
96:6 114:6,8
118:14 121:8
137:5 207:16
219:20 358:6
358:20 362:14
386:8 414:12
414:16 415:3,6
436:24
**LAWYER'S**
5:18 488:1
**lay** 352:17
**lead** 20:3 22:13
25:3 26:1,9
29:24 90:15
119:18 175:1
177:3,11
183:12 207:1
217:15,18
218:5 219:15
**leading** 22:6
270:20 271:7
**leads** 20:18 23:9
145:14 179:5
183:22 188:7
212:10 218:20
223:4 312:10
376:11 380:19
381:21 408:18
408:21
**lead-up** 231:13
**learn** 60:21

100:18
**learning** 43:11
67:15
**leave** 123:9
479:5
**leaves** 406:14
**leaving** 50:24
**led** 23:3 50:24
51:12
**left** 48:15,17,18
49:19,20
244:22,23
246:11 419:12
443:21 444:21
468:4,24
478:24 483:5
**left-hand** 253:12
**LEIGH** 2:2
**leigh.odell@b...**
2:3
**length** 102:24
103:1 108:15
265:22 290:14
**lens** 338:12
**lesion** 326:13
**letter** 7:14
230:13,17,18
230:23 231:4,7
231:9,11,14,20
232:8 233:22
233:24 236:13
362:8 389:10
392:1 393:6,15
393:20
**letters** 72:12
**let's** 38:24 66:11
68:12 70:10
94:7 95:23
99:13 139:5
158:24 198:9
210:5 213:7
215:24 252:18
260:16 276:2
281:7 315:5
350:19 388:7
403:2 424:15

424:21,23
425:18 426:18
427:17,18
445:15
**level** 168:22
184:11,12
473:12
**levels** 183:11
419:4,19 420:7
421:14 422:6,8
422:16 433:7
434:12 435:15
437:12
**LHG** 1:5
**LIABILITY** 1:4
**license** 49:13
**licensed** 49:8
**licenses** 49:10
**life** 474:19
**lifestyle** 447:8
**lifetime** 171:11
473:5,8
**ligation** 197:24
202:22
**light** 110:14
116:14 133:8
**limit** 262:24
263:1
**limitations**
101:19 109:14
109:19 266:3
266:23 289:1
290:13 291:20
328:22 334:14
334:15 367:21
368:1
**limited** 99:19
101:14 103:17
106:24 255:16
256:22 257:1,2
257:3 259:15
261:14 267:21
285:14 448:19
**limits** 369:9
**line** 119:16
121:16 487:3

Judith K. Wolf, M.D.

488:3
**linear** 332:16,19
**lines** 220:14
  223:20 277:18
  382:16,17
  479:24
**lining** 439:23
**link** 237:18
  423:13 428:12
**linking** 165:5
**list** 36:17 41:16
  68:9 69:1
  70:12 73:1
  76:22 79:11,13
  84:24 93:20,23
  116:3 142:12
  173:12,17
  174:1,6,14,17
  176:1 177:8
  179:13 273:16
  273:19,24
  356:12,15
  362:4 371:24
  404:2 414:22
  417:5 432:13
  435:10 447:5
  467:1
**listed** 69:14 70:3
  70:21 74:10
  77:8 78:4
  81:15 175:24
  276:10 355:2
  372:17 376:18
  377:1,6 385:13
  396:1,2,10
  405:1 414:22
  436:15 444:14
**listen** 149:10
**lists** 70:15 75:22
  75:23 245:7
  382:20 450:7
**literature** 13:12
  14:4,5,7 20:7
  20:21 22:17
  23:2,7,16
  25:23 26:13

27:22 34:12,21
  56:18,22 57:10
  57:20,21 58:6
  58:19 59:8,13
  59:19 60:10,15
  60:16,20 61:1
  61:5,15,20
  62:5,7,11
  104:24 105:1
  106:7 109:8
  110:10 155:15
  156:3 158:11
  158:12 162:15
  162:23 163:8
  168:20 169:14
  174:22 175:5
  177:3 187:17
  188:19 206:19
  208:2 219:1,3
  219:11 229:2
  229:15 234:8
  234:11 235:8
  243:14 244:11
  255:11 278:9
  279:18,22
  280:6 282:20
  283:1,4 285:21
  285:24 286:4,9
  289:7 337:7
  348:20,22
  349:11,16,19
  349:22,23
  350:1 357:7
  361:16,18
  362:11 382:7
  412:12 456:1
**litigation** 1:5 4:8
  45:12 49:24
  50:5,11 57:4
  57:15 58:12
  75:8 93:16
  125:11,22
  131:22 138:22
  207:17 235:22
  357:21,24
  358:22 359:3

386:9 389:13
  390:5 395:5
  397:15,19
  446:20
**little** 10:14
  24:22 25:22
  26:11 37:1
  44:19 45:9,14
  58:17 130:16
  146:21 212:19
  348:12 362:14
  385:22 443:21
  477:18 480:1
**live** 188:22
  190:1
**lived** 44:1 190:3
  318:19
**LiveNote** 485:18
**lives** 42:14
**living** 42:21
  423:3,7
**LLP** 2:13,18 3:2
  3:6,11,15,20
  4:2
**lobby** 42:17
**location** 46:14
  51:17
**locations** 46:19
  49:2
**locum** 46:3
**Logan** 3:8
**logical** 389:5
**long** 10:13 44:2
  128:24 155:3
  181:11 188:22
  188:24 190:2,3
  218:11 255:4
  267:2 291:23
  317:8,23 318:4
  318:6 322:20
  324:13 325:20
  326:8,12
  327:24 379:4,6
  422:7,15
  432:13 477:16
  478:15 481:12

483:20
**longer** 16:24
  17:15 49:12,16
  219:12 243:9
  244:3 326:24
  331:12
**Longo** 112:16
  125:14 126:7
  126:15 128:14
  129:13 135:6
  140:22 142:22
  373:19,21
  379:2 380:2
  452:11,13,22
  453:16,18
  459:21 460:4
  463:11,15
  464:10
**Longo's** 127:13
  131:22 135:3
  136:4,18 137:6
  137:11,16,20
  138:22 139:18
  172:15 374:7
  459:5,15
  463:19 464:5
**long-term**
  243:23 408:13
  411:7,22 412:9
  472:5
**look** 13:9 16:19
  17:2 18:18
  19:18 21:2
  24:4 28:17,23
  32:9 35:24
  38:15,16 72:10
  75:23 77:19
  78:18 79:11
  99:13,14 101:5
  101:18,22
  103:9 105:9
  108:15 111:8,9
  112:4,6 119:6
  119:11 126:24
  127:22 129:14
  133:7,11,15

135:9 141:23
  144:3 156:17
  158:24 172:10
  175:17,20
  196:23 198:2,7
  198:9 202:14
  203:3 210:5,20
  211:22 212:18
  212:19,20
  213:5 215:20
  217:9 219:1,4
  223:6,18 224:9
  240:22 244:21
  245:13 246:15
  247:5 248:12
  251:19 252:15
  256:16 257:8
  257:15 268:23
  272:14 273:3
  273:10 278:10
  279:23 289:19
  289:24 291:12
  291:15 293:16
  295:23 297:16
  297:19 298:21
  306:1 308:20
  313:2,17 314:3
  314:6 319:8,9
  329:16 330:8
  330:24 332:1
  333:3 340:16
  341:10,15
  346:18,22
  370:7,16,19
  371:6 391:4
  401:2,16
  404:13 414:18
  415:19 423:18
  424:16 425:9
  425:17 435:10
  439:8 443:23
  445:5 473:1
**looked** 27:23
  31:18 58:19
  71:3,6,9 75:12
  76:17 77:2

137:1 152:11
156:10,13
168:2 196:7
197:7 199:3,9
200:17 210:21
211:23 212:18
212:22 214:12
214:19 215:14
216:5,17
217:10 222:22
223:2,7,8
237:12 238:10
247:21,23
248:13,18
249:14,18
254:17 256:7
276:17 281:14
305:6 306:7
313:2 318:3
336:9 366:12
366:15 369:10
387:23 405:5
423:22 434:23
436:7 439:4
455:1 458:15
468:9 470:3
**looking** 12:21
14:3,6 18:10
18:13,23 19:1
19:5,14,16
21:8 24:16
51:6 52:13
73:1 78:22
81:10 100:7
101:23 102:6
102:24 106:7
106:10 116:14
117:15 118:19
129:12 136:22
142:3 152:23
153:2,8 161:8
169:3 173:13
199:16 208:7
212:17 218:6
218:12,15,17
220:3 241:9

248:10 261:18
264:6 270:8
294:6 296:4
302:19 303:9
304:23 305:2
319:23 330:21
330:22 338:11
338:14 339:22
343:8 368:9
378:24 380:12
392:13 393:4
394:10 401:17
424:18,24
425:19 427:2
458:19 469:3
472:10 479:23
479:24
**looks** 36:24
38:18 39:17
258:3
**loop** 67:17 354:9
**losing** 344:3
**lot** 21:3 146:22
185:11,13
293:8 300:23
305:12,21
334:11 344:1
347:7 354:6
363:5,10 389:2
**lots** 43:2 399:4
439:13
**low** 259:8 328:4
328:4
**lower** 8:11
262:24 292:10
295:3 296:24
298:2 369:9
**lowest** 227:13
292:21 294:22
295:16 383:17
**lunch** 213:8,23
**lung** 160:19
184:19,21
344:1 457:5
**Luzenac** 471:16
**lymph** 206:21

206:22,23
207:1 209:3
**lymphatic** 457:3
**lymphocytes**
406:23
**lynch** 337:13

_____

**M**

**M** 2:3,18 3:20
**macro** 406:23
**Magnani** 158:15
**Main** 3:21
**maintain** 71:11
**majority** 144:8
145:10 146:7
146:12 148:1
253:14 291:16
321:14 440:2
470:9
**makeup** 108:22
181:13 290:3
**making** 73:4
256:21 266:5
389:19 407:1
**malignant**
185:12,15
186:8
**management**
186:8
**MANGES** 2:18
3:2
**MANSUKHA...**
3:11
**manuscript**
35:11,16,18,20
36:4 236:18
391:5 394:11
**Manuscripts**
6:11
**marathon** 11:7
**Margaret** 2:3
42:2,4,5
477:17 481:8
481:17
**margaret.tho...**
2:4

**mark** 3:16 12:4
12:6 31:7
35:12 52:20
66:11 156:22
198:15 211:1
213:9 238:21
239:21 244:24
247:14 294:7
319:16 320:10
350:19 424:13
425:4 427:16
427:17,18
483:17
**marked** 6:3 7:3
8:3 11:12,15
12:8 31:12,16
35:13,19 36:4
36:18 52:23
66:13,19 67:19
67:20 96:16
97:5,17 100:22
101:2 128:15
141:11 157:1
157:18 158:1
198:21 213:17
213:21 224:14
224:15 232:19
233:1 238:22
245:2 247:16
269:19 272:2,6
294:13,16
302:8 319:12
330:18 350:20
353:20,24
392:6 394:5,11
425:6,8 427:3
427:22 428:2
454:21 482:22
**markers** 338:20
**market** 28:5,10
144:6
**marketed** 449:1
**MARKETING**
1:3
**marking** 128:18
**marks** 139:10

252:24 378:7
**mass** 352:19
**material** 68:10
69:2,10,24
92:4 192:7
415:23 451:8
**materials** 68:6
70:2,5 72:3
76:22 83:13
84:21 85:20,24
86:19 87:16
91:12,15,20,23
92:2,8,18,20
93:7 106:11
137:2 158:13
192:2,4 312:14
374:4 414:5
446:14 482:20
**matter** 39:21
58:4 131:5
150:16 151:2
151:12 168:5
169:24 170:4,7
171:3 298:21
**matters** 453:23
**MCBETH** 3:7
**McCullough**
17:18 18:1
**MD** 6:15,16 7:9
33:14 48:11,12
48:13,16,17,18
156:2 444:21
**MDL** 1:7 6:12
13:17 14:20
32:20 65:15
415:10 452:11
**mean** 21:6 22:23
29:5 37:17
38:16 40:18
51:9 71:13
92:11 97:6,21
102:23 104:5
117:14 130:18
132:23 135:11
137:9 170:2
196:21 200:15

Judith K. Wolf, M.D.

203:15 206:24
222:6 269:9
298:7 339:1
359:4 373:2
393:23 418:1
447:15 448:16
459:16 472:21
**meaning** 104:10
119:8 133:7
261:1
**means** 21:7 74:3
133:6 284:21
334:20 413:6
419:18 420:2
474:24
**meant** 84:8
239:16 352:21
379:24 459:19
478:23
**measured**
189:13 219:7
**mechanism**
102:5 220:5,8
220:8 226:4
367:24 380:8
385:5
**mechanistic**
225:2 227:14
451:10
**media** 305:22
311:14 313:13
462:19
**medical** 20:7
22:17 23:2
34:12,18,21
35:3 38:4 43:1
73:5 104:24
116:13 133:14
133:21 155:23
195:7 221:8,11
363:2 400:12
412:8 462:9
473:15
**medicine** 6:7
12:19 13:18
31:23 33:9,14

46:3,7 47:13
49:9 106:4
366:22
**medium** 151:14
**meet** 42:12 44:9
67:6 278:21
**meeting** 36:12
42:2 279:4
364:11
**member** 360:17
360:19
**members** 278:20
279:4
**membrane**
457:2
**Memorial** 46:12
**memory** 121:2
**men** 318:24
**menarche** 316:5
316:8
**Menstrual** 192:9
**menstruation**
228:12 440:12
**mention** 216:4
**mentioned** 43:8
246:16 302:4
401:22 438:4
451:14
**mesothelial**
189:6
**mesothelioma**
186:20 187:5
338:22 339:8
339:13,19,23
342:10,14,20
343:4,16
344:11 345:10
345:24 346:9
346:14,16,24
347:5,12,19,24
410:22
**met** 42:17
463:14 477:18
**metal** 170:3
373:3,6 400:3
432:9

**metals** 6:19 8:19
111:2 162:6
164:16 168:6
179:2 372:9
373:9,18,23
375:21 377:15
378:15,23
401:6 432:5
465:11 466:9
**meta-analyses**
250:10 251:6
251:20 253:7
260:8 265:7
370:20 451:10
**meta-analysis**
7:23 8:5 99:16
197:16 235:2
236:5,10 238:2
238:3 242:10
245:9 247:8,14
250:18 251:2,3
252:11 258:17
259:1,5,7
260:21 261:3,8
264:2,7 265:3
265:8 283:10
283:11 287:10
291:11 329:23
383:11,23
470:8
**method** 105:18
115:9,15 312:3
419:5,9,20
420:6,8
**methodologies**
418:5
**methodology**
13:15 14:16
80:18 81:21
105:19,24
126:13 137:19
146:11 152:4
223:9 227:24
234:6 251:15
268:8 278:1
279:17 294:19

297:12 299:2
313:9,11,17
367:3,4 451:19
452:1
**methods** 31:24
32:3 106:11
115:11 116:4
116:20,23
132:13 137:2
246:17 312:6,7
312:14 314:4
418:7
**Michael** 3:11
111:5
**Micheal** 1:16
23:20 485:3,17
**microscope**
133:19 218:7
419:13 451:20
**microscopes**
133:24
**microscopist**
116:5,9 133:1
133:5,10
**microscopy**
116:14,15
133:8
**mid** 316:18
**middle** 318:18
321:3 358:18
**middle-age**
316:19
**migrate** 191:1
191:24 192:2,5
192:13,22
208:16 214:8
221:7 228:18
229:6 230:2,7
232:6 387:17
**migration**
192:19 193:13
194:16 201:18
202:20 204:5
207:1 221:10
221:18 223:12
223:21,23

226:14 227:6
227:22 228:13
228:15 336:16
387:3
**Mike** 388:19
424:21 429:12
472:17
**miller** 341:22
**millers** 340:5
341:6 342:5
343:16 345:18
456:13
**mind** 15:8 20:10
109:21 129:5
168:12 287:3
324:21 336:24
360:7 397:3
460:22 464:14
**mine** 94:4 416:2
423:8
**mineral** 117:19
**minerals** 115:17
116:16
**Minerals/Luz...**
471:24
**miners** 340:5
341:5,22 342:5
343:16 345:18
456:13
**mines** 130:3
135:22 343:24
379:10 423:4,8
**minimal** 251:22
**mining** 79:17
388:22
**Minnesota**
49:17
**minus** 167:8
**minute** 23:19
236:2 370:23
389:8 475:9,11
**minutes** 65:23
79:7 134:3
210:14,16
471:3
**mischaracteri...**

76:19
**misheard**
296:10
**mismarked**
225:7
**misrepresenting**
132:22
**misrepresents**
132:17 403:22
**missing** 88:1
296:18 332:12
332:12 343:12
**misspoke** 67:9
239:16 459:13
**misstates** 35:5
57:8 77:12
121:13 122:23
123:17 130:15
135:15 139:1
147:2 236:21
366:7 402:4,18
468:20
**MIT** 130:2
**mix** 21:4 70:7
110:24 111:1
**mklatt@gord...**
3:12
**model** 410:18
**models** 182:1
410:21 411:1
**moderate** 226:9
**modification**
306:11,24
307:21 308:10
314:20
**moment** 122:22
**Monday** 1:9
**money** 51:14
358:20 386:7
395:22 396:7,7
396:11 398:4
**monograph** 31:9
156:22 157:6
157:11 165:4
187:19 224:23
225:22 423:19

423:21 424:11
424:11 425:20
426:10 427:8
427:10 428:6
431:5,21
454:20,21
455:13,17
457:10,10
469:9,15 476:2
476:12,17
**monographs** 6:8
6:20 7:11 8:20
31:9,19 33:11
**Montgomery**
2:5
**month** 49:7
279:24 283:7
439:23 479:2
**monthly** 190:18
278:21 279:5
**months** 332:11
332:13 479:8
**morning** 9:14,15
52:20 67:22
90:4 172:2,10
**Morris** 480:10
480:11,14
**Morristown**
3:17
**mortality** 159:6
426:4
**motion** 348:21
**Mount** 3:17
120:8
**move** 19:8,8
78:2 149:15
203:10 299:11
300:22 301:1
**moved** 318:20
**moving** 65:17
216:1 441:2
**msilver@coug...**
3:16
**mucinous**
241:18
**mud** 119:17

**multipage** 468:5
**multiple** 19:20
21:20 106:15
148:23,23,24
166:20 167:11
167:17 182:8
184:3 191:7
199:9,10,11
223:20 228:11
290:13 298:16
343:22 387:10
391:14 402:7
403:7 437:12
442:23 458:12
**multiply** 358:22
**multistep**
387:21
**multivitamins**
432:18,20
435:7,11
**museum** 135:13
**Musser** 7:15
**mutation** 337:12
337:14
**mutations**
380:22 381:5
381:10,17
382:1
**mystery** 350:11
351:23
**M.D** 1:13 5:1,6
6:1 7:1 8:1 9:8
485:5 486:12

——————
**N**
——————
**N** 2:1 3:1 4:1
**NAEEM** 3:20
**naive** 59:14
**name** 9:16 16:19
42:14 46:13
51:19 97:12
245:7 351:22
354:2 388:19
410:6,10,11
**names** 94:2
**Narod** 256:6

**Narod's** 259:20
371:10
**National** 270:13
270:19 271:2,6
271:13,17,21
272:19 273:6
273:11,22
274:4,14 275:1
276:4,13 277:5
277:23 278:4,5
279:1,19 280:2
281:19 282:16
363:1,10,18
364:20 365:16
449:11
**nature** 328:23
435:24
**NCI** 234:22
272:15 278:20
282:18 283:6
302:4 365:7
366:3 450:11
**NCI's** 272:7
**NCI-sponsored**
234:19
**NCRA** 485:17
485:18
**near** 206:22
423:8 441:15
441:19
**nearly** 10:2
59:22
**necessarily**
187:6 192:19
211:21 229:4
338:15 354:10
389:4 477:6
481:20
**necessary**
457:24 483:16
**need** 11:8 49:4
80:5,6 86:7,9
86:12,16 112:5
121:1 122:19
122:20 128:24
198:6 202:14

230:16 231:20
245:7 252:17
300:22 303:16
313:7 319:7,9
362:4 378:2
386:14 423:18
424:19 426:22
450:4,5
**needed** 109:3
168:12 185:19
325:8 371:17
390:2 464:15
**needing** 259:20
**needs** 120:22
336:24
**negate** 208:14
242:6,14
246:13
**negative** 261:7
**neglected** 65:24
**neighbors** 42:13
**neither** 361:5
485:11,12
**Network** 51:20
52:3,15
**never** 34:3
133:18 171:18
176:14 177:14
185:20 326:10
368:2 386:12
386:13 387:6
389:21 408:1
431:23 433:9
434:15 435:18
438:2 462:12
462:17,23
477:20 482:1
**new** 1:1 2:20 3:4
3:4,17 51:14
69:9 236:8,15
288:7
**newer** 197:15
199:5
**newest** 451:4
**Newport** 2:10
**news** 55:3,5

| | | | | |
|---|---|---|---|---|
| 65:10 | 351:15 | 452:15 456:11 | 81:17 82:8 | 186:21 187:7 |
| **nicely** 286:9 | **normal** 73:2 | 457:22 462:8 | 88:23 94:23 | 187:18 188:16 |
| **nickel** 111:3 | 227:11 | **numbers** 78:21 | 95:9 96:20 | 189:9,19 191:3 |
| 164:17 168:7 | **North** 318:19 | 297:19 449:24 | 97:18 98:16 | 191:16 192:24 |
| 372:10 400:5 | **Northwest** 46:12 | 450:2 | 100:24 101:16 | 196:1,11,19 |
| 400:16 404:6 | **Notary** 1:18 | **numerous** 91:11 | 102:2 103:6,19 | 197:11 201:6 |
| 431:24 435:2,6 | 9:10 486:19 | 92:17 172:6 | 104:12 105:14 | 201:19 204:1 |
| 435:16 | **notations** 483:22 | 468:9 | 107:2 108:3,12 | 204:19 205:7 |
| **nine** 269:12 | **note** 40:10 91:9 | **nurse** 42:16 | 109:5,16 | 205:14 206:9 |
| **nodes** 206:21,22 | 253:13 | 348:7,9 | 110:22 111:20 | 207:21 209:23 |
| 206:23 207:2 | **notebooks** 68:5 | **Nurses** 236:23 | 115:1,20 116:6 | 211:10,18 |
| 209:3 | **noted** 159:2 | 237:16 242:12 | 117:1 118:3,17 | 214:16 215:6 |
| **Nods** 200:24 | 188:1 258:24 | 243:6 245:21 | 119:10,21 | 216:15,24 |
| 310:11 | 416:2 426:1 | 246:10,24 | 120:13 121:12 | 218:1,23 |
| **nonasbestiform** | 428:20 486:7 | 247:13 249:4 | 122:3,21,22 | 220:11 222:1,8 |
| 115:17 117:18 | **notes** 5:18 68:20 | 252:3 257:7 | 123:9,16 124:4 | 222:16 223:13 |
| 118:1 225:22 | 71:24 72:2,5 | 265:14 266:13 | 124:13,24 | 224:7 226:15 |
| 284:8,11 | 443:24 478:13 | 267:3 321:3,10 | 125:12,24 | 228:4 229:20 |
| 285:13 340:11 | 480:20 488:1 | 321:11,16 | 126:9,17 127:8 | 230:10 232:13 |
| 341:5 469:10 | **notice** 1:14 6:4 | 322:22 323:13 | 128:7 130:5,14 | 233:3,18 236:1 |
| 469:15 | 11:13 12:3 | **nutrient** 433:4 | 131:15,23 | 236:3,19,20 |
| **Nongenetic** 8:12 | 65:18 66:3 | **nutrition** 432:9 | 132:15 133:2 | 237:20 242:2 |
| **nongenital** | 67:19 | 432:12 | 134:6,19 | 243:21 244:6 |
| 302:22 | **November** 36:3 | **nuts** 435:3 | 135:14 136:10 | 244:15 245:23 |
| **nonhereditary** | 93:11 94:21 | **N.W** 4:3 | 136:20 137:13 | 247:2 248:5 |
| 356:16 | 95:6 96:17 | | 138:12,24 | 249:7 251:17 |
| **nonoccupatio...** | 351:2,8 352:3 | **O** | 140:10,18 | 252:5,13 |
| 163:15,21 | 352:8 | **O** 4:6 | 144:24 145:21 | 254:10 261:4 |
| 423:3 | **NTP** 384:7,11 | **oath** 10:19 24:6 | 147:1,22 | 261:15 264:4 |
| **nonserous** | 384:24 385:8 | **obesity** 356:20 | 149:18 150:5 | 264:18 265:18 |
| 238:14 239:24 | 385:11 | **object** 13:5 18:6 | 150:22 151:10 | 266:19 270:23 |
| 240:13 241:20 | **number** 6:3 7:3 | 20:11 21:15 | 151:21 152:17 | 272:22 274:19 |
| 241:23 242:10 | 8:3 12:2 47:4 | 22:7,20 23:5 | 156:7 158:20 | 275:9 276:8 |
| **nonspecific** | 55:16,17 59:21 | 23:18 26:2,17 | 159:9,14 160:3 | 277:2 279:8 |
| 45:16 | 63:12,16 67:20 | 27:12 28:20 | 161:2 163:6,17 | 280:14,22 |
| **nonstatistically** | 72:11 79:12,13 | 29:8 30:5,18 | 164:11 165:8 | 281:11 282:22 |
| 164:7 165:2 | 96:2 116:3,19 | 33:4 35:4 36:8 | 166:1 167:14 | 284:13 285:5 |
| 324:8 | 152:11 187:4 | 55:13 57:7,17 | 167:22 168:24 | 285:16 286:14 |
| **Non-Hispanic** | 193:17 199:16 | 58:13 60:7,18 | 169:18 170:17 | 288:11,22 |
| 8:11 | 202:7 238:8 | 62:14 63:3 | 172:3 173:5,19 | 289:22 290:10 |
| **non-Hispanic/...** | 254:23 293:1 | 64:4 65:1,16 | 174:3 175:3,15 | 291:18 295:19 |
| 296:13 | 304:19 310:12 | 66:20 67:4 | 176:12 177:12 | 297:2 301:22 |
| **non-talc** 436:18 | 331:20 351:13 | 73:7,13,20 | 178:4,17 179:7 | 302:14 303:14 |
| **non-talc-based** | 355:13 368:16 | 74:5,19 75:9 | 179:14 180:10 | 304:6 305:15 |
| 438:17 | 368:20 427:20 | 77:11,14 78:16 | 181:5 182:2 | 305:23 306:13 |
| **nopelvicmass....** | 448:21 451:17 | 80:12,21 81:7 | 183:24 186:5 | 307:4,23 |

308:12 309:2
309:13 310:14
312:21 314:12
314:23 316:2
317:4,24 322:4
322:15 323:5
323:11,20
324:15 325:9
327:11 328:14
329:14 331:15
332:6 333:10
333:15 334:23
335:9,20
336:14 338:7
339:9 340:13
341:13,24
342:11,22
343:18 345:11
346:1 347:20
349:13 350:14
353:6 357:4
362:21 363:22
364:8,22
365:10 366:6
366:19 367:6
367:16 368:7
368:23 369:12
370:12 372:4
374:16 376:1
376:20 377:8,9
377:17 381:18
382:9,23
383:19 384:18
385:9 386:10
387:4,19 390:6
390:18 391:20
395:8 396:4,12
396:18 397:4
397:20 398:1
398:19 399:17
399:19,19
400:20 402:3
402:17,22
403:4,20,20,21
405:15,24
406:6 408:22

409:10,18
410:14 411:10
412:2,20,24
413:7,14,19
414:13 415:4
415:17 416:9
417:3,15,23
418:11,15
419:10,22
420:3,17 421:1
421:22 422:9
422:19 423:16
428:16 430:23
431:6,10,16
432:10 434:20
435:8,21 436:4
437:4,21
438:20 439:6
439:16 441:17
442:21 445:3
460:23 463:3
463:21 464:18
465:13,23
466:12,21
468:19 469:17
470:12 475:2
**objected** 300:5
**objecting** 346:4
**objection** 76:8
76:18 78:7
79:24 82:16
95:13 107:15
110:5 137:23
148:20 154:2
156:15 161:23
182:21 183:13
194:13 267:18
268:11,20
270:3 271:9
298:4,13 299:7
300:1,5,19
303:8 307:16
313:14 318:14
326:19 327:3
329:1 334:18
337:1 433:15

440:10 448:6
449:6 450:20
452:3,19 453:2
454:3 455:5,9
455:19,20
456:20 457:12
458:8 459:17
460:1,7 463:7
474:5,20
475:13,22
476:6 477:8,11
479:15
**objections** 66:5
66:7,9 67:23
**observational**
253:24
**observed** 308:2
**obtain** 289:13
406:3
**obvious** 218:13
**obviously** 350:8
**occasional**
417:21 418:8
**Occasionally**
272:17
**occupational**
155:19 156:6
156:14 158:19
159:7,19
160:17 161:1,9
161:13,20
162:17 163:2
165:7 346:19
346:20 423:15
426:5 428:14
429:1 430:18
**occupationally**
158:22 162:8
**occur** 166:19
228:16 255:9
381:10 409:3
413:6
**occurred** 83:16
**occurs** 166:20
193:13 223:22
223:23 228:13

324:23 385:3
**October** 49:21
50:24 51:4,15
479:7,9
**odds** 262:24
263:11,15,19
307:15 311:1
313:24 355:6,6
368:10 369:14
**offered** 107:16
344:20,24
462:24 464:13
**offering** 128:4
134:16,21
278:18 453:8
453:12
**offhand** 178:8
191:12
**office** 37:13 39:9
40:24 47:5
71:15
**official** 49:21
**officials** 50:19
**off-the-shelf**
471:4
**Oh** 53:17 177:6
187:23 263:6
309:18 392:9
**Ohio** 3:22
**okay** 9:19,20
10:8,11,15,23
11:6,9,10,21
11:24 12:5
15:21 16:2,10
16:21 17:14
19:3 20:4
23:11 25:17,21
28:11 34:6,16
34:23 36:24
37:9,20,24
38:8,12 39:19
39:23 42:7
43:20 44:11
45:2 46:24
48:20 50:3
51:19 52:16

53:19 54:2
61:21 63:8
66:24 68:12,23
69:11,17 70:1
71:17,21 75:17
87:24 89:15
90:10 92:6,16
92:23 93:1,13
93:18 94:7,12
94:20 95:4,22
99:5,8,13
100:4 101:11
101:22 105:6
113:2,9 114:9
117:22 120:10
121:18,23
125:19 127:5
127:12 131:12
131:21 134:2
134:16 135:6
137:18 140:7
143:4 144:20
149:8 154:13
157:20 196:14
196:14 200:6
201:3 203:19
207:6 209:9
210:5,7,15,16
213:10 214:11
216:3 226:2,7
226:12,23
227:3 229:24
231:12 232:10
232:18 234:6
235:16,19
246:21 247:11
250:20 252:10
255:24 256:3
258:10 262:22
269:19 273:16
277:20,20
279:16 281:7
284:7 287:2
288:3,7 291:3
293:6 297:6
298:16 303:19

304:5 307:6
309:21 316:7
316:16 321:2
344:9 345:21
347:8 350:2
351:7,11,20
352:7 353:1
354:8,14,15
357:23 358:4
364:2 370:22
371:21 374:23
375:4 380:5
389:7 391:4
394:7 395:23
396:16 427:14
429:6 430:7
441:14 443:22
444:13 453:15
462:6 463:17
473:14 477:20
479:11 481:10
483:15
**old** 58:3 236:10
283:2
**older** 470:15
**omitted** 245:20
**once** 58:24
94:13 170:22
170:22 189:1
189:24 279:23
289:1 348:19
478:5 482:1
**oncologist** 42:22
59:10,21 60:3
62:23 73:3
74:4 186:2
272:14 286:12
292:8 296:22
341:9 348:8
352:19 353:2
397:13 398:16
453:6,7 480:3
481:13,23
**oncologists**
360:11 361:15
480:8

**oncology** 20:22
48:6 94:3
325:24 360:11
360:12 362:24
364:13
**ones** 39:6 93:19
94:1,3 118:20
148:4 197:19
400:4 414:21
414:23,24
447:6
**one-time** 188:20
190:5,9,20
**ongoing** 257:11
**online** 34:19,22
**Oophorectomy**
8:13
**open** 193:8
336:17 387:9
443:15 456:23
456:24,24
**opening** 193:4,5
193:7 387:11
**operate** 411:20
**operated** 445:1
**operations**
28:18
**opined** 261:12
**opines** 179:13
**opining** 297:13
**opinion** 25:1,4
25:24 26:14,14
27:7,8 29:23
30:24 56:14
57:11,15 58:9
58:21 61:2,22
62:8,10 64:9
65:14 67:2,12
75:11,14,20
76:6,10 77:1,4
77:23 78:5,10
78:13 79:1
84:5,13 85:15
87:1 88:10
89:9 101:9
106:18,24

107:22 108:8
110:16,18
111:17 124:21
125:20 126:6
127:6 128:5
130:23 131:13
134:4,17,21
138:20 139:15
139:18 140:24
141:5,21 142:9
143:24 144:21
145:7,15 146:4
148:11,13,15
148:18 149:3
149:11 150:10
150:13,19
151:5,7,16
152:12 158:2,3
158:6,8 165:11
165:24 166:13
167:20 171:15
171:19 174:13
174:16,23
176:3 178:12
178:15 180:7
181:2,22
191:22 193:17
196:18 201:5
204:12 205:11
206:19 208:22
213:1 214:8
221:6 223:17
228:13,14
229:7 232:5
233:7 234:11
237:17 241:4
255:18 256:20
259:19 268:16
270:10 278:18
280:1 281:9,13
281:17 284:15
301:20,24
303:12 325:23
327:7 336:10
336:20 338:2
340:4 343:13

344:21 345:1
345:16 348:20
357:2,11
361:20 371:23
372:15 373:9
373:16,23
374:8 375:3,6
376:15,22
377:5,13 378:1
378:12,18
381:1 384:4,5
400:14,22
451:9 462:14
463:1 464:13
465:4,8,21
466:2,18,23
467:5,8,17,20
468:14,18
482:21
**opinions** 29:17
30:16 32:19
36:3,5 66:18
75:7 76:3 83:3
83:7 88:21
95:5,8 96:18
96:23 107:10
154:14 157:7
170:12 172:17
191:22 225:24
271:23 303:3
360:21 383:17
387:1 446:19
450:12,18
453:8,12 457:8
457:24 461:8
482:10
**opportunity**
31:1 76:2
122:21 129:9
446:10
**opposed** 228:2,7
**opposite** 201:3
**oral** 1:12 6:4
421:16 422:1
422:21
**oranges** 162:8

