# Exhibit 74

*The Journal of Obstetrics and Gynaecology of the British Commonwealth*
March 1971. Vol. 78. pp. 266–272.

# TALC AND CARCINOMA OF THE OVARY AND CERVIX

BY

W. J. Henderson, *Electron Microscopist*
Tenovus Institute for Cancer Research

C. A. F. Joslin, *Consultant Radiotherapist*
Velindre Memorial Centre for Cancer Research

A. C. Turnbull, *Professor of Obstetrics and Gynaecology*
Welsh National School of Medicine

AND

K. Griffiths, *Director*
Tenovus Institute for Cancer Research, Welsh National School of Medicine, Cardiff

**Summary**

An extraction-replication technique was used to examine tissue from patients with ovarian and cervical tumours. In both conditions talc particles were found deeply embedded within the tumour tissue. The close association of talc to the asbestos group of minerals is of interest.

The development in this laboratory of an extraction-replication technique (Henderson, 1969) for the study of foreign particles within tissues has allowed the *in situ* identification of crocidolite asbestos within the tissue of various mesotheliomas (Henderson *et al.*, 1969) removed from patients who had been concerned with the manipulation of asbestos in industry. This technique has now been applied to the study of tissue from ovarian and cervical carcinoma.

### Materials and Methods

*Tissue*

The tissue studied was obtained from patients with cancer of either the ovary or the cervix, and was first prepared as paraffin sections for normal routine histological examination but was unstained. Sections were then stained for histological assessment in the usual manner, and adjacent unstained tissue prepared for electron microscopy.

*Replication Technique*

The extraction-replication procedure has been described (Henderson, 1969). Sections of tissue were immersed in xylene and in ethanol, and the dehydrated tissue was then embedded by impressing the section on to the surface of a thin sheet of acetone-softened cellulose acetate, mounted on a glass slide, and left to harden. On removing the slide, the embedded tissue was left in the cellulose acetate. The tissue was then outlined with thin strips of Scotch tape to form a shallow well, and a 10 per cent (v/v) polyvinyl alcohol (PVA) solution applied. When the PVA had hardened it was stripped from the section providing a replica of the tissue surface. Foreign particles associated with the tissue are often removed with the PVA during this stripping process.

A complete sequential examination through the embedded tissue is possible by taking successive strippings. These surface replicas were then preshadowed with platinum, a carbon film deposited for strength, and the PVA removed by floating the replica in a hot water bath. Replicas were mounted on electron microscope grids for examination, using the AEI-6B microscope.

### Results

No asbestos particles were found in any of the tissue studied. Particles of talc were identified in approximately 75 per cent (10 of 13) of the

266


Plaintiff's Exhibit No. P-1



FIG. 1
Typical decoration pattern on a particle of natural talc. Numerous crystal lattice planes are shown (a). (×30 000.) Scale refers to $1 \cdot 0\,\mu$.



FIG. 2
Commercial talc preparations illustrating the decoration pattern. (×40 000.)

Pltf_MedLit_00000121

268   HENDERSON, JOSLIN, TURNBULL AND GRIFFITHS



FIG. 3

Micrograph of tissue from a serous papillary cystadeno-carcinoma of the ovary removed from a 27-year-old female. No previous abdominal operations had been carried out. The decoration pattern and lattice planes are shown. ($\times 30\,000$.)

ovarian tumours. Using the replication technique identification of talc is possible because of the characteristic "decoration pattern" induced by the evaporation of platinum *in vacuo* on the crystal surface. Figure 1 shows this pattern on a particle of *natural* talc and the distinctive lattice planes of the crystals. Anthophyllite asbestos, which is known to be converted naturally to talc, is the only crystalline material which is at present indistinguishable from talc by using the replication technique. The decoration pattern on material from a commercial talc preparation is also demonstrated in Figure 2.

Material found within the ovarian tumours and identified as talc is illustrated in Figure 3. The talc particles were found deep within the tumour tissue. Some were as small as 1000Å in size but they were generally within a range from 1000Å to $2\,\mu$.

Talc particles were also found embedded within tumours of the cervix. Figure 4 shows one such particle embedded in a capillary wall within the tumour, and Figure 5 illustrates the decoration pattern of the particle at a higher magnification. Crystals as large as $5\,\mu$ were found in tissue from the cervical tumours and were generally larger than those seen in the ovarian tumours. Talc crystals were found in