**order** 231:19
280:1 457:24
458:5
**ore** 119:17,19
140:15,16
454:8
**organization**
363:15 389:11
473:15
**organizations**
362:19 363:8
364:19
**orient** 62:20
240:4 320:17
**original** 6:11
39:24 41:3
329:20
**originally** 41:17
**outdoor** 476:3
476:16
**outliers** 106:17
**outline** 12:24
**outside** 165:6
193:9,22 194:4
194:10,24
195:7,14,15
443:15
**ovarian** 7:5,8,18
7:22 8:5,7,11
8:14,17 14:1
14:24 15:7
17:8 18:4,14
19:12,19,23
20:1,8,15,19
21:3,20 42:23
43:5,7 44:12
45:6,13 47:17
48:3,7 54:14
54:18,22 55:7
55:18,20 56:3
56:4,6,8,16,23
57:1,6,16,23
58:10,21,24
59:3,9 61:6,12
61:16,23 62:4
63:1,18,22

| | | | | |
|---|---|---|---|---|
| 64:9,13,15,20 | 265:17 266:17 | 361:13 362:5 | 191:2,24 192:3 | 18:16 20:11 |
| 64:23 65:7 | 267:5,6,15 | 362:20 363:1 | 192:5,14,23 | 21:15 22:7,20 |
| 67:3,13 76:7 | 268:5 271:19 | 363:10,18,20 | 193:10,23 | 23:5,18,23 |
| 106:6,20 | 272:8 273:8,14 | 364:20 365:16 | 194:5,11,24 | 24:8 26:2,17 |
| 107:23 108:9 | 274:17 275:5 | 366:4 368:6 | 195:10 204:7 | 27:12 28:20 |
| 108:11 109:4 | 276:7 277:9 | 372:3 375:24 | 204:13 208:24 | 29:8 30:5,18 |
| 109:23 110:4 | 280:13,21 | 376:4,6,12,24 | 209:3,11,14,17 | 33:4 35:4 36:8 |
| 110:18 126:23 | 281:1,10 | 380:23 381:8 | 213:2 214:9 | 37:10 38:22 |
| 138:16 153:1 | 284:11 289:3 | 381:16 382:15 | 221:7 227:11 | 39:4,7 40:8,10 |
| 153:11,15,22 | 290:17,23 | 382:15 385:15 | 230:9 232:7 | 40:20,23 41:8 |
| 153:24 154:18 | 291:4 292:9,21 | 387:16 389:11 | 345:2 387:17 | 41:14 43:23 |
| 154:21 155:6 | 294:22 295:3 | 389:14,19 | 409:22,24 | 44:15 50:12 |
| 155:16 156:5 | 295:17 296:16 | 395:6 397:14 | 411:19 434:8 | 52:5,16,19 |
| 156:23 158:8 | 296:24 297:14 | 399:15,23 | 434:10 440:14 | 53:22 55:13 |
| 159:20 160:1 | 297:21,24 | 400:7,13,17,24 | 440:22 442:12 | 57:7,17 58:13 |
| 160:14,18,23 | 298:9,12,17,19 | 401:13,23 | 442:20 443:2 | 60:7,18 62:14 |
| 163:16,23 | 299:5 301:14 | 404:20 405:2,7 | 457:1,16 472:4 | 63:3 64:4 65:1 |
| 164:10,21,23 | 301:15 302:2,5 | 406:18,21 | 473:8,19 | 65:16,22 66:20 |
| 165:6,19 166:7 | 302:24 303:1 | 407:6,11,13,14 | 474:11 477:14 | 67:4 68:4 73:7 |
| 166:10,16 | 304:4,20 | 407:24 410:3,8 | **ovary** 154:7,7 | 73:13,20 74:5 |
| 168:13,23 | 309:10,22,24 | 410:13,16,19 | 159:4 204:5 | 74:19 75:9 |
| 169:17 171:17 | 310:7 311:7 | 411:3,8,15 | 206:22,24 | 76:8,18 77:11 |
| 174:15,20 | 316:13 317:21 | 412:1,10,19 | 209:22 211:22 | 77:14 78:7,16 |
| 175:6 176:4,9 | 317:23 325:8 | 413:13 420:23 | 213:6 215:16 | 79:2,5,24 |
| 176:16,19 | 325:13 326:1 | 421:7,9,15,17 | 218:7 335:19 | 80:12,21 81:7 |
| 177:6,19 | 326:14,17 | 421:20 422:2,5 | 335:23 336:7 | 81:17 82:7,10 |
| 178:15 179:22 | 327:9,21,22 | 422:18,23 | 336:13,18,22 | 82:15,18 83:8 |
| 180:1,9,15,16 | 328:4,13 | 423:5,9,13 | 336:24 339:20 | 83:21 84:1,15 |
| 181:18 182:6 | 331:13 336:22 | 428:13 429:10 | 426:3 428:23 | 84:18 85:17 |
| 184:5,8 185:11 | 337:13,17 | 430:3,4,10,11 | 430:21 432:1,3 | 86:17 87:10,21 |
| 195:5,24 196:9 | 338:3,19 | 430:17,21 | 456:4,7,9,18 | 88:3,12,23 |
| 197:3 203:22 | 339:20 342:6 | 437:3,20 438:6 | 477:1 | 89:15 92:5,10 |
| 205:4 208:15 | 342:15 343:2,5 | 438:19,24 | **overall** 52:10 | 92:23 93:22 |
| 208:24 219:9 | 343:7 346:11 | 445:2,6 447:4 | 148:22 160:13 | 94:23 95:9 |
| 220:6,9,19 | 346:21,22 | 454:17 456:5,8 | 248:13 290:21 | 96:20 97:18 |
| 229:2,4,15 | 347:9,19,24 | 456:10 457:16 | 368:9 | 98:16 100:24 |
| 232:22 233:17 | 348:5,16 | 458:1,7 462:3 | **oxidation** | 101:16 102:2 |
| 234:21,23 | 350:11,24 | 462:10,14,21 | 406:24 | 102:19 103:6 |
| 235:1 237:6,19 | 351:22 352:9 | 463:1 464:16 | **oxidative** 219:14 | 103:19 104:5 |
| 238:6 241:3,7 | 353:18 354:3 | 464:22 465:5 | 380:20 381:22 | 104:12 105:14 |
| 241:9 244:11 | 354:21 355:1,7 | 465:17,21 | 382:2 384:6 | 107:2,15 108:3 |
| 245:9 248:19 | 355:12 356:1,5 | 466:3,20 467:2 | 385:14 | 108:12 109:5 |
| 251:21 253:15 | 356:13 357:3 | 467:7,23 469:1 | **oxygen** 407:1 | 109:16 110:5 |
| 253:23 254:8 | 357:12 359:14 | 472:3,23 473:3 | **Oz** 64:2 65:4 | 110:22 111:20 |
| 254:21 257:9 | 359:17,23 | 473:5 480:18 | **O'Dell** 2:2 5:9 | 112:8 115:1,20 |
| 259:2 264:10 | 360:23 361:5,7 | **ovaries** 182:10 | 5:12 13:5 18:6 | 116:6 117:1 |

Judith K. Wolf, M.D.

| | | | | |
|---|---|---|---|---|
| 118:3,17 | 191:16 192:24 | 280:22 281:11 | 357:4 362:21 | 432:10 433:15 |
| 119:10,21 | 194:13 196:1 | 282:22 284:13 | 363:22 364:8 | 434:20 435:8 |
| 120:13,18,23 | 196:11,19 | 285:5,16 | 364:22 365:10 | 435:21 436:4 |
| 121:12 122:3 | 197:11 198:6 | 286:14 287:16 | 366:6,19 367:6 | 437:4,21 |
| 122:14,17,20 | 200:9 201:6,19 | 288:11,22 | 367:16 368:7 | 438:11,20 |
| 123:4,7,9,16 | 202:13,23 | 289:22 290:10 | 368:23 369:12 | 439:6,16 |
| 124:4,13,24 | 203:13 204:1 | 291:18 293:23 | 370:12 372:4 | 440:10 441:17 |
| 125:12,24 | 204:19 205:7 | 294:3,9 295:19 | 372:18,21 | 442:21 443:22 |
| 126:9,17 127:8 | 205:14 206:9 | 296:6 297:2 | 374:16 376:1 | 445:3,15 446:2 |
| 128:7 129:4,8 | 207:21 209:23 | 298:4,13 299:7 | 376:20 377:8 | 448:9 449:9 |
| 130:5,14 | 210:8,12,15,24 | 299:12,17,20 | 377:17 380:14 | 450:23 452:7 |
| 131:15,23 | 211:10,18 | 299:24 300:3 | 381:18 382:9 | 452:21 453:5 |
| 132:5,15 133:2 | 213:10 214:2 | 301:2,8,22 | 382:23 383:19 | 453:14 454:2,5 |
| 134:6,19 | 214:16 215:6 | 302:14 303:8 | 384:18 385:9 | 455:6,23 457:7 |
| 135:14,18 | 216:6,15,24 | 303:14 304:6 | 386:10 387:4 | 457:13 458:17 |
| 136:10,20 | 218:1,23 | 305:15,23 | 387:19 390:6 | 459:11,20 |
| 137:13,23 | 220:11 222:1,8 | 306:13 307:4 | 390:18 391:20 | 460:3 461:4,10 |
| 138:3,12,24 | 222:16 223:13 | 307:16,23 | 392:2 393:23 | 463:3,21 464:8 |
| 140:10,18 | 224:7 225:4,8 | 308:12 309:2 | 395:8 396:4,12 | 464:18 465:13 |
| 143:13,16 | 226:15 228:4 | 309:13 310:14 | 396:18 397:4 | 465:23 466:12 |
| 144:24 145:21 | 229:20 230:10 | 312:21 313:14 | 397:20 398:1 | 466:21 468:17 |
| 147:1,22 | 230:16,19 | 314:12,23 | 398:19 399:17 | 468:19 469:17 |
| 148:20 149:14 | 231:2,6,10,15 | 316:2 317:4,24 | 400:20 402:3 | 470:12 471:2 |
| 150:5,22 | 231:18 232:13 | 318:14 319:7 | 402:17,22 | 472:17,19 |
| 151:10,21 | 233:3,18 236:1 | 319:17,19,21 | 403:4,17,19 | 474:5,20 475:2 |
| 152:17 154:2 | 236:19 237:20 | 320:2,6,13 | 405:15,24 | 475:13,22 |
| 156:7,15 157:8 | 238:17 240:3 | 322:4,15 323:5 | 406:6 408:22 | 476:6 477:8,11 |
| 157:15,20 | 242:2,24 | 323:11,20 | 409:10,18 | 478:19 479:15 |
| 158:20 159:9 | 243:21 244:6 | 324:15 325:9 | 410:14 411:10 | 480:23 482:6,9 |
| 159:14 160:3 | 244:15 245:12 | 326:19 327:3 | 412:2,20,24 | 482:14 |
| 161:2,23 163:6 | 245:23 247:2 | 327:11 328:14 | 413:7,14,19 | **O'REARDON** |
| 163:17 164:11 | 248:5 249:7 | 329:1,14 | 414:13 415:4 | 2:13 |
| 165:8 166:1 | 251:17 252:5 | 330:20 331:15 | 415:17 416:9 | |
| 167:14,22 | 252:13 253:17 | 332:6 333:10 | 417:3,15,23 | **P** |
| 168:24 169:18 | 254:10 260:1 | 333:15 334:18 | 418:11,15 | **P** 2:1,1,2 3:1,1 |
| 170:17 172:3 | 260:14 261:4 | 334:23 335:9 | 419:10,22 | 4:1,1,6 307:2 |
| 173:5,19 174:3 | 261:15 264:4 | 335:20 336:14 | 420:3,17 421:1 | **page** 17:12,13 |
| 175:3,15 | 264:18 265:18 | 337:1 338:7 | 421:22 422:9 | 25:16 38:3,10 |
| 176:12 177:12 | 266:19 267:17 | 339:9 340:13 | 422:19 423:16 | 38:21 39:17 |
| 178:4,17 179:7 | 268:11,20 | 340:22 341:13 | 424:5,14,17 | 41:13 54:3 |
| 179:14 180:10 | 269:6,13 270:3 | 341:24 342:11 | 425:3,9,14 | 70:12 72:11 |
| 181:5 182:2,21 | 270:23 271:9 | 342:22 343:18 | 426:16 427:4 | 77:8 78:4 79:3 |
| 183:13,24 | 272:22 274:19 | 344:16 345:11 | 427:12,15 | 79:11 80:10 |
| 186:5,21 187:7 | 275:9,15,22 | 346:1,5 347:20 | 428:16 429:11 | 81:15 99:14 |
| 187:18 188:16 | 276:8 277:2 | 349:1,13 | 429:15 430:23 | 100:19 101:5 |
| 189:9,19 191:3 | 279:8 280:14 | 350:14 353:6 | 431:6,10,16 | 102:12 105:17 |

Judith K. Wolf, M.D.

112:13 117:10
129:1 157:5
158:24 193:16
198:14 200:20
221:17 224:19
225:1,4,21
226:8,13,21
233:13 239:2,6
239:9 245:7
253:8,10
255:15 258:2,4
260:5 261:13
262:19,22
270:12 273:11
274:9 275:1,11
275:14,17
276:3 279:12
290:21 306:18
310:19 319:13
319:19 320:5
332:2 334:14
351:5 367:20
371:3 380:7,11
380:12,13
384:3,4 391:15
394:17,20
418:23,23
425:17,24
426:10,20
428:4,12 429:5
429:17 448:11
449:19 450:6
455:10 487:3
488:3
**pages** 38:12 40:3
114:21 224:4
275:16 391:14
486:5
**paid** 207:16
358:20 389:18
395:15,18,19
397:18
**pancreas** 433:1
**panel** 34:14
**panties** 333:2
334:4

**Paoletti** 143:1
**paper** 18:9 19:2
19:6,9,10,14
19:24 20:6,9
27:16,24,24
92:14,17
158:14,15,15
163:20 198:2,7
198:9 202:14
207:13 210:6
220:16,16
235:4,13,21
239:9 244:22
245:13 247:20
248:3 256:7
257:22 258:2,7
259:20 263:15
265:11 280:8
281:17 282:8
286:7 293:20
293:22 294:2
295:1,24 302:4
303:10,20,24
306:23 308:11
311:11 312:8
313:10 314:15
314:15 319:10
322:7,18
332:18 340:8
360:2 361:24
368:17 381:4,9
381:24 382:22
384:16,21
386:9,13 393:7
397:16 425:11
436:16 438:3
474:8 480:9
**papers** 18:8
19:20 62:6
63:13 163:19
169:3 177:20
281:23 287:12
287:12 312:17
312:24 328:18
329:9 334:7
371:7 380:21

382:19
**papilloma**
166:23
**paragraph** 99:9
100:5,6,11
101:8,12,24
102:4,11
112:14 142:24
159:1 161:4
214:19 227:1
233:13 253:11
258:5,11
306:17,22
320:18
**parity** 387:23
**part** 13:15 14:2
18:9 19:23
23:12 47:14
49:22 73:10
78:14 94:2
113:5 133:22
136:5 139:17
141:14 153:7
158:6 159:16
178:22 186:1
203:7 218:15
230:12 249:22
258:7 263:16
277:10 332:8
332:10,10
343:12 352:12
356:24 361:23
427:11 433:21
459:6
**particle** 7:9
194:3,9 212:13
443:16
**particles** 192:6
192:11,13,21
214:8,13 221:6
223:22 230:2
230:24 232:11
336:17 417:21
436:11,19
437:1,13,17
438:17 441:10

442:16 443:8
457:1,5 474:18
475:10 477:4
**particular** 15:8
153:19 230:12
279:12 336:5
336:23 338:14
367:9 372:18
379:5 452:16
453:23 454:8
**particularly**
198:19 243:17
270:21 293:3
305:11,21
311:14 338:11
395:17
**particulates**
228:18 232:16
**parties** 485:11
**partner** 348:11
**partners** 196:8
197:8
**parts** 105:11
178:24
**part-time** 51:22
**pasted** 105:8
**pathologic** 19:15
19:17 445:4
**pathologists**
436:23
**pathology** 21:2
133:8 155:12
212:19
**patient** 12:22,22
154:21,24
155:2,14,18
156:1 185:18
325:12 338:19
352:13 407:19
472:3,10
**patients** 46:24
47:18,21 48:1
48:8,24 52:2
52:10,15 59:2
59:11,14,15
60:6 185:12,22

186:3,7,10,18
187:5 188:5,8
188:11,21
190:1,3 228:11
272:16 293:8
326:3,7 328:6
346:8 348:15
348:17 349:9
350:4 352:21
359:19 407:24
411:12,19,24
412:11 432:21
445:5 477:21
**patient's** 155:6
340:1
**patient-facing**
361:3
**PAULA** 2:13
**pay** 250:10
**paying** 37:13
**payment** 37:22
39:10
**pbrown@hbo...**
2:14
**PC** 2:2
**PCP** 16:22 17:7
17:24
**PCPC** 17:18
25:15
**PDQ** 8:8 278:23
449:11
**peas** 435:3
**peer** 34:2,8 35:7
391:10,12,15
391:19 392:11
392:16 393:12
**peer-review**
263:17
**peer-reviewed**
33:19,21,24
35:2 54:13
106:13
**pelvic** 206:21,23
207:1 352:19
**pelvis** 440:14
443:2

Judith K. Wolf, M.D.

**pending** 90:7
**Penninkilampi**
235:2 236:5
238:2 240:17
240:20 244:19
245:1 246:7,9
246:13,19,22
248:9,18 249:3
249:12 250:10
251:2,11,15,23
253:6,8,13
260:12,19
262:10,13,19
262:23 263:5
264:1,8,15
265:1 283:10
329:23 470:7
**Penninkilamp...**
241:24
**Pennsylvania**
3:8
**people** 15:14
28:17,23 43:2
45:20 96:2
199:17 293:13
304:20 309:8
309:21,24
318:11,23
332:12 341:16
342:19 343:24
344:14 346:13
347:22 358:15
366:10 392:16
439:4,8 468:10
**percent** 48:4,7
85:16 111:14
111:18,23
121:6 124:22
125:4,6,10,20
126:2,6,11
131:8,10
290:23 308:23
308:24 309:12
309:15,21,23
310:9,13
315:17 319:4

320:21 321:15
322:8 371:4
375:13,14,16
375:20 411:19
473:8
**percentage**
51:24 52:8
74:11 121:14
131:3,6 149:4
149:6 150:2,8
309:11 336:6
**perfectly** 27:5
**perform** 256:3
452:14
**performed**
46:15 115:23
121:10 185:21
433:18 435:24
448:12
**perineal** 7:8,21
110:17 161:21
189:8 191:15
192:18 208:9
209:4,13 227:2
233:17 253:15
253:22 266:18
267:5 274:13
275:4,21 276:5
276:24 277:8
277:19 328:12
336:6 338:4,11
338:15 345:1
348:4 361:6,12
404:21 436:22
449:20 450:12
457:6
**perineally** 108:2
110:3 161:16
208:3 241:5
336:12 345:7
346:11 357:12
**perineum** 164:3
164:22 170:20
179:24 190:15
193:4 194:19
206:15 229:6

230:2 335:7,12
400:23 406:3
439:2 456:23
**period** 44:10
47:6,15,18,23
48:11 50:14
115:6 170:23
243:20 316:13
317:20 325:17
325:18 326:1
326:17,20
327:18 328:11
351:12 362:17
410:5 473:18
**periods** 114:14
378:20 422:7
422:15
**peritoneal** 8:7
230:3 272:9
410:22
**peritoneum**
440:9
**peroneum**
190:17
**person** 186:17
190:23 257:24
257:24 390:16
478:2
**personal** 4:5
185:13 416:21
**personally** 155:9
185:23 191:19
291:10 387:24
390:13
**person's** 184:19
190:10 327:15
**perspective**
194:21,22
**pertinent** 71:8
**petition** 228:22
229:11 232:1
329:12
**Pharmatech**
3:23
**Philadelphia** 3:8
**phone** 478:2,5

478:15,18
479:21 481:4,7
**physician** 46:18
51:21 73:11
156:1 397:12
**physician's**
348:7,9
**Ph.D** 481:19
**picked** 358:16
414:10 415:2
**picking** 81:4
**picture** 351:4,9
351:21 354:2
**picturing** 460:19
**piece** 30:20
36:15 70:20
71:4 138:17
196:22 212:19
248:8 270:6
385:17
**pieces** 70:18
273:2 385:1
**Pier** 373:13,21
374:11 415:9
**pierce** 457:5
**Pier's** 373:12,15
418:24 420:12
**pill** 333:2
**pills** 56:2 65:7
**Pisano** 300:4
**place** 13:7 44:5
355:8 485:8
**placed** 184:18
184:21,22
186:12 212:17
274:21 409:7
409:13,21
442:17
**places** 91:11
92:18 185:15
341:10
**placing** 185:1
**plainly** 88:10
**plaintiff** 10:5
35:11 57:3
95:7 107:18

357:20
**plaintiffs** 2:6,11
2:16 12:2 24:3
31:6 36:16
43:17 49:24
50:4,10 52:19
57:14 58:11
59:23 60:4,16
61:7,17 62:1
62:12 66:4
67:21,23 72:18
72:21 78:1,3
80:11,15,19
81:3,20,24
82:4 83:6 84:3
88:18 90:3,24
91:19 93:9,15
94:10 96:1,6
97:13 112:3,7
118:14 125:11
125:22 126:15
137:5 207:8,16
235:21 236:18
358:6,20 359:3
362:13 386:8
389:18 395:6
397:18 436:24
462:1 463:18
465:1 478:1
**plaintiff's**
219:20
**plan** 359:24
385:22 386:6
**planned** 359:9
**plans** 220:4
359:2,21 386:2
**plaques** 338:21
**platy** 111:1
164:15 168:7
170:3 179:2
284:16,16
372:8 375:10
375:19 377:14
378:14 379:7
399:15 400:2
400:15 401:7

| | | | | |
|---|---|---|---|---|
| 404:3 455:22 | 416:4 427:13 | **possible** 164:16 | 54:22 55:6 | 162:3,9,18 |
| 456:2 459:2,4 | 441:7 444:18 | 217:14 314:6 | 56:15,23 57:4 | 163:3,10 164:2 |
| 459:15 465:10 | 453:17 | 314:16 387:24 | 57:5,14,16,23 | 164:3,10,19 |
| 466:19 467:6,8 | **pointed** 68:13 | 456:16,22 | 58:2,10,12,21 | 165:16,23 |
| **play** 179:23 | 119:15 120:3,7 | **possibly** 164:18 | 58:23 59:8,11 | 166:15 167:17 |
| **playing** 399:13 | 121:9,16 | 168:8 170:9 | 60:6 61:5,11 | 169:16,22 |
| **plays** 174:19 | 197:20 214:7 | 171:10 242:8 | 61:15,23 62:3 | 170:6,15,19 |
| 177:18 220:17 | 217:6 238:13 | 262:8 280:17 | 62:24 64:9,12 | 171:1,6,9,16 |
| 434:2 | 260:13,20 | 281:3,4 282:1 | 64:15,19 67:2 | 173:18 174:24 |
| **Plaza** 2:9 | 292:2 374:5 | 284:18,21 | 67:13 106:6,23 | 175:13 176:2 |
| **please** 9:6 37:5 | **pointing** 230:1 | 401:7 402:8,15 | 107:1,12,22,24 | 176:22 177:21 |
| 230:20 231:21 | 230:11 300:11 | 402:20 403:3,8 | 108:9,11 109:3 | 178:15,23 |
| 275:23 301:6 | **points** 103:22 | 403:12 404:3,9 | 109:22 110:2 | 179:1,24 180:8 |
| 340:23 394:6 | 340:9 341:22 | 434:6,8 458:14 | 110:17,19,24 | 180:17,23 |
| 418:18 455:11 | **policy** 50:19,22 | 459:3 | 111:8,12,15,18 | 181:4,11 |
| **plenty** 129:14 | **pooled** 261:11 | **posted** 351:14 | 113:18 114:13 | 182:14,16,20 |
| **pleura** 184:22 | 261:19,24 | 462:19 | 119:9 120:11 | 183:6 190:17 |
| 184:23 185:2 | 262:6 265:11 | **postmenopausal** | 121:6,20 | 191:7,11,14 |
| 186:19 189:7 | **pooling** 261:2 | 321:5 337:17 | 123:22 124:2 | 193:21 194:9 |
| **pleural** 160:20 | **popular** 55:2,22 | 369:2 | 124:11,22 | 194:17,18 |
| 185:12,16 | 55:23 56:1 | **postmenopause** | 125:20 126:23 | 197:1,4 199:6 |
| 186:8 338:21 | 462:9 | 316:19 | 127:1,7 128:1 | 200:23 201:10 |
| **pleurodesis** | **population** | **post-2014** | 128:22 129:2 | 201:22 202:8 |
| 184:15 185:7 | 292:19 295:16 | 312:17 313:10 | 129:19 130:2 | 203:22,24 |
| 185:14,17,21 | 298:10,11,23 | **potent** 458:21 | 130:13,23 | 204:18 205:5 |
| 186:4,11,12 | 299:4 352:18 | **potential** 44:24 | 131:1,3,10,14 | 205:12,19,21 |
| 187:3,11,15 | 370:10 | 62:24 200:12 | 131:19 133:16 | 206:2,7 207:17 |
| 188:2,11,15 | **portion** 425:19 | 206:1,1,21 | 134:5,8,12,17 | 208:3,13,23 |
| 189:1,16 | 471:7 | 227:5 329:4 | 134:22 135:21 | 209:2,5,10,12 |
| 190:16,20,24 | **pose** 295:13 | 343:8 423:13 | 135:23 136:19 | 209:13,14,17 |
| 191:8,11 | **position** 88:7,13 | 430:2,9 | 138:16 139:16 | 209:21 220:18 |
| 217:13,16 | 193:3 282:18 | **potentially** | 140:24 142:16 | 221:14 234:20 |
| **PLM** 129:3 | 444:10,22 | 180:18 209:10 | 142:19,21 | 234:23 237:19 |
| **Plunkett** 95:15 | **positive** 145:13 | 351:18 401:3 | 143:5,6 144:2 | 241:5 251:22 |
| 95:23 | 145:19 146:13 | 438:5 | 144:7,8 145:8 | 257:5 264:10 |
| **plus** 167:7 | 146:23 147:8 | **powder** 1:3 7:18 | 145:10,11,16 | 267:6,15 268:5 |
| **point** 96:5 | 147:13 148:17 | 14:1,22,24 | 146:5,12,22 | 274:2 280:13 |
| 135:17 169:21 | 159:5,19 264:9 | 15:7,10,12,13 | 147:6,8,11,16 | 281:10 282:6 |
| 179:18 212:4 | 265:3 369:8 | 15:17,22 16:1 | 147:19 148:13 | 290:4,24 |
| 230:12 239:16 | 426:4 428:24 | 16:4,5,7,12 | 149:1,5,12 | 292:14,20 |
| 278:22 291:11 | 452:17 | 17:1,21 19:15 | 150:2,3,9,15 | 293:21 294:24 |
| 293:15 305:4 | **possession** | 20:2 24:22 | 150:21 151:4,9 | 295:18 296:16 |
| 318:3 324:22 | 406:15 | 25:2,5,24 26:6 | 151:24 152:6 | 297:9,13 298:9 |
| 325:3 352:14 | **possibility** 16:8 | 26:24 27:17 | 152:15,22,24 | 298:11 301:15 |
| 381:5 382:1 | 208:17 310:24 | 28:2,3,4 43:7 | 153:3,11,18,24 | 301:16 302:2 |
| 394:1 415:13 | 365:6 | 45:7 54:14,17 | 154:6 161:15 | 302:12,22,23 |

304:21 308:3
308:22 309:9
311:6 315:15
315:18,24
316:5,23
317:12,19
318:10,12,23
319:4 320:19
320:22 321:17
323:1,2,10,19
324:5 325:7,14
327:16,16,23
328:23 331:12
333:2 334:2
336:6,12,21,23
337:9,23 338:6
339:6,12,17
340:6 341:20
342:5 343:13
343:17,21
344:2,21 345:1
345:6,18,23
346:10,15
348:4,15
349:10 350:5,8
352:10 356:14
356:18,19
357:3,11,21,24
359:14,22
361:6,12 362:5
362:13 363:16
363:20 368:6
371:24 372:2,7
372:17 373:4
373:10,17,24
374:8,15,20
375:7,23 376:6
376:23 377:7
377:19,23
378:13,19
379:11,13,17
380:9 381:2,6
381:8,11,15
384:5 385:3,14
399:14,23
400:19 401:14

401:24 404:22
405:3,11
407:16 409:20
416:6,16
420:15,24
423:9 433:9
434:13 438:17
447:14,15,17
448:3,5 456:18
458:1,5,6,6,10
459:6 461:7
464:6,16,21
465:3,5,9,16
465:21 466:3,5
466:8,15,24
467:12,13,22
468:3,10,14
470:3 471:5
472:12 474:1,4
477:7
**powdered** 28:6
28:24
**powders** 22:4
25:11 26:15
27:10 29:19,24
30:24 415:16
434:15 435:17
436:13 437:2
437:19
**powder's** 124:20
128:5
**power** 99:19
101:14 255:16
255:19,21
256:3,23 257:1
257:14,16
259:4,9,12,15
259:19 261:11
261:14,18,24
262:6 266:5
267:22
**powered** 296:14
**practice** 16:14
46:22 47:14
48:2,7 49:9
59:9,13 60:5

60:11 73:3
74:3 133:23
286:16 348:3,6
348:13 349:9
350:3 359:11
359:20 362:24
**practiced** 59:20
60:3
**practices** 1:4
43:19 46:4
**practicing** 20:22
33:15 48:6,11
62:23 228:9
286:11 292:8
**practitioner**
42:16 348:8,10
**preamble** 6:10
31:8,17,20
33:2,10 270:4
**precancerous**
326:13 409:23
**preference**
200:4
**preliminary**
140:8
**preparatory**
399:20
**prepare** 105:10
**prepared** 39:8
**preparing** 97:16
**presence** 133:16
175:23 176:2
180:7 459:22
462:20
**present** 45:15
85:21,22 87:18
180:23 258:16
460:5
**presentation**
54:17
**presented**
233:15
**press** 55:2,23
56:1 462:9,9
**presumed**
163:24

**pretty** 171:12
369:10
**prevalences**
307:7 308:4
**prevent** 45:18
**Prevention** 8:8
233:24 272:9
**previously** 80:2
200:10 295:21
428:6 463:5
**primary** 8:7
186:17 257:6
272:8 293:14
293:19 302:20
302:20
**Princeton** 2:20
130:2
**principles** 33:18
**printed** 113:10
**printout** 12:11
113:15 128:19
272:7
**prior** 11:24
19:21 48:5
57:2,9,13,19
59:7,12 60:3,9
60:14 62:5
94:20 137:6
281:21 288:3
304:17 308:20
321:18 350:2
355:20,23
357:6,16 470:3
485:4
**private** 351:13
**probably** 10:11
26:19 47:7
65:22 69:12
141:8 241:17
283:24 360:14
361:15 366:10
379:19 389:4
402:16 403:15
475:10
**procancer** 22:23
**procancerous**

22:19
**procedure**
184:18 454:15
454:17
**PROCEEDIN...**
5:4 9:1
**process** 33:24
34:3,13 35:2,8
177:5 263:17
**produced** 66:6
67:21 179:19
179:20
**produces** 185:7
215:16
**product** 14:1,24
15:8,10,12
16:5,12 28:3
58:23 111:8
114:24 119:7
123:15 124:11
124:21 129:2
136:14 142:21
145:3,10,11
147:7,15
148:18 149:1,5
151:4,24
152:22,24
153:16,18
162:4,10 163:3
164:3,19,20
165:16 167:17
171:1 174:11
176:2 177:21
178:23 180:18
180:23 181:11
182:7,17 184:9
190:17 197:1
201:23 220:19
290:4 299:4
327:16,23
334:21,21
335:1 372:7
376:23 377:19
377:24 401:16
402:6,11
404:14,22

405:7,11,17,19
405:20,21,22
406:2 421:4,9
421:11 458:10
458:16,19,22
459:1,6 464:21
466:3,5,24
467:12,13,15
467:22 468:3
468:24 469:4,6
474:2
**production**
39:24 74:12
92:7,22
**products** 1:3,4
4:5 16:3 62:3
64:13 113:18
120:12 121:6
121:21 125:21
128:22 129:19
136:13 143:20
144:1,2,7,9,11
144:15,21,23
145:16,20
146:5,8,13,15
146:19,23
147:16,19
148:1,2,2,13
149:12 150:3,9
150:15,21
154:5,10
165:24 199:6
372:11 373:17
374:1 375:7,23
376:6 377:16
377:22 378:13
378:19 379:12
399:14,23
400:1,19,24
401:14,24
405:3 416:6,21
420:24 433:10
435:19 442:24
447:14,15
448:3,21 449:1
456:19 458:1,5

461:7 465:16
465:21 467:12
467:22 468:15
470:3 471:5,9
**professional** 8:8
272:10 362:19
472:16 473:15
**professor**
444:11
**professorship**
444:17
**progression**
174:20 175:8
176:19 180:16
184:7 376:12
389:5
**proinflammat...**
180:14 184:6
**project** 12:23
**proliferation**
409:23
**promise** 212:4
**prompted** 481:7
**prone** 254:2,9
382:3
**prophylactic**
473:7
**proposed** 90:22
220:8 226:4
**proposition** 20:6
23:11,17
**propounded**
486:6
**prospective**
28:14 197:16
254:21 255:1
256:14,20
261:12,24
262:7 265:16
266:15 267:14
282:4,11
288:21 289:9
290:8,12
291:21 316:17
317:22 318:2,8
370:17

**protect** 364:21
365:2
**protection**
298:18
**protocol** 300:10
**prove** 413:12
448:23
**provide** 40:16
70:2,9 80:17
88:19 231:22
**provided** 12:2
12:19 14:8,10
32:20 33:2
34:8 35:1,11
36:16 39:12
40:13 65:15
69:8 70:6,8,8
72:17,20,23
79:20,23 80:2
80:10,14 82:6
83:1,13 84:11
84:22 85:1
90:23 92:4,13
92:14,20 93:8
94:9 106:3
113:23 114:5
139:24 258:20
260:8 414:15
427:6,9 483:13
**Provista** 48:22
48:24 49:6,19
49:20 50:1,24
51:2 478:23
**PTI** 3:23
**public** 1:19 9:10
30:4,15 32:6
64:16 270:14
270:21 271:7
280:12 281:8
486:19
**publication**
33:20,22 91:5
91:6 103:14
200:3 235:14
258:5 280:5
283:7 360:2

386:4
**publications**
54:9 64:1
**publicity** 310:22
**publicize** 359:22
**publicly** 91:3,8
104:10 361:4
**publish** 64:8
**published** 34:12
34:17,19,22
54:13 63:12,21
64:11 106:13
106:15 141:18
234:22 235:13
235:16,18
236:6 237:1
245:21 252:11
256:7 257:13
257:16 278:21
279:5 280:8
282:8,14
287:13,17
311:24 329:17
382:6 391:7
412:16 462:13
469:22
**PubMed** 13:12
14:5
**pull** 128:13
173:11 292:22
423:19 470:22
**pulled** 14:8
28:10 31:21
32:1 98:10
113:2 143:8
461:5 467:21
**pulmonologist**
186:14,16
**purchased**
136:19
**pure** 375:10
455:22
**purported**
262:24 448:1
455:17
**purpose** 65:5

185:1 219:23
295:4
**purposes** 37:12
39:9 93:3
178:12 336:10
**pursuant** 1:13
**pursuing** 363:6
**push** 473:6
**pushed** 195:15
**put** 24:12 34:3
83:23 108:19
120:16 148:6
155:9 185:17
270:9 296:19
334:11 335:11
338:3 387:6
392:12 410:12
451:16
**puts** 56:24
164:21 206:3
335:7
**putting** 219:6,10
256:17
**p.m** 213:12,13
213:14,16
252:21,22,23
253:2 315:7,8
315:9,11 378:4
378:5,6,9
388:10,11,12
388:14 444:2,3
444:4,6 445:18
445:19,20,22
461:17,18,19
461:21 484:5,7

**Q**

**qualified** 133:15
**quality** 111:7
198:19 199:16
200:8 207:13
239:18 245:19
246:8 251:16
260:20 262:11
263:10 292:3
293:4 295:13

311:23 470:9
**quantification**
452:15 463:19
463:23 464:2
**quantify** 107:11
107:24 108:10
150:1,7 161:19
162:2,15,23
181:8 189:4
191:13 218:19
328:11 334:22
335:2,5,16
336:2 373:3,5
375:1
**quantitate**
333:24 334:8
**quantities** 185:8
**quantity** 107:1
476:18
**queried** 109:10
**queries** 99:20
266:6
**query** 304:24
**question** 13:24
13:24 14:17,20
15:1 24:12,20
25:21 26:22
27:20 32:1
33:7 39:3,5
44:12 52:12,14
58:16 60:14
61:11,17 62:16
65:10 66:16
67:11 77:15
82:8 83:3 84:6
84:8,16 85:3,6
85:11,13 86:9
86:22 87:4
88:2,15,24,24
89:2,5,8 92:19
106:1,4,5
107:19,23
115:13,18
119:13 120:19
121:3 122:19
122:23 123:2,6

123:11 129:15
129:17 137:24
138:4,5,7
139:1,3 142:1
144:4 146:20
149:10,19,21
150:18,19,23
152:8 156:19
163:9 178:8
179:17 180:12
184:3 192:20
202:16 203:4
203:10,14
208:11,12
215:4 230:20
233:10,11
245:24 247:4
248:24 255:20
255:23 256:8
256:10 257:12
263:21 266:11
266:12 267:9
267:12,13
268:3,18 269:5
269:10,12,14
269:18,24
275:23 277:21
289:2 291:9,15
294:18 295:14
295:20 296:14
296:20 299:9
299:15 300:7
300:13,17,24
301:3,12
303:22 310:8
312:20,22
318:15 320:16
321:11 323:17
334:10 338:14
339:16 340:23
342:13 343:11
343:14 344:4,8
345:5 346:10
372:22 377:11
378:17 380:5
387:22 392:15

403:21 422:11
422:14 436:8
439:9 444:8
458:9 460:2
468:22 472:22
482:7,16,19
**questionable**
86:13
**questioning**
371:1 380:6
385:21
**questions** 9:18
10:18,24 24:5
24:16 33:16
38:1 41:6
64:18,22 65:3
65:8 82:5,19
83:5 84:19
86:2 89:6
109:9 120:15
143:11 149:17
198:11 203:1
231:3,7,13,19
245:14 266:2
266:24 267:24
269:7 289:9,12
291:12,13
389:3 398:3
399:12 401:21
424:18 445:14
446:3,7 449:15
451:18,22
452:10 453:20
454:20 456:11
457:23 458:2
462:1,4 463:10
469:9 470:17
478:10 482:5
483:19 486:6
**question's** 26:11
26:19
**quick** 79:10
88:15 371:21
443:24 444:8
**quite** 410:16
**quote** 63:2 104:6

**quoted** 194:16
**quotes** 98:10,13
104:14 219:6
**quote/unquote**
199:15

---

## R

**R** 2:1,13 3:1,11
4:1,6,6
**radicals** 407:1
**radioactive**
192:7
**raised** 20:7
65:11 230:24
363:5 364:3,10
**raises** 103:22
**Ramirez** 4:7
**ran** 51:13
**random** 369:23
**randomized**
28:13
**range** 287:24
288:5 347:10
347:13 371:12
**rappel@seyfa...**
4:3
**rare** 254:20
255:7 267:7
410:16
**rate** 292:9 358:9
358:13,17
**Rates** 8:13
**ratio** 262:24
313:24 368:10
**ratios** 263:12,15
263:19 307:15
311:2
**ratio's** 369:14
**rats** 192:18
**rat's** 409:22
**raw** 405:13
471:4
**reach** 208:24
209:14 336:24
345:2 437:14
457:24

**reached** 457:15
**reaches** 335:19
335:23,24
336:12,21
**reaching** 207:12
336:6 450:12
450:18 451:9
456:17
**reaction** 175:1
211:8 215:12
217:8,15,17,19
217:20 409:2
409:16
**reactions** 23:15
215:1 407:18
**read** 13:7 24:11
31:19 70:24
71:2 72:8 94:4
94:4 101:13
113:19 143:7
149:24 157:11
158:15 203:2
209:19 258:14
271:24 277:14
286:6 295:4
311:3 312:13
313:4 314:14
349:21 351:21
360:10,11,15
366:10 389:24
397:15 398:8
398:14 403:2
429:24 449:4
471:7 476:2
486:4
**readers** 390:4
**reading** 180:12
212:2 214:18
250:2 253:18
253:19 275:11
277:18 297:7
308:1 310:20
328:18 349:22
376:8 390:16
429:12,15
**reads** 389:24

Judith K. Wolf, M.D.

**ready** 65:21
**real** 52:12 79:9
369:4 371:21
443:24
**realized** 286:8
**really** 16:6
37:23 43:18,24
47:3 53:20
152:21 183:1
203:10 269:18
298:9 300:17
342:19 345:6,8
**realtime** 1:18
24:16 149:24
485:3,18
**reason** 62:9
194:20 246:15
264:16,16,20
264:24 295:23
298:20 306:8
318:22 361:24
366:2
**reasonable**
284:23 400:11
**reasoning** 29:18
**reasons** 185:6,9
218:10 270:18
280:24 369:19
**REATH** 3:6
**recalculate**
262:16
**recalculated**
263:23
**recall** 29:20 30:2
50:15,16,18
56:6,9 61:10
65:9,14 66:22
74:7 75:3,5
77:5,17 78:22
82:3 94:15
114:1 124:6
128:2 129:21
154:23 155:3
155:20 173:7
202:6 254:2,9
254:14 255:9

255:12 257:18
257:20,23
292:23 302:12
303:23 304:3,9
304:15 305:11
305:17 306:5,6
306:18 310:24
311:5,10,15
312:5,12,19
313:18,21,24
340:9,15,20
341:2,7 347:8
348:14 351:11
354:4,10
378:15 382:22
383:14 393:16
399:10 415:11
432:7 446:7
448:5,8 449:17
451:21 452:13
452:17 458:2
462:4 463:8,12
471:10 478:12
**receipt** 66:9
**receive** 94:13
**received** 35:20
41:17 94:16
114:8 174:2
395:22 396:5
453:21
**receives** 34:14
**Recess** 89:19
139:8 213:13
252:22 315:8
378:5 388:11
444:3 445:19
461:18
**recipient** 353:16
**recognize**
360:23
**recognized**
154:18
**recollection** 45:5
50:21 210:3
**recommend**
432:20 473:6

**recommendati...**
472:8 473:16
**recommended**
350:9 393:10
472:2
**reconcile** 292:18
294:20 295:15
298:8 299:6
**record** 17:11
18:24 24:2,15
37:11 39:2
40:2,11,20
66:3 68:12
69:11 83:24
88:6,7 89:18
89:22 122:24
123:6,17
130:15 135:15
139:7,12
213:12,16
216:7,11
244:24 252:21
253:2 258:15
260:15 294:17
300:12,21
315:7,11 366:8
378:4,9 388:10
388:14 424:16
424:19,23
425:18 430:1
443:20 444:2,6
445:16,18,22
461:17,21
484:1,4
**records** 18:17
155:23
**reduce** 56:3
**reduces** 195:4
**reduction** 65:6
**REES** 3:11
**refer** 128:24
344:14 365:20
452:5 453:18
469:5
**reference** 16:18
16:21 68:6,8

69:23 70:12,15
70:16 71:4
75:22 95:16,19
112:13 141:10
270:13,19
271:1,13
380:11 384:3,7
450:2
**referenced**
25:16 76:24
77:4 92:8
194:16 229:10
232:7 234:17
271:14 278:3,6
363:9 375:8
383:21
**references** 13:9
14:6,7,8 17:6
68:9 69:5,7
91:11 92:17
113:7 142:3,12
142:14,17
157:14 158:16
208:8 275:17
360:1 449:23
450:8,11,16
451:1,6 469:21
483:1,11,12
**referencing**
429:19 430:13
**referred** 121:15
163:19 172:5
185:22 246:1
380:3 415:9
431:20 443:9
447:14 459:15
477:21
**referring** 44:15
79:3 102:3
112:2 117:9
125:14 132:7
179:5 185:15
186:3,7 187:20
207:3 216:7
222:20 228:21
260:2 287:8,24

291:3,5 335:6
335:11 370:10
432:5
**refers** 431:4
**refresh** 198:10
202:24
**regard** 229:18
453:20 470:8
**regarding** 20:7
30:16 44:23
54:14,17,22
55:6,17 59:8
61:5,15 63:18
63:22 86:11
88:19 128:20
148:10 229:2,3
229:4 261:20
361:12 389:13
393:3 394:4
395:1 450:12
452:1 462:2,3
462:10 463:11
**Registered** 1:17
485:3,17
**regular** 60:5,11
133:22
**regularly** 170:21
**Reid** 158:14
163:20
**rejected** 222:15
222:19,23
**relate** 205:17
324:13,17
355:16
**related** 20:15
175:6 180:15
197:24 199:6
209:20 311:10
340:1 358:1
361:4 376:12
430:17
**relates** 1:6 14:20
18:3 30:23
32:19 35:3
36:2 167:16
188:10 190:19

Judith K. Wolf, M.D.

204:17 226:4
226:14 232:22
237:6 243:17
253:14 282:16
284:5 285:2
310:6 314:10
324:12 341:4
367:3 368:3
371:23 374:12
375:4 465:8
**relationship** 7:7
126:22 254:19
257:9 259:16
296:15 302:22
352:13 383:22
429:9 445:7
**relative** 201:16
259:6 262:1,7
287:22 288:4,8
346:22,24
347:4,9 355:18
355:24 368:5
368:22 371:18
485:11,12
**relatives** 356:4
**released** 433:1
**relevance** 385:8
**relevant** 225:2
**reliable** 13:3
30:4,8 105:3
229:1 272:20
272:24 368:15
**reliance** 263:21
367:5,8 374:4
**relied** 87:17
91:21 127:13
161:10,11
174:9 450:11
451:9 470:4
**relies** 85:15
86:19 88:9
91:15 156:4
158:1 160:22
346:19
**rely** 26:14 73:11
73:18 76:15

87:4,11 96:18
96:23 158:7
172:16 173:10
208:22 217:21
218:3 337:7
380:24 467:23
**relying** 16:16,23
23:16 25:10,23
27:9 75:19
83:2,7 84:4,12
85:10,20,24
86:10,24 88:21
95:7 112:23
117:23 136:18
137:11,15
139:17,21
140:23 141:14
142:7,11,19
143:24 145:6
146:3 164:6,13
169:13 174:21
175:5,23 176:1
178:13,19,20
180:6 236:16
373:8,15,22
374:5 375:5
382:6 459:13
463:18 464:4
482:20
**Remain** 8:10
295:2
**remaining** 38:12
**remains** 147:24
187:3 298:2
**remark** 239:15
**remember** 11:23
24:23 44:6,7
47:24 65:3,8
90:13 94:1,5
94:19 97:12
143:21 155:14
172:9 191:12
198:5 211:8
221:8 269:21
270:16 304:21
347:7 352:11

371:19 383:4
399:5,7 423:22
464:1 469:10
481:6
**remind** 10:14
303:16
**removal** 473:7
**removed** 25:8,12
26:24 193:8
195:3 472:4
473:19
**renal** 160:20
**RENEE** 4:2
**reorient** 276:2
**repeat** 24:20
107:19 275:22
340:22
**repeated** 26:20
189:2
**repeating**
165:13
**rephrase** 82:9
82:12 83:3
85:11 138:7
152:10 246:3
344:7
**rephrased** 138:6
**replacement**
273:19 356:21
369:3
**report** 6:14,16
13:16 14:21
15:2 16:19,22
17:3,7 25:15
25:16 32:20,21
36:3,13 53:6
65:15 66:12,19
68:8,19,21
69:5,15,18,21
70:12,13,17,19
72:4,7 78:5
79:11,12 81:6
81:15,20 90:6
90:22 92:9
93:10 94:21
95:6,11,16,19

95:20 96:16
97:4,9,11,16
98:7,18,19
99:6,9,11,14
100:15,20
102:12 104:2,9
104:14,17
105:7,10,12,17
105:23 111:5
112:4,13 113:1
125:10,15,22
126:7 127:14
128:14,21
129:13 130:8
135:3 136:5,18
137:1 155:12
171:21,22,23
172:11,14,15
172:17,18,21
172:23 173:1,2
173:4,10
174:10 175:17
175:21 177:16
178:7 193:16
198:17 207:4
208:1,7 209:4
209:11 221:17
222:19,21
234:16 242:12
245:17 246:2,6
255:14 259:14
260:3,4 261:13
263:11 264:12
264:17 270:12
286:10 289:15
290:21 297:7
316:12 333:6
334:13 358:1
360:1 367:13
367:19 376:9
380:7,13 384:4
385:24 420:12
425:12 452:11
452:14 468:6,8
469:14,21
470:5 473:23

482:11,22,24
483:6,11
**reported** 124:15
211:6 216:13
268:6 291:6
292:7 294:21
295:12 296:20
304:21 308:16
308:23 309:1
309:10,22
310:1,9 322:8
324:4 325:19
371:13
**reporter** 1:17,18
9:6 10:17
82:14 202:12
242:20 430:5
460:10 485:3,4
485:17,18,18
**reporter's** 461:2
**reporting** 263:5
263:19 311:19
**reports** 93:14
94:8,18,22
95:2 96:1,7,10
96:10,12,14,24
111:22 112:3
129:2 131:7
137:6 138:22
139:18 140:22
143:19 227:4
262:13,23
292:14 374:7
375:13
**represent** 9:17
128:21 140:8
388:20
**representation**
247:13
**representative**
114:22
**representing**
12:1
**Reprint** 6:7
**reproductive**
6:11 395:11

396:22 397:16
398:11,22
399:8 436:14
436:19 437:15
437:15 438:18
439:22 440:22
474:3
**reputable**
227:18 228:16
229:19
**request** 12:3
39:24 40:6
41:3 60:16
61:6,9 72:19
74:24 92:7,21
394:6
**requested** 65:19
66:2 72:23
75:4 395:11
396:21
**requests** 66:6
67:18 68:3
**required** 183:16
386:20 391:2
**research** 7:17,17
12:23 20:23
31:2 32:5,9,16
56:5 64:12
220:2 222:7
223:11 224:5
395:21 478:9
479:22 480:5
480:12 481:9
**researched**
106:7
**researching**
63:6
**respected** 32:6
**respond** 26:22
120:19 230:19
295:22
**responds** 108:24
**response** 22:19
22:23 68:2
181:13 184:19
185:3,8 188:2

188:7 189:17
189:22 209:22
210:2 211:24
212:1,9,14
214:14,20,24
215:17 216:14
216:19 217:24
217:24 218:5,6
218:9,13 219:4
219:14 220:23
229:11,14
232:1 327:15
329:8,10,13,19
329:21,24
330:5 331:21
333:7 334:11
337:20 367:5,9
367:11 399:12
**responsible**
437:19
**rest** 290:2 311:3
**restate** 151:1
422:11
**result** 18:5
148:17 259:7
302:12 325:14
411:22,24
438:19 474:3
**resulted** 324:7
448:4
**resulting** 412:9
**results** 106:11
114:15 115:5
118:19 140:9
145:19 146:14
146:24 153:4
211:13 212:2
246:18 255:12
258:21 259:11
262:17 275:6
277:11,16
303:9,17 305:2
306:17,18,23
312:4 313:12
314:7,7,17
341:21 448:15

448:19,23
**resumé** 54:12
**retail** 406:5
**retained** 389:18
**retrograde**
192:10 223:22
227:10,21
228:12 430:2,9
430:20 440:3
**retrospective**
7:5 254:1
**retrospectively**
28:23
**revealed** 117:15
415:24
**review** 7:22
12:21 31:2,17
31:23,24 34:2
35:7 56:22
62:7 73:4
75:12 79:19,22
80:20 81:16
84:23 90:10,18
91:10 124:1
128:24 129:9
135:10 136:17
141:20,22
154:15 155:8
155:10 157:5
172:23 178:6
197:15 227:5
229:1,14
231:24 232:18
234:7,9 235:8
235:23,24
238:16 245:5
247:7 255:10
271:22 278:8
278:16,17,21
279:5,18,22
281:1,19,21
285:20,24
286:8 289:6
303:24 306:21
313:16 329:6
338:1,9 349:10

349:15,19
357:7 360:1,8
362:9,11
364:15 368:4
369:7 382:12
385:23 389:10
391:16,19
392:11,16
398:17 446:11
455:24
**reviewed** 12:20
18:2 29:16
34:9,13 35:18
35:21 57:10
60:15,20,24
61:4,14,20
62:4 76:13
81:23 90:5,15
91:14,16,17,18
93:19,24 94:2
120:2 136:4
141:17 154:13
155:15 157:21
158:14,18
188:10 224:10
224:10 225:23
228:8 233:6
256:5 271:18
282:20 308:11
312:23 357:19
361:11,16,17
365:7,13,14,17
366:24 374:3
384:10 391:11
391:12,23
394:4 450:17
451:8 476:12
**reviewer** 392:4
393:10,12
**reviewers**
278:24 393:8
**reviewer's**
392:14
**reviewing** 20:21
56:18,21 57:19
58:5 59:7,12

59:19 60:9,14
62:10 71:8
72:3 108:14
109:8 124:6
152:20 173:4
187:16 250:9
257:18,22
306:19 312:6
348:19 349:24
383:14 469:23
**reviews** 17:5
19:4 136:24
141:12,24
144:5 202:17
203:5 208:6
216:2 233:5
247:18
**revising** 392:22
**revisions** 97:24
**re-ask** 149:23
**re-review**
263:15
**re-reviewed**
31:21
**riding** 195:18
436:16
**right** 14:19,22
15:4 17:19
19:2 21:14
24:7,17 25:19
28:13 34:18,20
35:24 37:4
38:19 42:8,9
44:24 49:13
50:1 51:22
54:3 55:3 63:2
64:24 66:8
69:6 73:19
74:4 93:16
94:10 95:8,20
96:3 98:15
99:15 101:13
103:5,18 105:4
105:8,13,15
111:1 112:10
113:6 114:7

Case 3:16-md-02738-MAS-RLS   Document 9888-3   Filed 05/29/19   Page 1217 of 1294 PageID: 65238
Judith K. Wolf, M.D.

Page 534

115:19 120:8
121:11,21
123:15 126:8
127:14 129:24
131:22 133:13
134:18 141:9
142:16 143:15
145:20 146:20
148:19 159:8
159:13,23
170:16 172:11
182:14 184:23
185:8,21 186:4
186:15 187:17
187:24 188:3,7
189:18 190:11
190:21 193:18
193:23 195:24
196:10 197:20
198:19 199:17
200:23 202:3,9
207:19 209:7
214:15 215:2,5
219:21 221:21
221:24 226:14
227:11,18,22
228:22 229:11
231:1,15 232:8
233:12,17
236:9 237:23
238:14 239:8
239:19 240:1
240:11,15
252:12,12
266:24 274:7
275:20 276:13
276:15,20
279:6 282:12
285:4 288:1,21
289:16 292:4
293:13,22
294:2 297:1,10
297:23 301:21
305:7,22 306:6
306:12 309:1
309:11,23

310:1,10,13
316:1,8 318:13
320:3 321:7,13
322:3 324:5,14
330:5,11,16,24
331:9,20 332:5
333:8,14,20
334:16 335:4,8
335:19 336:13
344:22 345:24
347:19 348:22
349:20 351:9
352:1 353:5,18
355:6,7,11,18
356:1,5 357:9
358:5,8,23,24
359:7 362:15
363:11,16,21
366:18 367:5
367:15 370:11
370:18 372:17
374:15 375:1
376:19 377:7
380:10 383:12
384:8,17
387:18 398:23
399:15,16
413:11 423:23
424:6 425:9
432:23 442:12
448:10 464:17
465:5 468:6
472:23 475:20
481:23 483:8
**right-hand**
425:24 429:7
**Rigler** 112:17
125:15 373:20
373:22 452:23
453:16,19
463:12
**Rigler's** 452:11
452:14
**Rio** 471:16,23
**risen** 361:23
**risk** 8:5,11,12

18:4 19:12,19
31:10 43:6
45:6 56:3,7,24
57:23 58:23
62:7 64:23
65:6 90:7
108:21 110:4
138:15 152:24
153:11 154:11
160:14,18,19
163:23 164:23
164:23 165:18
166:7,10,15
167:1,19
169:17 174:15
176:4,9,16
179:24 180:9
181:17 190:5
195:5,24 196:9
197:3 200:22
201:16 202:21
203:22 204:10
205:4 208:14
219:9 234:20
234:24 241:6
241:23 248:19
249:20 251:21
259:6 262:1,7
265:8,10,16
266:17 267:10
267:15 270:15
271:4 273:7,13
274:1,6,17
275:5 277:9
282:5,12 288:5
290:9,23
291:17 293:21
295:3,5 298:17
298:21,22,23
298:24 317:17
327:20,21
328:4,6 330:10
331:2,4,13
337:11,15
338:3 339:19
352:15 354:24

355:3,9,12,16
356:12,16
359:17,17
360:22 361:7
368:5,22 369:2
369:4 371:4,10
371:18 376:10
376:24 385:8
387:16,24
401:1 404:20
405:6 422:17
422:23 423:5,9
438:5 446:22
446:24 447:2,5
447:8,11
472:11,11,13
472:24 473:5,9
**risks** 6:9,21 7:12
8:21 287:22
288:8 328:7
346:22,24
347:4,9
**road** 188:23
**Robert** 480:10
**ROBINSON** 2:8
**robust** 221:18
**Rohl** 143:1,5
145:6,19 146:4
146:14,24
147:20 148:10
148:16
**role** 174:19
177:18 179:23
220:17 399:14
434:3
**room** 475:20
476:14
**route** 346:12
**routes** 456:16,22
**routine** 263:14
350:6
**routinely** 133:7
133:11 206:14
272:18 390:9
398:13,17
**rule** 6:14,16

84:20 307:14
420:22
**ruled** 284:23
314:1
**rules** 10:12
83:12 84:9
87:2 88:11
299:19 300:19
389:23
**ruling** 206:14
**rung** 383:17
**running** 28:12

**S**

**S** 2:1 3:1 4:1 7:9
**sacrificed** 410:5
**Saed** 35:17 36:4
219:20 235:4
235:13 381:1
392:4 393:6
394:4,24
395:15 398:5
478:5 479:21
480:21 481:3
481:16 482:2
**Saed's** 219:16
220:15,20
380:21 381:4
381:24 382:5
382:11 391:5
393:3 394:10
395:5 397:16
425:10 480:9
**safe** 109:19
110:8,11
151:20 183:1
183:18 184:11
184:12
**SALES** 1:4
**sample** 122:11
151:3 153:19
154:8 170:5
415:14,24
418:10 419:3
**samples** 123:13
125:3 133:15

135:7,11,22,23
136:5 137:12
416:5 420:14
448:18,20
459:7,14,22
460:6,9,20
**Samuel** 7:15
**San** 2:15
**save** 143:11
**saw** 11:22 113:1
125:3,3,6
126:2,11
130:19 155:12
173:2 198:3
215:11 268:4
350:7 399:9
414:23,24
432:13,13
**saying** 29:12,13
34:7 60:14
92:13 125:5
146:16 162:9
176:16 177:15
191:5 208:10
208:19 213:3,4
222:10 242:7
282:24 298:8
325:6,11 397:7
397:8 403:11
403:13 407:9
459:14
**says** 27:17 68:19
86:13 91:5
99:15,18
110:10 119:2,4
119:16,24
161:5 169:5
175:6 177:16
179:18 203:15
222:3,11 225:8
228:17 233:22
262:2 295:2
306:20 308:1
351:22 363:24
391:15 394:20
394:23 395:13

396:5 397:2
419:3,13,18
425:24 431:12
447:21 448:16
448:22 467:17
**scar** 408:18
**Schildkraut**
234:18,18
235:9 239:17
239:23 240:6
241:19 278:12
280:8 293:16
297:17 302:3,7
302:11 303:5
304:1,16
305:11 306:4
311:11 329:22
451:3,15
**school** 130:3
133:21
**science** 29:6,23
**Sciences** 6:11
398:11,22
399:8
**scientific** 25:23
26:13 27:8,21
27:22 30:17
32:11 104:24
162:14,22
163:14 165:5
166:12 167:20
168:21 169:14
174:22 175:11
176:10 177:3
179:11 183:20
192:21 194:8
206:19 208:2
279:17 328:10
336:4 337:6
386:24
**scientifically**
105:3
**scientist** 244:2
415:9
**scientists** 30:14
32:10 286:22

361:10 364:18
395:11 396:22
397:16
**score** 31:2
241:24 284:17
**screen** 23:20
**screening** 45:16
472:23
**SCULLY** 3:11
**search** 13:12
91:7
**searching** 14:5
**second** 17:3
23:12 112:5
117:10 141:23
159:1 169:2
208:5 210:22
218:14 252:19
258:5 266:7
294:3 306:17
306:22 310:21
342:17 355:20
388:6 418:23
443:20 452:9
460:11,22
461:15
**secondarily**
220:24 381:23
**secondary**
257:10 293:15
409:1
**section** 68:19
218:16 225:1
258:9,12
277:19 278:22
278:24 306:23
320:18 355:4
449:16,20,24
450:17
**sector** 351:13
**see** 21:3,4,6
23:22 28:7,23
31:23 37:5
48:9 51:2
53:18 62:19
72:13 79:14

91:7 93:20
94:22 95:1
96:13 98:1,14
99:16,22
101:24 102:9
102:15,18
103:1,4,8,12
103:12 105:20
112:19 113:9
113:21 114:2
115:4 118:22
118:22 120:6
129:12 133:4
135:20 137:3
143:10 168:20
171:22 172:13
172:14,20,24
181:16 188:6
198:1 201:1,2
202:21 213:4
216:18 218:9
218:12 224:10
226:7 227:4
230:17,18
244:22 245:15
246:14,16
247:19,23
250:7 254:3,4
262:2 263:1,22
272:10 275:8
275:12 278:5
279:1,3,11
291:1,8 295:24
301:15 303:21
304:24 305:1,3
306:20 307:3
307:21 309:5,6
309:19 310:16
319:14 330:10
353:8 370:4
383:6 386:20
391:14 394:19
401:2,4,6,8
415:22 418:6
419:2,6,7
424:14 425:23

426:8,18
429:14 439:9
445:6 450:7
454:3 455:8
478:22
**seeing** 169:8
228:11 343:15
347:8
**seen** 11:18 37:23
55:1 58:7
93:14 97:1
111:5,13,16,22
131:7,8,17
134:13,23
135:3,19
182:15 190:4
287:22 375:12
375:13 378:22
379:22 382:13
387:14 393:11
393:15 410:7
410:12 413:2
438:2 440:15
445:1,4 476:1
476:11,16
477:20
**segments** 55:3
**select** 79:18,22
80:20 414:20
**selecting** 251:15
**selection** 99:20
**self-reported**
328:23
**self-reporting**
329:2
**sell** 406:11
**sells** 146:22
**SEM** 133:23
**seminars** 63:17
**send** 39:16 96:9
**senior** 220:22
**sense** 337:21
341:8,15 443:24
**sensitivity**
327:20 335:24
**sent** 37:18 40:1

96:6,10,11
393:6
**sentence** 99:16
100:2 101:12
103:13,15
222:3,11 232:7
233:23 310:21
448:22 449:5
**sentences**
102:18 103:4
**separate** 72:5
153:17 166:8
382:13 402:11
**separated**
247:20 250:7
**separately**
113:11 153:1
157:10 247:22
248:13,14
**separating**
270:7
**series** 451:22
473:23
**serious** 384:16
**serous** 238:5,8
240:22,24,24
241:15,20
242:5,11
243:10 247:20
247:22,23
248:10,12,13
249:16,20
250:3
**served** 66:5
**Services** 4:8
**set** 47:5 71:6
398:16 414:9
414:19 485:9
**setting** 42:17
**SEYFARTH** 4:2
**SGO** 36:12
360:19,23
361:5,10,19
362:3,9 364:19
365:6,18 366:3
**shake** 107:7

110:13,13,14
**shakes** 110:13
**Shane** 4:7
**share** 37:7 370:1
384:14,21
**SHAW** 4:2
**sheds** 439:23
**Sheet** 486:7
**shelf** 134:12
136:15 405:23
**she'll** 231:21
**short** 99:21
185:19 257:6
266:6 267:1,22
267:23 410:5
**shorten** 448:18
**shorter** 243:19
326:18,23
**shortest** 267:1
**Shortly** 65:20
**shot** 310:12
**show** 28:2 115:5
117:8 119:2
128:9 159:24
194:9 195:23
201:15 203:21
211:7,15,16
212:14,22,24
223:21 230:14
230:22 231:8
231:10 240:12
251:20 265:3,4
282:7 291:17
329:9,21 330:4
345:21 374:19
411:2 415:15
423:4,7 434:17
468:23 473:22
474:7
**showed** 114:15
125:4,6 142:22
242:11 254:19
264:9 282:5,12
314:7 329:23
330:6
**Shower** 420:15

420:15 447:18
447:18 458:6,7
474:1,2
**showing** 106:16
288:15 290:22
473:24
**shown** 26:7
204:24 234:24
241:13 288:8
290:16 421:17
422:1,22 434:5
446:4 449:10
**shows** 64:1
147:15 159:17
196:9 205:3
220:22 242:9
265:8 266:16
267:14 336:5
342:9 378:22
381:9,24 474:8
**shrouded**
350:11 351:23
**Shukla's** 220:16
**shut** 51:5,9
**sic** 395:11
396:22 397:17
**side** 87:19 95:23
349:3 390:4,16
419:12
**signature**
344:15,18
**signed** 352:4
**significance**
241:18
**significant**
103:14 159:20
160:1,6,12,24
163:23 164:7
165:3 200:21
237:9 238:10
240:13 242:5
249:11,15,19
250:3 251:20
266:16 267:4
268:4 290:17
293:18 297:20

304:19 305:1
306:11 307:1
307:21 308:5
308:10 311:18
313:21 314:8
314:20 315:1
317:17 324:8
331:13 369:17
374:20
**significantly**
202:21 238:4
240:21 307:7
311:8
**signs** 339:21
**SILVER** 3:16
424:15,21
**similar** 32:3
38:9 94:3
102:16 106:16
259:6 331:6
**similarly** 217:7
**simply** 361:11
413:11
**Simultaneous**
82:13 202:11
242:19
**Sinai** 120:8
**single** 76:11,11
267:13 410:6
415:14 442:16
473:22 475:1
**Sister** 236:24
237:3,7,8,15
257:6
**sit** 326:10
475:20
**site** 260:8
375:16
**sites** 148:24
**sitting** 42:9 76:1
77:9,18 81:14
93:5 365:23
375:15 464:12
477:17
**sixth** 27:13
**size** 199:3 289:3

290:14
**skills** 46:5
**skin** 205:22
**skip** 388:24
**Skipping** 100:4
**slide** 21:8
212:24 218:8
**slides** 212:19
445:4,5
**slight** 331:2
379:20
**small** 47:14
68:14 138:17
151:13 202:9
241:16 293:1
369:8 375:13
**smaller** 457:1
**Smith** 6:16
98:21,23 99:2
99:6,10 100:14
100:17
**Smith's** 99:11
100:20
**smoke** 166:24
167:2
**soaps** 15:21
**social** 42:17
462:19
**societies** 361:19
365:1
**Society** 364:12
**sold** 148:2
405:22
**sole** 420:22
**somebody**
115:18 190:16
208:12 326:10
326:13 328:1
335:7 350:7
**something's**
195:14
**sorry** 67:10
79:12 95:21
102:12 104:5
112:5 117:13
117:14 129:6,7

141:10 149:20
174:11 206:13
214:4 216:3
224:20 225:6
225:15 236:3
249:22 250:15
302:10 309:18
320:13 356:22
367:2 378:2
380:17 393:14
416:11 422:13
429:11 438:12
447:7 460:12
460:14,24
461:3 472:18
472:19
**sort** 38:13 42:19
65:18 68:18
316:18 366:16
382:20 383:3
440:24
**sound** 358:5
**sounds** 136:8
364:2,6
**source** 13:3 33:1
76:11 105:3
119:17 135:20
204:8 272:20
272:24 379:10
396:10
**sources** 14:11
104:11 114:13
136:23
**South** 318:20
**soybeans** 435:3
**speak** 20:9
54:11,21 64:8
64:14,19
100:16 134:15
**speaking** 219:20
**specific** 64:18
107:17 122:13
154:8 219:8
226:21 231:7
255:20,22
289:12 291:12

340:15 359:17
393:16 452:24
453:1
**specifically**
19:18 20:13
31:20 48:9
56:7 75:3
78:20,24 81:9
114:4 129:21
140:6 142:18
143:8 145:2
152:21 153:8
162:19 163:9
166:17 182:24
208:8 240:19
248:10 249:14
251:23 252:7
257:23 271:1
286:17 293:17
295:9 313:3,5
354:5 389:17
400:4 432:3
434:9
**specifics** 313:7
**specimen** 212:17
212:18 213:5
218:15
**specimens**
214:20 379:3
**spectrum**
404:15
**speculate** 418:17
**spend** 97:16
173:3 203:11
**spending** 59:18
**sperm** 192:6
**spoke** 64:13
478:4,5 479:12
481:8
**spoken** 56:10
462:23 480:13
**sprays** 15:16
**spring** 364:11
**Square** 3:8
**staff** 46:19,20
**standard** 187:3

263:14
**standing** 478:22
**starch** 407:23
**starch-based**
407:16
**start** 9:17 14:4
70:10 87:3
224:18,24
315:18 319:4
320:22 321:15
323:10,19
355:8 460:23
**started** 45:8
47:10 53:9
56:18 72:6
106:4 201:10
217:11 315:24
316:4 317:8
318:12,16,18
318:21 323:15
325:15,17
348:13,14,17
348:19 349:8
**starting** 11:24
13:6
**starts** 324:24
440:19 441:8
**start-up** 48:21
**state** 1:19 66:4
180:14 184:6
221:16 255:14
289:14 290:20
355:11 381:22
382:2,3 448:11
480:2,7
**stated** 80:1
171:18 198:17
223:15 319:3
333:24 395:12
**statement** 39:2
41:10 83:23
142:20 230:1
230:24 254:13
256:22 259:13
259:16,18,22
261:19 350:17

363:15,23
365:21
**states** 1:1 7:6
49:8,15 124:19
449:2
**statistical** 238:4
240:21 241:17
242:13 259:4
290:16 297:20
305:1 308:16
**statistically**
160:1,6,11,24
163:22 200:21
237:9 242:5
266:16 267:4
268:4 306:11
307:1,17,20
308:4,9 311:8
311:17 314:8
314:20,24
317:16 369:17
**statistician**
262:3
**stay** 84:8 87:23
**stays** 22:12
**Steering** 2:6,11
2:16
**stenographica...**
485:8
**stenosis** 193:6
**step** 169:20
324:20 362:10
388:1
**steps** 361:21
**Steven** 7:15
**stick** 294:11
**sticker** 113:14
**stimulation**
381:23
**stop** 21:23 59:4
195:20 348:18
350:9
**stopped** 16:15
**stopping** 17:24
**stored** 135:24
**stores** 406:5

**straight** 86:16
**strategies** 8:16
351:2
**stratified** 258:19
309:7
**Street** 1:15 2:4
2:19 4:3
**streets** 474:17
**strength** 226:3
367:23 368:3
**strengths** 270:8
**stress** 380:20
384:6 385:15
**stretched** 388:2
**stretched-out**
387:2,8
**strike** 56:10
149:15 284:8
**stroma** 457:3
**stromal** 241:11
**strong** 226:9
368:13
**stronger** 160:11
**strongly** 159:5
426:4 428:24
**structures**
448:17
**studied** 29:6
152:15 192:7
199:8,17
243:19 244:4
256:13 412:14
412:18 413:5
421:6 432:12
438:2 439:14
**studies** 14:13,14
14:14 18:13
21:20 27:22
28:1 56:20
99:19 100:7
101:14,23
102:7 103:17
106:8,8,8,10
106:15 108:15
110:12 147:10
152:11,16,20

153:5,9 157:5
157:24 158:18
159:6,24
160:21 161:7
164:8 165:3
168:21 169:4
179:11 192:16
193:17,20
194:1,3,15,18
195:23 196:14
197:10,14,17
199:5 200:4
204:23 217:13
217:17 219:5
227:5 234:16
235:7,20
236:17,23
237:11 238:3
238:11 240:16
240:21,23
241:1,14,14
242:4,14
244:13 245:8
245:19 246:8
247:21 249:10
249:15 250:5,8
250:12,21
251:4,12
253:16,24
254:2,6,14,16
254:19 255:3,6
255:15 256:4
256:10,14,20
256:22 257:2,3
257:11 258:18
258:21,23,24
259:1,5,8,9,14
259:23 260:21
261:14 262:11
262:23 263:4
265:21,24
266:4,15,22
267:21 275:6
277:17 282:4
282:11 287:9
287:11,23

288:4,9,21,24
289:8,10,11,15
289:19,20
290:8,12,22
291:6,8,16,17
291:21 292:2
293:3,12
311:16,21,22
313:16 315:24
316:17 317:22
318:3 325:19
329:17 330:3
338:10,13
341:22 345:21
346:19,23
368:10 369:8
370:11 383:10
383:22,23
385:1,13
387:23 406:20
412:15 413:2
413:12,17,22
413:24 422:5
422:14 423:3,7
423:14 426:5
428:24 434:16
434:22 442:23
456:12 468:23
469:3,13 470:2
470:9,15
**study** 7:6,20
28:6,14,18
29:11,12 108:6
116:16 146:14
159:17 168:2
169:8 179:17
192:19 199:2,4
199:15,19
200:8 203:12
209:7,20
214:12 234:19
234:24 236:5
236:24 237:3,7
237:8,15,16
238:13 239:18
241:19 242:12

243:6 244:20
244:23 245:21
246:2,10,13,14
246:20 247:5
247:22 248:9
248:11 249:12
249:17,24
250:14,22
251:16 252:4
254:21 255:1,7
256:24 257:6,7
257:8,10
258:19 259:17
259:22 260:12
260:19 261:20
263:10,21
265:13 266:8
267:3,14 270:7
270:9 281:22
292:3,4,7,23
292:24 293:9
293:16 295:4
295:12 296:13
296:19 297:17
297:17 301:24
302:3,20,21,24
304:13 311:4
313:8,19 317:3
318:5,8 319:1
319:8 321:3,10
321:19 322:23
323:13 329:4
329:21,22,22
340:8 346:8
371:17 384:7
384:11 385:8
385:11 409:21
410:7,11
433:11,17
435:23 436:7
437:24 438:3
442:16 451:15
469:5 473:23
473:24
**studying** 193:21
220:4

**stuff** 404:15
**subgroup** 239:3
248:3 303:4
305:7 317:11
**subject** 12:20,21
31:24 312:12
312:19
**submit** 360:2,7
392:19 471:13
**submitted** 39:9
39:20 91:5,6
94:18 96:1,12
233:15 391:18
391:22 448:20
471:9
**Subscribed**
486:15
**subsequent**
19:21 38:8
**substance**
194:23 195:9
286:23 455:11
458:11 478:7
479:20 486:7
**substances**
194:18 221:11
283:19 284:5
402:9 404:10
443:3 458:12
458:13 467:13
467:16 468:24
**subtracted** 72:9
**subtype** 240:1
**subtypes** 241:13
241:16,21
**successor**
471:16
**suffering** 186:18
**sufficient**
283:20 284:10
409:7
**sugar** 432:23
433:2
**suggest** 28:1
29:5 40:18
160:15 220:17

261:1 280:3
387:15
**suggested** 21:21
62:6 438:3,23
448:2
**suggesting** 45:10
69:13 173:22
177:20 353:11
**suggestion** 29:10
40:12 454:16
**Suggestions**
392:22
**suggests** 58:22
148:24 163:20
197:2 219:5
254:18 412:13
439:10
**suing** 357:20
**Suite** 2:14,19 3:8
3:12,21
**summary** 33:9
100:5 260:4
278:23 420:11
**supplemental**
91:11,15,20
92:1,7,11,18
92:20
**suppliers** 448:20
471:8
**supplies** 416:15
**support** 25:24
27:8,21 143:24
145:7 146:4
158:7 160:22
163:15 164:9
165:5 166:12
167:20 169:14
174:22 175:12
176:3,10 177:2
177:8,9 178:14
179:4 180:6
182:15 183:21
192:21 193:17
206:18 208:1
208:21 209:12
214:7 232:4

Judith K. Wolf, M.D.

234:11 275:3
277:7 311:4
373:16,23
374:8 382:7
384:3,4 386:24
395:20 418:2
475:16
**supported** 29:23
457:9
**supporting**
121:5 221:18
**supports** 146:17
209:16 363:20
385:2 412:13
**supposed** 346:7
**sure** 23:1 24:10
28:16 29:4
32:24 79:9
80:23 82:17
86:18 92:10,12
103:11 107:21
108:6 116:12
119:15 120:7
120:21,23
121:1,5 128:12
189:12 204:3
205:16 231:21
232:3 236:14
244:2 251:9
262:4 267:8
275:24 295:8
313:11 317:7
326:4,21
327:14 334:1
342:2 343:20
344:3 346:6
360:9 366:11
370:24 371:22
375:16 376:16
378:21 407:7
415:21 444:9
444:13 466:14
470:2 476:1,8
**surgeries** 408:4
**surgery** 28:24
408:8 409:2

411:6,6,13,18
411:23 412:10
413:13 473:7
**surgical** 22:4,11
22:18 23:3,8
23:13 24:23
25:2,8,12 26:1
26:7,15 27:1
27:10,17 28:3
28:18 29:19
30:24 407:19
454:14,17
**surprise** 437:9
437:10
**surprised**
100:18 129:22
**surprising**
101:20
**survey** 168:19
448:16
**susceptible**
337:8,10
**suspect** 167:7
178:8
**suspected** 22:5
338:19
**swear** 9:7
**sweating** 318:22
**sworn** 9:9 485:5
486:15
**symposia** 63:17
462:24
**symptoms** 45:16
56:4
**syndrome**
337:14
**synergism** 167:8
**synergistic**
166:5 167:4,5
**system** 108:23
195:2 457:4
**Systematic** 7:22

— **T** —
**T** 406:23
**tabbed** 68:16

**tabbing** 68:17
**table** 85:23
240:1 241:21
245:8 303:19
304:24 305:7
308:20 330:9
330:22 332:1
332:11 349:3
483:4,11
**tabs** 68:21
**Taher** 90:16,22
91:2,10,15,21
92:2,8,13,14
92:16 281:17
**take** 11:6 27:24
42:22 44:4
59:15 72:2,5
72:10 85:7
86:8,15 88:6
88:16 89:14
99:13 104:3
112:8 118:20
128:23 129:9
139:5 196:17
198:7,9 210:5
210:11 211:5
211:16 213:7
245:6,12
254:24 256:9
315:5 325:12
327:23,24
359:24 364:14
418:7 432:19
466:4 475:1,8
**taken** 1:13 28:5
35:24 89:19
139:8 168:2
213:13 252:22
315:8 378:5
388:11 444:3
445:19 461:18
485:8
**takes** 217:22
325:20 326:12
361:19
**talc** 3:14,18 6:12

6:18 7:5,8,8,13
7:21 8:4 17:8
17:15 19:15
20:8 22:11,18
23:2,7 28:3
43:5 44:12
49:24 50:5,10
56:15 76:6
106:20 108:21
109:3,14 111:1
111:2 112:17
117:12 118:24
119:20 128:20
135:22 138:20
140:16 141:5
141:21 142:9
153:13 161:21
162:6 164:14
164:15 168:8,8
170:3,3 179:2
179:2 184:14
184:18 185:6
185:10,21
186:3,11 187:2
187:10,15,17
187:22 188:1
188:11,14,20
188:24 189:2,5
189:7,16 190:9
190:16,20,23
190:24 191:1
191:11,23
192:1,18
199:10 204:7
204:13 206:20
207:1 211:7
212:9,12,13,16
213:1 214:8,13
214:24 215:12
215:16 216:14
216:19 217:14
217:16,22
218:4,4,8,11
219:17 220:6,9
220:23 221:6
224:23 225:22

225:22 227:10
229:2,4,15
230:7 232:5,22
233:16 235:22
237:6 244:11
248:19 249:9
253:15,22
254:8 257:9
259:3 265:17
271:18 274:14
275:4,21 276:5
276:24 277:8
277:19 280:17
280:21 281:1
281:22,24
284:8,11,15,16
284:16 285:13
285:13 289:3
290:15 302:5
309:22 310:1
310:10 315:14
328:12,22
329:6 336:17
340:11 341:5,6
342:18 358:21
359:3 362:20
366:4 372:1,9
372:9 375:5,6
375:10,11,17
375:19,20
377:14,14
378:14,14
379:1,2,7,7
381:2,6 382:7
382:14 385:1
388:20 389:11
389:14,19
395:6 397:14
399:16 400:3,3
400:15,15
401:5,8 404:3
404:5 405:13
406:11,14
408:20 409:7
409:13,17,21
410:8 415:14

Case 3:16-md-02738-MAS-RLS   Document 9888-3   Filed 05/29/19   Page 1223 of 1294 PageID: 65244
Judith K. Wolf, M.D.

Page 540

| | | | | |
|---|---|---|---|---|
| 416:5,15,19,20 | 58:12,21,23 | 201:10,22 | 362:13 363:16 | 105:18 208:8 |
| 417:1,2,6,19 | 59:8,11 60:6 | 202:7 205:5,12 | 363:20 368:6 | 209:1 216:4 |
| 418:5 424:10 | 61:5,11,15,23 | 205:19,20 | 371:24 372:6 | 230:23 237:14 |
| 424:12 429:10 | 62:3,24 64:9 | 206:2,7 207:16 | 374:8,14,20 | 352:15,16 |
| 429:23 430:9 | 64:12,15,19 | 208:3,13,23 | 376:6,23 | 359:16 447:4 |
| 430:20 431:2 | 67:2,13 106:5 | 209:2,5,10,12 | 377:19,23 | **talked** 25:15 |
| 436:11,12 | 106:22 107:12 | 209:13,17,21 | 378:13,18 | 42:19 56:2,4,5 |
| 441:10,11 | 107:24 108:9 | 220:18 221:14 | 379:11,13,17 | 56:7 103:16 |
| 442:16 443:4 | 108:11 109:22 | 234:20,22 | 380:8 381:2,6 | 132:4,11 |
| 443:13,14,17 | 110:2,17,19,24 | 237:19 241:5 | 381:7,11,15 | 182:14 196:4 |
| 447:10,21 | 111:8,12,15,18 | 251:22 264:10 | 384:5 385:3,13 | 345:19 348:12 |
| 448:3,14,20,24 | 113:18 114:12 | 267:5,15 268:5 | 404:21 409:20 | 362:23 363:1 |
| 449:16,21 | 119:9 120:11 | 274:1 280:13 | 423:8 447:14 | 367:20 440:4 |
| 450:13 452:2 | 121:6,20 | 281:9 282:5 | 447:15 448:2 | 443:5 447:13 |
| 453:21 454:8,9 | 126:23 135:21 | 290:4,24 | 456:18 458:1,5 | 461:6 479:20 |
| 455:1,3,14,17 | 138:16 139:16 | 292:14,20 | 458:6,10 459:6 | 480:1,11 |
| 455:22 456:2 | 140:24 142:20 | 293:21 294:23 | 461:7 464:21 | 481:10 |
| 456:17 457:15 | 143:5 144:7 | 296:16 297:9 | 465:16 466:3,5 | **talking** 17:7 |
| 457:19 459:2,4 | 145:9,11,16 | 297:13 298:9 | 466:8,15,23 | 24:22 28:12 |
| 459:8,16,19,23 | 146:12,22 | 298:11 301:15 | 467:12,13 | 42:24 45:8,20 |
| 460:5,8,16,20 | 147:16 148:13 | 301:16 302:2 | 468:3,10 470:3 | 102:11 107:21 |
| 462:14,20 | 148:24 149:5 | 302:12 304:21 | 472:12 | 119:23 127:5 |
| 463:1 465:10 | 149:12 151:4 | 315:15 318:9 | **talcum-based** | 131:21 162:3 |
| 465:10 466:10 | 151:24 152:6 | 318:12 320:19 | 400:1,23,23 | 196:6 209:6 |
| 466:16,19,19 | 152:15,22,24 | 321:17 322:24 | **talcum-dusted** | 217:12 229:9 |
| 467:6,6,9,9 | 153:3,10,18,23 | 323:2,10,19 | 28:6 | 231:5 232:11 |
| 469:10,15 | 154:6 161:15 | 325:7,14 | **talc's** 474:13 | 232:15 240:17 |
| 471:4,8,14,24 | 162:3,9,18 | 327:16,23 | **talc-based** | 240:20 321:8,9 |
| 472:5 473:11 | 163:3,10 164:2 | 328:23 331:12 | 399:14,22 | 340:17 342:14 |
| 473:17 474:10 | 164:3,10,19 | 334:2 336:21 | 400:18 401:13 | 342:15 349:2 |
| 474:18,21 | 165:16 166:15 | 336:23 337:8 | 401:24 405:3 | 383:9 476:15 |
| 475:4,10 477:3 | 167:17 169:16 | 337:23 338:5 | 405:11 415:16 | **talks** 20:13 |
| 480:18 | 169:22 170:15 | 339:5,11,17 | 420:23 433:8 | **tampons** 16:2,7 |
| **talcs** 471:17,21 | 170:19 171:1,6 | 340:6 341:19 | 434:13 435:17 | 436:17 438:9 |
| **talcum** 1:3 | 171:9 173:18 | 342:4 343:13 | 436:12 437:2 | **tape** 134:3 |
| 13:24 14:22,23 | 176:22 177:21 | 343:17,21 | 437:18 471:5 | 252:18 378:2 |
| 15:6,7,9,11,17 | 178:15,22 | 344:2,21 345:1 | **talc-containing** | **TARIQ** 3:20 |
| 15:22 16:1,3,5 | 179:1,23 | 345:6,18,23 | 448:24 | **tariq.naeem@...** |
| 16:7,12 17:1 | 180:17,23 | 346:10,15 | **talc-dusted** | 3:21 |
| 17:21 24:22 | 181:4,11 | 348:4,15 | 16:10 18:5,14 | **task** 266:18 |
| 25:2,4 28:2,3 | 190:17 191:7 | 349:10 350:4,8 | 19:13 195:23 | **Tecum** 6:6 |
| 43:7 45:7 | 191:11,14 | 352:10 356:13 | 196:8 197:8 | **tee** 87:7 |
| 54:14,17,22 | 193:21 194:9 | 356:17,19 | **talk** 10:16 13:16 | **television** 64:17 |
| 55:6 56:15,23 | 194:17,18 | 357:2,11,21,24 | 20:1,4 28:11 | **tell** 16:16 35:17 |
| 57:4,5,14,16 | 196:24 197:3 | 359:14,22 | 43:4 44:19 | 44:11 59:2,4 |
| 57:23 58:2,10 | 199:6 200:23 | 361:6,12 362:5 | 65:6 87:8 | 59:10,13 70:7 |

Judith K. Wolf, M.D.

72:24 78:19,23
93:18 118:21
143:8 182:12
212:1 227:24
234:13 278:1
313:4 344:5
352:12 375:12
379:22 399:3
402:1,1,5
420:13 435:14
471:14 479:19
**telling** 131:7
172:9 348:14
348:18 432:24
**TEM** 129:3
133:23
**ten** 69:12 79:6
210:14,15
299:9 300:7
316:9 317:1
322:3 325:2
**tenens** 46:4
**tenets** 288:16
333:17 366:22
**term** 133:6
344:17
**terminal** 188:21
**termination**
10:3
**terms** 80:19 86:2
115:14 116:2
126:14 134:12
152:3 190:8
223:10 226:9
250:12 274:6
374:23 446:22
452:24 454:7
456:12
**Terrific** 41:2
**test** 110:9
114:14 115:9
115:11,15
116:4,20,23
121:10 122:6
140:8 145:19
146:24 148:17

169:5 306:24
415:24 417:21
418:5,8 420:9
452:17 473:2,3
476:7
**tested** 119:7
122:11 123:12
123:19,22
125:4 126:3,6
128:1 129:23
135:7 143:20
144:15,22
145:3,13 146:5
147:6,8,8,11
147:13,20
148:4 174:9
175:18 178:1,9
374:21 379:2
415:14 417:20
418:10 448:18
448:21 459:7
459:21 471:4
471:17
**testified** 9:11
221:5 385:22
442:15
**testify** 85:19
87:15 95:13
135:18 401:18
485:5
**testifying** 23:12
24:17 127:16
390:17 400:11
**testimony** 24:6
27:4 35:5 57:8
62:22 76:20
77:12 80:7
98:13 121:13
122:10 132:17
132:22 139:2,4
141:15 142:7
147:3 172:1,5
183:10 212:8
236:21 257:21
282:16,21
296:6 342:21

366:7 374:6
402:4,18
403:20,23
447:16 463:20
465:1 468:12
468:20 485:8
**testing** 113:18
114:12,21,23
119:16 120:4
120:11 121:20
122:6 123:19
124:1,7,10,20
127:18,21
128:22 129:16
129:19 130:1
130:10 131:8
131:17,22
132:13 134:13
134:23 135:2
137:12,16
138:23 140:15
142:18,23
148:23 174:8
181:16 373:19
378:22,24
379:22,24
380:2 415:23
418:5 448:2,12
451:18,19
452:2 459:5,15
464:1,5 471:10
471:14
**testings** 130:4
374:19
**tests** 45:16
117:15 129:1
134:22 250:11
417:8
**Texas** 1:15,19
3:13 49:13
**text** 99:15
**textbooks** 63:22
**Thank** 40:9
44:17 52:16
89:12,16 90:1
93:1 225:15,18

294:9 461:11
**Thanks** 210:19
388:3 483:19
**theirs** 278:14
**theories** 30:17
32:12
**theory** 201:5,18
202:20 203:21
**therapy** 273:20
369:3
**thick** 319:15
**thing** 13:8 31:20
59:5 75:13
103:2,9 120:6
144:3 165:13
166:19 203:3
212:6 233:7
234:10 261:18
304:12 316:11
318:2 329:3
358:16 376:7
400:11,14
409:8 427:3,16
**things** 32:23
71:9 72:6 77:3
98:9 108:23
111:1 114:15
127:13 153:20
165:18 166:4
166:20 167:3
170:8 171:6,8
173:12 174:10
176:6 181:17
182:8 187:24
195:13 200:18
200:19 205:17
210:23 229:5
229:10,24
248:17 253:12
260:7 273:16
273:23 278:7
292:6,13 297:6
302:11 303:24
306:3 312:24
313:1 333:5
336:1 354:23

356:11 366:8
377:1 378:19
399:13,22
400:12 401:4,6
401:12 404:15
404:24 405:5
405:12 409:12
438:4 439:13
443:5
**think** 13:4 26:5
30:20 32:14
33:12,13,16
35:22 50:7
54:2 58:15
59:16 61:13
69:4 80:1
87:10 88:3
109:7 133:6
148:14 153:16
154:7,11 155:9
157:21 161:12
173:2 190:12
194:20 195:19
196:4 197:19
198:17 205:24
222:20 241:12
245:24 246:13
246:19 261:23
262:6 271:12
281:4 283:5
285:2,7 289:2
300:3 304:11
316:9 317:6
318:15 325:4
326:4,23 327:4
328:17 332:21
333:4 337:2
343:1,21 344:5
346:12,13
353:3 361:22
362:3,10
364:17,24
365:2 367:20
371:5,6 379:14
381:14 384:24
388:1 389:12

389:16 390:3 390:13 393:24 399:23 401:11 403:2 422:1 424:20 426:13 443:20 445:2 445:13 451:1 451:21 459:13 465:3,16 471:7 478:16,19,21 479:11 483:16

**thinking** 15:9 152:21 318:6

**thinks** 33:16 132:21

**third** 26:19 48:3 94:5 101:8 112:14 233:13 258:11 320:18 355:23

**third-party** 130:1 137:21

**Thirty-three** 225:5

**Thompson** 2:3 42:2,4,5,12 43:22 477:17 481:18

**Thompson's** 42:8

**thought** 12:23 15:24 16:6 97:23 135:8 281:24 285:8 321:8 330:6 342:18,21 393:22 424:4 425:1,5 455:22 480:4

**thousand** 215:22 305:6

**thousands** 408:5

**three** 10:2 47:8 69:4 78:8 101:7 227:1 234:16 235:6

235:20 236:17 236:22 237:10 257:2 267:23 267:24 268:2 282:3,10 288:24 311:22

**threshold** 168:11,18,22 183:1

**tied** 193:8 195:3 198:4 200:23 201:9,9,15,17 201:21 202:8 203:23 204:6 208:13,16

**till** 67:7 95:20

**time** 9:5,23 10:17 26:19 27:14 37:18 44:2 46:7 47:1 47:6,15,18,22 48:6,10 49:22 50:13 52:1,7,9 52:13 53:9 54:7 59:18 61:22,24 66:24 72:8 89:18,22 90:6,19 96:5 97:20 107:5 108:16 111:23 112:8 114:13 115:6 123:9 129:14 139:7 139:12 143:11 155:4 172:23 186:2,3 188:20 188:24 189:13 190:1,14,14 203:11 212:5 213:12,16 218:5,11,20 219:19 237:13 243:20 245:19 247:9 252:12 252:21 253:2

254:24 265:22 269:16 285:9 285:12,19,21 300:23 315:7 315:11 317:2 318:3 325:13 326:11 327:8 332:24 350:3 351:12 352:11 357:9 361:19 362:17 363:4 364:10 365:19 372:19 378:4,9 378:20 379:1 379:18 388:4 388:10,14 399:19 410:5 422:7,16 424:24 432:13 440:12 444:2,6 445:18,22 455:1 461:17 461:21 470:17 473:18 475:10 484:4 485:8

**times** 65:9 78:8 172:6 184:3 269:12 290:14 299:9 300:7 334:1 475:9

**Time-out** 171:24 171:24

**timing** 211:23 212:16

**Tinto** 471:16,23

**Tired** 380:17

**tissue** 212:20,21 215:2 407:17 409:16 433:8 434:12 436:22 440:7,11,18 441:1,5,7

**tissues** 434:14 435:16,18 437:3

**Titanium** 7:13

**title** 295:1 355:4 447:21

**today** 9:18 10:20 12:1 13:17 24:6,17 32:1,2 42:8 68:2 76:2 77:9,19 81:14 91:24 93:5 130:22 220:10 341:19 344:21 357:15 358:2 359:7 375:15 388:4 389:2 442:15 446:4 447:13 461:6 463:5 468:12 477:17 482:12 482:23 483:1 483:14

**Today's** 9:4

**toilet** 436:16 438:3

**told** 45:8 57:24 87:5 362:3 463:17 480:4

**tool** 286:13

**top** 38:17 167:1 332:8

**topic** 14:12 395:1

**total** 75:13 97:21 108:17 259:2 296:11 358:4,21

**totality** 100:8 456:1

**touched** 446:23

**tough** 472:21

**toxic** 167:6 169:22

**toxicity** 179:23

**toxicology** 384:24

**toxin** 325:21

**toxins** 166:21

**trace** 183:11

**432:9** 433:4

**traced** 442:16 442:17

**track** 191:2

**tract** 191:15 192:17,23 193:9 229:7 336:18 387:2,8 387:9 436:14 436:20 437:15 440:22 474:3

**tracts** 438:18

**traditionally** 297:9

**training** 42:16

**transcript** 24:4 485:7

**transcription** 486:5

**translocation** 430:3,10,20

**transmission** 133:19 419:13 451:20

**transport** 227:10

**travel** 193:22 194:4,23 195:13

**traveling** 194:10

**treat** 12:21 47:17 48:23 272:15

**treated** 47:22 48:1 156:1

**treating** 47:1,3 52:2,9,14 73:11 155:24 187:4

**treatment** 56:6 274:10

**treatments** 350:13 351:24

**tremolite** 117:10 117:11,11,12 117:12,13,17

117:18,24
118:1,7,8,21
**trend** 331:8
**trial** 28:13
**tricky** 38:20
**tried** 108:15
306:5
**trouble** 51:3
**true** 38:10 41:22
42:2 55:21
57:6 58:7
59:11,24 60:6
62:13 63:10,19
63:22 64:2
82:22 116:5
125:23 130:24
133:16,19,24
134:11 135:4
139:19,22
146:24 167:21
182:1 188:15
191:2,24 194:5
201:5,18
202:22 216:23
217:8,15 224:6
225:24 227:6
234:4 236:10
244:5,8,14
252:4 265:17
266:18 271:8
273:20 282:6
283:21 336:21
343:15 352:10
355:1,9 357:3
371:18 469:16
469:19
**truly** 347:15
**truth** 485:5,5,6
**truthful** 353:3
353:14
**try** 10:16 31:24
117:5 220:4
260:16 333:3
344:8
**trying** 14:10
29:4 38:19

53:14 62:21
130:21 199:4
211:4 212:15
236:14 246:14
277:12 464:9
**tubal** 197:24
202:22
**tube** 8:7 272:8
382:16
**tubes** 193:7,8
195:3,3 198:4
200:23 201:9,9
201:15,17,21
202:8 203:23
204:6 208:12
208:16 440:13
442:12,19
456:24 473:7
473:19
**TUCKER** 3:20
**tumors** 21:3
241:2,3,11,12
242:8
**turn** 143:14
226:13 371:1
385:20 394:12
394:16 418:22
448:10 449:19
450:6 455:10
**turned** 96:13
172:22
**TV** 64:1
**tweaks** 97:23
**tweeted** 462:18
**Twenty-four**
60:1
**twice** 170:22
189:1
**twine** 237:18
**two** 7:6 45:4
49:2 101:7
110:13 140:22
176:10 191:6
205:16 215:22
227:1 229:9
236:22 239:6

239:14 242:6
251:5,7 257:1
258:21 261:17
267:22 268:1
277:18 283:2,6
292:19 305:6
323:22 381:15
446:4,24
450:24 465:19
467:11,12
477:18,19
**two-year** 44:10
**type** 36:21 38:20
39:6 69:17,19
97:4 150:14,20
151:2,5 238:6
239:4 242:9
248:4 270:7
409:16 432:4
451:18 473:23
479:23
**typed** 37:8 38:6
38:9 69:22
97:8
**types** 116:15
150:17 241:3,7
412:9 416:19
417:13
**typist** 53:18
97:14
**typos** 98:1
**T-a-h-e-r** 90:16

_____

**U**

**ubiquitous**
417:13 474:14
474:22 475:5,7
**Uh-huh** 55:24
99:17 101:10
199:18,21
210:17 211:2
250:1 339:15
392:2 414:8
**ultimately**
397:15 456:14
**unaware** 77:10

**uncertain**
276:19
**uncertainty**
274:6,11
**unclear** 137:24
**undergone**
188:11
**underlying** 40:6
**understand**
10:19,23 14:15
27:4,6 34:4
35:6 38:2
44:22 48:15
49:18 53:15
61:13 62:21,21
76:2 82:11
83:15 86:18
89:1,2 92:12
95:24 105:22
115:11 116:18
127:12 130:22
131:12 138:3,4
139:17 144:14
144:18,19
146:10 152:10
167:9 182:13
184:17 193:15
199:13 203:11
248:22 249:13
250:17,20
251:10,14
252:10 269:19
282:15 285:23
286:21 298:7
300:4 349:18
369:20 371:16
371:22 376:16
377:12 380:18
384:15,20
402:21 404:1
406:10,12,13
406:16 416:18
419:17 420:5
433:23 442:14
463:24 466:7
469:4

**understandably**
334:8
**understanding**
16:13,17,24
17:14,20,23
20:17,20 24:18
25:11 27:15
34:10 43:21
70:11 80:18
81:2,13 89:4
96:22 167:10
168:1 169:12
180:3 181:23
187:10 222:18
262:15 269:4
301:11 317:19
318:11 328:16
361:14 375:9
466:11 468:21
469:2
**understood** 11:3
24:11 39:13
220:10 343:11
464:24
**undertake** 251:3
312:16
**undertaken**
349:10
**undertook**
349:15,19
**underwear**
206:3 335:8
**unethical** 28:8
28:12,17
**unexposed**
259:4
**unfortunately**
310:7
**United** 1:1
124:19 449:2
**universally**
221:19 222:11
223:5 459:5
**unpublished**
235:21 236:17
**untoward** 40:19

untruthful
  353:9
update 53:11
  234:22 302:5
  362:4
updated 52:21
  53:13 54:4
  72:8 279:13
  282:18
Updates 279:1
upper 263:1
  437:14
UpToDate 6:7
  12:11,18 13:2
  13:7,11 31:22
  33:1,8,13,19
  34:1,4,7,16
  106:3 269:21
up-to-date 366:4
urban 476:3,16
usage 7:8 472:12
use 7:5,18,21 8:4
  29:24 32:3
  37:14 45:7
  56:2,24 59:3
  59:11 89:8
  106:5,20,23
  107:1,22
  108:16,16
  110:17 126:23
  133:23 142:1,4
  153:10 162:18
  170:19 173:9
  181:10 185:16
  189:8 203:23
  203:24,24
  204:18 205:5
  209:13 234:20
  237:6,13 241:5
  245:9 248:18
  249:9 251:22
  251:22 253:15
  253:22 264:10
  265:17,21,22
  265:22,22
  266:18 267:6

267:16 268:5,6
274:2,14
286:12,17,19
289:4,9 290:15
290:24 291:4
292:14,20
293:21 294:24
295:18 298:9
301:14 302:1,2
304:21 308:3
308:17 309:19
309:23 310:1
310:10 313:21
315:15,17
317:19 318:16
318:20 319:4
320:19,21
322:8,10 323:1
323:10,19
324:23 325:14
328:12,23
330:5,7 331:3
332:3,5,23
334:6,21
337:23 345:1,7
348:4,15,18,19
350:9 352:10
356:13,15
357:2,12 361:6
361:12 368:6
400:18,23
401:13 404:21
405:2 406:3
416:21 420:23
433:8 434:13
435:17 436:17
450:13 472:5
473:11,12
user 318:10
users 297:9
317:2
uses 67:13 108:1
109:11 163:3
164:22 181:10
190:17 205:19
206:15 298:10

299:4 337:16
usually 13:9
  34:13 241:16
  343:6 358:15
uterus 439:23
  440:8,19,23
  441:3,8,15
  442:9,19

---

**V**

V 4:6
vacation 47:9
vagina 192:12
  192:22 193:5,9
  193:22 194:4
  194:10,19
  195:16 230:3,8
  232:6 387:11
  388:2 437:14
  441:2,5 443:1
  443:14 456:23
vaginal 387:2,8
  387:9,10 442:2
  442:18
vague 137:24
validity 106:9
variable 327:4
various 114:13
  114:13 116:15
  241:14 361:21
  418:5
varying 169:6
  240:23 242:8
vast 440:2
verbal 85:9
verbatim 485:7
verification
  262:12
verify 173:16
  263:4 427:2
Vermillion 46:2
  46:8,21 47:15
  47:19 48:16,19
  48:20 50:6,9
  50:18 354:7
Vermont 135:22

379:14,15,23
versa 243:1
version 8:9
  117:19 118:2
  172:24 258:4
  272:10 275:19
versus 21:1
  153:17 163:2
  189:7 247:24
  271:3 328:1
vice 243:1
vicinity 423:4
VIDEOGRAP...
  9:2 89:17,21
  139:6,10
  213:11,15
  252:20,24
  315:6,10 378:3
  378:7 388:9,13
  444:1,5 445:17
  445:21 461:16
  461:20 484:2
Videotaped 1:12
  6:5
view 19:11
  121:5 164:9
  171:5 209:12
  362:20
viewing 393:17
vintage 136:18
virtually 391:14
virus 166:23
Vitae 6:13
vital 434:3
vitamin 433:21
vitro 14:14
  106:8 220:5
  268:16 269:1
  384:6
vivo 269:1 384:7
volume 7:12
  361:18 430:14
  431:12,14,19
  454:20

---

**W**

walking 195:18
  436:17 474:17
want 10:1 13:8
  13:10 39:3
  40:20 44:19
  58:15,16 76:1
  76:3 77:22
  78:6 85:6,12
  86:17,21 87:6
  119:11 129:15
  137:11 138:19
  138:21 176:7
  192:15 198:14
  203:2,3,10,11
  208:21 212:5
  224:18,24
  225:13,20
  230:23 231:6
  244:12 245:6
  251:14 253:7
  263:22 296:19
  299:13,13
  305:5 332:20
  361:24 364:13
  364:14 370:23
  371:22 377:12
  383:6 390:14
  390:23 397:17
  397:23 424:24
  427:1 438:1
  443:23 444:9
  467:5 472:12
wanted 51:6
  60:21 61:21
  66:4 71:5
  220:2 265:4
  295:23 313:1,1
  358:19
Ware 328:9
warehouses
  135:12
warn 411:5
Washington 4:4
wasn't 33:7
  56:20 57:20
  59:18 118:5

150:18 152:21
153:9 212:23
215:4 236:12
242:13 248:7
266:11 267:12
280:9 293:2
322:18 346:6
357:14 363:5
438:10 444:13
**waste** 212:5
424:24
**wasting** 269:15
300:23
**watch** 326:10
**water** 421:14
422:7,16 450:4
**way** 24:13 71:10
149:17 153:3
166:5,14 195:2
204:4 217:11
220:5 255:7
267:19 325:4
326:2 327:14
337:9,11
366:13,15
401:16,16
443:3 455:8
457:4,6 459:9
**Wayne** 480:2,7
**ways** 381:15
**weak** 222:22
223:12 226:9
227:11,22
**weaknesses**
270:9
**website** 128:20
272:7 351:14
359:10,14,18
362:4 365:20
446:5 447:22
449:12
**websites** 361:3
**week** 49:7
170:22
**weekly** 190:18
**weeks** 47:8

90:13 279:13
282:19
**weigh** 246:22
**weight** 137:19
138:9,14,21
197:1,9,14
254:18 268:9
268:18 269:19
269:20 270:2
275:2 277:7
278:3 281:18
290:5 334:11
382:21 383:3
**weighted** 264:3
270:6
**weighting**
126:14
**WEIL** 2:18 3:2
**Weiss** 320:23
**welcome** 18:19
26:21 86:1
89:24
**well-known**
352:9
**Welt** 293:2
**went** 45:19
48:21 64:1
81:3 155:15
200:7 229:14
334:3
**Wera** 8:5
**weren't** 41:8
54:10 80:3
204:6 257:12
287:13 317:7
405:12
**West** 2:14
**we'll** 10:16 11:6
11:9 12:6
27:24 35:12
37:7,10 40:6
41:3 85:7
86:15 87:7
88:5,16 92:6
123:8 156:21
198:15 211:4

211:15 213:8
225:12 238:21
239:14,21
244:24 247:14
321:12 368:2
423:19 473:1,2
**we're** 13:16 20:4
27:5 41:12,15
54:2 62:20
66:8 67:22
87:3,22,24
95:22 127:5
134:2 149:8
162:9 229:9
236:14 237:14
241:9 276:3
296:18 300:23
321:9 322:6
343:12 349:2
359:6 424:18
483:24
**we've** 25:14
31:15 35:19
36:4 66:19
67:19,20 79:6
88:17 97:4,16
139:4 140:22
158:1 210:8
224:13 232:19
272:5 294:17
358:1
**when's** 66:17
**WHI** 317:10
**white** 297:1,10
**Whites** 8:12
292:11,16
**Wikipedia**
104:18,20
105:2,9
**Wilson** 420:13
**wiping** 195:17
**withdraw** 203:9
**witness** 9:7,9
10:8,10 17:5
18:20 19:4
23:22 44:24

50:20 57:3
62:12 79:4
83:18 86:6
88:9 92:21
112:3,7,10
120:16 126:15
128:13 132:9
136:24 138:1
141:8,12,24
143:15 144:5
174:1 202:17
203:5 207:7,11
208:6 210:17
215:21 216:2,9
225:5 233:5
238:15 240:5
247:18 287:18
294:1 300:9,16
320:1,4,8
346:3,6 349:5
383:17 386:3
386:13 389:18
389:22 391:24
392:7 394:13
397:18 424:7
425:10 426:19
430:7 438:13
460:12,24
461:3 483:23
**witnesses** 93:15
401:20
**witness's** 76:19
**Wolf** 1:13 5:1,6
6:1,5,15 7:1
8:1,18 9:3,8,14
11:11 18:16
26:21 27:6
36:22 37:15
38:2,4 39:12
40:1 41:4,19
45:24 57:4
62:20 80:1,9
83:8,13,17
84:22 85:22,23
86:4 88:15
89:3,12,24

90:2 93:4
102:22 110:16
113:13 114:18
120:13 121:19
128:18 129:10
129:12 132:6
137:10 139:14
141:15 146:10
149:15,18
156:21 167:10
170:13 172:9
178:13 198:16
199:14 213:20
216:6,12
230:12 231:24
234:3 236:15
243:4 253:4
267:20 277:22
280:11 300:24
301:7,8 315:13
340:4 351:2,5
357:17 370:23
378:11 380:6
388:4,17 409:9
418:17 423:19
432:18 444:8
446:3 454:6,24
455:11 461:11
461:24 468:6
470:23 472:20
475:21 482:10
484:4 485:5
486:12
**Wolfson** 401:19
435:14 456:15
**Wolf's** 107:16
147:2
**woman** 107:12
108:1,19,21
109:10 162:24
163:1 164:22
171:10 181:3
181:21 189:13
193:6 195:1
201:15 205:12
205:19 206:1,7

Case 3:16-md-02738-MAS-RLS   Document 9888-3   Filed 05/29/19   Page 1229 of 1294 PageID: 65250
Judith K. Wolf, M.D.

Page 546

| | | | | |
|---|---|---|---|---|
| 208:2,23 | 352:22,23,24 | 343:24 349:12 | **writing** 72:6 | 320:13 330:19 |
| 209:12 460:19 | 353:4,17 | 349:20 357:17 | 96:15 104:2,17 | 347:11 388:7 |
| 464:10 473:24 | 354:20 387:1,7 | 358:7,21 359:2 | 160:12 245:17 | 392:14 394:18 |
| **woman's** 64:23 | 387:8,9,12 | 360:3 362:13 | 246:6 353:17 | 422:13 424:22 |
| 166:15 167:19 | 400:18 401:1,3 | 363:10 382:5 | 354:4,10 | 427:18 429:21 |
| 169:17 174:15 | 401:13,23 | 382:11 386:3 | 389:10 | 442:7 450:5 |
| 176:4,9 180:9 | 404:21 405:2 | 395:16,24 | **written** 203:6 | 459:12 461:13 |
| 189:8 190:13 | 405:19,20,21 | 396:11 463:11 | 386:12 446:18 | **year** 31:19 36:12 |
| 204:13 241:6 | 406:2,11 408:5 | 481:5 | **wrong** 30:10 | 47:8 49:5 |
| 439:22 | 408:13 411:5 | **worked** 47:19 | 148:9 239:10 | 106:14 306:12 |
| **women** 42:22 | 420:23 422:6 | 63:8 480:2 | 285:4 319:22 | 306:21,21,24 |
| 45:15 56:24,24 | 422:15 423:3,7 | **working** 12:23 | **wrongful** 10:2 | 308:10 314:21 |
| 159:6,17 161:8 | 423:15 426:5 | 43:9 45:24 | **wrote** 98:11,18 | 325:1 332:11 |
| 161:12,15 | 428:15 429:1 | 46:1 49:6 50:1 | 100:2,19 | 362:14 401:19 |
| 163:23 164:2,8 | 433:8,9 434:13 | 50:6 51:16 | 171:22 172:11 | 478:6,21 |
| 164:21 170:19 | 434:14 435:16 | 52:7 53:10 | 228:3 236:12 | 479:12 |
| 196:7 197:7,24 | 435:18 437:3 | 159:2 169:15 | 351:3 354:16 | **years** 10:2 20:23 |
| 200:22 202:7 | 440:2 441:10 | 227:9 352:14 | 469:23 | 45:4 48:2 55:1 |
| 202:22 203:16 | 445:2 473:17 | 354:6 364:20 | **Wu** 8:13 234:17 | 55:11 59:22 |
| 203:23 209:3 | 474:16 | 376:18 386:7 | 235:9 238:12 | 60:1,2 62:22 |
| 209:11 227:11 | **women's** 55:10 | 426:1 428:20 | 238:15,21 | 63:10,11 64:7 |
| 234:20 235:1 | 63:9,13,18,24 | 429:8 430:15 | 239:16 292:3,7 | 108:16 148:23 |
| 238:8 254:23 | 236:23 237:1 | 430:18 455:12 | 292:13,23 | 170:23 186:10 |
| 256:9,13 | 257:8 265:24 | 464:10 478:23 | 293:19,22 | 190:18 199:7 |
| 259:21,24 | 321:9,12 324:2 | 479:6 | 294:2,17,21 | 228:10 280:5 |
| 292:10,15,24 | 324:13,18 | **works** 97:13 | 295:1 296:4 | 283:2,6 316:14 |
| 293:20 294:22 | 353:5,13 | 166:13 169:12 | 297:7 312:9,13 | 317:12 318:18 |
| 295:24 296:11 | 364:21 365:3 | **workshop** 385:7 | 329:20,21 | 322:3 324:5,20 |
| 296:23 297:1,8 | 366:1 438:18 | **work-product** | 330:1 | 324:23 325:2,2 |
| 297:10,18,21 | **word** 61:9 71:2 | 84:7 | **Wu's** 239:12 | 325:3,18,19 |
| 297:22 298:1 | 464:2 | **world** 341:10 | | 326:6,18 |
| 298:18 301:13 | **wording** 156:18 | 379:21 | **X** | 330:10,21 |
| 301:17 302:1 | **words** 99:24 | **worrisome** | **XRD** 115:9,15 | 331:1,3,9,21 |
| 302:23 303:2,5 | 102:15 455:16 | 181:20,23 | 451:20 | 366:1 379:11 |
| 304:3 315:17 | **work** 10:4 30:13 | **worry** 58:1 | | 399:5 439:22 |
| 316:18,19,19 | 39:21 41:22 | **wouldn't** 160:15 | **Y** | 477:19 480:15 |
| 316:20,22 | 43:1,3 44:24 | 237:2,3 244:12 | **yeah** 37:6 44:17 | **York** 3:4,4 |
| 317:11,17,20 | 49:23 50:4,4 | 329:19,24 | 44:21 50:15 | **young** 315:16 |
| 318:23 319:4 | 50:10,13,20 | 375:2 387:6 | 68:15 113:6,10 | 316:1,23 |
| 320:21 321:3,4 | 61:16,19 73:10 | 390:14 460:22 | 143:22 179:16 | 318:13,17 |
| 321:5,14,16 | 99:5 121:24 | **write** 64:8 98:5 | 225:15 230:18 | 320:20 |
| 322:8,9,23 | 122:1,7 166:4 | 100:10 142:24 | 238:17,18 | |
| 323:9,19 | 166:21,22 | 353:4,12 | 239:14 242:18 | **Z** |
| 325:15 342:21 | 167:11,18 | 354:11 360:1 | 263:2 269:23 | **zero** 325:3 |
| 343:1,5 345:7 | 207:11 220:15 | 361:24 362:8 | 273:18 275:12 | |
| 348:4 352:17 | 220:20 272:13 | 385:23 | 319:9,24 | **$** |

Judith K. Wolf, M.D.

**$600** 38:5 358:9

**0**

**0.005** 307:2
**07962** 3:17
**08542-3792** 2:20

**1**

**1** 6:4 7:14 11:12
  11:15 38:21
  39:17 67:20
  68:3 283:16
  330:9,22 332:1
  369:10,15,16
  369:22
**1st** 49:21 51:4
  479:7,9
**1.2** 287:24 369:1
  371:18,19
**1.25** 259:6 262:1
  262:8
**1.3** 368:10,21
  369:1,14 370:5
  370:21 371:13
  371:20
**1.4** 368:10,21
  369:1 370:5,21
  371:13
**1.5** 347:9
**1.6** 287:24
**1:41** 213:14,16
**10** 6:19 156:22
  157:1,17,19
  158:2 193:16
  224:4 340:17
  369:1 424:2
  425:19 427:3,5
  427:11 428:6
  429:20 431:2
  473:8
**10:21** 89:18,19
**10:33** 89:20,22
**100** 6:16 85:16
  320:6,8
**10153-0119** 3:4
**11** 6:4 7:4

198:16,21
  224:4 330:18
**11th** 351:2,8
**11:18** 139:7,8
**11:27** 139:9,12
**1100** 3:21
**12** 6:7 7:7 69:12
  71:21 79:11
  213:17,21
  316:8 332:11
  380:13 384:3,4
  394:17 449:19
**12:44** 213:12,13
**12:45** 210:9
**128** 6:17 296:2,7
  296:8,12
**13** 7:11 72:11
  74:10,18 77:8
  78:4 79:3
  80:10 224:15
  225:6,11,17
  319:13 424:3,8
  424:10 449:20
  454:22
**14** 7:14 232:20
  233:1 238:21
  239:22 275:1
  275:14,17
**1413** 306:18
**1414** 239:2,6,9
  303:20
**1416** 310:19,20
**1490** 2:14
**15** 7:16 81:4
  186:9 224:14
  225:9,10
  238:22 302:10
  326:6,18
  334:14 367:20
**1510** 3:12
**157** 6:19
**16** 7:21 36:3
  95:6 101:5
  245:1,2 450:6
**16th** 93:11 94:21
  96:17

**16-2738** 1:4
**17** 2:19 8:4
  221:17 247:15
  247:16
**1700** 295:24
  296:4,11
**18** 8:7 70:12
  272:2,6 275:16
  449:12,20
  450:7,7
**19** 2:9 8:10
  53:23,23
  294:11,13,17
  302:8
**19103-6996** 3:8
**1970s** 120:4,12
  121:11,21
  123:14,23
  124:3,11
  126:21 127:18
  130:11
**1971** 215:22
**1975** 120:8
**1976** 143:2,5
  144:22 145:6
  145:19 146:5
  146:24 147:20
  148:10 321:6
**198** 7:4
**1982** 321:7
  323:1
**1989** 320:23
**1990s** 134:14,17
**1991** 141:19
  142:3,8
**1992** 17:16
**1994** 385:7
**1995** 17:17
  481:15
**1996** 17:19
  213:22

**2**

**2** 5:3 6:7 12:7,8
  12:16 13:19
  33:2,8 34:8

35:1 105:17
  139:11 303:20
  308:20 375:13
  375:16,19
  448:11
**2B** 284:18
**2.5** 347:10
**2:21** 252:21,22
**2:26** 252:23
  253:2
**20** 8:14 74:12
  76:16 78:3
  81:4 97:21
  199:7 316:14
  317:1,12
  318:17 324:5
  324:19,19,23
  325:3,18 326:6
  326:18 331:5
  350:19,20
  352:21 354:9
  357:10 371:7
  375:14,16,19
  380:7,14,15
  414:3,10,11,20
  446:5 462:2
  486:16
**20-some-odd**
  74:9
**20-60** 371:4
**200,000** 256:9
  256:15,18
  259:20,23
  371:14
**2000** 3:8 451:1,5
**2000s** 451:1
**20004-1454** 4:4
**2003** 451:2,3
**2005** 67:1
**2006** 31:11
  455:2 469:23
  470:10
**2007** 207:4,24
  281:23 282:9
  282:14 287:13
  287:17 469:23

**2008** 281:23
**2009** 127:21
  128:1 129:20
**2009-2010**
  128:23 471:3
**201** 2:19
**2010** 127:21
  128:1 129:20
  187:23 222:20
  224:6,24 228:3
  245:10,22
  246:9 319:23
  320:7 430:14
  454:21 455:13
  455:16 469:20
  470:4
**2012** 425:20
  428:5 430:16
  431:5,15,20
  457:10
**2013** 451:3
**2014** 7:14 48:5
  228:22 229:11
  232:2 234:1
  237:2 303:7
  304:2,17,18
  307:9 308:2,6
  308:23 309:23
  310:1,9,13
  311:5,15,24
  313:19,20
  314:9 329:12
  329:18 444:22
  451:5
**2015** 44:8 45:23
  46:1 67:7
  235:9 351:3,8
  352:3,8 354:17
  356:12 357:1
**2016** 53:6
  197:20 198:12
  198:16 200:8
  207:12,18
  235:9,9 239:17
  240:8,9 278:11
  280:8 329:22

451:4,15
**2017** 37:3 38:5
41:22 44:7
49:19 52:22
53:16 236:6
**2018** 36:4 49:21
51:1,4,15
53:17,20 93:11
94:21 95:6
96:18 235:2
278:13 279:14
280:9 479:10
479:14
**2019** 1:9 5:2 6:2
7:2 8:2 9:4
12:12 53:22
485:19
**202** 4:4
**21** 8:17 273:11
274:9 275:1,11
275:14,15
353:20,24
354:15 357:10
446:5 462:2
**21st** 279:13
**212** 3:4
**213** 7:7
**215** 3:9
**216** 3:22
**218** 2:4
**22** 8:19 427:22
428:3
**224** 7:11
**23** 215:11,14
216:22 217:3
**233** 7:14
**238** 7:16
**24** 60:2 62:22
63:10 64:7
214:21 215:3,8
216:17
**245** 7:21
**247** 8:4
**25** 315:18 319:5
320:22 321:15
322:9,11

323:10,19
**256** 157:5
158:24 425:17
425:24 428:12
**26** 6:14,16
**267-0058** 3:18
**269-2343** 2:5
**272** 8:7
**2738** 1:7
**274** 426:12
**277** 455:10
**28** 113:14 114:2
114:7,10,21
120:20,24
132:8,11
138:10 139:22
140:2,5,21
374:6
**28-page** 70:21
71:1
**280** 426:10,11
426:20 428:4
429:5,12,17
**294** 8:10

─────────
**3**
─────────
**3** 6:8 31:8,12
33:3 240:2
253:1 270:12
273:11
**3:24** 315:7,8
**3:40** 315:9,11
**30** 59:22 97:21
199:7 228:10
309:15 318:17
321:6 366:1
371:5
**30s** 21:21
**30-year** 317:2
**30-50** 290:22
**305** 319:13,20
320:5
**31** 6:8
**310-8468** 3:4
**33** 225:1,21
226:8

**334** 2:5
**338-1100** 2:15
**339** 198:14
200:20
**34** 308:23
309:17,21
**34.4** 309:11,17
309:23
**35** 6:11 330:10
331:2,5
**350** 3:17 8:14
**353** 8:17
**36** 6:12 308:24
321:7,21
322:24
**36.5** 310:9
**36104** 2:5
**388** 5:8
**391-0197** 3:13

─────────
**4**
─────────
**4** 6:11 8:15
35:12,13,19
36:5 351:1
378:8 383:2,7
383:8 391:5
394:11,17
399:9
**4th** 1:15 35:22
52:22 53:20
**4:40** 378:4,5
**4:52** 378:6,9
**40** 325:18
347:12 371:5
**40s** 316:20
**41** 379:3 450:2,8
459:6,14 460:5
460:8,16,20
**411** 226:13
**42** 253:8,10
309:15 379:3
450:3 459:6,14
460:6,9,20
**427** 8:19
**429** 259:2
**43** 450:3

**44** 450:3
**44113-7213** 3:22
**446** 5:9
**45** 450:3,8
**46** 245:7 262:19
262:22
**461** 5:10
**463-2400** 4:4
**47** 373:13,14
415:10,15
416:24 418:23
420:12,14
**470** 5:11
**482** 5:12,13
**485** 5:15
**486** 5:16
**487** 5:17
**488** 5:18

─────────
**5**
─────────
**5** 6:12 17:13
25:16 36:18
38:3,10,13,21
39:17 40:4
41:20 383:2,7
383:8
**5th** 12:12
**5-milligram**
333:1
**5:02** 388:10,11
**5:06** 388:12,14
**5:51** 444:2,3
**5:52** 444:4,6
**5:54** 445:18,19
**50** 48:4,7
**50s** 316:20
**500** 1:14
**501** 2:14
**51.5** 310:13
**512** 3:13
**52** 6:13
**55** 321:6
**55-year-old**
318:9

─────────
**6**
─────────

**6** 6:13 52:21,23
53:15,20 258:2
258:4 290:21
**6:16** 445:20,22
**6:36** 461:17,18
**6:44** 461:19,21
**60** 52:4 111:14
111:18,23
121:6 124:22
125:4,6,9,20
126:2,6,11
131:7,10 371:8
371:10
**60s** 438:8
**600** 358:22
**609** 2:20
**61** 321:7,21
322:24
**619** 2:15
**66** 6:14
**696-3675** 3:22

─────────
**7**
─────────
**7** 1:9 5:2 6:2,14
7:2 8:2 66:12
66:13,19 96:17
97:5,17 98:6,7
98:14 274:9
**7th** 9:4
**7:03** 484:5,7
**70s** 378:24 438:9
**71** 216:8
**720-1288** 2:10
**7200** 332:3,4
**767** 3:3
**78701** 3:13

─────────
**8**
─────────
**8** 6:16 99:14
100:19,21,22
102:12 255:15
260:5 261:13
331:5 371:3
485:19
**80** 315:17 319:3
320:21 321:15

Judith K. Wolf, M.D.

Page 549

322:8
**816** 3:12
**83** 358:6,22

---

**9**

**9** 5:4,7 6:17
  112:13 128:15
  128:19 129:5,5
  129:7,10,15
  447:20 448:11
  470:22,24
  471:1,18
**9:08** 1:16 9:5
**90s** 16:14 378:24
**90-plus** 411:18
**91** 374:7
**92101** 2:15
**92660** 2:10
**93** 7:12 454:21
**943** 259:3
**949** 2:10
**950** 3:21
**96** 216:12
**973** 3:18
**975** 4:3
**986-1104** 2:20
**988-2706** 3:9
**99** 259:8

Exhibit 15

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON (LHG) TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> *THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (FLW) |

**RULE 26 EXPERT REPORT OF**
**SARAH E. KANE, MD**

Date:   November 15, 2018

_____
Sarah E. Kane, MD

I.        BACKGROUND:

I am certified by the American Board of Pathology in Anatomic Pathology, Clinical Pathology and Cytopathology. I received my medical degree from The Ohio State University College of Medicine in Columbus, Ohio. I completed my residency in Anatomic and Clinical Pathology at Massachusetts General Hospital, a Harvard Medical School teaching hospital in Boston, Massachusetts. Following my residency, I completed a two-year gynecologic and cytology fellowship as the Robert E. Scully Fellow in Pathology at Massachusetts General Hospital, named after Dr. Robert Scully, who was a giant in the field of gynecologic pathology. This fellowship was focused on gynecologic pathology, perinatal pathology, and cytopathology. I studied the causes and mechanisms of disease as part of my training, and studied gynecologic cancer and disease in depth during my fellowship training. To this day, I routinely follow the gynecologic pathology literature as part of my regular practice.

I am currently a full partner in a private practice group, Commonwealth Pathology Partners PC. I have staff privileges at Massachusetts General Hospital, North Shore Medical Center (consisting of Salem Hospital in Salem, MA and Union Hospital in Lynn, MA) and Newton-Wellesley Hospital. I was hired by Commonwealth Pathology Partners PC to be the group's gynecologic pathology expert. Although all of the anatomic pathologists in our group practice general anatomic pathology, our group employs fellowship-trained pathologists in many subspecialty areas of pathology. This means that I see the majority of gynecologic surgical pathology specimens from my hospital sites, and if another pathologist needs an opinion on a gynecologic case, I will review it. I also presently serve as the autopsy director at North Shore Medical Center. I regularly attend and participate in numerous multidisciplinary conferences at Massachusetts General Hospital at the Cancer Center site in Danvers, MA.

Before entering private practice, I was a staff pathologist and Instructor of Pathology at Beth Israel Deaconess Medical Center (BIDMC), another Harvard Medical School teaching hospital. During my time at BIDMC, I performed specialty sign-out in gynecologic pathology, perinatal pathology and cytology. I was also served as the Associate Director of the Cytopathology Fellowship Program at BIDMC, served on numerous pathology department committees, and taught several courses at Harvard Medical School before I was recruited for my current position. My curriculum vitae is attached as Exhibit A. It further details these positions and the remainder of my work experience in this field. Exhibit B details the references cited in this report, as well as other materials and data I considered.

I have been asked to provide an expert report regarding my opinions on the question of general causality in the case of talcum powder product use and ovarian cancer. All of my opinions stated below are held to a reasonable degree of medical and scientific certainty. I reserve the right to modify or change my opinion based on further documents or information that may be provided to me in the future.

A pathologist is a physician who has completed medical school and a post-graduate residency in pathology (either clinical pathology, anatomic pathology, or both).Like me, many pathologists go on to complete fellowships following their education and residency.

Pathology is the study of disease; pathologists spend much of their time both in training and in daily practice studying the causes and presentations of disease. The years of medical training are of critical importance in daily practice; pathologists must make clinical assessments, based in part on medical and epidemiologic knowledge, about identification of causes, risk factors, clinical sequelae, morphologic, and genetic features of disease.

In order to produce accurate diagnoses, pathologists must be knowledgeable about the medical, scientific, and epidemiologic evidence base. A knowledge of advancements in technologies applied to tissue samples must be continuously maintained. This involves not only maintaining current knowledge of the pathology literature, but also of the literature in various other fields such as oncology and other fields relevant to our practice.

One of the tools used in the process of identifying talc particles in tissue is polarized light microscopy. Anatomic pathologists routinely use polarized light microscopy in clinical practice. As an example, one might use polarized light microscopy to find foreign material and explain an inflammatory reaction. The most common application in my practice is for identifying calcium oxalate crystals in breast biopsies done for radiologically identified calcifications. I estimate I use polarized light microscopy for this purpose about twice a month.

In anatomic pathology, the pathologist not only needs to be aware of the numerous possible diagnoses, but also of the causes of diseases one may encounter in any given organ system. Coming to a diagnosis requires knowledge of the medical, scientific, and epidemiologic literature. Pathologists must be proficient in the current literature that informs and supports their conclusions.

Ultimately, a pathologist's diagnosis must make biological sense and must be supported by the weight of the available medical and scientific information. Not only must a particular case match the morphological characteristics of the diagnosis being made, but it must fit the clinical presentation, the patient history, and it must be consistent with what is known about the disease, including what is known about disease causation. These are the same medical and scientific information resources that I rely on for my opinions in this report.

Thus, the work that I've done in this report is similar to what I do in my daily practice. My clinical practice requires ongoing familiarity with the same medical evidence that I have considered here.

Ovarian cancer has an incidence rate of 11.8 per 100,000, and thus is relatively rare (Torre 2018). At my current private practice, I am the primary pathologist on approximately 6,000 cases annually. This includes both surgical pathology and cytopathology cases. I would be diagnosing, ruling out, or looking for ovarian cancer or metastatic ovarian cancer (among other diseases), in approximately 2000 cases a year as a rough estimate. Of those, I estimate that I diagnose about 30 cases per year as ovarian tumors. Academic teaching hospitals generally tend to have a higher volume of ovarian tumor cases due to their large referral bases. While I was a staff pathologist at Beth Israel Deaconess Medical Center, the pathology department implemented a subspecialty sign-out schedule in 2010. In my last two years there,

I signed out predominantly gynecologic surgical pathology in addition to cytopathology (in prior years the department had a general surgical pathology schedule, which meant all types of cases went to each anatomic pathologist regardless of subspecialty fellowship training). During that time, I estimate I signed out about 500 ovarian tumor cases per year. Similarly, while I was a fellow at Massachusetts General Hospital from 2005-2007, I independently signed out gynecologic surgical pathology and estimate I signed out approximately 500 ovarian tumor cases per year. As a resident in anatomic pathology at Massachusetts General Hospital, I was exposed to hundreds of ovarian tumor cases both during my clinical case work and didactic sessions.

Of note, during my time at Massachusetts General Hospital, both Drs. Robert Scully and Debra Bell were still working in the Department of Pathology. Dr. Scully was a co-author on Dr. Cramer's first paper on talc and ovarian cancer in 1982, and Dr. Bell was a co-author on Drs. Harlow and Cramer's 1992 paper on talc and ovarian cancer. Dr. Bell's tenure as Cytopathology Director also overlapped with my time there. This meant that I spent significant time with Dr. Bell during my residency and fellowship. I was the primary author of a paper on ovarian serous borderline tumors in 2006, with Dr. Bell serving as a co-author. Dr. Scully, known as a giant in gynecologic pathology, was semi-retired by the time I started my pathology residency in 2001. However, he was at the hospital nearly every day and all of the gynecologic pathologists would still show him cases on a consult basis. Dr. Robert Young, the director of my fellowship program, was a Scully protege and continued his consulting practice. It is because of my training at Massachusetts General Hospital and my interactions with both Drs. Scully and Bell that I first became aware of their work on talc and ovarian cancer. Since then, I have maintained a professional interest in and have continued to monitor developments in the science regarding talcum powder exposure and ovarian cancer, and it has been the subject of professional discussions pre-dating this litigation.

My billing rate is $500 per hour. I have previously testified in one matter, a deposition for the case of Julie Lagadimas, as Personal Rep. of the Estate of Dawn M. O'Toole v. R.J. Reynolds Tobacco Co., et al; Norfolk Super. Ct. Case No. 1582-CV-01474.

## II.    GENERAL CAUSATION OPINIONS:

Based on assessing and weighing the totality of the evidence, and following the methodology set forth below, I hold the following opinions to a reasonable degree of scientific and medical certainty:

1. Talcum powder products and their constituent minerals can reach the ovaries through migration up the genital tract from the perineum to the fallopian tubes and ovaries. There is also evidence that these products can be transported through the lymphatic system (Cramer 2007). Another biologically plausible pathway is inhalation leading to lymphatic transport to the ovaries (Suzuki 1991, Marchiori 2010, Frank 2011).

2. Once reaching the ovaries, talcum powder products can cause chronic inflammation, can increase oxidative stress, and can reduce immune response. These are biologically plausible and likely mechanisms for ovarian cancer development and progression.

3. There are chemical similarities between asbestos and talc and there are striking pathological similarities between invasive serous ovarian cancer and mesothelioma.

4. There is evidence that talcum powder products manufactured by Johnson & Johnson (Johnson's Baby Powder and Shower to Shower) have contained and continue to contain asbestos, talc containing asbestiform fibers (fibrous talc), and heavy metals such as cobalt, nickel, and chromium. Other than cobalt, which has been identified as a "possible" carcinogen by the International Agency for Research on Cancer (IARC), all of these constituents have been identified as known carcinogens by IARC (IARC 1987, IARC 2012).

5. For purposes of my opinions, I have reviewed and relied upon Dr. Crowley's report regarding the fragrance chemical constituents in Johnson & Johnson talcum powder products (Crowley Report), as well as testing reports and analysis which include, Dr. Blount (Blount Report), Dr. Longo and Dr. Mark Rigler (Longo et al. Report), as well as the corporate testimonies of John Hopkins and Julie Pier. The presence of these constituents as part of talcum powder products provides additional evidence of biological plausibility for causation regarding talc and ovarian cancer.

My opinions and conclusions are supported by epidemiologic studies showing an increased risk of ovarian cancer in women who used talcum powder products for perineal dusting, animal and in vitro studies, cellular biology studies, and pathological evidence which provides a highly biologically plausible mechanism for talc's carcinogenicity. Based on the totality of evidence, it is my opinion to a reasonable degree of scientific and medical certainty, that perineal exposure to talcum powder products can cause epithelial ovarian cancer.

III.     METHODOLOGY FOR ASSESSING CAUSATION AND PRINCIPLES OF CAUSAL INFERENCE:

For this report, I followed the same methodology that I use in my clinical practice and research, a method that is generally accepted in the medical community. I used the same standards for evaluating and interpreting medical and scientific evidence, and I followed generally accepted standards in science and medicine for assessing causation, including consideration of the Bradford Hill viewpoints.

My causal assessment in this case is based on my background, training, education and experience as a physician and pathologist in interpreting, comparing, and weighing the totality of the available biologic, pathologic and epidemiologic evidence. I considered this evidence in the context of the Bradford Hill causation assessment viewpoints to reach an opinion regarding whether talcum powder products[1] can cause epithelial ovarian cancer.

Bradford Hill's discussion of a causal relationship includes strength of association, consistency, coherence, specificity, temporality, biological plausibility, dose-response, experimental evidence, and analogy as different "viewpoints" of a causal relationship between

---

[1] In my report, the term "talc" is used to refer to talcum powder products.

an exposure and a disease. Consideration of Bradford Hill's approach to causation, which I discuss in more detail below, supports general causation of talcum powder product exposure and ovarian cancer. The Bradford Hill causation viewpoints are not a checklist of requirements, and it does not call for a mechanical application of his 9 considerations for assessing a causal relationship; rather, it is properly understood as providing a framework for an assessment of the totality of the evidence leading to a judgment about causation. As Bradford Hill himself put it, "What I do not believe…is that we can usefully lay down some hard-and-fast rule of evidence that must be obeyed….None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as the *sine qua non*." I agree with that statement.

My methodology began with a systematic review of the medical literature to ascertain the relevant body of scientific evidence that I would consider. This included consideration of a large number of peer-reviewed publications reporting the results of human epidemiological studies investigating the association between talc exposure and ovarian cancer. I also considered and weighed other lines of evidence pertaining to explaining relevant, plausible, and likely mechanisms for how talcum powder product exposure causes ovarian cancer. This included carcinogenicity studies and data regarding talc and its constituents. Counsel for plaintiffs also provided me with medical literature to review, most of which overlapped with materials that I found independently through my own medical literature searches.

Relevance is not simply a yes/no proposition; it is a variable that ranges from not relevant to directly relevant, and there is a range between these extremes. Only a careful review of the evidence leads to an assessment of the degree of relevance. Much of science involves extrapolation and generalization from one study to the general population. The assessment of relevance is based on the extent that the study results are pertinent to the issue under consideration.

Human data is generally more relevant than animal data when assessing causation in humans. However, animal studies on exposure and disease are performed to advance our understanding of the human response to the same dose-adjusted exposure, and thus animal data is often relevant and important in that it can provide important information that forms part of the total evidence assessment. For example, if an exposure to talc in a rat causes inflammation, that could be relevant to assessing the effect in humans.

All observational studies have limitations, requiring careful interpretation. Reliability determinations focus on the degree of confidence in a study's internal validity. Reliability, like relevance, is not a yes/no proposition. For human epidemiologic observational studies, reliability assessments entail consideration of alternative explanations, including the role of chance and the likelihood that the results are affected by bias or confounding. Factors to be considered include: (1) Do we have reliable and appropriate measures of exposure; (2) do we have reliable assessments of disease; (3) do we have comparable groups for comparison; (4) have the investigators adjusted for potential confounding; (5) are the study results likely the result of a systematic bias; and, (6) does the study have enough exposures and sufficient power to detect an association if it exists?

I also consider the type of study design and whether it is suited to the question being researched. There is a general hierarchy of evidence, which I also consider, but study type and its position in the hierarchy will only have value if the study is otherwise relevant and reliable. For example, a randomized clinical trial may be the "gold standard," but one must still look at whether the study does in fact provide a relevant and reliable result for the issue of interest (here, whether talcum powder products are capable of causing ovarian cancer).

In weighing the evidence other important considerations include: How does the study define, ascertain, and measure talc exposure? What type of study was it? Other considerations include: Has the study been or can it be replicated? Is the study result consistent with other studies? Has the study been published and has it been peer reviewed? Has the study been conducted on a relevant population? How does the study adjust for potential confounders and how does the study minimize or account for bias? Is there a potential for misclassification of exposure or disease based on the circumstances under which the data was gathered or analyzed? What is the potential that study results could be due to chance, bias, or confounding? Is there a statistical analysis, with a reported error rate? Were the results statistically significant, and, if not, are the results still important when considered with all other evidence from the perspective of overall consistency? What is the size of the study population? Is the study large enough to detect an association if it exists? Do the results make biologic sense? This is a list of examples of considerations for weighing the evidence, and is not intended to be comprehensive.

In weighing the evidence, I also consider the reported "P values" and confidence intervals (the result of statistical calculations), along with the reported relative risks and odds ratios, and other details about each study as explained above and below. The concept of "statistical significance" is often misunderstood. In assessing any statistical evidence pertaining to medical issues, medical and scientific researchers note whether certain findings are "statistically significant." However, findings that are not "statistically significant" are often statistically and clinically important and should be considered and weighed along with other available evidence in making causal assessments. The concept of statistical significance using arbitrary cutoffs has no relationship to the strength or direction of an estimated association, and may have very little relationship with the actual validity of a study's results. A "P value" of 0.05 or less is often considered statistically significant, whereas 0.06 is not.[2] I agree with the epidemiologists who consider this "cut-off" to be arbitrary, because, for example, the .01 difference between p = 0.05 and p. = 0.06 is essentially the difference between a 5% vs. 6% probability that the observed association is due to the role of chance. Even where a confidence interval includes "1," depending on the values of the lower and upper bounds of the confidence interval, the most likely interpretation of the study results may be that there is an association between an exposure and the increased risk of a disease.

---

[2] In epidemiologic studies, epidemiologists or statisticians calculate a P-value and/or 95% confidence interval ("CI") for each risk estimate. Essentially, the P-value and the CI assess the likelihood that the observed association is due to the play of chance. A 95% CI means that if the same experiment is repeated many times, 95% of the time, the true value of the risk estimate will fall between the upper and lower bound of the CI. The narrower the CI, the more precise and reliable the risk estimate is considered to be.

Bradford Hill stated that "[n]o formal tests of significance can answer those questions [of causation]. Such tests can, and should, remind us of the effects of the play of chance… Beyond that, they contribute nothing…" Therefore, in weighing the evidence, I note the P-value and/or the confidence interval reported with a study's results, and consider this to be an important piece of information for interpreting study results. I do not think it is appropriate to disregard results just because they do not meet an arbitrary statistical threshold, a view also held by the American Statistical Association (Wasserstein 2016).

All observational studies have limitations, and the potential for "bias" and confounding. The presence of some bias is not generally a basis for scientists to disregard a study. Instead, when interpreting a study, biases must be considered and assessed for the likelihood that they may obscure, diminish, or magnify a study result, so the direction and magnitude of any bias must also be considered where possible. Some biases will have the effect of obscuring or understating an association between exposure and disease. Typically, study investigators will include as part of their published paper reporting the study results, the important strengths and limitations (including their assessment of the role of bias, chance and confounding) in the study.

 In weighing the evidence, I also consider the likelihood that the study may understate or fail to detect an association that did exist (a Type II error, often due to lack of "power"); or the converse, that a study result may overstate an association or find an association that is not real (Type 1 error). In interpreting studies that do not report an association with an increased risk of ovarian cancer, one issue is whether the results provide reliable evidence of the absence of an association. The only way for data to provide statistical reassurance about the absence of an association is, in the absence of any important systematic error in the data, for the upper bound of a reasonable confidence interval (such as a 95% confidence interval) to be close to the null value.

When a study finds an association between exposure and disease, causation is one explanation, but it is not the only explanation. Other explanations must be considered and assessed. When an observational study results in a reported association between exposure and disease (i.e., relative risk or odds ratio greater than 1.0), and if alternative explanations (*i.e.,* the role of bias, confounding and chance) are considered and determined to be unlikely explanations, then causation remains a likely explanation, subject to consideration of the Hill viewpoints. In order to reach an opinion that an association is causal between talc exposure and ovarian cancer, I considered whether there are other potential explanations that better explain the relationship and which are consistent with the totality of the scientific evidence. This assessment is informed by considering how a specific study fits into the overall totality of the evidence.

My opinions on causation are informed by a review of the strengths and limitations of the epidemiology evidence along with a review of other lines of evidence, including animal data and evidence on biological plausibility, likely mechanism(s) and dose/response. Thus, as part of my methodology, I have considered whether there is an alternative explanation to causation, based on an assessment of the totality of evidence. For example, I have considered whether the findings of the human epidemiologic studies are best explained by chance,

confounding or bias, when viewed separately, and most importantly, when viewed as a whole, and in light of the several lines of experimental evidence discussed in this report.

Based on my review of the totality of evidence, which I have weighed based on the considerations described above, I conclude with a high degree of medical and scientific certainty that exposure to talcum powder products can cause ovarian cancer. Causation is the best explanation for assimilating, assessing and weighing the totality of evidence. In reaching this opinion, I found it compelling that the epidemiologic studies that captured talc exposure consistently found an association between exposure to talc applied in the perineal area and epithelial ovarian cancer. The studies also provide persuasive evidence of a dose response effect, one of the viewpoints of causality discussed by Bradford Hill. There also is persuasive evidence of plausible and likely causal mechanisms for how talc exposure leads to ovarian cancer.

The other explanations for an association (other than causation) are bias, chance and confounding, and "reverse causation."[3] While it may not possible when looking at a single study to determine whether a recall bias, or a selection bias, or a potential confounder is materially affecting the results, I find it helpful to consider how each study fits into the whole. Here, multiple studies have been conducted in different populations, by different investigators, using different methods, and using different study types, and yet there is general consistency in the results. The vast majority of studies and meta-analyses find an association with an increased risk of ovarian cancer. Under these circumstances, viewing the evidence as a whole, the likelihood that the consistent finding of an association can be explained by bias, or chance or confounding is highly unlikely, especially in light of the results of the other lines of evidence.

Finally, as part of my methodology of considering alternative explanations for the evidence, I made an effort to understand the opinions of both the plaintiff and defense experts as concerning the issue of talc and causation of ovarian cancer. In that regard I have reviewed some plaintiff and defense expert testimony and reports, which are identified on my reference list. I also cited to the extensive medical literature I considered in connection with my work on this report.

IV.     MECHANISM OF TALC'S CARCINOGENICITY

There is a plausible and likely biologic mechanism whereby talc causes inflammation which can lead to epithelial ovarian cancer. Chronic inflammation has been causally linked to a number of cancers. The evidence of the relationship between inflammation and cancer is based on many studies, including studies supporting the

---

[3] In epidemiology, reverse causation is when the exposure-disease process is reversed; In other words, the exposure causes the risk factor. Here, the question is whether exposure to talcum powder products causes ovarian cancer or whether ovarian cancer causes increased usage of talcum powder products?  I am not aware of any evidence to support a conclusion that reverse causation is a plausible explanation for the association between exposure to talcum powder products and ovarian cancer.  The principal presenting symptom is abdominal bloating, which does not appear to lead to more talc use.

conclusion that inflammation plays a role in increasing the risk of epithelial ovarian carcinoma. As stated by the National Cancer Institute, "Over time, chronic inflammation can cause DNA damage and lead to cancer. For example, people with chronic inflammatory bowel diseases…have an increased risk of colon cancer." The time interval between inflammatory response and presentation of cancer can be many years. Animal studies, particularly, may show granulomatous or other inflammatory reactions while not necessarily demonstrating neoplastic changes due to the time interval required for cancer to develop.

Studies have shown that pelvic inflammatory disease and endometriosis (known to cause an inflammatory reaction) increase the risk of ovarian cancer (Risch 1995, Brinton 1997, Ness 2000, Brinton 2004, Kobayashi 2007, Lin 2011, Zhou 2017). Genofre et al. (2007) showed that talc can induce inflammation. Ness (1999) reported that inflammation of ovarian epithelium is a risk factor for ovarian cancer.

Inflammation has been implicated in carcinogenesis in several ways. Inflammation increases cytokines (Ness 1999). Shukla (2009) showed that nonfibrous talc can induce an inflammatory response that alters expression of genes in cancer pathways such as COX-2, ATF3, IL-6, and IL-8 in mesothelial cells. Further, inflammation increases oxidative stress (Ness 1999); Buz'Zard (2007) revealed that talc can induce oxidative stress and create reactive oxygen species (ROS), which in turn can induce ovarian neoplastic transformation in human ovarian cells. See also Saed (2017).

V.        INFLAMMATION

Inflammation can produce toxic oxidants such as ROS that can be a source of mutagenesis to DNA. This damage to DNA by ROS is now accepted as a major cause of cancer, and has been demonstrated in ovarian cancer (Senthil 2004, Saed 2010, Saed 2017) as well as in breast and hepatocellular carcinoma (Waris 2006, Saed 2017). Talc exposure has been shown to cause a statistically significant increase in ROS in ovarian polymorphonuclear neutrophils (PMNs), resulting in a decrease in cell viability and neoplastic transformation of ovarian cells. The authors concluded that "talc increased proliferation, induced neoplastic transformation and increased ROS generation time-dependently in the ovarian cells." (Buz'Zard 2007)

Thus, it is accepted that inflammation causes oxidative stress. Oxidative stress leads to the formation of ROS and reactive nitrogen species (RNS). Oxidative stress is an important factor in the initiation and development of several cancers, including ovarian cancer (Senthil 2004, Saed 2010, Saed 2018). The production of oxidants and free radicals affects cellular mechanisms that control cell proliferation and apoptosis, which in turn play a role in the initiation and development of several cancers (Saed 2018). ROS and RNS can induce genetic mutations and DNA damage, thus causing oncogenic phenotypes. Additionally, oxidative stress affects transcription factors that modulate the expression of genes important to the development and metastasis of cancer cells (Saed 2018). Oxidative stress is also known to activate certain signaling pathways, which are critical for the initiation and maintenance of the oncogenic phenotype (Waris 2006). In fact, the major source of cellular ROS, the NAD(P)H

oxidase family of enzymes, has been linked to the survival and growth of tumor cells in pancreatic and lung cancers (Reuter 2010, Rojas 2016). Pro-oxidant enzymes such as myeloperoxidase (MPO), inducible nitric oxide synthase (iNOS), and NAD(P)H oxidase have been associated with initiation, progression, survival, and increased risk in cancers such as breast, ovarian, lung, prostate, bladder, colorectal, and melanoma (Lengyel 2010, Fletcher 2017, Saed 2017, Saed 2018). Angiogenesis is critical for the survival of solid tumors and is also regulated by ROS (Reuter 2010, Saed 2017). Thus, it is clear that alteration of oxidative balance can provide an environment for cancer cell survival (Saed 2018).

Gene point mutations resulting in single nucleotide polymorphisms (SNPs), or a variation in a single base pair in DNA, have been associated with oxidative DNA repair genes and redox genes with cancer susceptibility (Klaunig 2010). There is evidence that genetic polymorphisms in genes with anti-tumor activity are associated with cell cycle genes and play a role in ovarian cancer etiology (Goode 2009, Notaridou 2011). There are associations of specific SNPs in oxidant and anti-oxidant enzymes with increased risk and survival of ovarian cancer (Belotte 2015, Fletcher 2017).

Higher levels of oxidants have been described in epithelial ovarian cancer (Malone 2006, Saed 2010, Jiang 2011). Fletcher et al. published an abstract in the March 2018 Reproductive Sciences that showed talc can generate a pro-oxidant state in both normal ovarian epithelial and ovarian cancer cells. In this study, there was a marked increase in mRNA levels of the pro-oxidant enzymes iNOS and MPO in talc treated ovarian cancer cell lines and normal ovarian epithelial cells, as compared to controls within 24 hours. There was also a marked decrease in the mRNA levels of the anti-oxidant enzymes catalase (CAT), glutathione peroxidase (GPX), and superoxide dismutase 3 (SOD3), but a marked increase in glutathione reductase (GSR) and no change in glutathione S-transferase (GST) in the talc treated ovarian cancer cell line and in normal ovarian epithelial cells compared to controls within 24 hours (Fletcher 2018). In addition to tumorigenic cells generating high levels of ROS that activate signaling pathways which promote proliferation, it is known that tumorigenic cells maintain a high level of antioxidant activity to prevent buildup of ROS to levels that could induce tumor cell death (Schieber 2014, Saed 2017).

ROS and RNS are normally neutralized by enzymes such as SOD, CAT, GST, glutathione (GSH), thioredoxin coupled with thioredoxin reductase, glutaredoxin, glutathione peroxidase (GPX), and GSR (Lei 2016). Glutathione S-transferase is involved in detoxification of carcinogens by catalyzing their conjugation to GSH (Lei 2016). The GS-X-MRP1 efflux pump, which removes toxins from cells, is known to be stimulated by the GSH/GSSG complex and this process has been investigated as a mechanism for the development of tumor chemoresistance (Ishikawa 1993, Circu 2012).

Further, data demonstrates that talc exposure caused a statistically significant increase in ROS in ovarian polymorphonuclear neutrophils (PMNs), which resulted in a decrease in cell viability and neoplastic transformation of ovarian cells (Buz'Zard 2007).

Additionally, inflammation induces increased cellular proliferation, giving rise to potential DNA replication errors. This is one of the ways increased lifetime ovulations increase the risk of epithelial ovarian carcinomas. Studies have shown that ovulation results in an inflammatory response to disruption of the ovarian epithelium with the release of inflammatory mediators that initiate cellular transformation and growth (Richards 2002). Endometriosis causes an inflammatory reaction (including macrophage activation, cytokine release, and expression of growth factors) and is a risk factor for clear cell (Figure 4) and endometrioid (Figure 5) ovarian carcinomas (Risch 1995, Brinton 1997, Ness 2000, Brinton 2004, Kobayashi 2007, Edwards 2015). Studies have also shown that pelvic inflammatory disease (PID) is an ovarian cancer risk factor (Risch 1995, Brinton 1997, Ness 2000, Brinton 2004, Kobayashi 2007, Lin 2011, Zhou 2017). Several prospective studies suggest that elevated serum levels of inflammatory markers such as CRP, TNF-α and IL-6 are predictive of development of ovarian cancer (McSorley 2007, Lundin 2009, Clendenen 2011, Toriola 2011, Poole 2013, Trabert 2014, Gupta 2016).

There also are some studies showing a protective effect of anti-inflammatory drugs on the risk of developing carcinoma, although some studies have failed to show a protective effect (Wu 2009). An analysis of many randomized controlled studies did show a reduced risk of developing carcinoma with aspirin use (Rothwell 2012). A 2014 article specifically evaluating ovarian carcinoma analyzed pooled data from 12 population-based case-control studies and showed a reduction of ovarian cancer risk with frequent aspirin and high-dose non-steroidal anti-inflammatory (NSAID) use (Trabert 2014). This further supports the role of inflammation in carcinogenesis, as this effect cannot be explained by other etiologies (Baandrup 2013, Trabert 2014).

Talc is not an inert substance. It has been shown to cause inflammation. Studies have shown increases in markers of inflammation following talc exposure (Allaire 1989, Genofre 2007, Arellano-Orden 2013). Talc is used therapeutically for patients with recurrent pneumothorax and pleural effusions based upon its ability to induce inflammation and adhesions. Injecting talc into the pleural space causes an inflammatory and granulomatous reaction, causing fibrosis and scarring which prevents further pneumothorax development (Antonangelo 2006, Najmunnisa 2007). This is mediated through the release of cytokines and chemokines (Nasreen 1998, van den Heuvel 1998), and the production of basic fibroblast growth factor (bFGF) (Antony 2004). It is worth noting that asbestos fibers are also known to initiate an inflammatory and scarring process within the pleura and peritoneum, which can eventually lead to neoplastic transformation of the mesothelium. The time interval between the initial inflammatory response for asbestos and talc and the development of cancer can be many years. Remote exposure will not necessarily mean there will be evidence of current inflammation or foreign body reaction when tissues are examined.

There also is evidence that talc induces macrophage TNF-α expression (Cheng 2000). Macrophages that express TNF-α promote ovarian tumorigenesis (Hagemann 2006). TNF-α is involved in chronic inflammation and induces mutations in vitro (Yan 2006). TNF-α induced chromosomal mutations occur mostly in cells with p53 aberrations (Yan 2006). Of note, high grade serous carcinomas typically have inactivating mutations in p53. Both talc and TNF-α induce macrophage expression of IL-8 (Nasreen 1998, van den Heuvel 1998), which attracts

neutrophils that then release ROS. This in turn causes a feedback loop between ROS generation and increased TNF-α expression, causing increased DNA damage (Xie 2000). This is an important line of biological experimental evidence supporting my causation opinion. The strongest association of talc and ovarian cancer is with invasive serous carcinomas, which commonly have p53 mutations, and TNF-α induced chromosomal mutations occur mostly in cells with p53 aberrations. Talc has been shown to induce macrophage TNF-α expression, which has been shown to promote ovarian tumorigenesis.

VI.        ROLE OF IMMUNE SYSTEM IN CARCINOGENESIS

        Studies have evaluated the protective role of the immune system in carcinogenesis, and in particular anti-MUC1 antibodies (Cramer 2005). MUC1 is a high molecular weight transmembrane protein expressed in many normal organs in a highly-glycosylated form. In cancer, including ovarian carcinoma, MUC1 is expressed at high levels in a poorly-glycosylated form. Anti-MUC1 antibodies are produced when high levels of the poorly-glycosylated form of MUC1 present to the immune system. Anti-MUC1 antibodies have been found in some cancers (Ho 1993, Dong 1997, Feng 2002) and have been associated with improved prognoses (Kotera 1994). Chronic processes including endometriosis, ovulation and talc exposure affect expression of MUC1 (Cramer 2005, Vlad 2006, Terry 2007). Decreased anti-MUC1 antibody production caused by these processes plausibly leads to immune-tolerance of an early ovarian carcinoma. Cramer et al. published a paper in 2005 that showed factors which increase the levels of anti-MUC1 antibodies lower the risk of ovarian carcinoma (Cramer 2005). Factors that decrease anti-MUC1 antibodies, such as incessant ovulation, have been associated with an increased risk of ovarian carcinoma (Terry 2007). Prospective data from the Nurses' Health Study (NHS) showed that tubal ligation increases anti-MUC1 antibodies, potentially by the procedure triggering the production of anti-MUC1, thus indicating another way tubal ligation exerts its protective effect. The study also showed that increased numbers of ovulatory cycles decrease anti-MUC1 antibodies, providing an explanation for the increased risk of ovarian cancer with increased lifetime ovulations (Pinheiro 2010). These studies provide evidence that MUC1 antibodies serve a role in the mechanism of and immune response in ovarian carcinogenesis. Because talc use is associated with a decrease in MUC1 antibody expression, the above is relevant to assessing the risk of talc use and ovarian cancer and provides further evidence supporting causation.

VII.       COSMETIC TALC

        Cosmetic talc has been used for decades, applied directly or indirectly to the genital region because of its high absorbency and softness (Langseth 2008).

        Talc is a magnesium silicate hydroxide, characterized by water molecules in between silicate sheets. Asbestos is also a silicate mineral, but is somewhat morphologically distinct from talc and belongs to different silicate mineral groups. However, the chemical similarity of asbestos and talc led some researchers to postulate that both talc and asbestos could be causes of ovarian cancer (Graham 1967, Henderson 1971, Longo 1979). Early research into the possible link between talc and ovarian cancer was also instigated due to the fact that high

grade serous carcinoma, a type of invasive serous epithelial ovarian cancer (Figure 1), shown to be most commonly associated with perineal talc use, has striking morphologic similarities to mesothelioma (Figure 2), the tumor most associated with asbestos (Graham 1967). High grade ovarian serous carcinoma and mesothelioma express similar immunohistochemical markers, most notably cytokeratin pattern, WT-1 and calretinin. In fact, a great deal of surgical pathology literature deals with the nuances in differentiating peritoneal mesothelioma from high grade serous carcinoma. In the last few years, additional immunohistochemical panels have been developed that help distinguish between these two tumors (Laury 2010, Ordonez 2013), including PAX8, which is also expressed in fallopian tube epithelium. The morphologic and immunohistochemical similarities between asbestos and talc malignancies constitute another line of evidence supporting my opinion that talc exposure in the genital area causes ovarian cancer. Later in this report, I address the evidence that asbestos exposure can cause ovarian cancer.


VIII.    TALC MIGRATION, TRANSLOCATION, INHALATION, AND LYMPHATIC TRANSPORT

In order for cosmetic talc applied to the perineum to reach the ovary or fallopian tube and exert a neoplastic effect, it needs to travel up through the vagina and uterus. It is known that substances can travel proximally through the female genital tract to the fallopian tubes and ovaries (Egli 1961, Venter 1979). Several studies have demonstrated the presence of talc in ovarian tissue (Henderson 1971, Henderson 1979, Mostafa 1985, Heller 1996) and even in the pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc (Cramer 2007). This is evidence that talc can be transported through the lymphatic system. Thus, another biologically plausible pathway is inhalation leading to lymphatic transport to the ovaries (Suzuki 1991, Marchiori 2010, Frank 2011).

There is evidence that serous ovarian cancers are actually of fallopian tube origin (Piek 2003, Kindelberger 2007, Kurman 2010, Erickson 2013). When considering whether talcum powder can cause ovarian cancer, this consideration is not critical. Talcum powder particulates reach both the fallopian tubes and ovarian surfaces by migrating proximally.


IX.    TALC IN TISSUE

As mentioned above, several studies have demonstrated the presence of talc in ovarian tissue (Henderson 1971, Henderson 1979, Mostafa 1985, Heller 1996) and one study found talc in the pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc (Cramer 2007). In Cramer et al.'s 2007 paper, the methods used by Dr. John Godleski to identify talc particles in tissue are outlined (Cramer 2007).

Tissue was first analyzed using polarized light microscopy to identify birefringent particles within the tissue plane. Polarized light microscopy is used in routine practice in anatomic pathology. One of the most common uses in surgical pathology is for the identification of calcium oxalate calcifications in breast tissue. In some lesions of the breast,

ranging from benign to malignant, calcifications occur that can be a marker for disease and are discovered on breast mammography. After mammography reveals calcifications and the radiologist determines them to be suspicious for disease, the area with calcifications is biopsied. The biopsy sample is then X-rayed to confirm the presence of the calcifications, and then submitted to the pathology laboratory for histologic analysis and diagnosis. The pathologist correlates the calcifications seen under the microscope with those in the specimen X-ray to be sure the calcifications the radiologist identified are visualized in the tissue sample. Calcium oxalate is a certain type of calcification that is not easily seen on light microscopy. If there appears to be a discrepancy between the tissue under light microscopy and the specimen X-ray (lack of calcifications under light microscopy), the pathologist will use polarized light microscopy to help identify calcium oxalate crystals, which are birefringent. Similarly, Dr. Godleski used polarized light microscopy to identify birefringent material that could be further analyzed using SEM and EDX.

SEM was more commonly used in surgical pathology before immunohistochemical studies were routinely used and before the common availability of molecular testing. However, SEM is still routinely used as an important diagnostic tool in areas of pathology in which immunohistochemical studies and molecular testing are less helpful, such as medical renal pathology, neuromuscular disorders and rare tumors. SEM uses electrons for imaging, analogous to light microscopy using light. SEM allows for much greater magnification (>100,000X) than light microscopy.

EDX is a qualitative and quantitative chemical analysis used in conjunction with SEM. It detects X-rays emitted from the sample during electron scanning to determine the elemental composition of the particle being examined. EDX is widely used in many biomedical areas, as it provides precise information on the chemical composition of subcellular structures that can be correlated with their SEM images (Wyroba 2015).

In Cramer et al 2007, the authors analyzed four pelvic lymph nodes from a 68 year old woman with ovarian papillary serous carcinoma and a small component of clear cell carcinoma. She had been a daily talc user for 30 years, having applied it to underwear and sanitary napkins. The lymph nodes showed birefringent particles via polarized light microscopy and were then analyzed by SEM and EDX. This showed magnesium and silicate signatures consistent with talc (Cramer 2007). Of note, there are similar studies performed with asbestos fibers in tissue sections (Roggli 1983, 1986).

Additionally, studies have shown Raman microscopy can be used to identify talc spectra in routinely processed, but unstained, histologic pathology specimens. Raman microscopy uses laser light to elicit the chemical and microstructural characterization of materials (Campion 2018).

Although the presence of talc particles found in ovarian cancer tissue does not prove that the talc played a causal role, when considered with the other lines of evidence supporting causation discussed in this report, the presence of talc in ovarian cancer tissue is certainly consistent with causation and provides additional evidence in support of a causal relationship between talcum powder products and ovarian cancer.

X.       EPIDEMIOLOGICAL DATA REGARDING TALC USE AND OVARIAN CANCER:

As detailed below, there is consistent evidence from multiple observational studies, pooled analyses, and meta-analyses that exposure to talcum powder products is associated with an increased risk of ovarian cancer. When combined and considered with the biological evidence described above, this consistent epidemiologic data from multiple studies provides strong evidence that the association is, in fact causal.

Although occasional studies have not found talc powder applied to the perineum or contraceptive diaphragms[4] to be a significant risk for developing ovarian cancer, as detailed below, most have found an association, and the cumulative evidence from these studies, when considered with the other lines of evidence discussed above, provides strong and compelling evidence of a causal association.

XI.      CASE-CONTROL STUDIES

Henderson first observed talc particles embedded in both ovarian tumors and normal ovaries (Henderson 1971). The first epidemiologic study on genital talc use and the risk of ovarian cancer was a case-control study by Cramer et al. (Cramer 1982). In this study, 215 women with epithelial ovarian cancer and 215 age-matched controls were questioned about talc use on the perineum and/or on sanitary napkins; 42.8% of ovarian cancer patients reported regular use of talc (prior to developing ovarian cancer) compared to 28.4% of controls, with an odds ratio (OR) of 1.92 (95% confidence level (CI) 1.27-2.89). The greatest risk in this study occurred in women who had used talc powder both directly on their perineum and on sanitary napkins compared to women who had no history of talc powder use; the odds ratio was 3.28 (CI 1.68-6.42). Of note, Cramer et al. did not exclude women from the control group who had a history of hysterectomy or other "pelvic surgeries" if the patient had intact ovaries by self-report. This could potentially lead to an underestimate of the risk of talc and ovarian cancer, as the controls may have had other confounding factors. They did control for confounding factors such as age, parity, religion, education, age of menarche, oral contraceptive use, hormone replacement therapy and smoking history.

While case control studies may have limitations with selection bias, Cramer et al. state "Our sample of cases represents more than 50% of ovarian cancer cases diagnosed

---

[4] It is likely that studies based on talc with diaphragm use are generally limited to use by women for birth control purposes. This will not capture use before or after the women's use of diaphragms for contraceptive purposes, a potential of multiple years that will not be captured in the study. Even for the years when women are using diaphragms, it is likely they are not using diaphragms for birth control on a daily basis. Therefore, diaphragm studies are likely to be biased toward the null; i.e., likely to understate talc exposure, and for that reason are likely to fail to detect an association that actually exists or understate the magnitude of risk.

in Boston residents in the study period. Therefore, it is difficult to conceive of a plausible bias in the selection of cases that would yield this excess use of talc." (Cramer 1982)

In additional to the Cramer 1982 study, numerous other case-control studies addressing talc use and ovarian cancer have shown statistically significant odds ratios greater than 1, indicating talc use is associated with an increased ovarian cancer risk (Harlow 1989, Booth 1989, Harlow 1992, Chang 1997, Cook 1997, Green 1997, Godard 1998, Cramer 1999, Gertig 2000, Ness 2000, Mills 2004, Merritt 2008, Wu 2009, Moorman 2009, Rosenblatt 2011, Kurta 2012, Houghton 2014, Wu 2015, Schildkraut 2016, Cramer 2016).

In a 1983 letter to the editor in JAMA in response to the 1982 Cramer study, Hartge and Hoover state that they found an association between genital talc use and ovarian cancer with a RR of 2.5, but the sample size was small (7 cases to 3 controls), resulting in a wide confidence interval (0.7-10.0). They did not find an association between ovarian cancer and body talc use or talc use on diaphragms, but again the sample sizes were small (Hartge 1983). Similarly, a study published by Tzonou et al. in 1983 showed no association between perineal talc use and ovarian cancer (RR 1.05; CI 0.28 to 3.98) but the frequency of reporting talc use was low in the study population, thus the wide CI (Tzonou 1983).

Whittemore et al. published a case-control study in 1988 that showed a RR of perineal talc use and ovarian cancer of 1.40, with a p value of 0.06. They did not see an increased risk of ovarian cancer in women who used talc on sanitary napkins or diaphragms. They did see an increased risk of ovarian cancer in women who used perineal talc for 1 to 9 years compared to those who used it for a shorter period (RR 1.60, p=0.05, CI 1.00-2.7) but did not see an increase with perineal talc users greater than 10 years (RR 1.11, p=0.61, CI 0.74-1.65). A strength of this study is that participants were not only asked about their history of talc use, but also about their history of cigarette smoking, coffee and alcohol consumption, thus addressing recall bias. A possible limitation of this study is the fact that the control group was a combined group of two separate control groups: one hospital based from the hospitals where the cases were admitted, and one community based. It was not described for what conditions the hospital controls were admitted (Whittemore 1988).

In 1989 Booth et al. published a study that showed an increased risk of ovarian cancer in daily talc users (RR 1.3, CI 0.8-1.9) and weekly talc users (RR 2.0, CI 1.3-3.4) as opposed to monthly (RR 0.7, CI 0.3-1.8) and rare (RR 0.9, CI 0.3-2.4) users. There were limitations of this study, however; participants were limited to women younger than 65 who had been diagnosed within the two years prior to interview. The data was adjusted for age in 5 year stratas and socio-economic status, but socio-economic status was based upon husband's career if married and participant's career if never married. Strengths, however, included queries of hormone replacement therapy, type of contraceptive use, and duration of oral contraceptive use; this helps to address recall bias. Additionally, hospital-based controls admitted for gynecologic disease and breast cancer,

among other diseases, were excluded and hospital admission diagnoses were listed (Booth 1989).

Harlow's 1992 study included 235 women with epithelial ovarian cancer and compared them to 239 control women matched for age, race and residence. After adjusting for age, parity, weight, education, marital status, religion, use of sanitary napkins and douching, it was found that talc use increased the ovarian cancer risk by 50% (OR=1.5, CI 1.0-2.1). Harlow's 1992 study also involved a dose-response effect; duration and frequency of perineal talc use was calculated into lifetime talc applications. Lifetime application ORs, when compared to control women with no perineal talc exposure, were 1.3 for <1000 (CI 0.7-2.7), 1.5 for 1000-10,000 (CI 0.9-2.4) and 1.8 for >10,000 (CI 1.0-3.0) (Harlow 1992). A dose response effect is a consideration in assessing causation. Harlow, Terry (2013) and Wu (2015) studies provide clear evidence of a dose effect. Particular strengths of the Harlow study are the number of potential confounding factors adjusted for and the detailed history on type of use and duration of use. Women with body exposure (non-genital) were considered non-exposed. Additionally, in the Harlow study, women were also asked about dietary and smoking histories, which helps to address potential recall bias.

Rosenblatt et al. published a study in 1992 that showed an increased risk of ovarian cancer with talc use (OR 1.7, but a small sample size with CI 0.7-3.9) (Rosenblatt 1992). In the Rosenblatt study, participants were also asked about oral contraceptive use and hormone replacement therapy, which helps to address potential recall bias. Another study published in 1992 by Chen et al. evaluated the association between talc use and ovarian cancer in a Beijing population. They found a RR of 3.9 in women with a history of use greater than 3 months, but the sample size was small with a 95% CI of 0.9-10.63. They also included dusting powder to the lower abdomen as well as perineum (Chen 1992), which would likely understate the magnitude of the association.

A 1997 study published in the journal *Cancer* by Chang et al. analyzed 450 patients with either ovarian borderline tumors or invasive ovarian carcinomas and showed an increased risk of tumor in women with either direct perineal application of talc or talc use on sanitary napkins (OR=1.42 after adjusting for age, parity, tubal ligation, hysterectomy, duration of oral contraceptive use, length of breastfeeding after pregnancy, and family history of ovarian cancer CI 1.08-1.86). For invasive ovarian carcinomas, the adjusted OR was 1.51 (CI 1.13-2.01). For borderline tumors, the adjusted OR was 1.24 (CI 0.76-2.02) (Chang 1997). The authors found that a borderline-significant association between duration of talc exposure and risk (OR 1.09, 95% CI 0.98-1.21, per 10 years of exposure). No significant association was found between frequency of exposure and risk. In comparing invasive and borderline carcinomas, risk remained elevated for both carcinoma types. The study did not assess for non-genital talc use. A particular strength of this study is that the same questions regarding talc use were asked about cornstarch use; they found no significant risk of ovarian cancer with cornstarch use (OR 0.31, CI 0.06-1.66), although only 1% of the populations reported using cornstarch (Chang 1997). Still, this helps to reconcile potential confounding risk factors of ovarian cancer in people more likely to use perineal powder. The interviews with participants also included taking

histories on oral contraceptive use and hormone replacement therapy, which helps to address recall bias.

Cook et al. also published a study in 1997 that evaluated 313 women with epithelial ovarian tumors (both invasive and borderline) and 422 controls. Only white women were included. They found that there was an increased risk of ovarian cancer with direct perineal powder dusting of 60% (OR=1.6, CI 1.1-2.3) and 90% (OR=1.9, CI 1.1-3.1) for genital deodorant sprays sprayed directly onto the perineum. Lifetime number of talc applications provided evidence of dose-response: a statistically significant increased risk (OR=1.7, CI 1.0-2.9 for less than or equal to 500 applications, OR=2.6, CI 0.9-7.6 for greater than 500 applications). A strength of this study is that participants were asked about smoking and contraceptive use, which helps to address recall bias. A limitation of this data is that all types of powder were included, such as cornstarch, "baby powder," "deodorant powder," and "scented body/bath powder." However, the authors state, "No specific type of powder used for perineal dusting, diaphragm storage, or on sanitary napkins was strongly related to ovarian cancer risk, although there was a suggestion of an elevated risk associated with any use of talcum powder and bath/body powders (RR = 1.6, 95 percent Cl 0.9-2.8, and RR = 1.5, 95 percent Cl 0.9-2.4, respectively)." (Cook 1997)

In 1997, an Australian study performed by The Survey of Women's Health Study Group enrolled 824 women with epithelial ovarian tumors, both invasive and borderline, and 855 controls. They found that the risk of ovarian cancer was highest among women who were talc users and had not undergone surgical sterilization (RR=1.3, CI 1.1-1.7) after adjusting for age, parity, duration of oral contraceptive use, BMI, smoking, education and family history of ovarian cancer. The risk was lowest in women who had not applied talc to their perineum and had either a tubal ligation or hysterectomy (RR=0.6, CI 0.50-0.84) (Green 1997). Because tubal ligation limits transport of talc fibers to the ovary, this study, with a finding of a protective effect in women with tubal ligation, provides an important piece of additional evidence. Strengths of this study include high response rate (90% of cases and 73% of eligible controls) and the verification of past surgical procedures by contacting participants' surgeons. Additionally, participants were asked questions about other potential exposures such as smoking histories and pelvic inflammatory disease, which helps to address recall bias. Limitations include a lack of data on quantity of talc use.

In 1999, Wong et al. published a paper that did not show a consistent association with talc powder and ovarian cancer, evaluated by length of use as follows: talc use for 1-9 years (OR 0.9; 95% CI 0.6, 1.5), 10-19 years (OR 1.4; 95% CI 0.9, 2.2), or more than 20 years (OR 0.9; 95% CI 0.6, 1.2). This was after adjustment for age at diagnosis, parity, oral contraceptive use, smoking history, family history of epithelial ovarian cancer, age at menarche, menopausal status, income, education, geographic location, history of tubal ligation, and previous hysterectomy. However, this study would tend to understate the magnitude of an association with genital talc use because it included talc use on thighs as well as genitals. The study used hospital controls, which raises a question of whether the controls were comparable to the cases (Wong 1999).

As part of Cramer et al.'s 1999 study, 563 women with newly diagnosed epithelial ovarian cancer were compared to 523 controls, and showed that perineal talc users had a significantly increased odds ratio for epithelial ovarian cancer (OR=1.60, CI 1.18-2.15). The effect of talc use was even stronger for invasive serous carcinoma (OR=1.70, CI 1.22-2.39). This was after adjusting for age, parity, oral contraceptive use, body mass index and family history of breast or ovarian cancer. The higher risk for women with invasive serous carcinoma was replicated in other studies, and this is an important finding in these studies because of its specificity. In addressing potential recall bias, Cramer et al. state, "…recall bias seems more likely to affect exposures that have occurred over a short term than those that have occurred over a long term. Since average duration of talc use exceeded 20 years in both cases and controls in our current study, genital talc exposure may be less likely to be subject to recall bias… It also seems reasonable that selective recall would lead to cases reporting all types of talc exposure more frequently than controls, but our study found that cases did not report a significant excess of talc use in non-genital areas compared to controls. Finally, if recall accounted for the association, one would expect little variation in the odds ratios by histologic type of ovarian cancer…. Regarding potential bias from confounding, we found no evidence that genital talc exposure varied by key risk factors for ovarian cancer such as age, parity or [oral contraceptive] use and little variability of the association by these and other variables." (Cramer 1999)

Ness et al.'s 2000 study evaluated 767 women with ovarian epithelial borderline tumors and ovarian invasive cancer compared to 1367 controls. Consistent talc use, defined as at least once per month for six or more months, increased the ovarian cancer risk by 50% (OR=1.5, CI 1.1-2.0) when applied to the perineal area directly and increased the risk by 60% (OR=1.6, CI 1.1-2.3) when used on sanitary napkins. This is after adjusting for age, parity, tubal ligation, hysterectomy, duration of oral contraceptive use, breast feeding and family history of ovarian cancer (Ness 2000). One explanation of the increased risk of talc use on sanitary napkins is that sanitary napkins may keep a larger amount of talc closer to the vagina over the course of several hours, thus increasing the risk of entry to perineum, while talc directly applied to the perineum may more easily disperse, however, many studies have failed to show an increased risk in ovarian cancer in participants whose only exposure to talc was on sanitary napkins. The strengths of this study include addressing multiple confounding factors. No dose-response was found; weaknesses include that only duration information was available, and genital/rectal talc use durations reported were combined with duration of use on the feet. Additionally, women who used just once per month were categorized as a user. These weaknesses may cause an underestimation of risk, and may have accounted for the lack of dose-response found.

Mills et al. published a study in 2004 that evaluated the association between talc use and ovarian cancer among 256 cases of ovarian cancer as compared to 1122 controls. Women diagnosed with invasive epithelial ovarian cancer with a history of genital talc use had an increased risk of 51% (OR=1.51, CI 1.07-2.12). This increased risk increased to 77% (OR=1.77, CI 1.12-2.81) for women diagnosed with invasive serous carcinoma.

Dose-response effects were also found. Increasing frequency of use was associated with increasing risk; women who reported use 4–7 times per week had a 74% elevation in epithelial ovarian cancer risk (p for trend = 0.015). However, the risk decreased between the second and third categories of use (from "rarely to several times per month" and "1-3 times per week" at 1.34 (CI 0.87-2.08) to 1.16 (CI 0.74-1.81), respectively). Duration of use of talc was also associated with increased risk, although the risk peaked among those reporting 4–12 years of use and declined somewhat among those reporting longer duration of use (p for trend = 0.045). Cumulative use also demonstrated an uneven association with risk of epithelial ovarian cancer in that the point estimates peaked in the second and third quartiles of intensity but declined in the highest quartile of use. These findings were after adjusting for age, race/ethnicity, duration of oral contraceptive use and duration of breast feeding. Yet, there wasn't adjustment for first relative history of breast or ovarian cancer, pregnancy history, parity, BMI, hysterectomy, tubal ligation or hormone replacement therapy; according to the authors, the Hosmer-Lemshow goodness-of-fit tests revealed that after terms for duration of oral contraceptive use and duration of breast-feeding were added to the models, fit was not improved by the addition of these variables, nor were the estimated odds ratios altered by the addition of several of these variables (Mills 2004). However, the fact that participants were queried about other possible exposures such as hormone replacement therapy helps to address potential recall bias.

In Wu et al.'s 2009 study, women were found to be at increased risk of ovarian cancer if they had a history of prior perineal talc use, with the risk increasing significantly in those with long term (20+ years) and frequent (at least daily) use with a relative risk of 2.08 (CI 1.34-3.23), i.e., a dose effect. The authors did find an increased risk in women who used talc on sanitary napkins (RR 1.61, CI 0.93-2.78), underwear (RR 1.71, CI 0.99-2.97) and diaphragms/cervical caps (RR 1.14, CI 0.46-2.87). There was a stronger association between talc use and serous ovarian cancer; the relative risk with any talc use was 1.70 (CI 1.27-2.28). Strengths of this study include the adjustment for multiple possible confounding factors (age, race/ethnicity, education, age of menarche, parity, oral contraceptive use, family history of ovarian or breast cancer, menopausal status and tubal ligation). Another strength was that participants were queried about NSAID and endometriosis histories, helping to address potential recall bias. The authors mention in their discussion that the participation response was "modest," possibly leading to selection bias (Wu 2009).

Rosenblatt et al. published a study in 2011 that showed an overall increased risk of ovarian cancer in women who used talc after bathing (OR=1.27, CI 0.97-1.66) with a more pronounced risk in women diagnosed with mucinous borderline tumors (OR=1.78, CI 0.98–3.23) and serous borderline tumors (OR=1.47, CI 0.85-2.55) (serous borderline tumor illustrated in Figure 3). They did not see an increased risk by extent of use, defined as years in which powder was used, or as lifetime number of applications. There was no alteration in the risk of ovarian cancer associated with other types of powder exposure such as sanitary napkins or diaphragms. This study did not find an increased risk of invasive serous carcinoma (OR 1.01, CI 0.69-1.47). (Rosenblatt 2011) A strength of this

study is that participants were queried about other potential exposures (smoking, alcohol and endometriosis histories), which helps to address recall bias.

In 2012, Kurta et al. evaluated talc use and the risk of ovarian cancer, although their main focus of the study was the associated risk of ovarian cancer with fertility drug use. They found a OR of 1.40 (CI 1.16-1.69). Since talc was not the primary focus of this study, duration of use was not considered; participants were categorized as talc users if they had ever used talc versus never-users. Perineal talc use was only generally defined as dusting powder or deodorizing spray on the genital or rectal areas, sanitary napkins, underwear, or diaphragms or cervical caps (Kurta 2012). A strength of this study is that its main focus was on fertility drug use; participants were asked about exposures such as fertility treatments and hormone replacement therapy, which helps to address potential recall bias.

Wu et al. published a paper in 2015 that evaluated talc use and invasive ovarian cancer in white, Hispanic and African American women. They found that talc use was more common in African-American women (44.1%) than in non-Hispanic whites (30.4%) or Hispanics (28.9%) (p=0.001). The results showed ORs of 1.41 for white women (CI 1.21-1.67), 1.77 for Hispanic women (CI 1.20-2.62) and 1.56 for African American women, although the CI for African American women was 0.80-3.04. Overall, the OR was 1.46 (CI 1.27-1.69). However, the response rate and sample size for this study was somewhat small, and participants with less than one year of use were categorized as never users (Wu 2015).

In 2016, Schildkraut et al. published a paper as part of the African American Cancer Epidemiology Study (AACES), a case-control study of epithelial ovarian cancer in African American women. According to the authors, due to the relatively small number of women who reported having only used genital powder (43 cases and 44 controls), the authors merged this exposure category with those who reported use of both non-genital and genital powder, creating an exposure category of "any" genital powder use, but separately evaluated the categories as "only" or "any" genital powder use. They reported an increased risk of ovarian cancer in "any" genital powder users (OR=1.44, CI 1.11-1.86) and noted a statistically significant dose response effect for both duration of use and lifetime applications. A strength of this study was adjustment for multiple confounding factors such as age, education, BMI, parity, tubal ligation, OCP use, first degree relative with breast or ovarian cancer, and interview year (taking into account litigation cases in the year 2014). Participants were also asked about hormone replacement therapy, another potential exposure, thus helping to address potential recall bias. A weakness of this study is that participants were considered "regular users" if they reported using cornstarch, baby or deodorizing powders at least one time per month for at least 6 months, and "never users" if they did not, leading to possible misclassification that would bias toward the null (Schildkraut 2016).

The totality of the results of the case-control studies support a causal link between talc and ovarian cancer. When observational studies find an increased risk of disease with a certain exposure, the possible reasons are chance, bias, confounding and causation.

There is a general consistency of these individual studies; the ORs have been of similar magnitude in studies spanning different decades, in different populations, with different study designs, by different investigators, over different continents and with adjustment for multiple confounders. Therefore, the possibility that the association between perineal talc use and ovarian cancer is due to chance is extremely unlikely.

Although retrospective case-control studies potentially have an element of recall bias and other potential biases, again, the consistency of results across these studies and populations makes recall and other bias an unlikely explanation. During the period that the majority of studies were conducted, public awareness of the link between talc and ovarian cancer was limited. There is also a much stronger and statistically significant association of perineal talc use and ovarian cancer in studies that compared all-body talc use to perineal use. The finding in some studies that serous carcinoma has a stronger association with perineal talc exposure than other histologic subtypes of ovarian cancer also argues against recall bias, as participants are very unlikely to have knowledge about the histologic subtyping of ovarian cancer. In addition, in studies where participants are asked to recall multiple exposures, not just talc exposure, this will minimize the risk of recall bias because it is unlikely that participants will differentially recall talc exposure but not other exposures, especially if they are blinded to the study hypothesis. Studies using trained interviewers, structured interview questionnaires, and blinding of both study participants and the interviewers to the study hypotheses will also limit the potential for recall bias.

Selection bias (which can arise based on differential participation rates or other differences between comparison groups) accounting for the results across studies is also unlikely. To see such consistent associations between perineal talc use and ovarian cancer, there would need to be strong associations between participation and perineal talc use, and strong differences amongst cases and controls due to selection bias only - this would be extremely unlikely to produce such large biases across studies. Most studies adjusted for confounders, with the majority adjusting for age, BMI, and parity among others. With chance, bias, and confounding being unlikely explanations for the association of perineal talc use and ovarian cancer across multiple studies, this leaves causation as the most likely explanation.

XII.        COHORT STUDIES

The talc literature includes several cohort studies reporting the relative risk for perineal talc use and risk of ovarian cancer, including the Nurses' Health Study, the Women's Health Initiative and the Sister Study (Gertig 2000, Gates 2008, Gates 2010 and Gonzalez 2016). There were several important limitations of these studies to adequately capture risk of ovarian cancer based on the methodology used by the researchers to assess talc exposure.

The Gertig study evaluated prospective cohort data from 78,630 women, and although there was a 12% overall increased risk of ovarian cancer in women with a history of daily genital talc use, this was not statistically significant. Yet, the investigators

reported a statistically significant increased risk of invasive serous carcinoma (RR=1.4, CI 1.02-1.91) after adjusting for age, parity, duration of oral contraceptive use, post-menopausal hormone use, tubal ligation, BMI and smoking (Gertig 2000). Additionally, the lack of statistical significance of overall ovarian cancer risk may be due to several important limitations with this study, including the fact that the question of talc use was only in one questionnaire in 1982 and did not include questions on duration of use. Thus, a person who used talc just a few times would be included with women who used talc daily over a long duration, and this will have the effect of understating the risk. In fact, in a follow-up 2008 report, Gates et al. noted that since talc exposure was only referred to once in questionnaires, it is possible that some participants were misclassified with respect to their talc use or that some women may have started talc use after 1982 and thus these women would not be included in the talc user group (Gates 2008). This would understate the risk and decrease the calculated statistical significance of talc-related ovarian cancer. An additional review of the Nurses' Health Study published by Gates et al. in 2010 studied 876 cases of ovarian cancer and talc use, although this was not the primary focus of the study. This study found an overall increased risk of ovarian cancer with talc use (RR=1.06), but found an increased risk for mucinous tumors (RR=1.50) (Gates 2010) (mucinous carcinoma illustrated I Figure 6). Again, the weaknesses in the study include the fact that talc use was only queried once in 1982, and the authors state themselves that the limited data on talc use may have influenced the observed association with ovarian cancer.

Cohort studies like the Nurses' Health Study, Women's Health Initiative Study and the Sister Study have some drawbacks when studying rarer diseases compared to case-control studies that have been described above. Cohort and case-control studies are both observational, and both have strengths and limitations. Cohort studies begin when all participants are free of the disease in question. After a follow-up period, those that have the disease being studied are compared by exposure risk being studied to those who did not develop the disease. Although this helps to ensure exposure predates disease, there may be a lack of data if the disease is rare or if there is a long latency period between exposure and disease presentation/diagnosis, as is the case of ovarian cancer and talc. In contrast, in case-control studies, patients already have the disease being studied and are compared to controls who do not have the disease with a focus on the rates of exposure to the agent of interest (here, talcum powder products) in the cases as compared to the controls. A possible limitation of case-control studies in the context of ovarian cancer and talc is the fact that exposure to talc is self-reported and subject to potential recall bias.

The case-control studies may unavoidably have recall bias, as talc use was self-reported by participants. In their 2018 meta-analysis discussed below, Penninkilampi et al. noted that in some studies, interviewers were not blinded to cases and controls and many studies did not describe whether their controls had a personal history of previous ovarian cancer. However, they also noted that in general, controls were well matched to cases by other possible confounding factors such as age, geographic, location and ethnicity (Penninkilampi 2018).

In the 2008 Gates paper, women with certain variants in glutathionine S-transferase M1 (GSTM1) and/or glutathionine S-transferase T1 (GSTT1) were shown to have a higher risk of talc-associated ovarian cancer. Glutathione S-transferases catalyze the conjugation of glutathione to numerous potentially genotoxic compounds. Individuals with homozygous deletions of GSTM or GSTT have reduced or no glutathione S-transferase activity and may be unable to eliminate electrophilic carcinogens as efficiently (Coughlin 2002). The 2008 Gates study included 1,175 cases and 1,202 controls from a case-control study and 210 cases and 600 controls from the prospective Nurses' Health Study. Participants were genotyped for the GSTM1 and GSTT1 gene deletions and three NAT2 polymorphisms. Regular talc use was associated with increased ovarian cancer risk in the combined study population (relative risk=1.36, CI 1.14-1.63; p-trend<0.001). In the pooled analysis, the association of talc and ovarian cancer was stronger among women with the GSTT1-null genotype (p-interaction=0.03), particularly in combination with the GSTM1-present genotype (p-interaction=0.03). There was no clear evidence of an interaction with GSTM1 alone or NAT2. Without talc exposure, these genes were not clearly associated with risk of ovarian cancer (Gates 2008). The specificity of the findings linking the genetic polymorphisms with ovarian cancer subtype most associated implicates yet another aspect of the Bradford Hill viewpoints.

As previously detailed, the Nurses' Health Study also showed that genital talc use was associated with lower levels of anti-MUC1 antibodies, which has been associated with an increased risk of ovarian cancer. As part of the Nurse's Health Study, Pinheiro et al. published a paper in 2010 that showed increasing anti-MUC1 antibody levels were associated with a nonsignificant trend for a lower risk of ovarian cancer with highly significant heterogeneity by age (p-heterogeneity=0.005). The authors concluded that anti-MUC1 antibodies evaluated several years prior to diagnosis may be associated with lower risk of subsequent ovarian cancer in women less than 64 years old at assessment (Pinheiro 2010). Cramer et al. 2005 study showed factors which increase the levels of anti-MUC1 antibodies lower the risk of ovarian carcinoma (Cramer 2005). These findings provide evidence that a plausible mechanism for talc-associated ovarian cancer is a down-regulated immune response to MUC1, and thus an immune tolerance of an emerging MUC1-expressing tumor.

The Women's Health Initiative Observational Study (WHI-OS) did not report a statistically significant increased risk of ovarian cancer with talc use (Houghton 2014). In that study, 61,576 women were enrolled and 429 developed ovarian cancer during follow-up. The study did find a 12% increased risk of ovarian cancer in perineal talc users (RR=1.12, CI 0.92-1.36), but it was not statistically significant. However, the risk of developing serous carcinoma was increased by 18% (RR=1.18, CI 0.89-1.56), and by 13% for invasive serous carcinoma (RR=1.13, CI 0.84-1.51). Additionally, 101 cases were categorized histologically as "other," including tumors that were self-reported, not validated and potentially may not have even been primary ovarian tumors. This would bias the risk estimate of talc use in ovarian cancer in this study toward the null by including cancers or other tumors potentially from other sites; in other words, non-specific cancer types may have been included that are not known to have an association with talc use. Another weakness of the study is that although the authors did evaluate the

effect of duration of use of genital talc on the risk of ovarian cancer, they did not evaluate frequency of use. Thus a woman who used talc for twenty years once a month would be treated the same as a woman who used it every day for twenty years. This will tend to understate or obscure the true risk of long term, frequent use. The study also was of an older age group (50-79) who were post-menopausal at time of enrollment, which adds selection bias.

Another study in which the effect of talc use on the risk of ovarian cancer is likely diluted or understated is the Sister Study, published by Gonzalez et al. in 2016. In this study, there was no reported association between perineal talc use and subsequent ovarian cancer. The study only enrolled women with a full or half-sister who had been diagnosed with breast cancer. BRCA1 and BRCA2 mutations are associated with a markedly increased risk of both breast and ovarian cancer, and in the Sister Study, women were not tested for this mutation. Most of the ovarian cancers associated with BRCA mutations are of the invasive serous subtype, the same subtype most strongly associated with talc use in prior studies. By not testing the women for the genetic mutation, the Sister Study analyzed a population of women with an increased risk of having a BRCA mutation (by having a first degree relative, or sister/half-sister, with breast cancer), a significant confounding factor that was not considered. Another limitation of this study is that the mean follow-up was 6.6 years, a very short period considering the generally long latency period of ovarian cancer. The Sister Study did find an increased risk in ovarian cancer in women who douched, providing evidence supporting the link between particulate route of access to the ovary/fallopian tube. The histologic subtype of the ovarian cancer was also not evaluated. Further, similar to the other cohort studies, the Gonzalez 2016 study failed to adequately capture both duration and frequency of talc exposure as participants were only asked if they used talc in the last 12 months.

XIII.        META-ANALYSES REGARDING TALC USE AND OVARIAN CANCER:

Meta-analyses are an important tool that combines study results from multiple studies to develop a single result that has greater power to detect a more precise estimate of risk. Several meta-analyses have been published on the association between talc use and ovarian cancer, all showing an increased risk (Harlow and Cramer 1992, Gross and Berg 1995, Cramer and Harlow 1999, Huncharek 2003, Langseth 2008, Berge 2018, Penninkilampi 2018).

In 1992 Harlow and Cramer published combined results from six case-control studies of the association between talc use and ovarian cancer that were performed between 1982 and 1989. The association was statistically significant (OR=1.3, CI 1.1-1.6) (Harlow 1992). In 1995, Gross and Berg published a meta-analysis that included the six case-control studies evaluated in the 1992 Harlow and Cramer paper, plus three additional studies. This produced a statistically significant increased risk (OR=1.27, CI 1.09-1.48) (Gross 1995). Of note, this study was supported in part by Johnson and Johnson, raising the issue of funding bias.

Cramer published another meta-analysis in 1999 that included the nine studies in Gross and Berg's 1995 paper plus five additional ones performed through 1999. The overall risk of ovarian cancer in talc users was found to be increased at 36% (OR=1.36, CI 1.24-1.49) (Cramer 1999).

Huncharek et al. performed a meta-analysis in 2003 that added five new studies and included all of the previous studies except the 1983 Hartge and 1996 Shushan studies. The OR in this study was 1.33 (CI 1.16-1.45). Interestingly, the authors concluded that even with this statistically significant OR, the data "do not support the existence of a causal relationship" between talc use and ovarian cancer (Huncharek 2003). In a subsequent paper published by Huncharek et al., support from Johnson and Johnson and Luzenac America was acknowledged (Huncharek 2007), raising the issue of funding bias.

Langseth et al. published a comprehensive meta-analysis in 2008 of the risk of ovarian cancer associated with talc use. The combined OR was 1.35 (CI 1.26-1.46), and specifically 1.4 for population-based studies (CI 1.29-1.52), the less potentially biased type of study. Langseth et al. also noted that the risk of serous ovarian tumors in particular with talc use may be greater (Langseth 2008).

In 2016, Cramer published a retrospective case-control study that incorporated data from three enrollment phases (1992-1997, 1998-2002 and 2003-2008) and combined data from the Nurses' Health Study (Gates 2008) and data from participants in the Ovarian Cancer Association Consortium (OCAC, Terry 2013). The study found a statistically significant increased risk of invasive serous, invasive endometrioid and serous borderline ovarian tumors in women who were genital talc users, with the highest risk (OR=2.33 (CI 1.32-4.12) and OR=2.57 (CI 1.51-4.36) for pre- and postmenopausal women, respectively) with the greatest lifetime exposure, as defined by "talc-years," or number of applications per year multiplied by years of use. A dose-response was most prevalent for invasive serous carcinoma. This study is important as evidence supporting an association between talc and ovarian cancer as the authors analyzed case-control data collected over 16 years in 2,041 epithelial ovarian cancer cases and 2,100 age- and residence-matched controls. As the authors state, they "addressed issues related to definition of the exposure, bias and confounding, effect modification, histologic heterogeneity, and dose-response. Talc used regularly in the genital area was associated with a 33% increase in ovarian cancer risk overall." (Cramer 2016)

Berge et al. published another meta-analysis in 2018 that found a summary RR of 1.22 (CI 1.13-1.30). They found that the association between talc and ovarian cancer was stronger in case-control studies (RR 1.26, CI 1.17-1.35) than cohort studies (RR 1.02, CI 0.85-1.20). The limitations of the cohort studies are discussed above; limitations of case-control studies are recall bias and selection bias. Addressing the latter, Berge et al. found a higher summary risk estimate in hospital-based case-control studies compared to community-based case-control studies, but this difference was not statistically significant. Recall bias can be present in case-control studies, however, Berge et al. found the greatest association between genital talc use and serous carcinoma (RR 1.24, CI 1.15-

1.34). This would argue against recall bias, as participants would likely not know the categorization of epithelial ovarian tumors, nor the fact that invasive serous carcinoma has been shown to have the strongest association in the majority of studies.

Penninkilampi et al. published a meta-analysis in 2018 that found any perineal talc use was associated with an increased risk of ovarian cancer (OR 1.31, CI 1.24-1.39). They found a dose-response effect with greater than 3600 lifetime applications (OR 1.42, CI 1.25-1.61) compared to less than 3600 lifetime applications (OR 1.32, CI 1.15-1.50). Similar to the Berge 2018 study, an association was found in the case-control studies (OR 1.35, CI 1.27-1.43) but not in the cohort studies (OR 1.06, CI 0.90-1.25). However, Penninkilampi et al. did find an association in cohort studies between talc use and invasive serous carcinoma (OR 1.25, CI 1.01-1.55). (Penninkilampi 2018)

## XIV.        POOLED STUDY REGARDING TALC USE AND OVARIAN CANCER:

The meta-analyses discussed above summarize previously published data and thus have increased statistical power for a more precise estimate of effect on talc in ovarian cancer risk (Cohn 2003). However, the strength of meta-analyses depends on the quality of the previously published data analysis. In comparison, a pooled study analyzes primary data from different studies/researchers. The Terry 2013 study is a retrospective pooled study from eight population-based case-control studies from OCAC. One advantage of pooled studies is the ability to include a large sample size; Terry et al. included 8,525 cases of ovarian, fallopian tube or perineal cancer and 9,859 controls. Some of the included OCAC studies had previously reported on powder use (Chang 1997, Cramer 1999, Merritt 2008, Moorman 2009, and Rosenblatt 2011), and according to Terry et al., three of these provided data for the pooled 2013 analysis that had not been included in the previous publications. The other three studies had not previously published their genital powder data (Goodman 2008, Lo-Ciganic 2012, Pike 2004). The pooled analysis showed an OR for genital talc use and epithelial ovarian cancer of 1.24 (95% CI 1.15-1.33) after adjustment for age, oral contraceptive use, tubal ligation, BMI and race/ethnicity (Terry 2013). This is consistent with the majority of meta-analyses and individual studies.

A strength of a pooled study versus a meta-analysis is that pooled studies have increased standardization. As an example, the Terry 2013 study excluded participants that data was not available on regarding tubal ligation, oral contraceptive duration, parity or height and weight. This adjusts for study-specific differences in confounding factors. A weakness of pooled studies is that they are limited by the methods of original data collection; for example, Terry et al. state "Limitations of our pooled analysis include differences in the wording of questions about genital powder use between studies and the retrospective nature of the exposure ascertainment." As Blettner (1999) stated, "Pooling decreases the variation caused by random error (increasing the sample size) but does not eliminate any bias (systemic errors)." In the 2013 Terry et al. study, classification between cases and controls differed between studies, as the women who were classified as genital powder users varied from "ever" use, "ever regular" use, to powder use for at least one year. However, Terry et al. conclude that if anything, this led to an underestimate of the true association for any given

study "[due to the fact that] exposure definitions are the same for cases and controls within each study, misclassification of genital powder exposure due to the question wording would be nondifferential…." (Terry 2013).


XV.      ASBESTOS, TALCUM POWDER PRODUCTS, AND OVARIAN CANCER:

I have seen evidence that talcum powder products manufactured by Johnson & Johnson (J&J Baby Powder and Shower to Shower) contained and continue to contain asbestos, talc containing asbestiform fibers (e.g. talc occurring in a fibrous habit) heavy metals (such as cobalt, chromium, nickel) and fragrance chemicals (Longo et al. 2017 and 2018, Blount 1991, Blount Deposition 2018, Hopkins Deposition and Exhibit 2018, Pier Deposition and Exhibit 2018). Other than cobalt, which has been identified as a "possible" carcinogen, all of these constituents have been identified as known carcinogens by IARC (IARC 2012). It should be noted that National Institute for Occupational Safety and Health (NIOSH) has determined that "there is no safe level of asbestos exposure for any type of asbestos fiber" (NIOSH 1980). As part of my review and consideration of the evidence I have also reviewed Dr. Michael Crowley's opinion that "fragrance chemicals in Johnson & Johnson talcum powder products contribute to the inflammatory properties, toxicity, and potential carcinogenicity of the products." The presence of these constituents as part of the talcum powder product provides additional evidence of biological plausibility for talcum powder products to cause ovarian cancer.


Asbestos is a silicate mineral in polyfilamentous bundles. Other silicate minerals exist, such as talc, but asbestos is classified by its flexible fibers with small diameter and large length. The forms of asbestos are serpentine silicates ("sheet silicates") such as chrysotile, and amphibole silicates ("chain silicates") such as crocidolite, amosite, anthophyllite, actinolite, and tremolite (IARC Monograph). The carcinogenic properties of asbestos fibers depend on the length of the fiber (Stanton 1972) and its chemical composition, structure, and cell environment (Mossman 1998, Robledo 1999, IARC Monograph). Asbestos fiber surface reactivity with free radical generation has also been accepted as a mechanism of carcinogenesis (IARC Monograph). Asbestos-derived free radicals can lead to a variety of effects on cells including lipid peroxidation, DNA oxidation, TNF release, cell apoptosis, and increased uptake of asbestos fibers (Mossman 1983, Hobson 1990, Ghio 1998, Churg 1998, Gulumian 1999, Aust 1999, Upadhyay 2003, IARC Monograph). Asbestos fibers may directly cause the generation of ROS (IOM 2006) and indirectly cause ROS by inducing inflammation and macrophage activation (IARC Monograph).


It has long been generally accepted that asbestos exposure causes mesothelioma and lung cancer (Dement 1994, deKlerk 1996, Berry 2000). Approximately 125 million people around the world have been exposed to asbestos in work environments, and at least 90,000 people die each year from asbestos-related lung cancer, mesothelioma, or asbestosis (Burki 2009). The relationship between asbestos exposure and ovarian cancer had been less studied; however, in 2009, the IARC Monograph Working Group concluded that there is sufficient evidence to show that asbestos exposure can cause ovarian cancer (Straif 2009, IARC Monograph).

In the late 1960's, a suggested link between talc and ovarian cancer was made for the following reasons: first, talc powders were shown to contain asbestos (Cralley 1968); second, intraperineally placed asbestos in animals induced a proliferation of the ovarian mesothelial lining from one layer to multiple layers (Graham 1967). Of note, it was tremolite asbestos that was used by Graham, the same type of amphibole asbestos that is found in asbestos-contaminated talc. It is important to note that similar to talc being found on the ovarian surfaces of perineal talc users, asbestos fibers have been found in women whose household contacts worked with asbestos and in Norwegian paper and pulp workers (Heller 1996, Langseth 2007).

In 1972, Newhouse et al. published a study of the mortality of female asbestos workers and found at least 4 deaths due to ovarian cancer compared to an expected number of 0.6. During histological review of some of the pathology samples from these workers, there was evidence that another two deaths that had been registered as due to carcinomatosis were likely caused by ovarian cancer (Newhouse 1972).

Ten years later in 1982, Wignall et al. published a study that followed 535 women who were assembly workers that had direct crocidolite exposure during the manufacturing of military gas masks. The authors found 2 deaths due to ovarian cancer in women that were employed at the facility for less than 1 year, with a standardized mortality rate (SMR) of 1.77. Two ovarian cancer deaths occurred in women with a 1 year history of employment at the facility (SMR=2.11) and one ovarian cancer death in a woman with a 3 year history of employment (SMR=1.05). The authors noted that the expected number of deaths is low, making stable estimates of SMR difficult. However, the authors conclude that the "excess of deaths from carcinoma of the ovary was unexpected at the start of the study but appears to be related directly to exposure to asbestos" (Wignall 1982).

Also published in 1982 was a study by Acheson et al. that evaluated two groups of women exposed to asbestos who assembled gas masks in two separate facilities: 570 women at Blackburn (civilian respirators that contained chrysotile) and 757 women at Leyland (military respirators containing crocidolite). The study found a SMR in the crocidolite group for ovarian cancer of 2.75 (CI 1.42-4.81) and a SMR of 1.48 (CI 0.48-3.44) for the chrysotile group. The authors noted that the risk of ovarian cancer increased over time for up to 40 years post exposure (Acheson 1982).

A 1994 study by Rosler et al. examined mortality from ovarian cancer in a cohort of 616 women in Germany who had been occupationally exposed to asbestos. Although about 95% of asbestos used in Germany was chrysotile, the authors noted that they could not exclude a mixture containing crocidolite. Two deaths from ovarian cancer were observed, compared to an expected 1.8 (SMR 1.09, CI 0.13-3.95). (Rosler 1994).

In 1999, Germani et al. published a study of ovarian cancer mortality in 631 women workers in Italy who had been compensated for asbestosis. They found a total of nine ovarian cancer deaths (SMR 4.77, CI 2.18-9.04) which included four deaths in a subset of asbestos-textile workers (SMR 5.26, CI 1.43-13.47) and five deaths in the subset of asbestos cement workers (SMR 5.40, CI 1.75-12.61). (Germani 1999).

Also in 1999, Vasama-Neovonen et al. published a case-control study of ovarian cancer and occupational exposure in Finland. The Standardized Incidence Ratio (SIR) was 1.30 (CI 0.9-1.80) between ovarian cancer and "medium/high levels of asbestos," and the SIR was 1.1 (CI 0.8-1.3) for "low levels of asbestos." The SIR is obtained by dividing the observed number of cases of cancer by the expected number of cases in the general population. The type of asbestos fiber was not noted (Vasama-Neovonen 1999).

Again in 1999, Langseth et al. published a study of 4247 workers employed for at least one year between 1920 and 1993 in the Norwegian pulp and paper industry. 85% of them were paper or administration workers. The follow-up period for cancer was from 1953-1993. An excess risk of ovarian cancer was found (SIR = 1.50, CI 1.07-2.09). The SIR was highest among those younger than 55 years, and mostly among those working in paper departments. The type of asbestos fiber was not specified (Langseth 1999). Langseth et al. published a follow-up case-control study in 2004 that examined the association between asbestos exposure and ovarian cancer in this same cohort of female pulp and paper workers in Norway that had been found to have excess morbidity from ovarian cancer. In the case-control study, the odds ratio for occupational exposure to asbestos based on 46 cases of ovarian cancer was 2.02 (CI 0.72-5.66), although this was not statistically significant (Langseth 2004).

In 2000, Berry et al. published a study that evaluated the mortality of a cohort of over 5000 London asbestos factory workers, both men and women, who were followed for over 30 years since first asbestos exposure. The study classified exposure by degree (low, moderate and severe) and duration (2 years or less or more than 2 years). They assessed mortality by comparing the number of cohort deaths with the number of expected deaths in England and Wales based on sex, age and period. The study found that there was a significant increase of ovarian cancer in women with severe exposure for more than 2 years (SMR of 5.35) and an overall SMR for all exposure lengths of 2.53 (CI 1.16-4.8) (Berry 2000).

In 2005, Pira et al. published a cohort study of 1077 women with at least a one month history of employment between 1946 and 1984 at an asbestos-textile factory in Italy. A variety of asbestos types were used in this facility, including crocidolite. They followed up with the cohort in 1996. There were five deaths due to ovarian cancer with an overall SMR of 2.61 (CI 0.85-6.09), but there was a SMR of 5.73 for women with longer employment histories at the facility (greater than or equal to 10 years of employment). Among women with greater than or equal to 35 years since first employment exposure, the SMR was 5.37 (Pira 2005).

Also in 2005, Wilcsynska et al. published a study of 1470 Polish asbestos cement factory workers with a follow-up period from 1945 to 1999 and a SMR of ovarian cancer among workers of 3.76 (CI 1.38-8.18). The type of asbestos fiber was not specified (Wilcsynska 2005).

McDonald et al. published a study in 2006 that followed 567 people, mostly women, who had assembled gas masks in the Nottingham factory between 1940 and 1944 and showed

a SMR for ovarian cancer of 1.2 (CI 0.6-2.2). Gas masks assembled at this facility had filter pads that contained 20% crocidolite. As an aside, this study found that the first deaths due to mesothelioma happened a little more than 20 years after exposure, which is consistent with most other studies (McDonald 2006) and highlights the lengthy time interval between exposure and presentation of disease in asbestos-related mesothelioma.

In 2008 Reid et al. published a study of 2552 women and girls who lived in a Western Australia mining town between 1943 and 1992 where crocidolite asbestos was mined. They were not directly involved in mining but there was extensive environmental contamination of the town. They found a SMR for ovarian cancer of 1.52 (Reid 2008).

Reid et al. published a study in 2009 that followed the same cohort of 2552 women and girls in Western Australia with environmental exposure to crocidolite asbestos and added 416 women to the study that had worked in the Wittenoom crocidolite asbestos mines and mills. For the latter group, there wasn't an increased rate of ovarian cancer (SIR of 0.49, CI 0.01-2.74), but the authors noted that the "female Australian Blue Asbestos workers at Wittenoom mostly worked in the company offices, shop, and hotel. Their occupational exposure was unlikely to have been as high as that reported for women in the earlier cohorts, which may explain why no excess risk for ovarian cancer was observed" (Reid 2009).

Pukkala et al. published a study in 2009 on the incidence of ovarian cancer in women employed in various occupations in Denmark, Finland, Iceland, Norway and Sweden. One of the groups examined were plumbers, who are known to have occupational exposure to asbestos. Four ovarian cancers were found in this group of plumbers, with a Standardized Incidence Rate (SIR) of 3.33 (CI 0.91-8.52). Fiber type was not specified (Pukkala 2009).

Magnani et al. and Bertolotti et al. published studies in 2008 that followed the same cohort of former asbestos-cement workers who were employed at a facility in Casale Montferrato, Italy. A mix of crocidolite and chrysotile asbestos was used at this factory. They observed nine ovarian cancer deaths versus 4 expected (SMR of 2.27). In women who had 30 or more years of exposure, the SMR was 2.97 (Magnani 2008, Bertolotti 2008). Ferrante et al. published a study in 2007 that examined cancer mortality in the household contacts of men who worked at this facility; among women with exposure due to household contacts, there were 11 ovarian cancer deaths versus an expected 7.7, or SMR of 1.42 (CI 0.71-2.54). (Ferrante 2007).

I am aware of two meta-analyses, both published in 2011, that evaluated a link between asbestos and ovarian cancer. The first was published in 2011 by Reid et al. and analyzed fourteen cohort and two case-control studies of women with exposure to asbestos in their work environment. The majority of the cohort cases they evaluated are detailed above. The authors added a 2002 paper by Szeszenia-Dabrowska et al. that studied Polish women diagnosed with asbestosis and a 2004 paper by Mamo et al. that studied Turin asbestos textile factory workers (Szeszenia-Dabrowska 2002, Mamo 2004). The two case-control studies they evaluated were a 1992 study of Johns Hopkins patients by Rosenblatt et al. and a 2004 study

of Norwegian pulp and paper workers by Langseth et al., the same group of workers previously described above. Reid et al. concluded that although women "thought to have ovarian cancer" (not all cases of ovarian cancer were histologically reviewed and confirmed) had an increased rate if exposed to asbestos, the overall numbers were still small and further study was warranted as one misclassification could skew the data (Reid 2011).

The authors of the second 2011 meta-analysis, Camargo et al., included 18 studies. They did not include the 1992 Rosenblatt et al. study or the 2004 Langseth et al. study but added six others: a 1986 study of cement workers in the U.K. by Gardner et al., a 1989 study of friction material workers in the U.K. by Newhouse et al., a 2007 study of textile workers in the U.S. by Hein et al., a 2009 study of textile workers in the U.S. by Loomis et al., and two other 2009 studies by Harding et al. and Clin et al. The authors of this second meta-analysis came to a stronger conclusion that the findings were consistent with an association between asbestos exposure and an increased risk of ovarian cancer (Carmargo 2011).

Considering the consistency of these studies, the Bradford Hill viewpoints (strength of association, consistency, biological plausibility, etc.) and the well-known carcinogenic properties of asbestos, it is my opinion to a reasonable degree of scientific certainty that asbestos exposure can cause ovarian cancer. Even disregarding the evidence that cosmetic talc is contaminated with asbestos, it is my opinion that talc is causally associated with ovarian cancer. However, to the extent that talcum powder products contain even small amounts of asbestos, the evidence of causation is even more compelling.

XVI.       BRADFORD HILL ANALYSIS:

In 1965, Sir Austin Bradford Hill proposed nine viewpoints of a causal relationship: strength of association, consistency, specificity, temporality, biologic gradient, plausibility, coherence, experiment and analogy (Hill 1965). It is important to remember, however, as discussed at the beginning of this report, that Hill himself noted that none of these viewpoints of association – including the existence of a statistically significant relationship – is either necessary or sufficient to show causation. There are no "hard-and-fast rules". Rather, the totality of the evidence must be weighed and considered. With that important command in mind, let us examine the evidence.

1. Strength of association:

Strength of association is often measured by the magnitude of the relative risk (CDC). All meta-analyses and pooled analyses have found a statistically significant increased risk of ovarian cancer in perineal talc users, with relative risks falling between 1 and 2. This is consistent with a causal relationship. Strength of association is higher for asbestos. There are a number of examples of causal relationships where the relative risk is less than 2.0 (e.g., second hand smoke and lung cancer, oral contraceptive use and breast cancer, radon exposure and lung cancer). It is also worth noting that small or moderate effects on the benefit side can have important clinical significance. For example, aspirin has been deemed "causal" of cardiovascular event reduction, based on multiple studies that reported a benefit between 20-30% reduction in cardiovascular events. The strength of this association, especially combined

with the consistency, weigh in favor of a cause-and-effect relationship between talc and ovarian cancer.

2. Consistency:

The statistically significant increased risk of ovarian cancer with talc use has been consistent in size across multiple studies, different populations, different investigators, multiple countries and over time. Hill stressed the importance of repetitive findings; no single study can prove or disprove causation due to possible inherent internal validity issues. The consistency of the increased risk of ovarian cancer (and in particular invasive serous carcinoma) with talc use found in numerous studies, in different countries, and after adjustments for confounding factors cannot be disregarded. There also is consistent evidence of an association between asbestos and ovarian cancer. This was a very important factor in my analysis.

3. Specificity:

Hill suggested that associations are more likely to be causal when they are specific, in other words, a particular substance causes a single disease. However, in the half-century experience has shown that this aspect of causation is not particularly important in the context of cancer. Few examples of specificity are found when it comes to cancer. Smoking is generally accepted to be a cause of lung cancer, yet smoking is also associated with COPD, heart disease, stroke, and asthma, amongst other diseases. In multiple studies, talc has been shown to be associated with epithelial ovarian cancer, with invasive serous ovarian cancer showing the strongest association. Asbestos is generally accepted to cause mesothelioma, lung cancer, and ovarian cancer. Asbestos is also generally accepted to cause asbestosis/pulmonary fibrosis, pleural inflammation and thickening. This was a less important factor in my analysis.

4. Temporality:

Exposure to a substance must precede onset of disease for it to be causal. The above-described case-control and cohort studies had the objective of assessing talc exposure that preceded the onset of disease. In cohort studies, the exposure data was obtained before any women were diagnosed with ovarian cancer. In the case-control studies, women with ovarian cancer reported exposures prior to their diagnosis and controls reported exposures in the same time frame. In many studies the exposures went back several decades, providing even more assurance that the temporality requirement is met. This was an important factor in my analysis.

5. Biological gradient:

A biologic gradient, or dose-response, refers to an increased exposure corresponding to an increased risk. In the case of talc exposure, dose-response would ideally include both frequency of use and duration of use, or "application years" (total lifetime applications) similar to "pack-years" used in the setting of smoking. However, application-years is much more difficult to assess than pack-years, since one cannot easily quantify the amount of talc

used during each perineal application (unlike in smoking, where one can easily count the number of cigarettes smoked to calculate pack-years). Yet, when studies have evaluated duration and frequency of perineal talc use, most have found an increased risk of ovarian cancer with increased exposure (Harlow 1992, Cramer 1999, Mills 2004, Merritt 2008, Wu 2009, Terry 2013, Penninkilampi 2018). In the case of asbestos and mesothelioma, a study published by Plato et al. in 2018 found "a significant, dose–response relationship between maximum intensity asbestos exposure and mesothelioma of the pleura and cumulative asbestos exposure with 30-, 40-, and 50-years lag time. Cumulative exposure to asbestos, even at low levels, entailed an increased risk of mesothelioma of the pleura, indicating that even short periods with cumulative doses <1.78 f-y/ml can increase the risk of mesothelioma. Time since first exposure did not show any sufficient dose–response relationship in the longest lag period (>50 years)." (Plato 2018)

While there is evidence of a dose response, this data is more equivocal because of the challenge in measuring and comparing the extent of talcum powder usage. The evidence of biological gradient for talcum powder products is therefore very difficult to study. The evidence of biological gradient supports cause and effect, but for the reasons noted, it is limited by difficulties in the measurement of exposure. This was an important factor in my analysis.

6. Plausibility:

In this context, plausibility means that an association can be explained by and is consistent with existing scientific knowledge and, in particular, that there is a biologically plausible explanation for the exposure (to talc) as a cause of ovarian cancer. Thus, plausibility is dependent upon the current state of scientific knowledge regarding a mechanism of disease. Hill noted plausibility is helpful but limited by current knowledge.

There is evidence that validates the biological plausibility of talc-related ovarian cancer. It is generally accepted that inflammation plays a role in carcinogenesis. Pelvic inflammatory disease and endometriosis are known risk factors for ovarian cancer, and they cause the release of inflammatory mediators. Talc is known to produce an inflammatory reaction, and is in fact used in clinical practice to induce inflammation in the pleura to treat patients with pneumothorax and pleural effusions. It has also been demonstrated that particles, including talc, can migrate proximally through the female genital tract and gain access to the perineum, ovaries, and fallopian tubes. Thus, it is plausible that talc can reach the ovaries and fallopian tubes and cause a proinflammatory reaction, including induction of cytokines and ROS that play a role in the onset of ovarian cancer. Other plausible mechanisms include a down-regulated immune response to MUC1, causing an immune tolerance of a MUC1-expressing cancer, and talc-induced macrophage TNF-α expression and subsequent ovarian tumorigenesis. The 2008 Gates study showed an association of talc and ovarian cancer in women with the GSTT1-null genotype (p-interaction=0.03), particularly in combination with the GSTM1-present genotype (p-interaction=0.03). It is thus plausible that women with a GSST1-null phenotype are unable to eliminate talc as efficiently and are at increased risk of ovarian cancer. It is also highly plausible that asbestos in asbestos-tainted talc also releases cytokines and mutagenic ROS from inflammatory cells.

In the case of asbestos, fiber surface reactivity with free radical generation has been accepted as a mechanism of carcinogenesis (IARC Monograph). Asbestos-derived free radicals can lead to a variety of effects on cells including lipid peroxidation, DNA oxidation, TNF release, cell apoptosis, and increased uptake of asbestos fibers (Mossman 1983, Hobson 1990, Ghio 1998, Churg 1998, Gulumian 1999, Aust 1999, Upadhyay 2003, IARC Monograph). Asbestos fibers may directly cause the generation of ROS (IOM 2006) and indirectly cause ROS by inducing inflammation and macrophage activation (IARC Monograph). As noted above, the carcinogenicity of the other constituents of talc (cobalt, chromium, nickel, and fragrance ingredients) adds strength to biologic plausibility.

This biologic evidence, provides a biologically plausible explanation for the increased risk seen in the epidemiologic studies and is therefore a very strong factor in favor of a cause and effect relationship.

7. Coherence:

Coherence in this context means coherence between epidemiological and generally accepted knowledge of the disease in question. Numerous studies addressing talc use and ovarian cancer have indicated talc use increases ovarian cancer risk consistently. The coherence of the epidemiological evidence linking a risk of ovarian cancer with talc use, in tandem with biologically plausible mechanistic evidence discussed above, is striking and weighs heavily in support of causation.

8. Experiment:

Hill suggested that evidence drawn from experimental manipulation, particularly epidemiologic studies in which disease risk declines following an intervention or cessation of exposure, may lead to the strongest support for causal association. No studies exist that follow women after cessation of genital powder use and assess them specifically for a change in risk of ovarian cancer. The challenge of such a study is that it has been shown that talc-associated ovarian cancer takes years or decades before onset of disease. However, the Australian study performed by The Survey of Women's Health Study Group published in 1997 found that the risk of ovarian cancer was highest among women who were talc users and had not undergone surgical sterilization (RR=1.3, CI 1.1-1.6). (Green 1997). This indicates that tubal ligation or hysterectomy, by impeding the proximal migration of talc into the perineum to the ovaries and fallopian tubes, decreases the risk of talc-associated ovarian cancer, lending support to Hill's experiment aspect in the context of talc and ovarian cancer.

There are experimental studies in the literature that support a causal relationship between talc and ovarian cancer. Examples include studies that show increases in inflammatory markers following talc exposure (Allaire 1989, Genofre 2009, Arellano-Orden 2013). There is also evidence that talc causes neoplastic transformation in ovarian cells (Buz'Zard 2007) and that talc induces genotoxicity in mesothelial cells (Shukla 2009). Additionally, there is evidence that talc induces macrophage TNF-α expression (Cheng 2000), and macrophages that express TNF-α have been shown to promote ovarian tumorigenesis

(Hagemann 2006). Of note, invasive serous carcinomas commonly have p53 mutations and TNF-α induced chromosomal mutations have been shown to occur mostly in cells with p53 aberrations (Yan 2006).

It has long been generally accepted that asbestos exposure causes mesothelioma, ovarian cancer, and lung cancer (Dement 1994, deKlerk 1996, Berry 2000, IARC 2012). The experimental evidence was very important to my analysis.

9. Analogy:

Comparisons of similar associations can be used to determine plausibility. Hill suggested that when there is strong evidence of a causal relationship between a particular agent and a specific disease, researchers should be more accepting of weaker evidence that a similar agent may cause a similar disease. Analogy under the Bradford Hill viewpoints has been interpreted to mean that when one causal agent is known, the standards of evidence are lowered for a second causal agent that is similar in some way (Susser 1991). In the case of talc and ovarian cancer, one can use the analogy of asbestos and mesothelioma. Both talc and asbestos are silicates, and asbestos causes an inflammatory and fibrosing reaction within the pleura, which is generally accepted to be the primary cause of mesothelioma years later. It is the inflammatory and fibrosing reaction caused by talc that has led to its common use in the treatment of pneumothorax and pleural effusions by injection into the pleural cavity. Similarly, in the case of asbestos, fiber surface reactivity with free radical generation has been accepted as a mechanism of carcinogenesis (IARC Monograph). The analogy evidence was somewhat important in my analysis.

XVII.        CONCLUSION:

Based upon the totality of the evidence and consideration of the Bradford Hill viewpoints, which includes the high consistency and replication of the findings in the epidemiological studies, pathological, biological, and mechanistic evidence, it is my opinion, which I hold to a reasonable degree of scientific and medical certainty, that genital talcum powder exposure can cause ovarian cancer.



Figure 1. Ovarian invasive serous carcinoma.



Figure 2. Mesothelioma. Notice the morphologic similarities to ovarian serous carcinoma
(Fig 1).



Figure 3. Ovarian serous borderline tumor.



Figure 4. Ovarian clear cell carcinoma.



Figure 5. Ovarian endometrioid carcinoma.



Figure 6. Ovarian mucinous carcinoma.

**EXHIBIT A**

# CURRICULUM VITAE

Date prepared:        January 2018

**Name:**              **SARAH E. KANE, M.D.**

Office Address:       Commonwealth Pathology Partners, PC
                      Salem Hospital
                      Department of Pathology
                      81 Highland Avenue
                      Salem MA 01970

Home Address:        26 Bare Hill Road
                     Topsfield, MA 01983

Work E-Mail:         skane4@partners.org

Home E-Mail:         sarahkane898@gmail.com

Place of Birth:      Norwalk, CT

Education:
1995          B.A.        Skidmore College
                          Cum laude
2001          M.D.        The Ohio State University College of Medicine

Postdoctoral Training:

2001-2005     Resident        Pathology, AP/CP    Massachusetts General Hospital
2005-2007     Fellow          Robert E. Scully Fellow  Massachusetts General Hospital
                              Cytopathology, Gynecologic and Perinatal Pathology
Academic Appointments:

2001-2005     Clinical Instructor      Pathology      Harvard Medical School
2005-2007     Graduate Assistant       Pathology      Harvard Medical School
2007-2011     Instructor               Pathology      Harvard Medical School

Appointments at Hospitals/Affiliated Institutions

2007-2011     Staff Pathologist        Pathology      Beth Israel Deaconess
2007-2011     Staff Pathologist        Pathology      Beth Israel Deaconess-Needham
2011-Present  Staff Pathologist        Pathology      North Shore Medical Center
2011-Present  Staff Pathologist        Pathology      Newton-Wellesley Hospital
2011-Present  Clinical Affiliate       Pathology      Massachusetts General Hospital

Major Administrative Responsibilities:

| | | |
|---|---|---|
| 2005 | Chief Resident, Anatomic Pathology | Massachusetts General Hospital |
| 2007-2011 | Course Director, PA501.5 Elective | Harvard Medical School |
| 2010-2011 | Associate Director, Cytopathology Fellowship | BIDMC/Harvard |
| 2012-2013 | Hematology Laboratory Director NSMC | NSMC/Partners |
| 2013-Present | Autopsy Director, North Shore Medical Center | NSMC/Partners |

Major Committee Assignments:

| | | | |
|---|---|---|---|
| 2005-2007 | Cytopathology   Junior Member | College of American Pathologists |
| 2005 | Path Residency Training Committee | Member | Massachusetts General Hospital |
| 2005 | Anatomic Path Quality Assurance | Member | Massachusetts General Hospital |
| 2005 | Anatomic Path Steering Committee | Member | Massachusetts General Hospital |
| 2008-2011 | Path Resident Selection Committee | Member | Beth Israel Deaconess |
| 2009-2011 | Path Residency Planning Committee | Member | Beth Israel Deaconess |
| 2010 | Pathology Scheduling Committee | Member | Beth Israel Deaconess |
| 2010-2011 | Anatomic Path Quality Assurance | Member | Beth Israel Deaconess |

Professional Societies:

| | | |
|---|---|---|
| 1997 – 2001 | American Medical Student Association | Member |
| 2001 – Present | Massachusetts Medical Society | Member |
| 2003 – Present | United States and Canadian Academy of Pathology | Member |
| 2005 - Present | College of American Pathologists | Member |

Awards and Honors:

| | |
|---|---|
| 1994 | Charlotte W. Fahey Prize in Chemistry, Skidmore College |
| 1994 | Skidmore College Periclean Honor Society |
| 1995 | Phi Beta Kappa, Skidmore College |
| 1995 | Cum Laude with Department Honors, Skidmore College |
| 2000 | Honors in Pediatric Hematology and Oncology 4th Year Clerkship |
| 2000 | Letter of Commendation, Surgery Third Year Clerkship |
| 2000 | Letter of Commendation, Neurology Third Year Clerkship |
| 2001 | Honors in Anatomic and Clinical Pathology Fourth Year Elective |
| 2001 | Honors in Individual Studies in Pathology Fourth Year Elective |
| 2016 | Partners in Excellence Team Award |

Teaching of Students:

Harvard Medical School Courses:

| | | |
|---|---|---|
| 2007-2009 | Respiratory Pathophysiology | |
| 2nd Year Medical Students | Lab Instructor | Three 2 hour sessions, one week |

| 2007-2009 | Cardiovascular Pathophysiology | |
|---|---|---|
| 2nd Year Medical Students | Lab Instructor | Three 2 hour sessions, one week |

| 2007-2011 | Core Surgery Clerkship | |
|---|---|---|
| 3rd Year Medical Students | Pathology Coordinator | One hour lecture/3 months |

| 2009-2011 | Principal Clinical Experience | |
|---|---|---|
| 3rd Year Medical Students | Mentor | Two hour session per week |

| 2009-2011 | Principal Clinical Experience – Pathology Elective | |
|---|---|---|
| 3rd Year Medical Students | Mentor | Minimum 2 hour session/month |

Formal Teaching of Residents:

| 2007 | Respiratory Cytology | |
|---|---|---|
| All pathology residents | Beth Israel Deaconess | One hour lecture |

| 2007-2011 | Respiratory Cytology | Quarterly 1 hr microscope session |
|---|---|---|
| Pathology residents rotating through Cytology | | |

| 2008-2011 | Fine Needle Aspiration Techniques | |
|---|---|---|
| All pathology residents | Beth Israel Deaconess | One hour lecture |

| 2008-2011 | Histologic and Cytologic Correlation of Cervical Lesions | |
|---|---|---|
| All pathology residents | Beth Israel Deaconess | One hour lecture |

Clinical Supervisory and Training Responsibilities:

2007-2011 Core Surgery Clerkship, Pathology Elective BIDMC    2 students/month

Local Invited Presentations:

2005   Cytology/Histology Correlation   Clinical Pathology Technician Lecture Series
Department of Pathology, Massachusetts General Hospital

2008         Respiratory Cytology         Cytopathology Lecture Series
Department of Pathology, Brigham and Women's Hospital

Current Licensure and Certification:

| 2005 | Full License, Massachusetts |
|---|---|

| 2008 | Board certified, Anatomic and Clinical Pathology |
|---|---|

| 2008 | Board certified, Cytopathology |
|---|---|

Practice Activities:

| | |
|---|---|
| Surgical Pathology, Cytopathology, Autopsy | North Shore Medical Center |
| Surgical Pathology, Cytopathology | MGH Ambulatory Care Center |
| Cytopathology | Massachusetts General Hospital |
| Clinical Pathology | Newton-Wellesley Hospital |

Peer-Reviewed Publications:

Narasimhan V, Malboueuf B, **Hodil SE**. Temperature Induced Interstrand Crosslinks in Cisplatin-DNA Adducts Detected by Electrophoresis and UV Spectrophotometer. *Biochem Mol Biol Int*. 1995;37:843-851.

Grundy FJ,  Hodil SE, **Rollins SM**, Henkin TM. Specificity of tRNA-mRNA Interactions in *Bacillus subtilis* tyrS antitermination. *J Bacteriol*. 1997;179:2587-2594.

**Rollins S**, Prayson RA, McMahon JT, Cohen BH. Diagnostic Yield of Muscle Biopsy in Patients with Clinical Evidence of Mitochondrial Cytopathy. *Am J Clin Pathol*. 2001;116:326-330.

**Rollins SE**, Rollins SM, Ryan ET. Yersinia Pestis and the Plague. *Am J Clin Pathol*. 2003:119 Suppl:S78-85.

**Rollins SE**, Young RH, Bell DA. Autoimplants in Serous Borderline Tumors of the Ovary: A Clinicopathologic Study of 30 Cases of a Process to be Distinguished from Serous Adenocarcinoma. *Am J Surg Pathol*. 2006;30:457-462.

Chan MP, Hecht JL, **Kane SE**.  Clinicopathologic Correlation of Fetal Vessel Thrombosis in Mono- and Dichorionic Twin Placentas. *J Perinatol*.  2010 Oct; 30(10):660-4.

**Kane SE**, Hecht JL. Endometrial Intraepithelial Neoplasia Terminology in Practice: 4-Year Experience at a Single Institution. *Int J Gynecol Cancer*. 2012 Mar;31(2):160-165.

Haspel RA, Bhargava P, Gilmore H, **Kane SE**, Powers A, Sepehr A, Weinstein A, Schwartzstein R, Roberts D. Successful Implementation of a Longitudinal, Intergrated Pathology Curriculum During the Third Year of Medical School. *Arch Pathol Lab Med*. 2012 Nov;136(11):1430-6.

Proceedings of Meetings (Poster Presentations):

**Rollins S**, Prayson RA, McMahon JT, Cohen BH. Diagnostic Yield of Muscle Biopsy in Patients With Clinical Evidence of Mitochondrial Cytopathy. 90th United States and Canadian Academy of Pathology. March 2001. Atlanta, GA.

**Rollins SE**, Nielsen GP, Hedley-Whyte ET.  Light Microscopy, Electron Microscopy, and Mitochondrial Enzyme Function in Muscle Biopsies for Suspected Mitochondrial Cytopathies. 92nd United States and Canadian Academy of Pathology. March 2003. Washington, DC.

**Rollins SE**, Nielsen GP, Hedley-Whyte ET.  Light Microscopy, Electron Microscopy, and Mitochondrial Enzyme Function in Muscle Biopsies for Suspected Mitochondrial Cytopathies. Massachusetts General Hospital Clinical Research Day. June 2003. Boston, MA.

**Rollins SE**, Young RH, Bell DA.  Autoimplants Involving Serous Borderline Tumors of the Ovary: A Clinicopathologic Study of 30 Cases.  93rd United States and Canadian Academy of Pathology. March 2004. Vancouver, BC.

Michaels PJ, **Rollins SE**, Bounds BC, Brugge WR, Pitman MB. Cyst Fluid Analysis and Endoscopic Features Aid in the Preoperative Grading of Intraductal Papillary Mucinous Neoplasms of the Pancreas.  95th United States and Canadian Academy of Pathology. February 2006. Atlanta, GA.

**Rollins SE**, Clement PB, Young RH. Uterine Tumors Resembling Ovarian Sex Cord Tumors Frequently Have Incorporated Mature Smooth Muscle Imparting a Pseudoinfiltrative Appearance. 96th United States and Canadian Academy of Pathology, March 2007.  San Diego, CA.

White SR, Hecht J, **Kane SE**, Fu Y, Cohen DW, Wang HH. Bile duct brush cytology: indeterminate diagnosis is essential.  Arch Pathol Lab Med 2009;133:1689.

**EXHIBIT B**

# SARAH E. KANE, M.D.

Board Certified in Anatomic and Clinical Pathology, and Cytopathology

---

## REFERENCES CITED
## AND OTHER MATERIAL AND DATA CONSIDERED

LITERATURE:

1. Acheson ED, Gardner MJ, Pippard EC, and Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocodilite asbestos: a 40 year follow-up. *Br J Indust Med* 1982;39-344-8.

2. Allaire GS, Goodman ZD, Ishak KG, et al. Talc in liver tissue of intravenous drug abusers with chronic hepatitis. A comparative study. *Am J Clin Pathol* 1989 Nov;92(5):583-8.

3. Antonangelo L, Vargas FS, Teixeira LR, et al. Pleurodesis induced by talc or silver nitrate: Evaluation of collagen and elastic fibers in pleural remodeling. *Lung* 2006;184:105-11.

4. Antony VB, Nasreen N, Mohammed KA, et al. Talc pleurodesis: Basic fibroblast growth factor mediates pleural fibrosis. *Chest* 2004;126:1522-8.

5. Arellano-Orden E, Romero-Falcon A, Juan JM, et al. Small particle-size talc is associated with poor outcome and increased inflammation in thoracoscopic pleurodesis. *Respiration* 2013;86(3):201-9.

6. Aust AE and Eveleigh JF. Mechanisms of DNA oxidation. *Proc Soc Exp Biol Med* 1999;222:246-52.

7. Baandrup L, Faber MT, Christensen J, et al. Nonsteroidal anti-inflammatory drugs and risk of ovarian cancer: systematic review and meta-analysis of observational studies. *Acta Obstet Gynecol Scand* 2013;92(3):245-55.

8. Belotte J, Fletcher NM, Saed MG, et al. A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival. *PLoS One* 2015; 10(8): e0135739.

9. Berge W, Mundt K, Luu H, et al. Genital use of talc and risk of ovarian cancer: a meta-analysis. *Eur J Cancer Prev* 2018 May;27(3):248-257.

10. Berry G, Newhouse ML, Wagner JC. Mortality from all cancers of asbestos factory workers in east London 1933–80. *Occup Environ Med* 2000;57:782–785.

11. Bertolotti M, Ferrante D, Mirabelli D. [Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]. *Epidemiol Prev* 2008;32(4-5):218-28.

12. Blettner M, Sauerbrel W, Schlehofer B, et al. Traditional reviews, meta-analyses and pooled analyses in epidemiology. *Int J Epidemiol* 1999 Feb;28(1):1-9.

13. Blount, A. M. Amphibole content of cosmetic and pharmaceutical talcs. *Environ. Health Perspect* 1991; 94:225-230.

14. Booth M, Beral V, and Smith P. Risk factors for ovarian cancer: A case-control study. *Br J Cancer* 1989;60:592-8.

15. Brinton LA, Gridley G, Persson I, et al. Cancer risk after a hospital discharge diagnosis of endometriosis. *Am J Obstet Gynecol* 1997;176:572-9.

16. Brinton LA, Lamb EJ, Moghissi KS, et al. Ovarian cancer risk associated with varying causes of infertility. *Fertil Steril* 2004;82:405-14.

17. Burki T. Asbestos production increases despite WHO opposition. *Lancet Oncol* 2009;10(9):846.

18. Buz'Zard AR and Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytother Res* 2007;21:579-86.

19. Camargo MC, Stayner LT, Straif K, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. *Environ Health Perspect* 2011;119(9):1211-7.

20. Campion A, Smith KJ, Fedulov AV, et al. Identification of foreign particles in human tissues using Raman microscopy. *Anal Chem* 2018 Jul 17;90(14):8362-8369.

21. Centers for Disease Control and Prevention. Principles of epidemiology in public health practice, third edition. An introduction to applied epidemiology and biostatistics. https://www.cdc.gov/ophss/csels/dsepd/ss1978/lesson3/section5.html. Last accessed 11/9/2018.

22. Chang S and Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer* 1997;79:2396-401.

23. Chen Y, Wu PC, Lang JH, et al. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol* 1992;21:23-9.

24. Cheng DS, Rogers J, Wheeler A, et al. The effects of intrapleural polyclonal anti-tumor necrosis factor alpha (TNF alpha) Fab fragments on pleurodesis in rabbits. *Lung* 2000;178(1):19-29.

25. Churg A. *Pathology of Occupational Disease*. Baltimore: Williams and Wilkins; 1998. Neoplastic asbestos-induced disease; 339–392p.

26. Circu ML, Aw TY. Glutathione and modulation of cell apoptosis. *Biochim Biophys Acta* 2012 Oct;1823(10):1767-77.

27. Clendenen TV, Lundin E, Zeleniuch-Jacquotte A, et al. Circulating inflammation markers and the risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev* 2011;20(5):799-810.

28. Clin B, Morlais F, Dubois B, Guizard AV, Desoubeaux N, Marquignon MF. Occupational asbestos exposure and digestive cancers—a cohort study. *Aliment Pharmacol Ther* 2009;30:364–374.

29. Cohn LD, Becker BJ. How meta-analysis increases statistical power. *Psychol Methods* 2003 Sep;8(3):243-53.

30. Cook LS, Kamb ML, and Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol* 1997;145:459-65.

31. Coughlin SS, Hall IJ. Glutathione S-transferase polymorphisms and risk of ovarian cancer: a HuGE review. *Genet Med* 2002 Jul-Aug;4(4):250-7.

32. Cralley LJ, Key MM, Groth DH, et al. Fibrous and mineral content of cosmetic talcum products. *Am Ind Hyg Assoc J* 1968;29(4):350-4.

33. Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *Int J Cancer* 1999;81:351-6.

34. Cramer DW, Titus-Ernstoff L, McKolanis JR, et al. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. *Cancer Epidemiol Biomarkers Prev* 2005;14:1125-31.

35. Cramer DW, Vitonis AF, Terry KL, et al. The association between talc use and ovarian cancer: A retrospective case-control study in two US states. *Epidemiology* 2016;27:334-46.

36. Cramer DW, Welch WR, Berkowitz RS, and Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstet Gynecol* 2007;110:498-501.

37. Cramer DW, Welch WR, Scully RE, and Wojciechowski CA. Ovarian cancer and talc. *Cancer* 1982;50:372-6.

38. deKlerk NH, Musk AW, Williams V, et al. Comparison of measures of exposure to asbestos in former crocidolite workers from Wittenoom Gorge, W. Australia. *Am J Ind Med* 1996;30(5):579-87.

39. Dement JM, Brown DP, Okun A. Follow-up study of chrysotile asbestos textile workers: cohort mortality and case-control analyses. *Am J Ind Med* 1994;26(4):431-47.

40. Dong Y, Walsh MD, Cummings MC, et al. Expression of MUC1 and MUC2 mucins in epithelial ovarian tumours. *J Pathol* 1997;183:311-7.

41. Edwards RP, Huang X, Vlad AM. Chronic inflammation in endometriosis and endometriosis-associated ovarian cancer: new roles for the "old" complement pathway. *Oncoimmunology* 2015;4(5).

42. Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. *Fertil Steril* 1961;12:151-5.

43. Erickson BK, Conner MG, Landen Jr CN. The role of the fallopian tube in the origin of ovarian cancer. *Am J Obstet Gynecol* 2013;209:409-14.

44. Feng H, Ghazizadeh M, Konishi H, Araki T. Expression of MUC1 and MUC2 mucin gene products in human ovarian carcinomas. *Jpn J Clin Oncol* 2002;32:525-9.

45. Ferrante D, Bertolotti M, Todesco A, et al. Cancer mortality and incidence of mesothelioma in a cohort of wives of asbestos workers in Casale Monferrato, Italy. *Environ Health Perspect* 2007;115(10):1401-5.

46. Fletcher NM, Memaj I, Saed NM. Talcum powder enhances oxidative stress in ovarian cancer. *Reprod Sci Suppl* 2018 March;2154-5A.

47. Fletcher NM, Belotte J, Saed MG, et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer. *Free Radic Biol Med* 2017 Jan;102:122-132.

48. Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In Diagnostic Gynecologic and Obstetric Pathology (Third Edition), 844–64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

49. Frank C LJ. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder. *Respiratory Med CME* 2011;4:109-111.

50. Gardner MJ, Winter PD, Pannett B, Powell CA. Follow up study of workers manufacturing chrysotile asbestos cement products. *Br J Ind Med* 1986;43:726–732.

51. Gates MA, Tworoger SS, Terry KL, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev* 2008;17:2436-44.

52. Gates MA, Rosner BA, Hecht JL, et al. Risk factors for epithelial ovarian cancer by histologic subtype. *Am J Epidemiol* 2010;171:45-53.

53. Genofre EH, Marchi E, Vargas FS. Inflammation and clinical repercussions of pleurodesis induced by intrapleural talc administration. *Clinics (Sao Paulo)* 2007 Oct;62(5):627-34

54. Genofre EH, Vargas FS, Acencio MM, et al. Talc pleurodesis: evidence of systemic inflammatory response to small size talc particles. *Respir Med* 2009;103(1):91-7.

55. Germani D, Belli S, Bruno C, et al. Cohort mortality study of women compensated for asbestosis in Italy. *Am J Ind Med 1999*;36(1):129-34.

56.     Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst* 2000;92:249-52.

57.     Ghio AJ, Taylor DE, Stonehuerner JG, Piantadosi CA, et al. The release of iron from different asbestos structures by hydrogen peroxide with concomitant O2 generation. *Biometals* 1998;11(1):41-7.

58.     Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *Am J Obstet Gynecol* 1998;179(2):403-10.

59.     Gonzalez NL, O'Brien KM, D'Alosisio AA, et al. Douching, Talc Use, and Risk of Ovarian Cancer. *Epidemiology* 2016;27:797-802.

60.     Goode EL, Fridley BL, Vierkant RA, et al. Candidate gene analysis using imputed genotypes: cell cycle single-nucleotide polymorphisms and ovarian cancer risk. *Cancer Epidemiol Biomarkers Prev* 2009 Mar;18(3):935-44

61.     Goodman MT, Lurie G, Thompson PJ, et al. Association of two common single-nucleotide polymorphisms in the *CYP19A1* locus and ovarian cancer risk. *Endocr Relat Cancer* 2008 Dec;15(4):1055-1060.

62.     Graham J and Graham R. Ovarian cancer and asbestos. *Environ Res* 1967;1:115-28.

63.     Green A, Purdie D, Bain C, et al. Tubal sterilization, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *Int J Cancer* 1997;71:948-51.

64.     Gross AJ and Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *J Expo Anal Environ Epidemiol* 1995;5:181-95.

65.     Gulumian M. The role of oxidative stress in diseases caused by mineral dusts and fibres: current status and future of prophylaxis and treatment. *Mol Cell Biochem* 1999;196(1-2):69-77.

66.     Gupta M, Babic A, Beck AH, et al. TNF-α expression, risk factors, and inflammatory exposures in ovarian cancer: evidence for an inflammatory pathway of ovarian carcinogenesis? *Hum Pathol* 2016;54:82-91.

67.     Hagemann T, Wilson J, Burke F, et al. Ovarian cancer cells polarize macrophages toward a tumor-associated phenotype. *J Immunol* 2006;176(8):5023-32.

68.     Harding AH, Darnton A, Wegerdt J, McElvenny D. Mortality among British asbestos workers undergoing regular medical examinations (1971–2005). *Occup Environ Med* 2009;66:487–495.

69.     Harlow BL, Cramer DW, Bell DA, and Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol* 1992;80:19-26.

70.     Harlow BL and Weiss NS. A case-control study of borderline ovarian tumors: The influence of perineal exposure to talc. *Am J Epidemiol* 1989;130:390-4.

71.     Hartge P, Hoover R, Lesher LP, et al. Talc and ovarian cancer. *JAMA* 1983;250(14):1844.

72.     Hein MJ, Stayner LT, Lehman E, Dement JM. Follow-up study of chrysotile textile workers: cohort mortality and exposure–response. *Occup Environ Med* 2007;64:616–625.

73.     Heller DS, Westhoff C, Gordon RE, and Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am J Obstet Gynecol* 1996;174:1507-10.

74.     Henderson WJ, Joslin CA, Turnbull AC and Griffiths K. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw* 1971;78:266-72.

75.     Henderson WJ, Hamilton TC, and Griffiths K. Talc in normal and malignant ovarian tissue. *Lancet* 1979;1:499.

76. Hill AB. The environment and disease: Association or causation? *Proc R Soc Med* 1965;58:295-300.

77. Ho SB, Niehans GA, Lyftogt C, et al. Heterogeneity of mucin gene expression in normal and neoplastic tissues. *Cancer Res* 1993;53:641-51.

78. Hobson J, Wright JL, Churg A. Active oxygen species mediate asbestos fiber uptake by tracheal epithelial cells. *FASEB J* 1990;4(13):3135-9.

79. Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. *J Natl Cancer Inst* 2014;106:1-6.

80. Huncharek M, Geschwind JF, and Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: A meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer Res* 2003;23:1955-60.

81. Huncharek MS, Muscat JE, Onitilo A, and Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: A meta-analysis of nine observational studies. *Eur J Cancer Prev* 2007;16:422-9.

82. Institute of Medicine. *Asebstos: selected cancers.* Washington (DC): National Academies Press (US); 2006.

83. IARC. International Agency for Research on Cancer Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates IARC Monographs. 1987

84. International Agency for Research on Cancer. Arsenic, metals, fibres, and dusts. *IARC Monogr Eval Carcinog Risks Hum* 2010;100c:219-309.

85. International Agency for Research on Cancer. Arsenic, Metals, Fibres and Dusts. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, No. 100C *IARC Monogr Eval Carcinog Risks Hum* Lyon (FR): International Agency for Research on Cancer; 2012.

86. Ishikawa T, Ali-Osman F. Glutathione-associated cis-diamminedichloroplatinum(II) metabolism and ATP-dependent efflux from leukemia cells. Molecular characterization of glutathione-platinum complex and its biological significance. *J Biol Chem* 1993 Sep 25;268(27):20116-25.

87. Jiang Z, Fletcher NM, Ali-Fehmi R, et al. Modulation of redox signaling promotes apoptosis in epithelial ovarian cancer cells. *Gynecol Oncol* 2011 Aug;122(2):418-23.

88. Kindelberger DW, Lee Y, Miron A, et al. Intraepithelial carcinoma of the fimbria and pelvic serous carcinoma: Evidence for a causal relationship. *Am J Surg Pathol* 2007;31:161-9.

89. Klaunig JE, Kamendulis LM, Hocevar BA. Oxidative stress and oxidative damage in carcinogenesis. *Toxicol Pathol* 2010 Jan;38(1):96-109

90. Kobayashi H, Sumimoto K, Moniwa N, et al. Risk of developing ovarian cancer among women with ovarian endometrioma: A cohort study in Shizuoka, Japan. *Int J Gynecol Cancer* 2007;17:37-43.

91. Kotera Y, Fontenot JD, Pecher G, et al. Humoral immunity against a tandem repeat epitope of human mucin MUC1 in sera from breast, pancreatic, and colon cancer patients. *Cancer Res* 1994;54:2856-60.

92. Kurman RJ and Shih IM. The origin and pathogenesis of epithelial ovarian cancer: A proposed unifying theory. *Am J Surg Pathol* 2010;34:433-43.

93. Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer Epidemiol Biomarkers Prev* 2012;21(8):1282-92.

94.     Langseth H, Andersen A. Cancer incidence among women in the Norwegian pulp and paper industry. *Am J Ind Med* 1999;36(1):108-13.

95.     Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health* 2008;62;358-60.

96.     Langseth H, Johansen BV, Nesland JM, et al. Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers. *Int J Gynecol Cancer* 2007;17(1):44-9.

97.     Langseth H and Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scand J Work Environ Health* 2004;30(5):356-61.

98.     Laury AR, Hornick JL, Perets R, et al. PAX8 reliably distinguishes ovarian serous tumors from malignant mesothelioma. *Am J Surg Pathol* 2010;34(5):627-35.

99.     Lei XG, Zhu JH, Cheng WH, et al. Paradoxical Roles of Antioxidant Enzymes: Basic Mechanisms and Health Implications. *Physiol Rev* 2016 Jan;96(1):307-64.

100.    Lengyel E. Ovarian cancer development and metastasis. *Am J Pathol* 2010 Sep;177(3):1053-64.

101.    Lin HW, Tu YY, Lin SY, et al. Risk of ovarian cancer in women with pelvic inflammatory disease: a population-based study. *Lancet Oncol* 2011;12(9):900-4.

102.    Lo-Ciganic WH, Zgibor JC, Bunker CH, et al. Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. *Epidemiology* 2012 Mar;23(2):311-9.

103.    Longo DL, Young RC. Talc and ovarian cancer. *Lancet* 1979;2(8138):349-51.

104.    Loomis D, Dement JM, Wolf SH, Richardson DB. Lung cancer mortality and fibre exposures among North Carolina asbestos textile workers. *Occup Environ Med* 2009;66:535–542.

105.    Lundin E, Dossus L, Clendenen T, et al. C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy). *Cancer Causes Control* 2009 Sep;20(7):1151-9.

106.    Magnani C, Ferrante D, Barone-Adesi F, et al. Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers. *Occup Environ Med* 2008;65(3):164-70.

107.    Mallen, AR, MK Townsend, and SS Tworoger. 2018. "Risk Factors for Ovarian Carcinoma." Hematology/Oncology Clinics of North America. https://doi.org/10.1016/j.hoc.2018.07.002.

108.    Malone JM, Saed GM, Diamond MP, et al. The effects of the inhibition of inducible nitric oxide synthase on angiogenesis of epithelial ovarian cancer. *Am J Obstet Gynecol* 2006 Apr;194(4):1110-6; discussion 1116-8.

109.    Mamo C, Costa G. Mortality experience in an historical cohort of chrysotile asbestos textile workers. 2004. Available from: http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.500.2907&rep=rep1&type=pdf

110.    Marchiori E, Lourenco S, Gasparetto TD, Zanetti G, Mano CM, Nobre LF. Pulmonary talcosis: imaging findings. *Lung* 2010;188(2):165-171.

111.    McDonald JC, Harris JM, Berry G. Sixty years on: the price of assembling military gas masks in 1940. *Occup Environ Med* 2006;63(12):852-5.

112.    McSorley MA, Alberg AJ, Allen DS, et al. C-reactive protein concentrations and subsequent ovarian cancer risk. *Obstet Gynecol* 2007;109(4):933-41.

113.    Merritt MA, Green AC, Nagle CM, et al. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer* 2008;122:170-6.

114.    Mills PK, Riordan DG, Cress RD, and Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the central valley of California. *Int J Cancer* 2004;112:458-64.

115.    Moorman PG, Palmieri RT, Akushevich L, et al. Ovarian cancer risk factors in African-American and white women. *Am J Epidemiol* 2009;170(5):598-606.

116.    Mossman BT and Churg A. Mechanisms in the pathogenesis of asbestosis and silicosis. *Am J Respir Crit Care Med* 1998;157(5 Pt 1):1666-80.

117.    Mossman BT and Landesman JM. Importance of oxygen free radicals in asbestos-induced injury to airway epithelial cells. *Chest* 1983;83(5 Suppl):50S-51S.

118.    Mostafa SA, Bargeron CB, Flower RW, et al. Foreign body granulomas in normal ovaries. *Obstet Gynecol* 1985;66:701-2.

119.    Najmunnisa N, Mohammed KA, Brown S, et al. Talc mediates angiostasis in malignant pleural effusions via endostatin induction. *Eur Respir J* 2007;29:761-9.

120.    Nasreen N, Hartman DL, Mohammed KA, and Antony VB. Talc-induced expression of C-C and C-X-C chemokines and intercellular adhesion molecule-1 in mesothelial cells. *Am J Respir Crit Care Med* 1998;158:971-8.

121.    Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst* 1999 Sep 1;91(17):1459-67.

122.    Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology* 2000;11:111-7.

123.    Newhouse ML, Berry G, Wagner JC, Turok ME. A study of the mortality of female asbestos workers. *Br J Ind Med* 1972;29:134-41.

124.    Newhouse ML, Sullivan KR. A mortality study of workers manufacturing friction materials: 1941–1986. *Br J Ind Med* 1989;46:176–179.

125.    NIOSH. https://www.cdc.gov/niosh/docs/81-103/pdfs/81-103.pdf  Last accessed 11/15/18

126.    Notaridou M, Quaye L, Dafou D, et al. Common alleles in candidate susceptibility genes associated with risk and development of epithelial ovarian cancer. *Int J Cancer* 2011 May 1;128(9):2063-74.

127.    Occupational Safety and Health Administration. Asbestos. https://www.osha.gov/SLTC/asbestos/ Last accessed 11/9/2018.

128.    Ordonez NG. Value of PAX8, PAX2, claudin-4, and h-caldesmon immunostaining in distinguishing peritoneal epithelioid mesotheliomas from serous carcinomas. *Mod Pathol* 2013;26:553-62.

129.    Park, HK, J M Schildkraut, AJ Alberg, EV Bandera, JS Barnholtz-Sloan, M Bondy, S Crankshaw, et al. 2018. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." Cancer Causes & Control, September. https://doi.org/10.1007/s10552-018-1082-4.

130.    Penninkilampi R, Eslick GD. Perineal talc use and ovarian cancer: a systemic review and meta-analysis. *Epidemiology* 2018 Jan;29(1):41-49.

131.    Piek JM, Verheijen RH, Kenemans P, et al. BRCA1/2-related ovarian cancers are of tubal origin: A hypothesis. *Gynecol Oncol* 2003;90(2):491.

132.    Pike MC, Pearce CL, Peters R, et al. Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. *Fertil Steril* 2004 Jul;82(1):186-95.

133.    Pinheiro SP, Hankinson SE, Tworoger SS, et al. Anti-MUC1 antibodies and ovarian cancer risk: Prospective data from the Nurses' Health Studies. *Cancer Epidemiol Biomarkers Prev* 2010:19:1595-601.

134. Pira E, Pelucchi C, Palmas A, et al. Cancer mortality in a cohort of asbestos textile workers. *Br J Cancer* 2005;92(3):580-6.

135. Plato N, Martinsen JI, Kjaerheim K, et al. Mesothelioma in Sweden: Dose-response analysis for exposure to 29 potential occupational carcinogenic agents. *Saf Health Work* 2018 Sep;9(3):290-295. doi: 10.1016/j.shaw.2018.04.003. Epub 2018 Apr 21

136. Poole EM, Lee IM, Ridker PM, et al. A prospective study of circulating C-reactive protein, interleukin-6, and tumor necrosis factor α receptor 2 levels and risk of ovarian cancer. *Am J Epidemiol* 2013;178(8):1256-64.

137. Pukkala E, Martinsen JI, Lynge E, et al. Occupation and cancer - follow-up of 15 million people in five Nordic countries. *Acta Oncol* 2009;48(5):646-790.

138. Reid A, Heyworth J, de Klerk N, et al. The mortality of women exposed environmentally and domestically to blue asbestos at Wittenoom, Western Australia. *Occup Environ Med* 2008;65(11):743-9.

139. Reid A, de Klerk N, Musk AW. Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis. *Cancer Epidemiol Biomarkers Prev* 2011;20(7):1287-95.

140. Reid A, Segal A, Heyworth JS, et al. Gynecologic and breast cancers in women after exposure to blue asbestos at Wittenoom. *Cancer Epidemiol Biomarkers Prev* 2009;18(1):140-7.

141. Reuter S, Gupta SC, Chaturvedi MM, et al. Oxidative stress, inflammation, and cancer: how are they linked? *Free Radic Biol Med* 2010 Dec 1;49(11):1603-16.

142. Richards JS, Russell DL, Ochsner S, et al. Ovulation: New dimensions and new regulators of the inflammatory-like response. *Annu Rev Physiol* 2002;64:69-92.

143. Risch HA and Howe GR. Pelvic inflammatory disease and the risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev* 1995;4:447-51.

144. Robledo R and Mossman B. Cellular and molecular mechanisms of asbestos-induced fibrosis. *J Cell Physiol* 1999;180(2):158-66.

145. Roggli VL, Pratt PC. Numbers of asbestos bodies on iron-stained tissue sections in relation to asbestos body counts in lung tissue digests. *Hum Pathol* 1983 Apr;14(4):355-61.

146. Roggli VL, Pratt PC, Brody AR. Asbestos content of lung tissue in asbestos associated diseases: a study of 110 cases. *Br J Ind Med* 1986 Jan;43(1):18-28.

147. Rojas V, Hirshfield KM, Ganesan S, et al. Molecular Characterization of Epithelial Ovarian Cancer: Implications for Diagnosis and Treatment. *Int J Mol Sci* 2016 Dec 15;17(12). pii: E2113.

148. Rosenblatt KA, Szklo M, and Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol* 1992;45:20-5.

149. Rosenblatt KA, Weiss NS, Cushing-Haugen KL, et al. Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes Control* 2011;22:737-42.

150. Rosler JA, Woitowitz HJ, Lange HJ, et al. Mortality rates in a female cohort following asbestos exposure in Germany. *J Occup Med* 1994;36(8):889-93.

151. Rothwell PM, Price JF, Fowkes FG, et al. Short-term effects of daily aspirin on cancer incidence, mortality, and non-vascular death: Analysis of the time course of risks and benefits in 51 randomised controlled trials. *Lancet* 2012;379:1602-12.

152. Saed GM, Ali-Fehmi R, Jiang ZL, et al. Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer. *Gynecol Oncol* 2010 Feb;116(2):276-81.

153. Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecol Oncol* 2017;145(3):595-602.

154. Saed GM, Morris RT, Fletcher NM. New insights into the pathogenesis of ovarian cancer: Oxidative stress. *Ovarian Cancer – From Pathogenesis to Treatment.* DOI: 10.5772/intechopen.73860. 2018. 83-110p.

155. Schieber M, Chandel NS. ROS function in redox signaling and oxidative stress. *Curr Biol* 2014 May 19;24(10):R453-62.

156. Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between body powder use and ovarian cancer: The African American Cancer Epidemiology Study (AACES). *Cancer Epidemiol Biomarkers Prev* 2016;25:1411-17.

157. Senthil K, Aranganathan S, Nalini N. Evidence of oxidative stress in the circulation of ovarian cancer patients. *Clin Chim Acta* 2004;339:27–32.

158. Shukla A, MacPherson MB, Hillegass J, et al. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. *Am J Respir Cell Mol Biol* 2009 Jul; 41(1): 114–123.

159. Stanton MF and Wrench C. Mechanisms of mesothelioma induction with asbestos and fibrous glass. *J Natl Cancer Inst* 1972;48(3):797-821.

160. Straif K, Benbrahim-Talloa L, Baan R, et al. Special Report: Policy. A review of human carcinogens–Part C: metals, arsenic, dusts, and fibres. *Lancet Oncol* 2009;10:453–454.

161. Susser M. What is a cause and how do we know one? A grammar for pragmatic epidemiology. *Am J Epidemiol* 1991;133(7):635-48.

162. Suzuki Y, Kohyama N. Translocation of inhaled asbestos fibers from the lung to other tissues. *Am J Ind Med* 1991;19(6):701-704.

163. Szeszenia-Dabrowska N, Urszula W, Szymczak W, Strzelecka A. Mortality study of workers compensated for asbestosis in Poland, 1970–1997. *Int J Occup Med Environ Health* 2002;15:267–78.

164. Terry KL, Karageorgi S, Shvetsov YR, et al. Genital powder use and risk of ovarian cancer: A pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res* 2013;6:811-21.

165. Terry KL, Titus-Ernstoff L, McKolanis JR, et al. Incessant ovulation, mucin 1 immunity, and risk of ovarian cancer. *Cancer Epidemiol Biomarkers Prev* 2007;16:30-5.

166. Toriola AT, Grankvist K, Aqborsanqaya CB, et al. Changes in pre-diagnostic serum C-reactive protein concentrations and ovarian cancer risk: a longitudinal study. *Ann Oncol* 2011;22(8):1916-21.

167. Torre LA, Trabert B, DeSantis CE, et al. Ovarian cancer statistics, 2018. *CA Cancer J Clin* 2018 Jul;68(4):284-296.

168. Trabert B, Ness RB, Wei-Hsuan LC, et al. Aspirin, nonaspirin nonsteroidal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: A pooled analysis in the ovarian cancer association consortium. *J Natl Cancer Inst* 2014;106:1-11.

169. Tzonou A, Polychronopoulou A, Hsieh CC, et al. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer* 1993;55(3):408-10.

170. Upadhyay D and Kamp DW. Asbestos-induced pulmonary toxicity: role of DNA damage and apoptosis. *Exp Biol Med (Maywood)* 2003;228(6):650-9.

171. van den Heuvel MM, Smit HJ, Barbierato SB, et al. Talc-induced inflammation in the pleural cavity. *Eur Respir J* 1998;12:1419-23.

172. Vasama-Neovonen K, Pukkala E, Paakkulainen H, et al. Ovarian cancer and occupational exposures in Finland. *Am J Ind Med* 1999;36(1):83-9.

173. Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavities and ovaries. *Afr Med J* 1979;55:917-9.

174. Vlad AM, Diaconu I, Gantt KR. MUC1 in endometriosis and ovarian cancer. *Immunol Res* 2006;36(1-3):229-36.

175. Waris G, Ahsan H. Reactive oxygen species: role in the development of cancer and various chronic conditions. *J Carcinog* 2006;5:14.

176. Wasserstein RL, Lazar NA. The ASA's statement on p -values: Context, process, and purpose. *Am Stat* 2016;70:2: 129-133, DOI:10.1080/00031305.2016.1154108

177. Whittemore AS, Wu ML, Paffenbarger RS, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol* 1988;128:1228-40.

178. Wignall BK and Fox AJ. Mortality of female gas mask assemblers. *Br J Indust Med* 1982;39-34-8.

179. Wilcsynska U, Szymaczak W, Szeszenia-Dabrowska N. Mortality from malignant neoplasms among workers of an asbestos processing plant in Poland: results of prolonged observation. *Int J Occup Med Environ Health* 2005;18(4):313-26.

180. Wong C, Hempling RE, Piver MS, et al. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol* 1999;93:372-6.

181. Wu AH, Pearce C, Tseng CC, et al. Markers of inflammation and risk of ovarian cancer in Los Angeles County. *Int J Cancer* 2009;124:1409-15.

182. Wu AH, Pearce CL, Tseng CC, et al. African Americans and Hispanics remain at lower risk of ovarian cancer than non-Hispanic Whites after considering nongenetic risk factors and oophorectomy rates. *Cancer Epidemiol Biomarkers Prev* 2015 Jul;24(7):1094-100.

183. Wyroba E, Suski S, Miller K, et al. Biomedical and agricultural applications of energy dispersive X-ray spectroscopy in electron microscopy. *Cell Mol Biol Lett* 2015 Sep;20(3):488-509.

184. Xie C, Reusse A, Dai J, et al. TNF-alpha increases tracheal epithelial asbestos and fiberglass binding via a NF-kappaB-dependent mechanism. *Am J Physiol Lung Cell Mol Physiol* 2000;279(3):L608-14.

185. Yan B, Wang H, Rabbani ZN, et al. Tumor necrosis factor-alpha is a potent endogenous mutagen that promotes cellular transformation. *Cancer Res* 2006;66(24):11565-70.

186. Zhou Z, Zeng F, Yuan J, et al. Pelvic inflammatory disease and the risk of ovarian cancer: a meta-analysis. *Cancer Causes Control* 2017;28(5):415-428.

OTHER SOURCES:
1.   Birrer, Michael. Expert Report of Michael Birrer, MD, PhD. 5/4/17.
2.   Deposition of Alice Blount, Ingham v. Johnson & Johnson, et al. (Cir. Ct. of the City of St. Louis, MO) (April 13, 2018).
3.   Chodosh, Lewis A. Opinions of Lewis A. Chodosh, MD, PhD. 10/16/15.
4.   Chodosh, Lewis A. Trial testimony in Brandi Carl and Joel Carl, Diana Balderrama and Gilbert Balderrama, v. Johnson & Johnson, Imerys Talc America, et al; Atlantic County Courthouse Cases ATL-L-6546-14 and ATL-L-2648-15. 8/19/16.
5.   Cohen, Samuel M. Cosmetic talc and the development of ovarian cancer. 10/15/15.
6.   Cramer, Daniel W. Opinion on the relationship between ovarian cancer and cosmetic talc use: Causality and relevance to the case of Ms. Deane Berg (Civil Action Number 4:09-CV-04179-KES). 8/24/11.
7.   Cramer, Daniel W. Opinion on the relationship between ovarian cancer and cosmetic talc use: Causality and relevance to the case of Jaqueline Fox (Civil Action Number 1422-CC09012). 7/31/15.
8.   Expert Report of Michael Crowley, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Nov. 12, 2018).
9.   Godelski, John J. Expert report in the case of Jaqueline Fox. 6/4/15.
10.  Deposition & Exhibits of John Hopkins, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Aug. 16 & 17, 2018; Oct. 26, 2018; and Nov. 5, 2018).
11.  Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD. Analysis report: MAS Project #14-1683 Johnson's Baby Powder sample set. 4/28/17.
12.  Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD. Analysis of Johnson & Johnson Baby Powder and Valiant Shower to Shower products for amphibole (tremolite) asbestos. 8/2/17.
13.  Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD. TEM analysis of historical 1978 Johnson's Baby Powder sample for amphibole asbestos. 2/16/18.
14.  Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Nov. 14, 2018).
15.  Ness, Roberta B. Report on the question of whether genital talc use causes ovarian cancer. 8/15.
16.  Deposition & Exhibits of Julie Pier, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Sept. 12 & 13, 2018).
17.  Siemiatycki, Jack. Expert report of Jack Siemiatycki, MSc, PhD on talc use and ovarian cancer. 10/4/16.