# Exhibit 101

*Free Radical Research,* May 2010; 44(5): 479–496

informa
healthcare

# Reactive oxygen species in cancer

GEOU-YARH LIOU & PETER STORZ

*Department of Cancer Biology, Mayo Clinic, 4500 San Pablo Road, Jacksonville FL 32224, USA*

*(Received date: 26 August 2009; in revised form date: 28 January 2010)*

**Abstract**
Elevated rates of reactive oxygen species (ROS) have been detected in almost all cancers, where they promote many aspects of tumour development and progression. However, tumour cells also express increased levels of antioxidant proteins to detoxify from ROS, suggesting that a delicate balance of intracellular ROS levels is required for cancer cell function. Further, the radical generated, the location of its generation, as well as the local concentration is important for the cellular functions of ROS in cancer. A challenge for novel therapeutic strategies will be the fine tuning of intracellular ROS signalling to effectively deprive cells from ROS-induced tumour promoting events, towards tipping the balance to ROS-induced apoptotic signalling. Alternatively, therapeutic antioxidants may prevent early events in tumour development, where ROS are important. However, to effectively target cancer cells specific ROS-sensing signalling pathways that mediate the diverse stress-regulated cellular functions need to be identified. This review discusses the generation of ROS within tumour cells, their detoxification, their cellular effects, as well as the major signalling cascades they utilize, but also provides an outlook on their modulation in therapeutics.

**Keywords:** *Oxidative stress, reactive oxygen species, cancer, signal transduction*

**Abbreviations:** *5-LOX, 5-Lipoxygenase; AP-1, activating protein-1; Ask-1, apoptosis signal-regulating kinase-1; BER, base excision repair; BITC, benzyl isothiocyanate; BPQ, benzo(a)pyrene quinines; CREB, cyclic AMP response element (CRE)-binding protein; CSC, cancer stem cell; ECM, extracellular matrix; EGCG, epigallocate-3-gallate; EGF, epidermal growth factor; EMT, epithelial-to-mesenchymal transition; Erk1/2, extracellular-regulated kinase 1/2; Ets, E twenty-six; FAK, focal adhesion kinase; FGF, fibroblast growth factor; GCS, glutamylcysteine synthetase; GPX, glutathione peroxidase; GSH, glutathione; GSSG, glutathione disulphide; GST, glutathione S-transferase; HIF-1, hypoxia inducible factor-1; ICAM-1, intracellular adhesion protein 1; IFNγ, interferon γ; IKK, IκB kinase; IL, interleukin; IOA, isoobtusilactone A; JNK, c-Jun N-terminal kinase; MAPK, mitogen-activated protein kinase; MEK, mitogen-activated protein kinase kinase; MKP3, mitogen-activated protein kinase phosphatase 3; MMP, matrix metalloproteinase; NAC, N-acetyl-L-cysteine; NER, nuclear excision repair; NF-κB, nuclear factor κ-B; NIK, NF-κB-inducing kinase; PDGF, platelet-derived growth factor; PDK-1, 3'-phosphoinositide-dependent kinase-1; PDTC, pyrrolidine dithiocarbamate; PI3K, phosphoinositide 3-kinase; PKB, protein kinase B; PKC, protein kinase C; PKD, protein kinase D; Prx, peroxiredoxin; PST, pancratistatin; PTEN, phosphatase and tensin homologue deleted on chromosome 10; ROS, reactive oxygen species; SAL, salvicine; SOD, superoxide dismutase; TGFβ, transforming growth factor β; TIMP, tissue inhibitor of metalloproteinase; TNFα, tumour necrosis factor α; TPL, triphala; TRAF, TNF receptor-associated factor; VEGF, vesicular epithelial growth factor.*

## Reactive oxygen species

Reactive oxygen species are radicals, ions or molecules that have a single unpaired electron in their outermost shell of electrons. Due to this character, ROS are highly reactive. ROS can be categorized into two groups: free oxygen radicals and non-radical ROS. Free oxygen radicals include superoxide ($O_2^{\cdot-}$), hydroxyl radical ($\cdot OH$), nitric oxide ($NO^\cdot$), organic radicals ($R^\cdot$), peroxyl radicals ($ROO^\cdot$), alkoxyl radicals ($RO^\cdot$), thiyl radicals ($RS^\cdot$), sulphonyl radicals ($ROS^\cdot$), thiyl peroxyl

Correspondence: Peter Storz, Department of Cancer Biology, Mayo Clinic, Griffin Rm 306, 4500 San Pablo Road, Jacksonville FL 32224, USA. Tel: 904 953-6909. Fax: 904 953-0277. Email: storz.peter@mayo.edu

ISSN 1071-5762 print/ISSN 1029-2470 online © 2010 Informa UK Ltd. (Informa Healthcare, Taylor & Francis AS)
DOI: 10.3109/10715761003667554

radicals (RSOO˙) and disulphides (RSSR). Non-radical ROS include hydrogen peroxide ($H_2O_2$), singlet oxygen ($^1O_2$), ozone/trioxygen ($O_3$), organic hydroperoxides (ROOH), hypochloride (HOCl), peroxynitrite (ONO⁻), nitrosoperoxycarbonate anion ($O=NOOCO_2^-$), nitrocarbonate anion ($O_2NOCO_2^-$), dinitrogen dioxide ($N_2O_2$), nitronium ($NO_2^+$) and highly reactive lipid- or carbohydrate-derived carbonyl compounds. Among them, superoxide, hydrogen peroxide and hydroxyl radicals are the most well studied ROS in cancer.

### Cellular sources for ROS

In cancer cells high levels of reactive oxygen species can result from increased metabolic activity, mitochondrial dysfunction, peroxisome activity, increased cellular receptor signalling, oncogene activity, increased activity of oxidases, cyclooxygenases, lipoxigenases and thymidine phosphorylase or through cross-talk with infiltrating immune cells [1–3].

In mitochondria, ROS are produced as an inevitable byproduct of oxidative phosphorylation (Figure 1). The electron transport chain encompasses complexes I–IV and ATP synthase on the mitochondrial inner membrane. Superoxide is generated at complexes I and III and released into the inter-membrane space (~80% of the generated superoxide) or the mitochondrial matrix (~20%) [4]. The mitochondrial permeability transition pore (MPTP) in the outer membrane of the mitochondrion allows the leakage of superoxide into the cytoplasm ([5] and [6] for a more detailed description of mitochondrial ROS generation). Superoxide is dismutated to $H_2O_2$, either in the mitochondrial matrix (by MnSOD) or in the cytosol (by Cu/ZnSOD). $H_2O_2$ is a *bona fide* second messenger that is highly diffusible. Recent data suggest that hydrogen peroxide may cross cellular membranes through specific members of the aquaporin family [7]. For example, aquaporin-8 was detected in the inner mitochondrial membrane and suggested to function as a channel for water and potentially $H_2O_2$ [8]. In addition to the mitochondria, peroxisomes are another major sites of cellular ROS generation [9]. In these respiratory organelles, superoxide and $H_2O_2$ are generated through xanthine oxidase in the peroxisomal matrix and the peroxisomal membranes ([10,11], see [12] for a detailed review on ROS in peroxisomes).



Figure 1. Major mechanisms of ROS generation and detoxification. Superoxide ($O_2^{·-}$) radicals are generated at the inner membrane of the mitochondria as a byproduct of the electron transport chain and then release into the mitochondrial matrix or the cytosol via the mitochondrial permeability transition pore (MPTP). Superoxide is also generated through activation of NADPH oxidases (NOX), for example in response to growth factor receptor (GF-R) or cytokine receptor activation. SOD enzymes, such as MnSOD in the mitochondrial matrix or Cu/ZnSOD in the cytosol, reduce superoxide to $H_2O_2$. Several cytosolic antioxidant systems, including catalase, glutathione peroxidase (GPX) and peroxiredoxins (Prx), detoxify cells from hydrogen peroxide by reducing it to water. Both hydrogen peroxide and superoxide contribute to cellular signalling but also can form hydroxyl radicals (˙OH). Hydroxyl radicals are generated from $O_2^{·-}$ and $H_2O_2$ in the Fenton reaction and have damaging functions for proteins, DNA and lipids.

Growth factors and cytokines stimulate the production of ROS to exert their diverse biological effects in cancer [13–16]. For example, an elevation of hydrogen peroxide and nitrite oxide levels was detected in tumour cells in response to interferon γ (IFNγ) and TNFα [17,18]. Further, platelet-derived growth factor (PDGF), epidermal growth factor (EGF), insulin, transforming growth factor β (TGFβ), interleukin-1 (IL-1), tumour necrosis factor α (TNFα), angiotensin and lysophosphatidic acid all induce the formation of superoxide [13,16,19–23]. Activation of the small GTPase K-ras downstream of growth factors or its oncogenic mutation has been tightly associated with increased generation of superoxide and the incidence of various cancers [24–26]. Dependent on the cellular system, growth factors and mutant K-ras elevate intracellular superoxide levels through NADPH oxidase or mitochondria [1]. NADPH oxidase can also be activated via the RhoGTPase Rac-1 [27]. Rac-1-mediated generation of superoxide is induced by cell surface receptors including c-Met [28]. Active Rac-1 further was implicated to induce 5-Lipoxygenase (5-LOX)-mediated generation of $H_2O_2$ [29].

Many cancers arise from sites of chronic irritation, infection or inflammation. Recent data have expanded the concept that inflammation is a critical component of tumour progression [30–32]. Macrophages induce the generation of ROS within tumour cells through secretion of various stimuli, such as TNFα [1]. Production of ROS by neutrophils and macrophages as a mechanism to kill tumour cells is well established. In these cells, a rapid burst of superoxide formation primarily mediated by NAPDH oxidase leads to subsequent production of hydrogen peroxide [33,34]. Furthermore, during inflammation processes, activated macrophages also generate nitric oxide which reacts with superoxide to produce peroxinitrite radicals that are similar in their activity to hydroxyl radicals and contribute to tumour cell apoptosis [35].

## Cellular detoxification from ROS

Under normal physiological conditions, the intracellular levels of ROS are steadily maintained to prevent cells from damage. Detoxification from ROS is facilitated by non-enzymatic molecules (i.e. glutathione, flavenoids and vitamins A, C and E) or through antioxidant enzymes which specifically scavenge different kinds of ROS (Figure 1).

Superoxide dismutases (SODs) are metalloenzymes which catalyse the dismutation of superoxide anion to oxygen and hydrogen peroxide. They ubiquitously exist in eukaryotes and prokaryotes. Superoxide dismutases utilize metal ions such as copper ($Cu^{2+}$), zinc ($Zn^{2+}$), manganese ($Mn^{2+}$) or iron ($Fe^{2+}$) as cofactors. The different SOD enzymes are located in different compartments of the cell and are highly specific in regulating linked biological processes [36].

Catalase facilitates the decomposition of hydrogen peroxide to water and oxygen. The major localization of catalase in most eukaryotes is in the cytosol and peroxisomes [37–39]. Peroxiredoxins are thioredoxin peroxidases that catalyse the reduction of hydrogen peroxide, organic hydroperoxides and peroxynitrite [40–42]. They are divided into three classes: typical 2-cysteine peroxiredoxins (PrxI-IV), atypical 2-cysteine peroxiredoxins (PrxV) and 1-cysteine peroxiredoxins (PrxVI). Interestingly, PrxI knockout mice show increased levels of oxidative stress and die prematurely of cancer [43]. The thioredoxin system consists of thioredoxin and thioredoxin reductase. The catalytic site of thioredoxin contains two neighbouring cysteines which are cycled between an active (reduced) dithiol form and an oxidized disulphide form [44]. In its active state, thioredoxin scavenges reactive oxygen species and keeps proteins in their reduced state [45]. Thioredoxin is regenerated by thioredoxin reductases which utilize NADPH as an electron donor [46].

The glutathione system includes glutathione (GSH), glutathione reductase, glutathione peroxidases (GPX) and glutathione S-transferases (GST). Glutathione protects cells from oxidative stress by reducing disulphide bonds of cytoplasmic proteins to cysteines. During this process, glutathione is oxidized to glutathione disulphide (GSSG). Glutathione peroxidases (GPX) catalyse the breakdown of hydrogen peroxide and organic hydroperoxides [47,48]. Glutathione reductase reduces GSSG and refills GSH pools [49]. Under physiological conditions, glutathione almost exclusively exists in its reduced form because of a constitutive activity of glutathione reductase in cells [50]. Glutathione S-transferases are detoxification enzymes that catalyse the conjunction of GSH to a variety of exogenous and endogenous electrophilic compounds [51–53]. GSTs are over-expressed in a wide variety of tumours to regulate MAPK pathways and are also involved in the development of resistance to chemotherapeutics [51].

## Signalling pathways regulated by ROS in cancer

ROS-sensitive signalling pathways are persistently elevated in many types of cancers, where they participate in cell growth/proliferation, differentiation, protein synthesis, glucose metabolism, cell survival and inflammation [1]. Reactive oxygen species, particularly hydrogen peroxide, can act as second messengers in cellular signalling [16,54–57]. $H_2O_2$ regulates protein activity through reversible oxidation of its targets including protein tyrosine phosphatases, protein tyrosine kinases, receptor tyrosine kinases and transcription factors [1,27,58]. In the following paragraphs, we focus on ROS-mediated regulation of the mitogen-activated protein (MAP) kinase/Erk cascade,

phosphoinositide-3-kinase (PI3K)/Akt-regulated signalling cascades, as well as the IκB kinase (IKK)/ nuclear factor κ-B (NF-κB)-activating pathways (Figure 2). Other ROS-regulated signalling pathways are included later.

*ROS-mediated regulation of the MAPK/Erk1/2 pathway*

The activation of the MAPK (mitogen-activated protein kinase)/Erk1/2 (extracellular-regulated kinase 1/2) pathway in cancer is mediated through growth factors and K-ras and was functionally linked to increased cell proliferation [59,60]. For instance, in human breast cancer cells, Erk1/2 activated by hydrogen peroxide generated as a byproduct during oestrogen metabolism increases cell proliferation [61,62]. Several mechanisms of how ROS activate Erk1/2 are known. For example Ras, which is an upstream activator for Erk1/2, can be activated directly through oxidative modification at its cysteine 118 residue, leading to the inhibition of GDP/GTP exchange [63]. ROS also activate upstream kinases of Erk1/2 such as p90[RSK] [64,65]. It was recently shown that increased Erk1/2 activity in ovarian cancer cells in the presence of the high concentration of endogenous ROS results from sustained ubiquitination and loss of endogenous

MKP3 (mitogen-activated protein kinase phosphatase 3), a phosphatase that negatively-regulates Erk1/2 activity [64,65]. Additionally to its effects on cell proliferation, it was also shown in multiple cancers (i.e. ovarian cancer, breast cancer, melanoma and leukaemia) that the activation of Erk1/2 through ROS increases cell survival, anchorage-independent growth and motility [60,65,66].

While a role for ROS-activated Erk1/2 signalling in cell proliferation is well established [61,65,67], its ability to regulate cancer cell survival seems to be cell type specific [64,68,69]. For example, treatment of MCF-7 and MDA-MB-435 breast cancer cells with ROS scavengers or inhibitors that target Erk1/2 or its upstream kinase MEK (mitogen-activated protein kinase kinase) promote apoptosis and cell adhesion [70,71]. In an animal model for skin cancer, murine keratinocytes lacking Tiam1, an upstream activator of Erk1/2, show low levels of intracellular ROS [69]. These keratinocytes are more sensitized to apoptosis upon deprivation of EGF and insulin, implicating that Erk1/2 activation though Tiam1 and ROS is required for cell survival of skin cancer [69]. In contrast, in human pancreatic cancer and glioma cells, activation of Erk1/2 upon treatment with exogenous $H_2O_2$ triggers cell death and this probably is due to the high basal level of ROS in these cancer cells [72–76]. In line with



Figure 2. ROS-induced cellular signalling. Reactive oxygen species in cells can be generated by growth factor signalling through activation of the NADPH oxidase NOX1 or through the mitochondria. These ROS then can induce cellular signalling cascades by reversible oxidation of phosphatases such as PTEN or PTP in their active site cysteins or by direct oxidation of kinases such as Src. This leads to the activation of several signalling cascades such as a Src/PKD1-dependent NF-κB activation mechanism, the MAPK (Erk1/2, p38 and JNK) signalling cascades, as well as the PI3K/Akt signalling pathway. Other mechanisms, by which ROS induce cellular signalling is through activation of redox-regulated transcription factors such as AP-1 or FOXO.

these *in vitro* data is an *in vivo* study showning that ROS-mediated increase of Erk1/2 activation loop phosphorylation suppresses the growth of pancreatic tumour cell xenografts [77].

### Oxidative stress regulation of the PI3K/Akt pathway

Akt (or protein kinase B; PKB) mediates cell survival through phosphorylation and inactivation of its substrates such as the pro-apoptotic proteins Bad, Bax, Bim or FOXO transcription factors [78–83]. In breast cancer, ROS generation during oestrogen metabolism or other potential mammary carcinogens was shown to activate the PI3K/Akt signalling pathway [84,85]. Hydrogen peroxide generated by epithelial growth factor (EGF) in human ovarian cancer cells activates Akt and p70 S6K1, a substrate of Akt that regulates protein synthesis [86]. Moreover, the inhibition of ROS in the human pancreatic tumour cell line Panc-1 reduced the levels of phosphorylated (active) Akt and induced apoptosis [87]. Akt activity is tightly controlled by a signalling cascade that encompasses the kinases PDK-1 (3'-phosphoinositide-dependent kinase-1), mTOR and PI3K as well as the phosphatase PTEN (phosphatase and tensin homologue deleted on chromosome 10). PDK-1 and mTOR regulate Akt activating phosphorylations at S473 and T308, whereas PI3K generates phosphatidylinositol-3,4,5-triphosphate ($PIP_3$), which serves as a membrane anchor [88]. PTEN negatively regulates $PIP_3$ levels and thus decreases Akt activity [89,90]. Treating cells with exogenous hydrogen peroxide it was shown that Akt and PDK-1 can be activated by oxidative stress [91,92]. This correlates with the observation that PTEN is reversibly inactivated by $H_2O_2$ [93]. Loss of PTEN increases basal levels of hydrogen peroxide and superoxide due to depletion of the expression of several antioxidant enzymes including peroxiredoxins and copper/zinc superoxide dismutase [94]. This suggests a constant activation of Akt through enhanced ROS production due to PTEN ablation, but also oxidative stress-mediated activation of its upstream kinases.

### ROS regulation of the IKK/NF-κB pathway

In many cancers the transcription factor NF-κB is uncoupled from its normal modes of regulation and shows increased activity [95–98]. Recent studies have established a crucial role for NF-κB in tumour cell survival, regulation of cell cycle and proliferation, cellular adhesion and development of drug resistance in cancer cells during therapy [99–101].

NF-κB is a redox-regulated sensor for oxidative stress [102] and is activated by low doses of hydrogen peroxide [103]. When inactive, NF-κB is tightly bound to its inhibitor IκB that sequesters the transcription factor in the cytosol [104–108]. The canonical activation of NF-κB is mediated through the NF-κB-inducing kinase (NIK) and the IκB kinase (IKK) complex, consisting of IKKα, IKKβ and NEMO. Upon its activation through cytokines such as TNFα or IL-1, NIK phosphorylates and activates its downstream targets, the kinases IKKα and IKKβ [104,109–111]. Active IKKs phosphorylate IκB and this leads to its subsequent ubiquitination and proteosomal degradation [112,113]. Degradation of IκB translocates NF-κB to the nucleus, where it acts as a transcription factor to induce the expression of anti-apoptotic and anti-inflammatory genes [114].

Oxidative stress activates NF-κB through a variety of distinct signalling pathways [115]. For example, treatment of MCF-7 breast cancer cells with TNFα, IL-1β or the mammary carcinogen sodium arsenite generates hydrogen peroxide and superoxide, which translates to the activation of NF-κB and increased cell proliferation [116–118]. In oral squamous carcinoma cells silencing of the antioxidant superoxide dismutase (SOD) increased basal ROS levels correlating with increased NIK and NF-κB activity [119]. The mechanism of how ROS activates NIK is most likely via oxidative inhibition of regulatory phosphatases [116]. Recent work from our group delineated an IKK-dependent NF-κB-inducing signalling pathway that is activated by increased cellular oxidative stress, induced either by exogenous treatment of cells with hydrogen peroxide, by rotenone-mediated mitochondrial generation of superoxide or inhibition of intracellular antioxidant systems such as the glutathione system [120,121]. In this pathway, NF-κB is activated through the lipase PLD1 and the kinases Src, Abl and Protein Kinase Cδ (PKCδ), whose signalling converge at the level of Protein Kinase D1 (PKD1) [120,122–124]. PKD1 is upstream of the IKK complex and mediates the activation of NF-κB through IKKβ [121]. In addition to this, IKK-independent activation of NF-κB in response to ROS can occur through tyrosine phosphorylation of IκBα, leading to a release from the IKK complex, but not to its degradation [125,126].

## Specific functions of ROS in cancer

Oxidative stress-mediated signalling events have been reported to affect all characters of cancer cell behaviour [1,2,127]. For instance, ROS in cancer are involved in cell cycle progression and proliferation, cell survival and apoptosis, energy metabolism, cell morphology, cell–cell adhesion, cell motility, angiogenesis and maintenance of tumour stemness (Figure 3).

### ROS in tumour cell proliferation

Low doses of hydrogen peroxide and superoxide stimulate cell proliferation in a wide variety of cancer cell



Figure 3. Generation, regulation and effects of cellular ROS. ROS are generated in normal cellular processes and cells express antioxidants to deplete intracellular levels of oxygen radicals. Tumourigenic events including oncogene activation (i.e. mutation of K-ras), metabolic alterations or macrophage infiltration or hypoxia/reoxygenation processes in tissues can increase intracellular ROS levels and promote tumour formation or progression. These tumour-promoting ROS levels can lead to cell cycle progression, increased proliferation and survival signalling, EMT, increased motility, genomic instability and increased angiogenesis and may be negatively-regulated by therapeutic antioxidants. Finally, excessive increase in intracellular ROS levels as mediated by chemotherapeutics, can induce cell cycle arrest, senescence or cell death of tumour cells, but may be repulsed by the tumour cells through an increase in the expression of endogenous antioxidants.

types [1,128]. For example, intracellular oxidative stress in breast cancer cells is increased through the translocation of oestrogen to the mitochondria [62, 129–131]. Mitochondria-derived ROS regulate both cell proliferation and quiescence. This is mediated by MnSOD activity which serves as a mitochondrial ROS switch [132]. Decreased MnSOD activity favours proliferation, due to increased superoxide and low hydrogen peroxide levels, while increasing MnSOD activity drives the proliferating cells to transit into quiescence, due to increased generation of hydrogen peroxide [133]. In breast cancer cells, inhibition of the mitochondrial uniporter blocks ROS generation and suppresses oestrogen-induced cell proliferation, suggesting a role of mitochondrial ROS in tumour growth [134]. Oestrogen-induced cell proliferation results from ROS-mediated activation of the Erk1/2 MAPK signalling pathway and the transcription factor CREB (cyclic AMP response element (CRE)-binding protein) [61,131].

Reactive oxygen species can upregulate the mRNA levels of cyclins that participate in the cell cycle to expedite G1 to S phase transition, including cyclin B2, cyclin D3, cyclin E1 and cyclin E2 [130]. It was shown that loss of the redox control of the cell cycle in normal MCF-10A cells may contribute to aberrant

proliferation [135]. The treatment of MCF-10A cells with the antioxidant NAC caused delays in the progression from G1 to S accompanied with a decrease in cyclin D1 levels [135]. Further, the environmental carcinogen sodium arsenite stimulates ROS production in breast cancer cells and potentiates S phase progression and subsequent cell proliferation [118]. Likewise, benzo(a)pyrene quinines (BPQs) imitate growth factor signalling and increase mammary epithelial cell growth rates through induction of superoxide and hydrogen peroxide [84].

Conversely, antioxidants inhibit tumour cell proliferation [136]. For example, pancreatic cancer cell lines generally show high basal levels of endogenous oxidative stress as compared to normal cells [1]. These increased ROS levels have been linked to increased proliferation. A stable ectopic expression of the highly-active antioxidant enzyme MnSOD reduces the cell growth rate of pancreatic tumour cells [72]. Moreover, the expression levels and activities of endogenous MnSOD, Cu/ZnSOD, catalase and glutathione peroxidase reversely correlate with cell doubling times in various pancreatic cancer cell lines [72,73]. ATM (ataxia telangiectasia mutated) is one of the proteins involved in cell cycle regulation that are activated by ROS. Patients lacking ATM show higher levels of oxidative

damage and similar effects, obtained with ATM knockout mice can be rescued with administration of antioxidants [137,138]. Altogether, this suggests ROS as positive regulators of tumour cell proliferation by modulating key proteins in cell cycle progression.

### ROS in apoptosis and cell survival

A disproportional increase in intracellular ROS can induce cancer cell cycle arrest, senescence and apoptosis. This can be achieved with cancer chemotherapy, depletion of cells from antioxidant proteins or generation of ROS by immune cells. Apoptosis is linked to an increase in mitochondrial oxidative stress that causes cytochrome $c$ release, an unrevocable event that leads to the activation of caspases and cell death [139,140]. Additionally, superoxide generation through the Rac-1/NADPH oxidase pathway can also induce pro-apoptotic signalling [141].

Mitochondrial release of $H_2O_2$ and NO upon apoptotic signals leads to the activation of c-Jun N-terminal kinases (JNKs) [139,142]. In response to ROS, JNKs catalyse the phosphorylation and downregulation of anti-apoptotic proteins such as Bcl-2 and Bcl-XL [139]. Both Bcl-2 and Bcl-XL have been shown to antagonize ROS generation and to protect cells from ROS-mediated apoptosis [143,144]. JNK also alters the composition of the Bax/Bcl-2 complex by increasing the expression of Bax, leading to formation of Bax homodimers, resulting in dissipation of mitochondrial membrane integrity [145–148].

p38, another MAPK family member, was also implicated in apoptotic signalling in response to increased generation of ROS. Both p38 and JNK are activated through Ask-1 (apoptosis signal-regulating kinase-1), whose activity is regulated by its interaction with thioredoxin. Thioredoxin is a redox-regulated protein that in its reduced form binds and inhibits Ask-1 [149, 150]. In addition to Ask-1-induced signalling cascades, other signalling proteins such as forkhead transcription factors (i.e. FOXO3a), p66Shc and p53 have been implicated in the induction of apoptosis in response to ROS [78,151]. For example, an interesting hypothesis is that constitutive oxidative stress in tumour cells may lead to the selection of p53-deficient clones that are resistant to apoptosis [1].

Death receptors such as the TNF receptor I mainly induce ROS generation via the mitochondria, leading to caspase activation and cell death [152]. However, TRAF4 (TNF receptor-associated factor4), a component of the TNFα signalling pathway, also binds to the NADPH oxidase complex to activate JNK [153], suggesting that death receptors may use several ways to induce ROS within cells. Notably, TNF-induced oxidative stress also mediates anti-apoptotic signalling by inducing the expression of MnSOD and catalase through NF-κB [154].

In the above signalling events high levels of ROS turn on cell death signalling. However, it recently became clear that low levels of oxidative stress can also actively promote cell survival signalling. Such a ROS-mediated survival pathway is regulated by protein kinase D1 (PKD1) [120,121,124,155–157]. Elevation of intracellular mitochondrial ROS levels activates PKD1 and subsequently NF-κB, leading to upregulation of antioxidant proteins such as MnSOD and anti-apoptotic proteins such as A20 and cIAPs [158]. In this pathway PKD1 is activated through the tyrosine kinase Src. Src directly phosphorylates PKD1, but also facilitates further activating phosphorylations through the kinases PKCδ (a member of the novel PKC family) and Abl [6,120,121,123,124,142]. The elimination of this pathway sensitizes tumour cells to oxidative stress and increases their susceptibility to ROS-mediated cell death [155–157,159,160].

Another anti-apoptotic protein that is activated by ROS in cancer is Akt, a serine/threonine kinase that fosters cell survival through phosphorylation and inactivation of its pro-apoptotic substrates [78–83]. Akt activity is induced by multiple receptor tyrosine kinases such as PDGF-R as well as constitutively-active K-ras via activation of PI3K.

### ROS as regulators of cell motility and metastasis

The treatment of carcinoma cells with hydrogen peroxide prior to intravenous injection into mice enhanced metastasis [161]. Additionally, sub-populations of the low- or non-motile breast cancer cell line MCF-7 that possess higher levels of endogenous ROS than the parental cells showed increased motility, and orthotopic tumours generated with these cell lines metastasized to lung, liver and spleen [162]. Furthermore, metastatic breast cancer and highly-invasive pancreatic cancer cells show lower levels and activities of the antioxidant enzyme MnSOD [73,163,164]. This illustrates that the intracellular redox state governs crucial steps for the metastatic process. This comprises decreased cell adhesion to the extracellular matrix, anchorageindependent survival, increased migratory and invasive potential, as well as intravasation.

Cell adhesion and migration are dependent on integrin binding to the extracellular matrix. Integrins elevate oxidant levels mainly by increasing cyclooxygenase-2 [165], but also through 5-lipoxygenases (5-LOX) and mitochondria [27,166]. In this context, an increase in mitochondrial ROS was linked to a first cellular contact with ECM and increases in cytosolic ROS were shown to contribute to cytoskeleton remodelling and actin stress fibre formation during a later phase of the process [27,167]. Targets for mitochondrial ROS in these processes are SHP-2 and FAK (focal adhesion kinase), while cytosolic ROS target the phosphatases LMW-PTP and SHP-2, receptor tyrosine kinases, Src-family kinases, FAK

and structural proteins such as β-actin (in more detail reviewed in [27]). Activation of phosphatases and Src occurs through direct oxidation, whereas activation of FAK is probably indirect through upstream signalling events leading to its tyrosine phosphorylation [168]. Both Src and FAK are initiators of focal adhesion formation in adherent cells, contributing to cell spreading, cell migration and prevention of cell death by anoikis.

Non-transformed cells require an anchorage to extracellular matrix (ECM) to execute the mitotic programme. In this process ROS act as key second messengers to facilitate proper mitosis [27,169]. A synergistic signalling between growth factors (GF) and integrins leads to an oxidative burst through a Rac-1-dependent increase in mitochondrial ROS [13,170]. This leads to oxidative inhibition of PTPs, activation of Src and other protein tyrosine kinases or structural proteins, with the net effect of increasing cell adhesion to ECM, cell spreading and proliferation.

Loss of cell-to-matrix adhesion in non-transformed cells triggers anoikis, a specific type of apoptosis. In contrast to non-transformed cells, tumour cells are protected from this process and show increased cell proliferation and independence of anchorage. Such resistance to anoikis allows tumour cells to survive outside their 'normal' environment and to metastasize and form new colonies at distant sites. The mechanism of how tumour cells become independent of cell attachment signals is most likely through increased generation of intracellular ROS. Such increase in oxidative stress seems to mimic autocrine/adhesive signals, which in normal cells are mediated by growth factor and integrin signalling. For example, in prostate cancer cells redox-regulated anoikis resistance is mediated via Src and the EGF receptor [171]. Subsequently, this results in a constitutive deregulation of mitogenic pathways and proliferation independent of anchorage. It further allows cancer cells to abolish anoikis signals and escape apoptotic responses after a loss of cell/ECM contacts (for an excellent review on this topic see [27]).

Before cells migrate to distal sites, they undergo epithelial-mesenchymal transition (EMT) to release themselves from the restrain of the basal membrane. During this process, metalloproteinases (MMPs) are upregulated to degrade the proteins that compose the basal membrane. Treatment of murine mammary epithelial cells with MMP-3, a stromal protease that is upregulated in mammary tumours, increased their intracellular ROS levels (mainly $H_2O_2$) and led to EMT through induction of Rac1b RhoGTPase [172]. Moreover, application of NAC (N-acetyl-L-cysteine) to remove ROS abolished MMP-3-induced EMT [172], bolstering that MMP induces oxidative stress to lead to malignant transformation. This increase in ROS mediates oxidative damage to DNA and genomic instability. It further stimulates the expression of Snail, which previously was identified as one of the key-transcription factors regulating EMT. Other ROS-regulated genes relevant to EMT are E-cadherin, integrins and MMPs [173].

Activation of Rac and subsequent generation of ROS leads to NF-κB activation and MMP-1 production in response to integrin-mediated cell shape changes [170]. Rac-1 mediated changes in cellular ROS levels also increase the migratory potential of MCF-7 and T47D breast cancer cells, probably through NF-κB [174]. Similarly, Rac-1 is a downstream target for c-Met and Rac-1-mediated ROS generation was involved in Met's prometastatic signalling [28]. Moreover, Rac-1 has important functions in ROS mediated actin reorganization of migrating tumour cells [175]. Multiple processes regulate actin reorganization at the leading edge of migrating cells including the actin-severing protein cofilin [176,177]. Rac-1 activates NADPH oxidase (NOX) and ROS generated by this enzyme have been shown to activate the cofilin pathway and thus contribute to increased cell migration [177,178]. The tyrosine kinase Src also regulates NADPH oxidase 1 (NOX1) induced generation of ROS [179]. NOX1 is capable of transforming cells and is also required to maintain the transformed state [87,174]. NOX1-mediated ROS generation has been shown to be necessary for the formation of invadopodia, actin cytoskeleton-based structures that tumour cells use to invade [180].

Matrix metalloproteinases facilitate the degradation and reorganization of the extracellular matrix and their increased activation was associated with primary tumour growth, angiogenesis, increased tumour cell invasion, blood vessel penetration and metastasis [181–184]. ROS regulate not only the expression of MMPs, but also the inactivation of their inhibitors TIMP (tissue inhibitor of metalloproteinase) [185,186]. An important step in oxidative stress-mediated expression of MMP genes is the dismutation of mitochondrially-generated superoxide to hydrogen peroxide [187]. Hydrogen peroxide then regulates the expression of MMPs through activation of the Ras-Erk1/2-Ets (E twenty-six), Rac-1-JNK-AP-1 (activating protein-1) or p38 signalling pathways [188] (for a review on this topic see [184]). Further, the redox-sensitive transcription factors NF-κB and FOXO3a have been described as regulators of MMP expression [1,159]. Additionally to regulating MMP expression, ROS also can lead to the direct activation of MMPs through reactions with thiol groups in their catalytic domain [189].

Finally, ROS may also promote tumour cell metastasis by increasing the vascular permeability [181]. Increased activity of Rac-1 in primary endothelial cells mediates a loss of cell–cell adhesions and loosens the integrity of the endothelium, which allows the intravasation of cancer cells [190]. It was shown that reverse (basolateral-to-apical) transendothelial migration

(TEM) of human melanoma cells is induced by hydrogen peroxide and can be blocked by thioredoxin [191]. Oxidative stress also regulates the expression of interleukin-8 (IL-8) and the cell surface protein ICAM-1 (intracellular adhesion protein 1, CD54) through NF-κB. Both ICAM-1 and IL-8 can regulate the trans-endothelial migration of tumour cells [192]. Further, phosphorylation of the heatshock protein Hsp27 by ROS-activated p38 induces changes in actin dynamics in vascular endothelial cells, which may contribute to facilitate invasive processes [193].

### Hypoxia as a factor leading to tumour progression

Within a growing tumour mass cancer cells repeatedly face cycles of hypoxia and reoxygenation [194–196]. Limitations in oxygen supply due to prolonged hypoxia can result in cell death. Tumour cells can use the 'Warburg effect', a metabolic switch to glycolysis, to adapt to low oxygen tension [197]. Normal and tumour cells differ significantly in energy metabolism. Glucose is the primary energy source for normal cells. Normal cells switch to anaerobic glycolysis only when adequate oxygen supply is not available and mitochondrial function is suppressed [198]. A shift from aerobic to anaerobic metabolism in tumour cells occurs even under conditions of normoxia or after mitochondrial dysfunction, oncogenic transformation or loss of tumour suppressor genes [196,199].

The adaption of tumour cells to hypoxia contributes to the malignant phenotype and to aggressive tumour progression [200]. Hypoxia induces several transcription factors including HIF-1 (hypoxia inducible factor-1), which is composed of two sub-units HIF-1α and HIF-1β [196,200]. Under normal growth conditions HIF-1 is regulated by oxygen-dependent prolyl hydroxylases (PHDs) and the VHL ubiquitin ligase, which promote its proteosomal degradation [201]. However, HIF-1 becomes transcriptionally-active under low oxygen conditions. It was shown that under hypoxic conditions MnSOD suppresses the induction of HIF-1α in human breast carcinoma cells. This suggests that superoxide may contribute to HIF-1α accumulation [133]. However, increased generation of $H_2O_2$ also led to accumulation of HIF-1α, suggesting that both types of ROS can increase HIF-1α levels [133]. Increased HIF-1α expression has been shown to correlate with poor prognosis and increased cancer cell invasiveness. HIF-1 regulates glycolysis-related genes and inhibits mitochondrial respiration (reviewed in [196]), resulting in hypoxic adaption of tumour cells. This leads to glycolytic ATP generation [202], reduced formation of mitochondrially-generated $H_2O_2$, enhanced survival of poorly oxygenated cells and regulation of EMT- and metastasis-related genes [203]. HIF-1 also prevents intracellular acidification, which leads to an increased formation of lactate and $CO_2$ [202], both favouring extracellular matrix degradation and cell invasion [204].

### Role of oxidative stress in angiogenesis

With increased tumour growth, more nascent blood vessels are developed to facilitate oxygen and nutrient supply to the centre of the tumour [205,206]. Several lines of evidence suggest a role for ROS in augmenting angiogenesis. For example, hypoxic conditions stimulate blood vessel development, whereby the blood flow in these new vessels is often chaotic, causing oxidative stress through periods of hypoxia and reoxygenation [181]. It was shown with a mouse model for breast cancer that administration of Mn(III) ortho-tetrakis-N-ethylpyridylporphyrin, a potent scavenger of reactive oxygen and nitrogen species, attenuates angiogenesis by modifying the density of microvessels and the proliferation rate of endothelial cells [207].

Angiogenesis is mediated through growth factors such as vesicular epithelial growth factor (VEGF) [208–210]. VEGF expression can be regulated by nutrient deprivation and hypoxia, which both increase intracellular levels of reactive oxygen species [211]. In such an environment HIF-1 and its co-factor p300 initiate gene expression including the expression of VEGF [212,213]. On the other hand, suppression of endogenous ROS by mitochondrial inhibitors or glutathione peroxidase decreases HIF-1 induction and VEGF expression in cancer cells [214]. Growth factor-mediated activation of Akt and subsequent formation of superoxide and $H_2O_2$ also lead to an induction of HIF-1 followed by expression of VEGF [86,215]. This is blocked when cells are pre-treated with catalase [86]. The knockdown of PTEN, a negative-regulatory phosphatase for the PI3K/Akt pathway, enhances VEGF secretion [216]. This is probably mediated by an increase in basal levels of hydrogen peroxide and superoxide, due to decreased expression of several antioxidant enzymes such as peroxiredoxins and Cu/ZnSOD [94].

ROS-induced secretion of matrix metalloproteinases such as MMP-1 from tumour cells promotes vessel growth within the tumour microenvironment. Further, a transient expression of MMP-1, MMP-2 and MMP-9 correlates with an increase in ROS during formation of capillary-like structures, implicating that MMP-mediated angiogenesis also occurs through upregulation of ROS [217]. ROS can also trigger vasodilation to increase the blood supply of tumours through activation of heme oxygenase-1, a enzyme that generates carbon monoxide or induces the formation of nitric oxide [218].

### ROS and redox regulation in cancer stem cells

It is well established that after chemo- or radiotherapy a small sub-population of surviving primary cancer cells

can initiate recurrence. This sub-population of cells, termed cancer stem cells (CSC), expresses stem cell markers and is highly drug resistant. CSCs utilize redox-regulatory mechanisms to promote cell survival and tolerance to treatment [219,220]. As previously discussed, the accumulation of ROS is thought to contribute to the conversion of normal cells to cancer cells by mediating genomic instability, oncogenic growth, ECM independency and increased motility. In contrast to cancer cells, which maintain these high ROS levels during all stages of malignancy, cancer stem cells have an increased antioxidant capacity [221]. Keeping endogenous and induced ROS at moderate levels mediates drug resistance and allows these cells to survive during treatment, resulting in both stemness and cancer-initiating capabilities. Diehn et al. [222] recently showed that human and murine mammary epithelial cancer stem cells contain lower concentrations of ROS, specifically superoxide, than the more mature progeny, but also normal epithelial cells. They further demonstrated that these differences in ROS levels are critical for maintaining stem cell function. When compared to their normal tumour cell counterparts, CSCs showed increased expression of a variety of enzymes that contribute to oxygen radical scavenging [222]. Particularly genes regulating or involved in glutathione synthesis, including glutathione synthetases and glutamate cysteine ligase, were increased in their expression. Also increased was the expression of FOXO1, a forkhead transcription factor that was previously implicated in the regulation of other ROS scavengers such as SOD and catalase to confer resistance to oxidative stress in haematopoietic stem cells [223].

Since ROS are critical mediators of ionizing radiation-induced therapy [224,225] the expression of antioxidants in CSCs prevented DNA damage and protected cells from irradiation-induced cell death [222]. L-$S$,$R$-buthionine sulphoximine (BSO)-mediated pharmacological depletion of the ROS scavenger GSH in epithelial CSC markedly decreased their clonogenicity and resulted in increased radiosensitization [222]. Consequently, CSC-enriched populations accumulated fewer single and double strand breaks in their DNA after irradiation. Due to high levels of antioxidant signalling, cancer stem cells may also not be responsive to other (chemotherapeutic) treatments that target cancer cells by increasing intracellular ROS levels. To reduce recurrence in response to conventional therapy cancer stem cells have to be additionally targeted under consideration of their unique redox status. It will be interesting to see if decreasing oxidative defenses in cancer stem cells *in vivo* will cause them to loose their stemness, and if a combination therapy with standard chemotherapy is effective to eliminate both tumour and cancer stem cells.

## Random damaging functions of ROS

Increased levels of reactive oxygen species can lead to 'non-specific' damage of macromolecules such as DNA, proteins and lipids. Some ROS such as $H_2O_2$ are not very reactive towards DNA and most of the damaging effects on DNA are due to hydroxyl ions, which are generated via the Fenton reaction [226]. In this reaction transition metals such as iron and copper donate or accept free electrons during intracellular reactions and use $H_2O_2$ to catalyse free radical formation. Hydroxyl radicals attack DNA rapidly due to their high diffusibility, which results in formation of DNA lesions including oxidized DNA bases, single strand and double strand breaks [227,228]. DNA adducts are removed by either the base excision repair (BER) or the nuclear excision repair (NER) pathways [229]. Cells incapable to completely repair DNA lesions (i.e. due to deficient DNA repair enzymes) undergo apoptosis to ensure these mutations will not be passed on to progeny cells. However, under certain circumstances, the cells harbouring DNA mutations successfully escape programmed cell death, which raises a high chance for cancerous growth.

The oxidative modification of proteins by reactive species is implicated in the aetiology or progression of various disorders and diseases. The major damage of ROS to proteins is modification in their amino acid residues, resulting in altered functions. Some ROS-induced modifications also increase protein carbonylation, nitration of tyrosine and phenylalanine residues, protein degradation [230] or lead to formation of cross-linked and glycated proteins [231,232]. The oxidized amino acid residues of proteins can influence their ability in signal transduction mechanisms. For example, irreversible oxidation of phosphatases within the catalytic sites hinders their enzymatic activity [233]. Oxidative alterations of enzymes also impact DNA repair efficiency, the fidelity of DNA polymerase during replication/synthesis and transcriptional activity, which tightly associates with cancer onset [1,234–236].

Other cellular targets of ROS are lipids. ROS react with polyunsaturated or polydesaturated fatty acids to initiate lipid peroxidation [237,238]. Lipid oxidation generates numerous genotoxic molecules such as malondialdehyde, 2-alkenals and 4-hydroxy-2-alkenals [239, 240]. ROS-induced lipid peroxidation can be used as a tumour marker, as shown in clinical studies [241]. For example, the detection of thiobarbituric acid-reactive substances in the serum of patients with colorectal cancer indicates a high level of lipid peroxidation.

## Application of ROS and antioxidants in cancer therapy and prevention

Many chemotherapeutic strategies are designed to exuberantly-increase cellular ROS levels with the goal to induce irreparable damages, subsequently resulting in tumour cell apoptosis (for a detailed review on the use of ROS in cancer therapy see [221]). Dependent on the tumour type, this can be achieved through chemotherapy or radiation therapy [1,242–244]. For example,

for pancreatic cancer, to date only few treatment strategies have been proven as effective for therapy and these include combination therapy of gemcitabine with trichostatin A, epigallocate-3-gallate (EGCG), capsaicin and benzyl isothiocyanate (BITC) [148,245–249]. All of these drugs share the same mechanism, namely to elevate intracellular ROS levels to trigger apoptosis [146,148,250,251]. Another compound that modulates ROS levels and is currently tested for its potential use in tumour therapy is Sulindac, a FDA-approved, non-steroidal and anti-inflammatory drug. Sulindac enhances intracellular ROS levels and renders colon and lung cancer cells more sensitive to $H_2O_2$-induced apoptosis [252]. In addition, Aminoflavone (5-amino-2-(4-amino-3-fluorophenyl)-6,8-difluoro-7-methylchromen-4-one; AF) induces cell death in MCF-7 and MDA-MB-468 breast cancer cells, but is not toxic for non-malignant MCF-10A breast epithelial cells [253,254]. Upon treatment with Aminoflavone, an increase of intracellular ROS is detected, correlating with increased activation of Caspase 3 and subsequent apoptosis. The inhibition of ROS generation by pre-treatment of cells with N-acetyl-L-cysteine (NAC) reverses Aminoflavone-induced cell death [254]. Several compounds such as IOA, pancratistatin (PST) and triphala (TPL) induce apoptosis of breast cancer cells through similar mechanisms as Aminoflavone, which is to increase intracellular ROS levels through dissipation of the mitochondrial membrane potential [255–260].

Mitochondrial DNA codes for several respiratory chain sub-units and is more vulnerable to DNA damage than nuclear DNA. The exposure of cells to ionizing radiation can lead to mitochondrial complex II dysfunction and increase the steady state levels of reactive oxygen species and contribute to genomic instability [261]. In human cancer, mutations in mitochondrial genes, such as the gene encoding cytochrome *c* oxidase II, are associated with increased ROS generation [262]. However, the susceptibility of mitochondrial DNA to ROS-induced mutation may also be utilized for therapy. For example, chemotherapeutic treatment of cancer patients with DNA damaging agents can lead to cell death by inducing mutations in the mitochondrial DNA that increase cellular ROS to a toxic level [262].

As discussed above, when compared to normal cells, cancer cells show increased sensitivity to glucose-induced cytotoxicity and it was suggested that increased glucose metabolism in cancer cells can compensate excess metabolic production of ROS. For example, glucose metabolism inhibits apoptosis in cancer cells through redox inactivation of cytochrome *c* [263]. Therefore, it was concluded that inhibition of glucose metabolism may provide a target for selectively targeting cancer cells by enhancing their oxidative stress levels to promote cell death [264]. 2-deoxyglucose (2DG), a glucose analogue that can not be metabolized, increased

oxidative stress levels and caused cell death in pancreatic and prostate cancer cells [265,266]. Moreover, this can be enhanced by additionally increasing cellular ROS levels with mitochondrial electron chain blockers [267].

Modulation of intracellular ROS levels can also be utilized to target oxidative stress-mediated tumour progression. For example, a loss of cell adhesion in tumour cells and anchorage-independent survival is tightly linked to a gain of cell motility and increased invasiveness. Salvicine (SAL) is a compound originally identified as a topoisomerase II poison and has been entered in a Phase II clinical trial for cancer therapy. Treatment of invasive MDA-MB-435 breast cancer cells with SAL causes rounded cell morphology, which indicates a decrease in cell adhesion [71]. The inhibition of ROS by the free radical scavenger NAC restores cell adhesion of MDA-MB-435 cells, suggesting that ROS augment their metastatic ability.

Since evidence from clinical and bench studies indicate that elevated intracellular ROS contribute to early events involved in cancer initiation and progression, an opposite approach to mediating an increase in cellular ROS levels is to use antioxidants to deplete tumour cells from ROS-induced survival signalling pathways. Such treatment may also have preventive functions. For instance, clinical studies have linked gain of oncogenic mutations in K-ras and subsequent ROS formation or pancreatic inflammation (pancreatitis) and macrophage-mediated generation of hydrogen peroxide and superoxide to events leading to an increased risk for pancreatic cancer [268–270]. Other examples are individuals with a high cancer risk due to the deficiency of inherited tumour suppressor genes such as p53 or PTEN. For these groups a treatment with antioxidants may be effective in delaying or even preventing tumour development. Depending on the therapeutic strategy, a use of antioxidants in combination therapy may have an adverse effect on anti-cancer drugs that act on tumor cells by increasing ROS levels to induce cell death. However, a combination therapy with antioxidants and therapeutics that induce apoptosis independent of oxidative stress may be effective. Antioxidants under development for clinical use are for example the SOD mimetic EUK-134 [271] or a mimetic of glutathione disulphide named NOV-002 [272].

In conclusion, to tailor specific combination therapy and to decide which strategy to use, chemotherapeutics that excessively increase intracellular ROS to reach a toxic level or antioxidants may be dependent on the tumour type and stage, the type and level of endogenous ROS as well as abundance of ROS-induced survival pathways.

## Summary

After malignant transformation many cancer cells show a sustained increase in intrinsic generation of

490   *G.-Y. Liou & P. Storz*

reactive oxygen species, which maintains the oncogenic phenotype and drives tumour progression. Redox adaption through upregulation of anti-apoptotic and antioxidant molecules allows cancer cells to promote survival and to develop resistance to anti-cancer drugs. Little is known about how an increase in intracellular oxidative stress levels is sensed and transduced into ROS-induced specific intracellular signalling to regulate the expression of antioxidant and survival genes [142]. The dependence of tumour cells and cancer stem cells on their antioxidant capacity makes them vulnerable to agents that dampen antioxidant systems. There is a realistic prospect for treatments aimed to dramatically increase intracellular ROS to kill cancer cells by decreasing their antioxidant capacity [1]. This may be obtained using compounds that inhibit antioxidant systems or through inhibition of specific signalling pathways that upregulate antioxidants in cancer cells. The resulting increase in reactive oxygen species then may induce tumour cell death either through random damaging functions of ROS or by specific induction of apoptosis via death signalling pathways. The advantage of such a strategy is that normal cells are not significantly affected since they have lower basal ROS levels and therefore are less dependent on antioxidants. However, it is possible that a threshold of toxicity in these cancer cells is not reached and that the additional increase in ROS further causes more mutations or drives cell migration and invasion [221,273]. Therefore, a combination of inhibitors of antioxidant systems with pharmacological agents with pro-oxidant properties to increase ROS levels within tumour cells may be needed to overwhelm antioxidant systems over the threshold of toxicity [1,221]. It becomes evident that a much more detailed understanding of ROS-mediated signalling in tumour cells is necessary to develop new strategies for such a redox modulation-based therapeutic intervention to selectively kill cancer cells and overcome drug resistance.

## Acknowledgements

The authors would like to thank Heike Döppler for critical reading of the manuscript.

***Declaration of interest:*** Research in the Storz laboratory is supported by grants from the Mayo Clinic SPORE for Pancreatic Cancer (P50 CA102701), the Mayo Clinic Breast Cancer SPORE (CA116201-03DR4), an AACR-PANCAN Career development grant (08-20-25-STOR), a R21 from the NCI (CA135102) as well as a Bankhead-Coley grant (FLA07BN-08) from the Florida Department of Health. The authors report no conflicts of interest. The authors alone are responsible for the content and writing of the review.

## References

[1] Storz P. Reactive oxygen species in tumor progression. Front Biosci 2005;10:1881–1896.

[2] Szatrowski TP, Nathan CF. Production of large amounts of hydrogen peroxide by human tumor cells. Cancer Res 1991;51:794–798.

[3] Babior BM. NADPH oxidase: an update. Blood 1999;93: 1464–1476.

[4] Han D, Williams E, Cadenas E. Mitochondrial respiratory chain-dependent generation of superoxide anion and its release into the intermembrane space. Biochem J 2001;353: 411–416.

[5] Crompton M. The mitochondrial permeability transition pore and its role in cell death. Biochem J 1999;341: 233–249.

[6] Storz P. Reactive oxygen species-mediated mitochondria-to-nucleus signaling: a key to aging and radical-caused diseases. Sci STKE 2006;2006:re3.

[7] Bienert GP, et al. Specific aquaporins facilitate the diffusion of hydrogen peroxide across membranes. J Biol Chem 2007; 282:1183–1192.

[8] Lee WK, Thevenod F. A role for mitochondrial aquaporins in cellular life-and-death decisions? Am J Physiol Cell Physiol 2006;291:C195-202.

[9] Dansen TB, Wirtz KW. The peroxisome in oxidative stress. IUBMB Life 2001;51:223–30.

[10] del Rio LA, et al. Metabolism of oxygen radicals in peroxisomes and cellular implications. Free Radic Biol Med 1992;13:557–580.

[11] Singh I. Mammalian peroxisomes: metabolism of oxygen and reactive oxygen species. Ann NY Acad Sci 1996;804:612–627.

[12] Bonekamp NA, et al. Reactive oxygen species and peroxisomes: struggling for balance. Biofactors 2009;35: 346–355.

[13] Bae YS, et al. Platelet-derived growth factor-induced H(2) O(2) production requires the activation of phosphatidylinositol 3-kinase. J Biol chem 2000;275:10527–10531.

[14] Burdon RH. Superoxide and hydrogen peroxide in relation to mammalian cell proliferation. Free Radic biol med 1995;18:775–794.

[15] Goustin AS, et al. Growth factors and cancer. Cancer Res 1986;46:1015–1029.

[16] Sundaresan M, et al. Requirement for generation of H2O2 for platelet-derived growth factor signal transduction. Science 1995;270:296–299.

[17] Tiku ML, Liesch JB, Robertson FM. Production of hydrogen peroxide by rabbit articular chondrocytes. Enhancement by cytokines. J Immunol 1990;145:690–696.

[18] Lo YY, Cruz TF. Involvement of reactive oxygen species in cytokine and growth factor induction of c-fos expression in chondrocytes. J Biol chem 1995;270:11727–11730.

[19] Meier B, et al. Human fibroblasts release reactive oxygen species in response to interleukin-1 or tumour necrosis factor-alpha. Biochem J 1989;263:539–545.

[20] Roy D, Sarkar S, Felty Q. Levels of IL-1 beta control stimulatory/inhibitory growth of cancer cells. Front Biosci 2006;11:889–898.

[21] Ohba M, et al. Production of hydrogen peroxide by transforming growth factor-beta 1 and its involvement in induction of egr-1 in mouse osteoblastic cells. J Cell Biol 1994;126:1079–1088.

[22] Chen Q, Olashaw N, Wu J. Participation of reactive oxygen species in the lysophosphatidic acid-stimulated mitogen-activated protein kinase kinase activation pathway. J biol chem 1995;270:28499–28502.

[23] Griendling KK, et al. Angiotensin II stimulates NADH and NADPH oxidase activity in cultured vascular smooth muscle cells. Circ Res 1994;74:1141–1148.

[24] Aunoble B, et al. Major oncogenes and tumor suppressor genes involved in epithelial ovarian cancer (review). Int J Oncol 2000;16:567–576.

[25] Minamoto T, Mai M, Ronai Z. K-ras mutation: early detection in molecular diagnosis and risk assessment of colorectal, pancreas, and lung cancers–a review. Cancer Detect Prev 2000;24:1–12.

[26] Minamoto T, Ougolkov AV, Mai M. Detection of oncogenes in the diagnosis of cancers with active oncogenic signaling. Expert Rev Mol Diagn 2002;2:565–575.

[27] Chiarugi P, Fiaschi T. Redox signalling in anchorage-dependent cell growth. Cell Signal 2007;19:672–682.

[28] Ferraro D, et al. Pro-metastatic signaling by c-Met through RAC-1 and reactive oxygen species (ROS). Oncogene 2006;25:3689–3698.

[29] Shin EA, et al. Arachidonic acid induces the activation of the stress-activated protein kinase, membrane ruffling and H2O2 production via a small GTPase Rac1. FEBS Lett 1999;452:355–359.

[30] Balkwill F. Tumour necrosis factor and cancer. Nat Rev Cancer 2009;9:361–371.

[31] Berasain C; et al. Inflammation and liver cancer: new molecular links. Ann NY Acad Sci 2009;1155:206–221.

[32] Xiao H, Yang CS. Combination regimen with statins and NSAIDs: a promising strategy for cancer chemoprevention. Int J Cancer 2008:123:983–990.

[33] Babior BM. The respiratory burst oxidase. Curr Opin Hematol 1995;2:55–60.

[34] Segal AW, Shatwell KP. The NADPH oxidase of phagocytic leukocytes. Ann NY Acad Sci1997;832:215–222.

[35] Cui S, et al. Activated murine macrophages induce apoptosis in tumor cells through nitric oxide-dependent or -independent mechanisms. Cancer Res 1994;54:2462–2467.

[36] Copin JC, Gasche Y, Chan PH. Overexpression of copper/zinc superoxide dismutase does not prevent neonatal lethality in mutant mice that lack manganese superoxide dismutase. Free Radic Biol Med 2000;28:1571–1576.

[37] Bendayan M, Reddy JK. Immunocytochemical localization of catalase and heat-labile enoyl-CoA hydratase in the livers of normal and peroxisome proliferator-treated rats. Lab Invest 1982;47:364–369.

[38] Hashimoto F, Hayashi H. Significance of catalase in peroxisomal fatty acyl-CoA beta-oxidation: NADH oxidation by acetoacetyl-CoA and H2O2. J Biochem 1990;108:426–431.

[39] Litwin JA, Volkl A, Muller-Hocker J, Hashimoto T, Fahimi H D. Immunocytochemical localization of peroxisomal enzymes in human liver biopsies. Am J Pathol 1987;128:141–150.

[40] Hofmann B, Hecht HJ, Flohe L. Peroxiredoxins. Biol Chem 2002;383:347–364.

[41] Rhee SG, et al. A family of novel peroxidases, peroxiredoxins. Biofactors 1999;10:207–209.

[42] Wood ZA, et al. Structure, mechanism and regulation of peroxiredoxins. Trends Biochem Sci 2003;28:32–40.

[43] Neumann CA, et al. Essential role for the peroxiredoxin Prdx1 in erythrocyte antioxidant defence and tumour suppression. Nature 2003;424:561–565.

[44] Holmgren A. Thioredoxin structure and mechanism: conformational changes on oxidation of the active-site sulfhydryls to a disulfide. Structure 1995;3:239–243.

[45] Arner ES, Holmgren A. Physiological functions of thioredoxin and thioredoxin reductase. Eur J Biochem 2000;267:6102–6109.

[46] Mustacich D, Powis G. Thioredoxin reductase. Biochemical J 2000;346:1–8.

[47] Brigelius-Flohe R. Tissue-specific functions of individual glutathione peroxidases. Free Radic biol Med 1999;27:951–965.

[48] Ursini F, et al. Diversity of glutathione peroxidases. Methods in Enzymol 1995;252:38–53.

[49] Carlberg I, Mannervik B. Purification and characterization of the flavoenzyme glutathione reductase from rat liver. J Biol Chem 1975;250:5475–5480.

[50] Beutler E. Effect of flavin compounds on glutathione reductase activity: in vivo and in vitro studies. J Clin Invest 1969;48:1957–1966.

[51] Townsend DM, Tew KD. The role of glutathione-S-transferase in anti-cancer drug resistance. Oncogene 2003;22:7369–7375.

[52] Sharma R, et al. Antioxidant role of glutathione S-transferases: protection against oxidant toxicity and regulation of stress-mediated apoptosis. Antioxid & Redox signal 2004;6:289–300.

[53] Hayes JD, Flanagan JU, Jowsey IR. Glutathione transferases. Annu Rev Pharmacol Toxicol 2005;45:51–88.

[54] Colavitti R, et al. Reactive oxygen species as downstream mediators of angiogenic signaling by vascular endothelial growth factor receptor-2/KDR. J Biol Chem 2002;277:3101–3108.

[55] Finkel T. Redox-dependent signal transduction. FEBS Lett 2000;476:52–54.

[56] Hensley K, Floyd RA. Reactive oxygen species and protein oxidation in aging: a look back, a look ahead. Arch Biochem Biophys 2002;397:377–383.

[57] Irani K. Oxidant signaling in vascular cell growth, death, and survival : a review of the roles of reactive oxygen species in smooth muscle and endothelial cell mitogenic and apoptotic signaling. Circulation Res 2000; 87:179–183.

[58] Rhee SG, et al. Hydrogen peroxide: a key messenger that modulates protein phosphorylation through cysteine oxidation. Sci STKE 2000:53:pel.

[59] Khavari TA, Rinn J. Ras/Erk MAPK signaling in epidermal homeostasis and neoplasia. Cell Cycle 2007;6:2928–2931.

[60] Roberts PJ, Der CJ. Targeting the Raf-MEK-ERK mitogen-activated protein kinase cascade for the treatment of cancer. Oncogene 2007;26:3291–3310.

[61] Irani K, et al. Mitogenic signaling mediated by oxidants in Ras-transformed fibroblasts. Science 1997;275:1649–1652.

[62] Reddy KB, Glaros S. Inhibition of the MAP kinase activity suppresses estrogen-induced breast tumor growth both in vitro and in vivo. Int J Oncol 2007;30:971–975.

[63] Lander HM, et al. A molecular redox switch on p21(ras). Structural basis for the nitric oxide-p21(ras) interaction. J Biol chem 1997;272:4323–4326.

[64] Chan DW, et al. Loss of MKP3 mediated by oxidative stress enhances tumorigenicity and chemoresistance of ovarian cancer cells. Carcinogenesis 2008;29:1742–1750.

[65] McCubrey JA, et al . Roles of the Raf/MEK/ERK pathway in cell growth, malignant transformation and drug resistance. Biochim Biophys Acta 2007;1773:1263–1284.

[66] Steelman LS, et al. Contributions of the Raf/MEK/ERK, PI3K/PTEN/Akt/mTOR and Jak/STAT pathways to leukemia. Leukemia 2008;22:686–707.

[67] Kumar B, et al. Oxidative stress is inherent in prostate cancer cells and is required for aggressive phenotype. Cancer Res 2008;68:1777–1785.

[68] Lee WC, et al. Role of ERK in hydrogen peroxide-induced cell death of human glioma cells. Neurochem Res 2005; 30:263–270.

[69] Rygiel TP, et al. The Rac activator Tiam1 prevents keratinocyte apoptosis by controlling ROS-mediated ERK phosphorylation. J Cell Sci 2008;121:1183–1192.

[70] Ostrakhovitch EA, Cherian MG. Inhibition of extracellular signal regulated kinase (ERK) leads to apoptosis inducing factor (AIF) mediated apoptosis in epithelial breast cancer cells: the lack of effect of ERK in p53 mediated copper induced apoptosis. J cell biochem 2005;95:1120–1134.

[71] Zhou J, et al. Salvicine inactivates beta 1 integrin and inhibits adhesion of MDA-MB-435 cells to fibronectin via reactive oxygen species signaling. Mol Cancer Res 2008; 6:194–204.

[72] Cullen JJ, et al. The role of manganese superoxide dismutase in the growth of pancreatic adenocarcinoma. Cancer Res 2003;63:1297–1303.

[73] Lewis A, et al. Metastatic progression of pancreatic cancer: changes in antioxidant enzymes and cell growth. Clin Exp Metastasis 2005;22:523–532.

[74] Mazzio EA, Soliman KF. Glioma cell antioxidant capacity relative to reactive oxygen species produced by dopamine. J Appl Toxicol 2004;24:99–106.

[75] Zhang Y, et al. Overexpression of copper zinc superoxide dismutase suppresses human glioma cell growth. Cancer Res 2002;62:1205–1212.

[76] Osada S, et al. Extracellular signal-regulated kinase phosphorylation due to menadione-induced arylation mediates growth inhibition of pancreas cancer cells. Cancer Chemother Pharmacol 2008;62:315–320.

[77] Shi Y, Sahu RP, Srivastava SK. Triphala inhibits both in vitro and in vivo xenograft growth of pancreatic tumor cells by inducing apoptosis. BMC Cancer 2008;8:294.

[78] Brunet A, et al. Akt promotes cell survival by phosphorylating and inhibiting a Forkhead transcription factor. Cell 1999;96:857–868.

[79] Pastorino JG, Tafani M, Farber JL. Tumor necrosis factor induces phosphorylation and translocation of BAD through a phosphatidylinositide-3-OH kinase-dependent pathway. J Biol Chem 1999;274:19411–19416.

[80] Xin M, Deng X. Nicotine inactivation of the proapoptotic function of Bax through phosphorylation. J Biol Chem 2005;280:10781–10789.

[81] Kawamura N, et al. Akt1 in osteoblasts and osteoclasts controls bone remodeling. PLoS One 2007;2:e1058.

[82] Qi XJ, Wildey GM, Howe PH. Evidence that Ser87 of BimEL is phosphorylated by Akt and regulates BimEL apoptotic function. J Biol Chem 2006;281:813–823.

[83] Limaye V, et al. Sphingosine kinase-1 enhances endothelial cell survival through a PECAM-1-dependent activation of PI-3K/Akt and regulation of Bcl-2 family members. Blood 2005;105:3169–3177.

[84] Burdick AD, et al. Benzo(a)pyrene quinones increase cell proliferation, generate reactive oxygen species, and transactivate the epidermal growth factor receptor in breast epithelial cells. Cancer Res 2003;63:7825–7833.

[85] Park SA, et al. 4-hydroxyestradiol induces anchorage-independent growth of human mammary epithelial cells via activation of IkappaB kinase: potential role of reactive oxygen species. Cancer Res 2009;69:2416–2424.

[86] Liu LZ, et al. Reactive oxygen species regulate epidermal growth factor-induced vascular endothelial growth factor and hypoxia-inducible factor-1alpha expression through activation of AKT and P70S6K1 in human ovarian cancer cells. Free Radic Biol Med 2006;41:1521–1533.

[87] Mochizuki T, et al. Inhibition of NADPH oxidase 4 activates apoptosis via the AKT/apoptosis signal-regulating kinase 1 pathway in pancreatic cancer PANC-1 cells. Oncogene 2006;25:3699–3707.

[88] Storz P, Toker A. 3′-phosphoinositide-dependent kinase-1 (PDK-1) in PI 3-kinase signaling. Front Biosci 2002;7: d886–d902.

[89] Ogg S, Ruvkun G. The C. elegans PTEN homolog, DAF-18, acts in the insulin receptor-like metabolic signaling pathway. Mol Cell 1998;2:887–893.

[90] Sun H, et al. PTEN modulates cell cycle progression and cell survival by regulating phosphatidylinositol 3,4,5,-trisphosphate and Akt/protein kinase B signaling pathway. Proc Natl Acad Sci USA 1999;96:6199–6204.

[91] Higaki Y, et al. Oxidative stress stimulates skeletal muscle glucose uptake through a phosphatidylinositol 3-kinase-dependent pathway. Am J Physiol Endocrinol Metab 2008;294:E889–E897.

[92] Prasad N, et al. Oxidative stress and vanadate induce tyrosine phosphorylation of phosphoinositide-dependent kinase 1 (PDK1). Biochemistry 2000;39:6929–6935.

[93] Lee SR, et al. Reversible inactivation of the tumor suppressor PTEN by H2O2. J Biol Chem 2002;277:20336–20342.

[94] Huo YY, et al. PTEN deletion leads to deregulation of antioxidants and increased oxidative damage in mouse embryonic fibroblasts. Free Radic Biol Med 2008;44: 1578–1591.

[95] Basseres DS, Baldwin AS. Nuclear factor-kappaB and inhibitor of kappaB kinase pathways in oncogenic initiation and progression. Oncogene 2006;25:6817–6830.

[96] Biswas DK, Iglehart JD. Linkage between EGFR family receptors and nuclear factor kappaB (NF-kappaB) signaling in breast cancer. J Cell Physiol 2006;209:645–652.

[97] Biswas DK, et al. NF-kappa B activation in human breast cancer specimens and its role in cell proliferation and apoptosis. Proc Natl Acad Sci USA 2004;101:10137–10142.

[98] Rayet B, Gelinas C. Aberrant rel/nfkb genes and activity in human cancer. Oncogene 1999;18:6938–6947.

[99] Ahmed KM, Cao N, Li JJ. HER-2 and NF-kappaB as the targets for therapy-resistant breast cancer. Anticancer Res 2006;26:4235–4243.

[100] Bourguignon LY, Xia W, Wong G. Hyaluronan-mediated CD44 interaction with p300 and SIRT1 regulates beta-catenin signaling and NFkappaB-specific transcription activity leading to MDR1 and Bcl-xL gene expression and chemoresistance in breast tumor cells. J Biol Chem 2009;284:2657–2671.

[101] Duffey DC, et al. Inhibition of transcription factor nuclear factor-kappaB by a mutant inhibitor-kappaBalpha attenuates resistance of human head and neck squamous cell carcinoma to TNF-alpha caspase-mediated cell death. Br J Cancer 2000;83:1367–1374.

[102] Li N, Karin M. Is NF-kappaB the sensor of oxidative stress? Faseb J 1999;13:1137–1143.

[103] Schreck R, Albermann K, Baeuerle PA. Nuclear factor kappa B: an oxidative stress-responsive transcription factor of eukaryotic cells (a review). Free Radic Res Commun 1992;17:221–237.

[104] Beg AA, et al. Tumor necrosis factor and interleukin-1 lead to phosphorylation and loss of I kappa B alpha: a mechanism for NF-kappa B activation. Mol Cell Biol 1993;13: 3301–3310.

[105] Beg AA, et al. I kappa B interacts with the nuclear localization sequences of the subunits of NF-kappa B: a mechanism for cytoplasmic retention. Genes Dev 1992;6:1899–1913.

[106] Bonizzi G, et al. Activation of IKKalpha target genes depends on recognition of specific kappaB binding sites by RelB:p52 dimers. Embo J 2004;23:4202–4210.

[107] Delhase M, et al. Positive and negative regulation of IkappaB kinase activity through IKKbeta subunit phosphorylation. Science 1999;284:309–313.

[108] Hacker H, Karin M. Regulation and function of IKK and IKK-related kinases. Sci STKE 2006;357:re13.

[109] Bergmann M, et al. IkappaBalpha degradation and nuclear factor-kappaB DNA binding are insufficient for interleukin-1beta and tumor necrosis factor-alpha-induced kappaB-dependent transcription. Requirement for an additional activation pathway. J Biol Chem 1998;273: 6607–6610.

[110] Claudio E, et al. Molecular mechanisms of TNFalpha cytotoxicity: activation of NF-kappaB and nuclear translocation. Exp Cell Res 1996;224:63–71.

[111] Ling L, Cao Z, Goeddel DV. NF-kappaB-inducing kinase activates IKK-alpha by phosphorylation of Ser-176. Proc Natl Acad Sci USA 1998;95:3792–3797.

[112] Ghoda L, Lin X, Greene WC. The 90-kDa ribosomal S6 kinase (pp90rsk) phosphorylates the N-terminal regulatory domain of IkappaBalpha and stimulates its degradation in vitro. J Biol Chem 1997;272:21281–21288.

[113] Singh S, Darnay BG, Aggarwal BB. Site-specific tyrosine phosphorylation of IkappaBalpha negatively regulates its inducible phosphorylation and degradation. J Biol Chem 1996;271:31049–31054.

[114] Karin M. The IkappaB kinase-a bridge between inflammation and cancer. Cell Res 2008;18:334–342.

[115] Janssen-Heininger YM, Poynter ME, Baeuerle PA. Recent advances towards understanding redox mechanisms in the activation of nuclear factor kappaB. Free Radic Biol Med 2000;28:1317–1327.

[116] Li Q, Engelhardt JF. Interleukin-1beta induction of NFkappaB is partially regulated by $H_2O_2$-mediated activation of NFkappa B-inducing kinase. J Biol Chem 2006;281:1495–1505.

[117] Manna SK, et al. Overexpression of manganese superoxide dismutase suppresses tumor necrosis factor-induced apoptosis and activation of nuclear transcription factor-kappaB and activated protein-1. J Biol Chem 1998;273:13245–13254.

[118] Ruiz-Ramos R, et al. Sodium arsenite induces ROS generation, DNA oxidative damage, HO-1 and c-Myc proteins, NF-kappaB activation and cell proliferation in human breast cancer MCF-7 cells. Mutat Res 2009;674:109–115.

[119] Wang Y, et al. The endogenous reactive oxygen species promote NF-kappaB activation by targeting on activation of NF-kappaB-inducing kinase in oral squamous carcinoma cells. Free Radic Res 2007;41:963–971.

[120] Storz P, Doppler H, Toker A. Protein kinase Cdelta selectively regulates protein kinase D-dependent activation of NF-kappaB in oxidative stress signaling. Mol Cell Biol 2004;24:2614–2626.

[121] Storz P, Toker A. Protein kinase D mediates a stress-induced NF-kappaB activation and survival pathway. The EMBO J 2003;22:109–120.

[122] Cowell CF, et al. Mitochondrial diacylglycerol initiates protein-kinase D1-mediated ROS signaling. J Cell Sci 2009;122:919–928.

[123] Doppler H, Storz P. A novel tyrosine phosphorylation site in protein kinase D contributes to oxidative stress-mediated activation. J Biol chem 2007;282:31873–31881.

[124] Storz P, Doppler H, Toker A. Activation loop phosphorylation controls protein kinase D-dependent activation of nuclear factor kappaB. Mol Pharmacol 2004;66:870–879.

[125] Imbert V, et al. Tyrosine phosphorylation of I kappa B-alpha activates NF-kappa B without proteolytic degradation of I kappa B-alpha. Cell 1996;86:787–798.

[126] Mukhopadhyay A, Manna SK, Aggarwal BB. Pervanadate-induced nuclear factor-kappaB activation requires tyrosine phosphorylation and degradation of IkappaBalpha. Comparison with tumor necrosis factor-alpha. J Biol Chem 2000;275:8549–8555.

[127] Gupta A, Rosenberger SF, Bowden GT. Increased ROS levels contribute to elevated transcription factor and MAP kinase activities in malignantly progressed mouse keratinocyte cell lines. Carcinogenesis 1999;20:2063–2073.

[128] Burdon RH, Gill V, Rice-Evans C. Oxidative stress and tumour cell proliferation. Free Radic Res Commun 1990; 11:65–76.

[129] Felty Q, Roy D. Estrogen, mitochondria, and growth of cancer and non-cancer cells. J Carcinog 2005;4:1.

[130] Felty Q, Singh KP, Roy D. Estrogen-induced G1/S transition of G0-arrested estrogen-dependent breast cancer cells is regulated by mitochondrial oxidant signaling. Oncogene 2005;24:4883–4893.

[131] Felty Q, et al. Estrogen-induced mitochondrial reactive oxygen species as signal-transducing messengers. Biochemistry 2005;44:6900–6909.

[132] Sarsour EH, et al. Manganese superoxide dismutase activity regulates transitions between quiescent and proliferative growth. Aging cell 2008;7:405–417.

[133] Wang M, et al. Manganese superoxide dismutase suppresses hypoxic induction of hypoxia-inducible factor-1alpha and vascular endothelial growth factor. Oncogene 2005;24: 8154–8166.

[134] Parkash J, Felty Q, Roy D. Estrogen exerts a spatial and temporal influence on reactive oxygen species generation that precedes calcium uptake in high-capacity mitochondria: implications for rapid nongenomic signaling of cell growth. Biochemistry 2006;45:2872–2881.

[135] Menon SG, et al. Differential susceptibility of nonmalignant human breast epithelial cells and breast cancer cells to thiol antioxidant-induced G(1)-delay. Antioxid Redox Signal 2005;7:711–718.

[136] Behrend L, Henderson G, Zwacka RM. Reactive oxygen species in oncogenic transformation. Biochem Soc Trans 2003;31:1441–1444.

[137] Browne SE, et al. Treatment with a catalytic antioxidant corrects the neurobehavioral defect in ataxia-telangiectasia mice. Free Radic Biol Med 2004;36:938–942.

[138] Reichenbach J, et al. Elevated oxidative stress in patients with ataxia telangiectasia. Antioxidants & redox signaling 2002;4:465–469.

[139] Cadenas E. Mitochondrial free radical production and cell signaling. Mol Aspects Med 2004;25:17–26.

[140] Simon HU, Haj-Yehia A, Levi-Schaffer F. Role of reactive oxygen species (ROS) in apoptosis induction. Apoptosis 2000;5:415–418.

[141] Chung YM, Bae YS, Lee SY. Molecular ordering of ROS production, mitochondrial changes, and caspase activation during sodium salicylate-induced apoptosis. Free Radic Biol Med 2003;34:434–442.

[142] Storz P. Mitochondrial ROS–radical detoxification, mediated by protein kinase D. Trends Cell Biol 2007;17:13–18.

[143] Gottlieb E, Vander Heiden MG, Thompson C. B. Bcl-x(L) prevents the initial decrease in mitochondrial membrane potential and subsequent reactive oxygen species production during tumor necrosis factor alpha-induced apoptosis. Mol Cell Biol 2000;20:5680–5689.

[144] Li PF, Dietz R, von Harsdorf R. p53 regulates mitochondrial membrane potential through reactive oxygen species and induces cytochrome c-independent apoptosis blocked by Bcl-2. EMBO J 1999;18:6027–6036.

[145] Lee CH, et al. Novel 2-step synthetic indole compound 1,1,3-tri(3-indolyl)cyclohexane inhibits cancer cell growth in lung cancer cells and xenograft models. Cancer 2008;113: 815–825.

[146] Qanungo S, et al. Epigallocatechin-3-gallate induces mitochondrial membrane depolarization and caspase-dependent apoptosis in pancreatic cancer cells. Carcinogenesis 2005;26:958–967.

[147] Shim H, et al. Acacetin-induced apoptosis of human breast cancer MCF-7 cells involves caspase cascade, mitochondria-mediated death signaling and SAPK/JNK1/2-c-Jun activation. Mol Cells 2007;24:95–104.

[148] Zhang R, et al. In vitro and in vivo induction of apoptosis by capsaicin in pancreatic cancer cells is mediated through ROS generation and mitochondrial death pathway. Apoptosis 2008;13:1465–1478.

[149] Saitoh M, et al. Mammalian thioredoxin is a direct inhibitor of apoptosis signal-regulating kinase (ASK) 1. EMBO J 1998;17:2596–2606.

[150] Takeda K, et al. Roles of MAPKKK ASK1 in stress-induced cell death. Cell Struct Funct 2003;28:23–29.

[151] You H, Yamamoto K, Mak TW. Regulation of transactivation-independent proapoptotic activity of p53 by FOXO3a. Proc Natl Acad Sci USA 2006;103:9051–9056.

[152] Schulze-Osthoff K, et al. Depletion of the mitochondrial electron transport abrogates the cytotoxic and gene-inductive effects of TNF. EMBO J 1993;12:3095–3104.

[153] Xu YC, et al. Involvement of TRAF4 in oxidative activation of c-Jun N-terminal kinase. J Biol Chem 2002;277:28051–28057.

[154] Wong GH, Goeddel DV. Induction of manganous superoxide dismutase by tumor necrosis factor: possible protective mechanism. Science 1988;242:941–944.

[155] Chiu TT, et al. Protein kinase D2 mediates lysophosphatidic acid-induced interleukin 8 production in nontransformed human colonic epithelial cells through NF-kappaB. Am J Physiol Cell Physiol 2007;292:C767–C777.

[156] Mihailovic T, et al. Protein kinase D2 mediates activation of nuclear factor kappaB by Bcr-Abl in Bcr-Abl+ human myeloid leukemia cells. Cancer Res 2004;64:8939–8944.

[157] Song J, et al. PKD prevents H2O2-induced apoptosis via NF-kappaB and p38 MAPK in RIE-1 cells. Biochem Biophys Res Commun 2009;378:610–614.

[158] Storz P, et al. Functional dichotomy of A20 in apoptotic and necrotic cell death. Biochem J 2005;387:47–55.

[159] Storz P, Doppler H, Toker A. Protein kinase D mediates mitochondrion-to-nucleus signaling and detoxification from mitochondrial reactive oxygen species. Mol Cell Biol 2005;25:8520–8530.

[160] Zhang W, et al. Protein kinase D specifically mediates apoptosis signal-regulating kinase 1-JNK signaling induced by H2O2 but not tumor necrosis factor. J Biol Chem 2005;280:19036–19044.

[161] Kundu N, et al. Sublethal oxidative stress inhibits tumor cell adhesion and enhances experimental metastasis of murine mammary carcinoma. Clin Exp Metastasis 1995;13:16–22.

[162] Pelicano H, et al. Mitochondrial dysfunction and reactive oxygen species imbalance promote breast cancer cell motility through a CXCL14-mediated mechanism. Cancer Res 2009;69:2375–2383.

[163] Hitchler M. J, et al. Epigenetic silencing of SOD2 by histone modifications in human breast cancer cells. Free Radic Biol Med 2008;45:1573–1580.

[164] Hitchler MJ, et al. Epigenetic regulation of manganese superoxide dismutase expression in human breast cancer cells. Epigenetics 2006;1:163–171.

[165] Broom OJ, Massoumi R, Sjolander A. Alpha2beta1 integrin signalling enhances cyclooxygenase-2 expression in intestinal epithelial cells. J Cell Physiol 2006;209:950–958.

[166] Svineng G, et al. The role of reactive oxygen species in integrin and matrix metalloproteinase expression and function. Connect Tissue Res 2008;49:197–202.

[167] Taddei ML, et al. Integrin-mediated cell adhesion and spreading engage different sources of reactive oxygen species. Antioxid Redox Signal 2007;9:469–481.

[168] Ben Mahdi MH, Andrieu V, Pasquier C. Focal adhesion kinase regulation by oxidative stress in different cell types. IUBMB Life 2000;50:291–299.

[169] Chiarugi P. From anchorage dependent proliferation to survival: lessons from redox signalling. IUBMB Life 2008;60:301–307.

[170] Werner E, Werb Z. Integrins engage mitochondrial function for signal transduction by a mechanism dependent on Rho GTPases. J Cell Biol 2002;158:357–368.

[171] Giannoni E, et al. Redox regulation of anoikis resistance of metastatic prostate cancer cells: key role for Src and EGFR-mediated pro-survival signals. Oncogene 2009;28:2074–2086.

[172] Radisky DC, et al. Rac1b and reactive oxygen species mediate MMP-3-induced EMT and genomic instability. Nature 2005;436:123–127.

[173] Wu WS. The signaling mechanism of ROS in tumor progression. Cancer Metastasis Rev 2006;25:695–705.

[174] Tobar N, et al. RAC1 activity and intracellular ROS modulate the migratory potential of MCF-7 cells through a NADPH oxidase and NFkappaB-dependent mechanism. Cancer Lett 2008;267:125–132.

[175] Moldovan L, et al. The actin cytoskeleton reorganization induced by Rac1 requires the production of superoxide. Antioxid Redox signal 1999;1:29–43.

[176] Eiseler T, et al. Protein kinase D1 regulates cofilin-mediated F-actin reorganization and cell motility through slingshot. Nat cell Biol 2009;11:545–556.

[177] Kim JS, Huang TY, Bokoch GM. Reactive oxygen species regulate a slingshot-cofilin activation pathway. Mol Biol Cell 2009;20:2650–2660.

[178] Sundaresan M, et al. Regulation of reactive-oxygen-species generation in fibroblasts by Rac1. Biochem J 1996;318:379–382.

[179] Gianni D, et al. The involvement of the tyrosine kinase c-Src in the regulation of reactive oxygen species generation mediated by NADPH oxidase-1. Mol Biol Cell 2008;19:2984–2994.

[180] Diaz B, et al. Tks5-dependent, nox-mediated generation of reactive oxygen species is necessary for invadopodia formation. Sci Signal 2009;2:ra53.

[181] Brown NS, Bicknell R. Hypoxia and oxidative stress in breast cancer. Oxidative stress: its effects on the growth, metastatic potential and response to therapy of breast cancer. Breast Cancer Res 2001;3:323–327.

[182] Duffy MJ, et al. Metalloproteinases: role in breast carcinogenesis, invasion and metastasis. Breast Cancer Res 2000;2:252–257.

[183] Nelson AR, et al. Matrix metalloproteinases: biologic activity and clinical implications. J Clin Oncol 2000;18:1135–1149.

[184] Nelson KK, Melendez J. A. Mitochondrial redox control of matrix metalloproteinases. Free Radic Biol Med 2004;37:768–784.

[185] Brenneisen P, Sies H, Scharffetter-Kochanek K. Ultraviolet-B irradiation and matrix metalloproteinases: from induction via signaling to initial events. Ann NY Acad Sci 2002;973:31–43.

[186] Kheradmand F, et al. Role of Rac1 and oxygen radicals in collagenase-1 expression induced by cell shape change. Science 1998;280:898–902.

[187] Wenk J, et al. Stable overexpression of manganese superoxide dismutase in mitochondria identifies hydrogen peroxide as a major oxidant in the AP-1-mediated induction of matrix-degrading metalloprotease-1. J Biol Chem 1999;274:25869–25876.

[188] Westermarck J, Kahari VM. Regulation of matrix metalloproteinase expression in tumor invasion. Faseb J 1999;13:781–792.

[189] Rajagopalan S, et al. Reactive oxygen species produced by macrophage-derived foam cells regulate the activity of vascular matrix metalloproteinases in vitro. Implications for atherosclerotic plaque stability. J Clin Invest 1996;98:2572–2579.

[190] van Wetering S, et al. Reactive oxygen species mediate Rac-induced loss of cell-cell adhesion in primary human endothelial cells. J Cell Sci 2002;115:1837–1846.

[191] Cheng GC, et al. Oxidative stress and thioredoxin-interacting protein promote intravasation of melanoma cells. Exp Cell Res 2004;300:297–307.

[192] Roebuck KA. Oxidant stress regulation of IL-8 and ICAM-1 gene expression: differential activation and binding of the transcription factors AP-1 and NF-kappaB (Review). Int J Mol Med 1999;4:223–230.

[193] Huot J, et al. Oxidative stress-induced actin reorganization mediated by the p38 mitogen-activated protein kinase/heat shock protein 27 pathway in vascular endothelial cells. Circ Res 1997;80:383–392.

[194] Dewhirst MW, Cao Y, Moeller B. Cycling hypoxia and free radicals regulate angiogenesis and radiotherapy response. Nat Rev Cancer 2008;8:425–437.

[195] Hockel M, Vaupel P. Tumor hypoxia: definitions and current clinical, biologic, and molecular aspects. J Natl Cancer Inst 2001;93:266–276.

[196] Pani G, et al. Redox-based escape mechanism from death: the cancer lesson. Antioxidants Redox Signal 2009;11: 2791–2806.

[197] Dang CV, Semenza GL. Oncogenic alterations of metabolism. Trends Biochem Sci 1999;24:68–72.

[198] Ganapathy V, Thangaraju M, Prasad P. D. Nutrient transporters in cancer: relevance to Warburg hypothesis and beyond. Pharmacol Ther 2009;121:29–40.

[199] Hsu PP, Sabatini DM. Cancer cell metabolism: Warburg and beyond. Cell 2008;134:703–707.

[200] Harris AL. Hypoxia--a key regulatory factor in tumour growth. Nat Rev Cancer 2002;2:38–47.

[201] Kaelin WG, Jr. Ratcliffe PJ. Oxygen sensing by metazoans: the central role of the HIF hydroxylase pathway. Mol Cell 2008;30:393–402.

[202] Pouyssegur J, Dayan F, Mazure NM. Hypoxia signalling in cancer and approaches to enforce tumour regression. Nature 2006;441:437–443.

[203] Erler JT, et al. Lysyl oxidase is essential for hypoxia-induced metastasis. Nature 2006;440:1222–1226.

[204] Rofstad EK, et al. Acidic extracellular pH promotes experimental metastasis of human melanoma cells in athymic nude mice. Cancer Res 2006;66:6699–6707.

[205] Claffey KP, et al. Expression of vascular permeability factor/ vascular endothelial growth factor by melanoma cells increases tumor growth, angiogenesis, and experimental metastasis. Cancer Res 1996;56:172–181.

[206] Senger DR, et al. Vascular permeability factor, tumor angiogenesis and stroma generation. Invasion Metastasis 1994;14:385–394.

[207] Rabbani ZN, et al. Antiangiogenic action of redox-modulating Mn(III) ortho-tetrakis-N-ethylpyridylporphyrin, MnTE-2-PyP(5+), via suppression of oxidative stress in a mouse model of breast tumor. Free Radic Biol Med 2009.

[208] Brown LF, et al. Vascular permeability factor/vascular endothelial growth factor: a multifunctional angiogenic cytokine. Exs 1997;79:233–269.

[209] Murakami M, Simons M. Fibroblast growth factor regulation of neovascularization. Curr Opin Hematol 2008;15:215–220.

[210] Wouters BG, Koritzinsky M. Hypoxia signalling through mTOR and the unfolded protein response in cancer. Nat Rev Cancer 2008;8:851–864.

[211] Spitz DR, et al. Glucose deprivation-induced oxidative stress in human tumor cells. A fundamental defect in metabolism? Ann NY Acad Sci 2000;899:349–362.

[212] Bertout JA, Patel SA, Simon MC. The impact of O2 availability on human cancer. Nat Rev Cancer 2008;8:967–975.

[213] Gardner LB, Corn, PG. Hypoxic regulation of mRNA expression. Cell Cycle 2008;7:1916–1924.

[214] Xia C, et al. Reactive oxygen species regulate angiogenesis and tumor growth through vascular endothelial growth factor. Cancer Res 2007;67:10823–10830.

[215] Govindarajan B, et al. Overexpression of Akt converts radial growth melanoma to vertical growth melanoma. J Clin Invest 2007;117:719–729.

[216] Ma J, et al. PTEN regulate angiogenesis through PI3K/Akt/ VEGF signaling pathway in human pancreatic cancer cells. Mol Cell Biochem; 2009.

[217] Wartenberg M, et al. Inhibition of tumor-induced angiogenesis and matrix-metalloproteinase expression in confrontation cultures of embryoid bodies and tumor spheroids by plant ingredients used in traditional chinese medicine. Lab Invest 2003;83:87–98.

[218] Milligan SA, Owens MW, Grisham MB. Augmentation of cytokine-induced nitric oxide synthesis by hydrogen peroxide. Am J Physiol 1996;271:L114–L120.

[219] Bao S, et al. Glioma stem cells promote radioresistance by preferential activation of the DNA damage response. Nature 2006;444:756–760.

[220] Visvader JE, Lindeman GJ. Cancer stem cells in solid tumours: accumulating evidence and unresolved questions. Nat Rev Cancer 2008;8:755–768.

[221] Trachootham D, Alexandre J, Huang P. Targeting cancer cells by ROS-mediated mechanisms: a radical therapeutic approach? Nat Rev Drug Discov 2009;8:579–591.

[222] Diehn M, et al. Association of reactive oxygen species levels and radioresistance in cancer stem cells. Nature 2009;458:780–783.

[223] Tothova Z, et al. FoxOs are critical mediators of hematopoietic stem cell resistance to physiologic oxidative stress. Cell 2007;128:325–339.

[224] Shackleton M, et al. Generation of a functional mammary gland from a single stem cell. Nature 2006;439:84–88.

[225] Ward JF. Biochemistry of DNA lesions. Radiat Res Suppl 1985;8:S103–S111.

[226] Imlay JA, Chin SM, Linn S. Toxic DNA damage by hydrogen peroxide through the Fenton reaction in vivo and in vitro. Science 1988;240:640–642.

[227] Maynard S, et al. Base excision repair of oxidative DNA damage and association with cancer and aging. Carcinogenesis 2009;30:2–10.

[228] Wiseman H, Halliwell B. Damage to DNA by reactive oxygen and nitrogen species: role in inflammatory disease and progression to cancer. Biochem J 1996;313:17–29.

[229] Mitra S, et al. Complexities of the DNA base excision repair pathway for repair of oxidative DNA damage. Environ Mol Mutagen 2001;38:180–190.

[230] Levine RL. Carbonyl modified proteins in cellular regulation, aging, and disease. Free Radic Biol Med 2002;32:790–796.

[231] Squier TC, Bigelow DJ. Protein oxidation and age-dependent alterations in calcium homeostasis. Front Biosci 2000;5:D504–D526.

[232] Wells-Knecht MC, et al. Age-dependent increase in ortho-tyrosine and methionine sulfoxide in human skin collagen is not accelerated in diabetes. Evidence against a generalized increase in oxidative stress in diabetes. J Clin Invest 1997;100:839–846.

[233] Meng TC, Fukada T, Tonks NK. Reversible oxidation and inactivation of protein tyrosine phosphatases in vivo. Molecular Cell 2002;9:387–399.

[234] Burhans WC, Weinberger M. DNA replication stress, genome instability and aging. Nucleic Acids Res 2007;35:7545–7556.

[235] Epe B. Role of endogenous oxidative DNA damage in carcinogenesis: what can we learn from repair-deficient mice? Biol Chem 2002;383:467–475.

[236] Franco R, et al. Oxidative stress, DNA methylation and carcinogenesis. Cancer Lett 2008;266:6–11.

[237] Gardner HW. Oxygen radical chemistry of polyunsaturated fatty acids. Free Radic Biol Med 1989;7:65–86.

[238] North JA, Spector AA, Buettner GR. Cell fatty acid composition affects free radical formation during lipid peroxidation. Am J Physiol 1994;267:C177–C188.

[239] Burcham PC. Genotoxic lipid peroxidation products: their DNA damaging properties and role in formation of endogenous DNA adducts. Mutagenesis 1998;13:287–305.

[240] Catala A. Lipid peroxidation of membrane phospholipids generates hydroxy-alkenals and oxidized phospholipids active in physiological and/or pathological conditions. Chem Phys Lipids 2009;157:1–11.

[241] Lauschke H, et al. Lipid peroxidation as additional marker in patients with colorectal cancer. Results of a preliminary study. Eur Surg Res 2002;34:346–350.

[242] Alexandre J, et al. Accumulation of hydrogen peroxide is an early and crucial step for paclitaxel-induced cancer cell death both in vitro and in vivo. Int J Cancer 2006;119:41–48.

[243] Bairati I, et al. Randomized trial of antioxidant vitamins to prevent acute adverse effects of radiation therapy in head and neck cancer patients. J Clin Oncol 2005;23:5805–5813.

[244] Llobet D, et al. Antioxidants block proteasome inhibitor function in endometrial carcinoma cells. Anticancer Drugs 2008;19:115–124.

[245] Gahr S, et al. The combination of the histone-deacetylase inhibitor trichostatin A and gemcitabine induces inhibition of proliferation and increased apoptosis in pancreatic carcinoma cells. Int J Oncol 2007;31:567–576.

[246] Lee KH, et al. Epigenetic silencing of MicroRNA miR-107 regulates cyclin-dependent kinase 6 expression in pancreatic cancer. Pancreatology 2009;9:293–301.

[247] Shankar S, et al. EGCG inhibits growth, invasion, angiogenesis and metastasis of pancreatic cancer. Front Biosci 2008;13:440–452.

[248] Shankar S, Suthakar G, Srivastava RK. Epigallocatechin-3-gallate inhibits cell cycle and induces apoptosis in pancreatic cancer. Front Biosci 2007;12:5039–5051.

[249] Srivastava SK, Singh SV. Cell cycle arrest, apoptosis induction and inhibition of nuclear factor kappa B activation in anti-proliferative activity of benzyl isothiocyanate against human pancreatic cancer cells. Carcinogenesis 2004;25: 1701–1709.

[250] Donadelli M, et al. Synergistic inhibition of pancreatic adenocarcinoma cell growth by trichostatin A and gemcitabine. Biochim Biophys Acta 2007;1773:1095–1106.

[251] Sahu RP, et al. Benzyl isothiocyanate mediated generation of reactive oxygen species causes cell cycle arrest and induces apoptosis via activation of MAPK in human pancreatic cancer cells. Carcinogenesis; 2009.

[252] Marchetti M, et al. Sulindac enhances the killing of cancer cells exposed to oxidative stress. PLoS One 2009;4:e5804.

[253] Loaiza-Perez AI, et al. Aryl hydrocarbon receptor activation of an antitumor aminoflavone: basis of selective toxicity for MCF-7 breast tumor cells. Mol Cancer Ther 2004;3: 715–725.

[254] McLean L, et al. Aminoflavone induces oxidative DNA damage and reactive oxidative species-mediated apoptosis in breast cancer cells. Int J Cancer 2008;122:1665–1674.

[255] Chen CY, et al. Isokotomolide A, a new butanolide extracted from the leaves of Cinnamomum kotoense, arrests cell cycle progression and induces apoptosis through the induction of p53/p21 and the initiation of mitochondrial system in human non-small cell lung cancer A549 cells. Eur J Pharmacol 2007;574:94–102.

[256] Kuo PL, Chen CY, Hsu YL. Isoobtusilactone A induces cell cycle arrest and apoptosis through reactive oxygen species/apoptosis signal-regulating kinase 1 signaling pathway in human breast cancer cells. Cancer Res 2007;67: 7406–7420.

[257] McLachlan A, et al. Pancratistatin: a natural anti-cancer compound that targets mitochondria specifically in cancer cells to induce apoptosis. Apoptosis 2005;10:619–630.

[258] Sandhya T, et al. Potential of traditional ayurvedic formulation, Triphala, as a novel anticancer drug. Cancer Lett 2006;231:206–214.

[259] Sandhya T, Mishra KP. Cytotoxic response of breast cancer cell lines, MCF 7 and T 47 D to triphala and its modification by antioxidants. Cancer Lett 2006;238:304–313.

[260] Siedlakowski P, et al. Synergy of Pancratistatin and Tamoxifen on breast cancer cells in inducing apoptosis by targeting mitochondria. Cancer Biol Ther 2008;7:376–384.

[261] Dayal D, et al. Mitochondrial complex II dysfunction can contribute significantly to genomic instability after exposure to ionizing radiation. Radiat Res 2009;172:737–745.

[262] Carew JS, et al. Mitochondrial DNA mutations in primary leukemia cells after chemotherapy: clinical significance and therapeutic implications. Leukemia 2003;17:1437–1447.

[263] Vaughn AE, Deshmukh M. Glucose metabolism inhibits apoptosis in neurons and cancer cells by redox inactivation of cytochrome c. Nat Cell Biol 2008;10:1477–1483.

[264] Aykin-Burns N, et al. Increased levels of superoxide and H2O2 mediate the differential susceptibility of cancer cells versus normal cells to glucose deprivation. Biochem J 2009;418:29–37.

[265] Ahmad IM, et al. 2-Deoxyglucose combined with wild-type p53 overexpression enhances cytotoxicity in human prostate cancer cells via oxidative stress. Free Radic Biol Med 2008;44:826–834.

[266] Coleman MC, et al. 2-deoxy-D-glucose causes cytotoxicity, oxidative stress, and radiosensitization in pancreatic cancer. Free Radic Biol Med 2008;44:322–331.

[267] Fath MA, et al. Mitochondrial electron transport chain blockers enhance 2-deoxy-D-glucose induced oxidative stress and cell killing in human colon carcinoma cells. Cancer Biol Ther 2009;8:1228–1236.

[268] Algul H, et al. Mechanisms of disease: chronic inflammation and cancer in the pancreas—a potential role for pancreatic stellate cells? Nat Clin Pract Gastroenterol Hepatol 2007;4:454–462.

[269] Greer JB, Whitcomb DC. Inflammation and pancreatic cancer: an evidence-based review. Curr Opin Pharmacol; 2009.

[270] Lowenfels AB, et al. Pancreatitis and the risk of pancreatic cancer. International Pancreatitis Study Group. N Engl J Med 1993;328:1433–1437.

[271] Antosiewicz J, et al. c-Jun NH(2)-terminal kinase signaling axis regulates diallyl trisulfide-induced generation of reactive oxygen species and cell cycle arrest in human prostate cancer cells. Cancer Res 2006;66:5379–5386.

[272] Townsend DM, Tew KD. Pharmacology of a mimetic of glutathione disulfide, NOV-002. Biomed Pharmacother 2009; 63:75–78.

[273] Storz P, et al. FOXO3a promotes tumor cell invasion through the induction of matrix metalloproteinases. Mol Cell Biol 2009;29:4906–4917.

This paper was first published online on Early Online on 23 March 2010.

Copyright of Free Radical Research is the property of Taylor & Francis Ltd and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

# Exhibit 102

Case 3:16-md-02738-MAS-RLS   Document 9891-2   Filed 05/29/19   Page 22 of 430 PageID: 69637

Published in final edited form as:
*Cell.* 2010 March 19; 140(6): 883–899. doi:10.1016/j.cell.2010.01.025.

# Immunity, Inflammation, and Cancer

**Sergei I. Grivennikov**[1], **Florian R. Greten**[2], and **Michael Karin**[1]

[1]Laboratory of Gene Regulation and Signal Transduction, Departments of Pharmacology and Pathology, School of Medicine, University of California, San Diego, 9500 Gilman Drive, La Jolla, CA, 92093, USA.

[2]2nd Department of Medicine, Klinikum rechts der Isar, Technical University Munich, Munich, Germany.

## Summary

Inflammatory responses play decisive roles at different stages of tumor development, including initiation, promotion, malignant conversion, invasion, and metastasis. Inflammation also affects immune surveillance and responses to therapy. Immune cells that infiltrate tumors engage in an extensive and dynamic crosstalk with cancer cells and some of the molecular events that mediate this dialog have been revealed. This review outlines the principal mechanisms that govern the effects of inflammation and immunity on tumor development and discusses attractive new targets for cancer therapy and prevention.

## Keywords

Cancer; inflammation; immunity; cytokines; NF-κB; STAT3

## Introduction

The presence of leukocytes within tumors, observed in the 19th century by Rudolf Virchow, provided the first indication of a possible link between between inflammation and cancer. Yet, it is only during the last decade that clear evidence has been obtained that inflammation plays a critical role in tumorigenesis, and some of the underlying molecular mechanisms have been elucidated (Karin, 2006). A role for inflammation in tumorigenesis is now generally accepted, and it has become evident that an inflammatory microenvironment is an essential component of all tumors, including some in which a direct causal relationship with inflammation is not yet proven (Mantovani et al., 2008). Only a minority of all cancers are caused by germline mutations, whereas the vast majority (90%) are linked to somatic mutations and environmental factors. Many environmental causes of cancer and risk factors are associated with some form of chronic inflammation. Up to 20% of cancers are linked to chronic infections, 30% can be attributed to tobacco smoking and inhaled pollutants (such as silica and asbestos), and 35% to dietary factors (20% of cancer burden is linked to obesity) (Aggarwal et al., 2009).

© 2009 Elsevier Inc. All rights reserved.

Corresponding author: Michael Karin karinoffice@ucsd.edu .

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

Authors declare no competing financial interests.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Grivennikov et al. Page 2

Although it is now well-established that the induction of inflammation by bacterial and viral infections increases cancer risk (de Martel and Franceschi, 2009), recent work has shown that in addition to being a tumor initiator by virtue of its high carcinogen content, tobacco smoke is also a tumor promoter due to its ability to trigger chronic inflammation (Takahashi et al., 2010). Likewise, obesity, whose prevalence is growing at an alarming rate, promotes tumorigenesis in the liver (Park et al., 2010) and pancreas (Khasawneh et al., 2009). Most solid malignancies appear in older individuals and even old age (Ershler and Keller, 2000) and cell senescence (Rodier et al., 2009) are postulated to be tumor promoters that act through inflammatory mechanisms. Along with its pro-tumorigenic effects, inflammation also influences the host immune response to tumors and can be used in cancer immunotherapy (Dougan and Dranoff, 2009) and to augment the response to chemotherapy (Zitvogel et al., 2008). Yet, in some cases, inflammation can diminish the beneficial effects of therapy (Ammirante et al., 2010). This review is mainly focused on the pro-tumorigenic effects of inflammation but also touches on the relationship between inflammation and anti-tumor immunity,

## Types of inflammation and general mechanisms

Several types of inflammation—differing by cause, mechanism, outcome, and intensity—can promote cancer development and progression (Figure 1). Persistent *Helicobacter pylori* infection is associated with gastric cancer and MALT (mucosa-associated lymphoid tissue) lymphoma. Infections with hepatitis B (HBV) or C (HCV) viruses increase the risk of hepatocellular carcinoma (HCC) and infections with *Schistosoma* or *Bacteroides* species are linked to bladder and colon cancer, respectively (Karin, 2006;Wu et al., 2009a). The inflammatory response triggered by infection precedes tumor development and is a part of normal host defense, whose goal is pathogen elimination. However, tumorigenic pathogens subvert host immunity and establish persistent infections associated with low grade but chronic inflammation. By contrast, acute inflammation induced by certain microbial preparations was used by Coley with some success to treat cancer in the 1890s and one such preparation is currently used in the treatment of bladder cancer (Rakoff-Nahoum and Medzhitov, 2009). What makes bladder carcinoma uniquely sensitive to acute inflammation, even though it is promoted by chronic inflammation, is currently unknown. This is an important problem whose solution should reveal how to successfully deploy inflammation in cancer therapy. Another type of chronic inflammation that precedes tumor development is caused by immune deregulation and autoimmunity. An example is inflammatory bowel disease, which greatly increases the risk of colorectal cancer (Waldner and Neurath, 2009).

However, not all chronic inflammatory diseases increase cancer risk and some of them, such as psoriasis, may even reduce it (Nickoloff et al., 2005). It is not clear what makes IBD or chronic hepatitis tumor promoting, in comparison with conditions such as rheumatoid arthritis or psoriasis, which do not significantly promote tumorigenesis. One possibility could be related to the exposure of the gastrointestinal tract and liver to dietary and environmental carcinogens, which never make their way into joints or the skin. Chronic inflammation can also be induced by environmental exposure. Particulate material from tobacco smoke and other irritants can precipitate chronic obstructive pulmonary disease, a condition associated with higher lung cancer risk (Punturieri et al., 2009). Inflammatory mechanisms account for the tumor promoting effect of exposure to tobacco smoke on lung cancer in mice (Takahashi et al., 2010). Inhaled asbestos or silica particles also give rise to lung cancer but have no obvious mutagenic activity. Such particles, however, can trigger inflammation through effects on pro-interluekin-1β (IL-1β) processing by the inflammasome (Dostert et al., 2008) and this may mediate their tumorigenic activity. Even obesity, which increases cancer risk by 1.6-fold (Calle, 2007), can lead to chronic inflammation (Tuncman et al., 2006) that promotes development of hepatocellular carcinoma (Park et al., 2010). Accumulation of damaged DNA and cell

senescence can also give rise to tumor promoting chronic inflammation (Rodier et al., 2009; Zheng et al., 2007).

A completely different type of inflammation is the one that follows tumor development. Most, if not all, solid malignancies trigger an intrinsic inflammatory response that builds up a pro-tumorigenic microenvironment (Mantovani et al., 2008). In addition to cell-autonomous proliferation, certain oncogenes, such as *RAS* and *MYC* family members, induce a transcriptional program that leads to remodeling of the tumor microenvironment through recruitment of leukocytes and lymphocytes, expression of tumor-promoting chemokines and cytokines, and induction of an angiogenic switch (Soucek et al., 2007; Sparmann and Bar-Sagi, 2004). All solid malignancies, at some point outpace their blood supply and become oxygen and nutrient deprived. This results in necrotic cell death at the tumor's core and the release of pro-inflammatory mediators, such as IL-1 and HMGB1 (Vakkila and Lotze, 2004). The ensuing inflammatory response promotes neo-angiogenesis and provides surviving cancer cells with additional growth factors, produced by newly recruited inflammatory and immune cells (Karin, 2006).

Other tumors, for instance lung cancer, can promote inflammation through active secretion of molecules, such as the extracellular matrix component versican that activates macrophages through Toll-like receptor (TLR) 2 (Kim et al., 2009). Based on the continuous cell renewal and proliferation induced by tumor-associated inflammation, tumors have been referred to as "wounds, which never heal" (Dvorak, 1986). This type of inflammation is largely a subverted wound healing and tissue regenerative response. Even dominant oncogenes such as v-Src or K-Ras are unable to induce cancer in adult animals unless accompanied by injury and subsequent tissue regeneration (Guerra et al., 2007; Sieweke et al., 1990).

Lastly, a strong tumor-associated inflammatory response can be initiated by cancer therapy. Radiation and chemotherapy cause massive necrotic death of cancer cells and surrounding tissues, which in turn trigger an inflammatory reaction analogous to a wound-healing response (Zong and Thompson, 2006). The net outcome of therapy-induced inflammation is controversial, as on one hand it can have tumor-promoting functions just like the necrosis that accompanies rapid tumor growth (Ammirante et al., 2010; Vakkila and Lotze, 2004), but on the other hand it can enhance the cross-presentation of tumor antigens and subsequent induction of an anti-tumor immune response (Zitvogel et al., 2008). The latter and its importance will be discussed below.

## Immune cells in tumorigenesis

As a result of these different forms of inflammation, the tumor microenvironment contains innate immune cells (including macrophages, neutrophils, mast cells, myeloid derived suppressor cells, dendritic cells, and natural killer cells) and adaptive immune cells (T and B lymphocytes) in addition to the cancer cells and their surrounding stroma (which consists of fibroblasts, endothelial cells, pericytes, and mesenchymal cells) (de Visser et al., 2006) (Table 1). These diverse cells communicate with each other by means of direct contact or cytokine and chemokine production and act in autocrine and paracrine manners to control and shape tumor growth. It is the expression of various immune mediators and modulators as well as the abundance and activation state of different cell types in the tumor microenvironment that dictate in which direction the balance is tipped and whether inflammation-promotes tumor growth or anti-tumor immunity will ensue (Lin and Karin, 2007; Smyth et al., 2006). In established tumors this balance is profoundly tilted towards pro-tumor inflammation, as without therapeutic intervention advanced tumors rarely regress. Yet, it is difficult to unequivocally assess the overall impact of immunity and inflammation on early tumorigenic events, because direct in vivo models for evaluating the effects of these phenomena on initial

NIH-PA Author Manuscript     NIH-PA Author Manuscript     NIH-PA Author Manuscript

tumor growth are missing. In addition, our current knowledge is based on measurement of tumor load at a point where malignant cells may have already escaped early surveillance mechanisms. However, it is safe to assume that tumor promoting inflammation and anti-tumor immunity co-exist at different points along the path of tumor progression (Figure 2) and that environmental and microenvironmental conditions dictate the balance between the two (Bui and Schreiber, 2007; Swann et al., 2008).

The most frequently found immune cells within the tumor microenvironment are tumor-associated macrophages (TAMs) and T cells. TAMs mostly promote tumor growth and may be obligatory for angiogenesis, invasion, and metastasis (Condeelis and Pollard, 2006), and high TAM content generally correlates with poor prognosis (Murdoch et al., 2008). Mature T cells are divided into two major groups based on the T cell receptors (TCR) they express: γδ and αβ. αβT cells are further classified according to their effector functions as $CD8^+$ cytotoxic T cells (CTLs) and $CD4^+$ helper T (Th) cells, which include Th1, Th2, Th17 and T regulatory (Treg) cells, as well as natural killer T (NKT) cells. Importantly, T cells can exert both tumor suppressive and promoting effects, as determined by their effector functions (DeNardo et al., 2009; Langowski et al., 2007; Smyth et al., 2006). Increased T cell numbers, specifically activated CTLs and Th cells, correlate with better survival in some cancers, including invasive colon cancer, melanoma, multiple myeloma, and pancreatic cancer (Galon et al., 2006; Laghi et al., 2009; Swann and Smyth, 2007). Correspondingly, T cell deficiency or disruption of specific cytotoxic mechanisms can render experimental animals more susceptible to spontaneous or chemical carcinogenesis (Shankaran et al., 2001; Swann and Smyth, 2007). However, there is also evidence that many of the T cell subsets found in solid tumors are involved in tumor promotion, progression, or metastasis, including $CD8^+$ T cells (Roberts et al., 2007), IFNγ-producing Th1 cells (Hanada et al., 2006), Th2 cells (Aspord et al., 2007; DeNardo et al., 2009) and Th17 cells (Langowski et al., 2006; Wang et al., 2009). The only cells that lack a pro-tumorigenic role, so far, are NK cells. Similar to TAMs, the tumor-promoting functions of T lymphocytes are mediated by cytokines, whereas both cytokines and cytotoxic mechanisms mediate the anti-tumorigenic functions of T lymphocytes (Lin and Karin, 2007; Swann and Smyth, 2007).

Interestingly, Treg cells, which are presumed to act mostly in a pro-tumorigenic fashion through suppression of anti-tumor immune responses (Gallimore and Simon, 2008), may also exert an anti-tumorigenic function under certain circumstances by virtue of their ability to suppress tumor-promoting inflammation (Erdman et al., 2005). In breast cancer, the presence of tumor infiltrating lymphocytes with high $CD4^+/CD8^+$ and Th2/Th1 ratio is indicative of poor prognosis (Kohrt et al., 2005). Th2 $CD4^+$ T cells stimulate mammary cancer progression and metastasis by educating TAMs to produce pro-angiogenic and pro-metastatic factors (DeNardo et al., 2009). In colitis associated cancer (CAC), infiltrating T cells also appear to play a tumor promoting function (Waldner and Neurath, 2009). What makes the same T cell subset anti-tumorigenic in one cancer and pro-tumorigenic in another remains largely unknown and may hold the key to the development of successful immunotherapy.

The cytokine and chemokine expression profile of the tumor microenvironment may be more relevant than its specific immune cell content. Different cytokines can either promote or inhibit tumor development and progression, regardless of their source (Lin and Karin, 2007). Through activation of various downstream effectors, such as NF-κB, AP-1, STAT and SMAD transcription factors, as well as caspases, cytokines control the immune and inflammatory milieu to either favor anti-tumor immunity (IL-12, TRAIL, IFNγ) or enhance tumor progression (IL-6, IL-17, IL-23) and also have direct effects on cancer cell growth and survival (TRAIL, FasL, TNF-α, EGFR ligands, TGF-β, IL-6).

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

TAMs are one of the most important players in the inflammation and cancer arena and an important source of cytokines (Mantovani et al., 2008). In analogy to Th1 and Th2 T cells, macrophages can be classified into M1 and M2 types (Sica et al., 2008). M1 macrophages, activated by IFNγ and microbial products, express high levels of pro-inflammatory cytokines (TNF-α, IL-1, IL-6, IL-12 or IL-23), major histocompatibility complex (MHC) molecules and inducible nitric oxide synthase and are capable of killing pathogens and priming anti-tumor immune responses. By contrast, M2 or "alternatively" activated macrophages, which are induced in vitro by IL-4, IL-10 and IL-13, downregulate MHC class II and IL-12 expression and show increased expression of the anti-inflammatory cytokine IL-10, scavenger receptor A, and arginase. Most TAMs are considered to have an M2 phenotype while promoting tumor angiogenesis and tissue remodeling (Sica et al., 2008). However, most confirmed tumor-promoting cytokines are "M1 cytokines", whereas IL-10, an M2 cytokine, may be tumor suppressive as shown in in colorectal cancer (Berg et al., 1996; Lin and Karin, 2007). Furthermore, unlike Th1 and Th2 cells, M1 and M2 macrophages are plastic and their phenotype is defined by their gene expression prolife rather than by deterministic differentiation pathways and lineage choices.

Other immune cells also affect tumorigenesis (Table 1). Neutrophils can play both tumor-promoting and tumoricidal functions, depending on their differentiation status and the presence of TGF-β (Fridlender et al., 2009). B lymphocytes and mast cells are also important contributors to immune-mediated tumor growth (Ammirante et al., 2010;de Visser et al., 2006;Soucek et al., 2007) and conventional macrophages and dendritic cells are important for antigen presentation and T cell activation during anti-tumor immunity as well as for cytokine production and immunosuppression in established tumors (Table 1).

## Inflammation and tumor initiation

Tumor initiation is a process in which normal cells acquire the first mutational hit that sends them on the tumorigenic track by providing growth and survival advantages over their neighbors. In most cases, however, a single mutation is insufficient and many cancers require at least 4-5 mutations (Fearon and Vogelstein, 1990; Hanahan and Weinberg, 2000). It is also imperative that each mutation will be transmitted to the cell's progeny, and in cancers that arise within rapidly renewed epithelia (intestinal and skin cancers), oncogenic mutations must occur in either long lived stem cells or transient amplifying cells rather than within differentiated cells, which are rapidly eliminated before the next mutation can strike. Alternatively, oncogenic mutations can occur within differentiated epithelial cells, such as hepatocytes, which are capable of proliferation and are sufficiently long lived to allow subsequent mutational hits.

It has been suggested that an inflammatory microenvironment can increase mutation rates, in addition to enhancing the proliferation of mutated cells. Activated inflammatory cells serve as sources of reactive oxygen species (ROS) and reactive nitrogen intermediates (RNI) that are capable of inducing DNA damage and genomic instability (Figure 3A). However, it is not clear whether ROS and RNI produced and released by neutrophils or macrophages (mainly during acute inflammation) are sufficiently long lived to diffuse through the extracellular matrix, enter epithelial cells, cross their cytoplasm, enter the nucleus and react with DNA packaged into chromatin. Alternatively, inflammatory cells may use cytokines such as TNF-α to stimulate ROS accumulation in neighboring epithelial cells (Figure 3A). It has therefore been debated whether immune-mediated mechanisms as opposed to dietary and environmental mutagens are the critical driving forces behind tumor initiation (Hussain et al., 2003). Nonetheless, p53 mutations, presumably caused by oxidative damage, were found in both cancer cells and in inflamed, but non-dysplastic, epithelium in CAC, suggesting that chronic inflammation causes genomic changes (Kraus and Arber, 2009). Chronic inflammation triggered by the colonic irritant dextran sodium sulfate (DSS) may induce DNA damage that gives rise to colonic

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

adenomas (Meira et al., 2008). However, on its own DSS is a poor carcinogen (Okayasu et al., 1996).

Inflammation-induced mutagenesis may also result in inactivation or repression of mismatch repair response genes and ROS can also cause direct oxidative inactivation of mismatch repair enzymes (Colotta et al., 2009; Hussain et al., 2003). Once the mismatch repair system has been dismantled, inflammation-induced mutagenesis is enhanced and several important tumor suppressors, such as Tgfbr2 and Bax, which harbor microsatellite sequences, may be inactivated (Colotta et al., 2009).

Another mechanism linking inflammation to oncogenic mutations is upregulation of AID (activation-induced cytidine deaminase), an enzyme that promotes immunoglobulin gene class switching by catalyzing deamination of cytosines in DNA (Okazaki et al., 2007). In addition to B cells, where it was discovered, AID is overexpressed in many cancers of diverse origins and its expression is induced by inflammatory cytokines in an NF-κB-dependent manner or by TGFβ (Okazaki et al., 2007). AID induces genomic instability and increases mutation probability during error-prone joining of double-stranded DNA breaks, a process found to introduce mutations into critical cancer genes, including Tp53, c-Myc, and Bcl-6 (Colotta et al., 2009). AID contributes to formation of lymphomas, and gastric and liver cancers (Okazaki et al., 2007; Takai et al., 2009). Other mechanisms of inflammation-induced mutagenesis have also been suggested, including effects of inflammation on non-homologous recombination and NF-κB-mediated inactivation of p53-dependent genome surveillance (Colotta et al., 2009).

In Giα2 knockout mice, which develop spontaneous colonic inflammation and cancer, enterocytes selectively lose expression of components involved in mismatch repair, namely MLH1 and PMS2, due to histone deacetylase- and DEC-1-mediated epigenetic repression of the Mlh1 promoter (Edwards et al., 2009). Other findings implicate epigenetic mechanisms, including microRNA-based silencing and DNA methylation, in inactivation of tumor suppressors, such as INK4a and APC, and other changes that accompany tumor initiation (Cooper and Foster, 2009). Recently, inflammation has been connected to epigenetic reprogramming by the JmjC-domain protein Jmjd3, which is encoded by an NF-κB target gene (De Santa et al., 2007). In inflammation-associated intestinal cancer in Gpx1/2 knockout mice, inflammation induces DNA methyltransferase (DNMT)-dependent DNA methylation and silencing of a large cohort of Polycomb group target genes, some of which are also silenced by methylation in human colon cancer (Hahn et al., 2008). However, it remains to be shown that any of these inflammation-induced epigenetic mechanisms actually makes a critical contribution to tumor initiation, either in a suitable mouse model or through prospective analysis of human specimens.

Another mechanism through which inflammation may enhance tumor initiation is the production of growth factors and cytokines that can confer a stem-cell like phenotype upon tumor progenitors or stimulate stem cell expansion, thereby enlarging the cell pool that is targeted by environmental mutagens. Indeed, STAT3 is linked to both stem cell reprogramming and stem cell renewal (Chen et al., 2008), whereas NF-κB can enhance Wnt/β-catenin signaling in colonic crypts (Umar et al., 2009). The pro-inflammatory cytokine TNF-α promotes nuclear entry of β-catenin during inflammation-associated gastric cancer in the absence of any mutations in Wnt/β-catenin pathway components (Oguma et al., 2008).

The connection between inflammation and tumor initiation is not a one-way street and there is also evidence that DNA damage can lead to inflammation and thereby promote tumorigenesis. One of the best examples is provided by the model of hepatocellular carcinoma induced by the carcinogen diethylnitrosamine (DEN) in which DNA damage contributes to necrotic cell death, resulting in an inflammatory reaction that promotes tumor development

(Maeda et al., 2005; Sakurai et al., 2008). A number of oncoproteins (Ras, Myc, RET) can activate signaling pathways that drive production of pro-inflammatory cytokines and chemokines (IL-6, IL-8, IL-1β, CCL2, CCL20) (Mantovani et al., 2008). Genotoxic stress can also induce expression of NKG2D family members, which serve as ligands for NK and γδT cell receptors (Strid et al., 2008) resulting in either elimination of stressed cells or a local inflammatory response. In the same vein, mosaic deletion of the DNA repair gene ATR and Tp53 in the skin results in recruitment of CD11b$^+$Gr1$^+$ myeloid cells, as a part of a prototypical immune response to "altered self" (Ruzankina et al., 2009). Defective DNA repair caused by a deficiency of the Fen1 exonuclease also results in a tumor promoting inflammatory response that is driven by damaged DNA, most likely through activation of a pattern recognition receptor (Zheng et al., 2007).

## Inflammation and tumor promotion

Tumor promotion is the process of tumor growth from a single initiated cell into a fully developed primary tumor. Initial tumor growth depends on increased cell proliferation and reduced cell death, both of which are stimulated by inflammation-driven mechanisms. In fact, many of the enhancing effects of inflammation on cancer are exerted at the level of tumor promotion and most known tumor promoters, for instance phorbol esters, are potent inducers of inflammation (Karin, 2006). Inflammation-induced tumor promotion may occur early or late in tumor development and can lead to activation of pre-malignant lesions that were dormant for many years. The mechanisms through which inflammation affects tumor promotion are numerous and in addition to increased proliferation and enhanced survival, can also involve the so-called angiogenic switch, which allows a small dormant tumor to receive the blood supply necessary for the next growth phase (Lewis and Pollard, 2006). Mechanisms of inflammation-driven tumor promotion are discussed below.

## Tumor promoting cytokine signaling

Production of tumor promoting cytokines by immune/inflammatory cells that activate transcription factors, such as NF-κB, STAT3 and AP-1, in pre-malignant cells to induce genes that stimulate cell proliferation and survival, is a major tumor promoting mechanism (Figure 3B). Initial evidence for inflammation-mediated tumor promotion came from mouse models of skin, colon, and liver cancer. Although counterintuitive at the time, TNF-α was found to be required for two-stage skin carcinogenesis (Moore et al., 1999). TNF-α activates both AP-1 and NF-κB transcription factors, but in the skin its tumor promoting effects are mediated by AP-1 (Eferl and Wagner, 2003), which was identified as a transcription factor whose activity is stimulated by the classic tumor promoter tetradecanoyl phorbol acetate (TPA) (Angel et al., 1987). By contrast, NF-κB inhibits the development of skin cancer (Zhang et al., 2004). Thus, although a given cytokine may activate several transcription factors, its tumor promoting activity may be mediated by only one of them and antagonized by another. As discussed below, a similar situation may apply to liver cancer. Amongst the different transcription factors that are part of this mechanism, NF-κB and STAT3 are activated in the majority of cancers and act as non-classical oncogenes, whose activation in malignant cells is rarely the result of direct mutations, and instead depends on signals produced by neighboring cells or more rarely on mutational activation of upstream signaling components. NF-κB and STAT3 activate genes that control cell survival, proliferation, and growth, as well as angiogenesis, invasiveness, motility, chemokine, and cytokine production (Grivennikov and Karin, 2009; Yu et al., 2009).

Oncogenic transcription factors can also be activated through pattern recognition receptors by components of bacteria and viruses (Rakoff-Nahoum and Medzhitov, 2009). However, the overall contribution of pattern recognition receptors on epithelial cells versus those expressed

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

by immune/inflammatory cells to tumor promotion is far from being clear and will require the analysis of cell type specific knockout mice. Even the specific agonists that activate these receptors in cancer are not defined. Nonetheless, the role of the cytokines that are produced in response to damage-associated (DAMP) or pathogen-associated (PAMP) molecular patterns in tumor development is more firmly established. For example, AP-1 activation in skin cancer is largely dependent on TNF-TNFR1 signaling (Balkwill, 2009), whereas STAT3 activation in cancer cells is largely dependent on a plethora of growth factors and cytokines including IL-6, IL-11, IL-22, HGF, and EGF, and oncogenic tyrosine kinases, such as c-Met and Src (Bollrath et al., 2009; Grivennikov et al., 2009; Naugler et al., 2007; Yu et al., 2009).

The first critical genetic evidence for inflammatory cells as a source of tumor promoting cytokines was obtained in a mouse model of CAC, where inactivation of NF-κB in myeloid cells reduced tumor growth and blocked production of IL-6 and other cytokines in response to colitis (Greten et al., 2004). Subsequent work demonstrated that the effect of immune cells (macrophages, T cells) on CAC growth is mediated through IL-6, IL-11, TNF-α and IL-1β (Becker et al., 2004; Bollrath et al., 2009; Grivennikov et al., 2009; Popivanova et al., 2008), as well as other cytokines, such as IL-23. IL-11 plays a similar role in gastric cancer (Ernst et al., 2008), in which IL-1β is also a tumor promoter (Tu et al., 2008). TNF-α also promotes HCC in mice lacking the P-glycoprotein Mdr2, which develop cholestatic inflammation followed by hepatocellular carcinoma (HCC) (Pikarsky et al., 2004). HCC can also be promoted by another member of the TNF family, lymphotoxin β(Haybaeck et al., 2009). TNF-α along with IL-6 contributes to obesity-mediated tumor promotion in HCC (Park et al., 2010). The latter effect correlates with the ability of TNF-α and IL-6 to promote hepatosteatosis and steatohepatitis (Park et al., 2010). One of the most critical tumor promoting cytokines in HCC is IL-6. Mice deficient in IL-6 develop much less HCC in response to the chemical pro-carcinogen DEN and the gender-biased production of IL-6 accounts for the much higher HCC load in males (Naugler et al., 2007). High levels of circulating IL-6, are associated with HCC risk factors, including hepatosteatosis, obesity, and liver cirrhosis, and are the best predictors of rapid progression from viral hepatitis to HCC in humans (Wong et al., 2009).

In CAC and HCC, the tumor promoting effect of IL-6 is mainly exerted via STAT3, whose cell type specific inactivation in hepatocytes and enterocytes inhibits the development of these malignancies in mice treated with DEN or azoxymethane (AOM) and DSS, respectively (Bollrath et al., 2009; Grivennikov et al., 2009; Park et al., 2010). Development of CAC in mice is also dependent on IKKβ-mediated NF-κB activation in enterocytes, whose major function in this model is increased survival of pre-malignant cells (Greten et al., 2004). A similar role was proposed for NF-κB in HCC development in mice deficient in *Mdr2* and in lymphotoxin-transgenic mice both of which exhibit chronic liver inflammation (Haybaeck et al., 2009). However, in the DEN model of HCC and *Helicobacter*-driven gastric cancer, NF-κB promotes hepatocyte and epithelial cell survival and acts as an inhibitor of tumor development (Maeda et al., 2005; Shibata et al., 2009). Most likely, the diverse effects of NF-κB in different models are determined by the mechanism of tumor induction and the type of inflammatory response involved in tumor promotion. *Mdr2* knockout and lymphotoxin-transgenic mice exhibit a very low level of normal hepatocyte death, which is not enhanced by the absence of NF-κB (Haybaeck et al., 2009; Pikarsky et al., 2004). In these mice, NF-κB in hepatocytes is mainly responsible for propagating inflammation through induction of chemokines, which recruit immune/inflammatory cells into the liver. By contrast, DEN treated mice exhibit an acute inflammatory response triggered by IL-1α release from necrotic hepatocytes (Sakurai et al., 2008). IL-1α induces IL-6 production by Kupffer cells and this response drives the compensatory proliferation of surviving hepatocytes (a type of a wound-healing response); the greater the amount of cell death – the greater the regenerative response. By suppressing accumulation of ROS and preventing hepatocyte necrosis, NF-κB inhibits HCC induction in DEN treated mice (Maeda et al., 2005).

NIH-PA Author Manuscript

Another tumor-promoting cytokine is IL-23 (Langowski et al., 2006). IL-23 is mostly expressed by TAMs in a manner dependent on STAT3 and NF-κB (Kortylewski et al., 2009). IL-23 blockade with neutralizing antibodies or genetic inactivation of the IL-23p19 gene dramatically decrease tumor multiplicity and growth in the two-step model of skin carcinogenesis (Langowski et al., 2006). In part, the pro-tumorigenic effects of IL-23 may be mediated by IL-17 and IL-22 production by Th17 cells, but other effects of IL-23 on CTLs, Tregs, and myeloid cells should not be discounted. A close relative of IL-23 is IL-12, which shares with IL-23 the IL-12p40 subunit and is involved in Th1 differentiation, IFNγ production, and activation of anti-tumor immunity (Trinchieri et al., 2003). Secretion of IL-23 and IL-12 secretion are reciprocally regulated and the switch from IL-12 to IL-23 production may be an important tumor promoting event. STAT3 activation, PGE$_2$, ATP, and lactic acid increase IL-23 production by TAMs (Kortylewski et al., 2009; Shime et al., 2008). The latter two agonists link cancer cell necrosis (induced by hypoxia or therapy) and the Warburg effect (the switch from oxidative phosphorylation to glycolysis) to IL-23 production, thereby shifting anti-tumor immunity to tumor promotion.

A similar circuit can be executed by myeloid-derived suppressor cells (MDSC) that produce arginase1 and indoleamine-2,3-dioxygenase, which are enzymes that dampen anti-tumor immunity through interference with T cell activation (Gabrilovich and Nagaraj, 2009). Taken together, tumor associated inflammation drives tumor growth, angiogenesis and can perpetuate itself through an extensive network of cytokines and chemokines, which are produced by immune, stromal and malignant cells in response to diverse signals (Figure 3B).

Given that several cytokines (IL-1, TNF, IL-6, IL-23) and transcription factors (AP-1, NF-κB, STAT3) are critical for both inflammation and tumor growth, they control hubs of pro-tumorigenic signaling that may be targeted to curtail both tumor associated inflammation and tumor growth (see below). Pharmacological interference with cytokine signaling decreases tumorigenesis as well as cancer growth (Becker et al., 2004; Grivennikov et al., 2009; Hedvat et al., 2009) and may therefore serve as a basis for preventive and therapeutic approaches. Altogether, cytokine production by immune and inflammatory cells is an important tumor promoting mechanism that provides malignant cells with a continuous supply of growth and survival signals in an initially hostile microenvironment. In most cases, tumor promoting cytokines act in a paracrine manner, yet several types of cancer cells produce their own cytokines, including IL-6, to achieve the same effect (Gao et al., 2007).

## Inflammation and angiogenesis

Growth of large tumors requires an increased intratumoral blood supply. This is triggered by tumor hypoxia, which promotes angiogenesis and increases the probability of metastasis. In addition to hypoxia, tumor angiogenesis depends on recruitment of TAMs, which sense hypoxic signals and in turn produce chemokines and pro-angiogenic factors. Recruitment of TAM precursors is largely dependent on angiogenic mediators such as angiopoetin 2 and vascular endothelial growth factor (VEGF). Important pro-angiogenic genes, such as IL-8, CXCL1, CXCL8, VEGF and hypoxia inducible factor 1 alpha (HIF1α), are directly regulated by NF-κB, STAT3 and AP-1 in TAMs, MDSCs, and other cell types (Kujawski et al., 2008; Rius et al., 2008).

Under hypoxic conditions, HIF-1α stimulates expression of CXCL12, which activates and recruits endothelial cells in a CXCR4-dependent manner (Sica et al., 2008). Formation of new lymphatic vessels is regulated by VEGF-C and VEGF-D, whereas VEGF-A facilitates the recruitment of monocytes, which activate lymphoangiogenesis (Murdoch et al., 2008). VEGF-A produced by myeloid cells also inhibits pericyte maturation and endothelial coverage of newly formed blood vessels, and its conditional ablation accelerates tumorigenesis (Stockmann

et al., 2008). The recruitment of $Gr1^+$ myeloid cells (presumably MDSC and TAM precursors) into tumors, curtails the effects of anti-VEGF therapy, presumably bypassing the requirement for local VEGF production by cancer cells for recruitment of TAM precursors (Shojaei et al., 2007). As most growing tumors contain some areas of hypoxia, it is not clear whether hypoxia is the direct driver of tumor angiogenesis or whether hypoxic stimuli generate inflammatory signals that drive angiogenesis. Inactivation of NF-κB or STAT3, neutralization of CCL2 or CXCL12, or TAM depletion unequivocally result in disrupted angiogenesis and decreased tumor growth, underscoring the critical role of inflammatory mediators in tumor angiogenesis (Joyce and Pollard, 2009; Kujawski et al., 2008).

## Target genes that mediate tumor promotion

Most of the genes that mediate the tumor promoting functions of NF-κB, STAT3, and AP-1 have not been fully defined and most likely the pro-tumorigenic effects of these transcription factors are exerted through multiple effectors. Some targets may be controlled by more than one transcription factor and may be more important in one cell type than in another. The expression of the anti-apoptotic proteins Bcl-2 and Bcl-$X_L$, for instance, are promoted by both NF-κB and STAT3 as are c-IAP1, c-IAP2, Mcl-1, c-FLIP, and survivin (Karin, 2006; Yu et al., 2007). Whereas Bcl-$X_L$ may be the most prominent anti-apoptotic gene in enterocytes (Greten et al., 2004), c-FLIP seems to fulfill the same function in hepatocytes (Chang et al., 2006). Both NF-κB and STAT3 interfere with p53 synthesis and attenuate p53-mediated genomic surveillance, representing another potential tumor promoting mechanism (Colotta et al., 2009).

STAT3 controls expression of cyclins D1, D2 and B, as well as the proto-oncogene c-Myc, and through them it may stimulate cell proliferation (Bollrath et al., 2009; Yu et al., 2007). Although cyclin D and c-Myc are also thought to be regulated by NF-κB, inactivation of IKKβ in enterocytes does not interfere with cell proliferation (Greten et al., 2004) and in Rastransformed keratinocytes (Zhang et al., 2004) or DEN-initiated hepatocytes (Maeda et al., 2005) NF-κB inhibition actually enhances cyclin D expression and cell proliferation. The AP-1 protein c-Jun cooperates with STAT3 in repression of Fas expression by tumor cells, thereby attenuating their sensitivity to instructive apoptosis (Eferl and Wagner, 2003). Additional NF-κB and STAT3 targets control cell and tissue resistance to stress and injury and include anti-microbial proteins (RegIIIβ, RegIIIγ, Tff3), heat shock proteins, and anti-oxidants, such as superoxide dismutase 2 (SOD2) and ferritin heavy chain (FHC) (Bollrath et al., 2009; Karin, 2006).

Lastly, another category of target genes that promote tumorigenesis are chemokines and cytokines that act in autocrine or paracrine manners to ensure the continuous recruitment of inflammatory cells into the tumor microenvironment. The perpetuation of chronic inflammation is largely achieved through positive feedback loops, which include inflammatory cells producing cytokines that induce chemokine synthesis in malignant and stromal cells leading to prolonged recruitment of inflammatory cells into the tumor microenvironment (Figure 3). TAMs, MDSCs, Tregs, and Th17 cells are the most critical immune cell subsets in this respect. Recruitment of myeloid cells is governed by multiple pathways, including CCL2-CCR2, CCL1-CXCR2, S100A proteins-RAGE, and IL-1-IL-1R interactions (Bonecchi et al., 2009). Signaling through CCR6 is critical for Th17 infiltration, whereas Treg cells are attracted mostly through CCR4 and CCR7 (Bonecchi et al., 2009). In some cases, the critical chemokines are not produced by cancer cells but are induced in tumor-associated fibroblasts upon interaction with carcinoma cells (Liao et al., 2009;Orimo et al., 2005;Orimo and Weinberg, 2006).

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

## Inflammation and lymphoid malignancies

Chronic inflammatory conditions are also associated with lymphoid malignancies. An excellent example is provided by mucosa-associated lymphoid tissue (MALT) lymphomas, which occur in the context of chronic inflammation caused by infectious agents, such as *Helicobacter pylori* (the most commonly found gastric lymphoma), *Chlamydia psittacii* (ocular adnexal MALT lymphoma) and *Borrelia burgdorferi* (cutaneous MALT lymphoma) (Ferreri et al., 2009). Another example is Epstein-Barr virus (EBV), which is responsible for large B-cell lymphoma in immunocompromised patients, Burkitt's lymphoma, and Hodgkin's lymphoma (Ferreri et al., 2009).

It has been proposed that repeated antigenic stimulation, autoimmunity, and inflammation are risk factors for chronic lymphocytic leukemia (CLL), the most common hematopoietic malignancy that accounts for 30% of all leukemias (Chiorazzi et al., 2005). One mechanism through which such stimuli promote CLL development is induction of B cell activating factor (BAFF), a member of the TNF family, recently shown to accelerate development of CLL-like disease in mice (Enzler et al., 2009). Cytokines (such as IL-4 and VEGF), chemokines (such as SDF-1), and interactions with bone marrow stromal cells support CLL expansion and suppress apoptosis through upregulation of Bcl-2, survivin, and MCL-1 (Granziero et al., 2001; Pedersen et al., 2002). This occurs in lymph node pseudofollicles and bone marrow clusters where leukemic cells interact with components of the inflammatory microenvironment that support their survival. Another example for the role of inflammation in lymphoid malignancies are the lymphomas that appear in GM-CSF- and IFNγ-deficient mice, which are caused by infections and regress upon treatment with antibiotics (Enzler et al., 2003).

A similar situation may occur in multiple myeloma. Through secretion of IL-6, IGF-1, VEGF, TNF-α, SDF-1 and BAFF, stromal elements promote the survival and migration of neoplastic plasma cells and also confer drug resistance (Kastritis et al., 2009). IL-6 is of particular importance, as it acts both in paracrine and autocrine manners and IL-6-deficient mice are resistant to induction of multiple myeloma (Hodge et al., 2005). Despite constitutive NF-κB activation, multiple myeloma remains dependent on extrinsic factors, and drugs targeting IL-6 are being evaluated in combination with the proteasome inhibitor bortezomib for the treatment of this malignancy (Kastritis et al., 2009).

## Inflammation and metastasis

From a clinical perspective, metastasis is the most critical aspect of tumorigenesis, because over 90% of cancer mortality is caused by metastasis. Recent studies unambiguously show that metastasis requires close collaboration between cancer cells, immune and inflammatory cells, and stromal elements. The process of metastasis can be grossly divided into four major steps. The first step is represented by epithelial-mesenchymal transition, in which cancer cells acquire fibroblastoid characteristics that increase their motility and allow them to invade epithelial linings/basal membranes and reach efferent blood vessels or lymphatics (Kalluri and Weinberg, 2009). Loss of E-cadherin expression is envisioned as a key event in the epithelial-mesenchymal transition. In the second step, cancer cells intravasate into blood vessels and lymphatics. Inflammation may promote this through production of mediators that increase vascular permeability. This is followed by the third step in which metastasis initiating cells survive and travel throughout the circulation. It has been estimated that only about 0.01% of cancer cells that enter the circulation will eventually survive and give rise to micrometastases (Joyce and Pollard, 2009). Next, integrin-mediated arrest allows the extravasation of circulating cancer cells. Finally, single metastatic progenitors interact with immune, inflammatory, and stromal cells and start to proliferate (Polyak and Weinberg, 2009). Some of these cells may already be targeted to the pre-metastatic niche in response to tumor generated

NIH-PA Author Manuscript

inflammatory signals prior to the arrival of metastasis-initiating cancer cells (Kaplan et al., 2005). One of these inflammatory signals is the extracellular matrix component versican, which leads to macrophage activation and production of the metastasis promoting cytokine TNF-α (Kim et al., 2009). However, it has been difficult to determine whether versican production by metastatic cancer cells conditions the future metastatic site prior to their arrival.

TGFβ is an anti-inflammatory cytokine produced by cancer cells, myeloid cells, and T lymphocytes. TGFβ signaling is an important regulator of the epithelial-mesenchymal transition and metastasis, and elevated TGFβ is often associated with poor prognosis (Yang and Weinberg, 2008). TGFβ activates SMAD transcription factors and MAPKs, which control expression of other regulators of the epithelial-mesenchymal transition, such as Slug (Yang and Weinberg, 2008). TGFβ however, also suppresses epithelial cell proliferation and early tumor growth, causing some tumors to acquire inactivating mutations in TGFβ signaling components (Yang and Weinberg, 2008). Despite the defects in TGFβ signaling, such tumors can still metastasize. These opposing effects of TGFβ at different stages of tumor development await mechanistic explanation. Disruption of TGFβ signaling in cancer cells also results in upregulation of the SDF1 (CXCL12)-CXCR4 and CXCL5-CXCR2 chemokine:chemokine receptor pairs and induces rapid recruitment of MDSCs that promote metastasis and dampen anti-tumor immune responses (Yang et al., 2008). Inactivation of TGFβ signaling was proposed to result in elevated local TGFβ concentrations that inhibit anti-tumor T cell responses and induce differentiation of tumor-promoting Th17 cells (Langowski et al., 2007).

Another critical regulator of the epithelial-mesenchymal transition is Snail, a repressor of E-cadherin transcription in epithelial cells. Recent findings suggest that Snail is stabilized in response to TNF-α signaling, a process that is critical for cancer cell migration and metastasis (Wu et al., 2009b). Other mechanisms through which pro-inflammatory cytokines can affect the epithelial-mesenchymal transition is via STAT3-mediated induction of Twist transcription and NF-κB-mediated induction of both Twist and Kiss (Yu et al., 2009), However, these mechanisms remain to be confirmed in vivo, and a recent report suggests that STAT3 is a negative regulator of adenoma-carcinoma transition in colon cancer (Musteanu et al., 2009).

Cancer cell invasion requires extensive proteolysis of the extracellular matrix at the invasive front. Inflammatory cells are important sources of proteases that degrade the extracellular matrix. In a model of invasive colon cancer, CCR1[+] myeloid cells, whose recruitment is driven by the chemokine CCL9 produced by cancer cells, promote invasiveness through secretion of the matrix metalloproteinases MMP2 and MMP9 (Kitamura et al., 2007). IL-1, TNF-α and IL-6 promote MMP expression, invasiveness ,and metastasis via NF-κB and STAT3 (Yu et al., 2007).

A different metastatic mechanism dependent on IKKα operates in prostate and breast cancers. As these cancers progress, their malignant cells progressively accumulate activated IKKα in their nuclei (Luo et al., 2007). In prostate cancer, accumulation of activated nuclear IKKα correlates with reduced expression of maspin, an inhibitor of metastasis (Luo et al., 2007). IKKα activation in metastatic prostate and mammary cancer cells is mediated by members of the TNF family, namely lymphotoxin and RANKL and its repressive effects on maspin transcription are NF-κB independent (Luo et al., 2007). How these lymphocytes are recruited into progressing breast and prostate tumors is still unknown. Recruitment of such cells may be a consequence of tumor necrosis, but as mentioned above certain carcinomas actively secrete factors that upregulate fibronectin and cause migration of VEGF receptor 1 (VEGFR1)-positive hematopoietic progenitors to the pre-metastatic niche (Kaplan et al., 2005). However, the pre-metastatic niche concept is somewhat mysterious as it is not clear how primary tumor cells direct inflammatory cells to such sites.

Alternatively, a small number of metastatic cells can interact with and activate different myeloid cell types through secreted factors such as versican (Kim et al., 2009). Breast cancer cells use CSF1 and CXCL12 to induce the recruitment of TAMs, which in turn produce EGF receptor (EGFR) ligands (Joyce and Pollard, 2009). These cytokines may also mediate a physical interaction between TAMs and carcinoma cells (Condeelis and Pollard, 2006). TAMs can be also "programmed" by tumor infiltrating T cells, particularly Th17 cells (Wang et al., 2009) and Th2 cells (DeNardo et al., 2009). IL-13 and IL-4 produced by tumor infiltrating $CD4^+$ T cells stimulate the M1 to M2 transition of TAMs and thereby support pulmonary metastasis of mammary cancer cells (DeNardo et al., 2009). Depletion of TAMs (Joyce and Pollard, 2009) or $CD4^+$ T cells (DeNardo et al., 2009) dramatically reduces metastasis of mouse mammary cancer.

Once metastatic cells enter the circulation, they need to survive in suspension and resist detachment-induced cell death or anoikis. The survival of circulating cancer cells is affected by inflammatory mediators released by immune cells in response to cancer-derived or pathogen-derived stimuli (Kim et al., 2009; Luo et al., 2004). Some of these effects depend on activation of NF-κB in either inflammatory cells or in cancer cells. A variety of cytokines present in the tumor microenvironment, including TNF-α, IL-6, and epiregulin, can promote the survival of circulating metastatic seeds (Nguyen et al., 2009). In addition to NF-κB and STAT3 activation, some of these cytokines can physically link cancer cells to TAMs, allowing them to travel together throughout the circulation (Condeelis and Pollard, 2006). On the other hand, single metastatic cells, which are no longer present within an immunosuppressive environment, may be targeted again by immunosurveillance. Indeed, in some cases, infiltration of tumors by activated T cells decreases the rate of metastasis (Galon et al., 2006; Pages et al., 2005). The interaction of circulating cancer cells with platelets or macrophages may protect them from NK cell-mediated killing, thereby overcoming immunosurveillance (Palumbo et al., 2007).

Intravasation is regulated by prostaglandins (which are produced in a COX2-dependent manner and act on the epithelium), by cytokines (such as epiregulin, which increases cancer cell survival), and by MMPs (which clear the way for the latter to migrate into capillaries (Nguyen et al., 2009)). The migration of metastasis initiating cells is not random and is directed by chemokine gradients sensed via CXCR4, CCR4, CCR7, CCR9 and CCR10 (Bonecchi et al., 2009).

The journey of the circulating metastatic seed ends upon integrin-dependent arrest on the endothelium, followed by extravasation. Molecules like ANGPTL4, which is regulated by TGFβ, facilitate extravasation into lungs by mediating contact between malignant and endothelial cells (Nguyen et al., 2009). Systemic inflammation enhances attachment of circulating cancer cells to hepatic sinusoids and this process is governed by neutrophil-dependent upregulation of adhesion molecules (McDonald et al., 2009). Several proinflammatory cytokines that are elevated in the circulation of cancer patients upregulate expression of adhesion molecules on the endothelium or in target organs and thereby increase the probability of metastatic cell attachment (Mantovani et al., 2008).

## Immunity and tumorigenesis

As discussed above, in tumors that arise in the context of underlying inflammation or in advanced tumors containing inflammatory infiltrates, the net effect of the immune system (both innate and adaptive) is stimulation of tumor growth and progression. However, cancer cells represent an "altered self" and express "non-self" antigens in the context of stress and danger signals that can promote antigen presentation. Thus, even growing tumors may be subject to immunosurveillance and killing by activated T and NK cells (Dunn et al., 2004). It is likely

that immunosurveillance and tumor-promoting inflammation can coexist even in the same tumor (Bui and Schreiber, 2007) (Figure 4A).

According to the immunosurveillance hypothesis, NK cells and CTLs engage in tumor killing (via perforin, granzyme B, TRAIL or FasL dependent mechanisms), whereas Th1 (by virtue of IFNγ production) and in some instances Th17 cells (via production of IL-17A) provide important help that boosts cytotoxic immunity (Dunn et al., 2006; Dunn et al., 2004; Martin-Orozco et al., 2009). On the other hand, Tregs suppress anti-tumor immune responses and are therefore pro-tumorigenic (Dunn et al., 2004). NKT cells can also be involved in surveillance of hematopoietic and chemically-induced tumors (Crowe et al., 2005; Smyth et al., 2000; Swann et al., 2009). Other critical components of this system are dendritic cells and macrophages, which present antigens and respond to danger and stress signals, as well as immunoregulatory and cytotoxic cytokines, such as type I IFN, IFNγ, FasL, TRAIL, GM-CSF and IL-12 (Palucka et al., 2007; Smyth et al., 2006; Swann and Smyth, 2007).

The first experimental demonstration of tumor immunosurveillance came from analysis of Rag2-deficient mice, which lack mature lymphocytes. These mice show enhanced development of a variety of spontaneous cancers by 14-16 months of age (Shankaran et al., 2001). However, even in immunocompromised mice, tumor development occurs in their post-reproductive period, suggesting that the mammalian immune system is not subjected to substantial evolutionary pressure to improve tumor recognition and elimination. Yet, in virally or bacterially-promoted cancers, the immune system provides considerable protection through its ability to recognize and eliminate microbes (Smyth et al., 2006). Inactivation of various components of the immunosurveillance system, such as perforin, granzyme, and interferon signaling, renders mice susceptible to tumorigenesis (Bui and Schreiber, 2007; Dunn et al., 2004). Mice lacking cytotoxic cytokines, such as membrane-bound forms of FasL or TRAIL also show enhanced development of sarcomas and other tumors (O' Reilly et al., 2009; Smyth et al., 2003).

More evidence for tumor immunosurveillance and immunoediting comes from the presence of tumor infiltrating lymphocytes (both T and B lymphocytes) that recognize tumor antigens and the favorable prognosis for some patients whose tumors display increased infiltration with activated T cells (Dunn et al., 2004). Such infiltration is even more noticeable in tumors that develop microsatellite instability or have a "mutator" phenotype and therefore express tumor antigens that exhibit greater differences from normal counterparts (Buckowitz et al., 2005; Guidoboni et al., 2001). Additional but indirect evidence for anti-tumor immunity includes various cases of spontaneous tumor regression accompanied by increased infiltration of activated cytotoxic cells and presence of antibodies and T cells that recognize tumor antigens (Swann and Smyth, 2007). The latter suggests that B and T lymphocytes have been activated by tumor-specific antigens but does not necessarily mean that these cells are responsible for tumor regression. Additional evidence is provided by the increased risk of lymphomas (of viral and non-viral etiology) and some solid tumors in immunosuppressed patients (Swann and Smyth, 2007).

Nonetheless, in the vast majority of established tumors the presence of tumor infiltrating lymphocytes is insufficient for curtailing tumor growth. Such considerations have given rise to a revised version of the immunosurveillance theory called immunoediting (Dunn et al., 2004; Smyth et al., 2006). According to this concept, cancer cells constantly edit and modulate the host anti-tumor immune response and the host immune response shapes tumor immunogenicity and clonal selection. During this process the balance between anti-tumor and tumor-promoting immunity can be tilted in favor of tumor growth. Before a tumor undergoes immune escape, it may be maintained at an "equilibrium" between tumor growth and immune destruction, and this may account for decades of tumor dormancy (Koebel et al., 2007). To tilt

the balance in its favor, it is proposed that the cancer cell edits its repertoire of tumor antigens towards lower immunogenicity and also re-shapes the tumor microenvironment to become immunosuppressive. Consistent with this hypothesis, cancers that have evolved in alymphocytic mice are more immunogenic than cancers grown in immunocompetent mice (Shankaran et al., 2001).

## Therapy induced inflammation – friend or foe?

Surgery, chemotherapy, and radiation are currently the major options for cancer treatment. All three induce local or systemic inflammation triggered by tissue injury and cancer cell death. Surgery results in activation of infectionor stress-sensing pathways, whereas chemo- and radiotherapy kill cancer cells mostly through necrosis, a pro-inflammatory form of cell death (Vakkila and Lotze, 2004). Inflammatory mediators released by necrotic cells include danger associated molecular patterns (DAMPs) such as ATP, nucleic acids, heat shock proteins (Hsp70), HMGB-1, S100 calcium binding proteins, and the cytokine IL-1α. A key question is whether therapy-induced inflammation stimulates the regrowth of residual malignant cells or whether it improves the therapeutic outcome? (Figure 4B). In support of the first possibility, inhibition of autophagy in apoptosis-deficient tumors stimulates tumor growth through induction of necrosis and tumor-associated sterile inflammation (Degenhardt et al., 2006). Tumor growth may also be stimulated in response to hypoxia-induced necrosis in the tumor's core (Figure 4B). It has also been found that castration-induced death of androgen-dependent prostate cancer, despite resulting in initial tumor regression, triggers an inflammatory response that accelerates the re-growth of castration resistant cancer (Ammirante et al., 2010). Hence, inhibition of therapy-induced inflammation may improve the treatment of prostate cancer and provide the patient with several more years of tumor free survival.

However, in the case of more conventional chemotherapy, therapy-induced inflammation has been found to stimulate antigen presentation by tumor infiltrating dendritic cells and to induce production of cytokines that stimulate adaptive anti-tumor immunity (Apetoh et al., 2007a; Zhang et al., 2007) (Figure 4B). Curiously, the inflammatory trigger for this beneficial response is also the necrotic death of cancer cells, resulting in the release of HMG-B1 and ATP, which together activate TLR4 and the inflammasome to stimulate production of IL-1β, which is critical for adaptive anti-tumor immunity (Ghiringhelli et al., 2009). Interestingly, genetic polymorphisms in the TLR4 and P2X7 (the ATP receptor) loci affect the outcome of chemotherapy (Apetoh et al., 2007a; Apetoh et al., 2007b). What makes tumor necrosis either immunostimulatory or immunosuppressive (Vakkila and Lotze, 2004) is not yet clear. Furthermore, therapy-induced anti-tumor immunity is only seen with certain drugs, including etoposide, oxaliplatin, and doxorubicine but not with others (Apetoh et al., 2007a; Ghiringhelli et al., 2009). As these drugs can also kill infiltrating immune and hematopoietic stem cells, which are necessary for a functional immune response, effective therapy-induced anti-tumor immunity requires the use of small doses of chemotherapy to avoid immunosuppression. Conversely, by causing the death of tumor promoting immune/inflammatory cells, chemo- and radiotherapy may be used to destroy the tumor-promoting inflammatory microenvironment.

## Anti-inflammatory drugs in cancer therapy

The findings described above provide an improved understanding of the molecular etiology of cancer and lay the foundations for the use of anti-inflammatory drugs in cancer prevention and therapy. One advantage of targeting the inflammatory microenvironment is that the normal genome of inflammatory/immune cells, which unlike the cancer cell genome, is not subject to mutational and epigenetic changes that result in drug resistance. However, in most cases, anti-inflammatory therapy is not cytocidal on its own and needs to be combined with more conventional therapies that kill cancer cells.

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

Grivennikov et al.

Despite such limitations, several anti-inflammatory drugs have been found to reduce tumor incidence when used as prophylactics, as well as slowing down progression and reducing mortality when used as therapeutics, particularly in the case of sporadic colon cancer (Gupta and Dubois, 2001). Such drugs include COX2 inhibitors, aspirin, and anti-inflammatory steroids, such as dexamethasone. In addition to its well-documented preventive effects in colon cancer, aspirin reduces the incidence of breast cancer (Gierach et al., 2008) and reduces prostate cancer risk, but only in individuals that carry a particular polymorphic allele at the lymphotoxin α locus, which specifies high lymphotoxin production (Liu et al., 2006). Such findings are of general importance because non-steroidal anti-inflammatory drugs (NSAID), such as aspirin, are not very specific and usually have side-effects that preclude their long-term administration except in high risk individuals. Thus, pre-screening for individuals with high cancer risk that are more likely to benefit from such preventive strategies should greatly improve the efficacy and utility of cancer prevention.

Tumor-promoting inflammation can be targeted in several different ways: 1) inhibition of signal transducers and transcription factors that mediate survival and growth of malignant cells in response to inflammatory cytokines; 2) sequestration of chemokines and cytokines that recruit and sustain inflammatory cells in the tumor microenvironment; 3) reducing (or augment) the inflammation that follows anti-cancer therapy; 4) depletion of immune and inflammatory cells that promote tumor development and progression, while sparing cell types and effector functions that support protective immune responses; 5) selective inhibition of tumor promoting cytokines without an effect on expression of anti-tumorigenic cytokines.

In a few cases, a therapy targeting inflammation may be effective as a single agent. For instance, constitutive NF-κB or STAT3 activation in certain lymphoid tumors suggests that inhibitors of these transcription factors can be used as cytocidal agents in such cancers. However in most cases such therapy is likely to be effective only in combination with more conventional approaches. Furthermore, as genotoxic therapies often lead to NF-κB activation in remaining malignant cells, it makes sense to combine genotoxic drugs with NF-κB inhibitors as a way to overcome drug resistance. However, prolonged NF-κB inhibition can result in a severe immune deficiency and may even lead to neutrophilia and greatly enhanced acute inflammation due to enhanced IL-1β secretion (Greten et al., 2007). Such complications as well as increased propensity for liver damage have hindered the clinical development of NF-κB and IKKβ inhibitors. Another attractive target is the STAT3 transcription factor and the signaling pathway that leads to its activation (Kortylewski et al., 2005; Yu et al., 2009). Several STAT3 and JAK2 inhibitors have been described and shown to inhibit the growth of various cancers that exhibit STAT3 activation (Hedvat et al., 2009; Lin et al., 2009). So far, none of the complications associated with NF-κB inhibition have been reported for STAT3 or JAK2 inhibitors.

Even fewer complications should be expected from drugs that inhibit receptor binding of pro-tumorigenic cytokines or chemokines. Several anti-cytokine drugs are already in use for the treatment of chronic inflammatory diseases or are under clinical development for such usage. Although cytokine inhibitors alone are unlikely to cause cancer cell death, several phase I/II clinical trials currently evaluate the efficacy of anti-IL-6 and anti-TNF-α drugs as single agents in various cancers (Balkwill, 2009). The effects obtained so far include disease stabilization and partial responses, but by-and-large the therapeutic effects are modest and underscore the necessity of evaluating such drugs in combination with conventional therapy. Anti-chemokine drugs are also being evaluated, including receptor antagonists and blocking antibodies, targeting CCR2, CCR4, and CXCR4 (Balkwill, 2009). IL-1 inhibition in multiple myeloma slows tumor growth and leads to a chronic disease state, thereby preventing progression to active myeloma (Lust et al., 2009).

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

Metastasis presents another important application and challenge for drugs that target tumor-associated inflammation. Recently, an anti-RANKL antibody, which was developed for the treatment of osteoporosis, has been found effective in inhibition of bone metastasis in prostate cancer (Hurst et al., 2009). Other experiments done in mice have shown that NF-κB inhibition in metastatic cancer cells or neutralization of TNF-α can convert inflammation promoted metastatic growth to inflammation-induced tumor regression, dependent on IFN-induced TRAIL expression (Luo et al., 2004). Such findings illustrate how manipulation of cytokine expression can be used to convert tumor- and metastasis-promoting inflammation to a strong anti-tumor response.

## Conclusions and Prospective

Inflammation can affect every aspect of tumor development and progression as well as the response to therapy. In the past 10 years, we have learned a great deal about the different mechanisms by which cancer and inflammation intersect, and the time is right to translate much of the basic knowledge gained thus far and use it to add new armaments to the arsenal of cancer therapeutics. Only by targeting every single aspect of cancer biology, can we expect to make real gains in the fight against these currently incurable diseases. In addition to a combination of anti-inflammatory approaches that target the tumor microenvironment with more sophisticated and selective tumoricidal drugs, future therapies should also take notice of the natural genetic variation that affects inflammation and immunity. Such considerations are extremely important in the design of new preventive approaches to the reduction of cancer risk that need to be applied to large populations composed of relatively healthy individuals. Indeed, one of the major lessons learned from investigating the relationships between inflammation and cancer, is that most cancers are preventable. Prevention is a much better and more economic way to fight cancer than treating an already advanced and often intractable disease, as is done at the present.

---

**Text Box: Inflammation and cancer-basic facts**

1. Chronic inflammation increases cancer risk.

2. Subclinical, often undetectable, inflammation may be as important in increasing cancer risk (for instance, obesity-induced inflammation).

3. Various types of immune and inflammatory cells are frequently present within tumors.

4. Immune cells affect malignant cells through production of cytokines, chemokines, growth factors, prostaglandins and reactive oxygen and nitrogen species.

5. Inflammation impacts every single step of tumorigenesis, from initiation through tumor promotion, all the way to metastatic progression.

6. In developing tumors anti-tumorigenic and pro-tumorigenic immune and inflammatory mechanisms coexist, but if the tumor is not rejected, the pro-tumorigenic effect dominates.

7. Signaling pathways that mediate the pro-tumorigenic effects of inflammation are often subject to a feed-forward loop (for example, activation of NF-κB in immune cells induces production of cytokines that activate NF-κB in cancer cells to induce chemokines that attract more inflammatory cells into the tumor).

8. Certain immune and inflammatory components may be dispensable during one stage of tumorigenesis but absolutely critical in another stage.

---

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

Grivennikov et al.                                                                                     Page 18

## Acknowledgments

We thank E. Koltsova for the help in figure preparation. This work was supported by Research Fellowship Award from Crohn's and Colitis Foundation of America (CCFA #1762) to S.G, by grants from the Deutsche Forschungsgemeinschaft, Deutsche Krebshilfe and the Association for International Cancer Research to F.R.G. and the National Institutes of Health and the American Association for Cancer Research to M.K., who is an American Cancer Society Research Professor.

## REFERENCES

Aggarwal BB, Vijayalekshmi RV, Sung B. Targeting inflammatory pathways for prevention and therapy of cancer: short-term friend, long-term foe. Clin Cancer Res 2009;15:425–430. [PubMed: 19147746]

Ammirante M, Luo J-L, Grivennikov S, Nedospasov S, Karin M. B cell-derived lymphotoxin promotes castration-resistant prostate cancer. Nature. 2010 in press.

Angel P, Imagawa M, Chiu R, Stein B, Imbra RJ, Rahmsdorf HJ, Jonat C, Herrlich P, Karin M. Phorbol ester-inducible genes contain a common cis element recognized by a TPA-modulated trans-acting factor. Cell 1987;49:729–739. [PubMed: 3034432]

Apetoh L, Ghiringhelli F, Tesniere A, Criollo A, Ortiz C, Lidereau R, Mariette C, Chaput N, Mira JP, Delaloge S, et al. The interaction between HMGB1 and TLR4 dictates the outcome of anticancer chemotherapy and radiotherapy. Immunol Rev 2007a;220:47–59. [PubMed: 17979839]

Apetoh L, Ghiringhelli F, Tesniere A, Obeid M, Ortiz C, Criollo A, Mignot G, Maiuri MC, Ullrich E, Saulnier P, et al. Toll-like receptor 4-dependent contribution of the immune system to anticancer chemotherapy and radiotherapy. Nat Med 2007b;13:1050–1059. [PubMed: 17704786]

Aspord C, Pedroza-Gonzalez A, Gallegos M, Tindle S, Burton EC, Su D, Marches F, Banchereau J, Palucka AK. Breast cancer instructs dendritic cells to prime interleukin 13-secreting CD4+ T cells that facilitate tumor development. J Exp Med 2007;204:1037–1047. [PubMed: 17438063]

Balkwill F. Tumour necrosis factor and cancer. Nat Rev Cancer 2009;9:361–371. [PubMed: 19343034]

Becker C, Fantini MC, Schramm C, Lehr HA, Wirtz S, Nikolaev A, Burg J, Strand S, Kiesslich R, Huber S, et al. TGF-beta suppresses tumor progression in colon cancer by inhibition of IL-6 trans-signaling. Immunity 2004;21:491–501. [PubMed: 15485627]

Berg DJ, Davidson N, Kuhn R, Muller W, Menon S, Holland G, Thompson-Snipes L, Leach MW, Rennick D. Enterocolitis and colon cancer in interleukin-10-deficient mice are associated with aberrant cytokine production and CD4(+) TH1-like responses. J Clin Invest 1996;98:1010–1020. [PubMed: 8770874]

Bollrath J, Phesse TJ, von Burstin VA, Putoczki T, Bennecke M, Bateman T, Nebelsiek T, Lundgren-May T, Canli O, Schwitalla S, et al. gp130-mediated Stat3 activation in enterocytes regulates cell survival and cell-cycle progression during colitis-associated tumorigenesis. Cancer Cell 2009;15:91–102. [PubMed: 19185844]

Bonecchi R, Galliera E, Borroni EM, Corsi MM, Locati M, Mantovani A. Chemokines and chemokine receptors: an overview. Front Biosci 2009;14:540–551. [PubMed: 19273084]

Buckowitz A, Knaebel HP, Benner A, Blaker H, Gebert J, Kienle P, von Knebel Doeberitz M, Kloor M. Microsatellite instability in colorectal cancer is associated with local lymphocyte infiltration and low frequency of distant metastases. Br J Cancer 2005;92:1746–1753. [PubMed: 15856045]

Bui JD, Schreiber RD. Cancer immunosurveillance, immunoediting and inflammation: independent or interdependent processes? Curr Opin Immunol 2007;19:203–208. [PubMed: 17292599]

Calle EE. Obesity and cancer. Br Med J 2007;335:1107–1108. [PubMed: 17986715]

Chang L, Kamata H, Solinas G, Luo JL, Maeda S, Venuprasad K, Liu YC, Karin M. The E3 ubiquitin ligase itch couples JNK activation to TNFa-induced cell death by inducing c-FLIP(L) turnover. Cell 2006;124:601–613. [PubMed: 16469705]

Chen X, Xu H, Yuan P, Fang F, Huss M, Vega VB, Wong E, Orlov YL, Zhang W, Jiang J, et al. Integration of external signaling pathways with the core transcriptional network in embryonic stem cells. Cell 2008;133:1106–1117. [PubMed: 18555785]

Chiorazzi N, Rai KR, Ferrarini M. Chronic lymphocytic leukemia. N Engl J Med 2005;352:804–815. [PubMed: 15728813]

Colotta F, Allavena P, Sica A, Garlanda C, Mantovani A. Cancer-related inflammation, the seventh hallmark of cancer: links to genetic instability. Carcinogenesis 2009;30:1073–1081. [PubMed: 19468060]

Condeelis J, Pollard JW. Macrophages: obligate partners for tumor cell migration, invasion, and metastasis. Cell 2006;124:263–266. [PubMed: 16439202]

Cooper CS, Foster CS. Concepts of epigenetics in prostate cancer development. Br J Cancer 2009;100:240–245. [PubMed: 19002169]

Crowe NY, Coquet JM, Berzins SP, Kyparissoudis K, Keating R, Pellicci DG, Hayakawa Y, Godfrey DI, Smyth MJ. Differential antitumor immunity mediated by NKT cell subsets in vivo. J Exp Med 2005;202:1279–1288. [PubMed: 16275765]

de Martel C, Franceschi S. Infections and cancer: established associations and new hypotheses. Crit Rev Oncol Hematol 2009;70:183–194. [PubMed: 18805702]

De Santa F, Totaro MG, Prosperini E, Notarbartolo S, Testa G, Natoli G. The histone H3 lysine-27 demethylase Jmjd3 links inflammation to inhibition of polycomb-mediated gene silencing. Cell 2007;130:1083–1094. [PubMed: 17825402]

de Visser KE, Eichten A, Coussens LM. Paradoxical roles of the immune system during cancer development. Nat Rev Cancer 2006;6:24–37. [PubMed: 16397525]

Degenhardt K, Mathew R, Beaudoin B, Bray K, Anderson D, Chen G, Mukherjee C, Shi Y, Gelinas C, Fan Y, et al. Autophagy promotes tumor cell survival and restricts necrosis, inflammation, and tumorigenesis. Cancer Cell 2006;10:51–64. [PubMed: 16843265]

DeNardo DG, Barreto JB, Andreu P, Vasquez L, Tawfik D, Kolhatkar N, Coussens LM. CD4(+) T cells regulate pulmonary metastasis of mammary carcinomas by enhancing protumor properties of macrophages. Cancer Cell 2009;16:91–102. [PubMed: 19647220]

Dostert C, Petrilli V, Van Bruggen R, Steele C, Mossman BT, Tschopp J. Innate immune activation through Nalp3 inflammasome sensing of asbestos and silica. Science 2008;320:674–677. [PubMed: 18403674]

Dougan M, Dranoff G. Immune therapy for cancer. Annu Rev Immunol 2009;27:83–117. [PubMed: 19007331]

Dunn GP, Koebel CM, Schreiber RD. Interferons, immunity and cancer immunoediting. Nat Rev Immunol 2006;6:836–848. [PubMed: 17063185]

Dunn GP, Old LJ, Schreiber RD. The immunobiology of cancer immunosurveillance and immunoediting. Immunity 2004;21:137–148. [PubMed: 15308095]

Dvorak HF. Tumors: wounds that do not heal. Similarities between tumor stroma generation and wound healing. N Engl J Med 1986;315:1650–1659. [PubMed: 3537791]

Edwards RA, Witherspoon M, Wang K, Afrasiabi K, Pham T, Birnbaumer L, Lipkin SM. Epigenetic repression of DNA mismatch repair by inflammation and hypoxia in inflammatory bowel disease-associated colorectal cancer. Cancer Res 2009;69:6423–6429. [PubMed: 19638594]

Eferl R, Wagner EF. AP-1: a double-edged sword in tumorigenesis. Nat Rev Cancer 2003;3:859–868. [PubMed: 14668816]

Enzler T, Gillessen S, Manis JP, Ferguson D, Fleming J, Alt FW, Mihm M, Dranoff G. Deficiencies of GM-CSF and interferon gamma link inflammation and cancer. J Exp Med 2003;197:1213–1219. [PubMed: 12732663]

Enzler T, Kater AP, Zhang W, Widhopf GF 2nd, Chuang HY, Lee J, Avery E, Croce CM, Karin M, Kipps TJ. Chronic lymphocytic leukemia of E{micro}-TCL1 transgenic mice undergoes rapid cell turnover that can be offset by extrinsic CD257 to accelerate disease progression. Blood 2009;114:4469–4476. [PubMed: 19755673]

Erdman SE, Sohn JJ, Rao VP, Nambiar PR, Ge Z, Fox JG, Schauer DB. CD4+CD25+ regulatory lymphocytes induce regression of intestinal tumors in ApcMin/+ mice. Cancer Res 2005;65:3998–4004. [PubMed: 15899788]

Ernst M, Najdovska M, Grail D, Lundgren-May T, Buchert M, Tye H, Matthews VB, Armes J, Bhathal PS, Hughes NR, et al. STAT3 and STAT1 mediate IL-11-dependent and inflammation-associated gastric tumorigenesis in gp130 receptor mutant mice. J Clin Invest 2008;118:1727–1738. [PubMed: 18431520]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Ershler WB, Keller ET. Age-associated increased interleukin-6 gene expression, late-life diseases, and frailty. Annu Rev Med 2000;51:245–270. [PubMed: 10774463]

Fearon ER, Vogelstein B. A genetic model for colorectal tumorigenesis. Cell 1990;61:759–767. [PubMed: 2188735]

Ferreri AJ, Ernberg I, Copie-Bergman C. Infectious agents and lymphoma development: molecular and clinical aspects. J Intern Med 2009;265:421–438. [PubMed: 19298458]

Fridlender ZG, Sun J, Kim S, Kapoor V, Cheng G, Ling L, Worthen GS, Albelda SM. Polarization of tumor-associated neutrophil phenotype by TGF-beta: "N1" versus "N2" TAN. Cancer Cell 2009;16:183–194. [PubMed: 19732719]

Gabrilovich DI, Nagaraj S. Myeloid-derived suppressor cells as regulators of the immune system. Nat Rev Immunol 2009;9:162–174. [PubMed: 19197294]

Gallimore AM, Simon AK. Positive and negative influences of regulatory T cells on tumour immunity. Oncogene 2008;27:5886–5893. [PubMed: 18836469]

Galon J, Costes A, Sanchez-Cabo F, Kirilovsky A, Mlecnik B, Lagorce-Pages C, Tosolini M, Camus M, Berger A, Wind P, et al. Type, density, and location of immune cells within human colorectal tumors predict clinical outcome. Science 2006;313:1960–1964. [PubMed: 17008531]

Gao SP, Mark KG, Leslie K, Pao W, Motoi N, Gerald WL, Travis WD, Bornmann W, Veach D, Clarkson B, et al. Mutations in the EGFR kinase domain mediate STAT3 activation via IL-6 production in human lung adenocarcinomas. J Clin Invest 2007;117:3846–3856. [PubMed: 18060032]

Ghiringhelli F, Apetoh L, Tesniere A, Aymeric L, Ma Y, Ortiz C, Vermaelen K, Panaretakis T, Mignot G, Ullrich E, et al. Activation of the NLRP3 inflammasome in dendritic cells induces IL-1beta-dependent adaptive immunity against tumors. Nat Med 2009;15:1170–1178. [PubMed: 19767732]

Gierach GL, Lacey JV Jr. Schatzkin A, Leitzmann MF, Richesson D, Hollenbeck AR, Brinton LA. Nonsteroidal anti-inflammatory drugs and breast cancer risk in the National Institutes of Health-AARP Diet and Health Study. Breast Cancer Res 2008;10:R38. [PubMed: 18447943]

Granziero L, Ghia P, Circosta P, Gottardi D, Strola G, Geuna M, Montagna L, Piccoli P, Chilosi M, Caligaris-Cappio F. Survivin is expressed on CD40 stimulation and interfaces proliferation and apoptosis in B-cell chronic lymphocytic leukemia. Blood 2001;97:2777–2783. [PubMed: 11313271]

Greten FR, Arkan MC, Bollrath J, Hsu LC, Goode J, Miething C, Goktuna SI, Neuenhahn M, Fierer J, Paxian S, et al. NF-kappaB is a negative regulator of IL-1beta secretion as revealed by genetic and pharmacological inhibition of IKKbeta. Cell 2007;130:918–931. [PubMed: 17803913]

Greten FR, Eckmann L, Greten TF, Park JM, Li ZW, Egan LJ, Kagnoff MF, Karin M. IKKb links inflammation and tumorigenesis in a mouse model of colitis-associated cancer. Cell 2004;118:285–296. [PubMed: 15294155]

Grivennikov S, Karin E, Terzic J, Mucida D, Yu GY, Vallabhapurapu S, Scheller J, Rose-John S, Cheroutre H, Eckmann L, et al. IL-6 and Stat3 are required for survival of intestinal epithelial cells and development of colitis-associated cancer. Cancer Cell 2009;15:103–113. [PubMed: 19185845]

Grivennikov S, Karin M. Dangerous liasons: STAT3 and NF-κB collaboration and crosstalk in cancer. Cytokine Growth Factor Rev. 2009 in press.

Guerra C, Schuhmacher AJ, Canamero M, Grippo PJ, Verdaguer L, Perez-Gallego L, Dubus P, Sandgren EP, Barbacid M. Chronic pancreatitis is essential for induction of pancreatic ductal adenocarcinoma by K-Ras oncogenes in adult mice. Cancer Cell 2007;11:291–302. [PubMed: 17349585]

Guidoboni M, Gafa R, Viel A, Doglioni C, Russo A, Santini A, Del Tin L, Macri E, Lanza G, Boiocchi M, et al. Microsatellite instability and high content of activated cytotoxic lymphocytes identify colon cancer patients with a favorable prognosis. Am J Pathol 2001;159:297–304. [PubMed: 11438476]

Gupta RA, Dubois RN. Colorectal cancer prevention and treatment by inhibition of cyclooxygenase-2. Nat Rev Cancer 2001;1:11–21. [PubMed: 11900248]

Hahn MA, Hahn T, Lee DH, Esworthy RS, Kim BW, Riggs AD, Chu FF, Pfeifer GP. Methylation of polycomb target genes in intestinal cancer is mediated by inflammation. Cancer Res 2008;68:10280–10289. [PubMed: 19074896]

Hanada T, Kobayashi T, Chinen T, Saeki K, Takaki H, Koga K, Minoda Y, Sanada T, Yoshioka T, Mimata H, et al. IFNgamma-dependent, spontaneous development of colorectal carcinomas in SOCS1-deficient mice. J Exp Med 2006;203:1391–1397. [PubMed: 16717119]

Hanahan D, Weinberg RA. The hallmarks of cancer. Cell 2000;100:57–70. [PubMed: 10647931]

Haybaeck J, Zeller N, Wolf MJ, Weber A, Wagner U, Kurrer MO, Bremer J, Iezzi G, Graf R, Clavien PA, et al. A lymphotoxin-driven pathway to hepatocellular carcinoma. Cancer Cell 2009;16:295–308. [PubMed: 19800575]

Hedvat M, Huszar D, Herrmann A, Gozgit JM, Schroeder A, Sheehy A, Buettner R, Proia D, Kowolik CM, Xin H, et al. The JAK2 Inhibitor AZD1480 Potently Blocks Stat3 Signaling and Oncogenesis in Solid Tumors. Cancer Cell 2009;16:487–497. [PubMed: 19962667]

Hodge DR, Hurt EM, Farrar WL. The role of IL-6 and STAT3 in inflammation and cancer. Eur J Cancer 2005;41:2502–2512. [PubMed: 16199153]

Hurst LC, Badalamente MA, Hentz VR, Hotchkiss RN, Kaplan FT, Meals RA, Smith TM, Rodzvilla J. Injectable collagenase clostridium histolyticum for Dupuytren's contracture. N Engl J Med 2009;361:968–979. [PubMed: 19726771]

Hussain SP, Hofseth LJ, Harris CC. Radical causes of cancer. Nat Rev Cancer 2003;3:276–285. [PubMed: 12671666]

Joyce JA, Pollard JW. Microenvironmental regulation of metastasis. Nat Rev Cancer 2009;9:239–252. [PubMed: 19279573]

Kalluri R, Weinberg RA. The basics of epithelial-mesenchymal transition. J Clin Invest 2009;119:1420–1428. [PubMed: 19487818]

Kaplan RN, Riba RD, Zacharoulis S, Bramley AH, Vincent L, Costa C, MacDonald DD, Jin DK, Shido K, Kerns SA, et al. VEGFR1-positive haematopoietic bone marrow progenitors initiate the pre-metastatic niche. Nature 2005;438:820–827. [PubMed: 16341007]

Karin M. Nuclear factor-kappaB in cancer development and progression. Nature 2006;441:431–436. [PubMed: 16724054]

Kastritis E, Palumbo A, Dimopoulos MA. Treatment of relapsed/refractory multiple myeloma. Semin Hematol 2009;46:143–157. [PubMed: 19389498]

Khasawneh J, Schulz MD, Walch A, Rozman J, de Angelis M. Hrabe, Klingenspor M, Buck A, Schwaiger M, Saur D, Schmid RM, et al. Inflammation and mitochondrial fatty acid beta-oxidation link obesity to early tumor promotion. Proc Natl Acad Sci U S A 2009;106:3354–3359. [PubMed: 19208810]

Kim S, Takahashi H, Lin WW, Descargues P, Grivennikov S, Kim Y, Luo JL, Karin M. Carcinoma-produced factors activate myeloid cells through TLR2 to stimulate metastasis. Nature 2009;457:102–106. [PubMed: 19122641]

Kitamura T, Kometani K, Hashida H, Matsunaga A, Miyoshi H, Hosogi H, Aoki M, Oshima M, Hattori M, Takabayashi A, et al. SMAD4-deficient intestinal tumors recruit CCR1+ myeloid cells that promote invasion. Nat Genet 2007;39:467–475. [PubMed: 17369830]

Koebel CM, Vermi W, Swann JB, Zerafa N, Rodig SJ, Old LJ, Smyth MJ, Schreiber RD. Adaptive immunity maintains occult cancer in an equilibrium state. Nature 2007;450:903–907. [PubMed: 18026089]

Kohrt HE, Nouri N, Nowels K, Johnson D, Holmes S, Lee PP. Profile of immune cells in axillary lymph nodes predicts disease-free survival in breast cancer. PLoS Med 2005;2:e284. [PubMed: 16124834]

Kortlewski M, Kujawski M, Wang T, Wei S, Zhang S, Pilon-Thomas S, Niu G, Kay H, Mule J, Kerr WG, et al. Inhibiting Stat3 signaling in the hematopoietic system elicits multicomponent antitumor immunity. Nat Med 2005;11:1314–1321. [PubMed: 16288283]

Kortlewski M, Xin H, Kujawski M, Lee H, Liu Y, Harris T, Drake C, Pardoll D, Yu H. Regulation of the IL-23 and IL-12 balance by Stat3 signaling in the tumor microenvironment. Cancer Cell 2009;15:114–123. [PubMed: 19185846]

Kraus S, Arber N. Inflammation and colorectal cancer. Curr Opin Pharmacol 2009;9:405–410. [PubMed: 19589728]

Kujawski M, Kortlewski M, Lee H, Herrmann A, Kay H, Yu H. Stat3 mediates myeloid cell-dependent tumor angiogenesis in mice. J Clin Invest 2008;118:3367–3377. [PubMed: 18776941]

Laghi L, Bianchi P, Miranda E, Balladore E, Pacetti V, Grizzi F, Allavena P, Torri V, Repici A, Santoro A, et al. CD3+ cells at the invasive margin of deeply invading (pT3-T4) colorectal cancer and risk of post-surgical metastasis: a longitudinal study. Lancet Oncol 2009;10:877–884. [PubMed: 19656725]

Langowski JL, Kastelein RA, Oft M. Swords into plowshares: IL-23 repurposes tumor immune surveillance. Trends Immunol 2007;28:207–212. [PubMed: 17395538]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Langowski JL, Zhang X, Wu L, Mattson JD, Chen T, Smith K, Basham B, McClanahan T, Kastelein RA, Oft M. IL-23 promotes tumour incidence and growth. Nature 2006;442:461–465. [PubMed: 16688182]

Lewis CE, Pollard JW. Distinct role of macrophages in different tumor microenvironments. Cancer Res 2006;66:605–612. [PubMed: 16423985]

Liao D, Luo Y, Markowitz D, Xiang R, Reisfeld RA. Cancer associated fibroblasts promote tumor growth and metastasis by modulating the tumor immune microenvironment in a 4T1 murine breast cancer model. PLoS One 2009;4:e7965. [PubMed: 19956757]

Lin L, Amin R, Gallicano GI, Glasgow E, Jogunoori W, Jessup JM, Zasloff M, Marshall JL, Shetty K, Johnson L, et al. The STAT3 inhibitor NSC 74859 is effective in hepatocellular cancers with disrupted TGF-beta signaling. Oncogene 2009;28:961–972. [PubMed: 19137011]

Lin WW, Karin M. A cytokine-mediated link between innate immunity, inflammation, and cancer. J Clin Invest 2007;117:1175–1183. [PubMed: 17476347]

Liu X, Plummer SJ, Nock NL, Casey G, Witte JS. Nonsteroidal antiinflammatory drugs and decreased risk of advanced prostate cancer: modification by lymphotoxin alpha. Am J Epidemiol 2006;164:984–989. [PubMed: 16931544]

Luo JL, Maeda S, Hsu LC, Yagita H, Karin M. Inhibition of NF-kappaB in cancer cells converts inflammation-induced tumor growth mediated by TNFalpha to TRAIL-mediated tumor regression. Cancer Cell 2004;6:297–305. [PubMed: 15380520]

Luo JL, Tan W, Ricono JM, Korchynskyi O, Zhang M, Gonias SL, Cheresh DA, Karin M. Nuclear cytokine-activated IKKalpha controls prostate cancer metastasis by repressing Maspin. Nature 2007;446:690–694. [PubMed: 17377533]

Lust JA, Lacy MQ, Zeldenrust SR, Dispenzieri A, Gertz MA, Witzig TE, Kumar S, Hayman SR, Russell SJ, Buadi FK, et al. Induction of a chronic disease state in patients with smoldering or indolent multiple myeloma by targeting interleukin 1{beta}-induced interleukin 6 production and the myeloma proliferative component. Mayo Clin Proc 2009;84:114–122. [PubMed: 19181644]

Maeda S, Kamata H, Luo JL, Leffert H, Karin M. IKKb couples hepatocyte death to cytokine-driven compensatory proliferation that promotes chemical hepatocarcinogenesis. Cell 2005;121:977–990. [PubMed: 15989949]

Mantovani A, Allavena P, Sica A, Balkwill F. Cancer-related inflammation. Nature 2008;454:436–444. [PubMed: 18650914]

Martin-Orozco N, Muranski P, Chung Y, Yang XO, Yamazaki T, Lu S, Hwu P, Restifo NP, Overwijk WW, Dong C. T helper 17 cells promote cytotoxic T cell activation in tumor immunity. Immunity 2009;31:787–798. [PubMed: 19879162]

McDonald B, Spicer J, Giannais B, Fallavollita L, Brodt P, Ferri LE. Systemic inflammation increases cancer cell adhesion to hepatic sinusoids by neutrophil mediated mechanisms. Int J Cancer 2009;125:1298–1305. [PubMed: 19431213]

Meira LB, Bugni JM, Green SL, Lee CW, Pang B, Borenshtein D, Rickman BH, Rogers AB, Moroski-Erkul CA, McFaline JL, et al. DNA damage induced by chronic inflammation contributes to colon carcinogenesis in mice. J Clin Invest 2008;118:2516–2525. [PubMed: 18521188]

Moore RJ, Owens DM, Stamp G, Arnott C, Burke F, East N, Holdsworth H, Turner L, Rollins B, Pasparakis M, et al. Mice deficient in tumor necrosis factor-alpha are resistant to skin carcinogenesis. Nat Med 1999;5:828–831. [PubMed: 10395330]

Murdoch C, Muthana M, Coffelt SB, Lewis CE. The role of myeloid cells in the promotion of tumour angiogenesis. Nat Rev Cancer 2008;8:618–631. [PubMed: 18633355]

Musteanu M, Blaas L, Mair M, Schlederer M, Bilban M, Tauber S, Esterbauer H, Mueller M, Casanova E, Kenner L, et al. Stat3 is a negative regulator of intestinal tumor progression in ApcMin mice. Gastroenterology. 2009 in press.

Naugler WE, Sakurai T, Kim S, Maeda S, Kim K, Elsharkawy AM, Karin M. Gender disparity in liver cancer due to sex differences in MyD88-dependent IL-6 production. Science 2007;317:121–124. [PubMed: 17615358]

Nguyen DX, Bos PD, Massague J. Metastasis: from dissemination to organ-specific colonization. Nat Rev Cancer 2009;9:274–284. [PubMed: 19308067]

NIH-PA Author Manuscript

Nickoloff BJ, Ben-Neriah Y, Pikarsky E. Inflammation and cancer: is the link as simple as we think? J Invest Dermatol 2005;124:x–xiv. [PubMed: 15955081]

O' Reilly L, Tai L, Lee L, Kruse EA, Grabow S, Fairlie WD, Haynes NM, Tarlinton DM, Zhang JG, Belz GT, et al. Membrane-bound Fas ligand only is essential for Fas-induced apoptosis. Nature 2009;461:659–663. [PubMed: 19794494]

Oguma K, Oshima H, Aoki M, Uchio R, Naka K, Nakamura S, Hirao A, Saya H, Taketo MM, Oshima M. Activated macrophages promote Wnt signalling through tumour necrosis factor-alpha in gastric tumour cells. EMBO J 2008;27:1671–1681. [PubMed: 18511911]

Okayasu I, Ohkusa T, Kajiura K, Kanno J, Sakamoto S. Promotion of colorectal neoplasia in experimental murine ulcerative colitis. Gut 1996;39:87–92. [PubMed: 8881816]

Okazaki IM, Kotani A, Honjo T. Role of AID in tumorigenesis. Adv Immunol 2007;94:245–273. [PubMed: 17560277]

Orimo A, Gupta PB, Sgroi DC, Arenzana-Seisdedos F, Delaunay T, Naeem R, Carey VJ, Richardson AL, Weinberg RA. Stromal fibroblasts present in invasive human breast carcinomas promote tumor growth and angiogenesis through elevated SDF-1/CXCL12 secretion. Cell 2005;121:335–348. [PubMed: 15882617]

Orimo A, Weinberg RA. Stromal fibroblasts in cancer: a novel tumor-promoting cell type. Cell Cycle 2006;5:1597–1601. [PubMed: 16880743]

Pages F, Berger A, Camus M, Sanchez-Cabo F, Costes A, Molidor R, Mlecnik B, Kirilovsky A, Nilsson M, Damotte D, et al. Effector memory T cells, early metastasis, and survival in colorectal cancer. N Engl J Med 2005;353:2654–2666. [PubMed: 16371631]

Palucka AK, Ueno H, Fay JW, Banchereau J. Taming cancer by inducing immunity via dendritic cells. Immunol Rev 2007;220:129–150. [PubMed: 17979844]

Palumbo JS, Talmage KE, Massari JV, La Jeunesse CM, Flick MJ, Kombrinck KW, Hu Z, Barney KA, Degen JL. Tumor cell-associated tissue factor and circulating hemostatic factors cooperate to increase metastatic potential through natural killer cell-dependent and -independent mechanisms. Blood 2007;110:133–141. [PubMed: 17371949]

Park EJ, Lee JH, Yu GY, He G, Ali SR, Holzer R, Osterreicher C, Takahashi H, Karin M. Dietary and genetic obesity promote liver inflammation and tumorigenesis by enhancing IL-6 and TNF expression. Cell. 2010 in press.

Pedersen IM, Kitada S, Leoni LM, Zapata JM, Karras JG, Tsukada N, Kipps TJ, Choi YS, Bennett F, Reed JC. Protection of CLL B cells by a follicular dendritic cell line is dependent on induction of Mcl-1. Blood 2002;100:1795–1801. [PubMed: 12176902]

Pikarsky E, Porat RM, Stein I, Abramovitch R, Amit S, Kasem S, Gutkovich-Pyest E, Urieli-Shoval S, Galun E, Ben-Neriah Y. NF-kB functions as a tumour promoter in inflammation-associated cancer. Nature 2004;431:461–466. [PubMed: 15329734]

Polyak K, Weinberg RA. Transitions between epithelial and mesenchymal states: acquisition of malignant and stem cell traits. Nat Rev Cancer 2009;9:265–273. [PubMed: 19262571]

Popivanova BK, Kitamura K, Wu Y, Kondo T, Kagaya T, Kaneko S, Oshima M, Fujii C, Mukaida N. Blocking TNF-alpha in mice reduces colorectal carcinogenesis associated with chronic colitis. J Clin Invest 2008;118:560–570. [PubMed: 18219394]

Punturieri A, Szabo E, Croxton TL, Shapiro SD, Dubinett SM. Lung cancer and chronic obstructive pulmonary disease: needs and opportunities for integrated research. J Natl Cancer Inst 2009;101:554–559. [PubMed: 19351920]

Rakoff-Nahoum S, Medzhitov R. Toll-like receptors and cancer. Nat Rev Cancer 2009;9:57–63. [PubMed: 19052556]

Rius J, Guma M, Schachtrup C, Akassoglou K, Zinkernagel AS, Nizet V, Johnson RS, Haddad GG, Karin M. NF-kappaB links innate immunity to the hypoxic response through transcriptional regulation of HIF-1alpha. Nature 2008;453:807–811. [PubMed: 18432192]

Roberts SJ, Ng BY, Filler RB, Lewis J, Glusac EJ, Hayday AC, Tigelaar RE, Girardi M. Characterizing tumor-promoting T cells in chemically induced cutaneous carcinogenesis. Proc Natl Acad Sci U S A 2007;104:6770–6775. [PubMed: 17412837]

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

Rodier F, Coppe JP, Patil CK, Hoeijmakers WA, Munoz DP, Raza SR, Freund A, Campeau E, Davalos AR, Campisi J. Persistent DNA damage signalling triggers senescence-associated inflammatory cytokine secretion. Nat Cell Biol 2009;11:973–979. [PubMed: 19597488]

Ruzankina Y, Schoppy DW, Asare A, Clark CE, Vonderheide RH, Brown EJ. Tissue regenerative delays and synthetic lethality in adult mice after combined deletion of Atr and Trp53. Nat Genet 2009;41:1144–1149. [PubMed: 19718024]

Sakurai T, He G, Matsuzawa A, Yu GY, Maeda S, Hardiman G, Karin M. Hepatocyte necrosis induced by oxidative stress and IL-1 alpha release mediate carcinogen-induced compensatory proliferation and liver tumorigenesis. Cancer Cell 2008;14:156–165. [PubMed: 18691550]

Shankaran V, Ikeda H, Bruce AT, White JM, Swanson PE, Old LJ, Schreiber RD. IFNg and lymphocytes prevent primary tumour development and shape tumour immunogenicity. Nature 2001;410:1107–1111. [PubMed: 11323675]

Shibata W, Takaishi S, Muthupalani S, Pritchard DM, Whary MT, Rogers AB, Fox JG, Betz KS, Kaestner KH, Karin M, et al. Conditional deletion of IkappaB-kinase beta (IKKbeta) accelerates Helicobacter-dependent gastric apoptosis, proliferation and preneoplasia. Gastroenterology. 2009 in press.

Shime H, Yabu M, Akazawa T, Kodama K, Matsumoto M, Seya T, Inoue N. Tumor-secreted lactic acid promotes IL-23/IL-17 proinflammatory pathway. J Immunol 2008;180:7175–7183. [PubMed: 18490716]

Shojaei F, Wu X, Malik AK, Zhong C, Baldwin ME, Schanz S, Fuh G, Gerber HP, Ferrara N. Tumor refractoriness to anti-VEGF treatment is mediated by CD11b+Gr1+ myeloid cells. Nat Biotechnol 2007;25:911–920. [PubMed: 17664940]

Sica A, Allavena P, Mantovani A. Cancer related inflammation: the macrophage connection. Cancer Lett 2008;267:204–215. [PubMed: 18448242]

Sieweke MH, Thompson NL, Sporn MB, Bissell MJ. Mediation of wound-related Rous sarcoma virus tumorigenesis by TGF-beta. Science 1990;248:1656–1660. [PubMed: 2163544]

Smyth MJ, Dunn GP, Schreiber RD. Cancer immunosurveillance and immunoediting: the roles of immunity in suppressing tumor development and shaping tumor immunogenicity. Adv Immunol 2006;90:1–50. [PubMed: 16730260]

Smyth MJ, Takeda K, Hayakawa Y, Peschon JJ, van den Brink MR, Yagita H. Nature's TRAIL--on a path to cancer immunotherapy. Immunity 2003;18:1–6. [PubMed: 12530970]

Smyth MJ, Thia KY, Street SE, Cretney E, Trapani JA, Taniguchi M, Kawano T, Pelikan SB, Crowe NY, Godfrey DI. Differential tumor surveillance by natural killer (NK) and NKT cells. J Exp Med 2000;191:661–668. [PubMed: 10684858]

Soucek L, Lawlor ER, Soto D, Shchors K, Swigart LB, Evan GI. Mast cells are required for angiogenesis and macroscopic expansion of Myc-induced pancreatic islet tumors. Nat Med 2007;13:1211–1218. [PubMed: 17906636]

Sparmann A, Bar-Sagi D. Ras-induced interleukin-8 expression plays a critical role in tumor growth and angiogenesis. Cancer Cell 2004;6:447–458. [PubMed: 15542429]

Stockmann C, Doedens A, Weidemann A, Zhang N, Takeda N, Greenberg JI, Cheresh DA, Johnson RS. Deletion of vascular endothelial growth factor in myeloid cells accelerates tumorigenesis. Nature 2008;456:814–818. [PubMed: 18997773]

Strid J, Roberts SJ, Filler RB, Lewis JM, Kwong BY, Schpero W, Kaplan DH, Hayday AC, Girardi M. Acute upregulation of an NKG2D ligand promotes rapid reorganization of a local immune compartment with pleiotropic effects on carcinogenesis. Nat Immunol 2008;9:146–154. [PubMed: 18176566]

Swann JB, Smyth MJ. Immune surveillance of tumors. J Clin Invest 2007;117:1137–1146. [PubMed: 17476343]

Swann JB, Uldrich AP, van Dommelen S, Sharkey J, Murray WK, Godfrey DI, Smyth MJ. Type I natural killer T cells suppress tumors caused by p53 loss in mice. Blood 2009;113:6382–6385. [PubMed: 19234138]

Swann JB, Vesely MD, Silva A, Sharkey J, Akira S, Schreiber RD, Smyth MJ. Demonstration of inflammation-induced cancer and cancer immunoediting during primary tumorigenesis. Proc Natl Acad Sci U S A 2008;105:652–656. [PubMed: 18178624]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Takahashi H, Ogata H, Nishigaki R, Broide DH, Karin M. Tobacco smoke promotes lung tumorigenesis by triggering IKKb and JNK1 dependent inflammation. Cancer Cell. 2010 in press.

Takai A, Toyoshima T, Uemura M, Kitawaki Y, Marusawa H, Hiai H, Yamada S, Okazaki IM, Honjo T, Chiba T, et al. A novel mouse model of hepatocarcinogenesis triggered by AID causing deleterious p53 mutations. Oncogene 2009;28:469–478. [PubMed: 18997814]

Trinchieri G, Pflanz S, Kastelein RA. The IL-12 family of heterodimeric cytokines: new players in the regulation of T cell responses. Immunity 2003;19:641–644. [PubMed: 14614851]

Tu S, Bhagat G, Cui G, Takaishi S, Kurt-Jones EA, Rickman B, Betz KS, Penz-Oesterreicher M, Bjorkdahl O, Fox JG, et al. Overexpression of interleukin-1beta induces gastric inflammation and cancer and mobilizes myeloid-derived suppressor cells in mice. Cancer Cell 2008;14:408–419. [PubMed: 18977329]

Tuncman G, Hirosumi J, Solinas G, Chang L, Karin M, Hotamisligil GS. Functional in vivo interactions between JNK1 and JNK2 isoforms in obesity and insulin resistance. Proc Natl Acad Sci U S A 2006;103:10741–10746. [PubMed: 16818881]

Umar S, Sarkar S, Wang Y, Singh P. Functional Cross-talk between {beta}-Catenin and NF{kappa}B Signaling Pathways in Colonic Crypts of Mice in Response to Progastrin. J Biol Chem 2009;284:22274–22284. [PubMed: 19497850]

Vakkila J, Lotze MT. Inflammation and necrosis promote tumour growth. Nat Rev Immunol 2004;4:641–648. [PubMed: 15286730]

Waldner MJ, Neurath MF. Colitis-associated cancer: the role of T cells in tumor development. Semin Immunopathol 2009;31:249–256. [PubMed: 19495757]

Wang L, Yi T, Kortylewski M, Pardoll DM, Zeng D, Yu H. IL-17 can promote tumor growth through an IL-6-Stat3 signaling pathway. J Exp Med 2009;206:1457–1464. [PubMed: 19564351]

Wong VW, Yu J, Cheng AS, Wong GL, Chan HY, Chu ES, Ng EK, Chan FK, Sung JJ, Chan HL. High serum interleukin-6 level predicts future hepatocellular carcinoma development in patients with chronic hepatitis B. Int J Cancer 2009;124:2766–2770. [PubMed: 19267406]

Wu S, Rhee KJ, Albesiano E, Rabizadeh S, Wu X, Yen HR, Huso DL, Brancati FL, Wick E, McAllister F, et al. A human colonic commensal promotes colon tumorigenesis via activation of T helper type 17 T cell responses. Nat Med 2009a;15:1016–1022. [PubMed: 19701202]

Wu Y, Deng J, Rychahou PG, Qiu S, Evers BM, Zhou BP. Stabilization of snail by NF-kappaB is required for inflammation-induced cell migration and invasion. Cancer Cell 2009b;15:416–428. [PubMed: 19411070]

Yang J, Weinberg RA. Epithelial-mesenchymal transition: at the crossroads of development and tumor metastasis. Dev Cell 2008;14:818–829. [PubMed: 18539112]

Yang L, Huang J, Ren X, Gorska AE, Chytil A, Aakre M, Carbone DP, Matrisian LM, Richmond A, Lin PC, et al. Abrogation of TGF beta signaling in mammary carcinomas recruits Gr-1+CD11b+ myeloid cells that promote metastasis. Cancer Cell 2008;13:23–35. [PubMed: 18167337]

Yu H, Kortylewski M, Pardoll D. Crosstalk between cancer and immune cells: role of STAT3 in the tumour microenvironment. Nat Rev Immunol 2007;7:41–51. [PubMed: 17186030]

Yu H, Pardoll D, Jove R. STATs in cancer inflammation and immunity: a leading role for STAT3. Nat Rev Cancer 2009;9:798–809. [PubMed: 19851315]

Zhang B, Bowerman NA, Salama JK, Schmidt H, Spiotto MT, Schietinger A, Yu P, Fu YX, Weichselbaum RR, Rowley DA, et al. Induced sensitization of tumor stroma leads to eradication of established cancer by T cells. J Exp Med 2007;204:49–55. [PubMed: 17210731]

Zhang JY, Green CL, Tao S, Khavari PA. NF-kappaB RelA opposes epidermal proliferation driven by TNFR1 and JNK. Genes Dev 2004;18:17–22. [PubMed: 14724177]

Zheng L, Dai H, Zhou M, Li M, Singh P, Qiu J, Tsark W, Huang Q, Kernstine K, Zhang X, et al. Fen1 mutations result in autoimmunity, chronic inflammation and cancers. Nat Med 2007;13:812–819. [PubMed: 17589521]

Zitvogel L, Apetoh L, Ghiringhelli F, Kroemer G. Immunological aspects of cancer chemotherapy. Nat Rev Immunol 2008;8:59–73. [PubMed: 18097448]

Zong WX, Thompson CB. Necrotic death as a cell fate. Genes Dev 2006;20:1–15. [PubMed: 16391229]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**Figure 1.**
Types of inflammation in tumorigenesis and cancer.
Chronic inflammation associated with infections or autoimmune disease precedes tumor development and can contribute to it through induction of oncogenic mutations, genomic instability, early tumor promotion, and enhanced angiogenesis. Prolonged exposure to environmental irritants or obesity can also result in low-grade chronic inflammation that precedes tumor development and contributes to it through the mechanisms mentioned above. Tumor-associated inflammation goes hand in hand with tumor development. This inflammatory response can enhance neo-angiogenesis, promote tumor progression and metastatic spread, cause local immunosuppression, and further augment genomic instability. Cancer therapy can also trigger an inflammatory response by causing trauma, necrosis, and tissue injury that stimulate tumor re-emergence and resistance to therapy. However, in some cases, therapy-induced inflammation can enhance antigen presentation, leading to immune-mediated tumor eradication. Tumor promoting mechanisms are in red and anti-tumorigenic mechanisms are in green.

**Figure 2.**
The multifaceted role of inflammation in cancer
Inflammation acts at all stages of tumorigenesis. It may contribute to tumor initiation through mutations, genomic instability, and epigenetic modifications. Inflammation activates tissue repair responses, induces proliferation of premalignant cells, and enhances their survival. Inflammation also stimulates angiogenesis, causes localized immunosuppression, and promotes the formation of a hospitable microenvironment in which pre-malignant cells can survive, expand, and accumulate additional mutations and epigenetic changes. Eventually, inflammation also promotes metastatic spread. Mutated cells are marked with "X". Yellow - stromal cells, Brown - malignant cells, Red - blood vessels, Blue - immune and inflammatory

cells. Epithelial-mesenchymal transition, EMT; reactive oxygen species, ROS; reactive nitrogen intermediates (RNI)

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**Figure 3.**

Role of inflammation in tumor initiation and promotion

A) Tumor initiation. Reactive oxygen species (ROS) and reactive nitrogen intermediates (RNI) produced by inflammatory cells may cause mutations in neighboring epithelial cells. Also, cytokines produced by inflammatory cells can elevate intracellular ROS and RNI in pre-malignant cells. In addition, inflammation can result in epigenetic changes that favor tumor initiation. Tumor-associated inflammation contributes to further ROS, RNI and cytokine production.

B) Tumor promotion. Cytokines produced by tumor infiltrating immune cells activate key transcription factors, such as NF-κB or STAT3, in pre-malignant cells to control numerous pro-tumorigenic processes, including survival, proliferation, growth, angiogenesis, and invasion. As parts of positive feed-forward loops, NF-κB and STAT3 induce production of chemokines that attract additional immune/inflammatory cells to sustain tumor-associated inflammation.



**Figure 4.**
Immunosurveillance, tumor-promoting and therapy-induced inflammation.
A) Balance between immunosurveillance and tumor promoting inflammation in the tumor microenvironment. Tumor promoting cytokines act on immune and malignant cells to tilt the balance toward tumor promotion. Tumor promoting immunity dampens immunosurveillance, which otherwise inhibits tumor growth. B) Therapy-induced inflammation. Various forms of therapy induce death (necrosis) of malignant cells resulting in the release of necrotic products and damage-associated molecular patterns (DAMPs) that activate cytokine-producing inflammatory cells. These cytokines activate pro-survival genes in residual cancer cells, rendering them resistant to subsequent rounds of therapy. However, in some cases, therapy-induced inflammation augments the presentation of tumor antigens and stimulates an anti-tumor immune response that improves the therapeutic outcome.

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

**Table 1**

Roles of different subtypes of immune and inflammatory cells in anti-tumor immunity and tumor-promoting inflammation

| Cell types | Anti-tumor | Tumor-promoting |
|---|---|---|
| Macrophages, dendritic cells, myeloid-derived suppressor cells | Antigen presentation Production of cytokines (IL-12 and type I IFN) | Immunosuppression Production of cytokines, chemokines, proteases. growth factors, and angiogenic factors |
| Mast cells | | Production of cytokines |
| B cells | Production of tumor specific antibodies? | Production of cytokines Activation of mast cells Immunosuppression |
| CD8$^+$ T cells | Direct lysis of cancer cells Production of cytotoxic cytokines | Production of cytokines? |
| CD4$^+$ Th2 cells | | Education of macrophages Production of cytokines B cell activation |
| CD4$^+$ Th1 cells | Help to cytotoxic T lymphocytes (CTLs) in tumor rejection | Production of cytokines |
| | Production of cytokines (IFN$\gamma$) | |
| CD4$^+$ Th17 cells | Activation of CTLs | Production of cytokines |
| CD4$^+$ Treg cells | Suppression of inflammation (cytokines and other suppressive mechanisms) | Immunosuppression Production of cytokines |
| Natural Killer cells | Direct cytotoxicity toward cancer cells Production of cytotoxic cytokines | |
| Natural Killer T cells | Direct cytotoxicity toward cancer cells Production of cytotoxic cytokines | |
| Neutrophils | Direct cytotoxicity Regulation of CTL responses | Production of cytokines, proteases, and ROS |

*Cell*. Author manuscript; available in PMC 2011 March 19.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# Exhibit 103

NIH Public Access
**Author Manuscript**
*Free Radic Biol Med*. Author manuscript; available in PMC 2011 December 1.

Published in final edited form as:
*Free Radic Biol Med*. 2010 December 1; 49(11): 1603–1616. doi:10.1016/j.freeradbiomed.2010.09.006.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# Oxidative stress, inflammation, and cancer: How are they linked?

**Simone Reuter**, **Subash C. Gupta**, **Madan M. Chaturvedi**, and **Bharat B. Aggarwal**
Cytokine Research Laboratory, Department of Experimental Therapeutics, The University of Texas MD Anderson Cancer Center, Houston, Texas 77030, USA

## Abstract

Extensive research during last two decades has revealed the mechanism by which continued oxidative stress can lead to chronic inflammation, which in turn could mediate most chronic diseases including cancer, diabetes, cardiovascular, neurological and pulmonary diseases. Oxidative stress can activate a variety of transcription factors including NF-κB, AP-1, p53, HIF-1α, PPAR-γ, β-catenin/Wnt, and Nrf2. Activation of these transcription factors can lead to the expression of over 500 different genes, including those for growth factors, inflammatory cytokines, chemokines, cell cycle regulatory molecules, and anti-inflammatory molecules. How oxidative stress activates inflammatory pathways leading to transformation of a normal cell to tumor cell, tumor cell survival, proliferation, chemoresistance, radioresistance, invasion, angiogenesis and stem cell survival is the focus of this review. Overall, observations to date suggest that oxidative stress, chronic inflammation, and cancer are closely linked.

### Keywords

Oxidative stress; Inflammation; Cancer; Pro-oxidants; Anti-oxidants; NF-κB

## 1. Introduction

Oxidative stress is defined as an imbalance between production of free radicals and reactive metabolites, so-called oxidants or reactive oxygen species (ROS), and their elimination by protective mechanisms, referred to as antioxidants. This imbalance leads to damage of important biomolecules and cells, with potential impact on the whole organism [1]. ROS are products of a normal cellular metabolism and play vital roles in stimulation of signaling pathways in plant and animal cells in response to changes of intra- and extracellular environmental conditions [2]. Most ROS are generated in cells by the mitochondrial respiratory chain [3]. During endogenous metabolic reactions, aerobic cells produce ROS such as superoxide anion ($O_2^{\cdot-}$), hydrogen peroxide ($H_2O_2$), hydroxyl radical (OH•), and organic peroxides as normal products of the biological reduction of molecular oxygen [4]. The electron transfer to molecular oxygen occurs at the level of the respiratory chain, and

Address correspondence to: Bharat B. Aggarwal, Ph.D., Cytokine Research Laboratory, Department of Experimental Therapeutics (Unit 0143), The University of Texas MD Anderson Cancer Center, 1515 Holcombe Boulevard, Houston, Texas 77030, USA, aggarwal@mdanderson.org; Tel: +1 713-794-1817; Fax: +1-713-745-6339.

**Conflict of interest:** The authors declare that they have no conflict of interest.

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

the electron transport chains are located in membranes of the mitochondria [5,6]. Under hypoxic conditions, the mitochondrial respiratory chain also produces nitric oxide (NO), which can generate other reactive nitrogen species (RNS) [3]. RNS can further generate other reactive species, e.g., reactive aldehydes-malondialdehyde (MDA) and 4-hydroxynonenal (4-HNE), by inducing excessive lipid peroxidation [7]. Proteins and lipids are also significant targets for oxidative attack, and modification of these molecules can increase the risk of mutagenesis [8].

Under a sustained environmental stress, ROS are produced over a long time, and thus significant damage may occur to cell structure and functions and may induce somatic mutations and neoplastic transformation [9,10]. Indeed, cancer initiation and progression has been linked to oxidative stress by increasing DNA mutations or inducing DNA damage, genome instability, and cell proliferation [11].

The skin, for example, is chronically exposed to both endogenous and environmental pro-oxidants due to its interface function between the body and the environment, and to protect the skin against this overload of oxidant species, it needs a well-organized system of both chemical and enzymatic antioxidants [12]. The lungs, which are directly exposed to oxygen concentrations higher than in most other tissues, are protected against these oxidants by a variety of antioxidant mechanisms [13]. Furthermore, aging, which is considered as an impairment of body functions over time, caused by the accumulation of molecular damage in DNA, proteins and lipids, is also characterized by an increase in intracellular oxidative stress due to the progressive decrease of the intracellular ROS scavenging [14]. Acting to protect the organism against these harmful pro-oxidants is a complex system of enzymatic antioxidants [e.g., superoxide dismutase (SOD), glutathione peroxidase (GPx), glutathione reductase, catalase] and nonenzymatic antioxidants [e.g., glutathione (GSH), vitamins C and D] [15] (Figure 1).

ROS are involved in a wide spectrum of diseases, including chronic inflammation (Table 1), and in a wide variety of different cancers (Table 2).

Chronic inflammation is induced by biological, chemical, and physical factors and is in turn associated with an increased risk of several human cancers [54]. The link between inflammation and cancer has been suggested by epidemiological and experimental data [55,56] and confirmed by anti-inflammatory therapies that show efficacy in cancer prevention and treatment [57]. The fact that continuous irritation over long periods of time can lead to cancer had already been described in the traditional Ayurvedic (meaning, the science of long life) medical system, written as far back as 5000 years ago [58]. Whether this irritation is the same as what Rudolf Virchow referred to as inflammation in the nineteenth century is uncertain [59]. Virchow first noted that inflammatory cells are present within tumors and that tumors arise at sites of chronic inflammation [60]. This inflammation is now regarded as a "secret killer" for diseases such as cancer. For example, inflammatory bowel diseases such as Crohn's disease and ulcerative colitis are associated with increased risk of colon adenocarcinoma [61-63], and chronic pancreatitis is related to an increased rate of pancreatic cancer [64].

The exact mechanisms by which a wound-healing process turns into cancer are topics of intense research [57,65], and possible mechanisms include induction of genomic instability, alterations in epigenetic events and subsequent inappropriate gene expression, enhanced proliferation of initiated cells, resistance to apoptosis, aggressive tumor neo-vascularization, invasion through tumor-associated basement membrane, and metastasis [66]. How oxidative stress modulates these different stages of inflammation-induced carcinogenesis is the focus of this review.

NIH-PA Author Manuscript

## 2. Inflammatory network

The sources of inflammation are widespread and include microbial and viral infections, exposure to allergens, radiation and toxic chemicals, autoimmune and chronic diseases, obesity, consumption of alcohol, tobacco use, and a high-calorie diet [60,67]. In general, the longer the inflammation persists, the higher the risk of cancer. Two stages of inflammation exist, acute and chronic inflammation. Acute inflammation is an initial stage of inflammation (innate immunity), which is mediated through the activation of the immune system. This type of inflammation persists only for a short time and is usually beneficial for the host. If the inflammation lasts for a longer period of time, the second stage of inflammation, or chronic inflammation, sets in and may predispose the host to various chronic illnesses, including cancer [68]. During inflammation, mast cells and leukocytes are recruited to the site of damage, which leads to a 'respiratory burst' due to an increased uptake of oxygen, and thus, an increased release and accumulation of ROS at the site of damage [7,65].

On the other hand, inflammatory cells also produce soluble mediators, such as metabolites of arachidonic acid, cytokines and chemokines, which act by further recruiting inflammatory cells to the site of damage and producing more reactive species. These key mediators can activate signal transduction cascades as well as induce changes in transcription factors, such as nuclear factor kappa B (NF-κB), signal transducer and activator of transcription 3 (STAT3), hypoxia-inducible factor-1α (HIF1-α), activator protein-1 (AP-1), nuclear factor of activated T cells (NFAT) and NF-E2 related factor-2 (Nrf2), which mediate immediate cellular stress responses (Figure 2). Induction of cyclooxygenase-2 (COX-2), inducible nitric oxide synthase (iNOS), aberrant expression of inflammatory cytokines [tumor necrosis factor (TNF), interleukin-1 (IL-1), IL-6 and chemokines [IL-8; CXC chemokine receptor 4 (CXCR4)], as well as alterations in the expression of specific microRNAs, have also been reported to play a role in oxidative stress-induced inflammation [69]. This sustained inflammatory/oxidative environment leads to a vicious circle, which can damage healthy neighboring epithelial and stromal cells and over a long period of time may lead to carcinogenesis [70].

As an example, mutations in the rat sarcoma viral oncogene (RAS) induce an inflammatory response. RAS, which is mutated in approximately 25% of all malignancies [71], promotes cell proliferation, tumor growth, and angiogenesis of malignant cells. During inflammatory stimuli, Ras induces the expression of various inflammatory gene products, including the pro-inflammatory cytokines IL-1, IL-6 and IL-11 and the chemokine IL-8 [72].

## 3. Pro-oxidant network

Following an inflammatory stimulus, initiation of carcinogenesis mediated by ROS may be direct (oxidation, nitration, halogenation of nuclear DNA, RNA, and lipids), or mediated by the signaling pathways activated by ROS. With the help of the mitochondrial respiratory chain, aerobic organisms are able to attain a far greater energy production efficiency compared with anaerobic organisms. However, one disadvantage of aerobic respiration is continuous electron leakage to $O_2$ during mitochondrial ATP synthesis. In fact, 1–5% of total oxygen consumed in aerobic metabolism gives rise to the superoxide anion ($O_2^{-}$), an example of ROS. To protect against this free radical, the main enzyme for its degradation, the manganese-superoxide dismutase (Mn-SOD), dismutates it into $H_2O_2$ and water [73].

$H_2O_2$, another example of ROS, may be formed either by dismutation from superoxide anion or spontaneously in peroxisomes from molecular oxygen [74-76]. Despite its lesser reactivity compared with other ROS, $H_2O_2$ plays however an important role in carcinogenesis because it is capable of diffusing throughout the mitochondria and across cell

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

membranes and producing many types of cellular injury [74,75]. The main injurious effects of ROS in mammalian cells are however mediated by the hydroxyl radical ($\cdot$OH). It has a very unstable electron structure and is therefore unable to diffuse more than one or two molecular diameters before it reacts in practice with any cellular component [76,77]. The majority of $\cdot$OH in vivo is produced in the presence of reduced transition metals (ions of Fe, Cu, Co, or Ni), mainly via the Fenton reaction when $Fe^{2+}$ contacts $H_2O_2$. The $\cdot$OH-derived DNA damage includes the generation of 8-hydroxyguanosine (8-OHG), the hydrolysis product of which is 8-hydroxydeoxyguanosine (8-OHdG). 8-OHdG is the most widely used fingerprint of radical attack towards DNA [77,78]. 8-OHdG has been strongly implicated in carcinogenesis progression. For example, in breast carcinomas, 8-OHdG has been reported to be increased 8- to 17-fold in breast primary tumors compared with nonmalignant breast tissue [79-81].

$NO\cdot$, another free radical implicated in carcinogenesis, is a short-lived free radical generated from L-arginine [82], that is effective against pathogens. The major part of $NO\cdot$ is synthesized by iNOS, usually after challenge by immunological or inflammatory stimuli [82,83]. NO is synthesized from -arginine by the enzyme nitric oxide synthase (NOS). The constitutive (calcium-dependent) isoforms, neuronal NOS (nNOS or bNOS) and endothelial NOS (eNOS), produce small amounts of NO which act as a neurotransmittor and vasodilator, respectively [84]. The inducible (calcium-independent) isoform (iNOS) produces much larger amounts of NO and is only expressed during inflammation. Whereas iNOS can produce injurious amounts of RNS (check), eNOS and nNOS produce beneficial amounts under physiological conditions [85]. iNOS is induced by cytokines such as $\gamma$-interferon ($\gamma$-IFN), TNF-$\alpha$, IL-1, and lipopolysaccharide (LPS). LPS activation induces the translocatation of NF-$\kappa$B, from the cytoplasm to the nucleus, where it interacts with $\kappa$B elements in the *NOS2 (iNOS)* 5′ flanking region, triggering *NOS2* transcription [86].

Defective autophagy of old mitochondria (mitophagy) can also be a major source of ROS [87]. These ROS produced by damaged mitochondria, can promote tumor development, likely by perturbing the signal transduction adaptor function of p62-controlling pathways [88].

To control the balance between production and removal of ROS (Figure 3), a variety of DNA repair enzymes exist, although antioxidants are more specific and efficient in protecting cells from radicals. This antioxidant system includes both endogenous and exogenous and enzymatic and non-enzymatic antioxidants. Glutathione (GSH), is a tripeptide and the major endogenous antioxidant produced by the cells, which helps to protect cells from ROS such as free radicals and peroxides [89]. It is now well established that ROS and electrophilic chemicals can damage DNA, and that GSH can protect against this type of damage [90]. GSH can also directly detoxify carcinogens through phase II metabolism and subsequent export of these chemicals from the cell. On the other hand, elevated GSH levels are observed in various types of cancerous cells and solid tumors, and this tends to make these cells and tissues more resistant to chemotherapy [91-93].

SODs were the first characterized antioxidant enzymes [94]. Three different types of SOD are expressed in human cells, copper-zinc SOD (Cu-ZnSOD), Mn-SOD, and extracellular-SOD (EC-SOD), all of which are able to dismutate two $O_2\cdot^-$ anions to $H_2O_2$ and molecular oxygen. Catalase is then responsible for detoxification of $H_2O_2$ to water. GPx are another group of enzymes capable of reducing hydroperoxides, including lipid hydroperoxides, using GSH as substrate. The oxidized form of glutathione disulfide (GSSG) is again reduced by the specific enzyme glutathione reductase. Peroxiredoxins (Prx) were first described 20 years ago and as in catalase and GPx, the main function of peroxiredoxins is to reduce alkyl hydroperoxides and $H_2O_2$ to the corresponding alcohol or water.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Direct effects of ROS, generally attributed to high concentrations at the site of damage, include DNA strand breaks, point mutations, aberrant DNA cross-linking, and mutations in proto-oncogenes and tumor-suppressor genes, thus promoting neoplastic transformation [7,95]. For example, ROS can reduce the expression and enzymatic activity of the DNA mismatch repair genes mutS homologue 2 and 6 and can increase the expression of DNA methyltransferases, leading to a global hypermethylation of the genome [60]. This leads to promoter silencing of several genes, such as adenomatous polyposis coli (APC), cyclin-dependent kinase inhibitor-2 (CDKN-2), breast cancer susceptibility gene 1 (BRCA1), retinoblastoma protein (Rb), and murine double minute 2 (MDM2), and the DNA mismatch repair gene, human mutL homolog 1 (hMLH1) [96,97].

On the other hand, low or transient levels of ROS can activate cellular proliferation or survival signaling pathways, such as the NF-κB, AP1, extracellular signal-regulated kinase/mitogen-activated protein kinase (ERK/MAPK), and phosphoinositide 3- kinase/AKT8 virus oncogene cellular homolog (PI3K/Akt) pathways (Table 3).

For example, $H_2O_2$ is able to degrade IκBα, the inhibitory subunit of NF-κB [137]. Protein kinase C, which participates in a variety of pathways regulating transcription and cell cycle control, is also activated by $H_2O_2$ [137]. In addition, ROS induces both the activation and synthesis of AP-1, a regulator of cell growth, proliferation, and apoptosis [138,139] and transcription factors such as STAT3, HIF-1α, and p53 [118,140,141].

## 4a. Cellular transformation

Chronic inflammation has been linked to various steps involved in carcinogenesis, including cellular transformation, promotion, survival, proliferation, invasion, angiogenesis, and metastasis [65,142]. How oxidative stress is involved in these various steps is discussed in the following sections.

Cancer is a multistage process defined by at least three stages: initiation, promotion, and progression [143-145]. Oxidative stress interacts with all three stages of this process. During the initiation stage, ROS may produce DNA damage by introducing gene mutations and structural alterations of the DNA. In the promotion stage, ROS can contribute to abnormal gene expression, blockage of cell- to cell communication, and modification of second messenger systems, thus resulting in an increase of cell proliferation or a decrease in apoptosis of the initiated cell population. Finally, oxidative stress may also participate in the progression stage of the cancer process by adding further DNA alterations to the initiated cell population [146].

In recent years, considerable evidence has demonstrated that ROS are involved in the link between chronic inflammation and cancer [147-149]. Indeed, an important characteristic of tumor promoters is their ability to recruit inflammatory cells and to stimulate them to generate ROS [150,151]. Tumor promotion, for example, can be inhibited in animal models by the use of agents, including certain antioxidants as well as steroids and retinoids, that can inhibit the phagocyte respiratory burst [148,150]. Moreover, increased levels of oxidatively modified DNA bases (such as thymidine glycol, 5-hydroxymethyl-2′-deoxyuridine and 8-OHdG) have been induced in the skin of mice by topical phorbol 12-myristate 13- acetate (PMA) exposure [152]. 8-OHdG has also been identified in the epidermis of nude mice exposed to near-UV [153]. In addition, genetic damage and neoplastic transformation have been demonstrated in cells co-cultured in vitro with activated phagocytes [149] and the genotoxic effects observed include formation of DNA strand breaks [151], sister chromatid exchange [154] and mutations [155]. Furthermore, the DNA base modifications observed are characteristic of an attack by reactive oxygen species OH. [156]. Inflammatory cells may also increase DNA damage by activating procarcinogens to DNA-damaging species, for

example neutrophils can activate aromatic amines, aflatoxins, estrogens, phenols, and polycyclic aromatic hydrocarbons by ROS-dependent mechanisms [148,157]. On the other hand, both neutrophils and macrophages have themselves been shown to release large quantities of superoxide, hydrogen peroxide, and hydroxyl radical following activation of their redox metabolism [158].

In fact, initial experiments on the role of ROS in tumor initiation have assumed that oxidative stress acts as a DNA-damaging agent, effectively increasing the mutation rate within cells and thus promoting oncogenic transformation [159]. However, more recent studies have revealed that in addition to inducing genomic instability, ROS can specifically activate certain signaling pathways and thus contribute to tumor development through the regulation of cellular proliferation, angiogenesis, and metastasis [160]. For example, nitrosative stress has been shown to play a critical role in inflammation-associated carcinogenesis by activating AP-1, a representative redox-sensitive transcription factor [161], which is involved in cell transformation and proliferation [139,162].

## 4b. Tumor cell survival

One of the key characteristics of tumor cells is their increased ability to survive compared with normal cells. ROS are reported to be tumorigenic by virtue of their ability to increase cell proliferation, survival, and cellular migration. ROS can induce DNA damage, leading to genetic lesions that initiate tumorigenicity and subsequent tumor progression. On the other hand, ROS can also induce cellular senescence and cell death and can therefore function as anti-tumorigenic agents. Whether ROS promote tumor cell survival or act as anti-tumorigenic agents depends on the cell and tissues, the location of ROS production, and the concentration of individual ROS.

ROS has been reported to play a major role in tumor initiation and survival induced by a variety of agents both in animal models and humans [158,163,164] by mediating cellular signal transduction pathways. These signaling pathways are involved in the transmission of inter or intracellular information and are critical for supporting tumor cell survival and establishing cell fate. The reduced nicotinamide adenine dinucleotide phosphate (NADPH) oxidase (Nox) family of enzymes, one of the potential sources of ROS production, has been reported to promote tumor cell survival and growth [165]. For example, Nox4 and Nox5 promote tumor cell survival in pancreatic and lung cancers, respectively [165]. The serine-threonine kinase Akt has been reported to down-regulate antioxidant defenses and promote tumor cell survival [166]. ROS has also been reported to activate Akt by inhibiting phosphatase and tensin homolog deleted from chromosome 10 (PTEN), the phosphatase counteracting PI3K-dependent Akt activation [167]. Akt may foster tumorigenesis by multiple means [168,169], for example, by stabilizing cellular avian myeloblastosis virus oncogene (c-Myc) and cyclin D1 or by inducing degradation of the cyclin-dependent kinase (Cdk) inhibitor, p27 kinase inhibitor protein (p27Kip1). Akt is also a profound inhibitor of apoptosis due to its ability to inactivate pro-apoptotic molecules, including caspase-9 and the Bcl-2 homology3 (BH3)-only protein Bcl-XL/Bcl-2-associated death promoter (Bad), and by triggering the activity of the transcription factor NF-κB. In addition, Akt promotes nuclear translocation of the ubiquitin ligase MDM2, which counteracts p53-mediated apoptosis. An important aspect of Akt's promotion of cell survival involves alterations in cellular energy metabolism [168,169]. Thus, by preventing apoptosis and increasing oxidative metabolism, Akt lies at the hub of complex signaling networks that integrate a multitude of potentially oncogenic signals.

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

## 4c. Tumor cell proliferation

Uncontrolled tumor cell proliferation requires the upregulation of multiple intracellular signaling pathways including cascades involved in survival, proliferation, and cell cycle progression. The most significant effects of oxidants on signaling pathways have been observed in the mitogen-activated protein (MAP) kinase/AP-1 and NF-κB pathways [170]. The induction of redox-sensitive pathways during tumor cell proliferation is necessary since cell division presents tremendous energy requirements and the production of metabolites from energy-generating reactions must be buffered to prevent oxidative damage and ultimately cell death [171].

Of the MAP kinase family, which modulates gene expression through phosphorylation of a wide array of transcription factors, the ERK pathway is the most commonly linked with the regulation of cell proliferation. Activation of the ERK, c-Jun N-terminal kinase (JNK), and p38 subfamilies has been observed in response to changes in the cellular redox balance [172]. The induction of AP-1 by $H_2O_2$, cytokines, and other stressors, for example, is mediated mainly by JNK and p38 MAP kinase cascades [173]. Once activated, JNK proteins translocate to the nucleus and phosphorylate c-Jun and activating transcription factor-2 (ATF-2), enhancing transcriptional activities [174,175]. $H_2O_2$ can activate MAP kinases and thereby AP-1 in several manners.

Redox status has also been shown to have an impact on NF-κB regulation. NF-κB regulates several genes involved in cell transformation, proliferation, and angiogenesis [176]. Carcinogens and tumor promoters including UV radiation, phorbol esters, asbestos, alcohol, and benzo(a)pyrene are among the external stimuli that activate NF-κB [177,178]. Expression of NF-κB has been shown to promote cell proliferation, whereas inhibition of NF-κB activation blocks cell proliferation [179]. Additionally, tumor cells from blood neoplasms, and cell lines from different cancers, including colon, breast, pancreas, and squamous cell carcinoma, have all been reported to constitutively express activated NF-κB [180]. The mechanism for activation of NF-κB by ROS is not clear, and the relationship between NF-κB and ROS is complex [123]. Although mild oxidative stress can lead to modest NF-κB activation, extensive oxidative stress can inhibit NF-κB [123]. Furthermore, NF-κB can protect cells from oxidative stress through induction of the ferritin heavy chain and SOD2 genes, which are both regulated by NF-κB [181,182]. On the other hand, ROS are believed to be implicated as second messengers involved in activation of NF-κB via TNF and IL-1 [183] and indeed, suppression of TNF and IL-1 were shown to downregulate the expression of active NF-κB and inhibit proliferation of lymphoma and myelogenous leukemia cells [184]. The importance of ROS on NF-κB activation is further supported by studies demonstrating that activation of NF-κB by nearly all stimuli can be blocked by antioxidants, such as L-cysteine, N-acetylcysteine (NAC), thiols, green tea polyphenols, and vitamin E [185,186], although this might be not very specific because antioxidants have multiple targets [187]. Likewise, NF-κB activity was increased in cells that overexpressed SOD and decreased in cells overexpressing catalase [188].

Kinases, such as protein kinase C (PKC) can also be activated by $H_2O_2$ and redox cycling quinones [189,190]. Similarly, $H_2O_2$ leads to the activation of protein kinase B/Akt (PKB/Akt), which is associated with heat shock protein 27 (Hsp27) [191].

That ROS such as $H_2O_2$ and superoxide anion induce mitogenesis and cell proliferation has now been demonstrated in several mammalian cell types [192]; and a reduction in cellular oxidants via supplementation with antioxidants such as superoxide dismutase, catalase, β-carotene, and flavonoids inhibits cell proliferation in vitro [193]. However, paradoxically high concentrations of ROS can trigger apoptotic or necrotic cell death [194-196].

NIH-PA Author Manuscript

### 4d. Tumor cell invasion

Oxygen radicals may augment tumor invasion and metastasis by increasing the rates of cell migration. During transformation into invasive carcinoma, epithelial cells undergo profound alterations in morphology and adhesive mode, resulting in a loss of normal epithelial polarization and differentiation, and a switch to a more motile, invasive phenotype. For example, treatment of mammalian carcinoma cells with hydrogen peroxide prior to intravenous injection into mice enhances lung metastasis formation, indicating that an important function for ROS is the seeding of metastatic tumor cells [197]. This might be due to a decreased attachment of tumor cells to the basal lamina, or alternatively be due to the increased activity or expression of proteins that regulate cellular motility. For instance, oxidative stress regulates the expression of intercellular adhesion protein-1 (ICAM-1), a cell surface protein in endothelial and epithelial cells, most likely due to the activation of NF-κB. ICAM-1 together with IL-8 regulates the transendothelial migration of neutrophils and has a potential function in tumor metastasis [198].

On the other hand, it is believed that the matrix metalloproteinases (MMPs) play the central role, and their increased expression reportedly is associated with the invasion and metastasis of malignant tumors of different histogenetic origins [199]. For example, Mori et al. found that MMP-13, MMP-3, and MMP-10 were remarkably upregulated by the oxidant directly, and their activities were critically implicated in the invasive potential induced in NMuMG cells in the reconstituted model [200]. Another subgroup of MMPs, gelatinases (MMP-2 and -9), which are key enzymes for degrading type IV collagen and are thought to play a critical role in tumor invasion and metastasis [199], were also found to be activated post-transcriptionally by prolonged oxidative treatment. These effector molecules activated under prolonged oxidative stress relate chronic inflammation to malignant transformation, in particular to the invasive potential of cells, at least at a molecular level.

MMPs are capable of cleaving most components of the basement membrane and extracellular matrix [201]. The activation of MMPs, such as MMP-2, probably occurs by the reaction of ROS with thiol groups in the protease catalytic domain [202]. In additional to their role as key regulators of MMP activation, ROS have been implicated in MMP gene expression [203]. Both hydrogen peroxide and nitric oxide donors, as well as the increased expression of iNOS, stimulate the expression of several MMPs (MMP-1, MMP-3, MMP-9, MMP-10, MMP-13) [203]. In fibroblastic cells, the sustained production of $H_2O_2$ recently was shown to activate MMP-2 and to increase cell invasion [204]. Oxidative stress may also modulate MMP expression by activation of the rat sarcoma viral oncogene (RAS), or direct activation of the MAPK family members extracellular-signal regulated kinase 1/2 (ERK1/2), p38, and JNK, or inactivation of phosphatases that regulate these proteins [160].

In addition, several studies have reported the involvement of chemokines and chemokine receptors in the invasion and metastasis of different types of tumors [205-208]. The metastatic potential of chemokines is attributed to their ability to induce the expression of MMPs, which facilitate tumor invasion [208,209]. Moreover, silencing of endogenous CXCR4 gene expression by CXCR4-shRNA inhibited the proliferation, adhesion, chemotaxis and invasion of mucoepidermoid carcinoma cells [210]. In addition, recent data point to a role for the small guanosine triphosphatase Rac1 (GTPase Rac1) in motility and invasion of tumor cells in vitro by altering cell-cell and cell-matrix adhesion. For example, Rac1 activity induces ROS production in endothelial cells. These ROS can mediate Rac1-induced loss of cell-cell adhesion in primary human endothelial cells and thus might loosen the integrity of the endothelium [211].

It is becoming clear that a number of steps in the metastatic cascade, such as invasion, intravasation and extravasation are regulated by redox signaling [212]. One such redox

NIH-PA Author Manuscript            NIH-PA Author Manuscript            NIH-PA Author Manuscript

signalling molecule is the electrophilic cyclopentenone prostaglandin 15d-PGJ2 (15-deoxy-12,14 -prostaglandin J2), an inflammatory molecule [213], that can affect redox signalling through the post-translational modification of critical cysteine residues in proteins, such as actin, vimentin and tubulin [214,215]. The fact that 15d-PGJ2 can alter the cytoskeleton [212], may coincides with decreased migration and increased focal-adhesion disassembly, that might have important implications in the inhibition of metastatic processes such as invasion, intravasation and extravasation. These results suggest a role for redox signalling pathways, rather than direct cytoskeletal disruption, in the mechanism of 15d-PGJ2 in cancer cells.

Finally, Cheng et al demonstrated that ROS enhance the transendothelial migration (TEM) of melanoma cells during intravasation, and that this mechanism could potentially be triggered by ultraviolet radiation through the increased expression of thioredoxin interacting protein (Txnip) and inhibition of thioredoxin (Trx) [216].

## 4e. Tumor cell angiogenesis

Solid tumors induce an angiogenic response by the host blood vessels to form a new vascular network for the supply of nutrients and oxygen [217]. This neovascular response is partly responsible for tumor growth and metastatic spread [218,219]. Angiogenesis in tumors is controlled by the so-called 'angiogenic switch,' which allows the transition from low invasive and poorly vascularized tumors to highly invasive and angiogenic tumors. To further increase in size, tumor cells express a set of molecules that initiate tumor vascularization.

A number of cellular stress factors, including hypoxia, nutrient deprivation, and ROS, are important stimuli of angiogenic signaling [220]. In addition, overexpression of Ras has been linked to vascularization of tumors [221]. Indeed, transformation by Ras stabilizes HIF-1α and upregulates the transcription of vascular endothelial growth factor-A (VEGF-A). Moreover, chemical antioxidants inhibit the mitogenic activity of Ras, indicating that ROS participate directly in malignant transformation. Finally, ROS stabilize HIF-1α protein and induce production of angiogenic factors by tumor cells [222].

The HIF system plays a significant role in angiogenesis, and the molecular mechanisms of its regulation have recently been characterized. In addition, HIF-independent mechanisms that involve a number of other molecules and transcription factors such as NF-κB and p53 have been described. p53 may interact with the HIF system but may also have direct effects on angiogenesis regulators or interfere with translation mechanisms of angiogenesis factors

One other major factor in angiogenesis is vascular endothelial growth factor (VEGF), which is produced by the cells to stimulate the growth of new blood vessels. VEGF induces angiogenesis by stimulating endothelial cell proliferation and migration primarily through the receptor tyrosine kinase VEGF receptor2, fetal liver kinase 1/ kinase insert domain receptor (Flk1/KDR). VEGF binding initiates tyrosine phosphorylation of KDR, which results in activation of downstream signaling enzymes including ERK1/2, Akt and endothelial nitric oxide synthase (eNOS), which contribute to angiogenic-related responses in endothelial cells [134]. A number of oncogenes and tumor-suppressor genes that are normally associated with cell transformation [(RAS, c-Myc, murine sarcoma 3611 oncogene (RAF), human epidermal growth factor receptor-2 (HER-2/neu), c-Jun, and steroid receptor coactivator (SRC)] regulate angiogenesis through upregulation of VEGF or downregulation of thrombospondin-1 (TSP-1), an angiogenesis suppressor [223,224]. Furthermore, mutated p53 upregulates VEGF and in contrast, wild-type p53 decreases VEGF production and increases TSP-1 [225]. Angiogenic factors such as VEGF, fibroblast growth factor (FGF) and platelet-derived growth factor (PDGF) are released into the tumor microenvironment by

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

tumor or inflammatory cells in response to various stimuli, such as ROS [226]. The released growth factors activate endothelial cells that give rise to new blood vessels [227,228].

Monte et al. have demonstrated that lymphocyte-induced angiogenesis is triggered by ROS stimulation, and that this response can be blocked by the administration of a free radical scavenger to tumor bearing mice [229] [230]. In addition, the administration of $H_2O_2$ or an oxidative stress-producing drug (doxorubicin) to normal mice activated in vivo angiogenesis [229].

Due to reduced physiological tissue oxygen tension (hypoxia), which occurs during tumor initiation, tumors often become hypoxic. Under hypoxic conditions, cells activate signaling pathways, which regulate proliferation, angiogenesis, and death. Cancer cells have adapted to these pathways, effectively allowing tumors to survive and even grow under adverse hypoxic conditions [160]. This adaptation of tumor cells to hypoxia contributes to the malignant phenotype and to aggressive tumor progression [231], and low oxygen tension in tumors is associated with increased metastasis and poor survival of patients with several forms of squamous tumor [232,233]. HIF-1α responds to these changes by specifically decreasing the oxygen (or hypoxia) level, and upregulating several genes to promote survival in low-oxygen conditions and thus promoting angiogenesis.

In conclusion, although previous sections indicate that all different sub-stages of tumor development are affected by ROS and inflammation, early stages of cancer development (e.g. cellular transformation), involving DNA damage, are however most affected by ROS generated inflammation. For example, colitis may develop into colon cancer after inflammatory infiltration, increased production of ROS, impairment of antioxidant defenses, DNA damage, and genetic and epigenetic alterations, resulting in the transformation of epithelial cells [234]. Or, bronchitis, which can lead to lung cancer, clearly links pro-oxidants, generated by cigarette smoke, to inflammation of the bronchus, and eventually transformation of lung cells into lung cancer [235]. Similarly pancreatitis and esophagitis, both induced by tobacco and alcohol, may transform normal tissue into pancreatic or esophageal cancer if the antioxidant system is not sufficiently effective [236,237].

## 4f. Chemoresistance

Despite many decades of research, the mechanisms underlying chemoresistance are still poorly understood. There is growing evidence that the inflammatory tumor microenvironment modulates not only cancer development but also cancer responsiveness and resistance to conventional anticancer therapies [238]. Experimental studies have led to the identification of various cancer cell-intrinsic resistance mechanisms, e.g., activation and/ or overexpression of drug transporter proteins (e.g., P-glycoprotein), altered expression of detoxifying enzymes (e.g., glutathione S-transferase) or resistance to apoptosis/senescence pathways [239-242].

For example, an inflammatory response induces changes in expression and activity of multidrug-resistance (MDR)-associated protein transporters, greatly affecting drug responses [243,244]. It has been shown that acute inflammation suppresses the drug transporter P-glycoprotein (PGP) in the liver, whereas it activates PGP in kidneys, resulting in changes in the pharmacokinetics of the PGP substrate doxorubicin [245]. Likewise, expression of multidrug resistance-associated protein 1 (MRP1) is elevated in inflamed intestine of patients with Crohn's disease or ulcerative colitis [246]. Thus, enhanced states of inflammation influence proteins that are strongly linked with drug resistance.

In addition to the effects caused by inflammation, several chemotherapeutic agents have also been shown to activate the transcription factor NF-κB in human lung and cervical cancers

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript

and in T cells [247-249]. These agents are paclitaxel, vinblastine, vincristine, doxorubicin, daunomycin, 5-fluorouracil, cisplatin, and tamoxifen. Activation of NF-κB by these agents has been linked in turn with chemoresistance through serine phosphorylation of inhibitor of κBα (IκBα) [250,251]. Various in vitro studies have supported a link between NF-κB activation, cytokine production and chemoresistance. One pathway via which NF-κB can be activated is the Toll-like receptor (TLR) pathway. TLRs generally signal via the adapter protein myeloid differentiation primary response gene 88 (MyD88) leading to activation of NF-κB and production of pro-inflammatory cytokines. Activation of TLR signaling in ovarian cancer cell lines by exogenously added LPS resulted in an activated NF-κB pathway, which promoted secretion of proinflammatory cytokines and subsequently conferred resistance to paclitaxel [252,253]. Also, TNF receptor signaling promotes NF-κB activation and has been linked with chemoresistance. For example, exposure of breast cancer cells to exogenously added TNFα results in selection for breast cancer cells that overexpress NF-κB, leading to increased cancer cell survival and resistance to ionizing radiation [254]. At the same time, cytokines produced by stromal cells in the tumor microenvironment (e.g., IL-1 or TNFα) could potentially activate the NF-κB pathway in cancer cells and thus contribute to chemoresistance. These data call for functional in vivo studies to elucidate the involvement of the inflammatory tumor microenvironment in NF-κB-dependent chemoresistance.

Another mechanism that might be involved in chemoresistance is increased levels of GSH in cancer cells [92]. In particular, the overexpression of glutathione S-transferases (GST), the enzymes that catalyse the conjugation of reduced glutathione to electrophilic [255], as well as efflux pumps, may reduce the reactivity of various anticancer drugs [256]. The increase of the GST levels occurs by transcriptional activation mediated by the nuclear factor-erythroid 2 p45-related factor 2 (Nrf2) [257]. Indeed, using genetic manipulation, Lau et al. have demonstrated a strong positive correlation between Nrf2 levels and resistance of three cancer cell lines to chemotherapeutic drugs such as cisplatin, doxorubicin, and etoposide [258]. Chemical activation of Nrf2 by pretreatment with tertiary-butylhydroquinone (tBHQ) also increased survival of neuroblastoma cells in response to the three drugs tested [259]. Consistent with these findings, the role of Nrf2 in determining efficacy of cisplatin was also demonstrated in ovarian cancer cells using siRNA knockdown of Nrf2 [260]. Moreover, many kelch-like ECH-associated protein 1 (Keap1) mutations or loss of heterozygosity in the Keap1 locus have been identified in lung cancer cell lines or cancer tissues [261,262]. Keap1 mutations or loss of heterozygosity resulted in inactivation of Keap1 or a reduced expression of Keap1, which upregulated the protein level of Nrf2 and transactivation of its downstream genes [261,262]. Similar to Nrf2, the protective effect of heme oxygenase-1 (HMOX-1, or HO-1) in normal cells may protect from oxidative stress-related diseases. However, such an effect is undesirable in cancer because it provides a selective advantage for cancer cells to survive. Consistent with this notion, HMOX-1 has been found to be overexpressed in various tumor types. It is believed that overexpression of HMOX-1 facilitates cancer cell growth and survival in many ways, such as stimulating rapid growth of cancer cells, enhancing cancer cell resistance to stress and apoptosis, promoting angiogenesis of tumors, and aiding in metastasis of tumors [263]. In addition to HMOX-1, other Nrf2-downstream genes such as Prx1, GPx, and thioredoxin reductase (TrxR) were also upregulated in many cancer cells or tissues and may contribute to chemoresistance [264-266]. In ovarian cancer, constitutive activation of ERK activity has been associated with high tumorigenicity and chemoresistance [267,268]. In addition, functional analyses employing knockdown of MKP3, a member of the subfamily of protein tyrosine phosphatases known as dual-specificity phosphatases (MKPs) [269,270], and ectopic overexpression revealed the role of MKP3 in negatively regulating ERK1/2 activity and inhibiting tumorigenicity and chemoresistance in vitro and in vivo. MKP3 is capable of

dephosphorylating ERK1/2 by protein-protein interactions via mitogen-activated protein kinase interaction motif within the N-terminal ERK1/2-binding domain [271].

## 4g. Radioresistance

Acquired tumor radioresistance can be induced during radiotherapy owing to tumor repopulation [272]. Although tumor radioresistance stands as a fundamental barrier limiting the effectiveness of radiation therapy, the exact molecular mechanisms underlying the radioadaptive response are largely unknown (Figure 4). Olivieri et al. [273] first described an adaptive response of human lymphocytes to ionizing radiation. Since then, a substantial number of reports have made a strong case for the existence of cellular radioprotective mechanisms that can be activated in response to a small dose of ionizing radiation. It is assumed that a specific pro-survival signaling network is induced in irradiated mammalian cells.

The elevated basal NF-κB activity in certain cancers has been linked with tumor resistance to chemotherapy and radiation [274]. NF-κB in adaptive radioresistance is evidenced in mouse epidermal cells [275] and human keratinocytes, and inhibition of NF-κB blocks the adaptive radioresistance [275]. Human breast cancer cells treated with fractional γ-irradiation show an enhanced clonogenic survival and NF-κB activation [276,277]. Blocking NF-κB inhibited the adaptive radioresistance. These results provide the first evidence that activation of NF-κB is required for signaling the radio-adaptive resistance by exposure to radiation. Together with the assumption that NF-κB is able to regulate more than 150 effector genes, these results suggest that NF-κB plays a key role in tumor radioadaptive resistance under fractional ionizing radiation. Furthermore, in a study [278] that immunocytochemically examined the levels of activated NF-κB protein in pretreatment cancer specimens and in resected specimens of patients with chemoradiotherapy resistance, the cancers expressed higher levels of cytoplasmic NF-κB than did the adjacent nonmalignant mucosa. Furthermore, Sandur et al. suggest that transient inducible NF-κB activation provides a prosurvival response to radiation that may account for the development of radioresistance [279].

On the other hand, hypoxia is a principal signature of the tumor microenvironment and is considered to be the most important cause of clinical radioresistance and local treatment failure. The response of cells to ionizing radiation is strongly dependent upon oxygen, which is traditionally explained by the "oxygen fixation hypothesis" [280]. Oxygen is so far the best radiosensitizer. De Ridder et al. demonstrated that iNOS, activated by pro-inflammatory cytokines, can radiosensitize tumor cells through endogenous production of NO [280]. They further observed that this radiosensitizing effect is transcriptionally controlled by hypoxia and by NF-κB. Consistently, NF-κB inhibition has been used as an approach to radiosensitize tumor cells, aiming at stimulating apoptosis and inhibiting DNA repair. Moreover, the inflammatory mediators TNFα and NO have been repeatedly used as targets to radiosensitize tumor cells [281-285].

## 4h. Stem cell survival

Cancer stem cells (CSCs) are cancer cells that have the ability to generate tumors through the processes of self-renewal and differentiation into multiple cells. Such cells persist in tumors as a distinct population and cause relapse and metastasis by giving rise to new tumors. The existence of CSCs may have several implications in cancer treatment, including disease identification, selection of drug targets, prevention of metastasis, and development of new intervention strategies.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

The first conclusive evidence for CSCs was published in 1997 [286], and to date CSCs have been isolated from both leukemias and a variety of solid tumors, including breast, brain, pancreatic, prostrate, ovary, and colon cancers [287-293]. The pathways that regulate self-renewal of CSCs include wint (Wnt), Notch, Hedgehog, and tumor-suppressor genes such as PTEN and TP53 (tumor protein 53) [294]. Although redox balance plays an important role in the maintenance of stem cell self-renewal and in differentiation, redox status in CSCs has yet to be explored. However, given the similarity between normal stem cells and CSCs and the fact that redox status plays an important role in cancer cell development, it is tempting to speculate that redox status may have a role in CSC survival. A recent study by Diehn et al. demonstrated that, similar to normal stem cells, subsets of CSCs in human and murine breast tumors have lower ROS levels than do the corresponding non-tumorigenic cells [295]. The group further showed that lower levels of ROS were associated with increased free radical scavenging systems and that pharmacologic depletion of these scavengers significantly decreased clonogenicity and resulted in radiosensitization of CSCs. Additionally, two studies showed that CD133+ CSCs conferred chemoresistance to cisplatin and doxorubicin (known ROS generators) in ovarian cancer cells [296] and hepatocellular carcinoma [297], respectively. These studies further indicate that redox status may be important in maintaining CSC survival.

## 4i. Stromal cell signaling

Cancer progression must involve both genetic and behavioral changes in cancer cells, and these changes are in part driven by the cancer-associated stromal cells and tumor microenvironment [298,299]. The stromal component of the normal prostate epithelium, for example, consists of smooth muscle, fibroblasts, vascular endothelial cells, nerve cells, inflammatory cells, insoluble matrix, and soluble factors [300]. Studies by De Marzo et al. highlight the role of inflammation in prostate cancer, suggesting that atrophic lesions are an early event in prostate carcinogenesis [301]. The macrophages in the tumor microenvironment produce ROS and RNS. The resulting increases in superoxide ($O_2^{\cdot-}$), hydrogen peroxide ($H_2O_2$), hydroxyl radical, and free iron damage DNA, causing genetic mutations and initiating cancer progression. Tissue and cell recombination studies demonstrate the important regulatory role of fibromuscular stroma and stromal fibroblasts in prostate development and prostate carcinogenesis [300]. Cancer cells and stromal cells interact through physical contact or through soluble factors or insoluble extracellular matrix (ECM) factors. These stromal fibroblasts, which interact with cancer cells, have increased levels of brain-derived neurotropic factor, chemokines, CC chemokine ligand 5 (CCL5) and CXC chemokine lix 5 (CXCL5), versican, tenascin, connective tissue growth factor, stromal cell derived factor-1/ CXC chemokine ligand 12 (SDF-1/CXCL12), and HIF-1α [302]. Other studies have demonstrated the role of stromal soluble factors interacting with receptors on prostate cancer cells. The stromal factors include VEGF, bFGF, hepatocyte growth factor/ scatter factor (HGF/SF), transforming growth factor-β (TGF-β), insulin like growth factor-1 (IGF-1), IL-6, and keratinocyte growth factor (KGF) [303].

Several studies have found that tumors promote a constant influx of myelomonocytic cells that express inflammatory mediators supporting pro-tumoral functions. Myelomonocytic cells are key orchestrators of cancer-related inflammation associated with proliferation and survival of malignant cells, subversion of adaptive immune response, angiogenesis, stroma remodeling, and metastasis formation [304].

Tumor-derived factors, which cause sustained myelopoiesis, accumulation, and functional differentiation of myelomonocytic cells, provide an essential support for the angiogenesis and the stroma remodeling required for tumor growth [305,306]. In addition, it has long been known that tumor growth is promoted by tumor-associated macrophages (TAM), a major leukocyte population present in tumors [65,307-310]. Accordingly, in many but not

all human tumors, a high frequency of infiltrating TAM is associated with poor prognosis. A model by which macrophages promote tumor invasion and metastasis includes expression of their proteolytic activity and subsequent breakdown of the basement membrane around the preinvasive tumors, thereby enhancing the ability of tumor cells to escape into the surrounding stroma [311]. In lung cancer, for example, TAM may favor tumor progression by contributing to stroma formation and angiogenesis through their release of platelet-derived growth factor, in conjunction with TGF-$\beta$ production by cancer cells [310]. TAM produce several MMPs, such as MMP-2 and MMP-9, that degrade proteins in the extracellular matrix and also produce activators of MMPs, such as chemokines.

## 5. Conclusion

This review clearly implicates the role of ROS in different phases of tumorigenesis. Therefore, targeting redox-sensitive pathways and transcription factors offers great promise for cancer prevention and therapy. Numerous agents have been identified that can interfere with redox cell signaling pathways [9,312,313]. These include neutraceuticals derived from fruits, vegetables, spices, grains, and cereals. They have been shown to suppress tumorigenesis in preclinical models. Whether these agents can inhibit tumor growth in patients remains to be elucidated.

## Acknowledgments

We thank Michael Worley for carefully editing the manuscript. Dr. Aggarwal is the Ransom Horne, Jr., Professor of Cancer Research. This work was supported by a grant from the Clayton Foundation for Research (B.B.A.), a core grant from the National Institutes of Health (CA-16672), a program project grant from National Institutes of Health (NIH CA-124787-01A2), and a grant from the Center for Targeted Therapy of MD Anderson Cancer Center. Simone Reuter was supported by a grant from the Fonds National de la Recherche Luxembourg (PDR-08-017).

## References

1. Durackova Z. Some current insights into oxidative stress. Physiol Res. 2009

2. Jabs T. Reactive oxygen intermediates as mediators of programmed cell death in plants and animals. Biochem Pharmacol 1999;57:231–245. [PubMed: 9890550]

3. Poyton RO, Ball KA, Castello PR. Mitochondrial generation of free radicals and hypoxic signaling. Trends Endocrinol Metab 2009;20:332–340. [PubMed: 19733481]

4. Fridovich I. The biology of oxygen radicals. Science 1978;201:875–880. [PubMed: 210504]

5. Goossens V, De Vos K, Vercammen D, Steemans M, Vancompernolle K, Fiers W, Vandenabeele P, Grooten J. Redox regulation of TNF signaling. Biofactors 1999;10:145–156. [PubMed: 10609876]

6. Goossens V, Grooten J, De Vos K, Fiers W. Direct evidence for tumor necrosis factor-induced mitochondrial reactive oxygen intermediates and their involvement in cytotoxicity. Proc Natl Acad Sci U S A 1995;92:8115–8119. [PubMed: 7667254]

7. Hussain SP, Hofseth LJ, Harris CC. Radical causes of cancer. Nat Rev Cancer 2003;3:276–285. [PubMed: 12671666]

8. Schraufstatter I, Hyslop PA, Jackson JH, Cochrane CG. Oxidant-induced DNA damage of target cells. J Clin Invest 1988;82:1040–1050. [PubMed: 2843565]

9. Fang J, Seki T, Maeda H. Therapeutic strategies by modulating oxygen stress in cancer and inflammation. Adv Drug Deliv Rev 2009;61:290–302. [PubMed: 19249331]

10. Khandrika L, Kumar B, Koul S, Maroni P, Koul HK. Oxidative stress in prostate cancer. Cancer Lett 2009;282:125–136. [PubMed: 19185987]

11. Visconti R, Grieco D. New insights on oxidative stress in cancer. Curr Opin Drug Discov Devel 2009;12:240–245.

12. Briganti S, Picardo M. Antioxidant activity, lipid peroxidation and skin diseases. What's new. J Eur Acad Dermatol Venereol 2003;17:663–669. [PubMed: 14761133]

NIH-PA Author Manuscript     NIH-PA Author Manuscript     NIH-PA Author Manuscript

13. Kinnula VL, Crapo JD. Superoxide dismutases in the lung and human lung diseases. Am J Respir Crit Care Med 2003;167:1600–1619. [PubMed: 12796054]

14. Minelli A, Bellezza I, Conte C, Culig Z. Oxidative stress-related aging: A role for prostate cancer? Biochim Biophys Acta 2009;1795

15. Sies H. Oxidative stress: from basic research to clinical application. Am J Med 1991;91:31S–38S. [PubMed: 1928209]

16. Wilson JN, Pierce JD, Clancy RL. Reactive oxygen species in acute respiratory distress syndrome. Heart Lung 2001;30:370–375. [PubMed: 11604979]

17. Dugan LL, Quick KL. Reactive oxygen species and aging: evolving questions. Sci Aging Knowledge Environ 2005;2005:pe20. [PubMed: 15994214]

18. Hensley K, Butterfield DA, Hall N, Cole P, Subramaniam R, Mark R, Mattson MP, Markesbery WR, Harris ME, Aksenov M, et al. Reactive oxygen species as causal agents in the neurotoxicity of the Alzheimer's disease-associated amyloid beta peptide. Ann N Y Acad Sci 1996;786:120–134. [PubMed: 8687014]

19. Multhaup G, Ruppert T, Schlicksupp A, Hesse L, Beher D, Masters CL, Beyreuther K. Reactive oxygen species and Alzheimer's disease. Biochem Pharmacol 1997;54:533–539. [PubMed: 9337068]

20. Halliwell B. Free radicals, reactive oxygen species and human disease: a critical evaluation with special reference to atherosclerosis. Br J Exp Pathol 1989;70:737–757. [PubMed: 2557883]

21. Lau AT, Wang Y, Chiu JF. Reactive oxygen species: current knowledge and applications in cancer research and therapeutic. J Cell Biochem 2008;104:657–667. [PubMed: 18172854]

22. Renschler MF. The emerging role of reactive oxygen species in cancer therapy. Eur J Cancer 2004;40:1934–1940. [PubMed: 15315800]

23. Weinberg F, Chandel NS. Reactive oxygen species-dependent signaling regulates cancer. Cell Mol Life Sci 2009;66:3663–3673. [PubMed: 19629388]

24. Touyz RM. Reactive oxygen species and angiotensin II signaling in vascular cells -- implications in cardiovascular disease. Braz J Med Biol Res 2004;37:1263–1273. [PubMed: 15273829]

25. Yoshizumi M, Tsuchiya K, Tamaki T. Signal transduction of reactive oxygen species and mitogen-activated protein kinases in cardiovascular disease. J Med Invest 2001;48:11–24. [PubMed: 11286012]

26. Muhammad S, Bierhaus A, Schwaninger M. Reactive oxygen species in diabetes-induced vascular damage, stroke, and Alzheimer's disease. J Alzheimers Dis 2009;16:775–785. [PubMed: 19387112]

27. Di Virgilio F. New pathways for reactive oxygen species generation in inflammation and potential novel pharmacological targets. Curr Pharm Des 2004;10:1647–1652. [PubMed: 15134562]

28. Moulton PJ. Inflammatory joint disease: the role of cytokines, cyclooxygenases and reactive oxygen species. Br J Biomed Sci 1996;53:317–324. [PubMed: 9069110]

29. Bolanos JP, Moro MA, Lizasoain I, Almeida A. Mitochondria and reactive oxygen and nitrogen species in neurological disorders and stroke: Therapeutic implications. Adv Drug Deliv Rev 2009;61:1299–1315. [PubMed: 19716390]

30. Atabek ME, Vatansev H, Erkul I. Oxidative stress in childhood obesity. J Pediatr Endocrinol Metab 2004;17:1063–1068. [PubMed: 15379416]

31. Furukawa S, Fujita T, Shimabukuro M, Iwaki M, Yamada Y, Nakajima Y, Nakayama O, Makishima M, Matsuda M, Shimomura I. Increased oxidative stress in obesity and its impact on metabolic syndrome. J Clin Invest 2004;114:1752–1761. [PubMed: 15599400]

32. Tabner BJ, Turnbull S, El-Agnaf O, Allsop D. Production of reactive oxygen species from aggregating proteins implicated in Alzheimer's disease, Parkinson's disease and other neurodegenerative diseases. Curr Top Med Chem 2001;1:507–517. [PubMed: 11895127]

33. Tieu K, Ischiropoulos H, Przedborski S. Nitric oxide and reactive oxygen species in Parkinson's disease. IUBMB Life 2003;55:329–335. [PubMed: 12938735]

34. Kamp DW, Graceffa P, Pryor WA, Weitzman SA. The role of free radicals in asbestos-induced diseases. Free Radic Biol Med 1992;12:293–315. [PubMed: 1577332]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

35. Kinnula VL, Fattman CL, Tan RJ, Oury TD. Oxidative stress in pulmonary fibrosis: a possible role for redox modulatory therapy. Am J Respir Crit Care Med 2005;172:417–422. [PubMed: 15894605]

36. Gelderman KA, Hultqvist M, Olsson LM, Bauer K, Pizzolla A, Olofsson P, Holmdahl R. Rheumatoid arthritis: the role of reactive oxygen species in disease development and therapeutic strategies. Antioxid Redox Signal 2007;9:1541–1567. [PubMed: 17678439]

37. Haurani MJ, Pagano PJ. Adventitial fibroblast reactive oxygen species as autacrine and paracrine mediators of remodeling: bellwether for vascular disease? Cardiovasc Res 2007;75:679–689. [PubMed: 17689510]

38. Jeremy JY, Shukla N, Muzaffar S, Handley A, Angelini GD. Reactive oxygen species, vascular disease and cardiovascular surgery. Curr Vasc Pharmacol 2004;2:229–236. [PubMed: 15320821]

39. Miyajima A, Nakashima J, Yoshioka K, Tachibana M, Tazaki H, Murai M. Role of reactive oxygen species in cis-dichlorodiammineplatinum-induced cytotoxicity on bladder cancer cells. Br J Cancer 1997;76:206–210. [PubMed: 9231920]

40. Salganik RI, Albright CD, Rodgers J, Kim J, Zeisel SH, Sivashinskiy MS, Van Dyke TA. Dietary antioxidant depletion: enhancement of tumor apoptosis and inhibition of brain tumor growth in transgenic mice. Carcinogenesis 2000;21:909–914. [PubMed: 10783311]

41. Brown NS, Bicknell R. Hypoxia and oxidative stress in breast cancer. Oxidative stress: its effects on the growth, metastatic potential and response to therapy of breast cancer. Breast Cancer Res 2001;3:323–327. [PubMed: 11597322]

42. Sharma A, Rajappa M, Satyam A, Sharma M. Oxidant/anti-oxidant dynamics in patients with advanced cervical cancer: correlation with treatment response. Mol Cell Biochem 341:65–72. [PubMed: 20354762]

43. Oliveira CP, Kassab P, Lopasso FP, Souza HP, Janiszewski M, Laurindo FR, Iriya K, Laudanna AA. Protective effect of ascorbic acid in experimental gastric cancer: reduction of oxidative stress. World J Gastroenterol 2003;9:446–448. [PubMed: 12632494]

44. Calvisi DF, Ladu S, Hironaka K, Factor VM, Thorgeirsson SS. Vitamin E down-modulates iNOS and NADPH oxidase in c-Myc/TGF-alpha transgenic mouse model of liver cancer. J Hepatol 2004;41:815–822. [PubMed: 15519655]

45. Azad N, Rojanasakul Y, Vallyathan V. Inflammation and lung cancer: roles of reactive oxygen/ nitrogen species. J Toxicol Environ Health B Crit Rev 2008;11:1–15. [PubMed: 18176984]

46. Fruehauf JP, Trapp V. Reactive oxygen species: an Achilles' heel of melanoma? Expert Rev Anticancer Ther 2008;8:1751–1757. [PubMed: 18983235]

47. Kuku I, Aydogdu I, Bayraktar N, Kaya E, Akyol O, Erkurt MA. Oxidant/antioxidant parameters and their relationship with medical treatment in multiple myeloma. Cell Biochem Funct 2005;23:47–50. [PubMed: 15386538]

48. Sumi D, Shinkai Y, Kumagai Y. Signal transduction pathways and transcription factors triggered by arsenic trioxide in leukemia cells. Toxicol Appl Pharmacol 244:385–392. [PubMed: 20193703]

49. van de Wetering CI, Coleman MC, Spitz DR, Smith BJ, Knudson CM. Manganese superoxide dismutase gene dosage affects chromosomal instability and tumor onset in a mouse model of T cell lymphoma. Free Radic Biol Med 2008;44:1677–1686. [PubMed: 18291119]

50. Bahar G, Feinmesser R, Shpitzer T, Popovtzer A, Nagler RM. Salivary analysis in oral cancer patients: DNA and protein oxidation, reactive nitrogen species, and antioxidant profile. Cancer 2007;109:54–59. [PubMed: 17099862]

51. Chan DW, Liu VW, Tsao GS, Yao KM, Furukawa T, Chan KK, Ngan HY. Loss of MKP3 mediated by oxidative stress enhances tumorigenicity and chemoresistance of ovarian cancer cells. Carcinogenesis 2008;29:1742–1750. [PubMed: 18632752]

52. Edderkaoui M, Hong P, Vaquero EC, Lee JK, Fischer L, Friess H, Buchler MW, Lerch MM, Pandol SJ, Gukovskaya AS. Extracellular matrix stimulates reactive oxygen species production and increases pancreatic cancer cell survival through 5-lipoxygenase and NADPH oxidase. Am J Physiol Gastrointest Liver Physiol 2005;289:G1137–1147. [PubMed: 16037546]

53. Ma Q, Cavallin LE, Yan B, Zhu S, Duran EM, Wang H, Hale LP, Dong C, Cesarman E, Mesri EA, Goldschmidt-Clermont PJ. Antitumorigenesis of antioxidants in a transgenic Rac1 model of Kaposi's sarcoma. Proc Natl Acad Sci U S A 2009;106:8683–8688. [PubMed: 19429708]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

54. Bartsch H, Nair J. Chronic inflammation and oxidative stress in the genesis and perpetuation of cancer: role of lipid peroxidation, DNA damage, and repair. Langenbecks Arch Surg 2006;391:499–510. [PubMed: 16909291]

55. Grivennikov SI, Greten FR, Karin M. Immunity, inflammation, and cancer. Cell 140:883–899. [PubMed: 20303878]

56. Grivennikov SI, Karin M. Inflammation and oncogenesis: a vicious connection. Curr Opin Genet Dev 20:65–71. [PubMed: 20036794]

57. Gonda TA, Tu S, Wang TC. Chronic inflammation, the tumor microenvironment and carcinogenesis. Cell Cycle 2009;8:2005–2013. [PubMed: 19550141]

58. Garodia P, Ichikawa H, Malani N, Sethi G, Aggarwal BB. From ancient medicine to modern medicine: ayurvedic concepts of health and their role in inflammation and cancer. J Soc Integr Oncol 2007;5:25–37. [PubMed: 17309811]

59. Aggarwal BB, Gehlot P. Inflammation and cancer: how friendly is the relationship for cancer patients? Curr Opin Pharmacol 2009;9:351–369. [PubMed: 19665429]

60. Schetter AJ, Heegaard NH, Harris CC. Inflammation and cancer: interweaving microRNA, free radical, cytokine and p53 pathways. Carcinogenesis 31:37–49. [PubMed: 19955394]

61. Ekbom A, Helmick C, Zack M, Adami HO. Increased risk of large-bowel cancer in Crohn's disease with colonic involvement. Lancet 1990;336:357–359. [PubMed: 1975343]

62. Ekbom A, Helmick C, Zack M, Adami HO. Ulcerative colitis and colorectal cancer. A population-based study. N Engl J Med 1990;323:1228–1233. [PubMed: 2215606]

63. Gillen CD, Walmsley RS, Prior P, Andrews HA, Allan RN. Ulcerative colitis and Crohn's disease: a comparison of the colorectal cancer risk in extensive colitis. Gut 1994;35:1590–1592. [PubMed: 7828978]

64. Ekbom A, McLaughlin JK, Nyren O. Pancreatitis and the risk of pancreatic cancer. N Engl J Med 1993;329:1502–1503. [PubMed: 8413467]

65. Coussens LM, Werb Z. Inflammation and cancer. Nature 2002;420:860–867. [PubMed: 12490959]

66. Kundu JK, Surh YJ. Inflammation: gearing the journey to cancer. Mutat Res 2008;659:15–30. [PubMed: 18485806]

67. Aggarwal BB, Vijayalekshmi RV, Sung B. Targeting inflammatory pathways for prevention and therapy of cancer: short-term friend, long-term foe. Clin Cancer Res 2009;15:425–430. [PubMed: 19147746]

68. Lin WW, Karin M. A cytokine-mediated link between innate immunity, inflammation, and cancer. J Clin Invest 2007;117:1175–1183. [PubMed: 17476347]

69. Hussain SP, Harris CC. Inflammation and cancer: an ancient link with novel potentials. Int J Cancer 2007;121:2373–2380. [PubMed: 17893866]

70. Federico A, Morgillo F, Tuccillo C, Ciardiello F, Loguercio C. Chronic inflammation and oxidative stress in human carcinogenesis. Int J Cancer 2007;121:2381–2386. [PubMed: 17893868]

71. Bos JL. ras oncogenes in human cancer: a review. Cancer Res 1989;49:4682–4689. [PubMed: 2547513]

72. Sparmann A, Bar-Sagi D. Ras-induced interleukin-8 expression plays a critical role in tumor growth and angiogenesis. Cancer Cell 2004;6:447–458. [PubMed: 15542429]

73. Karihtala P, Soini Y. Reactive oxygen species and antioxidant mechanisms in human tissues and their relation to malignancies. APMIS 2007;115:81–103. [PubMed: 17295675]

74. Mates JM, Sanchez-Jimenez FM. Role of reactive oxygen species in apoptosis: implications for cancer therapy. Int J Biochem Cell Biol 2000;32:157–170. [PubMed: 10687951]

75. Ray G, Husain SA. Oxidants, antioxidants and carcinogenesis. Indian J Exp Biol 2002;40:1213–1232. [PubMed: 13677623]

76. Valko M, Izakovic M, Mazur M, Rhodes CJ, Telser J. Role of oxygen radicals in DNA damage and cancer incidence. Mol Cell Biochem 2004;266:37–56. [PubMed: 15646026]

77. Marnett LJ. Oxyradicals and DNA damage. Carcinogenesis 2000;21:361–370. [PubMed: 10688856]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Reuter et al. Page 18

78. Wiseman H, Halliwell B. Damage to DNA by reactive oxygen and nitrogen species: role in inflammatory disease and progression to cancer. Biochem J 1996;313(Pt 1):17–29. [PubMed: 8546679]

79. Malins DC, Haimanot R. Major alterations in the nucleotide structure of DNA in cancer of the female breast. Cancer Res 1991;51:5430–5432. [PubMed: 1655250]

80. Matsui A, Ikeda T, Enomoto K, Hosoda K, Nakashima H, Omae K, Watanabe M, Hibi T, Kitajima M. Increased formation of oxidative DNA damage, 8-hydroxy-2′-deoxyguanosine, in human breast cancer tissue and its relationship to GSTP1 and COMT genotypes. Cancer Lett 2000;151:87–95. [PubMed: 10766427]

81. Musarrat J, Arezina-Wilson J, Wani AA. Prognostic and aetiological relevance of 8-hydroxyguanosine in human breast carcinogenesis. Eur J Cancer 1996;32A:1209–1214. [PubMed: 8758255]

82. Nathan C, Xie QW. Regulation of biosynthesis of nitric oxide. J Biol Chem 1994;269:13725–13728. [PubMed: 7514592]

83. Davis KL, Martin E, Turko IV, Murad F. Novel effects of nitric oxide. Annu Rev Pharmacol Toxicol 2001;41:203–236. [PubMed: 11264456]

84. Moncada S, Higgs A. The L-arginine-nitric oxide pathway. N Engl J Med 1993;329:2002–2012. [PubMed: 7504210]

85. Lowenstein CJ, Padalko E. iNOS (NOS2) at a glance. J Cell Sci 2004;117:2865–2867. [PubMed: 15197240]

86. Xie QW, Kashiwabara Y, Nathan C. Role of transcription factor NF-kappa B/Rel in induction of nitric oxide synthase. J Biol Chem 1994;269:4705–4708. [PubMed: 7508926]

87. Zhang Y, Qi H, Taylor R, Xu W, Liu LF, Jin S. The role of autophagy in mitochondria maintenance: characterization of mitochondrial functions in autophagy-deficient S. cerevisiae strains. Autophagy 2007;3:337–346. [PubMed: 17404498]

88. Mathew R, Karp CM, Beaudoin B, Vuong N, Chen G, Chen HY, Bray K, Reddy A, Bhanot G, Gelinas C, Dipaola RS, Karantza-Wadsworth V, White E. Autophagy suppresses tumorigenesis through elimination of p62. Cell 2009;137:1062–1075. [PubMed: 19524509]

89. Pompella A, Visvikis A, Paolicchi A, De Tata V, Casini AF. The changing faces of glutathione, a cellular protagonist. Biochem Pharmacol 2003;66:1499–1503. [PubMed: 14555227]

90. Valko M, Leibfritz D, Moncol J, Cronin MT, Mazur M, Telser J. Free radicals and antioxidants in normal physiological functions and human disease. Int J Biochem Cell Biol 2007;39:44–84. [PubMed: 16978905]

91. Calvert P, Yao KS, Hamilton TC, O'Dwyer PJ. Clinical studies of reversal of drug resistance based on glutathione. Chem Biol Interact 1998;111-112:213–224. [PubMed: 9679556]

92. Balendiran GK, Dabur R, Fraser D. The role of glutathione in cancer. Cell Biochem Funct 2004;22:343–352. [PubMed: 15386533]

93. Estrela JM, Ortega A, Obrador E. Glutathione in cancer biology and therapy. Crit Rev Clin Lab Sci 2006;43:143–181. [PubMed: 16517421]

94. McCord JM, Fridovich I. Superoxide dismutase. An enzymic function for erythrocuprein (hemocuprein). J Biol Chem 1969;244:6049–6055. [PubMed: 5389100]

95. Meira LB, Bugni JM, Green SL, Lee CW, Pang B, Borenshtein D, Rickman BH, Rogers AB, Moroski-Erkul CA, McFaline JL, Schauer DB, Dedon PC, Fox JG, Samson LD. DNA damage induced by chronic inflammation contributes to colon carcinogenesis in mice. J Clin Invest 2008;118:2516–2525. [PubMed: 18521188]

96. Das PM, Singal R. DNA methylation and cancer. J Clin Oncol 2004;22:4632–4642. [PubMed: 15542812]

97. Fleisher AS, Esteller M, Harpaz N, Leytin A, Rashid A, Xu Y, Liang J, Stine OC, Yin J, Zou TT, Abraham JM, Kong D, Wilson KT, James SP, Herman JG, Meltzer SJ. Microsatellite instability in inflammatory bowel disease-associated neoplastic lesions is associated with hypermethylation and diminished expression of the DNA mismatch repair gene, hMLH1. Cancer Res 2000;60:4864–4868. [PubMed: 10987299]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

98. Park JH, Mangal D, Frey AJ, Harvey RG, Blair IA, Penning TM. Aryl hydrocarbon receptor facilitates DNA strand breaks and 8-oxo-2′-deoxyguanosine formation by the aldo-keto reductase product benzo[a]pyrene-7,8-dione. J Biol Chem 2009;284:29725–29734. [PubMed: 19726680]

99. Amstad P, Crawford D, Muehlematter D, Zbinden I, Larsson R, Cerutti P. Oxidants stress induces the proto-oncogenes, C-fos and C-myc in mouse epidermal cells. Bull Cancer 1990;77:501–502. [PubMed: 2400824]

100. Amstad PA, Krupitza G, Cerutti PA. Mechanism of c-fos induction by active oxygen. Cancer Res 1992;52:3952–3960. [PubMed: 1617671]

101. Alexander A, Cai SL, Kim J, Nanez A, Sahin M, MacLean KH, Inoki K, Guan KL, Shen J, Person MD, Kusewitt D, Mills GB, Kastan MB, Walker CL. ATM signals to TSC2 in the cytoplasm to regulate mTORC1 in response to ROS. Proc Natl Acad Sci U S A 107:4153–4158. [PubMed: 20160076]

102. Li L, Wang J, Ye RD, Shi G, Jin H, Tang X, Yi J. PML/RARalpha fusion protein mediates the unique sensitivity to arsenic cytotoxicity in acute promyelocytic leukemia cells: Mechanisms involve the impairment of cAMP signaling and the aberrant regulation of NADPH oxidase. J Cell Physiol 2008;217:486–493. [PubMed: 18636556]

103. Barlow CA, Kitiphongspattana K, Siddiqui N, Roe MW, Mossman BT, Lounsbury KM. Protein kinase A-mediated CREB phosphorylation is an oxidant-induced survival pathway in alveolar type II cells. Apoptosis 2008;13:681–692. [PubMed: 18392938]

104. Sun KH, de Pablo Y, Vincent F, Shah K. Deregulated Cdk5 promotes oxidative stress and mitochondrial dysfunction. J Neurochem 2008;107:265–278. [PubMed: 18691386]

105. Burch PM, Heintz NH. Redox regulation of cell-cycle re-entry: cyclin D1 as a primary target for the mitogenic effects of reactive oxygen and nitrogen species. Antioxid Redox Signal 2005;7:741–751. [PubMed: 15890020]

106. Franco R, Schoneveld O, Georgakilas AG, Panayiotidis MI. Oxidative stress, DNA methylation and carcinogenesis. Cancer Lett 2008;266:6–11. [PubMed: 18372104]

107. Maynard S, Schurman SH, Harboe C, de Souza-Pinto NC, Bohr VA. Base excision repair of oxidative DNA damage and association with cancer and aging. Carcinogenesis 2009;30:2–10. [PubMed: 18978338]

108. Goldkorn T, Ravid T, Khan EM. Life and death decisions: ceramide generation and EGF receptor trafficking are modulated by oxidative stress. Antioxid Redox Signal 2005;7:119–128. [PubMed: 15650401]

109. Wartenberg M, Schallenberg M, Hescheler J, Sauer H. Reactive oxygen species-mediated regulation of eNOS and iNOS expression in multicellular prostate tumor spheroids. Int J Cancer 2003;104:274–282. [PubMed: 12569550]

110. McCubrey JA, Lahair MM, Franklin RA. Reactive oxygen species-induced activation of the MAP kinase signaling pathways. Antioxid Redox Signal 2006;8:1775–1789. [PubMed: 16987031]

111. Kwon D, Choi C, Lee J, Kim KO, Kim JD, Kim SJ, Choi IH. Hydrogen peroxide triggers the expression of Fas/FasL in astrocytoma cell lines and augments apoptosis. J Neuroimmunol 2001;113:1–9. [PubMed: 11137571]

112. Goto T, Takano M. Transcriptional role of FOXO1 in drug resistance through antioxidant defense systems. Adv Exp Med Biol 2009;665:171–179. [PubMed: 20429424]

113. Kietzmann T, Gorlach A. Reactive oxygen species in the control of hypoxia-inducible factor-mediated gene expression. Semin Cell Dev Biol 2005;16:474–486. [PubMed: 15905109]

114. Ryter SW, Choi AM. Heme oxygenase-1: redox regulation of a stress protein in lung and cell culture models. Antioxid Redox Signal 2005;7:80–91. [PubMed: 15650398]

115. Kuga S, Otsuka T, Niiro H, Nunoi H, Nemoto Y, Nakano T, Ogo T, Umei T, Niho Y. Suppression of superoxide anion production by interleukin-10 is accompanied by a downregulation of the genes for subunit proteins of NADPH oxidase. Exp Hematol 1996;24:151–157. [PubMed: 8641336]

116. Svineng G, Ravuri C, Rikardsen O, Huseby NE, Winberg JO. The role of reactive oxygen species in integrin and matrix metalloproteinase expression and function. Connect Tissue Res 2008;49:197–202. [PubMed: 18661342]

Reuter et al.                                                                                                    Page 20

117. Hellstrand K, Hermodsson S, Naredi P, Mellqvist UH, Brune M. Histamine and cytokine therapy. Acta Oncol 1998;37:347–353. [PubMed: 9743456]

118. Simon AR, Rai U, Fanburg BL, Cochran BH. Activation of the JAK-STAT pathway by reactive oxygen species. Am J Physiol 1998;275:C1640–1652. [PubMed: 9843726]

119. Lo YY, Wong JM, Cruz TF. Reactive oxygen species mediate cytokine activation of c-Jun NH2-terminal kinases. J Biol Chem 1996;271:15703–15707. [PubMed: 8663189]

120. Skinner AM, Turker MS. Oxidative mutagenesis, mismatch repair, and aging. Sci Aging Knowledge Environ 2005;2005

121. Byun YJ, Kim SK, Kim YM, Chae GT, Jeong SW, Lee SB. Hydrogen peroxide induces autophagic cell death in C6 glioma cells via BNIP3-mediated suppression of the mTOR pathway. Neurosci Lett 2009;461:131–135. [PubMed: 19539716]

122. Venugopal R, Jaiswal AK. Nrf1 and Nrf2 positively and c-Fos and Fra1 negatively regulate the human antioxidant response element-mediated expression of NAD(P)H:quinone oxidoreductase1 gene. Proc Natl Acad Sci U S A 1996;93:14960–14965. [PubMed: 8962164]

123. Gloire G, Legrand-Poels S, Piette J. NF-kappaB activation by reactive oxygen species: fifteen years later. Biochem Pharmacol 2006;72:1493–1505. [PubMed: 16723122]

124. Itoh K, Chiba T, Takahashi S, Ishii T, Igarashi K, Katoh Y, Oyake T, Hayashi N, Satoh K, Hatayama I, Yamamoto M, Nabeshima Y. An Nrf2/small Maf heterodimer mediates the induction of phase II detoxifying enzyme genes through antioxidant response elements. Biochem Biophys Res Commun 1997;236:313–322. [PubMed: 9240432]

125. Clerkin JS, Naughton R, Quiney C, Cotter TG. Mechanisms of ROS modulated cell survival during carcinogenesis. Cancer Lett 2008;266:30–36. [PubMed: 18372105]

126. Torres M, Forman HJ. Redox signaling and the MAP kinase pathways. Biofactors 2003;17:287–296. [PubMed: 12897450]

127. Han ES, Muller FL, Perez VI, Qi W, Liang H, Xi L, Fu C, Doyle E, Hickey M, Cornell J, Epstein CJ, Roberts LJ, Van Remmen H, Richardson A. The in vivo gene expression signature of oxidative stress. Physiol Genomics 2008;34:112–126. [PubMed: 18445702]

128. Tishler RB, Calderwood SK, Coleman CN, Price BD. Increases in sequence specific DNA binding by p53 following treatment with chemotherapeutic and DNA damaging agents. Cancer Res 1993;53:2212–2216. [PubMed: 8485705]

129. Kanthasamy AG, Kitazawa M, Kanthasamy A, Anantharam V. Role of proteolytic activation of protein kinase Cdelta in oxidative stress-induced apoptosis. Antioxid Redox Signal 2003;5:609–620. [PubMed: 14580317]

130. Rusyn I, Rose ML, Bojes HK, Thurman RG. Novel role of oxidants in the molecular mechanism of action of peroxisome proliferators. Antioxid Redox Signal 2000;2:607–621. [PubMed: 11229371]

131. Cao J, Schulte J, Knight A, Leslie NR, Zagozdzon A, Bronson R, Manevich Y, Beeson C, Neumann CA. Prdx1 inhibits tumorigenesis via regulating PTEN/AKT activity. EMBO J 2009;28:1505–1517. [PubMed: 19369943]

132. Chiarugi P. PTPs versus PTKs: the redox side of the coin. Free Radic Res 2005;39:353–364. [PubMed: 16028361]

133. Ammendola R, Mesuraca M, Russo T, Cimino F. The DNA-binding efficiency of Sp1 is affected by redox changes. Eur J Biochem 1994;225:483–489. [PubMed: 7925470]

134. Ushio-Fukai M, Alexander RW. Reactive oxygen species as mediators of angiogenesis signaling: role of NAD(P)H oxidase. Mol Cell Biochem 2004;264:85–97. [PubMed: 15544038]

135. Funato Y, Michiue T, Asashima M, Miki H. The thioredoxin-related redox-regulating protein nucleoredoxin inhibits Wnt-beta-catenin signalling through dishevelled. Nat Cell Biol 2006;8:501–508. [PubMed: 16604061]

136. Korswagen HC. Regulation of the Wnt/beta-catenin pathway by redox signaling. Dev Cell 2006;10:687–688. [PubMed: 16740470]

137. Droge W. Free radicals in the physiological control of cell function. Physiol Rev 2002;82:47–95. [PubMed: 11773609]

138. Kerr LD, Inoue J, Verma IM. Signal transduction: the nuclear target. Curr Opin Cell Biol 1992;4:496–501. [PubMed: 1497922]

139. Shaulian E, Karin M. AP-1 as a regulator of cell life and death. Nat Cell Biol 2002;4:E131–136. [PubMed: 11988758]

140. Gorlach A, Kietzmann T. Superoxide and derived reactive oxygen species in the regulation of hypoxia-inducible factors. Methods Enzymol 2007;435:421–446. [PubMed: 17998067]

141. Liu B, Chen Y, St Clair DK. ROS and p53: a versatile partnership. Free Radic Biol Med 2008;44:1529–1535. [PubMed: 18275858]

142. Mantovani A. Cancer: inflammation by remote control. Nature 2005;435:752–753. [PubMed: 15944689]

143. Ames BN, Gold LS. Animal cancer tests and cancer prevention. J Natl Cancer Inst Monogr 1992:125–132. [PubMed: 1616796]

144. Guyton KZ, Kensler TW. Oxidative mechanisms in carcinogenesis. Br Med Bull 1993;49:523–544. [PubMed: 8221020]

145. Schulte-Hermann R, Timmermann-Trosiener I, Barthel G, Bursch W. DNA synthesis, apoptosis, and phenotypic expression as determinants of growth of altered foci in rat liver during phenobarbital promotion. Cancer Res 1990;50:5127–5135. [PubMed: 2379175]

146. Klaunig JE, Xu Y, Isenberg JS, Bachowski S, Kolaja KL, Jiang J, Stevenson DE, Walborg EF Jr. The role of oxidative stress in chemical carcinogenesis. Environ Health Perspect 1998;106 1:289–295. [PubMed: 9539021]

147. Oshima H, B H. Chronic infectious and inflammation process as cancer risk factors: possible role of nitric oxide in carcinogenesis. Mutat Res 1994;305:253–264. [PubMed: 7510036]

148. Rosin MP, Saad el Din Zaki S, Ward AJ, Anwar WA. Involvement of inflammatory reactions and elevated cell proliferation in the development of bladder cancer in schistosomiasis patients. Mutat Res 1994;305:283–292. [PubMed: 7510039]

149. Weitzman SA, Gordon LI. Inflammation and cancer: role of phagocyte-generated oxidants in carcinogenesis. Blood 1990;76:655–663. [PubMed: 2200535]

150. Frenkel K. Carcinogen-mediated oxidant formation and oxidative DNA damage. Pharmacol Ther 1992;53:127–166. [PubMed: 1641400]

151. Shacter E, Beecham EJ, Covey JM, Kohn KW, Potter M. Activated neutrophils induce prolonged DNA damage in neighboring cells. Carcinogenesis 1988;9:2297–2304. [PubMed: 2847879]

152. Wei H, Frenkel K. Suppression of tumor promoter-induced oxidative events and DNA damage in vivo by sarcophytol A: a possible mechanism of antipromotion. Cancer Res 1992;52:2298–2303. [PubMed: 1559232]

153. Hattori-Nakakuki Y, Nishigori C, Okamoto K, Imamura S, Hiai H, Toyokuni S. Formation of 8-hydroxy-2'-deoxyguanosine in epidermis of hairless mice exposed to near-UV. Biochem Biophys Res Commun 1994;201:1132–1139. [PubMed: 8024554]

154. Weitberg AB. Effect of combinations of antioxidants on phagocyte-induced sister-chromatid exchanges. Mutat Res 1989;224:1–4. [PubMed: 2549410]

155. Yamashina K, Miller BE, Heppner GH. Macrophage-mediated induction of drug-resistant variants in a mouse mammary tumor cell line. Cancer Res 1986;46:2396–2401. [PubMed: 3084067]

156. Dizdaroglu M, Olinski R, Doroshow JH, Akman SA. Modification of DNA bases in chromatin of intact target human cells by activated human polymorphonuclear leukocytes. Cancer Res 1993;53:1269–1272. [PubMed: 8383005]

157. Trush MA, Twerdok LE, Esterline RL. Comparison of oxidant activities and the activation of benzo(a)pyrene-7,8-dihydrodiol by polymorphonuclear leucocytes from human, rat and mouse. Xenobiotica 1990;20:925–932. [PubMed: 2173286]

158. Trush MA, Kensler TW. An overview of the relationship between oxidative stress and chemical carcinogenesis. Free Radic Biol Med 1991;10:201–209. [PubMed: 1864525]

159. Jackson AL, Loeb LA. The contribution of endogenous sources of DNA damage to the multiple mutations in cancer. Mutat Res 2001;477:7–21. [PubMed: 11376682]

160. Storz P. Reactive oxygen species in tumor progression. Front Biosci 2005;10:1881–1896. [PubMed: 15769673]

161. Kroncke KD. Nitrosative stress and transcription. Biol Chem 2003;384:1365–1377. [PubMed: 14669980]

162. Cerutti PA, Trump BF. Inflammation and oxidative stress in carcinogenesis. Cancer Cells 1991;3:1–7. [PubMed: 2025490]

163. Cerutti PA. Prooxidant states and tumor promotion. Science 1985;227:375–381. [PubMed: 2981433]

164. Slaga TJ, Klein-Szanto AJ, Triplett LL, Yotti LP, Trosko KE. Skin tumor-promoting activity of benzoyl peroxide, a widely used free radical-generating compound. Science 1981;213:1023–1025. [PubMed: 6791284]

165. Kamata T. Roles of Nox1 and other Nox isoforms in cancer development. Cancer Sci 2009;100:1382–1388. [PubMed: 19493276]

166. Los M, Maddika S, Erb B, Schulze-Osthoff K. Switching Akt: from survival signaling to deadly response. Bioessays 2009;31:492–495. [PubMed: 19319914]

167. Azad MB, Chen Y, Gibson SB. Regulation of autophagy by reactive oxygen species (ROS): implications for cancer progression and treatment. Antioxid Redox Signal 2009;11:777–790. [PubMed: 18828708]

168. Manning BD, Cantley LC. AKT/PKB signaling: navigating downstream. Cell 2007;129:1261–1274. [PubMed: 17604717]

169. Plas DR, Thompson CB. Akt-dependent transformation: there is more to growth than just surviving. Oncogene 2005;24:7435–7442. [PubMed: 16288290]

170. Muller JM, Cahill MA, Rupec RA, Baeuerle PA, Nordheim A. Antioxidants as well as oxidants activate c-fos via Ras-dependent activation of extracellular-signal-regulated kinase 2 and Elk-1. Eur J Biochem 1997;244:45–52. [PubMed: 9063444]

171. Pennington JD, Wang TJ, Nguyen P, Sun L, Bisht K, Smart D, Gius D. Redox-sensitive signaling factors as a novel molecular targets for cancer therapy. Drug Resist Updat 2005;8:322–330. [PubMed: 16230045]

172. Xia Z, Dickens M, Raingeaud J, Davis RJ, Greenberg ME. Opposing effects of ERK and JNK-p38 MAP kinases on apoptosis. Science 1995;270:1326–1331. [PubMed: 7481820]

173. Chang L, Karin M. Mammalian MAP kinase signalling cascades. Nature 2001;410:37–40. [PubMed: 11242034]

174. Gupta S, Campbell D, Derijard B, Davis RJ. Transcription factor ATF2 regulation by the JNK signal transduction pathway. Science 1995;267:389–393. [PubMed: 7824938]

175. Karin M. The regulation of AP-1 activity by mitogen-activated protein kinases. J Biol Chem 1995;270:16483–16486. [PubMed: 7622446]

176. Baldwin AS Jr. The NF-kappa B and I kappa B proteins: new discoveries and insights. Annu Rev Immunol 1996;14:649–683. [PubMed: 8717528]

177. Baeuerle PA, Lenardo M, Pierce JW, Baltimore D. Phorbol-ester-induced activation of the NF-kappa B transcription factor involves dissociation of an apparently cytoplasmic NF-kappa B/inhibitor complex. Cold Spring Harb Symp Quant Biol 1988;53(Pt 2):789–798. [PubMed: 3076097]

178. Li N, Karin M. Ionizing radiation and short wavelength UV activate NF-kappaB through two distinct mechanisms. Proc Natl Acad Sci U S A 1998;95:13012–13017. [PubMed: 9789032]

179. Rath PC, Aggarwal BB. Antiproliferative effects of IFN-alpha correlate with the downregulation of nuclear factor-kappa B in human Burkitt lymphoma Daudi cells. J Interferon Cytokine Res 2001;21:523–528. [PubMed: 11506747]

180. Bours V, Dejardin E, Goujon-Letawe F, Merville MP, Castronovo V. The NF-kappa B transcription factor and cancer: high expression of NF-kappa B- and I kappa B-related proteins in tumor cell lines. Biochem Pharmacol 1994;47:145–149. [PubMed: 8311838]

181. Delhalle S, Deregowski V, Benoit V, Merville MP, Bours V. NF-kappaB-dependent MnSOD expression protects adenocarcinoma cells from TNF-alpha-induced apoptosis. Oncogene 2002;21:3917–3924. [PubMed: 12032830]

182. Pham CG, Bubici C, Zazzeroni F, Papa S, Jones J, Alvarez K, Jayawardena S, De Smaele E, Cong R, Beaumont C, Torti FM, Torti SV, Franzoso G. Ferritin heavy chain upregulation by NF-

kappaB inhibits TNFalpha-induced apoptosis by suppressing reactive oxygen species. Cell 2004;119:529–542. [PubMed: 15537542]

183. Schulze-Osthoff K, Ferrari D, Los M, Wesselborg S, Peter ME. Apoptosis signaling by death receptors. Eur J Biochem 1998;254:439–459. [PubMed: 9688254]

184. Giri DK, Aggarwal BB. Constitutive activation of NF-kappaB causes resistance to apoptosis in human cutaneous T cell lymphoma HuT-78 cells. Autocrine role of tumor necrosis factor and reactive oxygen intermediates. J Biol Chem 1998;273:14008–14014. [PubMed: 9593751]

185. Nomura M, Ma W, Chen N, Bode AM, Dong Z. Inhibition of 12-O-tetradecanoylphorbol-13-acetate-induced NF-kappaB activation by tea polyphenols, (-)-epigallocatechin gallate and theaflavins. Carcinogenesis 2000;21:1885–1890. [PubMed: 11023547]

186. Schulze-Osthoff K, Bauer MK, Vogt M, Wesselborg S. Oxidative stress and signal transduction. Int J Vitam Nutr Res 1997;67:336–342. [PubMed: 9350475]

187. Sun Y. Free radicals, antioxidant enzymes, and carcinogenesis. Free Radic Biol Med 1990;8:583–599. [PubMed: 2193855]

188. Schmidt KN, Amstad P, Cerutti P, Baeuerle PA. The roles of hydrogen peroxide and superoxide as messengers in the activation of transcription factor NF-kappa B. Chem Biol 1995;2:13–22. [PubMed: 9383399]

189. Kass GE, Duddy SK, Orrenius S. Activation of hepatocyte protein kinase C by redox-cycling quinones. Biochem J 1989;260:499–507. [PubMed: 2764885]

190. Larsson R, Cerutti P. Translocation and enhancement of phosphotransferase activity of protein kinase C following exposure in mouse epidermal cells to oxidants. Cancer Res 1989;49:5627–5632. [PubMed: 2507133]

191. Konishi H, Matsuzaki H, Tanaka M, Takemura Y, Kuroda S, Ono Y, Kikkawa U. Activation of protein kinase B (Akt/RAC-protein kinase) by cellular stress and its association with heat shock protein Hsp27. FEBS Lett 1997;410:493–498. [PubMed: 9237690]

192. D'Souza RJ, Phillips HM, Jones PW, Strange RC, Aber GM. Interactions of hydrogen peroxide with interleukin-6 and platelet-derived growth factor in determining mesangial cell growth: effect of repeated oxidant stress. Clin Sci (Lond) 1993;85:747–751. [PubMed: 8287668]

193. Alliangana DM. Effects of beta-carotene, flavonoid quercitin and quinacrine on cell proliferation and lipid peroxidation breakdown products in BHK-21 cells. East Afr Med J 1996;73:752–757. [PubMed: 8997868]

194. Chang MC, Chan CP, Wang YJ, Lee PH, Chen LI, Tsai YL, Lin BR, Wang YL, Jeng JH. Induction of necrosis and apoptosis to KB cancer cells by sanguinarine is associated with reactive oxygen species production and mitochondrial membrane depolarization. Toxicol Appl Pharmacol 2007;218:143–151. [PubMed: 17196629]

195. Dypbukt JM, Ankarcrona M, Burkitt M, Sjoholm A, Strom K, Orrenius S, Nicotera P. Different prooxidant levels stimulate growth, trigger apoptosis, or produce necrosis of insulin-secreting RINm5F cells. The role of intracellular polyamines. J Biol Chem 1994;269:30553–30560. [PubMed: 7982974]

196. Halliwell B. Oxidative stress and cancer: have we moved forward? Biochem J 2007;401:1–11. [PubMed: 17150040]

197. Kundu N, Zhang S, Fulton AM. Sublethal oxidative stress inhibits tumor cell adhesion and enhances experimental metastasis of murine mammary carcinoma. Clin Exp Metastasis 1995;13:16–22. [PubMed: 7820952]

198. Roebuck KA. Oxidant stress regulation of IL-8 and ICAM-1 gene expression: differential activation and binding of the transcription factors AP-1 and NF-kappaB (Review). Int J Mol Med 1999;4:223–230. [PubMed: 10425270]

199. Westermarck J, Kahari VM. Regulation of matrix metalloproteinase expression in tumor invasion. FASEB J 1999;13:781–792. [PubMed: 10224222]

200. Mori K, Shibanuma M, Nose K. Invasive potential induced under long-term oxidative stress in mammary epithelial cells. Cancer Res 2004;64:7464–7472. [PubMed: 15492271]

201. Nelson AR, Fingleton B, Rothenberg ML, Matrisian LM. Matrix metalloproteinases: biologic activity and clinical implications. J Clin Oncol 2000;18:1135–1149. [PubMed: 10694567]

NIH-PA Author Manuscript     NIH-PA Author Manuscript     NIH-PA Author Manuscript

Reuter et al. Page 24

202. Rajagopalan S, Meng XP, Ramasamy S, Harrison DG, Galis ZS. Reactive oxygen species produced by macrophage-derived foam cells regulate the activity of vascular matrix metalloproteinases in vitro. Implications for atherosclerotic plaque stability. J Clin Invest 1996;98:2572–2579. [PubMed: 8958220]

203. Nelson KK, Melendez JA. Mitochondrial redox control of matrix metalloproteinases. Free Radic Biol Med 2004;37:768–784. [PubMed: 15304253]

204. Yoon SO, Park SJ, Yoon SY, Yun CH, Chung AS. Sustained production of H(2)O(2) activates pro-matrix metalloproteinase-2 through receptor tyrosine kinases/phosphatidylinositol 3-kinase/NF-kappa B pathway. J Biol Chem 2002;277:30271–30282. [PubMed: 12058032]

205. Hanahan D, Weinberg RA. The hallmarks of cancer. Cell 2000;100:57–70. [PubMed: 10647931]

206. Kollmar O, Rupertus K, Scheuer C, Junker B, Tilton B, Schilling MK, Menger MD. Stromal cell-derived factor-1 promotes cell migration and tumor growth of colorectal metastasis. Neoplasia 2007;9:862–870. [PubMed: 17971906]

207. Owen JD, Strieter R, Burdick M, Haghnegahdar H, Nanney L, Shattuck-Brandt R, Richmond A. Enhanced tumor-forming capacity for immortalized melanocytes expressing melanoma growth stimulatory activity/growth-regulated cytokine beta and gamma proteins. Int J Cancer 1997;73:94–103. [PubMed: 9334815]

208. Yuecheng Y, Xiaoyan X. Stromal-cell derived factor-1 regulates epithelial ovarian cancer cell invasion by activating matrix metalloproteinase-9 and matrix metalloproteinase-2. Eur J Cancer Prev 2007;16:430–435. [PubMed: 17923814]

209. Lu H, Ouyang W, Huang C. Inflammation, a key event in cancer development. Mol Cancer Res 2006;4:221–233. [PubMed: 16603636]

210. Wen DS, Zhu XL, Guan SM, Wu YM, Yu LL, Wu JZ. Silencing of CXCR4 inhibits the proliferation, adhesion, chemotaxis and invasion of salivary gland mucoepidermoid carcinoma Mc3 cells in vitro. Oral Oncol 2008;44:545–554. [PubMed: 17936060]

211. van Wetering S, van Buul JD, Quik S, Mul FP, Anthony EC, ten Klooster JP, Collard JG, Hordijk PL. Reactive oxygen species mediate Rac-induced loss of cell-cell adhesion in primary human endothelial cells. J Cell Sci 2002;115:1837–1846. [PubMed: 11956315]

212. Diers AR, Dranka BP, Ricart KC, Oh JY, Johnson MS, Zhou F, Pallero MA, Bodenstine TM, Murphy-Ullrich JE, Welch DR, Landar A. Modulation of mammary cancer cell migration by 15-deoxy-delta(12,14)-prostaglandin J(2): implications for anti-metastatic therapy. Biochem J 430:69–78. [PubMed: 20536428]

213. Stamatakis K, Perez-Sala D. Prostanoids with cyclopentenone structure as tools for the characterization of electrophilic lipid-protein interactomes. Ann N Y Acad Sci 2006;1091:548–570. [PubMed: 17341644]

214. Stamatakis K, Sanchez-Gomez FJ, Perez-Sala D. Identification of novel protein targets for modification by 15-deoxy-Delta12,14-prostaglandin J2 in mesangial cells reveals multiple interactions with the cytoskeleton. J Am Soc Nephrol 2006;17:89–98. [PubMed: 16291835]

215. Aldini G, Carini M, Vistoli G, Shibata T, Kusano Y, Gamberoni L, Dalle-Donne I, Milzani A, Uchida K. Identification of actin as a 15-deoxy-Delta12,14-prostaglandin J2 target in neuroblastoma cells: mass spectrometric, computational, and functional approaches to investigate the effect on cytoskeletal derangement. Biochemistry 2007;46:2707–2718. [PubMed: 17297918]

216. Cheng GC, Schulze PC, Lee RT, Sylvan J, Zetter BR, Huang H. Oxidative stress and thioredoxin-interacting protein promote intravasation of melanoma cells. Exp Cell Res 2004;300:297–307. [PubMed: 15474995]

217. Folkman J. Tumor angiogenesis. Adv Cancer Res 1985;43:175–203. [PubMed: 2581424]

218. Aruoma OI, Halliwell B. Superoxide-dependent and ascorbate-dependent formation of hydroxyl radicals from hydrogen peroxide in the presence of iron. Are lactoferrin and transferrin promoters of hydroxyl-radical generation? Biochem J 1987;241:273–278. [PubMed: 3032157]

219. Liotta LA, Steeg PS, Stetler-Stevenson WG. Cancer metastasis and angiogenesis: an imbalance of positive and negative regulation. Cell 1991;64:327–336. [PubMed: 1703045]

220. North S, Moenner M, Bikfalvi A. Recent developments in the regulation of the angiogenic switch by cellular stress factors in tumors. Cancer Lett 2005;218:1–14. [PubMed: 15639335]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

221. Bergers G, Benjamin LE. Tumorigenesis and the angiogenic switch. Nat Rev Cancer 2003;3:401–410. [PubMed: 12778130]

222. Chandel NS, Maltepe E, Goldwasser E, Mathieu CE, Simon MC, Schumacker PT. Mitochondrial reactive oxygen species trigger hypoxia-induced transcription. Proc Natl Acad Sci U S A 1998;95:11715–11720. [PubMed: 9751731]

223. Mazure NM, Chen EY, Yeh P, Laderoute KR, Giaccia AJ. Oncogenic transformation and hypoxia synergistically act to modulate vascular endothelial growth factor expression. Cancer Res 1996;56:3436–3440. [PubMed: 8758908]

224. Okada F, Rak JW, Croix BS, Lieubeau B, Kaya M, Roncari L, Shirasawa S, Sasazuki T, Kerbel RS. Impact of oncogenes in tumor angiogenesis: mutant K-ras up-regulation of vascular endothelial growth factor/vascular permeability factor is necessary, but not sufficient for tumorigenicity of human colorectal carcinoma cells. Proc Natl Acad Sci U S A 1998;95:3609–3614. [PubMed: 9520413]

225. Van Meir EG, Polverini PJ, Chazin VR, Su Huang HJ, de Tribolet N, Cavenee WK. Release of an inhibitor of angiogenesis upon induction of wild type p53 expression in glioblastoma cells. Nat Genet 1994;8:171–176. [PubMed: 7531056]

226. Longo R, Sarmiento R, Fanelli M, Capaccetti B, Gattuso D, Gasparini G. Anti-angiogenic therapy: rationale, challenges and clinical studies. Angiogenesis 2002;5:237–256. [PubMed: 12906317]

227. Alon T, Hemo I, Itin A, Pe'er J, Stone J, Keshet E. Vascular endothelial growth factor acts as a survival factor for newly formed retinal vessels and has implications for retinopathy of prematurity. Nat Med 1995;1:1024–1028. [PubMed: 7489357]

228. Eatock MM, Schatzlein A, Kaye SB. Tumour vasculature as a target for anticancer therapy. Cancer Treat Rev 2000;26:191–204. [PubMed: 10814561]

229. Monte M, Davel LE, Sacerdote de Lustig E. Hydrogen peroxide is involved in lymphocyte activation mechanisms to induce angiogenesis. Eur J Cancer 1997;33:676–682. [PubMed: 9274453]

230. Monte M, Davel LE, de Lustig ES. Inhibition of lymphocyte-induced angiogenesis by free radical scavengers. Free Radic Biol Med 1994;17:259–266. [PubMed: 7526998]

231. Harris AL. Hypoxia--a key regulatory factor in tumour growth. Nat Rev Cancer 2002;2:38–47. [PubMed: 11902584]

232. Hockel M, Schlenger K, Hockel S, Vaupel P. Hypoxic cervical cancers with low apoptotic index are highly aggressive. Cancer Res 1999;59:4525–4528. [PubMed: 10493500]

233. Hockel M, Vaupel P. Tumor hypoxia: definitions and current clinical, biologic, and molecular aspects. J Natl Cancer Inst 2001;93:266–276. [PubMed: 11181773]

234. Roessner A, Kuester D, Malfertheiner P, Schneider-Stock R. Oxidative stress in ulcerative colitis-associated carcinogenesis. Pathol Res Pract 2008;204:511–524. [PubMed: 18571874]

235. Martey CA, Pollock SJ, Turner CK, O'Reilly KM, Baglole CJ, Phipps RP, Sime PJ. Cigarette smoke induces cyclooxygenase-2 and microsomal prostaglandin E2 synthase in human lung fibroblasts: implications for lung inflammation and cancer. Am J Physiol Lung Cell Mol Physiol 2004;287:L981–991. [PubMed: 15234907]

236. Garcea G, Dennison AR, Steward WP, Berry DP. Role of inflammation in pancreatic carcinogenesis and the implications for future therapy. Pancreatology 2005;5:514–529. [PubMed: 16110250]

237. Murphy SJ, Anderson LA, Johnston BT, Fitzpatrick DA, Watson PR, Monaghan P, Murray LJ. Have patients with esophagitis got an increased risk of adenocarcinoma? Results from a population-based study. World J Gastroenterol 2005;11:7290–7295. [PubMed: 16437630]

238. de Visser KE, Jonkers J. Towards understanding the role of cancer-associated inflammation in chemoresistance. Curr Pharm Des 2009;15:1844–1853. [PubMed: 19519427]

239. Borst P, Jonkers J, Rottenberg S. What makes tumors multidrug resistant? Cell Cycle 2007;6:2782–2787. [PubMed: 17998803]

240. Schmitt CA, Fridman JS, Yang M, Lee S, Baranov E, Hoffman RM, Lowe SW. A senescence program controlled by p53 and p16INK4a contributes to the outcome of cancer therapy. Cell 2002;109:335–346. [PubMed: 12015983]

241. Szakacs G, Paterson JK, Ludwig JA, Booth-Genthe C, Gottesman MM. Targeting multidrug resistance in cancer. Nat Rev Drug Discov 2006;5:219–234. [PubMed: 16518375]

242. Voorzanger-Rousselot N, Alberti L, Blay JY. CD40L induces multidrug resistance to apoptosis in breast carcinoma and lymphoma cells through caspase independent and dependent pathways. BMC Cancer 2006;6:75. [PubMed: 16545138]

243. Ho EA, Piquette-Miller M. Regulation of multidrug resistance by proinflammatory cytokines. Curr Cancer Drug Targets 2006;6:295–311. [PubMed: 16848721]

244. Petrovic V, Teng S, Piquette-Miller M. Regulation of drug transporters during infection and inflammation. Mol Interv 2007;7:99–111. [PubMed: 17468390]

245. Hartmann G, Vassileva V, Piquette-Miller M. Impact of endotoxin-induced changes in P-glycoprotein expression on disposition of doxorubicin in mice. Drug Metab Dispos 2005;33:820–828. [PubMed: 15778272]

246. Blokzijl H, van Steenpaal A, Vander Borght S, Bok LI, Libbrecht L, Tamminga M, Geuken M, Roskams TA, Dijkstra G, Moshage H, Jansen PL, Faber KN. Up-regulation and cytoprotective role of epithelial multidrug resistance-associated protein 1 in inflammatory bowel disease. J Biol Chem 2008;283:35630–35637. [PubMed: 18838379]

247. Bottero V, Busuttil V, Loubat A, Magne N, Fischel JL, Milano G, Peyron JF. Activation of nuclear factor kappaB through the IKK complex by the topoisomerase poisons SN38 and doxorubicin: a brake to apoptosis in HeLa human carcinoma cells. Cancer Res 2001;61:7785–7791. [PubMed: 11691793]

248. Das KC, White CW. Activation of NF-kappaB by antineoplastic agents. Role of protein kinase C. J Biol Chem 1997;272:14914–14920. [PubMed: 9169462]

249. Piret B, Piette J. Topoisomerase poisons activate the transcription factor NF-kappaB in ACH-2 and CEM cells. Nucleic Acids Res 1996;24:4242–4248. [PubMed: 8932379]

250. Ahn KS, Sethi G, Aggarwal BB. Nuclear factor-kappa B: from clone to clinic. Curr Mol Med 2007;7:619–637. [PubMed: 18045141]

251. Raju U, Gumin GJ, Noel F, Tofilon PJ. IkappaBalpha degradation is not a requirement for the X-ray-induced activation of nuclear factor kappaB in normal rat astrocytes and human brain tumour cells. Int J Radiat Biol 1998;74:617–624. [PubMed: 9848280]

252. Chen R, Alvero AB, Silasi DA, Kelly MG, Fest S, Visintin I, Leiser A, Schwartz PE, Rutherford T, Mor G. Regulation of IKKbeta by miR-199a affects NF-kappaB activity in ovarian cancer cells. Oncogene 2008;27:4712–4723. [PubMed: 18408758]

253. Kelly MG, Alvero AB, Chen R, Silasi DA, Abrahams VM, Chan S, Visintin I, Rutherford T, Mor G. TLR-4 signaling promotes tumor growth and paclitaxel chemoresistance in ovarian cancer. Cancer Res 2006;66:3859–3868. [PubMed: 16585214]

254. Braunstein S, Formenti SC, Schneider RJ. Acquisition of stable inducible upregulation of nuclear factor-kappaB by tumor necrosis factor exposure confers increased radiation resistance without increased transformation in breast cancer cells. Mol Cancer Res 2008;6:78–88. [PubMed: 18234964]

255. Douglas KT. Mechanism of action of glutathione-dependent enzymes. Adv Enzymol Relat Areas Mol Biol 1987;59:103–167. [PubMed: 2880477]

256. Sau A, Pellizzari Tregno F, Valentino F, Federici G, Caccuri AM. Glutathione transferases and development of new principles to overcome drug resistance. Arch Biochem Biophys 500:116–122. [PubMed: 20494652]

257. Hayes JD, Flanagan JU, Jowsey IR. Glutathione transferases. Annu Rev Pharmacol Toxicol 2005;45:51–88. [PubMed: 15822171]

258. Lau A, Villeneuve NF, Sun Z, Wong PK, Zhang DD. Dual roles of Nrf2 in cancer. Pharmacol Res 2008;58:262–270. [PubMed: 18838122]

259. Wang XJ, Sun Z, Villeneuve NF, Zhang S, Zhao F, Li Y, Chen W, Yi X, Zheng W, Wondrak GT, Wong PK, Zhang DD. Nrf2 enhances resistance of cancer cells to chemotherapeutic drugs, the dark side of Nrf2. Carcinogenesis 2008;29:1235–1243. [PubMed: 18413364]

260. Cho JM, Manandhar S, Lee HR, Park HM, Kwak MK. Role of the Nrf2-antioxidant system in cytotoxicity mediated by anticancer cisplatin: implication to cancer cell resistance. Cancer Lett 2008;260:96–108. [PubMed: 18036733]

261. Padmanabhan B, Tong KI, Ohta T, Nakamura Y, Scharlock M, Ohtsuji M, Kang MI, Kobayashi A, Yokoyama S, Yamamoto M. Structural basis for defects of Keap1 activity provoked by its point mutations in lung cancer. Mol Cell 2006;21:689–700. [PubMed: 16507366]

262. Singh A, Misra V, Thimmulappa RK, Lee H, Ames S, Hoque MO, Herman JG, Baylin SB, Sidransky D, Gabrielson E, Brock MV, Biswal S. Dysfunctional KEAP1-NRF2 interaction in non-small-cell lung cancer. PLoS Med 2006;3:e420. [PubMed: 17020408]

263. Jozkowicz A, Was H, Dulak J. Heme oxygenase-1 in tumors: is it a false friend? Antioxid Redox Signal 2007;9:2099–2117. [PubMed: 17822372]

264. Brigelius-Flohe R. Selenium compounds and selenoproteins in cancer. Chem Biodivers 2008;5:389–395. [PubMed: 18357548]

265. Kim JH, Bogner PN, Ramnath N, Park Y, Yu J, Park YM. Elevated peroxiredoxin 1, but not NF-E2-related factor 2, is an independent prognostic factor for disease recurrence and reduced survival in stage I non-small cell lung cancer. Clin Cancer Res 2007;13:3875–3882. [PubMed: 17606720]

266. Kim YJ, Ahn JY, Liang P, Ip C, Zhang Y, Park YM. Human prx1 gene is a target of Nrf2 and is up-regulated by hypoxia/reoxygenation: implication to tumor biology. Cancer Res 2007;67:546–554. [PubMed: 17234762]

267. Persons DL, Yazlovitskaya EM, Cui W, Pelling JC. Cisplatin-induced activation of mitogen-activated protein kinases in ovarian carcinoma cells: inhibition of extracellular signal-regulated kinase activity increases sensitivity to cisplatin. Clin Cancer Res 1999;5:1007–1014. [PubMed: 10353733]

268. Steinmetz R, Wagoner HA, Zeng P, Hammond JR, Hannon TS, Meyers JL, Pescovitz OH. Mechanisms regulating the constitutive activation of the extracellular signal-regulated kinase (ERK) signaling pathway in ovarian cancer and the effect of ribonucleic acid interference for ERK1/2 on cancer cell proliferation. Mol Endocrinol 2004;18:2570–2582. [PubMed: 15243131]

269. Camps M, Nichols A, Arkinstall S. Dual specificity phosphatases: a gene family for control of MAP kinase function. FASEB J 2000;14:6–16. [PubMed: 10627275]

270. Keyse SM. Protein phosphatases and the regulation of mitogen-activated protein kinase signalling. Curr Opin Cell Biol 2000;12:186–192. [PubMed: 10712927]

271. Nichols A, Camps M, Gillieron C, Chabert C, Brunet A, Wilsbacher J, Cobb M, Pouyssegur J, Shaw JP, Arkinstall S. Substrate recognition domains within extracellular signal-regulated kinase mediate binding and catalytic activation of mitogen-activated protein kinase phosphatase-3. J Biol Chem 2000;275:24613–24621. [PubMed: 10811804]

272. Kim JJ, Tannock IF. Repopulation of cancer cells during therapy: an important cause of treatment failure. Nat Rev Cancer 2005;5:516–525. [PubMed: 15965493]

273. Olivieri G, Bodycote J, Wolff S. Adaptive response of human lymphocytes to low concentrations of radioactive thymidine. Science 1984;223:594–597. [PubMed: 6695170]

274. Orlowski RZ, Baldwin AS Jr. NF-kappaB as a therapeutic target in cancer. Trends Mol Med 2002;8:385–389. [PubMed: 12127724]

275. Fan M, Ahmed KM, Coleman MC, Spitz DR, Li JJ. Nuclear factor-kappaB and manganese superoxide dismutase mediate adaptive radioresistance in low-dose irradiated mouse skin epithelial cells. Cancer Res 2007;67:3220–3228. [PubMed: 17409430]

276. Guo G, Yan-Sanders Y, Lyn-Cook BD, Wang T, Tamae D, Ogi J, Khaletskiy A, Li Z, Weydert C, Longmate JA, Huang TT, Spitz DR, Oberley LW, Li JJ. Manganese superoxide dismutase-mediated gene expression in radiation-induced adaptive responses. Mol Cell Biol 2003;23:2362–2378. [PubMed: 12640121]

277. Li Z, Xia L, Lee LM, Khaletskiy A, Wang J, Wong JY, Li JJ. Effector genes altered in MCF-7 human breast cancer cells after exposure to fractionated ionizing radiation. Radiat Res 2001;155:543–553. [PubMed: 11260656]

278. Izzo JG, Malhotra U, Wu TT, Ensor J, Luthra R, Lee JH, Swisher SG, Liao Z, Chao KS, Hittelman WN, Aggarwal BB, Ajani JA. Association of activated transcription factor nuclear factor kappab with chemoradiation resistance and poor outcome in esophageal carcinoma. J Clin Oncol 2006;24:748–754. [PubMed: 16401681]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

279. Sandur SK, Deorukhkar A, Pandey MK, Pabon AM, Shentu S, Guha S, Aggarwal BB, Krishnan S. Curcumin modulates the radiosensitivity of colorectal cancer cells by suppressing constitutive and inducible NF-kappaB activity. Int J Radiat Oncol Biol Phys 2009;75:534–542. [PubMed: 19735878]

280. De Ridder M, Verellen D, Verovski V, Storme G. Hypoxic tumor cell radiosensitization through nitric oxide. Nitric Oxide 2008;19:164–169. [PubMed: 18474256]

281. Janssens MY, Verovski VN, Van den Berge DL, Monsaert C, Storme GA. Radiosensitization of hypoxic tumour cells by S-nitroso-N-acetylpenicillamine implicates a bioreductive mechanism of nitric oxide generation. Br J Cancer 1999;79:1085–1089. [PubMed: 10098740]

282. Kimura K, Bowen C, Spiegel S, Gelmann EP. Tumor necrosis factor-alpha sensitizes prostate cancer cells to gamma-irradiation-induced apoptosis. Cancer Res 1999;59:1606–1614. [PubMed: 10197636]

283. Mitchell JB, Wink DA, DeGraff W, Gamson J, Keefer LK, Krishna MC. Hypoxic mammalian cell radiosensitization by nitric oxide. Cancer Res 1993;53:5845–5848. [PubMed: 8261391]

284. Sersa G, Willingham V, Milas L. Anti-tumor effects of tumor necrosis factor alone or combined with radiotherapy. Int J Cancer 1988;42:129–134. [PubMed: 3391701]

285. Verovski VN, Van den Berge DL, Soete GA, Bols BL, Storme GA. Intrinsic radiosensitivity of human pancreatic tumour cells and the radiosensitising potency of the nitric oxide donor sodium nitroprusside. Br J Cancer 1996;74:1734–1742. [PubMed: 8956786]

286. Bonnet D, Dick JE. Human acute myeloid leukemia is organized as a hierarchy that originates from a primitive hematopoietic cell. Nat Med 1997;3:730–737. [PubMed: 9212098]

287. Al-Hajj M, Wicha MS, Benito-Hernandez A, Morrison SJ, Clarke MF. Prospective identification of tumorigenic breast cancer cells. Proc Natl Acad Sci U S A 2003;100:3983–3988. [PubMed: 12629218]

288. Collins AT, Berry PA, Hyde C, Stower MJ, Maitland NJ. Prospective identification of tumorigenic prostate cancer stem cells. Cancer Res 2005;65:10946–10951. [PubMed: 16322242]

289. Li C, Heidt DG, Dalerba P, Burant CF, Zhang L, Adsay V, Wicha M, Clarke MF, Simeone DM. Identification of pancreatic cancer stem cells. Cancer Res 2007;67:1030–1037. [PubMed: 17283135]

290. Ricci-Vitiani L, Lombardi DG, Pilozzi E, Biffoni M, Todaro M, Peschle C, De Maria R. Identification and expansion of human colon-cancer-initiating cells. Nature 2007;445:111–115. [PubMed: 17122771]

291. Schatton T, Murphy GF, Frank NY, Yamaura K, Waaga-Gasser AM, Gasser M, Zhan Q, Jordan S, Duncan LM, Weishaupt C, Fuhlbrigge RC, Kupper TS, Sayegh MH, Frank MH. Identification of cells initiating human melanomas. Nature 2008;451:345–349. [PubMed: 18202660]

292. Singh SK, Hawkins C, Clarke ID, Squire JA, Bayani J, Hide T, Henkelman RM, Cusimano MD, Dirks PB. Identification of human brain tumour initiating cells. Nature 2004;432:396–401. [PubMed: 15549107]

293. Szotek PP, Pieretti-Vanmarcke R, Masiakos PT, Dinulescu DM, Connolly D, Foster R, Dombkowski D, Preffer F, Maclaughlin DT, Donahoe PK. Ovarian cancer side population defines cells with stem cell-like characteristics and Mullerian Inhibiting Substance responsiveness. Proc Natl Acad Sci U S A 2006;103:11154–11159. [PubMed: 16849428]

294. Korkaya H, Wicha MS. Selective targeting of cancer stem cells: a new concept in cancer therapeutics. BioDrugs 2007;21:299–310. [PubMed: 17896836]

295. Diehn M, Cho RW, Lobo NA, Kalisky T, Dorie MJ, Kulp AN, Qian D, Lam JS, Ailles LE, Wong M, Joshua B, Kaplan MJ, Wapnir I, Dirbas FM, Somlo G, Garberoglio C, Paz B, Shen J, Lau SK, Quake SR, Brown JM, Weissman IL, Clarke MF. Association of reactive oxygen species levels and radioresistance in cancer stem cells. Nature 2009;458:780–783. [PubMed: 19144462]

296. Baba T, Convery PA, Matsumura N, Whitaker RS, Kondoh E, Perry T, Huang Z, Bentley RC, Mori S, Fujii S, Marks JR, Berchuck A, Murphy SK. Epigenetic regulation of CD133 and tumorigenicity of CD133+ ovarian cancer cells. Oncogene 2009;28:209–218. [PubMed: 18836486]

297. Ma S, Lee TK, Zheng BJ, Chan KW, Guan XY. CD133+ HCC cancer stem cells confer chemoresistance by preferential expression of the Akt/PKB survival pathway. Oncogene 2008;27:1749–1758. [PubMed: 17891174]

298. Rhee HW, Zhau HE, Pathak S, Multani AS, Pennanen S, Visakorpi T, Chung LW. Permanent phenotypic and genotypic changes of prostate cancer cells cultured in a three-dimensional rotating-wall vessel. In Vitro Cell Dev Biol Anim 2001;37:127–140. [PubMed: 11370803]

299. Thalmann GN, Anezinis PE, Chang SM, Zhau HE, Kim EE, Hopwood VL, Pathak S, von Eschenbach AC, Chung LW. Androgen-independent cancer progression and bone metastasis in the LNCaP model of human prostate cancer. Cancer Res 1994;54:2577–2581. [PubMed: 8168083]

300. Josson S, Matsuoka Y, Chung LW, Zhau HE, Wang R. Tumor-stroma coevolution in prostate cancer progression and metastasis. Semin Cell Dev Biol 21:26–32. [PubMed: 19948237]

301. De Marzo AM, Nakai Y, Nelson WG. Inflammation, atrophy, and prostate carcinogenesis. Urol Oncol 2007;25:398–400. [PubMed: 17826659]

302. Sung SY, Hsieh CL, Law A, Zhau HE, Pathak S, Multani AS, Lim S, Coleman IM, Wu LC, Figg WD, Dahut WL, Nelson P, Lee JK, Amin MB, Lyles R, Johnstone PA, Marshall FF, Chung LW. Coevolution of prostate cancer and bone stroma in three-dimensional coculture: implications for cancer growth and metastasis. Cancer Res 2008;68:9996–10003. [PubMed: 19047182]

303. Chung LW, Baseman A, Assikis V, Zhau HE. Molecular insights into prostate cancer progression: the missing link of tumor microenvironment. J Urol 2005;173:10–20. [PubMed: 15592017]

304. Porta C, Larghi P, Rimoldi M, Totaro MG, Allavena P, Mantovani A, Sica A. Cellular and molecular pathways linking inflammation and cancer. Immunobiology 2009;214:761–777. [PubMed: 19616341]

305. Mantovani A, Sica A, Allavena P, Garlanda C, Locati M. Tumor-associated macrophages and the related myeloid-derived suppressor cells as a paradigm of the diversity of macrophage activation. Hum Immunol 2009;70:325–330. [PubMed: 19236898]

306. Sica A, Bronte V. Altered macrophage differentiation and immune dysfunction in tumor development. J Clin Invest 2007;117:1155–1166. [PubMed: 17476345]

307. Balkwill F, Charles KA, Mantovani A. Smoldering and polarized inflammation in the initiation and promotion of malignant disease. Cancer Cell 2005;7:211–217. [PubMed: 15766659]

308. Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? Lancet 2001;357:539–545. [PubMed: 11229684]

309. Mantovani A, Allavena P, Sica A, Balkwill F. Cancer-related inflammation. Nature 2008;454:436–444. [PubMed: 18650914]

310. Mantovani A, Sozzani S, Locati M, Allavena P, Sica A. Macrophage polarization: tumor-associated macrophages as a paradigm for polarized M2 mononuclear phagocytes. Trends Immunol 2002;23:549–555. [PubMed: 12401408]

311. Hiratsuka S, Nakamura K, Iwai S, Murakami M, Itoh T, Kijima H, Shipley JM, Senior RM, Shibuya M. MMP9 induction by vascular endothelial growth factor receptor-1 is involved in lung-specific metastasis. Cancer Cell 2002;2:289–300. [PubMed: 12398893]

312. Surh YJ, Kundu JK, Na HK, Lee JS. Redox-sensitive transcription factors as prime targets for chemoprevention with anti-inflammatory and antioxidative phytochemicals. J Nutr 2005;135:2993S–3001S. [PubMed: 16317160]

313. Virgili F, Marino M. Regulation of cellular signals from nutritional molecules: a specific role for phytochemicals, beyond antioxidant activity. Free Radic Biol Med 2008;45:1205–1216. [PubMed: 18762244]

# 6. Abbreviations

| Akt | AKT8 virus oncogene cellular homolog |
|-----|--------------------------------------|
| AP-1 | activator protein-1 |

| | |
|---|---|
| **APC** | adenomatous polyposis coli |
| **ATF-2** | activating transcription factor-2 |
| **Bad** | Bcl-XL/Bcl-2-associated death promoter |
| **BH3** | Bcl-2 homology3 |
| **BRCA1** | breast cancer susceptibility gene 1 |
| **CDKN-2** | cyclin-dependent kinase inhibitor-2 |
| **COX-2** | cyclooxygenase-2 |
| **CCL5** | CC chemokine ligand 5 |
| **CSCs** | cancer stem cells |
| **Cu-ZnSOD** | copper-zinc superoxide dismutase |
| **CXCL5** | CXC chemokine lix 5 |
| **CXCR4** | CXC chemokine receptor 4 |
| **ECM** | extracellular matrix |
| **EC-SOD** | extracellular-superoxide dismutase |
| **eNOS** | endothelial nitric oxide synthase |
| **ERK/MAPK** | extracellular signal-regulated kinase/ mitogen-activated protein kinase |
| **FGF** | fibroblast growth factor |
| **HIF-1α** | hypoxia inducible factor-1α |
| **Flk1/KDR** | fetal liver kinase 1/ kinase insert domain receptor |
| **GPx** | glutathione peroxidase |
| **GSH** | glutathione |
| **GSSG** | glutathione disulphide |
| **GTPase Rac1** | guanosine triphosphatase Rac1 |
| **HER-2** | human epidermal growth factor receptor-2 |
| **HGF/SF** | hepatocyte growth factor/ scatter factor |
| **HIF-1α** | hypoxia-inducible factor-1α |
| **hMLH1** | human mutL homolog 1 |
| **HMOX-1** | heme oxygenase-1 |
| **4-HNE** | 4-hydroxynonenal |
| **$H_2O_2$** | hydrogen peroxide |
| **Hsp27** | heat shock protein27 |
| **ICAM-1** | intercellular adhesion molecule-1 |
| **IGF-1** | Insulin like growth factor-1 |
| **IκBα** | inhibitor of κBα |
| **IL-1** | interleukin-1 |
| **IL-6** | interleukin-6 |

NIH-PA Author Manuscript      NIH-PA Author Manuscript      NIH-PA Author Manuscript

| | |
|---|---|
| **IL-8** | interleukin-8 |
| **iNOS** | inducible nitric oxide synthase |
| **IFN** | interferon |
| **JNK** | c-Jun N-terminal kinase |
| **c-JUN** | cellular Ju-nanna |
| **KGF** | keratinocyte growth factor |
| **Keap1** | Kelch-like ECH-associated protein 1 |
| **LPS** | lipopolysaccharide |
| **MDR** | multidrug-resistance |
| **MDM2** | murine double minute 2 |
| **MKPs** | mitogen-activated protein kinase phosphatases |
| **MMPs** | metalloproteinases |
| **Mn-SOD** | manganese-superoxide dismutase |
| **MRP1** | multidrug resistance-associated protein 1 |
| **Myc** | avian myeloblastosis virus oncogene |
| **MyD88** | myeloid differentiation primary response gene 88 |
| **NAC** | N-acetylcysteine |
| **NADPH** | reduced nicotinamide adenine dinucleotide phosphate |
| **NFAT** | nuclear factor of activated T cells |
| **NF-κB** | nuclear factor κ B |
| **NO** | nitric oxide |
| **Nox** | NADPH oxidase |
| **Nrf2** | NF-E2 related factor-2 |
| **8-OHdG** | 8-hydroxydeoxyguanosine |
| **p27Kip1** | p27 kinase inhibitor protein |
| **PDGF** | platelet-derived growth factor |
| **PGP** | P-glycoprotein |
| **PI3K** | phosphoinositide 3- kinase |
| **PKB/Akt** | protein kinase B/AKT8 virus oncogene cellular homolog |
| **PMA** | phorbol 12-myristate 13- acetate |
| **PPAR-γ** | peroxisome proliferator-activated receptor-γ |
| **PTEN** | phosphatase and tensin homolog deleted from chromosome 10 |
| **Prx** | peroxiredoxins |
| **RAS** | rat sarcoma viral oncogene |
| **RAF** | murine sarcoma 3611 oncogene |
| **Rb** | retinoblastoma protein |

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

Reuter et al.                                                                                                          Page 32

| | |
|---|---|
| **ROS** | reactive oxygen species |
| **RNS** | reactive nitrogen species |
| **SDF-1/CXCL12** | stromal cell derived factor-1/ CXC chemokine ligand 12 |
| **SOD** | superoxide dismutase |
| **SRC** | steroid receptor coactivator |
| **STAT3** | signal transducer and activator of transcription 3 |
| **TAM** | tumor-associated macrophages |
| **tBHQ** | tertiary-butylhydroquinone |
| **TGF-β** | transforming growth factor-β |
| **TLR** | toll-like receptor |
| **TNF** | tumor necrosis factor |
| **TSP-1** | thrombospondin-1 |
| **TrxR** | thioredoxin reductase |
| **VEGF-A** | vascular endothelial growth factor-A |
| **Wnt** | wint |

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Case 3:16-md-02738-MAS-RLS   Document 9891-2   Filed 05/29/19   Page 86 of 430 PageID: 69701

**Figure 1. Schematic representation of various activators and inhibitors of reactive oxygen species production**

**Figure 2. Schematic representation of various transcription factors that are modulated by reactive oxygen species**



**Figure 3. Model of a balance between pro-oxidants and anti-oxidants**
Under normal conditions, anti-oxidants outbalance pro-oxidants, but under oxidative conditions, pro-oxidants prevail over anti-oxidants, which can lead to many inflammatory diseases including cancer.



**Figure 4. Model of the sensitivity of normal cells versus cancer cells to reactive oxygen species**
Normal cells are hypersensitive to ROS if not adequately protected by anti-oxidant mechanisms, which may lead to cancer formation. Cancer cells, on the other hand, have upregulated antioxidant mechanisms (glutathione, SOD, catalase, and others) that will protect them against ROS, as can be observed in, for example, the case of radioresistance.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Table 1**
**A partial list of diseases that have been linked to reactive oxygen species**

| Disease | Reference |
|---|---|
| Acute Respiratory Distress Syndrome | [16] |
| Aging | [17] |
| Alzheimer | [18,19] |
| Atherosclerosis | [20] |
| Cancer | [21-23] |
| Cardiovascular Disease | [24,25] |
| Diabetes | [26] |
| Inflammation | [27] |
| Inflammatory Joint Disease | [28] |
| Neurological Disease | [29] |
| Obesity | [30,31] |
| Parkinson | [32,33] |
| Pulmonary fibrosis | [34,35] |
| Rheumatoid arthritis | [36] |
| Vascular Disease | [37,38] |

**Table 2**
**A partial list of cancers that have been linked to reactive oxygen species**

| Cancer | Reference |
| --- | --- |
| Bladder Cancer | [39] |
| Brain Tumor | [40] |
| Breast Cancer | [41] |
| Cervical Cancer | [42] |
| Gastric (Stomach) Cancer | [43] |
| Liver Cancer | [44] |
| Lung Cancer | [45] |
| Melanoma | [46] |
| Multiple Myeloma | [47] |
| Leukemia | [48] |
| Lymphoma | [49] |
| Oral Cancer | [50] |
| Ovarian Cancer | [51] |
| Pancreatic Cancer | [52] |
| Prostate Cancer | [10] |
| Sarcoma | [53] |

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Table 3**
**A partial list of signaling pathways linked to reactive oxygen species**

| Signaling intermediate | Reference |
| --- | --- |
| AHR | [98] |
| AP-1 | [99,100] |
| ATM | [101] |
| cAMP | [102] |
| cAMP-dependent PKA | [103] |
| CDK5 | [104] |
| Chemokine | [70] |
| c-myc | [99] |
| CREB | [103] |
| Cyclins and Cell Cycle Regulation | [105] |
| Cytokine Network | [66] |
| DNA Methylation | [106] |
| DNA Repair Mechanism | [107] |
| EGF | [108] |
| eNOS | [109] |
| ERK | [110] |
| Fas | [111] |
| FOXO | [112] |
| HIF-1α | [113] |
| HO-1 | [114] |
| IL-10 | [115] |
| iNOS | [109] |
| Integrin | [116] |
| Interferon | [117] |
| JAK/STAT | [118] |
| JNK | [119] |
| MAPK | [110] |
| Mismatch Repair | [120] |
| mTor | [121] |
| NAD(P)H quinone oxidoreductase 1 | [122] |
| NF-κB | [123] |
| Nfr2 | [124] |
| PI3K/Akt | [125] |
| p38 | [126] |
| p53 | [127,128] |
| PKC | [129] |
| PPARγ | [130] |
| PTEN | [131] |
| PTPs/PTKs | [132] |

| Signaling intermediate | Reference |
| --- | --- |
| Sp1 | [133] |
| TNF | [5] |
| VEGF | [134] |
| WNT | [135,136] |

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Exhibit 104

Pathol. Oncol. Res. (2015) 21:527–534
DOI 10.1007/s12253-015-9913-z

REVIEW

# The Role of the Mediators of Inflammation in Cancer Development

**José Veríssimo Fernandes · Ricardo Ney Oliveira Cobucci ·
Carlos André Nunes Jatobá · Thales Allyrio Araújo de Medeiros Fernandes ·
Judson Welber Veríssimo de Azevedo · Josélio Maria Galvão de Araújo**

Received: 28 July 2014 / Accepted: 17 February 2015 / Published online: 5 March 2015
© Arányi Lajos Foundation 2015

**Abstract** Epigenetic disorders such as point mutations in cellular tumor suppressor genes, DNA methylation and post-translational modifications are needed to transformation of normal cells into cancer cells. These events result in alterations in critical pathways responsible for maintaining the normal cellular homeostasis, triggering to an inflammatory response which can lead the development of cancer. The inflammatory response is a universal defense mechanism activated in response to an injury tissue, of any nature, that involves both innate and adaptive immune responses, through the collective action of a variety of soluble mediators. Many inflammatory signaling pathways are activated in several types of cancer, linking chronic inflammation to tumorigenesis process. Thus, Inflammatory responses play decisive roles at different stages of tumor development, including initiation, promotion, growth, invasion, and metastasis, affecting also the immune surveillance. Immune cells that infiltrate tumors engage in an extensive and dynamic crosstalk with cancer cells, and some of the molecular events that mediate this dialog have been revealed. A range of inflammation mediators, including cytokines, chemokines, free radicals, prostaglandins, growth and transcription factors, microRNAs, and enzymes as, cyclooxygenase and matrix metalloproteinase, collectively acts to create a favorable microenvironment for the development of tumors. In this review are presented the main mediators of the inflammatory response and discussed the likely mechanisms through which, they interact with each other to create a condition favorable to development of cancer.

**Keywords** Inflammation and cancer · Inflammation mediators · Mechanisms of tumorigenesis

J. V. Fernandes · J. M. G. de Araújo
Post-Graduate Program in Biological Sciences, Federal University of Rio Grande do Norte, Natal, RN, Brazil

J. V. Fernandes (✉) · J. M. G. de Araújo
Department of Microbiology and Parasitology, Federal University of Rio Grande do Norte, Campus Universitário, 59072-910 Natal, RN, Brazil
e-mail: joseverissimo1951@gmail.com

R. N. O. Cobucci
Maternidade Escola Januário Cicco, Federal University of Rio Grande do Norte, Natal, RN, Brazil

C. A. N. Jatobá
Department of Pathology, Federal University of Rio Grande do Norte, Natal, RN, Brazil

T. A. A. de Medeiros Fernandes
Department of Biomedical Sciences, University of Rio Grande do Norte State, Mossoró, RN, Brazil

J. W. V. de Azevedo
Hospital Universitário, Federal University of Triângulo Mineiro, Mina Gerais, Brazil

**Abbreviations**

| | |
|---|---|
| AA | Arachidonic acid |
| AP-1 | Activator protein 1 |
| APC | Antigen-presenting cell |
| cAMP | Cyclic AMP |
| CCL | Chemokine (C-C motif) ligand |
| CD | Cluster of differentiation |
| cHL | Classical Hodgkin lymphoma |
| CLRs | C-type lectin receptors |
| COX | Cyclooxygenase |
| CRC | Colorectal cancer |
| CXC | Chemokine receptors |
| DAMPs | Damage-associated molecular patterns |
| DNA | Deoxyribonucleic acid |
| ECM | Extracellular matrix |
| EGF | Epidermal growth factor |
| EGFR | Epidermal growth factor receptor |
| EMT | Epithelial-mesenchymal transition |
| FOXP3 | Forkhead box P3 |



| GPCRs | G protein-coupled |
| HPV | Human papillomavirus |
| ICC | Invasive cervical cancer |
| IFN | Interferon |
| IL | Interleukin |
| MHC | Major histocompatibility complex |
| miRNAs | MicroRNAs |
| MM | Multiple myeloma |
| MMPs | Enzymes matrix metalloproteinase matrix |
| NF-κB | Nuclear factor kappa-light-chain-enhancer of activated B cells |
| NK | Natural killer cell |
| NLRs | NOD-like receptors |
| NO | Nitric oxide |
| NSAIDs | Non-steroidal anti-inflammatory drugs |
| p53 | Tumor protein p53 |
| PAMPs | Pathogen-associated molecular patterns |
| PGs | Prostaglandins |
| PRRs | Pattern recognition receptors |
| PTGER | Prostaglandin receptor |
| PTGES | Terminal prostaglandin synthase enzyme |
| PubMed | US National Library of Medicine |
| RLRs | RIG-like receptors |
| ROS | Reactive oxygen species |
| STAT | Signal transducers and activators of transcription |
| TCR | T Cell Receptor |
| TGF | Transforming growth factor |
| Th cells | T helper cells |
| TLRs | Toll-like receptors |
| TNF | Tumor necrosis factor |
| Tregs | Regulatory T cells |
| Txs | Thromboxanes |

## Introduction

The primary functions of inflammation are rapidly destroying or isolating the underlying source of the disturbance and then restoring homeostasis so that, being regulated properly, behaves as an adaptive mechanism. One indication of this is the fact that humans with primary genetic defects in the components of inflammation have increased risk of serious infections. A similar phenomenon was observed in animals with defects in genes encoding pro-inflammatory cytokines [1]. Moreover, immunologically relevant genes whose dysfunction leads to spontaneous inflammation are not expressed under normal conditions, suggesting that the inflammatory response is suppressed to maintain health since its deregulation can have devastating effects for the host, resulting in collateral damage and pathology [2]. Thus, despite being a designed response to eliminate pathogens and other agents harmful to the host, the inflammation when deregulated or

inappropriately maintained has the potential to cause injury, necrosis, and malignant transformation [3].

Much evidence supports the hypothesis that inflammation participates in providing conditions that lead to cancer. An unresolved inflammation due to any failure in precise control of the immune response can lead to alterations in expression of cancer-related genes and posttranslational modification in cellular proteins involved in the cell cycle, DNA repair, and apoptosis favoring the development of cancer [4]. Currently, it is well established that chronic inflammation is strongly associated with several human cancers, since it leads to the release of pro-inflammatory cytokines, and other immunomodulatory, creating a favorable microenvironment for tumor progression and metastasis [5].

The inflammation generates oxidative stress, which in turn increases inflammation, so that the two are common denominators in carcinogenesis. Oxidative stress generates reactive oxygen species (ROS) that causes DNA damage and activates signaling pathways that deregulate the cell cycle and hence increase the risk of development of cancers. There is a cross-talk between these two mediators, where ROS and inflammation potentiate each other to ultimately cause cancer [6]. Thus, the inflammatory response plays key roles at different stages of tumor development, besides affecting immune surveillance. Immune cells that infiltrate into tumors establish a cross-talk with cancer cells to orchestrate interactions between different mechanisms, which together can lead to the formation of tumors. This review presents a discussion of some mediators of inflammation and the molecular events through which communication is established between immune and tumor cells, as key mechanisms regulating the effects of inflammation and immunity on tumor development.

The literature review was conducted in the electronic databases PubMed (National Institutes of Health), Scopus (Elsevier), and Web of Knowledge (Thomson Reuters), using the following keywords: carcinogenesis, Inflammation and cancer. The databases retrieved hundreds of articles, and we selected those that we thought to be most relevant to our purpose.

## Mediators Involved in the Inflammation and Carcinogenesis

The Infections and chronic inflammation contribute to about 1 in 4 of all cancer cases. Mediators of the inflammatory response, such as: cytokines, chemokines, free radicals, prostaglandins, growth factors and enzymes as cyclooxygenase (COX) and matrix metalloproteinase, can induce genetic and epigenetic changes, that result in alterations in critical pathways responsible for maintaining the normal cellular homeostasis and can leading to the development and progression to cancer [7–9].

Cytokines and chemokines are involved in many aspects of growth, differentiation and cell activation. Table 1 summarizes the actions of the main cytokines that play some role in the activation or regulation of the inflammatory response and that contribute in some way to the process of tumorigenesis.

Chemokines are key players of the cancer-related inflammation, whereas their respective receptors and ligands are the downstream genetic events that cause neoplastic transformation and which are abundantly expressed in chronic inflammation, increasing susceptibility to cancer. The components of the chemokine system affect different routes of tumor progression, including leukocyte recruitment, neo-angiogenesis, proliferation, survival, invasion, and metastasis of tumor cells. Preclinical and clinical trials indicate that the intervention in the chemokine system can be a valuable tool for the development of future therapeutic strategies against cancer [35].

It has been shown that the CXCR2 chemokine receptor and its ligands promote angiogenesis and leukocyte infiltration in the tumor microenvironment. In the acidic and hypoxic conditions of the tumor microenvironment, up-regulating the expression of CXCR4 creates a gradient prepared by CXCL12 for migration of tumor-associated fibroblasts (CAF). The axis CXCL12-CXCR4 facilitates metastasis to distant organs and the CCL21-CCR7 chemokine ligand-receptor pair favors metastasis to lymph nodes. These two chemokine ligand-receptor systems are common key mediators of tumor cell metastasis for several malignancies [36].

It has been shown that cancer cells secrete, or induce fibroblasts to secrete the chemokine CCL5, which acts in an autocrine or paracrine manner on tumor cells, which express their receptor (CCR5). This promotes the proliferation of these cells and recruitment of T-reg cells and monocytes to induce activation of osteoclasts and bone metastases, by inducing neoangiogenesis, and to facilitate the spread of tumor cells for distant organs. It is believed that CCL5, produced by cells of classical Hodgkin lymphoma (cHL), may represent an autocrine growth factor of the tumor cells by creating a microenvironment conducive to tumor progression, whereas CCL5 secreted by T cells or fibroblasts may represent a paracrine growth factor. TCD4+ cells expressing CD40L increase the secretion of CCL5 by cHL cells and induce secreting CCL5 by fibroblasts, which promote the recruitment of activated fibroblasts by cHL cells, which in turn recruit T-reg cells, eosinophils, and mast cells [35].

It has been observed that CXCL8, a chemokine of the CXC family, exerts its effects through signaling two G-coupled receptors, CXCR1 and CXCR2 protein. Elevated CXCL8 signaling - CXCR1 / 2 within the tumor microenvironment of various types of human cancers promotes tumor progression through the activation of signaling pathways involved in activation of proliferation, survival, angiogenesis, migration, and cell invasion, through transactivation of the epidermal growth factor receptor (EGFR) [5].

## The Role of Transcription Factors NF-κB

The NF-κB family of transcription factors has been recognized as a crucial player in many steps of cancer including initiation and progression, cooperating with multiple other signaling molecules and pathways. This action is mediated by other transcription factors such as STAT3 and p53 or the ETS-related gene ERG, which directly interacts with NF-κB subunits or affects NF-κB target genes. Crosstalk can also occur through different kinases, such as GSK3-β, p38, or PI3K, which modulate NF-κB transcriptional activity or affect upstream signaling pathways. Other classes of molecules that can also act in the integration of these mechanisms involving NF-κB are reactive oxygen species and miRNAs [37].

It is well known that NF-κB regulate the expression of numerous cytokines and adhesion molecules which are critical elements involved in the regulation of immune responses [38]. Furthermore, it coordinates the central signaling pathways of activation of the innate and adaptive immune responses, and that STAT3 regulates the expression of various genes in response to cellular stimuli, playing a key role in cell growth and apoptosis. It has been shown that STAT3 is constitutively activated in many human cancers, including gastric cancer and plays crucial roles in modulating proliferation and survival, cancer cells as well as creating a favorable microenvironment to the formation of metastasis [39].

The activation and interaction between STAT3 and NF-κB have been widely investigated in human cancers such as colon, stomach, and liver cancers. It has been shown that the interaction between these two transcription factors play a vital role in controlling the communication between inflammatory cells and cancerous cells. NF-κB and STAT3 are the main two factors that control the capacity of pre-neoplastic and malignant tumor cells to resist immune surveillance by regulating apoptosis, angiogenesis, and tumor invasion. The understanding of the molecular mechanisms of NF-κB and STAT3 cooperation in cancer development will provide opportunities for the design of new chemo-preventive and chemotherapeutic approaches [40].

## The Role of Matrix Metalloproteinase and Cyclooxygenases in the Carcinogenesis

The matrix metalloproteinases (MMPs) are members of the metzincin group of proteases, and constitute a family of zinc-dependent proteolytic enzymes that degrade various components of the extracellular matrix (ECM). Due to their broad spectrum of substrate specificity, MMPs contribute to the homeostasis of many tissues and participate in diverse physiological processes, such as bone remodeling, angiogenesis, wound healing, and immunity. However, the unregulated



J.V. Fernandes et al.

**Table 1** The role of some cytokines in cancer

| Cytokine | Role in cancer development | Ref. |
| --- | --- | --- |
| Interleukin-1β (IL-1β) | Supression of p53 expression; Cancerous epithelial cells uses IL-1β as a communication factor instructing stromal fibroblasts, whose expression of p53 was suppressed, creating an inflammatory microenvironment and protumorigenic | [10] |
| Tumor necrosis factor-α (TNF-α) | Creation of a tumor microenvironment that stimulates the growth and survival of tumor cells through the induction of gene encoding NF-κB dependent antiapoptotic molecules. Furthermore, It cause inflammatory cell infiltration in tumors and promotes angiogenesis, invasion and migration of tumor cell, and suppress cytotoxic T lymphocytes and activated macrophages. TNF-α also contributes to the initiation of tumors through the stimulation of production of genotoxic molecules such as nitric oxide (NO) and ROS, which may cause DNA mutations | [11–13] |
| Transforming growth factor-β (TGF-β) | TGF-β is essentially an inhibitory cytokine with an anti-inflammatory and immunosuppressive action, and has a central role in the proliferation and function of Treg cells. Changes in its signaling pathways are often observed in human cancer. These alterations attenuate the TGF-β tumor suppressive effects, promoting tumor progression and metastasis. The carcinoma often secrete this cytokine in excess, resulting in increased epithelial-mesenchimal transition with tissue invasion and metastasis. | [14–16] |
| Interleukin-6 (IL-6) | Stimulation of angiogenesis, promotion of cell proliferation and increased survival of malignant cells, besides inhibit the apoptosis of cancer cells. Clinical studies have shown that high serum levels of IL-6 are associated with advanced stages of various cancers. | [17, 18] |
| Interleukin-10 (IL-10) | Inhibition of IFN-γ production by Th1 cells as well as production of inflammatory cytokine, including TNF-α, IL-6, and IL-12. Therefore, it is involved in the inhibition of tumor development and progression. However, depending on the context in witch it acts, this cytokine can have action against or favorable to development of tumor. Its presence in the inflammatory microenvironment of the tumor can eliminate the anticancer action of the Th1 response. On the other hand, IL-10 and Tregs also suppress the activity of Th17, which is associated with poor prognosis in several types of cancer. | [19–25] |
| Interleukin-17 (IL-17) | Induction of many proinflamatory mediators, including TNF-α, IL-1β, and IL-6, suggesting a role in locating and amplifying the inflammation. Besides, several studies have shown large amounts of Th17 cells infiltrated in tumors and high levels of expression of IL-17 in the serum of patients with several types of tumors, suggesting an important role in the tumorigenesis. The Th17/Treg balance was also broken in the peripherical blood of cervical cancer patients. | [26–28] |
| Interleukin-12 (IL-12) | IL-12 has a protective activity against cancer, acting to prevent initiation, growth, and metastasis of tumors. It stimulates the cytotoxic activity and production of IFN-γ and TNF-α from NK and TCD8 cells, promoting a TH1 immune response, besides an antiangiogenic function. Recently, it has become evident the balance between IL-12 and IL-23 (a promoter of Th17 immune response) is important in the carcinogenesis process. | [29, 30] |



**Table 1** (continued)

| Cytokine | Role in cancer development | Ref. |
| --- | --- | --- |
| Interleukin-18 (IL-18) | IL-18 acts in synergy with IL-12 to induces Th1 immune response against cancer. The systemic administration of IL-18 has been chown to have significant antitumor activity in several preclinical animal models. However, its expression and secretion has been observed in several types of immune cells promoting cancer. Its levels has also been elevated in patients with squamous cell carcinoma of the skin. | [31–34] |

activity of MMPs leads to pathological conditions such as arthritis, inflammation, and cancer [41, 42].

They are key regulators of ECM and basement membranes, contributing to the development and progression of human malignant tumors due to their interaction with the receptors for growth factors, cytokines, chemokines, cell adhesion molecules, apoptotic ligands, and angiogenic factors [43, 44].

There are several different types of MMPs, including MMP-1, MMP −2, MMP-3, MMP-7, MMP-8, MMP-9, MMP-12, MP-13, and MT1-MMP, which are stimulated and activated by various mechanisms in vascular tissues. Once activated, MMPs degrade ECM proteins and other related signaling molecules, promoting abnormal angiogenesis and remodeling of vascular tissue, and facilitating recruitment of stem / progenitor cells, endothelial cells (ECs), and vascular smooth muscle cells (VSMCs). The changes in the behavior of these cells contribute to the pathogenesis of various disorders [43].

MMPs regulate inflammation by substrate processing of a range of novel substrates including chemokines, growth factors, receptors, binding proteins, proteases, protease inhibitors, and extra-and intracellular multifunctional proteins [45]. MMP-1 and MMP-13 are collagenases that degrade ECM, especially the collagens of type I, II, and III, which are the main components of the interstitial stroma. In colorectal cancer (CRC), the expression of MMP-1 is correlated with a more advanced stage of disease and with poor prognosis. It has been observed that the level of invasion of the lymph nodes by metastasis in CRC were associated with elevated levels of MMP-1. It has been shown that the expression of MMP-13 may be related to tumor biological aggressiveness and used to aid in predicting patient's poor prognosis. In fact, the expression MMP-13 expression was correlated with the decreased survival of patients with CRC [46].

MMP-2 and MMP-9 are gelatinases whose main substrate is type IV collagen and gelatin, but they also have proteolytic activity against other extracellular matrix molecules. Higher levels of expression of these enzymes were found in the plasma of patients with CRC that have metastasis in lymph nodes compared with those without lymph node metastases. MMP-7 is a matrilysin whose expression has been observed in about 80 % of all cases of CRC, and its serum levels are associated with the progression of CRC and decreased survival rate. MMP-7 promotes cancer invasion through cleavage of ECM proteins and activates other MMPs, including proMMP-2 and proMMP-9, to promote invasion of cancer cells. MMP-12 is a metalloelastase expressed predominantly in the macrophage, and it is able to degrade many different substrates and seems to have a protective function in CRC, since its inhibition was considered potentially harmful to the patient with this pathology [44].

On the other hand, the cyclooxygenases are enzymes that convert free arachidonic acid (AA) into prostanoids, including prostaglandins (PGs) and thromboxanes (Txs). There are two isoforms of COX designated, COX-1 and COX-2, being COX-2 the most strongly linked to development and progression of cancer [47, 48]. High expression levels of COX-2 are found in the tissue of colorectal cancer (CRC) and are associated with less survival of patients with CRC [49]. The clinical and epidemiological studies and animal experiments indicate that non-steroidal anti-inflammatory drugs (NSAIDs) are among the most promising chemopreventive agents for this disease. The NSAIDs exert their anti-inflammatory and antitumor effects mainly by inhibiting the action of COX-2, leading to reduced production of prostaglandins [50].

In cells of invasive cervical cancer (ICC), E5, E6, and E7 HPV 16 oncogenes were able to induce the COX/ prostaglandin inflammatory axis by increasing the expression of the COX-2 gene [9]. This suggests a direct link between HPV oncogene and activation of an inflammatory response, a potent factor in promoting cancer. Thus, although the initial HPV infection is not associated with inflammation, it is believed that, after integration of the virus into the cell genome, viral persistence occurs, followed by malignant transformation of the infected cell. This occurs due to the activation of inflammatory pathways such as COX-prostaglandin promoting an infiltration of inflammatory and immune cells, creating a favorable microenvironment for tumor progression [51].

Both COX 1 and 2 are significantly represented in cells of ICC, and the products of HPV oncogene and of the PGE2 gene can regulate the expression of the prostaglandin receptor (PTGER) [52]. Furthermore, it was demonstrated that E5 of

the HPV16 protein regulates the expression of PTGER4 in cells of ICC in a way that is dependent on PGE2 production of cyclic AMP (cAMP). This suggests that increased levels of PGE2 on ICC may regulate the function of neoplastic cells in an autocrine or paracrine manner, through the expression of high levels of PTGER2 and PTGER4 prostaglandin receptors [53].

### The Role of microRNAs in the Carcinogenesis

MicroRNAs (miRNAs) are small noncoding single-stranded RNAs, which are highly conserved during evolution, and controls the gene expression by degrading the corresponding mRNA, destabilizing and/or inhibition their translation [54]. They have been implicated in the regulation of almost all aspects of cellular functions, including the immune responses, innate and adaptive. miRNAs are involved in many types of inflammatory responses and have a significant impact on the magnitude of the responses. Furthermore, they participate of many regulatory networks of genes whose dysfunctions are associated with human diseases such as cancer [55, 56].

The expression of miRNAs is tightly controlled both spatially and temporally. Although some of them may function as tumor suppressors, the aberrant expression of these molecules has been correlated with various types of human cancers [57]. Besides, several miRNAs are involved in many types of inflammatory response. This is done in two main ways: by affecting development of subpopulations of inflammatory cells such as Th2 and Th17, or by setting the level of immune cell function, e.g., controlling the amount of cytokine produced by DCs [58].

Some miRNAs are expressed in activated T lymphocytes, and each miRNA represses its specific targets, which are often transcription factors specific for a given cell line. This may determines the type of inflammatory T cells produced during inflammation. Specific miRNAs, such as miR-155 and miR-146a, expressed in inflammatory cells, have as targets signaling proteins that regulate the intensity of the inflammatory signal. Ideally, the signaling results in a transient inflammatory response that eliminates the infection without harming the host. The lack of certain miRNAs, such as miR-155, can reduce the magnitude of the immune response, resulting in immunodeficiency. On the other hand, the constant overexpression of miR-155 or deletion of miR-146a can cause a chronic inflammatory condition in which inflammation is not resolved [59].

The expression of miR-21, miR-155, and miR125b is controlled by an undetermined amount of immune signals, the most prominent being TLR, TNF-α, and other cytokines that bind the functions of these miRNAs with inflammatory events [60]. The inflammation modulates the expression of microRNAs that influence the production of several tumor-related messenger RNAs or proteins. These molecular events induced by chronic inflammation contributes to alter important pathways involved in normal cellular function, and hence strengthen the role of inflammation in cancer development [61]. miR-21 is unregulated, both in vitro and in vivo, by oncogenes RAS or SRC, the most frequently activated in human cancers [62].

Among the mechanisms used by miRNAs to promote the initiation and progression of tumors are those that affect the modulation of TLR, cytokines, and their signaling pathways, they also play an important role in the development of cancers associated with infectious agents. The infections with various pathogens induce changes in the expression of miRNAs functionally related to the mounting of the innate immune response. Thus, they are involved in the regulation of the survival and proliferation of immunocompetent cells responsible for the control of infections. The miRNAs miR-21, miR-125, and miR-155 are the most frequently expressed during infection and therefore have a potential role in carcinogenesis induced by infectious agents. It has been shown that overexpression of miR-21 and miR-182 is associated with carcinogenesis associated with HPV with high oncogenic potential [60, 63].

A recent study identified one inflammatory pathway mediated by microRNA that is epigenetically repressed in breast cancers. A high-throughput screen for signal transducer and activator of transcription 3 (STAT3)–regulated microRNAs revealed the microRNA miR-146b as a direct STAT3 target in mammary epithelial cells, but DNA methylation in its promoter area suppressed miR-146b expression in cancer cells. It was observed that deregulated expression of miR-146a and miR-155, facilitates the development of proinflammatory phenotype of Tregs via increased STAT1 activation [64]. Overexpression of miR-146b suppresses NF-kB in an IL-6-dependent manner. The subsequent STAT3 activation decreased invasiveness phenotype in breast cancer cells [65, 66]. It has been proposed that carcinogenesis induced by inflammatory response triggered by miRNA, in colon cancer is related to dysregulation of colon cells and leukocytes, with impact on proteins involved in the PI3K/Atk signaling pathway, thereby contributing to cancer cell proliferation and tumor growth [67].

### Conclusions

Chronic inflammation arising of infections or of autoimmune disease precedes development of tumors, suggesting that inflammatory response plays an important role in the tumorigenesis process. Studies show that chronic inflammation can contribute to initiation, promotion, growth, and invasion of tumors, through of oncogenes activation, induction of mutations, loss of the mechanisms of cell cycle control, and of DNA repair, generating a genomic instability which, together

with angiogenesis and tissue remodeling, contributes to development about 1 in 4 cases, of cancer. The mediators of inflammatory response coordinates the central signaling pathways of activation of the innate and adaptive immune responses, and affect various aspects of inflammation, by activating involved genes in survival and proliferation of cells. Also promotes processing the extracellular matrix proteins and other related signaling molecules, causing abnormal angiogenesis and remodeling of vascular tissue, facilitating recruitment and activation or suppression cells of the immune system. Thus, a large variety of inflammatory mediators act together through a complex network of communication through which, they interact with each other's, of synergistic or antagonistic way, to break the cellular homeostasis, creating favorable conditions for initiation, progression and invasion of tumors. Understanding the mechanisms involved in activation, migration and infiltration of immune cells into tumors, as well as the role of a range of mediators of inflammation in the crosstalk of the immune cells with cancer cells, and the molecular events that mediate this dialog, is of great importance to find ways of intervene in this complex network of events, in order of prevent or interrupt the process of tumorigenesis.

**Conflict of Interest**   All authors state that there are no conflicts of interest to be declared. No financial support was requested or received in the production of this paper.

# References

1. Martinon F, Mayor A, Tschopp J (2009) The inflammasomes: guardians of the body. Annu Rev Immunol 27:229–265
2. Ashley NT, Weil ZM, Nelson RJ (2012) Inflammation: mechanisms, costs, and natural variation. Annu Rev Ecol Evol Syst 43:385–406
3. Bermejo-Martin JF, Martín-Loeches I, Bosinger S (2014) Inflammation and infection in critical care medicine. Mediat Inflamm 2014:456256. doi:10.1155/2014/456256
4. Eiró N, Vizoso FJ (2012) Inflammation and cancer. World J Gastrointest Surg 4(3):62–72
5. Campbell LM, Maxwell PJ, Waugh DJ (2013) Rationale and means to target pro-inflammatory interleukin-8 (CXCL8) signaling in cancer. Pharmaceuticals 6(8):929–959
6. Kaushal N, Kudva AK (2013) Oxidative stress and inflammation: the lesser of two evils in carcinogenesis. PostDoc J 1(2):89–101
7. Parks WC, Wilson CL, López-Boado YS (2004) Matrix metalloproteinases as modulators of inflammation and innate immunity. Nat Rev Immunol 4(8):617–629
8. Hussain SP, Harris CC (2007) Inflammation and cancer: an ancient link with novel potentials. Int J Cancer 121(11):2373–2380
9. Adefuye A, Sales K (2012) Regulation of inflammatory pathways in cancer and infectious disease of the cervix. Scientifica (Cairo) 2012:548150
10. Allavena P, Germano G, Marchesi F, Mantovani A (2011) Chemokines in cancer related inflammation. Exp Cell Res 317(5):664–673
11. Raman D, Baugher PJ, Thu YM, Richmond A (2007) Role of chemokines in tumor growth. Cancer Lett 256(2):137–165
12. Hoesel B, Schmid JA (2013) The complexity of NF-κB signaling in inflammation and cancer. Mol Cancer 12:86. doi:10.1186/1476-4598-12-86
13. Liang Y, Zhou Y, Shen P (2004) NF-kappaB and its regulation on the immune system. Cell Mol Immunol 1(5):343–350
14. Wu LJ, Li HX, Luo XT et al (2014) STAT3 activation in tumor cell-free lymph nodes predicts a poor prognosis for gastric cancer. Int J Clin Exp Pathol 7(3):1140–1146
15. Fan Y, Mao R, Yang J (2013) NF-κB and STAT3 signaling pathways collaboratively link inflammation to cancer. Protein Cell 4(3):176–185
16. Gomis-Rüth FX (2009) Catalytic domain architecture of metzincin metalloproteases. J Biol Chem 284(23):15353–15357
17. Löffek S, Schilling O, Franzke CW (2011) Biological role of matrix metalloproteinases: a critical balance. Eur Respir J 38:191–208
18. Walter L, Harper C, Gar P (2013) Role of matrix metalloproteinases in inflammation/colitis-associated colon cancer. Immuno-Gastroenterology 2(1):22–28
19. Chen Q, Jin M, Yang F, Zhu J, Xiao Q, Zhang L (2013) Matrix metalloproteinases: inflammatory regulators of cell behaviors in vascular formation and remodeling. Mediat Inflamm 2013:928315. doi:10.1155/2013/928315
20. Butler GS (2000) Overall CM (2013) Matrix metalloproteinase processing of signaling molecules to regulate inflammation. Periodontol 63(1):123–148
21. Said AH, Raufman JP, Xie G (2014) The role of matrix metalloproteinases in colorectal cancer. Cancers 6(1):366–375
22. Zyada MM, Shamaa AA (2008) Is collagenase-3 (MMP-13) expression in chondrosarcoma of the jaws a true marker for tumor aggressiveness? Diagn Pathol 3:26. doi:10.1186/1746-1596-3-26
23. Zha S, Yegnasubramanian V, Nelson WG, Isaacs WB, De Marzo AM (2004) Cyclooxygenases in cancer: progress and perspective. Cancer Lett 215(1):1–20
24. Cathcart MC, O'Byrne KJ, Reynolds JV, O'Sullivan J, Pidgeon GP (2012) COX-derived prostanoid pathways in gastrointestinal cancer development and progression: novel targets for prevention and intervention. Biochim Biophys Acta 1825(1):49–63
25. Asting AG, Carén H, Andersson M, Lönnroth C, Lagerstedt K, Lundholm K (2011) COX-2 gene expression in colon cancer tissue related to regulating factors and promoter methylation status. BMC Cancer 11:238. doi:10.1186/1471-2407-11-238
26. Wang D, Dubois RN (2010) The Role of COX-2 in intestinal inflammation and colorectal cancer. Oncogene 29(6):781–788
27. Sharkey DJ, Tremellen KP, Jasper MJ, Gemzell-Danielsson K, Robertson SA (2012) Seminal fluid induces leukocyte recruitment and cytokine and chemokine mRNA expression in the human cervix after coitus. J Immunol 188(5):2445–2454
28. Sales KJ, Katz AA, Howard B et al (2002) Cyclooxygenase-1 is upregulated in cervical carcinomas: autocrine/paracrine regulation of cyclooxygenase-2, prostaglandin e receptors, and angiogenic factors by cyclooxygenase-1. Cancer Res 62:424–432
29. zur Hausen H (2009) Papillomaviruses in the causation of human cancers - a brief historical account. Virology 384(2):260–265
30. Ahmad J, Hasnain SE, Siddiqui MA, Ahamed M, Musarrat J, Al-Khedhairy AA (2013) MicroRNA in carcinogenesis & cancer diagnostics: a new paradigm. Indian J Med Res 137(4):680–694
31. Croce CM (2009) Causes and consequences of microRNA dysregulation in cancer. Nat Rev Genet 10:704–714
32. Ostermann E, Laventie JR, Pfeffer S, Bahram S, Sprauel PS, Georgel P (2013) MicroRNAs: Fine-turners of type-I interferon-dependent inflammatory responses. Curr Trends Immunol 14:35–44
33. Tili E, Michaille JJ, Croce CM (2013) MicroRNAs play a central role in molecular dysfunctions linking inflammation with cancer. Immunol Rev 253(1):167–184
34. Shivdasani RA (2006) MicroRNAs: regulators of gene expression and cell differentiation. Blood 108(12):3646–3653



35. Yeung ML, Jeang KT (2011) MicroRNAs and cancer therapeutics. Pharm Res 28(12):3043–3049

36. O'Connell RM, Rao DS, Baltimore D (2012) MicroRNA regulation of inflammatory responses. Annu Rev Immunol 30:295–312

37. Chiba T, Marusawa H, Ushijima T (2012) Inflammation-associated cancer development in digestive organs: mechanisms and roles for genetic and epigenetic modulation. Gastroenterology 143(3):550–563

38. Schetter AJ, Okayama H, Harris CC (2012) The role of microRNAs in colorectal cancer. Cancer J 18:244–252

39. Tang T, Wong HK, Gu W et al (2013) MicroRNA-182 plays an onco-miRNA role in cervical cancer. Gynecol Oncol 129(1):199–208

40. Zhou Q, Haupt S, Kreuzer JT et al (2014) Decreased expression of miR-146a and miR-155 contributes to an abnormal Treg phenotype in patients with rheumatoid arthritis. Ann Rheum Dis. doi:10.1136/annrheumdis-2013-204377

41. Iliopoulos D (2014) MicroRNA circuits regulate the cancer-inflammation link. Sci Signal 7(318):pe8. doi:10.1126/scisignal.2005053

42. Josse C, Bouznad N, Geurts P et al (2014) Identification of a microRNA landscape targeting the PI3K/Akt signaling pathway in inflammation-induced colorectal carcinogenesis. Am J Physiol Gastrointest Liver Physiol 306(3):G229–G243

43. Schauer IG, Zhang J, Xing Z, Guo X, Mercado-Uribe I, Sood AK, Huang P, Liu J (2013) Interleukin-1β promotes ovarian tumorigenesis through a p53/NF-κB-mediated inflammatory response in stromal fibroblasts. Neoplasia 15(4):409–420

44. Lou JL, Maeda S, Hsu LC, Yagita H, Karin M (2004) Inhibition of NF-kappaB in cancer cells converts inflammation-induced tumor growth mediated by TNF-α to TRAIL-mediated tumor regression. Cancer Cell 6(3):297–305

45. Waters JP, Pober JS, Bradley JR (2013) Tumour necrosis factor and cancer. J Pathol 230(3):241–248

46. Hussain SP, Hofseth LJ, Harris CC (2003) Radical causes of cancer. Nat Rev Cancer 3(4):276–285

47. Lebrun JJ (2012) The dual role of TGF-β in human cancer: from tumor suppression to cancer metastasis. ISRN Mol Biol 2012:381428. doi:10.5402/2012/ 381428

48. Elliott RL, Blobe GC (2005) Role of transforming growth factor beta in human cancer. J Clin Oncol 23(9):2078–2093

49. Chen W, Konkel JE (2010) TGF-beta and 'adaptive' Foxp3(+) regulatory T cells. J Mol Cell Biol 2(1):30–36

50. Visperas A, Do JS, Bulek K, Li X, Min B (2014) IL-27, targeting antigen-presenting cells, promotes Th17 differentiation and colitis in mice. Mucosal Immunol 7(3):625–633

51. Guo Y, Xu F, Lu T, Duan Z, Zhang Z (2012) Interleukin-6 signaling pathway in targeted therapy for cancer. Cancer Treat Rev 38(7):904–910

52. Vicari AP, Trinchieri G (2004) Interleukin-10 in viral diseases and cancer: exiting the labyrinth? Immunol Rev 202:223–236

53. Mocelin S, Marincola FM, Young HA (2005) Interleukin-10 and the immune response against cancer: a counterpoint. J Leukoc Biol 78:1043–1051

54. Driessler F, Venstrom K, Sabat R, Asadullah K, Schottelius AJ (2004) Molecular mechanisms of interleukin-10-mediated inhibition of NF-kappaB activity: a role for p50. Clin Exp Immunol 135(1):64–73

55. Pattison MJ, MacKenzie KF, Arthur JS (2012) Inhibition of JAKs in macrophages increases lipopolysaccharide-induced cytokine production by blocking IL-10-mediated feedback. J Immunol 189(6):2784–2792

56. Sato T, Terai M, Tamura Y, Alexeev V, Mastrangelo MJ, Selvan SR (2011) Interleukin 10 in the tumor microenvironment: a target for anticancer immunotherapy. Immunol Res 51(2–3):170–82

57. Cope A, Le Friec G, Cardone J, Kemper C (2011) The Th1 life cycle: molecular control of IFN-γ to IL-10 switching. Trends Immunol 32(6):278–286

58. Stewart CA, Metheny H, Iida N et al (2013) Interferon-dependent IL-10 production by Tregs limits tumor Th17 inflammation. J Clin Invest 123(11):4859–4874

59. Shigehara K, Shijubo N, Ohmichi M et al (2001) IL-12 and IL-18 are increased and stimulate IFN-γ production in sarcoid lungs. J Immunol 166(1):642–649

60. Wong JL, Berk E, Edwards RP, Kalinski P (2013) IL-18-primed helper NK cells collaborate with dendritic cells to promote recruitment of effector CD8+ T cells to the tumor microenvironment. Cancer Res 73(15):4653–4662

61. Srivastava S, Salim N, Robertson MJ (2010) Interleukin-18: biology and role in the immunotherapy of cancer. Curr Med Chem 17(29):3353–3357

62. Palma G, Barbieri A, Bimonte S, Palla M, Zappavigna S, Caraglia M, Ascierto PA, Ciliberto G, Arra C (2013) Interleukin 18: friend or foe in cancer. Biochim Biophys Acta 1836:296–303

63. Miossec P (2009) IL-17 and Th17 cells in human inflammatory diseases. Microbes Infect 11(5):625–630

64. Xiang T, Long H, He L, Han X, Lin K, Liang Z, Zhuo W, Xie R, Zhu B (2013) Interleukin-17 produced by tumor microenvironment promotes self-renewal of CD133[+] cancer stem-like cells in ovarian cancer. Oncogene. doi:10.1038/onc.2013.537

65. Chen WC, Lai YH, Chen HY, Guo HR, Su IJ, Chen HH (2013) Interleukin-17-producing cell infiltration in the breast cancer tumour microenvironment is a poor prognostic factor. Histopathology 63(2):225–233

66. Chen Z, Ding J, Pang N, Du R, Meng W, Zhu Y, Zhang Y, Ma C, Ding Y (2013) The Th17/Treg balance and the expression of related cytokines in Uygur cervical cancer patients. Diagn Pathol 8:61. doi:10.1186/1746-1596-8-61

67. Ngiow SF, Teng MW, Smyth MJ (2013) Balance of interleukin-12 and −23 in cancer. Trends Immunol 34(11):548–555



Exhibit 105



PLOS | GENETICS

RESEARCH ARTICLE

# Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations *In Vivo*

**Orsolya Kiraly[1,2], Guanyu Gong[1], Werner Olipitz[1], Sureshkumar Muthupalani[3], Bevin P. Engelward[1,2]***

**1** Department of Biological Engineering, Massachusetts Institute of Technology, Cambridge, Massachusetts, United States of America, **2** Singapore–MIT Alliance for Research and Technology, Singapore, **3** Division of Comparative Medicine, Massachusetts Institute of Technology, Cambridge, Massachusetts, United States of America

* bevin@mit.edu



CrossMark
click for updates

## Abstract

Mutations are a critical driver of cancer initiation. While extensive studies have focused on exposure-induced mutations, few studies have explored the importance of tissue physiology as a modulator of mutation susceptibility *in vivo*. Of particular interest is inflammation, a known cancer risk factor relevant to chronic inflammatory diseases and pathogen-induced inflammation. Here, we used the fluorescent yellow direct repeat (FYDR) mice that harbor a reporter to detect misalignments during homologous recombination (HR), an important class of mutations. FYDR mice were exposed to cerulein, a potent inducer of pancreatic inflammation. We show that inflammation induces DSBs (γH2AX foci) and that several days later there is an increase in cell proliferation. While isolated bouts of inflammation did not induce HR, overlap between inflammation-induced DNA damage and inflammation-induced cell proliferation induced HR significantly. To study exogenously-induced DNA damage, animals were exposed to methylnitrosourea, a model alkylating agent that creates DNA lesions relevant to both environmental exposures and cancer chemotherapy. We found that exposure to alkylation damage induces HR, and importantly, that inflammation-induced cell proliferation and alkylation induce HR in a synergistic fashion. Taken together, these results show that, during an acute bout of inflammation, there is a kinetic barrier separating DNA damage from cell proliferation that protects against mutations, and that inflammation-induced cell proliferation greatly potentiates exposure-induced mutations. These studies demonstrate a fundamental mechanism by which inflammation can act synergistically with DNA damage to induce mutations that drive cancer and cancer recurrence.

## Author Summary

People with chronic inflammatory conditions have a markedly increased risk for cancer. In addition, many cancers have an inflammatory microenvironment that promotes tumor

**OPEN ACCESS**

**Citation:** Kiraly O, Gong G, Olipitz W, Muthupalani S, Engelward BP (2015) Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations *In Vivo*. PLoS Genet 11(2): e1004901. doi:10.1371/journal.pgen.1004901

**Editor:** Rosana Risques, University of Washington, UNITED STATES

**Received:** August 11, 2014

**Accepted:** November 17, 2014

**Published:** February 3, 2015

**Copyright:** © 2015 Kiraly et al. This is an open access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Data Availability Statement:** All relevant data are within the paper and its Supporting Information files.

**Funding:** This work was supported by National Institutes of Health (NIH) (http://www.nih.gov) grants R01-CA079827 and P01-CA026731. Support was also provided by NIH R33-CA112151, the Singapore National Research Foundation (http://www.nrf.gov.sg) under the Singapore-MIT Alliance for Research and Technology (http://smart.mit.edu), and an APART Fellowship from the Austrian Academy of Sciences (http://www.oeaw.ac.at/en/austrian-academy-of-sciences) (to WO). The MIT Center for Environmental Health Sciences was funded by NIH grant P30-



ES002109, and the MIT Koch Institute Flow Cytometry Facility was funded by NIH grant P30-CA014051. The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript.

**Competing Interests:** The authors have declared that no competing interests exist.

growth. Here, we show that inflammatory infiltration synergizes with tissue regeneration to induce DNA sequence rearrangements *in vivo*. Chronically inflamed issues that are continuously regenerating are thus at an increased risk for mutagenesis and malignant transformation. Further, rapidly dividing tumor cells in an inflammatory microenvironment can also acquire mutations, which have been shown to contribute to drug resistance and disease recurrence. Finally, inflammation-induced tissue regeneration sensitizes tissues to DNA damaging environmental exposures and chemotherapeutics. The work described here thus increases our understanding of how inflammation leads to genetic changes that drive cancer formation and recurrence.

## Introduction

Effective strategies for preventing and treating cancer depend not only upon understanding genetic and exposure-induced factors, but also physiological factors that drive disease. DNA damage, caused by endogenous metabolites and exogenous agents, promotes mutations, a key driver of phenotypic changes that potentiate metastasis and enable recurrence after treatment [1]. While significant progress has been made in terms of understanding how genes and exposures modulate the risk of mutations, relatively little is known about the potential role of tissue physiology in modulating the risk of mutations *in vivo*. Of particular interest is the inflammatory state, a critical cancer risk factor that is associated with sweeping changes in tissue architecture due to immune cell infiltration and associated changes in the levels of cytokines and reactive oxygen and nitrogen species (RONS) [2–4]. Inflammation is a well-established tumor promoter that contributes to cancer growth, angiogenesis, and resistance to apoptosis [2,5]. In addition to the role of inflammation in cancer progression, it is increasingly recognized that inflammation-induced DNA damage may also drive mutations that contribute to both initiation and progression [3,6]. With recent advances that enable analysis of key factors that impact the risk of mutation [7], here, we set out to determine how interactions between DNA damage and inflammation-induced physiological changes impact the risk of mutations *in vivo*.

It has long been thought that it is the convergence of conditions that induce DNA damage and cell division simultaneously that is a key driver of inflammation-induced mutations [8–11]. Nevertheless, studies that directly query the combined effect of RONS-induced DNA damage and cell division are lacking, both *in vitro* and *in vivo*. Importantly, the same proposed mechanism for synergy between cell division and endogenous RONS applies to exogenous DNA damaging agents. In the clinic, virtually all cancer patients are exposed to high levels of DNA damage when treated with radiation and/or chemotherapy, for which DNA damage is often critical to the mode of action. It is well established that an increase in the mutation rate contributes to cancer promotion and drug resistance [12–15]. Therefore, understanding physiological factors that modulate susceptibility to therapy-induced mutations could open doors to strategies to reduce disease recurrence.

Pancreatic inflammation is a key risk factor for pancreatic cancer [11,16], one of the most deadly cancers; most patients who initially respond to radio-chemotherapy suffer relapse, such that only ∼5% of patients survive more than 5 years after diagnosis [17]. Inflammation-induced DNA damage potentially plays an important role in driving mutations that enable pancreatic cancer initiation and recurrence. During inflammation there are high levels of RONS, which can induce cytotoxic and mutagenic DNA lesions, including abasic sites, oxidized bases (e.g., 8oxoG), deaminated bases (e.g., uracil and hypoxanthine) and ethenoadenine (eA) [18,19]. In addition to base damage, RONS also induce DNA double strand breaks (DSBs).



DSBs are among the most toxic of DNA lesions and they can also be potently mutagenic due to the potential loss of vast stretches of chromosomes if not accurately repaired [1,20].

Homologous recombination (HR) plays a critical role in preventing DSB-induced cytotoxicity by repairing DSBs during $S/G_2$ [21]. To initiate repair, the DNA is resected by MRE11 and EXO1 to generate 3' single-stranded overhangs [22–25]. BRCA2 then loads RAD51 onto the single-stranded DNA to form a nucleoprotein filament capable of homology searching and strand invasion [26–30]. The resulting D-loop enables the copying of sequence information that can then be processed by downstream proteins to complete the repair process [21]. While HR is effective for repair of two-ended DSBs, its most important role is in the repair of one-ended DSBs that arise when replication forks break down. Unlike two-ended DSBs, which can be repaired by alternative mechanisms, one-ended DSBs require HR for accurate sequence realignment and reinsertion of the broken DNA end. Inflammation induces single strand breaks and replication-blocking lesions, both of which promote replication fork breakdown. Furthermore, mutations in BRCA2 are genetic risk factor for pancreatic cancer [31], indicating that HR is indeed active in the pancreas [32]. Thus, RONS are predicted to create DSBs during pancreatitis, and HR can potentially repair inflammation-induced DSBs in the pancreas.

Ironically, while HR prevents cytotoxicity and is mostly accurate, HR carries a risk of sequence changes. Misalignments during HR promote large scale sequence rearrangements, such as deletions, duplications and translocations [33–35], and these HR-driven events have been observed in cancers [36,37]. Furthermore, HR between homologous chromosomes can also lead to loss of heterozygosity (LOH), a major mechanism for the inactivation of tumor suppressor genes. Indeed, studies with cultured cells have demonstrated that HR is the underlying cause of 30 to 70% of LOH events [38–40], and the importance of HR-driven LOH has also been demonstrated in tumors [41,42]. Finally, it has recently been shown that HR also promotes point mutations in mammalian cells, due to misincorporation during repair synthesis [43–48]. Taken together, it is now clear that virtually all cancers harbor one or more HR-driven sequence changes that promote initiation and progression.

Given the importance of HR, we created a mouse model that enables the detection of HR *in vivo* (see ref. 7). The fluorescent yellow direct repeat (FYDR) mice harbor an integrated direct repeat comprised of two non-functional EYFP expression cassettes, wherein transfer of sequence information by HR from one cassette to the other can reconstitute full length sequence and give rise to fluorescence (Fig. 1A–D) [49]. The FYDR recombination substrate is designed to detect the major classes of HR events, including gene conversion (wherein sequence information is transferred from one duplex to the other), sister chromatid exchange (e.g., gene conversion with crossover) and replication fork repair (S1 Fig.) [50]. Importantly, FYDR fluorescence after replication fork repair indicates misalignment and transfer of sequence information during HR, and in some cases the gain of one repeat unit in the FYDR substrate (Fig. 1A). Given that all cells that are positive for fluorescence result from sequence misalignment and harbor a change in sequence information, the FYDR readout is indicative of mutation events. The FYDR mouse model thus affords key advances in studies of mutagenesis, since it became possible for the first time to visualize mutant cells that arise within intact tissues of adult animals [7].

Here, we have integrated approaches for visualization and quantification of DNA damage, cell proliferation, and mutation within intact tissues in order to learn about their interrelationships in the context of inflammation. We found that following controlled induction of acute inflammation, the timing for inflammation-induced DSBs is separate from the timing for cell proliferation, creating a protective kinetic barrier against potential synergy between DNA damage and cell division. Breaking this barrier by creating overlap between peak cell proliferation and the acute phase of inflammation causes a synergistic increase in HR-driven mutations.



**Figure 1. The FYDR mouse detects HR-derived sequence rearrangements *in situ* in intact tissue.** (**A**) Schematic of the reconstitution of full-length EYFP coding sequence from two truncated copies through replication fork restart by HR. Note that the appearance of fluorescent signal indicates the gain of one repeat unit (a duplication). Arrows represent expression constructs. EYFP coding sequences are in yellow, promoter and polyadenylation signal sequences are in white, and deleted sequences are in black. Drawing is not to scale. (**B**) Representative image of a FYDR pancreas showing fluorescent foci detectable *in situ* in intact tissue. Freshly harvested, unfixed whole pancreas was counterstained with Hoechst, compressed to 0.5 mm and imaged under an epifluorescent microscope. Fluorescence is pseudocolored. Original magnification, ×1. Scale bar = 1 cm. (**C**) Cluster of recombinant cells at ×60 original magnification. Fluorescence is pseudocolored. (**D**) A recombinant pancreatic acinar cell identified by the overlay of EYFP fluorescence and H&E staining. Fluorescence is pseudocolored. Original magnification, ×40. (**E**) The model alkylating agent MNU induces HR in the pancreas. Mice received 25 mg/kg MNU i.p., and HR was evaluated 3 to 5 weeks after treatment. Frequencies of recombinant foci per $cm^2$ tissue area are significantly greater in MNU-treated mice (n = 15) than in control mice (n = 16). Boxes show 25th and 75th percentiles, medians are indicated by horizontal lines. * $P < 0.05$ (Mann–Whitney $U$-test).

doi:10.1371/journal.pgen.1004901.g001

Furthermore, under conditions of inflammation-induced cell proliferation, there is a dramatic increase in susceptibility to mutations induced by exposure to an exogenous DNA damaging agent of a class that is present in environmental contaminants and also commonly used in the clinic. This work reveals the critical role that tissue physiology plays in mutation susceptibility and opens doors to new avenues of cancer prevention and treatment.

## Results

### FYDR mice enable studies of DNA damage-induced HR

In the FYDR mice, HR-induced misalignments between two copies of an expression cassette for EYFP are detectable as fluorescent foci within intact pancreatic tissue (Fig. 1A,B). In some cases, foci are comprised of more than one fluorescent recombinant cell, indicative of a recombination event in a single cell that has subsequently undergone clonal expansion (Fig. 1C) [51]. Analysis of tissue histology shows that in the pancreas, acinar cells undergo HR (Fig. 1D), and





**Figure 2. Cerulein treatment induces inflammation in the pancreas, and chronic cerulein pancreatitis induces metaplastic changes. (A)** Tissue sections from pancreata of control mice show normal pancreas architecture. **(B)** Acute cerulein treatment induces pancreatic inflammation evidenced by edema and an inflammatory infiltrate. **(C)** Severity of cerulein-induced inflammation as determined by a trained pathologist. Inflammation scores are significantly higher in cerulein-treated mice (n = 30) than in control mice (n = 30). Data are mean ± SEM. *** $P < 0.001$ (Student's *t*-test). **(D)** Pancreas section from a mouse treated with cerulein for 6 months shows chronic pancreatic inflammation, edema, significant acinar loss, and acinar to ductal metaplasia (arrows). **(E)** Quantification of metaplastic changes determined by a trained pathologist shows absence of metaplasia in control mice. However, 9 out of 13 mice treated with cerulein for 6 months show metaplastic changes. See *Methods* for detailed pathological scoring criteria. Statistical testing could not be performed in groups containing only zero values. Panels **A,B**: Original magnification, ×10. Scale bar = 200 µm. Panel **D**: Original magnification, ×200. Scale bar = 80 µm.

doi:10.1371/journal.pgen.1004901.g002

previous studies show that acinar cells comprise virtually all of the recombinant cells in the FYDR pancreas [51].

The FYDR mice enable studies of exposure-induced HR in the pancreas of adult animals. Of particular interest are alkylating agents, an important class of DNA damaging agents that are present in food and in our environment, some of which have been shown to cause cancer [52–54]. Ironically, alkylating agents are used to treat cancer when given at high doses [55]. Temozolomide, a methylating agent that is used in cancer chemotherapy, kills tumor cells by creating DNA lesions that either directly or indirectly inhibit DNA replication, causing cytotoxicity [55]. Cells that do not die from exposure to temozolomide potentially run the risk of harboring chemotherapy-induced mutations, including HR events. To determine if alkylation damage induces HR in the pancreas, FYDR mice were exposed to the model methylating agent MNU, which creates the same types of base lesions as temozolomide. Results show that MNU causes a significant increase in the frequency of fluorescent foci (Fig. 1E), indicating that the FYDR mouse model is effective for studies of DNA damage-induced HR.

## Pancreatic inflammation induced by cerulein leads to edema and precancerous lesions

In order to study the interactions between DNA damage and inflammation, we exploited cerulein, a cholecystokinin analog that is well established as an inducer of pancreatic inflammation [56,57]. Animals exposed to cerulein by 6 hourly intraperitoneal injections showed pancreatic edema and infiltration by inflammatory cells, chiefly neutrophils (Fig. 2A,B). The extent of features of pancreatitis was found to be statistically significantly increased when quantified by a





**Figure 3. Independent bouts of inflammation induce DSB formation but not HR. (A)** Immunohistochemical staining for the DSB marker γH2AX (yellow) in pancreas sections. Nuclei were counterstained with DAPI (blue). In control mice, nuclei with γH2AX foci are very rare (*Left*). However, nuclei with γH2AX foci (arrowhead) appear after independent bouts of inflammation (*Right*). **(B)** Quantification of nuclei containing more than five γH2AX foci shows significantly more γH2AX positive nuclei after inflammation (n = 6) than in control animals (n = 6). Data are mean ± SEM. *** *P* < 0.001 (Student's *t*-test). **(C)** Numbers of fluorescent foci in the pancreas are not different between control mice (n = 17) and mice that underwent repeated acute inflammation (n = 17). Symbols represent data from individual mice, horizontal bars show medians. ns, not statistically significant (Mann–Whitney *U*-test). **(D)** No statistically significant difference in the frequencies of fluorescent cells in the pancreas between control mice (n = 17) and mice that underwent repeated acute inflammation (n = 17). Pancreata were disaggregated into single-cell suspensions and the frequencies of fluorescent cells were determined by flow cytometry. Symbols represent data from individual mice, horizontal bars show median values. ns, not statistically significant (Mann–Whitney *U*-test).

doi:10.1371/journal.pgen.1004901.g003

trained pathologist (Fig. 2C). In studies of long term exposure to cerulein, we observed severe tissue atrophy and metaplasia in wild type mice (Fig. 2D,E), and precancerous lesions in K-Ras mice (S2 Fig.), indicating that cerulein exposure serves as a relevant model for pancreatitis-induced cancer.

## Acute inflammation induces DSBs

During inflammation, an increase in the levels of macrophages and neutrophils leads to increased levels of RONS [18]. RONS in turn induce base lesions including eA, 8oxoG and Hx, which have been observed at sites of inflammation [18,19]. Many RONS-induced DNA lesions have the potential to cause recombinogenic DSBs through chemical cleavage, by enzymatic processing, or as a result of replication fork breakdown [58–60]. To learn if pancreatic inflammation induces DSBs *in vivo*, we analyzed the frequency of DSB repair foci by quantifying cells with five or more γH2AX foci (H2AX becomes phosphorylated to form γH2AX in the vicinity of DSBs) [61]. Immunohistochemical (IHC) analysis of pancreatic tissue reveals a clear induction of DSBs after exposure to cerulein (Fig. 3A,B).



## Repeated exposure to acute inflammation does not cause a detectable increase in HR

As HR has been shown to be induced by DSBs *in vitro* [62,63], we next asked if DSBs associated with acute inflammation induce HR *in vivo*. To increase the sensitivity of our approach, animals were exposed to three bouts of acute pancreatitis. Analysis of the frequency of HR events in control animals shows that there is variation in the frequencies of foci/cm$^2$, ranging from ∼15 to ∼100 (Fig. 3C), consistent with previous studies [7,64,65]. (It is noteworthy that variation in mutation frequency among normal animals has similarly been shown in several other mouse models for mutation detection [66–69]). Unexpectedly, in animals that were subjected to three bouts of inflammation, we did not detect any increase in the frequency of recombination events (indicated by fluorescent foci; Fig. 3C). Analysis of the frequency of fluorescent recombinant cells similarly did not reveal any increase in HR in the animals exposed to three bouts of inflammation (Fig. 3D).

## Inflammation-induced cell proliferation occurs days after infiltration and edema

HR is active during S/G$_2$, whereas most cells in healthy pancreatic tissue are non-dividing cells in G$_0$/G$_1$ [70], raising the possibility that HR was not active in RONS-exposed cells during the three bouts of inflammation. To learn about the extent of cell division during the course of inflammation, we quantified dividing cells when tissue is healthy (Fig. 4A), subject to acute inflammation (Fig. 4B) or recovering (Fig. 4C; five days after cerulein exposure, when features of inflammation have cleared). Cell proliferation during the course of the inflammatory response was evaluated by staining for Ki-67, a marker of cell proliferation [71]. Results show that there are very few Ki-67 positive cells in control and acutely inflamed tissue (Fig. 4D,E). In contrast, the frequency of Ki-67 positive cells is significantly induced during tissue recovery (Fig. 4F) and when quantified using image analysis software (see Materials and Methods) (Fig. 4G). As an alternative approach, animals were treated with BrdU, a thymidine analog that becomes integrated into the DNA of dividing cells and can be detected using immunohistochemistry. Pancreatic tissue was disaggregated, and the frequency of BrdU positive cells was analyzed by flow cytometry. Consistent with the Ki-67 analysis, results show a clear increase in the frequency of dividing cells several days after acute inflammation (Fig. 4H). Thus, with both methods, we found that acute phase inflammation is separate from a subsequent proliferative phase.

## Creating overlap between the acute and proliferative phases of inflammation causes sequence rearrangements

As HR is active primarily during S/G$_2$, we hypothesized that the lack of HR induction following three independent bouts of inflammation might be due to the kinetic separation between acute inflammation-induced DSBs and recovery-induced cell proliferation. We therefore asked if inflammation might induce HR if the timing were adjusted to create overlap between inflammation-induced DSBs and cell proliferation. For 'protocol 1' described above, animals were exposed to three independent bouts of inflammation, each two weeks apart (Fig. 5A). Here, for 'protocol 2', animals were also exposed to three bouts of inflammation, however bouts of inflammation were 4–5 days apart (Fig. 5B).

For 'protocol 1', we observed that exposure to cerulein induces acute inflammation, as can be seen by the edema and infiltration under inflamed conditions (compare Fig. 5C and 5D). At the time of acute inflammation, the frequency of dividing cells is unchanged compared to untreated animals (Fig. 5F,G). However, cells with high numbers of γH2AX foci are apparent



**Figure 4. Inflammation and regenerative cell proliferation are separated in acute cerulein pancreatitis.** (**A**) Pancreas from control mouse showing normal tissue architecture with no detectable histological changes. (**B**) 12 hours after acute cerulein treatment, the pancreas shows histological signs of acute pancreatitis, such as edema and an inflammatory infiltrate. (**C**) Five days after acute cerulein treatment, inflammation is no longer detected and histology is comparable to healthy tissue. (**D**) Low Ki-67 staining indicates low proliferative activity in control pancreata. (**E**) Ki-67 staining remains low during acute pancreatitis, indicating no increase in cell proliferation during acute inflammation. (**F**) Five days after acute cerulein treatment, increased Ki-67 staining indicates increased cell proliferation during tissue regeneration. (**G**) Quantification of Ki-67 labeling shows significantly higher proliferation in regenerating tissue. Data are mean ± SEM in control mice (n = 16) and in mice with acute pancreatitis (n = 16). *** $P < 0.001$, Student's *t*-test. (**H**) Increased cell proliferation during regeneration from acute pancreatitis is indicated by increased BrdU labeling. Five days after acute pancreatitis or mock treatment, mice received BrdU (75 mg/kg i.p.) to label newly replicated DNA in proliferating cells. Pancreata were harvested 4 hours later, disaggregated, and the frequencies of BrdU labeled cells were determined by antibody staining and flow cytometry. Data are mean ± SEM in control mice (n = 5) and in mice with acute pancreatitis (n = 5). ** $P < 0.01$, Student's *t*-test. Panels **B,C,D**: Original magnification, ×10. Scale bar = 200 µm. Panels **E,F,G**: Original magnification, ×20. Scale bar = 100 µm.

doi:10.1371/journal.pgen.1004901.g004

[Fig. 5J]), which is consistent with DNA damage formed by RONS that are associated with the acute phase of inflammation. We also observed acute inflammation using 'protocol 2' ([Fig. 5E]). Unlike protocol 1, we also observed concomitant induction of cell division, consistent with the proliferative phase of the first bout of inflammation ([Fig. 5H]). Cells with high frequencies of γH2AX foci are evident ([Fig. 5K]).

To learn more about the impact of overlap between bouts of inflammation, the extent of inflammation was assessed by a trained pathologist, the extent of cell proliferation was quantified by automated image analysis, and the frequency of γH2AX positive cells was measured by counting cells with >5 γH2AX foci. Results show that the severity of the acute phase of inflammation is similar regardless of whether bouts of inflammation occur independently or in an overlapping fashion ([Fig. 6A,B]). In contrast, cell proliferation is dramatically increased under conditions where the response to the first bout of inflammation overlaps with initiation of the second bout of inflammation ([Fig. 6C,D]). The frequency of DSBs is increased in both independent and overlapping bouts of inflammation, and the increase is greater under conditions of overlap between the acute phase of inflammation and the proliferative phase (compare [Fig. 6E] and [Fig. 6F]). Similar results were observed for the third bout of inflammation ([S3]–[S4] Fig.), although the frequencies of γH2AX were reduced during the third bout of inflammation relative to the second bout under conditions of overlap. It is unclear why the third bout of inflammation is apparently less damaging, however one possibility is that HR proficiency increased during the course of the exposure protocol, leading to more rapid clearance of DSBs. It is



**Figure 5. Independent and overlapping bouts of pancreatic inflammation. (A)** For independent bouts of inflammation, three acute cerulein pancreatitis events were induced two weeks apart, and inflammation and proliferation were assessed at the second (analysis time A) and third (analysis time C) bout of inflammation. HR was quantified 10 to 15 days after the last pancreatitis event. **(B)** For overlapping bouts of inflammation, three acute cerulein pancreatitis events were induced on days 1, 4 and 9. Inflammation and proliferation were assessed at the second (analysis time B) and third (analysis time D) bout of inflammation. HR was quantified 10 to 15 days after the last pancreatitis event. **(C)** Pancreas section from a control mouse shows healthy tissue. **(D,E)** Treatment with cerulein (both independent and overlapping) results in edema and an inflammatory infiltrate chiefly of neutrophils, indicating acute inflammation. **(F)** Ki-67 immunohistochemistry shows low levels of baseline proliferation in control pancreas. **(G)** Cell proliferation remains low in the pancreas during acute inflammation. **(H)** During regeneration from acute inflammation, Ki-67 positive nuclei appear, indicating regenerative proliferation. **(I)** Immunohistochemical detection of γH2AX phosphorylation in pancreas sections show low levels of DSBs in healthy pancreas. **(J)** During independent bouts of inflammation, nuclei with γH2AX foci (arrowhead) become apparent. **(K)** During overlapping bouts of inflammation, more γH2AX positive nuclei are visible. **(C-E)** Original magnification, ×10. Scale bar = 200 μm. **(F-H)** Original magnification, ×20. Scale bar = 100 μm. **(I-K)** Original magnification, ×40.

doi:10.1371/journal.pgen.1004901.g005

noteworthy that clearance of potentially toxic DSBs is advantageous to cell survival, but carries the risk of mutations due to HR misalignments.

To learn about the impact of inflammatory response kinetics on susceptibility to HR, recombination events were quantified within intact pancreatic tissue, and the frequency of recombinant cells was evaluated in disaggregated pancreatic tissue by flow cytometry. Under conditions of overlapping bouts of inflammation (protocol 2), there is a significant increase in the frequency of recombination events, which is both visually apparent (Fig. 7A) and quantitatively significant (Fig. 7B). In addition, there is a significant increase in the frequency of fluorescent recombinant cells under conditions of overlap (Fig. 7C), but not when animals are exposed to three independent bouts of inflammation (Fig. 3D).

## Inflammation potentiates rearrangements induced by a model cancer chemotherapeutic

The observation that overlapping bouts of inflammation induce HR is consistent with a model wherein inflammation-induced cell proliferation sensitizes tissue to HR induced by endogenously-produced DNA damage. We next asked about the potential for inflammation-induced cell proliferation to cause increased sensitivity to HR induced by an exogenous DNA damaging agent, specifically the model cancer chemotherapeutic, MNU.



**Figure 6. Overlapping bouts of inflammation induce more DSBs than independent bouts of inflammation.** Inflammation, cell proliferation and γH2AX foci formation were quantified in pancreas sections from mice treated with independent bouts of inflammation (blue bars) and with overlapping bouts of inflammation (purple bars). **(A,B)** Cerulein induces inflammation in both independent (n = 7) and overlapping (n = 8) treatment regimens. Severity of inflammation in control and cerulein-treated mice was quantified by a trained pathologist. **(C, D)** Quantification of nuclei positive for the proliferation marker Ki-67 shows a moderate increase in independent bouts of inflammation (n = 7), and a large increase in overlapping bouts of inflammation (n = 8). **(E,F)** Quantification of nuclei positive for the DSB marker γH2AX (nuclei with >5 foci) shows a moderate increase in independent bouts of inflammation (n = 3), and a large increase in overlapping bouts of inflammation (n = 3). Data are mean ± SEM. See *Methods* for detailed pathological scoring criteria. Statistical testing could not be performed in groups containing only zero values. * $P < 0.05$; ** $P < 0.01$, *** $P < 0.001$ (Student's *t*-test).

doi:10.1371/journal.pgen.1004901.g006

Experiments were designed with the objective of finding the time when inflammation-induced cell proliferation is high, and then exposing animals to MNU (Fig. 8A). To quantify the extent of inflammation-induced proliferation, pancreatic tissue was analyzed for Ki-67 positive cells. There is a significant increase in cell proliferation at the time of the MNU exposure (Fig. 8B). MNU on its own causes a visually apparent (Fig. 8C) and statistically significant increase in the frequency of HR events in healthy animals (Fig. 8D) (note that the data from Fig. 1E have been replotted to facilitate comparisons among cohorts). The effect of MNU on HR was dose dependent: at 25 mg/kg, there was a statistically significant increase in the number of fluorescent foci (Fig. 8D), whereas there was not a significant increase in HR after treatment with 7.5 mg/kg MNU (S5 Fig.). We also found that a single bout of inflammation does not induce HR (Fig. 8C,D), which is consistent with results shown above (Fig. 3). Importantly, when animals were exposed to MNU at a time when inflammation-induced proliferation is high, there was a dramatic increase in the frequency of HR (Fig. 8C,D), revealing that physiological changes associated with inflammation and exposure to an exogenous DNA damaging



**Figure 7. Simultaneous inflammation and cell proliferation induces HR in the pancreas. (A)** Representative images from pancreata of control mice (*Top*) and mice that experienced combined proliferation and inflammation (*Bottom*). Freshly harvested whole organs were compressed between glass coverslips and imaged under an epifluorescent microscope. Representative details of composite images are shown, fluorescent foci are apparent (*in situ*). More foci are visible in the pancreas from the proliferation plus inflammation group. Brightness and contrast have been enhanced identically. **(B)** Numbers of fluorescent foci are higher in mice that experienced combined proliferation and inflammation (n = 18) than in control mice (n = 17). Symbols represent data from individual mice, horizontal bars show medians. **, $P < 0.01$, (Mann–Whitney $U$-test). **(C)** Higher fluorescent cell frequency in the pancreata of mice that experienced combined proliferation and inflammation (n = 18) than in control mice (n = 17). Pancreata were disaggregated into single-cell suspensions and the frequencies of fluorescent cells were determined by flow cytometry. Symbols represent data from individual mice, horizontal bars show median values. *, $P < 0.05$ (Mann–Whitney $U$-test).

doi:10.1371/journal.pgen.1004901.g007

agent act synergistically to induce HR. These results call attention to the importance of inflammation as a modulator of DNA damage-induced sequence rearrangements induced by exposure to an alkylating agent that serves as a model for environmental and clinical DNA damaging agents.

## Discussion

Pancreatic cancer is one of the most deadly cancers, yet relatively few studies have explored factors that govern susceptibility to mutations that initiate pancreatic cancer. Furthermore, while radiation and chemotherapy can be effective initially, recurrence is virtually inevitable [72], and mutations are a key driver of recurrence since they enable evolution into drug resistant and more aggressive phenotypes [12–15]. Thus, there is a need for a deeper understanding of the mechanisms of DNA damage-induced mutations in the pancreas. Furthermore, while it is well established that pancreatitis is a key risk factor for pancreatic cancer [11,16], studies had not previously been done to explore how physiological changes associated with inflammation modulate the risk of mutations *in vivo*. Here, we show that pancreatic inflammation leads to DNA double strand breaks, and that pancreatitis is associated with hyperproliferation. By creating conditions where there is overlap between bouts of inflammation, we show that DSBs and hyperproliferation act synergistically to induce sequence rearrangements *in vivo* (Fig. 9), which both demonstrates a correlation between DSBs and HR *in vivo* and provides insights into the underlying mechanisms that make pancreatitis a risk factor for cancer. Furthermore, we show that inflammation-induced proliferation acts synergistically with a DNA alkylating agent to induce sequence rearrangements *in vivo*, providing new understanding into factors that modulate the risk of sequence changes that promote cancer.

For decades, it has been known that inflammation is a risk factor for cancer [11,16], and it has long been postulated that it is the combination of inflammation-induced DNA damage



**Figure 8. Inflammation-associated cell proliferation potentiates the effect of exogenous DNA damage on DNA rearrangements.** (**A**) Treatment scheme. Mice were subjected to a single acute cerulein pancreatitis event or mock treatment. At the peak of replacement proliferation, mice received MNU (25 mg/kg i.p.) or mock treatment. 3 to 4 weeks after MNU injection, mice were humanely sacrificed for HR analysis. (**B**) Replacement proliferation in the pancreas is indicated by increased Ki-67 expression. Five days after acute pancreatitis or mock treatment, pancreata were harvested and processed for Ki-67 immunohistochemistry. Data are mean ± SEM in control mice (n = 7) and in mice with acute pancreatitis (n = 8). ** $P < 0.01$, Student's $t$-test. (**C**) Representative images from pancreata after inflammation and/or exogenous DNA damage. Freshly harvested whole organs were compressed between glass coverslips and imaged under an epifluorescent microscope. Representative details of composite images are shown, fluorescent foci are apparent *in situ*. More foci are visible after treatment with MNU, and a large increase is evident after treatment with MNU during regenerative proliferation (Inflamm+MNU panel). (**D**) Quantification of fluorescent foci in pancreata after inflammation and/or exogenous DNA damage. The number of fluorescent foci is significantly higher in MNU-treated mice (n = 15) than in control mice (n = 16), but there is no statistically significant increase after a single acute inflammation event (n = 18). However, there is a large increase in the number of foci after treatment with MNU during regenerative proliferation (Inflamm + MNU, n = 15). Symbols represent data from individual mice, horizontal bars show median values in each group. *, $P < 0.05$; ***, $P < 0.001$ (Mann–Whitney $U$-test).

doi:10.1371/journal.pgen.1004901.g008

and inflammation-induced cell proliferation that plays a key role in promoting mutagenesis [8–11]. Nevertheless, direct evidence for this model was lacking. Here, we show that, unexpectedly, several bouts of acute inflammation on their own are not sufficient to drive sequence rearrangements, and that separation of the acute phase of inflammation (associated with RONS and DNA damage) and the proliferative stage of inflammation provides a barrier to DNA damage-induced sequence rearrangements. Consequently, conditions that lead to chronic inflammation may be more likely to potentiate tumorigenic mutations compared to isolated bouts of inflammation, which is consistent with epidemiological studies [73,74].

Here, we observed that approximately half of the animals exposed to overlapping bouts of inflammation have frequencies of recombinant cells that are ∼ 100–200% higher than the untreated control animals. Given that the mutation rate can be rate limiting in tumor promotion [14], a doubling of the mutation frequency could potentially double the probability of cancer recurrence. An increased risk of mutations has relevance to many medical conditions that are associated with chronic inflammation [4]. Inflammatory bowel diseases such as ulcerative colitis and Crohn's disease involve chronic inflammation in the colon, while chronic esophagitis and pancreatitis affect the upper gastrointestinal tract and the pancreas respectively. In addition, chronic infections with bacteria, viruses and parasites can lead to chronic inflammation at multiple sites. Importantly, chronic inflammatory conditions typically last for an extended

**Figure 9. Model for the potentiation of sequence rearrangements induced by endogenous and exogenous DNA damage by inflammation-associated cell proliferation.** Cell proliferation associated with inflammation may be induced by RONS released from inflammatory cells. Regeneration after inflammation also involves cell proliferation to replenish cells lost to inflammation-induced tissue damage. DNA replication is increased in proliferation, and DNA damage during replication can lead to fork breakdown and the formation of DSBs. These DSBs are repaired by HR, but HR can result in LOH, sequence rearrangements, and point mutations. Thus, cell proliferation potentiates the deleterious effect of both endogenous (RONS-induced) and exogenous (exposure-induced) DNA damage, potentially contributing to cancer initiation and recurrence. See text for details.

doi:10.1371/journal.pgen.1004901.g009

period of time. Thus, a relatively small increase in susceptibility to mutations in people is anticipated to become very significant given the accumulation over a period of years.

RONS create a wide array of DNA lesions that includes dozens of different types of base lesions as well as abasic sites and strand breaks [75–77]. There is a wealth of information about the mutagenicity of RONS-induced DNA damage derived from studies in vitro [78,79]. Many elegant studies have revealed the mutagenic potential of specific RONS-induced base lesions using site-specific lesion technology [80], and many others have described the ability of inflammatory chemicals to induce mutations in RONS-exposed cells in vitro [81,82]. Using these and other approaches, we now know quite a lot about the molecular and biochemical mechanisms of RONS-induced mutagenesis. For example, 8oxoG readily mispairs with thymine when bypassed by translesion polymerases [83,84], and that cells prevent TLS-driven mutagenesis by removing 8oxoG [85–87]. Cells also have additional strategies for preventing RONS-induced mutations, including removal of damaged bases from the nucleotide pool (e.g., Mth1) [88,89], and removing the misincorporated base opposite the lesion post replication (e.g., removal of adenine across from 8oxoG by Mutyh) [89, 90]. While the literature describing RONS-induced base lesions *in vitro* is extensive (we refer the reader to several excellent reviews [78,79,81,82]), relatively few studies have addressed RONS-induced mutagenesis *in vivo*. These studies showed that base excision repair is critical in suppressing RONS-induced mutations *in vivo* [91–94], and that inflammation induces mutations in the affected tissues [95–97]. Interestingly, in one such study it was shown that *H. pylori* infection is associated with mutations [98], however the frequency of mutations decreased when Ogg1 was knocked out, leaving unclear the mechanism of mutagenesis. In another study, Ogg1 was found to suppress mutations induced


by oxidative damage [99]. The most direct evaluation of the relationships among inflammation, DNA damage, mutagenesis, and cancer was done recently in the laboratory of L. Samson. This study showed that a deficiency in the Aag glycosylase is associated with increased inflammation-induced cancer, and that tumors harbor mutations consistent with the predicted mutations that would result from an Aag deficiency [6].

Here, we have extended the *in vivo* studies of inflammation and mutagenesis to specifically query the inter-relationships among inflammation, cell proliferation, DSBs, and their consequences (homologous recombination events), using tools that had not previously been applied to this problem. It is important to note that this study focuses on a specific class of mutation (HR-driven sequence rearrangements), and that there are other classes of mutations that are not detected by the FYDR assay, such as base damage-induced point mutations (which often arise during TLS), and small insertions/deletions (which are sometimes associated with NHEJ). Nevertheless, inflammation-induced HR events are expected to arise contemporaneously with other classes of mutations. Specifically, both point mutations and HR events arise primarily as a consequence of DNA damage that is present during DNA replication. Thus, HR may serve as an indicator of a more general increase in mutagenesis. Indeed, an association between point mutations and HR events is consistent with observations showing that exposure-induced HR is an excellent predictor of carcinogenicity, which generally arises as the result of multiple classes of mutations [100].

RONS-induced DSBs are rarely caused by direct reaction with the DNA [18,19], but instead are the result of enzymatic processing. Specifically, base excision repair of RONS-induced lesions is associated with gaps that form as repair intermediates [60]. These single strand breaks can become DSBs when repair patches are closely opposed [60,101]. Additionally, replication forks that encounter RONS-induced single strand breaks can break down [21], creating a double strand break. We observed an increase in DSBs under both the conditions of isolated bouts of inflammation, and overlapping bouts of inflammation. Interestingly, under conditions where proliferation from the first bout of inflammation overlaps with acute inflammation from the second bout of inflammation, we observed that DSBs were greatly increased compared to conditions without overlap. This observation is consistent with the possibility that DSBs form in a replication-dependent manner as a result of replication fork breakdown.

In the FYDR direct repeat substrate, full-length *Eyfp* sequence can be reconstituted by several HR mechanisms. For example, if there is a fork breakdown event during DNA replication, misinsertion of the double-strand end can restore full length *Eyfp*, leading to a gain of one repeat unit (a rearrangement at the FYDR substrate, Fig. 1A). Importantly, the FYDR substrate is similar in size to *Alu* repeats (~500 bp vs ~300 bp), which make up almost 10% of the human genome and are frequent sites of HR-induced rearrangement formation [102]. HR between *Alu* repeats can yield deletions, duplications and translocations [102]. *Alu*-mediated rearrangements have been shown to activate oncogenes in cancer [103] and to inactivate tumor suppressor genes such as p53 [104]. Further, HR-driven rearrangements between *Alu* repeats have been shown to drive carcinogenesis in inflammation-associated cancers [36, 105]. Thus, HR events that occur in FYDR mice after replication fork repair are related to genetic changes that are relevant for carcinogenesis in humans.

Alkylating agents are abundant in our environment, endogenously produced in our cells, and used at high doses as cancer therapeutics. Understanding factors that modulate alkylation-induced mutations is therefore relevant both to cancer etiology and to cancer recurrence. We show here that inflammation-induced cell proliferation acts synergistically with alkylation damage to induce sequence rearrangements (Fig. 9). Thus, one potential factor when considering the underlying mechanisms by which chronic inflammation promotes cancer is that the inflammatory response sensitizes tissue to exposure to DNA damaging agents that are in our



environment and in our food. Furthermore, as proliferation itself is sufficient to increase susceptibility to DNA damage induced sequence rearrangements [106], careful consideration should be given to babies *in utero* and young children for whom high levels of cell proliferation are anticipated to greatly sensitize cells to exposure-induced mutations. Thus, when screening for potentially carcinogenic exposures, it will be important to consider the importance of a person's physiological state when assessing risk, with regard to both chronic inflammatory conditions and stage in development.

Recurrence is the single biggest hurdle in cancer treatment, and mutations are critical in eliciting phenotypic changes that initiate new secondary cancers, promote existing cancer cells, and potentiate drug resistance [1,12–15]. It has recently been demonstrated that mutation rate directly impacts the emergence of drug resistance [14]. While in some cases cancer cells are hypermutable [13], many transformed cells have a normal mutation rate [12], making exposure-induced mutations highly relevant. Tumors generally exist in a chronic pro-inflammatory environment. Associated increases in proliferation of both tumor and stromal cells are anticipated to increase susceptibility to RONS-induced and chemotherapy-induced HR events that can promote metastasis and recurrence (Fig. 9). Novel approaches for treating cancer are currently in development, including staged release of drugs from nanoparticles that increase cell killing by chemotherapeutic agents [107]. These approaches could help minimize treatment-induced mutations and thus slow the emergence of drug resistant or more aggressive cancers.

The observation that there is synergy between conditions that induce hyperproliferation and conditions that cause DNA damage is relevant to millions of people who suffer from chronic inflammation and are thus at increased risk of mutations that drive cancer. In addition, the observation that inflammation sensitizes tissue to alkylation-induced HR is relevant to other exposures that create DNA lesions that inhibit replication, including constituents of food, cigarette smoke, and environmental carcinogens (*e.g.*, aflatoxin, BaP, PhIP). Importantly, although the focus of this work is on HR at an integrated reporter, the FYDR model serves as a powerful tool to learn about more general increases in HR throughout the genome, with their accompanied increased risk of LOH, insertions, deletions, and point mutations, all of which drive cancer (Fig. 9). Through these studies of the dynamic physiological changes associated with inflammation, this work contributes to our fundamental understanding of how inflammation drives genetic changes that cause cancer and calls attention to new avenues to disease prevention and treatment.

## Materials and Methods

### Ethics statement

All animal experiments were conducted according to the Guide for the Care and Use of Laboratory Animals, and were approved by the MIT Committee on Animal Care.

### Chemicals

Cerulein, methylnitrosourea (MNU), BrdU, soybean trypsin inhibitor and collagenase were purchased from Sigma-Aldrich.

### Animals

Female C57Bl/6 $p^{un}$ FYDR mice ([7], 5 to 7 weeks old) were used for measuring HR. Inflammation, proliferation and double-strand breaks were measured using female C57Bl/6 (Taconic) and C57Bl/6 $p^{un}$ FYDR mice (5 to 7 weeks old). Metaplastic and preneoplastic lesions were assayed using male wild type or K-Ras mutant mice (gifts from T. Jacks, MIT) on the FVB



background (8 months old at analysis). Mice were housed in an AAALAC approved, specific pathogen free facility under a 12h light/dark cycle and were fed a standard rodent diet (LabDiet RMH 3000, Purina LabDiet) and autoclaved water *ad libitum*. For measuring HR, litters were split between experimental groups.

## Repeated acute pancreatitis

Mice were subjected to 3 episodes of acute pancreatitis on experimental days 0, 4 and 9, or on days 0, 14 and 28. Each episode was elicited by 6 hourly intraperitoneal injections of cerulein (dissolved in PBS, 50 μg/kg for each injection). Control animals did not receive injections, as serial injections of PBS have no effect on HR (S6 Fig.). To assess inflammation, Ki-67 expression, and double-strand breaks, mice were humanely euthanized 12 hours after the first cerulein injection and pancreae were harvested for histological analysis. To assess regenerative cell proliferation by BrdU labeling, mice were dosed with BrdU (75 mg/kg) five days after the first bout of acute pancreatitis. Four hours after BrdU injection, mice were humanely euthanized and their pancreae were harvested and processed for BrdU detection by flow cytometry. To assess homologous recombination, mice were humanely euthanized 10 to 15 days after the last pancreatitis episode, and pancreae were harvested for the FYDR assay.

## Chronic pancreatitis

Chronic pancreatic inflammation was elicited by cerulein injections (5 μg dissolved in saline, single intraperitoneal injection, 5 days a week) for 6 months, as described in [108]. Control mice received saline injections. Mice were 2 months old at the beginning of treatment. At 8 months of age, mice were humanely euthanized and pancreata were harvested for histological analysis.

## Regenerative proliferation and exogenous DNA damage

Mice received 6 hourly intraperitoneal injections of cerulein (dissolved in PBS, 50 μg/kg for each injection) to induce acute pancreatitis. Control mice received 6 hourly injections of PBS. To assess regenerative proliferation by Ki-67 expression, mice were humanely euthanized five days after acute pancreatitis induction and their pancreae were harvested for histological analysis. To induce exogenous DNA damage during regenerative proliferation, mice were dosed with methylnitrosourea (25 mg/kg, dissolved in PBS, pH 4) five days after cerulein treatment. (Note that the timing in this experiment is different from the timing in the repeated inflammation experiment, as MNU generates DNA damage directly and much faster than inflammation induced by cerulein.) Control mice were dosed with PBS, pH 4. Mice were humanely euthanized 3 to 4 weeks after methylnitrosourea injection and pancreata were harvested for the FYDR assay.

## BrdU labeling

Pancreata were disaggregated by mechanical chopping and collagenase V digestion at 37°C for 40 min, followed by gentle pipetting. Cells were collected by centrifugation and were stained with the APC Cell Proliferation Detection Kit (BD Pharmingen) according to the manufacturer's instructions. Samples were analyzed on a FACSCalibur flow cytometer (BD Biosciences) using CellQuest Pro software. On average, 20 000 cells were analyzed per sample.



*Inflammation, DNA Damage and Mutations In Vivo*

## Ki-67 immunohistochemistry

Pancreata were fixed in 10% neutral buffered formalin, embedded in paraffin, and sectioned at 4 µm. After deparaffinization, heat-induced antigen retrieval was performed using a modified citrate buffer (Dako). Ki-67 antibody (rat anti-mouse Ki-67, Dako) was used at a dilution of 1/100 at room temperature for 1 hour. Secondary antibody (biotinylated rabbit anti-rat Ig, Dako) was used at a dilution of 1/100 at room temperature for 20 minutes, and detected using streptavidin-conjugated peroxidase and DAB. Sections were counter-stained with hematoxylin. In repeated inflammation experiments, the percentage of Ki-67 positive nuclei was determined in 20 randomly selected images (×20) using image analysis software (Visiopharm, Hørsholm, Denmark). In the acute inflammation + MNU experiment, the number of Ki-67 positive nuclei was counted in 15 randomly selected image fields (×20) in a blinded fashion.

## γH2AX immunofluorescence

Sections (4 µm) of formalin-fixed, paraffin-embedded tissue were deparaffinized and antigen-retrieved using modified citrate buffer (Dako). Sections were incubated with primary γH2AX antibody (Millipore) at a dilution of 1/100 at 4°C for 3 hours. Secondary antibody (Alexa Fluor 488 Goat Anti-Mouse IgG, Invitrogen) was used at a dilution of 1/500 at room temperature for 1 hour. Sections were counter-stained with DAPI before imaging. For each section, images of 20 randomly selected image fields were acquired at a magnification of ×40 using ImagePro Plus software (Media Cybernetics). DAPI-stained nuclei were counted using ImagePro Plus, and nuclei containing more than 5 γH2AX foci were counted manually in a blinded fashion.

## Homologous recombination assay

*In situ* **fluorescent imaging**. Pancreata were immersed in ice cold soybean trypsin inhibitor solution (0.01% in PBS) immediately after harvesting. Pancreata were pressed between glass coverslips separated by 0.5 mm spacers and imaged on a Nikon 80*i* epifluorescence microscope (Nikon) with a CCD camera (CoolSNAP EZ, Photometrics) using a ×1 objective at a fixed exposure time (2 s). EYFP was detected in the FITC channel. Multipoint images captured using an automated stage (ProScan II, Prior Scientific) and NIS Elements software (Nikon) were stitched automatically or manually in Adobe Photoshop (Adobe Systems). Brightness and contrast were adjusted identically across images, and foci were manually counted in a blinded fashion. Areas of pancreata were determined using ImageJ software (NIH) by manually tracing the pancreas outline.

**Flow cytometry**. Following imaging, pancreata were disaggregated into single-cell suspensions as described in [7], with minor modifications. Briefly, pancreata were minced with scalpel blades, followed by digestion with collagenase V (2 mg/ml in Hanks' Balanced Salt Solution) for 40 min at 37°C. The resulting suspension was gently triturated to increase mechanical separation and filtered through a 70 µm cell strainer (BD Falcon) into an equal volume of media (DMEM F12 HAM with 20% FBS). Cells were collected by centrifugation, resuspended in 350 µl OptiMEM (Invitrogen) and filtered through 35 µm filter caps into flow cytometry tubes (Beckton Dickinson). Samples were analyzed on a FACScan cytometer (Beckton Dickinson) using CellQuest Pro software (Beckton Dickinson). On average, 1 800 000 cells were analyzed per sample.

## Pathological analysis

Pancreata were fixed in 10% buffered formalin, embedded in paraffin, sectioned (4 µm) and stained with hematoxylin and eosin. Pancreata were then examined and scored by a trained



veterinary pathologist in a blinded fashion on a scale of 0 to 4 for the following individual features: inflammation, edema, hemorrhage, acinar degeneration/necrosis, acinar loss/atrophy, fat infiltration, fibrosis, acinar to ductal metaplasia (ADM), acinar/ductal hyperplasia, acinar dysplasia/neoplasia and ductal dysplasia/hyperplasia. For the acute studies, only a few relevant subsets were analyzed and scored, whereas for the chronic studies, the full set of criteria was assessed.

## Statistics

Inflammation, proliferation and double-strand break indices were compared with Student's *t*-test. Numbers of recombinant foci, recombinant cell frequencies, and pathological scores do not follow a normal distribution and were compared with the Mann–Whitney *U*-test. All statistical analyses were performed in GraphPad Prism, Version 5.02 (GraphPad Software). A *P* value less than 0.05 was considered statistically significant.

## Supporting Information

**S1 Fig. HR at the FYDR recombination substrate is detected by fluorescence after gene conversion, sister chromatid exchange, and replication fork repair.** Each expression cassette is missing different essential *EYFP* coding sequences, such that neither is able to express functional protein. Gene conversion can lead to the transfer of sequence information from one cassette to the other, restoring full-length *EYFP* coding sequence and giving rise to fluorescence. Each cassette can be the donor or the recipient in a gene conversion event. The entire HR reporter is copied during S phase, making it possible for crossovers between sister chromatids (gene conversion with crossover) to reconstitute full-length *EYFP*. Note that a long tract gene conversion event would be indistinguishable. HR repair of a broken replication fork can also be detected using the FYDR substrate. The breakdown of a replication fork moving from left to right is shown. Reinsertion of the broken Δ3*egfp* end into the Δ5*egfp* cassette can restore full length *EYFP*. *EYFP* can analogously be restored by repair of forks moving in the opposite direction (not shown). Single strand annealing initiated by a DSB between the repeated cassettes can be readily repaired, but these events will not reconstitute full-length EGFP and thus SSA cannot be detected.
(TIF)

**S2 Fig. Chronic cerulein treatment leads to dysplastic and preneoplastic changes in K-Ras mice.** (**A**) Pancreas from mock treated K-Ras mutant mouse. Inflammation, acinar atrophy and interstitial fibrosis (arrow) are detectable. Acinar-to-ductal metaplasia is sparse. H&E staining. Original magnification, ×100. Scale bar = 160 μm. (**B**) Pancreas from K-Ras mutant mouse treated with chronic cerulein. Small focal proliferation of acinar tubules (thick arrow) with architectural and cytological atypia (dysplasia, low grade) surrounded by inflammation. Few acini with mucous metaplastic changes (thin arrow) are also present. Original magnification, ×400. Scale bar = 40 μm. (**C**) Histological scores for acinar-to-ductal metaplasia in mock and chronic cerulein treated K-Ras mutant mice. Detailed scoring criteria are described in *Methods*. Each symbol denotes data from one mouse. ***, *P* < 0.001, Mann–Whitney *U*-test. (**D**) Histological scores for dysplasia/neoplasia in mock and chronic cerulein treated K-Ras mutant mice. Detailed scoring criteria are described in *Methods*. Each symbol denotes data from one mouse. **, *P* < 0.01 (Mann–Whitney *U*-test).
(TIF)

**S3 Fig. Independent and overlapping bouts of pancreatic inflammation.** (**A**) For independent bouts of inflammation, three acute cerulein pancreatitis events were induced two weeks apart, and inflammation and proliferation were assessed at the second (analysis time A) and third (analysis time C) bout of inflammation. HR was quantified 10 to 15 days after the last

pancreatitis event. (**B**) For overlapping bouts of inflammation, three acute cerulein pancreatitis events were induced on days 1, 4 and 9. Inflammation and proliferation were assessed at the second (analysis time B) and third (analysis time D) bout of inflammation. HR was quantified 10 to 15 days after the last pancreatitis event. (**C**) Pancreas section from a control mouse shows healthy tissue. (**D,E**) Treatment with cerulein (both independent and overlapping) results in edema and an inflammatory infiltrate chiefly of neutrophils, indicating acute inflammation. (**F**) Ki-67 immunohistochemistry shows low levels of baseline proliferation in control pancreata. (**G**) Cell proliferation remains low in the pancreas during acute inflammation. (**H**) During regeneration from acute inflammation, Ki-67 positive nuclei appear, indicating regenerative proliferation. (**I**) Immunohistochemical detection of γH2AX phosphorylation in pancreas sections show low levels of DSBs in healthy pancreata. (**J**) During independent bouts of inflammation, nuclei with γH2AX foci (arrowhead) become apparent. (**K**) During overlapping bouts of inflammation, γH2AX positive nuclei are visible. (**C-E**) Original magnification, ×10. Scale bar = 200 μm. (**F-H**) Original magnification, ×20. Scale bar = 100 μm. (**I-K**) Original magnification, ×40. (TIF)

**S4 Fig. Inflammation, proliferation and DSBs in independent and overlapping bouts of inflammation.** Inflammation, cell proliferation and γH2AX foci formation were quantified in pancreas sections from mice treated with independent bouts of inflammation (blue bars) and with overlapping bouts of inflammation (purple bars). (**A,B**) Cerulein induces inflammation in both independent (n = 7) and overlapping (n = 8) treatment regimens. Severity of inflammation in control and cerulein-treated mice was quantified by a trained pathologist. (**C, D**) Quantification of nuclei positive for the proliferation marker Ki-67 shows no increase in independent bouts of inflammation (n = 7), and a large increase in overlapping bouts of inflammation (n = 8). (**E,F**) Quantification of nuclei positive for the DSB marker γH2AX (nuclei with >5 foci) shows a moderate increase in independent bouts of inflammation (n = 3), and no significant increase in overlapping bouts of inflammation (n = 3). Data are mean ± SEM. See *Methods* for detailed pathological scoring criteria. Statistical testing could not be performed in groups containing only zero values. ∗ $P < 0.05$; ∗∗ $P < 0.01$, ∗∗∗ $P < 0.001$ (Student's *t*-test). (TIF)

**S5 Fig. Low-dose MNU treatment does not induce HR.** Animals received MNU (7.5 mg/kg) in a single intraperitoneal injection, and HR was evaluated 3 to 5 weeks later. There is no significant difference between the numbers of fluorescent foci in control (n = 15) and MNU-treated (n = 14) mice. Symbols represent data from individual mice, horizontal bars show medians. ns, not statistically significant (Mann–Whitney *U*-test). (TIFF)

**S6 Fig. Repeated intraperitoneal PBS injections have no effect on HR in the pancreas.** Mice received single (*Left*, n = 85) or multiple (*Right*, n = 22) intraperitoneal PBS injections and the numbers of fluorescent foci in their pancreata were determined after *in situ* imaging as described in *Methods*. Symbols represent data from individual mice, horizontal bars show medians. ns, not statistically significant (Mann–Whitney *U*-test). (TIF)

## Acknowledgments

We thank Chakib Boussahmain, Yvette Miller and Megan Roytman for technical assistance, and Patrick Verdier for imaging support. We acknowledge the MIT Center for Environmental Health Sciences, and the MIT Koch Institute Flow Cytometry Facility.



## Author Contributions

Conceived and designed the experiments: OK BPE. Performed the experiments: OK GG WO. Analyzed the data: OK WO SM BPE. Wrote the paper: OK BPE.

## References

1. Friedberg EC, Walker GC, Siede W, Wood RD, Schultz R, and Ellenberger T. (2006). DNA repair and mutagenesis.  ASM Press,  Washington, DC, USA.

2. Coussens LM, Werb Z. (2002) Inflammation and cancer. Nature  420: 860–7. doi: 10.1038/nature01322 PMID: 12490959

3. Colotta F, Allavena P, Sica A, Garlanda C, Mantovani A. (2009) Cancer-related inflammation, the seventh hallmark of cancer: links to genetic instability. Carcinogenesis  30: 1073–81. doi: 10.1093/carcin/bgp127 PMID: 19468060

4. Hussain SP, Hofseth LJ, Harris CC. (2003) Radical causes of cancer. Nat Rev Cancer.  3: 276–85. doi: 10.1038/nrc1046 PMID: 12671666

5. Grivennikov SI, Greten FR, Karin M. (2010) Immunity, inflammation, and cancer. Cell.  140: 883–99. doi: 10.1016/j.cell.2010.01.025 PMID: 20303878

6. Meira LB, Moroski-Erkul CA, Green SL, Calvo JA, Bronson RT, et al. (2009) Aag-initiated base excision repair drives alkylation-induced retinal degeneration in mice. Proc Natl Acad Sci U S A.  106: 888–93. doi: 10.1073/pnas.0807030106 PMID: 19139400

7. Wiktor-Brown DM, Hendricks CA, Olipitz W, Engelward BP. (2006) Age-dependent accumulation of recombinant cells in the mouse pancreas revealed by in situ fluorescence imaging. Proc Natl Acad Sci U S A  103: 11862–7. doi: 10.1073/pnas.0604943103 PMID: 16882718

8. Ames BN, Shigenaga MK, Gold LS. (1993) DNA lesions, inducible DNA repair, and cell division: three key factors in mutagenesis and carcinogenesis. Environ Health Perspect.  101 Suppl 5: 35–44. doi: 10.2307/3431840 PMID: 8013423

9. Seril DN, Liao J, Yang GY, Yang CS. (2003) Oxidative stress and ulcerative colitis-associated carcinogenesis: studies in humans and in animal models. Carcinogenesis  24: 353–62. doi: 10.1093/carcin/24.3.353 PMID: 12663492

10. Farazi PA, DePinho RA. (2006) Hepatocellular carcinoma pathogenesis: from genes to environment. Nat Rev Cancer  6: 674–87. doi: 10.1038/nrc1934 PMID: 16929323

11. Farrow B, Evers BM. (2002) Inflammation and the development of pancreatic cancer. Surg Oncol.  10: 153–69. doi: 10.1016/S0960-7404(02)00015-4 PMID: 12020670

12. Loeb LA. (2011) Human cancers express mutator phenotypes: origin, consequences and targeting. Nat Rev Cancer  11: 450–7. doi: 10.1038/nrc3063 PMID: 21593786

13. Fox EJ, Prindle MJ, Loeb LA. (2013) Do mutator mutations fuel tumorigenesis? Cancer Metastasis Rev.  32: 353–61. doi: 10.1007/s10555-013-9426-8 PMID: 23592419

14. Xie K, Doles J, Hemann MT, Walker GC. (2010) Error-prone translesion synthesis mediates acquired chemoresistance. Proc Natl Acad Sci U S A  107: 20792–7. doi: 10.1073/pnas.1011412107 PMID: 21068378

15. Boland CR, Goel A. (2010) Microsatellite instability in colorectal cancer. Gastroenterology  138: 2073–2087.e3. doi: 10.1053/j.gastro.2009.12.064 PMID: 20420947

16. Maisonneuve P, Lowenfels AB. (2002) Chronic pancreatitis and pancreatic cancer. Dig Dis.  20: 32–7. doi: 10.1159/000063165 PMID: 12145418

17. De La Cruz MS, Young AP, Ruffin MT. (2014) Diagnosis and management of pancreatic cancer. Am Fam Physician  89: 626–32. PMID: 24784121

18. Lonkar P, Dedon PC. (2011) Reactive species and DNA damage in chronic inflammation: reconciling chemical mechanisms and biological fates. Int J Cancer  128: 1999–2009. doi: 10.1002/ijc.25815 PMID: 21387284

19. Marnett LJ. (2002) Oxy radicals, lipid peroxidation and DNA damage. Toxicology.  181–182: 219–22. doi: 10.1016/S0300-483X(02)00448-1 PMID: 12505314

20. Hoeijmakers JH. (2009) DNA damage, aging, and cancer. N Engl J Med.  361: 1475–85. doi: 10.1056/NEJMra0804615 PMID: 19812404

21. Helleday T, Lo J, van Gent DC, Engelward BP. (2007) DNA double-strand break repair: from mechanistic understanding to cancer treatment. DNA Repair (Amst)  6: 923–35. doi: 10.1016/j.dnarep.2007.02.006 PMID: 17363343



Inflammation, DNA Damage and Mutations *In Vivo*

22. Mimitou EP, Symington LS (2008) Sae2, Exo1 and Sgs1 collaborate in DNA double-strand break processing. Nature 455: 770–774. doi: 10.1038/nature07312 PMID: 18806779

23. Zhu Z, Chung WH, Shim EY, Lee SE, Ira G (2008) Sgs1 helicase and two nucleases Dna2 and Exo1 resect DNA double-strand break ends. Cell 134: 981–994. doi: 10.1016/j.cell.2008.08.037 PMID: 18805091

24. Nicolette ML, Lee K, Guo Z, Rani M, Chow JM, et al. (2010) Mre11-Rad50-Xrs2 and Sae2 promote 5' strand resection of DNA double-strand breaks. Nat Struct Mol Biol. 17: 1478–85. doi: 10.1038/nsmb. 1957 PMID: 21102445

25. Garcia V, Phelps SE, Gray S, Neale MJ. (2011) Bidirectional resection of DNA double-strand breaks by Mre11 and Exo1. Nature 479: 241–4. doi: 10.1038/nature10515 PMID: 22002605

26. Sung P, Robberson DL (1995) DNA strand exchange mediated by a RAD51-ssDNA nucleoprotein filament with polarity opposite to that of RecA. Cell 82: 453–461. doi: 10.1016/0092-8674(95)90434-4 PMID: 7634335

27. Benson FE, Stasiak A, West SC (1994) Purification and characterization of the human Rad51 protein, an analogue of E. coli RecA. Embo J 13: 5764–5771. PMID: 7988572

28. Wong JM, Ionescu D, Ingles CJ (2003) Interaction between BRCA2 and replication protein A is compromised by a cancer-predisposing mutation in BRCA2. Oncogene 22: 28–33. doi: 10.1038/sj.onc. 1206071 PMID: 12527904

29. Davies AA, Masson JY, McIlwraith MJ, Stasiak AZ, Stasiak A, et al. (2001) Role of BRCA2 in control of the RAD51 recombination and DNA repair protein. Mol Cell 7: 273–282. doi: 10.1016/S1097-2765 (01)00175-7 PMID: 11239456

30. Thorslund T, West SC (2007) BRCA2: a universal recombinase regulator. Oncogene 26: 7720–7730. doi: 10.1038/sj.onc.1210870 PMID: 18066084

31. Iqbal J, Ragone A, Lubinski J, Lynch HT, Moller P, et al. (2012) The incidence of pancreatic cancer in BRCA1 and BRCA2 mutation carriers. Br J Cancer 107: 2005–9. doi: 10.1038/bjc.2012.483 PMID: 23099806

32. Skoulidis F, Cassidy LD, Pisupati V, Jonasson JG, Bjarnason H, et al. (2010) Germline Brca2 heterozygosity promotes Kras(G12D)–driven carcinogenesis in a murine model of familial pancreatic cancer. Cancer Cell 18: 499–509. doi: 10.1016/j.ccr.2010.10.015 PMID: 21056012

33. Bishop AJ, Schiestl RH. (2000) Homologous recombination as a mechanism for genome rearrangements: environmental and genetic effects. Hum Mol Genet. 9: 2427–334. doi: 10.1093/hmg/9.16. 2427 PMID: 11005798

34. Gu W, Zhang F, Lupski JR. (2008) Mechanisms for human genomic rearrangements. Pathogenetics 1: 4. doi: 10.1186/1755-8417-1-4 PMID: 19014668

35. Costantino L, Sotiriou SK, Rantala JK, Magin S, Mladenov E, et al. (2014) Break-induced replication repair of damaged forks induces genomic duplications in human cells. Science 343: 88–91. doi: 10. 1126/science.1243211 PMID: 24310611

36. Pal J, Bertheau R, Buon L, Qazi A, Batchu RB, et al. (2011) Genomic evolution in Barrett's adenocarcinoma cells: critical roles of elevated hsRAD51, homologous recombination and Alu sequences in the genome. Oncogene 30: 3585–98. doi: 10.1038/onc.2011.83 PMID: 21423218

37. Strout MP, Marcucci G, Bloomfield CD, Caligiuri MA. (1998) The partial tandem duplication of ALL1 (MLL) is consistently generated by Alu-mediated homologous recombination in acute myeloid leukemia. Proc Natl Acad Sci U S A 95: 2390–5. doi: 10.1073/pnas.95.5.2390 PMID: 9482895

38. Morley AA, Grist SA, Turner DR, Kutlaca A, Bennett G. (1990) Molecular nature of in vivo mutations in human cells at the autosomal HLA-A locus. Cancer Res. 50: 4584–7. PMID: 2369733

39. Gupta PK, Sahota A, Boyadjiev SA, Bye S, Shao C, et al. (1997) High frequency in vivo loss of heterozygosity is primarily a consequence of mitotic recombination. Cancer Res. 57: 1188–93. PMID: 9067291

40. Shao C, Deng L, Henegariu O, Liang L, Raikwar N, et al. (1999) Mitotic recombination produces the majority of recessive fibroblast variants in heterozygous mice. Proc Natl Acad Sci U S A 96: 9230–5 doi: 10.1073/pnas.96.16.9230 PMID: 10430925

41. James CD, Carlbom E, Nordenskjold M, Collins VP, Cavenee WK. (1989) Mitotic recombination of chromosome 17 in astrocytomas. Proc Natl Acad Sci U S A 86: 2858–62. doi: 10.1073/pnas.86.8. 2858 PMID: 2565039

42. Hagstrom SA, Dryja TP. (1999) Mitotic recombination map of 13cen-13q14 derived from an investigation of loss of heterozygosity in retinoblastomas. Proc Natl Acad Sci U S A 96: 2952–7. doi: 10.1073/ pnas.96.6.2952 PMID: 10077618

43. Hicks WM, Kim M, Haber JE. (2010) Increased mutagenesis and unique mutation signature associated with mitotic gene conversion. Science 329: 82–5. doi: 10.1126/science.1191125 PMID: 20595613



44. Sebesta M, Burkovics P, Juhasz S, Zhang S, Szabo JE, et al. (2013) Role of PCNA and TLS polymerases in D-loop extension during homologous recombination in humans. DNA Repair (Amst) 12: 691–8. doi: 10.1016/j.dnarep.2013.05.001 PMID: 23731732

45. Kawamoto T, Araki K, Sonoda E, Yamashita YM, Harada K, et al. (2005) Dual roles for DNA polymerase eta in homologous DNA recombination and translesion DNA synthesis. Mol Cell 20: 793–9. doi: 10.1016/j.molcel.2005.10.016 PMID: 16337602

46. Holbeck SL, Strathern JN. (1997) A role for REV3 in mutagenesis during double-strand break repair in Saccharomyces cerevisiae. Genetics 147: 1017–24. PMID: 9383049

47. Buisson R, Niraj J, Pauty J, Maity R, Zhao W, et al. (2014) Breast cancer proteins PALB2 and BRCA2 stimulate polymerase η in recombination-associated DNA synthesis at blocked replication forks. Cell Rep. 6: 553–64. doi: 10.1016/j.celrep.2014.01.009 PMID: 24485656

48. Sharma S, Hicks JK, Chute CL, Brennan JR, Ahn JY, et al. (2012) REV1 and polymerase ζ facilitate homologous recombination repair. Nucleic Acids Res. 40: 682–91. doi: 10.1093/nar/gkr769 PMID: 21926160

49. Hendricks CA, Almeida KH, Stitt MS, Jonnalagadda VS, Rugo RE, et al. (2003) Spontaneous mitotic homologous recombination at an enhanced yellow fluorescent protein (EYFP) cDNA direct repeat in transgenic mice. Proc Natl Acad Sci U S A 100: 6325–30. doi: 10.1073/pnas.1232231100 PMID: 12750464

50. Jonnalagadda VS, Matsuguchi T, Engelward BP. (2005) Interstrand crosslink-induced homologous recombination carries an increased risk of deletions and insertions. DNA Repair (Amst) 4: 594–605. doi: 10.1016/j.dnarep.2005.02.002 PMID: 15811631

51. Wiktor-Brown DM, Kwon HS, Nam YS, So PT, Engelward BP. (2008) Integrated one—and two-photon imaging platform reveals clonal expansion as a major driver of mutation load. Proc Natl Acad Sci U S A 105: 10314–9. doi: 10.1073/pnas.0804346105 PMID: 18647827

52. Hecht SS. (1997) Approaches to cancer prevention based on an understanding of N-nitrosamine carcinogenesis. Proc Soc Exp Biol Med. 216: 181–91. doi: 10.3181/00379727-216-44168 PMID: 9349687

53. Kuhnle GG, Bingham SA. (2007) Dietary meat, endogenous nitrosation and colorectal cancer. Biochem Soc Trans. 35: 1355–7 doi: 10.1042/BST0351355 PMID: 17956350

54. Stettler PM, Sengstag C. (2001) Liver carcinogen aflatoxin B1 as an inducer of mitotic recombination in a human cell line. Mol Carcinog. 31: 125–38. doi: 10.1002/mc.1047 PMID: 11479921

55. Fu D, Calvo JA, Samson LD. (2012) Balancing repair and tolerance of DNA damage caused by alkylating agents. Nat Rev Cancer 12: 104–20. doi: 10.1038/nrc3185 PMID: 22237395

56. Niederau C, Ferrell LD, Grendell JH. (1985) Caerulein-induced acute necrotizing pancreatitis in mice: protective effects of proglumide, benzotript, and secretin. Gastroenterology 88: 1192–204. PMID: 2984080

57. Saluja AK, Lerch MM, Phillips PA, Dudeja V. (2007) Why does pancreatic overstimulation cause pancreatitis? Annu Rev Physiol. 69: 249–69. doi: 10.1146/annurev.physiol.69.031905.161253 PMID: 17059357

58. Dedon PC, Tannenbaum SR. (2004) Reactive nitrogen species in the chemical biology of inflammation. Arch Biochem Biophys. 423: 12–22. doi: 10.1016/j.abb.2003.12.017 PMID: 14989259

59. Burney S, Tamir S, Gal A, Tannenbaum SR. (1997) A mechanistic analysis of nitric oxide-induced cellular toxicity. Nitric Oxide 1: 130–44. doi: 10.1006/niox.1996.0114 PMID: 9701052

60. Kiziltepe T, Yan A, Dong M, Jonnalagadda VS, Dedon PC, et al. (2005) Delineation of the chemical pathways underlying nitric oxide-induced homologous recombination in mammalian cells. Chem Biol 12: 357–69. doi: 10.1016/j.chembiol.2004.12.011 PMID: 15797220

61. Paull TT, Rogakou EP, Yamazaki V, Kirchgessner CU, Gellert M, et al. (2000) A critical role for histone H2AX in recruitment of repair factors to nuclear foci after DNA damage. Curr Biol. 10: 886–95. doi: 10.1016/S0960-9822(00)00610-2 PMID: 10959836

62. Sweetser DB, Hough H, Whelden JF, Arbuckle M, Nickoloff JA. (1994) Fine-resolution mapping of spontaneous and double-strand break-induced gene conversion tracts in Saccharomyces cerevisiae reveals reversible mitotic conversion polarity. Mol Cell Biol. 14: 3863–75. PMID: 8196629

63. Rouet P, Smih F, Jasin M. (1994) Introduction of double-strand breaks into the genome of mouse cells by expression of a rare-cutting endonuclease. Mol Cell Biol. 14: 8096–106. PMID: 7969147

64. Wiktor-Brown DM, Hendricks CA, Olipitz W, Rogers AB, Engelward BP(2006) Applications of fluorescence for detecting rare sequence rearrangements in vivo. Cell Cycle 5: 2715–9. doi: 10.4161/cc.5.23.3527 PMID: 17172860

65. Wiktor-Brown DM, Sukup-Jackson MR, Fakhraldeen SA, Hendricks CA, Engelward BP. (2011) p53 null fluorescent yellow direct repeat (FYDR) mice have normal levels of homologous recombination. DNA Repair (Amst) 10: 1294–9. doi: 10.1016/j.dnarep.2011.09.009 PMID: 21993421


66. Mientjes EJ, Luiten-Schuite A, van der Wolf E, Borsboom Y, Bergmans A, et al. (1998) DNA adducts, mutant frequencies, and mutation spectra in various organs of lambda lacZ mice exposed to ethylating agents. Environ Mol Mutagen. 31: 18–31. doi: 10.1002/(SICI)1098-2280(1998)31:1<18::AID-EM4>3.0.CO;2-7 PMID: 9464312

67. Carr GJ, Gorelick NJ. (1995) Statistical design and analysis of mutation studies in transgenic mice. Environ Mol Mutagen. 25: 246–55. doi: 10.1002/em.2850250311 PMID: 7737142

68. Piegorsch WW, Lockhart AC, Carr GJ, Margolin BH, Brooks T, et al. (1997) Sources of variability in data from a positive selection lacZ transgenic mouse mutation assay: an interlaboratory study. Mutat Res. 388: 249–89. doi: 10.1016/S1383-5718(96)00123-4 PMID: 9057887

69. Fung KY, Douglas GR, Krewski D. (1998) Statistical analysis of lacZ mutant frequency data from MutaMouse mutagenicity assays. Mutagenesis 13: 249–55. doi: 10.1093/mutage/13.3.249 PMID: 9643583

70. Biederbick A, Elsässer H. (1998) Diurnal pattern of rat pancreatic acinar cell replication. Cell Tissue Res. 291: 277–83. doi: 10.1007/s004410050997 PMID: 9426314

71. Scholzen T, Gerdes J. (2000) The Ki-67 protein: from the known and the unknown. J Cell Physiol. 182: 311–22. doi: 10.1002/(SICI)1097-4652(200003)182:3<311::AID-JCP1>3.0.CO;2-9 PMID: 10653597

72. Vincent A, Herman J, Schulick R, Hruban RH, Goggins M. (2011) Pancreatic cancer. Lancet 378: 607–20. doi: 10.1016/S0140-6736(10)62307-0 PMID: 21620466

73. Weiss FU. (2014) Pancreatic cancer risk in hereditary pancreatitis. Front Physiol. 5: 70. doi: 10.3389/fphys.2014.00070 PMID: 24600409

74. Andersen NN, Jess T. (2013) Has the risk of colorectal cancer in inflammatory bowel disease decreased? World J Gastroenterol. 19: 7561–8. doi: 10.3748/wjg.v19.i43.7561 PMID: 24282346

75. Dizdaroglu M. (2012) Oxidatively induced DNA damage: mechanisms, repair and disease. Cancer Lett. 327: 26–47. doi: 10.1016/j.canlet.2012.01.016 PMID: 22293091

76. Wallace SS. (2002) Biological consequences of free radical-damaged DNA bases. Free Radic Biol Med. 33: 1–14. doi: 10.1016/S0891-5849(02)00827-4 PMID: 12086677

77. Dedon PC, Tannenbaum SR. (2004) Reactive nitrogen species in the chemical biology of inflammation. Arch Biochem Biophys. 423: 12–22. doi: 10.1016/j.abb.2003.12.017 PMID: 14989259

78. Cooke MS, Evans MD, Dizdaroglu M, Lunec J. (2003) Oxidative DNA damage: mechanisms, mutation, and disease. FASEB J. 17: 1195–214. doi: 10.1096/fj.02-0752rev PMID: 12832285

79. Nakabeppu Y, Sakumi K, Sakamoto K, Tsuchimoto D, Tsuzuki T, et al. (2006) Mutagenesis and carcinogenesis caused by the oxidation of nucleic acids. Biol Chem. 387: 373–9. doi: 10.1515/BC.2006.050 PMID: 16606334

80. Wang D, Kreutzer DA, Essigmann JM. (1998) Mutagenicity and repair of oxidative DNA damage: insights from studies using defined lesions. Mutat Res. 400: 99–115. doi: 10.1016/S0027-5107(98)00066-9 PMID: 9685598

81. Bjelland S, Seeberg E. (2003) Mutagenicity, toxicity and repair of DNA base damage induced by oxidation. Mutat Res. 531: 37–80. doi: 10.1016/j.mrfmmm.2003.07.002 PMID: 14637246

82. Sekiguchi M, Tsuzuki T. (2002) Oxidative nucleotide damage: consequences and prevention. Oncogene. 21: 8895–904. doi: 10.1038/sj.onc.1206023 PMID: 12483507

83. Haracska L, Prakash L, Prakash S. (2002) Role of human DNA polymerase kappa as an extender in translesion synthesis. Proc Natl Acad Sci U S A. 99: 16000–5. doi: 10.1073/pnas.252524999 PMID: 12444249

84. McCulloch SD, Kokoska RJ, Garg P, Burgers PM, Kunkel TA. (2009) The efficiency and fidelity of 8-oxo-guanine bypass by DNA polymerases delta and eta. Nucleic Acids Res. 37: 2830–40. doi: 10.1093/nar/gkp103 PMID: 19282446

85. Fortini P, Pascucci B, Parlanti E, D'Errico M, Simonelli V, et al. (2003) 8-Oxoguanine DNA damage: at the crossroad of alternative repair pathways. Mutat Res. 531: 127–39. doi: 10.1016/j.mrfmmm.2003.07.004 PMID: 14637250

86. Dou H, Mitra S, Hazra TK. (2003) Repair of oxidized bases in DNA bubble structures by human DNA glycosylases NEIL1 and NEIL2. J Biol Chem. 278: 49679–84. doi: 10.1074/jbc.M308658200 PMID: 14522990

87. Liu M, Bandaru V, Bond JP, Jaruga P, Zhao X, et al. (2010) The mouse ortholog of NEIL3 is a functional DNA glycosylase in vitro and in vivo. Proc Natl Acad Sci U S A. 107: 4925–30. doi: 10.1073/pnas.0908307107 PMID: 20185759

88. Maki H, Sekiguchi M. (1992) MutT protein specifically hydrolyses a potent mutagenic substrate for DNA synthesis. Nature. 355: 273–5.i doi: 10.1038/355273a0 PMID: 1309939



89. Tajiri T, Maki H, Sekiguchi M. (1995) Functional cooperation of MutT, MutM and MutY proteins in preventing mutations caused by spontaneous oxidation of guanine nucleotide in Escherichia coli. Mutat Res. 336: 257–67. doi: 10.1016/0921-8777(94)00062-B PMID: 7739614

90. Nghiem Y, Cabrera M, Cupples CG, Miller JH. (1988) The mutY gene: a mutator locus in Escherichia coli that generates G.C——T.A transversions. Proc Natl Acad Sci U S A. 85: 2709–13. doi: 10.1073/pnas.85.8.2709 PMID: 3128795

91. Russo MT, De Luca G, Casorelli I, Degan P, Molatore S, et al. (2009) Role of MUTYH and MSH2 in the control of oxidative DNA damage, genetic instability, and tumorigenesis. Cancer Res. 69: 4372–9. doi: 10.1158/0008-5472.CAN-08-3292 PMID: 19435918

92. Cabelof DC, Guo Z, Raffoul JJ, Sobol RW, Wilson SH, et al. (2003) Base excision repair deficiency caused by polymerase beta haploinsufficiency: accelerated DNA damage and increased mutational response to carcinogens. Cancer Res. 63: 5799–807. PMID: 14522902

93. Larsen E, Reite K, Nesse G, Gran C, Seeberg E, et al. (2006) Repair and mutagenesis at oxidized DNA lesions in the developing brain of wild-type and Ogg1-/- mice. Oncogene. 25: 2425–32. doi: 10.1038/sj.onc.1209284 PMID: 16369492

94. Klungland A, Rosewell I, Hollenbach S, Larsen E, Daly G, et al. (1999) Accumulation of premutagenic DNA lesions in mice defective in removal of oxidative base damage. Proc Natl Acad Sci U S A. 96: 13300–5. doi: 10.1073/pnas.96.23.13300 PMID: 10557315

95. Sato Y, Takahashi S, Kinouchi Y, Shiraki M, Endo K, et al. (2006) IL-10 deficiency leads to somatic mutations in a model of IBD. Carcinogenesis. 27: 1068–73. doi: 10.1093/carcin/bgi327 PMID: 16407368

96. Shea A, Lee CW, Masumura K, Rickman BH, Nohmi T, Wogan GN, Fox JG, Schauer DB. (2010) Mutagenic potency of Helicobacter pylori in the gastric mucosa of mice is determined by sex and duration of infection. Proc Natl Acad Sci U S A. 107(34): 15217–22. doi: 10.1073/pnas.1009017107 PMID: 20699385

97. Motorna OO, Martin H, Gentile GJ, Gentile JM. (2001) Analysis of lacI mutations in Big Blue transgenic mice subjected to parasite-induced inflammation. Mutat Res. 484: 69–76. doi: 10.1016/S0027-5107(01)00258-5 PMID: 11733073

98. Touati E, Michel V, Thiberge JM, Wuscher N, Huerre M, et al. (2003) Chronic Helicobacter pylori infections induce gastric mutations in mice. Gastroenterology. 124: 1408–19. doi: 10.1016/S0016-5085(03)00266-X PMID: 12730880

99. Arai T, Kelly VP, Komoro K, Minowa O, Noda T, et al. (2003) Cell proliferation in liver of Mmh/Ogg1-deficient mice enhances mutation frequency because of the presence of 8-hydroxyguanine in DNA. Cancer Res. 63: 4287–92. PMID: 12874039

100. Schiestl RH. (1989) Nonmutagenic carcinogens induce intrachromosomal recombination in yeast. Nature. 337: 285–8. doi: 10.1038/337285a0 PMID: 2643057

101. Sutherland BM, Bennett PV, Georgakilas AG, Sutherland JC. (2003) Evaluation of number average length analysis in quantifying double strand breaks in genomic DNAs. Biochemistry 42: 3375–84. doi: 10.1021/bi0205505 PMID: 12641470

102. Kolomietz E, Meyn MS, Pandita A, Squire JA. (2002) The role of Alu repeat clusters as mediators of recurrent chromosomal aberrations in tumors. Genes Chromosomes Cancer. 35: 97–112. doi: 10.1002/gcc.10111 PMID: 12203773

103. Frederick L, Eley G, Wang XY, James CD. (2000) Analysis of genomic rearrangements associated with EGRFvIII expression suggests involvement of Alu repeat elements. Neuro Oncol. 2: 159–63. PMID: 11302336

104. Slebos RJ, Resnick MA, Taylor JA. (1998) Inactivation of the p53 tumor suppressor gene via a novel Alu rearrangement. Cancer Res. 58: 5333–6. PMID: 9850060

105. Hsieh SY, Chen WY, Yeh TS, Sheen IS, Huang SF. (2005) High-frequency Alu-mediated genomic recombination/deletion within the caspase-activated DNase gene in human hepatoma. Oncogene. 24: 6584–9. doi: 10.1038/sj.onc.1208803 PMID: 16007181

106. Kiraly O, Gong G, Roytman MD, Yamada Y, Samson LD, Engelward BP. (2014) DNA glycosylase activity and cell proliferation are key factors in modulating homologous recombination in vivo. Carcinogenesis. 35: 2495–2502. doi: 10.1093/carcin/bgu177 PMID: 25155011

107. Morton SW, Lee MJ, Deng ZJ, Dreaden EC, Siouve E, et al. (2014) A nanoparticle-based combination chemotherapy delivery system for enhanced tumor killing by dynamic rewiring of signaling pathways. Sci Signal. 7: ra44. doi: 10.1126/scisignal.2005261 PMID: 24825919

108. Guerra C, Schuhmacher AJ, Cañamero M, Grippo PJ, Verdaguer L. et al. (2007) Chronic pancreatitis is essential for induction of pancreatic ductal adenocarcinoma by K-Ras oncogenes in adult mice. Cancer Cell 11: 291–302. doi: 10.1016/j.ccr.2007.01.012 PMID: 17349585

# Exhibit 106

# REVIEW

# Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer

*Roberta B. Ness, Carrie Cottreau*

Ovarian cancer is a commonly fatal disease for which prevention strategies have been limited, in part because of a lack of understanding of the underlying biology. This paper reviews the epidemiologic literature in the English language on risk factors and protective factors for ovarian cancer and proposes a novel hypothesis that a common mechanism underlying this disease is inflammation. Previous hypotheses about the causes of ovarian cancer have attributed risk to an excess number of lifetime ovulations or to elevations in steroid hormones. Inflammation may underlie ovulatory events because an inflammatory reaction is induced during the process of ovulation. Additional risk factors for ovarian cancer, including asbestos and talc exposure, endometriosis (i.e., ectopic implantation of uterine lining tissue), and pelvic inflammatory disease, cannot be directly linked to ovulation or to hormones but do cause local pelvic inflammation. On the other hand, tubal ligation and hysterectomy act as protective factors, perhaps by diminishing the likelihood that the ovarian epithelium will be exposed to environmental initiators of inflammation. Inflammation entails cell damage, oxidative stress, and elevations of cytokines and prostaglandins, all of which may be mutagenic. The possibility that inflammation is a pathophysiologic contributor to the development of ovarian cancer suggests a directed approach to future research [J Natl Cancer Inst 1999;91:1459–67]

Ovarian cancer is the gynecologic cancer most likely to result in death among women *(1)*, yet the pathophysiology underlying epithelial ovarian cancer is not clearly established. For many years, two dominant hypotheses—the ovulation hypothesis *(2–4)*, which relates ovarian cancer risk to incessant ovulation, and the pituitary gonadotropin hypothesis *(5)*, which implicates elevations in gonadotropin levels acting in concert with estrogen—have sought to explain the genesis of this disease. Epidemiologic and biologic data have not been entirely consistent with either of these hypotheses. At the same time, a growing body of epidemiologic evidence suggests that factors causing epithelial inflammation are involved in ovarian carcinogenesis. Such factors include asbestos and talc exposures, endometriosis, and pelvic inflammatory disease (PID). Conversely, there appear to be protective effects of tubal ligation and hysterectomy, which may reduce the exposure from local genital tract irritants. We first briefly review evidence for and against the ovulation and gonadotropin hypotheses. We then propose that inflammation may work in conjunction with, and in addition to, ovulation and steroid hormones in mediating epithelial ovarian cancer risk (Fig. 1).

In this review, only epithelial ovarian cancers will be discussed because they account for about 90% of all ovarian cancers. We will not discriminate between invasive and noninvasive tumors, since both have similar risk factors. Also, we acknowledge the potential heterogeneity between mucinous and other epithelial ovarian tumor types *(6,7)*, but histology-specific considerations are beyond the scope of this review.

Studies were identified for this review by searching the English language literature in the MEDLINE® database and by an extensive review of bibliographies from articles found through that search.

## EVIDENCE SUPPORTING THE PITUITARY GONADOTROPIN AND OVULATION HYPOTHESES

The factors that afford the greatest overall risk reduction for ovarian cancer in female populations are parity (number of live births) *(6,8–36)*, oral contraceptive use *(6,8–16,24,31,32,35–45)*, and prolonged breast-feeding *(31,46)*. During pregnancy, very high levels of estrogen and progesterone suppress levels of luteinizing hormone (LH) and follicle-stimulating hormone (FSH) and disallow ovulation; during oral contraceptive use, stable levels of estrogens and progestins inhibit the gonadotropins and their ability to stimulate ovulation; and during breast-feeding, low levels of estrogen and LH suppress ovulation *(47)*. That these reproductive and contraceptive factors are protective suggests a common effect through ovulation or steroid hormones. Oral contraceptive use, parity, and breast-feeding each provide a reduction in risk for two to three decades after their cessation, so that they must trigger biologic events that do not clinically manifest themselves as cancer until many years thereafter *(48)*.

If fertility drugs were found to influence the development of ovarian cancer, this influence would also potentially support both the ovulation and gonadotropin hypotheses, since these drugs both elevate gonadotropin levels and cause superovulation. However, the literature *(49,50)* is conflicting regarding the association between the use of fertility drugs and ovarian cancer.

## SCRUTINIZING THE PITUITARY GONADOTROPIN HYPOTHESIS

The pituitary gonadotropin hypothesis suggests that critical events in the transformation to ovarian cancer are the entrapment

*Affiliations of authors:* R. B. Ness, Department of Epidemiology, University of Pittsburgh Graduate School of Public Health, University of Pittsburgh Cancer Institute, and Magee-Womens Research Institute, Pittsburgh, PA; C. Cottreau, Department of Epidemiology, University of Pittsburgh Graduate School of Public Health.

*Correspondence to:* Roberta B. Ness, M.D., M.P.H., University of Pittsburgh Graduate School of Public Health, 130 DeSoto St., Rm. 513, Parran Hall, Pittsburgh, PA 15261 (e-mail: repro@vms.cis.pitt.edu).

*See* "Note" following "References."

© Oxford University Press

Downloaded from http://jnci.oxfordjournals.org/ by guest on October 14, 2014



**Fig. 1.** Inflammation as a common mechanism underlying ovarian cancer.

Downloaded from http://jnci.oxfordjournals.org/ by guest on October 14, 2014

of surface epithelium in inclusion cysts followed by stimulation of the entrapped epithelium by estrogen or estrogen precursors, particularly in the presence of high and persistent levels of gonadotropins (LH and FSH) *(5)*. Several observations do not completely fit the pituitary gonadotropin hypothesis. High estrogen levels alone could not be the whole story behind mutagenicity because estrogen levels are at their highest during pregnancy, a reproductive event that is strongly protective for ovarian cancer *(48)*. In addition, one study *(51)* found no estrogen receptors in epithelium on the surface of the ovary or in inclusion cysts. Cramer and Welch *(5)* illustrated the nature of the proposed interplay between gonadotropins and estrogens and suggested that disruption of negative feedback to the pituitary in the presence of an otherwise normal ovarian steroidal environment (e.g., by transplanting the ovary to the spleen wherein ovarian hormones would be degraded by the liver) would elevate gonadotropins and stimulate ovarian mutagenesis. A pharmacologic equivalent to this would be use of medications, such as barbiturates, halogenated hydrocarbon pesticides, anti-inflammatory medications, and antihistamines, that would degrade estrogen at a greater than normal rate. However, to our knowledge, there has not been any evidence that such medications increase the risk of ovarian cancer *(52)*. These authors *(5,53)* also proposed that premature ovarian failure or early menopause could be associated with elevated ovarian cancer risk via high gonadotropin levels. However, there is little evidence that age at natural menopause influences risk *(32,46)*.

Furthermore, in the only prospective study to examine this question directly *(54)*, gonadotropin levels measured from serum stored many years prior to outcome were not associated with the occurrence of ovarian cancer. Helzlsouer et al. *(54)* analyzed levels of LH, FSH, and other hormones among case patients with ovarian cancer and control subjects arising from a prospective population-based serum bank study. Of 20 305 participants from whom serum had been collected and frozen, 31 who were not taking hormone replacement therapy (HRT) at baseline developed ovarian cancer a mean of 8 years after blood collection. These case patients were matched to 62 control subjects on age, menopausal status, and, for premenopausal women, number of days from the beginning of the last menstrual period. Mean levels of FSH, LH, and estrogens were somewhat lower among

case patients with ovarian cancer than among control subjects, whereas the androgens androstenedione, dihydroepiandrosterone, and dihydroepiandrosterone sulfate were associated with an increased risk. These results do not support the hypothesis that elevated pituitary gonadotropin levels increase ovarian cancer risk. However, limitations of the study were the measurement of hormones at a single point in time, the inclusion of premenopausal women without precise determination of timing of blood collection within the menstrual cycle, the small number of cases of ovarian cancer, and the limited adjustment for confounding factors.

A more complex issue that is somewhat difficult to reconcile with the gonadotropin hypothesis is that postmenopausal estrogen use has been modestly, albeit inconsistently, associated with increased risk for ovarian cancer *(7,8,11,12,14,18,24,36,55–62)*. A recent meta-analysis *(63)*, including 11 articles with data from 21 studies, did show a small increase in overall risk with HRT use (relative risk [RR] = 1.15; 95% confidence interval [CI] = 1.05–1.27) with a somewhat higher risk, albeit of borderline significance, among users for more than 10 years' duration (RR = 1.27; 95% CI = 1.00–1.61). Rodriguez et al. *(62)* in the prospective Nurses Health Study found 18 cases in 5000 person-years among long-term users (>11 years), for an RR of 1.7 (95% CI = 1.1–2.8). Postmenopausal estrogens reduce gonadotropins and increase estrogen levels. To the degree that the gonadotropin hypothesis predicted that excess LH and FSH stimulate mutagenesis, these findings would seem to counter the predictions of the hypothesis. However, if the hormonal mechanism more relevant to the thesis of the gonadotropin hypothesis were that of estrogen elevation, then these findings would indeed fit the data. Taken together, the literature reviewed above does not fully support the gonadotropin hypothesis, although it is quite possible that steroid hormones do play some role in pathogenesis.

## SCRUTINIZING THE OVULATION HYPOTHESIS

The ovulation hypothesis states that excessive ovulation damages the ovarian epithelium, from which epithelial ovarian cancer arises *(2)*. This hypothesis proposes that repeated cell damage translates into an enhanced potential for aberrant DNA repair, inactivation of tumor-suppressor genes, and subsequent mutagenesis *(3,4)*. Perhaps the most complex issue to reconcile with the ovulation hypothesis is whether ovulatory infertility increases the risk for ovarian cancer. Ovulatory infertility is the result of a lack of ovulation and so should not elevate the risk of ovarian cancer according to this hypothesis. Although several studies [reviewed at length elsewhere *(49)*] have shown that ovarian cancer is associated with difficulty in achieving pregnancy *(8,21,31,64–69)*, there has been inconsistency regarding the type of infertility associated with this risk. With regard to ovulatory infertility, Rossing et al. *(64)* examined records of women who presented to infertility clinics in Seattle, WA, during the period from 1974 through 1985 and who were subsequently identified through cancer registry information if they developed ovarian cancer. Based on small numbers, the RR for ovulatory abnormalities was 3.7 (95% CI = 1.4–8.1) when compared with population-based expected rates of ovarian cancer. This analysis was limited by the likelihood that the external comparison population would likely be more parous, more likely to have used oral contraceptives, and therefore at a lower ovarian cancer risk—hence, resulting in an inflation of the observed RR. In fact, when Rossing et al. compared women with ovulatory infertility with

internal control subjects who had other infertility diagnoses, the risk of ovarian cancer was 1.8 (95% CI = 0.5–6.1). Venn et al. *(65)* published data from a larger retrospective cohort study of women attending an *in vitro* fertilization clinic and compared their rates with population-based ovarian cancer rates. Again, infertility was associated with ovarian cancer, but only for women with unexplained infertility (odds ratio [OR] = 19.2; 95% CI = 2.2–165) and not for women with ovulatory infertility. In summary, because anovulation is only one among several possible causes of infertility, this limited literature neither supports nor refutes the ovulation hypothesis.

Factors that reduce ovulation do not proportionally reduce the risk of ovarian cancer *(24,46)*. First proposed by Risch et al. *(24)* and later demonstrated by Whittemore et al. *(46),* 1 year of delayed menarche or of early menopause was associated with a much less marked reduction in ovarian cancer risk than was 1 year of term pregnancy, 1 year of breast-feeding, or 1 year of oral contraceptive use. Were the ovulation hypothesis to hold, there is no reason to imagine that various sources of ovulation cessation would differentially impact risk. However, age at menarche and age at menopause may less accurately reflect ovulatory function than does pregnancy or oral contraceptive use; the initiation and cessation of menses do not reflect the initiation and cessation of ovulation *(70)*. Nevertheless, suppression of ovulation cannot fully account for the risk reductions observed in epidemiologic studies. Assuming that ovulations occur over a period of at least 20 years, a full-term pregnancy would be expected to reduce ovarian cancer risk by 5%, whereas Whittemore et al. *(46)* observed about a 15% reduction in risk for each pregnancy after the first.

### Epidemiologic Data Supporting the Role of Local Inflammation in Ovarian Cancer Risk

Several types of exposure that do not directly affect ovulation or steroid hormone levels but that do enhance local inflammation have been implicated as ovarian cancer risk factors. Reduced passage of inflammatory toxins from the lower to the upper genital tract may also reduce risk.

### Talc and Asbestos Exposure

In the early 1960s, it was recognized that female asbestos workers had an increased risk of developing ovarian cancer and other intra-abdominal neoplasms *(71,72)*. Subsequent retrospective cohort studies of women who were employed in industries wherein they might encounter heavy asbestos exposure *(73–75)* found about a twofold excess of ovarian cancers over what was expected, with a dose–response relationship suggested. Heller et al. *(76)* documented that substantial amounts of asbestos fiber could be detected in the ovarian tissues of women whose fathers or husbands worked in occupations in which asbestos exposure was high. The rates of finding asbestos in ovarian tissue were twice as high in women with household exposure as in women without such an exposure history. Animal models *(73,77,78)* provide some support for the suggestion that asbestos exposure may cause ovarian cancer. Intraperitoneal injection of asbestos into guinea pigs and rabbits results in changes in the ovarian epithelium similar to those seen in early ovarian cancer in women; similar changes were found among 20% of the exposed and 0% of the unexposed animals *(77)*. However, whereas asbestos was cytotoxic to hamster ovary cells *in vitro* *(78)*, it had no effect on the ovaries of mice and hamsters *in vivo* *(77)*.

Although household-related asbestos exposure may be related to dust on the clothing, with those who launder the clothing at increased risk of cancer, it is also possible that exposure occurs through sexual intercourse with particles traveling from the lower to the upper genital tract. Traffic of endogenous cells and pathogens from the lower to the upper genital tract has been shown to be common *(79)*. This fact links cervicitis, i.e., sexually transmitted infection of the lower genital tract epithelium, to PID. It may also link asbestos exposure and talc use to ovarian epithelial inflammation.

Talc, which is structurally similar to asbestos, has repeatedly been related to ovarian cancer. Prior to 1976, talc was commonly contaminated with asbestos, so that the early studies relating talc to ovarian cancer may have been confounded by the asbestos–ovarian cancer relationship *(80)*. More recent findings are less likely to be solely driven by the asbestos relationship.

At least 12 epidemiologic studies *(8,81–91)* have evaluated the use of talc in relationship to ovarian cancer. Eight of these studies *(81–87,90)* reported an elevated cancer risk among women whose powder exposure was described as a "dusting of the perineum," with ORs ranging from 1.3 to 3.9. Two other studies *(8,88)* found a very small elevation in risk with the use of a more general exposure definition, and one study *(89)* found no association. In the most extensive and focused analysis to date, Cook et al. *(81)* interviewed 313 case patients with ovarian cancer and 422 control subjects regarding exposure to a variety of powder products used in a series of ways (e.g., perineal dusting, diaphragm storage, powder on sanitary napkins, and genital deodorant spray). Both talc-containing and non-talc-containing baby or bath powder products were associated with an elevated risk of ovarian cancer; each way of using it, with the exception of diaphragm storage, was also associated with an elevated risk of ovarian cancer. A limited number of studies *(8,81,90,92)* have examined the potential for a dose–response relationship. Some studies have shown some increase in risk with more frequent exposure *(83,86)*, longer exposure *(86)*, and greater total number of lifetime applications *(86)*. However, other studies *(8,81,90)* have not shown any dose–response relationship. The link between talc exposure and ovarian cancer is limited by a lack of supportive animal data and an inconsistency in the detection of talc in the ovarian tissue of women who reported heavy use *(91)*. Nevertheless, the consistency of an association between talc use and ovarian cancer in a series of well-conducted studies of varying design suggests that talc use may represent another environmental exposure that enhances epithelial inflammation and thereby either initiates or promotes ovarian carcinogenesis.

### Endometriosis

Endometriosis is the presence of endometrial tissue outside the lining of the uterus. Although the cause of endometriosis is unknown, it is clear that the implantation of ectopic endometrial tissue is associated with a local inflammatory reaction, including macrophage activation, and elevation of cytokines and growth factors.

Ovarian tumors arise out of ovarian endometriosis in 0.3%–0.8% of case patients who are followed clinically *(93,94)*. In the most extensive epidemiologic study to date, Brinton et al. *(95)* assessed cancer outcomes among 20 686 women with endometriosis who were hospitalized in Sweden. Hospitalizations were identified through the nationwide Swedish Inpatient Registrar, and outcomes were identified through the National Swedish

Downloaded from http://jnci.oxfordjournals.org/ by guest on October 14, 2014

Cancer Registry after a mean of 11.4 years of follow-up. The risk of ovarian cancer was elevated 2.5-fold for women followed for 10 or more years, and the risk rose to more than fourfold among women whose endometriosis was located in the ovary. Unfortunately, this study did not control for parity or oral contraceptive use, which might have led to an inflated estimate of risk. However, there is substantial clinical support for an association between endometriosis and ovarian cancer.

Several case series *(93,96–101)* have demonstrated cancer tumorigenesis that arises from endometriosis. Sampson *(102)*, who documented the first case, outlined a set of criteria for establishing the existence of such a cancerous transformation. These criteria include the following: 1) demonstration of both cancerous and benign endometrial tissues in the same ovary, 2) demonstration of cancer arising in the tissue and not invading from another source, and 3) demonstration of a histologic relationship between invasive and benign components. Reviewing the literature, Heaps et al. *(93)* noted that 165 cases have been published that meet these criteria. Almost 80% of these malignant transformations arose from ovarian endometriosis, and the rest came from extragonadal sites. Endometrioid adenocarcinomas accounted for 69% of lesions, followed by clear-cell carcinomas (13.5%) and sarcomas (11.6%). This is a far higher proportion of endometrioid and clear-cell tumors than is found among ovarian cancers in general (10%–20% and 3%–10%, respectively), which again points to a possible transformation from endometriosis to specific types of endometrial cancer *(103)*. One case report *(99)* documented the experience of a woman who, on biopsy, first showed atypia within ovarian endometriosis and then 3 years later had a clear-cell ovarian carcinoma arising from the same ovary. Finally, Sainz de la Cuesta et al. *(96)* found endometriosis among about 40% of women with stage I endometrioid or clear-cell ovarian carcinoma, about one third of which were carcinomas arising out of endometriosis. Czernobilsky and Morris *(104)* also showed that mild cytologic atypia occurred in about 20% of endometriosis lesions and that severe atypia, a probable precursor of ovarian cancer, occurred in 3.6%. Taken as a whole, these data strongly support a temporal pattern of transition from simple endometriosis to atypical endometriosis to ovarian cancer.

## Hysterectomy and Bilateral Tubal Ligation

Hysterectomy without oophorectomy and tubal ligation both have been associated with reductions in the risk for ovarian cancer *(105–115)*. ORs have ranged from 0.03 to 0.8 for hysterectomy and from 0.2 to 0.9 for tubal ligation. Some authors *(105–107)* found that the protective effect for hysterectomy waned after 5–20 years and suggested that the observed protection afforded by these procedures might result from screening whereby ovaries examined at the time of surgery and found to be abnormal were removed. However, other authors *(6,108,114)* found that the protection afforded by hysterectomy or tubal ligation continues for 20–25 years after the procedure. Green et al. *(114)* proposed that the mechanism whereby hysterectomy and tubal ligation protect against ovarian cancer is by cutting off the pathway between the lower and the upper parts of the genital tract, thereby disallowing proinflammatory exposures from reaching the ovarian epithelium. This may account for the finding by Whittemore et al. *(106)*, who reported no protective effect of hysterectomy in women who had a prior bilateral tubal ligation but found a reduction in risk for women with no prior tubal ligation. Furthermore, Whittemore et al. showed that tubal ligation protected against the effect of talc. Women who used talc but had never had surgical sterilization were at 30% increased risk of cancer, whereas women who used talc but had a tubal ligation had a 50% reduction in risk. Thus, talc exposure may occur via ascension of particles from the lower to the upper part of the genital tract and tubal ligation severs this route of ovarian exposure. However, the risk reduction associated with tubal ligation or hysterectomy may be larger than would be expected, presuming that these procedures protect the ovarian epithelium from exposure to known inflammants, particularly because only a subset of women is exposed to talc or asbestos. The probable explanation for the fact that risk reduction for tubal ligation hysterectomy is larger than expected lies in the role of as yet unidentified environmental exposures. For example, sexually transmitted pathogens may act via inflammation to increase risk *(see below)*. The inflammation hypothesis challenges investigators to search for other exposures that may gain access to the upper genital tract through the lower genital tract and initiate an inflammatory response.

## Pelvic Inflammatory Disease

PID is a condition consisting of inflammation of the endometrium, tubes, and ovaries as a result of sexually transmitted infections that ascend from the lower to the upper part of the genital tract. Two case–control studies *(34,116)* have linked PID with ovarian cancer risk. A third study *(117)*, in which a very small proportion of women (and, therefore, total number of women) reported previous PID, did not. The latter study *(117)* is likely limited not only by power but also potentially by under-reporting of prior PID. Shu et al. *(34)* first reported a substantial but statistically nonsignificant relationship (OR = 3.0; 95% CI = 0.3–30.2) among a handful of affected case patients and control subjects in Shanghai, China. Risch and Howe *(116)* subsequently demonstrated the relationship in a study involving 450 case patients with ovarian cancer and 565 control subjects residing in and around Toronto, Canada. They found an increased risk of ovarian cancer among women who had had an episode of PID (OR = 1.5; 95% CI = 1.1–2.1). The relationship between PID and ovarian cancer was most evident in women who had had PID at an early age, were nulliparous, and were infertile. Moreover, there was an increasing trend in risk with increasing number of PID episodes. Each episode of PID promotes a greater and greater inflammatory response, resulting in increasing damage to ovarian and tubal structures and a greater chance of tubal infertility (which, if occurring before the first birth, would manifest itself as nulliparity). Indeed, in the previously mentioned retrospective study of the cohort of infertile women *(64)*, those with tubal infertility were at a threefold increased risk of ovarian cancer. The RR for tubal infertility was of the same order of magnitude as it was for ovulatory infertility, albeit involving a smaller number of individuals and not reaching statistical significance. PID produces infertility by causing inflammation of and damage to the fallopian tube wherein the ovum reaches the uterus, rather than by any effect on ovulation *(see below)*. Thus, the finding that PID is associated with ovarian cancer, particularly when there has been resultant chronic inflammation and infertility, is consistent with an inflammatory origin for ovarian cancer.

Downloaded from http://jnci.oxfordjournals.org/ by guest on October 14, 2014

## ANTI-INFLAMMATORY MEDICATIONS

One way to evaluate the role of inflammation in ovarian cancer is to examine the effect of anti-inflammatory medications on risk. Cramer et al. *(52)* asked 563 case patients with ovarian cancer and 523 population-based control subjects about their lifetime history of anti-inflammatory medication use. The OR for ovarian cancer associated with at least 6 months of once-per-week aspirin use was 0.75 (95% CI = 0.52–1.10) and for ibuprofen use was 1.03 (95% CI = 0.64–1.64). Limitations of this study included the modest number of case patients exposed to long-term aspirin use and the smaller number exposed to ibuprofen, which resulted in broad CIs around ORs; the inclusion of women with modest use of nonsteroidal anti-inflammatory medications as exposed; and the lack of dose or duration data for aspirin or ibuprofen use. Previous studies showing a protective benefit of aspirin use for colon cancer have typically used a more restrictive definition of exposure, such as aspirin use at least two to three times per week, and have more clearly shown an effect for aspirin use than for other nonsteroidal medications, predominantly because only for aspirin use have the number of exposed individuals been sufficient to provide stable estimates *(118)*. Indeed, in the only other published study examining the role of analgesics on ovarian cancer risk *(89)*, among 189 women with epithelial ovarian cancers, the adjusted RR for infrequent use was 0.78 (not statistically significant), whereas the adjusted RR for frequent use was 0.51 ($P = .05$). Thus, further investigation of the impact of anti-inflammatory medications on ovarian cancer is warranted.

## BIOLOGIC RATIONALE FOR THE ROLE OF INFLAMMATION IN OVARIAN CANCER RISK

Ames et al. *(119)* argued that carcinogenesis in general may be mediated by oxidative damage to DNA. The general theory was based on the finding that mutations in several critical genes, such as the p53 tumor suppressor gene, can lead to tumors. Damage to the DNA constituting these genes may contribute to mutagenicity, to a degree that depends on the degree of damage, the effectiveness of endogenous repair mechanisms, and the rates of cell division. More rapidly dividing cells would be most prone to errors in DNA replication and repair *(120)*.

Inflammation, by its nature, produces toxic oxidants meant to kill pathogens. These oxidants cause direct damage to DNA, proteins, and lipids and may, therefore, play a direct role in carcinogenesis *(121)*. At the same time, chronic inflammation is associated with increased cell division. Rapid cell division gives rise to the potential for replication errors with resultant DNA repair; aberrant DNA repair, particularly at key regulatory sites (e.g., tumor suppressor DNA regions), may increase the risk for mutagenesis *(119)*. Finally, bioactive substances, such as cytokines, growth factors, and prostaglandins, that are synonymous with inflammation may play an important role in ovarian mutagenesis. Ovarian epithelial cells secrete cytokines, including interleukin 1, interleukin 6, and macrophage colony-stimulating factor, among others *(122)*. Auersperg et al. *(123)* pointed out that these same factors are also produced by ovarian cancer cells and suggested that the recruitment of normally secreted cytokines into disregulated autocrine loops may be important in neoplastic progression. Prostaglandins have multiple effects that favor tumorigenesis *(124)*. For example, prostaglandins are more common in ovarian malignant tumors than in normal cells *(125)*,

overexpression of prostaglandins increases the invasiveness of tumor cells, and inhibitors of cyclooxygenase activity (and therefore prostaglandin formation) protect against a variety of cancers in animals *(124)*. Epidemiologic studies have shown that long-term use of nonsteroidal anti-inflammatory medications generally reduces the risk of colon cancer in both men and women *(118,126,127)* and breast cancer in women *(128)*.

Ovulation may be mutagenic. The process of ovulation requires disruption of the ovarian epithelium *(129,130)*. Degenerative epithelial cells adjacent to the site of follicular rupture are shed from the ovarian surface, presumably through apoptosis (i.e., programmed cell death). The wound that ensues from cell loss and follicular cell extrusion is repaired by the proliferation of epithelial cells from the perimeter of the ruptured follicle. In the process, inclusion cysts are formed as surface epithelial cells become entrapped in the ovarian wound created during ovulation. There has been speculation that inclusion cysts are among the ovarian surface changes that represent a path of differentiation that is less plastic than the relatively pleuripotential normal ovarian epithelium and more likely to proceed to ovarian carcinogenesis *(130)*. This suggestion comes from two observations. First, women with ovarian cancer are more likely to have inclusion cysts in the contralateral ovary *(131)*; however, this finding was not confirmed in another study *(132)*. Second, in an unblinded study *(133)*, ovaries of women at high familial risk of developing ovarian cancer, compared with ovaries of normal women, were more likely to have multiple inclusion cysts as well as papillomatosis, deep invaginations, epithelial pseudostratification, and/or hyperactive stroma. Women with a genetic predisposition to ovarian cancer may thus have ovarian epithelium that is already committed to ovarian carcinogenesis, a feature of which is an excess of inclusion cysts.

There are also data from animal studies and limited human studies to support the hypothesis that ovulation may trigger cellular events that result in carcinogenesis. Hyperovulatory hens have a markedly increased likelihood of developing ovarian adenocarcinomas, as do rats with hyperproliferating ovarian epithelial cells *(134,135)*. In women, mutations of the p53 tumor suppressor gene were associated with an increased number of lifetime ovulations in a study by Schildkraut et al. *(120)*. Mutations of the p53 gene are the most common molecular alterations in ovarian cancer and are thought to result from spontaneous errors of DNA synthesis during cell proliferation *(136)*. Risch *(137)* questioned the validity of these results on the basis that case patients with p53 mutations were older, had poorer tumor differentiation, and had disease of distant rather than of local or regional stage at diagnosis, perhaps indicating that p53-positive tumors are diagnosed later in the neoplastic process. Schildkraut et al. *(138)* reanalyzed the data matching on age and then on stage and replicated the original findings. However, a more recent case–control study *(139)* was unable to confirm the association between lifetime ovulations and p53 mutations.

Mutagenicity induced by ovulation may be mediated by inflammation. Ovulation is associated with a marked inflammatory process at the level of ovulatory follicles *(140)*. Many inflammatory mediators, including vasoactive agents such as bradykinin and inflammatory and anti-inflammatory substances such as prostaglandins and leukotrienes, are locally elevated during ovulation. Epithelium in the neighborhood of inclusion cysts is brought in closer proximity to these substances. Follicle rupture probably involves tissue remodeling, with high cell turn-

Downloaded from http://jnci.oxfordjournals.org/ by guest on October 14, 2014

over, that is also characteristic of inflammatory reactions. Thus, the process of ovulation is intimately related to inflammation. In particular, epithelium in and around the site of ovulation may replicate more actively, come into contact with cytokines and prostaglandins, and may be subject to oxidative stress, thereby enhancing the risk of mutagenesis.

## PREDICTIONS FROM THE INFLAMMATION HYPOTHESIS AND SUGGESTIONS FOR FUTURE RESEARCH

Direct induction of inflammation as a result of endometriosis, talc and asbestos exposure, and PID, as well as ovulation itself, may act to promote ovarian tumorigenesis. There would be several ways to help demonstrate the veracity of this hypothesis. First, anti-inflammatory medications should reduce the occurrence of ovarian cancer. Aspirin use was associated with a reduction in ovarian cancer risk in one previous epidemiologic study; ibuprofen was not *(52)*. Further studies are needed to examine this association. Populations of women with substantial exposures to anti-inflammatory medications, such as those with connective tissue diseases, may be at lower than expected risk, as long as their disease does not inflame the ovarian epithelium. The only study, to our knowledge, that has assessed ovarian cancer risk in a population with connective tissue disease was a relatively retrospective cohort study of patients with rheumatoid arthritis. Cibere et al. *(141)* examined the observed versus expected rates of numerous cancers among a cohort of 862 Canadian patients with rheumatoid arthritis followed for a mean of 17.4 years. Only five patients developed ovarian cancer, for a standardized incidence ratio of 0.89, which was not statistically significant. Although the number of observed cases was somewhat lower than expected, the number of cases was far too limited for clear interpretation. Larger studies would be of great interest.

Experimentally induced inflammation of the epithelial ovarian surface should be studied to see whether such manipulation will result in epithelial inclusion cysts. Furthermore, demonstration of markers of mutagenicity within inclusion cysts should be sought to suggest movement along a pathway toward ovarian cancer. For example, known markers of mutagenesis, such as mutations in tumor suppressor genes, if they are more common in inflammation-induced inclusion cysts, would provide evidence supporting the role of inflammation in ovarian cancer pathogenesis. Animal experiments could also examine whether suppression of ovarian epithelial inflammation with anti-inflammatory medications would reduce the number of inclusion cysts and the rate of cancer-associated mutations. Antioxidants may also lower ovarian cancer risk, and evaluation of such an effect in both animals and humans would be helpful in testing the inflammation hypothesis.

Susceptibility to the effects of ovarian epithelial inflammation may be modulated by DNA excision and repair potential; i.e., individuals with more precise or active DNA repair capabilities may be relatively spared from the effects of local inflammation. The prevalence of such DNA polymorphisms within women with ovarian cancer and control subjects could be tested. All of these are testable hypotheses that could help in our understanding of the biologic mechanisms underlying ovarian cancer.

It is likely that hypotheses regarding ovulation, gonadotropins, and inflammation are not mutually exclusive but are instead interactive. The occurrence of inflammation during ovulation has been discussed. Steroid hormones may also mediate inflammation. Estrogens, according to the gonadotropin hypothesis, elevate ovarian cancer risk and they may also stimulate the immune response *(142)*. In particular, estrogens have been demonstrated *in vitro* to stimulate B-cell response and decrease suppressor T-cell reactivity, resulting in elevations in antibodies and autoantibodies. Moreover, oral contraceptives elevate the concentrations of local immunoglobulin G and immunoglobulin A in the female genital tract *(143)*. Elevated LH may also enhance oxidative stress. The principal bioassay for LH is the ovarian ascorbic acid depletion assay. Ascorbic acid is an antioxidant, and it is possible that LH depletes ascorbic acid by generating the production of free radicals *(144)*. This observation—that a gonadotropin and estrogen may stimulate inflammation and oxidation—provides a link between steroid hormone excess and the physiologic events involved in inflammation. Thus, it is not necessary to argue as to whether the data fit one hypothesis better than another, but rather it is necessary to develop a more comprehensive model of pathogenesis that may incorporate a role for steroid hormones, ovulation, and inflammation in ovarian cancer. Such a model would account for epidemiologic data suggesting associations between reproductive factors and ovarian cancer and also between PID, endometriosis, talc and asbestos exposure, tubal ligation, and hysterectomy and ovarian cancer.

## SUMMARY

Neither incessant ovulation nor gonadotropin stimulation of ovarian estrogen provides a completely satisfactory explanation for the genesis of ovarian cancer. We have reviewed the data suggesting that an additional mechanism that may underlie ovarian cancer is inflammation, with concomitant rapid DNA turnover and defective repair, oxidative stress, and elevation of bioactive substances. Incessant ovulation, a process that has been linked to ovarian cancer risk, is associated with inflammation at the level of both the epithelium and the follicle. Other factors that cause local pelvic inflammation may also increase risk. Finally, tubal ligation and hysterectomy, which diminish the potential that ovarian epithelium will be exposed to initiators of inflammation, reduce risk. Further observational and experimental data will be needed to confirm the hypothesis that inflammation is a central biologic process in ovarian cancer risk.

## REFERENCES

*(1)* Landis SH, Murray T, Bolden S, Wingo PA. Cancer statistics, 1998 [published erratum appears in CA Cancer J Clin 1998;48:192 and 1998;48:329]. CA Cancer J Clin 1998;48:6–29.

*(2)* Fathalla MF. Incessant ovulation—a factor in ovarian neoplasia? Lancet 1971;2:163.

*(3)* Russell SE, Hickey GI, Lowry WS, White P, Atkinson RJ. Allele loss from chromosome 17 in ovarian cancer. Oncogene 1990;5:1581–3.

*(4)* Eccles DM, Cranston G, Steele CM, Nakamura Y, Leonard RC. Allele losses on chromosome 17 in human epithelial ovarian carcinoma. Oncogene 1990;5:1599–601.

*(5)* Cramer DW, Welch WR. Determinants of ovarian cancer risk. II. Inferences regarding pathogenesis. J Natl Cancer Inst 1983;71:717–21.

*(6)* Risch HA, Marrett LD, Howe GR. Parity, contraception, infertility, and the risk of epithelial ovarian cancer. Am J Epidemiol 1994;140:585–97.

*(7)* Risch HA. Estrogen replacement therapy and risk of epithelial ovarian cancer. Gynecol Oncol 1996;63:254–7.

*(8)* Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case–control study. Br J Cancer 1989;60:592–598.

*(9)* McGowan L, Parent L, Lednar W, Norris HJ. The women at risk for developing ovarian cancer. Gynecol Oncol 1979;7:325–44.

Downloaded from http://jnci.oxfordjournals.org/ by guest on October 14, 2014

(10) Gwinn ML, Lee NC, Rhodes PH, Layde PM, Rubin GL. Pregnancy, breast feeding, and oral contraceptives and the risk of epithelial ovarian cancer. J Clin Epidemiol 1990;43:559–68.

(11) Tzonou A, Day NE, Trichopoulos D, Walker A, Saliaraki M, Papapostolou M, et al. The epidemiology of ovarian cancer in Greece. A case–control study. Eur J Cancer Clin Oncol 1984;20:1045–52.

(12) Hildreth NG, Kelsey JL, LiVolsi VA, Fischer DB, Holford TR, Mostow ED, et al. An epidemiologic study of epithelial carcinoma of the ovary. Am J Epidemiol 1981;114:398–405.

(13) Newhouse ML, Pearson RM, Fullerton JM, Boesen EA, Shannon HS. A case control study of the ovary. Br J Prev Soc Med 1977;31:148–53.

(14) Wu ML, Whittemore AS, Paffenbarger RS Jr, Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. I. Reproductive and menstrual events and oral contraceptive use. Am J Epidemiol 1988; 128:1216–27.

(15) Casagrande JT, Louie EW, Pike MC, Roy S, Ross RK, Henderson BE. "Incessant ovulation" and ovarian cancer. Lancet 1979;2:170–3.

(16) Rosenberg L, Shapiro S, Slone D, Kaufman DW, Helmrich SP, Miettinen OS, et al. Epithelial ovarian cancer and combination oral contraceptives. JAMA 1982;247:3210–2.

(17) Mori M, Harabuchi I, Miyake H, Casagrande JT, Henderson BE, Ross RK. Reproductive, genetic, and dietary risk factors for ovarian cancer. Am J Epidemiol 1988;128:771–7.

(18) Cramer DW, Hutchison GB, Welch WR, Scully RE, Ryan KJ. Determinants of ovarian cancer risk. I. Reproductive experiences and family history. J Natl Cancer Inst 1983;1:711–6.

(19) Kvale G, Heuch I, Nilssen S, Beral V. Reproductive factors and risk of ovarian cancer: a prospective study. Int J Cancer 1988;42:246–51.

(20) Joly DJ, Lilienfeld AM, Diamond EL, Bross ID. An epidemiologic study of the relationship of reproductive experience to cancer of the ovary. Am J Epidemiol 1974;99:190–209.

(21) Nasca PC, Greenwald P, Chorost S, Richart R, Caputo T. An epidemiologic case–control study of ovarian cancer and reproductive factors. Am J Epidemiol 1984;119:705–13.

(22) Franceschi S, La Vecchia C, Helmrich SP, Mangioni C, Tognoni G. Risk factors for epithelial ovarian cancer in Italy. Am J Epidemiol 1982;115:714–9.

(23) La Vecchia C, Decarli A, Franceschi S, Regallo M, Tognoni G. Age at first birth and the risk of epithelial ovarian cancer. J Natl Cancer Inst 1984;73:663–6.

(24) Risch HA, Weiss NS, Lyon JL, Daling JR, Liff JM. Events of reproductive life and the incidence of epithelial ovarian cancer. Am J Epidemiol 1983;117:128–39.

(25) Voigt LF, Harlow BL, Weiss NS. The influence of age at first birth and parity on ovarian cancer risk. Am J Epidemiol 1986;124:490–1.

(26) Mori M, Kiyosawa H, Miyake H. Case–control study of ovarian cancer in Japan. Cancer 1984;53:2746–52.

(27) Wynder EL, Dodo H, Barber HR. Epidemiology of cancer of the ovary. Cancer 1969;23:352–70.

(28) Hankinson SE, Colditz GA, Hunter DJ, Willett WC, Stampfer MJ, Rosner B, et al. A prospective study of reproductive factors and risk of epithelial ovarian cancer. Cancer 1995;76:284–90.

(29) Adami HO, Hsieh CC, Lambe M, Trichopoulos D, Leon D, Persson I, et al. Parity, age at first childbirth, and risk of ovarian cancer. Lancet 1944;344:1250–4.

(30) Chen MT, Cook LS, Daling JR, Weiss NS. Incomplete pregnancies and risk of ovarian cancer (Washington, United States). Cancer Causes Control 1996;7:415–20.

(31) Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case–control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol 1992;136:1184–203.

(32) Purdie D, Green A, Bain C, Siskind V, Ward B, Hacker N, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case–control study. Survey of Women's Health Study Group. Int J Cancer 1995;62:678–84.

(33) Hartge P, Schiffman MH, Hoover R, McGowan L, Lesher L, Norris HJ. A case–control study of epithelial ovarian cancer. Am J Obstet Gynecol 1989;161:10–6.

(34) Shu XO, Brinton LA, Gao YT, Yuan JM. Population-based case–control study of ovarian cancer in Shanghai. Cancer Res 1989;49:3670–4.

(35) Vessey M, Metcalfe A, Wells C, McPherson K, Westhoff C, Yeates D. Ovarian neoplasms, functional ovarian cysts, and oral contraceptives. Br Med J (Clin Res Ed) 1987;294:1518–20.

(36) Harlow BL, Weiss NS, Roth GJ, Chu J, Daling JR. Case–control study of borderline ovarian tumors: reproductive history and exposure to exogenous female hormones. Cancer Res 1988;48:5849–52.

(37) The Cancer and Steroid Hormone Study of the Centers for Disease Control and the National Institute of Child Health and Human Development. The reduction in risk of ovarian cancer associated with oral-contraceptive use. N Engl J Med 1987;316:650–5.

(38) The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Epithelial ovarian cancer and combined oral contraceptives. Int J Epidemiol 1989;18:538–45.

(39) Beral V, Hannaford P, Kay C. Oral contraceptive use and malignancies of the genital tract. Results from the Royal College of General Practitioners' Oral Contraceptive Study. Lancet 1988;2:1331–5.

(40) Willett WC, Bain C, Hennekens CH, Rosner B, Speizer FE. Oral contraceptives and risk of ovarian cancer. Cancer 1981;48:1684–7.

(41) Cramer DW, Hutchison GB, Welch WR, Scully RE, Knapp RC. Factors affecting the association of oral contraceptives and ovarian cancer. N Engl J Med 1982;307:1047–51.

(42) Weiss NS, Lyon JL, Liff JM, Vollmer WM, Daling JR. Incidence of ovarian cancer in relation to the use of oral contraceptives. Int J Cancer 1981;28:669–71.

(43) La Vecchia C, Franceschi S, Decarli A. Oral contraceptives and the risk of epithelial ovarian cancer. Br J Cancer 1984;50:31–4.

(44) Parazzini F, La Vecchia C, Negri E, Bocciolone L, Fedele L, Franceschi S. Oral contraceptive use and the risk of ovarian cancer: an Italian case–control study. Eur J Cancer 1991;27:594–8.

(45) Stanford JL. Oral contraceptives and neoplasia of the ovary. Contraception 1991;43:543–56.

(46) Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case–control studies. IV. The pathogenesis of epithelial ovarian cancer. Collaborative Ovarian Cancer Group. Am J Epidemiol 1992;136:1212–20.

(47) Liu J, Rebar RW, Yen SS. Neuroendocrine control of the postpartum period. Clin Perinatol 1983;10:723–36.

(48) Risch HA. Hormonal etiology of epithelial ovarian cancer, with a hypothesis concerning the role of androgens and progesterone. J Natl Cancer Inst 1998;90:1774–86.

(49) Glud E, Kjaer SK, Troisi R, Brinton LA. Fertility drugs and ovarian cancer. Epidemiol Rev 1998;20:237–57.

(50) Bristow RE, Karlan BY. Ovulation induction, infertility, and ovarian cancer risk. Fertil Steril 1996;66:499–507.

(51) Zeimet AG, Muller-Holzner E, Marth C, Daxenbichler G. Immunocytochemical versus biochemical receptor determination in normal and tumorous tissues of the female reproductive tract and the breast. J Steroid Biochem Mol Biol 1994;49:365–72.

(52) Cramer DW, Harlow BL, Titus-Ernstoff L, Bohlke K, Welch WR, Greenberg ER. Over-the-counter analgesics and risk of ovarian cancer. Lancet 1998;351:104–7.

(53) Cramer DW. Epidemiologic aspects of early menopause and ovarian cancer. Ann N Y Acad Sci 1990;592:363–75.

(54) Helzlsouer KJ, Alberg AJ, Gordon GB, Longcope C, Bush TL, Hoffman SC, et al. Serum gonadotropins and steroid hormones and the development of ovarian cancer. JAMA 1995;274:1926–30.

(55) Hoover R, Gray LA Sr, Fraumeni JF Jr. Stilboestrol (diethylstilbestrol) and the risk of ovarian cancer. Lancet 1977;2:533–4.

(56) Annegers JF, Strom H, Decker DG, Dockerty MB, O'Fallon WM. Ovarian cancer: incidence and case–control study. Cancer 1979;43:723–9.

(57) Hartge P, Hoover R, McGowan L, Lesher L, Norris HJ. Menopause and ovarian cancer. Am J Epidemiol 1988;127:990–8.

(58) Weiss NS, Lyon JL, Krishnamurthy S, Dietert SE, Liff JM, Daling JR. Noncontraceptive estrogen use and the occurrence of ovarian cancer. J Natl Cancer Inst 1982;68:95–8.

(59) Kaufman DW, Kelly JP, Welch WR, Rosenberg L, Stolley PD, Warshauer ME, et al. Noncontraceptive estrogen use and epithelial ovarian cancer. Am J Epidemiol 1989;130:1142–51.

Downloaded from http://jnci.oxfordjournals.org/ by guest on October 14, 2014

Downloaded from http://jnci.oxfordjournals.org/ by guest on October 14, 2014

(60) La Vecchia C, Liberati A, Franceschi S. Noncontraceptive estrogen use and the occurrence of ovarian cancer [letter]. J Natl Cancer Inst 1982;69:1207.

(61) Hempling RE, Wong C, Piver MS, Natarajan N, Mettlin CJ. Hormone replacement therapy as a risk factor for epithelial ovarian cancer: results of a case–control study. Obstet Gynecol 1997;89:1012–6.

(62) Rodriguez C, Calle EE, Coates RJ, Miracle-McMahill HL, Thurn MJ, Heath CW Jr. Estrogen replacement therapy and fatal ovarian cancer. Am J Epidemiol 1995;141:828–35.

(63) Garg PP, Kerlikowske K, Subak L, Grady D. Hormone replacement therapy and the risk of epithelial ovarian carcinoma: a meta-analysis. Obstet Gynecol 1998;92:472–9.

(64) Rossing MA, Daling JR, Weiss NS, Moore DE, Self SG. Ovarian tumors in a cohort of infertile women. N Engl J Med 1994;331:771–6.

(65) Venn A, Watson L, Lumley J, Giles G, King C, Healy D. Breast and ovarian cancer incidence after infertility and *in vitro* fertilisation. Lancet 1995;346:995–1000.

(66) Bristow RE, Karlan BY. Ovulation induction, infertility, and ovarian cancer risk. Fertil Steril 1996;66:499–507.

(67) Mosgaard BJ, Lidegaard O, Kjaer SK, Schou G, Andersen AN. Infertility, fertility drugs, and invasive ovarian cancer: a case–control study. Fertil Steril 1997;67:1005–12.

(68) Modan B, Ron E, Lerner-Geva L, Blumstein T, Menczer J, Rabinovici J, et al. Cancer incidence in a cohort of infertile women. Am J Epidemiol 1998;147:1038–42.

(69) Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. Fertil Steril 1996;65:13–8.

(70) Harlow SD, Ephross SA. Epidemiology of menstruation and its relevance to women's health. Epidemiol Rev 1995;17:265–86.

(71) Graham J, Graham R. Ovarian cancer and asbestos. Environ Res 1967;1:115–28.

(72) Keal EE. Asbestosis and abdominal neoplasma. Lancet 1960;2:1211–6.

(73) Acheson ED, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. Br J Ind Med 1982;39:344–8.

(74) Newhouse ML, Berry G, Wagner JC, Turok ME. A study of the mortality of female asbestos workers. Br J Ind Med 1972;29:134–41.

(75) Newhouse ML, Berry G, Wagner JC. Mortality of factory workers in East London 1933–80. Br J Ind Med 1985;42:4–11.

(76) Heller DS, Gordon RE, Westhoff C, Gerber S. Asbestos exposure and ovarian fiber burden. Am J Ind Med 1996;29:435–9.

(77) Kelsey JL, Hildreth NG. Breast and gynecologic cancer epidemiology. Boca Raton (FL): CRC press; 1983.

(78) Neugut AI, Eisenberg D, Silverstein M, Pulkrabek P, Weinstein IB. Effects of asbestos on epithelioid cell lines. Environ Res 1978;17:256–65.

(79) Rice PA, Schachter J. Pathogenesis of pelvic inflammatory disease. What are the questions? JAMA 1991;266:2587–93.

(80) Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 1995;21:254–60.

(81) Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer [published erratum appears in Am J Epidemiol 1998;148:410]. Am J Epidemiol 1997;145:459–65.

(82) Cramer DW, Welch WR, Scully Re, Wojciechowski CA. Ovarian cancer and talc: a case–control study. Cancer 1982;50:372–6.

(83) Whittemore AS, Wu ML, Paffenbarger PS Jr, Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228–40.

(84) Harlow BL, Weiss NS. A case–control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol 1989;130:390–4.

(85) Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol 1992;21:23–9.

(86) Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol 1992;80:19–26.

(87) Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol 1992;45:20–5.

(88) Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer [letter]. JAMA 1988;250:1844.

(89) Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. Int J Cancer 1993;55:408–10.

(90) Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer 1997;79:2396–401.

(91) Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol 1996;174:1507–10.

(92) Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 1995;21:254–60.

(93) Heaps JM, Nieberg RK, Berek JS. Malignant neoplasms arising in endometriosis. Obstet Gynecol 1990;75:1023–8.

(94) Hitti IF, Glasberg SS, Lubicz S. Clear cell carcinoma arising in extra-ovarian endometriosis: report of three cases and review of the literature. Gynecol Oncol 1990;39:314–20.

(95) Brinton LA, Gridley G, Persson I, Baron J, Bergqvist A. Cancer risk after a hospital discharge diagnosis of endometriosis. Am J Obstet Gynecol 1997;176:572–9.

(96) Sainz de la Cuesta R, Eichhorn JH, Rice LW, Fuller AF Jr, Mikrui N, Goff BA. Histologic transformation of benign endometriosis to early epithelial ovarian cancer. Gynecol Oncol 1996;60:238–44.

(97) Vercellini P, Parazzini F, Bolis G, Carinelli S, Dindelli M, Vendola N, et al. Endometriosis and ovarian cancer. Am J Obstet Gynecol 1993;169:181–2.

(98) LaGrenade A, Silverberg SG. Ovarian tumors associated with atypical endometriosis. Hum Pathol 1988;19:1080–4.

(99) Moll UM, Chumas JC, Chalas E, Mann WJ. Ovarian carcinoma arising in atypical endometriosis. Obstet Gynecol 1990;75:537–9.

(100) Jimbo H, Yoshikawa H, Onda T, Yasugi T, Sakamoto A, Taketani Y. Prevalence of ovarian endometriosis in epithelial ovarian cancer. Int J Gynecol Obstet 1997;59:245–50.

(101) DePriest PD, Banks ER, Powell DE, van Nagell JR Jr, Gallion HH, Puls SE, et al. Endometrioid carcinoma of the ovary and endometriosis: the association in postmenopausal women. Gynecol Oncol 1992;47:71–5.

(102) Sampson JA. Endometrial carcinoma of the ovary arising in endometrial tissue in that organ. Arch Surg 1925;10:1–72.

(103) Friedlander ML. Prognostic factors in ovarian cancer. Semin Oncol 1998;25:305–14.

(104) Czernobilsky B, Morris WJ. A histologic study of ovarian endometriosis with emphasis on hyperplastic and atypical changes. Obstet Gynecol 1979;53:311–23.

(105) Weiss NS, Harlow BL. Why does hysterectomy without bilateral oophorectomy influence the subsequent incidence of ovarian cancer? Am J Epidemiol 1986;124:856–8.

(106) Whittemore AS, Wu ML, Paffenbarger RS Jr, Sarles DL, Kampert JB, Grosser S, et al. Epithelial ovarian cancer and the ability to conceive. Cancer Res 1989;49:4047–52.

(107) Irwin KL, Weiss NS, Lee NC, Peterson HB. Tubal sterilization, hysterectomy, and the subsequent occurrence of epithelial ovarian cancer. Am J Epidemiol 1991;134:362–9.

(108) Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. Ann Epidemiol 1995;5:310–4.

(109) Hankinson SE, Hunter DJ, Colditz GA, Willett WC, Stampfer MJ, Rosner B, et al. Tubal ligation, hysterectomy, and risk of ovarian cancer. A prospective study. JAMA 1993;270:2813–8.

(110) Miracle-McMahill HL, Calle EE, Kosinski AS, Rodriguez C, Wingo PA, Thun MJ, et al. Tubal ligation and fatal ovarian cancer in a large prospective cohort study. Am J Epidemiol 1997;145:349–57.

(111) Loft A, Lidegaard O, Tabor A. Incidence of ovarian cancer after hysterectomy: a nationwide controlled follow up. Br J Obstet Gynaecol 1997;104:1296–301.

(112) Kreiger N, Sloan M, Cotterchio M, Parsons P. Surgical procedures associated with risk of ovarian cancer. Int J Epidemiol 1997;26:710–5.

(113) Cornelison TL, Natarajan N, Piver MS, Mettlin CJ. Tubal ligation and the risk of ovarian carcinoma. Cancer Detect Prev 1997;21:1–6.

(114) Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. Int J Cancer 1997;71:948–51.

(115) Rosenblatt KA, Thomas DB. Reduced risk of ovarian cancer in women with a tubal ligation or hysterectomy. The World Health Organization

Collaborative Study of Neoplasia and Steroid Contraceptives. Cancer Epidemiol Biomarkers Prev 1996;5:933–5.

(116) Risch HA, Howe GR. Pelvic inflammatory disease and the risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev 1995;4:447–51.

(117) Parazzini F, La Vecchia C, Negri E, Moroni S, dal Pino D, Fedele L. Pelvic inflammatory disease and risk of ovarian cancer. Cancer Epidemiol Biomarkers Prev 1996;5:667–9.

(118) Giovannucci E, Rimm EB, Stampfer MJ, Colditz GA, Ascherio A, Willett WC. Aspirin use and the risk for colorectal cancer and adenoma in male health professionals. Ann Intern Med 1994;121:241–6.

(119) Ames BN, Gold LS, Willett WC. The causes and prevention of cancer. Proc Natl Acad Sci U S A 1995;92:5258–65.

(120) Schildkraut JM, Bastos E, Berchuck A. Relationship between lifetime ovulatory cycles and overexpression of mutant p53 in epithelial ovarian cancer. J Natl Cancer Inst 1997;89:932–8.

(121) Dreher D, Junod AF. Role of oxygen free radicals in cancer development. Eur J Cancer 1996;32A:30–8.

(122) Ziltener HJ, Maines-Bandiera S, Schrader JW, Auersperg N. Secretion of bioactive interleukin-1, interleukin-6, and colony-stimulating factors by human ovarian surface epithelium. Biol Reprod 1993;49:635–41.

(123) Auersperg N, Edelson MI, Mok SC, Johnson SW, Hamilton TC. The biology of ovarian cancer. Semin Oncol 1998;25:281–304.

(124) Subbaramaiah K, Zakim D, Weksler BB, Dannenberg AJ. Inhibition of cyclooxygenase: a novel approach to cancer prevention. Proc Soc Exp Biol Med 1997;216:201–10.

(125) Aitokallio-Tallberg AM, Viinikka LU, Ylikorkala RO. Increased synthesis of prostacyclin and thromboxane in human ovarian malignancy. Cancer Res 1988;48:2396–8.

(126) Giovannucci E, Egan KM, Hunter DJ, Stampfer MJ, Colditz GA, Willett WC, et al. Aspirin and the risk of colorectal cancer in women. N Engl J Med 1995;333:609–14.

(127) Giardiello FM, Hamilton SR, Krush AJ, Piantadosi S, Hylind LM, Celano P, et al. Treatment of colonic and rectal adenomas with sulindac in familial adenomatous polyposis. N Engl J Med 1993;328:1313–6.

(128) Harris RE, Namboodiri KK, Farrar WB. Nonsteroidal antiinflammatory drugs and breast cancer. Epidemiolgy 1996;7:203–5.

(129) Murdoch WJ. Ovarian surface epithelium, ovulation and carcinogenesis. Biol Rev Camb Philos Soc 1996;71:529–43.

(130) Auersperg N, Maines-Bandiera SL, Dyck HG. Ovarian carcinogenesis and the biology of ovarian surface epithelium. J Cell Physiol 1997;173:261–5.

(131) Mittal KR, Zeleniuch-Jacquotte A, Cooper JL, Demopoulos RI. Contralateral ovary in unilateral ovarian carcinoma: a search for preneoplastic lesions. Int J Gynecol Pathol 1993;12:59–63.

(132) Westhoff C, Murphy P, Heller D, Halim A. Is ovarian cancer associated with an increased frequency of germinal inclusion cysts? Am J Epidemiol 1993;138:90–3.

(133) Salazar H, Godwin AK, Daly MB, Laub PB, Hogan WM, Rosenblum N, et al. Microscopic benign and invasive malignant neoplasms and a cancer-prone phenotype in prophylactic oophorectomies. J Natl Cancer Inst 1996;88:1810–20.

(134) Wilson JE. Adenocarcinomata in hens kept in a constant environment. Poultry Sci 1958;37:1253.

(135) Godwin AK, Testa JR, Handel LM, Liu Z, Vanderveer LA, Tracey PA, et al. Spontaneous transformation of rat ovarian surface epithelial cells: association with cytogenetic changes and implications of repeated ovulation in the etiology of ovarian cancer. J Natl Cancer Inst 1992;84:592–601.

(136) Jones PA, Buckley JD, Henderson BE, Ross RK, Pike MC. From gene to carcinogen: a rapidly evolving field in molecular epidemiology. Cancer Res 1991;51:3617–20.

(137) Risch HA. Relationship between lifetime ovulatory cycles and overexpression of mutant p53 in epithelial ovarian cancer [letter]. J Natl Cancer Inst 1997;89:1726–7.

(138) Schildkraut JM, Bastos E, Halabi S, Berchuck A. Relationship between lifetime ovulatory cycles and overexpression of mutant p53 in epithelial ovarian cancer. J Natl Cancer Inst 1997;89:932–8.

(139) Webb PM, Green A, Cummings MC, Purdie DM, Walsh MD, Chenevix-Trench G. Relationship between number of ovulatory cycles and accumulation of mutant p53 in epithelial ovarian cancer. J Natl Cancer Inst 1998;90:1729–34.

(140) Espey LL. Current status of the hypothesis that mammalian ovulation is comparable to an inflammatory reaction. Biol Reprod 1994;50:233–8.

(141) Cibere J, Sibley J, Haga M. Rheumatoid arthritis and the risk of malignancy. Arthritis Rheum 1997;40:1580–6.

(142) Manzi S, Ramsey-Goldman R. Autoimmune diseases. In: Ness RB, Kuller LH, editors. Health and disease among women. Biological and environmental influences. New York (NY): Oxford University Press; 1998. p. 342–72.

(143) Crowley-Nowick PA. Basic principles of immunity and genital tract immunity. In: Ness RB, Kuller LH, editors. Health and disease among women. Biological and environmental influences. New York (NY): Oxford University Press; 1998. p. 273–96.

(144) Kolodecik TR, Aten RF, Behrman HR. Ascorbic acid-dependent cytoprotection of ovarian cells by leukocyte and nonleukocyte peroxidases. Biochem Pharmacol 1998;9:1497–503.

## NOTE

Manuscript received December 14, 1998; revised June 24, 1999; accepted July 6, 1999.

Downloaded from http://jnci.oxfordjournals.org/ by guest on October 14, 2014

Exhibit 107

Sep.30. 2004 11:00AM   KENNECOTT ENERGY CO                      No.3879   P. 1

**Luzenac AMERICA**
DENVER TECHNICAL CENTER
345 Inverness Drive South • Centennial, CO 80112 • USA

**FACSIMILE**

| | | |
|---|---|---|
| DATE: | September 30, 2004 | FROM: **Richard J. Zazenski** Director Product Safety |
| | | PHONE 303-643-6404 |
| TO: | **Bill Ashton** | E-MAIL rzazenski@luzenac.com |
| | | FAX: 303-643-0446 |
| | | Number of Pages (including Cover Sheet) **13 Pages** |
| cc: | | |

Bill – I came across this paper this morning published in the April, 2004 journal "Human Reproduction", an official journal of the European Society for Human Reproduction and Embryology. It offers some compelling evidence **in support** of the "migration" hypothesis. Combine this "evidence" with the theory that talc deposition on the ovarian epithelium initiates epithelium inflammation -- which leads to epithelium carcinogenesis -- and you have a potential formula for NTP classifying talc as a causative agent in ovarian cancer.

Please note that the tables and figures cited in the paper are "pasted" after the References at the end of the paper.



If any pages are unclear, please contact us.

**Plaintiff's Exhibit No.**

**P-396**

# Retrograde migration of glove powder in the human female genital tract

A.C.F. Njoku[1], H. Ellis[2] and G.A.B. Edelstam[1]

[1] Karolinska Institutet, Department of Obstetrics & Gynaecology at Stockholm Söder Hospital, s-118 83 Stockholm, Sweden and [2] Department of Anatomy, Guy's, King's and St Thomas' School of Biomedical Sciences, London Bridge, London SE1 9RT, UK. [3] To whom correspondence should be addressed. e-mail: anette.njotam@sos.sll.su

## Abstract

BACKGROUND: This study in humans was undertaken to evaluate earlier results from animal research showing a retrograde migration of glove powder from the vagina into the intra-abdominal cavity. METHODS: One study group was gynaecologically examined with powdered gloves the day before an abdominal hysterectomy and another group 4 days pre-operatively. There were two control groups similarly examined with powder-free gloves. Cell smears were taken from the peritoneal fluid and during the operation further smears were taken from the Fallopian tubes, uterine cavity and cervical canal. RESULTS: Statistically significant differences were found for large starch particles at all locations between the study and control groups examined 1 day pre-operatively. Considering small starch particles, there were significant differences in cervix ($P <$ 0.001), uterus ($P < 0.01$) and the Fallopian tubes ($P < 0.01$). The combined results also show significant differences between both large and small starch particles in cervix, uterus and the Fallopian tubes. There were also differences between the study and control groups examined 4 days pre-operatively, but these were not statistically significant except for small and large starch particles in uterus ($P < 0.01$, $P < 0.05$) and cervix ($P < 0.05$, $P <$ 0.05). CONCLUSIONS: This study has pointed out a retrograde migration of starch also in humans after a gynaecological examination with powdered gloves. Consequently, powder or any other potentially harmful substance that can migrate from the vagina should be avoided.

Key words: female/gloves/retrograde migration/starch particles/vaginal examination

## Introduction

Earlier case reports suggest that intra-abdominal granulomas or adhesions due to starch particles were caused by starch powder used on gloves during vaginal examination. An initial indication of retrograde flow through the Fallopian tubes was the finding of intraperitoneal starch granulomas (Paine and Smith, 1957a.) Later the first case of starch peritonitis in a patient without previous surgery was reported (Saxen et al., 1963a.) A recent investigation detected talcum particles on the ovaries in women who had used perineal talc applications (Heller et al., 1996a.) In contrast, tubal ligation prevents the

Sep.30. 2004 11:01AM    KENNECOTT ENERGY CO                     No.3873   P. 3

access of mediators that reach the peritoneal cavity through the Fallopian tubes (Tikotiah, 2001+).

Powder-free gloves have been available for 20 years, but starch-powdered gloves are still available and in use (Sjösten et al., 1999+).

It is well documented that starch-powdered gloves are not appropriate for abdominal surgery (Ellis, 1990+; Holmdahl et al., 1994+), and intraperitoneally, starch particles can initiate inflammatory reaction and the formation of adhesions (Edelstam et al., 1992+; diZerega, 1994+), although the mechanism by which starch increases the propensity of tissues to form adhesions is not known. Reduced peritoneal fibrinolysis and activation of leukocytes by particulate starch granules have been suggested as possible mechanisms. Activated leukocytes, particularly macrophages, produce supernormal amounts of oxygen-free radicals, prostaglandin E₂, thromboxane B₂ and various cytokines (Osman and Jansson, 1999+). Starch particles also increase the eicosanoid production which may contribute to the inflammatory or immune reactions and development of adhesions (Chegini and Rong, 1996+). If already injured mesothelial surface of the peritoneum is exposed to starch, more dense adhesions are created compared to the effect of peritoneal trauma or starch separately. Application of glove powder on minimally or severely traumatized peritoneum facilitates tumour cell adhesion and growth alone (van den Tol et al., 2001+). Histological re-evaluation after tubal reconstructive surgery due to peritubal or peri-ovarian adhesions has shown residual starch from powdered gloves (Yaffe et al., 1980+).

A causal connection has been shown between operative tissue damage, intra-abdominal ischaemia, infections, reactions to foreign materials such as sutures, particles of gauze, glove dusting powder and post-operative adhesions (Myllärniemi, 1967+; Holmdahl et al., 1996+). One of the proven causes of post-operative intestinal adhesions is microscopic foreign bodies which are present in up to 93% of adhesions (Duron et al., 1997+). After open abdominal or pelvic surgery, a third of the patients are readmitted at least twice during the subsequent 10 years for a disorder directly or possibly related to adhesions (Ellis et al., 1999+).

Our previous investigation in a rabbit model indicated a retrograde migration of glove powder from the vagina into the intra-abdominal cavity (Edelstam et al., 1997+). The amount that reaches the peritoneum is sufficient to significantly increase formation of post-operative adhesions after a standardized trauma (Sjösten et al., 2000+).

Therefore, this subsequent study in humans was done to investigate whether starch particles from powdered gloves also in humans might gain access to the abdominal cavity through the vagina after a gynaecological examination with powdered gloves.

A considerable number of gynaecologists wears starch-powdered gloves (Sjösten *et al.*, 1996*a*), despite evidence of starch-induced complications. The starch particles can migrate not only from the vagina into the cervical canal and the uterine cavity but also through the Fallopian tubes into the peritoneal fluid. Women exposed to intra-abdominal surgical trauma 1–4 days after a gynaecological examination with powdered gloves may be at increased risk of intra-abdominal adhesions. But even without a surgical procedure there is a risk of intra-abdominal or peri-tubal adhesions due to the examination with powdered gloves (Osser *et al.*, 1989*a*). Ongoing subclinical PID can cause infective tissue damage. An extensive study by Myllärniemi (1967*a*) showed that talc, starch powder and lint in the abdominal cavity tended to accumulate in the traumatized areas of the peritoneum so that the foreign material contaminating the peritoneal tissues could act together with other traumatizing conditions, possibly preventing the resorption of fibrinous adhesions. This corresponds to our previous finding in the rabbit model that starch particles deposited in the vagina can migrate in a retrograde direction from the vagina into the abdominal cavity and, combined with an intra-abdominal trauma, generate dense adhesions (Sjösten *et al.*, 2000*a*). Since there are indications towards retrograde migration of powder, it must not be used regardless of cyclic variations or sexual activity.

In conclusion, our results show that starch particles can migrate from the vagina into the cervical canal, the uterine cavity and through the Fallopian tubes up to 4 days after a gynaecological examination with powdered gloves. Glove powder contributes to adverse intra-abdominal reactions, which include adhesion formation and adhesion-related complications such as chronic pelvic pain and bowel obstruction. Tubal and pelvic adhesions are a major cause of female infertility. Since evidence suggests that a retrograde migration could be a general mechanism, our recommendation is that we should be critical of harmful substances, e.g. glove powder, that could migrate from the vagina to abdominal cavity.

▲ **Acknowledgements**

We thank Associate Professor Mr Göran Granath for statistical analyses. This study was supported by Karolinska Institutet, Stockholm, Sweden.

▲ **References**

Chegini N and Kong II (1999) Postoperative exposure to glove powders modulates production of peritoneal eicosanoids during peritoneal wound healing. *Eur J Surg* **165,**698–704.

di Zerega GS (1994) Contemporary adhesion prevention. *Fertil Steril* **61,**219–235.

Duron JJ, Hllian N and Olivier O (1997) Post-operative peritoneal adhesions and foreign babies. *Eur J Surg* **579**(Suppl),15-16.

## Statistics

Non-parametric Mann–Whitney $U$-tests and Fisher's exact test were used and values are given as SEM for the group. Differences were considered significant at the $P < 0.001$, $P < 0.01$ and $P < 0.05$ levels. All statistical tests were computerized and carried out with statistics programs (Statistica™, Statsoft, USA).

## ▶ Results

**Group I: examined 1 day pre-operatively with (i) powdered gloves (n = 17) and (ii) powder-free gloves (n = 15)**

Starch particles were found in the cell smears with more particles found on the slides from the patients examined with powdered gloves. The differences were significant in all locations in the genital tract for small particles (cervix $P < 0.001$), uterus and Fallopian tubes $P < 0.01$) and large particles (cervix and uterus $P < 0.01$ and Fallopian tubes $P < 0.05$) but only for large particles in the peritoneal fluid ($P < 0.05$). However, in two patients examined with powdered gloves, no particles were found. On the contrary, in three patients examined with powder-free gloves, a few particles were found (Table I and Figure I).



**View larger version (167K):**

**Figure I.** Median and large value for the retrograde transportation of small and large starch particles respectively, in different locations 1 day after a gynaecological examination with or without powdered gloves. The negative range value in the starch group for cervix, uterus and peritoneal fluid are due to contamination with airborne starch particles.

**Group II: examined 4 days pre-operatively with (i) powdered gloves (n = 12) and (ii) powder-free gloves (n = 14)**

There were significantly more small starch particles as well as large particles (cervix and uterus $P < 0.05$) after examination with powdered gloves. The differences were the same for small particles but less significant for large particles (uterus $P < 0.05$). The differences were non-significant in the Fallopian tubes and the peritoneal fluid (Table II and Figure 2:

Protected Document--Subject to Protective Order

JNJ 000000708

Pltf_JNJ_00003742

## ▲ Materials and methods

### Patients

The participants in the study were divided into four different groups. Informed consent was obtained from all participants. All had a routine gynaecological examination before an elective laparotomy for total or subtotal hysterectomy due to fibroids or menometrorrhagia. Group I: examined 1 day pre-operatively with (i) powdered gloves (Gammex® Ansell GmbH, Germany; $n = 17$, mean age 51 years) or (ii) powder-free gloves (Biogel® Regent Medical, S.L.L) ($n = 15$, mean age 51 years). Group II: examined 4 days pre-operatively with (i) powdered gloves ($n = 12$, mean age 53 years) or (ii) powder-free gloves ($n = 14$, mean age 52 years). Patients with cancer of the uterus were excluded as well as women with ongoing menstrual bleeding. The pre-menopausal women were examined regardless of the follicular or luteal phase of the menstrual cycle. A third of all women in the study were post-menopausal. Any medication that might have influenced the tubal patency had not been taken except in the case of three patients who had an asthmatic disease and needed to take terbutaline occasionally. The medication was not taken during the investigations. There were no other significant differences for patient characteristics. Sexual activity, cyclic changes or hormonal effect where not considered in this study.

### Surgical procedure

An abdominal subtotal or total hysterectomy was undertaken with the operating team and the nurse who set up the instrument tray wearing powder-free gloves. Immediately the abdominal cavity was opened, peritoneal fluid was collected and cell smears were then taken from the peritoneal fluid. From the fimbriae of the Fallopian tubes, additional cell smears were taken per-operatively and when the uterus had been removed, i.e. post-operatively from the uterine cavity and the cervical canal. For making the smears sterile, forceps or peans were used. Smears from the fimbriae of the Fallopian tubes were omitted if they were not removed during the hysterectomy.

### Cell smears

The cell smears were quantitatively standardized on ~1 $cm^2$ of one-half of a glass slide with the other blank side serving as control for contamination with air-borne starch particles. All the slides were stained with May-Grünewald Giemsa by a biochemical assistant wearing powder-free gloves in a laboratory where only powder-free gloves were used. The slides were coded and analysed by two independent investigators with a Zeiss 4/76 microscope using polarized light at magnification x250. The starch particles were counted in a standardized procedure for all slides. The numbers on the blank side (i.e. contamination) were subtracted from that in the smears so that the number of starch particles on each slide represent the net number without contaminating particles. Since there are differences in the size of starch particles they where divided into two sizes: (i) smaller than a leukocyte and (ii) larger than a leukocyte. Leukocytes for comparison in size were always present in the smears. The study was approved by the local ethics committee.

# Exhibit 108

# Journal of Translational Medicine

BioMed Central

Review

Open Access

# Peritoneal inflammation – A microenvironment for Epithelial Ovarian Cancer (EOC)

## Ralph S Freedman*[1], Michael Deavers[2], Jinsong Liu[2] and Ena Wang[3]

Address: [1]Department of Gynecologic Oncology, The University of Texas M.D. Anderson Cancer Center, Houston, TX, USA, [2]Department of Pathology, The University of Texas M.D. Anderson Cancer Center, Houston, TX, USA and [3]Department of Transfusion Medicine, NIH, Bethesda, MD, USA

Email: Ralph S Freedman* - rfreedma@mdanderson.org; Michael Deavers - mdeavers@mdanderson.org; Jinsong Liu - jliu@mdanderson.org; Ena Wang - EWang@cc.nih.gov

* Corresponding author

Published: 25 June 2004

*Journal of Translational Medicine* 2004, **2**:23   doi:10.1186/1479-5876-2-23

This article is available from: http://www.translational-medicine.com/content/2/1/23

Received: 24 May 2004
Accepted: 25 June 2004

© 2004 Freedman et al; licensee BioMed Central Ltd. This is an Open Access article: verbatim copying and redistribution of this article are permitted in all media for any purpose, provided this notice is preserved along with the article's original URL.

## Abstract

Epithelial ovarian cancer (EOC) is a significant cause of cancer related morbidity and mortality in women. Preferential involvement of peritoneal structures contributes to the overall poor outcome in EOC patients. Advances in biotechnology, such as cDNA microarray, are a product of the Human Genome Project and are beginning to provide fresh opportunities to understand the biology of EOC. In particular, it is now possible to examine in depth, at the molecular level, the complex relationship between the tumor itself and its surrounding microenvironment.

This review focuses on the anatomy, physiology, and current immunobiologic research of peritoneal structures, and addresses certain potentially useful animal models. Changes in both the inflammatory and non-inflammatory cell compartments, as well as alterations to the extracellular matrix, appear to be signal events that contribute to the remodeling effects of the peritoneal stroma and surface epithelial cells on tumor growth and spread. These alterations may involve a number of proteins, including cytokines, chemokines, growth factors, either membrane or non-membrane bound, and integrins. Interactions between these molecules and molecular structures within the extracellular matrix, such as collagens and the proteoglycans, may contribute to a peritoneal mesothelial surface and stromal environment that is conducive to tumor cell proliferation and invasion. These alterations need to be examined and defined as possible prosnosticators and as therapeutic or diagnostic targets.

The peritoneum and its structures are integral to the microenvironment of epithelial ovarian cancer (EOC). The peritoneum comprises a single layer of mesothelial cells at the surface, covering abdominal organs (visceral or serosal layer) and the abdominal and pelvic wall (parietal layer or peritoneum).

About 80% of the more common epithelial ovarian cancers (EOC) involve the peritoneum or serosal surfaces as

microscopic foci and visible lesions. The metastases may be exophytic with direct exposure to the peritoneal cavity and its contents or subperitoneal foci coalescing over time to form variably sized plaque-like deposits (Figure 1). Involvement of the peritoneum predicates an adverse situation for the patient that impacts significantly on prognosis as evidenced by the fact that Stage I patients have a 5 and 10 year survival of 90% [1], whereas patients with Stages III and IV disease have a 5 year survival of about

*Journal of Translational Medicine* 2004, **2**    http://www.translational-medicine.com/content/2/1/23



**Figure 1**
Surgical restaging by laparoscopy (peritonoscopy) and histopathologic findings showing different patterns of peritoneal involvement following prior systemic chemotherapy. (A,B) Exophytic peritoneal metastases approximately 1 cm in diameter showing multiple capillary loops. Histologic evaluation demonstrates numerous blood vessels surrounded by tumor cells. (C,D) Small 1 mm sized peritoneal metastases that are subperitoneal on histologic evaluation. (E,F) Multiple metastases about 1 cm in diameter that are growing deep to the peritoneal surface and coalescing to form plaques. Histologic evaluation demonstrates that these lesions are relatively avascular and contain significant amounts of peritumoral fibrosis. (Re-printed with permission from *Cytokines, Cellular & Molecular Therapy*).

*Journal of Translational Medicine* 2004, **2**

http://www.translational-medicine.com/content/2/1/23

20%. Though most patients presenting with advanced disease show an initial response to chemotherapy, their fates are ultimately dependent upon sensitivity or resistance to chemotherapy agents or other factors. The important contributions of the tumor microenvironment to the malignant phenotype has been demonstrated in recent preclinical tumor models [2-4]. Findings from a recent study of human EOC tumors also suggest the possibility of genomic instability in nontumor tissues adjacent to growing tumor foci in EOC patients [5]. The current review summarizes the structural and functional components of the peritoneum, which could facilitate tumor progression and metastasis.

### Anatomy and physiology of the peritoneum

The peritoneum has the structure and functions of an organ that is organized for the protection of the integrity of other abdominal organs and viscera. The surface epithelium of the serous membrane of the peritoneum and serosa, is attached to a basement membrane lying on a stroma of variable thickness, and is comprised of collagen-based matrix, blood vessels, lymphatics, nerve fibers, and, in the normal state, rare hematogenous cells. A detailed description of the micro and ultra structural anatomy is described elsewhere [6,7]. The structural and functional configuration of the peritoneum allows for an important homeostatic role through rapid mobilization of inflammatory mechanisms that can efficiently localize an injury or infection. The peritoneal surface layer has spaces or stomata between the surface mesothelial cells that could readily allow transfer of molecules or possibly cells between the stroma and the peritoneal cavity, or vice versa.

Immunohistochemically documented structures in the submesothelial layer include Type I and III collagen, fibronectin, elastin, and laminin at the basement membrane stromal interface and glycosaminoglycans [6]. Epithelial inclusions, referred to as endosalpingosis, can occur, though its cause is unknown. Ultrastructurally, both tight junctions and intercellular spaces are present. The presence of these junctions can affect the transfer of particles or cells. Molecules may transit either across or between the cells to the stromal compartment and vice versa.

### Pathology and altered function of peritoneum in EOC

Peritoneal and serosal seeding is a frequent occurrence in EOC, but there is little known about the role of the multistructured peritoneum in contributing to invasion, metastasis, and tumor proliferation. It is possible, if not probable, that critical alterations in the peritoneum surface and stroma precede either lymphatic or hematogenous spread to distant sites. In EOC patients, there may be substantial alterations to the peritoneum both at the macroscopic and submacroscopic levels. Such alterations may include thickening of the surface membrane with or without malignant ascites formation and overtly enhanced vascularity. In certain patients, the peritoneum may have a florid appearance of peritonitis with edema, enhanced vascularity, and soft adhesions. At the microscopic level, there may be multilayering of the surface epithelium (hyperplasia) and an inflammatory infiltrate comprised of different leukocyte populations. Retroperitoneal fibrosis can be extensive and can interfere mechanically with anatomic structures in extraperitoneal locations, including ureters, lymphatics, and the bowel in different locations.

It would appear that a reorganization of the collagen-based matrix associated with the malignant process in EOC patients might accompany an inflammatory cell reaction. This could be similar to the situation in the peritoneum of renal fibrosis, which results in hyperplasia of the surface layer and extensive macrophage infiltrates into the stroma [8,9]. Since the peritoneal and serosal membranes lie in proximity to the primary tumor or its metastases, the question could be asked whether soluble products of tumor masses and nodules might transfer to the normal surface mesothelial cells and penetrate the subjacent stromal tissues. Molecules such as cytokines or chemokines released from the tumor into the peritoneal cavity could possibly prime these tissues for tumor spread, proliferation, and metastasis. The peritoneum can easily permit transperitoneal passage of molecules, even up to the size of albumin, and, depending on their adherence and reactivity with stromal compartment structures, might either transfer to the capillary bed or accumulate in the subperitoneal compartment, with later entry to the lymphatics. The dynamics of molecule transfer across the peritoneum as it applies to intraperitoneal therapy pharmacology and pharmacodynamics are reviewed elsewhere [10]. Peritoneal membrane and stromal structures exhibiting adherence properties for such molecules or cells, however, might retard their removal from this site, contributing to a sensitizing effect on the peritoneum.

### Dual role of the inflammatory reactions in EOC

There is substantial data to support the presence of immune cell infiltration in EOC and its microenvironment. In earlier studies, we had shown that T cells comprised about 70% of mononuclear leukocytes in solid EOC tumors [11], and results from a number of experiments by us and by others suggested that the presence of these T cells could be associated with an antigen-driven immune response [12-17]. This effect is supported by the presence of clonally expanded T cell transcripts in ovarian TIL [18]. Notwithstanding these findings, we [19] and others [20] have found little evidence for the presence of an active ongoing adaptive immunity *in vivo*. This is

*Journal of Translational Medicine* 2004, **2**

http://www.translational-medicine.com/content/2/1/23

supported by the absence of IFNγ transcripts in solid tumors and their infrequent detection in ascitic T cells [19]. Others have also reported absent CD3 TCRζ on TIL [20], and absent or low levels of IFNγ protein detected in ascites of EOC [21]. It is possible that cloned T cells in the tumor environment could represent tolerized cells, though antitumor activity can be generated ex vivo when these T cells are exposed to appropriate activation stimuli [13,14]. The presence of regulatory T cells [22], and certain macrophages [23], which are producers of IL6, IL10, and TGFβ could favor an immunosuppressive environment and may contribute to tumor progression and metastases [24]. The role of IL10 remains to be elucidated as, depending on the status of the tumor, this cytokine can either enhance or suppress immune responses [25].

Large numbers of monocyte/macrophages (MOMA) are also present in ascitic fluid where they may comprise 50% or more of the mononuclear leukocyte population, whereas the proportion of T-lymphocytes is usually below 40% [11]. In recent preliminary studies, we have found that pelvic peritoneal biopsies from advanced stage EOC patients, even in the absence of tumor involvement of the specimens, also has a high proportion of MO/MA. The MO/MA in EOC comprise several subsets with the notable presence of CD14+DR- and CD14+DR+ CD16+ cells [26]. The differentiation potential and functional capacity of these MO/MA in cancer patients is largely undetermined but clearly there are differences in the phenotypic characteristics between normal and EOC patients [26]. Inflammatory infiltrates have long been observed in human cancer tissues, but their significance in the non-lymphomatous solid tumors has largely been ignored by pathologists and clinicians. There is increasing recognition that infiltrating immune cells may contribute to either enhancement of immunity or tumor growth and progression [24]. Both MO/MA and T cells may have this dual role, and it remains a challenge to steer the activity of these populations toward an effective antitumor response *in vivo*.

We have recently employed a custom-made standardized cDNA microarray that utilizes probes for 16,500 genes to conduct a pilot study on the peritoneum of patients with EOC [27]. Biopsies were obtained at the time of peritoneal entry on patients undergoing exploratory surgery for suspected EOC. For controls, we utilized specimens of parietal peritoneum obtained at the same sites from patients undergoing surgery for suspected benign disease. Results from this study showed that the superficial layer, including the surface peritoneum and subjacent stroma specimens from the malignant group, revealed unique features at the transcript level compared to the benign group. These features are characterized by a dynamic process including cell attachments, signaling, growth stimula-

tion, and, most importantly, a proinflammatory, proangiogenic, and extracellular matrix (ECM) remodeling effects. The peritoneum and subperitoneal stroma from the benign cases showed homogeneity in their transcript expression without the proinflammatory signature contrasting with some heterogeneity from patients with EOC, but an emphasis on inflammatory network responses and cell infiltrates.

## Cytokines and chemokines as facilitators of a protumor microenvironment

With increased knowledge in endothelial attachment and transcapillary migration, there is now a focus on inflammatory as well as non-inflammatory cell infiltrates and their contribution to cancer cell spread. Chemokines and certain of the larger cytokines may contribute to the migration of leukocytic and other cells into a tumor environment among their other properties. The chemokines now have a new nomenclature based on their chemical structure [28], and extensive reviews have been published [29]. In EOC, particularly in studies on ascites, substantial amounts of certain CC and CXC chemokines have been demonstrated, including CCL18 (PARC), CXCL8 (IL8), CCL2 (MCP1), and CCL3 (MIP1α) [30] (Table 1). Transcripts for CCL4 (MIP1β), CCL5 (RANTES), CCL7 (MCP3) have been demonstrated in EOC cells [31] CCL13, however, is produced by ascitic macrophages and cannot be induced in EOC cells [30]. Chemokines and cytokines may have in common potent functional properties, such as chemotaxis and proangiogenesis, and typically have effects in proximity to cells producing them. Larger cytokine molecules, such as TGFβ, may also have chemotactic and proangiogenic effects. In advanced disease, tumor cells and other cells of nontumor origin, can contribute to chemokine production. CXCL8 (IL8) is very pleiotropic and is constitutively produced or induced by both hematogenous and non-hematogenous cells and by hypoxia. We found that CXCL8 was overexpressed on the peritoneal stroma along with other network genes and appears to be a pivotal chemokine with substantial interactions at the transcript level with genes that are involved in inflammation, angiogenesis, and chemotaxis [27,32]. Receptors for the chemokines are expressed on a variety of hematogenous cells, including T cells and macrophages [33]. Of interest, CXCR4, the receptor for CXCL12 (SDF1), appears to be selectively expressed on EOC cells [34] and may contribute to tumor cell migration. There is a lack of detectable change in expression of other chemokine receptors in response to cytokines, except for CCR2, the receptor for CCL2 and certain other CC chemokines, which appears to be downregulated on EOC ascitic macrophages [35]. This effect may interfere with migration of macrophages away from the tumor site while contributing to a tumor-promoting environment [35]. Unlike cytokines, many chemokines may exhibit more

*Journal of Translational Medicine* 2004, **2**                    http://www.translational-medicine.com/content/2/1/23

**Table 1: Chemokines/Receptors in EOC**

| Ligand (Alt. Name) | Receptors | Cells Targeted | Correlates in EOC |
|---|---|---|---|
| CCL2 (MCP1) *+ | CCR2 | Activated T, Monocytes, DC, Basophils | CD8⁺ T cells, CD68⁺ MA ↓ on ascitic MA |
| CCL3 (MIP1α)*+ | CCR2 | Activated T, NK, MO, Eosinophils | |
| CCL4 (MIP1β)*+ | Unknown | | |
| CCL5 (RANTES) * | CCR2 | Activated T, NK, MO, Eosinophils | |
| CCL7 (MCP3) + | CCR2 | | |
| CCL18 (PARC) + | Unknown | | MA produced but not induced in EOC cells |
| CXCL8 (IL8) *+ | CXCR1, CXCR2 | Neutrophils, Resting T | |
| CXCL12 (SDF1) *+ | CXCR4 | Neutrophils, Resting T, Activated T, B, MO | CXCR4 preferentially expressed on EOC cells |

* In RNA detected on EOC cell lines + Proteins detected in ascites

promiscuous binding to receptors. This may insure a regional effect through their redundancy.

Several cytokines have been detected in serum and ascites of EOC patients, including TGFβ isotypes, IL10, IL6, TNFα, CSF1 and IL1 [19,36,37,12,38]. TGFβ isotypes are produced by EOC cells [39] on mononuclear leukocytes, including CD14+DR- [23] and T regulatory cells [22]. TGFβ, in its activated form, was previously considered a tumor-inhibitory cytokine but its tumor-reactive properties appear to be more complex (Table 2). TGFβ also can have a tumor promoting effect in advanced cancer possibly through activation of cdk inhibitors that block the unbinding of the pRb/E2F transcripts [40], and interference with TGFβ receptor binding mediated by H-Ras, as well as consequent to c-myc, its reaction with the E2F transcription factor complex [40]. The signaling pathway of TGFβ within tumor cells may also be subverted due to mutations, or interactions with other cytokines. A TGFβ activation response might, however, prevail in the microenvironment where it may contribute to myofibroblast and endothelial cell chemotaxis, tumor adhesion, and suppression of adaptive and innate immunity [41]. IL10 is also produced in association with EOC with a large contribution by CD14+DR- MO/MA, and these cells may function as immune regulatory cells. IL6 is expressed by EOC tumor cells as well as mesothelial cells and has been detected in the serum and ascites of EOC cells [42-45]. A recent study has shown that IL6 and MCP production by submesothelial cells can be enhanced during abdominal surgery [46]. IL6 also enhances tumor attachment and proliferation of tumor cells, most likely through the PI 3-K activation mechanisms, and can interfere with the maturation of MO/MA to DC [44,45]. This finding might contribute to the large number of functionally immature DC in the ascitic fluid and absent levels of IL12, a product of DC maturation [47,48] (and C Butts' unpublished observations).

*Factors associated with composition and decomposition of the extracellular matrix (ECM)*

Phenotypic and functional characterization of stromal inflammatory and non-inflammatory cell infiltrates will be useful for understanding the biology of metastasis. These infiltrates probably occur following transcapillary migration. In this respect, the chemical composition and dynamics of the extracellular matrix (ECM) are also likely to be important. Thus, chemokines may "stick" to other proteins in the stromal microenvironment, enhancing their chemoattraction and other properties by accumulating at these sites. Proteoglycans, which comprise a protein core, and sulphated or non-sulphated aminoglycan side chains could facilitate this. The proteoglycans include a variety of molecules, such as versican, decorin, hyaluran, and heparan with different side chains. The side chain of decorin can be of the dermatin type or chondroitin $SO_4$ type, each having non-overlapping different functions. We have previously shown that decorin chondroitin $SO_4$ is expressed with myofibroblasts in the adjacent stroma of EOC tissues [49] (Figure 2). A recent paper has shown that endothelial cells stimulated in culture on a collagen type I matrix in the presence of IL6 and IL10 synthesized decorin [50]. This is of particular interest since both IL6 and IL10 are highly expressed in EOC. Chemokines may attach covalently to proteoglycans that express GAG sequences, while retaining their effects on tumor microenvironment cells. This may facilitate their effects locally. In contrast, proteoglycans might also interfere with the binding of activated TGFβ to its receptors.

A large family of receptors called integrins can regulate many functions at both the cellular and ECM levels. The integrins are important for the spread and proliferation of cancer cells [2]. Their functions, however, are complex since integrins can associate with other integrins or growth factor receptors or adaptive proteins producing bidirectional effects to and from the cell membrane surface. Integrin mediated effects include cytoskeletal changes through complexing with α actinin and other proteins with downstream effects on actin. These changes may

*Journal of Translational Medicine* 2004, **2**

http://www.translational-medicine.com/content/2/1/23

**Table 2: Dual Effects of Cytokines on Tumor/Tumor Microenvironment**

| TGFβ | IL6 |
|---|---|
| • TGFβ + TGFβ RIII → TGFβ - RII + RI heterodimer → TGFβ RI - P + SMADs → SMAD - P → nucleus → initiates transcription | • ↑ TuC attachment migration |
| • TGFβ → in repression cell cycle genes or activation | • Immune modulation (T-cell ↑) |
| • Repression involves activation of cycle dependent kinase inhibitors, blocks unbinding of pRb/E2F transcripts | • Interferes w/MA maturation to DC |
| • Other interactions include: | • Proliferation thru PI3-K activation |
| H-Ras (↓ RI & ↑ RII); | **IL10** |
| C-Myc (stimulates proliferation by repressing cdk inhibitors) associates w/E2F transcript factor complex | • ↓ MHC expression on TC |
| • TGFβ effect negated by disruption of signal pathway | • ↓ Costimulatory Ag expression |
| • Alterations to the microenviroment | • Suppress cytotoxic T-cell activation |
| Tumor adhesion | • Inhibits IFNγ production |
| Endothelial chemotaxis (proangiogenic) | • Inhibits T-cell production |
| Myofibroblast chemotaxis | |
| • Immunosuppressive Effects | |
| Adaptive | |
| ↓ MHC expression (targeting) | |
| ↓ Costimulatory Ag expression by DC | |
| Blocks pre CTL → CTL | |
| Suppresses TH1 cells - Shift to TH2 | |
| Induces apoptosis | |
| Suppresses proliferative response to APCs | |
| Innate Cells | |
| Inhibits NK & MA activation | |

affect cell survival, proliferation, motility, and differentiation. Depending upon the particular signaling pathway dominance, the downstream effect may be either repression or activation of a particular function. Integrins may modulate or enhance the expression of other integrins and receptors, e.g. β1 and β3 integrins, which can influence apoptosis. Lack of detection of the cell-to-cell adhesion molecule E-cadherin on cuboidal cells of ovarian surface epithelium in contrast to its upregulated expression on metaplastic intra-ovarian cystic glands and early well-differentiated glandular carcinoma suggest that the latter cells may have been derived from the migrating surface ovarian cells [51]. E-cadherin also inhibits the anti-apoptotic PI3K signaling pathway and E-cadherin expression in advanced EOC metastatic nodules appears to be less prominent than other cadherin molecules [52]. In a 3-D model of breast cancer, chronic activation of the β1 integrin has been shown to enhance the cancer phenotype in contrast to a different signaling effect from α6/β4 integrin activation, leading to suppression of the cancer phenotype. In advanced EOC, the reduction or loss of E-cadherin expression is hypothesized to contribute to the spread and progression of the tumor [52]. E-cadherin in both breast and ovarian cancers is considered a late tumor suppressor molecule. The importance of β1 signaling has been shown in experiments that demonstrate reversion of the malignant phenotype when β1 integrin is blocked with anti β1 mAbs [53]. These findings overall suggest that altered expression of adhesion molecules, such as cadherin, could serve different functions during the

pathogenesis of the EOC disease process. Antibody-mediated inhibition of integrin 1 has also been shown to interefere with production of decorin which is an important part of the ECM [50].

### Animal models for EOC/peritoneal interactions

Representative animal models of EOC need to combine the oncogenic developmental pathways as well as contributions from the cellular and ECM environment of the epithelium and stroma. This relationship, however, is clearer in established virally induced tumors [4].

There has been some recent progress in the development of suitable mouse models for human ovarian cancer [54,55]. Because of marked heterogeneity of ovarian cancer both at histopathologic and clinical levels, the underlying mechanisms that produce the altered gene expression profile in the EOC is not clear. However, it is reasonable to assume that the altered gene expression profile is at least in part due to activation of oncogenic events that transform the ovarian surface epithelial cells. Toward this end, it has been shown that oncogenic HRAS[V12] or KRAS[V12] activates multiple proinflammtory cytokines and angiogenic factor cytokines during the malignant transformation of ovarian surface epithelial cells in a newly created genetically defined model for ovarian cancer. In this model, introduction of SV40 T/t antigen extended the life span of primary cultured ovarian surface epithelial cells for a few more passages; however, these T/t antigen-expressing cells are still mortal. Introduction of the cata-

*Journal of Translational Medicine* 2004, **2**

http://www.translational-medicine.com/content/2/1/23



**A.  Ovarian cancer--anti-6-sulfate chondroitin**

**B.  Ovarian cancer--anti-smooth muscle α-actin**

**Figure 2**
Histochemical staining of human ovarian tissue with anti-6-sulfate chondroitin or anti-smooth muscle α-actin antibody. Serial 5-μm sections of paraffin-embedded tumors were steinead with anti-6-sulfate chondroitin (A) or anti-smooth muscle α-actin (B). *Arrows* point to regions of staining overlap. (Re-printed with permission from *Clinical Cancer Research*).

lytic subunit of telomerase (hTERT) results in immortalization of these cells. Introduction of HRAS$^{V12}$ or KRAS$^{V12}$ results in transformation of these cells as reflected on the increased number of anchorage independent growth and tumor development after subcutaneous injection of these cells. Peritoneal injection of the transformed cells produced undifferentiated carcinoma or malignant mixed mullerian tumor and developed ascites, the tumor cells are focally positive for CA125 and mesothelin. Gene expression profile analysis of transformed cells revealed elevated expression of several cytokines including interleukin (IL)-1β, IL6, and IL8, that are up-regulated by the NF-κB pathway, which is known to contribute to naturally occurring human EOC. Incubation with antibodies to IL-1β or IL8 led to apoptosis in the ras-transformed cells and

ovarian cancer cells but not in immortalized cells that had not been transformed. Thus, the transformed human ovarian surface epithelial cells recapitulated many features of natural ovarian cancer including a subtype of ovarian cancer histology, formation of ascites, CA125 expression, and NF-κB-mediated cytokine activation. These cells provide a novel model system to study human ovarian cancer. Because of the remarkable similarity of gene expression between the RAS-transformed ovarian surface epithelial cells and peritoneum associated with ovarian cancer, these immortalized preneoplastic ovarian epithelial cell lines may provide a valuable experimental tool to examine the role of each of the cytokines in the peritoneum during ovarian cancer development [54].

*Journal of Translational Medicine* 2004, **2**

Susceptibility of the stromal compartment of the peritoneum to proliferative signals has been well documented in animal models of the peritoneal fibrosing syndrome following exposure to chemical peritoneal dialysates [9,56]. In these models, alterations to the stromal environment occur in response to the dialysate resulting in infiltration of two main cell populations, fibroblasts secreting MCP-1, VEGF, and HSP47 and macrophages which can express TGFβ, TNFα, IL1 and fibronectin. Macrophages in these models were shown to be recruited by several CC chemokines, MCP-1, RANTES, and MIP-1 and collagen-dependent endothelial cells. Moreover, removal of the fibroblast element in a knockout animal model abrogated the MA infiltration and the fibrotic process. A similar process has been described in renal fibrosis, which also involves mononuclear leukocytes and myofibroblasts. In EOC, it is possible that molecules derived from the primary or peritoneal surface metastases could be distributed throughout the peritoneal cavity. Even in the absence of ascites, the distribution of these molecules could possibly be facilitated by negative pressure in the peritoneal cavity and peristalsis of the intestines. The precise mechanisms underlying the formation of ascites is unknown. Ascites indicate a more advanced stage of the disease which could be a consequence of alterations in permeability of the peritoneum or extensive lymphatic obstruction. In subperitoneal metastatic growth, the ascites may be almost acellular whereas surface exophytic lesions may be accompanied by large numbers of free-floating tumor cells, mesothelial cells and leukocytes, and in some cases, the ascites has a hemorrhagic appearance.

In summary, we have shown that peritoneal structures of patients with EOC are different at the transcript level from those of patients with benign conditions [27]. The changes observed reflect alterations in cytoskeletal and signaling pathways that suggest regional activity from integrins, cytokines, hormone growth factors, and adaptive proteins. In addition, there appears to be intense chemokine activity, particularly of the CXC motif chemokines, suggesting a pattern of chemotactic influence on leukocytic as well as other cell types. Enhanced collagenase activity would contribute to remodeling of the stromal compartment and creation of a favorable environment for infiltration of leukocytes as well as other cells, such as myofibroblasts and endothelial cells. Gene profiling of the peritoneum may provide hints about early transition steps to cancer or provide insight into changes that may actually facilitate the spread of cancer to adjoining tissues. It is anticipated that future studies using high throughput technologies with a multidimensional approach will enhance understanding of these alterations and their biological significance. These efforts could help identify critical alterations in the environment surrounding the cancer and its metastases and might ultimately lead to advances in diagnosis, prognosis, and novel approaches to therapeutic targeting in EOC.

The past few decades have seen considerable progress in chemotherapeutics of EOC that are contributing to an overall reduction in mortality [57]. However, EOC is heterogenous in its histopathology and sensitivity to chemotherapy. In order to overcome redundancies in the pathways and networks that control tumor cell growth, it will be necessary to employ multitargeted therapeutic strategies. A number of peritoneal structures could serve as useful potential targets, including inflammatory and non-inflammatory stromal cells, as well as production of molecules in the ECM, such as chemokines [29]. *In vitro* experiments suggest that the microenvironment can influence the malignant phenotype. It is also likely that malignant cells from the primary tumor or metastasis might modify the microenvironment, preparing both surface epithelial and stromal cells to support the growth and proliferative activity of the tumor. Thus, future strategies should attempt to identify those pathways and networks in the microenvironment that are critical to tumor cell survival.

## References

1.  Rubin SC, Randall TC, Armstrong KA, Chi DS, Hoskins WJ: **Ten-year follow-up of ovarian cancer patients after second-look laparotomy with negative findings.** *Obstetrics & Gynecology* 1999, **93:**21-24.
2.  Miranti CK, Brugge JS: **Sensing the environment: a historial perspective on integrin signal transduction.** *Nature Cell Biol* 2002, **4:**83-90.
3.  Bissell MJ, Radisky DC, Rizki A, Weaver VM, Petersen OW: **The organizing principle: microenvironmental influences in the normal and malignant breast.** *Differentiation* 2002, **70:**537-546.
4.  Coussens LM, Werb Z: **Inflammation and cancer.** *Nature* 2002, **420:**860-867.
5.  Tuhkanen H, Anttila M, Kosma V-M, Yla-Herttuala S, Heinonen S, Kuronen A, Juhola M, Tammi R, Tammi M, Mannermaa A: **Genetic alterations in the peritumoral stromal cells of malignant and borderline epithelial ovarian tumors as indicated by allelic imbalance on chromosome 3P.** *Int J Cancer* 2004, **109:**247-252.
6.  Carter D, True L, Otis CN: **Serous Membranes.** *Histology for Pathologists, 2nd Edition* Edited by: Sternberg SS. Philadelphia, Lippincott-Raven; 1997:223-239.
7.  Battifora H, McCaughey WTE: **Tumors of the serosal membranes.** *Atlas of tumor pathology Third series* Edited by: Universities Associated for Research and Education in Pathology Inc. Bethesda, MD, Armed Forces Institute of Pathology; 1995.
8.  Eddy AA: **Molecular basis of renal fibrosis.** *Pediatr Nephrol* 2000, **15:**290-301.
9.  Okada H, Inoue T, Kanno Y, Kobayashi T, Watanabe Y, Ban S, Neilson EG, Suzuki H: **Selective depletion of fibroblasts preserves morphology and the functional integrity of peritoneum in transgenic mice with peritoneal fibrosing syndrome.** *Kidney International* 2003, **64:**1722-1732.
10. Dedrick RL, Flessner MF: **Pharmacokinetic problems in peritoneal drug administration: tissue penetration and surface exposure.** *J Natl Cancer Inst* 1997, **89:**480-487.
11. Freedman RS, Kudelka AP, Kavanagh JJ, Verschraegen C, Edwards CL, Nash M, Levy L, Atkinson EN, Zhang HZ, Melichar B, Patenia R, Templin S, Scott W, Platsoucas CD: **Clinical and biological effects of intraperitoneal injections of recombinant interferon-g, and recombinant interleukin-2 with or without tumor-infiltrating lymphocytes in patients with ovarian or peritoneal carcinoma.** *Clin Cancer Res* 2000, **6:**2268-2278.

*Journal of Translational Medicine* 2004, **2**                    http://www.translational-medicine.com/content/2/1/23

12. Freedman RS, Edwards CL, Kavanagh JJ, Kudelka AP, Katz RL, Carrasco CH, Atkinson EH, Scott W, Tomasovic B, Platsoucas CD: **Intraperitoneal adoptive immunotherapy of ovarian carcinoma with tumor infiltrating lymphocytes, A pilot trial.** *J Immunother Emphasis Tumor Immunol* 1994, **16**:198-210.

13. Ioannides CG, Freedman RS, Platsoucas CD, Rasheed S, Kim YP: **Cytotoxic T cell clones isolated from ovarian tumor-infiltrating lymphocytes recognize multiple antigenic epitopes on autologous tumor cells.** *J Immunol* 1991, **146**:1700-1707.

14. Freedman RS, Tomasovic B, Templin S, Atkinson EN, Kudelka A, Edwards CL, Platsoucas CD: **Large-scale expansion in interleukin-2 of tumor-infiltrating lymphocytes from patients with ovarian carcinoma for adoptive immunotherapy.** *J Immunol Methods* 1994, **167**:145-160.

15. Yoshino I, Peoples GE, Goedegebuure PS, Maziarz R, Eberlein TJ: **Association of HER2/neu expression with sensitivity to tumor specific CTL in human ovarian cancer.** *J Immunol* 1994, **152**:2393-2400.

16. Disis ML, Smith JW, Murphy AE, Chen W, Cheever MA: **In vitro generation of human cytolytic T-cells specific for peptides derived from the HER-2/neu proto-oncogene protein.** *Cancer Research* 1994, **54**:1071-1076.

17. Zhang Lin, Conejo-Garcia JR, Katsaros D, Gimotty PA, Massobrio M, Regnani G, Makrigiannakis A, Gray H, Schlienger K, Liebman MN, Rubin S, Coukos George: **Intratumoral T cells, recurrence, and survival in epithelial ovarian cancer.** *N Engl J Med* 2003, **348**:203-213.

18. Pappas J, Lin WL, Helm CW, Freedman RS, Platsoucas CD: **Clonally expanded T cell receptor (TCR) transcripts in ovarian tumor infiltrating lymphocytes (TIL).** *Scand J Immunol (supplement)* 2001, **54**:84.

19. Nash MA, Lenzi R, Edwards CL, Kavanagh JJ, Kudelka AP, Verschraegen CF, Platsoucas CD, Freedman RS: **Differential expression of cytokine transcripts in human epithelial ovarian carcinoma by solid tumor specimens, peritoneal exudate cells containing tumor, TIL-derived T-cell lines and established tumor cell lines.** *Clin Exp Immunol* 1998, **112**:172-180.

20. Rabinowich H, Suminami Y, Reichert TE, Crowley-Nowick P, Bell M, Edwards R, Whiteside TL: **Expression of cytokine genes or proteins and signaling molecules in lymphocytes associated with human ovarian carcinoma.** *Int J Cancer* 1996, **68**:276-284.

21. Lenzi R, Rosenblum M, Verschraegen C, Kudelka AP, Kavanagh JJ, Hicks ME, Lang EA, Nash MA, Levy LB, Garcia ME, Platsoucas CD, Abbruzzese JL, Freedman RS: **Phase I study of intraperitoneal rhIL-12 in patients with mullerian carcinoma, gastrointestinal primary malignancies and mesothelioma.** *Clinical Cancer Research* 2002, **8**:3686-3695.

22. Woo Edward Y, Chu Christina S, Goletz Theresa J, Schlienger K, Yeh Heidi, Coukos George, Rubin Stephen C., Kaiser Larry R, June Carl H: **Regulatory CD4+CD25+ T cells in tumors from patients with early-stage non-small cell lung cancer and late-stage ovarian cancer.** *Cancer Res* 2001, **61**:4766-4772.

23. Loercher AE, Nash MA, Kavanagh JJ, Platsoucas CD, Freedman RS: **Identification of an IL-10 producing HLA-DR-negative monocyte subset in the malignant ascites of patients with ovarian carcinoma that inhibits cytokine protein expression and proliferation of autologous T cells.** *J Immunol* 1999, **163**:6251-6260.

24. Mantovani A, Sozzani S, Locati Massimo, Allavena P, Sica A: **Macrophage polarization: tumor-associated macrophages as a paradigm for polarized M2 mononuclear phagocytes.** *Trends in Immunology* 2002, **23**:549-555.

25. Mocellin S, Panelli MC, Wang E, Nagorsen D, Marincola FM: **The dual role of IL-10.** *Trends in Immunology* 2003, **24**:36-43.

26. Okrent IA, Freedman RS: **Monocyte and macrophage (MO/MA) subpopulations in epithelial ovarian cancer (EOC.** *Proc of AACR* 2004, **45**:1259a.

27. Wang E, Ngalame Y, Panelli MC, Nguyen-Jackson H, Deavers Michael, Mueller P, Hu W, Savary C, Freedman RS, Marincola FM: **Peritoneal and sub-peritoneal stroma may facilitate regional spread of ovarian cancer.** *Proc of AACR* 2004, **45**:1778a.

28. IUIS/WHO Subcommittee: **Chemokine/chemokine receptor nomenclature.** *Cytokine* 2003, **21**:48-49.

29. Oppenheim JJ, Howard OMZ, Goetzl E: **Chemotactic factors, neuropeptides, and other ligands for seven transmembrane receptors.** *Cytokine Reference Volume 1:Ligands. Edited by: Oppenheim JJ and Feldmann. San Diego, CA, Academic Press; 2001:985-1021.*

30. Schutyser E, Struyf S, Proost P, Opdenakker G, Laureys G, Verhasselt B, Peperstraete L, Van de Putte I, Saccani A, Allavena P, Mantovani A, Van Damme J: **Identification of biologically active chemokine isoforms from ascitic fluid and elevated levels of CCL18/pulmonary and activation-regulated chemokine in ovarian carcinoma.** *J of Biol Chem* 2002, **277**:24584-24593.

31. Negus RP, Stamp GW, Relf MG, Burke F, Malik ST, Bernasconi S, Allavena P, Sozzani S, Mantovani A, Balkwill FR: **The detection and localization of monocyte chemoattractant protein-1 (MCP-1) in human ovarian cancer.** *Journal of Clinical Investigation* 1995, **95**:2391-2396.

32. Negus RP, Stamp GW, Hadley J, Balkwill FR: **Quantitative assessment of the leukocyte infiltrate in ovarian cancer and its relationship to the expression of C-C chemokines.** *Am J Pathology* 1997, **150**:1723-1734.

33. Scotton Chris J., Wilson Julia L., Scott Kate A., Stamp Gordon, Wilbanks George D, Fricker Simon, Bridger Gary, Balkwill FR: **Multiple actions of the chemokine CXCL12 on epithelial tumor cells in human ovarian cancer.** *Ca Research* 2002, **62**:.

34. Sica A, Saccani A, Mantovani Alberto: **Tumor-associated macrophages: a molecular perspective.** *International Immunopharmacology* 2002, **2**:1045-1054.

35. Moradi MarkM, Carson LF, Weinberg JB, Haney AF, Twiggs Leo B, Ramakrishnan S: **Serum and ascitic fluid levels of interleukin-1, interleukin-6, and tumor necrosis factor-alpha in patients with ovarian epithelial cancer.** *Cancer* 1993, **72**:2433-2440.

36. Burke Frances, Relf Michele, Negus RP, Balkwill FR: **A cytokine profile of normal and malignant ovary.** *Cytokine* 1996, **8**:578-585.

37. Berek JS, Chung C, Kaldi K, Watson JM, Knox RM, Martinez-Maza O: **Serum interleukin-6 levels correlate with disease status in patients with epithelial ovarian cancer.** *Am J Obstet Gynecol* 1991, **164**:1038-1042.

38. Gordinier ME, Zhang HZ, Patenia R, Levy LB, Atkinson EN, Nash MA, Katz RL, Platsoucas CD, Freedman RS: **Quantitative analysis of transforming growth factor-beta (TGF-b1 and TGF-b2) on ovarian carcinoma.** *Clin Cancer Res* 1999, **5**:2498-2505.

39. Chen Chang-Rung, Kang Yibin, Siegel Peter M, Massaque Joan: **E2F4/5 and p107 as Smad cofactors linking the TGFbeta receptor to c-myc repression.** *Cell* 2002, **110**:.

40. Nash MA, Ferrandina G, Gordinier M, Loercher A, Freedman RS: **The role of cytokines in both the normal and malignant ovary.** *Endocrine Related Cancer* 1999, **6**:93-107.

41. Berek JS, Welander C, Schink JC, Grossberg H, Montz FJ, Zigelboim J: **A phase I-II trial of intraperitoneal cisplatin and a-interferon in patients with persistent epithelial ovarian cancer.** *Gynecol Oncol* 1991, **40**:237-243.

42. Offner FA, Obrist P, Stadlmann S, Feichtinger H, Klingler P, Herold M, Zwierzina HH, Hittmair A, Mikuz G, Abendstein B: **IL-6 secretion by human peritoneal mesothelial and ovarian cancer cells.** *Cytokine* 1995, **7**:542-547.

43. Obata NH, Tamakoshi K, Shibata K, Kikkawa F, Tomoda Y: **Effects of interleukin-6 on in vitro cell attachment, migration and invasion of human carcinoma.** *Anticancer Research* 1997, **17**:337-342.

44. Tempfer C, Zeisler H, Sliutz G, Haeusler G, Hanzal E, Kainz C: **Serum evaluation of interleukin 6 in ovarian cancer patients.** *Gynecol Oncol* 1997, **66**:27-30.

45. Riese J, Niedobitek G, Lisner R, Jung A, Hohenberger W, Haupt W: **Expression of interleukin-6 and monocyte chemoattractant protein-1 by peritoneal sub-mesothelial cells during abdominal operations.** *J Pathology* 2004, **202**:34-40.

46. Melichar B, Savary C, Kudelka AP, Verschraegen C, Kavanagh JJ, Edwards CL, Platsoucas CD, Freedman RS: **Lineage-negative human leukocyte antigen-DR+ cells with the phenotype of undifferentiated dendritic cells in patients with carcinoma of the abdomen and pelvis.** *Clin Cancer Res* 1998, **4**:799-809.

47. Freedman RS, Vadhan-Raj S, Butts C, Savary C, Melichar B, Verschraegen C, Kavanagh JJ, Hicks ME, Levy LB, Folloder J, Garcia ME: **Pilot study of Flt3 ligand comparing intraperitoneal with subcutaneous routes on hematologic and immunologic responses in patients with peritoneal carcinomatosis and mesotheliomas.** *Clin Cancer Res* 2003, **9**:5228-5237.

*Journal of Translational Medicine* 2004, **2**

48.  Nash MA, Deavers MT, Freedman RS: **The expression of decorin in human ovarian tumors.** *Clinical Cancer Research* 2002, **8:**1754-1760.
49.  Strazynski Marco, Eble Johannes A., Kresse Hans, Schonherr Elke: **Interleukin (IL)-6 and IL-10 induce decorin mRNA in endothelial cells, but interaction with fibrillar collagen is essential for its translation.** *J of Biol Chem* 2004, **279:**21266-21270.
50.  Roskelley CD, Bissell MJ: **The dominance of the microenvironment in breast and ovarian cancer.** *Cancer Biology* 2002, **12:**97-104.
51.  Patel IS, Madan P, Getsios S, Bertrand MA, MacCalman CD: **Cadherin switching in ovarian cancer progression.** *Int J Cancer* 2003, **106:**.
52.  Weaver VM, Petersen OW, Wang F, Larabell CA, Briand P, Damsky C, Bissell MJ: **Reversion of the Malignant Phenotype of Human Breast Cells in Three-Dimensional Culture and In Vivo by Integrin Blocking Antibodies.** *J Cell Biol* 1997, **137:**231-245.
53.  Liu Jinsong, Yang Gong, Thompson-Lanza Jennifer A, Glassman Armand, Hayes Kimberly, Patterson Andrea, Marquez Rebecca T, Auersperg Nelly, Yu Yinhua, Hahn William C, Mills Gordon B, Bast RC: **A genetically defined model for human ovarian cancer.** *Cancer Res* 2004, **64:**1655-1663.
54.  Orsulie S, Li Y, Soslow RA, Vitale-Cross LA, Gutkind JS, Varmus HE: **Induction of ovarian cancer by defined multiple genetic change in a mouse model system.** *Cancer Cell* 2002, **1:**53-62.
55.  Dobbie J: **Pathogenesis of peritoneal fibrosing syndromes (sclerosing paeritonitis) in peritoneal dialysis.** *Perit Dial Int* 1992, **12:**14-27.
56.  Jemal Ahmedin, Clegg Limin, Ward Elizabeth, Ries LAG, Wu Xiaocheng, Jamison Patricia, Wingo Phyllis, Howe Holly, Anderson Robert, Edwards Brenda K: **Annual Report to the Nation on the Status of Cancer, 1975-2001, with a Special Feature Regarding Survival.** American Cancer Society; 2004:1-25.
57.  Jemal Ahmedin, Clegg Limin, Ward Elizabeth, Ries LAG, Wu Xiaocheng, Jamison Patricia, Wingo Phyllis, Howe Holly, Anderson Robert, Edwards Brenda K: **Annual Report to the Nation on the Status of Cancer, 1975-2001, with a Special Feature Regarding Survival.** American Cancer Society; 2004:1-25.

Publish with **BioMed Central** and every scientist can read your work free of charge

*"BioMed Central will be the most significant development for disseminating the results of biomedical research in our lifetime."*

Sir Paul Nurse, Cancer Research UK

Your research papers will be:

• available free of charge to the entire biomedical community

• peer reviewed and published immediately upon acceptance

• cited in PubMed and archived on PubMed Central

• yours — you keep the copyright

Submit your manuscript here:
http://www.biomedcentral.com/info/publishing_adv.asp



# Exhibit 109



## Cell Cycle

ISSN: 1538-4101 (Print) 1551-4005 (Online) Journal homepage: http://www.tandfonline.com/loi/kccy20

# Inflammation: A hidden path to breaking the spell of ovarian cancer

Weiwei Shan & Jinsong Liu

**To cite this article:** Weiwei Shan & Jinsong Liu (2009) Inflammation: A hidden path to breaking the spell of ovarian cancer, Cell Cycle, 8:19, 3107-3111, DOI: 10.4161/cc.8.19.9590

**To link to this article:** https://doi.org/10.4161/cc.8.19.9590

Published online: 01 Oct 2009.

Submit your article to this journal ⬚

Article views: 216

Citing articles: 23 View citing articles ⬚

Full Terms & Conditions of access and use can be found at
http://www.tandfonline.com/action/journalInformation?journalCode=kccy20

REVIEW

Cell Cycle 8:19, 3107-3111; October 1, 2009; © 2009 Landes Bioscience

# Inflammation
## A hidden path to breaking the spell of ovarian cancer

Weiwei Shan and Jinsong Liu*

Department of Pathology; The University of Texas M.D. Anderson Cancer Center; Houston, TX USA

**Key words:** inflammation, epithelial ovarian cancer, fallopian tube, tumor microenvironment, cellular senescence

**Abbreviations:** BRCA, breast cancer; CCL2, chemokine (C-C motif) ligand 2; CCL5, chemokine (C-C motif) ligand 5; EOC, epithelial ovarian cancer; Gro-1, growth-regulated oncogene; ICAM1, intercellular adhesion molecule 1; IGFBPs, insulin-like growth factor binding proteins; ILs, interleukins; MCP-1, monocyte chemotactic protein 1; MMPs, matrix metalloproteinases; OSE, ovarian surface epithelium; RANTES, regulated upon activation, normally T-expressed, and presumably secreted; SASP, senescence-associated secretory phenotype; TIMPs, tissue inhibitor of metalloproteinases; uPAR, urokinase plasminogen activator receptor; VCAM1, vascular cell adhesion molecule 1

Epithelial ovarian cancer is a highly lethal gynecological cancer for which overall prognosis has remained poor over the past few decades. A number of theories have been postulated in an effort to explain the etiology of epithelial ovarian cancer, each of which has been both applauded and doubted. Of note, these theories likely are not mutually exclusive, as they all converge more or less on the role of inflammation in promoting ovarian tumorigenesis. In this review, we describe the latest studies on the role of inflammation in the initiation and progression of epithelian ovarian cancer from three major aspects: physiological functions of a normal ovary, potential involvement of the fallopian tube in the initiation of epithelian ovarian cancer and the strong impact of the cellular microenvironment on the development of the disease.

## Introduction

Epithelial ovarian cancer (EOC), the most common subgroup of ovarian cancer, is the deadliest gynecological cancer in the United States, accounting for more deaths than all other gynecological cancers combined.[1] The high mortality rate for EOC is a result of technical obstacles to early detection of the disease and a high prevalence of distal metastasis at late stages of the disease [(70% of cases)[2]]. This latter property is probably attributable to the unique peritoneal environment of EOC, which facilitates convenient seeding of ovarian cancer cells in the peritoneal cavity, which is further aided by the constant flow of peritoneal fluid.[3] We call particular attention to this "open" environment to which EOC is exposed, because it has resulted in a myriad of characteristics specific to EOC, such as ease of widespread cancer metastases in a short period of time, unique formation of ascites, and high susceptibility of the ovarian surface epithelium (OSE) to peritoneal inflammatory stimuli.

*Correspondence to: Jinsong Liu; Email: jliu@mdanderson.org
Submitted: 07/15/09; Accepted: 07/21/09
Previously published online:
www.landesbioscience.com/journals/cc/article/9590

## Etiology of EOC: Inflammatory in Nature

EOC is perhaps one of the most sinuous human cancers. In an effort to identify the causes of EOC, a few hypotheses have been put forward. Two of these theories—the incessant ovulation hypothesis and the gonadotrophin hypothesis—are the most dominant in the ovarian cancer society. Proposed in the early 1970s, the incessant ovulation hypothesis attributes the formation of EOC to continuous damage and repair of the ovarian surface epithelia during cyclical ovulatory processes, which increase the chances for replicative DNA errors to be incorporated in ovarian epithelial cells.[4] The gonadotrophin hypothesis, on the other hand, suggests that excessive exposure of the ovarian surface epithelia to gonadotrophins can result in enhanced epithelial cell proliferation and malignant transformation.[5] A third theory emerged in the late 1990s which states that hormonal influences, including androgen and progesterone, have a major impact on the proliferation of the ovarian surface epithelia and, hence, EOC.[6]

Unlike that of the majority of other organs, the surface epithelium of the ovary is a natural continuant of the peritoneal lining and thus is directly exposed to any metabolic, environmental and xenobiotic stress present in the peritoneal cavity, most of which have inflammatory properties. However, the sources of inflammatory stimuli to which the ovary is exposed remain undercharacterized. In fact, more than a decade ago, the primary physiological function of the ovary, ovulation, was found to be pro-inflammatory in nature[7] and potentially mutagenic.[8] As we focus on the molecular events that take place in the pre-ovulatory ovary, we will find that as the pre-ovulatory follicle matures, the proximal ovarian epithelial cells proliferate[9] and then undergo apoptosis[10] to accommodate follicular growth. Meanwhile, the fibroblastic layers of the tunica albuginea and theca externa are weakened in preparation for ovulation. These events culminate in a burst of apical epithelial cells and the underlying follicular layers followed by rapid extrusion of the ovum, wounding the surface of the ovary.[11] Intriguingly, these ovulatory processes, together with the repair steps immediately after liberation of the ovum, are marked by generation of an enormous body of

cytokines/chemokines and matrix-remodeling enzymes, including prostaglandins, bioactive eicosanoids, plasminogen activators, collagenases, interleukins (ILs), tumor necrosis factors and various growth factors,[12,13] as well as by recruitment of activated immune cells to the wounded epithelial surface, implying the occurrence of global activation of the pro-inflammatory network. Thus, the strong inflammatory stimuli, being both triggers and natural by-products of ovulation, may cause additional damage to the ovarian surface epithelia, which is already under tremendous stress because of the ovulatory rupture of the local epithelial cell layer. Not surprisingly, this panel of inflammatory modulators activated during cyclical ovulation has been found to exhibit a striking overlap with that described for EOC, including IL-8, CCL2/MCP-1 and CCL5/RANTES.[14] Therefore, the incessant ovulation hypothesis has, perhaps inadvertently, provided evidence that inflammatory responses induced under physiological conditions may foster the development of EOC. Similarly, studies have shown that elevation of estrogens[15,16] and androgens,[17] as proposed by the gonadotrophin hypothesis and hormonal hypothesis, respectively, amplifies immune responses by recruiting pro-inflammatory cells and molecular effectors. Collectively, hypotheses attributing EOC to ovulation, gonadotrophin release, and hormonal influences likely are not mutually exclusive and lend strength to suggest that normal physiological activities of the ovary are accompanied by general activation of inflammatory mediators, which may either directly cause EOC or gradually produce genomic damage to the ovarian surface epithelia, until a future bolus dose of pathological stress brings the overall mutational tally above the threshold of ovarian tumorigenesis.

## Inflammation, Tubal Tumorigenesis and Ovarian Cancer

Although the conventional view regarding ovarian cancer development is that more than 90% of cases originate from the OSE, the latest evidence points to hypothetical involvement of the fallopian tube, in particular, the fimbriated end of the tube, in the formation of serous ovarian cancer, prompted by findings presented by Crum et al. and other investigators. These authors demonstrated that examination of fallopian tubes and ovaries taken from BRCA-mutant women undergoing prophylactic salpingo-oophorectomy identified precursor lesions of serous ovarian carcinomas, unexpectedly, only in the tubal fimbria, not in the ovary.[18-20] Thus, at least in some cases, the fimbriated end of the fallopian tube may be the culprit in seeding of serous ovarian cancer.

Inflammatory insults to the fallopian tube can lead to tubal epithelial carcinogenesis. For instance, luminal dilatation and plical atrophy in the fallopian tube caused by chronic infection has been documented in many cases of primary fallopian tubal carcinomas.[21] Exposure of the fallopian tube to inflammatory insults may occur physiologically and pathologically. Under physiological conditions, the retrograde flow of endometrial fluid during menstruation renders the fallopian tube acutely inflammatory by exposing the tube to a plethora of inflammatory molecules, including IL-8, tumor necrosis factor-α, and granulocyte-macrophage

colony-stimulating factor, all of which have been shown to be elevated in ovarian tumor specimens.[22-24] Furthermore, the functional tubal fimbria, which has two epithelial surfaces—ciliated epithelium (endosalpinx) and peritoneal mesothelium—may be an area of continuous abrasion, stress-induced inflammation, and consequently, a site of cancer initiation.[25] Examples of endosalpinx-peritoneal junction-associated cancers include cervical[26] and gastroesophageal[27] malignancies, where the cervical squamous columnar junction and esophagogastric junction are located, respectively. In comparison, pathological inflammatory agents, including those that travel up from the lower female genital tract to the fallopian tube, are found frequently and to blame for a large proportion of female infertility. For example, pelvic exposure to asbestos[28] and to the sexually transmitted pathogen *Chlamydia trachomatis*[29] is known to cause tubal inflammation, also known as salpingitis. Taken together, these findings indicate that tubal inflammation is common under both pathological and non-pathological conditions.

Because inflammation is known to be a causal factor in promoting tubal tumorigenesis, the hypothesis that a portion of serous ovarian carcinomas may originate in the fallopian tube provides another link, although indirect, between inflammation and EOC. Recent studies, albeit preliminary, have associated inflammation of the fallopian tube with ovarian tumorigenesis, and supported studies indicating that the fallopian tube could be one of the origins of EOC. For example, the presence of chronic salpingitis has been found in 53% of ovarian carcinoma cases,[30] suggesting a causative relationship between the two. This notion is best supported by findings showing that hysterectomy and tubal ligation, both of which cut off the passage of inflammatory factors from the lower to the upper genital tract, afforded protection against EOC.[31] More importantly, hysterectomy alone without tubal ligation was less effective in protecting against EOC than was hysterectomy combined with tubal ligation,[32] emphasizing the significance of the fallopian tube in initiation of EOC. Although the hypothesis that (some of) serous ovarian cancers may stem from the tubal fimbria is still heatedly debated and calls for more substantial evidence, it for another time, perhaps unintentionally, supports the hypothesis that ovarian cancer is by nature inflammatory.

## Inflammation, Cellular Senescence in the Ovarian Epithelial Microenvironment and Ovarian Cancer

As described above, the complex biology of the OSE makes ovarian epithelial cells exceedingly sensitive to peritoneal inflammatory agents. However, this is only half the story; the other half resides in the cellular microenvironment created by the ovarian stromal cells, in particular, aged or senescent stromal cells. Cellular senescence was initially described as an evolutionary advantage endowing cancer prevention when the cells entered an irreversible status of cell cycle arrest[33] in response to a variety of internal and external stimuli.[34,35] In contrast with the conventional view that senescence is inherently protective against cancer, mounting evidence points to an unexpected role of senescent stromal cells, mainly stromal fibroblasts, in enhancing epithelial



**Figure 1.** Potential sources of inflammatory stimuli that may contribute to the initiation and/or progression of EOC. A schematic representation of the left half of the female reproductive organs is shown at top right. (A) Normal functions of the ovary, such as ovulation, may be pro-inflammatory in nature. (B) Inflammatory insults to the fallopian tube can indirectly damage the adjacent ovarian surface epithelium. (C) Inflammatory molecules present in the peritoneal cavity may not only be mutagenic to the ovarian surface epithelium but also render ovarian stromal fibroblasts senescent. Subsequently, senescent fibroblasts create a secondary hyper-inflammatory microenvironment (SASP), together with inflammatory mediators in the peritoneal macroenvironment, contributing to the enhancement of EOC.

tumorigenesis. Specifically, Krtolica and colleagues showed that senescent but not normal human fibroblasts were markedly tumorigenic in premalignant (initiated but non-tumorigenic) human skin epithelial cells both in culture and in immune-compromised mice,[36] thus providing experimental proof that senescent stromal fibroblasts can augment epithelial tumorigenesis. Therefore, cellular senescence acts as a double-edged sword by either dampening or boosting tumorigenesis depending on the specific cell type and combination of intracellular and extracellular factors. Accumulating evidence has suggested that diffusible paracrine signaling molecules secreted by senescent fibroblasts orchestrate the senescence-associated enhancement of tumorigenesis by

fine-tuning the epithelial microenvironment into one favorable for tumor growth. Thus far, a broad spectrum of pro-inflammatory mediators have been reported to be markedly activated in senescent cells, including myriad ILs (e.g., IL-6, IL-8, IL-1β), chemoattractants (e.g., Gro-1/α, MCP-1, CSMF), matrix-remodeling enzymes (e.g., MMPs, TIMPs, uPAR), and adhesion molecules (e.g., ICAM-1, VCAM-1, integrins),[37] suggesting that upon senescence, aged cells take up the highly pro-inflammatory "senescence-associated secretory phenotype" (SASP).[38]

Our laboratory has found direct evidence that senescent ovarian fibroblasts promote ovarian epithelial tumorigenesis by mobilizing the pro-inflammatory network. Recently, we demonstrated

that expression of the chemokine Gro-1/α was induced in HRAS[V12]-transformed ovarian epithelial cells and that epithelial cell-released Gro-1/α mediated the senescence of ovarian stromal fibroblasts by diffusing into the stroma and acting non-autonomously on fibroblasts.[39] Subsequently, ovarian fibroblasts rendered senescent by Gro-1/α proved to be tumor-promoting of initiated ovarian epithelial cells when co-injected into nude mice with the latter,[39] which was consistent with results reported previously by others. In addition to Gro-1/α, we have also observed elevated expression of a wide spectrum of pro-inflammatory cytokines and chemokines in HRAS[V12]-transformed ovarian epithelial cells than in their immortalized, non-tumorigenic parental cells.[40] When this panel of RAS-induced secreted factors was compared with the SASP described in Coppe's study,[38] a considerable overlap between these two was identified, including IL-6, IL-8, Gro-1/α, Gro-2/β, ICAM-1, IGFBP-1 and MCP-1 (reviewed in refs. 40 and 41 and unpublished data from us). Some of these factors are established senescence inducers,[39,42-44] suggesting that many, if not all, of the HRAS[V12]-induced inflammatory molecules could also mediate cellular senescence. Do senescent stromal fibroblasts enhance human EOC in vivo? The answer to this question is probably yes. We have detected senescent ovarian stromal fibroblasts adjacent to human ovarian tumor epithelium in clinical specimens,[39] supporting the existence of such cells in human cases of ovarian cancer. Although evidence supporting a senescence-associated pro-inflammatory secretome acting in a paracrine fashion on ovarian tumor epithelium in vivo has been lacking, postulating that inflammation-mediated stromal senescence can play a critical role in triggering as well as promoting human EOC is reasonable. Collectively, we have shown that in oncogenic RAS-transformed ovarian epithelial cells, a drastically pro-inflammatory secretome is generated, which can diffuse into the stroma and cause senescence in stromal fibroblasts. Conversely, senescence of ovarian stromal fibroblasts may contribute to progression of EOC by creating a secondary pro-inflammatory phenotype (SASP) and converting the ovarian epithelial microenvironment into one filled with inflammatory mediators that favor tumor advancement. The central role of the inflammatory network in interweaving these events is prominent, which directs extensive cellular communications between the ovarian tumor epithelium and the underlying stroma that converge on the augmentation of EOC.

## Conclusions

The tumor milieu in which EOC develops has been described as one enriched with a broad spectrum of pro-inflammatory cytokines and chemokines.[14] Increasing evidence suggests that inflammation contributes significantly to the etiology of EOC. Studies have not only shown that physiological ovarian functions are pro-inflammatory in nature (**Fig. 1A**) but also suggested that activities that take place in the fallopian tubes influence EOC (**Fig. 1B**). More recent studies of cellular senescence have revealed a potential role for senescent stromal fibroblasts in the augmentation of EOC by increasing the expression of diffusible inflammatory mediators (**Fig. 1C**). Intriguingly, cellular senescence, which itself serves as a vast repertoire of inflammatory molecules, can be induced by physiologically and pathologically derived inflammatory agents in the peritoneal *macro*environment and/or cellular *micro*environment; when these stimuli work in synergy, the ovarian epithelial tumor milieu becomes exponentially inflammatory and favorable for cancer development. A more comprehensive understanding of these issues will benefit the cancer pharmaceutical industry in designing new strategies for the treatment and prevention of human EOC.

### Acknowledgements

This work was supported by grant 5R01CA1331183 and M.D. Anderson Cancer Center SPORE in Breast and Ovarian Cancer from NIH/NCI, an institutional research grant from The University of Texas M.D. Anderson Cancer Center (all to J.L.), and Ann Schreiber Ovarian Cancer Research Training Program of Excellence Awards from Ovarian Cancer Research Fund (to W.S.).

### References

1. Jemal A, Murray T, Ward E, Samuels A, Tiwari RC, Ghafoor A, et al. Cancer statistics, 2005. CA Cancer J Clin 2005; 55:10-30.
2. Jemal A, Tiwari RC, Murray T, Ghafoor A, Samuels A, Ward E, et al. Cancer statistics, 2004. CA Cancer J Clin 2004; 54:8-29.
3. Naora H, Montell DJ. Ovarian cancer metastasis: integrating insights from disparate model organisms. Nat Rev Cancer 2005; 5:355-66.
4. Fathalla MF. Incessant ovulation—a factor in ovarian neoplasia? Lancet 1971; 2:163.
5. Cramer DW, Welch WR. Determinants of ovarian cancer risk II. Inferences regarding pathogenesis. J Natl Cancer Inst 1983; 71:717-21.
6. Risch HA. Hormonal etiology of epithelial ovarian cancer, with a hypothesis concerning the role of androgens and progesterone. J Natl Cancer Inst 1998; 90:1774-86.
7. Bonello N, McKie K, Jasper M, Andrew L, Ross N, Braybon E, et al. Inhibition of nitric oxide: effects on interleukin-1beta-enhanced ovulation rate, steroid hormones, and ovarian leukocyte distribution at ovulation in the rat. Biol Reprod 1996; 54:436-45.
8. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst 1999; 91:1459-67.
9. Murdoch WJ. Ovarian surface epithelium during ovulatory and anovulatory ovine estrous cycles. Anat Rec 1994; 240:322-6.
10. Murdoch WJ. Programmed cell death in preovulatory ovine follicles. Biol Reprod 1995; 53:8-12.
11. Murdoch WJ. Ovarian surface epithelium, ovulation and carcinogenesis. Biol Rev Camb Philos Soc 1996; 71:529-43.
12. Espey L. Ovulation as an inflammatory process. In: Sjoberg N, Hamberger L, Janson PO, Owman CH, Coelingh-Bennink HJT, ed. Local Regulation of Ovarian Function. Park Ridge: Parthenon Publishing Group 1992; 183-200.
13. Espey L, Lipner H. Ovulation. In: Knobil E, Neill JD, ed. The Physiology of Reproduction. New York: Raven Press 1994.
14. Freedman RS, Deavers M, Liu J, Wang E. Peritoneal inflammation—a microenvironment for epithelial ovarian cancer (EOC). J Transl Med 2004; 2:23.
15. Crowley-Nowick P. Basic principles of immunology and genital tract immunity. In: Ness R, Kuller LH, ed. Health and disease among women. Biological and environmental influences. New York: Oxford University Press 1998; 273-96.
16. Manzi S, Ramsey-Goldman R. Autoimmune diseases. In: Ness R, Kuller LH, ed. Health and disease among women. Biological and environmental influences. New York: Oxford University Press 1998; 342-72.
17. Orvieto R, Fisch N, Yulzari-Roll V, La Marca A. Ovarian androgens but not estrogens correlate with the degree of systemic inflammation observed during controlled ovarian hyperstimulation. Gynecol Endocrinol 2005; 21:170-3.
18. Crum CP, Drapkin R, Kindelberger D, Medeiros F, Miron A, Lee Y. Lessons from BRCA: the tubal fimbria emerges as an origin for pelvic serous cancer. Clin Med Res 2007; 5:35-44.
19. Medeiros F, Muto MG, Lee Y, Elvin JA, Callahan MJ, Feltmate C, et al. The tubal fimbria is a preferred site for early adenocarcinoma in women with familial ovarian cancer syndrome. Am J Surg Pathol 2006; 30:230-6.

20. Callahan MJ, Crum CP, Medeiros F, Kindelberger DW, Elvin JA, Garber JE, et al. Primary fallopian tube malignancies in BRCA-positive women undergoing surgery for ovarian cancer risk reduction. J Clin Oncol 2007; 25:3985-90.

21. Demopoulos RI, Aronov R, Mesia A. Clues to the pathogenesis of fallopian tube carcinoma: a morphological and immunohistochemical case control study. Int J Gynecol Pathol 2001; 20:128-32.

22. Maisey K, Nardocci G, Imarai M, Cardenas H, Rios M, Croxatto HB, et al. Expression of proinflammatory cytokines and receptors by human fallopian tubes in organ culture following challenge with *Neisseria gonorrhoeae*. Infect Immun 2003; 71:527-32.

23. McGee ZA, Jensen RL, Clemens CM, Taylor-Robinson D, Johnson AP, Gregg CR. Gonococcal infection of human fallopian tube mucosa in organ culture: relationship of mucosal tissue TNFalpha concentration to sloughing of ciliated cells. Sex Transm Dis 1999; 26:160-5.

24. Strandell A, Thorburn J, Wallin A. The presence of cytokines and growth factors in hydrosalpingeal fluid. J Assist Reprod Genet 2004; 21:241-7.

25. Carvalho JP, Carvalho FM. Is Chlamydia-infected tubal fimbria the origin of ovarian cancer? Med Hypotheses 2008; 71:690-3.

26. Schiffman M, Castle PE, Jeronimo J, Rodriguez AC, Wacholder S. Human papillomavirus and cervical cancer. Lancet 2007; 370:890-907.

27. Nunobe S, Nakanishi Y, Taniguchi H, Sasako M, Sano T, Kato H, et al. Two distinct pathways of tumorigenesis of adenocarcinomas of the esophagogastric junction, related or unrelated to intestinal metaplasia. Pathol Int 2007; 57:315-21.

28. Heller DS, Gordon RE, Katz N. Correlation of asbestos fiber burdens in fallopian tubes and ovarian tissue. Am J Obstet Gynecol 1999; 181:346-7.

29. Cooper MD, Rapp J, Jeffery-Wiseman C, Barnes RC, Stephens DS. *Chlamydia trachomatis* infection of human fallopian tube organ cultures. J Gen Microbiol 1990; 136:1109-15.

30. Seidman JD, Sherman ME, Bell KA, Katabuchi H, O'Leary TJ, Kurman RJ. Salpingitis, salpingoliths and serous tumors of the ovaries: is there a connection? Int J Gynecol Pathol 2002; 21:101-7.

31. Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. Int J Cancer 1997; 71:948-51.

32. Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology 2000; 11:111-7.

33. Hayflick L, Moorhead PS. The serial cultivation of human diploid cell strains. Exp Cell Res 1961; 25:585-621.

34. Parrinello S, Coppe JP, Krtolica A, Campisi J. Stromal-epithelial interactions in aging and cancer: senescent fibroblasts alter epithelial cell differentiation. J Cell Sci 2005; 118:485-96.

35. Campisi J, d'Adda di Fagagna F. Cellular senescence: when bad things happen to good cells. Nat Rev Mol Cell Biol 2007; 8:729-40.

36. Krtolica A, Parrinello S, Lockett S, Desprez PY, Campisi J. Senescent fibroblasts promote epithelial cell growth and tumorigenesis: a link between cancer and aging. Proc Natl Acad Sci USA 2001; 98:12072-7.

37. Shan W, Yang G, Liu J. The inflammatory network: bridging senescent stroma and epithelial tumorigenesis. Front Biosci 2009; 14:4044-57.

38. Coppe JP, Patil CK, Rodier F, Sun Y, Munoz DP, Goldstein J, et al. Senescence-associated secretory phenotypes reveal cell-nonautonomous functions of oncogenic RAS and the p53 tumor suppressor. PLoS Biol 2008; 6:2853-68.

39. Yang G, Rosen DG, Zhang Z, Bast RC Jr, Mills GB, Colacino JA, et al. The chemokine growth-regulated oncogene 1 (Gro-1) links RAS signaling to the senescence of stromal fibroblasts and ovarian tumorigenesis. Proc Natl Acad Sci USA 2006; 103:16472-7.

40. Liu J, Yang G, Thompson-Lanza JA, Glassman A, Hayes K, Patterson A, et al. A genetically defined model for human ovarian cancer. Cancer Res 2004; 64:1655-63.

41. Coppe JP, Kauser K, Campisi J, Beausejour CM. Secretion of vascular endothelial growth factor by primary human fibroblasts at senescence. J Biol Chem 2006; 281:29568-74.

42. Acosta JC, O'Loghlen A, Banito A, Guijarro MV, Augert A, Raguz S, et al. Chemokine signaling via the CXCR2 receptor reinforces senescence. Cell 2008; 133:1006-18.

43. Kuilman T, Michaloglou C, Vredeveld LC, Douma S, van Doorn R, Desmet CJ, et al. Oncogene-induced senescence relayed by an interleukin-dependent inflammatory network. Cell 2008; 133:1019-31.

44. Wajapeyee N, Serra RW, Zhu X, Mahalingam M, Green MR. Oncogenic BRAF induces senescence and apoptosis through pathways mediated by the secreted protein IGFBP7. Cell 2008; 132:363-74.

©2009 Landes Bioscience.
Do not distribute.

Exhibit 110

# NIH Public Access
**Author Manuscript**

*Gynecol Oncol*. Author manuscript; available in PMC 2015 November 01.

Published in final edited form as:
 *Gynecol Oncol*. 2014 November ; 135(2): 297–304. doi:10.1016/j.ygyno.2014.08.025.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# Pre-diagnostic serum levels of inflammation markers and risk of ovarian cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial

**Britton Trabert**[1], **Ligia Pinto**[1,2], **Patricia Hartge**[1], **Troy Kemp**[2], **Amanda Black**[1], **Mark E. Sherman**[3], **Louise A. Brinton**[1], **Ruth M. Pfeiffer**[1], **Meredith S. Shiels**[1], **Anil K. Chaturvedi**[1], **Allan Hildesheim**[1], and **Nicolas Wentzensen**[1]

[1]Division of Cancer Epidemiology and Genetics, National Cancer Institute, National Institutes of Health, Department of Health and Human Services, Bethesda, MD, USA

[2]HPV Immunology Laboratory, Frederick National Laboratory for Cancer Research, National Cancer Institute, National Institutes of Health, Department of Health and Human Services, Frederick, MD, USA

[3]Division of Cancer Prevention, National Cancer Institute, National Institutes of Health, Department of Health, and Human Services, Bethesda, MD, USA

## Abstract

**Objective**—Pro-inflammatory mechanisms may explain the increased ovarian cancer risk linked to more lifetime ovulations, endometriosis, and exposure to talc and asbestos, as well as decreased risk with non-steroidal antiinflammatory drugs. Limited data are available to estimate ovarian cancer risk associated with levels of circulating inflammatory markers.

**Methods**—We conducted a nested case-control study within the Prostate, Lung, Colorectal and Ovarian Cancer Screening Trial. Pre-diagnostic serum levels of 46 inflammation-related biomarkers (11 with *a priori* hypotheses; 35 agnostic) were measured in 149 incident ovarian cancer cases and 149 matched controls. Odds ratios (ORs) and 95% confidence intervals (CIs) were calculated using conditional logistic regression and adjusted for identified covariates.

**Results**—Increased ovarian cancer risk was associated with elevated levels of C-reactive protein (CRP) [tertile (T)3 vs. T1: OR (95% CI) 2.04 (1.06-3.93), p-trend=0.03], interleukin (IL)-1α [detectable vs. undetectable: 2.23 (1.14-4.34)] and tumor necrosis factor alpha (TNF-α) [T3 vs. T1: 2.21 (1.06-4.63), p-trend=0.04] Elevated IL-8 was non-significantly associated with risk [T3 vs. T1: 1.86 (0.96-3.61), p-trend=0.05] In analyses restricted to serous ovarian cancer (n=83), the associations with CRP and IL-8 remained or strengthened [CRP T3 vs. T1: 3.96 (1.14-11.14), p-trend=0.008; IL-8 T3 vs. T1: 3.05 (1.09-8.51), p-trend=0.03]. Elevated levels of CRP and TNF-α

Corresponding author: Britton Trabert, 9609 Medical Center Drive, Room 7E-228, Bethesda, MD 20892-9774, Phone: 240-276-7331, Fax: 240-276-7838, britton.trabert@nih.gov.

Conflicts of interest: The authors declare that they have no competing interests.

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

remained positively associated with ovarian cancer risk in analysis restricted to specimens collected at least 5 years before diagnosis (n=56).

**Conclusion**—These results suggest that CRP, IL-1α, IL-8, and TNF-α are associated with increased risk of subsequently developing ovarian cancer.

## Introduction

Epidemiologic evidence implicates chronic inflammation as a central mechanism in the pathogenesis of ovarian cancer, the most lethal gynecologic cancer among women in the United States.[1] Chronic inflammation can induce rapid cell division, increasing the possibility for replication error, ineffective DNA repair and subsequent mutation. Ovarian cancer has been linked to several events and conditions which are related to inflammation and repair, including incessant ovulation, endometriosis, exposure to talc and asbestos, and in some studies pelvic inflammatory disease.[Reviewed in [2]] In addition, reduced risks found for aspirin use [3] could be related to direct anti-inflammatory actions, while reduced risks related to tubal ligation and hysterectomy could reflect limited exposure to environmental causes of inflammation.[2] Understanding the role of inflammation in ovarian cancer etiology is complicated by growing recognition that there are least two main types of these tumors, which differ clinically and biologically.[4] Increasing evidence suggests that some high-grade serous carcinomas, the most common and lethal subtype, arise from the fimbria of the fallopian tube rather than the ovarian surface epithelium.[4]

Recent clinical and prospective data suggest that C-reactive protein (CRP), a marker of global inflammation, is associated with increased ovarian cancer risk.[5-8] Pre-diagnostic CRP levels have been associated with ovarian cancer risk in all four studies[5-8] evaluating the association; with one study showing an association only among women with "clinically high" CRP levels (>10 mg/L vs. <1 mg/L).[6]

Other inflammatory markers may be important in ovarian carcinogenesis. In premenopausal women ovarian epithelial cells secrete cytokines as part of ovarian function and some of these cytokines are also produced by ovarian cancer cells.[9-11] Follicle rupture during ovulation involves tissue remodeling with high cell turnover that is characteristic of inflammatory reactions. Many inflammatory mediators, including prostaglandins, leukotrienes, and cytokines, are locally elevated during ovulation.[12] Epithelial cells in proximity to ovulating follicles are likely exposed to these inflammatory mediators that may signal oxidative stress, and enhance the risk of mutagenesis. In addition, data from animal and limited human studies supports the hypothesis that ovulation may trigger cellular events that result in carcinogenesis.[13, 14] Importantly, cytokines involved in ovarian function, follicle rupture, and repair (physiologic processes before menopause) are suggested to remain activated in postmenopausal women and may play an etiologic role in ovarian carcinogenesis; these cytokines include: interleukin (IL)-1α, IL-1β, IL-2, IL-6, IL-8, IL-10, tumor necrosis factor alpha (TNF-α), interferon gamma (IFN-γ), granulocyte colony-stimulating factor (G-CSF), and granulocyte macrophage colony-stimulating factor (GMCSF).[11]

To gain a better understanding of the etiologic role of inflammation markers in ovarian cancer development, we conducted a nested case-control study within the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial. We used multiplexed inflammatory maker panels to measure 46 inflammation-related markers, including several inflammation markers with existing evidence of associations with ovarian function or ovarian cancer risk.

## Materials and Methods

### Study Design

We conducted a nested case-control study within the screening arm of the PLCO Cancer Screening Trial. Details of the screening trial have been reported previously.[15] Briefly, between 1993 and 2001, approximately 155,000 subjects (78,216 women) 55-74 years of age were recruited from ten cities from the general population and randomized to the screening or non-screening arm of the study. Screening-arm subjects provided blood samples at baseline and five subsequent annual medical examinations. Samples were processed and frozen within two hours of collection, and stored at -70 degrees Celsius.[16] In addition to trial cancer outcomes (prostate, lung, colorectal and ovarian cancers) detected by annual screening examinations during the first six years of follow-up, individuals were followed for all cancer diagnoses by annual mailed questionnaires. All cancer diagnoses were pathologically confirmed through medical record abstraction. Institutional review boards of the U.S. National Cancer Institute and the ten study centers approved the trial, and all participants provided written informed consent. The nested case-control study was also approved by the institutional review board of the National Cancer Institute.

We identified 150 first-primary ovarian cancer cases diagnosed between two and fourteen years after blood collection from among the eligible screening-arm participants followed through December 31, 2008. Eligibility criteria included the availability of an unthawed serum sample, consent to biochemical studies, completion of the baseline questionnaire, and no history of cancer (other than non-melanoma skin cancer) prior to ovarian cancer diagnosis. Serum specimens from a single visit were measured for each study subject. To ensure a relatively equal distribution of specimens between 2 and 14 years prior to diagnosis, 11.4% of samples selected were measured at baseline and the remaining at follow-up visits (18.1% year 1, 26.2% year 2, 12.8% year 4, and 31.5% year 5). Controls were individually matched to cases on the basis of age at blood collection (55-59, 60-64, 65-69, 70+ years), race (white, black, other), study center, and time (a.m., p.m.) and date (three-month categories) of blood collection. Controls were restricted to women with no history of oophorectomy at the time of diagnosis of their matched case. We were unable to identify a suitable matched control for one case, therefore our final analytic sample consisted of 149 cases and 149 matched controls.

### Laboratory Methods

We measured circulating levels of 60 immune and inflammation markers, including cytokines, chemokines, growth factors, and soluble products of immune activation (Supplemental Table 1). Assays for these markers have demonstrated satisfactory performance and reproducibility [17] and include assessment of 11 markers linked with

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

either ovulation or ovarian cancer risk. Fifty-nine of the 60 markers were measured on four Luminex bead-based commercial assay panels (Millipore Inc., Billerica, MA). The remaining marker, CRP, was measured with a Luminex bead-based assay from Millipore (Billerica, MA) and tested according to the manufacturer's protocol. Batched assays were performed in a single laboratory (LP). Concentrations of the 60 multiplexed markers were calculated using a four- or five-parameter logistic curve using Bioplex Manager 6.1 software (BioRad, Hercules, CA). Cases and matched controls were included in the same analytic batch. Samples were assayed in duplicate and averaged to calculate concentrations. To evaluate assay performance we included a replicate sample from a quality control (QC) pool in each batch. Percent detected above the lower limit of detection (LLOD), coefficients of variation (CVs), and intraclass correlation coefficients (ICCs) for the QC samples of all measured inflammation markers are summarized in Supplemental Table 1. We excluded from further study 14 markers with <20% of values above the LLOD. Although IL-1α had only 18.4% of values above the LLOD we included this marker in analyses because it was one of eleven markers with *a priori* hypothesis regarding a potential ovarian cancer association and it was close to the 20% threshold. After these exclusions, 46 markers were included in the statistical analysis.

## Statistical Analysis

Odds ratios (ORs) and 95% confidence intervals (CIs) for the association between the serum inflammation markers and ovarian cancer risk were calculated using conditional logistic regression models. All models were adjusted for *a priori* potential confounding factors parity (nulliparous, parous), duration of oral contraceptive use (never, 1-5 years, 6+ years), duration of menopausal hormone therapy use (never, 1-5 years, 6+ years), cigarette smoking status (never, former, current) and body mass index (BMI; <25, 25-29.9, 30+ $kg/m^2$). Further adjustment by aspirin or ibuprofen use, or family history of breast or ovarian cancer, did not substantially change the observed effect estimates, therefore we did not include these covariates in the model. Marker levels were categorized into groups based on the proportion of individuals with measurements above the LLOD as follows: markers with 66% of individuals with measurements above LLOD or greater (n=26) were categorized into tertiles based on the distribution among controls, individuals with values at or below LLOD were included in the lowest tertile; markers with fewer than 66% of individuals with measurements above LLOD were categorized into two groups (detectable vs. non-detectable (≤ LLOD)). To compute tests for trend across tertile categories, intracategory medians were modeled as a continuous parameter. Q-values which reflect the false discovery rate (FDR) were calculated to account for multiple comparisons.

In secondary analyses, we evaluated associations stratified by serous/non-serous histologic subtype as well as time between blood collection and diagnosis (2-<5 years and 5-14 years). Given the modest correlation between the markers, we further evaluated those markers that were associated with ovarian cancer risk in a mutuallyadjusted model. For the analysis of CRP, we conducted a sensitivity analysis excluding individuals who reported current use of menopausal hormone therapy at blood draw, as a high CRP level in women taking hormone therapy may be due to a first pass effect.[18] We also conducted a sensitivity analysis excluding individuals with known inflammatory conditions: cardiovascular disease,

rheumatoid arthritis, and diabetes (n=146). We further examined associations modeling the cross-classification of the inflammatory marker and its modulator (e.g. TNF-α and its receptor TNF-α-R1). Finally, given that cancer antigen (CA)-125 is currently the best predictor of ovarian cancer we evaluated the correlation between CA-125 and the inflammatory marker level from the same study year. Correlation coefficients for the markers evaluated were non-significant and less than 0.15 (results not shown). Further, only 5 subjects were classified as CA-125 positive at the corresponding study year of blood draw, therefore further model adjustment for CA-125 was uninformative.

## Results

The distribution of selected demographic and health characteristics of the cases and controls are summarized in Table 1. Participants were on average 63 years old at enrollment and were predominately white (92.6%). The median length of follow-up from blood collection to case diagnosis was 4.2 years (interquartile range (IQR): 2.8-6.7 years). The median length of follow-up from blood collection until the end of follow-up for controls was 9.9 years (IQR: 8.0-12.9).

Of the eleven markers with an *a priori* hypothesis regarding a potential ovarian cancer association (CRP, IL-1α, IL-1β, IL-2, IL-6, IL-8, IL-10, TNF-α, IFN-γ, G-CSF, and GM-CSF), four were positively associated with ovarian cancer risk in the current study (Table 2): CRP [tertile (T)3 vs. T1: OR (95% CI) 2.04 (1.06-3.93), p-trend=0.03], IL-1α [detectable vs. undetectable: 2.23 (1.14-4.34)], TNF-α [T2 vs. T1: 1.89 (1.01-3.53), T3 vs. T1: 2.21 (1.06-4.63), p-trend=0.04] and IL-8 [T3 vs. T1: OR 95% CI 1.86 (0.96-3.61), p-trend=0.05] The association with IL-1α is based on 34 exposed cases only and should be interpreted with caution. In analyses restricted to serous ovarian tumors (n=83), the associations with CRP, IL-1α, and IL-8 remained [CRP T3 vs. T1: OR (95% CI) 3.96 (1.14-11.14), p-trend=0.008; IL-1α detectable vs. non-detectable: OR (95% CI) 2.70 (1.10-6.36); IL-8 T3 vs. T1: OR (95% CI) 3.05 (1.09-8.51), p-trend=0.03] (Table 3). The association for serous tumors with TNF-α was no longer statistically significant [T3 vs. T1: OR 95% CI 2.06 (0.71-6.00), p-trend=0.19]; however TNF-α was associated with an increased risk in analyses restricted to non-serous ovarian tumors (n=76) [T2 vs. T1: 4.92 (1.52-15.90), T3 vs. T1: 4.36 (1.11-17.05), p-trend=0.05]. After correction for multiple comparisons, CRP was significantly associated with serous ovarian cancer at FDR less than 0.10. The q-values for the associations between CRP, IL-1α, TNF-α, IL-8 and ovarian cancer risk were 0.13. The q-values for the remaining associations in Tables 2 and 3 were all greater than 0.13.

Of the remaining 35 markers with weak or no prior evidence of an association (Supplemental Tables 2 and 3), three were positively associated with ovarian cancer risk. Among the markers with 66% of individuals with measurements above the LLOD (Supplemental Table 2), interferon gamma-induced protein 10 (IP-10) and macrophage inflammatory protein-1beta (MIP-1β) were associated with increased ovarian cancer risk comparing the second tertile to the first tertile; however, the trend across tertiles and the association comparing the third tertile to the first tertile were not statistically significant. Among markers with fewer than 66% of individuals with measurements above the LLOD (Supplemental Table 3), fibroblast growth factor 2 (FGF-2) was associated with increased

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

risk [detectable vs. ≤ LLOD FGF-2: OR (95% CI) 2.21 (1.15-4.25)]; however, this result should be interpreted with caution, given it is based on 28 exposed cases. The remaining markers evaluated were not associated with increased or decreased ovarian cancer risk (Supplemental Tables 2 and 3, and Figure 1). The q-values for all markers evaluated in Supplemental Tables 2 and 3 were all > 0.10.

In analyses restricted to cases with specimens collected at least five years prior to diagnosis (n=56), CRP and TNF-α levels remained positively associated with ovarian cancer risk [CRP T3 vs. T1: OR (95% CI) 4.51 (1.08-18.82), p-trend=0.03; TNF-α T3 vs. T1: OR (95% CI) 5.55 (1.19-25.83), p-trend=0.04] (results not tabled), while the trend across tertiles for IL-8 was no longer statistically significant [T3 vs. T1: OR (95% CI) 1.70 (0.55-5.27), p-trend=0.34] (results not tabled). Increased risk of ovarian cancer with IP-10 and FGF-2 remained in analyses restricted to specimens collected at least five years prior to diagnosis (results not shown).

In mutually adjusted models there was an independent association between CRP and ovarian cancer risk in the analysis of all cases (Table 4). In analyses restricted to serous tumors the increased risk with elevated serum levels of IL-8 and CRP remained in the mutually adjusted model, whereas in the analysis of specimens collected at least five years prior to cancer diagnosis both CRP and TNF-α were independently associated with increased risk. In contrast, in analyses restricted to specimens collected less than 5 years prior to diagnosis, ORs from the mutually adjusted model were not significantly elevated for CRP, IL-8 or TNF-α. Further, the increased risk of ovarian cancer with elevated CRP was not attenuated in an analysis restricted to women who did not report menopausal hormone use at the time of blood draw [OR T3 vs. T1= 2.21] (results not tabled). Results were not substantially attenuated after excluding cases and controls with cardiovascular disease, rheumatoid arthritis, and diabetes (results not shown). Finally, there were no statistically significant associations based on analyses modeling the cross-classification of the inflammatory marker and its modulator (results not shown).

## Discussion

We identified several circulating inflammation markers that were associated with risk of developing ovarian cancer between 2 and 14 years later. Specifically we observed associations between elevated CRP, IL-1α, IL-8, and TNF-α and risk of epithelial ovarian cancer in a nested case-control study in the PLCO Cancer Screening Trial. For CRP and TNF-α, we found the same effects for serum samples collected 5 or more years prior to diagnosis, supporting that reverse causation does not explain the effect.

Data from animal and limited human studies support the hypothesis that ovulation may trigger cellular events that result in carcinogenesis. Hyperovulatory hens have markedly increased likelihood of developing ovarian adenocarcinomas, as do rats with hyper-proliferating ovarian epithelial cells [13, 14]. It is plausible that cytokines play a role in the development of pre-neoplastic cells in the epithelium that, under continuous cytokine stimulation, progress to cancer cells, suggesting that elevated levels of these cytokines may confer increased ovarian cancer risk [9-11]. Further, it has been shown that ovarian

epithelial cells secrete cytokines and that these same factors are also produced by ovarian cancer cells further supporting that the recruitment of normally secreted cytokines into dysregulated autocrine loops may be important in neoplastic progression.[9, 10]

Our results further support the association between pre-diagnostic CRP levels and ovarian cancer observed in four previous studies.[5-8] CRP is a marker of global inflammation that has been associated with other cancers. It is not clear whether CRP directly influences ovarian carcinogenesis or is an indirect marker of inflammatory exposures to the ovary. One study suggested that high levels of CRP in ovarian cancer patients was correlated with an impaired T-cell response [19] and several small studies generally observed that circulating or peritoneal CRP levels were higher during post-ovulatory phases of the menstrual cycle, [20-24] indicating that CRP may be involved in the local wound healing process following ovulation. CRP remained the dominant risk factor as the associations for IL-8 and TNF-α were attenuated after mutual adjustment for CRP.

Our study is the first to show an association between elevated circulating IL-1α and ovarian cancer risk; however, given that only 18.4% of values were above the LLOD for this marker, these results should be interpreted with caution. IL-1α is produced following nuclear factor kappa-light-chain-enhancer of activated B cells (NF-κB) activation,[25] and signaling of IL-1α through its receptor results in downstream activation of NF-κB,[26] which leads to transcription of a number of genes whose products promote inflammation. [27] This pathway appears to play a crucial role in the process that links inflammation to cancer.[28, 29] Specifically, activation of NF-κB through inhibitor of κB kinase epsilon (IKKε) was shown to be associated with more aggressive behavior in ovarian cancer cell lines [30] and has been associated with aberrant cellular activities in endometriosis, a known risk factor for ovarian cancer.[31]

No previous study has shown an association between elevated circulating IL-8 and ovarian cancer using prediagnostic samples, the higher risk in serum samples collected in the most recent 5 years before diagnosis is consistent with evidence implicating the IL-8 pathway in later steps of carcinogenesis, including tumor progression and metastasis.[32] IL-8 has been shown to be elevated in ovarian cyst fluid, ascites, serum and tumor tissue from ovarian cancer patients and increased IL-8 expression correlates with poor prognosis and survival. [33-39]

TNF-α, like CRP, is a marker of various inflammation processes. TNF-α has been shown to play a role in later steps of carcinogenesis.[40, 41] For example, NF-κB activation by TNF-α is involved in neoplastic transformation, proliferation, and tumor survival.[42] In addition, in ovarian cancer cells, TNF-α enhances cell migration and metastasis through NF-κB-dependent induction of IL-8, C-X-C chemokine receptor type 4 (CXCR4), monocyte chemoattractant protein 1 (MCP-1), and intercellular adhesion molecule-1.[43] TNF-α was positively associated with ovarian cancer in case-control studies using serum samples collected at diagnosis.[19, 44] We report an increased risk of ovarian cancer with TNF-α measured in pre-diagnostic serum. Our finding is not consistent with the null association reported by Clendenen et al.,[45] however, the elevated, albeit not statistically significant,

OR for TNF-α-receptor 2 observed in our study was consistent with the increased ORs reported by Poole et al.[7]

Inconsistent results in the existing studies may reflect limited case numbers in cohort studies that collected prediagnostic specimens. Further, the use of different inflammation marker assays may have led to differing results across the studies. The multiplex assays utilized in the current study are comparable to those used by Clenenden et al.,[45] however, the assay performance was noticably different. For most of the inflammatory markers measured in the two studies, the percent of markers below LLOD was higher in the current study. Specifically, the low percent detection limited the ability to evaluate some markers[46] that were associated with ovarian cancer (i.e. IL-6 and IL-12p40) in the study by Clenenden et al.[45] The assay performance in the current study was very similar to the systematic evaluation of multiplex inflammation marker panels published earlier by our group.[17]

The strengths of our study include the prospective design, comprehensive evaluation of inflammation-related markers measured using a validated technology, and careful control for confounding. We also note several limitations. Although we were able to include all ovarian cancer cases from the PLCO screening arm, the study was limited in power, which affected our ability to investigate associations with ovarian cancer subtypes other than serous tumors. Further, given the limited sample size, associations for all markers tested were imprecise. With respect to the inflammation hypothesis, however, the evidence is compelling for serous ovarian tumors, and many of the inflammation marker-ovarian cancer associations strengthened in these analyses. While our observations support the association of pre-diagnostic circulating markers of inflammation with ovarian cancer, they require replication given the large number of markers evaluated. Only the association with CRP and serous ovarian cancer was identified with an FDR less than 0.10. The associations between CRP, IL-1α, IL-8, TNF-α and ovarian cancer had FDR q-values of 0.13, while the remaining markers evaluated were not associated with ovarian cancer risk after correction for multiple comparisons.Further, we measured markers at only one time point; however, data suggests that most of the markers are moderately stable over time, with ICCs of 0.54-0.67 for CRP over four years,[49, 50] and an ICC of 0.87 for TNF-α over three blood draws within two years.[51] In the only study published to date, the ICC for IL-8 was less stable (0.33 over two years).[51] It is important to note that several markers of inflammation, namely CRP and TNF-α, have also been associated with other tumors.[46-48] Presumably, these markers represent a common pathway of different inflammatory processes at different cancer sites. Future studies need to increase the focus on the tumor-specific inflammatory mechanisms that underlie the reported associations of systemic inflammation markers here and in other studies. Lastly we note that the circulating inflammation markers measured in the current study may not reflect levels in local sites of inflammation relevant to ovarian carcinogenesis, which may include the fallopian tube, ovary or endometriotic lesions. Studies investigating the correlation between serum inflammation marker levels and different tissue types, using animal or human clinical specimens, could provide important insight into this question. As mentioned, additional research is needed to confirm these findings and better understand the role that inflammation may play in the etiology of ovarian cancer. If confirmed, further evaluation of these markers in risk prediction models is warranted.

In conclusion, our prospective investigation of 46 inflammation-related markers provides evidence that serum levels of CRP and TNF-α are associated with increased future risk of ovarian cancer, 5 or more years following blood collection. We also observed ovarian cancer associations for several novel markers that warrant further investigation. Increased inflammation may be etiologically important in ovarian carcinogenesis arguing for additional research to confirm and extend these findings.

## Supplementary Material

Refer to Web version on PubMed Central for supplementary material.

## Acknowledgments

Financial Support: This research was supported by the Intramural Research Program of the Division of Cancer Epidemiology and Genetics and by contracts from the Division of Cancer Prevention, National Cancer Institute, National Institutes of Health, Department of Health and Human Services.

## References

1. Centers for Disease Control and Prevention. Ovarian Cancer Statistics. 2010

2. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst. 1999; 91:1459–67. [PubMed: 10469746]

3. Trabert B, Ness RB, Lo-Ciganic WH, Murphy MA, Goode EL, Poole EM, et al. Aspirin, nonaspirin nonsteroidal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium. J Natl Cancer Inst. 2014; 106:djt431. [PubMed: 24503200]

4. Kurman RJ, Shih I. Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm. Hum Pathol. 2011; 42:918–31. [PubMed: 21683865]

5. McSorley MA, Alberg AJ, Allen DS, Allen NE, Brinton LA, Dorgan JF, et al. C-reactive protein concentrations and subsequent ovarian cancer risk. Obstet Gynecol. 2007; 109:933–41. [PubMed: 17400857]

6. Lundin E, Dossus L, Clendenen T, Krogh V, Grankvist K, Wulff M, et al. C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy). Cancer Causes Control. 2009; 20:1151–9. [PubMed: 19301134]

7. Poole EM, Lee IM, Ridker PM, Buring JE, Hankinson SE, Tworoger SS. A Prospective Study of Circulating C-Reactive Protein, Interleukin-6, and Tumor Necrosis Factor alpha Receptor 2 Levels and Risk of Ovarian Cancer. Am J Epidemiol. 2013; 178:1256–64. [PubMed: 23966559]

8. Toriola AT, Grankvist K, Agborsangaya CB, Lukanova A, Lehtinen M, Surcel HM. Changes in prediagnostic serum C-reactive protein concentrations and ovarian cancer risk: a longitudinal study. Ann Oncol. 2011; 22:1916–21. [PubMed: 21292643]

9. Auersperg N, Edelson MI, Mok SC, Johnson SW, Hamilton TC. The biology of ovarian cancer. Semin Oncol. 1998; 25:281–304. [PubMed: 9633841]

10. Ziltener HJ, Maines-Bandiera S, Schrader JW, Auersperg N. Secretion of bioactive interleukin-1, interleukin-6, and colony-stimulating factors by human ovarian surface epithelium. Biol Reprod. 1993; 49:635–41. [PubMed: 7691194]

11. Norman RJ, Brannstrom M. Cytokines in the ovary: pathophysiology and potential for pharmacological intervention. Pharmacol Ther. 1996; 69:219–36. [PubMed: 8783372]

12. Espey LL. Current status of the hypothesis that mammalian ovulation is comparable to an inflammatory reaction. Biol Reprod. 1994; 50:233–8. [PubMed: 8142541]

13. Wilson JE. Adenocarcinomata in hens kept in a constant environment. Poultry Sci. 1958; 37:1253.

14. Godwin AK, Testa JR, Handel LM, Liu Z, Vanderveer LA, Tracey PA, et al. Spontaneous transformation of rat ovarian surface epithelial cells: association with cytogenetic changes and

Trabert et al.                                                                                                    Page 10

implications of repeated ovulation in the etiology of ovarian cancer. J Natl Cancer Inst. 1992; 84:592–601. [PubMed: 1556770]

15. Prorok PC, Andriole GL, Bresalier RS, Buys SS, Chia D, Crawford ED, et al. Design of the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial. Control Clin Trials. 2000; 21:273S–309S. [PubMed: 11189684]

16. Hayes RB, Sigurdson A, Moore L, Peters U, Huang WY, Pinsky P, et al. Methods for etiologic and early marker investigations in the PLCO trial. Mutat Res. 2005; 592:147–54. [PubMed: 16054167]

17. Chaturvedi AK, Kemp TJ, Pfeiffer RM, Biancotto A, Williams M, Munuo S, et al. Evaluation of multiplexed cytokine and inflammation marker measurements: a methodologic study. Cancer Epidemiol Biomarkers Prev. 2011; 20:1902–11. [PubMed: 21715603]

18. Vongpatanasin W, Tuncel M, Wang Z, Arbique D, Mehrad B, Jialal I. Differential effects of oral versus transdermal estrogen replacement therapy on C-reactive protein in postmenopausal women. J Am Coll Cardiol. 2003; 41:1358–63. [PubMed: 12706932]

19. Maccio A, Lai P, Santona MC, Pagliara L, Melis GB, Mantovani G. High serum levels of soluble IL- 2 receptor, cytokines, and C reactive protein correlate with impairment of T cell response in patients with advanced epithelial ovarian cancer. Gynecol Oncol. 1998; 69:248–52. [PubMed: 9648596]

20. Blum CA, Muller B, Huber P, Kraenzlin M, Schindler C, De GC, et al. Low-grade inflammation and estimates of insulin resistance during the menstrual cycle in lean and overweight women. J Clin Endocrinol Metab. 2005; 90:3230–5. [PubMed: 15797950]

21. Capobianco G, de MP, Cherchi GM, Formato M, Lepedda AJ, Cigliano A, et al. Plasma levels of C- reactive protein, leptin and glycosaminoglycans during spontaneous menstrual cycle: differences between ovulatory and anovulatory cycles. Arch Gynecol Obstet. 2010; 282:207–13. [PubMed: 20306065]

22. Puder JJ, Blum CA, Mueller B, De GC, Dye L, Keller U. Menstrual cycle symptoms are associated with changes in low-grade inflammation. Eur J Clin Invest. 2006; 36:58–64. [PubMed: 16403011]

23. Wander K, Brindle E, O'Connor KA. C-reactive protein across the menstrual cycle. Am J Phys Anthropol. 2008; 136:138–46. [PubMed: 18257023]

24. Bouckaert PX, Evers JL, Doesburg WH, Schellekens LA, Brombacher PH, Rolland R. Patterns of changes in proteins in the peritoneal fluid of women during the periovulatory phase of the menstrual cycle. J Reprod Fertil. 1986; 77:329–36. [PubMed: 2426448]

25. Mori N, Prager D. Transactivation of the interleukin-1alpha promoter by human T-cell leukemia virus type I and type II Tax proteins. Blood. 1996; 87:3410–7. [PubMed: 8605359]

26. Bhat-Nakshatri P, Newton TR, Goulet R Jr, Nakshatri H. NF-kappaB activation and interleukin 6 production in fibroblasts by estrogen receptor-negative breast cancer cell-derived interleukin 1alpha. Proc Natl Acad Sci U S A. 1998; 95:6971–6. [PubMed: 9618523]

27. White KL, Rider DN, Kalli KR, Knutson KL, Jarvik GP, Goode EL. Genomics of the NF-kappaB signaling pathway: hypothesized role in ovarian cancer. Cancer Causes Control. 2011; 22:785–801. [PubMed: 21359843]

28. Greten FR, Arkan MC, Bollrath J, Hsu LC, Goode J, Miething C, et al. NF-kappaB is a negative regulator of IL-1beta secretion as revealed by genetic and pharmacological inhibition of IKKbeta. Cell. 2007; 130:918–31. [PubMed: 17803913]

29. Charbonneau B, Block MS, Bamlet WR, Vierkant RA, Kalli KR, Fogarty Z, et al. Risk of Ovarian Cancer and the NF-kappaB Pathway: Genetic association with IL1A and TNFSF10. Cancer Res. 2013

30. Hsu S, Kim M, Hernandez L, Grajales V, Noonan A, Anver M, et al. IKK-epsilon coordinates invasion and metastasis of ovarian cancer. Cancer Res. 2012; 72:5494–504. [PubMed: 22942254]

31. Gonzalez-Ramos R, Defrere S, Devoto L. Nuclear factor-kappaB: a main regulator of inflammation and cell survival in endometriosis pathophysiology. Fertil Steril. 2012; 98:520–8. [PubMed: 22771029]

32. Yuan A, Chen JJ, Yao PL, Yang PC. The role of interleukin-8 in cancer cells and microenvironment interaction. Front Biosci. 2005; 10:853–65. [PubMed: 15569594]

33. Wang Y, Xu RC, Zhang XL, Niu XL, Qu Y, Li LZ, et al. Interleukin-8 secretion by ovarian cancer cells increases anchorage-independent growth, proliferation, angiogenic potential, adhesion and invasion. Cytokine. 2012; 59:145–55. [PubMed: 22579115]

34. Ivarsson K, Ekerydh A, Fyhr IM, Janson PO, Brannstrom M. Upregulation of interleukin-8 and polarized epithelial expression of interleukin-8 receptor A in ovarian carcinomas. Acta Obstet Gynecol Scand. 2000; 79:777–84. [PubMed: 10993102]

35. Penson RT, Kronish K, Duan Z, Feller AJ, Stark P, Cook SE, et al. Cytokines IL-1beta, IL-2, IL-6, IL-8, MCP-1, GM-CSF and TNFalpha in patients with epithelial ovarian cancer and their relationship to treatment with paclitaxel. Int J Gynecol Cancer. 2000; 10:33–41. [PubMed: 11240649]

36. Fasciani A, D'Ambrogio G, Bocci G, Luisi S, Artini PG, Genazzani AR. Vascular endothelial growth factor and interleukin-8 in ovarian cystic pathology. Fertil Steril. 2001; 75:1218–21. [PubMed: 11384653]

37. Kassim SK, El-Salahy EM, Fayed ST, Helal SA, Helal T, Azzam E, et al. Vascular endothelial growth factor and interleukin-8 are associated with poor prognosis in epithelial ovarian cancer patients. Clin Biochem. 2004; 37:363–9. [PubMed: 15087251]

38. Lokshin AE, Winans M, Landsittel D, Marrangoni AM, Velikokhatnaya L, Modugno F, et al. Circulating IL-8 and anti-IL-8 autoantibody in patients with ovarian cancer. Gynecol Oncol. 2006; 102:244–51. [PubMed: 16434085]

39. Nowak M, Glowacka E, Szpakowski M, Szyllo K, Malinowski A, Kulig A, et al. Proinflammatory and immunosuppressive serum, ascites and cyst fluid cytokines in patients with early and advanced ovarian cancer and benign ovarian tumors. Neuro Endocrinol Lett. 2010; 31:375–83. [PubMed: 20588232]

40. Balkwill F. Tumour necrosis factor and cancer. Nat Rev Cancer. 2009; 9:361–71. [PubMed: 19343034]

41. Wu Y, Zhou BP. TNF-alpha/NF-kappaB/Snail pathway in cancer cell migration and invasion. Br J Cancer. 2010; 102:639–44. [PubMed: 20087353]

42. Hsu TC, Nair R, Tulsian P, Camalier CE, Hegamyer GA, Young MR, et al. Transformation nonresponsive cells owe their resistance to lack of p65/nuclear factor-kappaB activation. Cancer Res. 2001; 61:4160–8. [PubMed: 11358840]

43. Kulbe H, Thompson R, Wilson JL, Robinson S, Hagemann T, Fatah R, et al. The inflammatory cytokine tumor necrosis factor-alpha generates an autocrine tumor-promoting network in epithelial ovarian cancer cells. Cancer Res. 2007; 67:585–92. [PubMed: 17234767]

44. Moradi MM, Carson LF, Weinberg B, Haney AF, Twiggs LB, Ramakrishnan S. Serum and ascitic fluid levels of interleukin-1, interleukin-6, and tumor necrosis factor-alpha in patients with ovarian epithelial cancer. Cancer. 1993; 72:2433–40. [PubMed: 8402460]

45. Clendenen TV, Lundin E, Zeleniuch-Jacquotte A, Koenig KL, Berrino F, Lukanova A, et al. Circulating inflammation markers and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2011; 20:799–810. [PubMed: 21467242]

46. Shiels MS, Pfeiffer RM, Hildesheim A, Engels EA, Kemp TJ, Park JH, et al. Circulating inflammation markers and prospective risk for lung cancer. J Natl Cancer Inst. 2013; 105:1871–80. [PubMed: 24249745]

47. Il'yasova D, Colbert LH, Harris TB, Newman AB, Bauer DC, Satterfield S, et al. Circulating levels of inflammatory markers and cancer risk in the health aging and body composition cohort. Cancer Epidemiol Biomarkers Prev. 2005; 14:2413–8. [PubMed: 16214925]

48. Purdue MP, Lan Q, Bagni R, Hocking WG, Baris D, Reding DJ, et al. Prediagnostic serum levels of cytokines and other immune markers and risk of non-hodgkin lymphoma. Cancer Res. 2011; 71:4898–907. [PubMed: 21632552]

49. Glynn RJ, MacFadyen JG, Ridker PM. Tracking of high-sensitivity C-reactive protein after an initially elevated concentration: the JUPITER Study. Clin Chem. 2009; 55:305–12. [PubMed: 19095726]

50. Pischon T, Hankinson SE, Hotamisligil GS, Rifai N, Rimm EB. Leisure-time physical activity and reduced plasma levels of obesity-related inflammatory markers. Obes Res. 2003; 11:1055–64. [PubMed: 12972675]

51. Epstein MM, Breen EC, Magpantay L, Detels R, Lepone L, Penugonda S, et al. Temporal stability of serum concentrations of cytokines and soluble receptors measured across two years in low-risk HIVseronegative men. Cancer Epidemiol Biomarkers Prev. 2013; 22:2009–15. [PubMed: 23983237]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Research Highlights**

- We evaluated 46 pre-diagnostic inflammation-related biomarkers and ovarian cancer.

- CRP, TNF-α, and IL-8 are associated with increased risk of subsequently developing ovarian cancer.

- Increased risks with CRP and TNF-α are apparent 5 or more years prior to diagnosis.

- Our study provides additional evidence that inflammation plays an important role in ovarian carcinogenesis.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**Figure 1.**

Association between 46 inflammation markers and ovarian cancer risk using A) all ovarian cancer cases and B) serous ovarian cancer cases, nested case-control study in the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial. The symbol represents the odds ratio (OR) and the error bars represent the corresponding 95% confidence intervals. Filled markers indicate that the OR calculation was based on the comparison of individuals with marker measurements in Tertile 3 versus Tertile 1, unfilled markers indicate that the OR association is based on the comparison of individuals with marker measurements above

Trabert et al.

the lower limit of detection (LLOD) versus values at or below LLOD. Square symbols indicate the 11 markers with *a priori* hypothesis regarding an association with ovarian cancer risk and circle symbols indicate the remaining 35 markers with weak or no prior evidence for an association.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Table 1**

Demographic and health characteristics of cases and controls, nested case-control study in the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial.

| | Cases (n=149) | | Controls (n=149) | |
|---|---|---|---|---|
| | Mean | SD | Mean | SD |
| Age at baseline | 63.2 | 5.5 | 63.0 | 5.3 |
| Race | n[1] | % | n[1] | % |
| Non-Hispanic White | 138 | 92.6 | 138 | 92.6 |
| Non-Hispanic Black | 5 | 3.4 | 5 | 3.4 |
| Hispanic | 3 | 2.0 | 3 | 2.0 |
| Asian | 3 | 2.0 | 3 | 2.0 |
| Highest education level attained | | | | |
| High school or less | 39 | 26.2 | 47 | 31.5 |
| Some post high school training | 54 | 36.2 | 49 | 32.9 |
| College graduate | 56 | 37.6 | 53 | 35.6 |
| Body Mass Index (kg/m2) | | | | |
| < 25 | 65 | 43.6 | 64 | 43.0 |
| 25-29.9 | 54 | 36.2 | 53 | 35.6 |
| ≥ 30 | 28 | 18.8 | 32 | 21.5 |
| Cigarette smoking status | | | | |
| Never | 80 | 53.7 | 95 | 63.8 |
| Current | 12 | 8.1 | 15 | 10.1 |
| Former | 57 | 38.3 | 39 | 26.2 |
| Parity | | | | |
| Nulliparous | 10 | 6.7 | 5 | 3.4 |
| Parous | 139 | 93.3 | 144 | 96.6 |
| Duration of oral contraceptive use | | | | |
| Never | 80 | 53.7 | 73 | 49.0 |
| 1-5 years | 46 | 30.9 | 48 | 32.2 |
| 6+ years | 23 | 15.4 | 28 | 18.8 |
| Duration of menopausal hormone therapy use[2] | | | | |
| Never | 39 | 26.2 | 59 | 39.6 |
| 1-5 years | 48 | 32.2 | 47 | 31.5 |
| 6+ years | 62 | 41.6 | 43 | 28.9 |

[1] Values may not sum to total because of missing data.

[2] Frequency of duration of menopausal hormone therapy use was differed between cases and controls p-value<,0.05.

**Table 2**

Associations of *a priori* selected pre-diagnostic circulating inflammation markers and ovarian cancer risk, nested case-control study in the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial.

| | Cases (n=149) | | Controls (n=149) | | | |
|---|---|---|---|---|---|---|
| | n | % | n | % | OR[1] | (95% CI) |
| C-reactive protein (CRP) (ng/L) <3.23 | 39 | 26.2 | 49 | 32.9 | 1.00 | (ref) |
| 3.23-9.76 | 47 | 31.5 | 50 | 33.6 | 1.29 | (0.68-2.41) |
| >9.76 | 63 | 42.3 | 50 | 33.6 | 2.04 | (1.06-3.93) |
| p-trend | | | | | 0.03 | |
| Interleukin (IL)-1α (ng/L)[2] ≤ LLOD (3.2) | 115 | 77.2 | 128 | 85.9 | 1.00 | (ref) |
| Detectable | 34 | 22.8 | 21 | 14.1 | 2.23 | (1.14-4.34) |
| IL-1β (ng/L) ≤ LLOD (0.64) | 110 | 73.8 | 111 | 74.5 | 1.00 | (ref) |
| Detectable | 39 | 26.2 | 38 | 25.5 | 1.06 | (0.58-1.94) |
| IL-2 (ng/L) ≤ LLOD (0.64) | 112 | 75.2 | 119 | 79.9 | 1.00 | (ref) |
| Detectable | 37 | 24.8 | 30 | 20.1 | 1.50 | (0.79-2.84) |
| IL-6 (ng/L) ≤ LLOD (0.64) | 100 | 67.1 | 108 | 72.5 | 1.00 | (ref) |
| Detectable | 49 | 32.9 | 41 | 27.5 | 1.41 | (0.81-2.46) |
| IL-8 (ng/L) <1.87 | 41 | 27.5 | 49 | 32.9 | 1.00 | (ref) |
| 1.87-3.79 | 43 | 28.9 | 50 | 33.6 | 1.17 | (0.60-2.27) |
| >3.79 | 65 | 43.6 | 50 | 33.6 | 1.86 | (0.96-3.61) |
| p-trend | | | | | 0.05 | |
| IL-10 (ng/L) ≤ LLOD (0.64) | 104 | 69.8 | 111 | 74.5 | 1.00 | (ref) |
| Detectable | 45 | 30.2 | 38 | 25.5 | 1.39 | (0.77-2.50) |
| Interferon gamma (IFN-γ) (ng/L) ≤ LLOD (3.2) | 116 | 77.9 | 119 | 79.9 | 1.00 | (ref) |
| Detectable | 33 | 22.2 | 30 | 20.1 | 1.68 | (0.87-3.27) |
| Granulocyte colonystimulating factor (G-CSF) (ng/L) ≤ LLOD (16.0) | 82 | 55.0 | 86 | 57.7 | 1.00 | (ref) |
| Detectable | 67 | 45.0 | 63 | 42.3 | 1.20 | (0.72-2.01) |
| Granulocyte colony- stimulating factor (GM-CSF) (ng/L) ≤ LLOD (13.2) | 86 | 57.7 | 91 | 61.1 | 1.00 | (ref) |
| Detectable | 63 | 42.3 | 58 | 38.9 | 1.25 | (0.74-2.11) |
| Tumor necrosis factor alpha (TNF-α) (ng/L) <4.05 | 36 | 24.2 | 49 | 32.9 | 1.00 | (ref) |

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

| | Cases (n=149) | | Controls (n=149) | | OR[1] | (95% CI) |
|---|---|---|---|---|---|---|
| | n | % | n | % | | |
| 4.05-5.48 | 59 | 39.6 | 50 | 33.6 | 1.89 | (1.01-3.53) |
| > 5.48 | 54 | 36.2 | 50 | 33.6 | 2.21 | (1.06-4.63) |
| p-trend | | | | | 0.04 | |

[1] Conditional logistic regression models adjusted for body mass index, cigarette smoking status, parity, duration of oral contraceptive use, and duration of menopausal hormone therapy use.

[2] Less than 20% of marker values were above lower limit of detection, results should be interpreted with caution.

Trabert et al. Page 19

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Table 3**

Associations of *a priori* selected pre-diagnostic circulating inflammation markers and ovarian cancer risk by serous and non-serous histology, nested case-control study in the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial.

| | Serous Cases N=83 | Controls N=88 | OR[1] | 95% CI | Non-Serous Cases N=66 | Controls N=76 | OR[2] | 95% CI |
|---|---|---|---|---|---|---|---|---|
| CRP (mg/L) < 3.23 | 20   24.1 | 31   35.2 | 1.00 | (ref) | 19   28.8 | 26   34.2 | 1.00 | (ref) |
| 3.23-9.76 | 26   31.3 | 31   35.2 | 1.68 | (0.60-4.74) | 21   31.8 | 23   30.3 | 1.76 | (0.67-4.60) |
| > 9.76 | 37   44.6 | 26   29.6 | 3.96 | (1.41-11.14) | 26   39.4 | 27   35.5 | 2.13 | (0.75-6.05) |
| *p-trend* | | | 0.008 | | | | 0.22 | |
| IL-1α (ng/L)[3] ≤ LLOD (3.2) | 61   73.5 | 75   85.2 | 1.00 | (ref) | 54   81.8 | 65   85.5 | 1.00 | (ref) |
| Detectable | 22   26.5 | 13   14.8 | 2.70 | (1.10-6.63) | 12   18.2 | 11   14.5 | 2.12 | (0.66-6.88) |
| IL-1β (ng/L) ≤ LLOD (0.64) | 58   69.9 | 64   72.7 | 1.00 | (ref) | 52   78.8 | 60   79.0 | 1.00 | (ref) |
| Detectable | 25   30.1 | 24   27.3 | 1.28 | (0.52-3.18) | 14   21.2 | 16   21.1 | 1.34 | (0.54-3.36) |
| IL-2 (ng/L) ≤ LLOD (0.64) | 59   71.1 | 68   77.3 | 1.00 | (ref) | 53   80.3 | 64   84.2 | 1.00 | (ref) |
| Detectable | 24   28.9 | 20   22.7 | 1.99 | (0.80-4.99) | 13   19.7 | 12   15.8 | 1.73 | (0.62-4.76) |
| IL-6 (ng/L) ≤ LLOD (0.64) | 54   65.1 | 64   72.7 | 1.00 | (ref) | 46   69.7 | 57   75.0 | 1.00 | (ref) |
| Detectable | 29   34.9 | 24   27.3 | 1.72 | (0.76-3.91) | 20   30.3 | 19   25.0 | 1.67 | (0.68-4.07) |
| IL-8 (ng/L) ≤ 1.87 | 22   26.5 | 33   37.5 | 1.00 | (ref) | 19   28.8 | 23   30.3 | 1.00 | (ref) |
| 1.87-3.79 | 23   27.7 | 26   29.6 | 1.61 | (0.57-4.52) | 20   30.3 | 30   39.5 | 0.68 | (0.26-1.78) |
| > 3.79 | 38   45.8 | 29   33.0 | 3.05 | (1.09-8.51) | 27   40.9 | 23   30.3 | 1.45 | (0.47-4.54) |
| *p-trend* | | | 0.03 | | | | 0.33 | |
| IL-10 (ng/L) ≤ LLOD (0.64) | 56   67.5 | 65   73.9 | 1.00 | (ref) | 48   72.7 | 58   76.3 | 1.00 | (ref) |
| Detectable | 27   32.5 | 23   26.1 | 2.12 | (0.84-5.36) | 18   27.3 | 18   23.7 | 1.57 | (0.64-3.87) |
| IFN-γ (ng/L) ≤ LLOD (3.2) | 67   80.7 | 69   78.4 | 1.00 | (ref) | 49   74.2 | 64   84.2 | 1.00 | (ref) |
| Detectable | 16   19.3 | 19   21.6 | 1.07 | (0.46-2.48) | 17   25.8 | 12   15.8 | 4.42 | (1.21-16.11) |
| G-CSF (ng/L) ≤ LLOD (16.0) | 50   60.2 | 53   60.2 | 1.00 | (ref) | 32   48.5 | 44   57.9 | 1.00 | (ref) |
| Detectable | 33   39.8 | 35   39.8 | 1.44 | (0.67-3.10) | 34   51.5 | 32   42.1 | 1.23 | (0.57-2.63) |
| GM-CSF (ng/L) ≤ LLOD (13.2) | 52   62.7 | 54   61.4 | 1.00 | (ref) | 34   51.5 | 45   59.2 | 1.00 | (ref) |
| Detectable | 31   37.4 | 34   38.6 | 1.33 | (0.62-2.82) | 32   48.5 | 31   40.8 | 1.44 | (0.63-3.26) |
| TNF-α (ng/L) < 4.05 | 24   28.9 | 28   31.8 | 1.00 | (ref) | 12   18.2 | 26   34.2 | 1.00 | (ref) |
| 4.05-5.48 | 26   31.3 | 30   34.1 | 1.13 | (0.49-2.59) | 33   50.0 | 25   32.9 | 4.92 | (1.52-15.90) |

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

| | Serous Cases N=83 | | Controls N=88 | | OR[1] | 95% CI | Non-Serous Cases N=66 | | Controls N=76 | | OR[2] | 95% CI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| >5.48 | 33 | 39.8 | 30 | 34.1 | 2.06 | (0.71-6.00) | 21 | 31.8 | 25 | 32.9 | 4.36 | (1.11-17.05) |
| p-trend | | | | | 0.19 | | | | | | 0.047 | |

[1] Conditional logistic regression models adjusted for body mass index, cigarette smoking status, parity, duration of oral contraceptive use, and duration of menopausal hormone therapy use.

[2] Some matched sets include more than 1 case-control pair; therefore, in conditional logistic regression analyses restricted to specific tumor subtypes cases could have more than one matched control.

[3] Less than 20% of marker values were above lower limit of detection, results should be interpreted with caution.

Trabert et al.

NIH-PA Author Manuscript          NIH-PA Author Manuscript          NIH-PA Author Manuscript

## Table 4

Mutually adjusted models of the association of CRP, IL-8 and TNF-α and ovarian cancer risk, nested case-control study in the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial.

| | All Cases (n=149) | | Serous Cases (n=83) | | Non-Serous cases (n=66) | | Analyses of cases with specimens collected 2 to <5 years prior to diagnosis (n=93) | | Analyses of cases specimens collected 5+ years prior to diagnosis (n=56) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | OR[1] | (95% CI) | OR[1] | (95% CI) | OR[1] | (95% CI) | OR[1] | (95% CI) | OR[1] | (95% CI) |
| CRP (mg/L) <3.23 | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) |
| 3.23-9.76 | 1.38 | (0.71-2.65) | 1.63 | (0.56-4.75) | 2.90 | (0.86-9.84) | 1.41 | (0.63-3.17) | 1.53 | (0.41-5.74) |
| > 9.76 | 2.06 | (1.03-4.14) | 4.26 | (1.44-12.59) | 2.39 | (0.69-8.30) | 2.15 | (0.89-5.19) | 6.04 | (1.04-34.99) |
| p-trend | 0.046 | | 0.007 | | 0.32 | | 0.10 | | 0.041 | |
| IL-8 (ng/L) <1.87 | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) |
| 1.87-3.79 | 1.08 | (0.54-2.16) | 1.94 | (0.64-5.83) | 0.38 | (0.12-1.16) | 1.13 | (0.46-2.78) | 1.05 | (0.28-4.00) |
| > 3.80 | 1.78 | (0.88-3.60) | 3.66 | (1.22-11.03) | 0.93 | (0.24-3.52) | 2.26 | (0.87-5.85) | 1.52 | (0.40-5.83) |
| p-trend | 0.07 | | 0.022 | | 0.76 | | 0.07 | | 0.47 | |
| TNF-α (ng/L) <4.05 | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) | 1.00 | (ref) |
| 4.05-5.48 | 1.72 | (0.89-3.34) | 0.88 | (0.34-2.25) | 6.99 | (1.82-26.88) | 1.09 | (0.48-2.49) | 6.24 | (1.43-27.32) |
| > 5.49 | 1.64 | (0.75-3.59) | 1.22 | (0.37-4.06) | 4.42 | (0.95-20.58) | 1.05 | (0.37-2.97) | 5.74 | (1.10-30.07) |
| p-trend | 0.24 | | 0.75 | | 0.10 | | 0.92 | | 0.049 | |

[1] Conditional logistic regression models adjusted for CRP, IL-8, TNF-α, body mass index, cigarette smoking status, duration of oral contraceptive use, and duration of menopausal hormone therapy use.

# Exhibit 111

http://www.medscape.com/viewarticle/875054_print

www.medscape.com

American Journal of
Epidemiology
Impact Factor 5.285

# Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors

## A Pooled Analysis of 13 Case-Control Studies

Christina B. Rasmussen; Susanne K. Kjaer; Vanna Albieri; Elisa V. Bandera; Jennifer A. Doherty; Estrid Hogdall; Penelope M. Webb; Susan J. Jordan; Mary Anne Rossing; Kristine G. Wicklund; Marc T. Goodman; Francesmary Modugno; Kirsten B. Moysich; Roberta B. Ness; Robert P. Edwards; Joellen M. Schildkraut; Andrew Berchuck; Sara H. Olson; Lambertus A. Kiemeney; Leon F. A. G. Massuger; Steven A. Narod; Catherine M. Phelan; Hoda Anton-Culver; Argyrios Ziogas; Anna H. Wu; Celeste L. Pearce; Harvey A. Risch; Allan Jensen |

Am J Epidemiol. 2017;185(1):8-20.

## Abstract and Introduction

### Abstract

Inflammation has been implicated in ovarian carcinogenesis. However, studies investigating the association between pelvic inflammatory disease (PID) and ovarian cancer risk are few and inconsistent. We investigated the association between PID and the risk of epithelial ovarian cancer according to tumor behavior and histotype. We pooled data from 13 case-control studies, conducted between 1989 and 2009, from the Ovarian Cancer Association Consortium (OCAC), including 9,162 women with ovarian cancers, 2,354 women with borderline tumors, and 14,736 control participants. Study-specific odds ratios were estimated and subsequently combined into a pooled odds ratio using a random-effects model. A history of PID was associated with an increased risk of borderline tumors (pooled odds ratio (pOR) = 1.32, 95% confidence interval (CI): 1.10, 1.58). Women with at least 2 episodes of PID had a 2-fold increased risk of borderline tumors (pOR = 2.14, 95% CI: 1.08, 4.24). No association was observed between PID and ovarian cancer risk overall (pOR = 0.99, 95% CI: 0.83, 1.19); however, a statistically nonsignificantly increased risk of low-grade serous tumors (pOR = 1.48, 95% CI: 0.92, 2.38) was noted. In conclusion, PID was associated with an increased risk of borderline ovarian tumors, particularly among women who had had multiple episodes of PID. Although our results indicated a histotype-specific association with PID, the association of PID with ovarian cancer risk is still somewhat uncertain and requires further investigation.

### Introduction

Ovarian cancer is the fifth most common cancer among women in developed countries, and it is the most fatal gynecological malignancy.[1] The etiology of ovarian cancer is still not fully clarified, although a number of risk factors have been identified. A reduced risk of ovarian cancer has been observed with increased parity,[2] use of oral contraceptives,[2] hysterectomy,[3] and tubal ligation,[3] whereas family history of ovarian or breast cancer,[2] use of hormone replacement therapy,[2] exposure to talc,[4] and a history of endometriosis[5] have been associated with increased risks.

The 2 dominant hypotheses to explain the development of ovarian cancer relate increased risk to a large number of lifetime ovulatory cycles (the incessant ovulation theory)[6] or exposure to high levels of gonadotropins (the gonadotropin theory).[7] However, inflammation has also been suggested as a potential biological mechanism that may underlie a number of epidemiologic associations not easily explained by either theory,[8,9] including talc exposure, endometriosis, tubal ligation, and hysterectomy. Furthermore, a link between pelvic inflammatory disease (PID) and the risk of ovarian cancer has been suggested, and this potential association may also be explained by the inflammation theory. PID is defined as an upper genital-tract infection and includes diagnoses of endometritis, salpingitis, pelvic peritonitis, and tubo-ovarian abscess caused by microorganisms ascending from the lower genital tract.[10] Approximately 800,000 women are treated for PID annually in the United States,[11] and it is estimated that 6%–20% of all women in the Western world are diagnosed with PID during their lifetimes.[12–14]

Epidemiologic studies investigating the association between PID and the risk of ovarian cancer and borderline ovarian tumors have been inconsistent, revealing increased risks in some studies[15–19] but not in all.[20–23] Moreover, most previous studies have had methodological problems, including limited statistical power due to small numbers of study subjects and/or a short latency period. Also, ovarian cancer is a heterogeneous disease consisting of different histotypes with different risk factor profiles.[24] However, few investigators have studied the role of PID separately for borderline tumors[15,18] or for the separate histotypes of ovarian cancer.[18,20]

To examine the association of PID with the risk of ovarian cancer, an international collaborative study was performed, using data from 13 case-control studies participating in the

Ovarian Cancer Association Consortium (OCAC). To our knowledge, this was the largest study of PID and ovarian cancer risk to date, thereby enabling a more robust estimation of risks among subgroups according to tumor behavior and histotype than has previously been possible.

## Methods

### Participating Studies

OCAC was founded in 2005 as an international forum of investigators conducting ovarian cancer case-control studies. The main aims of the collaboration are to discover associations between genetic polymorphisms and ovarian cancer risk and to identify and confirm epidemiologic risk factors for ovarian cancer.[25]

For the present study, we obtained individual-level data from 13 case-control studies: 12 studies in OCAC[20,26-37] and a parallel study not originally included in OCAC (Southern Ontario Ovarian Cancer Study (SON)).[38] Eight studies were conducted in the United States (Connecticut Ovary Study (CON), Diseases of the Ovary and Their Evaluation (DOV), Hawaii Ovarian Cancer Study (HAW), Hormones and Ovarian Cancer Prediction (HOP), North Carolina Ovarian Cancer Study (NCO), New Jersey Ovarian Cancer Study (NJO), University of California Irvine Ovarian Cancer Study (UCI), and Los Angeles County Case-Control Studies of Ovarian Cancer (USC)),[26,27,31-36] 2 in Canada (Familial Ovarian Tumor Study (TOR) and SON),[37,38] 2 in Europe (Danish Malignant Ovarian Tumor Study (MAL) and Nijmegen Polygene Study and Nijmegen Biomedical Study (NTH)),[28-30] and 1 in Australia (Australian Ovarian Cancer Study and Australian Cancer Study (Ovarian Cancer) (AUS)).[20]

Characteristics of the 13 included studies are presented in . Data were cleaned and checked for internal consistency, and clarifications were obtained from the initial investigators if needed. Women with nonepithelial ovarian tumors (n = 186) and with missing information on PID status (n = 278) were excluded, leaving 9,162 women with invasive ovarian cancer (hereafter denoted "ovarian cancer"), 2,354 women with borderline ovarian tumors, and 14,736 control participants for analysis. Eleven studies included both women with ovarian cancer and women with borderline ovarian tumors, whereas 2 studies included only women with ovarian cancer (NTH and NJO). Each study had approval from the relevant institutional review board or ethics committee, and all participants gave informed consent.

**Table 1. Characteristics of 13 Ovarian Cancer Case-Control Studies From the Ovarian Cancer Association Consortium, Conducted in Australia, Europe, and North America Between 1989 and 2009**

| First Author, Year (Reference No.) | Study Name and Acronym | Study Period | Study Type | Method of Data Collection | Age Range, years | Matching Variable | Mean Interval From Ovarian Cancer to Interview, months | Response Rate, % Cases | Response Rate, % Controls | Wording of Question Concerning PID Status | No. and % of Controls Who Had Had PID No. | No. and % of Controls Who Had Had PID % | Missing PID Data % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Australia* | | | | | | | | | | | | | |
| Merritt, 2008 (20) | Australian Ovarian Cancer Study/Australian Cancer Study (Ovarian Cancer) (AUS) | 2002–2005 | Population-based | Self-administered questionnaire | 18–80 | Age (5-year categories) | 5.3 | 84 | 47 | Have you ever had pelvic inflammatory disease (e.g., chlamydia)? Have you ever had infection of the tubes or womb? | 84 | 5.6 | 3.5 |
| *Europe* | | | | | | | | | | | | | |

| Study (author, year) | Study name | Years | Design | Method | Age range | Matching/categories | | | | Question | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Glud, 2004 (28) | Danish Malignant Ovarian Tumor Study (MAL) | 1995–1999 | Population-based | In-person interview | 31–81 | Age (5-year categories) | 3.6 | 81 | 68 | Have you ever been told by a doctor that you had pelvic inflammatory disease, that is an infection in your uterus or tubes?[a] | 416 | 26.6 | 0.7 |
| van Altena, 2012 (29)Wetzels, 2007 (30) | Nijmegen Polygene Study and Nijmegen Biomedical Study (NTH) | 1989–2008 | Population-based | Self-administered questionnaire | 23–83 | No matching | 85.3 | 63 | 42 | Could you tell whether you have ever had inflammation of the tubes or ovaries? | 13 | 2.2 | 0.0 |
| *North America* | | | | | | | | | | | | | |
| Risch, 2006 (34) | Connecticut Ovarian Cancer Study (CON) | 1998–2003 | Population-based | In-person interview | 34–81 | Age (3 age groups: 35–49 years, 50–64 years, and 65–79 years) | 9.6 | 69 | 61 | Could you tell me whether you have ever had an internal pelvic infection, sometimes called PID or pelvic inflammatory disease? We are not including bladder or vaginal infections in this. | 23 | 4.2 | 0.2 |
| Bodelon, 2012 (27) | Diseases of the Ovary and Their Evaluation (DOV) | 2002–2009 | Population-based | In-person interview | 35–74 | Age (5-year categories) | 9.3 | 74 | 62 | Before reference date, did a doctor or other health professional ever tell you that you had | 65 | 3.5 | 0.3 |

http://www.medscape.com/viewarticle/875054_print

pelvic inflammatory disease or PID?[a]

| Author, year | Study | Years | Design | Method | Age range | Matching | % | % | % | Question | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Goodman, 2008 (31) | Hawaii Ovarian Cancer Study (HAW) | 1993–2008 | Population-based | In-person interview | 18–93 | Age (5-year categories), race/ethnicity | 10.9 | 78 | 80 | Have you ever had PID or pelvic inflammatory disease? That is, have you ever had an infection in your tubes? | 27 | 2.5 | 0.0 |
| Lo-Ciganic, 2012 (32) | Hormones and Ovarian Cancer Prediction (HOP) | 2003–2009 | Population-based | In-person interview | 25–94 | Age (5-year categories) | 4.3 | 71 | 68 | Before reference date, did a doctor or other health professional ever tell you that you had pelvic inflammatory disease (PID) or pelvic infection not related to surgery?[a] | 22 | 1.2 | 0.0 |
| Schildkraut, 2010 (35) | North Carolina Ovarian Cancer Study (NCO) | 1999–2008 | Population-based | In-person interview | 20–75 | Age (5-year categories), race/ethnicity | 6.2 | 67 | 60 | Before you were diagnosed with ovarian cancer, had a doctor ever told you that you had pelvic inflammatory disease (or other pelvic infection)?[a] | 37 | 3.4 | 0.3 |
| Bandera, | New Jersey | 2002–2008 | Population-based | In-person | 23–88 | No matching | 11.4 | 47 | 40 | Before | 2 | 0.4 | 0.9 |

2/15/2017 12:53 PM

http://www.medscape.com/viewarticle/875054_print

| Author, year | Study name | Years | Design | Interview | Age range | Adjustment | | | | Question | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 (26) | Ovarian Cancer Study (NJO) | | | interview | | | | | | reference date, were you ever told by a health professional that you had PID or pelvic inflammatory disease?a | | | |
| Risch, 1994 (38) | Southern Ontario Ovarian Cancer Study (SON) | 1989–1992 | Population-based | In-person interview | 25–80 | Age (3 age groups: 35–49 years, 50–64 years, and 65–79 years) | 4.8 | 71 | 65 | Could you tell me whether you have ever had an internal pelvic infection? (PID or pelvic inflammatory disease—not including your bladder or vagina) | 114 | 20.2 | 1.2 |
| Zhang, 2011 (37) | Familial Ovarian Tumor Study (TOR) | 1995–2003 | Population-based b | In-person interview | 21–94 | Age (5-year categories) | 21.4 | 50 | 80 | Could you tell me whether you have ever had an internal pelvic infection, sometimes called PID or pelvic inflammatory disease? We are not including bladder or vaginal infections in this. | 14 | 2.6 | 0.0 |
| Ziogas, 2000 (36) | University of California Irvine Ovarian Cancer Study (UCI) | 1993–2005 | Population-based | Self-administered questionnaire | 18–86 | Age (5-year categories), race/ethnicity | 31.6 | 65 | 80 | Have you ever been told by a physician that you have | 28 | 4.6 | 8.9 |

http://www.medscape.com/viewarticle/875054_print

Table 1. Characteristics of 13 Ovarian Cancer Case-Control Studies From the Ovarian Cancer Association Consortium, Conducted in Australia, Europe, and North America Between 1989 and 2009

| First Author, Year (Reference No.) | Study Name and Acronym | Study Period | Study Type | Method of Data Collection | Age Range, years | Matching Variable | Mean Interval From Ovarian Cancer to Interview, months | Response Rate, % | | Wording of Question Concerning PID Status | No. and % of Controls Who Had Had PID | | Missing PID Data |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | Cases | Controls | | No. | % | % |
| *Australia* | | | | | | | | | | | | | |
| Pike, 2004 (33) | Los Angeles County Case-Control Studies of Ovarian Cancer (USC) | 1992–2009 | Population-based | In-person interview | 19–86 | Age (5-year categories), race/ethnicity | 8.1 | 73 | 73 | Have you ever had PID or pelvic inflammatory disease?[a] Have you ever had PID or pelvic inflammatory disease? That is, have you ever had an infection in your tubes? Before [month/year], did a doctor ever tell you that you had PID or pelvic inflammatory disease?[b] | 99 | 3.8 | 0.2 |

Abbreviation: PID, pelvic inflammatory disease.

[a]Studies classified as having a requirement that the diagnosis of PID be verified by a physician.

[b]Population-based cases and non–population-based controls.

## PID Assessment

Information on PID was self-reported in all studies, through either in-person interviews (n = 10 studies) or self-administered questionnaires (n = 3 studies), includes the phrasing of the question regarding PID status used in each study. We aimed to obtain information on the following PID variables: PID status (ever/never had PID), age at first PID episode, time since first PID episode, and number of PID episodes. All studies except for HAW had information on age at first PID episode, and 5 studies (CON, DOV, NJO, SON, and TOR) had data on number of PID episodes.

2/15/2017 12:53 PM

| Study | Study name | Years | Design | Data collection | Age range | Age adjustment | | | | Question | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Merritt, 2008 (20) | Australian Ovarian Cancer Study/Australian Cancer Study (Ovarian Cancer) (AUS) | 2002–2005 | Population-based | Self-administered questionnaire | 18–80 | Age (5-year categories) | 5.3 | 84 | 47 | Have you ever had pelvic inflammatory disease (e.g., chlamydia)? Have you ever had infection of the tubes or womb? | 84 | 5.6 | 3.5 |
| *Europe* | | | | | | | | | | | | | |
| Glud, 2004 (28) | Danish Malignant Ovarian Tumor Study (MAL) | 1995–1999 | Population-based | In-person interview | 31–81 | Age (5-year categories) | 3.6 | 81 | 68 | Have you ever been told by a doctor that you had pelvic inflammatory disease, that is an infection in your uterus or tubes?[a] | 416 | 26.6 | 0.7 |
| van Altena, 2012 (29) Wetzels, 2007 (30) | Nijmegen Polygene Study and Nijmegen Biomedical Study (NTH) | 1989–2008 | Population-based | Self-administered questionnaire | 23–83 | No matching | 85.3 | 63 | 42 | Could you tell whether you have ever had inflammation of the tubes or ovaries? | 13 | 2.2 | 0.0 |
| *North America* | | | | | | | | | | | | | |
| Risch, 2006 (34) | Connecticut Ovarian Cancer Study (CON) | 1998–2003 | Population-based | In-person interview | 34–81 | Age (3 age groups: 35–49 years, 50–64 years, and 65–79 years) | 9.6 | 69 | 61 | Could you tell me whether you have ever had an internal pelvic infection, sometimes called PID or pelvic inflammatory disease? We are not including bladder or vaginal | 23 | 4.2 | 0.2 |

http://www.medscape.com/viewarticle/875054_print

| Study | Study name | Years | Design | Method | Age range | Matching | | | | Question | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bodelon, 2012 (27) | Diseases of the Ovary and Their Evaluation (DOV) | 2002–2009 | Population-based | In-person interview | 35–74 | Age (5-year categories) | 9.3 | 74 | 62 | Before reference date, did a doctor or other health professional ever tell you that you had pelvic inflammatory disease or PID?[a] | 65 | 3.5 | 0.3 |
| Goodman, 2008 (31) | Hawaii Ovarian Cancer Study (HAW) | 1993–2008 | Population-based | In-person interview | 18–93 | Age (5-year categories), race/ethnicity | 10.9 | 78 | 80 | Have you ever had PID or pelvic inflammatory disease? That is, have you ever had an infection in your tubes? | 27 | 2.5 | 0.0 |
| Lo-Ciganic, 2012 (32) | Hormones and Ovarian Cancer Prediction (HOP) | 2003–2009 | Population-based | In-person interview | 25–94 | Age (5-year categories) | 4.3 | 71 | 68 | Before reference date, did a doctor or other health professional ever tell you that you had pelvic inflammatory disease (PID) or pelvic infection not related to surgery?[a] | 22 | 1.2 | 0.0 |
| Schildkraut, 2010 (35) | North Carolina Ovarian Cancer Study (NCO) | 1999–2008 | Population-based | In-person interview | 20–75 | Age (5-year categories), race/ethnicity | 6.2 | 67 | 60 | Before you were diagnosed | 37 | 3.4 | 0.3 |

2/15/2017 12:53 PM

http://www.medscape.com/viewarticle/875054_print

| Study | Years | Design | Method | Age range | Age matching | % | n | | Question | n | % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bandera, 2011 (26) | New Jersey Ovarian Cancer Study (NJO) | 2002–2008 | Population-based | In-person interview | 23–88 | No matching | 11.4 | 47 | 40 | ...with ovarian cancer, had a doctor ever told you that you had pelvic inflammatory disease (or other pelvic infection)?[a]  Before reference date, were you ever told by a health professional that you had PID or pelvic inflammatory disease?[a] | 2 | 0.4 | 0.9 |
| Risch, 1994 (38) | Southern Ontario Ovarian Cancer Study (SON) | 1989–1992 | Population-based | In-person interview | 25–80 | Age (3 age groups: 35–49 years, 50–64 years, and 65–79 years) | 4.8 | 71 | 65 | Could you tell me whether you have ever had an internal pelvic infection? (PID or pelvic inflammatory disease—not including your bladder or vagina) | 114 | 20.2 | 1.2 |
| Zhang, 2011 (37) | Familial Ovarian Tumor Study (TOR) | 1995–2003 | Population-based[b] | In-person interview | 21–94 | Age (5-year categories) | 21.4 | 50 | 80 | Could you tell me whether you have ever had an internal pelvic infection, sometimes called PID or pelvic inflammatory disease? We | 14 | 2.6 | 0.0 |

http://www.medscape.com/viewarticle/875054_print

| Study | Cohort | Years | Design | Data collection | Age | Adjustment | | | | PID question | | | are not including bladder or vaginal infections in this. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ziogas, 2000 (36) | University of California Irvine Ovarian Cancer Study (UCI) | 1993–2005 | Population-based | Self-administered questionnaire | 18–86 | Age (5-year categories), race/ethnicity | 31.6 | 65 | 80 | Have you ever been told by a physician that you have pelvic inflammatory disease?[a] | 28 | 4.6 | 8.9 |
| Pike, 2004 (33) | Los Angeles County Case-Control Studies of Ovarian Cancer (USC) | 1992–2009 | Population-based | In-person interview | 19–86 | Age (5-year categories), race/ethnicity | 8.1 | 73 | 73 | Have you ever had PID or pelvic inflammatory disease? That is, have you ever had an infection in your tubes? Before [month/year], did a doctor ever tell you that you had PID or pelvic inflammatory disease?[b] | 99 | 3.8 | 0.2 |

Abbreviation: PID, pelvic inflammatory disease.

[a]Studies classified as having a requirement that the diagnosis of PID be verified by a physician.

[b]Population-based cases and non–population-based controls.

**Statistical Analysis**

Associations between the PID variables and ovarian cancer risk were estimated using a 2-stage method.[39] First, study-specific odds ratios were obtained from logistic regression models and were subsequently combined into a pooled odds ratio with 95% confidence intervals. The pooled estimate was computed by weighting each estimate by the inverse of the sum of its variance and the across-studies variance using a random-effects model.[40] Only studies for which the study-specific model converged contributed to the pooled estimate. We used the Cochran $Q$ and $I^2$ statistics to evaluate statistical heterogeneity between studies. If heterogeneity was present, we explored the potential sources of heterogeneity, including continent of study (North America vs. Europe vs. Australia) and method of data collection (in-person interview vs. self-administered questionnaire).

For analyses, age at first PID episode and time since first PID episode were modeled both as categorical and continuous variables. Each categorical variable was categorized into

http://www.medscape.com/viewarticle/875054_print

ordinal groups (age at first PID episode: <20, 20–29, or ≥30 years; time since first PID episode: <10, 10–19, or ≥20 years; number of PID episodes: 1 or ≥2), with women who had never had PID as the referent. Associations between the continuous variables (age at first PID episode and time since first PID episode) and ovarian cancer risk were assessed only among women who had ever been diagnosed with PID. In order to model these associations, we included PID status in the model as a categorical indicator variable together with the continuous PID variable, as suggested by Leffondré et al.[41]

All analyses adjusted for age, parity (nulliparous vs. parous as well as parity as a continuous variable), oral contraceptive use (ever/never use as well as duration of use as a continuous variable), and family history of ovarian or breast cancer in a first-degree relative (yes/no) irrespective of their effect on the association between PID and ovarian cancer risk, because these factors were considered to be potentially important confounders a priori. For studies that used matching (age, race/ethnicity), conditional logistic regression analysis was used to adjust for these variables. In unmatched studies, age was categorized into 5-year age groups and unconditional logistic regression analysis was used (). When modeling parity and oral contraceptive use, the categorical variable was included as an indicator variable together with the continuous variable.[41] Other potential confounders were considered but were not included in the final model, because none of them fulfilled an inclusion criterion of changing the log of the pooled estimate for ovarian cancer risk by 10% or more; these potential confounders were tubal ligation, hysterectomy, endometriosis, use of hormone replacement therapy, breastfeeding, age at menarche, menopausal status, body mass index, cigarette smoking, and educational level.

**Table 1. Characteristics of 13 Ovarian Cancer Case-Control Studies From the Ovarian Cancer Association Consortium, Conducted in Australia, Europe, and North America Between 1989 and 2009**

| First Author, Year (Reference No.) | Study Name and Acronym | Study Period | Study Type | Method of Data Collection | Age Range, years | Matching Variable | Mean Interval From Ovarian Cancer to Interview, months | Response Rate, % Cases | Response Rate, % Controls | Wording of Question Concerning PID Status | No. and % of Controls Who Had Had PID No. | No. and % of Controls Who Had Had PID % | Missing PID Data % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *Australia* | | | | | | |
| Merritt, 2008 (20) | Australian Ovarian Cancer Study/Australian Cancer Study (Ovarian Cancer) (AUS) | 2002–2005 | Population-based | Self-administered questionnaire | 18–80 | Age (5-year categories) | 5.3 | 84 | 47 | Have you ever had pelvic inflammatory disease (e.g., chlamydia)? Have you ever had infection of the tubes or womb? | 84 | 5.6 | 3.5 |
| | | | | | | | *Europe* | | | | | | |
| Glud, 2004 (28) | Danish Malignant Ovarian Tumor Study (MAL) | 1995–1999 | Population-based | In-person interview | 31–81 | Age (5-year categories) | 3.6 | 81 | 68 | Have you ever been told by a doctor that you had pelvic inflammatory disease, that is an infection | 416 | 26.6 | 0.7 |

http://www.medscape.com/viewarticle/875054_print

*North America*

| Author, year | Study | Years | Design | Method | Age range | Age/matching | | | | Question | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| van Altena, 2012 (29)Wetzels, 2007 (30) | Nijmegen Polygene Study and Nijmegen Biomedical Study (NTH) | 1989–2008 | Population-based | Self-administered questionnaire | 23–83 | No matching | 85.3 | 63 | 42 | in your uterus or tubes?ᵃ Could you tell whether you have ever had inflammation of the tubes or ovaries? | 13 | 2.2 | 0.0 |
| Risch, 2006 (34) | Connecticut Ovarian Cancer Study (CON) | 1998–2003 | Population-based | In-person interview | 34–81 | Age (3 age groups: 35–49 years, 50–64 years, and 65–79 years) | 9.6 | 69 | 61 | Could you tell me whether you have ever had an internal pelvic infection, sometimes called PID or pelvic inflammatory disease? We are not including bladder or vaginal infections in this. | 23 | 4.2 | 0.2 |
| Bodelon, 2012 (27) | Diseases of the Ovary and Their Evaluation (DOV) | 2002–2009 | Population-based | In-person interview | 35–74 | Age (5-year categories) | 9.3 | 74 | 62 | Before reference date, did a doctor or other health professional ever tell you that you had pelvic inflammatory disease or PID?ᵃ | 65 | 3.5 | 0.3 |
| Goodman, 2008 (31) | Hawaii Ovarian Cancer Study (HAW) | 1993–2008 | Population-based | In-person interview | 18–93 | Age (5-year categories), race/ethnicity | 10.9 | 78 | 80 | Have you ever had PID or pelvic | 27 | 2.5 | 0.0 |

http://www.medscape.com/viewarticle/875054_print

| Study | Name | Years | Design | Method | Age range | Matching | | | | Question | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | inflammatory disease? That is, have you ever had an infection in your tubes? | | | |
| Lo-Ciganic, 2012 (32) | Hormones and Ovarian Cancer Prediction (HOP) | 2003–2009 | Population-based | In-person interview | 25–94 | Age (5-year categories) | 4.3 | 71 | 68 | Before reference date, did a doctor or other health professional ever tell you that you had pelvic inflammatory disease (PID) or pelvic infection not related to surgery?[a] | 22 | 1.2 | 0.0 |
| Schildkraut, 2010 (35) | North Carolina Ovarian Cancer Study (NCO) | 1999–2008 | Population-based | In-person interview | 20–75 | Age (5-year categories), race/ethnicity | 6.2 | 67 | 60 | Before you were diagnosed with ovarian cancer, had a doctor ever told you that you had pelvic inflammatory disease (or other pelvic infection)?[a] | 37 | 3.4 | 0.3 |
| Bandera, 2011 (26) | New Jersey Ovarian Cancer Study (NJO) | 2002–2008 | Population-based | In-person interview | 23–88 | No matching | 11.4 | 47 | 40 | Before reference date, were you ever told by a health professional that you had PID or pelvic inflammatory | 2 | 0.4 | 0.9 |

http://www.medscape.com/viewarticle/875054_print

| Study | Years | Design | Method | Age range | Age adjustment | | | | Question | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Risch, 1994 (38) Southern Ontario Ovarian Cancer Study (SON) | 1989–1992 | Population-based | In-person interview | 25–80 | Age (3 age groups: 35–49 years, 50–64 years, and 65–79 years) | 4.8 | 71 | 65 | Could you tell me whether you have ever had an internal pelvic infection? (PID or pelvic inflammatory disease—not including your bladder or vagina) | 114 | 20.2 | 1.2 |
| Zhang, 2011 (37) Familial Ovarian Tumor Study (TOR) | 1995–2003 | Population-based[b] | In-person interview | 21–94 | Age (5-year categories) | 21.4 | 50 | 80 | Could you tell me whether you have ever had an internal pelvic infection, sometimes called PID or pelvic inflammatory disease? We are not including bladder or vaginal infections in this. | 14 | 2.6 | 0.0 |
| Ziogas, 2000 (36) University of California Irvine Ovarian Cancer Study (UCI) | 1993–2005 | Population-based | Self-administered questionnaire | 18–86 | Age (5-year categories), race/ethnicity | 31.6 | 65 | 80 | Have you ever been told by a physician that you have pelvic inflammatory disease?[a] | 28 | 4.6 | 8.9 |
| Pike, 2004 (33) Los Angeles County Case-Control Studies of | 1992–2009 | Population-based | In-person interview | 19–86 | Age (5-year categories), race/ethnicity | 8.1 | 73 | 73 | Have you ever had PID or pelvic inflammatory disease?[a] | 99 | 3.8 | 0.2 |

2/15/2017 12:53 PM

| | Ovarian Cancer (USC) | disease? That is, have you ever had an infection in your tubes? Before [month/year], did a doctor ever tell you that you had PID or pelvic inflammatory disease?b |
|---|---|---|

Abbreviation: PID, pelvic inflammatory disease.

aStudies classified as having a requirement that the diagnosis of PID be verified by a physician.

bPopulation-based cases and non–population-based controls.

We examined interactions between PID status and parity (nulliparous vs. parous), oral contraceptive use (ever use vs. never use), and family history of ovarian or breast cancer in first-degree relatives (yes vs. no). Family history of breast or ovarian cancer was used as a proxy for hereditary ovarian cancer, as we aimed at exploring whether PID was similarly associated with hereditary and sporadic ovarian cancer. Linearity for all quantitative variables was examined by comparison with models with restricted cubic splines, but no appreciable deviations from linearity were found. The significances of the interactions and nonlinear associations were estimated by likelihood ratio tests of the interactions/nonlinearities and then comparison of the distribution of the study-specific $P$ values with a uniform distribution by means of the Kolmogorov–Smirnov test.[42]

All analyses were performed separately for ovarian cancer and for borderline tumors, and subgroup analyses were conducted by histotype. Ovarian cancers were divided into categories of serous, mucinous, endometrioid, clear cell, and other (including mixed cell, undifferentiated, and tumors of unknown epithelial histology). Additionally, serous cancers were divided into low-grade (grade 1) and high-grade (grade 2 or higher) tumors, because these are considered to represent different histotypes.[43] However, 2 studies had no information on grade (SON and TOR) and were therefore not included in these analyses; they were included only in the analyses for serous cancer overall. Subgroup analyses for borderline ovarian tumors included serous and mucinous tumors, because other histotypes of borderline ovarian tumors are rare. All $P$ values were 2-sided, and the nominal level of statistical significance was set at $P < 0.05$. All statistical analyses were performed using the statistical software R, version 3.1.2 (R Foundation for Statistical Computing, Vienna, Austria), including the packages "survival," "meta," and "rms."

## Results

A history of PID was reported by 500 of the 9,162 women with ovarian cancers (5.5%), by 201 of the 2,354 women with borderline ovarian tumors (8.5%), and by 944 of the 14,736 control participants (6.4%). The proportion of control participants with PID varied across study sites, from 0.4% to 26.6%. In 11 of the studies, small proportions (less than 6%) of control participants reported PID, whereas in a Canadian study (SON) and in the Danish study (MAL), larger proportions of the control participants reported having had PID (20.2% and 26.6%, respectively). Median age at first PID episode was 28 years (interquartile range, 22–36 years) among women with ovarian cancer, 24 years (interquartile range, 20–30 years) among women with borderline ovarian tumors, and 25 years (interquartile range, 20–33 years) among control participants. Distributions of the various histotypes of ovarian tumors from the included studies are provided in (available at http://aje.oxfordjournals.org/).

Web Table 1. Number of Cases and Controls and Distribution of Histotypes by Study Site from the Ovarian Cancer Association Consortium (OCAC)

| Continent | Study acronym | Controls | Ovarian cancer | Borderline ovarian tumors |
|---|---|---|---|---|

| | | All | Serous (%)[a] | Mucinous (%)[a] | Endometrioid (%)[a] | Clear cell (%)[a] | Other (%)[a] | All | Serous (%)[b] | Mucinous (%)[b] |
|---|---|---|---|---|---|---|---|---|---|---|
| Australia | AUS | 1,486 | 1,109 | 681 (61.4) | 43 (3.9) | 128 (11.5) | 85 (7.7) | 172 (15.5) | 307 | 145 (47.2) | 148 (48.2) |
| Europe | MAL | 1,557 | 548 | 339 (61.9) | 50 (9.1) | 74 (13.5) | 43 (7.8) | 42 (7.7) | 200 | 104 (52.0) | 86 (43.0) |
| | NTH | 600 | 263 | 119 (45.2) | 34 (12.9) | 67 (25.5) | 21 (8.0) | 22 (8.4) | | | |
| North America | CON | 551 | 373 | 220 (59.0) | 19 (5.1) | 74 (19.8) | 35 (9.4) | 25 (6.7) | 108 | 69 (63.9) | 36 (33.3) |
| | DOV | 1,845 | 1,155 | 672 (58.2) | 33 (2.9) | 187 (16.2) | 88 (7.6) | 175 (15.2) | 416 | 234 (56.3) | 158 (38.0) |
| | HAW | 1,103 | 709 | 319 (45.0) | 71 (10.0) | 117 (16.5) | 82 (11.6) | 120 (16.9) | 186 | 88 (47.3) | 91 (48.9) |
| | HOP | 1,802 | 666 | 364 (54.7) | 34 (5.1) | 95 (14.3) | 52 (7.8) | 121 (18.2) | 97 | 58 (58.0) | 29 (29.9) |
| | NCO | 1,083 | 862 | 470 (54.5) | 43 (5.0) | 138 (16.0) | 87 (10.1) | 124 (14.4) | 224 | 155 (69.1) | 64 (28.6) |
| | NJO | 452 | 233 | 132 (56.7) | 12 (5.2) | 34 (14.6) | 32 (13.7) | 23 (9.9) | | | |
| | SON | 557 | 362 | 210 (58.0) | 39 (10.8) | 70 (19.3) | 29 (8.0) | 14 (3.9) | 83 | 42 (50.6) | 39 (47.0) |
| | TOR | 550 | 643 | 421 (65.5) | 58 (9.0) | 121 (18.8) | 32 (5.0) | 11 (1.7) | 106 | 34 (32.1) | 68 (64.2) |
| | UCI | 561 | 383 | 213 (55.6) | 26 (6.8) | 67 (17.5) | 35 (9.1) | 42 (11.0) | 194 | 120 (61.9) | 73 (37.6) |
| | USC | 2,589 | 1,856 | 1,162 (62.6) | 162 (8.7) | 238 (12.8) | 119 (6.4) | 175 (9.4) | 433 | 249 (57.5) | 178 (41.1) |
| **Total** | | 14,736 | 9,162 | 5,322 (58.1) | 624 (6.8) | 1,410 (15.4) | 740 (8.1) | 1,066 (11.6) | 2,354 | 1,298 (55.1) | 970 (41.2) |

[a]Proportion of all ovarian cancers
[b]Proportion of all borderline ovarian tumors

## Ovarian Cancer

In the pooled analysis, we found no association between a history of PID and the risk of ovarian cancer (odds ratio (OR) = 0.99, 95% confidence interval (CI): 0.83, 1.19) ( and Figure 1). Furthermore, we observed no convincing associations of the age at first PID episode, time since first PID episode, or number of PID episodes with the risk of ovarian cancer ().

**Web Table 2. Adjusted Pooled Odds Ratios and 95% Confidence Intervals for the Association Between Pelvic Inflammatory Disease and Ovarian Cancer in the Ovarian Cancer Association Consortium (OCAC)**

| PID status | Studies (n) | Controls (n) | Overall | | | Serous | | | Serous low-grade | | | Serous high-grade | | | Mucinous | | | Endometri | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] |
| Never PID | 13 | 13,792 | 8662 | 1.00 | Referent | 5,036 | 1.00 | Referent | 320 | 1.00 | Referent | 3,657 | 1.00 | Referent | 592 | 1.00 | Referent | 1,328 | 1.00 |
| Ever PID | | 944 | 500 | 0.99 | 0.83, 1.19 | 286 | 0.95 | 0.82, 1.11 | 44 | 1.48 | 0.92, 2.38 | 168 | 0.89 | 0.74, 1.08 | 32 | 0.84 | 0.56, 1.25 | 82 | 1.15 |

| | | | HR | 95% CI | | HR | 95% CI | | HR | 95% CI | | HR | 95% CI | | HR | 95% CI | | HR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Age at first PID (years)** [12] | | | | | | | | | | | | | | | | | | |
| Never PID | 12,716 | 7976 | 1.00 | Referent | 4,724 | 1.00 | Referent | 309 | 1.00 | Referent | 3,384 | 1.00 | Referent | 524 | 1.00 | Referent | 1,217 | 1.00 |
| <20 | 173 | 63 | 0.85[d] | 0.44, 1.64 | 37 | 1.05 | 0.65, 1.70 | 12 | 3.17 | 0.75, 13.38 | 21 | 0.92 | 0.55, 1.55 | 6 | 1.19 | 0.46, 3.12 | 11 | 1.49 |
| 20–29 | 359 | 161 | 0.84 | 0.68, 1.03 | 95 | 0.84 | 0.66, 1.08 | 15 | 0.98 | 0.54, 1.77 | 55 | 0.77 | 0.57, 1.05 | 15 | 1.32 | 0.74, 2.34 | 23 | 0.91 |
| ≥30 | 293 | 185 | 1.11 | 0.90, 1.36 | 102 | 1.02 | 0.79, 1.31 | 11 | 2.24[d] | 0.50, 10.00 | 53 | 1.06 | 0.77, 1.46 | 6 | 0.97 | 0.40, 2.34 | 34 | 1.53 |
| *P trend* | | | 0.08 | | | 0.13 | | | 0.82 | | | 0.10 | | | 0.87 | | | 0.27 |
| per 1 year[c] | | | 1.01 | 1.00, 1.03 | | 1.01 | 1.00, 1.03 | | 0.99 | 0.93, 1.06 | | 1.02 | 1.00, 1.04 | | 1.00 | 0.95, 1.05 | | 1.02 |
| **Time since first PID (years)** [12] | | | | | | | | | | | | | | | | | | |
| Never PID | 12,716 | 7976 | 1.00 | Referent | 4,724 | 1.00 | Referent | 309 | 1.00 | Referent | 3,384 | 1.00 | Referent | 524 | 1.00 | Referent | 1,217 | 1.00 |
| <10 | 86 | 57 | 1.30 | 0.89, 1.91 | 31 | 1.23 | 0.76, 1.97 | 3 | 2.81 | 0.58, 13.63 | 11 | 1.38 | 0.64, 2.98 | 3 | 1.18 | 0.32, 4.42 | 11 | 2.11 |
| 10–19 | 160 | 84 | 1.09 | 0.81, 1.48 | 42 | 1.01 | 0.69, 1.48 | 9 | 1.51 | 0.67, 3.43 | 19 | 1.00 | 0.58, 1.72 | 10 | 1.72 | 0.83, 3.56 | 18 | 1.75 |
| ≥20 | 579 | 268 | 0.92[d] | 0.72, 1.18 | 161 | 0.87 | 0.72, 1.06 | 26 | 1.46 | 0.80, 2.67 | 99 | 0.80 | 0.67, 0.95 | 14 | 0.78 | 0.43, 1.42 | 39 | 0.95 |
| *P trend* | | | 0.24 | | | 0.52 | | | 0.47 | | | 0.52 | | | 0.88 | | | 0.16 |
| per 5-year[c] | | | 0.97 | 0.92, 1.02 | | 0.98 | 0.91, 1.05 | | 1.06 | 0.91, 1.22 | | 0.97 | 0.89, 1.06 | | 1.02 | 0.83, 1.25 | | 0.92 |
| **Number of PID episodes** [5] | | | | | | | | | | | | | | | | | | |
| Never PID | 3,737 | 2626 | 1.00 | Referent | 1,575 | 1.00 | Referent | Referent | 1.00 | Referent | 828 | 1.00 | Referent | 151 | 1.00 | Referent | 458 | 1.00 |
| 1 | 143 | 85 | 0.85 | 0.56, 1.29 | 54 | 0.98 | 0.63, 1.53 | 19 | NA[e] | | 19 | 1.16 | 0.54, 2.52 | 5 | 0.75 | 0.25, 2.23 | 13 | 1.08 |

Abbreviations: CI, confidence interval; NA, not applicable; PID, pelvic inflammatory disease; pOR, pooled odds ratio

[a] Numbers may not add up due to missing values

[b] Adjusted for parity (ever/never and number of pregnancies), oral contraceptive use (ever/never and duration of use) and family history of ovarian or breast cancer (yes/no)

[c] Among women with a history of PID

[d] In the statistical analysis for this particular category, statistically significant heterogeneity across the included studies were observed as $P$ for heterogeneity was < 0.05

[e] Not applicable due to insufficient numbers

**Web Table 2. Adjusted Pooled Odds Ratios and 95% Confidence Intervals for the Association Between Pelvic Inflammatory Disease and Ovarian Cancer in the Ovarian Cancer Association Consortium (OCAC)**

| | Studies (n) | Controls (n) | Overall | | | Serous | | | Serous low-grade | | | Serous high-grade | | | Mucinous | | | Endometri | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] |
| **PID status** | 13 | | | | | | | | | | | | | | | | | | |
| Never PID | | 13,792 | 8662 | 1.00 | Referent | 5,036 | 1.00 | Referent | 320 | 1.00 | Referent | 3,657 | 1.00 | Referent | 592 | 1.00 | Referent | 1,328 | 1.00 |
| Ever PID | | 944 | 500 | 0.99 | 0.83, 1.19 | 286 | 0.95 | 0.82, 1.11 | 44 | 1.48 | 0.92, 2.38 | 168 | 0.89 | 0.74, 1.08 | 32 | 0.84 | 0.56, 1.25 | 82 | 1.15 |
| **Age at first PID (years)** | 12 | | | | | | | | | | | | | | | | | | |
| Never PID | | 12,716 | 7976 | 1.00 | Referent | 4,724 | 1.00 | Referent | 309 | 1.00 | Referent | 3,384 | 1.00 | Referent | 524 | 1.00 | Referent | 1,217 | 1.00 |
| <20 | | 173 | 63 | 0.85[d] | 0.44, 1.64 | 37 | 1.05 | 0.65, 1.70 | 12 | 3.17 | 0.75, 13.38 | 21 | 0.92 | 0.55, 1.55 | 6 | 1.19 | 0.46, 3.12 | 11 | 1.49 |
| 20–29 | | 359 | 161 | 0.84 | 0.68, 1.03 | 95 | 0.84 | 0.66, 1.08 | 15 | 0.98 | 0.54, 1.77 | 55 | 0.77 | 0.57, 1.05 | 15 | 1.32 | 0.74, 2.34 | 23 | 0.91 |
| ≥30 | | 293 | 185 | 1.11 | 0.90, 1.36 | 102 | 1.02 | 0.79, 1.31 | 11 | 2.24[d] | 0.50, 10.00 | 53 | 1.06 | 0.77, 1.46 | 6 | 0.97 | 0.40, 2.34 | 34 | 1.53 |
| *P trend* | | | | 0.08 | | | 0.13 | | | 0.82 | | | 0.10 | | | 0.87 | | | 0.27 |
| **Time since first PID** | 12 | | | | | | | | | | | | | | | | | | |
| per 1 year[c] | | | | 1.01 | 1.00, 1.03 | | 1.01 | 1.00, 1.03 | | 0.99 | 0.93, 1.06 | | 1.02 | 1.00, 1.04 | | 1.00 | 0.95, 1.05 | | 1.02 |

Partial column values visible at right page edge (column header cut off): ≥2; 71; 52; 1.11; 0.47, 2.65; 23; 1.06; 0.49, 2.32; NA[e]; 2; 0.39; 0.09, 1.7; 5; 1.29; 0.37, 4.56; 15; 2.00

http://www.medscape.com/viewarticle/875054_print

| (years) | No.[a] | No.[a] | pOR | 95% CI | No.[a] | pOR | 95% CI | No.[a] | pOR | 95% CI | No.[a] | pOR | 95% CI | No.[a] | pOR | 95% CI | No.[a] | pOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Never PID | 12,716 | 7976 | 1.00 | Referent | 4,724 | 1.00 | Referent | 309 | 1.00 | Referent | 3,384 | 1.00 | Referent | 524 | 1.00 | Referent | 1,217 | 1.00 |
| <10 | 86 | 57 | 1.30 | 0.89, 1.91 | 31 | 1.23 | 0.76, 1.97 | 3 | 2.81 | 0.58, 13.63 | 11 | 1.38 | 0.64, 2.98 | 3 | 1.18 | 0.32, 4.42 | 11 | 2.11 |
| 10–19 | 160 | 84 | 1.09 | 0.81, 1.48 | 42 | 1.01 | 0.69, 1.48 | 9 | 1.51 | 0.67, 3.43 | 19 | 1.00 | 0.58, 1.72 | 10 | 1.72 | 0.83, 3.56 | 18 | 1.75 |
| ≥20 | 579 | 268 | 0.92[d] | 0.72, 1.18 | 161 | 0.87 | 0.72, 1.06 | 26 | 1.46 | 0.80, 2.67 | 99 | 0.80 | 0.67, 0.95 | 14 | 0.78 | 0.43, 1.42 | 39 | 0.95 |
| P trend | | | 0.24 | | | 0.52 | | | 0.47 | | | 0.52 | | | 0.88 | | | 0.16 |
| per 5-year[c] | | | 0.97 | 0.92, 1.02 | | 0.98 | 0.91, 1.05 | | 1.06 | 0.91, 1.22 | | 0.97 | 0.89, 1.06 | | 1.02 | 0.83, 1.25 | | 0.92 |
| **Number of PID episodes** | | | | | | | | | | | | | | | | | | |
| Never PID | 3,737 | 2626 | 1.00 | Referent | 1,575 | 1.00 | Referent | Referent | 1.00 | Referent | 828 | 1.00 | Referent | 151 | 1.00 | Referent | 458 | 1.00 |
| 1 | 143 | 85 | 0.85 | 0.56, 1.29 | 54 | 0.98 | 0.63, 1.53 | | NA[e] | | 19 | 1.16 | 0.54, 2.52 | 5 | 0.75 | 0.25, 2.23 | 13 | 1.08 |
| ≥2 | 71 | 52 | 1.11 | 0.47, 2.65 | 23 | 1.06 | 0.49, 2.32 | | NA[e] | | 2 | 0.39 | 0.09, 1.7 | 5 | 1.29 | 0.37, 4.56 | 15 | 2.00 |

Abbreviations: CI, confidence interval; NA, not applicable; PID, pelvic inflammatory disease; pOR, pooled odds ratio

[a] Numbers may not add up due to missing values

[b] Adjusted for parity (ever/never and number of pregnancies), oral contraceptive use (ever/never and duration of use) and family history of ovarian or breast cancer (yes/no)

[c] Among women with a history of PID

[d] In the statistical analysis for this particular category, statistically significant heterogeneity across the included studies were observed as $P$ for heterogeneity was < 0.05

[e] Not applicable due to insufficient numbers

2/15/2017 12:53 PM

http://www.medscape.com/viewarticle/875054_print

2/15/2017 12:53 PM



| Study (Reference No.) | | OR (95% CI) |
|---|---|---|
| NTH (29, 30) | | 0.22 (0.03, 1.49) |
| NJO (26) | | 2.54 (0.42, 15.3) |
| TOR (37) | | 0.56 (0.23, 1.37) |
| CON (34) | | 0.71 (0.31, 1.64) |
| HOP (32) | | 1.33 (0.61, 2.89) |
| UCI (36) | | 0.84 (0.42, 1.70) |
| HAW (31) | | 1.18 (0.65, 2.15) |
| NCO (35) | | 1.46 (0.89, 2.39) |
| DOV (27) | | 0.64 (0.41, 1.02) |
| SON (15) | | 1.43 (1.01, 2.02) |
| AUS (20) | | 1.04 (0.74, 1.46) |
| USC (23) | | 1.02 (0.74, 1.41) |
| MAL (18) | | 0.83 (0.65, 1.05) |
| Overall ($I^2$ = 36.8%, $P$ = 0.09) | | 0.99 (0.83, 1.19) |

Odds Ratio

Source: Am J Epidemiol © 2017 Oxford University Press

**Figure 1.**

Associations between pelvic inflammatory disease (PID) status and the risk of ovarian cancer among the participants of 13 case-control studies in Australia, Europe, and North America, conducted between 1989 and 2009. Results are presented according to study site and overall and are adjusted for age, parity, oral contraceptive use (ever/never use and duration of use), and family history of ovarian or breast cancer (yes/no). For 4 of the studies (AUS, MAL, SON, and USC), results for the association between PID and ovarian cancer risk have been published previously (15,18,20,23). For the remaining 9 studies, results for the association between PID and ovarian cancer risk have not been published previously, and their references therefore refer to papers with general information about these studies (26,27,29–32,34–37). For the present study, we obtained individual-level data from all 13 studies directly from the Ovarian Cancer Association Consortium database. Each square and line represent the odds ratio (OR) and 95% confidence interval (CI), respectively, and the size of the square indicates the study weighting. AUS, Australian Ovarian Cancer Study and Australian Cancer Study (Ovarian Cancer); CON, Connecticut Ovarian Cancer Study; DOV, Diseases of the Ovary and Their Evaluation; HAW, Hawaii Ovarian Cancer Study; HOP, Hormones and Ovarian Cancer Prediction; MAL, Danish Malignant Ovarian Tumor Study; NCO, North Carolina Ovarian Cancer Study; NJO, New Jersey Ovarian Cancer Study; NTH, Nijmegen Polygene Study and Nijmegen Biomedical Study; SON, Southern Ontario Ovarian Cancer Study; TOR, Familial Ovarian Tumor Study; UCI, University of California Irvine Ovarian Cancer Study; USC, Los Angeles County Case-Control Studies of Ovarian Cancer.

The magnitudes of the risk estimates for associations of specific histotypes of ovarian cancer with the individual PID variables did not differ from those observed for ovarian cancer

overall, and only a few of the risk estimates reached statistical significance. However, we noted a higher risk of low-grade serous cancer (OR = 1.48, 95% CI: 0.92, 2.38) associated with PID status, although the risk estimate did not reach statistical significance ().

**Web Table 2. Adjusted Pooled Odds Ratios and 95% Confidence Intervals for the Association Between Pelvic Inflammatory Disease and Ovarian Cancer in the Ovarian Cancer Association Consortium (OCAC)**

| | Studies (n) | Controls (n) | Overall Cases[a] | Overall pOR[b] | Overall 95% CI | Serous Cases[a] | Serous pOR[b] | Serous 95% CI | Serous low-grade Cases[a] | pOR[b] | 95% CI | Serous high-grade Cases[a] | pOR[b] | 95% CI | Mucinous Cases[a] | pOR[b] | 95% CI | Endometri Cases[a] | pOR[b] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PID status** | 13 | | | | | | | | | | | | | | | | | | |
| Never PID | | 13,792 | 8662 | 1.00 | Referent | 5,036 | 1.00 | Referent | 320 | 1.00 | Referent | 3,657 | 1.00 | Referent | 592 | 1.00 | Referent | 1,328 | 1.00 |
| Ever PID | | 944 | 500 | 0.99 | 0.83, 1.19 | 286 | 0.95 | 0.82, 1.11 | 44 | 1.48 | 0.92, 2.38 | 168 | 0.89 | 0.74, 1.08 | 32 | 0.84 | 0.56, 1.25 | 82 | 1.15 |
| **Age at first PID (years)** | 12 | | | | | | | | | | | | | | | | | | |
| Never PID | | 12,716 | 7976 | 1.00 | Referent | 4,724 | 1.00 | Referent | 309 | 1.00 | Referent | 3,384 | 1.00 | Referent | 524 | 1.00 | Referent | 1,217 | 1.00 |
| <20 | | 173 | 63 | 0.85[d] | 0.44, 1.64 | 37 | 1.05 | 0.65, 1.70 | 12 | 3.17 | 0.75, 13.38 | 21 | 0.92 | 0.55, 1.55 | 6 | 1.19 | 0.46, 3.12 | 11 | 1.49 |
| 20–29 | | 359 | 161 | 0.84 | 0.68, 1.03 | 95 | 0.84 | 0.66, 1.08 | 15 | 0.98 | 0.54, 1.77 | 55 | 0.77 | 0.57, 1.05 | 15 | 1.32 | 0.74, 2.34 | 23 | 0.91 |
| ≥30 | | 293 | 185 | 1.11 | 0.90, 1.36 | 102 | 1.02 | 0.79, 1.31 | 11 | 2.24[d] | 0.50, 10.00 | 53 | 1.06 | 0.77, 1.46 | 6 | 0.97 | 0.40, 2.34 | 34 | 1.53 |
| *P trend* | | | | 0.08 | | | 0.13 | | | 0.82 | | | 0.10 | | | 0.87 | | | 0.27 |
| per 1 year[c] | | | | 1.01 | 1.00, 1.03 | | 1.01 | 1.00, 1.03 | | 0.99 | 0.93, 1.06 | | 1.02 | 1.00, 1.04 | | 1.00 | 0.95, 1.05 | | 1.02 |
| **Time since first PID (years)** | 12 | | | | | | | | | | | | | | | | | | |
| Never PID | | 12,716 | 7976 | 1.00 | Referent | 4,724 | 1.00 | Referent | 309 | 1.00 | Referent | 3,384 | 1.00 | Referent | 524 | 1.00 | Referent | 1,217 | 1.00 |
| <10 | | 86 | 57 | 1.30 | 0.89, 1.91 | 31 | 1.23 | 0.76, 1.97 | 3 | 2.81 | 0.58, 13.63 | 11 | 1.38 | 0.64, 2.98 | 3 | 1.18 | 0.32, 4.42 | 11 | 2.11 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10–19 | | 160 | 84 | 1.09 | 0.81, 1.48 | 42 | 1.01 | 0.69, 1.48 | 9 | 1.51 | 0.67, 3.43 | 19 | 1.00 | 0.58, 1.72 | 10 | 1.72 | 0.83, 3.56 | 18 | 1.75 |
| ≥20 | | 579 | 268 | 0.92[d] | 0.72, 1.18 | 161 | 0.87 | 0.72, 1.06 | 26 | 1.46 | 0.80, 2.67 | 99 | 0.80 | 0.67, 0.95 | 14 | 0.78 | 0.43, 1.42 | 39 | 0.95 |
| *P trend* | | | | 0.24 | | | 0.52 | | | 0.47 | | | 0.52 | | | 0.88 | | | 0.16 |
| per 5-year[c] | | | | 0.97 | 0.92, 1.02 | | 0.98 | 0.91, 1.05 | | 1.06 | 0.91, 1.22 | | 0.97 | 0.89, 1.06 | | 1.02 | 0.83, 1.25 | | 0.92 |
| Number of PID episodes | 5 | | | | | | | | | | | | | | | | | | |
| Never PID | | 3,737 | 2626 | 1.00 | Referent | 1,575 | 1.00 | Referent | | 1.00 | Referent | 828 | 1.00 | Referent | 151 | 1.00 | Referent | 458 | 1.00 |
| 1 | | 143 | 85 | 0.85 | 0.56, 1.29 | 54 | 0.98 | 0.63, 1.53 | | NA[e] | | 19 | 1.16 | 0.54, 2.52 | 5 | 0.75 | 0.25, 2.23 | 13 | 1.08 |
| ≥2 | | 71 | 52 | 1.11 | 0.47, 2.65 | 23 | 1.06 | 0.49, 2.32 | | NA[e] | | 2 | 0.39 | 0.09, 1.7 | 5 | 1.29 | 0.37, 4.56 | 15 | 2.00 |

Abbreviations: CI, confidence interval; NA, not applicable; PID, pelvic inflammatory disease; pOR, pooled odds ratio

[a]Numbers may not add up due to missing values

[b]Adjusted for parity (ever/never and number of pregnancies), oral contraceptive use (ever/never and duration of use) and family history of ovarian or breast cancer (yes/no)

[c]Among women with a history of PID

[d]In the statistical analysis for this particular category, statistically significant heterogeneity across the included studies were observed as *P* for heterogeneity was < 0.05

[e]Not applicable due to insufficient numbers

**Borderline Ovarian Tumors**

A history of PID was associated with a higher risk of borderline ovarian tumors (OR = 1.32, 95% CI: 1.10, 1.58) ( and Figure 2). Furthermore, women with 2 or more episodes of PID had a more than 2-fold higher risk of borderline ovarian tumors compared with women without a history of PID (OR = 2.14, 95% CI: 1.08, 4.24). We found no consistent trend in the risk of borderline tumors with age at first episode of PID (*P*-trend = 0.29) or time since first episode of PID (*P*-trend = 0.44).

**Table 2. Adjusted Pooled Odds Ratios for the Association Between Pelvic Inflammatory Disease and Borderline Ovarian Tumors Among Participants in the Ovarian Cancer Association Consortium (Australia, Europe, and North America), 1989–2009**

| PID History | No. of Studies | No. of Controls | Overall | | | Serous Borderline Tumors | | | Mucinous Borderline Tumors | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No. of Cases[a] | pOR[b] | 95% CI | No. of Cases[a] | pOR[b] | 95% CI | No. of Cases[a] | pOR[b] | 95% CI |
| PID status | 11 | | | | | | | | | | |
| Never had PID | | 12,755 | 2,153 | 1.00 | Referent | 1,184 | 1.00 | Referent | 891 | 1.00 | Referent |
| Ever had PID | | 929 | 201 | 1.32 | 1.10, 1.58 | 114 | 1.43 | 1.14, 1.79 | 79 | 1.28 | 0.97, 1.68 |
| Age at first PID episode, years | 10 | | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Never had PID | 11,679 | 1,976 | 1.00 | Referent | 1,101 | 1.00 | Referent | 804 | 1.00 | Referent |
| <20 | 172 | 33 | 1.38 | 0.91, 2.09 | 16 | 1.28 | 0.73, 2.25 | 16 | 1.89 | 1.06, 3.35 |
| 20–29 | 355 | 87 | 1.52 | 1.17, 1.97 | 52 | 1.72 | 1.25, 2.38 | 32 | 1.60 | 0.94, 2.70 |
| ≥30 | 283 | 50 | 1.24 | 0.90, 1.73 | 27 | 1.38 | 0.89, 2.12 | 20 | 1.46 | 0.89, 2.40 |
| P-trend | | | 0.29 | | | 0.25 | | | 0.96 | |
| Per 1-year increment[c] | | | 0.99 | 0.97, 1.01 | | 0.98 | 0.96, 1.01 | | 1.00 | 0.97, 1.03 |
| Time since first PID episode, years 10 | | | | | | | | | | |
| Never had PID | 11,679 | 1,976 | 1.00 | Referent | 1,101 | 1.00 | Referent | 804 | 1.00 | Referent |
| <10 | 86 | 18 | 1.44 | 0.76, 2.73 | 12 | 1.74 | 0.86, 3.53 | 5 | 3.05 | 1.11, 8.40 |
| 10–19 | 159 | 48 | 1.73 | 1.21, 2.49 | 21 | 1.62 | 0.98, 2.70 | 25 | 2.37 | 1.46, 3.87 |
| ≥20 | 565 | 104 | 1.29 | 1.01, 1.64 | 62 | 1.48 | 1.09, 2.02 | 38 | 1.27 | 0.86, 1.86 |
| P-trend | | | 0.44 | | | 0.60 | | | 0.92 | |
| Per 5-year increment[c] | | | 1.03 | 0.95, 1.12 | | 1.03 | 0.89, 1.20 | | 0.99 | 0.88, 1.12 |
| No. of PID episodes 4 | | | | | | | | | | |
| 0 | 3,287 | 662 | 1.00 | Referent | 349 | 1.00 | Referent | 282 | 1.00 | Referent |
| 1 | 142 | 25 | 0.88 | 0.55, 1.39 | 17 | 1.11 | 0.63, 1.95 | 8 | 0.84 | 0.33, 2.14 |
| ≥2 | 70 | 24 | 2.14 | 1.08, 4.24 | 12 | 3.28[d] | 0.86, 12.54 | 11 | 1.98 | 0.80, 4.88 |

Abbreviations: CI, confidence interval; PID, pelvic inflammatory disease; pOR, pooled odds ratio.

[a]Numbers may not add up to totals due to missing values.

[b]Adjusted for parity (ever/never pregnant and number of pregnancies), oral contraceptive use (ever/never use and duration of use), and family history of ovarian or breast cancer (yes/no).

[c]Among women with a history of PID.

[d] P for heterogeneity < 0.05.

http://www.medscape.com/viewarticle/875054_print

| Study (Reference No.) | OR (95% CI) |
|---|---|
| TOR (37) | 1.38 (0.37, 5.19) |
| UCI (36) | 0.62 (0.22, 1.69) |
| CON (34) | 1.08 (0.40, 2.97) |
| HAW (31) | 1.25 (0.53, 2.94) |
| NCO (35) | 1.22 (0.57, 2.62) |
| DOV (27) | 0.93 (0.52, 1.65) |
| SON (15) | 1.37 (0.80, 2.36) |
| USC (33) | 1.44 (0.90, 2.31) |
| AUS (20) | 1.53 (0.96, 2.44) |
| MAL (18) | 1.46 (1.06, 2.02) |
| Overall ($I^2 = 0\%$, $P = 0.85$) | 1.32 (1.10, 1.58) |

Source: Am J Epidemiol © 2017 Oxford University Press

Medscape

**Figure 2.**

Associations between pelvic inflammatory disease (PID) status and the risk of borderline ovarian tumors among the pooled participants of 13 case-control studies in Australia, Europe, and North America, conducted between 1989 and 2009. Results are presented according to study site and overall and are adjusted for age, parity, oral contraceptive use (ever/never use and duration of use), and family history of ovarian or breast cancer (yes/no). For 2 of the studies (MAL and SON) results for the association between PID and the risk of borderline ovarian tumors have been published previously (15,18). For the remaining studies, results for the association between PID and the risk of borderline ovarian tumors have not been published previously, and their references therefore refer to papers with general information about these studies (20,27,31,33–37). For the present study, we obtained individual-level data from all studies directly through the Ovarian Cancer Association Consortium database. Each square and line represent the represent the odds ratio (OR) and 95% confidence interval (CI), respectively, and the size of the square indicates the study weighting. AUS, Australian Ovarian Cancer Study and Australian Cancer Study (Ovarian Cancer); CON, Connecticut Ovarian Cancer Study; DOV, Diseases of the Ovary and Their Evaluation; HAW, Hawaii Ovarian Cancer Study; HOP, Hormones and Ovarian Cancer Prediction; MAL, Danish Malignant Ovarian Tumor Study; NCO, North Carolina Ovarian Cancer Study; NJO, New Jersey Ovarian Cancer Study; NTH, Nijmegen Polygene Study and Nijmegen Biomedical Study; SON, Southern Ontario Ovarian Cancer Study; TOR, Familial Ovarian Tumor Study; UCI, University of California Irvine Ovarian Cancer Study; USC, Los Angeles County Case-Control Studies of Ovarian Cancer.

http://www.medscape.com/viewarticle/875054_print

As for borderline ovarian tumors overall, the risk of serous borderline ovarian tumors was statistically significantly increased among women with PID (OR = 1.43, 95% CI: 1.14, 1.79). Similarly, PID was also associated with an increased risk of mucinous borderline ovarian tumors, although the risk estimate was not statistically significant (OR = 1.28, 95% CI: 0.97, 1.68). The risks of serous and mucinous borderline ovarian tumors were not convincingly associated with age at or time since first PID episode. In addition, women with multiple episodes of PID had a higher risk of both serous and mucinous borderline ovarian tumors, but none of the risk estimates reached statistical significance ().

**Table 2.  Adjusted Pooled Odds Ratios for the Association Between Pelvic Inflammatory Disease and Borderline Ovarian Tumors Among Participants in the Ovarian Cancer Association Consortium (Australia, Europe, and North America), 1989–2009**

| PID History | No. of Studies | No. of Controls | Overall | | | Serous Borderline Tumors | | | Mucinous Borderline Tumors | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No. of Cases[a] | pOR[b] | 95% CI | No. of Cases[a] | pOR[b] | 95% CI | No. of Cases[a] | pOR[b] | 95% CI |
| PID status | 11 | | | | | | | | | | |
| Never had PID | | 12,755 | 2,153 | 1.00 | Referent | 1,184 | 1.00 | Referent | 891 | 1.00 | Referent |
| Ever had PID | | 929 | 201 | 1.32 | 1.10, 1.58 | 114 | 1.43 | 1.14, 1.79 | 79 | 1.28 | 0.97, 1.68 |
| Age at first PID episode, years | 10 | | | | | | | | | | |
| Never had PID | | 11,679 | 1,976 | 1.00 | Referent | 1,101 | 1.00 | Referent | 804 | 1.00 | Referent |
| <20 | | 172 | 33 | 1.38 | 0.91, 2.09 | 16 | 1.28 | 0.73, 2.25 | 16 | 1.89 | 1.06, 3.35 |
| 20–29 | | 355 | 87 | 1.52 | 1.17, 1.97 | 52 | 1.72 | 1.25, 2.38 | 32 | 1.60 | 0.94, 2.70 |
| ≥30 | | 283 | 50 | 1.24 | 0.90, 1.73 | 27 | 1.38 | 0.89, 2.12 | 20 | 1.46 | 0.89, 2.40 |
| P-trend | | | | 0.29 | | | 0.25 | | | 0.96 | |
| Per 1-year increment[c] | | | | 0.99 | 0.97, 1.01 | | 0.98 | 0.96, 1.01 | | 1.00 | 0.97, 1.03 |
| Time since first PID episode, years | 10 | | | | | | | | | | |
| Never had PID | | 11,679 | 1,976 | 1.00 | Referent | 1,101 | 1.00 | Referent | 804 | 1.00 | Referent |
| <10 | | 86 | 18 | 1.44 | 0.76, 2.73 | 12 | 1.74 | 0.86, 3.53 | 5 | 3.05 | 1.11, 8.40 |
| 10–19 | | 159 | 48 | 1.73 | 1.21, 2.49 | 21 | 1.62 | 0.98, 2.70 | 25 | 2.37 | 1.46, 3.87 |
| ≥20 | | 565 | 104 | 1.29 | 1.01, 1.64 | 62 | 1.48 | 1.09, 2.02 | 38 | 1.27 | 0.86, 1.86 |
| P-trend | | | | 0.44 | | | 0.60 | | | 0.92 | |
| Per 5-year increment[c] | | | | 1.03 | 0.95, 1.12 | | 1.03 | 0.89, 1.20 | | 0.99 | 0.88, 1.12 |
| No. of PID episodes | 4 | | | | | | | | | | |
| 0 | | 3,287 | 662 | 1.00 | Referent | 349 | 1.00 | Referent | 282 | 1.00 | Referent |
| 1 | | 142 | 25 | 0.88 | 0.55, 1.39 | 17 | 1.11 | 0.63, 1.95 | 8 | 0.84 | 0.33, 2.14 |
| ≥2 | | 70 | 24 | 2.14 | 1.08, 4.24 | 12 | 3.28[d] | 0.86, 12.54 | 11 | 1.98 | 0.80, 4.88 |

Abbreviations: CI, confidence interval; PID, pelvic inflammatory disease; pOR, pooled odds ratio.
[a] Numbers may not add up to totals due to missing values.

2/15/2017 12:53 PM

[b] Adjusted for parity (ever/never pregnant and number of pregnancies), oral contraceptive use (ever/never use and duration of use), and family history of ovarian or breast cancer (yes/no).

[c] Among women with a history of PID.

[d] P for heterogeneity < 0.05.

**Additional Analyses**

To consider the possibility that early cancer symptoms might have been misinterpreted as PID or that an episode of PID might have resulted in further examinations that led to the identification of ovarian cancer, we performed sensitivity analyses of the association between PID status and the risk of ovarian cancer and borderline ovarian tumors by excluding women whose last PID episode was ≤1, ≤2, or ≤3 years before the date of diagnosis of ovarian cancer (for cases) or date of interview (for controls). The risk estimates in these sensitivity analyses were not substantially different from the risk estimates in the main analyses (data not shown).

We performed additional sensitivity analyses by stratifying studies by data collection method (in-person interview vs. self-administered questionnaire), study continent (North America vs. Europe vs. Australia), whether a physician-verified diagnosis of PID was required, study period (before or including 2000 vs. after 2000), proportion of control participants with PID (low (<6%) vs. high (>20%)), body mass index (calculated as weight (kg)/height (m)$^2$, <25 vs. ≥25), age at diagnosis of ovarian cancer (cases) or interview (controls) (<50 years vs. ≥50 years), and level of education (high school or less vs. more than high school). However, in the vast majority of these analyses, the direction and the magnitude of the associations were virtually unchanged compared with the associations obtained in the main analyses (data not shown). Notable exceptions were the observation of apparently statistically significantly increased risks of low-grade serous ovarian cancer (OR = 2.36, 95% CI: 1.24, 4.48) and endometrioid ovarian cancer (OR = 1.42, 95% CI: 1.01, 1.98) among women in the North American studies. However, no associations between PID and these 2 tumor types were found among the European studies or in the Australian study (low-grade serous cancer: pooled OR = 0.98, 95% CI: 0.61, 1.59 for the European studies and OR = 1.49, 95% CI: 0.52, 4.30 for the Australian study; endometrioid ovarian cancer: pooled OR = 0.60, 95% CI: 0.33, 1.10 for the European studies and OR = 1.09, 95% CI: 0.52, 2.26 for the Australian study).

Statistically significant heterogeneity across studies was observed for only a few of the risk estimates ( and ). However, additional analyses showed that neither the method of data collection nor study continent nor proportion of control participants with PID could explain the observed heterogeneity since these additional analyses did not reveal increased consistency among studies of the same type (data not shown). We observed no effect modification between PID status and any of the potential risk factors (parity, oral contraceptive use, and family history of ovarian/breast cancer) for ovarian cancer and borderline ovarian tumors (all P-values > 0.05) (data not shown).

**Web Table 2. Adjusted Pooled Odds Ratios and 95% Confidence Intervals for the Association Between Pelvic Inflammatory Disease and Ovarian Cancer in the Ovarian Cancer Association Consortium (OCAC)**

| | Studies (n) | Controls (n) | Overall | | | Serous | | | Serous low-grade | | | Serous high-grade | | | Mucinous | | | Endometri[oid] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] | 95% CI | Cases[a] | pOR[b] |
| PID status | 13 | | | | | | | | | | | | | | | | | | |
| Never PID | | 13,792 | 8662 | 1.00 | Referent | 5,036 | 1.00 | Referent | 320 | 1.00 | Referent | 3,657 | 1.00 | Referent | 592 | 1.00 | Referent | 1,328 | 1.00 |
| Ever PID | | 944 | 500 | 0.99 | 0.83, 1.19 | 286 | 0.95 | 0.82, 1.11 | 44 | 1.48 | 0.92, 2.38 | 168 | 0.89 | 0.74, 1.08 | 32 | 0.84 | 0.56, 1.25 | 82 | 1.15 |
| Age at first PID (years) | 12 | | | | | | | | | | | | | | | | | | |

http://www.medscape.com/viewarticle/875054_print

| Category | No. controls | Group 1 No. | Group 1 pOR | Group 1 95% CI | Group 2 No. | Group 2 pOR | Group 2 95% CI | Group 3 No. | Group 3 pOR | Group 3 95% CI | Group 4 No. | Group 4 pOR | Group 4 95% CI | Group 5 No. | Group 5 pOR | Group 5 95% CI | Group 6 No. | Group 6 pOR | Group 6 95% CI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Never PID | 12,716 | 7,976 | 1.00 | Referent | 4,724 | 1.00 | Referent | 309 | 1.00 | Referent | 3,384 | 1.00 | Referent | 524 | 1.00 | Referent | 1,217 | 1.00 | Referent |
| <20 | 173 | 63 | 0.85[d] | 0.44, 1.64 | 37 | 1.05 | 0.65, 1.70 | 12 | 3.17 | 0.75, 13.38 | 21 | 0.92 | 0.55, 1.55 | 6 | 1.19 | | 11 | 1.49 | 0.46, 3.12 |
| 20–29 | 359 | 161 | 0.84 | 0.68, 1.03 | 95 | 0.84 | 0.66, 1.08 | 15 | 0.98 | 0.54, 1.77 | 55 | 0.77 | 0.57, 1.05 | 15 | 1.32 | | 23 | 0.91 | 0.74, 2.34 |
| ≥30 | 293 | 185 | 1.11 | 0.90, 1.36 | 102 | 1.02 | 0.79, 1.31 | 11 | 2.24[d] | 0.50, 10.00 | 53 | 1.06 | 0.77, 1.46 | 6 | 0.97 | | 34 | 1.53 | 0.40, 2.34 |
| P trend | | | 0.08 | | | 0.13 | | | 0.82 | | | 0.10 | | | 0.87 | | | 0.27 | |
| per 1 year[c] | | | 1.01 | 1.00, 1.03 | | 1.01 | 1.00, 1.03 | | 0.99 | 0.93, 1.06 | | 1.02 | 1.00, 1.04 | | 1.00 | | | 1.02 | 0.95, 1.05 |
| **Time since first PID (years)** 12 | | | | | | | | | | | | | | | | | | | |
| Never PID | 12,716 | 7,976 | 1.00 | Referent | 4,724 | 1.00 | Referent | 309 | 1.00 | Referent | 3,384 | 1.00 | Referent | 524 | 1.00 | Referent | 1,217 | 1.00 | Referent |
| <10 | 86 | 57 | 1.30 | 0.89, 1.91 | 31 | 1.23 | 0.76, 1.97 | 3 | 2.81 | 0.58, 13.63 | 11 | 1.38 | 0.64, 2.98 | 3 | 1.18 | | 11 | 2.11 | 0.32, 4.42 |
| 10–19 | 160 | 84 | 1.09 | 0.81, 1.48 | 42 | 1.01 | 0.69, 1.48 | 9 | 1.51 | 0.67, 3.43 | 19 | 1.00 | 0.58, 1.72 | 10 | 1.72 | | 18 | 1.75 | 0.83, 3.56 |
| ≥20 | 579 | 268 | 0.92[d] | 0.72, 1.18 | 161 | 0.87 | 0.72, 1.06 | 26 | 1.46 | 0.80, 2.67 | 99 | 0.80 | 0.67, 0.95 | 14 | 0.78 | | 39 | 0.95 | 0.43, 1.42 |
| P trend | | | 0.24 | | | 0.52 | | | 0.47 | | | 0.52 | | | 0.88 | | | 0.16 | |
| per 5-year[c] | | | 0.97 | 0.92, 1.02 | | 0.98 | 0.91, 1.05 | | 1.06 | 0.91, 1.22 | | 0.97 | 0.89, 1.06 | | 1.02 | | | 0.92 | 0.83, 1.25 |
| **Number of PID episodes** 5 | | | | | | | | | | | | | | | | | | | |
| Never PID | 3,737 | 2,626 | 1.00 | Referent | 1,575 | 1.00 | Referent | | 1.00 | | 828 | 1.00 | Referent | 151 | 1.00 | Referent | 458 | 1.00 | Referent |
| 1 | 143 | 85 | 0.85 | 0.56, 1.29 | 54 | 0.98 | 0.63, 1.53 | NA[e] | NA[e] | | 19 | 1.16 | 0.54, 2.52 | 5 | 0.75 | | 13 | 1.08 | 0.25, 2.23 |
| ≥2 | 71 | 52 | 1.11 | 0.47, 2.65 | 23 | 1.06 | 0.49, 2.32 | NA[e] | NA[e] | | 2 | 0.39 | 0.09, 1.7 | 5 | 1.29 | | 15 | 2.00 | 0.37, 4.56 |

Abbreviations: CI, confidence interval; NA, not applicable; PID, pelvic inflammatory disease; pOR, pooled odds ratio

http://www.medscape.com/viewarticle/875054_print

[a] Numbers may not add up due to missing values
[b] Adjusted for parity (ever/never and number of pregnancies), oral contraceptive use (ever/never and duration of use) and family history of ovarian or breast cancer (yes/no)
[c] Among women with a history of PID
[d] In the statistical analysis for this particular category, statistically significant heterogeneity across the included studies were observed as $P$ for heterogeneity was < 0.05
[e] Not applicable due to insufficient numbers

Table 2. Adjusted Pooled Odds Ratios for the Association Between Pelvic Inflammatory Disease and Borderline Ovarian Tumors Among Participants in the Ovarian Cancer Association Consortium (Australia, Europe, and North America), 1989–2009

| PID History | No. of Studies | No. of Controls | Overall | | | Serous Borderline Tumors | | | Mucinous Borderline Tumors | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No. of Cases[a] | pOR[b] | 95% CI | No. of Cases[a] | pOR[b] | 95% CI | No. of Cases[a] | pOR[b] | 95% CI |
| PID status | 11 | | | | | | | | | | |
| Never had PID | | 12,755 | 2,153 | 1.00 | Referent | 1,184 | 1.00 | Referent | 891 | 1.00 | Referent |
| Ever had PID | | 929 | 201 | 1.32 | 1.10, 1.58 | 114 | 1.43 | 1.14, 1.79 | 79 | 1.28 | 0.97, 1.68 |
| Age at first PID episode, years | 10 | | | | | | | | | | |
| Never had PID | | 11,679 | 1,976 | 1.00 | Referent | 1,101 | 1.00 | Referent | 804 | 1.00 | Referent |
| <20 | | 172 | 33 | 1.38 | 0.91, 2.09 | 16 | 1.28 | 0.73, 2.25 | 16 | 1.89 | 1.06, 3.35 |
| 20–29 | | 355 | 87 | 1.52 | 1.17, 1.97 | 52 | 1.72 | 1.25, 2.38 | 32 | 1.60 | 0.94, 2.70 |
| ≥30 | | 283 | 50 | 1.24 | 0.90, 1.73 | 27 | 1.38 | 0.89, 2.12 | 20 | 1.46 | 0.89, 2.40 |
| P-trend | | | | 0.29 | | | 0.25 | | | 0.96 | |
| Per 1-year increment[c] | | | | 0.99 | 0.97, 1.01 | | 0.98 | 0.96, 1.01 | | 1.00 | 0.97, 1.03 |
| Time since first PID episode, years | 10 | | | | | | | | | | |
| Never had PID | | 11,679 | 1,976 | 1.00 | Referent | 1,101 | 1.00 | Referent | 804 | 1.00 | Referent |
| <10 | | 86 | 18 | 1.44 | 0.76, 2.73 | 12 | 1.74 | 0.86, 3.53 | 5 | 3.05 | 1.11, 8.40 |
| 10–19 | | 159 | 48 | 1.73 | 1.21, 2.49 | 21 | 1.62 | 0.98, 2.70 | 25 | 2.37 | 1.46, 3.87 |
| ≥20 | | 565 | 104 | 1.29 | 1.01, 1.64 | 62 | 1.48 | 1.09, 2.02 | 38 | 1.27 | 0.86, 1.86 |
| P-trend | | | | 0.44 | | | 0.60 | | | 0.92 | |
| Per 5-year increment[c] | | | | 1.03 | 0.95, 1.12 | | 1.03 | 0.89, 1.20 | | 0.99 | 0.88, 1.12 |
| No. of PID episodes | 4 | | | | | | | | | | |
| 0 | | 3,287 | 662 | 1.00 | Referent | 349 | 1.00 | Referent | 282 | 1.00 | Referent |
| 1 | | 142 | 25 | 0.88 | 0.55, 1.39 | 17 | 1.11 | 0.63, 1.95 | 8 | 0.84 | 0.33, 2.14 |
| ≥2 | | 70 | 24 | 2.14 | 1.08, 4.24 | 12 | 3.28[d] | 0.86, 12.54 | 11 | 1.98 | 0.80, 4.88 |

Abbreviations: CI, confidence interval; PID, pelvic inflammatory disease; pOR, pooled odds ratio.

[a]Numbers may not add up to totals due to missing values.

[b]Adjusted for parity (ever/never pregnant and number of pregnancies), oral contraceptive use (ever/never use and duration of use), and family history of ovarian or breast cancer (yes/no).

[c]Among women with a history of PID.

[d] *P* for heterogeneity < 0.05.

## Discussion

To our knowledge, this was the largest study to date to have investigated the association between history of PID and the risk of ovarian cancer. In a pooled analysis of 13 case-control studies, we found no convincing associations between self-reported PID status and the risk of ovarian cancer overall, but suggestions of an increased risk of low-grade serous cancer were noted. For borderline ovarian tumors, an increased risk was observed among women with a history of PID, both overall and for serous and mucinous borderline tumors separately. Furthermore, the risk of borderline tumors increased with the number of PID episodes.

An association between PID and the risk of ovarian tumors is biologically plausible and could be explained by the inflammation hypothesis.[8] Inflammation is characterized by the production of free radicals, cytokines, prostaglandins, and growth factors with the potential for genetic and epigenetic changes to the DNA, resulting in an increased risk of malignant transformation.[44] Until recently, it was believed that all histotypes of ovarian cancer arose from the mesodermal surface epithelium, either on peritoneal surfaces or entrapped within the ovaries, and inflammation of the epithelium was therefore proposed to trigger malignant transformation.[8] Recently, it has been suggested that some serous ovarian tumors originate in the mucosal epithelium of the fallopian tube, and inflammation of the fallopian tubes has been proposed to contribute to the development of these tumors.[45]

The association between PID and the risk of ovarian cancer has been investigated in only 2 cohort studies[17,19] and 7 case-control studies.[15,16,18,20–23] However, 4 of those case-control studies were based on data from study sites (MAL, USC, AUS, and SON) that were included in the present analysis(15,18,20,23) results from those studies will not be discussed further. We found a 32% higher risk of borderline ovarian tumors associated with a history of PID, and risk estimates above unity were noted for nearly all individual studies. Furthermore, we observed similarly increased risks of serous and mucinous borderline tumors associated with PID status. Our novel finding of a 2-fold higher risk among women with multiple PID episodes may reflect a true association between PID and the risk of borderline ovarian tumors rather than being caused by chance or bias. Only 2 studies (SON and MAL, both included in the present analyses) have previously investigated the association between PID and the risk of borderline tumors.[15,18]

In the present study, the lack of any marked associations between PID and the risk of ovarian cancer overall is consistent with results from 1 case-control study,[22] whereas 2 other studies found an increased risk of ovarian cancer.[16,17] Additionally, 2 studies assessed PID in relation to ovarian cancer risk but provided results only for ovarian cancer and borderline tumors combined, thereby hampering a comparison with the present results;[19,21] Ness et al.[21] reported null findings, and McAlpine et al.,[19] in a Canadian cohort study, reported a 4-fold higher risk of ovarian cancer among women who had had PID. Concerning the histotypes of ovarian cancer, indications of an increased risk of low-grade serous cancer with PID were noted in the main analysis. Conversely, no convincing associations between PID and the risk of high-grade serous, mucinous, clear cell, or endometrioid ovarian cancer were noted in the main analyses. However, sensitivity analyses revealed statistically significantly increased risks of low-grade serous and endometrioid ovarian cancers when using data from the North American studies only. Other than 2 studies already included in the present pooled analysis, no previous studies have assessed the association between PID and the risk of ovarian cancer according to histotype. Although we cannot completely rule out the possibility that these histotype-specific findings may be due to chance, the present study is the first, to our knowledge, to indicate differences in the risk profile of ovarian cancer histotypes with regard to PID. However, the low number of exposed cases for most of the histotypes limited the precision of the risk estimates, and our results must therefore be confirmed by others.

Nevertheless, our results suggest that PID may be differentially associated with the risk of ovarian tumors. Reasons for this difference are not known, but they may be associated with different pathogeneses of the ovarian tumor histotypes. Recently, the so-called dualistic model of ovarian carcinogenesis proposed that borderline tumors are precursors of type 1 (low-grade) ovarian cancers but unrelated to type 2 (high-grade) ovarian cancers.[46] According to this hypothesis, type 1 tumors include low-grade serous and mucinous carcinomas, and these are believed to develop along a continuum of tumor progression from adenoma to borderline tumor to invasive carcinoma.[46] Clear cell and low-grade endometrioid carcinomas are also type 1 cancers and are believed to develop from endometriosis. Our results demonstrated an association between PID and the risk of borderline ovarian tumors and indicated that the risk of low-grade serous cancer might also be increased, which accords well with the theory of a stepwise development from a serous borderline tumor to low-grade serous cancer. In contrast, no associations between PID and high-grade serous ovarian cancer were observed. Therefore, our results suggest that PID is a risk factor for borderline and possibly also low-grade serous ovarian cancer, whereas no marked associations were observed for the other histotypes of ovarian cancer. The possible underlying

biological mechanisms responsible for this differential association between PID and ovarian tumor types are unknown and require further investigation in epidemiologic and biological studies.

A strength of the present study is the use of pooled data from 13 case-control studies. The large sample size resulted in increased statistical power and enabled us to estimate risks according to invasiveness and histotype. Moreover, all the studies we included were population-based, and information on PID was obtained through in-person interviews in the majority of them. In addition, we used individual-level data carefully harmonized and entered into a single data set. The use of a 2-stage approach[39] enabled us to account for differences in design and data collection between studies and to control for several potential confounders. Finally, all studies with the relevant exposure data in OCAC were included regardless of their individual results, thus removing the influence of publication bias.

Some limitations should also be mentioned. First, information about PID status was self-reported in all studies, and the proportion of control participants reporting an episode of PID in the individual studies ranged from 0.4% to 27%. Unfortunately, most studies had no data or insufficient data on treatment for PID, which could have added important information in terms of validating the PID diagnoses. The highest frequencies were reported in the Danish study (MAL: 27%) and in a Canadian study (SON: 20%); the remaining 11 studies all had PID proportions below 6%. Reasons for the differences in proportions among the studies may include geographic variation in the prevalence of PID-causing pathogens, different phrasing of the PID-related questions, or differences in the prevalence of high-risk sexual behaviors. However, we believe that underestimation of PID exposure is the most likely cause for the low proportions of women with a history of PID in the majority of studies, because previous studies from Sweden and the United States have estimated lifetime prevalences of PID between 6% and 20%.[12–14] In studies with self-reported data on PID exposure, including the present study, the true proportion of women who have had PID might be underestimated for several reasons—women might have forgotten about a past PID episode, chosen not to report it, or had unrecognized, subclinical PID. Hence, we cannot rule out the possibility that this misclassification of PID status could have influenced our results. Interestingly, investigators in only 2 previous studies did not use self-reported data on PID but instead obtained information on PID from a population-based health insurance database or used evidence of inflammation at surgery for tubal damage as a proxy for previous PID, and both groups reported an increased risk of ovarian cancer associated with PID.[17, 9] Therefore, in future studies, researchers should consider using a more objective measure of PID, such as data obtained from reliable health registries or through serological testing for antibodies to PID-causing pathogens, including *Chlamydia trachomatis* and *Neisseria gonorrhoeae*.

Second, misclassification of PID exposure might also result when women mistakenly report bladder or vaginal infections as PID. However, we expect this misclassification to be relatively infrequent, because in the majority of included studies, PID was defined as diagnosed by a physician, or the question specified that bladder or vaginal infections were not included. Furthermore, the majority of studies performed in-person interviews, thus allowing for potential uncertainties to be clarified. Third, the retrospective design of case-control studies introduces the potential for recall bias, in which case patients are more likely than control participants to report past exposures. However, we would not expect such overreporting to be differential with respect to degree of invasiveness of diagnosed ovarian tumors, and we therefore do not believe that this can explain the increased risk we observed for borderline tumors but not for ovarian cancer. Fourth, surveillance bias is potentially of concern, because women with PID symptoms may undergo ultrasonography or laparoscopy during which the ovaries are visualized, leading to coincidental findings of ovarian tumors. However, this potential surveillance bias is probably minimal, because our sensitivity analyses excluding women with PID less than 1–3 years in the past revealed virtually identical results as in the main analyses. Fifth, only 5 studies had information on the number of PID episodes, and the absence of thorough information on this exposure variable limited our ability to fully investigate and interpret any potential dose-response associations between number of PID episodes and the risk of ovarian cancer and borderline ovarian tumors. Finally, despite the large study size, we still had limited statistical power because of small proportions of women with PID in some of the categorical analyses and for some of the rarer histotypes, and we cannot completely rule out the possibility that some of the observed associations may have been due to the large number of comparisons; thus our results should be interpreted with caution.

In conclusion, in this large, pooled analysis, we observed an increased risk of borderline ovarian tumors among women with a history of PID. These risks increased with the number of PID episodes. Conversely, we found no association between PID and the risk of ovarian cancer overall, but indications of an increased risk of low-grade serous cancer were noted. These findings suggest that PID may be a risk factor for borderline ovarian tumors and possibly for low-grade serous cancer, although no convincing associations were seen for other ovarian cancer histotypes. However, until the specificity of the association is confirmed in additional epidemiologic and biological studies, the association between PID and ovarian cancer risk is still somewhat uncertain.

**References**

1. Torre LA, Bray F, Siegel RL, et al. Global cancer statistics, 2012. *CA Cancer J Clin*. 2015;65(2):87–108.

2. Schuler S, Ponnath M, Engel J, et al. Ovarian epithelial tumors and reproductive factors: a systematic review. *Arch Gynecol Obstet*. 2013;287(6):1187–1204.

3. Rice MS, Murphy MA, Tworoger SS. Tubal ligation, hysterectomy and ovarian cancer: a meta-analysis. *J Ovarian Res*. 2012;5(1):13.

4. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res (Phila)*. 2013;6(8):811–821.

5. Pearce CL, Templeman C, Rossing MA, et al. Association between endometriosis and risk of histological subtypes of ovarian cancer: a pooled analysis of case-control studies. *Lancet Oncol*. 2012;13(4):385–394.

6. Fathalla MF. Incessant ovulation–a factor in ovarian neoplasia? [letter]. *Lancet*. 1971;2(7716):163.

7. Cramer DW, Welch WR. Determinants of ovarian cancer risk. II. Inferences regarding pathogenesis. *J Natl Cancer Inst*. 1983;71(4):717–721.

8. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst*. 1999;91(17):1459–1467.

9. Shan W, Liu J. Inflammation: a hidden path to breaking the spell of ovarian cancer. *Cell Cycle*. 2009;8(19):3107–3111.

10. Brunham RC, Gottlieb SL, Paavonen J. Pelvic inflammatory disease. *N Engl J Med*. 2015;372(21):2039–2048.

11. Sutton MY, Sternberg M, Zaidi A, et al. Trends in pelvic inflammatory disease hospital discharges and ambulatory visits, United States, 1985–2001. *Sex Transm Dis*. 2005;32(12):778–784.

12. Aral SO, Mosher WD, Cates W Jr. Self-reported pelvic inflammatory disease in the US: a common occurrence. *Am J Public Health*. 1985;75(10):1216–1218.

13. Leichliter JS, Chandra A, Aral SO. Correlates of self-reported pelvic inflammatory disease treatment in sexually experienced reproductive-aged women in the United States, 1995 and 2006–2010. *Sex Transm Dis*. 2013;40(5):413–418.

14. Weström L. Decrease in incidence of women treated in hospital for acute salpingitis in Sweden. *Genitourin Med*. 1988;64(1):59–63.

15. Risch HA, Howe GR. Pelvic inflammatory disease and the risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev*. 1995;4(5):447–451.

16. Shu XO, Brinton LA, Gao YT, et al. Population-based case-control study of ovarian cancer in Shanghai. *Cancer Res*. 1989;49(13):3670–3674.

17. Lin HW, Tu YY, Lin SY, et al. Risk of ovarian cancer in women with pelvic inflammatory disease: a population-based study. *Lancet Oncol*. 2011;12(9):900–904.

18. Rasmussen CB, Faber MT, Jensen A, et al. Pelvic inflammatory disease and risk of invasive ovarian cancer and ovarian borderline tumors. *Cancer Causes Control*. 2013;24(7):1459–1464.

19. McAlpine JN, Lisonkova S, Joseph KS, et al. Pelvic inflammation and the pathogenesis of ovarian cancer: a cohort study. *Int J Gynecol Cancer*. 2014;24(8):1406–1413.

20. Merritt MA, Green AC, Nagle CM, et al. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer*. 2008;122(1):170–176.

21. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology*. 2000;11(2):111–117.

22. Parazzini F, La Vecchia C, Negri E, et al. Pelvic inflammatory disease and risk of ovarian cancer. *Cancer Epidemiol Biomarkers Prev*. 1996;5(8):667–669.

23. Wu AH, Pearce CL, Tseng CC, et al. Markers of inflammation and risk of ovarian cancer in Los Angeles County. *Int J Cancer.* 2009;124(6):1409–1415.

24. Gates MA, Rosner BA, Hecht JL, et al. Risk factors for epithelial ovarian cancer by histologic subtype. *Am J Epidemiol.* 2010;171(1):45–53.

25. Ramus SJ, Vierkant RA, Johnatty SE, et al. Consortium analysis of 7 candidate SNPs for ovarian cancer. *Int J Cancer.* 2008;123(2):380–388.

26. Bandera EV, King M, Chandran U, et al. Phytoestrogen consumption from foods and supplements and epithelial ovarian cancer risk: a population-based case control study. *BMC Womens Health.* 2011;11:40.

27. Bodelon C, Cushing-Haugen KL, Wicklund KG, et al. Sun exposure and risk of epithelial ovarian cancer. *Cancer Causes Control.* 2012;23(12):1985–1994.

28. Glud E, Kjaer SK, Thomsen BL, et al. Hormone therapy and the impact of estrogen intake on the risk of ovarian cancer. *Arch Intern Med.* 2004;164(20):2253–2259.

29. van Altena AM, van Aarle S, Kiemeney LA, et al. Adequacy of family history taking in ovarian cancer patients: a population-based study. *Fam Cancer.* 2012;11(3):343–349.

30. Wetzels JF, Kiemeney LA, Swinkels DW, et al. Age- and gender-specific reference values of estimated GFR in Caucasians: the Nijmegen Biomedical Study. *Kidney Int.* 2007;72(5):632–637.

31. Goodman MT, Lurie G, Thompson PJ, et al. Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. *Endocr Relat Cancer.* 2008;15(4):1055–1060.

32. Lo-Ciganic WH, Zgibor JC, Bunker CH, et al. Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. *Epidemiology.* 2012;23(2):311–319.

33. Pike MC, Pearce CL, Peters R, et al. Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. *Fertil Steril.* 2004;82(1):186–195.

34. Risch HA, Bale AE, Beck PA, et al. PGR +331 A/G and increased risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2006;15(9):1738–1741.

35. Schildkraut JM, Iversen ES, Wilson MA, et al. Association between DNA damage response and repair genes and risk of invasive serous ovarian cancer. *PLoS One.* 2010;5(4):e10061.

36. Ziogas A, Gildea M, Cohen P, et al. Cancer risk estimates for family members of a population-based family registry for breast and ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2000;9(1):103–111.

37. Zhang S, Royer R, Li S, et al. Frequencies of BRCA1 and BRCA2 mutations among 1,342 unselected patients with invasive ovarian cancer. *Gynecol Oncol.* 2011;121(2):353–357.

38. Risch HA, Jain M, Marrett LD, et al. Dietary fat intake and risk of epithelial ovarian cancer. *J Natl Cancer Inst.* 1994;86(18):1409–1415.

39. Stukel TA, Demidenko E, Dykes J, et al. Two-stage methods for the analysis of pooled data. *Stat Med.* 2001;20(14):2115–2130.

40. DerSimonian R, Laird N. Meta-analysis in clinical trials. *Control Clin Trials.* 1986;7(3):177–188.

41. Leffondré K, Abrahamowicz M, Siemiatycki J, et al. Modeling smoking history: a comparison of different approaches. *Am J Epidemiol.* 2002;156(9):813–823.

42. Massey FJ Jr. The Kolmogorov-Smirnov test for goodness of fit. *J Am Stat Assoc.* 1951;46(253):68–78.

43. Gilks CB, Ionescu DN, Kalloger SE, et al. Tumor cell type can be reproducibly diagnosed and is of independent prognostic significance in patients with maximally debulked ovarian carcinoma. *Hum Pathol.* 2008;39(8):1239–1251.

44. Hussain SP, Harris CC. Inflammation and cancer: an ancient link with novel potentials. *Int J Cancer.* 2007;121(11):2373–2380.

45. Yang R, Shih I, Kurman RJ. Fallopian tube precursors of ovarian low- and high-grade serous neoplasms. *Histopathology.* 2013;62(1):44–58.

46. Kurman RJ, Shih I. Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer—shifting the paradigm. *Hum Pathol.* 2011;42(7):918–931.

## Acknowledgments

This work was supported by the European Commission's Seventh Framework Programme grant 223175 (HEALTH-F2-2009-223175). It was also supported by the US National Institutes of Health (grants R01 CA074850 and R01 CA080742 (CON); R01 CA112523 and R01 CA87538 (DOV); R01 CA58598, N01 CN55424, and N01 PC 67001 (HAW); R01 CA95023, K07 CA080668, and P50 CA159981 (HOP); R01 CA61107 (MAL); R01 CA76016 (NCO); P30 CA072720, K07 CA096666, R01 CA83918, and K22 CA138563 (NJO); R01 CA063678, R01 CA149429, and R01 CA063682 (TOR); R01 CA058860, R01 CA092044, and PSA 042205 (UCI); P01 CA17054, P30 CA14089, R01 CA61132, N01 PC67010, R03 CA113148, R03 CA115195, and N01 CN025403 (USC)); Danish Cancer Society (grant 94 222 52 (MAL)); Mermaid 1 (MAL); US Army Medical Research and Materiel Command (grant DAMD17-01-1-0729) (AUS); National Health and Medical Research Council of Australia (grants 199600 and 400281 (AUS)); Cancer Councils of New South Wales, Victoria, Queensland, South Australia, and Tasmania (AUS); Cancer Foundation of Western Australia (AUS); US Department of Defense (grants DAMD17-02-1-0669 (HOP) and DAMD17-02-1-0666 (NCO)); Cancer Institute of New Jersey (NJO); Radboud University Nijmegen Medical Centre (NTH); Lon V Smith Foundation (grant LVS-39420 (UCI)); and California Cancer Research Program (grants 00-01389V-20170 and 2II0200 (USC)). The Ovarian Cancer Association Consortium is supported by a grant from the Ovarian Cancer Research Fund.

Penelope Webb and Susan Jordan wrote on behalf of the Australian Ovarian Cancer Study Group. The Australian group thanks all the clinical and scientific collaborators for their contribution (AUS). The cooperation of the 32 Connecticut hospitals, including Stamford Hospital, in allowing patient access is gratefully acknowledged (CON). The MAL study is grateful to Nick Martinussen for data management assistance. We are grateful to the family and friends of Kathryn Sladek Smith for their generous support of the Ovarian Cancer Association Consortium through their donations to the Ovarian Cancer Research Fund.

Certain data from the Connecticut Ovarian Cancer Study were obtained from the Connecticut Tumor Registry, Connecticut Department of Public Health. The Connecticut Ovarian Cancer Study investigators assume full responsibility for analyses and interpretation of these data.

## Abbreviations

AUS, Australian Ovarian Cancer Study/Australian Cancer Study (Ovarian Cancer); CI, confidence interval; CON, Connecticut Ovarian Cancer Study; DOV, Diseases of the Ovary and Their Evaluation; HAW, Hawaii Ovarian Cancer Study; HOP, Hormones and Ovarian Cancer Prediction; MAL, Danish Malignant Ovarian Tumor Study; NCO, North Carolina Ovarian Cancer Study; NJO, New Jersey Ovarian Cancer Study; NTH, Nijmegen Polygene Study and Nijmegen Biomedical Study; OCAC, Ovarian Cancer Association Consortium; OR, odds ratio; PID, pelvic inflammatory disease; pOR, pooled odds ratio; SON, Southern Ontario Ovarian Cancer Study; TOR, Familial Ovarian Tumor Study; UCI, University of California Irvine Ovarian Cancer Study; USC, Los Angeles County Case-Control Studies of Ovarian Cancer.

*Am J Epidemiol.* 2017;185(1):8-20. © 2017

This website uses cookies to deliver its services as described in our Cookie Policy. By using this website, you agree to the use of cookies.
close

# Exhibit 112

# THE NATIONAL ACADEMIES PRESS

This PDF is available at http://www.nap.edu/21841

SHARE    



## Ovarian Cancers:  Evolving Paradigms in Research and Care

### DETAILS

396 pages | 6 x 9 | PAPERBACK
ISBN 978-0-309-38046-1 | DOI: 10.17226/21841

BUY THIS BOOK

FIND RELATED TITLES

### AUTHORS

Committee on the State of the Science in Ovarian Cancer Research;
Board on Health Care Services; Institute of Medicine; National
Academies of Sciences, Engineering, and Medicine



Visit the National Academies Press at NAP.edu and login or register to get:

– Access to free PDF downloads of thousands of scientific reports

– 10% off the price of print titles

– Email or social media notifications of new titles related to your interests

– Special offers and discounts

Distribution, posting, or copying of this PDF is strictly prohibited without written permission of the National Academies Press.
(Request Permission) Unless otherwise indicated, all materials in this PDF are copyrighted by the National Academy of Sciences.

Copyright © National Academy of Sciences. All rights reserved.

# Ovarian Cancers

EVOLVING PARADIGMS IN RESEARCH AND CARE

Committee on the State of the Science in Ovarian Cancer Research

Board on Health Care Services

Institute of Medicine

*The National Academies of*
SCIENCES · ENGINEERING · MEDICINE

THE NATIONAL ACADEMIES PRESS
*Washington, DC*
**www.nap.edu**

Copyright © National Academy of Sciences. All rights reserved.

**THE NATIONAL ACADEMIES PRESS**      500 Fifth Street, NW      Washington, DC 20001

This activity was supported by Contract No. 200-2011-38807 with the Centers for Disease Control and Prevention. Any opinions, findings, conclusions, or recommendations expressed in this publication do not necessarily reflect the views of any organization or agency that provided support for the project.

International Standard Book Number-13:   978-0-309-38046-1
International Standard Book Number-10:   0-309-38046-4
Library of Congress Control Number:   2016933599
Digital Object Identifier: 10.17226/21841

Additional copies of this report are available for sale from the National Academies Press, 500 Fifth Street, NW, Keck 360, Washington, DC 20001; (800) 624-6242 or (202) 334-3313; http://www.nap.edu.

Copyright 2016 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America

Suggested citation: National Academies of Sciences, Engineering, and Medicine. 2016. *Ovarian cancers: Evolving paradigms in research and care.* Washington, DC: The National Academies Press. doi: 10.17226/21841.

Copyright © National Academy of Sciences. All rights reserved.

# *The National Academies of*
# SCIENCES·ENGINEERING·MEDICINE

The **National Academy of Sciences** was established in 1863 by an Act of Congress, signed by President Lincoln, as a private, nongovernmental institution to advise the nation on issues related to science and technology. Members are elected by their peers for outstanding contributions to research. Dr. Ralph J. Cicerone is president.

The **National Academy of Engineering** was established in 1964 under the charter of the National Academy of Sciences to bring the practices of engineering to advising the nation. Members are elected by their peers for extraordinary contributions to engineering. Dr. C. D. Mote, Jr., is president.

The **National Academy of Medicine** (formerly the Institute of Medicine) was established in 1970 under the charter of the National Academy of Sciences to advise the nation on medical and health issues. Members are elected by their peers for distinguished contributions to medicine and health. Dr. Victor J. Dzau is president.

The three Academies work together as the **National Academies of Sciences, Engineering, and Medicine** to provide independent, objective analysis and advice to the nation and conduct other activities to solve complex problems and inform public policy decisions. The Academies also encourage education and research, recognize outstanding contributions to knowledge, and increase public understanding in matters of science, engineering, and medicine.

Learn more about the National Academies of Sciences, Engineering, and Medicine at **www.national-academies.org**.

Copyright © National Academy of Sciences. All rights reserved.

# 3

# Prevention and Early Detection

Improving the prevention and early detection of ovarian carcinomas will be a critical component of reducing morbidity and mortality from ovarian cancer. This chapter discusses the genetic and nongenetic risk factors of the disease along with potential prevention strategies and methods for early detection and screening of ovarian cancer. In particular, this chapter identifies a number of gaps in knowledge related to identifying those women who are at highest risk for developing ovarian carcinomas, and it describes several challenges to developing screening tests for high-risk women, their families, and the general population. The chapter also explains how gaps in knowledge about the basic biology of ovarian carcinomas (as discussed in Chapter 2) hinder the development of better methods to prevent ovarian carcinomas or detect them at the earliest stage of disease progression.

## RISK ASSESSMENT FOR OVARIAN CANCER

Although scientists' understanding about the early carcinogenic events of ovarian cancer is incomplete (see Chapter 2), researchers have identified several factors associated with either an increased or a decreased risk of developing ovarian cancer (see Table 3-1). While some of these risks factors cannot be modified (e.g., age and ancestry), a number of others (e.g., hormone use and diet) can be altered through lifestyle changes, pharmacological interventions, or surgery. A critical drawback, however, is that nearly all of the identified risk factors are associated predominantly with the less common and less lethal ovarian cancer subtypes and not with the most common and lethal type—high-grade serous carcinoma (HGSC). Ovarian

97

Copyright © National Academy of Sciences. All rights reserved.

*Smoking*

The association of smoking with risk for ovarian cancer varies by subtype. A recent meta-analysis found a 7 percent increased risk of ovarian cancer for current smokers versus women who had never smoked, but the association varied signiflcantly by histologic subtype (Beral et al., 2012). Smoking was associated with an approximately 20 percent lower risk for endometrioid and clear cell carcinomas and an approximately 80 percent increased risk for mucinous carcinomas among current smokers versus never-smokers; serous carcinomas were not associated with smoking.

*Inflammation*

Studies of the inflammatory marker C-reactive protein suggest a possible association between inflammation and an increased risk of ovarian cancer (Ose et al., 2015b; Poole et al., 2013). Other speciflc inflammatory factors have also been associated with ovarian cancer. A meta-analysis reported that exposure to asbestos was associated with a 77 percent increased risk of ovarian cancer mortality (Camargo et al., 2011), and the International Agency for Research on Cancer determined that there was sufflcient evidence to support a causal relationship between asbestos exposure and ovarian cancer (Straif et al., 2009). This has led to studies of talc use, which is chemically similar to asbestos and can cause an inflammatory response. The use of perineal talcum powder has been associated with a 20 to 30 percent increased risk of ovarian cancer, although it also has been show to vary by histologic subtype (Cramer et al., 2015; Terry et al., 2013). One analysis reported a 9 percent lower ovarian cancer risk with regular aspirin use, with stronger results among daily users (Trabert et al., 2014). However, most cohort studies have not observed a similar reduction in risk (Brasky et al., 2014; Lacey et al., 2004; Murphy et al., 2012; Ni et al., 2013; Pinheiro et al., 2009; Prizment et al., 2010; Setiawan et al., 2012).

As mentioned previously, endometriosis is associated with an increased risk of ovarian cancer, and tubal ligation and hysterectomy (which may limit the ability of endometrial tissues to access the fallopian tubes, ovaries, and pelvic region by retrograde menstruation) act to decrease this risk. Hysterectomy is associated with an approximately 30 percent decreased risk of ovarian cancer, and tubal ligation has been associated with a 26 percent decreased risk of ovarian cancer overall and a 55 percent lower risk of endometrioid cancer, the ovarian cancer type most strongly associated with endometriosis (Rice et al., 2012). The exact causes for the increased risk of ovarian cancer from endometriosis are unknown. However, endometriosis is associated with an inflammatory environment characterized by elevated levels of cytokines and growth factors (Arici, 2002; Malutan

Copyright © National Academy of Sciences. All rights reserved.

Exhibit 113

Gynecologic Oncology 145 (2017) 595–602



Contents lists available at ScienceDirect

# Gynecologic Oncology

journal homepage: www.elsevier.com/locate/ygyno



Review Article

# Updates of the role of oxidative stress in the pathogenesis of ovarian cancer



Ghassan M. Saed [a,*], Michael P. Diamond [b], Nicole M. Fletcher [a]

[a] The Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, United States
[b] The Department of Obstetrics and Gynecology, Augusta University, Augusta, GA, United States

HIGHLIGHTS

- Oxidative stress plays an essential role in the pathogenesis of ovarian cancer.
- Modulating the redox balance may have therapeutic value.
- Chemoresistant ovarian cancer cells have an even further elevated oxidative stress.
- Chemotherapy-induced mutations in redox enzymes may contribute to chemoresistance.

ARTICLE INFO

Article history:
Received 31 December 2016
Received in revised form 16 February 2017
Accepted 20 February 2017
Available online 23 February 2017

Keywords:
Ovarian cancer
Oxidative stress
Chemoresistance
Genetic mutations
Hypoxia
Single nucleotide polymorphisms

ABSTRACT

Clinical and epidemiological investigations have provided evidence supporting the role of reactive oxygen species (ROS) and reactive nitrogen species (RNS), collectively known as oxidative stress, in the etiology of cancer. Exogenous factors such as chronic inflammation, infection and hypoxia are major sources of cellular oxidative stress. Specifically, oxidative stress plays an important role in the pathogenesis, neoangiogenesis, and dissemination of local or distant ovarian cancer, as it is known to induce phenotypic modifications of tumor cells by cross talk between tumor cells and the surrounding stroma. Subsequently, the biological significance of the relationship between oxidative stress markers and various stages of epithelial ovarian cancer highlights potential therapeutic interventions as well as provides urgently needed early detection biomarkers. In the light of our scientific research and the most recent experimental and clinical observations, this review provides the reader with up to date most relevant findings on the role of oxidative stress in the pathogenesis of ovarian cancer and the possible therapeutic implications.

© 2017 Elsevier Inc. All rights reserved.

## Contents

1.    Ovarian cancer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 596
2.    Oxidative stress . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 596
3.    Oxidative stress and cancer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 596
4.    Cancer cells are under intrinsic oxidative stress . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 597
5.    Ovarian cancer cells manifest a persistent pro-oxidant state. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 598
6.    Oxidative stress triggers cancer cells to favor anaerobic metabolism . . . . . . . . . . . . . . . . . . . . . . . . . . . 598
7.    Chemotherapy and the acquisition of chemoresistance in EOC cells . . . . . . . . . . . . . . . . . . . . . . . . . . . . 599
8.    Polymorphisms in key oxidant and antioxidant enzymes are associated with ovarian cancer . . . . . . . . . . . . . . . 600
9.    Acquisition of chemoresistance in ovarian cancer cells is associated with specific point mutations in key redox enzymes . 600
10.    Ovarian cancer immunotherapy and oxidative stress . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 601
11.    Summary and conclusion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 601
Conflicts of interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 601
References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 601

* Corresponding author at: Wayne State University, 275 E Hancock Street, Detroit, MI 48201, United States.
E-mail address: gsaed@med.wayne.edu (G.M. Saed).

http://dx.doi.org/10.1016/j.ygyno.2017.02.033
0090-8258/© 2017 Elsevier Inc. All rights reserved.

596 G.M. Saed et al. / Gynecologic Oncology 145 (2017) 595–602

## 1. Ovarian cancer

Ovarian cancer is the fifth leading cause of cancer death; the leading cause of death from gynecologic malignancies, and the second most commonly diagnosed gynecologic malignancy; yet the underlying pathophysiology continues to be delineated [1]. The majority of advanced-stage tumors are of epithelial cell origin and can arise from serous, mucinous, or endometrioid cells on the surface epithelium of the ovary or the fallopian tube [1]. Surgical cytoreduction followed by platinum/taxane chemotherapy results in complete clinical response in 50–80% of patients with stage III and IV disease, but most will relapse within 18 months with chemoresistant disease [1]. Mortality rates for this type of malignancy are high because of a lack of an early-stage screening method, as well as the development of drug resistance [1].

Many cases of ovarian cancer continue to be described as de novo although several theories regarding its origination have been proposed. Some of these theories include 1) the incessant ovulation hypothesis, where ovarian surface epithelial cells are injured due to repeated ovulation leading to eventual transformation and malignancy, 2) the gonadotropin hypothesis describes overstimulation of ovarian surface epithelium through hormone receptors leading to malignant transformation, and 3) the cell of origin for most epithelial ovarian cancer is not originating in the ovary but rather coming from the fallopian tube and spreading to the ovary, and beyond [1–3]. Thus, the exact origin(s) and pathogenesis of ovarian cancer still remains under debate.

Recently, a revised model of epithelial ovarian carcinogenesis has been proposed that distinguishes more clearly between type I and type II tumors based on both molecular genetic findings and histopathologic studies [3]. Kurman and Shih describe a dualistic model of ovarian carcinogenesis where type I tumors develop from benign extraovarian precursor lesions that implant on the ovary are classified into three groups described as; endometriosis-related tumors (endometrioid, clear cell, and seromucinous), low-grade serous carcinomas, and then mucinous carcinomas and malignant Brenner tumors [3]. On the other hand, type II tumors develop from intraepithelial carcinomas in the fallopian tube, and involve both the ovary and extraovarian sites and are classified as high-grade serous carcinomas that can be further subdivided into morphologic and molecular subtypes [3].

The overwhelming majority of ovarian cancers are derived from ovarian surface epithelium. Metastasis is achieved through detachment of single cells or clusters of cells from the primary tumor followed by implantation on peritoneal mesothelial lining [4]. Unlike many other type of cancer, ovarian carcinomas rarely metastasize outside of the peritoneal cavity [5]. Additionally, the presence of spheroids in ascites is a contributing factor to not only metastasis but also to chemoresistance. Spheroid cells are also known as ovarian cancer stem cells that have numerous characteristics of cancer stem cells including self-renewal, the ability to produce differentiated progeny, increased expression of genes associated with cancer stem cells, higher invasiveness, migration potential, altered metabolism, and enhanced chemoresistance [4,6].

Ovarian cancer has also been characterized to manifest loss of function of the p53 gene due to mutations as well as other oncogenic pathways including retinoblastoma protein, the phosphatidylinositol 3 kinase (PI3K)/rat sarcoma viral oncogene pathways, and Notch signaling [1]. Moreover, ovarian cancer is associated with germline mutations in the BRCA1 or BRCA2 genes, affecting only 20–40% of patients, suggesting the possibility of the presence of unknown mutations in other genes [1]. Additional genetic variations, many of which have been identified in recent genome-wide association studies, have been hypothesized to act as low to moderate penetrant alleles, which contribute to ovarian cancer risk, as well as other diseases [7]. Several studies have been done to identify differentially expressed genes in ovarian carcinoma for diagnosis of early-stage ovarian cancer as well as the use of such markers as targets for improved therapy and treatment, although to date these have not yielded reproducible prognostic indicators for identification and clinical outcomes [1,8–10].

## 2. Oxidative stress

The imbalance between production and elimination of free radicals and reactive metabolites leads to a state of oxidative stress and subsequent damage of important biomolecules and cells, with potential impact on the whole organism [11]. Reactive oxygen species (ROS) are oxygen-derived small molecules, including oxygen radicals, such as superoxide ($O_2 \cdot^-$), hydroxyl (HO•), peroxyl (RO₂•), and alkoxyl (RO•), as well as various non-radicals that can be converted to radicals or serve as oxidizing agents and include hydrogen peroxide ($H_2O_2$), hypochlorous acid (HOCl), ozone ($O_3$), and singlet oxygen ($^1O_2$) [11,12]. Reactive nitrogen species (RNS) are nitrogen-containing oxidants and are formed from nitric oxide (NO) that is generated from the mitochondrial respiratory chain under hypoxic conditions [11]. The persistent generation of cellular ROS and RNS is a consequence of many factors including exposure to carcinogens, infection, inflammation, environmental toxicants, nutrients, and mitochondrial respiration [11–14]. Various enzyme systems produce ROS and RNS including cytochrome P450, lipoxygenase, cyclooxygenase, nicotinamide adenine dinucleotide phosphate (NAD(P)H) oxidase complex, xanthine oxidase (XO), and peroxisomes [11,13,15] (Fig. 1).

Various enzyme systems that neutralize toxic ROS and RNS are vital in maintaining the redox balance, and are summarized in Fig. 1. Superoxide dismutase (SOD) catalyzes the conversion of $O_2 \cdot^-$ to $H_2O_2$, which then can be converted to water by catalase (CAT) or glutathione peroxidase (GPX) coupled with glutathione reductase (GSR) [12] (Fig. 1). Other important scavengers include thioredoxin coupled with thioredoxin reductase, and glutaredoxin, which utilizes glutathione (GSH) as a substrate. Additionally, glutathione S-transferase (GST) is involved in detoxification of varieties of environmental carcinogens and xenobiotics by catalyzing their conjugation to GSH, and subsequent removal from the cell [12] (Fig. 1). Glutathione plays a central role in maintaining redox homeostasis, and the GSH-to-oxidized-GSH (GSH/GSSG) ratio provides an estimate of cellular redox buffering capacity [16,17]. Moreover, evidence suggests that increased oxidative stress mediated by the GSH/GSSG complex results in enhanced activity of the GS-X-MRP1 efflux pump [17]. This pump is known to decrease the intracellular effective chemotherapeutic drug concentration; therefore it is considered one of the mechanisms of multiple drug resistance [16,17].

## 3. Oxidative stress and cancer

Oxidative stress has been reported to affect all phases of the oncogenic process including initiation, promotion, and progression [11,12]. Oxidative stress is known to activate several transcription factors including nuclear factor (NF)-κB, activator protein (AP)-1, p53, hypoxia inducible factor (HIF)-1α, peroxisome proliferator-activated receptor (PPAR)-γ, β-catenin/Wnt, and Nuclear factor erythroid 2-related factor 2 (Nrf2), which modulate the expression of numerous genes involved in immune and inflammatory responses, tissue remodeling and fibrosis, carcinogenesis, and metastasis [11]. The expression of some antioxidant enzymes is known to be controlled by the master transcription factor regulator Nrf2 [11,18]. The activation of Nrf2 involves a suppressor protein known as Kelch Like ECH Associated Protein 1 (Keap1) that binds Nrf2 in the cytoplasm, preventing its translocation into the nucleus for binding specific promoters [11,18].

Reactive oxygen species are known to alter the expression of several genes through induction of genetic mutations, resulting in alteration of the balance between cell proliferation and apoptosis [1,11,19]. Damage to DNA by ROS is now accepted as a major cause of cancer, and has been demonstrated in both breast and hepatocellular carcinoma [20]. Oxidation of DNA bases, such as thymidine glycol, 5-hydroxymethyl-2′-

G.M. Saed et al. / Gynecologic Oncology 145 (2017) 595–602                    597



**Fig. 1.** Summary of key oxidant and antioxidants in cancer. Abbreviations are iNOS, inducible nitric oxide synthase; MPO, myeloperoxidase, $H_2O_2$, hydrogen peroxide; $NO_2^-$, nitrite; $NO_3^-$, nitrate; $ONOO^-$, peroxynitrite; L-Arg, L-arginine; $HO\bullet$, hydroxyl radical; SOD, superoxide dismutase, CAT, catalase; GSH, glutathione; GPX, glutathione peroxidase; GSR, glutathione reductase; GST, glutathione S-transferase; GSSG, reduced glutathione; NAD(P)H, nicotinamide adenine dinucleotide phosphate; $H_4B$, tetrahydrobiopterin; $Fe^{2+}$, Iron (II); $Fe^{3+}$, Iron (III); $O_2^{\bullet-}$, superoxide; $NO^{\bullet+}$, nitrosonium cation; $Cl^-$, chloride ion; HOCl, hypochlorous acid.

deoxyuridine, and 8-OHdG are now considered as markers of DNA damage by oxidative stress [19]. More importantly, ROS are considered an essential factor in the maintenance of the oncogenic phenotype by activation of certain signaling pathways, specifically, the MAPK/AP-1 and NF-κB pathways [20]. On the other hand, ROS are also required for the induction of cell death and thus can act as antitumor agents, which in this case is dependent on the concentration of ROS in the cellular environment [21].

Additionally, ROS are known to enhance tumor invasion and metastasis by increasing the rates of cell migration [1,11]. The NAD(P)H oxidase family of enzymes, a major source of cellular ROS, has been linked to the promotion of tumor cell survival and growth in pancreatic and lung cancers [1,11]. Reactive oxygen species regulate the expression of intercellular adhesion protein-1 (ICAM-1), a cell surface protein in endothelial and epithelial cells, through the activation of NF-κB. ICAM-1 and IL-8 regulate the migration of neutrophils across the endothelium, which aid in tumor metastasis [11]. Another key player in the tumor invasion process is the upregulation of specific matrix metalloproteinases (MMPs), such as MMP-2, MMP-3, MMP-9, MMP-10, and MMP-13 by $H_2O_2$ and NO [11]. The mechanism of MMP upregulation involves the activation of Ras, the MAPK family members ERK1/2, p38, and JNK, or the inactivation of phosphatases [11,22]. Matrix metalloproteinases are essential enzymes in the degradation of most components of the basement membrane and extracellular matrix, such as type IV collagen [11,22].

Angiogenesis is critical for the survival of solid tumors and is also regulated by ROS [11]. Angiogenesis is regulated by a number of oncogenes and tumor-suppressor genes such as Ras, c-Myc, c-Jun, mutated p53, human epidermal growth factor receptor-2, and steroid receptor coactivators through the up-regulation of VEGF or the down-regulation of thrombospondin-1 (TSP-1), an angiogenesis suppressor [11]. Reactive oxygen species stabilizes HIF-1α protein and induces the production of angiogenic factors by tumor cells.

## 4. Cancer cells are under intrinsic oxidative stress

Cancer cells are known to manifest increased aerobic glycolysis (Warburg effect) and high levels of intrinsic oxidative stress [23,24]. Hypoxia triggers several critical adaptations that enable cell survival: it suppresses apoptosis, alters glucose metabolism, and triggers an angiogenic phenotype [15,23]. Recent investigations suggest that $O_2$ depletion stimulates mitochondria to produce ROS, which subsequently activates signaling pathways, such as HIF-1α, that promote cell survival and consequently, fibrotic growth [15]. Although HIF-1α is constitutively expressed, its half-life is extremely short because it is rapidly hydroxylated by dioxygen, oxaloglutarate, and iron-dependent prolyl 4-hydroxylases (PHD 1, 2, and 3), located in the nucleus, cytoplasm, or both, respectively [24,25]. Recent studies suggest that NO and ROS, some of which may be of mitochondrial origin, can promote HIF-1α stabilization by inhibiting (prolyl hydroxylase) PHD activity [15,26]. Superoxide is converted to $H_2O_2$ by SOD, and the resulting $H_2O_2$ efflux into the cytosol inhibits PHD activity, allowing HIF-1α to accumulate, dimerize with HIF-1β, and translocate into the nucleus where it modulates the expression of genes that favor survival under hypoxic conditions [15]. Support for the role of mitochondrial ROS in HIF-1α stabilization comes from studies showing that HIF-1α stabilization can be blocked under hypoxic conditions if ROS production is abrogated in mitochondria that lack cytochrome $c$ or that have been treated with small interfering RNA (siRNA) to knock down the Rieske protein [15,27].

Several pro-oxidant enzymes such as of myeloperoxidase (MPO), inducible nitric oxide synthase (iNOS) and NAD(P)H oxidase have been found in numerous types of malignant tumors including breast, lung, prostate, bladder, colorectal and malignant melanoma, while the expression strongly depends on the histological grade/grade of the tumor [9,28,29]. Similarly, antioxidants have also been associated with cancer. Both GSR and GPX expression have been reported to be differentially expressed in various types of cancer [9]. Additionally, CAT was

G.M. Saed et al. / Gynecologic Oncology 145 (2017) 595–602

decreased in breast, bladder, and lung cancer while increased in brain cancer [9,28,29]. Superoxide dismutase is expressed in lung, colorectal, gastric, ovarian, and breast cancer, while decreased activity and expression have been reported in colorectal carcinomas and pancreatic cancer cells [9,28,29]. Collectively, this differential expression of oxidants and antioxidants demonstrates how the microenvironment of cancer is both unique and complex.

## 5. Ovarian cancer cells manifest a persistent pro-oxidant state

Oxidative stress has been implicated in the pathogenesis of several malignancies, including ovarian cancer [24,30]. Evidence suggests that ovarian cancer patients have decreased levels of circulating antioxidants and higher levels of oxidative stress [10,23,24,30–32]. In the past two decades, it has been reported that epithelial ovarian cancer (EOC) tissues and cells manifest a pro-oxidant state characterized by an increased expression of key pro-oxidant enzymes and decreased expression of antioxidant enzymes [31–33] (Table 1). Specifically, EOC cells and tissues manifested an increased expression of iNOS, MPO, NAD(P)H oxidase, as well as an increase in NO levels which correlated with expression in iNOS [31–33] (Table 1). Moreover, EOC cells manifested lower apoptosis, which was markedly induced by inhibiting iNOS with L-NAME, indicating a strong link between apoptosis and the NO/iNOS pathways in these cells [33]. More importantly, it was found that EOC cells manifested a significant increase in S-nitrosylation of caspase-3, which correlated with a significant decrease in caspase-3 activity, suggesting a potential mechanism of delayed apoptosis that was observed in these cells. Myeloperoxidase is a key oxidant enzyme that utilizes NO produced by iNOS, as a one-electron substrate generating nitrosonium cation (NO$^+$), a labile nitrosating species [32,34,35]. Interestingly, MPO was only recently found to be expressed by EOC cells and tissues, and has since been confirmed by other investigators [10, 32,36]. Collectively, these findings suggests that MPO is a key player in regulating apoptosis in EOC cells, but also highlights a possible cross talk between iNOS and MPO in ovarian cancer [32].

Myeloperoxidase, an abundant hemoprotein previously known to be present solely in neutrophils and monocytes, plays an essential role in immune surveillance and host defense mechanisms, and can contribute to 3-nitrotyrosine formations in vivo and directly modulates inflammatory responses via regulation of NO bioavailability during inflammation [32,37]. Silencing MPO gene expression utilizing MPO specific siRNA induced apoptosis in EOC cells through a mechanism that involved the S-nitrosylation of caspase-3 by MPO [32]. Additionally, MPO can serve as a source of free iron under oxidative stress, where both NO and $O_2 \cdot^-$ are elevated [10,32]. Iron reacts with $H_2O_2$ and catalyzes the generation of highly reactive hydroxyl radical (HO•), thereby increasing oxidative stress, which in turn increases free iron concentrations by the Fenton and Haber–Weiss reaction [10,32]. The potential

benefits of the combination of serum MPO and free iron as biomarkers for early detection of ovarian cancer have now been established [10]. Collectively, there is now substantial evidence demonstrating that altered oxidative stress may play a role in maintaining the oncogenic phenotype of ovarian cancer cells, and is summarized in Fig. 2.

## 6. Oxidative stress triggers cancer cells to favor anaerobic metabolism

Oxidative stress triggers cancer cells to favor anaerobic metabolism, despite the fact that oxygen is present [38,39]. This altered metabolism consists of an increase in glycolysis that is maintained in conditions of high oxygen tension ("aerobic glycolysis") and gives rise to enhanced lactate production [38–40]. To compensate for the reduction in cellular ATP production, [aerobic glucose oxidation generates more ATP per glucose molecule (36 ATP) as compared to glycolysis (2 ATP)], and cancer cells upregulate glucose receptors and significantly increase glucose uptake [24,25,40]. Aerobic glycolysis, in tumor cells, results in significant lactic acidosis, which additionally induces substantial toxicity to the surrounding tissues and in cancer cells themselves. Furthermore it has been shown that lactic acidosis facilitates tumor growth, in part through breakdown of extracellular matrix, increased cell mobility/metastatic potential, and activation of angiogenesis [40]. One of the foremost nearly ubiquitous mechanisms of aerobic glycolysis resides in the activation of HIF, an oxygen-sensitive transcription factor that is activated by hypoxic stress as well as oncogenic, inflammatory, metabolic, and oxidative stress [40]. The link between oxidative stress and aerobic glycolysis is supported by the fact that HIF is activated under hypoxic conditions and is known to induce the expression of several glucose transporters as well as most of the enzymes required for glycolysis [41]. Hypoxia-inducible factor also induces the expression of pyruvate dehydrogenate kinase (PDK), an enzyme that regulates the entry of pyruvate into the mitochondria [25,40,42]. Activated PDK can inhibit pyruvate dehydrogenase (PDH), thereby limiting the entry of pyruvate into the mitochondria, where glucose oxidation can occur.

Dichloroacetate (DCA) is a metabolic modulator that has been clinically utilized in the treatment of hereditary mitochondrial diseases as well as lactic acidosis [25,43]. Dichloroacetate inhibits PDK and thus shifts glucose metabolism in cancer cells from glycolysis to glucose oxidation, reversing the unique aerobic glycolysis found in solid tumors [44]. Consistent with these findings, DCA treatment significantly decreased HIF-1α expression [24]. Dichloroacetate has been shown to shift the oxidative balance in the intracellular redox state, leading to the activation of specific endonucleases, which induce apoptosis in EOC cells [24]. Treatment of EOC cells with DCA significantly induced apoptosis through the stimulation of caspase-3 activity in a dose-dependent manner, and was confirmed by the TUNEL assay [24]. Indeed, DCA has also been shown to induce apoptosis in cancer cells as evident by the efflux of cytochrome c and apoptosis-inducing factor from the mitochondria [45]. In support of these findings, it has been shown that aerobic glycolysis, as a result of oxidative stress, can result in resistance to apoptosis [24,46]. Several enzymes involved in glycolysis are also known to regulate apoptosis and gene transcription, suggesting that links between metabolic sensors, cell death, and gene transcription are established directly through the enzymes that control metabolism [25, 47]. Additionally, DCA induces apoptosis in glioblastoma, endometrial, prostate, and nonsmall cell lung cancers, further supporting the findings from this study, which aimed to establish a link between DCA, oxidative stress, and apoptosis in EOC cell lines, possibly through similar mechanisms [25].

Since DCA acts by activating PDH, through the inhibition of PDK, bringing pyruvate into the mitochondria and enhancing glucose oxidation, it is therefore an ideal approach to shift aerobic glycolysis to glucose oxidation coupling rather than just inhibiting aerobic glycolysis. Inhibiting aerobic glycolysis results in ATP depletion and necrosis, not apoptosis, because apoptosis is an energy-consuming process, requiring

**Table 1**
Summary of oxidant and antioxidant expression in sensitive and chemoresistant ovarian cancer. Abbreviations are iNOS, inducible nitric oxide synthase; MPO, myeloperoxidase, SOD, superoxide dismutase, CAT, catalase; GSH, glutathione; GPX, glutathione peroxidase; GSR, glutathione reductase; NAD(P)H, nicotinamide adenine dinucleotide phosphate.

| | Ovarian cancer | Chemoresistant ovarian cancer | Reference |
|---|---|---|---|
| *Oxidants* | | | |
| MPO | ↑ | ↑↑ | [10,32,36] |
| iNOS | ↑ | ↑↑ | [28,32] |
| Nitrite/nitrate | | ↑↑ | [9,28] |
| NAD(P)H oxidase | ↑ | | [31] |
| *Antioxidants* | | | |
| CAT | ↓ | ↑↑ | [9,30] |
| GSH | ↑↑ | | [58] |
| GSR | | ↓↓ | [9,28] |
| GPX | | ↑↑ | [9] |
| SOD | ↓ | ↓↓ | [9,30] |

G.M. Saed et al. / Gynecologic Oncology 145 (2017) 595–602



**Fig. 2.** Summary of the role of oxidative stress in the development of sensitive and chemoresistant ovarian cancer.

active mitochondria [25,48]. Dichloroacetate activates PDH through the inhibition of PDK at concentrations of 10 to 250 mmol/L or 0.15 to 37.5 mg/mL, in a dose-dependent fashion [25,49]. Four different isoforms of PDK have been identified that have variable expression and sensitivity to the inhibition by DCA [25,50]. Moreover, DCA administered at 35 to 50 mg/kg decreases lactate levels by more than 60% and directly activates PDH by 3- to 6-fold [25,49].

The high levels of ROS and RNS manifested by tumor cells can be countered by high levels of antioxidants, such as SOD [51]. Superoxide dismutase is considered a key antioxidant in aerobic cells and is responsible for the elimination of $O_2^{\bullet-}$ by converting it to $H_2O_2$. Indeed, deficiency in SOD or inhibition of the enzyme activity may cause accumulation of $O_2^{\bullet-}$ in the cells, which may result in the persistence of the oncogenic phenotype [52]. Interestingly, DCA has been shown to significantly induce the expression of SOD3 in EOC cells, however, in other studies using different cancer cell lines, it was reported that decreased levels of SOD are effective in the induction of apoptosis [23,24,53]. Decreased levels of SOD may result in toxic high levels of free radicals, which ultimately could lead to necrosis. On the other hand, ROS can also induce cellular senescence and cell death and can therefore function as antitumorigenic agents [24,54]. Whether ROS promote tumor cell survival or act as antitumorigenic agents depends on the cell and tissues, the location of ROS production, and the concentration of individual ROS [11].

In summary, studies have shown that shifting anaerobic to aerobic metabolism by DCA induces apoptosis of EOC cells [24]. This effect was attributed to the modulation of key enzymes that are central to controlling the cellular redox balance. The utilization of DCA to induce apoptosis of EOC cells may provide a therapeutic option in the treatment of EOC. Explicably, the potential therapeutic value of DCA for ovarian cancer will require future analysis utilizing more cell lines, including

ovarian surface epithelial cells, fallopian tube secretory epithelial cells, as well as patients.

## 7. Chemotherapy and the acquisition of chemoresistance in EOC cells

Despite significant advances in surgery and anticancer treatment, chemotherapy resistance remains a major obstacle to improving a cancer patient's outcome [55]. Taxanes and platinums are the current drug therapies used for treatment of ovarian cancer. Chemoresistance greatly limits the range of possibilities for subsequent treatments, because some tumors become resistant not only to the initial drug but also to new therapeutic agents with different mechanisms of action [56]. Many chemotherapy drugs serve as a source of oxidative stress through a direct mechanism of cell death, or as an indirect effect of exposure, as observed with several chemotherapeutic agents [57]. Known factors affecting the occurrence of resistance include: altered drug influx/efflux, increased platinum accumulation in tumor cells, increased GSH synthesis, loss of tumor necrosis factor receptor apoptosis-inducing ligand (TRAIL)-induced apoptosis, increased DNA repair and enhanced ability to repair through up-regulation of DNA repair genes [11]. Moreover, overexpression of GST is known to reduce the reactivity of various chemotherapy drugs [58]. Additionally, loss of functional p53 augments NF-κB activated-inflammation, thus, stabilization of wild-type p53 is critical for the prevention of EOC from progression to drug-resistance [11]. Chemoresistant EOC cells have been shown to exhibit increased expression of iNOS and nitrate/nitrite levels as well as a decrease in GSR expression, suggesting a shift towards a severe pro-oxidant state by these cells [28] (Table 1).

600                                                      G.M. Saed et al. / Gynecologic Oncology 145 (2017) 595–602

As mentioned earlier, EOC cells are known to manifest a pro-oxidant state characterized by increased key oxidant enzymes with concomitant decreased antioxidant enzymes [28] (Table 1). Chemotherapy resistant EOC cells are now known to also manifest an alteration in the redox balance, further advancing this pro-oxidant environment [9]. Indeed, there was a significant increase in levels of CAT, GPX, and iNOS in chemoresistant EOC cells as compared to their sensitive counterparts [9] (Table 1). In contrast, there was a decrease in levels in GSR, SOD, and the NAD(P)H oxidase subunit (p22phox) in chemoresistant EOC cells [9]. This data supports an important role for an altered redox balance, not only in the maintenance of the oncogenic phenotype, but also in the development of chemoresistance (Fig. 2).

## 8. Polymorphisms in key oxidant and antioxidant enzymes are associated with ovarian cancer

A single nucleotide polymorphism (SNP) occurs because of point mutations that are selectively maintained in populations and are distributed throughout the human genome at an estimated overall frequency of at least one in every 1000 base pairs [59]. Recent evidence demonstrates an association between enzymatic activity altering SNPs in oxidative DNA repair genes and antioxidant genes with human cancer susceptibility [13]. Additionally, a pro-oxidant state has been implicated in the pathogenesis of several malignancies, including ovarian cancer [24,31]. This area of research is essentially reorganizing our understanding of inheritance and evolution. These modifications might explain the in vitro persistence of the oncogenic phenotype even after normal conditions are restored, as well as the clinical propensity for individuals to develop cancer.

This mechanism of altered enzymatic activity further explains the observation of significantly decreased apoptosis and increased survival of EOC cells [32]. Investigations into the effect of SNPs on various redox enzymes are an active area of scientific research [9,29,60,61]. The effects of genetic polymorphisms in oxidative stress-related genes on cancer susceptibility may be determined by studying functional polymorphisms in genes that control the levels of cellular ROS and oxidative damage, including SNPs for genes involved in carcinogen metabolism (detoxification and/or activation), antioxidants, and DNA repair pathways [60]. Several SNPs have been identified in key antioxidants, leading to change of function, including CAT, GPX1, GSR, and SOD2 [9, 61]. In support of this, recent studies have also associated genetic polymorphisms in genes involved in suppression of tumorigenicity as well as those involved in cell cycle with ovarian cancer [62,63]. Additional genetic variations, many of which have been identified in recent genome-wide association studies (GWAS), have been hypothesized to act as low to moderate penetrant alleles, which contribute to ovarian cancer risk, as well as other diseases [7,64].

There now is convincing evidence to suggest an association of specific SNPs in key redox enzymes with increased risk and overall survival of ovarian cancer [9,29]. Recently, a specific CAT SNP (rs1001179), that leads to reduced enzyme activity, was reported to be associated with increased risk for breast cancer and has also been described to be a significant predictor of death when present in ovarian cancer patients [9,29, 61,65]. This finding is consistent with several other studies, which linked this specific SNP with risk, response to adjuvant treatment and survival of cancer patients, including ovarian [29,66].

NAD(P)H oxidase, a key pro-oxidant enzyme, is a significant source of ROS. The membrane bound components of NAD(P)H oxidase are the catalytic subunit CYBB (gp91phox) and the adjacent oxygen sensing subunit CYBA (p22phox) [9,29]. Several SNPs for CYBA have been reported, some of which alter the enzyme activity. A specific SNP in CYBA (rs4673) was associated with an increased risk for ovarian cancer and other diseases where oxidative stress plays a critical role in their pathophysiology, including cardiovascular disease, asthma, and diabetic nephropathy [9,29]. The mutant genotype of the CYBA gene has been

shown to both decrease and increase activity of the protein, thereby altering the generation of $O_2 \bullet^-$ [9,29].

Recent genetic studies have linked MPO to lung and ovarian cancers by demonstrating a striking correlation between the relative risk for development of the disease and the incidence of functionally distinct MPO polymorphisms [9,29]. Specifically, a SNP in MPO (rs2333227) was shown to be associated with increased risk for ovarian cancer [36]. Genome-wide association studies have also successfully identified and confirmed six SNPs that appear to influence the risk of EOC [9,29]. The confirmed susceptibility SNPs are rs3814113 (located at 9p22, near BNC2), rs2072590 (located at 2q31, which contains a family of HOX genes), rs2665390 (located at 3q25, intronic to TIPARP), rs10088218 (located at 8q24, 700 kb downstream of MYC), rs8170 (located at 19p13, near MERIT40), and rs9303542 (located at 17q21, intronic to SKAP1) [9,29]. Therefore, some believe that the genetic component of ovarian cancer risk may be attributed to genetic polymorphisms that confer low to moderate risk, such as SNPs that result in point mutations in the gene [67].

## 9. Acquisition of chemoresistance in ovarian cancer cells is associated with specific point mutations in key redox enzymes

The mechanisms underlying the acquisition of chemoresistance in ovarian cancer have yet to be fully elucidated. Evidence for an enhanced pro-oxidant state in chemoresistant EOC cells has now been described, and is thought to be a result of point mutations in key redox enzymes [9]. Specifically, a recent study observed a significant increase in levels of CAT, GPX, and iNOS while there was a significant decrease in levels of GSR, SOD, and NAD(P)H oxidase in chemoresistant EOC cells as compared to their sensitive counterparts [9]. These findings suggest a role for an altered redox balance in the development of chemoresistance in ovarian cancer. To investigate a possible mechanism of altered redox enzyme levels, the presence of several SNPs was determined in both sensitive and chemoresistant EOC cell lines. Indeed, docetaxel and/or cisplatin chemoresistant EOC cells were characterized to manifest specific point mutations, corresponding to known functional SNPs, in key redox enzymes including SOD2 (rs4880), NOS2 (rs2297518), and CYBA (rs4673) which are not present in their sensitive counterparts (Table 1). Interestingly, chemoresistant EOC cells exhibited an altered enzymatic activity for CAT and GSR while they did not exhibit the specific SNP of interest in those enzymes, which again suggests possible involvement in other functional SNPs for those enzymes (Table 1) [9]. The fact that the SNP was present in the chemoresistant EOC cells and not the sensitive cell line from with it was derived suggests that in fact, this is a point mutation rather than a SNP. To determine whether chemotherapy was capable of inducing point mutations that happen to correspond to known functional SNPs, specific point mutations in SOD2 or GPX1 were induced in sensitive EOC cells which led to a decrease in the sensitivity to chemotherapy, suggesting acquisition of chemoresistance [9]. Furthermore, treatment of sensitive and chemoresistant EOC cells with SOD combined with chemotherapy significantly increased the efficacy of the chemotherapy in a synergistic manner, with a more drastic effect in the chemoresistant cells [9]. This observation suggests that induction of specific point mutations in sensitive EOC cells corresponding to functional SNPs found in chemoresistant EOC cells directly reduced the sensitivity to chemotherapy (Fig. 2). These findings also support the notion that chemotherapy can induce gene point mutations that happen to correspond to SNPs in locations with functional effects, thus altering overall redox balance for survival (Fig. 2) [9].

One possible explanation for the observed nucleotide switches in response to chemotherapy is nucleotide substitution, a mechanism which includes transitions, replacement of one purine by the other or that of one pyrimidine by the other, or transversions, replacement of a purine by a pyrimidine or vice versa [9]. It has been established that hydroxyl radicals react with DNA causing the formation of a large number of

G.M. Saed et al. / Gynecologic Oncology 145 (2017) 595–602

pyrimidine and purine-derived lesions [9]. The oxidative damage to 8-Oxo-2′-deoxyguanosine, an oxidized derivative of deoxyguanosine and major product of DNA oxidation, has been implicated in tumor initiation and progression through accumulation of genetic alterations of both oncogenes and tumor suppressor genes [9]. Indeed, previous findings revealed that GC → TA transversions derived from 8-hydroxy-2′-deoxyguanosine have been reported in the *ras* oncogene and the *p53* tumor suppressor gene in several cancers. It should be indicated however that GC → TA transversions are not unique to hydroxy-2′-deoxyguanosine, CC → TT substitutions have been identified as signature mutations for ROS [9].

Another explanation for the nucleotide switch is that chemoresistance resulted in an entirely different population of cells, with a new genotype. Chemotherapy eliminates the bulk of the tumor while leaving a core of cancer cells with high capacity for repair and renewal, known as cancer stem cells (CSCs) [9]. Tumors arising from CSCs usually contain a mixed population of cells due to the property of asymmetric division [9]. Cancer stem cells have been isolated from various types of cancer including leukemia, breast, brain, pancreatic, prostate, ovarian and colon [9]. Strikingly, CSCs were reported to be present in SKOV-3 EOC cells [9]. Additionally, CSCs have been shown to confer chemoresistance to cisplatin and doxorubicin in ovarian cancer cells [9].

## 10. Ovarian cancer immunotherapy and oxidative stress

It is well established that tumorigenic cells generate high levels of ROS to activate proximal signaling pathways that promote proliferation, survival and metabolic adaptation while also maintaining a high level of antioxidant activity to prevent buildup of ROS to levels that could induce cell death [68]. Moreover, there is evidence that ROS can act as second messengers in immune cells, which can lead to hyperactivation of inflammatory responses resulting in tissue damage and pathology [68]. Ovarian cancer is considered an ideal tumorigenic cancer because ovarian cancer cells have no negative impact on immune cells [69].

Effective immunotherapy for ovarian cancer is currently the focus of several investigations and clinical trials. Current immunotherapies for cancer treatment include therapeutic vaccines, cytokines, immune modulators, immune checkpoint inhibitors, and adoptive T cell transfer [70]. The discovery of a monoclonal antibody (bevacizumab) directed against vascular endothelial growth factor (VEGF) which has been shown to improve progression free survival compared to cytotoxic chemotherapy alone was a major outcome of clinical trials [71]. Other monoclonal antibodies currently approved for other cancers such as trastuzumab for breast cancer or cetuximab for colon cancer exhibited limited activity in ovarian cancer [71]. Several clinical trials are ongoing for the utilization of immune checkpoint blockade in ovarian cancer immune therapy [72]. Most recently tested were the programmed death (PD)-1 inhibitors, pembrolizumab and nivolumab, which showed a consistent response rate of 10–20% in phase 2 studies and then failed to improve outcomes in confirmatory trials [72]. Ultimately, larger phase 3 studies are needed to validate these findings for checkpoint inhibitors, particularly with regard to the duration of response seen with these agents. Additionally, the direct intraperitoneal delivery of interleukin (IL)-12, a potent immunostimulatory agent, exhibited some potential therapeutic efficacy in ovarian cancer [73]. Recently, targeting folate receptor alpha, which is found to be expressed in ovarian cancer, has shown promising therapeutic value. The targeting of the folate receptor was achieved by either a blocking monoclonal antibody (farletuzumab) or antibody conjugates of folate analogs, such as vintafolide [74].

## 11. Summary and conclusion

Oxidative stress has been implicated in the pathogenesis of several malignancies including ovarian cancer. Epithelial ovarian cancer is characterized to manifest a persistent pro-oxidant state through alteration of the redox balance, which is further enhanced in their chemoresistant counterparts, as summarized in Table 1 and Fig. 2. Forcing ovarian cancer cells to undergo oxidative phosphorylation rather than glycolysis has been shown to be beneficial for eliminating cells via apoptosis (Fig. 2). Collectively, there is convincing evidence that indicated a causal relationship between the acquisition of chemoresistance and chemotherapy-induced genetic mutations in key redox enzymes, leading to a further enhanced oxidative stress in chemoresistant EOC cells. This concept was further confirmed by the observation that induction of point mutations in sensitive EOC cells increased their resistance to chemotherapy. Also, a combination of antioxidants with chemotherapy significantly sensitized cells to chemotherapy. Identification of targets for chemoresistance with either biomarker and/or screening potential will have a significant impact for the treatment of this disease.

## Conflicts of interest

GMS and NMK disclose no potential conflicts of interest. MPD receives grant and contract support from the NIH/NICHD, Abbvie, Bayer, and PCORI/AHRQ. MPD is also a stockholder and on the Board of Directors for Advanced Reproductive Care, LLC.

## References

[1]  V. Rojas, K.M. Hirshfield, S. Ganesan, L. Rodriguez-Rodriguez, Molecular characterization of epithelial ovarian cancer: implications for diagnosis and treatment, Int. J. Mol. Sci. 17 (2016).

[2]  B.K. Erickson, M.G. Conner, C.N. Landen Jr., The role of the fallopian tube in the origin of ovarian cancer, Am. J. Obstet. Gynecol. 209 (2013) 409–414.

[3]  R.J. Kurman, Ie M. Shih, The dualistic model of ovarian carcinogenesis: revisited, revised, and expanded, Am. J. Pathol. 186 (2016) 733–747.

[4]  J. Liao, F. Qian, N. Tchabo, P. Mhawech-Fauceglia, A. Beck, Z. Qian, et al., Ovarian cancer spheroid cells with stem cell-like properties contribute to tumor generation, metastasis and chemotherapy resistance through hypoxia-resistant metabolism, PLoS One 9 (2014), e84941.

[5]  E. Lengyel, Ovarian cancer development and metastasis, Am. J. Pathol. 177 (2010) 1053–1064.

[6]  K.A. Vermeersch, L. Wang, R. Mezencev, J.F. McDonald, M.P. Styczynski, OVCAR-3 spheroid-derived cells display distinct metabolic profiles, PLoS One 10 (2015), e0118242.

[7]  S.J. Ramus, R.A. Vierkant, S.E. Johnatty, M.C. Pike, D.J. Van Den Berg, A.H. Wu, et al., Consortium analysis of 7 candidate SNPs for ovarian cancer, Int. J. Cancer 123 (2008) 380–388.

[8]  K. Hibbs, K.M. Skubitz, S.E. Pambuccian, R.C. Casey, K.M. Burleson, T.R. Oegema Jr., et al., Differential gene expression in ovarian carcinoma: identification of potential biomarkers, Am. J. Pathol. 165 (2004) 397–414.

[9]  N.M. Fletcher, J. Belotte, M.G. Saed, I. Memaj, M.P. Diamond, R.T. Morris, et al., Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer, Free Radic. Biol. Med. 102 (2016) 122–132.

[10] N.M. Fletcher, Z. Jiang, R. Ali-Fehmi, N.K. Levin, J. Belotte, M.A. Tainsky, et al., Myeloperoxidase and free iron levels: potential biomarkers for early detection and prognosis of ovarian cancer, Cancer Biomark. 10 (2011) 267–275.

[11] S. Reuter, S.C. Gupta, M.M. Chaturvedi, B.B. Aggarwal, Oxidative stress, inflammation, and cancer: how are they linked? Free Radic. Biol. Med. 49 (2010) 1603–1616.

[12] X.C. Lei, J.H. Zhu, W.H. Cheng, Y. Bao, Y.S. Ho, A.R. Reddi, et al., Paradoxical roles of antioxidant enzymes: basic mechanisms and health implications, Physiol. Rev. 96 (2016) 307–364.

[13] J.E. Klaunig, L.M. Kamendulis, B.A. Hocevar, Oxidative stress and oxidative damage in carcinogenesis, Toxicol. Pathol. 38 (2010) 96–109.

[14] L.M. Coussens, Z. Werb, Inflammation and cancer, Nature 420 (2002) 860–867.

[15] J.P. Fruehauf, F.L. Meyskens Jr., Reactive oxygen species: a breath of life or death? Clin. Cancer Res. 13 (2007) 789–794.

[16] M.L. Circu, T.Y. Aw, Glutathione and modulation of cell apoptosis, Biochim. Biophys. Acta 2012 (1823) 1767–1777.

[17] T. Ishikawa, F. Ali-Osman, Glutathione-associated cis-diamminedichloroplatinum(II) metabolism and ATP-dependent efflux from leukemia cells. Molecular characterization of glutathione-platinum complex and its biological significance, J. Biol. Chem. 268 (1993) 20116–20125.

[18] H.H. Schmidt, R. Stocker, C. Vollbracht, G. Paulsen, D. Riley, A. Daiber, et al., Antioxidants in translational medicine, Antioxid. Redox Signal. 23 (2015) 1130–1143.

[19] W.P. Roos, A.D. Thomas, B. Kaina, DNA damage and the balance between survival and death in cancer biology, Nat. Rev. Cancer 16 (2016) 20–33.

[20] G. Waris, H. Ahsan, Reactive oxygen species: role in the development of cancer and various chronic conditions, J. Carcinog. 5 (2006) 14.

[21] J. Wang, J. Yi, Cancer cell killing via ROS: to increase or decrease, that is the question, Cancer Biol. Ther. 7 (2008) 1875–1884.

[22] J. Westermarck, V.M. Kahari, Regulation of matrix metalloproteinase expression in tumor invasion, FASEB J. 13 (1999) 781–792.

[23] E.O. Hileman, J. Liu, M. Albitar, M.J. Keating, P. Huang, Intrinsic oxidative stress in cancer cells: a biochemical basis for therapeutic selectivity, Cancer Chemother. Pharmacol. 53 (2004) 209–219.

[24] G.M. Saed, N.M. Fletcher, Z.L. Jiang, H.M. Abu-Soud, M.P. Diamond, Dichloroacetate induces apoptosis of epithelial ovarian cancer cells through a mechanism involving modulation of oxidative stress, Reprod. Sci. 18 (2011) 1253–1261.

[25] E.D. Michelakis, L. Webster, J.R. Mackey, Dichloroacetate (DCA) as a potential metabolic-targeting therapy for cancer, Br. J. Cancer 99 (2008) 989–994.

[26] E.L. Bell, B.M. Emerling, N.S. Chandel, Mitochondrial regulation of oxygen sensing, Mitochondrion 5 (2005) 322–332.

[27] K.D. Mansfield, R.D. Guzy, Y. Pan, R.M. Young, T.P. Cash, P.T. Schumacker, et al., Mitochondrial dysfunction resulting from loss of cytochrome c impairs cellular oxygen sensing and hypoxic HIF-alpha activation, Cell Metab. 1 (2005) 393–399.

[28] J. Belotte, N.M. Fletcher, A.O. Awonuga, M. Alexis, H.M. Abu-Soud, M.G. Saed, et al., The role of oxidative stress in the development of cisplatin resistance in epithelial ovarian cancer, Reprod. Sci. 21 (2014) 503–508.

[29] J. Belotte, N.M. Fletcher, M.G. Saed, M.S. Abusamaan, G. Dyson, M.P. Diamond, et al., A single nucleotide polymorphism in catalase is strongly associated with ovarian cancer survival, PLoS One 10 (2015), e0135739.

[30] K. Senthil, S. Aranganathan, N. Nalini, Evidence of oxidative stress in the circulation of ovarian cancer patients, Clin. Chim. Acta 339 (2004) 27–32.

[31] Z. Jiang, N.M. Fletcher, R. Ali-Fehmi, M.P. Diamond, H.M. Abu-Soud, A.R. Munkarah, et al., Modulation of redox signaling promotes apoptosis in epithelial ovarian cancer cells, Gynecol. Oncol. 122 (2011) 418–423.

[32] G.M. Saed, R. Ali-Fehmi, Z.L. Jiang, N.M. Fletcher, M.P. Diamond, H.M. Abu-Soud, et al., Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer, Gynecol. Oncol. 116 (2010) 276–281.

[33] J.M. Malone, G.M. Saed, M.P. Diamond, R.J. Sokol, A.R. Munkarah, The effects of the inhibition of inducible nitric oxide synthase on angiogenesis of epithelial ovarian cancer, Am. J. Obstet. Gynecol. 194 (2006) 1110–1116 (discussion 6-8).

[34] H.M. Abu-Soud, S.L. Hazen, Nitric oxide is a physiological substrate for mammalian peroxidases, J. Biol. Chem. 275 (2000) 37524–37532.

[35] H.M. Abu-Soud, S.L. Hazen, Nitric oxide modulates the catalytic activity of myeloperoxidase, J. Biol. Chem. 275 (2000) 5425–5430.

[36] D.C. Castillo-Tong, D. Pils, G. Heinze, I. Braicu, J. Sehouli, A. Reinthaller, et al., Association of myeloperoxidase with ovarian cancer, Tumour Biol. 35 (2014) 141–148.

[37] S. Galijasevic, G.M. Saed, S.L. Hazen, H.M. Abu-Soud, Myeloperoxidase metabolizes thiocyanate in a reaction driven by nitric oxide, Biochemistry 45 (2006) 1255–1262.

[38] B. Chen, H. Li, X. Zeng, P. Yang, X. Liu, X. Zhao, et al., Roles of microRNA on cancer cell metabolism, J. Transl. Med. 10 (2012) 228.

[39] M.G. Vander Heiden, J.W. Locasale, K.D. Swanson, H. Sharfi, G.J. Heffron, D. Amador-Noguez, et al., Evidence for an alternative glycolytic pathway in rapidly proliferating cells, Science (New York, N.Y.) 329 (2010) 1492–1499.

[40] G. Kroemer, J. Pouyssegur, Tumor cell metabolism: cancer's Achilles' heel, Cancer Cell 13 (2008) 472–482.

[41] G.L. Semenza, P.H. Roth, H.M. Fang, G.L. Wang, Transcriptional regulation of genes encoding glycolytic enzymes by hypoxia-inducible factor 1, J. Biol. Chem. 269 (1994) 23757–23763.

[42] J.W. Kim, I. Tchernyshyov, G.L. Semenza, C.V. Dang, HIF-1-mediated expression of pyruvate dehydrogenase kinase: a metabolic switch required for cellular adaptation to hypoxia, Cell Metab. 3 (2006) 177–185.

[43] P.W. Stacpoole, L.R. Gilbert, R.E. Neiberger, P.R. Carney, E. Valenstein, D.W. Theriaque, et al., Evaluation of long-term treatment of children with congenital lactic acidosis with dichloroacetate, Pediatrics 121 (2008) e1223–e1228.

[44] J. Xie, B.S. Wang, D.H. Yu, Q. Lu, J. Ma, H. Qi, et al., Dichloroacetate shifts the metabolism from glycolysis to glucose oxidation and exhibits synergistic growth inhibition with cisplatin in HeLa cells, Int. J. Oncol. 38 (2011) 409–417.

[45] L.H. Stockwin, S.X. Yu, S. Borgel, C. Hancock, T.L. Wolfe, L.R. Phillips, et al., Sodium dichloroacetate selectively targets cells with defects in the mitochondrial ETC, Int. J. Cancer 127 (2010) 2510–2519.

[46] J.W. Kim, C.V. Dang, Cancer's molecular sweet tooth and the Warburg effect, Cancer Res. 66 (2006) 8927–8930.

[47] J.W. Kim, C.V. Dang, Multifaceted roles of glycolytic enzymes, Trends Biochem. Sci. 30 (2005) 142–150.

[48] R.H. Xu, H. Pelicano, Y. Zhou, J.S. Carew, L. Feng, K.N. Bhalla, et al., Inhibition of glycolysis in cancer cells: a novel strategy to overcome drug resistance associated with mitochondrial respiratory defect and hypoxia, Cancer Res. 65 (2005) 613–621.

[49] P.W. Stacpoole, The pharmacology of dichloroacetate, Metabolism 38 (1989) 1124–1144.

[50] M.C. Sugden, M.J. Holness, Recent advances in mechanisms regulating glucose oxidation at the level of the pyruvate dehydrogenase complex by PDKs, Am. J. Physiol. Endocrinol. Metab. 284 (2003) E855–E862.

[51] V.L. Kinnula, J.D. Crapo, Superoxide dismutases in malignant cells and human tumors, Free Radic. Biol. Med. 36 (2004) 718–744.

[52] R. Tandon, M.K. Sinha, H. Garg, R. Khanna, H.D. Khanna, Oxidative stress in patients with essential hypertension, Natl Med. J. India 18 (2005) 297–299.

[53] P. Huang, L. Feng, E.A. Oldham, M.J. Keating, W. Plunkett, Superoxide dismutase as a target for the selective killing of cancer cells, Nature 407 (2000) 390–395.

[54] P. Storz, Reactive oxygen species in tumor progression, Front. Biosci. 10 (2005) 1881–1896.

[55] C. Lee, P. Macgregor, Drug resistance and microarrays, Mod. Drug Discovery 7 (2004).

[56] H. Kajiyama, K. Shibata, M. Mizuno, T. Umezu, S. Suzuki, R. Sekiya, et al., Survival benefit of taxane plus platinum in recurrent ovarian cancer with non-clear cell, non-mucinous histology, J. Gynecol. Oncol. 25 (2014) 43–50.

[57] M. Landriscina, F. Maddalena, G. Laudiero, F. Esposito, Adaptation to oxidative stress, chemoresistance, and cell survival, Antioxid. Redox Signal. 11 (2009) 2701–2716.

[58] N. Traverso, R. Ricciarelli, M. Nitti, B. Marengo, A.L. Furfaro, M.A. Pronzato, et al., Role of glutathione in cancer progression and chemoresistance, Oxidative Med. Cell. Longev. 2013 (2013) 972913.

[59] H.C. Erichsen, S.J. Chanock, SNPs in cancer research and treatment, Br. J. Cancer 90 (2004) 747–751.

[60] J.E. Klaunig, Z. Wang, X. Pu, S. Zhou, Oxidative stress and oxidative damage in chemical carcinogenesis, Toxicol. Appl. Pharmacol. 254 (2011) 86–99.

[61] L. Forsberg, L. Lyrenas, U. de Faire, R. Morgenstern, A common functional C-T substitution polymorphism in the promoter region of the human catalase gene influences transcription factor binding, reporter gene transcription and is correlated to blood catalase levels, Free Radic. Biol. Med. 30 (2001) 500–505.

[62] E.L. Goode, B.L. Fridley, R.A. Vierkant, J.M. Cunningham, C.M. Phelan, S. Anderson, et al., Candidate gene analysis using imputed genotypes: cell cycle single-nucleotide polymorphisms and ovarian cancer risk, Cancer Epidemiol. Biomark. Prev. 18 (2009) 935–944.

[63] M. Notaridou, L. Quaye, D. Dafou, C. Jones, H. Song, E. Hogdall, et al., Common alleles in candidate susceptibility genes associated with risk and development of epithelial ovarian cancer, Int. J. Cancer 128 (2011) 2063–2074.

[64] S. Savas, S. Schmidt, H. Jarjanazi, H. Ozcelik, Functional nsSNPs from carcinogenesis-related genes expressed in breast tissue: potential breast cancer risk alleles and their distribution across human populations, Hum Genomics 2 (2006) 287–296.

[65] S.K. Quick, P.G. Shields, J. Nie, M.E. Platek, S.E. McCann, A.D. Hutson, et al., Effect modification by catalase genotype suggests a role for oxidative stress in the association of hormone replacement therapy with postmenopausal breast cancer risk, Cancer Epidemiol. Biomark. Prev. 17 (2008) 1082–1087.

[66] J. Didziapetriene, J. Bublevic, G. Smailyte, B. Kazbariene, R. Stukas, Significance of blood serum catalase activity and malondialdehyde level for survival prognosis of ovarian cancer patients, Medicina 50 (2014) 204–208.

[67] T.A. Sellers, Y. Huang, J. Cunningham, E.L. Goode, R. Sutphen, R.A. Vierkant, et al., Association of single nucleotide polymorphisms in glycosylation genes with risk of epithelial ovarian cancer, Cancer Epidemiol. Biomark. Prev. 17 (2008) 397–404.

[68] M. Schieber, N.S. Chandel, ROS function in redox signaling and oxidative stress, Curr. Biol. 24 (2014) R453–R462.

[69] L.E. Kandalaft, D.J. Powell Jr., N. Singh, G. Coukos, Immunotherapy for ovarian cancer: what's next? J. Clin. Oncol. 29 (2011) 925–933.

[70] F. De Felice, C. Marchetti, I. Palaia, D. Musio, L. Muzii, V. Tombolini, et al., Immunotherapy of ovarian cancer: the role of checkpoint inhibitors, J. Immunol. Res. 2015 (2015) 191832.

[71] B. Zand, R.L. Coleman, A.K. Sood, Targeting angiogenesis in gynecologic cancers, Hematol. Oncol. Clin. North Am. 26 (2012) 543–563 (viii).

[72] C. Chester, O. Dorigo, J.S. Berek, H. Kohrt, Immunotherapeutic approaches to ovarian cancer treatment, J. Immunother. Cancer 3 (2015) 7.

[73] R.D. Alvarez, M.W. Sill, S.A. Davidson, C.Y. Muller, D.P. Bender, R.L. DeBernardo, et al., A phase II trial of intraperitoneal EGEN-001, an IL-12 plasmid formulated with PEG-PEI-cholesterol lipopolymer in the treatment of persistent or recurrent epithelial ovarian, fallopian tube or primary peritoneal cancer: a gynecologic oncology group study, Gynecol. Oncol. 133 (2014) 433–438.

[74] C. Marchetti, I. Palaia, M. Giorgini, C. De Medici, R. Iadarola, L. Vertechy, et al., Targeted drug delivery to folate receptors in recurrent ovarian cancer: a review, OncoTargets Ther. 7 (2014) 1223–1236.

# Exhibit 114

Michael Birrer, M.D., Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

_____

IN RE:  JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION
                                    Case No. 16-2738
THIS DOCUMENT RELATES TO        (FLW)  (LHG)
ALL CASES

MDL Docket No. 2738
_____

Friday, March 29, 2019

- - - - -

The video deposition of MICHAEL BIRRER, M.D.,

Ph.D., taken pursuant to notice, was held at

the law offices of Butler Snow, LLP, One Federal

Place, Suite 1000, 1819 Fifth Avenue North,

Birmingham, Alabama, commencing at approximately

9:03 a.m., on the above date, before Lois Anne

Robinson, Registered Diplomate Reporter,

Certified Realtime Reporter, and

Notary Public for the State of Alabama.

Michael Birrer, M.D., Ph.D.

## Page 2

```
 1           A P P E A R A N C E S
 2   COUNSEL FOR PLAINTIFFS' STEERING COMMITTEE:
 3      BEASLEY ALLEN LAW FIRM
        218 Commerce Street
 4      Montgomery, Alabama  36104
        BY:  Margaret M. Thompson,
 5         M.D., J.D., MPAFF
           Margaret.thompson@beasleyallen.com
 6         Sydney Everett, Esquire
           Sydney.everett@beasleyallen.com
 7
 8      ROBINSON CALCAGNIE, INC.
        19 Corporate Plaza Drive
 9      Newport Beach, California  92660
        BY:  Cynthia L. Garber, Esquire
10         Cgarber@robinsonfirm.com
11
        RESTAINO LAW, LLC
12      130 Forest Street
        Denver, Colorado 80220
13      BY: John M. Restaino, JR., DPM, ESQ.
           Jrestaino@restainollc.com
14
15      NAPOLI SHKOLNIK PLLC
        400 Broadway Road, Suite 305
16      Melville, New York  11747
        BY:  ALASTAIR J. M. FINDEIS, ESQUIRE
17         Afindeis@napolilaw.com
18
    FOR THE DEFENDANT, JOHNSON & JOHNSON:
19
        NUTTER, McCLENNEN & FISH, LLP
20      155 Seaport Boulevard
        Boston, Massachusetts 02210
21      BY:  Dawn M. Curry, ESQUIRE
           Dawn@nutter.com
22      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
        4 Times Square
23      New York, New York  10036
        BY:  Benjamin Halperin, Esquire
24         Benjamin.halperin@skadden.com
```

## Page 3

```
 1        A P P E A R A N C E S - (continued)
 2
    COUNSEL FOR PERSONAL CARE PRODUCTS COUNCIL:
 3
        SEYFARTH SHAW LLP
 4      1075 Peachtree Street, N.E.
        Atlanta, Georgia 30309
 5      BY:  Eric Barton, ESQUIRE
           Ebarton@seyfarth.com
 6
 7   COUNSEL FOR PTI:
 8      TUCKER ELLIS, LLP
        233 S. Wacker Drive, Suite 6950
 9      Chicago, Illinois  60606-9997
        BY:  JAMES W. MIZGALA, ESQUIRE
10         James.mizgala@tuckerellis.com
11
12   VIDEOGRAPHER:
13      Devyn Mulholland
14
15
16
17
18
19
20      LOIS ANNE ROBINSON, RPR, RDR, CRR
        COURT REPORTER
21
22
23
24
```

## Page 4

```
 1              I N D E X
 2   EXAMINATION                     PAGE
 3   By Ms. Thompson            10
 4   By Ms. Curry                    424
 5
 6            * * * * * *
 7   EXHIBITS
 8   1  Expert report of Michael Birrer, M.D., Ph.D.     20
 9
10   2  Curriculum vitae of Michael Birrer, M.D., Ph.D.   21
11
12   3  Defendants' Response to Plaintiff's Document      21
13      Requests contained in Notice
14
15   4  Health Canada - Draft Screening Assessment - Talc  48
16
17   5  FDA letter to Samuel Epstein regarding Citizen     49
18      Petitions
19
20   6  IARC Monographs on the Evaluation of Carcinogenic  50
21      Risks to Humans
22
23   7  "Weight of Evidence:  General Principles and       53
24      Current Applications at Health Canada"
```

## Page 5

```
 1            I N D E X - (continued)
 2
 3   8  List of Co-Authors                     81
 4
 5   9  List of 62 statements                 113
 6
 7   10  "Hallmarks of Cancer: The Next Generation"     149
 8
 9   11  "Inflammation and cancer:  Back to Virchow?"   153
10      (Fran Balkwill, Alberto Mantovani)
11
12   12  Free Radical Biology & Medicine, Review Article  162
13      "Oxidative stress, inflammation, and cancer:  How are
14      they linked?"  (Simone Reuter, Gupta, et al.)
15
16   13  "Epithelial ovarian cancer" (Stephanie Lheureux,  166
17      C. Gourley, et al.)
18
19   14  Federal Register/ Vol. 81, No. 243/ Monday,      199
20      December 19, 2016
21
22   15  "The relationship between perineal cosmetic talc  205
23      usage and ovarian talc particle burden"  (Debra Heller,
24      et al.)
```

Page 6

I N D E X - (Continued)

16  Ultrastructural Pathology - "Correlative      209
    polarizing light and scanning electron microscopy for
    the assessment of talc in pelvic region lymph nodes"
    (Sandra McDonald, et al.)

17  American Cancer Society - "Talcum Powder and      234
    Cancer What is talcum powder?

18  "Ovarian Cancers: Evolving Paradigms in Research  246
    and Care"  (The National Academies of
    Sciences-Engineering-Medicine)

19  Practice Issues - "What is New in Ovarian      253
    Cancer?" (Jason D. Wright, M.D.)

20  "Asbestos (Chrysotile, Amosite, Crocidolite,      264
    Tremolite, Actinolite, and Anthophyllite)"

21  American Journal of Industrial Medicine -      268
    "Asbestos Exposure and Ovarian Fiber Burden"  (Heller, et
    al.)

Page 7

I N D E X - (continued)

22  "The Analysis of Johnson & Johnson's Historical  281
    Baby Powder & Shower to Shower Products from the
    1960's for Amphibole Asbestos"   (Longo, Rigler)
    November 14, 2018

23  "The Analysis of Johnson & Johnson's Historical  282
    Product Containers and Imerys' Historical Railroad
    Car Samples from the 1960's to the Early 2000's for
    Amphibole Asbestos" (Longo, Rigler) January 15, 2019

24  BMJ: "Johnson & Johnson knew for decades talcum  287
    powder contained asbestos, reports allege" (Owen Dyer)

25  "Correspondence - Erratum: Smooth reference      294
    equations for slow vital capacity and flow-volume
    curve indexes"

26  Toxicology and Applied Pharmacology - "Mechanistic 301
    in vitro studies:  What they have told us about
    carcinogenic properties of elongated mineral particles
    (EMPs)"  (Brooke Mossman)

Page 8

I N D E X - (Continued)

27  Curriculum vitae of Ghassan M. Saed, Ph.D.      311

28  "Molecular Basis Supporting the Association of      320
    Talcum Powder Use With Increased Risk of Ovarian Cancer"
    (Fletcher, et al.)

29  GYN-188-1020: Final Decision - 9/19/18 - To      328
    Ghassan Saed from Robert Bristow, Editor, Gynecologic
    Oncology

30  "FWD:  Reproductive Sciences - Decision of      329
    Manuscript ID RSCI-18-671"

31  Tables from Saed manuscript with handwritten      366
    chart

32  Gynecologic Oncology - Review Article - "Updates  393
    of the role of oxidative stress in the pathogenesis
    of ovarian cancer"  (Saed, et al)

33  "Alterations in Gene Expression in Human Mesothelial 400
    Cells Correlate with Mineral Pathogenicity"  (Shukla)

Page 9

I N D E X - (Continued)

34  "Pycnogenol reduces Talc-induced Neoplastic      406
    Transformation in Human Ovarian Cell Cultures"
    (Buz'Zard)

35  Toxicology in Vitro - "The primary role of      409
    iron-mediated lipid peroxidation in the differential
    cytotoxicity caused by two varieties of talc nanoparticles
    on A549 cells and lipid peroxidation inhibitory effect
    exerted by ascorbic acid"  (Akhtar, et al.)

36  "Cytotoxicity and Apoptosis Induction by      415
    Nanoscale Talc Particles from Two Different Geographical
    Regions in Human Lung Epithelial Cells"  (Akhtar, et al.)

Michael Birrer, M.D., Ph.D.

|  | Page 10 |
|---|---|
| 1 | VIDEOGRAPHER: |
| 2 | We are now on the record.  My name is |
| 3 | Devyn Mulholland.  I'm a videographer for Golkow |
| 4 | Litigation Services.  Today's date is March 29th, |
| 5 | 2019.  The time is 9:03 a.m. |
| 6 | This video deposition is being held in |
| 7 | Birmingham, Alabama, in the matter of Talcum |
| 8 | Powder Litigation, MDL Number 2738.  The deponent |
| 9 | is Michael Birrer, M.D., Ph.D. |
| 10 | Counsel will be noted on the |
| 11 | stenographic record.  The court reporter is Lois |
| 12 | Robinson and will now swear in the witness. |
| 13 | MICHAEL BIRRER, M.D., PH.D., |
| 14 | the witness, after having first been |
| 15 | duly sworn to tell the truth, the whole truth, |
| 16 | and nothing but the truth, was examined and |
| 17 | testified as follows: |
| 18 | EXAMINATION |
| 19 | BY MS. THOMPSON: |
| 20 | Q     Dr. Birrer, I'm Margaret Thompson, and |
| 21 | I'll be taking your deposition today. |
| 22 | You've had your deposition taken |
| 23 | before; right? |
| 24 | A     Correct. |

|  | Page 11 |
|---|---|
| 1 | Q     Including in the talcum powder |
| 2 | litigation; correct? |
| 3 | A     Yes. |
| 4 | Q     Have you had your deposition taken in |
| 5 | any other situation? |
| 6 | A     I gave testimony in a case, but that |
| 7 | wasn't a deposition, I don't think.  No. |
| 8 | Q     And when was that? |
| 9 | A     That was prior to the talc.  It's -- |
| 10 | probably goes back, I want to say, 2015, 2012, |
| 11 | somewhere -- |
| 12 | Q     And what -- sorry. |
| 13 | A     Yeah. |
| 14 | Q     What was the nature of that matter? |
| 15 | A     I was in Massachusetts at the time.  It |
| 16 | was a delayed diagnosis case. |
| 17 | Q     A medical malpractice case? |
| 18 | A     Medical malpractice, yes. |
| 19 | Q     Were you testifying for the plaintiff |
| 20 | or for the defendant? |
| 21 | A     Defendant. |
| 22 | Q     Was it a physician or a doc- -- a |
| 23 | hospital? |
| 24 | A     It was both.  And it was in Maine. |

|  | Page 12 |
|---|---|
| 1 | It -- it eventually went to -- to court.  They |
| 2 | have a panel up there of three judges, which sort |
| 3 | of prescreens it. |
| 4 | Q     And you've also submitted a previous |
| 5 | report in this case; correct? |
| 6 | MS. CURRY: |
| 7 | Object to the form. |
| 8 | A     Correct. |
| 9 | MS. THOMPSON: |
| 10 | Q     That was in the Swan case?  Does that |
| 11 | sound familiar? |
| 12 | A     Yes. |
| 13 | Q     Have any of your opinions -- and that |
| 14 | was in May 2017.  Does that sound right? |
| 15 | A     That sounds right. |
| 16 | Q     Have any of your opinions in this case |
| 17 | changed since May 2017? |
| 18 | A     No. |
| 19 | Q     Have any of your opinions changed since |
| 20 | you were deposed in September of 2018? |
| 21 | A     No. |
| 22 | Q     I guess that would be a "no" if they |
| 23 | hadn't changed since 2017. |
| 24 | A     It's consistent. |

|  | Page 13 |
|---|---|
| 1 | Q     And you're aware that the purpose of |
| 2 | today is for me to gain a thorough understanding |
| 3 | of what opinions you plan to give at a hearing or |
| 4 | trial? |
| 5 | A     Yes. |
| 6 | Q     And the basis for those opinions; |
| 7 | right? |
| 8 | A     Yes. |
| 9 | Q     And your report states that your |
| 10 | opinions are given to a reasonable degree of |
| 11 | scientific and medical certainty. |
| 12 | What does that mean to you? |
| 13 | A     It means that, basically, more often |
| 14 | than not, they're correct. |
| 15 | Q     And you are a medical doctor as well as |
| 16 | a Ph.D. researcher; correct? |
| 17 | A     Correct. |
| 18 | Q     Do you currently see patients? |
| 19 | A     I do. |
| 20 | Q     Do you currently diagnose ovarian |
| 21 | cancer in women? |
| 22 | A     Yes. |
| 23 | Q     How -- do you treat women with ovarian |
| 24 | cancer? |

4 (Pages 10 to 13)

Michael Birrer, M.D., Ph.D.

Page 14

1  A      Yes.
2  Q      And would that primarily involve the
3  medical aspects, including chemotherapy
4  administration?
5  A      Yes.
6  Q      Do you perform any surgical procedures?
7  A      No.
8  Q      What --
9  A      I'm a medical oncologist.
10  Q      What --
11  A      I could perform it, but it wouldn't
12  come out very well.
13  Q      I understand.
14        What percentage of your time involves
15  patient care versus research?
16  A      So --
17  MS. CURRY:
18        Object to the form.
19  A      -- right now I have a half-a-day clinic
20  a week, and then the research component, I have a
21  fully funded lab, probably two days a week. I'm
22  the director of the cancer center, which also
23  takes a fair amount of administrative
24  responsibility.

Page 15

1  MS. THOMPSON:
2  Q      So administrative time --
3  A      Yeah.
4  Q      -- as well included in that?
5        And how would you describe the focus of
6  your laboratory search -- research currently?
7  A      Almost entirely on ovarian cancer and
8  exploring detailing the genomics, the molecular
9  basis for ovarian cancer and trying to translate
10  that into better early detection, diagnosis and
11  treatment.
12  Q      Are you doing in vitro as well as in
13  vivo research?
14  A      Correct.
15  Q      And have published in both animal
16  studies as well as cellular studies?
17  A      Yes.
18  Q      Have you published with immortalized
19  cells?
20  A      Yes.
21  Q      Have you published research with human
22  tissue?
23  A      Yes.
24  Q      Have you published human trials?

Page 16

1  A      Yes.
2  Q      And does that pretty much cover the
3  types of research that you would be doing in your
4  lab --
5  MS. CURRY:
6        Object to the form.
7  MS. THOMPSON:
8  Q      -- or in a general sense?
9  A      I'm just trying to think if there was
10  anything else. We obviously do a lot of
11  review-type papers and articles. You know, I
12  think that's pretty broad. I think it does,
13  actually.
14  Q      When you do a review article, is that
15  usually invited by the journal, or is that a
16  topic that you have interest in that you submit
17  as a publication?
18  A      Could be both. A lot of them are
19  invited. But we have occasionally thought of
20  areas that we thought were interesting and
21  important and suggested it.
22  Q      And are authors or review articles
23  generally intended to be experts in the field?
24  MS. CURRY:

Page 17

1        Object to the form.
2  A      More often than not, yes. But
3  frequently on my reviews, I'll have some junior
4  people.
5  MS. THOMPSON:
6  Q      With -- with a senior author
7  usually --
8  A      (Nods affirmatively.)
9  Q      -- correct?
10  A      Correct.
11  Q      And that would be, I would think,
12  because readers of a journal want to know that
13  it's an expert in the field that's providing the
14  information in a review article; right?
15  MS. CURRY:
16        Object to the form.
17  A      I think so, yeah.
18  MS. THOMPSON:
19  Q      Would you agree with me that it would
20  be unethical at this point in time to design a
21  prospective study in which women were exposed to
22  talcum powder in the genital area and follow over
23  time?
24  MS. CURRY:

5 (Pages 14 to 17)

Michael Birrer, M.D., Ph.D.

Page 18

1           Object to the form.
2     A      Prospectively and randomized and --
3     could you just --
4     MS. THOMPSON:
5     Q      Let's start with just prospectively.
6     A      I -- I think it would be a --
7     interesting question.  I don't think it would be
8     valuable.
9     Q      How about a randomized trial?  Would it
10    be ethical?
11    A      No.  I don't think it would be valuable
12    at all.
13    Q      But I didn't ask about valuable.
14           What about ethical?
15    A      Well, val- -- if it's not valuable, it
16    should -- it wouldn't be of great concern to do
17    that.  I'm not sure what you're asking.
18    Q      Well, I'm asking if you -- if you have
19    a carcinogen, even a possible carcinogen, you
20    could not design and get a trial through IRB
21    using that product and a control group; correct?
22    MR. MIZGALA:
23           Object to form.
24    A      I guess -- I -- I see what -- now I see

Page 19

1     what you're asking.
2           So my position on that is that talc
3     is -- I don't believe talc is a carcinogen.
4     MS. THOMPSON:
5     Q      I understand.  But there are others
6     that do.
7           And, so, is it your opinion that an IRB
8     would let a study through using what has been
9     designated as a possible carcinogen, say, for
10    example, IARC?
11    MS. CURRY:
12           Object to the form.
13    A      I have no idea.
14    MS. THOMPSON:
15    Q      All right.  So the ground rules are
16    we'll try not to interrupt each other.  Let me
17    know if I ask a bad question or one that you
18    don't understand, and I'll expect you to answer
19    honestly.  Fair enough?
20    A      Yes.
21    Q      If you need a break, let me know.
22           What did you bring with you today?
23    A      I have my expert report right here.
24    Q      And is that all you brought with you?

Page 20

1     A      And this is -- this is a -- let me get
2     my glasses -- supplemental materials received by
3     me after this was done.
4     Q      Okay.
5     A      Okay?
6     Q      And, so, "received by" you meant the
7     lawyers for Johnson & Johnson provided those
8     supplemental materials to you?
9     A      It was a little bit of both.  I mean,
10    some of this I wasn't privy to, so I got it
11    provided to me, and some of these were additional
12    articles that I was -- I pulled out.
13    Q      Okay.  And I've marked as Exhibit 1
14    your expert report.
15           (DEPOSITION EXHIBIT NUMBER 1
16           WAS MARKED FOR IDENTIFICATION.)
17    MS. THOMPSON:
18    Q      Do you --
19    Q      Do you have a copy?  You're good on
20    that?
21    A      And mine's -- mine's thicker than
22    yours, so -- it's got my CV in there.
23    Q      I separated out your CV.  So -- well,
24    good.  But that's a good observation.

Page 21

1           And -- and I marked as Exhibit 2 your
2     CV.
3     A      Okay.
4           (DEPOSITION EXHIBIT NUMBER 2
5           WAS MARKED FOR IDENTIFICATION.)
6     MS. THOMPSON:
7     Q      And that should --
8           And you're good on that, too?
9     MS. CURRY:
10          Thank you.
11    MS. THOMPSON:
12    Q      That should -- those combined should be
13    the same thickness of what you've brought.
14          And I also brought the Notice of
15    Deposition, which I'm going to hand you.
16          (DEPOSITION EXHIBIT NUMBER 3
17          WAS MARKED FOR IDENTIFICATION.)
18    MS. THOMPSON:
19    Q      And this is the one with objections.
20          Have you seen this before, Dr. Birrer?
21    A      Yes.
22    Q      And did you look at the request on
23    the -- on this document?
24    A      Yes.

6 (Pages 18 to 21)

Michael Birrer, M.D., Ph.D.

Page 22

1    Q     Is there -- and there's nothing that
2  was responsive to any of these requests?
3  MS. CURRY:
4         Objection.  Subject to the objections
5  that were made by counsel.
6  MS. THOMPSON:
7    Q     Subject --
8  MS. THOMPSON:
9         Sorry.
10   Q     Subject to the objections.
11   A     Yeah.
12   Q     So where would you keep your file for
13  the litigation?
14  MS. CURRY:
15        And I'm sorry.  Just to clarify for the
16  record, there is a small production at the back
17  that incorporates the --
18  MS. THOMPSON:
19        Yes.
20  MS. CURRY:
21        -- invoice as well as the supplemental
22  fee schedule and the supplemental list of
23  materials.
24  MS. THOMPSON:

Page 23

1         Right.
2    Q     So the supplemental material list that
3  you brought with you today, Dr. Birrer, is
4  attached to the back of this notice with
5  objections; correct?
6    A     That's the same as this.  Yes.
7    Q     Yes.
8    A     Yeah.  Uh-huh.
9    Q     And also attached to this -- this
10  notice with objections are your fees; correct?
11   A     Correct.
12   Q     And are -- are those all the invoices
13  that you have submitted thus far?
14   A     Yes.
15   Q     And how much -- and from -- this
16  invoice that's attached to Exhibit 3 goes through
17  March 17th.
18        How much time would you say you have
19  spent since March 17th preparing for the case?
20   A     I'd say probably put another 15 hours,
21  And I haven't invoiced that yet.
22   Q     Okay.  And you have testified in other
23  cases for the defendants in --
24   A     Correct.

Page 24

1    Q     -- this litigation?
2         And be careful not to interrupt just
3  because it makes our court reporter's job a
4  little more difficult.
5         How much money have you been paid total
6  by Johnson & Johnson in talcum powder litigation?
7    A     To date, nothing.
8    Q     You haven't been paid for any of the
9  other cases that you've testified in?
10   A     Correct.
11   Q     Why is that?
12   A     I'm a lousy businessman.  I haven't
13  invoiced for Swan yet and I haven't invoiced for
14  Brower.  But I can -- I can estimate the hours.
15   Q     Go ahead and estimate.
16   A     Swan I think is around 80 hours --
17   Q     Okay.
18   A     -- because it was the initial case.  It
19  was a bundled -- bundled five cases, so involved
20  a lot of review.  And the deposition alone was
21  quite long.  I remember like it was yesterday.
22        And, then, Brower was probably about 40
23  hours.
24   Q     Okay.

Page 25

1    A     And those invoices are being
2  constructed.
3    Q     And you're charging those at the same
4  rate as in your fee schedule --
5    A     That's right.
6    Q     -- attached to this document?
7    A     That's right.
8    Q     Okay.  When were you first approached
9  by Johnson & Johnson as -- about serving as an
10  expert in talcum powder litigation?
11   A     So that was before the -- that was the
12  Blaes or Swan case.  I believe it was in
13  December, around November, December of 2016.
14   Q     '16?
15   A     Thank you.  Time flies.
16   Q     Only because I know that the report was
17  submitted in May, so --
18   A     (Nods affirmatively.)
19   Q     -- I'm assuming that you didn't work 18
20  months on that --
21   A     No.
22   Q     -- case.
23        And you were asked in -- for this
24  report that you just submitted, to address the

7 (Pages 22 to 25)

Michael Birrer, M.D., Ph.D.

Page 26

1    biological plausibility of the plaintiffs' theory
2    that cosmetic talcum powder can cause ovarian
3    cancer. Right?
4    A       Correct.
5    Q       And that would be the stand- -- from
6    the standpoint of the genomics and molecular
7    biology that is your expertise; correct?
8    MS. CURRY:
9         Object to the form.
10   A       So I think they were asking me in the
11   big picture the biologic plausibility of talc
12   being involved in the -- causing ovarian cancer
13   and then my scientific experience, even clinical
14   experience, would factor into -- to -- to that
15   expert opinion.
16   MS. THOMPSON:
17   Q       Was that a different opinion than what
18   you were asked to provide in the previous cases
19   that you testified in?
20   MS. CURRY:
21        Object to the form.
22   A       Previously -- the answer, I believe, is
23   no. But I was asked for general causation
24   before. This was a more -- somewhat more narrow

Page 27

1    expert opinion.
2    MS. THOMPSON:
3    Q       So in this case, you're not providing
4    general causation opinions. You're providing the
5    biological mechanism, plausibility opinions;
6    correct?
7    A       Well, the title --
8    MS. CURRY:
9         Object to the form.
10   A       The title on the expert report is for
11   General Causation For the Daubert Hearing. But
12   my understanding was -- was to focus extensively,
13   if you will, on the biologic plausibility.
14   MS. THOMPSON:
15   Q       And because biological plausibility is
16   part of general causation; correct?
17   A       Correct.
18   Q       But it's not the whole of general
19   causation. Is that your understanding?
20   A       Correct.
21   Q       So I want to make sure that I
22   understand your opinions.
23        Is it your opinion that the perineal
24   use of talcum powder products is not associated

Page 28

1    with an increased risk of epithelial ovarian
2    cancer?
3    A       Correct.
4    Q       Is it your opinion that the genital use
5    of talcum powder is not a risk factor for
6    epithelial ovarian cancer?
7    A       Correct.
8    Q       Is it your opinion that genital use of
9    talcum powder products does not cause ovarian
10   cancer?
11   A       Correct.
12   Q       Is it your opinion that the genital use
13   of talcum powder products does not cause ovarian
14   cancer in some women?
15   MS. CURRY:
16        Object to the form.
17   A       Correct.
18   MS. THOMPSON:
19   Q       And that would be ever.
20   MS. CURRY:
21        Object -- object to the form.
22   A       No data to support that.
23   MS. THOMPSON:
24   Q       Is it your opinion that the genital use

Page 29

1    of talcum powder does not contribute to the
2    development of epithelial ovarian cancer?
3    A       Yes.
4    Q       And do you say that there's no data to
5    support that as well?
6    A       Correct.
7    Q       Is it your opinion that genital use of
8    talcum powder does not contribute to the
9    development of ovarian cancer in some women?
10   MS. CURRY:
11        Object to the form.
12   A       There's no data to support that either.
13   MS. THOMPSON:
14   Q       So the answer is yes?
15   A       Yes.
16   Q       Is it your opinion that any proposed
17   biologic mechanism for how the genital use of
18   talcum powder products could cause epithelial
19   ovarian cancer is not plausible?
20   MS. CURRY:
21        Object to the form.
22   A       I would agree with that statement.
23   It's not biologically plausible.
24   MS. THOMPSON:

8 (Pages 26 to 29)

Michael Birrer, M.D., Ph.D.

Page 30

1    Q      Is it your opinion that any proposed
2  biologic mechanism for how the genital use of
3  talcum powder products might contribute to the
4  development of ovarian cancer is not plausible?
5  MS. CURRY:
6         Object to the form.
7    A      There's no data for that either.
8  MS. THOMPSON:
9    Q      So the answer would be yes?
10   A      Yes.
11   Q      Do you intend to give opinions on
12 whether talc particles can reach the ovaries?
13   A      I believe on my expert report and in --
14 and I'm more than happy to talk about it --
15 reviews the migration theories.
16   Q      Do you consider yourself to be an
17 expert in that area?
18   A      I think that those studies are
19 relatively straightforward and, based upon my
20 experience that, I would be relatively easy to
21 interpret those.
22   Q      Do you feel like you would be in a
23 better position than a gynecologist or
24 gynecologic oncologist?

Page 31

1    A      Yes.
2    Q      Have you found any new expertise in the
3  migration or transport of particles in the female
4  reproductive system since 2017?
5  MS. CURRY:
6         Object to the form.
7    A      I'm not sure what you mean by "found
8  any new expertise." In the literature or my own
9  experience?
10 MS. THOMPSON:
11   Q      Do you believe that you have more
12 expertise in that subject than you did in 2017?
13   A      I think that it's comparable.
14   Q      So that would be no additional
15 expertise since 2017, when you testified
16 previously?
17 MS. CURRY:
18        Object to the form.
19   A      Not that I can identify as -- as we're
20 discussing this.
21 MS. THOMPSON:
22   Q      And same for 2018, when you gave a
23 deposition in -- in a talcum powder case?
24 MS. CURRY:

Page 32

1         Object to the form.
2    A      Correct.
3  MS. THOMPSON:
4    Q      Are all the opinions contained in your
5  report that you will be providing in this case?
6    A      That's a tough question to ask because
7  I don't know what you're gonna ask me.
8    Q      Fair enough.
9         Can you think of any areas, sitting
10 here today, that you intend to testify in other
11 than the migration and transport of particles and
12 the molecular and genomics of cellular tissue
13 response to talc?
14 MS. CURRY:
15        Object to the form.
16   A      Well, that's the bulk of my expert
17 report. I'm -- again, it depends on what you ask
18 me within the construct of general causation.
19 I'm willing to talk about some of that.
20 MS. THOMPSON:
21   Q      Okay. I understand.
22   A      Uh-huh.
23   Q      And you are not an epidemiologist;
24 correct?

Page 33

1    A      I don't have a degree in epidemiology.
2  But I have training.
3    Q      So would you agree that your
4  understanding of epidemiology is general in
5  nature?
6  MS. CURRY:
7         Object to the form.
8    A      So in order to be a, you know,
9  laboratory-based scientist in this field and a
10 clinician to treat patients, you certainly need
11 to have an understanding of epidemiologic
12 studies, so I have that understanding. And I
13 think that it gives me the ability to assess
14 epidemiologic studies and to draw conclusions
15 from them.
16 MS. THOMPSON:
17   Q      But if you're looking for more nuanced
18 or more comprehensive epidemiological experience,
19 you would look to an actual epidemiologist;
20 correct?
21 MS. CURRY:
22        Object to the form.
23   A      Well, I think it would depend on the
24 question that's being asked.

9 (Pages 30 to 33)

Michael Birrer, M.D., Ph.D.

Page 34

1    MS. THOMPSON:
2    Q      Well, for example, in the consortium
3    that you publish with, there are specific
4    epidemiologists that publish with the group;
5    correct?
6    A      Which consortium are you referring to?
7    Q      There are several?
8    A      Yes.
9    Q      Take -- take the Ovarian Cancer
10   Association Consortium.
11   A      The GOS?
12   Q      No.  OCAC or --
13   A      Okay.
14   Q      There are specific epidemiologists that
15   I assume are recruited to -- to provide the
16   epidemiology experience in that consortium;
17   correct?
18   A      There are epidemiologists in that
19   consortium.  I will point out there are lots of
20   other people and scientists.
21   Q      And -- and -- and you would be sought
22   out for that type of consortium because of your
23   molecular experience; correct?
24   MS. CURRY:

Page 35

1           Object to the form.
2    A      Well, I would add to that that I think
3    from a -- sort of a clinical standpoint we
4    provide some reality testing in terms of
5    whether -- what they're observing is actually
6    meaningful.
7    MS. THOMPSON:
8    Q      Yes.  So it would be for your
9    experience as a clinician in genomics and
10   molecular researcher; right?
11   A      Yes.
12   Q      That makes sense.
13          You're not a gynecologist or
14   gynecologic oncologist; correct?
15   A      Correct.
16   Q      Were you asked to offer criticism of
17   plaintiff experts and their opinions?
18   MS. CURRY:
19          Object to the form.
20   A      So in my expert report, I really
21   reviewed the primary literature, and with -- with
22   then integrating that into the arguments made by
23   plaintiffs' expert witnesses.  So you see in a
24   section there I began to look at individuals'

Page 36

1    comments, and they're all listed in terms of
2    biologic plausibility.  And then, of course, I
3    spent a lot of time on Dr. Saed.
4    MS. THOMPSON:
5    Q      My question, though, is which of the
6    plaintiff experts were you asked to offer
7    criticism of?
8    MS. CURRY:
9           Object to the form.
10   A      So I reviewed the entire list, and
11   that's listed in the materials.  I think it's on
12   page --
13   MS. THOMPSON:
14   Q      28?
15   A      -- 28 and 29.
16   Q      Okay.  Let's go ahead and go -- do --
17   did you read all of these experts -- expert
18   reports?
19   A      I looked through them, yes.
20   Q      And each one?
21   A      Correct.
22   Q      All right.  Let's go through each one
23   and have you tell me what you gleaned from each
24   expert report.

Page 37

1    MS. CURRY:
2           Object to the form.
3    MS. THOMPSON:
4    Q      Ann McTiernan, do you know Ann
5    McTiernan?
6    A      I don't know her personally.
7    Q      What's her field of expertise?
8    A      I would have to check that.
9    Q      So you don't remember here today
10   what --
11   A      Well, you're reviewing, I think --
12   let's be honest, 300 pages.  I'm not going to be
13   able to go through those systematically.
14   Q      Well --
15   A      But if you look at my report, it very
16   specifically addressed some of the flaws in the
17   experts' opinions regarding migration of talc.
18   Q      I -- I understand.  But my question is
19   do you know what Dr. McTiernan's area of
20   expertise is?  And it's fine if you don't.
21   A      I'd have to look it up.
22   Q      Okay.  Do you know Dr. Carson's area of
23   expertise?
24   A      I have never met him, and I don't know

10 (Pages 34 to 37)

## Michael Birrer, M.D., Ph.D.

Page 38

1 him.
2 Q    Have you met Dr. McTiernan?
3 A    No.
4 Q    What is Dr. Clarke-Pearson's area of
5 expertise?
6 A    Clarke-Pearson is a gynecological
7 oncologist, former department chair at UNC.  Now
8 he's stepped down.
9 Q    And do you know Dr. Clarke-Pearson?
10 A    I've met him.
11 Q    And what about Dr. Kessler?
12 A    I've never met Dr. Kessler.
13 Q    What's his area of expertise?
14 A    I can't quote you that.
15 Q    What's Dr. Smith's area of expertise?
16 A    I think Dr. Smith's pretty -- actually,
17 I can't tell you.
18 Q    And Dr. Saed, I think we know.
19        What about Dr. Siemiatycki?
20 A    Uh-uh.  No.
21 Q    Dr. Wolf?
22 A    I've met Judith.  She's a gynecologic
23 oncologist.
24 Q    And do you know Dr. Zelikoff's area of

Page 39

1 expertise?
2 A    I don't know her.
3 Q    Nor her area of expertise?
4 A    Correct.
5 Q    What about Dr. Plunkett?  Do you know
6 her area of expertise?
7 A    I don't.
8 Q    Dr. Moorman, do you know her area of
9 expertise?
10 A    Don't know her.  No.
11 Q    Dr. Smith-Bindman, do you know her area
12 of expertise?
13 A    No.
14 Q    Do you know the area of expertise of
15 Dr. Kane?
16 A    Nope.
17 Q    Dr. Levy?
18 A    No.
19 Q    Dr. Singh?
20 A    No.
21 Q    Were you asked by Johnson & Johnson to
22 perform any experiments?
23 A    No.
24 Q    Did you offer to perform any

Page 40

1 experiments?
2 A    No.  Laboratory-based?
3 Q    Laboratory, yes.
4 A    No.
5 Q    What did you know about talcum powder
6 and a possible link to ovarian cancer before you
7 were approached to serve as an expert in 2017?
8 A    So it was not something that we dealt
9 with clinically.  We never counseled patients.
10 Scientifically, it never really was part of my
11 laboratory effort.  I didn't know really -- I
12 didn't know anybody working with it in the lab.
13 And -- and, you know, to be fair, I would say
14 that I was aware of the sort of concept that some
15 people -- some epidemiologic studies were being
16 done trying to determine relationship of talc
17 exposure to ovarian cancer.  And that's about it.
18 Q    Were you -- were you aware of the
19 issues raised by Dr. Woodruff and others in the
20 '70s about possible contamination with asbestos?
21 MS. CURRY:
22        Object to the form.
23 A    No.
24 MS. THOMPSON:

Page 41

1 Q    Did you have any opinions about whether
2 talcum powder could cause ovarian cancer before
3 you were approached to serve as an expert?
4 A    Well, my sense was that it wasn't a
5 factor.
6 Q    And what was --
7 A    Because we -- again, we weren't -- we
8 weren't using it in the clinic.  We weren't
9 talking about it.  There were essentially no
10 presentations in the biologic plausibility within
11 any of the scientific meetings that I would go
12 to.
13 Q    And at that time, that's what your
14 impression, at least, would have been based on?
15 MS. CURRY:
16        Object to the form.
17 A    Yeah.
18 MS. THOMPSON:
19 Q    Did you write your report?
20 A    Yes.
21 Q    Every word?
22 A    Yes.
23 Q    Did you choose the literature to cite?
24 A    So I pulled out most of that myself,

Michael Birrer, M.D., Ph.D.

Page 42

1  went back and did a reference list and then
2  pulled more.  As I said before, the expert
3  reports would have been provided from counsel.
4        There may have been some papers that I
5  said, hey, I don't have this.  Can you pull this
6  out?  And then they would -- they would provide
7  it to me.
8  Q       And there are -- just so I understand
9  the literature --
10  A       Uh-huh.
11  Q       -- there's literature that you actually
12  cite in the report in footnotes; right?
13  A       Correct.
14  Q       And then there's another list at the
15  end of the report that's considered -- that's
16  titled "Materials Reviewed and Considered by Dr.
17  Birrer"; right?
18  A       That's right.
19  Q       And can I assume that the literature
20  that are actually cited in the footnotes is
21  literature that you felt was particularly
22  significant?
23  MS. CURRY:
24        Object to the form.

Page 43

1  A       Yeah.  So the idea here was to try to
2  provide some guidance as to where that reference
3  was relevant within the document.  That's why
4  it's on each page.  At the end is a sort of sum
5  total.
6  MS. THOMPSON:
7  Q       Okay.
8  A       Yeah.
9  Q       Did you choose any quotes that are
10  included in your expert report yourself?
11  MS. CURRY:
12        Object to the form.
13  MS. THOMPSON:
14  Q       It was a bad question.
15        Did you choose the quotes that are
16  included in your expert report?
17  A       Correct.
18  Q       Did you choose the language that you
19  used to criticize the plaintiffs' experts?
20  A       Correct.
21  Q       Did you perform any searches?
22  MS. CURRY:
23        Object to the form.
24  A       In order to generate the original body

Page 44

1  of information, I did that by searching.
2  MS. THOMPSON:
3  Q       And what search engines did you use?
4  A       It was mostly PubMed, which is
5  something we use all the time.
6  Q       And did you -- what search terms did
7  you use?
8  A       Ovary, ovarian cancer, talc.  So the
9  ones you -- you'd predict.  And that doesn't
10  necessarily generate the entire list.  Right?  I
11  mean, you get the list and then you look at the
12  papers, go back to the references in those
13  papers, and then you see if you -- you're missing
14  out.  Then you pull out more.  And as you go
15  through this iteration, you begin to find out
16  that you're identifying the same patient -- the
17  same papers.  So then you begin to get an idea
18  that you have the sum total of what you need.
19  Q       And have you saved those papers
20  anywhere?
21  A       So those were -- the way that worked
22  was they came in, mostly computer-based, and then
23  I would look at those, extract what I wanted, and
24  then construct the report.  And that was all done

Page 45

1  in the computer.
2  Q       But what happened to the articles?
3  MS. CURRY:
4        Object to the form.
5  A       Well, they'd be computer-based, or
6  there's backup, I believe, some backup copies
7  here on everything.
8  MS. THOMPSON:
9  Q       So -- so everything that you looked at
10  would be in your materials considered list and
11  the supplemental materials considered list?
12  A       Correct.  Yep.
13  Q       Did you look at plaintiff expert
14  depositions?
15  A       Correct.
16  Q       Which ones?
17  A       So I looked at the deposition of
18  Dr. Saenz.  I think that's listed on supplemental
19  deposition.
20  MS. CURRY:
21        I believe she asked about plaintiff
22  expert deposition.
23  MS. THOMPSON:
24  Q       Plaintiff.

12 (Pages 42 to 45)

Michael Birrer, M.D., Ph.D.

Page 46

1    A     I'm sorry. I'm on the wrong one. So
2  that would be Dr. Saed.
3    Q     Uh-huh.
4    A     And I think -- let's go back and look.
5  I think -- yeah. It was 23 and 24 are -- were
6  both the Saed depositions. I think that's it.
7    Q     In the file -- the backup file that you
8  mentioned that's here, is that on a thumb drive
9  or what's --
10  MS. CURRY:
11         Object to the form. They're actually
12  my -- the lawyer's files. I just brought a copy
13  of the references in case we needed to refer to
14  everything. But it's not -- actually not
15  Dr. Birrer's file.
16  MS. THOMPSON:
17    Q     So there's no electronic file that you
18  possess?
19    A     Yeah.
20    Q     Did you make any notes or highlights on
21  any of the articles that --
22    A     (Shakes head negatively.)
23    Q     And in addition to Dr. Saed's
24  deposition, you have listed two drafts of his

Page 47

1  manuscript that was recently published; correct?
2    A     I believe I saw the pre-print and then
3  the copy of the actual published paper. And, of
4  course, his expert report.
5    Q     When did you first see Dr. Saed's
6  manuscript?
7  MS. CURRY:
8         Object to the form.
9    A     Preprint or published?
10  MS. THOMPSON:
11    Q     Either.
12    A     So I think the preprint came first,
13  obviously. The expert report was available
14  first, and then the preprint, and then just
15  within, I think, a month and a half I got the
16  paper. It was pretty recent.
17    Q     Is Dr. Saenz's published manuscript on
18  your supplemental materials list?
19  MS. CURRY:
20         It's attached to the objections, which
21  is Exhibit 3.
22  MS. THOMPSON:
23         Yeah. I -- I couldn't find my notice
24  with objections.

Page 48

1  MS. CURRY:
2         Here you go.
3    A     This supplemental list with objections
4  or the extra paper?
5  MS. THOMPSON:
6    Q     And you reviewed some reports from
7  governmental and regulatory agencies; correct?
8    A     Correct.
9    Q     I'll go ahead and mark those. We're
10  gonna discuss them more later.
11         (DEPOSITION EXHIBIT NUMBER 4
12          WAS MARKED FOR IDENTIFICATION.)
13  MS. THOMPSON:
14    Q     You've looked at the Health Canada's
15  recent draft assessment; correct?
16    A     Yes.
17    Q     When did you first see that?
18    A     It was in a deposition of Dr. Saenz's.
19    Q     And do you know when that was first
20  published?
21    A     The Health Canada?
22    Q     Yes.
23    A     Fairly recently. Can't quote you the
24  date.

Page 49

1    Q     If it was December, would that surprise
2  you?
3  MS. CURRY:
4         Object to the form.
5    A     December of --
6  MS. THOMPSON:
7    Q     Of '18?
8    A     That's pretty recent.
9    Q     Were you not aware that this had been
10  put online by Health Canada prior to Dr. Saenz's
11  deposition?
12    A     I was not.
13    Q     Did you review that 2014 letter from
14  FDA in response to a public citizen complaint?
15    A     I am familiar with that.
16         (DEPOSITION EXHIBIT NUMBER 5
17          WAS MARKED FOR IDENTIFICATION.)
18  MS. THOMPSON:
19    Q     And I'll mark that 2014 public citizen
20  response letter from the FDA as Exhibit Number 5.
21         Does that look like the letter that you
22  reviewed, Dr. Birrer?
23    A     (Nods affirmatively.) I've seen that,
24  yeah.

13 (Pages 46 to 49)

Michael Birrer, M.D., Ph.D.

Page 50

1    Q      And did you review the IARC Monograph
2  on Nonasbestiform Talc from 2010?
3    A    I did.
4    Q      And that will be Exhibit Number 6.
5          (DEPOSITION EXHIBIT NUMBER 6
6            WAS MARKED IDENTIFICATION.)
7  MS. THOMPSON:
8    Q      Does that look like the document that
9  you reviewed?
10   A     Yes.  Yeah.  I've seen that.  Yep.
11 MS. THOMPSON:
12        Dawn, if you want more copies, I'm
13 happy to give --
14 MS. CURRY:
15        I'm okay.  I don't know if other
16 counsel need a copy to review.
17 MR. MIZGALA:
18        No.
19 MS. THOMPSON:
20        I think for most everything I have
21 another copy, so if there's anything you'd like
22 to see and not have to take home with you, I'm
23 happy to provide it.
24 MS. THOMPSON:

Page 51

1    Q      Did you know that the Health Canada
2  assessment was made pub- -- made available to the
3  public?
4    A     Yes.
5  MS. CURRY:
6          Object to the form.
7  MS. THOMPSON:
8    Q      Do you believe that the Health Canada
9  risk assessment is relevant to the topic today?
10 MS. CURRY:
11         Object to the form.
12   A      It doesn't change my opinion about
13 biologic plausibility.  It's a -- obviously, an
14 opinion that's based upon a lot of data that I
15 believe is reviewed by Taher, which is
16 information data that I already was aware of, so
17 it doesn't really sway me one way or the other.
18 MS. THOMPSON:
19   Q      But my question was, did you deem it
20 relevant?
21 MS. CURRY:
22         Object to the form.
23   A      Relevant to review.
24 MS. THOMPSON:

Page 52

1    Q      Okay.  That's my question.
2    A     Yes.
3    Q      But it was published in December, and
4  you didn't look at it until you saw it in
5  Dr. Saenz's deposition as an exhibit; right?
6    A     Correct.
7    Q      Did you deem it important?
8  MS. CURRY:
9          Object to the form.
10   A      Well, since it was quoted and my
11 impression was that there were people who thought
12 this was important, that necessitated me to take
13 a look at it.
14 MS. THOMPSON:
15   Q      Did you think it was important?
16 MS. CURRY:
17         Object to the form.
18   A      Well, after I read it, again, my sense
19 was it doesn't really sway me one more -- one way
20 or the other because they're -- they're
21 essentially re-reviewing all the data that we
22 know and coming to a different conclusion.  I
23 just think they got it wrong, unfortunately.
24 MS. THOMPSON:

Page 53

1    Q      But you will agree that it did provide
2  an extensive review on the subject?
3  MS. CURRY:
4          Object to the form.
5    A      It was, I thought, would be described
6  as extensive.
7  MS. THOMPSON:
8    Q      Did you review the statement of the
9  methodology that accompanied the risk assessment?
10   A      I went -- I looked through it.
11   Q      I'll mark that as Exhibit 7.
12         (DEPOSITION EXHIBIT NUMBER 7
13           WAS MARKED IDENTIFICATION.)
14 MS. THOMPSON:
15   Q      Is that what you saw?
16   A      I didn't see it printed like this with
17 the color on it.  Yeah.
18   Q      And let's just look at page 2 of the
19 document titled "Weight of Evidence, General
20 Principles and Current Applications in Health
21 Canada."
22         Does number 3, Role in Risk
23 Assessments, generally outline the methodology
24 that Health Canada applied to this risk

14 (Pages 50 to 53)

Michael Birrer, M.D., Ph.D.

Page 54

1    assessment?
2    MS. CURRY:
3         Object to the form.
4    A      Yeah.  I think it's a summary of
5    what -- of how they approached it.  That's my
6    sense.  Yep.
7    MS. THOMPSON:
8    Q      And for the risk assessment, Health
9    Canada assumed talc or talcum products to be
10   nonasbestiform.
11        Is that your understanding?
12   A      Yeah.  I believe that's what they
13   focused on.
14   Q      What does nonasbestiform mean?
15   A      I'm not going to go down the line of
16   being an expert in asbestos.
17   Q      So do you not know what it means when
18   the talc is considered nonasbestiform?
19   MS. CURRY:
20        Object to the form.
21   A      I'm assuming they're addressing sort of
22   mineral characterization of these substances.
23   But again, I -- that's not my area of expertise.
24   I'm not a geologist and it -- it in many ways is

Page 55

1    sort of irrelevant to looking at many of the
2    studies which are just looking at talcum powder.
3    MS. THOMPSON:
4    Q      Does it not matter to you whether that
5    talc is in a particle or fiber -- fiber form?
6    MS. CURRY:
7         Object to the form.
8    A      Well, I looked at, again, extensively
9    all the data that was addressing whether talcum
10   powder is a risk factor or plays a role in
11   developing ovarian cancer.  It is irrelevant in
12   that setting whether there are components in
13   there that go from asbestiform to heavy metals to
14   fragrance.  That data would be clear from those
15   experiments, and they're not.
16   MS. THOMPSON:
17   Q      So is the answer that -- is it
18   irrelevant whether the particles are in a
19   particulate form or in a fiber form?
20   MS. CURRY:
21        Object to the form.
22   A      Again, I -- that -- that experiment has
23   not been done in the -- the -- in the -- in the
24   data that I looked at.

Page 56

1    MS. THOMPSON:
2    Q      So you're agreeing it's irrelevant what
3    form the particles are in when --
4    A      I'm saying we don't have any data.
5    MS. CURRY:
6         Object to the form.
7         You have to let her get her --
8    THE WITNESS:
9         Okay.
10   MS. CURRY:
11        -- entire question out before you
12   answer so that the court reporter can get
13   everything down.
14   MS. THOMPSON:
15   Q      No data isn't the same as irrelevant,
16   and that's my question.
17   MS. CURRY:
18        Object to the form.
19   A      You know, again, I don't think I can
20   answer that "yes" or "no."
21   MS. THOMPSON:
22   Q      Is it important whether the substance
23   in Johnson's baby powder and Shower to Shower is
24   in a particulate form or in a fiber form?

Page 57

1    MS. CURRY:
2         Object to the form.
3    A      I don't know.
4    MS. THOMPSON:
5    Q      You don't know if it's important?
6    A      I don't know if it's important.
7    Q      Okay.  And is part of the reason is
8    because you're not an expert in asbestos?
9    MS. CURRY:
10        Object to the form.
11   A      Again, I wasn't asked to evaluate the
12   role of asbestos in ovarian cancer.  I have an
13   opinion on that based upon some of the
14   epidemiologic studies.
15        But in terms of the compositional
16   analysis of talcum powder, that is not within the
17   area of my expertise, and the various forms of
18   asbestos in talc in terms of mineralogy is not
19   something that I've spent time on.
20        But, as I pointed out before, the
21   experiments that have been conducted address that
22   issue, which is they're using talcum powder.  If
23   it's got a variety of substances in it, any one
24   of which match and play a role in ovarian cancer,

15 (Pages 54 to 57)

Michael Birrer, M.D., Ph.D.

Page 58

1  it would have been obvious from the data and it's
2  not.
3  MS. THOMPSON:
4      Q      Is it your opinion that baby powder and
5  Shower to Shower -- and you understand those are
6  the two products that we're here to talk about
7  today; right?
8      A      Yes.  J & J products?
9      Q      Yes.
10         Is it your opinion that those products
11  have been proven safe?
12  MS. CURRY:
13         Object to the form.
14      A      So there's no data that I know of that
15  says they're not safe.
16  MS. THOMPSON:
17      Q      That's different.  Have they been
18  proven safe?
19  MS. CURRY:
20         Object to the form.
21      A      Yes.
22  MS. THOMPSON:
23      Q      And what data do you have as the basis
24  for that, that they have been proven safe?

Page 59

1      A      Again, years and years of usage with
2  these experiments and biologic systems,
3  epidemiologic data is basically not exposing or
4  uncovering any definitive data that that they're
5  unsafe.
6      Q      So you believe the epidemiological data
7  proves the product safe?
8      A      I don't think it -- it proves that it's
9  a risk factor.
10      Q      Is that --
11      A      You're asking -- you're asking me to
12  prove a negative.  I can't do that.
13      Q      So you're not -- you're unable to prove
14  that it's safe because you can't prove a
15  negative?
16  MS. CURRY:
17         Object to the form.
18  MS. THOMPSON:
19      Q      Is that what you're saying?
20      A      I get -- yeah.  I think -- I think the
21  issue in front of us is:  Is it unsafe?  And the
22  answer to that is there's no data for it.
23      Q      Well, the issue is what I asked you.
24  And my question was has it been proven safe, not

Page 60

1  has it been proven unsafe, so --
2  MR. MIZGALA:
3         Object to the form.
4  MS. THOMPSON:
5      Q      -- I'll ask the question again.
6         Have these products been proven safe in
7  your mind?
8  MS. CURRY:
9         Object to the form.
10      A      Again, it is -- it is an issue about
11  trying to prove a negative.  The data is there
12  are decades of use of this, this material,
13  perineal dusting, with no evidence, no convincing
14  evidence that it's unsafe.  I conclude that it's
15  a safe product.
16  MS. THOMPSON:
17      Q      Do you believe that the molecular data
18  proves the product safe?
19  MS. CURRY:
20         Object to the form.
21      A      Can you define "molecular data"?
22  MS. THOMPSON:
23      Q      The -- the studies that have been
24  performed on talcum powder, do you believe they

Page 61

1  prove that the products are safe?
2  MS. CURRY:
3         Object to the form.
4      A      Just repeat that once more, please.
5  MS. THOMPSON:
6      Q      The molecular studies that have been
7  done on talcum powder, is it your opinion that
8  they prove that the products are safe?
9  MS. CURRY:
10         Object to the form.
11      A      So I refine that a bit because I don't
12  really consider them molecular studies.  They're
13  biologic studies, and there's a difference.
14         The biologic studies which I reviewed,
15  which I think is the sum total that's out there,
16  are completely unconvincing, unconvincing that
17  talcum powder is a -- plays a role in the
18  development of ovarian cancer.
19  MS. THOMPSON:
20      Q      But my question was is it your belief
21  that the biologic studies confirm that the
22  product is safe?
23  MS. CURRY:
24         Object to the form.

16 (Pages 58 to 61)

Michael Birrer, M.D., Ph.D.

Page 62

1    A    Again, we're back sort of to that
2  negative. I -- I think if -- I don't think they
3  convince me at all that it's -- it's a risk or
4  that it has any biologic activity on the target
5  organ, which is the ovary. And then in the
6  context of decades of use, then I would conclude
7  that it's a safe product.
8  MS. THOMPSON:
9    Q    And it's fine to say you can't
10  answer -- you can't answer the question. But I
11  need -- but I want to have an answer.
12    And that is: Is it your opinion that
13  the biologic studies show that the products are
14  safe?
15  MS. CURRY:
16    Object to the form.
17    A    Yeah. I -- I think -- I think
18  certainly that -- I think we can say that the
19  biologic studies do not reveal any untoward
20  effects. It's not reliable. The experiments are
21  not reliable. And so in that context, it's a
22  safe product.
23    I mean, again, you're asking me for a
24  biologic experiment that proves something is

Page 63

1  safe. I don't even know how to conduct an
2  experiment like that.
3  MS. THOMPSON:
4    Q    Okay. And again, you know, I can't
5  answer that -- your question --
6    A    It's okay?
7    Q    -- is a fine answer. Yeah.
8  MS. CURRY:
9    Object to the form.
10  MS. THOMPSON:
11    Q    Back to the weight of the evidence
12  document, it's your understanding that this is
13  the evaluation that Health Canada applied to --
14    A    That's this one?
15    Q    Yeah.
16    -- to answering the -- the question of
17  whether talcum powder was a risk for the public
18  in Canada; correct?
19  MS. CURRY:
20    Object to the form.
21    A    Correct.
22  MS. THOMPSON:
23    Q    And they also applied a Bradford Hill
24  analysis? Is that your understanding from

Page 64

1  reviewing the assessment?
2    A    I believe so, but let me just --
3  MS. CURRY:
4    Do you have the marked Exhibit 4 there?
5    I don't think the witness actually has
6  the --
7    Oh, I think it's in front of you here.
8    I'm just gonna grab these marked
9  exhibits for him. Thank you.
10  MS. THOMPSON:
11    I think his is the marked exhibit,
12  unless I --
13  MS. CURRY:
14    Right. It was just in front of you.
15  MS. THOMPSON:
16    Oh, I -- yeah.
17  MS. CURRY:
18    He didn't have it. That's all.
19  MS. THOMPSON:
20    Sorry.
21    A    Yeah, this -- okay.
22    Yeah. So they -- they essentially went
23  through it in that kind of algorithm.
24  MS. THOMPSON:

Page 65

1    Q    I did not see any discussion in your
2  report of a methodology similar to this. Is that
3  right?
4    A    Correct.
5    Q    Did you perform a weight of the
6  evidence of the data in this case?
7    A    So I approached the expert report based
8  upon my experience, both scientifically and
9  clinical. We do this -- we do this a lot,
10  actually, where we'll do a complete review of the
11  literature and then extract the information,
12  dissect it in terms of paper by paper.
13    As a scientist, we don't really weigh
14  studies in a quantitative way. We don't -- it's
15  really not like a meta-analysis where we're
16  saying, okay, this is -- this is this weight
17  versus that weight.
18    But -- but the gestalt is, if you will,
19  at the end of the day, we look at these studies
20  and say do we believe -- do we think that the
21  data and results are believable; do they -- do
22  they support the conclusions. And we do that
23  individually through all the studies.
24    And my expert report, I think, outlines

17 (Pages 62 to 65)

Michael Birrer, M.D., Ph.D.

Page 66

1    that very clearly.
2           So I guess the answer to your question
3    is at the end of the day, the conclusion is that
4    we don't think -- I don't think the data supports
5    a biologic plausibility for talc versus -- talc
6    and the -- as a role in the development of
7    ovarian cancer.  That's the sum total of all that
8    analysis.
9    Q       Did you perform a Bradford Hill
10   analysis, per se?
11   A       Not in the expert report.  It's really
12   focused on biologic plausibility.  I'm aware of
13   Bradford Hill.  Prior depositions, we talked
14   about the elements, and I feel like I -- I
15   certainly understand those criteria.
16   Q       But at least in this report, you didn't
17   apply the criteria to this subject?
18   MS. CURRY:
19           Object to the form.
20   A       It's really focused on biologic
21   plausibility, which, as you know, is one
22   component of it.
23   MS. THOMPSON:
24   Q       Correct.

Page 67

1           And you reviewed that IARC 2010
2    document that we've marked as an exhibit; right.
3    A       This is when it was labeled as 2B;
4    right?
5    Q       Yes.
6           And -- and this -- well, this monograph
7    was published in 2010; right?
8    A       Correct.
9    Q       Is it your understanding that it
10   considered literature up to 2006?  Correct?
11   A       Sounds about right, yes.
12   Q       What is IARC?
13   A       Well, it's an international agency for
14   research on cancer.  Part of what they -- their
15   responsibility is is to look at environmental
16   risks for -- and -- and to sort of attempt to
17   quantify them, identify them and quantify them
18   for the development of cancer.
19   Q       Is it generally thought to be a
20   reputable scientific organization?
21   MS. CURRY:
22           Object to the form.
23   A       How do you define "reputable"?
24   MS. THOMPSON

Page 68

1    Q       Is it a credible scientific
2    organization?
3    MS. CURRY:
4           Object to the form.
5    A       I -- I think, to be fair, they -- they
6    recognize this as a group that is careful and is
7    invested in this.  I would say, though, that
8    they're not, as an organization, completely free
9    of -- because of the way they're structured with
10   WHO, completely free of outside influence or
11   politics.  That's my sense.
12   MS. THOMPSON:
13   Q       And by outside influence and politics,
14   where would that be coming from?
15   A       From World Health Organization, which
16   is their sort of supervising body.
17   Q       And is it your belief that the World
18   Health Organization is politically biased or
19   subject to influence from outside?
20   A       Well, I think it's an organization
21   that, by its nature, is, you know, a compendium
22   of countries and societies.  And, so, it's --
23   let's just say it's not necessarily as sort of
24   independent as the Academy, National Academy.

Page 69

1    Q       And by that you mean the National
2    Academy of Science and Medicine Engineering, now
3    titled?
4    A       Yes.
5    Q       Okay.  And I believe we talked about
6    before this --
7    A       Uh-huh.
8    Q       -- this monograph applies to talc not
9    containing asbestiform fibers, but that is not
10   your area of expertise; correct?
11   MS. CURRY:
12           Object to the form.
13   A       Correct.
14   MS. THOMPSON:
15   Q       And you are aware that there's a
16   different IARC monograph published in 2012 that
17   would cover talc containing asbestos or talc
18   containing asbestiform fibers; correct?
19   A       I don't think I've seen that.
20   Q       That would be 2012, the 100C.  I
21   believe it's on your --
22   A       Is it?
23   Q       -- reliance list.
24   A       Do you have a copy?

18 (Pages 66 to 69)

Michael Birrer, M.D., Ph.D.

Page 70

1    Q      Yeah.  It's number 77.
2    A      77.
3    Q      Arsenic, Metals, Fibers and Dust?
4    A      Oh, I think I -- I'm sorry.  That's
5    coming back to me.  It was a small -- yeah.
6    Q      And did you -- did you review that IARC
7    monograph?
8    A      Yeah.  There was a -- what -- what
9    I looked at was a subset of the entire document.
10   Yeah.
11   Q      Did you look at the section with
12   asbestos?
13   MS. CURRY:
14         Object to the form.
15   A      I believe so, yeah.
16   MS. THOMPSON:
17   Q      Did you look at the section with heavy
18   metals?
19   A      No.
20   Q      Are you aware that that document, 2012,
21   100C, includes all forms of asbestos and talc
22   containing asbestiform fibers?
23   A      That sounds correct.
24   Q      But you're not sure about that today?

Page 71

1    MS. CURRY:
2         Object to the form.
3    A      Well, as I said, I'm not a asbestos
4    expert.  But that -- that IARC volume is focused
5    on fibers, so that makes sense.
6    MS. THOMPSON:
7    Q      And have you reviewed the preamble to
8    the IARC monographs?  It's included in --
9    A      Yeah.
10   Q      -- in exhibit --
11   A      I looked through it.
12   Q      Okay.
13   A      It's voluminous.
14   Q      And does that describe the -- the
15   methodology that IARC applies when it's looking
16   to determine whether a substance is carcinogenic
17   or not?
18   A      Yes.  It's a list of all the
19   participants, the general principles, the
20   methodology.
21   Q      And you would agree, similar to Health
22   Canada, that that methodology is extensive as
23   well?
24   MS. CURRY:

Page 72

1    Object to the form.
2    A      It's detailed.
3    MS. THOMPSON:
4    Q      Going to the FDA response letter, at
5    least by volume, would you agree that this FDA
6    letter is a less extensive review?
7    MS. CURRY:
8         Object to the form.
9    A      Less pages.
10   MS. THOMPSON:
11   Q      That's kind of what I was getting at.
12         How about references?
13   A      Yeah.
14   Q      So, essentially, the FDA response
15   letter in 2014 does not include a description of
16   the methodology or an extensive reference list.
17   Is a that fair --
18   MS. CURRY:
19         Object to the form.
20   MS. THOMPSON:
21   Q      -- statement?
22   A      Well, I -- again, I think a little bit
23   you're comparing apples and oranges in the sense
24   that the purpose for these documents is somewhat

Page 73

1    different in that this is a letter from the FDA
2    in response to a -- I think it was a citizen's
3    petition.  They're not gonna give -- they're not
4    gonna send this back to a citizen's petition
5    because I think the citizen's petition would be
6    insulted because they're not going to be able to
7    read it.  It's more of a letter than the -- what
8    their opinion is.
9         Oh.  Sorry.
10   Q      And you're referring to that IARC --
11   A      Yeah.
12   Q      -- 2010 monograph.  Yeah.
13   A      Yeah.
14   Q      Fair enough.
15         However, you would consider the FDA a
16   credible source?
17   A      Yes.
18   Q      Let's look at your CV.  And you have
19   been a prolific researcher.  Would you agree?
20   A      I survive.
21   Q      I -- I think there are approximately
22   400 published papers.  Is that close?
23   A      Correct.
24   Q      You have a lot of coauthors on these

19 (Pages 70 to 73)

Michael Birrer, M.D., Ph.D.

Page 74

1   papers. Am I right?
2   A       Correct.
3   Q       On some, you're the lead author;
4   correct?
5   A       Correct.
6   Q       What does the role of lead author
7   usually entail?
8   MS. CURRY:
9           Object to the form.
10  A       So let me -- let me step back and
11  define that. I would say anchor positions.
12  MS. THOMPSON:
13  Q       Okay.
14  A       So first author is usually the person
15  who has done most of the work. And, it
16  actually -- my first authorship positions have
17  sort of faded with time because I take the other
18  anchor position, which is the senior author,
19  where you're providing guidance, mentorship, and
20  then you -- you ultimately are responsible for
21  the quality of the paper.
22  Q       And -- and that --
23  A       Yeah.
24  Q       -- that person is -- is often listed

Page 75

1   last. Is that right?
2   A       That's right.
3   Q       Okay. And can I assume that the
4   authors in the middle have varying roles but all
5   participate in the preparation of the manuscript
6   in some sense?
7   A       Right. I mean, it becomes -- you
8   probably can guess -- somewhat problematic when
9   you look at GY studies when there are almost more
10  authors than specimens. So the idea there is
11  that the individuals in -- in between are still
12  contributing to the paper. They're -- they may
13  be providing specimens.
14  Q       And I believe in GWAS, the -- the
15  recruitment for GWAS are researchers that can
16  provide tissue specimens for the group that's
17  analyzing them. Is that a fair --
18  A       It's a big point. It's -- it's a big
19  part of it. Yeah.
20  Q       And you'd agree that that's different
21  from the consortium that we discussed earlier,
22  that OCAC consortium; right?
23  MS. CURRY:
24          Object to the form.

Page 76

1   A       No. I think OCAC is a lot like that.
2   MS. THOMPSON:
3   Q       They're providing tissue samples or are
4   they providing expertise?
5   A       Well, OCAC is the consortium, so
6   it's -- it's composed of all of those
7   institutions. And those institutions are
8   providing specimens. And then the authors from
9   those institutions end up on the paper.
10  Q       How are the authors of the consortium's
11  publications selected?
12  MS. CURRY:
13          Object to the form.
14  A       Specific in GWAS or in general?
15  MS. THOMPSON:
16  Q       In OCAC.
17  A       OCAC. Well, I'm not sure I can quote
18  you OCAC rules, but the general guidelines would
19  be that from every institution that participated,
20  there'd be a primary author. If -- if there was
21  somebody else at the institution who specifically
22  did something important for that paper, they
23  might take two authors. But usually there's a
24  limit because you just -- OCAC, I believe, has --

Page 77

1   I'm guessing -- 50 to maybe even 100
2   institutions. So if you were to allow unlimited
3   authors, it would be unmanageable.
4   Q       Would the authors typically be
5   considered to have expertise in the particular
6   area that they're publishing in?
7   A       Yes.
8   Q       Would they typically have previous
9   scholarly work or publications?
10  MS. CURRY:
11          Object to the form.
12  A       Usually.
13  MS. THOMPSON:
14  Q       Would they typically have a -- a good
15  reputation in the scientific or medical
16  community?
17  MS. CURRY:
18          Object to the form.
19  A       I hope so.
20  MS. THOMPSON:
21  Q       Would they typically be knowledgeable
22  in that respective field that they're called upon
23  to contribute to the --
24  MS. CURRY:

20 (Pages 74 to 77)

Michael Birrer, M.D., Ph.D.

Page 78

1          Object to the form.
2     A     Yeah.  I mean, I think it would be
3  very -- again, these GWAS studies -- I'm sorry --
4  the GWAS studies are in some ways really unique
5  in that there's so many authors.  There may be
6  individuals in that list who -- who while they're
7  ovarian cancer researchers, they could be fairly
8  junior, and they may have just provided some
9  specimens.  Yeah.
10    MS. THOMPSON:
11    Q     Yeah.  And I'm not as interested in the
12 GWAS because they do have, you know, a whole
13 number.
14    A     Yeah.
15    Q     But I'm thinking more of the Australian
16 consortium, the OCAC, the -- other ones where
17 it looks, at least by appearance, that you're --
18 the authors are chosen because they're experts
19 in -- in a particular area.  For example,
20 epidemiology.  Would you agree with that
21 statement?
22    MS. CURRY:
23          Object to the form.
24    A     I think that's true -- I think that's

Page 79

1  true as a -- as general guideline, yeah.
2     MS. THOMPSON:
3     Q     And would the same be true for a paper
4  that you're publishing?  Would you look for
5  coauthors -- either as an anchor or a senior,
6  would you look for coauthors that are credible?
7     A     Well, you know, when you do these
8  experiments, you're not really out looking for
9  authors.  You're doing the experiments, and the
10 people who do them, help you design a project,
11 deserve authorship.  Those are the guidelines.
12          And if you're asking would I put
13 somebody who I thought was not credible on an
14 author list, I'd be very bothered by that.  But
15 you'd have to define what "credible" means.
16    Q     Yeah.  So I guess rather than choosing
17 someone as a coauthor, I should have rephrased
18 that.  Choosing someone to work on a project that
19 would later be published, you can assume that
20 person would be credible; correct?
21    MS. CURRY:
22          Object to the form.
23    A     Yeah.  I choose my collaborators, like
24 others, other scientists, with a certain amount

Page 80

1  of careful thought.
2     MS. THOMPSON:
3     Q     And -- and I'd assume they'd be
4  qualified in their area of expertise for the same
5  reason, or else you wouldn't choose them.  Right?
6     A     It would be hard for them to contribute
7  in a meaningful way if they don't know what
8  they're doing.
9     Q     Okay.  Looking at your CV, are there
10 any coauthors that you can identify that you
11 would not regard as qualified in their respective
12 fields?
13    A     I'm not gonna be able to answer that.
14 I've got 400 publications and probably several
15 thousand authors.
16    Q     So do you think there would be some
17 that you could identify as not being credible?
18    A     Not that I know of.
19    MS. CURRY:
20          Object to the form.
21    A     Again, this is realtime, so if we go
22 back to my Ph.D., which was on the measles virus
23 back when I was a young lad, I don't know that
24 field anymore, and I don't know what those

Page 81

1  individuals have done.
2          It's a realtime process.  Sometimes
3  individuals who seem to be very, very good
4  scientists later on in life will get involved in
5  scientific misconduct.  That may not have been at
6  all relevant for when you put that person on your
7  paper.
8          (DEPOSITION EXHIBIT NUMBER 8
9            WAS MARKED IDENTIFICATION.)
10    MS. THOMPSON:
11    Q     I'm gonna just give you a list of some
12 coauthors that I pulled off your CV.  And would
13 you look at that list?
14    A     Uh-huh.
15    Q     I narrowed it down from a couple
16 thousand to a more manageable number.  Are there
17 any names on that list that you could identify as
18 not being credible?
19    MS. CURRY:
20          Object to the form.
21    MS. THOMPSON:
22    Q     And that list is marked as Exhibit --
23 Dr. Birrer, can you --
24    A     8.

21 (Pages 78 to 81)

Michael Birrer, M.D., Ph.D.

Page 82

1    Q      -- 8.
2    A      So I would say of this list,
3    probably -- I'm estimating -- about 20 percent of
4    these people, I'm -- I'm not sure I quite
5    remember what paper they're on.  But the rest of
6    them I know because they're high profile.  I
7    don't see anybody here that I would say is not a
8    good scientist.
9    Q      And qualified in their respective
10   areas?
11   A      Yes.
12   MS. CURRY:
13         Object to the form.
14   MS. THOMPSON:
15   Q      And some -- at least some on the list
16   you published with multiple times.  Is that fair
17   to say?
18   A      Yeah.
19   Q      Dr. Birrer, throughout your report you,
20   at least at times, used the term "talc."  What
21   are you referring to when you say talc?
22   A      So there's two levels of relevance
23   here.  One is for epidemiologic studies or
24   studies that were -- that were conducted.  A

Page 83

1    subset of the -- of the studies that were
2    conducted in the lab were actually dealing with
3    talcum powder.
4          But there are experiments in particular
5    where individuals are using sigma-produced talc.
6    So it's -- it's -- it's a bit of a mixture.  But
7    I think, in particular in the epi studies, a lot
8    of them are just okay to use powder.
9    Q      So to -- to the extent both of us can,
10   we can try to say whether we're referring to
11   talcum powder or talc, as you described, so
12   let's -- let's both try to do that, to the extent
13   possible, because it can get confusing.
14   A      I completely concur.
15   Q      Okay.  Okay.  I'm glad we agree on
16   that.
17         Do you know what Johnson & Johnson's
18   market share of the talcum powder product has
19   been over the years?
20   A      I don't.
21   Q      If I told you it was 60 to 70 percent,
22   would you have any basis to disagree with that
23   number?
24   A      I actually wouldn't, because I -- my

Page 84

1    sense is they command the market.  But I'm not --
2    I'm not in the supermarket a lot.
3    Q      And not in the baby powder section?
4    A      No.
5    Q      And what is contained in the
6    Johnson's -- in Johnson's baby powder, to your
7    understanding?
8    MS. CURRY:
9          Object to the form.
10   A      Talc.  And I know that's an issue
11   that's come up in terms of are there other
12   things.  I mean, clearly there are other things
13   that -- the product smells nice, so there must be
14   some fragrance.
15   MS. THOMPSON:
16   Q      Okay.
17   A      But I don't know of any -- first of
18   all, I don't -- that's not my area of expertise.
19   I've certainly never conducted any experiments
20   and tried to figure out what's in it and -- and
21   wouldn't consider myself an expert in the whole
22   mineralogy issue.
23   Q      So that would be talc, the mineral.  Do
24   you have an opinion as to whether there is a such

Page 85

1    thing as pure talc?
2    MS. CURRY:
3          Object to the form.
4    A      You know, my -- you know, my sense is
5    in that some of the experiments where this
6    product is actually bought not cosmetically, but
7    I've seen references to sigma-produced talc, that
8    that's a -- that's a purified form of it.
9    MS. THOMPSON:
10   Q      And, so, by pure -- purified form, you
11   would mean that it does not con- -- contain
12   impurities; correct?
13   A      It would not contain something else.
14   Q      Would you consider it pure if it
15   contained talc fibers?
16   MS. CURRY:
17         Object to the form.
18   A      I don't -- I don't think I can answer
19   that.
20   MS. THOMPSON:
21   Q      So no opinion on -- on that issue.
22   A      Yeah.
23   Q      Are you familiar with the various
24   grades of talc?

22  (Pages 82 to 85)

Michael Birrer, M.D., Ph.D.

Page 86

1    A    No.
2    Q    Do you have any knowledge regarding the
3  particle size of Johnson's baby powder or Shower
4  to Shower?
5    A    Again, that's a little bit outside my
6  area of expertise.  My understanding is, you
7  know, talc ranges from 10 microns to larger
8  sizes.  But it's not something I systematically
9  explored.  Even the expert reports here that
10  focused on the mineralogy, I looked at it but not
11  in any great detail.
12    Q    And if you were told that there are
13  also smaller particles than 10 microns, that
14  wouldn't surprise you?
15    A    I think there's a range.
16    Q    Fair enough.
17    A    I don't know how -- you know, again, I
18  know there's references to ultrafine, et cetera,
19  et cetera.  I don't have definitive knowledge or
20  data that that is true.
21    Q    Okay.  But, as far as you know, the
22  particle size is -- is mixed?
23    A    Uh-huh.
24    Q    It's not a standard size like you might

Page 87

1  see, for example, in a pleurodesis talc?
2  MS. CURRY:
3        Object to the form.
4    A    I don't -- I can't say that.
5  MS. THOMPSON:
6    Q    Okay.
7    A    But based on my rudimentary
8  understanding of mineralogy here, that there's a
9  range.
10    Q    Have you ever looked at the label on a
11  bottle of baby powder?
12    A    I don't recall that.
13    Q    So you don't know what would be listed
14  on the label?
15    A    No.
16    Q    But you're assuming it has some kind of
17  fragrances in it?
18    A    I think that's a safe assumption.  I
19  have smelled it.
20    Q    Haven't we all.
21        Did you read Dr. Crowley's report?
22        Do you remember Dr. Crowley's report?
23    A    That's not coming to mind.  Can -- do
24  you have it?

Page 88

1    Q    It was the -- it was a report that
2  addressed the fragrance chemicals in talcum
3  powder.  Do you remember seeing that?  I don't
4  remember whether it's on your list.  Oh.
5    A    Is that plaintiff?
6    Q    You don't have Dr. Crowley's report.
7    A    Yeah.
8    Q    Did you know if there was a -- an
9  expert report that specifically addressed the
10  fragrance -- fragrance chemical presence in baby
11  powder?
12    A    Not that I know of.
13    Q    So I -- I can assume that you don't
14  know why you weren't provided Dr. Crowley's
15  report?
16  MS. CURRY:
17        Object to the form.
18    A    It's not on my list.
19  MS. THOMPSON:
20    Q    Did you ask if anyone had looked at the
21  actual chemicals in baby powder?
22    A    I didn't specifically go through that,
23  no.
24    Q    It -- is it important for you to know

Page 89

1  the quality of talcum powder?
2  MS. CURRY:
3        Object to the form.
4    A    And how do you define "quality"?
5  MS. THOMPSON:
6    Q    I -- I define "quality" as the absence
7  of the amount and types of impurities.
8  MS. CURRY:
9        Object to the form.
10    A    How do you define "impurities"?
11  MS. THOMPSON:
12    Q    Something that's not pure talc.
13    A    Okay.  Again, I -- I'll come back to
14  this theme.  I think -- I didn't go down that
15  road.  It's not my area of expertise.  But, more
16  importantly, I was asked to sort of review the
17  total data that suggested there might be a role
18  for talc in ovarian cancer, regard- -- talcum
19  powder, regardless of what's in it.
20        So in that context, impurities,
21  fragrance, heavy metals, it doesn't matter.  We
22  would see the data.  So I felt pretty comfortable
23  that that's the -- that's the important theme for
24  my job.

23 (Pages 86 to 89)

Michael Birrer, M.D., Ph.D.

Page 90

1  Q      Is it important for you to know the
2  min- -- mineral content of a talcum powder
3  product if you are intending to assess its
4  potential health effects?
5  MS. CURRY:
6         Object to the form.
7  A      Would you just repeat that, please?
8  MS. THOMPSON:
9  Q      Is it important to know the mineral
10 content of a talcum powder product if you are
11 intending to assess its potential health effects?
12 MS. CURRY:
13        Object to the form.
14 A      You know, again, I think in terms of
15 reviewing the literature, no. I mean, it's
16 talcum and it's talcum powder. It's a
17 representative of what's on the market.
18        So regardless of what's there or not,
19 even from a mineral standpoint, we can make a
20 judgment as to whether that's providing data that
21 supports whether it's a risk factor or biologic
22 plausibility for a role in development of ovarian
23 cancer.
24 MS. THOMPSON:

Page 91

1  Q      So even in your determination of
2  whether a biologic mechanism is plausible or not,
3  it doesn't matter what the mineral content of the
4  baby powder is?
5  MS. CURRY:
6         Object to the form.
7  A      As long as that baby powder's been
8  tested in that experiment, it doesn't matter.
9  MS. THOMPSON:
10 Q      And that goes for whether the baby
11 powder contains asbestos?
12 A      Well, again, I -- I think if it
13 contained asbestos, that would show a signal in
14 those experiments. Now, we would see it. We may
15 not know it's related to asbestos, fragrance or
16 whatever, but the experiments would be
17 reproducible and dispositive. And in my
18 experience, they're not.
19 Q      But the question is, does that -- would
20 that explain a mechanism if there's asbestos in
21 the baby powder?
22 MS. CURRY:
23        Object to the form.
24 A      Mechanism for what?

Page 92

1  MS. THOMPSON:
2  Q      For a potential health effect.
3  MS. CURRY:
4         Object to the form.
5  A      There's no data for that. I can't
6  develop a mechanism when, in fact, there's no
7  biologic plausibility for talcum powder in a role
8  of ovarian cancer.
9  MS. THOMPSON:
10 Q      Well, it sounds like what you're saying
11 is if you decide that talcum powder doesn't cause
12 ovarian cancer, then there's no reason to even
13 look at whether there's a plausible mechanism or
14 not.
15 MS. CURRY:
16        Object to the form.
17 MS. THOMPSON:
18 Q      Is that --
19 A      Well, I'm not sure what mechanism we're
20 looking at. We're looking at a mechanism that an
21 agent doesn't cause cancer? That does -- makes
22 no sense to me.
23 Q      We're looking at what a mechanism could
24 be if it could cause cancer, as a hypothetical.

Page 93

1  MS. CURRY:
2         Object to the form.
3  A      No. I -- a mechanism for a
4  hypothetical. I -- you know, again, that -- we
5  don't need the hypothetical. We've tested talcum
6  in those experiments. There's no data to support
7  biologic plausibility. So why are -- why would
8  we be trying to think about a hypothetical
9  component to produce a mechanism for a biologic
10 activity that we haven't seen?
11 MS. THOMPSON:
12 Q      What experiments are you referring to?
13 A      I would say primarily the ones that are
14 in my expert report. That really is a sum- --
15 Q      Which experiments in your report? We
16 can go through your report if you want.
17 A      I'm -- yeah.
18 Q      I'm looking for the experiments that
19 show that there's no biologic effect.
20 A      So Buz'Zard is one that frequently --
21 Q      And is it your opinion that Buz'Zard
22 shows no biologic effect?
23 A      There's nothing in that paper that's
24 reliable in terms of showing biologic

24 (Pages 90 to 93)

Michael Birrer, M.D., Ph.D.

Page 94

1  plausibility.
2      Q      And we'll get to the others.
3          So you're referring to --
4      A      Yes.
5      Q      -- Buz'Zard, Shukla?
6      A      Shukla.  Just hang on.  Yeah.
7  Buz'Zard, Shukla and Hamilton.
8      Q      And I'm going to assume you include
9  Dr. Saed in that?
10     A      Correct.
11     Q      Although we're going to get into more
12  detail in that later.
13     A      Exactly.
14     Q      And you're aware of the other animal
15  studies that show inflammatory effects; right?
16  MS. CURRY:
17          Object to the form.
18     A      You have to go through those and define
19  that.
20  MS. THOMPSON:
21     Q      Okay.
22     A      Because it's pretty broad literature.
23          You're assuming -- you're referring to
24  Keskin?

Page 95

1      Q      There are studies going back to the
2  '40s and '50s with intraperitoneal inflammatory
3  effects with -- in the presence of talc.
4          You're aware of those?
5  MS. CURRY:
6          Object to the form.
7      A      There is a big literature.
8  MS. THOMPSON:
9      Q      And understanding that there are
10  different histologic subtypes of epithelial
11  ovarian cancer, can we agree that if one of us
12  refers to ovarian cancer in a general sense, that
13  we're referring to epithelial ovarian cancer?
14     A      I would not include germ -- you know,
15  germ cell tumors in this.
16     Q      Stromal -- we're excluding stromal --
17     A      And stromal, yeah.  It's epithelial,
18  correct.
19     Q      Okay.  So we're on the same page there?
20     A      With -- with the caveat being, and we
21  do discuss this in the report about -- even
22  within the epithelial component, we now realize
23  there are different types of tumors.
24     Q      Understood.

Page 96

1          What is your understanding of how these
2  products are used by women?
3  MS. CURRY:
4          Object to the form.
5      A      Baby powder?
6  MS. THOMPSON:
7      Q      And -- and we're talking about, at
8  least for these cases, in the perineal area.
9      A      Yeah.
10     Q      Do you have any knowledge from
11  conversations with women or literature or any
12  other source as to how it's applied, whether it's
13  standing, lying down, in the underwear, on a
14  sanitary napkin, shaken into hands?  Did you have
15  any understanding of -- of those issues?
16  MS. CURRY:
17          Object to the form.
18     A      I would say not a systematic, shall we
19  say, meta-analysis of baby powder use.  I
20  certainly, over years in the clinic, am familiar
21  with women who use baby powder.  You know, my
22  sense is that most dust the perineum usually
23  standing up.  I -- but again, I can't say that's
24  a scientific evaluation.  I have some experience

Page 97

1  with my wife.  So I -- I -- it's a certain --
2  some general concept of how it's done, yeah.
3  MS. THOMPSON:
4      Q      Would you agree, at least, that, for
5  most women, it would be applied in a -- in a
6  habitual manner?
7  MS. CURRY:
8          Object to the form.
9      A      Yeah, I think it's important to define
10  that.  It would certainly be repetitive.  Is it
11  something -- you know, habitual sounds to me
12  like -- almost like an addict.  And I don't -- I
13  don't think that's the case.
14  MS. THOMPSON:
15     Q      No.  I didn't mean it -- mean in that
16  term.
17          I meant that it's -- and this has been
18  reported in the literature, I believe you're
19  aware --
20     A      Uh-huh.
21     Q      -- that most women do it the same way
22  every day or whatever schedule they're on.
23  MS. CURRY:
24          Object to the form.

25 (Pages 94 to 97)

Michael Birrer, M.D., Ph.D.

Page 98

```
 1      A      I would think that there'd be some
 2   consistency on that.  I -- I will say this
 3   parenthetically, you may get to it later on, but
 4   I do think, based on what we're just discussing,
 5   it's very hard to -- it's very hard to quantify
 6   amount of use.  I really do.
 7   MS. THOMPSON:
 8      Q      And I think we will get to that.
 9      A      Okay.
10      Q      But -- but -- so it's hard to quantify
11   how much a woman is using on any given
12   application; correct?
13      A      (Nods affirmatively.)
14      Q      And it's hard --
15   MS. CURRY:
16           You have to say "yes" or "no" versus
17   head shakes because the court reporter will not
18   be able to get that down.
19      A      It says "nods affirmatively."
20           Yes.
21   MS. CURRY:
22           She was able to in that instance.  I
23   stand corrected, but for --
24   THE WITNESS:
```

Page 99

```
 1           She's very good.
 2   MS. THOMPSON:
 3      Q      And -- and if there were talc that
 4   reached the vagina or the upper genital tract, it
 5   would be hard to quantify how much that would be;
 6   right?
 7      A      Yes.
 8      Q      But you'll have to agree, but -- that
 9   not being able to quantify it isn't a reason not
10   to study the issue.  Right?
11   MS. CURRY:
12           Object to the form.
13      A      I think that's a fair statement in
14   that, you know, if it's important, you need to do
15   it.  I just think that, for the reasons you just
16   said, quantifying it is -- it's difficult, not only
17   in individual applications, how much actually
18   would get where, but this longitudinal issue.
19   While I think there's some consistency, do women
20   use it for a while and then stop using it and how
21   often do they change?  I think there's a whole
22   issue on that, too.
23   MS. THOMPSON:
24      Q      And wouldn't you agree that that would
```

Page 100

```
 1   be true for a number of environmental
 2   exposures --
 3   MS. CURRY:
 4           Object to the form.
 5   MS. THOMPSON:
 6      Q      -- that difficulty in quantifying how
 7   much a particular individual is exposed to?
 8      A      Well, you'd have to give me some
 9   examples on that.  I mean, I think for cigarette
10   smoke, it actually is quite quantifiable.
11      Q      Cigarette smoke, I agree.
12           How about a household or domestic
13   exposure to asbestos, for example?
14      A      I guess you could quantify the amount
15   of asbestos-containing material in the house,
16   but --
17      Q      How about a spouse coming home from
18   occupational exposure?
19      A      Yeah.  It would be a challenge.
20      Q      How about chemicals in water source?
21      A      That should be measurable.
22      Q      Over time?
23      A      Multiple samples.
24      Q      How about --
```

Page 101

```
 1      A      And -- and potentially even the
 2   patient.
 3      Q      How about exposure to a pesticide?
 4      A      Yeah.  That would be more of a
 5   challenge.  Yeah.
 6      Q      So there's certainly other --
 7      A      Some variability.
 8      Q      -- other situations where it's
 9   challenging to quantify the exposure to an
10   individual over time.
11   MS. CURRY:
12           Object to the form.
13      A      Yes.
14   MS. THOMPSON:
15      Q      Other than a literature or document
16   review, you -- I think I asked you this before
17   but I'm gonna just ask it again since it's in my
18   outline here.
19           Other than a literature and document
20   review, have you done any research on talcum
21   powder and ovarian cancer?
22      A      No.
23      Q      And that would include in vitro
24   research and in vivo; correct?
```

Michael Birrer, M.D., Ph.D.

Page 102

1    A      Correct.
2    Q      And you've never published an article
3    on talcum powder and ovarian cancer.  Is that
4    correct?
5    A      No.
6    Q      Have you ever given a talk on talcum
7    powder and ovarian cancer?
8    A      No.
9    Q      Have you discussed your opinions in
10   this case with anyone?
11   A      No, other than counsel.
12   Q      No colleagues?
13   A      No.
14   Q      Did you attend the recent SGO
15   conference in Hawaii?
16   A      Hawaii's a nice place.  I did.
17   Q      Did you discuss talcum powder with any
18   of your colleagues at the meeting?
19   A      I'd never been there before.
20          I did not.
21   Q      Do you know Liz Swisher?
22   A      I do know Liz, yes.
23   Q      Do you know her from professional
24   meetings and other interactions?

Page 103

1    A      I know her professionally and we're on
2    several papers together.
3    Q      Yes, you are.
4    A      Yeah.
5    Q      Have you discussed the case with
6    Dr. Swisher?
7    A      Not that I can recall.
8    Q      Were you aware that she was originally
9    disclosed as an expert for the defendants?
10   MS. CURRY:
11          Object to the form.
12   A      I think her name did -- was sort of
13   mentioned to me, but --
14   MS. CURRY:
15          And please don't reveal any discussions
16   or --
17   THE WITNESS:
18          Okay.
19   MS. CURRY:
20          -- communications that you've had with
21   lawyers.
22   THE WITNESS:
23          Yes, counsel.
24   MS. THOMPSON:

Page 104

1    Q      Do you know why she's no longer an
2    expert?
3    A      I don't.
4    Q      Do you know Dr. Huh?
5    A      I do know Dr. Huh.  Warner.  Uh-huh.
6    Q      Do you know why Dr. Huh is not serving
7    as an expert for the defendants in the MDL?
8    A      No.
9    Q      Does University of Alabama know that
10   you are serving as a paid expert for
11   Johnson & Johnson --
12   A      Yes.
13   Q      -- in this case?
14          Do you know how much money
15   Johnson & Johnson has contributed to the
16   University of Alabama and your lab?
17   MS. CURRY:
18          Object to the form.
19   A      I --
20   MS. THOMPSON:
21   Q      Let me rephrase that question because I
22   don't like being "contributed."
23          Do you know how much money
24   Johnson & Johnson has paid to University of

Page 105

1    Alabama?
2    A      No.
3    Q      Do you know how much money
4    Johnson & Johnson has paid to support your lab?
5    MS. CURRY:
6          Object to the form.
7    A      None.
8    MS. CURRY:
9          We've been going over an hour and a
10   half.  Whenever it's a good breaking point for
11   you.
12   MS. THOMPSON:
13          I think maybe less than five minutes --
14   MS. CURRY:
15          No problem.
16   MS. THOMPSON:
17          -- and it's a great break time.
18   A      I may be in kidney failure soon.
19   MS. THOMPSON:
20   Q      Can you make five minutes?
21   A      Yeah, I can.  Yeah.
22   Q      We'll -- we'll --
23   A      Sure.
24   Q      -- be in the same boat there, so we

27 (Pages 102 to 105)

Michael Birrer, M.D., Ph.D.

Page 106

1  can --
2  A     Boat's not a good choice.
3  Q     Yeah.  I should have used a different
4  word there.
5        We talked about the methodology that
6  you applied, but -- but it's not included, per
7  se, in the report.
8        Can you refer to me -- me to any
9  published article, textbook chapter, anything
10 that actually describes Dr. Birrer's methodology?
11 MS. CURRY:
12       Object to the form.
13 A     No.  Again, I -- I think this relates
14 to what a lot of us in the field on my level do
15 routinely, and so it's not really defined.  But
16 when we review literature, a topic, I wouldn't
17 want to -- I don't want to call it a
18 meta-analysis because that's a formal process.
19 But we -- we -- we do the right -- we do the same
20 thing.  If we do it right, then it's
21 comprehensive and then we make opinions on those
22 papers.  That's the methodology.
23 MS. THOMPSON:
24 Q     Okay.

Page 107

1  A     It's more of a scientific lab-based
2  approach.
3  Q     Okay.  And did you apply the same
4  standards for this report that you would use if
5  you were publishing a paper, for example, a
6  review article like we discussed before?
7  A     I think so, yes.
8  Q     Would you be willing to have the
9  opinions that you've provided in this report
10 peer-reviewed if that were appropriate?
11 A     Essentially, yes.  Yeah.  Yeah.
12 Q     And I think we've discussed this, but
13 does -- in your opinion, you performed a
14 comprehensive literature review on the subject of
15 talc and ovarian cancer; correct?
16 A     Correct.
17 Q     But am I correct to say that you did
18 not perform the same comprehensive literature
19 review for asbestos and ovarian cancer?
20 A     Correct.
21 Q     Fibrous talc in ovarian cancer?
22 MS. CURRY:
23       Object to the form.
24 A     Didn't use that term.

Page 108

1  MS. THOMPSON:
2  Q     How about what is sometimes used in the
3  literature, elongated mineral fibers?  Does that
4  sound familiar?
5  A     It sounds consistent with some of the
6  things I read, but I certainly did not pursue
7  that sort of mineralogy review.
8  Q     So no comprehensive review on what's
9  called EMP sometimes.
10 MS. CURRY:
11       Object to the form.
12 A     No.
13 MS. THOMPSON:
14 Q     And I can assume that you didn't do a
15 comprehensive review on heavy metals --
16 A     Correct.
17 Q     -- and ovarian cancer?
18 A     Yes.
19 Q     Or fragrance chemicals and ovarian
20 cancer?
21 A     Correct.
22 Q     Do you agree that scientists can look
23 at the same body of literature and reach
24 different conclusions, in a general sense?

Page 109

1  A     You know, again, I think if the body
2  of -- of data and literature is substantive and
3  clear, I think that a reasonable scientist, a
4  competent scientist will come to the same
5  conclusion.
6  Q     So is it your opinion that a scientist
7  who looks at the baby powder literature or talcum
8  powder literature and concludes something
9  different from you is unreasonable and
10 incompetent?
11 MS. CURRY:
12       Object to the form.
13 A     I -- I would say they got it wrong.
14 MS. THOMPSON:
15 Q     They got it wrong.  But what about
16 unreasonable?
17 MS. CURRY:
18       Object to the form.
19 A     I don't -- I wouldn't use that term.  I
20 would say that they looked at the data and
21 misinterpreted it.
22 MS. THOMPSON:
23 Q     And would you say the same about their
24 competence?

28 (Pages 106 to 109)

Michael Birrer, M.D., Ph.D.

Page 110

1    MS. CURRY:
2        Object to the form.
3    A    I think -- you know, labeling that as
4    incompetent is not appropriate.
5    MS. THOMPSON:
6    Q    Well, you said, I think that a
7    reasonable scientist, competent scientist will
8    come to the same conclusion.  Wouldn't that imply
9    that if they come to a different inclusion --
10   conclusion, that they're unreasonable or
11   incompetent?
12   A    Well, I think I prefaced that with if
13   the body of science we're looking at is -- is --
14   it's convincing and strong and reproducible, that
15   reasonable scientists will come to the same
16   conclusion.
17        When the data is really unconvincing,
18   which is what we're dealing with here -- this
19   data is not convincing -- there's no data for
20   talc being involved in ovarian cancer, then you
21   get this disparate opinions.  And -- and they've
22   got it wrong.  And I made the --
23   Q    They've got it -- sorry.
24   A    And I've made the argument why I got it

Page 111

1    right.
2    Q    Okay.  They've got it wrong?
3    A    Uh-huh.
4    Q    You have it right.
5    A    Uh-huh.
6    Q    But I'm trying to find -- figure out
7    how you think they got it wrong.  Were they
8    misinformed?
9    MS. CURRY:
10       Object to the form.
11   A    They misinterpreted the data.
12   MS. THOMPSON:
13   Q    They misinterpreted the data.
14   A    Yeah.
15   Q    And you would say they misinterpreted
16   the data even though they interpreted the data in
17   the same way that the authors presenting the data
18   pre- -- interpreted it?
19   MS. CURRY:
20       Object to the form.
21   A    We'd have to go through the actual
22   paper you're referring to.
23   MS. THOMPSON:
24   Q    Okay.  We may go through some of those.

Page 112

1    A    Okay.
2    MS. CURRY:
3        Can we take a break?
4    A    It looks like you're coming to an end.
5    MS. THOMPSON:
6    Q    We are.  Well, not the end of the day.
7    The end of the section.
8    A    Hope springs eternal.
9    Q    Wishful thinking.
10       One -- one more question, then we're
11   done.
12   A    Sure.
13   Q    What does "proof" mean to you?
14   MS. CURRY:
15       Object to the form.
16   MS. THOMPSON:
17   Q    In a scientific sense.
18   A    That would be evidence to support the
19   conclusion.
20   Q    To convincingly support the conclusion?
21   MS. CURRY:
22       Object to the form.
23   A    I'm not sure I need that adjective
24   there.

Page 113

1    MS. THOMPSON:
2    Q    Well, support -- support equals proof?
3    A    Support couldn't equal proof.  Proof is
4    a general term.  So it's gonna be a spectrum.
5    Q    100 percent?
6    A    Are you -- you know, definitive proof
7    would be definitive.
8    Q    Okay.  Let's take a break.
9    VIDEOGRAPHER:
10       Off the record at 10:44 a.m.
11       (OFF THE RECORD.)
12   VIDEOGRAPHER:
13       We're back on the record at 11 a.m.
14   MS. THOMPSON:
15   Q    Dr. Birrer, I want to give you a series
16   of statements and have you agree or disagree or,
17   if you don't know or don't have an opinion,
18   that's fine, too.  And -- and if you do have a
19   comment or explanation, you're welcome to provide
20   that, too, after you -- do you have a pen?  You
21   can mark on this exhibit as we go through.  This
22   is Exhibit 9.
23       (DEPOSITION EXHIBIT NUMBER 9
24       WAS MARKED FOR IDENTIFICATION.)

29 (Pages 110 to 113)

Michael Birrer, M.D., Ph.D.

Page 114

1    MS. CURRY:
2        Can I just state an objection on the
3    record to the creation of this exhibit without
4    knowing the background of where the statements
5    are coming from.
6    MS. GARBER:
7        I don't think we're going to have
8    speaking objections here today, Miss Curry. The
9    proper objection is "Objection. Form." Do not
10   coach the witness, please.
11   MS. CURRY:
12       Miss Garber, I'm not coaching the
13   witness.
14   MS. GARBER:
15       You are coaching the witness. You know
16   you're coaching the witness.
17   MS. THOMPSON:
18       I'm asking a statement. It doesn't
19   matter where it's coming from. It's from my
20   head.
21   MR. MIZGALA:
22       Do you have extra copies of this?
23   MS. THOMPSON:
24       I did bring extra copies.

Page 115

1    MR. MIZGALA:
2        Thank you.
3    MS. THOMPSON:
4    Q    So, Dr. Birrer, statement number 1,
5    "Given the number of hazard ratios reported in
6    the literature between 1.1 and" -- that should be
7    an -- "1.4 in both case-control and cohort
8    studies, it is disingenuous to state that there
9    is no evidence that talc is associated with
10   ovarian cancer."
11       Do you agree or disagree with that
12   statement?
13   MS. CURRY:
14       Object to the form.
15   A    Now, you want me to write an answer
16   here?
17   MS. THOMPSON:
18   Q    Yes, please. And then -- and when you
19   tell me, I'm going to put it on here, too.
20   A    Yeah. Okay. In these -- the hazard
21   ratios, these are in a case-controlled cohort
22   studies.
23   Q    It says in both case-controlled and
24   cohort studies.

Page 116

1    A    Yeah. I would disagree with that
2    statement.
3    Q    Number 2, "If 40 percent of women use
4    talc and the relative risk is 1.2, then 7 percent
5    of ovarian cancer cases would be attributable to
6    talc use or 1,577 cases a year in the USA. This
7    is not a trivial number and should not be
8    dismissed."
9        Would you agree or disagree?
10   MS. CURRY:
11       Object to the form.
12   A    Disagree.
13   MS. THOMPSON:
14   Q    Number 3, "Genital powder use is a
15   modifiable exposure associated with small to
16   moderate increases in risk of most histologic
17   subtypes of epithelial ovarian cancer."
18       Would you agree or disagree?
19   MS. CURRY:
20       Object to the form.
21   A    Disagree.
22       I'm sorry. Go ahead. Got it?
23       Disagree.
24   MS. THOMPSON:

Page 117

1    Q    Number 4, "Perineal use of talc-based,
2    not asbestiform, body powder is possibly
3    carcinogenic to humans, group 2B."
4    A    Disagree.
5    MS. CURRY:
6        Object to the form.
7    MS. THOMPSON:
8    Q    Number 5, "The use of perineal talcum
9    powder has been associated with a 20 to 30
10   percent increased risk of ovarian cancer,
11   although it also has been shown to vary by
12   histologic subtype."
13   MS. CURRY:
14       Object to the form.
15   MS. THOMPSON:
16   Q    Agree or disagree?
17   A    And this is -- like, histologic --
18   clear cell and endometrioid? Is that what's
19   being implied here?
20   Q    Yes.
21   A    Disagree.
22   Q    Number 6, "A lot of work has been done
23   to clarify the risk reduction of various
24   lifestyle approaches, such as alcohol, obesity,

Michael Birrer, M.D., Ph.D.

Page 118

1    cigarette smoking and talc use. Some of these
2    are subtype specific, such as endometriosis,
3    cigarette smoking, while others are general risk
4    factors. Use of talc in the genital area has
5    consistently been shown to increase the risk of
6    OC and therefore is not recommended."
7    MS. CURRY:
8        Object to the form.
9    A    Disagree.
10   MS. THOMPSON:
11   Q    Number 7, "Inflammatory risk factors
12   for EOC are perineal talc exposure, endometriosis
13   and pelvic inflammatory disease."
14       Agree or disagree?
15   MS. CURRY:
16       Object to the form.
17   A    So this is inclusive of all three;
18   right? Endometriosis and --
19   MS. THOMPSON:
20   Q    Yes.
21   A    Okay.
22   Q    But if you want to disagree and
23   explain, that -- that's fine.
24   A    I would -- that's a tough one to

Page 119

1    answer. I think endometriosis is a -- I don't
2    call it inflammatory. So, yeah, I would -- I
3    don't call it inflammatory, so, yeah, I would
4    disagree on this. It's too general.
5    MS. THOMPSON:
6    Q    "Risk factors to be considered:
7    Parity, oral contraceptive use, breastfeeding,
8    tubal ligation, painful periods or endometriosis,
9    obesity or polycystic ovarian syndrome, and talc
10   use. These risk factors are concordant with
11   published epidemiologic data related to
12   reproductive factors, use of talc, tubal
13   ligation, endometriosis and polycystic ovarian
14   syndrome or obesity."
15   MS. CURRY:
16       Object to the form.
17   A    So parity, oral contraceptive,
18   breastfeeding, tubal ligation, endometriosis but
19   not painful periods or obesity or talc use. Is
20   that a --
21   MS. THOMPSON:
22   Q    Okay.
23   A    -- no or --
24   Q    So -- so you would disagree with the

Page 120

1    statement as a whole --
2    A    Yeah.
3    Q    -- but would --
4    A    Caveat.
5    Q    -- and that will be on the record that
6    you --
7    A    Okay. Parsed it.
8    Q    The ones that -- yeah.
9        Number 9, "Talc powder use is highly
10   prevalent in the African-American community and
11   has been found to be associated with increased
12   risk of ovarian cancer, period."
13   MS. CURRY:
14       Object to the form.
15   A    So I do believe the first part, that
16   it's prevalent in the African-American community.
17   The second part is not convincing to me.
18       Is that -- can we put that on the
19   record? Disagree with the caveat, yeah.
20   MS. THOMPSON:
21   Q    Yeah. "Most women report using
22   Johnson's baby powder or Shower to Shower."
23   A    I don't know.
24   Q    "The average age women begin using talc

Page 121

1    is 20."
2    A    Don't know that.
3    Q    "In the interest of public health, I
4    believe we should caution women against using
5    genital talcum powder," number 12.
6    MS. CURRY:
7        Object to the form.
8    MS. THOMPSON:
9    Q    Agree or disagree?
10   A    I disagree.
11   Q    Number 13, "Genital powder use is a
12   lifestyle risk factor for all serous,
13   endometrioid, and clear cell histologic subtypes
14   of ovarian cancer."
15   MS. CURRY:
16       Object to the form.
17   A    I disagree.
18   MS. THOMPSON:
19   Q    Number 14, "Overall, there is an
20   association between genital talc use and EOC and
21   a significant trend with increasing" -- in
22   quotations -- "'talc years of use.'"
23   MS. CURRY:
24       Object to the form.

31 (Pages 118 to 121)

Michael Birrer, M.D., Ph.D.

Page 122

```
 1    MS. THOMPSON:
 2    Q     Agree or disagree?
 3    A     I'm thinking.  Disagree.
 4    Q     Number 15, "Talc-containing powders are
 5    hypothesized to promote cancer development by
 6    ascending the female genital tract and
 7    interacting directly with the ovarian surface
 8    epithelium, leading to local inflammation
 9    characterized by increased rates of cell
10    division, DNA repair, oxidative stress, and
11    elevated inflammatory cytokines."
12    MS. CURRY:
13        Object to the form.
14    A     This is a hypothesis; right?
15    MS. THOMPSON:
16    Q     Yes.
17    A     I agree.
18    Q     "Following" -- number 16.
19    A     Uh-huh.
20    Q     "Following perineal application, talc
21    particles can migrate from the vagina to the
22    peritoneal cavity and ovaries."
23    MS. CURRY:
24        Object to the form.
```

Page 123

```
 1    A     Disagree on that.
 2    MS. THOMPSON:
 3    Q     Number 17, "A majority of women
 4    experience retrograde menstruation.  This
 5    suggests a mechanism by which talc particles can
 6    travel through the female reproductive tract to
 7    the peritoneal cavity and ovaries."
 8    MS. CURRY:
 9        Object to the form.
10    MS. THOMPSON:
11    Q     Agree or disagree?
12    A     Disagree.
13    Q     Number 18, "It is possible that the
14    passage of talc is aided by retrograde menses and
15    that talc use during menses poses a special
16    risk."
17        Agree or disagree?
18    MS. CURRY:
19        Object to the form.
20    A     Disagree.
21    MS. THOMPSON:
22    Q     19, "Biologic credibility of the
23    Talc/EOC association is enhanced by persuasive
24    evidence that inert particles the size of talc,
```

Page 124

```
 1    present in the vagina, can migrate to the upper
 2    genital tract."
 3    MS. CURRY:
 4        Object to the form.
 5    MS. THOMPSON:
 6    Q     Agree or disagree?
 7    MS. THOMPSON:
 8    A     You want to -- do you want to define
 9    "biologic credibility"?
10    THE COURT REPORTER:
11        Say again?
12    THE WITNESS:
13        Define "biologic credibility."
14        Sorry.  I'm mumbling.
15    THE COURT REPORTER:
16        Uh-huh.
17    MS. THOMPSON:
18    Q     Let's define it as evidence of a
19    credible biologic mechanism.
20    A     I would disagree.
21    MS. CURRY:
22        Object to the form.
23    MS. THOMPSON:
24    Q     Number 20, "The vagina serves as a
```

Page 125

```
 1    portal to the internal reproductive tract.
 2    MS. CURRY:
 3        Object to the form.
 4    A     Agree.
 5    MS. THOMPSON:
 6    Q     21, "The vagina is a musculoepithelial
 7    tube extending from the level of the external
 8    genitals to the cervical portion of the uterus.
 9    It is a reproductive conduit in all respects,
10    connecting the external environment to the
11    internal genitalia."
12    MS. CURRY:
13        Object to the form.
14    A     I'm not sure I understand that
15    statement.
16        What's the internal genitalia?
17    MS. THOMPSON:
18    Q     The ovaries.
19    A     The ovaries.  I'm putting that in here.
20    Q     And tubes.  Let's say tubes and
21    ovaries.
22    A     Okay.  External.
23        Yeah, I would agree on that.
24    Q     And, actually, I think the --
```

32 (Pages 122 to 125)

Michael Birrer, M.D., Ph.D.

Page 126

1    A      Cervix.
2    Q      I think the uterus is an internal
3    genitalia, too.
4    A      Okay.
5    Q      But I agree that's somewhat --
6    A      Yeah.  It's a little -- I mean, yeah.
7    Genitalia is usually external.
8    Q      Yeah.
9           22, "A review of the literature
10   suggests that it is biologically plausible for
11   talc particles to migrate from the vagina to the
12   peritoneal cavity and ovaries following perineal
13   application."
14   MS. CURRY:
15          Object to the form.
16   MS. THOMPSON:
17   Q      Agree or disagree?
18   A      Disagree.
19   Q      "Talc" -- 23.  "Talc placed on the
20   perineum may enter the vagina and ascend to the
21   upper genital tract."
22          Agree or disagree?
23   MS. CURRY:
24          Object to the form.

Page 127

1    A      Disagree.
2    MS. THOMPSON:
3    Q      24, "The potential for particulates to
4    migrate from the perineum and vagina to the
5    peritoneal cavity is indisputable."
6    MS. CURRY:
7           Object to the form.
8    A      Disagree.
9    MS. THOMPSON:
10   Q      "The Sjösten study" --
11          Do you know the Sjösten study?
12   A      I do.
13   Q      -- "offers compelling evidence in
14   support of the migration hypothesis."
15   MS. CURRY:
16          Object to the form.
17   A      Disagree.
18   MS. THOMPSON:
19   Q      26, "Talc particulates from perineal
20   application have been shown to migrate to the
21   ovaries."
22          Agree or disagree?
23   MS. CURRY:
24          Object to the form.

Page 128

1    A      Disagree.
2    MS. THOMPSON:
3    Q      27, "Talc is able to migrate through
4    the genital tract and gain access to the ovaries
5    because talc fibers have been detected in benign
6    and malignant ovarian tissues."
7           Agree or disagree?
8    MS. CURRY:
9           Object to the form.
10   A      Disagree.
11   MS. THOMPSON:
12   Q      28, "There are inherent limitations
13   quantifying a dose-response due to a lack of
14   metrics for how much talc is in an application,
15   how much enters the vagina, and how much reaches
16   the upper genital tract where, presumably, any
17   deleterious effect is mediated.  This may account
18   for the failure to identify a dose-response in
19   many papers on talc and ovarian cancer."
20   MS. CURRY:
21          Object to the form.
22   A      It's a big statement.  Give me a
23   second.  I disagree with that.
24   MS. THOMPSON:

Page 129

1    Q      29, "Tubal ligation is a strong
2    protective factor.  One possibility for the
3    mechanism is blocking the transience of potential
4    materials that could impact the health of the
5    fimbria."
6    MS. CURRY:
7           Object to the form.
8    A      Disagree.
9    MS. THOMPSON:
10   Q      Number 30, "Any material -- whether it
11   be talc, heavy metals, asbestos, whatever -- can
12   migrate from the perineum to the ovaries through
13   the reproductive tract.  There's an anatomical
14   conduit, so it's not blocked.  Theoretically, it
15   could happen."
16          Agree or disagree?
17   MS. CURRY:
18          Object to the form.
19   A      Disagree.
20   MS. THOMPSON:
21   Q      31, "There is an anatomic conduit from
22   the perineum through to the ovary, vagina,
23   cervical os, endometrium, and the fallopian tube
24   that is, in most women, an open conduit -- that

33 (Pages 126 to 129)

Michael Birrer, M.D., Ph.D.

Page 130

1   is in most women an open conduit. On a theoretic
2   level, things can transit."
3   A      I would agree with that.
4   MS. CURRY:
5          Object to the form. Sorry.
6   THE WITNESS:
7          I'm sorry.
8   MS. THOMPSON:
9   Q      32, "Genital powder use was associated
10  with ovarian cancer risk in African-American
11  women and are consistent with localized chronic
12  inflammation in the ovary due to particulates
13  that travel through a direct transvaginal route."
14  MS. CURRY:
15         Object to the form.
16  A      Disagree.
17  MS. THOMPSON:
18  Q      33, "Biologic credibility for an
19  association would be strengthened by an animal
20  model, but an experiment capturing all of the
21  potential factors in the 'human' model would be
22  very difficult. These elements include
23  chronicity of the exposure, anatomic and
24  physiologic uniqueness of women, effects of

Page 131

1   pregnancy and potential spread through coitus."
2          Agree or disagree?
3   MS. CURRY:
4          Object to the form.
5   A      This is in relationship to talc?
6   MS. THOMPSON:
7   Q      Yes.
8   A      Okay.
9   Q      Talc and ovarian cancer.
10  A      Yeah, yeah. Okay.
11         It's a two-part issue, unfortunately.
12  I mean, I think it would be strengthened by an
13  animal model.
14  Q      And if you -- if you'd -- if you'd like
15  to divide that up into two sections, that would
16  be -- that's fine.
17  A      Okay. Well, I -- okay. That's --
18  yeah. I think -- I think it would be
19  strengthened by an animal model.
20  Q      Okay. So --
21  A      "Experiment capturing all the potential
22  would be difficult."
23         I don't agree with that, the second
24  part. Can I do that and split it a little bit?

Page 132

1   Oh, sorry.
2          So the animal model, yes. The rest of
3   it, no.
4   Q      Animal model --
5   A      Would be strengthened.
6   Q      Okay. We've got in the human model --
7   A      Yeah.
8   Q      -- agree.
9   A      Okay.
10  Q      Okay. And the rest, disagree.
11  A      Yeah.
12  Q      Okay. I think that's clear, especially
13  with explanation.
14         34, "It is plausible that perineal
15  talc, and other particulate, in parens, that
16  reaches the endometrial cavity, fallopian tubes,
17  ovaries and peritoneum, may elicit a foreign
18  body-type reaction and inflammatory response
19  that, in some exposed women, may progress to
20  epithelial cancers."
21  MS. CURRY:
22         Object to the form.
23  A      I disagree with that.
24  MS. THOMPSON:

Page 133

1   Q      35, "Epidemiologic evidence implicates
2   chronic inflammation as a central mechanism in
3   the pathogenesis of ovarian cancer, the most
4   lethal gynecologic cancer among women in the
5   United States."
6   MS. CURRY:
7          Object to the form.
8   MS. THOMPSON:
9   Q      And I'll assume that you don't agree
10  with the last --
11  A      Right. Most lethal?
12  Q      -- part of that? But the first part?
13  A      I would disagree with this. Yeah.
14  Q      36, "Findings on talc and endometriosis
15  are consistent with previous findings and are
16  compatible with a hypothesis that these factors
17  increase the risk of ovarian cancer and that
18  inflammation -- and that inflammation may be a
19  common pathway."
20  MS. CURRY:
21         Object to the form.
22  A      Disagree.
23  MS. THOMPSON:
24  Q      37, "Chron-" --

34 (Pages 130 to 133)

Michael Birrer, M.D., Ph.D.

Page 134

1    A      37.  Right.
2    Q      "Chronic inflammation has been proposed
3    as the possible causal mechanism that explains
4    the observed association between certain risk
5    factors, such as use of talcum powder (talc) in
6    the pelvic region and epithelial ovarian cancer."
7    MS. CURRY:
8         Object to the form.
9    A      That's been proposed; right?  I would
10   agree.
11   MS. THOMPSON:
12   Q      And you would disagree that that is a
13   possible cause of mechanism, I assume.
14   A      Correct.
15   Q      38, "Talc particles can induce an
16   inflammatory response in vivo, which may be
17   important in ovarian cancer risk.  Normal ovarian
18   cells treated with talc are more likely to
19   undergo cell proliferation and neoplastic
20   transformation, and cellular generation of
21   reactive oxygen species increases with increasing
22   exposure to talc."
23   MS. CURRY:
24        Object to the form.

Page 135

1    A      I disagree with that.
2    MS. THOMPSON:
3    Q      39, "A growing body of epidemiologic
4    evidence suggests that factors causing epithelial
5    inflammation are involved in ovarian
6    carcinogenesis.  Such factors include asbestos
7    and talc exposures, endometriosis and pelvic
8    inflammatory disease (PID)."
9    MS. CURRY:
10        Object to the form.
11   A      Disagree with that.
12   MS. THOMPSON:
13   Q      40, "Direct induction of inflammation
14   as a result of endometriosis, talc, and asbestos
15   exposure, and PID, as well as ovulation itself,
16   may act to promote ovarian tumorigenesis."
17        Agree or disagree?
18   MS. CURRY:
19        Object to the form.
20   A      Disagree.
21   MS. THOMPSON:
22   Q      41, regarding Inflammation.  "Studies
23   of the inflammatory marker C-reactive protein
24   suggests a possible association between

Page 136

1    inflammation and an increased risk of ovarian
2    cancer.  Other specific inflammatory factors have
3    also been associated with ovarian cancer."
4    MS. CURRY:
5         Object to the form.
6    A      I agree on that.
7    MS. THOMPSON:
8    Q      42, "The patency of the female tract
9    and the nature of ovarian cancer as a surface
10   epithelial (mesothelial lesion) make the ovary a
11   target for foreign body carcinogenesis."
12   MS. CURRY:
13        Object to the form.
14   MS. THOMPSON:
15   Q      Agree or disagree?
16   A      Disagree.
17   Q      43, "Inflammation has been suggested to
18   be a major factor leading to epithelial ovarian
19   cancer.  For example, epidemiologic data have
20   shown that asbestos and talc exposure increased
21   ovarian cancer risk."
22   MS. CURRY:
23        Object to the form.
24   A      Disagree.

Page 137

1    MS. THOMPSON:
2    Q      44, "Studies have found" -- "also found
3    that endometrio-" --
4         Let's leave out the "also," since I
5    don't know what that refers to.
6         "Studies have found that endometriosis,
7    pelvic inflammatory disease, and mumps viral
8    infection are positively associated with ovarian
9    cancer risk.  In contrast, tubal ligations and
10   hysterectomies, which are thought to reduce the
11   exposure of the OSE to environmental inflammation
12   initiators have been shown to reduce the risk of
13   ovarian cancer."
14   MS. CURRY:
15        Object to the form.
16   A      I agree on that.
17   MS. THOMPSON:
18   Q      45, "It has been noted that the
19   ovulatory process itself resembles an
20   inflammatory reaction, with leukocytic
21   infiltration, the release of nitric oxide and
22   inflammatory cytokines, basal dilation, DNA
23   repair and tissue remodeling."
24   MS. CURRY:

35 (Pages 134 to 137)

Michael Birrer, M.D., Ph.D.

Page 138

1         Object to the form.
2    MS THOMPSON:
3    Q    Agree or disagree?
4    A    I would agree on that.
5    Q    46, "The latency period of more
6    advanced, malignant epithelial ovarian cancer
7    could be estimated to be approximately 30 to 40
8    years."
9    MS. CURRY:
10        Form.
11   A    I don't know that. Sorry. I don't
12   know.
13   MS. THOMPSON:
14   Q    "If the magnitude of the association is
15   to be estimated with precision, it is important
16   that consortia are developed and expanded in
17   order to generate the appropriate sample size."
18        And this is in regard to talcum powder
19   in association with ovarian cancer.
20   MS. CURRY:
21        Object to the form.
22   A    Don't know.
23   MS. THOMPSON:
24   Q    48, "Neither prospective study" --

Page 139

1    meaning Gertig or Houghton -- "confirmed the
2    association of talc use and ovarian cancer raised
3    by the case-control studies, but neither study
4    was powered to detect a risk of 1.2 and
5    therefore, we cannot exclude the possibility."
6        Agree or disagree?
7    MS. CURRY:
8        Object to the form.
9    A    Disagree.
10   MS. THOMPSON:
11   Q    49, "An odds ratio of 1.2 or 1.3 has no
12   meaningful clinical impact on a patient."
13   MS. CURRY:
14        Object to the form.
15   A    Don't know.
16   MS. THOMPSON:
17   Q    "There are design studies with" --
18   sorry.
19        50, "There are design issues with every
20   study, both case-controls and cohort studies."
21   MS. CURRY:
22        Object to the form.
23   A    I would agree with that.
24   MS. THOMPSON:

Page 140

1    Q    51, "For baby powder users, it is habit
2    that developed at one point and stays regularly."
3    MS. CURRY:
4        Object to the form.
5    A    Don't know.
6    MS. THOMPSON:
7    Q    52, "In order to achieve statistical
8    significance in a prospective study, we need a
9    much larger cohort. For example, we will need to
10   study upwards of 200,000 women for ten years."
11   MS. CURRY:
12        Object to the form.
13   A    I disagree.
14   MS. THOMPSON:
15   Q    You disagree.
16        53, "Given inherent limitation of
17   cohort studies, it is not surprising that we have
18   not been able to confirm the case-control studies
19   with prospective studies, but this does not mean
20   that the case-control studies were wrong."
21   MS. CURRY:
22        Object to the form.
23   A    Disagree.
24   MS. THOMPSON:

Page 141

1    Q    Agree or disagree?
2    A    Disagree.
3    Q    54, "It is unlikely that the
4    association between talc and ovarian cancer is
5    due to confounding, and so it is fair to say that
6    if there is a statistically robust relationship
7    between talc use and ovarian cancer" -- sorry.
8    I'm gonna start all over.
9        "It is unlikely that the association
10   between talc and ovarian cancer is due to
11   confounding, and so it is fair to say that if
12   there is a statistically robust relationship
13   between talc use and ovarian cancer, it is likely
14   to be causal (albeit with intermediate factors
15   such as inflammation)."
16        Agree or disagree?
17   MS. CURRY:
18        Object to the form.
19   A    Disagree.
20   MS. THOMPSON:
21   Q    55, "Among many epidemiologic
22   variables, no confounders for the association --
23   for the association were identified."
24   MS. CURRY:

36 (Pages 138 to 141)

Michael Birrer, M.D., Ph.D.

1         Object to the form.
2   A    No opinion.
3   MS. THOMPSON:
4   Q    56, "There is a consistent association
5 between talc and ovarian cancer that appears
6 unlikely to be explained by recall or
7 confounding."
8        Agree or disagree?
9   MS. CURRY:
10      Object to the form.
11   A    Disagree.
12   MS. THOMPSON:
13   Q    57, "The meta-analyses of the available
14 human studies in the peer-reviewed literature
15 indicate a consistent and statistically
16 significant positive association between perineal
17 exposure to talc and ovarian cancer."
18   MS. CURRY:
19      Object to the form.
20   A    Disagree.
21   MS. THOMPSON:
22   Q    You disagree.
23       58, "In studies where the exposure is
24 simple (e.g., never versus ever use), recall bias

1 is unlikely to be an important source of bias."
2        Agree or disagree?
3   MS. CURRY:
4      Object to the form.
5   A    No opinion.
6   MS. THOMPSON:
7   Q    Is that an issue that you would be
8 inclined to -- to ask an epidemiologist?
9   MS. CURRY:
10      Object to the form.
11   A    I'd like to see the -- I'd like to see
12 the study that it's based on.
13   MS. THOMPSON:
14   Q    Okay. 59, "Available data are
15 indicative of a causal effect." And again,
16 referring to talc and ovarian cancer.
17   MS. CURRY:
18      Object to the form.
19   A    Disagree.
20   MS. THOMPSON:
21   Q    60, "The data supporting the
22 association of talc to the development of ovarian
23 cancer is completely inconclusive."
24   MS. CURRY:

1      Object to the form.
2   A    I agree on that.
3   MS. THOMPSON:
4   Q    61, "The gold standard for translating
5 epidemiologic case-controlled or cohort
6 observational studies into a clinical meaningful
7 data relies on laboratory-derived experiments in
8 vitro or in vivo."
9   MS. CURRY:
10      Object to the form.
11   A    I disagree with that.
12   MS. THOMPSON:
13   Q    On what basis?
14   A    The -- it depends upon the
15 epidemiologic date that that we're talking about.
16   Q    In other words, if the epidemiologic
17 data isn't strong enough, in your opinion, then
18 doing in vitro or in vivo studies don't provide
19 clinically meaningful data? Is that --
20   MS. CURRY:
21      Object to the form.
22   A    It's actually -- it's actually the
23 other way around. So I think if it's a weak
24 association, then the laboratory data becomes

1 that much more important for biologic
2 plausibility.
3       If it has -- you know, if it's chimney
4 sweeps or lung cancer with smoking, then that's
5 clinically meaningful. Those effects are huge.
6 That's what I'm -- I'm not associating this just
7 with the talc statement. Is it a talc statement?
8   MS. THOMPSON:
9   Q    Uh-huh. I just want to make -- just
10 want to make sure that I understand the -- the
11 reason for your disagreement. But if you feel
12 like it's explained, I'm good.
13   A    And again, I -- it's sort of the broad
14 view that if -- if the -- if the epidemiologic
15 case control and cohort studies are so powerful
16 with a huge effect, then the biologic experiments
17 and lab become less important.
18       The other way around, which is really
19 what we're dealing with with talc where the
20 epidemiologic data I think is not compelling, the
21 biologic plausibility becomes more important.
22 And it sort of gets back into the Bradford Hill.
23   Q    Okay. So it's sort of inversely
24 proportional in terms of the --

Michael Birrer, M.D., Ph.D.

Page 146

1    A      In terms of value.
2    Q      -- the importance of it?
3    A      Yeah.
4    Q      Okay.  Got it.
5           62, "Mineral talc occurs naturally in a
6    platy, flat form, but may also occur as
7    asbestiform fibers, which describes its physical
8    form and does not imply the presence of asbestos.
9    The purer forms, approximately 90 percent mineral
10   talc, are used for" -- oops -- "are used for
11   cosmetic and hygiene products, including baby
12   powders and feminine hygiene products."
13   MS. CURRY:
14          Object to the form.
15   MS. THOMPSON:
16   Q      Agree or disagree or no opinion?
17   A      No opinion.
18   Q      That's it.  I'll think of some new
19   questions.
20   A      I feel like I just took my boards.
21   Q      Dr. Birrer, how do you define a
22   carcinogen?
23   A      That's an agent or substance which
24   causes or induces cancer.

Page 147

1    Q      Do you include effect on the promotion
2    and progression of cancer as well in a -- when
3    you're considering carcinogenicity?
4    MS. CURRY:
5           Object to the form.
6    A      So historically -- and there's been a
7    lot of work on this for decades -- carcinogens
8    have been -- usually been associated with
9    initiation.  So this is a substance -- just to
10   you an example.  Paint it on to a mouse skin, and
11   you develop tumors above -- statistically
12   significantly above background.
13          Tumor promoters don't do that.  But
14   when you combine the tumor promoter with the
15   carcinogen, instead of getting the 10 tumors, now
16   you get a hundred.  So promotion is a little bit
17   different.  That's the historic perspective.
18          You know, we've come a long way since
19   then, and I think it's gotten even more complex,
20   that there are tumor promoters that work by
21   transcriptional factors.  So that's not genetic
22   changes in the tumor, in the cells.  Carcinogens
23   usually work that way, where you're getting a
24   permanent genetic change.

Page 148

1    Q      Are you familiar with the term -- and I
2    believe this is more in the toxicological
3    literature -- of a complete carcinogen?
4    A      I would --
5    Q      Does that have a meaning to you?
6    A      Yeah.  I've seen that described.
7    Frankly, I can only -- I can only sort of guess
8    what they mean by that.  My guess is a complete
9    carcinogen, putting out there for the discussion
10   between you and me is what I'm describing as the
11   classic initiation molecule.
12   Q      IARC describes -- do I have it?  Would
13   you look at Exhibit 6, which is the IARC?  I just
14   wanted to look at their definition of
15   carcinogenesis and see whether you would agree
16   with it or not.
17   A      Is it in the preamble?
18   Q      It's in the preamble.  And if I can't
19   find it, we may come back to that later.
20          Because I can't remember where it is.
21   Let's come back to that.
22   A      It's a big preamble.
23   Q      Lots of methodology.
24          Are you familiar with the Hanahan paper

Page 149

1    from 2011 "Hallmarks of Cancer"?
2    A      It's a global sort of review.  Yes.
3    Q      A big review --
4    A      Big.
5    Q      -- article?
6    A      Is it --
7    Q      Do you know -- do you know Dr. Hanahan
8    or know of Dr. Hanahan?
9    A      I know of him.
10   Q      And it's Hanahan and Weinberg?
11   A      Weinberg, yeah.  Yeah.
12   Q      Let me go ahead and mark that.
13   A      Okay.
14          (DEPOSITION EXHIBIT NUMBER 10
15          WAS MARKED FOR IDENTIFICATION.)
16   MS. THOMPSON:
17          Make sure those don't have my markings
18   on it.
19   A      It would be easier for me if the
20   markings were there.
21   MS. THOMPSON:
22   Q      Exhibit 10.  And you agree that this
23   article describes the hallmarks of cancer in a
24   general sense; right?

38 (Pages 146 to 149)

Michael Birrer, M.D., Ph.D.

Page 150

1    A      Correct.
2    Q      And it's a review article in Cell.  Are
3  you familiar with that journal?
4    A      I am.
5    Q      Have you published in that journal?
6  Probably.
7    A      I wished I had published more in that
8  journal.  Yeah.
9    Q      And it's -- the title of the article is
10  "The Hallmarks of Cancer: The Next Generation."
11  But in the top right hand, it says, "Leading edge
12  review."  So that would be a review article for a
13  general audience.  Would you agree?
14    A      Yes.  General audience of scientists,
15  yeah.  Because it's pretty sophisticated.
16    Q      Agree.
17        And it describes the hallmarks of
18  cancer generally.  These do not specifically
19  apply to ovarian cancer in -- in the
20  introduction.  I'm starting on the third
21  sentence.  "They include sustaining proliferative
22  signaling, evading growth suppressors, resisting
23  cell death, enabling replicative" --
24    A      Third line of -- you're in the abstract

Page 151

1  or in the introduction?
2    Q      I'm in the -- sorry.  I'm in the
3  abstract.
4    A      Okay.
5    Q      It sort of seemed more like an
6  introduction than an abstract to me.  So starting
7  again.  Talking about the hallmarks described in
8  this paper, "They include sustaining
9  proliferative signalling, evading growth
10  suppressors, resisting cell death, enabling
11  replicative immortality, enduing angiogenesis,
12  and activating invasin and metathesis.
13        "Underlining these hallmarks are genome
14  instability which generates the genetic diversity
15  that expedites their acquisition and
16  inflammation, which fosters multiple hallmark
17  functions."
18        Would you agree with that statement
19  from this article?
20    A      I think as a general statement, yes.
21    Q      And the article, as you described, is
22  quite technical and -- and goes on for a while.
23  I'm looking at the Figure 3 on page 658.  And the
24  heading is "Emerging Hallmarks and Enabling

Page 152

1  Characteristics."
2        And it says, the first sentence, "An
3  increasing body of research suggests that two
4  additional hallmarks of cancer are involved in
5  the pathogenesis of some and perhaps all
6  cancers."
7        I'm gonna skip down to the -- to the
8  last sentence in that description.
9  "Inflammation" --
10    A      You're in the figure legend?
11    Q      In the figure legend.
12        "Inflammation by innate immune cells
13  designed to fight infections and heal wounds can
14  instead result in their inadvertent support of
15  multiple hallmark capabilities, thereby
16  manifesting the now widely appreciated tumor
17  promoting consequences of inflammatory
18  responses."
19        Would you agree with that statement, in
20  a general sense?
21    A      Yes.
22  MS. CURRY:
23        Object to the form.
24    A      Sorry.

Page 153

1  MS. THOMPSON:
2    Q      Are you familiar with Dr. Balkwill?
3    A      We're done with this?
4    Q      We're done with that.
5    A      Fran? Fran Balkwill?  Yes.
6    Q      And I believe you published with
7  Dr. Balkwill?
8    A      I believe we're on two.  I can't
9  remember.
10    Q      And she is a well-renowned cancer
11  biologist.  Would you agree?
12    A      I would agree.
13  MS. CURRY:
14        Object to the form.
15        (DEPOSITION EXHIBIT NUMBER 11
16        WAS MARKED FOR IDENTIFICATION.)
17  MS. THOMPSON:
18    Q      I'm gonna mark as Exhibit 11 an article
19  written by Dr. Balkwill.
20        Have you seen this article, Dr. Birrer?
21    A      I'm actually not familiar with this.
22  But I know Fran's work pretty well.
23    Q      Okay.  Well, let's just --
24    A      Yeah.

39 (Pages 150 to 153)

Michael Birrer, M.D., Ph.D.

Page 154

1    Q    -- look through it. And this is also a
2    review article.
3    A    Uh-huh.
4    Q    And -- and this article is in -- is in
5    The Lancet. Correct?
6    A    Correct.
7    Q    And is -- we've already mentioned that
8    Dr. Balkwill is well regarded.
9        Is The Lancet a well-regarded journal?
10   A    Yes.
11   MS. CURRY:
12       Object to the form.
13   MS. THOMPSON:
14   Q    Is it one of the most respected
15   journals, would you say?
16   MS. CURRY:
17       Object to the form.
18   A    It's not as good as Cell.
19   MS. THOMPSON:
20   Q    Oh. I won't tell them you said that.
21       But, generally -- generally speaking --
22   A    Yes.
23   Q    -- physicians and scientists would
24   recognize The Lancet?

Page 155

1    A    It's well read -- it's well read and
2    it's -- it has a substantial impact factor.
3    Q    And we don't know in this situation
4    whether Dr. Balkwill -- do you know
5    Dr. Mantovani, the second author on this paper?
6    A    No. I don't recognize him.
7    Q    We don't know whether this article was
8    invited or submitted, but, regardless, certainly
9    the readers of Lancet would look to Dr. Balkwill
10   as being an expert to discuss inflammation in
11   cancer; correct?
12   MS. CURRY:
13       Object to the form.
14   A    Correct.
15   MS. THOMPSON:
16   Q    So reading in -- in the abstract, which
17   looks like an introduction to me again, but
18   reading the abstract, "This article reviews" --
19   second line -- "This article reviews the links
20   between cancer and inflammation and discusses the
21   implications of these links for cancer prevention
22   and treatment. We suggest that the inflammatory
23   cells and cytokines found in tumors are more
24   likely to contribute to tumor growth,

Page 156

1    progression, and immunosuppression than they are
2    to mount an effective host antitumor response.
3    Moreover cancer suscep- -- susceptibility and
4    severity may be associated with functional
5    polymorphisms of inflammatory cytokine genes, and
6    deletion or inhibition of inflammatory cytokines,
7    inhibits development of experimental cancer.
8        "If genetic damage is the 'match that
9    lights the fire' of cancer, some types of
10   inflammation may provide the 'fuel that feeds the
11   flames.'"
12       That was a long passage, but do you
13   generally agree with the statement by
14   Dr. Balkwill?
15   MS. CURRY:
16       Object to the form.
17   A    I do.
18   MS. THOMPSON:
19   Q    And then look down on that same page to
20   panel 1.
21   A    Uh-huh.
22   Q    And the title of that panel, for lack
23   of better word, is "Some Associations Between
24   Inflammation and Cancer Risk." Right?

Page 157

1    A    901. Got it.
2    Q    And under "Malignancy," it lists
3    various types of cancer in which there's
4    association between inflammation and cancer risk.
5    Correct?
6    A    Correct.
7    Q    And one of them -- one of them is
8    ovarian; right?
9    A    I see it.
10   Q    And in the -- under the inflammatory
11   stimulus/condition, it lists pelvic inflammatory
12   disease, talc, tissue remodeling.
13       Do you agree that Dr. Balkwill, at
14   least in 2001, believed that talc was an
15   inflammatory stimulus and condition for the
16   association with ovarian cancer?
17   MS. CURRY:
18       Object to the form.
19   A    Yeah. So, again, this is a -- bit of
20   a recurring theme in the sense that I don't know
21   if Fran -- I haven't talked to her about this
22   review. I don't know if Fran believed that and
23   got it wrong or, more likely, this is a review
24   article. So you include everything, even though

Michael Birrer, M.D., Ph.D.

Page 158

1    she may not feel really strongly about that. So
2    it's a little hard to tell.
3    MS. THOMPSON:
4        Q     But you would agree that both -- both
5    Dr. Balkwill and The Lancet would not include
6    something in a review article for which there was
7    no evidence?
8    MS. CURRY:
9            Object to the form.
10   A     Again, it depends on how they're
11   proposing it; that there has been -- there has --
12   there have been reports associating PID, talc --
13   I don't know what tissue remodeling is, although
14   that is probably the most reasonable -- but PID
15   and talc as associated with a risk for ovarian
16   cancer. That's a true statement. I don't -- and
17   the reason we're here today is because I reviewed
18   that literature and I don't believe the
19   conclusion.
20           But you could put it into review.
21   That's -- that's the nature of a review article.
22   We all put things in that we feel the reader
23   needs to see to get a full understanding of
24   science, but we don't necessarily -- we're not

Page 159

1    convinced.
2    MS. THOMPSON:
3        Q     Well, but -- but back to my question,
4    which I think was Dr. Balkwill and The Lancet
5    would not have put this in with no evidence.
6    MS. CURRY:
7            Object to the form.
8    A     I don't agree with that.
9    MS. THOMPSON:
10       Q     You think they would put something in
11   that they did not believe there was any evidence
12   to support?
13   MS. CURRY:
14           Object to the form.
15   A     Again, it depends on how you define
16   that. So when you say "no evidence," you mean no
17   epidemiologic studies that have ever shown an
18   association. We know that's not true. There
19   have been some. So there is some evidence. It's
20   the totality of the evidence that I don't
21   believe.
22   MS. THOMPSON:
23       Q     Okay.
24   A     But it would not be unreasonable for

Page 160

1    them to say, okay, this has been studied
2    epidemiologically and in other situations. So I
3    think -- I think that's what you're grappling
4    with. It's a review article. So these things
5    show up.
6        Q     Okay. So -- so there are two
7    possibilities --
8    A     Uh-huh.
9        Q     -- it sounds like. Either Dr. Balkwill
10   got it wrong --
11   A     Uh-huh.
12       Q     -- or because this was a review
13   article, she was reporting evidence that was in
14   the literature that she felt that readers of this
15   article should be aware of.
16   A     Correct. Don't tell her I said the
17   former.
18   MS. CURRY:
19           Object to the form of the question.
20   MS. THOMPSON:
21       Q     Okay. I -- I -- I will do that for
22   you, Dr. Birrer.
23   A     Uh-huh.
24       Q     And -- and this paper is not recent,

Page 161

1    you will agree?
2    A     2010?
3        Q     2001.
4    A     2001. Uh-huh. Yeah. Okay.
5        Q     Are you aware of anything that
6    Johnson & Johnson did in 2001 to address this
7    idea of Dr. Balkwill and others, including
8    Dr. Ness, that talc may be causing ovarian cancer
9    through an inflammatory process?
10   MS. CURRY:
11           Object to the form.
12   A     In 2000 -- in 2001?
13   MS. THOMPSON:
14       Q     Right.
15           Did Johnson & Johnson respond to what
16   at least is reported as being in the literature
17   in Lancet?
18   MS. CURRY:
19           Object to the form.
20   A     I'm not aware of that.
21   MS. THOMPSON:
22       Q     I'm gonna mark as Exhibit 13 --
23   MS. EVERETT:
24           12.

41 (Pages 158 to 161)

Michael Birrer, M.D., Ph.D.

Page 162

1    MS. THOMPSON:
2    Q      Oh, there it is.
3           (DEPOSITION EXHIBIT NUMBER 12
4           WAS MARKED FOR IDENTIFICATION.)
5    MS. THOMPSON:
6    Q      Exhibit 12 is going to be another
7    article -- another review article by Dr. Reuter
8    and authors.  Oh, we need to -- sorry.  Make sure
9    that's not my copy.
10   A      This is mine?
11   Q      That's yours, yeah.
12          Are you familiar with the journal of
13   Free Radical Biology in Medicine?
14   A      I am familiar.  Not something I publish
15   in much.
16   Q      And probably doesn't have quite the
17   reputation of The Lancet or Cell?
18   A      I don't think so.
19   Q      But regardless, it's peer-reviewed.
20   A      Uh-huh.
21   Q      Are you familiar with any of these
22   authors?
23   A      Not firsthand.  Aggarwal I may have
24   heard about, but not, firsthand, no.

Page 163

1    Q      And reading -- and the title of this
2    review article is "Oxidative stress,
3    inflammation, and cancer.  How are they linked?"
4           Right?
5    A      Correct.
6    Q      Reading in the abstract, the last
7    couple of sentences starting with "How oxidative
8    stress activates inflammatory pathways leading to
9    a transformation of a normal cell to tumor cell,
10   tumor cell survival, proliferation,
11   chemoresistance, radioresistance, invasion,
12   angiogenesis, and stem cell survival is the focus
13   of this review.  Overall, observations to date
14   suggest that oxidative stress, chronic
15   inflammation, and cancer are closely linked."
16          Would you agree with that statement?
17   MS. CURRY:
18          Object to the form.
19   A      Yes.
20   MS. THOMPSON:
21   Q      In a general sense, in a review
22   article?
23   A      Correct.
24   Q      And --

Page 164

1    A      Where are you now?
2    Q      I'm turning to page 2, 1604 in the
3    introduction section.
4    A      Uh-huh.
5    Q      The second paragraph reads "Under a
6    sustained environmental stress, ROS -- R-O-S --
7    are produced over a long time, and thus
8    significant damage may occur to cell structure
9    and functions and may induce somatic mutations
10   and neoplastic transformation.
11          "Indeed, cancer initiation and
12   progression have been linked to oxidative stress
13   by increasing DNA mutations or inducing DNA
14   damage, genome instability, and cell
15   proliferation."
16          Would you agree with that sentence in a
17   general sense?
18   MS. CURRY:
19          Object to the form.
20   A      I'm just looking at the references.
21   MS. THOMPSON:
22   Q      And take a moment if you need to do
23   that.
24   A      Sure.

Page 165

1           I think as a general statement, I
2    wouldn't -- I would not disagree with that.  I
3    think that's -- yeah.
4    Q      Sorry.
5    A      Go ahead.
6    Q      And this article was published in 2010;
7    correct?
8    A      Correct.
9    Q      And looking at Table 2, a partial list
10   of cancers that have been linked to reactive
11   oxygen species, and under that list is ovarian
12   cancer.
13          Would you agree that in 2010 ovarian
14   cancer had been linked to reactive oxygen
15   species?
16   MS. CURRY:
17          Object to the form.
18   A      Yeah.  This was a little more
19   complicated in the sense I'm not sure why every
20   case was not listed because reactive oxygen
21   species are present in essentially every cell in
22   the body.  So it's a -- it's an odd table in that
23   it's a subset and then -- it's sort of implying
24   reactive oxygen species are not important in

42 (Pages 162 to 165)

Page 166

```
 1   other cancers.
 2        And, then, too, what they reference is
 3   51, which is a really odd reference.  "Loss of
 4   Mkp3 mediated by oxidative stress enhances tumor
 5   genicity and chemoresistance of ovarian cancer
 6   cells."
 7        Hardly a paper -- I mean, I'm
 8   extrapolating the title.  Hardly a paper that
 9   would say that reactive oxygen species is
10   critical to the development of ovarian cancer.
11   That's chemoresistance.  That's -- that's at the
12   end of natural history, so...
13   MS. THOMPSON:
14   Q     But at least the authors in this
15   peer-reviewed review article thought appropriate
16   to list ovarian cancer under one of the cancers
17   that have been linked to reactive oxygen species;
18   right?
19   A     It's there.
20        (DEPOSITION EXHIBIT NUMBER 13
21        WAS MARKED FOR IDENTIFICATION.)
22   MS. THOMPSON:
23   Q     I'm marking as Exhibit 13 another
24   review article from Lancet.  This one, a little
```

Page 167

```
 1   more current.
 2        Have you seen this article, Dr. Birrer?
 3   A     I know the -- I know the authors, but I
 4   haven't actually --
 5   Q     Oh.  Did I give you a highlighted --
 6   A     I -- I don't think so.
 7   Q     Okay.
 8   A     It would be helpful if it was
 9   highlighted.
10   Q     It would be helpful to me also.
11        That's okay.
12        And, in fact, these -- I think three of
13   the four authors you have published with.  Does
14   that sound right?
15   A     Ignace, Charlie, Amit, I know all of
16   them.  I don't know Stephanie.
17   Q     I think that was the one that I did not
18   see on -- on your CV as one of your coauthors.
19        And this review article -- and you
20   would assume that -- well, we don't have to
21   assume -- are Dr. Gourley, Dr. Vergote and
22   Dr. Oza considered experts in the field of
23   epithelial ovarian cancer?
24   MS. CURRY:
```

Page 168

```
 1        Object to the form.
 2   A     Oza and Vergote are -- Vergote is a
 3   surgeon and very much clinical.  I don't think he
 4   does any work in the lab.  Oza is developmental
 5   therapeutics clinical.  Charlie is the scientist
 6   here.
 7   MS. THOMPSON:
 8   Q     Okay.  And I think --
 9   A     Yeah.
10   Q     -- at least with this review article,
11   it was meant to address --
12   A     Everything.
13   Q     -- all -- all aspects --
14   A     Right.
15   Q     -- from my reading of it.
16   A     And I think Stephanie works for Amit, I
17   think.
18   Q     So these are well-regarded --
19   A     Uh-huh.
20   Q     -- scientists and experts in ovarian
21   cancer.  You would agree?
22   MS. CURRY:
23        Object to the form.
24   A     Yes.
```

Page 169

```
 1   MS. THOMPSON:
 2   Q     And this is a review article, as we
 3   said, just published in Lancet within -- March
 4   23rd, so within the last week.
 5        Have you seen this article?
 6   A     This one?
 7   Q     Yes.
 8   A     No.  Just the last week.
 9   Q     Let's look in the first section,
10   Epidemiology and Risk Factors.  And the last
11   sentence, "Risk factors for EOC include the
12   number of lifetime of ovulations (absence of
13   pregnancy), early age of menarche and late age at
14   menopause, family history of EOC, smoking, benign
15   gynecological conditions, including
16   endometriosis -- endometriosis, polycystic ovary
17   disease and pelvic inflammatory disease, and
18   potentially use of talcum powder."
19        Would you agree that at least the
20   authors thought that the use of talcum powder is
21   potentially a risk factor for EOC?
22   MS. CURRY:
23        Object to the form.
24   A     And, again, this is a review.  So I
```

43 (Pages 166 to 169)

Michael Birrer, M.D., Ph.D.

Page 170

1  think they're trying to be inclusive. And I
2  don't actually know that any of them believe
3  that.
4  MS. THOMPSON:
5      Q      So would -- would they -- would they
6  have -- would it be the two options again, either
7  they're wrong --
8      A      (Nods affirmatively.)
9      Q      -- or that they're just reporting on
10  what the literature states?
11      A      (Nods affirmatively.)
12  MS. CURRY:
13          Object to the form.
14      A      Yeah. I think it extends beyond
15  talcum, too, to be honest with you. I don't -- I
16  don't consider smoking to be a strong risk for
17  ovarian cancer. And PID, I don't either.
18          So -- and I don't know of many of my --
19  I mean, we don't -- we don't want our patients
20  smoking. But I don't know of many of the
21  gynecologic oncologists I work with who -- that's
22  on their -- that's on their risk list.
23  MS. THOMPSON:
24      Q      Even for mucinous?

Page 171

1      A      Well, now you're gonna get complicated
2  on me because, you know, there are people that
3  don't think -- there are mucinous tumors of the
4  ovary. Bob Kirkman is one of them, and that is
5  all GI.
6          So I think -- I don't think it's all
7  that relevant because it's such a rare tumor.
8      Q      And the citation for the reference
9  that --
10      A      8?
11      Q      -- a risk factor potentially would --
12  could be the use of talcum powder is the
13  Penninkilampi meta-analysis; right?
14      A      That's referenced in 8, yes.
15      Q      So at least the authors, the reviewers,
16  the editors of the journal felt that the most
17  authoritative source would be that Penninkilampi
18  meta-analysis. Would you agree?
19  MS. CURRY:
20          Object to the form.
21      A      Say that again. I'm sorry.
22  MS. THOMPSON:
23      Q      Yeah.
24      A      I could read it.

Page 172

1      Q      So the authors, if they were reporting
2  on the potential risk of talcum powder use in
3  ovarian cancer chose to cite Penninkilampi as a
4  source -- as the source for that information;
5  correct?
6      A      They reference it.
7      Q      And you would assume they would choose
8  the most authoritative article that was available
9  in the literature?
10  MS. CURRY:
11          Object to the form.
12  MS. THOMPSON:
13      Q      Wouldn't you?
14      A      I would not assume that.
15      Q      You would assume they'd pick something
16  that wasn't as authoritative? There's something
17  else they could have picked?
18  MS. CURRY:
19          Object to the form.
20      A      They may have -- they may have picked
21  that because it was one of the more recent
22  meta-analyses, and so it was convenient. And
23  it's flawed. We can go over if you'd like.
24  MS. THOMPSON:

Page 173

1      Q      Well, I'm just saying these authors
2  picked that to -- to support the statement in
3  their review article in The Lancet that the use
4  of talcum powder is potentially a risk factor for
5  ovarian cancer.
6      A      Well, I would agree that they picked
7  that reference. I disagree that that's because
8  they thought it was the most authoritative
9  article. It is one of the more recent, and, so,
10  therefore, a lot of the other papers would be
11  included in it. So it's a convenient place to
12  steer a reader.
13      Q      Do you think they'd pick it if they
14  thought it was flawed?
15  MS. CURRY:
16          Object to the form.
17      A      Probably if -- if it was seriously
18  flawed, I don't think they would have picked it.
19  Yeah.
20  MS. THOMPSON:
21      Q      And would you agree, also, that the
22  reviewers would not have included an article that
23  the reviewers felt was seriously flawed?
24  MS. CURRY:

44 (Pages 170 to 173)

Michael Birrer, M.D., Ph.D.

Page 174

1          Object to the form.
2     A      Again, it's a little bit -- having been
3     involved in these processes, to be perfectly
4     frank, you get a review article with a review of
5     147 references, you're not gonna go through them
6     all.  So I don't know I can say with any
7     authority that the reviewers looked at this and
8     said, gee, they picked the one talc paper that is
9     really spectacular.
10    MS. THOMPSON:
11    Q      Okay.  So there were -- but there --
12    there were no --
13    A      The review, and -- and it's true for
14    the editor too.
15    Q      Okay.  So at least there were no red
16    flags in front of the reviewers and the editor
17    when they saw the Penninkilampi article cited for
18    that reference?
19    MS. CURRY:
20          Object to the form.
21    A      I --
22    MS. THOMPSON:
23    Q      That would cause them to --
24    A      I don't know they noticed it.

Page 175

1     Q      Okay.  But the editors selected that
2     article; correct?
3     MS. CURRY:
4          Object to the form.
5     MS. THOMPSON:
6     Q      For whatever reason?
7     A      The --
8     Q      The authors.
9     A      The authors selected it.
10    Q      Sorry.
11    A      Not -- not the editors.  Correct.
12    Q      Thank you.  I meant to say authors.
13    A      And, again, I would just emphasize it
14    says "potentially use of talcum powder."
15    Q      That's right.
16    A      Okay.
17    Q      And at least in this statement, the
18    reference to talcum powder as potentially a risk
19    factor did not separate out the subtypes.  It's
20    referring to EOC; correct?
21    A      I -- that's the way I would read it,
22    right.
23    MS. THOMPSON:
24          Dawn, what are you thinking about

Page 176

1     lunch?
2     MS. CURRY:
3          We actually did order in lunch.  I'm
4     not sure if we -- if you want to take a quick
5     break, I can check on the estimated time of
6     arrival.
7     MS. THOMPSON:
8          Sure.  Or we can just keep going until
9     we get word.  Whatever --
10    A      Or we could just finish.
11    MR. MIZGALA:
12          I second that.
13    MS. GARBER:
14          You guys keep going.  I'll check.
15    MS. THOMPSON:
16          Are you telling me you're not having
17    fun?  I think he liked the test.
18    THE WITNESS:
19          Yeah.  It would have been nice to have
20    the little box -- the little circles you could
21    fill in.  You know.
22    MS. THOMPSON:
23          And then I could just put it in the
24    computer.

Page 177

1     THE WITNESS:
2          No mumbling?  Sorry.
3     MS. CURRY:
4          Okay.  So the lunch, I was just told,
5     is actually here.  So it's up to you when you're
6     in a good breaking point.
7     MS. THOMPSON:
8          Dr. Birrer, do you want to take a break
9     for lunch or do you want to go another 15 or 20
10    minutes?
11    THE WITNESS:
12          Going would be fine.
13    MS. THOMPSON:
14    Q      Okay.
15    A      Yeah.
16    Q      Let's -- let's look at the IARC 93, the
17    one that --
18    A      Uh-huh.
19    Q      -- addresses the nonasbestiform talc.
20    And turning to page 277 in the exposure data
21    introduction --
22    A      Uh-huh.  Do you want to use mine?
23    Q      Let's have a blank one to follow along.
24          Does this section define the

45 (Pages 174 to 177)

Michael Birrer, M.D., Ph.D.

Page 178

1    nonasbestiform talc?
2    MS. CURRY:
3         Object to the form.
4    MS. THOMPSON:
5    Q    Oh, there it is.  And let's just read
6    along in that third paragraph.
7    A    Okay.
8    Q    "Asbestiform talc fibers are very long
9    and thin and occur in parallel bundles that are
10   easily separated from one another by hand
11   pressure."  And asbestos -- no.  Just strike
12   that.
13        You're -- you're not an expert in the
14   different types of asbestos or talc in its
15   different --
16   A    I'm learning --
17   Q    Are you?
18   A    I'm learning a lot.
19   Q    I -- well, I don't want to ask those
20   questions to you later because then you'll be an
21   expert.
22        Let's -- let's go to the conclusions of
23   IARC.  We've already established that IARC used a
24   pretty extensive methodology in reaching their

Page 179

1    conclusions; right?
2    MS. CURRY:
3         Object to the form.
4    A    Yes.
5    MS. THOMPSON:
6    Q    And in your -- in your opinion, IARC
7    got -- got it wrong; right?
8    MS. CURRY:
9         Object to the form.
10   A    I think the net -- and I -- let me just
11   summarize.  I agree that they did a thorough sort
12   of process here.  In the end, what they
13   concluded, I think, was -- was wrong.  If I
14   recall correctly, it's 2B.
15   MS. THOMPSON:
16   Q    That's right.
17   A    Was the classification.
18   Q    But 2B does not mean that it's not
19   carcinogenic, does it?
20   A    Means it's possible carcinogenic.  I
21   think that's by definition.
22   Q    Right.
23        And -- and in this situation, the
24   reason for the classification was that there

Page 180

1    was -- well, that there was limited evidence in
2    humans for the carcinogenicity in peroneal use of
3    talcum powder body product.  Is that what IARC
4    concluded?
5    A    That's in 6.1, the second one.  Yes.
6    Q    Right.
7         And there is limited evidence in
8    experimental animals; right?
9    A    6.2.  Yes.
10   Q    And in the rationale, the authors
11   state, third paragraph, "For peroneal use of
12   talcum-based body power, many case-control
13   studies of ovarian cancer found a modest but an
14   unusually consistent excessive risk, although the
15   impact of bias and potential confounding could
16   not be ruled out."
17        Is -- is that your understanding of the
18   conclusions?
19   A    That's what they concluded.
20   Q    And --
21   A    We're done with IARC?
22   Q    We're done with IARC.
23        And you also looked at the Health
24   Canada Assessment; right?

Page 181

1    A    Yes.
2    Q    And we agreed that the methodology that
3    Health Canada applied for -- for their
4    determination was also extensive; right?
5    MS. CURRY:
6         Object to the form.
7    A    They were systematic and thorough.  I
8    think it was pretty complicated, yeah.
9    MS. THOMPSON:
10   Q    And what's your understanding of the
11   conclusions reached by the -- Health Canada?
12   MS. CURRY:
13        Object to the form.
14   MS. THOMPSON:
15   Q    Scientists.
16   A    Well, they concluded that there was a
17   low risk of harm to the environment from talc.
18   Q    Is that what you came away with?
19   A    Well, it was in the third paragraph.
20   So it was important to note that.  But they did
21   conclude that talc meets one of the criteria.
22   That was Section 64.  And so they concluded that
23   it potentially presented a health risk to
24   Canadians, if I got that right.

46 (Pages 178 to 181)

Michael Birrer, M.D., Ph.D.

Page 182

```
1    Q       And do you think it was just to
2    Canadians?
3    A       Well, that's the way they quoted it.
4    Q       And --
5    A       In fact, the statement is "may
6    constitute a danger in Canada to health" --
7    "human health" -- "human life or health."
8    Q       And they also made the -- well, let's
9    read beginning on page little -- little 3, i --
10   iii?
11   A       I'm sorry.  Where are you?
12   Q       Little -- little roman numeral 3.
13   A       Three?  Yeah.
14   Q       Is your understanding that the -- that
15   Health Canada found that the available data were
16   indicative of a causal effect?
17   A       Where are you reading?
18   Q       I was just asking you what your
19   understanding was.
20   MS. CURRY:
21           Object to the form.
22   A       I'm not sure that they actually found
23   causal effects.
24   MS. THOMPSON:
```

Page 183

```
1    Q       Okay.  Well, let's -- let's read
2    beginning -- the paragraph with "The
3    meta-analyses."
4    A       Where are you?  Oh, the -- yeah.
5    Q       "The meta-analyses of the available
6    human studies in the peer-reviewed literature" --
7    A       Yep.
8    Q       -- "indicate a statistically
9    significant positive association between perineal
10   exposure to talc and ovarian cancer.  Further,
11   available data are indicative of a causal
12   effect."
13   A       Uh-huh.
14   Q       So they did --
15   A       (Nods affirmatively.)
16   Q       -- determine that it was indicative of
17   a causal effect; right?
18   MS. CURRY:
19           Object to the form.
20   A       That's what they said, yes.  It's not
21   referenced, but --
22   MS. THOMPSON:
23   Q       Well, this is the --
24   A       Yeah.
```

Page 184

```
1    Q       -- executive summary.
2    A       Yeah.  Uh-huh.
3    Q       "Given that there is potential for
4    peroneal exposure to talc from the use of various
5    self-care products, for example, body powder,
6    baby powder, diaper and rash creams, gentle
7    antiperspirants and deodorants, body wipes, bath
8    bombs, a potential concern for human health has
9    been identified."
10           Correct?
11   A       I agree with that.
12   Q       And is it your opinion that Health
13   Canada got it wrong also?
14   MS. CURRY:
15           Object to the form.
16   A       So it's interesting.  When I reviewed
17   this was -- again, this is a very recent -- looks
18   like December 2018 -- decision by Health Canada
19   based upon a huge body of literature, which I had
20   reviewed and come to a different conclusion.
21           So there really was not very much new
22   data to draw this conclusion.  So, you know,
23   again, I think very much like IARC, I think they
24   got it wrong.
```

Page 185

```
1    MS. THOMPSON:
2    Q       And you don't think that this is a
3    situation where scientists can look at the same
4    data and -- and make different conclusions?
5    A       No.
6    MS. CURRY:
7           Object to the form.
8    MS. THOMPSON:
9    Q       Do you have any reason to believe that
10   the scientists who worked on this project were
11   unreasonable?
12   MS. CURRY:
13           Object to the form.
14   A       Other than the fact they drew the wrong
15   conclusion here, I know nothing else about them,
16   so...
17   MS. THOMPSON:
18   Q       You don't have any reason to believe
19   they were incompetent?
20   MS. CURRY:
21           Object to the form.
22   A       No.
23   MS. THOMPSON:
24   Q       Do you have any reason to believe that
```

47 (Pages 182 to 185)

Michael Birrer, M.D., Ph.D.

Page 186

1    they weren't good scientists?
2    MS. CURRY:
3          Object to the form.
4    A     I don't really have a lot of knowledge
5    of them.  If I could actually find the list of
6    individuals who made this decision -- I don't
7    think it's published.
8    MS. THOMPSON:
9    Q     And did you -- this was done under the
10   auspices, I believe, of the Minister of Health.
11   A     Uh-huh.
12   Q     You don't know the Minister of Health
13   in Canada, do you?
14   A     I don't.
15   Q     Or know that he would -- or she would
16   not be competent?
17   MS. CURRY:
18         Object to the form.
19   A     I have no direct evidence for that.
20   MS. THOMPSON:
21   Q     Do you take any issue with the weight
22   of the evidence methodology that Health Canada
23   applied?
24   A     No.

Page 187

1    Q     Only that they came up with the wrong
2    conclusion; right?
3    A     Correct.
4    Q     And this assessment, like IARC, was
5    based on talc -- cosmetic-grade talc and not on
6    potential impurities such as asbestos.  Is that
7    also your understanding?
8    MS. CURRY:
9          Object to the form.
10   A     That is my understanding.  So, you
11   know, again, it's -- it's the same epi data.  The
12   epi data is focused on talcum powder.  So that --
13   that applies here, too.
14   MS. THOMPSON:
15   Q     And is it your understanding that the
16   human health portion of the Health Canada
17   assessment went through a peer-review process?
18   MS. CURRY:
19         Object to the form.
20   MS. THOMPSON:
21   Q     With external reviewers.
22   A     I didn't see that described.
23   Q     So you don't know one way or the other
24   whether it went through a review process?

Page 188

1    A     In terms of peer review, scientific
2    peer review?
3    Q     Correct.
4    A     I can't say that definitively.
5    Q     If you'll look at the -- and the copy
6    that I'm looking at doesn't have page numbers, so
7    that's why it's -- I'm --
8    A     Roughly.
9    Q     -- making it difficult.
10         But if you look at the big bold
11   introduction that comes right after the synopsis,
12   it should be about the -- it may be the little
13   numbers.
14   A     Introduction?
15   Q     Yeah.
16         And the very bottom of that page, I'm
17   reading "The human health portion of this
18   assessment has undergone external peer review
19   and/or consultation?"
20         Doesn't -- does the assessment, at
21   least, state that it underwent peer review and
22   consultation?
23   A     It states that.  I don't quite -- I
24   don't honestly know what that means.

Page 189

1    Q     Okay.
2    A     And the public comment period, of
3    course, is just a governmental response.
4    Q     Do you know if Johnson & Johnson has
5    submitted comments to Health Canada?
6    MS. CURRY:
7          Object to the form.
8    A     Not that I know of.
9    MS. THOMPSON:
10   Q     Have you submitted comments to Health
11   Canada --
12   A     No.
13   Q     -- with your opinions?
14   A     No.
15   Q     Do you intend to submit any opinions to
16   Health Canada?
17   A     I doubt it.
18   Q     You are -- are you aware that talc used
19   as a dry powder lubricant on condoms was
20   substituted with cornstarch in the 1990s?
21   A     I believe I am familiar with that.
22   Q     Do you know why?
23   A     No.
24   Q     Do you know that dusting diaphragms,

48 (Pages 186 to 189)

Michael Birrer, M.D., Ph.D.

Page 190

1    the practice of dusting diaphragms with talcum
2    powder was abandoned approximately the same time?
3    MS. CURRY:
4         Object to the form.
5    A    Yes.
6    MS. THOMPSON:
7    Q    Do you know why?
8    A    No.
9    Q    Was it for concerns about inflammatory
10   and cancer effects?
11   MS. CURRY:
12        Object to the form.
13   A    Could have been.  I don't -- can't
14   quote that.
15   MS. THOMPSON:
16   Q    Were you aware that FDA banned -- has
17   banned powder examination and surgical gloves?
18   A    Yes.
19   Q    Do you know why?
20   A    That was based upon the concern about
21   the generation of fibrosis.
22   Q    And other inflammatory processes in
23   the -- in the peritoneal cavity?
24   MS. CURRY:

Page 191

1         Object to the form.
2    A    I would define -- I would define that
3    as fibrosis, if not inflammatory.
4    MS. THOMPSON:
5    Q    Do you consider granulomas an
6    inflammatory response?
7    A    It's in the characterization of chronic
8    inflammation, yes.
9    Q    Are adhesions an inflammatory response?
10   A    Not necessarily.
11   Q    And they would be an acute response
12   if -- if they were caused by an inflammatory
13   reaction?
14   MS. CURRY:
15        Object to the form.
16   A    So adhesions are, you know, essentially
17   scar tissue and fibrosis.  The etiology of it is
18   pretty broad.  Some of it could be chronic
19   inflammation.  Some of it could be acute
20   inflammation.  And I would not even rule out the
21   possibility that general wound healing would give
22   rise to scar tissue.  And that may not
23   necessarily fit the criteria of inflammation.
24   MS. THOMPSON:

Page 192

1    Q    Are you aware of the differences
2    between cornstarch and talc?
3    MS. CURRY:
4         Object to the form.
5    A    In terms of biochemical and physical
6    differences?
7    MS. THOMPSON:
8    Q    Sure.  Let's start there.
9    A    Yeah.  I don't think I can list them
10   all.  But certainly cornstarch is a biologic
11   agent, it's a carbohydrate, and talc is a
12   mineral.
13        We've already talked a little bit about
14   the size of particles in talcum powder and it's
15   exceedingly variable.  So it's a little hard to
16   compare those two particles.  But I would think
17   that starch would be more homogeneous and of a
18   different size.
19        And then, you know, biochemical
20   differences are substantial.  I mean, this is a
21   carbohydrate, which can be broken down by certain
22   enzymes, has, you know, a firm structure to it.
23        Talc, as a mineral, forms suspensions.
24   It is not soluble.  Starch is more soluble.  So

Page 193

1    there's differences.
2    Q    So, in general terms, cornstarch would
3    typically be absorbed or metabolized by the body?
4    MS. CURRY:
5         Object to the form.
6    MS. THOMPSON:
7    Q    Would you agree?
8    A    Absorbed or -- there's -- it would
9    certainly be more likely, I think, than a
10   mineral, yeah.
11   Q    Whereas the mineral, once it's there,
12   is expected to remain there; correct?
13   MS. CURRY:
14        Object to the form.
15   A    It's a little hard to tell because then
16   there are other mechanisms remove particulate
17   matters; right?  So macrophages come along and
18   they phagocytize them.  That macrophage then may
19   travel somewhere else and then essentially
20   deposit it in a way that the mineral -- the
21   mineral particle could be removed.  So -- so it's
22   a little bit complex.
23   MS. THOMPSON:
24   Q    Can inhaled talc particles appear in

49 (Pages 190 to 193)

Michael Birrer, M.D., Ph.D.

Page 194

1    distant organs?
2    A      So there is some data, I believe, in
3    animal studies that high concentrations of talc,
4    either in the pleural cavity or in intratracheal
5    injections can end up in what --
6         And I think I put them in the expert
7    report; for instance, the spleen.
8    Q      And ovaries?  Can they occur in the
9    ovaries?
10   A      So if you look at the literature -- you
11   know, and I went through in pretty big detail --
12   nobody's looked.  So there's no reproductive
13   organs in any of those studies.  At least the
14   ones that I have looked at.  So I don't think we
15   know, and I don't think we could assume that.
16   Q      Can talc fibers enter the peritoneal
17   cavity?
18   MS. CURRY:
19        Object to the form.
20   A      Again, we're back to this mineral
21   structure, and I'm not going to be able to
22   comment on that.
23   MS. THOMPSON:
24   Q      And how about asbestos fibers?

Page 195

1    A      Well, asbestos exposure can, of course,
2    give rise to mesothelioma and can give rise to
3    peritoneal mesotheliomas.  So it's got to get
4    there from somewhere.
5    Q      Do you have an opinion as to whether
6    asbestos fibers can get to the peritoneal cavity
7    through peritoneal exposure and migration through
8    the genital tract?
9    MS. CURRY:
10        Object to the form.
11   A      I don't have any data on that.
12   MS. THOMPSON:
13   Q      So you have no opinion.
14   A      I would say analogous with the
15   migration data that there's not a lot of evidence
16   things are migrating retrograde.  So -- and I
17   think -- although I don't think those experiments
18   have been done with asbestos in mind -- and we
19   know that asbestos can travel with high
20   insulation [sic] -- you know, inhalation of
21   asbestos can get in the pleural cavity.  It gets
22   there from somewhere.  It's got to be inside the
23   lung.  It has to get out in the pleural cavity,
24   and then again, the peritoneal cavity.  So we

Page 196

1    know that.
2    Q      So you know -- you -- we know that
3    asbestos fibers can reach the peritoneal cavity;
4    correct?
5    A      Yes.
6    Q      And -- and let me just understand
7    you -- what you're opining today is that we just
8    don't know how they get there?
9    MS. CURRY:
10        Object to the form.
11   A      I don't know.  So -- so I think one of
12   the hypotheses that -- after asbestos -- again,
13   I'm not -- I wasn't asked to explore asbestos in
14   great detail.  This is more my medical training
15   speaking.
16        But as people inhaled asbestos, these
17   particles would work their way out into the
18   pleural cavity --
19   MS. THOMPSON:
20   Q      So --
21   A      -- which is where they would do their
22   badness.  And then, there is a hypothesis
23   connection between the pleural cavity and the
24   peritoneal cavity.

Page 197

1    Q      So direct penetration of the fiber
2    through the pleura?
3    A      The diaphragm's are pretty secure
4    structures, so it's a little bit -- I can't say,
5    hey, here's the pathway.  But that's the
6    supposition.
7    Q      Okay.
8    A      Okay.
9    Q      Do you -- are you aware of any
10   epidemiologic or other studies that have linked
11   the use of perineal cornstarch with ovarian
12   cancer?
13   MS. CURRY:
14        Object to the form.
15   A      Perineal cornstarch with ovarian
16   cancer?
17   MS. THOMPSON:
18   Q      Correct.  Let me phrase that
19   differently just so it's clear.
20   A      Okay.
21   Q      Are you aware of any studies that link
22   the perineal use of cornstarch products with
23   ovarian cancer?
24   MS. CURRY:

Michael Birrer, M.D., Ph.D.

Page 198

1      Object to the form.
2   A    Therapeutically or just accidentally?
3   MS. THOMPSON:
4   Q    Um -- as a substitute for talcum
5   powder.  If a woman is using corn -- a
6   cornstarch-based perineal dusting powder, are you
7   aware of any studies that have linked that usage
8   to ovarian cancer?
9   A    Not that I -- no.
10  Q    Do you agree that -- I might go ahead
11  and go back to that -- that -- the FDA, mark it
12  as --
13  A    The letter?
14  Q    The letter.
15      I know.  But I don't have my stickers.
16  MS. THOMPSON:
17      My fault; not yours.
18  THE COURT REPORTER:
19      Okay.
20  MS. THOMPSON:
21      Shall we do another few just to get us
22  to lunch?
23  THE COURT REPORTER:
24      I forget what number we're on.

Page 199

1   MS. THOMPSON:
2       We're on --
3   MS. EVERETT:
4       14.
5   MS. THOMPSON:
6       14.
7       (DEPOSITION NUMBER 14 WAS
8       MARKED FOR IDENTIFICATION.)
9   MS. THOMPSON:
10  Q    I'm going to go ahead and mark the FDA
11  announcement on the banning of -- of talcum
12  powder just so we can see what they actually did
13  say about the reasons.
14      And --
15  A    This is for gloves.  For gloves.
16  Surgical gloves.
17  Q    Examination and surgical gloves.
18  A    Yeah.
19  Q    And just in the bottom part of the
20  right-hand side of the first page, "Banned
21  Devices; Powdered Surgeon's Gloves, Powdered
22  Patient Examination Gloves, and Absorbable Powder
23  For Lubricating on a Surgeon's Glove."
24      And if you'll turn to the executive

Page 200

1   summary on the following page, one, purpose and
2   coverage of the final rule, and the last
3   paragraph -- or the last sentence of the first
4   paragraph says, "However, the use of powder on
5   medical gloves presents numerous risks to
6   patients and healthcare workers, including
7   inflammation, granulomas and respiratory allergic
8   reaction."
9       Does that at least state what the FDA
10  considers the reasons for the removal of talcum
11  powder from surgical gloves?
12  A    Yes, it does.
13  Q    Are you aware that Health Canada
14  determined that the migration of talc particles
15  to the ovaries from perineal use was a plausible
16  or is a plausible mechanism for the detection of
17  talc in the ovaries?
18  MS. CURRY:
19      Object to the form.
20  A    I believe they did.  You're --
21  MS. THOMPSON:
22  Q    And you -- do you disagree with the
23  determination that Health Canada reached
24  regarding the -- the migration of talc particles

Page 201

1   to the ovaries being a plausible mechanism for
2   the detection of talc in ovaries?
3   A    Yes, I do.
4   Q    In your report, you state that the
5   migration is contrary to basic anatomy and common
6   sense, I believe.
7       Do you still hold that opinion?
8   A    Where are you reading?  Back to my
9   report?
10  Q    I have to get your report out.
11  A    Yeah.  That's get that out there.
12  Q    His expert report.
13      And in the -- under "Migration" on page
14  5, "Supposed Presence of Talc in Ovaries."
15  A    Ah.  Okay.  Yep.
16  Q    And Health Canada's conclusion was that
17  the migration of talc particles to the ovaries
18  from perineal use is a plausible mechanism for
19  the detection of talc to the ovaries.
20      But at least your opinion is that the
21  presence of talc in the ovaries cannot be
22  explained by migration.  Is that right?
23  A    Well, the studies that I looked at here
24  mostly are the presence of talc in cancer of the

51 (Pages 198 to 201)

Michael Birrer, M.D., Ph.D.

Page 202

1    ovary, and there were some control patients, I
2    believe, with breast cancer where they looked at
3    the ovary.
4         And these -- these studies have been
5    around for a while. I've reviewed them multiple
6    times, and they're just seriously flawed, from my
7    perspective. So I don't know that you can
8    conclude that. But these are -- these are just
9    the studies that show the presence of talc in
10   specimens. It's not the next line of evidence,
11   which is actual variety of human -- human
12   experiments, if you will, which are also
13   seriously flawed.
14        So, you know, I essentially reviewed
15   all of that and came to the conclusion you can't
16   conclude anything. There's no convincing data.
17   Health Canada came to a different conclusion.
18   Q      And is that because Health Canada got
19   it wrong again, or is that because scientists can
20   come to different conclusions when reviewing the
21   same data?
22   MS. CURRY:
23        Object to the form.
24   A      Based on my review on this, they got it

Page 203

1    wrong.
2    MS. THOMPSON:
3    Q      Regarding the Heller paper --
4    A      Uh-huh.
5    Q      -- let's just go back to your report.
6         Do you know what the Heller authors
7    concluded from their study?
8    MS. CURRY:
9         Object to the form.
10   A      Do you --
11   MS. THOMPSON:
12   Q      This is the paper regarding the talc
13   presence in --
14   A      Right.
15   Q      -- ovaries from the Heller paper.
16   MS. CURRY:
17        Object to the form.
18   A      So just to summarize real quick --
19   MS. THOMPSON:
20   Q      No. Not asking that question.
21        Do you know what the Heller authors
22   concluded on the basis of their study?
23   MS. CURRY:
24        Object to the form.

Page 204

1    A      I think they were mystified and they
2    tried to argue that the reason why they found
3    talc in everybody --
4    MS. THOMPSON:
5    Q      Dr. Birrer, sorry.
6         My question was: Do you know what the
7    authors concluded?
8    A      I'm saying it.
9    Q      That's "yes" or "no."
10   A      Oh.
11   Q      Do you know what the authors concluded?
12   MS. CURRY:
13        Object to the form.
14   A      Yes.
15   MS. THOMPSON:
16   Q      What did the authors conclude?
17   A      So I think they were mystified. And
18   so --
19   Q      No. Did the authors -- where do you
20   see in the paper that the authors were mystified?
21   A      Because --
22   MS. CURRY:
23        Let him finish and don't cut him off.
24   MS. THOMPSON:

Page 205

1         Not when he's not answering my
2    question.
3    THE WITNESS:
4         Well, I --
5    MS. CURRY:
6         He's trying to answer it. You keep
7    cutting him off at every word.
8    MS. THOMPSON:
9         I asked where in the paper did the
10   authors say they were mystified, and he needs to
11   explain that.
12   MS. CURRY:
13        You haven't even marked the paper. You
14   are asking him based on his expert report, and
15   he's --
16   MS. THOMPSON:
17        I didn't ask him on the basis of his
18   expert report. I asked him on the basis of his
19   knowledge.
20        I'll mark the Heller paper 15.
21        (DEPOSITION EXHIBIT NUMBER 15 WAS
22        MARKED FOR IDENTIFICATION.)
23   MS. THOMPSON:
24   Q      Do you see anywhere in the paper that

52 (Pages 202 to 205)

Michael Birrer, M.D., Ph.D.

Page 206

1   the authors were mystified? Yes or no?
2   A     I think they were confused by the lack
3   of association.
4   Q     Do you see where the authors were
5   mystified?
6   MS. CURRY:
7       Object to the form.
8   MS. THOMPSON:
9   Q     There's nowhere where the authors say
10  they were mystified, is there, Dr. Birrer?
11  MS. CURRY:
12      Object to the form.
13  MS. THOMPSON:
14  Q     I'll withdraw the question.
15  A     Okay.
16  Q     Let's just go to the conclusions.
17      "Conclusions: The detection of talc in
18  all ovaries demonstrates that it can reach the
19  upper genital tract."
20      Is that what the authors of the Heller
21  paper conclude?
22  A     Yes.
23  Q     And yet you're critical of the
24  plaintiffs' experts because they conclude the

Page 207

1   same thing that the authors of the paper
2   conclude; right?
3   MS. CURRY:
4       Object to the form.
5   MS. THOMPSON:
6   Q     In fact, I -- well, go ahead and
7   answer.
8   A     Well, I'm critical of the paper and the
9   experts who agreed with it.
10  Q     And I -- I think there were no fewer
11  than 12 experts that you think were wrong on
12  this; right?
13  MS. CURRY:
14      Object to the form.
15  A     If that's the number of experts that
16  agreed to it, then, yeah. I agree on that.
17  MS. THOMPSON:
18  Q     And it's not that scientists can come
19  to different conclusions. It's that 12 experts
20  who state the same conclusions as the authors of
21  the paper are wrong and you're right?
22  MS. CURRY:
23      Object to the form.
24  MS. THOMPSON:

Page 208

1   Q     Is that your opinion?
2   A     Say that again.
3   Q     It's not that scientists can come to
4   different conclusions. It's that the 12 experts
5   who state the same conclusions as the authors of
6   the paper are wrong and you're right?
7   MS. CURRY:
8       Object to the form.
9   MS. THOMPSON:
10  Q     Is that a correct statement?
11  A     Correct.
12  Q     One of your criticisms of the Cramer
13  paper from 2007 that detected talc in lymph nodes
14  was that it was a case report; correct?
15  A     Correct.
16  Q     And you've published with Dr. Cramer;
17  correct?
18  A     I don't think I'm on papers with
19  Dr. Cramer.
20  Q     And have you seen the paper that was
21  published recently of a series of cases in which
22  talc was detected in the lymph nodes?
23  MS. CURRY:
24      Object to the form.

Page 209

1   A     Do you have an author?
2   MS. THOMPSON:
3   Q     Same authors.
4   A     So Dr. Cramer --
5   Q     The lead author is McDonald, but from
6   Cramer's lab --
7   A     I have seen it.
8   Q     -- and Welch. You've seen it?
9   A     Uh-huh.
10  Q     And is it your understanding that the
11  authors -- I'll mark the McDonald paper Exhibit
12  16.
13      (DEPOSITION EXHIBIT NUMBER 16 WAS
14      MARKED FOR IDENTIFICATION.)
15  MS. THOMPSON:
16  Q     Is it your understanding that the
17  authors specifically controlled for any
18  possibility of contamination?
19  MS. CURRY:
20      Object to the form.
21  A     No. That's not my understanding.
22  MS. THOMPSON:
23  Q     Well, it's in the abstract, if we can
24  get -- delve deeper if we need to. The authors

53 (Pages 206 to 209)

Michael Birrer, M.D., Ph.D.

Page 210

1   said that since talc can be a surface contaminant
2   from tissue collection preparation, digestion
3   measurements may be influenced by contamination.
4   Instead, because they preserve anatomic landmarks
5   and permit identification of particles in cells
6   and tissues polarized light microscopy and in
7   situ SEM-EDX are recommended to assess talc in
8   lymph nodes.
9           And that's the methodology that the
10  authors, the researchers, performed to assure
11  themselves that this finding was not due to
12  contamination; right?
13  MS. CURRY:
14          Object to the form.
15  A   You are reading correctly.
16  MS. THOMPSON:
17  Q   I didn't even read that.
18  A   Oh.
19  Q   I came up with that --
20  A   Oh. I thought you were looking at the
21  paper.
22  Q   Well, I must be right, then.
23  A   I mean, they -- they observe -- I read
24  this -- I'll read it. "In conclusion, talc

Page 211

1   contamination in the surface of surgical
2   pathology specimens of is common."
3   Q   Except -- and I didn't have a question
4   on the table.
5   A   Okay.
6   Q   So I'll object to that as being
7   nonresponsive to a question.
8           Except the whole purpose of this study
9   was to, number one, expand on the case report
10  that was published earlier; right?
11  MS. CURRY:
12          Object to the form.
13  A   I don't see that. It's another study.
14  MS. THOMPSON:
15  Q   Okay.
16  A   Yeah.
17  Q   But this had a series of 22 cases;
18  right?
19  A   Twenty-two cases, correct.
20  Q   And -- and the authors concluded that
21  by -- by using the techniques that they used in
22  this pap- -- in this paper, they could confirm
23  that the -- the talc in the lymph nodes was not
24  surface contamination. Right?

Page 212

1   MS. CURRY:
2           Object to the form.
3   A   So they -- they observe -- they observe
4   large amounts of contamination. They argue that
5   with their technology, they can tell whether some
6   is surface and some is internal, in lymph nodes.
7   MS. THOMPSON:
8   Q   And they determined that some was
9   internal; right?
10  A   I believe so.
11  Q   Probably have another, what, five
12  minutes and then lunch, or I can do it after we
13  come back.
14  MS. CURRY:
15          Is that okay with you?
16  A   That's okay.
17  MS. CURRY:
18          Is that okay with the court reporter?
19  THE COURT REPORTER:
20          That's fine. Yes.
21  THE WITNESS:
22          You all right? I'll stop mumbling.
23  MS. THOMPSON:
24  Q   Okay. I want to go over just a few of

Page 213

1   your criticisms of plaintiffs' experts. And
2   let's start with Dr. Clarke-Pearson. I believe
3   that you have met Dr. Clarke-Pearson and know him
4   by reputation, at least; correct?
5   A   I have.
6   Q   He's a past president, I believe, of
7   SGO; correct?
8   A   Correct.
9   Q   And department chair at University of
10  North Carolina, recently retired; correct?
11  A   Correct.
12  Q   And -- and you actually wrote the
13  criticism here of Dr. Clarke-Pearson?
14  A   Correct.
15  Q   And that's your language?
16  A   Uh-huh.
17  Q   Okay. Let's just read through that.
18  "Dr. Clarke-Pearson analogizes to the migration
19  of sperm" -- and this is considering the
20  migration of talc particles -- "into tubes after
21  coitus. It is rather surprising to hear this
22  from a gynecological oncologist."
23          Did you look at Dr. Clarke-Pearson's
24  references?

54 (Pages 210 to 213)

Michael Birrer, M.D., Ph.D.

Page 214

1    A    I looked at his expert report.
2    Q    Including his references?
3    A    I probably would have paged through it,
4    yeah. Yep.
5    Q    "The obvious difficulty with this line
6    of reasoning is the fact that spermatozoa are
7    motile and have evolved under millions of years
8    to be able to migrate under their own control to
9    increase the potential to fertilize the egg.
10   This mode of transport is not consistent with a
11   talc particle."
12        Did you look at Dr. Pearson's citation
13   that describes the movement of dead sperm and
14   talc particles through that upper genital tract?
15   MS. CURRY:
16        Object to the form.
17   A    Yeah. I didn't see the -- I didn't see
18   the reference on dead sperm. But --
19   MS. THOMPSON:
20   Q    If -- if there was a reference that
21   dead sperm moved through and moved through quite
22   easily, then your statement that it's not
23   analogous because spermatozoa are motile is
24   incorrect, isn't it?

Page 215

1    MS. CURRY:
2         Object to the form.
3    A    Well, I have to see the paper, and I
4    don't know the details.
5    MS. THOMPSON:
6    Q    Assume with me that there is evidence
7    published in the peer-reviewed literature that
8    dead sperm and sperm particles move through the
9    upper genital tract, then your statement that
10   it's not analogous because spermatozoa are motile
11   would be incorrect; right?
12   MS. CURRY:
13        Object to the form.
14   A    So these sperm would be put on the
15   perineum like a dusting?
16   MS. THOMPSON:
17   Q    No.
18   A    Okay.
19   Q    I'm just saying it's -- your statement
20   that that is the reason would be incorrect.
21   A    I -- so --
22   Q    Are -- are dead sperm motile?
23   A    I don't actually know. They --
24   Q    You're --

Page 216

1    A    Are they dead dead or --
2    Q    Do you think dead sperm may be motile?
3    Do you know any -- too much about reproductive
4    physiology?
5    MS. CURRY:
6         Object to the form.
7    A    A fair amount, yeah.
8    MS. THOMPSON:
9    Q    And you don't know whether dead sperm
10   would be motile or not?
11   A    So how are you defining that?
12   They're -- they're -- they've decayed? They're
13   broken down --
14   Q    Yes.
15   A    -- or the flagella is not moving?
16   Q    The flagella is not moving in a dead
17   sperm.
18   A    Okay.
19   Q    Is it?
20   A    I guess as you are specifically
21   defining --
22   Q    Are you arguing me -- with me?
23   A    Can I answer?
24   MS. CURRY:

Page 217

1         I'm sorry. You can each just take
2    turns. Just please let her get her question out.
3    MS. THOMPSON:
4    Q    Do you not know whether dead sperm
5    would be motile or not?
6    A    I would think most of the time they
7    would not be motile.
8    Q    Okay. And would you agree that a sperm
9    particle -- for example, if the flagellum is
10   broken off, would you agree that would not be
11   motile, a sperm particle?
12   MS. CURRY:
13        Object to the form.
14   A    Motile, moving under its own --
15   MS. THOMPSON:
16   Q    Moving on its own.
17   A    Yeah. I think it's unlikely.
18   Q    Do you know the size of the head of a
19   sperm?
20   A    No.
21   Q    If the reason that Dr. Clarke-Pearson
22   was incorrect referencing dead and -- dead sperm
23   and sperm particles moving through the upper
24   genital tract could be relevant to a talc

55 (Pages 214 to 217)

Michael Birrer, M.D., Ph.D.

Page 218

1  particle.  If your reason for saying that opinion
2  is incorrect is that sperm are motile, then that
3  reasoning is incorrect, isn't it?
4  MS. CURRY:
5         Object to the form.
6  A       Well, I think in the way it's expressed
7  here, that, obviously, it doesn't mean -- I mean,
8  it makes no sense to apply to spermatozoa, which
9  are motile.  But if you're telling me there's a
10  reference for dead sperm, then the question
11  becomes what's in that reference?  So these --
12  MS. THOMPSON:
13  Q       Okay.
14  A       -- dead sperm were deposited into the
15  uterus after coitus and --
16  Q       We're just talking -- we're not talking
17  about coitus.
18         Is it plausible to you --
19  A       Okay.
20  Q       -- that a woman who has talcum on her
21  perineum --
22  A       Uh-huh.
23  Q       -- could have coitus and the talcum
24  powder on the perineum could be placed in the

Page 219

1  vagina forcefully?  Is that plausible?
2  A       I don't have any data on that.
3  Q       Do you have to have data to say whether
4  or not that's plausible?
5  A       I am a scientist.
6  Q       Well, maybe take off your scientist
7  hat.  Is it plausible that a woman who has talcum
8  powder on her perineum and has sex, that the
9  talcum powder could be forced into the vagina?
10  MS. CURRY:
11         Object to the form.
12  MS. THOMPSON:
13  Q       Is it plausible?
14  A       Sexual intercourse?
15  Q       Sexual intercourse, yes.
16  A       Yes.  Just getting specifics.
17         Yeah.  I mean, I -- I think the way
18  you're hypothesizing it, I suppose there's a
19  possibility.
20  Q       So if those things are possible and
21  plausible, then you really don't think
22  Dr. Clarke-Pearson's opinions are unreasonable
23  and -- and are contrary to basic anatomy, do you?
24  MS. CURRY:

Page 220

1         Object to the form.
2  A       Yeah, I don't know what --
3  MS. THOMPSON:
4  Q       Those are your words.  Are
5  Dr. Clarke-Pearson's opinions contrary to
6  knowledge of basic anatomy?
7  MS. CURRY:
8         Object to the form.
9  A       Where are you reading?
10  MS. THOMPSON:
11  Q       Well, for right now I was just in the
12  first paragraph of "Hypothesized migration of
13  talc to ovaries."
14  A       What page?  Is it on my report?
15  Q       Page 7.
16  A       Okay.
17         Oh.  So you're relating that statement
18  to Clarke-Pearson?
19  Q       Well, I believe you say that all the
20  experts have -- have a theory that's contrary to
21  basic anatomy and common sense.
22  A       No.  What that refers to, I think, is
23  the fact that you're putting -- you're dusting
24  the perineum many times, most of the times, in a

Page 221

1  woman who's vertical, and this concept is that
2  somehow that talc and dust essentially ascends
3  into the ovary.  And I think that more often than
4  not lacks common sense and basic anatomy because
5  of what I just said.
6         Now, if you want to go through each
7  individual study, I'm happy to do that because
8  there are methodologic flaws in them.  But that
9  statement does not relate directly to
10  Dr. Clarke-Pearson.  If it did, it would be under
11  his name.
12  Q       But you talk generally about
13  plaintiffs' experts, too.  And do you think that
14  you have a better understanding of female anatomy
15  than Dr. Clarke-Pearson?
16  MS. CURRY:
17         Object to the form.
18  A       Dr. Clarke-Pearson's pretty good with
19  female anatomy.
20  MS. THOMPSON:
21  Q       Do you think you have a better
22  understanding than Dr. Clarke-Pearson of female
23  reproductive physiology?
24  MS. CURRY:

56 (Pages 218 to 221)

Michael Birrer, M.D., Ph.D.

Page 222

1          Object to the form.
2     A     No.  I think he would be more versed in
3  that.
4  MS. THOMPSON:
5     Q     And -- and you've just testified that
6  we're not just talking about a woman standing up
7  and putting dusting powder and the ascension.  We
8  are talking about the possibility, in your words,
9  that powder could be on the perineum and
10  introduced in the vagina forcefully with sexual
11  intercourse; right?
12     A     Well, yes --
13  MS. CURRY:
14          Object to the form.
15     A     We just had that conversation.  I mean,
16  again, it's hypothetical.  Yeah.
17  MS. THOMPSON:
18     Q     Okay.  Agreed.  I mean, I agree that's
19  your opinion.
20          And how about a woman who applies
21  talcum powder to a sanitary napkin?  Is it
22  possible that the talcum powder would be
23  introduced in the vagina through menstrual flow?
24     A     Through menstrual --

Page 223

1  MS. CURRY:
2          Object to the form.
3     A     Not that I know of.  I don't have any
4  data for that.
5  MS. THOMPSON:
6     Q     Is that -- you don't think it's
7  possible?
8     A     Again, from -- from -- it's
9  interesting.  So if menstrual flow coming out of
10  the vagina with a sanitary napkin, the talc then
11  gets into the vagina up to the ovaries.  It
12  doesn't make a lot of sense to me.
13     Q     What percentage of women have
14  retrograde menstruation on a -- on a given
15  period?
16     A     I don't understand what you mean by
17  that.
18     Q     Do you think Dr. Clarke-Pearson
19  probably knows that percentage?
20  MS. CURRY:
21          Object to the form.
22     A     I'm sure he'd probably have an opinion
23  on it.
24  MS. THOMPSON:

Page 224

1     Q     Do you think he would know it, what's
2  published in literature?
3  MS. CURRY:
4          Object to the form.
5     A     He might.
6  MS. THOMPSON:
7     Q     So you're certainly not opining today
8  that you have a better understanding than
9  Dr. Clarke-Pearson of materials that can travel
10  retrograde through the upper genital tract, do
11  you?
12  MS. CURRY:
13          Object to the form.
14     A     Oh, I disagree with that.
15  MS. THOMPSON:
16     Q     You think you do have a better
17  understanding than Dr. Clarke-Pearson regarding
18  whether or not particles can travel through the
19  upper genital tract?
20  MS. CURRY:
21          Object to the form.
22     A     Based upon my analysis of these papers,
23  yes.
24  MS. THOMPSON:

Page 225

1     Q     Well, you certainly didn't know about
2  dead sperm and sperm particles, did you?
3  MS. CURRY:
4          Object to the form.
5     A     Well, it's one paper.
6  MS. THOMPSON:
7     Q     And you don't know about -- you don't
8  know how many -- what percentage of women have
9  retrograde menstruation, which is a classic paper
10  in gynecology -- gynecology?  You don't know that
11  percentage, do you?
12  MS. CURRY:
13          Object to the form.
14     A     I can't quote you that percentage.
15  MS. THOMPSON:
16     Q     Do you know that women oftentimes use
17  baby powder at bedtime?
18  MS. CURRY:
19          Object to the form.
20     A     I guess that's possible.
21  MS. THOMPSON:
22     Q     And that would not be in an upright
23  position, would it?
24  MS. CURRY:

Michael Birrer, M.D., Ph.D.

Page 226

```
 1              Object to the form.
 2     A       They may have put it on in an upright
 3     position.
 4     MS. THOMPSON:
 5     Q       And do you agree that women could have
 6     powder on the perineum and use a tampon?
 7     MS. CURRY:
 8              Object to the form.
 9     A       I assume that's possible, yes.
10     MS. THOMPSON:
11     Q       And wouldn't it be possible that powder
12     on a tampon could be introduced into the vagina?
13     MS. CURRY:
14              Object to the form.
15     A       It's possible.
16     MS. THOMPSON:
17     Q       And what -- what did Dr. Kunz, K-U-N-Z,
18     describe in an article regarding how particles
19     and substances are transported to the upper
20     genital tract?
21     A       So that's the peristaltic pump.
22     Q       And describe that for me.
23     A       Yeah.  So they went and looked at the
24     contractions -- they, first of all, tried to
```

Page 227

```
 1     measure the pressure in the uterus based on this
 2     contraction, and they used actually ultrasound to
 3     do it, which is an indirect measure, of course.
 4     Don't know really what the pressure is.
 5              Based upon finding that, then they went
 6     on to, if I recall correctly, use micro- --
 7     radiolabeled microspheres to do -- a word I can't
 8     pronounce -- hysterosalpingoscintigraphy,
 9     whatever.
10     Q       I can't either.
11     A       Yeah.  And the idea was -- if I recall
12     correctly, the idea of that whole study was
13     actually for -- I think fertility and pregnancy.
14     And the idea was that they then saw this
15     radioactivity up in the areas and drew the
16     conclusion that there is contraction to the
17     uterus and that they were hypothesizing that the
18     particles then were going up the tubes of the
19     ovaries.
20     Q       So it facilitates movement through
21     the --
22     A       Yeah.
23     Q       -- genital tract?
24     MS. CURRY:
```

Page 228

```
 1              Object to the form.
 2     A       Yeah.
 3              The problem I have with that is I'm not
 4     sure what direction the pressure is in, because
 5     obviously if you give oxytocin at the time of
 6     pregnancy after the delivery, expels the
 7     placenta, so some of that pressure's going to
 8     come down.
 9              And, then, too, the radioactive studies
10     are really problematic because a lot of times the
11     label will come off of the microsphere.  So you
12     don't quite know where it's going.
13     MS. THOMPSON:
14     Q       At what points in a female's -- in a
15     woman's cycle are oxytocin levels the highest?
16     A       I can't quote you that.
17     Q       Would that be a question for
18     Dr. Clarke-Pearson?
19     MS. CURRY:
20              Object to the form.
21     A       He probably would know.
22     MS. THOMPSON:
23     Q       And are you aware of the studies
24     showing that not only sperm particles and dead
```

Page 229

```
 1     sperm move through the upper genital tract but
 2     even motile sperm move at a much faster rate than
 3     would be predicted strictly based on their
 4     self-generated motility?
 5     MS. CURRY:
 6              Object to the form.
 7     A       Yeah.  I actually recall seeing that in
 8     a study.
 9     MS. THOMPSON:
10     Q       Are you aware that motile sperm
11     preferentially go to the side where ovulation has
12     occurred?
13     A       That, I'm not -- I can't quote you
14     that.  I don't know.
15     Q       So that would probably be another
16     question for one of the gynecologists or --
17     MS. CURRY:
18              Object to the form.
19     MS. THOMPSON:
20     Q       -- gynecologic oncologists?  Would you
21     agree?
22     A       They -- they would have that, and their
23     OB training would provide them with that
24     information.  Yeah.
```

Michael Birrer, M.D., Ph.D.

Page 230

1      Q      Let's break for lunch.
2      VIDEOGRAPHER:
3             Off the record at 12:55 p.m.
4             (Lunch recess.)
5      VIDEOGRAPHER:
6             We're back on the record at 2:02 p.m.
7      MS. THOMPSON:
8      Q      Dr. Birrer, I think we established this
9      morning that it is your opinion that the genital
10     use of talcum powder is not a risk factor for
11     ovarian cancer; right?
12     A      I'm sorry.  Say that -- say that again.
13     Q      It's your opinion that talcum powder is
14     not a risk factor for ovarian cancer; right?
15     A      The use of talcum powder?
16     Q      Yes.
17     A      Correct.
18     Q      Can you point me to any article -- can
19     you point me to an article that specifically
20     states genital talcum powder use is not a risk
21     factor for -- for ovarian cancer?
22     MS. CURRY:
23            Object to the form.
24     A      That genital talcum powder use is not a

Page 231

1      risk factor?  I mean, if you look at the -- a lot
2      of the case-control studies, about 40 percent of
3      them are negative and --
4      MS. THOMPSON:
5      Q      Well -- and by negative, you mean not
6      statistically significant; right?
7      A      (Nods affirmatively.)  Negative.  And
8      cohort studies aren't either.  And -- and,
9      actually, that -- and the cohort studies have
10     been sort of analyzed, reanalyzed in multiple
11     meta-analysis, and so they're all negative.
12     Q      But my question was:  Did any of those
13     studies conclude talcum powder is not a risk
14     factor for ovarian cancer?
15     MS. CURRY:
16            Object to the form.
17     A      So there are studies that don't show a
18     significant association between talcum use and --
19     MS. THOMPSON:
20     Q      But I'm looking for --
21     A      -- and ovarian cancer.
22     Q      -- the statement that genital use of
23     talcum is not a risk factor for ovarian cancer.
24            Do you remember seeing that in any

Page 232

1      study?
2      MS. CURRY:
3             Object to the form.
4      A      No.  I'd have to go through them.  Do
5      you have them?
6      MS. THOMPSON:
7      Q      We're not gonna go through the 40
8      studies, but --
9             At least sitting here today, you can't
10     think of one right offhand, can you?
11     A      I'm happy to go through the studies.
12     Q      Okay.  Is it your opinion that genital
13     talcum powder use has been proven to be a safe
14     practice?
15     MS. CURRY:
16            Object to the form.
17     A      We discussed that this morning.  There
18     is no data I know that it's an unsafe practice.
19     That's a review of the literature.  And, so,
20     it's -- I think in that context it's safe.
21     MS. THOMPSON:
22     Q      In your previous -- or did you look at
23     websites when you prepared your report this time
24     regarding talcum powder exposure and the risk for

Page 233

1      ovarian cancer?
2      MS. CURRY:
3             Object to the form.
4      A      Other than PubMed?
5      MS. THOMPSON:
6      Q      Right.
7             Like the American Cancer Society or NCI
8      or any websites.
9      A      Not for this one.
10     Q      Had you looked at them before?
11     MS. CURRY:
12            Object to the form.
13     A      I think in the previous depositions, I
14     reported looking at one or two of them.  I'd have
15     to go back and look at that.
16     MS. THOMPSON:
17     Q      Okay.
18     A      Yeah.
19     Q      And I think the American Cancer Society
20     website was one of those that you looked at.
21     Correct?
22     A      Could be.
23     Q      I'll mark 17, American Cancer Society,
24     Talcum Powder and Cancer.

Michael Birrer, M.D., Ph.D.

Page 234

1      (DEPOSITION EXHIBIT NUMBER 17
2         WAS MARKED FOR IDENTIFICATION.)
3   MS. THOMPSON:
4   Q      Does that look familiar?
5   A      That looks like American Cancer
6   Society's website.  Because I see the logo.
7   Q      And -- and would you use this statement
8   on the American Cancer Society website to be
9   support for your opinion that talcum powder use
10  is not a risk factor for ovarian cancer?
11  A      Is not a risk factor?  Is not?
12  Q      Is not.
13  A      I wouldn't refer to this, no.
14  Q      Do you think that's what this document
15  states?
16  A      I don't think this -- it doesn't seem
17  to me, based on what the ACS is saying -- they
18  report that their findings are mixed, with some
19  studies reporting a slightly increased risk and
20  some reporting no increase.
21  Q      So the American Cancer Society, on
22  their website, states that IARC has classified
23  talc that contains asbestos as carcinogenic to
24  humans; right?

Page 235

1   A      You're on page 3?
2   Q      Yeah.  30 -- yeah, 3 of 6.
3   A      Yeah.
4   Q      And then based on the lack of data from
5   human studies and unlimited data in lab animal
6   studies, IARC classified inhaled talc not
7   containing asbestos as not classifiable; right?
8   A      The second bullet.
9   Q      The second bullet.
10         And then the third bullet is the IARC
11  that states that the perineal genital use of talc
12  powder -- talc-based body powder is possibly
13  carcinic- -- carcinogenic to humans.  That's the
14  2B classification; right?
15  A      2B.
16  Q      And then it states that the US National
17  Toxicology Program, NTB, has not fully reviewed
18  talc with or without asbestos as a possible
19  carcinogen; right?  That's what it says.
20  A      Correct.
21  Q      And, then, as -- as you said, the ACS
22  states it's not clear if consumer products
23  containing talcum powder increase cancer risk.
24         They're certainly not saying that

Page 236

1   talcum powder does not increase risk, are they?
2   MS. CURRY:
3         Object to the form.
4   A      Say again.
5   MS. THOMPSON:
6   Q      They're not saying that talcum powder
7   use does not increase cancer risk, do they?
8   A      I don't see that stated.
9   Q      And -- and they say there is some
10  suggestion of a possible increase in ovarian
11  cancer risk; right?
12  A      Well, the statement I see is "It's not
13  clear if consumer products containing talcum
14  increase cancer risks."  That's pretty specific.
15  Q      They're saying it's not clear.  It's
16  not saying it's not a risk, is it?
17  MS. CURRY:
18         Object to the form.
19  A      They're saying they don't know.
20  MS. THOMPSON:
21  Q      Right.  And then the recommendation, by
22  the American Cancer Society, would be "Until more
23  information is available, people concerned about
24  using talcum powder may want to avoid or limit

Page 237

1   their use of consumer products that contain it."
2         But you think any recommendation of
3   that kind is not indicated; correct?
4   MS. CURRY:
5         Object to the form.
6   A      Well, it depends on how you read that.
7   I mean, I think what they're suggesting is that
8   people concerned about using talcum powder, for
9   whatever reason, may want to avoid or limit their
10  use of consumer products that contain it and
11  implies that it's the stress of knowing they're
12  using it because of what they've interpreted.  It
13  doesn't really make any conclusions about talcum
14  powder.
15  MS. THOMPSON:
16  Q      Are there any medical benefits that
17  you're aware of from the genital use of talcum
18  powder?
19  A      Well, I think it's generally used to
20  absorb -- absorb fluid.  It's -- a lot of women
21  like it.  It's a body image issue.  You know, so
22  I think those issues -- and again, I treat a lot
23  of women with ovarian cancer -- are important.
24  Q      That wasn't my question.

60 (Pages 234 to 237)

Michael Birrer, M.D., Ph.D.

Page 238

1      Are there any medical benefits to the
2 genital use of talcum powder?
3 MS. CURRY:
4      Object to the form.
5 A      That is a medical use?
6 MS. THOMPSON:
7 Q      Are there any benefits, is the
8 question.
9 A      Yeah.
10 MS. CURRY:
11      Object to the form.
12 MS. THOMPSON:
13 Q      Where are -- where are those benefits
14 reported?
15 A      That's quality of life.
16 Q      Where in the medical literature can you
17 show a report that describes medical benefits
18 from the genital use of talcum powder?
19 A      Well, it's not in -- and again, I
20 didn't review that for this expert report, so --
21 but you're asking me.
22 Q      When you -- if you're trying to make a
23 risk assessment, wouldn't you know if you're
24 weighing the benefits versus the potential risks?

Page 240

1 A      Again, you asked me the question about
2 do I think there's some medical benefit.  I --
3 the answer is yes.  I mean --
4 MS. THOMPSON:
5 Q      But that's never been published
6 anywhere that you're aware of, has it?
7 MS. CURRY:
8      Object to the form.
9 A      As I said before, I -- I can't quote
10 you that.
11 MS. THOMPSON:
12 Q      Is it -- have you seen in the medical
13 literature that there are no benefits, medical
14 benefits from the use of talcum powder in the
15 genital area?
16 MS. CURRY:
17      Object to the form.
18 A      I don't think I've actually seen that.
19 MS. THOMPSON:
20 Q      Would you be surprised if there are
21 references in numerous articles that say because
22 there are no medical benefits of talcum powder
23 use, it's not recommended?
24 MS. CURRY:

Page 239

1 A      Well, I evaluated the risks, and there
2 are none.
3 Q      So you just evaluated the risk and
4 it wouldn't matter to you whether there
5 were benefits or not.
6 A      Well, my benefit --
7 MS. CURRY:
8      Object to the form.
9 A      I'm sorry.  Go ahead.  I'm sorry.
10      Yeah.  My benefit would be based upon
11 my own experience.  It's not necessarily
12 published in medical literature.
13 MS. THOMPSON:
14 Q      Okay.  Well, that would certainly be
15 anecdotal, wouldn't it?
16 MS. CURRY:
17      Object to the form.
18 A      Well, you know, I've got a lot of
19 experience.
20 MS. THOMPSON:
21 Q      It's still anecdotal, isn't it,
22 Dr. Birrer?
23 MS. CURRY:
24      Object to the form.

Page 241

1      Object to the form.
2 A      I'd be happy to -- I'd be happy to
3 review them.
4 MS. THOMPSON:
5 Q      Have you seen in the medical literature
6 that cornstarch products are recommended if women
7 choose to use a dusting powder over talcum
8 powder?
9 A      Can you repeat that?  I -- the cough.
10 Q      Have you seen in the medical literature
11 that -- where cornstarch products are recommended
12 if women choose to use a dusting powder over
13 talcum powder?
14 A      You know, I haven't seen the -- I
15 haven't seen the medical literature recommending
16 cornstarch over talcum.  But I have seen -- I've
17 seen discussions about women who use cornstarch.
18 Q      And again, there have never been any
19 risks that you're aware of into -- related to the
20 genital use of cornstarch products and the link
21 with ovarian cancer; right?
22 A      I don't know of any.
23 Q      You mentioned earlier this morning the
24 National Academy of Science, Engineering and

61 (Pages 238 to 241)

Michael Birrer, M.D., Ph.D.

Page 242

1  Medicine as a -- as a -- possibly the most
2  reputable source of credible information.
3       Would -- did I describe that sort of
4  correctly?
5  MS. CURRY:
6       Object to the form.
7  A     I don't recall saying it's the most,
8  but I used it in context of comparing IARC, if I
9  recall correctly, versus some other sort of pure
10 scientific professional organization, which I
11 would include the National Academy to be that.
12 MS. THOMPSON:
13 Q     Okay.  Fair enough.
14      And I'm sure you're familiar with the
15 treatise -- it's actually -- came out in book
16 form -- of the study by the Institute of
17 Medicine, I believe, at that time, on ovarian
18 cancer?
19 A     Yes.
20 Q     Did you participate at all in that
21 study?
22 A     They asked me to review it.
23 Q     You were one of the reviewers?
24 A     They asked me to review it.

Page 243

1  Q     Oh.
2  A     I declined.
3  Q     They asked you to review it and you did
4  not review it.  That explains it, because I
5  didn't see your name on the list.
6       And that was published in 2016?
7  A     Uh-huh.
8  Q     And what was your understanding of the
9  purpose of that study?
10 MS. CURRY:
11      Object to the form.
12 A     It -- I -- you know, I think it was --
13 this is -- it's just medicine undertakes this
14 periodically for large topics, and that was one
15 of them, to sort of summarize the state of the
16 science.
17 MS. THOMPSON:
18 Q     And the -- in fact, the committee that
19 did the study was a committee on the state of the
20 science in ovarian cancer research; is that
21 correct?  So you called --
22 A     This is the one by Beth Karlan?
23 Q     Yeah.
24 A     Yeah.

Page 244

1  Q     I'll give it to you in a minute.
2  A     Okay.
3  Q     I just want to ask you a few questions
4  first.
5       Why did you decline to review?
6  A     I was too busy.
7  Q     Okay.  Because it was a big book?
8  A     It's monstrous.
9  Q     However, several of the authors have
10 been coauthors with you on -- on papers.  Is one
11 of them Dr. Karlan?
12 A     I believe I've been on papers with
13 Beth.  And I think Anil Sood was on there, too.
14 THE COURT REPORTER:
15      Excuse me?
16 THE WITNESS:
17      Anil Sood, S-O-O-D.
18 MS. THOMPSON:
19 Q     And Ronald Alvarez -- Alvarez published
20 with you, I think?
21 A     I believe so.
22 Q     Dr. Karlan's published with you.
23 A     (Nods affirmatively.)
24 Q     Dr. Levine has published with you?

Page 245

1  A     Doug and I are on a couple of papers,
2  yeah.
3  Q     Doug Levine?
4  A     Yeah.
5  Q     Dr. Odunsi, Kunle Odunsi --
6  A     Kunle.  Kunle.
7  Q     -- has published with you.  And
8  Dr. Sood you mentioned; right?
9       And Dr. -- is it Tworoger or --
10 A     Two- -- Twergger?
11 Q     -- Two- -- Twoauger?
12 A     T-W-O-G-G-E-R [sic].
13 Q     Has published with you?
14 A     I think so, yes.  I'd have to check
15 that.
16 Q     So you were, I would say, well
17 represented on the --
18 MS. CURRY:
19      Object to the form.
20 A     Well, I know them.
21 MS. THOMPSON:
22 Q     -- on the author list?
23 MS. CURRY:
24      Object to the form.

Michael Birrer, M.D., Ph.D.

Page 246

1    MS. THOMPSON:
2    Q     And -- and I assume you would agree
3    with me that the committee to report on the state
4    of the science of ovarian cancer research was
5    selected because of their expertise in the area;
6    correct?
7    A     Yes.
8    MS. CURRY:
9         Object to the form.
10   MS. THOMPSON:
11   Q     And, as we mentioned, this study was
12   under the auspices of the National Academy of
13   Science, Medicine and Engineering, Institute of
14   Medicine, I believe, originally; correct?
15   A     Correct.
16   Q     And is it your understanding that this
17   study was also supported by the CDC?
18   A     That, I don't know.
19   Q     All right. Let me just go ahead and
20   give it to you.
21   A     Yeah.
22        (DEPOSITION EXHIBIT NUMBER 18 WAS
23        MARKED FOR IDENTIFICATION.)
24   MS. THOMPSON:

Page 247

1    Q     Exhibit 18 I'm marking as Ovarian
2    Cancers, Evolving Paradigms in Research and Care.
3    And this is not the entire book, but it is the
4    entire chapter that we're going to look at, which
5    is "Prevention and Early Detection," Chapter 3.
6         And if you look on page little ix, page
7    9, preface --
8    A     9? 9?
9    Q     Little nine.
10   A     Yeah.
11   Q     Yeah. The -- first sentence, "This
12   congressionally mandated report sponsored by the
13   Centers For Disease Control and Prevention
14   assesses the state of research on ovarian cancers
15   from multiple perspectives and by multiple
16   disciplines."
17        So do you agree that the Center For
18   Disease Control sponsored the study?
19   A     Correct.
20   Q     If you'll turn to page -- I don't have
21   pages on my copy. Page 110. Under the section
22   heading "Inflammation." And this is in a larger
23   section titled "Behavioral and Inflammatory Risk
24   Factors"; correct?

Page 248

1    A     Correct.
2    Q     The State of the Science authors state,
3    under "Inflammation," "Studies of the
4    inflammatory marker C-reactive protein suggest a
5    possible association between inflammation and
6    increased risk of ovarian cancer," citing OC and
7    Poole.
8         "Other specific inflammatory factors
9    have also been associated with ovarian cancer."
10        Do you agree that the authors of this
11   treatise reported that there's a possible
12   association between inflammation and increased
13   risk for ovarian cancer?
14   A     Well, on these -- on these two
15   sentences, I think they accurately stated,
16   "suggests association." And then they refer -- I
17   don't -- these two papers, I can't directly quote
18   you. I mean --
19   Q     And I -- and I'm not --
20   A     Yeah.
21   Q     -- suggesting that they do anything
22   other than suggest the possible association.
23   A     Right.
24   Q     I'm not trying to read more into it.

Page 249

1    A     Okay.
2    Q     And then they describe "A meta-analysis
3    reported that exposure to asbestos was associated
4    with a 77 percent increased risk of ovarian
5    cancer mortality," citing Carmargo.
6         Are you familiar with that paper?
7    A     I am familiar with that. That's the
8    occasional exposure, if I recall correctly.
9    Q     And "The International Agency For
10   Research on Cancer determined that there was
11   sufficient evidence to support a causal
12   relationship between asbestos exposure and
13   ovarian cancer."
14        So the authors of this treatise include
15   exposure to asbestos and its association with
16   ovarian cancer in the Inflammation section of --
17   of risk factors; right?
18   A     Say that again? Sorry. For asbestos?
19   Q     The authors of this treatise include
20   exposure to asbestos and its association with
21   ovarian cancer in the Inflammation section of
22   risk factors; right?
23   A     Correct.
24   Q     They go on to say, "This has led to

63 (Pages 246 to 249)

Michael Birrer, M.D., Ph.D.

Page 250

1    studies of talc use which is chemically similar
2    to asbestos and can cause an inflammatory
3    response."
4          Do you agree with that statement?
5    A     I -- I actually hesitate a little on
6    that because I'm not so sure that that's a
7    temporal relationship, that it was the asbestos
8    association that then led to the investigation of
9    talc. I don't know, when Dan Cramer published
10   his first paper, that's what was driving him.
11   Q     Do you have any other disagreement with
12   the -- the statement other than whether it led to
13   the studies of talc use?
14   MS. CURRY:
15         Object to the form.
16   A     I don't know. Again, we've covered
17   this. I'm not a mineralogist, so I don't know
18   the similarity issues. And inflammatory response
19   is not defined. So other than that, it's fine.
20   MS. THOMPSON:
21   Q     Well, the authors -- let's take out the
22   asbestos and say "Talc can cause inflammatory
23   response." Do you agree or disagree with that?
24   A     Well, inflammation is a broad issue and

Page 251

1    it's very relevant to this debate, which is are
2    we talking granulomas, acute, chronic but
3    nongranuloma? I think that's a big issue.
4    Q     Well, these were the authors that were
5    selected because of their expertise to do a State
6    of the Science treatise at the behest of the
7    National Academy of Science and CDC.
8          I'm just asking you do you agree with
9    the statement "Talc can cause an inflammatory
10   response"?
11   MS. CURRY:
12         Object to the form.
13   A     And -- and I'm -- I'm answering it.
14   MS. THOMPSON:
15   Q     And you say you don't know? You can't
16   agree or disagree? Is that what you're saying?
17   MS. CURRY:
18         Object to the form.
19   A     The inflammation is not defined. I
20   don't know if the similarity between asbestos and
21   talc. So other than that, I think it's fine.
22   But the -- the -- the implication that all of the
23   ovarian cancer experts are on this -- on this --
24   on this report and there are no one -- there's no

Page 252

1    one else anywhere in the literature to question
2    even this, I don't agree with.
3    MS. THOMPSON:
4    Q     Okay. So you -- so you disagree with
5    the authors including that statement in -- in
6    this treatise?
7    A     I just think it's not defined. They
8    defined it, then I would have felt a lot better.
9    Can cause granulomas inflammatory response. That
10   would have been more accurate.
11   Q     I can understand that you think it
12   should have been defined better.
13   A     Yeah.
14   Q     But do you agree with the statement
15   that's in this treatise, or disagree?
16   MS. CURRY:
17         Object to the form.
18   A     No opinion.
19   MS. THOMPSON:
20   Q     But you'll agree that at least these
21   experts thought it was worthwhile putting the
22   statement in this State of the Science treatise
23   on ovarian cancer published in 2016; right?
24   MS. CURRY:

Page 253

1          Object to the form.
2    A     Yeah. Apparently.
3    MS. THOMPSON:
4    Q     Do you know Jason Wright?
5    A     Division head at Columbia?
6    Q     Yes.
7    A     I do know Jason. Not -- I know him by
8    reputation. I don't think I've ever actually met
9    him.
10   Q     And what is his reputation?
11   A     I think he's got a good reputation
12   running his division, and he's a good surgeon.
13   Q     Have you ever published with Jason
14   Wright?
15   A     I don't believe so.
16   Q     You're right. That was a trick
17   question.
18         I'm gonna mark --
19   MS. CURRY:
20         I should have objected.
21         (DEPOSITION EXHIBIT NUMBER 19
22         WAS MARKED FOR IDENTIFICATION.)
23   MS. THOMPSON:
24         I'm gonna mark just a short article of

64 (Pages 250 to 253)

Michael Birrer, M.D., Ph.D.

Page 254

1    Jason Wright's as Exhibit Number 19.
2         Sorry.  I thought I gave you mine.
3    THE WITNESS:
4         We're done with IM?
5    MS. THOMPSON:
6    Q    Yeah, I think so.  And this was an
7    article published in -- not an article.  It's
8    a -- under a practice issue, which I think is an
9    ongoing column, basically, in The Green Journal.
10   What's The Green Journal?
11   A    OB-GYN, I think?
12   Q    And is that the journal that -- the
13   journal that's published under the ACOG auspices?
14   A    I believe so.
15   Q    Are you a member of ACOG?
16   A    No.
17   Q    And this was published in December of
18   2018, about six months ago.  And was titled "Best
19   Articles From the Past Year."  And the second
20   article listed out of four -- and these were
21   what's new in ovarian cancer -- is the
22   Penninkilampi article published in Epidemiology.
23   A    Uh-huh.
24   Q    And Dr. Wright concludes that, bottom

Page 255

1    line, "Perineal application of talc is associated
2    with a small increased risk of ovarian cancer."
3         Do you disagree with that conclusion by
4    Dr. Wright?
5    MS. CURRY:
6         Object to the form.
7    A    That's his -- I'm trying to figure out
8    where you're reading.  It's the bottom-line
9    statement?
10   MS. THOMPSON:
11   Q    Bottom line, yes.
12   A    Yeah, I would disagree with that.
13   Q    Do you disagree with it -- the
14   inclusion of the Penninkilampi meta-analysis as
15   one of the best articles from the past year?
16   MS. CURRY:
17        Object to the form.
18   A    You know, it's interesting.  I would,
19   actually.  I -- when -- when you compare it to
20   Aerial Three and the Carbon Inhibitors and the
21   hypothermic intraperineal chemotherapy, which was
22   a New England Journal paper --
23   MS. THOMPSON:
24        Can you slow down?

Page 256

1    THE WITNESS:
2         Oh, leaving you in the dust?  Sorry.
3         And then the use -- UKC talc studies,
4    it really pales in comparison because -- and I
5    looked at Penninkilampi pretty carefully.  It
6    kind of revisited all of the previous data.  I
7    think -- I -- I would assume that Jason doesn't
8    necessarily keep up with this literature, so when
9    it came out, he looked at it and said, ah, it's a
10   meta-analysis.  But it doesn't bring much to the
11   table, I think.
12   MS. THOMPSON:
13   Q    Well, you're obviously speculating as
14   to Dr. Wright's reasoning, because neither --
15   neither one of us knows.  But at least Dr. Wright
16   chose to include this as one of the four best
17   articles regarding ovarian cancer in the past
18   year published in 2018; right?
19   MS. CURRY:
20        Object to the form.
21   A    Well, I think he -- I think he -- I
22   think he exposed his reasoning a little bit by
23   the last sentence in the first paragraph.  "The
24   possible association with talcum and brain cancer

Page 257

1    has attracted media attention, resulting in a
2    number of lawsuits."
3         So I think that's part of the reason he
4    feels this is relevant.  Doesn't bring a lot of
5    science.
6    MS. THOMPSON:
7    Q    Well, I don't think it was meant to
8    bring science.  He was choosing this article for
9    its -- its relevance for the readership of the
10   American College of OB-GYN journal; correct?
11   MS. CURRY:
12        Object to the form.
13   A    I would agree with that.
14   MS. THOMPSON:
15   Q    Do you have an opinion as to whether
16   talc, the mineral talc, is inert?
17   MS. CURRY:
18        Object to the form.
19   A    You have to define "inert."
20   MS. THOMPSON:
21   Q    Do you have an opinion as to whether
22   the mineral talc, if it occurs in pure form --
23   I'll add that as well -- is chemically inert?
24   MS. CURRY:

65 (Pages 254 to 257)

Michael Birrer, M.D., Ph.D.

Page 258

1          Object to the form.
2     A     Chemically inert, meaning -- again, I'm
3     struggling with this, that it -- it -- it can
4     enter into chemical reaction with other
5     substances.
6     MS. THOMPSON:
7     Q     I'd just seen that phrase used, so I
8     wanted to see if you had an understanding of what
9     it meant and -- and whether it's -- that
10    statement would be true.
11    A     I really would need -- if -- if you've
12    seen it said, do you have it so I can look at it?
13    Q     I've seen it by your -- your fellow
14    experts.
15    A     And -- and what was the context?  There
16    must have been a context.
17    Q     And the context was talc is chemically
18    inert.  Would you have an opinion on that?
19    MS. CURRY:
20         Object to the form.
21    A     I think I would say no opinion right
22    now.
23    MS. THOMPSON:
24    Q     Okay.  Is it biologically inert?

Page 259

1     MS. CURRY:
2          Object to the form.
3     MS. THOMPSON:
4     Q     Pure mineral talc.  If pure talc
5     existed.
6     MS. CURRY:
7          Object to the form.
8     A     Huh?
9          Okay.
10         That's another difficult one.  I mean,
11    I think that we know talc is used for
12    pleurodesis.  So that's -- is that a biologic
13    process?  I think it probably would qualify.  So
14    I wouldn't call it inert from that standpoint.
15    MS. THOMPSON:
16    Q     And you're not gonna get me to argue
17    with that.
18    A     I don't think so.
19    Q     Would that opinion apply to Johnson's
20    baby powder?
21    MS. CURRY:
22         Object to the form.
23    MS. THOMPSON:
24    Q     Or do you know?

Page 260

1     MS. CURRY:
2          Sorry.
3     A     That, I don't think I could say with
4     confidence.
5     MS. THOMPSON:
6     Q     So even though talc used for
7     pleurodesis is biologically -- is not
8     biologically inert, you wouldn't be able to say
9     whether baby powder was or not?
10    A     Well, we --
11    MS. CURRY:
12         Object to the form.
13    A     Well, we didn't put baby powder into
14    the pleural cavities of patients, so we really
15    haven't done that.
16    MS. THOMPSON:
17    Q     Would you have any reason to suspect
18    that baby powder would behave in a less
19    biologically active manner than the talc used in
20    pleurodesis?
21    MS. CURRY:
22         Object to the form.
23    A     Well, the talc -- you know, the talc
24    used in pleurodesis is -- and I'm putting

Page 261

1     quotations around this -- relatively pure, and
2     it's gonna be different than the baby powder.
3     But if you're asking me is talc in baby powder, I
4     think we can agree on that.  And, so, by analogy,
5     I would expect some biologic activity.
6     MS. THOMPSON:
7     Q     Okay.
8     A     Okay.
9     Q     And same for Shower to Shower?
10    MS. CURRY:
11         Object to the form.
12    A     Actually don't even know -- I've never
13    seen a Shower to Shower container, but it's the
14    product; right?
15    MS. THOMPSON:
16    Q     Do you know what's in Shower to Shower?
17    A     I'm assuming it's analogous to baby
18    powder.
19    Q     If -- well, would -- would that opinion
20    apply to fibrous talc?
21    MS. CURRY:
22         Object to the form.
23    A     You know, again, I'm not a mineralogy
24    expert, so I'm not going to make a comment on

66 (Pages 258 to 261)

Michael Birrer, M.D., Ph.D.

Page 262

1   that.
2   MS. THOMPSON:
3   Q      Do you know what fibrous talc is?
4   A      I'm not sure I can really define it.
5   Q      And it's your understanding that
6   fibrous talc or talc with asbestiform fibers is
7   specifically excluded from the IARC 2010
8   monograph? Correct?
9   A      Say that again, please.
10   Q      Is it your -- let me rephrase it just a
11   little bit. Is it your understanding that
12   fibrous talc or talc with asbestiform fibers is
13   specifically excluded from the IARC 2010
14   monograph?
15   MS. CURRY:
16          Object to the form.
17   A      So that's -- asbestiform fibers or
18   asbestos?
19   MS. THOMPSON:
20   Q      Asbestiform fibers. Is there a
21   difference between fibrous talc and talc with
22   asbestiform fibers?
23   MS. CURRY:
24          Object to the form.

Page 263

1   A      Again, I -- I -- that's not in my area
2   of expertise.
3   MS. THOMPSON:
4   Q      So you don't know --
5   A      No.
6   Q      -- whether there's any difference or
7   not?
8   A      I have no opinion.
9   Q      And -- well, we can look at the 2010 --
10   A      Uh-huh.
11   Q      -- monograph to -- to clarify that.
12          So on page 277 --
13   A      Uh-huh.
14   Q      -- "Talc may also form" -- reading in the
15   paragraph 3 --
16   A      Uh-huh.
17   Q      -- "Talc may also form as true mineral
18   fibers that are asbestiform. Asbestiform
19   describes the pattern of growth of a mineral that
20   is referred to as a habit."
21          And you would agree that that is not
22   the same as talc with asbestos; right?
23   MS. CURRY:
24          Object to the form.

Page 264

1   A      It sounds like it, yes. Habit. It's a
2   different definition of habit than I'm used to.
3   MS. THOMPSON:
4   Q      And I think you probably recall when we
5   were discussing Health Canada, they were also
6   referring to talc, nonasbestiform talc; right?
7   MS. CURRY:
8          Object to the form.
9   A      I believe so.
10   MS. THOMPSON:
11   Q      And in the -- let's go ahead and mark
12   the 2012 IARC that relates to asbestos.
13          (DEPOSITION EXHIBIT NUMBER 20
14          WAS MARKED FOR IDENTIFICATION.)
15   MS. THOMPSON:
16   Q      That'd be Exhibit 20. And on the first
17   page, 219, "The conclusions" -- reading in the
18   first paragraph -- "The conclusions reached in
19   this monograph about asbestos and its
20   carcinogenic risk apply to these six type of
21   fibers wherever they are found, and that includes
22   talc-containing asbestiform fibers."
23   A      Yes.
24   Q      Is that your understanding of this?

Page 265

1   A      I see that. Yeah.
2   MS. CURRY:
3          Object to the form.
4   MS. THOMPSON:
5   Q      Would your opinions regarding the
6   biological activity of baby powder apply as well
7   to baby powder that contains asbestos?
8   MS. CURRY:
9          Object to the form.
10   A      Not asbestiform but asbestos?
11   MS. THOMPSON:
12   Q      Asbestiform, it -- talc with asbestos
13   is talc with asbestos.
14   A      Okay.
15   Q      Talc with --
16   A      So it wouldn't change -- it wouldn't
17   change my view.
18   Q      Okay. And what about baby powder that
19   contains heavy metals like chromium, nickle, and
20   cobalt?
21   MS. CURRY:
22          Object to the form.
23   A      No.
24   MS. THOMPSON:

67 (Pages 262 to 265)

Michael Birrer, M.D., Ph.D.

Page 266

1    Q      And what about baby powder with
2    chemicals that are either possible or known
3    carcinogens, like styrene, coumarin, eugenol,
4    D'Limonine, p-Cresol, muscutone or benzophenone.
5    MS. CURRY:
6          Object to the form.
7    MS. THOMPSON:
8    Q      Would it change your opinion regarding
9    the biologic activity of baby powder?
10   A      Well, looking at the biologic activity
11   of baby powder, based upon what I reviewed, the
12   answer is no because it doesn't matter what's in
13   that.  We looked at the biologic activity.
14   Q      So it doesn't matter to you whether
15   there are known carcinogens in baby powder?
16   MS. CURRY:
17         Object to the form.
18   A      Well, based upon the studies, then we
19   would have seen convincing evidence of biologic
20   causality.  We didn't.
21   MS. THOMPSON:
22   Q      And you're referring to the
23   epidemiology studies?
24   MS. CURRY:

Page 267

1          Object to the form.
2    A      I'm referring to all of it.
3    MS. THOMPSON:
4    Q      Would the presence of known carcinogens
5    provide a plausible mechanism?
6    MS. CURRY:
7          Object to the form.
8    A      Mechanisms for -- for what?
9    MS. THOMPSON:
10   Q      For possible carcinogenesis.
11   MS. CURRY:
12         Object to the form.
13   A      But we didn't see carcinogenesis.
14   There's no plausible biologic association or --
15   so I'm not sure what we're designing a mechanism
16   for.
17   MS. THOMPSON:
18   Q      And are you familiar with the Heller
19   paper regarding the finding of asbestos in human
20   ovaries?
21   A      The Heller paper --
22   Q      1996?
23   A      The one we just reviewed or --
24   Q      I'm handing you a new one.

Page 268

1    A      Okay.  Okay.  Thank you.
2          (DEPOSITION EXHIBIT NUMBER 21 WAS
3          MARKED FOR IDENTIFICATION.)
4    MS. THOMPSON:
5    Q      This is Exhibit 21, "Asbestos Exposure
6    and Ovarian Fiber Burden."
7          Have you seen this paper, Dr. Birrer?
8    A      So I don't think -- let me -- I don't
9    think I reviewed this.  Let me just check.
10         Well, it was on my list.  I must have.
11   Q      And again, just going to the
12   conclusions of these authors, the last paragraph
13   in the abstract.
14   A      Uh-huh.
15   Q      "This study demonstrates that asbestos
16   can reach the ovary.  Although the number of
17   subjects is small, asbestos appears to be present
18   in ovarian tissue more frequently and in higher
19   amounts in women with a documentable exposure
20   history."
21         Do you agree that was the conclusion of
22   the authors?
23   A      That's what they state.
24   Q      And on page 438, last paragraph, "The

Page 269

1    fact that exposure to a husband is more
2    significant than exposure to a father suggests a
3    possible role for sexual contact as the
4    transporting vector for asbestos fibers."
5          Would you agree that if sexual -- if
6    sexual contact was a transporting vector, that
7    the fibers would enter the peritoneal cavity and
8    ovaries through the vagina?
9    MS. CURRY:
10         Object to the form.
11   A      Just ask that once more, please.
12   MS. THOMPSON:
13   Q      That wasn't a very good question.  The
14   problem is I don't know exactly how to make it
15   better.
16         If -- if the authors are proposing
17   sexual contact as a possible means for
18   transporting the asbestos fibers into -- into the
19   ovaries, would -- wouldn't you assume that that
20   would be via a vaginal route?
21   A      Yeah, I wouldn't assume that.  I think
22   one of the challenges here is that there are more
23   differences between a wife and a daughter than
24   just sexual activity.  Wives may be in close

Michael Birrer, M.D., Ph.D.

Page 270

1    contact with their husband in terms of --
2    Q     But that's not the question I'm asking.
3          I'm saying if sexual contact is a
4    transporting vector, wouldn't you assume that
5    that would be through a vaginal route, not
6    inhalation or some other way?
7    MS. CURRY:
8          Object to the form.
9    A     If -- if sexual activity was the
10   mechanism of transport, is that what you're
11   saying?
12   MS. THOMPSON:
13   Q     Right.
14   A     Yeah.
15         It's kind of a non sequitur.  I mean,
16   you're making the assumption sexual contact, and
17   then you're asking, well, if that's it -- if
18   that's the mode of transmission, is that the mode
19   of transmission.  Well, then, you've already
20   assumed it, so -- so I could --
21   Q     Okay.  I just wanted to make sure
22   you're assuming it because the authors don't
23   specifically say, you know, the -- the asbestos
24   comes from a perineal exposure --

Page 271

1    A     Well, they're making -- yeah.  They're
2    making that distinction between a daughter and --
3    Q     Yeah, they are.  I just wanted to make
4    sure we are understanding that.
5          And in the conclusions, "In our study,
6    the women with a positive exposure history had
7    asbestos detected in their ovaries more
8    frequently and in higher counts."
9          If that did indeed happen, that would
10   argue against any kind of laboratory
11   contamination, wouldn't it?
12   MS. CURRY:
13         Object to the form.
14   A     I'm just checking the numbers.  I'm
15   sorry.
16         9 of 13 household, 6 of 17 and about
17   one out of -- one out of 17.
18         So, you know, I think -- I think it's
19   fair to say that laboratory contamination should
20   be more equal in all groups.  It doesn't
21   completely eliminate it, but...
22   MS. THOMPSON:
23   Q     And these were exposed through
24   household contact, not occupational exposure.

Page 272

1    Correct?
2    A     So it's household contact with men who
3    had fairly high exposure.  So I think you can
4    probably assume it was a substantial amount of
5    exposure.
6    Q     What's your basis for assuming that
7    it's a substantial amount of exposure?
8    A     Well, these men, if they're working in
9    the asbestos area, are going to be covered with
10   it.  That's been shown, which is unfortunate,
11   but, yeah.
12   Q     Can you point me to any study that
13   compares how much exposure there would be in a
14   talc mine versus a woman using talcum powder on
15   her perineum daily or twice daily for -- for
16   decades?
17   MS. CURRY:
18         Object to the form.
19   A     Well, this is not talc.  This is not
20   talc; this is asbestos.
21   MS. THOMPSON:
22   Q     I know.  That's a separate question.
23   It's not in the article.
24   A     Okay.  Can you ask that again?

Page 273

1    Q     Can you point me to any study that
2    compares how much exposure there would be in a
3    talc mine versus a woman using talcum powder on
4    her perineum daily or twice daily for decades?
5    MS. CURRY:
6          Object to the form.
7    A     Yeah.  I don't think that's been asked
8    and qualified.  So it's difficult.
9    MS. THOMPSON:
10   Q     Is the fact that asbestos causes
11   pleural and peritoneal mesothelioma relevant to
12   whether or not talcum powder can cause ovarian
13   cancer?
14   MS. CURRY:
15         Object to the form.
16   A     Not to the data that I -- and the
17   studies that I reviewed.
18   MS. THOMPSON:
19   Q     And I don't think this was clear to me
20   this morning.
21         How does asbestos get to the
22   peritoneum, in your opinion?
23   MS. CURRY:
24         Object to the form.

69 (Pages 270 to 273)

Michael Birrer, M.D., Ph.D.

Page 274

1    MS. THOMPSON:
2    Q    Or do you not know?
3    A    Well, I -- I summarized my
4    understanding as not being necessarily an
5    asbestos expert, but my clinical experience,
6    which is asbestos, obviously, is a risk factor
7    for mesothelioma and for lung cancer.  If it's
8    inhaled, then it's -- it's transiting to the
9    pleural cavity, which is where, then, it's
10   inducing mesothelioma.
11        And then there are peritoneal
12   mesotheliomas.  And I don't honestly think we
13   know precisely how it gets there.  There is --
14   there is some evidence that pleural activities
15   can communicate with peritoneal activities.  And
16   the example I'd give you on that is if one has
17   malignant ascites, fluid in the peritoneal
18   cavity, it frequently ends up in the pleural
19   cavities.
20        So -- so -- but you've got diaphragm
21   there with parietal pleura covering it.  So
22   exactly how that happens, I don't know.
23   Q    Is migration or transport through the
24   genital tract of asbestos a plausible mechanism

Page 275

1    for asbestos getting into the peritoneal cavity?
2    MS. CURRY:
3        Object to the form.
4    A    Yeah, I don't -- I don't know the
5    answer to that.  The increased incidence of
6    ovarian cancer in asbestos-exposed women, I mean,
7    I think it's -- it's agreed upon that those women
8    had massive exposures.  So --
9    MS. THOMPSON:
10   Q    What -- what's your basis for saying
11   those women had massive exposures?
12   A    Well, my impression is that in gas mask
13   manufacturing --
14        And, of course, this is in the second
15   world war.
16        -- there wasn't really an appreciation
17   how bad asbestos is.  And, so, they got exposed
18   to certainly levels that, you know, average
19   people would not.  And even -- even in towns that
20   had cement factories and issues like that, those
21   studies were really not all that positive.  But
22   the gas masks are.
23   Q    Is it your opinion that the studies
24   that link asbestos with ovarian cancer are all in

Page 276

1    women who are massively exposed?
2    A    I think that's the epidemiologic data
3    I'm aware of.
4    Q    You're not aware of the epidemiology
5    that includes household or domestic exposure?
6    MS. CURRY:
7        Object to the form.
8    A    Secondary exposures?
9    MS. THOMPSON:
10   Q    Correct.
11   A    Yeah.  Yeah.  I know that.  I know that
12   a little bit less than the initial occupational
13   exposure.  Most -- most of that came from the
14   Army.
15   Q    And you'll agree that you don't have
16   any literature that compares what that exposure
17   would be compared to an exposure with someone
18   using talcum powder on their genitals for --
19   A    I agree.
20   Q    -- for an extended period of time?
21   A    Yes.
22   Q    So I want to understand.  You don't
23   know whether asbestos fibers can migrate or be
24   transported up the genital tract, but you're

Page 277

1    confident that talc cannot.  Is that right?
2    MS. CURRY:
3        Object to the form.
4    A    Well, that's part of the reason I don't
5    think asbestos -- we can't say that.  If I
6    remember, the question was can -- can the genital
7    tract be an explanation for the asbestos fibers.
8    In my opinion, no, we don't know that.  And the
9    data we have from talc suggests, no, that doesn't
10   happen.
11   MS. THOMPSON:
12   Q    Still not clear.
13        So asbestos, you don't know; but talc,
14   you know it doesn't.  Is that right?
15   MS. CURRY:
16        Object to the form.
17   A    Well, I would say, you know, if you --
18   if you want to pursue that, then I would say,
19   based upon the talc data, which has actually been
20   examined, that it's unlikely that asbestos is
21   going up through the genital tract.
22   MS. THOMPSON:
23   Q    So, in your opinion, that is not a
24   plausible mechanism for asbestos reaching the

70 (Pages 274 to 277)

Michael Birrer, M.D., Ph.D.

Page 278

1    ovaries?
2    A    Correct.
3    Q    And what is your explanation for
4    household members of asbestos working -- workers
5    having an increased risk of ovarian cancer and
6    mesothelioma?
7    MS. CURRY:
8         Object to the form.
9    A    Well, again, not being an asbestos
10   expert, but I would assume this is inhalation,
11   much like other exposures to asbestos, and then
12   absorption through the lung parenchyma and
13   ultimately through this pleural perineal process.
14   MS. THOMPSON:
15   Q    But it's your opinion that the transfer
16   or migration of the fibers through coitus is not
17   plausible?
18   MS. CURRY:
19        Object to the form.
20   A    I don't know the data for that.
21   MS. THOMPSON:
22   Q    Well, you don't know data for the other
23   routes either, do you?
24   MS. CURRY:

Page 279

1         Object to the form.
2    A    Well, there's a lot of literature for,
3    you know, shipyard builders where they got
4    exposed to asbestos.  They get both pleural and
5    perineal mesothelioma.
6    MS. THOMPSON:
7    Q    We're talking about household exposure.
8    A    But again, that's data to tell us,
9    under the extreme conditions, where and how that
10   might migrate.
11   Q    Well, but you don't believe Heller, who
12   proposed that sexual transmission was a plausible
13   route for -- for the asbestos fibers in contacts
14   to have a higher incidence of ovarian cancer in
15   perineal mesothelioma; right?
16   MS. CURRY:
17        Object to the form.
18   A    Well, they didn't say that.  They
19   didn't say that.  They said it's possible.
20   MS. THOMPSON:
21   Q    Okay.
22   A    They're proposing a hypothesis and I
23   said, well, show me the data.
24   Q    Okay.  Well, it seems like you need a

Page 280

1    lot more data for -- if it's something to do with
2    genital transport than you do for other -- other
3    methods, but --
4    A    Well, I am a scientist.
5    MS. CURRY:
6         Object to the form.
7    MS. THOMPSON:
8    Q    Well, it's selective science.
9    MS. CURRY:
10        Object to the form and argumentative.
11   MS. THOMPSON:
12   Q    If you are advising a patient, could
13   you reassure her that talcum powder containing
14   asbestos is safe to use on the perineum?
15   A    It's -- it's an irrelevant issue.
16   Q    Okay.  Patient says, Dr. Birrer, is it
17   safe for me to continue using baby powder on the
18   per- -- on my perineum.  And your answer would
19   be?
20   A    Yes.
21   Q    And if -- assuming that baby powder
22   is -- is shown to contain asbestos, would your
23   advice be the same?
24   MS. CURRY:

Page 281

1         Object to the form.
2    MS. THOMPSON:
3    Q    Would your answer be the same?
4    A    So this is a hypothetical?
5    Q    Yeah.
6    A    Powder is the -- is -- is then
7    determined to have asbestos?
8    Q    Correct.
9    A    Again, so is the question am I
10   recommending a patient use asbestos?
11   Q    Yeah.  That's the question.
12   A    Yeah.  No, I wouldn't do that.
13   Q    Did you read Dr. Longo's report?
14   A    You know, that came up.
15        Can you -- do you have a copy of it to
16   refresh my memory?
17   Q    I do.
18        (DEPOSITION EXHIBIT NUMBER 22 WAS
19        MARKED FOR IDENTIFICATION.)
20   MS. THOMPSON:
21   Q    I'm gonna mark -- Exhibit 22 is
22   Dr. Longo's report in the MDL.
23        Exhibit 23 is Dr. Longo's supplemental
24   report in the MDL.

71 (Pages 278 to 281)

Michael Birrer, M.D., Ph.D.

Page 282

1          (DEPOSITION EXHIBIT NUMBER 23 WAS
2          MARKED FOR IDENTIFICATION.)
3    MS. THOMPSON:
4    Q      Do you remember seeing these reports?
5    MS. CURRY:
6          Do you have an extra copy?
7    MS. THOMPSON:
8          I do.
9    MS. CURRY:
10         Thank you.
11   A      It's not on my list.
12   MS. THOMPSON:
13   Q      Did you ask to see any testing on
14   Johnson's baby powder to see if it contained
15   asbestos?
16   A      No, I did not. I think I came across
17   this, actually, previously, but not in this one.
18   Q      And understanding that you're -- well,
19   I assume that you're not an expert in asbestos
20   testing; right?
21   A      Correct.
22   Q      Assuming that -- and if you want to
23   read the report, we can go off the record.
24         But assuming that Dr. Longo found

Page 283

1    between 60 and 70 percent of bottles, historical
2    samples provided by Johnson & Johnson over
3    decades to contain asbestos, would that impact
4    how you would advise a patient who says,
5    Dr. Birrer, is it safe for me to use Johnson's
6    baby powder on my perineum?
7    MS. CURRY:
8          Object to the form.
9    A      So, again, this -- this gets to the
10   point of having reviewed all the literature in
11   terms of the product, Shower to Shower,
12   Johnson & Johnson's baby powder, as increasing
13   the risk for ovarian cancer showing biological
14   plausibility.
15         Careful review of that literature has
16   shown nothing. So whether there's asbestos in
17   there or not, I don't know.
18   MS. THOMPSON:
19   Q      Would -- would it give you pause?
20   MS. CURRY:
21         Object to the form.
22   A      Pause. I don't know what pause is.
23   MS. THOMPSON:
24   Q      Would you have some concern about

Page 284

1    telling a patient it was safe to use baby powder
2    on her genitals if it contained -- if two-thirds
3    of the bottles contained asbestos?
4    MS. CURRY:
5          Object to the form.
6    A      You know, again, I'm gonna emphasize
7    this. My review of the data suggests that --
8    that those products are not a risk for ovarian
9    cancer.
10   MS. THOMPSON:
11   Q      I -- I'm clear --
12   A      Regardless of what the hypothetical is.
13   Q      I'm clear on that.
14   A      Okay.
15   Q      But -- but this is not really even a
16   hypothetical. This is testing that has shown
17   two-thirds of the baby powder samples contain
18   asbestos.
19         Do -- would you still feel good about
20   advising a patient that it's safe?
21   MS. CURRY:
22         Object to the form.
23   A      I would -- I would tell them that based
24   on my review of the literature, extensive review

Page 285

1    of the literature, it is a safe product.
2    MS. THOMPSON:
3    Q      And what if they said, Dr. Birrer, is
4    that true even if it does contain asbestos?
5    MS. CURRY:
6          Object to the form.
7    MS. THOMPSON:
8    Q      Would your answer be the same?
9    A      I would -- I would -- you know, I would
10   say, again, it doesn't matter if that's the way
11   the product was used. And it was careful
12   studies.
13   Q      Have you seen any studies from
14   Johnson & Johnson regarding their asbestos
15   testing?
16   A      I haven't seen that.
17   Q      Were you shown any testing results from
18   Johnson & Johnson?
19   A      No.
20   Q      Were you shown any testing results from
21   defense experts as to whether baby powder
22   contained asbestos?
23   MS. CURRY:
24         Object to the form.

72 (Pages 282 to 285)

Michael Birrer, M.D., Ph.D.

Page 286

```
 1    A     Not that I recall, although, as I said
 2   before, in the expert witness reports, the ones
 3   that involved minerals in asbestos, I went
 4   through them fairly rapidly.
 5   MS. THOMPSON:
 6    Q     Do you know if any defense experts even
 7   performed any testing as to whether there was
 8   asbestos in baby powder?
 9    A     No.
10    Q     Do you know -- did you see that
11   Dr. Longo also tested for talc fibers, so-called
12   fibrous talc?
13   MS. CURRY:
14         Object to the form.
15    A     Fibrous talc. I can't quote you that,
16   but I'll rely on you.
17   MS. THOMPSON:
18    Q     Dr. Longo found -- and, you know, feel
19   free to look to that summary -- virtually every
20   Johnson's baby powder and Shower to Shower sample
21   provided from historical samples contained talc
22   fibers. The same answer as to asbestos; it
23   doesn't matter?
24   MS. CURRY:
```

Page 287

```
 1         Object to the form.
 2    A     There again, these products that he's
 3   analyzing have been used for years. We have the
 4   epi data. It's unconvincing. We've got the
 5   biologic data. It's definitely unconvincing.
 6   The inflammatory theory is inconsistent. So to
 7   say anything other than that this is a safe
 8   product, I think, is inappropriate.
 9   MS. THOMPSON:
10    Q     Are -- are you aware of news reports
11   over the past two or three months of the presence
12   of asbestos in baby powder and
13   Johnson & Johnson's knowledge of the asbestos in
14   baby powder?
15   MS. CURRY:
16         Object to the form.
17    A     I'm not.
18         (DEPOSITION EXHIBIT NUMBER 24
19         WAS MARKED FOR IDENTIFICATION.)
20   MS. THOMPSON:
21    Q     You haven't seen any news reports about
22   asbestos in baby powder?
23   MS. CURRY:
24         Object to the form.
```

Page 288

```
 1    A     No, I didn't. I see the litigation ad.
 2   MS. THOMPSON:
 3    Q     Okay. I'm gonna give you -- I'm gonna
 4   mark as Exhibit 24 a report -- call it an article
 5   because it's titled "News" -- from BMJ. And
 6   what's BMJ?
 7    A     I don't know. I was gonna ask you.
 8    Q     Oh. British Medical Journal. You've
 9   heard of the British Medical Journal?
10    A     Yes. I thought it was Birmingham.
11    Q     I -- that was another trick question.
12   I said it was a news report from a medical
13   journal.
14         And you can take a minute to look
15   through that --
16    A     Please.
17    Q     -- since you haven't seen the news
18   reports.
19         So you'll, I think, agree with me that
20   the editors didn't come to any conclusions as to
21   whether or not baby powder caused ovarian cancer;
22   right?
23    A     Correct.
24    Q     But they -- the editors of the journal
```

Page 289

```
 1   at least thought it important to -- to report the
 2   claims that baby powder may contain asbestos;
 3   correct?
 4   MS. CURRY:
 5         Object to the form.
 6    A     I think they thought this would be of
 7   interest to the readership.
 8   MS. THOMPSON:
 9    Q     Agreed.
10         And you don't think the editors would
11   have published this news report if it wasn't
12   based on what they considered credible evidence,
13   would you?
14   MS. CURRY:
15         Object to the form.
16    A     I would -- I would not agree with that
17   statement. I think they would -- they might not
18   agree with any of this or the role of talcum
19   powder or asbestos, but -- but they felt their
20   readership would be interested in this.
21   MS. THOMPSON:
22    Q     So BMJ has become the National Enquirer
23   of medical journals now?
24   MS. CURRY:
```

73 (Pages 286 to 289)

Michael Birrer, M.D., Ph.D.

Page 290

1    Object to the form.
2    A    Medical journals are not above some
3    editorial latitude.
4    MS. THOMPSON:
5    Q    And why would the readers be
6    interested?
7    MS. CURRY:
8         Object to the form.
9    A    Well, I think there -- there is major
10   litigation involved.  There are a number of court
11   cases.  The FDA has weighed in a little bit.  And
12   then there are, quote, internal documents.  All
13   of that is, for lack of a better word, you know,
14   scientists are looking for things to excite their
15   lives, so this is entertainment.
16   MS. THOMPSON:
17   Q    Might it be that BMJ thought their
18   doctors would want to tell patients about this
19   information?
20   MS. CURRY:
21        Object to the form.
22   MR. MIZGALA:
23        So now you're --
24   MS. THOMPSON:

Page 291

1    Q    Just a hunch.  Just a hunch.
2    MR. MIZGALA:
3         Now you're asking him to speculate.
4    You've been doing this the whole deposition.
5    MS. GARBER:
6         I don't think we're doing speaking
7    objections.  So the objection is to form.
8    MR. MIZGALA:
9         Yeah.  But she's gone to task for
10   speculating earlier, and she's doing the same
11   thing.
12   MS. GARBER:
13        Okay.  The objection is to form.  You
14   know that.  Let's follow the rules.
15   A    Say again.
16   MS. THOMPSON:
17   Q    You're a physician that reads journals.
18   A    Uh-huh.
19   Q    As a physician, let's -- we're going to
20   take a hypothetical that you're not involved in
21   talcum powder litigation.  Okay?
22   A    Uh-huh.
23   Q    And you haven't done this thorough
24   review that you have done to come to your

Page 292

1    conclusions.  You're a physician and you see this
2    article.  Might it be something that you would be
3    interested in so you could advise your patients
4    accordingly?
5    MS. CURRY:
6         Object to the form.
7    A    Definitely not.
8    MS. THOMPSON:
9    Q    And you would not give a medical
10   journal any credit that doctors might want to
11   advise their patients that baby powder contains
12   asbestos?
13   MS. CURRY:
14        Object to the form.
15   A    I think they do a reasonable job of
16   simply reporting what is happening.  And they
17   talk about -- they talk about internal documents.
18   Those are essentially impossible to assess.  They
19   talk about the New York Times.  Not a scientific
20   organization.  There is some hearsay from the
21   FDA.  And then they -- they out line the court
22   case.  I wouldn't -- I would not take this and
23   translate it into some recommendation for a
24   patient.

Page 293

1    MS. THOMPSON:
2    Q    So it wouldn't be any different from
3    reading a story about the Kardashians in BMJ?
4    MS. CURRY:
5         Object to the form.
6    MS. THOMPSON:
7    Q    Is that what you're saying?
8    A    You want an answer to that?
9    Q    Sure.  It was a question.
10   A    Yeah, it's different.
11   Q    Okay.  Thanks.
12   A    It's about talc.
13   Q    Are you aware that concerns have been
14   raised about the safety of pleurodesis?
15   MS. CURRY:
16        Object to the form.
17   A    So, actually, my understanding of
18   pleurodesis, at least in the relationship of talc
19   in ovarian cancer, there's essentially no
20   evidence linking the two.  But let me -- let me
21   see what you're referring to.
22   MS. THOMPSON:
23   Q    Well, I was just -- let me ask
24   questions first.

Michael Birrer, M.D., Ph.D.

Page 294

1    A      Uh-huh.
2    Q      And that was:  Are you aware that
3    concerns have been raised about the safety of
4    pleurodesis?
5    MS. CURRY:
6          Object to the form.
7    A      No.
8    MS. THOMPSON:
9    Q      And have you been -- are you aware --
10   no, you're not aware of any concerns at all.
11         Let me go ahead and give you Exhibit
12   25.
13         (DEPOSITION EXHIBIT NUMBER 25
14         WAS MARKED FOR IDENTIFICATION.)
15   MS. THOMPSON:
16   Q      And this is a letter to the editor.
17   I --
18   A      Uh-huh.
19   Q      -- I understand that.  It's not a
20   formal study, per se.
21   MS. CURRY:
22         Do you have an extra copy?
23   MS. THOMPSON:
24         Yeah, I do.

Page 295

1    Q      Do you know Dr. -- I think it's Ghio.
2    I don't know how it's pronounced.  Do you know
3    Ghio and Dr. Roggli?
4    A      I don't know either of them.
5    Q      And I'll let you read through this.
6    Let's just read that -- I'm gonna read the last
7    paragraph and get your thoughts.
8    A      Okay.
9    Q      "The assertion that contemporary
10   purified preparations of talc do not contain
11   asbestos, therefore eliminating a risk of
12   mesothelioma, should be closely examined prior to
13   its acceptance for clinical application.  The
14   methodology used to confirm the lack of
15   asbestiform materials in a finished product,
16   (i.e., X-ray diffraction, optical microscopy, and
17   electron microcopy techniques) and its
18   sensitivity must be provided.  Even if the
19   product is "asbestos-free," the mechanism of
20   cancer induction by asbestos (i.e.,
21   metal-catalyzed radical generation) is similarly
22   pertinent to talc and the occurrence of fibrous
23   forms of the sheet silicate itself raises issues
24   about clearance and long-term safety.  Simply

Page 296

1    stating that talc is asbestos-free should not
2    release us from a responsibility to the patient,
3    especially when safe alternatives are available."
4          And the picture is of a talc fiber
5    found in a pleurodesis talc.
6          Does that cause you any concern?
7    MS. CURRY:
8          Object to the form.
9    A      It doesn't.  To be fair, the entire --
10   my -- my impression is, although I don't do -- I
11   do pleurodesis for cancer patients, in which
12   case, unfortunately, longevity makes this whole
13   issue moot.  But we've moved away from talc for
14   other reasons.  It's painful.  It doesn't work
15   all the time.  We have better agents.  So that
16   kind of makes this moot.
17         But, you know, again I think you
18   pointed out appropriately.  It's -- they're
19   entitled to their opinions.  It's a single
20   article -- it's a single letter, and the studies
21   addressing this are very limited.  So I think --
22   I think they're -- making fairly bold statements
23   on not a lot of data.
24   MS. THOMPSON:

Page 297

1    Q      But you'll agree that this was out of
2    the context of any litigation about baby powder;
3    correct?
4    MS. CURRY:
5          Object to the form.
6    A      I would agree on that.
7    MS. THOMPSON:
8    Q      What's your understanding of the
9    mechanism by which asbestos causes cancer?
10   MS. CURRY:
11         Object to the form.
12   A      Again, I'm not necessarily an expert on
13   this.  The association and the risk factor's very
14   clear.  I think the present theory -- and I would
15   put it as a theory -- is this is a substance that
16   essentially doesn't dissolve, stays there, or at
17   least is very long-lasting, and then, under those
18   circumstances, causes effectively the
19   transformation of cells that it is in close
20   contact with.  And that's -- it includes, of
21   course, lung cancer per se, but also mesothelioma
22   where these particles will sort of stay in the
23   pleural cavity.
24   MS. THOMPSON:

75 (Pages 294 to 297)

Michael Birrer, M.D., Ph.D.

Page 298

```
 1    Q      Is there anything in that description
 2    that you gave that would be different for talc?
 3    MS. CURRY:
 4           Object to the form.
 5    A      Well --
 6    MS. THOMPSON:
 7    Q      And we're speaking in general terms.
 8    MS. CURRY:
 9           Object to the form.
10    A      Talc doesn't do this; right?
11    MS. THOMPSON:
12    Q      Well, no.  Let's go back.
13           You would agree that talc essentially
14    doesn't dissolve also; correct?
15    MS. CURRY:
16           Object to the form.
17    A      It's a mineral.
18    MS. THOMPSON:
19    Q      And it stays there; correct?
20    MS. CURRY:
21           Object to the form.
22    A      Well, I don't know if it stays there as
23    long as asbestos.  You know, if you look at the
24    pleurodesis patients, there's really essentially
```

Page 299

```
 1    no increase in ovarian cancer.
 2    MS. THOMPSON:
 3    Q      Well, you've already told us that
 4    pleurodesis patients have typically a life
 5    expectancy of months, not years.
 6    MS. CURRY:
 7           Object to the form.
 8    A      I said in the ones I treat.  But in
 9    chronic heart failure, those patients have been
10    followed up to 40 years.
11    MS. THOMPSON:
12    Q      I would like to see that study, but
13    we'll do that another day.  How's that?
14    A      I don't know if I'd like another day.
15    Q      Let's say -- or -- your next comment,
16    or at least it's very long-lasting.  You would
17    agree that -- with that for talc; right?
18    A      Uh-huh.  Uh-huh.
19    Q      And, then, for asbestos, you say it
20    causes effectively the transformation of cells
21    that it's in close contact with.  But you don't
22    believe that happens for talc; correct?
23    A      Well, again, this may reflect my --
24    somewhat my ignorance about asbestos per se,
```

Page 300

```
 1    because I wasn't asked to review that, and -- and
 2    my experience is in lung cancer.
 3           That process, I think, is still -- is
 4    still questionable.  And -- and because of that,
 5    that -- that process may be specifically
 6    associated with asbestos.  So to extrapolate that
 7    to some other molecule that, oh, by the way, it
 8    hangs around for a while, is not acceptable.
 9    Q      So I understand that you apparently
10    were not asked to consider asbestos.  You're a
11    scientist; right?
12    A      Yes.
13    Q      Did you not have any curiosity about
14    what effects the presence of asbestos in baby
15    powder would have?
16    MS. CURRY:
17           Object to the form.
18    A      To be honest, that wasn't the way I
19    approached it.  I approached it by looking
20    specifically from the talc standpoint.
21    MS. THOMPSON:
22    Q      Okay.
23    A      And -- and the studies and then looking
24    at that objectively.  And, again, we get back to
```

Page 301

```
 1    this issue of really looking at epidemiologic
 2    studies, just use powder, and then some of the
 3    studies biologically used it -- use those -- used
 4    those products.  It -- you know, if there are --
 5    if there are substance X, Y, Z, A, B, and C that
 6    are in there that are causing a problem and
 7    carcinogenic, it would have shown up in the
 8    studies.
 9    Q      Do you know that initially in the
10    studies, asbestos, no one could prove that
11    asbestos was carcinogenic?
12    MS. CURRY:
13           Object to the form.
14    A      Well, no one could prove smoking was
15    carcinogenic either.  It takes time.
16    MS. THOMPSON:
17    Q      Well, there's two examples then.
18           (DEPOSITION EXHIBIT NUMBER 26
19           WAS MARKED FOR IDENTIFICATION.)
20    MS. THOMPSON:
21    Q      I'm going to show you Exhibit 26, a
22    paper by Dr. Mossman.  Do you know Mossman?
23    A      I do know Dr. Mossman.  Not personally.
24    Q      You know her by reputation?
```

76 (Pages 298 to 301)

Michael Birrer, M.D., Ph.D.

Page 302

1    A        I think we shared classmates about 20
2    years ago.
3    Q        I -- I won't -- I won't go any further
4    with that one.
5            The title of this study is "Mechanistic
6    in vitro studies:  What they have told us about
7    carcinogenic properties of elongated mineral
8    particles."
9            I think we've already established that
10   that's not a term that you're particularly
11   familiar with.  But go ahead and take a minute to
12   look at --
13   A        26?
14   Q        -- that paper.
15           And I'm going to just read from the
16   abstract.  "In vitro studies using target and
17   effector cells of mineral-induced cancers have
18   been critical in determining the mechanisms of
19   pathogenesis as well as the properties" --
20   A        Where are you?
21   Q        The first sentence of the paper, in the
22   abstract.
23   A        Oh, okay.  Thank you.
24   Q        "In vitro studies" -- we'll start over.

Page 303

1            "In vitro studies using target and
2    effector cells of mineral-induced cancers have
3    been critical in determining the mechanisms of
4    pathogenesis as well as the properties of
5    elongated mineral particles, EMPs, important in
6    eliciting these responses."
7            Dr. Mossman is reporting that in vitro
8    studies have been helpful in -- in determining
9    this mechanism; right?
10   MS. CURRY:
11           Object to the form.
12   A        Yeah, I think that's what she's saying.
13   Yes.
14   MS. THOMPSON:
15   Q        Next sentence, "Historically, in vitro
16   models of mutagenesis and immortalized cell lines
17   were first used to test the theory that EMPs were
18   mutagenic to cells, and genotoxicity, as defined
19   as damage to DNA, often culminating in cell
20   death, was observed in a dose-dependent fashion
21   as responses of many cell types to a number of
22   EMPs."
23           Does that sound reasonable?
24   MS. CURRY:

Page 304

1            Object to the form.
2    MS. THOMPSON:
3    Q        That in vitro studies could be used to
4    test that mechanism in EMPs?
5    A        And she's --
6    MS. CURRY:
7            Object to the form.
8    A        -- she's well respected in this area.
9    MS. THOMPSON:
10   Q        We're going to get to Saed's, Dr.
11   Saed's work in a minute.
12   A        Okay.
13   Q        But wouldn't you agree that that's what
14   Dr. Saed started testing in his in vitro studies?
15   MS. CURRY:
16           Object to the form.
17   A        I think the expert report and the paper
18   that I read is within this spectrum.
19   MS. THOMPSON:
20   Q        And, just moving down a little bit,
21   maybe two-thirds of the way down, "Comparative
22   studies using chemical carcinogens showed that
23   chemical agents interacted directly with DNA;
24   whereas, long EMPs appeared to be promoters of

Page 305

1    cancer via a number of mechanisms, such as
2    inflammation, generation of oxidants and
3    instigation of cell division.
4            "The multitude of these signaling
5    cascades and epigenetic mechanisms of both lung
6    cancers and mesotheliomas have been most recently
7    studied in normal or telomerase immortalized
8    human cells."
9            I believe she's saying -- and I'll ask
10   you if it's correct -- that particles,
11   particularly the elongated particles or fibers,
12   have a different mechanism than what is usually
13   thought of with chemical carcinogens.
14   MS. CURRY:
15           Object to the form.
16   MS. THOMPSON:
17   Q        Is that a --
18   A        I think that's --
19   Q        -- reasonable interpretation?
20   A        You know, again, we've been down this
21   road a little bit.  This is a review article, so
22   she's kind of looking at it globally.  But I
23   think that what you describe is one of the, sort
24   of, take-home messages she's implying.

Michael Birrer, M.D., Ph.D.

Page 306

1    Q     Thank you.  I'm honored --
2    A     Okay.  We're done?
3    Q     -- to have kind of gotten it right.
4    A     We're done?
5    Q     No.
6    A     No?
7    Q     But I'm gonna shave 10 minutes off for
8    that compliment.
9          And in the paragraph 2, "General
10   Concepts of Cancer Development," first
11   paragraph --
12   MS. CURRY:
13         I'm sorry.  The realtime is not --
14         (Off the record.)
15   A     I wouldn't -- we -- can we sort of edge
16   towards a break at some point?
17   MS. THOMPSON:
18   Q     Yeah.  Let's just go ahead and just
19   finish -- almost finished, and then we'll come
20   back.  That's a good -- good spot.
21         (Technical difficulties with realtime.)
22   MS. THOMPSON:
23   Q     Are we okay going forward for a couple
24   questions without the realtime?

Page 307

1    A     Yes.
2    Q     So in number 2, "General Concepts of
3    Cancer Development."
4    A     Uh-huh.
5    Q     "The development and use of in vitro
6    models over time has corresponded with the
7    evolution of research and knowledge on cancer
8    etiology in humans."
9          Would you agree with that statement?
10   A     I think so, yes.
11   Q     Next sentence, "While some scientists
12   have suggested that the relative contributions of
13   DNA replications and mutations are overwhelming
14   drivers of cancer risk, others argue that
15   experimental and evolutionary data point to
16   tissue microenvironment and epigenetic changes as
17   being key to tumorigenesis."
18         Would you agree with that statement?
19   MS. CURRY:
20         Object to the form.
21   A     I think it's a quantitative issue.  So
22   in some tumors, mutagenesis takes prominence; in
23   others, the microenvironment is important.  And
24   it's a spectrum.

Page 308

1    MS. THOMPSON:
2    Q     Would you agree that some scientists
3    tend to like one explanation or the other, and
4    the other scientists liking a different
5    explanation more than the first one?
6    MS. CURRY:
7          Object to the form.
8    A     I think that -- I think if you look at
9    the investigators in this field, they'll come at
10   it, as their expertise, from one direction or the
11   other.
12         But, you know -- you know, Brook is
13   somebody who sees the big picture.  I'd like to
14   think I do, too.  So there's some of us who look
15   at the whole thing.
16   MS. THOMPSON:
17   Q     Okay.  That's a good explanation.
18         But there are scientists doing credible
19   work that are kind of in both camps?
20   MS. CURRY:
21         Object to the form.
22   A     I think that's fair.
23   MS. THOMPSON:
24   Q     And then I'm going to that next page.

Page 309

1    I just have, I think, one more passage I'd like
2    to read from this paper and get -- get your
3    thoughts.
4          The first full paragraph on the second
5    page of the article, page 63, "The modern day
6    definition of epigenetic mechanisms has evolved
7    over time to encompass the fact that alterations
8    in the primary structure of DNA do not underlie
9    most changes in the development of tumors.
10   Accordingly, an epigenetic trait can be a stable
11   inheritable phenotype resulting from changes in a
12   chromosome without alteration in the DNA
13   sequence."
14         Do you agree with that statement?
15   MS. CURRY:
16         Object to the form.
17   A     It strikes me as a little overstated,
18   particularly the first part, "...epigenetic
19   mechanism evolved over time to encompass the fact
20   that alterations in the primary structure do not
21   underline most changes."  That, I -- I'm not sure
22   where that's coming from.
23         Now, it may be in a single tumor,
24   epigenetic is more important than mutation; but

78 (Pages 306 to 309)

Michael Birrer, M.D., Ph.D.

Page 310

1    in others, a mutation would be more important.
2         Again, when we treat patients, as you
3    know, we're sequencing everything, and that's not
4    looking at epigenetics. It's looking at
5    mutations. Tumors are riddled with these things.
6    In fact, the problem that we face is what's the
7    driver versus the passenger.
8    MS. THOMPSON:
9         Q    So in a particular tumor, either
10   mechanism -- well, it could be either mechanism
11   or both in various amount of contribution. Is
12   that a fair statement?
13   MS. CURRY:
14        Object to the form.
15   A    I think it's a fair statement.
16   MS. THOMPSON:
17        Let's take a break.
18   VIDEOGRAPHER:
19        Off the record at 3:26 p.m.
20        (OFF THE RECORD.)
21   VIDEOGRAPHER:
22        We're back on the record at 3:45 p.m.
23   MS. THOMPSON:
24        Q    Dr. Birrer, let's talk about Dr. Saed

Page 311

1    and his research. Okay?
2    A    Okay.
3    Q    Did you look at Dr. Saed's CV?
4    A    I did.
5    Q    I'll go ahead and mark that as exhibit
6    27.
7        (DEPOSITION EXHIBIT NUMBER 27 WAS
8         MARKED FOR IDENTIFICATION.)
9    A    Thank you.
10   MS. THOMPSON:
11        Q    And looking at his CV, would you agree
12   that the focus of his lab has been the study of
13   oxidative stress and its biological effects?
14   MS. CURRY:
15        Object to the form.
16   A    Let me refresh my -- refresh my memory
17   on this a little bit.
18        So I think, you know, looking at, if I
19   recall correctly -- I would say that he -- one of
20   his -- one of the components of what he looks at
21   is oxidative stress. If you look at his career,
22   he's been fairly broadly over a broad number of
23   topics. He's looked at, like, gene amplification
24   in certain tumors, mostly in GYN, I might add.

Page 312

1    So -- and then he did a fair amount of work on
2    adhesion, pure adhesion.
3    MS. THOMPSON:
4         Q    And his adhesion work involved
5    oxidative stress in adhesions, didn't it?
6    A    I think he would argue that. I
7    didn't -- it wasn't clear to me from my
8    perspective. But that's a component of what he
9    looked at. The unifying factor for me is that
10   it's gynecologic.
11   Q    Okay.
12   A    Okay.
13   Q    And he has 234 peer-reviewed
14   publications; correct? Oh, no. Take that back.
15   A    136, isn't it?
16   Q    136. I was looking --
17   A    136. Correct.
18   Q    What is oxidative stress?
19   A    Well, that's -- that's a biochemical
20   state, if you will, within -- we -- we consider
21   as biologists within cells. It exists in all
22   cells. And it's a balance between ox- -- you
23   know, oxidizing effects and antioxidants.
24        As a term, oxidative, of course, it's a

Page 313

1    chemistry definition. But this one, I think what
2    he means by oxidative stress is it's -- or what
3    you're implying is it's a biologic process.
4    Okay?
5    Q    And is it fair to say that at least
6    some scientists believe that oxidative stress
7    plays a role in the etiology of many types of
8    cancers?
9    MS. CURRY:
10        Object to the form.
11   A    I think it's safe to say oxidative
12   stress has been investigated and associated with
13   some cancers.
14   MS. THOMPSON:
15        Q    Okay. Do you have an opinion on the
16   role of oxidative stress in the initiation of
17   ovarian cancer?
18   A    I think that's unresolved at this
19   point. Most of the data that I know of for
20   oxidative stress, a lot of the data is in ovarian
21   tumors. They're already established.
22   Q    Are -- would you say there are
23   scientists on both sides of that issue?
24   MS. CURRY:

79 (Pages 310 to 313)

Michael Birrer, M.D., Ph.D.

Page 314

```
 1              Object to the form.
 2    A       Would you define that, please?
 3    MS. THOMPSON:
 4    Q       The importance of oxidative stress in
 5    the pathogenesis of ovarian cancer.
 6    MS. CURRY:
 7              Object to the form.
 8    A       I think it's an area of active
 9    investigation.
10    MS. THOMPSON:
11    Q       Okay.  So you would agree that
12    researchers who believe that oxidative stress
13    plays a role in the initiation or progression of
14    ovarian cancer are not unreasonable?
15    MS. CURRY:
16              Object to the form.
17    A       It's a generalization that I can't
18    comment on.  Which researchers?
19    MS. THOMPSON:
20    Q       Okay.  But they wouldn't automatically
21    be unreasonable?
22    MS. CURRY:
23              Object to the form.
24    A       Because they believe --
```

Page 315

```
 1    MS. THOMPSON:
 2    Q       Because they believe in the importance
 3    of oxidative stress.
 4    A       I don't think so.
 5    Q       They wouldn't automatically be
 6    credible -- not credible?
 7    MS. CURRY:
 8              Object to the form.
 9    A       That would depend on the work they've
10    done --
11    MS. THOMPSON:
12    Q       Okay.
13    A       -- in their experiments.
14    Q       All right.  And they wouldn't
15    automatically be uninformed.  Would you agree
16    with that?
17    MS. CURRY:
18              Object to the form.
19    MS. THOMPSON:
20    Q       It would depend?
21    A       We need to look at their -- their
22    scientific investigation to determine if they're
23    uninformed.
24    Q       Okay.
```

Page 316

```
 1    A       Yeah.
 2    Q       Let's go to your report.
 3    A       We're done with the CV?
 4    Q       I think so.
 5    A       Are you going to the report or the
 6    paper?
 7    Q       I'm going to your report first.
 8    A       Yeah.  Okay.
 9    Q       And then the report, I'll probably go
10    to the -- this paper next.
11              So in your report, going to page --
12    actually, let's start on page 19.
13    A       Uh-huh.
14    Q       And you have the big heading, Section
15    4 --
16    A       Uh-huh.
17    Q       -- Dr. Saed's Plaintiff-Funded
18    Research.
19              Did you write that heading?
20    A       Yes.
21    Q       What is the basis for calling
22    Dr. Saed's research plaintiff-funded?
23    A       My understanding is after he submitted
24    his -- the preprint said -- revealed,
```

Page 317

```
 1    essentially, nothing, and then the actual paper,
 2    I believe, said that he was -- that he was a
 3    consultant and an expert witness.
 4    Q       Does that mean to you plaintiff-funded
 5    research?
 6    A       Well, I mean, that was a separate
 7    issue, that there was money actually flowing into
 8    his lab.
 9    Q       What -- what is your basis for saying
10    there was money flowing into his lab?
11    A       I think that's what we -- I saw in
12    his -- let me see.  Hang on -- his deposition.
13    Q       What did his deposition say about that?
14    A       I'd have to refresh my memory.  Do you
15    have it?
16    Q       Do you recall that the funding for the
17    research came from his university lab funds and
18    that he was paid for his time as a consultant?
19    Does that sound right?
20    MS. CURRY:
21              Object to the form.
22    A       I think I remember that the exchange
23    was he was saying his departmental monies and
24    then he was asked, okay, where does that come
```

Michael Birrer, M.D., Ph.D.

Page 318

1    from, and he couldn't answer that and said, well,
2    I don't know.  And the problem is --
3    MS. THOMPSON:
4        Q    That's -- that's just not right.
5        A    Okay.  Can we look at it?
6        Q    And I don't have his deposition here.
7    But to put as your heading "Dr. Saed's
8    Plaintiff-Funded Research" without really knowing
9    the situation is -- doesn't sound like something
10   you would write in a paper.
11   MS. CURRY:
12       Object to the form.
13       A    No.
14   MS. THOMPSON:
15       Q    Does it?
16       A    In a peer-review paper?
17       Q    Right.
18       A    No.  But this is not a peer-review
19   paper.
20       Q    Well, did you not --
21       A    The fact that he has plaintiff-funded
22   research and hasn't really revealed it is a huge
23   issue.
24       Q    What -- what's your basis for saying he

Page 319

1    hasn't revealed it?
2        A    It's not on the manuscript.
3        Q    The manuscript that's published?
4        A    Yeah.
5        Q    Well, let's look at the manuscript.
6        So is your criticism that it's not on
7    the manuscript or that it's plaintiff-funded
8    research?
9    MS. CURRY:
10       Object to the form.
11       A    Well, it's two.  Yeah.
12   MS. THOMPSON:
13       Q    Because there's nothing in that heading
14   that says this research -- I just -- I just don't
15   understand the heading "Dr. Saed's
16   Plaintiff-Funded Research."
17       A    So I think there's two components
18   there.  One is I think it is an issue that --
19   that there's dollars flowing to do some of that
20   research.  I think that raises an issue of how
21   objective he is.
22       And then a second issue is at a minimum
23   it should be revealed.
24       Q    Now, this is --

Page 320

1        A    Yeah.
2        Q    -- the published manuscript.
3        (DEPOSITION EXHIBIT NUMBER 28
4        WAS MARKED FOR IDENTIFICATION.)
5    MS. THOMPSON:
6        Q    Have you seen that?
7        A    I have seen this, yes.
8        Q    And you're talking about the conflict
9    of interest statement; correct?
10       A    Yes.
11       Q    Doctor -- I'm sorry.  Exhibit 28 is his
12   manuscript.
13       And the declaration of conflicting
14   interests.
15       A    Uh-huh.
16       Q    "Dr. Saed has served as a paid
17   consultant and expert witness in the talcum
18   litigation."
19       Is -- is that a reason to make the
20   heading of your report "Dr. Saed's
21   Plaintiff-Funded Research"?
22   MS. CURRY:
23       Object to the form.
24       A    Well, I think -- so I guess the

Page 321

1    question is:  Is this accurate?  This was not on
2    the preprint.  This was not on the --
3    MS. THOMPSON:
4        Q    This is what's published; right?
5        A    That's not a preprint.
6        Q    Do you know what correspondence
7    Dr. Saed -- or what -- what are you speaking of?
8    The submission to --
9        A    The paper was submitted to GYN ONC and
10   rejected, and then the paper was submitted to --
11   this is Reproductive Sciences.  And those --
12   again, do we have a copy of that?  I got the
13   preprint which stated -- which said none of that.
14       Q    Okay.  We'll get to that in a minute.
15       A    This was only put on afterwards.
16       Q    Do you have any -- do you have any
17   knowledge of the conversations that Dr. Saed had
18   with the editors of either journal as to what
19   should go on his conflict of interest statement
20   with the situation that he was in?
21       Do you have any knowledge of that
22   whatsoever?
23       A    Verbal conversations.
24       Q    Written and verbal conversations.

81 (Pages 318 to 321)

Michael Birrer, M.D., Ph.D.

Page 322

1    A      So verbal conversations, I don't know.
2    I'm not there.  The written interactions between
3    the journals, we had copies of.
4    Q      And you think what you saw was
5    sufficient enough for you to state "Dr. Saed's
6    Plaintiff-Funded Research" in this report?
7    A      I think so, yeah.  It's a big issue.
8    Q      Wouldn't a scientist want to look at
9    the research before they call it plaintiff-funded
10   research?
11   MS. CURRY:
12          Object to the form.
13   MS. THOMPSON:
14   Q      Doesn't that automatically indicate
15   that you think the research is biased?
16   A      Well, again, I -- so as this document
17   evolved, I looked at the science and I -- I was
18   chagrinned.  That then put this into context.  I
19   think -- I think it's a concern.
20   Q      Well, couldn't you have just said
21   "Dr. Saed's Research" and then written your
22   comments without making the heading
23   "Plaintiff-Funded Research"?
24   MS. CURRY:

Page 323

1          Object to the form.
2    A      I could have.
3    MS. THOMPSON:
4    Q      Isn't there plenty of research being
5    done that's funded by various entities that's
6    quality research?
7    A      So there's a broad spectrum of --
8    Q      Answer my question.  Isn't there a lot
9    of research that's being done funded by various
10   entities that's quality research?
11   A      As a general statement?
12   Q      Uh-huh.
13   A      Yes.
14   Q      Yes.
15          And funding has to come from somewhere;
16   correct?
17   MS. CURRY:
18          Object to the form.
19   A      Can't work without money.
20   MS. THOMPSON:
21   Q      And, again, you may not remember this
22   from Dr. Saed's deposition, but his testimony
23   that there was no money coming from the
24   litigation into his lab funds which paid for the

Page 324

1    actual research in the lab, is that --
2    A      I can't quite --
3    MS. CURRY:
4          Object to the form.
5    A      I can't quite remember.
6    MS. THOMPSON:
7    Q      Okay.
8    A      But --
9    Q      So --
10   A      It was a big position.
11   Q      So do you think that heading is fair?
12   A      I think it is.
13   Q      Do you remember Dr. Saed's testimony
14   that he would have been -- that he would have
15   been happy to do the same research had
16   Johnson & Johnson approached him on the same
17   topic?
18   MS. CURRY:
19          Object to the form.
20   A      I can't remember.  Do you have the
21   deposition?
22   MS. THOMPSON:
23   Q      I don't.
24   A      Okay.

Page 325

1    Q      You don't remember that he said his
2    research would have been the same and he would
3    have been willing to do it for Johnson & Johnson?
4    MS. CURRY:
5          Object to the form.
6    A      I can't remember it.
7    MS. THOMPSON:
8    Q      To your knowledge, has
9    Johnson & Johnson approached any researcher about
10   doing studies that would help understand whether
11   talcum powder has any molecular effects?
12   MS. CURRY:
13          Object to the form.
14   A      He certainly didn't approach me.  But
15   I -- I think I recall in the past they've had a
16   J & J-funded study, I think, which was
17   acknowledged on the paper.
18   MS. THOMPSON:
19   Q      A molecular study?
20   A      I can't say that.
21   Q      If you had that, I would certainly like
22   to see it.  So, to your knowledge,
23   Johnson & Johnson hasn't asked -- has not asked
24   any researchers to look at the molecular effects

82 (Pages 322 to 325)

Michael Birrer, M.D., Ph.D.

Page 326

1    of talcum powder in cell culture?
2    A      Outside the company, right?
3    Q      How about inside the company?
4    A      I don't know.  I don't know what goes
5    on there.
6    Q      Did you ask the attorneys --
7    A      No.
8    Q      -- if Johnson & Johnson had done any
9    studies that you could look at and --
10   A      No.
11   Q      -- criticize in the same way you did
12   Dr. Saed?
13   MS. CURRY:
14          Object to the form.
15   A      Well, I wouldn't rely on those, the
16   internal documents.  I would have to know the
17   context.
18   MS. THOMPSON:
19   Q      Well, can't you --
20   A      But this is -- this is peer-reviewed.
21   Q      Can't you find the context of -- of
22   what studies have been done by the company?
23   A      I think that would be hard.
24   Q      So it would be of no interest to you

Page 327

1    one way or the other whether Johnson & Johnson
2    had done any molecular studies on talcum powder
3    and its effect on -- on tissue or cells?
4    A      Correct.
5    MS. CURRY:
6           Object to the form.
7    A      Correct.
8    MS. THOMPSON:
9    Q      When did you -- is the paper that we
10   just marked as exhibit --
11   A      28.
12   Q      -- 28, was that paper peer-reviewed?
13   A      This is a peer-review journal.
14   Q      And when did you first see the
15   unpublished manuscript?
16   A      I am gonna really -- I'm stretching on
17   this.  I think it was about -- let's say a month
18   or two before this.
19   Q      Okay.  So a couple months ago?
20   A      Yeah.
21   Q      Do you review papers for Gynecologic
22   Oncology?
23   A      I do.
24   Q      Were you asked to review this paper?

Page 328

1    A      No.
2    Q      Did you have any conversations by
3    email, text or phone with the editors or any
4    other representatives of the journal regarding
5    this paper?
6    A      No.
7    Q      Did you have any conversations with
8    Johnson & Johnson regarding the manuscript while
9    it was under review?
10   A      No.
11   Q      Did you have any conversations with any
12   of the reviewers on the paper?
13   A      I don't know who the reviewers were.
14   Q      Okay.
15   A      Yeah.
16   Q      But you have seen the reviewer comments
17   from GYN Oncology; correct?
18   A      I did.
19          Do we have a copy?
20   MS. CURRY:
21          I think she's --
22   MS. THOMPSON:
23          Yeah, I'm --
24          (DEPOSITION EXHIBIT NUMBER 29 WAS

Page 329

1           MARKED FOR IDENTIFICATION.)
2    MS. THOMPSON:
3    Q      I'm gonna go ahead and mark Exhibit 29.
4    29 will be the reviewer comments from the journal
5    Gynecologic Oncology.
6    A      Uh-huh.
7    Q      And again, that journal is the
8    journal -- or maybe we haven't discussed this --
9    it's the journal for SGO, the Society of
10   Gynecologic Oncologists; correct?
11   A      Correct.
12   Q      Did I give you a highlighted copy?
13   A      You did, actually.  It's very helpful.
14   Q      Let me switch that.  I'm sure it was.
15   Actually, it probably wasn't.
16   A      I've seen these before.
17          (DEPOSITION EXHIBIT NUMBER 30 WAS
18          MARKED FOR IDENTIFICATION.)
19   MS. THOMPSON:
20   Q      And then I'm gonna also, at the same
21   time, give you Exhibit 30, which is the reviewer
22   comments from Reproductive Sciences.
23   A      All right.
24   Q      Both are peer-reviewed journals, as you

83 (Pages 326 to 329)

Michael Birrer, M.D., Ph.D.

Page 330

1    mentioned; right?
2    A      Yes.  Difference in impact, but both
3    peer review.
4    Q      And they have a -- a different audience
5    readership, too, wouldn't you agree?
6    A      I would agree, yes.
7    MS. CURRY:
8          Do you have another copy of Exhibit 30?
9    MS. THOMPSON:
10         Yes. I'm sorry.
11   MS. CURRY:
12         Thank you.
13   MS. THOMPSON:
14         That good?
15   MS. CURRY:
16         Yes.
17   MS. THOMPSON:
18   Q      In your report, you make the statement
19   "Unsurprisingly, this manuscript has serious
20   methodologic, experimental and analysis flaws."
21   A      I'm sorry.  Are you in the beginning of
22   this last paragraph of 19?
23   Q      No.
24   A      No?

Page 331

1    Q      It's in another spot.  Let me find it.
2    A      Maybe it's under the paper.
3    Q      Yeah.  Page 24.
4    A      Yep.  Yeah.
5    Q      "Unsurprisingly, this manuscript has
6    serious methodologic, experimental and analysis
7    flaws."
8    A      Uh-huh.
9    Q      Did you see any language to that effect
10   in the peer-reviewers' comments?
11   MS. CURRY:
12         Object to the form.
13   A      One second.
14   MS. THOMPSON:
15   Q      Well, let me just ask you.
16         Did those words appear in the reviewer
17   comments?
18   A      No, I don't think so.
19   Q      Okay.
20   A      Yeah.
21   Q      So let's -- I want to actually go
22   through the reviewer comments.  We'll start with
23   Gynecologic Oncology.
24   A      Yep.

Page 332

1    Q      Reading the letter to Dr. Saed:
2          "Your paper, referenced above, has now
3    been reviewed by at least two reviewers -- has
4    now been reviewed by at least two experts in the
5    field and the editors.  Based on the reviewer
6    comments, we must inform you that while your work
7    is not without merit, we are unable to accept
8    your manuscript for publication in Gynecologic
9    Oncology.  In the last year we have seen a
10   significant increase in the number of manuscripts
11   submitted to the journal, and, as a result, we
12   are now accepting less than 20 percent of the
13   manuscripts submitted to the Gynecologic
14   Oncology."
15         Certainly in that first paragraph there
16   were -- there was no language that resembles this
17   manuscript has serious methodologic, experimental
18   and analysis flaws, is there?
19   A      No.
20   Q      The second paragraph, "We have attached
21   the comments of the reviewers below in order for
22   you to understand the basis for our decision.  We
23   hope that their thoughtful comments will help you
24   in your future studies and possibly with

Page 333

1    submission to another journal.
2          "Please note that a revised version of
3    the current manuscript should not be submitted
4    for another review to Gynecologic Oncology."
5          There's certainly no language in that
6    paragraph that resembles serious methodologic,
7    experimental and analysis flaws, is there?
8    A      No.
9    Q      And the reviewers actually encouraged
10   Dr. Saed to submit the article to another
11   journal; correct?
12   A      Well, this isn't the reviewer.  This is
13   the editor.
14   Q      The editor?
15   A      Yeah.
16   Q      The editors?
17   A      Yeah.  And this is boilerplate.  You'd
18   always get this.  They're not --
19   Q      Well, I'm just asking you for the --
20   for what the -- what the letter says.
21   A      Yeah.  Yeah.
22   Q      "The critique of this letter in no way
23   implies a lack of interest in this area of
24   research and we invite you to submit your future

Michael Birrer, M.D., Ph.D.

Page 334

1  work to the journal."
2        Is that what the letter from
3  Dr. Bristow, the editor says?
4        A      Correct.
5        Q      And, in fact, Dr. Saed has published
6  several times in this journal previously.
7        Are you aware of that?
8        A      Yeah.  I believe so, yeah.
9        Q      So let's go ahead and go through the --
10  the reviewer comments.  Reviewer number 1 --
11        And, as you testified, you don't know
12  who these reviewers are; correct?
13        A      I don't.
14        Q      Reviewer 1, in his summary of
15  Dr. Saed's paper, says "The stated objective of
16  the study by Fletcher and colleagues is to
17  determine the effects of talc on expression of
18  key inflammatory and redox markers in ovarian
19  cancer and normal cell lines.  Normal ovarian and
20  EOC cells were treated with various doses of talc
21  for 48 hours.  Levels of CA-125 and selected key
22  redox enzymes were measured using realtime P --
23  RT-PCR and ELISA."
24        Is that an accurate statement of what

Page 335

1  the objective of the study was?
2  MS. CURRY:
3        Object to the form.
4        A      I think that's -- I think that's a
5  little terse, but it covers the bases.
6  MS. THOMPSON:
7        Q      And then beginning with the reviewer
8  comments, reviewer number 1 says "Overall, this
9  is a well-written manuscript and the conclusions
10  are supported by the results."
11        Do you disagree with that comment by
12  reviewer number 1?
13        A      That's very generous.  I don't agree
14  with it.  Particularly the latter part.
15        Q      But at least that's what the
16  reviewer --
17        A      Correct.
18        Q      -- who was -- you would think was
19  chosen because of their expertise in the field,
20  those are the reviewer comments regarding
21  Dr. Saed's paper; correct?
22  MS. CURRY:
23        Object to the form.
24        A      For reviewer 1.

Page 336

1  MS. THOMPSON:
2        Q      Right.
3        A      Yeah.
4        Q      "This is an important but controversial
5  topic in need of rigorous scientific inquiry."
6        Why is this a controversial topic, in
7  your mind?
8  MS. CURRY:
9        Object to the form.
10  MS. THOMPSON:
11        Q      Or is it a controversial topic to you?
12        A      I would assume they're referring to the
13  potential role of talc in ovarian cancer.  But
14  I'm -- again, it's speculative.
15        Q      Okay.
16        A      I'm guessing.
17        Q      So you wouldn't know why it would be
18  considered controversial?
19  MS. CURRY:
20        Object to the form.
21        A      No.  Not -- not in -- no, vis-à-vis
22  from what the reviewer's saying.
23  MS. THOMPSON:
24        Q      "The current in vitro study does" --

Page 337

1  reading on, "The current in vitro study does
2  provide novel information, but there are also
3  some important limitations described below."
4        Would you agree that it's common to
5  have a back-and-forth with a reviewer and author
6  before publication of a paper?
7  MS. CURRY:
8        Object to the form.
9        A      Some papers are accepted de novo, but
10  it's unusual.  Usually there are criticisms and,
11  then you'd have to revise.  Sometimes if it's
12  Cancer Cell, it goes back and forth for two
13  years.
14  MS. THOMPSON:
15        Q      The reviewer number 1 in -- in the
16  bullet point number 1, said "The significance of
17  the study would be greatly enhanced if a mouse
18  model corroborated the cell line findings."
19        I would -- I'm guessing you're gonna
20  agree with that statement?
21        A      I do.
22        Q      But you would also agree, I think, that
23  oftentimes you -- a researcher would start with
24  an in vitro study; correct?

Michael Birrer, M.D., Ph.D.

Page 338

1    A      Frequently.
2    MS. CURRY:
3         Object to the form.
4    MS. THOMPSON:
5    Q      And what would the reasons for that be?
6    A      It's usually easier.
7    Q      Less costly?
8    MS. CURRY:
9         Object to the form.
10   A      By definition.
11   MS. THOMPSON:
12   Q      And could be completed in less time?
13   MS. CURRY:
14        Object to the form.
15   A      Usually, yeah.
16   MS. THOMPSON:
17   Q      Do you -- do you have any idea or
18   knowledge of what experiments Dr. Saed is
19   currently doing in the -- in the area of talcum
20   powder and its biologic effects?
21   MS. CURRY:
22        Object to the form.
23   A      I don't.
24   MS. THOMPSON:

Page 339

1    Q      In this reviewer's opinion, "The cell
2    line studies alone and the increase in CA-125,
3    while intriguing, are not sufficiently
4    convincing."
5         Would you agree with that statement?
6    A      Absolutely.
7    Q      And so a mouse model corroboration of
8    the findings would be -- would enhance the
9    results; correct?
10   A      Not from my perspective.  And I'm not
11   so sure this reviewer's implying that.  I think
12   there's a real question anything can be
13   interpreted from the cell line studies, and any
14   increase in CA-125 is meaningless because CA-125
15   is a marker.
16        So I think --
17   Q      Well, wait a minute.
18        Did Dr. Saed say anything about
19   CA-125 --
20   MS. CURRY:
21        Are you done with your response?
22   MS. THOMPSON:
23   Q      -- being the significance with the
24   findings?

Page 340

1    A      I'm not done with my response.
2         So let me finish the first statement.
3    Q      Okay.
4    A      I think if you could show a phenom- --
5    if you could show the biologic effects in a mouse
6    model, then it's much stronger data, regardless
7    of the cell lines.
8         I don't -- I would agree I don't think
9    Dr. Saed said much about CA-125 being -- being
10   involved in ovarian cancer development, and
11   that's the point.  I don't understand, and I
12   think a lot of other of us who have looked at
13   this, don't understand what the value is of the
14   increase in CA-125.
15   Q      Do you know that when Dr. Saed
16   presented the initial data at the meeting, that
17   the attendees requested that he perform CA-125
18   and that's why he performed it?  Do you remember
19   seeing that in his deposition?
20   MS. CURRY:
21        Object to the form.
22   A      I didn't see that.  Which meeting was
23   this?  Do you know?
24   MS. THOMPSON:

Page 341

1    Q      SRI, 2018.
2    A      Okay.
3    Q      Society of Reproductive Investigators.
4    A      And did they indicate -- anybody
5    indicate what the purpose of that was?
6    Q      I can't tell you that.
7         But, listen, I'm -- I'm just reading
8    the reviewer's comments --
9    A      Yeah.
10   Q      -- without either one of us trying to
11   speculate on what he means.
12        But the statement is "The significance
13   of this study would be greatly enhanced if a
14   mouse model corroborated the cell line findings."
15        So there were cell line findings to be
16   corroborated; correct?
17   A      Correct.
18   Q      The reviewer number 1 also said "The
19   significance of SNP alterations" -- that's SNP,
20   all capitalized -- "should be further clarified."
21        And I think you would agree with that;
22   correct?
23   MS. CURRY:
24        Object to the form.

86 (Pages 338 to 341)

Michael Birrer, M.D., Ph.D.

Page 342

1    A    I strongly agree with that.
2    MS. THOMPSON:
3    Q    And the viewer -- reviewer commented,
4    "The first bulleted highlight, Oxidative Stress,
5    is a key mechanism to the initiation and
6    progression of ovarian cancer is not supported by
7    this investigation and should be omitted."
8         Does the reviewer comment on why that
9    should be -- that line should be omitted, other
10   than it wasn't supported by this investigation
11   with talcum powder?
12   A    No.  It would be speculative.  It's --
13   it's as you read it.
14   Q    Okay.  Do you know that -- that
15   virtually that exact statement has been published
16   in this same journal in the past by Dr. Saed and
17   others?
18   MS. CURRY:
19        Object to the form.
20   A    As a stand-alone statement?
21   MS. THOMPSON:
22   Q    Yeah.  Yes.
23   A    Yeah.  I don't think that addresses
24   what the reviewer is saying.

Page 343

1    Q    Yeah.
2    A    The reviewer's saying it's not
3    supported by --
4    Q    And that's the point I was trying to
5    make.
6         So -- so you would agree that it
7    doesn't sound like it's the statement that's at
8    issue; it's whether the talcum powder studies are
9    supportive of that statement?
10   MS. CURRY:
11        Object to the form.
12   A    Well, the way it's phrased here -- the
13   way it's phrased here, I agree.  Yeah.
14   MS. THOMPSON:
15   Q    Let's go to reviewer number 2.
16   A    Uh-huh.
17   Q    And reviewer number 2 gives a similar
18   summary, perhaps with a little more detail.
19   A    Yeah.
20   Q    But would you agree it's an accurate
21   description of what the objectives of the study
22   were?
23   A    It is.
24   MS. CURRY:

Page 344

1         Object to the form.
2    A    And it's -- and it's -- I don't know --
3    just one comment that it's more detailed, which
4    makes someone like me as a third party look at
5    and say, well, they actually read the paper.  I'd
6    worry a little about if reviewer 1 didn't read it
7    carefully enough.
8    MS. THOMPSON:
9    Q    But you have no idea what he did?
10   A    I've been speculating all day.
11   Q    Okay.  All right.  And then the first
12   sentence of reviewer number 2, "While the authors
13   compellingly show changes in several key enzymes
14   recognizing redox potential in cells exposed to
15   talc, their data do not show, despite the
16   author's claim, any evidence that these cells are
17   transformed."
18        Do you agree with reviewer number 2 in
19   that statement?
20   A    I agree.
21   Q    Second sentence, "Specifically, no
22   experiments documenting changes in cell survival
23   proliferation are resistant to apoptosis have
24   been performed."

Page 345

1         And that's correct; right?
2    A    So he does show what he thinks is
3    proliferation, if I recall correctly.  I believe
4    it's an MMT -- MTT assay.
5    Q    Well, those experiments were done
6    following reviewer number 2's recommendation.  Is
7    that your understanding?
8    A    Well, I --
9    Q    In the --
10   A    Yeah.
11   Q    In the first manuscript.  Do you
12   remember that?
13   A    You could be right.  I don't have it
14   pre-- I don't have that version in front of me.
15   Q    You may have to just take my word for
16   that.
17   MS. CURRY:
18        I have a copy of it if you need it.
19   MS. THOMPSON:
20        No.  It's not too -- I don't think it's
21   too much --
22   A    But I can say, in particular, cell
23   survival resistant apoptosis, I don't think has
24   been effectively performed.

87 (Pages 342 to 345)

Page 346

1    MS. THOMPSON:
2         Object. That didn't answer a question.
3    Nonresponsive.
4    Q      Next sentence, "Consequently, neither
5    tumor initiation nor progression is documented in
6    this study as opposed to the statement in
7    highlight number 1 and elsewhere."
8         "While changes in redox potential play
9    an important role in tumor biology in general,
10   the present data are insufficient to back up the
11   claim that talc is central to the development of
12   ovarian cancer."
13        Did Dr. Saed make a claim that talcum
14   is central to the development of ovarian cancer,
15   that you recall?
16   A      I don't recall him saying that.
17   Q      I don't either.
18        "Other comments: The introduction
19   should be better organized with shorter
20   description of the general features of ovarian
21   cancer, replaced by a brief overview of redox
22   proteins in cancer, followed by a discussion of
23   their role in ovarian cancer."
24        That's more a style issue. Would you

Page 347

1    agree?
2    MS. CURRY:
3         Object to the form.
4    A      Make it -- make it more readable, yeah.
5    MS. THOMPSON:
6    Q      And, then, the -- finally, "The fact
7    that SNPs were changed following such short
8    exposure to talcum is surprising and makes one
9    wonder what the biological effects of such change
10   might be."
11        And those are the reviewer comments
12   from Gynecologic Oncology; correct?
13   A      Correct.
14   Q      Did the peer-reviewers raise concerns
15   about Dr. Saed's, in your words, unsubstantiated
16   assumptions?
17   A      Well, I -- I think it's implicit in
18   some of the comments.
19   Q      That there are unsubstantiated
20   assumptions?
21   A      So -- so I think if you read the second
22   paragraph of the second reviewer -- remember,
23   this paper basically says that talc transforms
24   ovarian cancer cells.

Page 348

1    Q      Where in -- where in Dr. Saed's paper
2    does it say this paper shows talcum powder
3    transforms ovarian cells?
4    A      Do we have the original?
5    Q      We're looking at the published
6    manuscript.
7    MS. CURRY:
8         But the comments are based on the --
9    A      This is the one published in -- and you
10   already told me he changed some of the
11   experiments.
12   MS. THOMPSON:
13   Q      Was -- shouldn't your critique be the
14   published paper?
15   A      Well, you're asking me to review this;
16   right?
17   Q      Okay. We can pull out the -- we can
18   pull out the published manuscript.
19        But certainly in the published paper,
20   there are no claims that cells are transformed,
21   are there?
22   A      Well, let's take a look.
23   Q      It's certainly not in the abstract or
24   in the conclusion -- in the summary, is it?

Page 349

1    A      I'm just getting through the discussion
2    a little bit. It may be -- may be buried in
3    there or may be an implication that the soft
4    argarose cloning is reflective of only the
5    changes.
6    Q      Dr. Saed's paper does not claim that
7    the cells were transformed, does it?
8    A      Let me look through it, then.
9    Q      Okay. Let's go off the record.
10   VIDEOGRAPHER:
11        Off the record at 4:23 p.m.
12        (OFF THE RECORD.)
13   VIDEOGRAPHER:
14        We're back on the record at 4:24 p.m.
15   A      Page 7 on the bottom. "In this study
16   we've shown that talc enhances cellular
17   proliferation, induces inhibition of apoptosis
18   and C-cells" --
19   MS. CURRY:
20        Gotta go slow for Lois.
21   THE WITNESS:
22        Oh.
23        -- "but, more importantly, in normal
24   cells, suggesting talc is a stimulus to the

88 (Pages 346 to 349)

Michael Birrer, M.D., Ph.D.

Page 350

1  development of an oncogenic phenotype."
2  MS. THOMPSON:
3  Q      That doesn't say the cells were
4  transformed, does it?
5  A      I think for those of us in the field
6  that implies transformation.
7  Q      Well, it certainly doesn't state --
8  state cells were transformed, as you stated
9  earlier.
10  MS. CURRY:
11      Object to the form.
12  MS. THOMPSON:
13  Q      Did the reviewers have -- raise any
14  concerns about serious flaws in methodology?
15  A      You know, the significance of SNP
16  alteration should be further clarified.  That's a
17  pleasant way of saying I don't understand what
18  you're doing.
19  Q      I'm asking did the peer-reviewers raise
20  concerns about serious flaws in methodology?
21  MS. CURRY:
22      Object to the form.
23  A      In those terms?
24  MS. THOMPSON:

Page 351

1  Q      Yes, in those terms.
2  A      No.
3  Q      Did the peer-reviewers raise concerns
4  about serious flaws in the experiments?
5  A      In those terms?
6  Q      Right.
7  A      No.
8  Q      Did the peer-reviewers raise serious
9  concerns about flaws in the analysis?
10  A      No.
11  Q      And, in fact, peer-reviewer number 1
12  explicitly stated that "The conclusions are
13  supported by the results."
14      Right?
15  MS. CURRY:
16      Object to the form.
17  A      They rejected the paper.
18  MS. THOMPSON:
19  Q      I -- that wasn't my question.
20      The question was -- I mean, my question
21  was that the reviewer number 1 specifically
22  states "The conclusions are supported by the
23  results."
24      Correct?

Page 352

1  MS. CURRY:
2      Object to the form.
3  A      Correct.
4  MS. THOMPSON:
5  Q      And wouldn't that be the flaws in the
6  analysis that you're referring to?
7  A      I don't know what that refers to in
8  vis-à-vis my statement.
9  Q      Did the reviewers state that any of the
10  cell line findings appeared to be inaccurate?
11  A      No.
12  Q      Did the reviewers state that the wrong
13  cell lines were used?
14  A      No.
15  Q      Did the reviewers state that the doses
16  were inappropriate?
17  A      No.
18  Q      Did the reviewers state that the CA-125
19  findings were irrelevant?
20  MS. CURRY:
21      Object to the form.
22  A      Increase in CA-125 while intriguing are
23  not sufficiently convincing to make it relevant
24  or not.

Page 353

1  MS. THOMPSON:
2  Q      But the reviewer certainly didn't say
3  they're irrelevant?
4  A      Didn't use those terms.
5  Q      And intriguing would at least mean that
6  the reviewer 1 thought they were of some
7  interest.  Wouldn't you agree?
8  MS. CURRY:
9      Object to the form.
10  A      Some interest.  Some interest.
11  MS. THOMPSON:
12  Q      The reviewer did ask for clarification
13  of the significance of SNPs.  Did the reviewer
14  state that the SNP findings were irrelevant?
15  A      Not in those terms.
16  Q      Did the reviewer state that the
17  methodology used to test for the SNPs was flawed?
18  A      You know, again, they're seeking
19  clarification.  That suggests to me that they
20  have a problem with the way it was done.
21  Wouldn't they --
22  Q      Did -- did the reviewer state the
23  methodology used to test the SNPs was flawed?
24  MS. CURRY:

Michael Birrer, M.D., Ph.D.

---

Page 354

```
 1          Sorry.  You keep cutting off his answer
 2    when he's not finished.
 3    MS. THOMPSON:
 4       Q     Were you finished?
 5       A     Well, I'm just asking what are they
 6    trying to clarify?
 7       Q     I'm just asking you did -- was there a
 8    comment that the methodology for testing the SNPs
 9    was flawed?
10    MS. CURRY:
11          Object to the form.
12       A     They do not say that.
13    MS. THOMPSON:
14       Q     Okay.  Did the reviewers state that the
15    SNP data was in a accurate?
16       A     I don't think they know.  It has to be
17    clarified.
18       Q     And are you aware that the same SNP
19    data was submitted to SGO as an abstract and
20    recently presented at the annual meeting?
21    MS. CURRY:
22          Object to the form.
23       A     The one --
24    MS. THOMPSON:
```

Page 355

```
 1       Q     As opposed to a presentation?
 2       A     The one in Honolulu -- the one in
 3    Honolulu --
 4       Q     Yes.
 5       A     -- Hawaii?  Yeah.  Yes.
 6       Q     Did you see that poster?
 7       A     No.
 8       Q     Did you speak with the -- the authors
 9    of the abstract and the paper?
10       A     No.
11       Q     Would that have been of interest to you
12    to -- to speak with the researchers?
13    MS. CURRY:
14          Object to the form.
15       A     Yeah.  So the poster section conflicted
16    with everything else I could do.  I didn't see
17    any posters.  But I think given my role on this,
18    I probably would not have gone, under any
19    circumstances.
20    MS. THOMPSON:
21       Q     Do you have any knowledge as to whether
22    either of these reviewers is a Johnson & Johnson
23    consultant or expert?
24       A     I have no -- no idea.
```

Page 356

```
 1       Q     Did the reviewer --
 2       A     I hope not.
 3       Q     Did either reviewer state that the data
 4    was poor?
 5    MS. CURRY:
 6          Object to the form.
 7       A     Not in that specific term.
 8    MS. THOMPSON:
 9       Q     Let's look at the reviewer from
10    Reproductive Sciences.
11          Are you going to give me yours?
12       A     I've got this pretty much memorized.
13    MS. EVERETT:
14          Did we put it back in the folder?  Here
15    is one.
16    MS. THOMPSON:
17       Q     Okay.  And the paper was accepted at
18    Reproductive Sciences.  Is that your
19    understanding, since it was eventually published?
20       A     Yes.
21       Q     Did the reviewers at Reproductive
22    Sciences make any statements regarding flawed
23    methodology, experiments, or analysis?
24    MS. CURRY:
```

Page 357

```
 1          Object to the form.
 2       A     I'm sorry.  I only see one reviewer;
 3    right?
 4    MS. THOMPSON:
 5       Q     We only have comments from one
 6    reviewer.  That's correct.
 7       A     Yeah.  And -- and they don't make that
 8    comment.
 9       Q     So I want to just go through Dr. Saed's
10    published paper --
11       A     Uh-huh.
12       Q     -- and discuss what was done in this --
13    just from the materials and methods.  We're not
14    in results yet.  Okay?
15          So Dr. Saed used the following cell
16    lines:  SKOV3, A2780, TOV11 -- or 112D.  And
17    those are all ovarian cancer cell lines; correct?
18       A     There is significant question about the
19    origin of 2780.
20       Q     Okay.
21       A     It may --
22       Q     But it is a cancerous cell line?
23       A     I would accept that.  Yeah.
24       Q     Okay.  And, then, there are also three
```

Michael Birrer, M.D., Ph.D.

Page 358

```
 1    noncancerous cell lines.  Agree?  The human
 2    primary normal ovarian epithelial cells from Cell
 3    Biologics Chicago, the human ovarian epithelial
 4    cells from Cell Biologics, and the human -- oops.
 5    A       Immortal one.
 6    Q       And the immortalized human fallopian
 7    tube secretory epithelial cells, FT33, from
 8    applied biologic materials.
 9            Would you agree those are three
10    noncancerous cell lines?
11    A       And when you're defining
12    "noncancerous," you mean they were not isolated
13    from a tumor?
14    Q       Correct.
15    A       Agree on that.
16    Q       Again, just going through the
17    methodology, were the cells grown in media and
18    conditions following manufacturer protocol?
19    MS. CURRY:
20            Object to the form.
21    A       I'm not really sure what the
22    manufacturer suggested.  But I don't -- I think
23    that the way they were cultured appeared okay to
24    me.
```

Page 360

```
 1    MS. CURRY:
 2            Object to the form.
 3    A       I believe so.
 4    MS. THOMPSON:
 5    Q       And using the realtime PCR -- RT-PCR,
 6    the -- the following assays were performed.  Beta
 7    actin for normalization of samples; right?
 8    A       Yes.
 9    Q       CAT, SOD3?
10    A       Uh-huh.
11    Q       GSR, GPX1, NOS2.  Are those the tests
12    that were performed with PCR?
13    A       Seven -- seven genes.
14    Q       Yes.
15    A       Including beta actin.
16    Q       And --
17    A       Yes.
18    Q       And by ELISA, Dr. Saed in his lab
19    tested CAT, SOD, GSR, GPX, NPO, and the CA-125
20    that we've talked about before; correct?
21    A       Yes.
22    Q       And Dr. Saed -- and those have all been
23    peer-reviewed and published in other studies
24    using ELISA and testing those --
```

Page 359

```
 1    MS. THOMPSON:
 2    Q       Appeared what?
 3    A       Okay to me.
 4    Q       Okay.  And you'll agree that the cells
 5    were seeded and treated with zero, 5, 20, or 100
 6    micrograms per mil of baby powder; correct?
 7    A       This is in Treatment of Cells?
 8    Q       Yes.
 9    A       Correct.
10    Q       And the -- so the talcum powder was
11    dissolved in DMSO; correct?
12    A       I am looking for that.  Do you see
13    that?
14    Q       It's in Treatment of Cells also.
15    A       Oh, okay.
16    Q       I went out of order.
17    A       Thank you.
18    Q       And are you aware that these doses have
19    previously been reported in peer-reviewed
20    literature --
21    MS. CURRY:
22            Object to --
23    MS. THOMPSON:
24    Q       -- for the study of talc?
```

Page 361

```
 1    MS. CURRY:
 2            Object to the form.
 3    A       Yes.
 4    MS. THOMPSON:
 5    Q       -- particular markers?
 6            And Dr. Saed performed the TaqMan SNP
 7    genotyping assay on all cell lines; correct?
 8    A       It's listed there.  Yes.
 9    Q       And those were performed by the Applied
10    Genomics Technology Center At Wayne State
11    University; correct?
12    A       Yes.
13    Q       And is it your understanding that this
14    is a core facility?
15    MS. CURRY:
16            Object to the form.
17    A       That, I don't know.  But it could be.
18    MS. THOMPSON:
19    Q       What is a core facility?
20    A       It's generally a facility that provides
21    standard assays, and everybody shares, and they
22    charge a fee.
23    Q       Is there some accreditation of core
24    facilities for quality control?
```

91 (Pages 358 to 361)

Michael Birrer, M.D., Ph.D.

Page 362

1    A       Usually it's institutional.  In other
2    words, it's not an external group.  But a
3    institution won't fund the core unless it's doing
4    decent work.
5        Q       And Dr. Saed and his researchers then
6    performed the cell proliferation and apoptosis
7    studies using the TACS MTT self-proliferation
8    assay; correct?
9    A       Yes.
10       Q       And -- and cast pace 3 after treatment
11   of all the cell lines with the various doses;
12   correct?
13   A       Yes.
14       Q       And you'll agree that all of these
15   tests have been performed, peer-reviewed, and
16   published previously by Dr. Saed and others;
17   correct?
18   MS. CURRY:
19            Object to the form.
20   A       I don't know that.  But these are
21   reasonably standard.
22   MS. THOMPSON:
23       Q       These are standardized --
24   A       Yeah.

Page 363

1    Q       -- testing methods.
2            All right.  Let -- let me just ask that
3    question again because we've got a -- these are
4    standardized testing methods; correct?
5    MS. CURRY:
6            Object to the form.
7    A       I don't know what you mean by
8    "standardized."  These are assays that many labs
9    use.  They're not being done in -- they're not
10   being done in a central CLIA-approved lab.
11   They're just being done by him and maybe a core
12   lab.
13   MS. THOMPSON:
14       Q       And I was just asking the question
15   because previously it got chopped into two pieces
16   on these are standardized -- yeah, testing
17   methods, all right.  So I was just trying to get
18   a single answer --
19   A       Yes.
20       Q       -- was the purpose of that question.
21           So these are standardized testing
22   methods; correct?
23   MS. CURRY:
24           Object to the form.

Page 364

1    A       They're generally accepted.  I --
2    "standardized" is a difficult word because it
3    implies some sort of external review or
4    standardization.  And that's not true.  These are
5    kits that are -- are bought and then they're
6    implemented in the lab.  You still don't know
7    whether it's really being done right, but --
8    MS. THOMPSON:
9        Q       Okay.  Well it sounds like --
10   A       -- but -- but -- but they're -- we're
11   familiar with these --
12       Q       Okay.
13   A       -- and there's nothing too much out of
14   the box there.
15       Q       And before, you said these are
16   standardized, yeah, so I was just going back to
17   that.
18   A       Right.
19       Q       I think we got the answer.
20           I'm about to start a little bit
21   different area.
22   MS. THOMPSON:
23           Do we want to take a break now or do
24   you want to go for another 30 minutes or so?

Page 365

1    MS. CURRY:
2            How much time do we have left on the
3    record?
4    VIDEOGRAPHER:
5            An hour and seven minutes.
6    MS. CURRY:
7            Do you want to take a final break now?
8    MS. THOMPSON:
9            Yeah.  I'll easily finish the rest, I
10   think, in an hour and seven minutes.
11   MS. CURRY:
12           Okay.
13   MS. THOMPSON:
14           Maybe even less.
15   VIDEOGRAPHER:
16           Off the record at 4:39 p.m.
17           (OFF THE RECORD.)
18   VIDEOGRAPHER:
19           We're back on the record at 4:50 p.m.
20   MS. THOMPSON:
21       Q       Dr. Birrer, I'd like to do another
22   chart with Dr. Saed's research so I can
23   understand what your opinions are regarding his
24   findings.  Okay?

Michael Birrer, M.D., Ph.D.

Page 366

1    A      Okay.
2    MS. CURRY:
3         And for the record, I object to the
4    creation of this chart.
5         (DEPOSITION EXHIBIT NUMBER 31 WAS
6         MARKED FOR IDENTIFICATION.)
7    MS. CURRY:
8         What's the exhibit number?
9    MS. THOMPSON:
10        And this would be Exhibit 31.
11   Q      And these are the tables taken from
12   Dr. Saed's manuscript. Does that looks right?
13   If you want to compare, you can.
14   A      Let me just compare.
15   MS. CURRY:
16        This from the published manuscript?
17   MS. THOMPSON:
18   Q      This is from the published manuscript?
19   A      This is from Figure 1, right?
20   Q      And -- and you'll agree that these
21   charts are generated from the raw data; correct?
22   MS. CURRY:
23        Object to the form.
24   A      It appears so.

Page 367

1    MS. THOMPSON:
2    Q      And --
3    A      Although I would say --
4    MS. GARBER:
5         Do you have two? Because your
6    co-counsel --
7    MS. THOMPSON:
8         No. That's just one copy, one exhibit.
9    A      These are -- for instance, the PCR is
10   normalized.
11   MS. THOMPSON:
12   Q      Okay. And this chart shows PCR and
13   ELISA for antioxidants; right?
14   MS. CURRY:
15        Object to the form.
16   MS. THOMPSON:
17   Q      The expression of antioxidants and the
18   activity of antioxidants CAT and SOV3; correct?
19   A      Correct.
20   Q      I want to go through this chart and
21   have you tell me "yes" or "no" for each of these
22   with each cell line.
23        Do you have an opinion as to whether
24   these results are accurate?

Page 368

1    MS. CURRY:
2         Object to the form.
3    A      I assume they are. I mean, in terms of
4    they reflect the actual raw data, yeah.
5    MS. THOMPSON:
6    Q      Right. So I'm going to put a Y --
7    A      Okay.
8    Q      -- for accurate.
9    A      Oh. You're looking at all of them?
10   Q      Oh. Do you have any --
11   MS. CURRY:
12        Do you have the published paper?
13   THE WITNESS:
14        I have it here. Right here.
15   MS. CURRY:
16        What exhibit is that?
17   THE WITNESS:
18        Yeah. Well, I'll have to say, that
19   does look different.
20   MS. THOMPSON:
21   Q      I can -- I'll represent that they were
22   cut and pasted from the manuscript. So if they
23   are different, it's a --
24   MS. CURRY:

Page 369

1         Okay. I'm sorry. I'm having a hard
2    time following --
3    A      But this --
4    MS. CURRY:
5         -- this because the data represented on
6    the exhibit is not reflective of the bar graphs
7    that are in the published manuscript.
8         So if you can just point us to where in
9    the published manuscript you're pulling this
10   from.
11   MS. THOMPSON:
12        All right.
13   A      This is -- the entire ordinate has
14   changed. This is 25. This is 100.
15   MS. THOMPSON:
16   Q      This is -- this is, from the chart,
17   this is Figure 1. The color came out a little
18   bit differently in the printing process,
19   but the --
20   MS. CURRY:
21        This is not Figure 1.
22   A      No. Not even close. This is, in fact,
23   Figure 3.
24   MS. THOMPSON:

93 (Pages 366 to 369)

Michael Birrer, M.D., Ph.D.

Page 370

1    Q      PCR, CAT, SOD3.  CAT activity and SOD
2    activity.
3    MS. THOMPSON:
4         Are y'all looking?  Mine are identical.
5    Can you be --
6    MS. CURRY:
7         On the published manuscript, this chart
8    does not represent --
9    MS. THOMPSON:
10        To Figure 1?
11   MS. CURRY:
12        -- to Figure 1.
13   MS. THOMPSON:
14        Let's go off the record.
15   VIDEOGRAPHER:
16        Going off the record at 4:55.
17        (OFF THE RECORD.)
18   VIDEOGRAPHER:
19        We're back on the record at 4:59 p.m.
20   MS. THOMPSON:
21   Q      Okay.  Now that we've got that
22   straightened out, so you'll agree that this is
23   the -- the chart that shows the expression of
24   antioxidant CAT and SKOV3 and the activity of the

Page 371

1    same; correct?
2    A      You're on Figure 1?
3    Q      I am on Figure 1, yes.
4    A      Yeah.  That's CAT and SKOV3?
5    Q      Yeah.
6    A      Yep.
7    Q      And we -- we are going through each
8    cell line.  The first column was Results
9    Accurate, and I think --
10   A      So let me -- let me revise that.
11   Q      Okay.
12   A      Because now I understand what we're
13   looking at.
14        So I think there's a serious problem in
15   the PCR, or at least I'd be concerned by that.
16   These PCR MRNA levels were normalized to beta
17   actin.  And I think most of us would accept that
18   using one housekeeping gene is not acceptable.  I
19   would expect at least two or three to make sure
20   that there isn't a change in the stability of
21   beta actin, which would throw off your
22   quantification levels of those genes.
23   Q      And do you think that would render
24   these results inaccurate?

Page 372

1    MS. CURRY:
2         Object to the form.
3    A      It could change them considerably,
4    yeah.
5    MS. THOMPSON:
6    Q      Do you want to change that to a
7    question mark, or do you want to change that to
8    no, they're not accurate?
9    MS. CURRY:
10        Object to the form.
11   A      Question mark will be fine.
12   MS. THOMPSON:
13   Q      And that would go for all cell lines?
14   A      Well, the technology -- the techniques
15   used was applied to all of them.
16   MS. CURRY:
17        Just so I know what we're doing here --
18   I'm sorry -- is when you're saying results
19   accurate in these four pictures, are -- are you
20   talking about -- like is that based on raw data
21   that's supposed to be in here?  I'm just not sure
22   what we're doing.
23   MS. THOMPSON:
24        These graphs are from the raw data.

Page 373

1    MS. CURRY:
2         But the raw data, we don't have.  That
3    hasn't --
4    MS. THOMPSON:
5         You've seen the raw data in the lab
6    notebooks and Dr. Saed has -- is this an
7    objection or is this --
8    MS. CURRY:
9         It's an object-- I'm just honestly --
10   I'm trying -- you're trying to have him create an
11   exhibit --
12   MS. THOMPSON:
13        That's a speaking objection.
14   MS. CURRY:
15        -- and I'm trying to find out --
16   MS. THOMPSON:
17        If he understands it, it doesn't really
18   matter whether you do or not, Dawn.  I mean --
19   MS. CURRY:
20        And that's fine if you don't want an
21   accurate record.  That's fine.
22   MS. THOMPSON:
23        And he hasn't expressed that he doesn't
24   understand.

94  (Pages 370 to 373)

Michael Birrer, M.D., Ph.D.

Page 374

1  MS. CURRY:
2      That's fine.
3  MS. THOMPSON:
4      Q    Dr. Birrer, do you understand what I'm
5  asking with this chart?  If not, I'll explain it.
6      A    Well, I -- I think -- it's a little bit
7  like the exercise this morning, which is we're
8  creating a document without all the information.
9  I don't have the raw data here.  I mean, yeah,
10  it's in the notebooks, I suppose, somewhere.
11     Q    And -- and you'll agree that these
12  charts are generated from raw data by a software
13  program.  Correct?
14          And Dr. Saed testified to that.
15  Correct?
16  MS. CURRY:
17          Object to the form.
18     A    Well, again, depending on what data's
19  put in --
20  MS. THOMPSON:
21     Q    Okay.
22     A    -- you could get completely different
23  results.
24     Q    I understand.  But we're gonna look at

Page 375

1  the data that was in the peer-reviewed published
2  paper.  Okay?
3          Are the results relevant?  And we can
4  go by each cell line.
5  MS. CURRY:
6          Object to the form.
7  MS. THOMPSON:
8     Q    And yes or no or you don't know.
9  MS. CURRY:
10          Object to the form.
11     A    Well, one of the challenges in this
12  paper is the purpose of the EL1 cell line.  I
13  don't think those results are relevant.
14  MS. THOMPSON:
15     Q    Okay.  The other lines?
16     A    The normal ovary, I would assume -- is
17  that primary cells?  Right?  We reviewed that?
18  Let me go back.
19          So I don't know if that's -- I don't
20  know if that's the HOS cell line or the -- the
21  ones from Cell Biologics.
22     Q    Is one relevant and one not?
23  MS. CURRY:
24          Object to the form.

Page 376

1     A    Well, I think the -- if you're gonna
2  call them normal, then the normal primary -- the
3  human primary normal ovarian cell lines would be
4  more relevant.
5  MS. THOMPSON:
6     Q    More relevant?  But either one would be
7  relevant.  Is that what you're saying?
8  MS. CURRY:
9          Object to form.
10     A    No.  I think the immortalized one is
11  not normal, so it wouldn't be relevant.
12  MS. THOMPSON:
13     Q    Okay.  So we'll make another column.
14          Well, we don't -- the immortalized and
15  the normal.
16          So the immortalized would be not
17  relevant?
18     A    Right.
19     Q    And the --
20     A    Yes.
21     Q    Maybe I should get a clean -- let's --
22  let's start over this chart.  That's okay.  I'll
23  make the next one neater.
24          Okay.  Let's start again.  And we're

Page 377

1  gonna distinguish between --
2     A    Uh-huh.
3     Q    -- the immortalized, which is IM on the
4  chart, and that's going to be not relevant;
5  right?
6     A    Correct.
7     Q    And the normal cells are relevant, in
8  your mind?
9     A    Uh-huh.
10     Q    How about the fallopian tube, the FT33?
11     A    Yeah.  So that's immortalized also, so
12  I don't think it's particularly relevant.
13     Q    Is it not relevant?
14  MS. CURRY:
15          Object to the form.
16     A    Uh-huh.
17  MS. THOMPSON:
18     Q    And that's because it's immortalized?
19     A    Uh-huh.
20     Q    Okay.  And 3, cancer cell lines?
21     A    So this is --
22  MS. CURRY:
23          Object to the form.
24     A    So this was a big -- this was a concern

95 (Pages 374 to 377)

Michael Birrer, M.D., Ph.D.

Page 378

1    in the paper, which is that, as you know, SKOV3
2    is a clear cell; we've got an endometrioid; and
3    we don't even know where 2780 comes from, so I
4    don't think they're relevant.
5    MS. THOMPSON:
6         Q    And that's because of lacking a clear
7    histologic relationship?
8    MS. CURRY:
9         Object to the form.
10   A    That's right.
11   MS. THOMPSON:
12        Q    Do those results show a biological
13   effect from talcum powder?
14   MS. CURRY:
15        Object to the form.
16   A    So I don't view that -- I don't -- I
17   guess the answer is -- biologic effects?
18   MS. THOMPSON:
19        Q    Does something happen when you put the
20   baby powder in the cell culture?
21   MS. CURRY:
22        Object to the form.
23   MS. THOMPSON:
24        Q    This is not related to whether you

Page 379

1    agree with how it was, the dosage, whether the
2    results are accurate or not.
3    MS. CURRY:
4         Object to the form.
5    A    Yeah.  It's really hard to interpret
6    this because, again, I believe he used a control
7    with DMSO.  DMSO has fairly dramatic effects and
8    he's not controlling for it.  So, you know, I
9    would say no.
10   MS. THOMPSON:
11        Q    No biologic effects?
12   A    No biologic effects.
13        Q    On any of the cell lines?
14   A    Correct.  Unless you call PCR effect --
15   you know, PCR quantification biologic.
16        Q    Do you have your exhibit there?
17   A    Exhibit --
18        Q    Oh, well.  We can -- we'll just use
19   mine.
20   A    This one?
21        Q    I wondered if you wanted to be filling
22   these in yourself.  But as long as you correct
23   my --
24   A    You go.

Page 380

1         Q    As long as you approve of my work, we
2    can -- we can switch the exhibit over to the one
3    I'm doing.
4    A    Uh-huh.
5         Q    If the results are accurate, do they
6    demonstrate a dose-dependent response?
7    MS. CURRY:
8         I object to the entirety of the
9    exercise --
10   MS. THOMPSON:
11        Okay.  You're --
12   MS. CURRY:
13        -- but I am following you in terms of
14   the accuracy of you putting his answers down on
15   the paper.
16   MS. THOMPSON:
17        Okay.  All right.  And we'll have the
18   record, too.
19   MS. THOMPSON:
20        Q    Do the answers show a dose-dependent
21   response?
22   MS. CURRY:
23        Object to the form.
24   A    So it depends on the cell line, I

Page 381

1    think.  Right?
2    MS. THOMPSON:
3         Q    Which cell line does not?  So --
4    MS. CURRY:
5         Object to the form.
6    A    If you look at the PCR, I don't know --
7    and you look at everything but EL1, I don't know
8    if those are statistically different.  If you --
9    if you pull it down, you can see it.
10   MS. THOMPSON:
11        Q    Oh, sorry.
12   A    Yeah.  See way on the top?
13        Q    If the paper says they were
14   statistically significant, does that matter?
15   MS. CURRY:
16        Object to the form.
17   A    Well, it doesn't look like it to me.
18   MS. THOMPSON:
19        Q    So are you gonna say no or you don't
20   know?
21   A    No.
22   MS. CURRY:
23        Object to the form.
24   MS. THOMPSON:

Michael Birrer, M.D., Ph.D.

Page 382

1    Q      On all cell lines?
2    A      No.  For EL1.  Normal ovary.
3           So, actually, for -- for -- what is
4    that?  That's B, SKOV3.  So for SKOV3, it looks
5    like nothing.  It's -- from the MRNA level, it's
6    all suppressed.  It's all very low.  I don't
7    see -- I don't see -- if there's a P-value there,
8    what is it between?  The control and the 5?  The
9    control and the 20?  The 20 and the 100?  I don't
10   know.
11          The ELISA looks like -- this is for
12   SKOV3; right?  The ELISA looks like there's no
13   effect until you get to 20 or 100.
14   Q      And you're eyeballing the statistical
15   significance of these charts?
16   A      Well, that's why they --
17   MS. CURRY:
18          Object to the form.
19   A      That's why they put arrow bars in
20   there.
21   MS. THOMPSON:
22   Q      So reading Dr. Saed's results in the
23   manuscript --
24   A      Uh-huh.

Page 383

1    Q      -- the CAT and SKOV -- this is Figure
2    1 -- "MRNA and protein levels were significantly
3    in a dose-dependent manner in talc-treated cells
4    compared to controls."
5           Do you disagree with Dr. Saed's
6    analysis?
7    A      I disagree with that statement.
8    Q      So you're going to say, regardless of
9    Dr. Saed's peer-reviewed conclusion, your
10   opinion, these do not show a dose-dependent
11   response --
12   MS. CURRY:
13          Object to the form.
14   MS. THOMPSON:
15   Q      -- based on your eyeballing of the
16   chart?
17   MS. CURRY:
18          Object to the form.  That's --
19   A      Well, that -- I disagree with that
20   statement.  That implies that these are all
21   statistically significant, and I can't imagine
22   that's true, given the arrow bars.  But it would
23   be very helpful to have the raw data.
24   MS. THOMPSON:

Page 384

1    Q      Well, you had the raw data to review,
2    didn't you?
3    MS. CURRY:
4           Object to the form.
5    MS. THOMPSON:
6    Q      It's on your materials considered list.
7    A      Well, his notebooks were very difficult
8    to interpret.
9    Q      All the raw data was in his notebooks.
10   If it -- if you are saying these results were not
11   accurate, could you have looked it up in the lab
12   notebooks?
13   MS. CURRY:
14          Object to the form.
15   A      Yeah, I don't know.  I'd have to go
16   back and look at it.  There were --
17   MS. THOMPSON:
18   Q      Did you do that?
19   MS. CURRY:
20          Object to the form.
21   A      I looked at his notebooks.  They were
22   extremely hard to follow.
23   MS. THOMPSON:
24   Q      Did you ask someone --

Page 385

1    MS. CURRY:
2           Object to the form.
3    MS. THOMPSON:
4    Q      -- to get information?  Because what's
5    your evidence that the data wasn't included in
6    the lab notebooks?
7    MS. CURRY:
8           Object to the form.
9    A      Well, I -- again, his notebooks were
10   very poorly organized.  There were things that
11   were whited out.  So it was hard to follow.
12   MS. THOMPSON:
13   Q      Okay.  What was whited out?  Seriously.
14   Was there any data whited out?
15   MS. CURRY:
16          Object to the form.
17   MS. THOMPSON:
18   Q      You're making --
19   A      Well, do you have them here?
20   MS. THOMPSON:
21   Q      I do.
22   MS. CURRY:
23          And the deposition transcript?
24   MS. THOMPSON:

97 (Pages 382 to 385)

Michael Birrer, M.D., Ph.D.

Page 386

1        I need the lab notebooks.  Let's just
2   answer this, and I think we're going to move on
3   to something else.
4   Q        In your opinion, are the results
5   dose-deponent?
6   MS. CURRY:
7            Object to the form.
8   A        So I -- I guess the way to handle that
9   would be for -- there looks like there's a dose
10  dependency for some of the cell lines in certain
11  conditions but not all of them.  Is that fair to
12  say?
13  MS. THOMPSON:
14  Q        Well, so you don't believe
15  Dr. Saed's --
16  A        Conclusions.
17  Q        -- conclusions?
18  A        I don't agree with that one statement.
19  His statement is that basically all of the time
20  points demonstrated a dose-dependant effect of
21  talc.  If that's true -- you can't see it here.
22  You see it in some.
23  Q        Did -- did any of the peer-reviewers
24  raise a question about that statement?

Page 387

1   A        No.
2   Q        And, in fact, the peer-reviewers said
3   his conclusions reflected the results; correct?
4   MS. CURRY:
5            Object to the form.
6   MS. THOMPSON:
7   Q        The peer-reviewer that commented on it?
8   A        The one reviewer.
9   Q        The only one that commented on it?
10  A        Yeah.
11  Q        So are these question marks or which --
12  which cell lines do you think are statistically
13  significant?
14  A        Yeah.  I think that's -- I think that's
15  probably reasonable, question marks.
16  Q        Question marks on everything?
17  A        Yeah.
18  Q        And there's plenty of discussion for us
19  to go back and figure out the reasoning for that.
20           We may come back to the chart, but
21  there's some other things I want to cover, so
22  we'll -- we'll leave that with you disagreeing
23  with Dr. Saed's analysis.
24           Did you look at Dr. Saed's previous

Page 388

1   publications using the same methodology and the
2   same assays?
3   MS. CURRY:
4            Object to the form.
5   A        I didn't -- I didn't go through all of
6   his papers, no.
7   MS. THOMPSON:
8   Q        Did you go through any of his previous
9   papers?
10  MS. CURRY:
11           Object to the form.
12  A        I can't recall going through papers
13  that used this technology.
14  MS. THOMPSON:
15  Q        But this technology has been
16  peer-reviewed and published --
17  MS. CURRY:
18           Object to the form.
19  A        Yes.
20  MS. THOMPSON:
21  Q        -- previously?
22           And you're aware that Dr. Saed has
23  presented four abstracts based on this research;
24  correct?

Page 389

1   A        I believe so.
2   Q        And abstracts are generally reviewed
3   prior to acceptance at a national meeting;
4   correct?
5   MS. CURRY:
6            Object to the form.
7   A        Usually there's a program committee
8   that will review them.
9   MS. THOMPSON:
10  Q        And would you agree that, generally,
11  four to six reviewers look at abstracts when
12  making the decision which to accept for a
13  meeting?
14  MS. CURRY:
15           Object to the form.
16  A        It depends on the organization.  But
17  there usually is -- it's certainly more than one
18  person.
19  MS. THOMPSON:
20  Q        If -- if I told you Society For
21  Reproductive Investigation typically has four to
22  six reviewers and SGO has four to five reviewers
23  for each abstract, does that sound reasonable?
24  MS. CURRY:

98 (Pages 386 to 389)

Michael Birrer, M.D., Ph.D.

Page 390

1          Object to the form.
2     A     You know, I think for the first
3    society, the former one, I'm not familiar with
4    them, but it sounds reasonable.
5          SGO, I've been on the program
6    committee.  Sometimes it's a little less than
7    that depending on how many abstracts you get.
8    MS. THOMPSON:
9     Q     At least for this year, there were four
10    to five reviewers, and the abstracts were scored
11    numerically.
12          Are you familiar with that system?
13    MS. CURRY:
14          Object to the form.
15    A     I am.
16    MS. THOMPSON:
17    Q     And the -- and the top scoring
18    abstracts were accepted for presentation?
19    A     Usually they'll put a cutoff on it,
20    yeah.
21    Q     And in the two criteria that SGO
22    reviewers looked at were, one, scientific
23    validity; and two, clinical relevance.
24          Does that sound right?

Page 391

1    MS. CURRY:
2          Object to the form.
3    A     That, I don't know.
4    MS. THOMPSON:
5    Q     And -- and you'll agree that the
6    mutation, the SNP data, was presented as a poster
7    at this year's SGO meeting; correct?
8    MS. CURRY:
9          Object to the form.
10    A     I didn't -- I didn't go to that poster,
11    so I don't know what was on it.  If it was a --
12    if it was similar to the paper, I would assume
13    so.
14    MS. THOMPSON:
15    Q     Okay.  So if you have the manuscript
16    that was reviewed by at least two reviewers and
17    the editors of Gynecologic Oncology, you have the
18    manuscript that was reviewed by at least one
19    editor -- one reviewer and editor for
20    Reproductive Sciences.  You have abstracts that
21    are each reviewed by four to five reviewers.  He
22    also has a book chapter that was reviewed,
23    peer-reviewed by editors which included this
24    data.

Page 392

1          You would agree with me that there have
2    been at least 20 to 30 eyes on this research;
3    correct?
4    MS. CURRY:
5          Object to the form.
6    MS. THOMPSON:
7    Q     In various levels of review.
8    MS. CURRY:
9          Object to the form.
10    A     20 to 30 sounds a little excessive but
11    probably --
12    MS. THOMPSON:
13    Q     Well, four abstracts, four to five
14    reviewers each --
15    A     Oh, you're saying all of it?
16    Q     Yeah.  Combined.
17    MS. CURRY:
18          Objection.
19    MS. THOMPSON:
20    Q     Would you agree that there have been at
21    least 25 eyes on this research?
22    A     Uh-huh.  Some could have overlapped.
23    MS. GARBER:
24          Or 50 eyes, since there's two.

Page 393

1    MS. THOMPSON:
2    Q     Fifty eyes.
3          Are you aware of any other reviewers
4    that raised the serious concerns that you seem to
5    have with Dr. Saed's paper --
6    MS. CURRY:
7          Object to the form.
8    MS. THOMPSON:
9    Q     -- and -- and research?
10    A     I don't know any of the reviewers for
11    the abstracts or the SGO.  That's all kept
12    confidential.  So none of them have -- I haven't
13    any firsthand knowledge that they said to me.
14    But the review process hasn't raised -- hasn't
15    necessarily raised the issues that I've raised.
16    Q     Okay.
17    A     But that doesn't change my opinion.
18    Q     I didn't ask you, actually.  If it did,
19    I didn't expect it to.
20          I want to go through -- oh.
21          (DEPOSITION EXHIBIT NUMBER 32 WAS
22          MARKED FOR IDENTIFICATION.)
23    MS. THOMPSON:
24    Q     And did you -- did you review

Michael Birrer, M.D., Ph.D.

Page 394

1    Dr. Saed's review article published in
2    Gynecologic Oncology in 2017?
3    A      I think I saw this. Is this on
4    oxidative stress?
5    Q      Yes.
6    A      Yeah. Yeah.
7    Q      And -- and do you know if this review
8    article was invited or submitted and
9    peer-reviewed in the process?
10   A      I don't know.
11   Q      But, as you've testified before, and
12   typically authors of review articles in reputable
13   journals are felt to be experts in the field;
14   correct?
15   MS. CURRY:
16          Object to the form.
17   A      They generally are.
18   MS. THOMPSON:
19   Q      And --
20   MS. CURRY:
21          Did you mark this as an exhibit?
22   MS. EVERETT:
23          It's Exhibit 32.
24   MS. THOMPSON:

Page 395

1          32.
2    MS. CURRY:
3          Okay. Thank you.
4    MS. THOMPSON:
5    Q      And just looking at the abstract on --
6    well, first on the highlights -- this review
7    article updates the role of oxidative stress and
8    the pathogenesis of ovarian cancer.
9          The first highlight is "Oxidative
10   Stress Plays an Essential Role in the
11   Pathogenesis of Ovarian Cancer."
12   A      Where are you? I'm sorry.
13   Q      The highlights at the top.
14   A      Oh. The bullet points?
15   Q      Bullet point, highlights.
16   A      Okay.
17   Q      And you'll agree that -- that statement
18   is essentially the same as the one in the talcum
19   powder article that was asked to be removed
20   because of the data not supporting that
21   statement; correct?
22   MS. CURRY:
23          Object to the form.
24   A      You're going on submission?

Page 396

1    MS. THOMPSON:
2    Q      Yes.
3    A      It's not the same phrase. Essential
4    role -- actually, the essential role here is
5    pretty narrow. But it -- but, you know, I
6    wouldn't quibble about that. It's in the same
7    range.
8    Q      It's a similar concept that's -- that
9    was published in the review article; correct?
10   A      Uh-huh.
11   MS. CURRY:
12          Object to the form.
13   MS. THOMPSON:
14   Q      Reading the abstract "Clinical and
15   epidemiological investigations have provided
16   evidence supporting the role of reactive oxygen
17   species, ROS, and reactive nitrogen species, RNS,
18   collectively known as oxidative stress in the
19   etiology of cancer."
20          Would you agree with that statement?
21   MS. CURRY:
22          Object to the form.
23   A      Yep.
24   MS. THOMPSON:

Page 397

1    Q      "Exogenous factors such as chronic
2    inflammation, infection and hypoxia are major
3    sources of cellular oxidative stress."
4          Would you agree with that statement?
5    MS. CURRY:
6          Object to the form.
7    A      Well, I would just refine it to say
8    they were sources. I don't know if they're the
9    major sources. In certain conditions there may
10   be other sources. So it's a little bit of a
11   generality.
12   MS. THOMPSON:
13   Q      "Specifically oxidative stress plays an
14   important role in the pathogenesis,
15   neoangiogenesis and dissemination of local or
16   distant ovarian cancer, as it is known to induce
17   phenotypic modifications of tumor cells by
18   crosstalk between tumor cells and the surrounding
19   stroma."
20          Do you agree with that statement?
21   A      Well, that's a mouthful. There's a lot
22   in there, and I'm not so sure I know exactly what
23   he's talking about. Pathogenesis is pretty
24   general. Blood vessel formation is a different

Michael Birrer, M.D., Ph.D.

Page 398

1    process. So --
2    Q      But certainly the reviewers and the
3    editors of the journal, when they published the
4    review article --
5    A      Uh-huh.
6    Q      -- thought that was accurate
7    information; correct?
8    A      They did.
9    MS. CURRY:
10          Object to the form.
11   A      Yeah.
12   MS. THOMPSON:
13   Q      Going to Table 1 on page 598, that's a
14   "Summary of the Oxidant and Antioxidant
15   Expression and Sensitive and Chemoresistant
16   Ovarian Cancer." You'll agree that these were
17   essentially the same markers that Dr. Saed
18   studied in the talcum powder experiments;
19   correct?
20   MS. CURRY:
21          Object to the form.
22   MS. THOMPSON:
23   Q      NPO, INOS?
24   A      I think so. I think so. I'm just

Page 399

1    checking all of them. Did they --
2    Q      And generally speaking.
3    A      Certainly the lower list is all in
4    there, yeah.
5    Q      So -- so these -- these oxidants,
6    antioxidants that Dr. Saed studied with the
7    talcum powder, he had published before; correct?
8    MS. CURRY:
9           Object to the form.
10   A      Well, this is a review article. He's
11   not publishing primary data right now. He's just
12   noting it.
13   MS. THOMPSON:
14   Q      A review article noting the relevance
15   of those assays for oxidative stress in ovarian
16   cancer; correct?
17   MS. CURRY:
18          Object to the form.
19   A      Well, again, I'm refining that a little
20   bit because this table really looks for
21   expression comparing standard ovarian cancer to
22   chemoresistance. That's really not what this
23   paper is about. So it's kind of apples and
24   oranges.

Page 400

1    MS. THOMPSON:
2    Q      But the -- but the markers are the
3    same, essentially?
4    MS. CURRY:
5           Object to the form.
6    A      The markers are the same.
7    MS. THOMPSON:
8    Q      And they're published in this review
9    article, correct, in Gynecologic Oncology?
10   A      They're reported here and published.
11   Q      And you'll agree there have been some
12   other molecular studies relating to talcum powder
13   and cell culture; correct?
14   MS. CURRY:
15          Object to the form.
16   A      I believe so.
17   MS. THOMPSON:
18   Q      Are you familiar with a Shukla paper?
19   A      Yes, I am.
20   Q      I'll mark the Shukla paper Exhibit 33.
21          (DEPOSITION EXHIBIT NUMBER 33 WAS
22          MARKED FOR IDENTIFICATION.)
23   MS. THOMPSON:
24   Q      Okay. And this paper was published in

Page 401

1    2008; correct?
2    MS. CURRY:
3           Object to the form.
4    MS. THOMPSON:
5    Q      Sorry. Received in --
6    A      That was in '9.
7    Q      In formal form, 2008.
8    MS. CURRY:
9           Do you have a copy?
10   A      This is in 2009, I have it.
11   MS. THOMPSON:
12   Q      The title is "Alterations in Gene
13   Expression in Human Mesothelia Cells Correlate
14   with Mineral Pathogenicity."
15          Is that the title of this paper that
16   you have?
17   A      Yes. Yes.
18   Q      Okay. And it was published in --
19   A      I have it 2009.
20   Q      Oh. No. We're looking at -- I'm
21   looking at that received in final form, and
22   you're -- when it actually appeared. You're
23   correct. 2009.
24          And this paper looked at cell culture

101 (Pages 398 to 401)

Michael Birrer, M.D., Ph.D.

Page 402

1    with asbestos applied; correct?
2    A       This looked at asbestos, nonfibrous
3    talc, and titanium dioxide.
4    Q       Correct.
5    A       Or glass beads.
6    Q       And if you'll turn to Table 2, it
7    reports on gene expression and mesothelial cells
8    at low and high doses at 8 and 24 hours for the
9    low dose and 8 hours for the high dose. Correct?
10   A       This is genes that are affected by
11   asbestos.
12   Q       Correct.
13           And, then, if you'll look at table --
14   A       And this -- sorry.
15   Q       -- Table 3, which are the genes
16   upregulated by nonfibrous talc, you'll see that
17   testing was done at 8 hours at low and high dose.
18   And it appears that there was no testing done at
19   24 hours for talc.
20           Is that your understanding?
21   A       I believe so.
22   Q       And, yet, there --
23   A       I'm sorry. Can I refine that?
24   MS. CURRY:

Page 403

1           Object to the form. Sorry.
2    A       They were -- it was checked but the
3    changes were not observed.
4    MS. THOMPSON:
5    Q       Where do you see that?
6    A       Well, that may be -- hang on. "These
7    are mesothelial cells..." Yeah. Right --
8    assuming I'm reading this right.
9           Right below the table it says "...were
10   initially -- were observed initially with talc at
11   8 hours. However, these changes were not
12   observed at 24 hours. Suggesting that the human
13   mesothelial cells adapt to this mineral."
14   Q       If you'll look at Table -- at Figure
15   4 --
16   A       Figure 4.
17   Q       -- you do see that there are
18   significant increases in both nonfibrous talc and
19   the crocidolite asbestos; correct?
20   MS. CURRY:
21           Object to the form.
22   A       So this is quantitative PCR of two
23   genes; right? This is ATF3?
24   MS. THOMPSON:

Page 404

1    Q       Yeah, ATF.
2            And those are cancer genes; correct?
3    Or genes affiliated -- associated with cancer?
4    MS. CURRY:
5            Object to the form.
6    A       Well, a lot of genes are.
7            AFT3 --
8    MS. THOMPSON:
9    Q       ATF3 and interleukin 8 are often
10   studied in relationship to cancer association;
11   correct?
12   MS. CURRY:
13           Object to the form.
14   A       I'd say interleukin 8. I don't -- I
15   know of less data for ATF3. It's a transcription
16   factor, so I don't know the story there.
17           But your original question, these are
18   statistically significant increases at 8 hours
19   for talc; right?
20   MS. THOMPSON:
21   Q       And 24 hours for talc was not
22   performed; correct?
23   MS. CURRY:
24           Object to the form.

Page 405

1    A       It was performed but they didn't see
2    any changes.
3    MS. THOMPSON:
4    Q       Was it performed at the high dose?
5    A       Well, let's see. I can't answer that.
6    It may be buried in here somewhere. I do -- I do
7    note that in this paper they didn't detect a lot
8    of gene changes with talc.
9    Q       They did detect gene changes with talc,
10   did they not?
11   MS. CURRY:
12           Object to the form.
13   A       Well, they didn't detect a lot. There
14   were some.
15   MS. THOMPSON:
16   Q       I didn't ask if there were a lot.
17   There were gene changes with talc?
18   A       Uh-huh.
19   Q       Would you consider that a biological
20   effect?
21   MS. CURRY:
22           Object to the form.
23   A       So, I -- yeah. I don't consider it
24   biologic. It may be transcriptional.

102 (Pages 402 to 405)

Michael Birrer, M.D., Ph.D.

Page 406

1    MS. THOMPSON:
2    Q     And you've looked at the Buz'Zard
3    paper; correct?  The Pycnogenol paper, does that
4    sound familiar?
5    A     Well, I don't recognize that name.
6    Yeah.  I did look at it.
7    Q     Okay.  I'm gonna mark that as Exhibit
8    34.
9          (DEPOSITION EXHIBIT NUMBER 34 WAS
10              MARKED FOR IDENTIFICATION.)
11   MS. THOMPSON:
12   Q     And you'll agree that this paper looked
13   at neoplastic transformation in humans' ovarian
14   cell cultures exposed to talc; correct?
15   A     Well, this gets back to what we
16   discussed before.  I think they -- they -- the
17   title says it and they -- and they argue that
18   what they've shown is transformation.  I don't --
19   I don't agree with that.
20   Q     Well, at least the authors say that, in
21   reading from the abstract, two-thirds of the way
22   down, "Talc increased proliferation, induced
23   neoplastic transformation and increased ROS
24   generation timed dependently in the ovarian cells

Page 407

1    and dosed dependently in the p.m."
2          And that's at least what the authors
3    conclude; right?
4    A     That's what they say in the abstract,
5    yes.
6    Q     And also conclude that "The data
7    suggests that talc may contribute to ovarian
8    neoplastic transformation" --
9    A     Where are you now?  I'm sorry.  The
10   next sentence?
11   Q     Next-to-last sentence.
12   A     Yep.
13   Q     "The data suggests that talc may
14   contribute to ovarian neoplastic transformation
15   and Pyc reduced the talc-induced transformation."
16        That's what the authors concluded;
17   correct?
18   A     That's what they say.
19   Q     Do either the Shukla paper or the
20   Buz'Zard paper refute Dr. Saed's research
21   findings?
22   MS. CURRY:
23        Object to the form.
24   A     I don't think Shukla does.  I'd have to

Page 408

1    think about Buz'Zard.  I'd have to cross-compare
2    that.
3    MS. THOMPSON:
4    Q     Well, I'm just asking you if it refutes
5    his findings.
6    MS. CURRY:
7          Object to the form.
8    A     No.  I -- I'm thinking about that.  I
9    think his ROS generation is a little bit
10   different, Buz'Zard.
11   MS. THOMPSON:
12   Q     The ROS generation may be a little bit
13   different, but it does show ROS generation in
14   that paper; correct?
15   MS. CURRY:
16        Object to the form.
17   A     Now, the Buz'Zard was -- was, for lack
18   of a better term, bizarre, because there were
19   differential effects in terms of production of
20   ROS depending on the concentration.  So I found
21   it very difficult.  And the interpretation that
22   they had was, I thought, misleading.
23   MS. THOMPSON:
24   Q     But the question was:  Did it in any

Page 409

1    way refute Dr. Saed's findings?
2    MS. CURRY:
3          Object to the form.
4    A     In -- in terms of comparing this to
5    that?
6    MS. THOMPSON:
7    Q     Yes.
8    A     I'd have to take a close look at that.
9    It's not something I thought about.
10   Q     Okay.  But there's nothing that's
11   obvious that refutes Dr. Saed's --
12   A     It's not leaping out to me.
13        (DEPOSITION EXHIBIT NUMBER 35 WAS
14              MARKED FOR IDENTIFICATION.)
15   MS. THOMPSON:
16   Q     Okay.  I'm marking as Exhibit 35 a
17   paper by Akhtar from 2010.
18        Have you seen this paper?
19   A     This one, I don't think I reviewed.
20   Let me just see if it's on my list.  No.
21   Q     And are you aware from Dr. Saed's
22   deposition that he referred to the -- this paper
23   to establish his dosages for the talc experiments
24   that Dr. Saed performed?

103 (Pages 406 to 409)

Michael Birrer, M.D., Ph.D.

Page 410

1   A    In terms of what he did?
2   Q    Yes.
3   A    No, I didn't. I'm not aware of that
4   from his deposition.
5   Q    Looking at the paper --
6   A    Yeah.
7   Q    -- does that look reasonable?
8   MS. CURRY:
9        Object to the form.
10  A    This is way out of my purview with iron
11  mediated lipid peroxidase in A459 cells, which
12  are lung cancer. I don't know the relevance of
13  this to what we're addressing here.
14  MS. THOMPSON:
15  Q    Well, let's read what he says --
16  A    Sure.
17  Q    -- in the abstract.
18       "Talc particles, the basic ingredient
19  in different kinds of talc-based cosmetic and
20  pharmaceutical products pose a health risk to
21  pulmonary and ovarian systems due to domestic and
22  occupational exposures."
23       Is that what the authors say?
24  A    Correct.

Page 411

1   Q    So at least the authors thought that
2   this experiment had relevance to talc-based
3   cosmetic products; correct?
4   MS. CURRY:
5        Object to the form.
6   A    Yeah. I think it's in that sentence.
7   MS. THOMPSON:
8   Q    And at least the authors thought that
9   these experiments had relevance to the ovarian
10  system; correct?
11  MS. CURRY:
12       Object to the form.
13  A    Well, they mentioned it. And as a -- I
14  think as a premise to the experiment. That
15  doesn't mean it's relevant.
16  MS. THOMPSON:
17  Q    Well, it's a -- you would assume that
18  if it's a premise to do the experiment, that they
19  thought the experiments would be relevant to the
20  question that they're asking; correct?
21  MS. CURRY:
22       Object to the form.
23  A    There's no question there. That's a
24  statement. It's in the --

Page 412

1   MS. THOMPSON:
2   Q    Well, it's the first statement of the
3   abstract.
4   A    Right.
5   Q    Do you think that's just an irrelevant
6   statement, that they put as the first -- the
7   introductory sentence to their paper?
8   MS. CURRY:
9        Object to the form.
10  A    Well, I think that's their supposition.
11  They make that statement. I get it. But that
12  doesn't mean that this experiment is relevant to
13  that.
14  MS. THOMPSON:
15  Q    I'm asking do the authors think it was
16  relevant?
17  MS. CURRY:
18       Object to the form.
19  A    You'd have to address it with them. I
20  don't know.
21  MS. THOMPSON:
22  Q    "The talc particles, the basic
23  ingredient in different kinds of talc-based
24  cosmetic and pharmaceutical products pose a

Page 413

1   health risk to pulmonary and ovarian systems due
2   to domestic and occupational exposure."
3        And then they go on to why they're
4   studying talc particles.
5        Is -- is it your testimony that you
6   don't know whether the authors thought that was
7   relevant or not?
8   MS. CURRY:
9        Object to the form.
10  A    Well, it's speculation. I don't know
11  what was in their mind. I can read this. I see
12  what they did. And that opening statement is,
13  again, sort of setting the -- setting the plate.
14  But is this system relevant to that? I don't
15  know. Lipid peroxidation --
16  MS. THOMPSON:
17  Q    But -- but you would agree that the
18  peer-reviewers and the editors of this journal
19  accepted this paper with the introduction that
20  talc particles posed a risk to pulmonary and
21  ovarian systems and that the investigators at
22  least did the experiments and published the
23  paper; correct?
24  MS. CURRY:

104 (Pages 410 to 413)

Michael Birrer, M.D., Ph.D.

Page 414

1          Object to the form.
2     A     Did the work and published the paper.
3     Agree.
4     MS. THOMPSON:
5     Q     And in the conclusion, the authors
6     state "We have presented a preliminary data on
7     the toxicity response elicited by the two types
8     of talc nano particles depending on their
9     different geologic origin," and then go on to
10    conclude, the end, "Data clearly suggests that
11    exposure to talc, particularly nanopowder, should
12    be protected in humans at risk of occupational as
13    well as domestic exposure."
14         That's the conclusions of the authors
15    based on this research; correct?
16    A     That's the last sentence?  Is that the
17    last sentence?
18    Q     Yes.
19    A     Yeah.  That's what they say.
20    Q     That is in the conclusion?
21    A     That's what they say.
22    Q     And that is the "Conclusion" section of
23    the paper; correct?
24    A     Correct.

Page 415

1          (DEPOSITION EXHIBIT NUMBER 36 WAS
2          MARKED FOR IDENTIFICATION.)
3     MS. THOMPSON:
4     Q     I'm marking as Exhibit 36 another paper
5     by Akhtar and colleagues published in 2012.
6     Have you seen that paper, Dr. Birrer?
7     A     No.
8     Q     This paper is titled "Cytotoxicity and
9     Apoptosis" --
10    MS. CURRY:
11         Do you have a copy?  Sorry.
12    MS. THOMPSON:
13         I'm sorry.
14    MS. CURRY:
15         Thank you.
16    MS. THOMPSON:
17    Q     This paper is titled "Cytotoxicity and
18    Apoptosis Induction by Nano-Scale Talc Particles
19    From Two Different Geographical Regions in Human
20    Lung Epithelial Cells."
21         Is it your opinion that this paper is
22    irrelevant because it tested the biological
23    effects of talc in human lung epithelial cells?
24    MS. CURRY:

Page 416

1          Object to the form.
2     A     Well, I just saw it.  I haven't
3     reviewed it.  I would be concerned that they're
4     in a completely different cell system.  And, as
5     you know, there's just huge differences in tissue
6     responses.
7     MS. THOMPSON:
8     Q     Would that automatically make it
9     irrelevant, in your mind?
10    MS. CURRY:
11         Object to the form.
12    A     I would -- I'd like to read the paper.
13    But I'd be concerned.  I would start out with a
14    certain concern about that and then go through
15    the paper.
16    MS. THOMPSON:
17    Q     Okay.  We can go off the record, and
18    you -- you can look at the paper.
19    A     Okay.
20    VIDEOGRAPHER:
21         Off the record at 5:38 p.m.
22         (OFF THE RECORD.)
23    VIDEOGRAPHER:
24         We're back on the record at 5:40 p.m.

Page 417

1     MS. THOMPSON:
2     Q     Dr. Birrer, this article titled
3     "Cytotoxicity and Apoptosis Induction by
4     Nano-Scale Talc Particles from Two Different
5     Geographical Regions in Human Lung Epithelial
6     Cells" is by the same authors of the paper we
7     just discussed; right?
8     A     Correct.  I don't know if they're all
9     on here, but it's the same group.
10    Q     Same group.
11    A     Yeah.
12    Q     Going to the last sentence on the first
13    page in the introduction, the authors state:
14    "Epidemiologic evidence also suggest a possible
15    association between genital use of talcum powder
16    and risk of ovarian cancer.  Talc also appears to
17    induce reactive oxygen, ROS, generation,
18    oxidative stress, and inflammation."
19         Is that what the authors state
20    regarding the epidemiology of talcum powder and a
21    reason for studying the cellular response?
22    MS. CURRY:
23         Object to the form.
24    A     So the first statement is about

105 (Pages 414 to 417)

Michael Birrer, M.D., Ph.D.

Page 418

1    epidemiologic evidence. The second statement is
2    about reactive oxygen species. And they don't
3    say anything about why there's a reason to study.
4    They just make those statements.
5    MS. THOMPSON:
6    Q     Is it your testimony that they would
7    just put -- put that statement in randomly in the
8    introduction to their paper about cytoxicity and
9    apoptosis with talc particles?
10   MS. CURRY:
11         Object to the form.
12   A     It wouldn't be random. But, again, I
13   think it's just a piece of information that this
14   has been studied before in a different system.
15   MS. THOMPSON:
16   Q     And you would -- and they cite to
17   Buz'Zard, the paper we just reviewed; correct?
18   A     Uh-huh. Yes.
19   Q     And they start -- cite to Langseth;
20   correct?
21   A     Yes.
22   Q     And in previous testimony you have
23   testified that you think that Langseth is a -- is
24   a high-quality paper. Do you remember that?

Page 419

1    MS. CURRY:
2          Object to the form.
3    A     Yeah. I'd have to see that.
4    MS. THOMPSON:
5    Q     Okay.
6    A     But I'm more familiar with Buz'Zard.
7    Q     Okay. Well, we just looked at that
8    one; right?
9          But at least --
10   A     Yeah.
11   Q     -- that's what the authors state in
12   their introduction --
13   A     Yeah.
14   Q     -- regarding talc; correct?
15   A     Yes.
16   Q     And, then, we'll just go to the
17   conclusion.
18   A     Uh-huh.
19   Q     The last paragraph. "In conclusion,
20   both IN" -- which is Indian nano particles or
21   nano talc -- "and CN" -- which is commercial nano
22   talc particles, "significantly induce
23   cytotoxicity, oxidative stress and apoptosis in
24   human lung epithelial cells."

Page 420

1          Is that what the authors conclude from
2    the experiments that they did on nano talc
3    particles?
4    A     That's what they say right there, yeah.
5    Q     And we've established earlier that the
6    baby powder is a mixed particle-sized product;
7    correct?
8    MS. CURRY:
9          Object to the form.
10   A     Well, we talked about talc particles,
11   and I simply said my understanding is not as a
12   mineralogist, but my understanding is a different
13   spectrum. I don't --
14   MS. THOMPSON:
15   Q     And do you know one way or the other
16   whether some of the particles in baby powder
17   could be classified as nano particles?
18   A     No, I don't know that.
19   Q     Do either of the Akhtar papers that we
20   just looked at refute Dr. Saed's research?
21   MS. CURRY:
22         Object to the form.
23   A     The only comment I would make on that
24   is that this -- and again, I looked at this for

Page 421

1    literally five minutes, but I went through some
2    of the figures. This paper shows a lot of
3    cytotoxicity and apoptosis with the effect of
4    talc. That's -- and this is actually in a cancer
5    cell line; right? It's human lung epithelial
6    cells. I don't think they're -- they're at least
7    immortalized. So that strikes me as different
8    than the proliferative effect he's describing.
9    MS. THOMPSON:
10   Q     That wasn't my question.
11   A     Okay.
12   Q     My question: Do these results refute
13   Dr. Saed's work?
14   MS. CURRY:
15         Object to the form.
16   A     Well, this is in lung cancer, so it's
17   pretty much irrelevant.
18   MS. THOMPSON:
19   Q     And where -- where are you finding that
20   it's in lung cancer cells?
21   A     Human lung epithelial A549 cells. I
22   worked with them quite a bit. It's a lung cancer
23   cell line. It's an adenocarcinoma. Top of page
24   396.

106 (Pages 418 to 421)

Michael Birrer, M.D., Ph.D.

1    Q      Human lung epithelial cells?
2    A      Uh-huh.
3    Q      Those are cancer cells?
4    A      A549, if it's the same A549 which I
5    know about, which I think it is, that's an
6    adenocarcinoma.
7    Q      Do you see anywhere in the paper where
8    it describes those as cancer cells?
9    A      Just let me look at the back.  I don't
10   see it, although I've rushed through this.  But I
11   don't see it.
12   Q      I know.  I don't see it either.
13   They're just described as human lung epithelial
14   cells, which doesn't sound like they were
15   considered to be cancer cells.
16          I'm not sure I got the answer to the
17   question "Is there anything in either of these
18   Akhtar papers that refutes Dr. Saed's findings?"
19   A      No.
20   MS. CURRY:
21          Object to the form.
22   MS. THOMPSON:
23   Q      Do both of these Akhtar papers
24   demonstrate biological effect from talc particles

1    MS. CURRY:
2           Oh.  I'm so sorry.  Thank you.
3           EXAMINATION
4    BY MS. CURRY:
5    Q      Dr. Birrer, you have reviewed
6    Dr. Clarke-Pearson's expert report; correct?
7    A      Yes.
8    Q      Do you think his opinions overall are
9    based on sound science?
10   A      No.
11   Q      Do you defer to him on any issue
12   presented in this case?
13   A      No.
14   Q      Do you defer to any of the plaintiffs'
15   experts on any issues presented in this case?
16   A      No.
17   MS. CURRY:
18          I have no further questions.
19          Thank you.
20   MS. THOMPSON:
21          I'm done.
22   VIDEOGRAPHER:
23          Okay.  This concludes this deposition.
24          The time is 6:04 p.m.  We're off the

1    on cell culture --
2    MS. CURRY:
3           Object to --
4    MS. THOMPSON:
5    Q      -- lines?
6    MS. CURRY:
7           Object to the form.
8    A      I would say yes, that there is some
9    activity.
10   MS. THOMPSON:
11          If we can take just a short break, I
12   think I'm finished.
13   VIDEOGRAPHER:
14          Off the record at 5:48 p.m.
15          (OFF THE RECORD.)
16   VIDEOGRAPHER:
17          We're back on the record at 6:03 p.m.
18   MS. THOMPSON:
19          Dr. Birrer, I have no further
20   questions.  Thank you for your time today.
21   MS. CURRY:
22          I have just a few follow-up questions.
23   VIDEOGRAPHER:
24          Counsel, your microphone.

1    record.
2           (Deposition concluded at 6:04 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Michael Birrer, M.D., Ph.D.

| Page 426 | Page 428 |
|---|---|

**Page 426**

```
1        C E R T I F I C A T E
2   STATE OF ALABAMA)
3   COUNTY OF MOBILE)
4
5        I do hereby certify that the above and
6   foregoing transcript of proceedings in the matter
7   aforementioned was taken down by me in machine
8   shorthand, and the questions and answers thereto
9   were reduced to writing under my personal
10  supervision, and that the foregoing represents a
11  true and correct transcript of the proceedings
12  given by said witness upon said hearing.
13       I further certify that I am neither of
14  counsel nor of kin to the parties to the action,
15  nor am I in anywise interested in the result of
16  said cause.
17       Signed this 22nd day of March, 2019.
18
19
20       LOIS ANNE ROBINSON, RDR
         COURT REPORTER, NOTARY PUBLIC
         STATE OF ALABAMA AT LARGE
21       ACCR# 352; EXPIRES 9/30/19
22
23
24
```

**Page 428**

```
1        - - - - - -
           E R R A T A
2        - - - - - -
3
4   PAGE LINE  CHANGE
5        ____  ____  _____
6        REASON:  _____
7        ____  ____  _____
8        REASON:  _____
9        ____  ____  _____
10       REASON:  _____
11       ____  ____  _____
12       REASON:  _____
13       ____  ____  _____
14       REASON:  _____
15       ____  ____  _____
16       REASON:  _____
17       ____  ____  _____
18       REASON:  _____
19       ____  ____  _____
20       REASON:  _____
21       ____  ____  _____
22       REASON:  _____
23       ____  ____  _____
24       REASON:  _____
```

**Page 427**

```
1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition
4   over carefully and make any necessary
5   corrections.  You should state the reason
6   in the appropriate space on the errata
7   sheet for any corrections that are made.
8        After doing so, please sign
9   the errata sheet and date it.
10       You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14       It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24
```

**Page 429**

```
1
2        ACKNOWLEDGMENT OF DEPONENT
3
4        I,_____, do
5   hereby certify that I have read the
6   foregoing pages, and that the same is
7   a correct transcription of the answers
8   given by me to the questions therein
9   propounded, except for the corrections or
10  changes in form or substance, if any,
11  noted in the attached Errata Sheet.
12
13
14  _____
15  MICHAEL BIRRER, M.D., PH.D.      DATE
16
17
18  Subscribed and sworn
    to before me this
19  _____ day of _____, 20____.
20  My commission expires:_____
21
22  _____
    Notary Public
23
24
```

108 (Pages 426 to 429)

Michael Birrer, M.D., Ph.D.

Page 430

```
 1            LAWYER'S NOTES
 2     PAGE LINE
 3     ____ ____ _____
 4     ____ ____ _____
 5     ____ ____ _____
 6     ____ ____ _____
 7     ____ ____ _____
 8     ____ ____ _____
 9     ____ ____ _____
10     ____ ____ _____
11     ____ ____ _____
12     ____ ____ _____
13     ____ ____ _____
14     ____ ____ _____
15     ____ ____ _____
16     ____ ____ _____
17     ____ ____ _____
18     ____ ____ _____
19     ____ ____ _____
20     ____ ____ _____
21     ____ ____ _____
22     ____ ____ _____
23     ____ ____ _____
24     ____ ____ _____
```

109 (Page 430)

Michael Birrer, M.D., Ph.D.

## A

**a.m** 1:19 10:5 113:10,13
**A2780** 357:16
**A459** 410:11
**A549** 9:9 421:21 422:4,4
**abandoned** 190:2
**ability** 33:13
**able** 37:13 73:6 80:13 98:18,22 99:9 128:3 140:18 194:21 214:8 260:8
**absence** 89:6 169:12
**Absolutely** 339:6
**absorb** 237:20 237:20
**Absorbable** 199:22
**absorbed** 193:3 193:8
**absorption** 278:12
**abstract** 150:24 151:3,6 155:16 155:18 163:6 209:23 268:13 302:16,22 348:23 354:19 355:9 389:23 395:5 396:14 406:21 407:4 410:17 412:3
**abstracts** 388:23 389:2,11 390:7 390:10,18 391:20 392:13 393:11
**Academies** 6:12
**Academy** 68:24 68:24 69:2 241:24 242:11

246:12 251:7
371:17,21
**Actinolite** 6:19
**action** 426:14
**activates** 163:8
**activating** 151:12
**active** 260:19 314:8
**activities** 274:14 274:15
**activity** 62:4 93:10 261:5 265:6 266:9,10 266:13 269:24 270:9 367:18 370:1,2,24 423:9
**actual** 33:19 47:3 88:21 111:22 202:11 317:1 324:1 368:4
**acute** 191:11,19 251:2
**ad** 288:1
**adapt** 403:13
**add** 35:2 257:23 311:24
**addict** 97:12
**addition** 46:23
**additional** 20:11 31:14 152:4
**address** 25:24 57:21 161:6 168:11 412:19
**addressed** 37:16 88:2,9
**addresses** 177:19 342:23
**addressing** 54:21 55:9 296:21 410:13
**adenocarcino...** 421:23 422:6
**adhesion** 312:2 312:2,4
**adhesions** 191:9

191:16 312:5
**adjective** 112:23
**administration** 14:4
**administrative** 14:23 15:2
**advanced** 138:6
**advice** 280:23
**advise** 283:4 292:3,11
**advising** 280:12 284:20
**Aerial** 255:20
**affiliated** 404:3
**affirmatively** 17:8 25:18 49:23 98:13,19 170:8,11 183:15 231:7 244:23
**Afindeis@nap...** 2:17
**aforementioned** 426:7
**African-Amer...** 120:10,16 130:10
**AFT3** 404:7
**age** 120:24 169:13,13
**agencies** 48:7
**agency** 67:13 249:9
**agent** 92:21 146:23 192:11
**agents** 296:15 304:23
**Aggarwal** 162:23
**ago** 254:18 302:2 327:19
**agree** 17:19 29:22 33:3 53:1 71:21 72:5 73:19 75:20 78:20 83:15 95:11

97:4 99:8,24
100:11 108:22
113:16 115:11
116:9,18
117:16 118:14
121:9 122:2,17
123:11,17
124:6 125:4,23
126:5,17,22
127:22 128:7
129:16 130:3
131:2,23 132:8
133:9 134:10
135:17 136:6
136:15 137:16
138:3,4 139:6
139:23 141:1
141:16 142:8
143:2 144:2
146:16 148:15
149:22 150:13
150:16 151:18
152:19 153:11
153:12 156:13
157:13 158:4
159:8 161:1
163:16 164:16
165:13 168:21
169:19 171:18
173:6,21
179:11 184:11
193:7 198:10
207:16 217:8
217:10 222:18
226:5 229:21
246:2 247:17
248:10 250:4
250:23 251:8
251:16 252:2
252:14,20
257:13 261:4
263:21 268:21
269:5 276:15
276:19 288:19
289:16,18
297:1,6 298:13
299:17 304:13

## B

**a.m** ...

307:9,18 308:2
309:14 311:11
314:11 315:15
330:5,6 335:13
337:4,20,22
339:5 340:8
341:21 342:1
343:6,13,20
344:18,20
347:1 353:7
358:1,9,15
359:4 362:14
366:20 370:22
374:11 379:1
386:18 389:10
391:5 392:1,20
395:17 396:20
397:4,20
398:16 400:11
406:12,19
413:17 414:3
**agreed** 181:2
207:9,16
222:18 275:7
289:9
**agreeing** 56:2
**ah** 201:15 256:9
**ahead** 24:15
36:16 48:9
116:22 149:12
165:5 198:10
199:10 207:6
239:9 246:19
264:11 294:11
302:11 306:18
311:5 329:3
334:9
**aided** 123:14
**Akhtar** 9:10,14
409:17 415:5
420:19 422:18
422:23
**al** 5:14,17,24 6:6
6:23 8:7,21
9:10,14
**Alabama** 1:18
1:22 2:4 10:7

104:9,16 105:1
426:2,20
**ALASTAIR**
2:16
**albeit** 141:14
**Alberto** 5:10
**alcohol** 117:24
**algorithm** 64:23
**allege** 7:14
**ALLEN** 2:3
**allergic** 200:7
**allow** 77:2
**alteration**
309:12 350:16
**alterations** 8:23
309:7,20
341:19 401:12
**alternatives**
296:3
**Alvarez** 244:19
244:19
**American** 6:8
6:21 233:7,19
233:23 234:5,8
234:21 236:22
257:10
**Amit** 167:15
168:16
**Amosite** 6:18
**amount** 14:23
79:24 89:7
98:6 100:14
216:7 272:4,7
310:11 312:1
**amounts** 212:4
268:19
**Amphibole** 7:5
7:11
**amplification**
311:23
**analogizes**
213:18
**analogous**
195:14 214:23
215:10 261:17
**analogy** 261:4
**analysis** 7:3,8

57:16 63:24
66:8,10 224:22
330:20 331:6
332:18 333:7
351:9 352:6
356:23 383:6
387:23
**analyzed** 231:10
**analyzing** 75:17
287:3
**anatomic**
129:21 130:23
210:4
**anatomical**
129:13
**anatomy** 201:5
219:23 220:6
220:21 221:4
221:14,19
**anchor** 74:11,18
79:5
**and/or** 188:19
**anecdotal**
239:15,21
**angiogenesis**
151:11 163:12
**Anil** 244:13,17
**animal** 15:15
94:14 130:19
131:13,19
132:2,4 194:3
235:5
**animals** 180:8
**Ann** 37:4,4
**Anne** 1:19 3:20
426:19
**announcement**
199:11
**annual** 354:20
**answer** 19:18
26:22 29:14
30:9 55:17
56:12,20 59:22
62:10,10,11
63:5,7 66:2
80:13 85:18
115:15 119:1

205:6 207:7
216:23 240:3
266:12 275:5
280:18 281:3
285:8 286:22
293:8 318:1
323:8 346:2
354:1 363:18
364:19 378:17
386:2 405:5
422:16
**answering** 63:16
205:1 251:13
**answers** 380:14
380:20 426:8
429:7
**Anthophyllite**
6:19
**antioxidant**
370:24 398:14
**antioxidants**
312:23 367:13
367:17,18
399:6
**antiperspirants**
184:7
**antitumor** 156:2
**anybody** 40:12
82:7 341:4
**anymore** 80:24
**anywise** 426:15
**apoptosis** 9:12
344:23 345:23
349:17 362:6
415:9,18 417:3
418:9 419:23
421:3
**apparently**
253:2 300:9
**appear** 193:24
331:16
**appearance**
78:17
**appeared**
304:24 352:10
358:23 359:2
401:22

**appears** 142:5
268:17 366:24
402:18 417:16
**apples** 72:23
399:23
**application**
98:12 122:20
126:13 127:20
128:14 255:1
295:13
**applications**
4:24 53:20
99:17
**applied** 7:20
53:24 63:13,23
96:12 97:5
106:6 181:3
186:23 358:8
361:9 372:15
402:1
**applies** 69:8
71:15 187:13
222:20
**apply** 66:17
107:3 150:19
218:8 259:19
261:20 264:20
265:6
**appreciated**
152:16
**appreciation**
275:16
**approach** 107:2
325:14
**approached**
25:8 40:7 41:3
54:5 65:7
300:19,19
324:16 325:9
**approaches**
117:24
**appropriate**
107:10 110:4
138:17 166:15
427:6
**appropriately**
296:18

**approve** 380:1
**approximately**
1:18 73:21
138:7 146:9
190:2
**area** 17:22 30:17
37:19,22 38:4
38:13,15,24
39:3,6,8,11,14
54:23 57:17
69:10 77:6
78:19 80:4
84:18 86:6
89:15 96:8
118:4 240:15
246:5 263:1
272:9 304:8
314:8 333:23
338:19 364:21
**areas** 16:20 32:9
82:10 227:15
**argarose** 349:4
**argue** 204:2
212:4 259:16
271:10 307:14
312:6 406:17
**arguing** 216:22
**argument**
110:24
**argumentative**
280:10
**arguments**
35:22
**Army** 276:14
**ARPS** 2:22
**arrival** 176:6
**arrow** 382:19
383:22
**Arsenic** 70:3
**article** 5:12 8:19
16:14 17:14
102:2 106:9
107:6 149:5,23
150:2,9,12
151:19,21
153:18,20
154:2,4 155:7

155:18,19
157:24 158:6
158:21 160:4
160:13,15
162:7,7 163:2
163:22 165:6
166:15,24
167:2,19
168:10 169:2,5
172:8 173:3,9
173:22 174:4
174:17 175:2
226:18 230:18
230:19 253:24
254:7,7,20,22
257:8 272:23
288:4 292:2
296:20 305:21
309:5 333:10
394:1,8 395:7
395:19 396:9
398:4 399:10
399:14 400:9
417:2
**articles** 16:11,22
20:12 45:2
46:21 240:21
254:19 255:15
256:17 394:12
**asbestiform**
55:13 69:9,18
70:22 117:2
146:7 178:8
262:6,12,17,20
262:22 263:18
263:18 264:22
265:10,12
295:15
**asbestos** 6:18,22
7:5,11,14
40:20 54:16
57:8,12,18
69:17 70:12,21
71:3 91:11,13
91:15,20
100:13 107:19
129:11 135:6

135:14 136:20
146:8 178:11
178:14 187:6
194:24 195:1,6
195:18,19,21
196:3,12,13,16
234:23 235:7
235:18 249:3
249:12,15,18
249:20 250:2,7
250:22 251:20
262:18 263:22
264:12,19
265:7,10,12,13
267:19 268:5
268:15,17
269:4,18
270:23 271:7
272:9,20
273:10,21
274:5,6,24
275:1,17,24
276:23 277:5,7
277:13,20,24
278:4,9,11
279:4,13
280:14,22
281:7,10
282:15,19
283:3,16 284:3
284:18 285:4
285:14,22
286:3,8,22
287:12,13,22
289:2,19
292:12 295:11
295:20 297:9
298:23 299:19
299:24 300:6
300:10,14
301:10,11
402:1,2,11
403:19
**asbestos-cont...**
100:15
**asbestos-expo...**
275:6

**asbestos-free**
295:19 296:1
**ascend** 126:20
**ascending** 122:6
**ascends** 221:2
**ascension** 222:7
**ascites** 274:17
**ascorbic** 9:10
**asked** 25:23
26:18,23 33:24
35:16 36:6
39:21 45:21
57:11 59:23
89:16 101:16
196:13 205:9
205:18 240:1
242:22,24
243:3 273:7
300:1,10
317:24 325:23
325:23 327:24
395:19
**asking** 18:17,18
19:1 26:10
59:11,11 62:23
79:12 114:18
182:18 203:20
205:14 238:21
251:8 261:3
270:2,17 291:3
333:19 348:15
350:19 354:5,7
363:14 374:5
408:4 411:20
412:15
**aspects** 14:3
168:13
**assay** 345:4
361:7 362:8
**assays** 360:6
361:21 363:8
388:2 399:15
**assertion** 295:9
**assess** 33:13
90:3,11 210:7
292:18
**assesses** 247:14

**asbestos-free** (cont.)
**assessment** 4:15
6:5 48:15 51:2
51:9 53:9 54:1
54:8 64:1
180:24 187:4
187:17 188:18
188:20 238:23
**Assessments**
53:23
**associated** 27:24
115:9 116:15
117:9 120:11
130:9 136:3
137:8 147:8
156:4 158:15
248:9 249:3
255:1 300:6
313:12 404:3
**associating**
145:6 158:12
**association** 8:5
34:10 121:20
123:23 130:19
134:4 135:24
138:14,19
139:2 141:4,9
141:22,23
142:4,16
143:22 144:24
157:4,16
159:18 183:9
206:3 231:18
248:5,12,16,22
249:15,20
250:8 256:24
267:14 297:13
404:10 417:15
**Associations**
156:23
**assume** 34:15
42:19 75:3
79:19 80:3
88:13 94:8
108:14 133:9
134:13 167:20
167:21 172:7
172:14,15

Case 3:16-md-02738-MAS-RLS   Document 9891-2   Filed 05/29/19   Page 348 of 430 PageID: 69963
Michael Birrer, M.D., Ph.D.

Page 434

194:15 215:6
226:9 246:2
256:7 269:19
269:21 270:4
272:4 278:10
282:19 336:12
368:3 375:16
391:12 411:17
**assumed** 54:9
270:20
**assuming** 25:19
54:21 87:16
94:23 261:17
270:22 272:6
280:21 282:22
282:24 403:8
**assumption**
87:18 270:16
**assumptions**
347:16,20
**assure** 210:10
**ATF** 404:1
**ATF3** 403:23
404:9,15
**Atlanta** 3:4
**attached** 23:4,9
23:16 25:6
47:20 332:20
427:12 429:11
**attempt** 67:16
**attend** 102:14
**attendees**
340:17
**attention** 257:1
**attorney** 427:16
**attorneys** 326:6
**attracted** 257:1
**attributable**
116:5
**audience** 150:13
150:14 330:4
**auspices** 186:10
246:12 254:13
**Australian**
78:15
**author** 17:6 74:3
74:6,14,18

76:20 79:14
155:5 209:1,5
245:22 337:5
**author's** 344:16
**authoritative**
171:17 172:8
172:16 173:8
**authority** 174:7
**authors** 16:22
75:4,10 76:8
76:10,23 77:3
77:4 78:5,18
79:9 80:15
111:17 162:8
162:22 166:14
167:3,13
169:20 171:15
172:1 173:1
175:8,9,12
180:10 203:6
203:21 204:7
204:11,16,19
204:20 205:10
206:1,4,9,20
207:1,20 208:5
209:3,11,17,24
210:10 211:20
244:9 248:2,10
249:14,19
250:21 251:4
252:5 268:12
268:22 269:16
270:22 344:12
355:8 394:12
406:20 407:2
407:16 410:23
411:1,8 412:15
413:6 414:5,14
417:6,13,19
419:11 420:1
**authorship**
74:16 79:11
**automatically**
314:20 315:5
315:15 322:14
416:8
**available** 47:13

51:2 142:13
143:14 172:8
182:15 183:5
183:11 236:23
296:3
**Avenue** 1:17
**average** 120:24
275:18
**avoid** 236:24
237:9
**aware** 13:1
40:14,18 49:9
51:16 66:12
69:15 70:20
94:14 95:4
97:19 103:8
160:15 161:5
161:20 189:18
190:16 192:1
197:9,21 198:7
200:13 228:23
229:10 237:17
240:6 241:19
276:3,4 287:10
293:13 294:2,9
294:10 334:7
354:18 359:18
388:22 393:3
409:21 410:3

---
**B**

**B** 301:5 382:4
**baby** 7:4 56:23
58:4 84:3,6
86:3 87:11
88:10,21 91:4
91:7,10,21
96:5,19,21
109:7 120:22
140:1 146:11
184:6 225:17
259:20 260:9
260:13,18
261:2,3,17
265:6,7,18
266:1,9,11,15
280:17,21

282:14 283:6
283:12 284:1
284:17 285:21
286:8,20
287:12,14,22
288:21 289:2
292:11 297:2
300:14 359:6
378:20 420:6
420:16
**back** 5:9 11:10
22:16 23:4
42:1 44:12
46:4 62:1
63:11 70:5
73:4 74:10
80:22,23 89:13
95:1 113:13
145:22 148:19
148:21 159:3
194:20 198:11
201:8 203:5
212:13 230:6
233:15 298:12
300:24 306:20
310:22 312:14
337:12 346:10
349:14 356:14
364:16 365:19
370:19 375:18
384:16 387:19
387:20 406:15
416:24 422:9
423:17
**back-and-forth**
337:5
**background**
114:4 147:12
**backup** 45:6,6
46:7
**bad** 19:17 43:14
275:17
**badness** 196:22
**balance** 312:22
**Balkwill** 5:10
153:2,5,7,19
154:8 155:4,9

156:14 157:13
158:5 159:4
160:9 161:7
**banned** 190:16
190:17 199:20
**banning** 199:11
**bar** 369:6
**bars** 382:19
383:22
**Barton** 3:5
**basal** 137:22
**based** 30:19
41:14 51:14
57:13 65:7
87:7 98:4
143:12 184:19
187:5 190:20
202:24 205:14
224:22 227:1,5
229:3 234:17
235:4 239:10
266:11,18
277:19 284:23
289:12 332:5
348:8 372:20
383:15 388:23
414:15 424:9
**bases** 335:5
**basic** 201:5
219:23 220:6
220:21 221:4
410:18 412:22
**basically** 13:13
59:3 254:9
347:23 386:19
**basis** 8:5 13:6
15:9 58:23
83:22 144:13
203:22 205:17
205:18 272:6
275:10 316:21
317:9 318:24
332:22
**bath** 184:7
**Beach** 2:9
**beads** 402:5
**BEASLEY** 2:3

Michael Birrer, M.D., Ph.D.

bedtime 225:17
began 35:24
beginning 182:9
  183:2 330:21
  335:7
behave 260:18
Behavioral
  247:23
behest 251:6
belief 61:20
  68:17
believable 65:21
believe 19:3
  25:12 26:22
  30:13 31:11
  45:6,21 47:2
  51:8,15 54:12
  59:6 60:17,24
  64:2 65:20
  69:5,21 70:15
  75:14 76:24
  97:18 120:15
  121:4 148:2
  153:6,8 158:18
  159:11,21
  170:2 185:9,18
  185:24 186:10
  189:21 194:2
  200:20 201:6
  202:2 212:10
  213:2,6 220:19
  242:17 244:12
  244:21 246:14
  253:15 254:14
  264:9 279:11
  299:22 305:9
  313:6 314:12
  314:24 315:2
  317:2 334:8
  345:3 360:3
  379:6 386:14
  389:1 400:16
  402:21
believed 157:14
  157:22
benefit 239:6,10
  240:2

benefits 237:16
  238:1,7,13,17
  238:24 239:5
  240:13,14,22
benign 128:5
  169:14
Benjamin 2:23
Benjamin.hal...
  2:24
benzophenone
  266:4
best 254:18
  255:15 256:16
beta 360:6,15
  371:16,21
Beth 243:22
  244:13
better 15:10
  30:23 156:23
  221:14,21
  224:8,16 252:8
  252:12 269:15
  290:13 296:15
  346:19 408:18
beyond 170:14
bias 142:24
  143:1 180:15
biased 68:18
  322:15
big 26:11 75:18
  75:18 95:7
  128:22 148:22
  149:3,4 188:10
  194:11 244:7
  251:3 308:13
  316:14 322:7
  324:10 377:24
biochemical
  192:5,19
  312:19
biologic 26:11
  27:13 29:17
  30:2 36:2
  41:10 51:13
  59:2 61:13,14
  61:21 62:4,13
  62:19,24 66:5

66:12,20 90:21
  91:2 92:7 93:7
  93:9,19,22,24
  123:22 124:9
  124:13,19
  130:18 145:1
  145:16,21
  192:10 259:12
  261:5 266:9,10
  266:13,19
  267:14 287:5
  313:3 338:20
  340:5 358:8
  378:17 379:11
  379:12,15
  405:24
biological 26:1
  27:5,15 265:6
  283:13 311:13
  347:9 378:12
  405:19 415:22
  422:24
biologically
  29:23 126:10
  258:24 260:7,8
  260:19 301:3
Biologics 358:3
  358:4 375:21
biologist 153:11
biologists
  312:21
biology 5:12
  26:7 162:13
  346:9
Birmingham
  1:18 10:7
  288:10
Birrer 1:14 4:8
  4:10 10:9,13
  10:20 21:20
  23:3 42:17
  49:22 81:23
  82:19 113:15
  115:4 146:21
  153:20 160:22
  167:2 177:8
  204:5 206:10

230:8 239:22
  268:7 280:16
  283:5 285:3
  310:24 365:21
  374:4 415:6
  417:2 423:19
  424:5 429:15
Birrer's 46:15
  106:10
bit 20:9 61:11
  72:22 83:6
  86:5 131:24
  147:16 157:19
  174:2 192:13
  193:22 197:4
  256:22 262:11
  276:12 290:11
  304:20 305:21
  311:17 349:2
  364:20 369:18
  374:6 397:10
  399:20 408:9
  408:12 421:22
bizarre 408:18
Blaes 25:12
blank 177:23
blocked 129:14
blocking 129:3
Blood 397:24
BMJ 7:13 288:5
  288:6 289:22
  290:17 293:3
boards 146:20
boat 105:24
Boat's 106:2
Bob 171:4
body 43:24
  68:16 108:23
  109:1 110:13
  117:2 135:3
  136:11 152:3
  165:22 180:3
  180:12 184:5,7
  184:19 193:3
  235:12 237:21
body-type
  132:18

boilerplate
  333:17
bold 188:10
  296:22
bombs 184:8
book 242:15
  244:7 247:3
  391:22
Boston 2:20
bothered 79:14
bottle 87:11
bottles 283:1
  284:3
bottom 188:16
  199:19 254:24
  255:11 349:15
bottom-line
  255:8
bought 85:6
  364:5
Boulevard 2:20
box 176:20
  364:14
Bradford 63:23
  66:9,13 145:22
brain 256:24
break 19:21
  105:17 112:3
  113:8 176:5
  177:8 230:1
  306:16 310:17
  364:23 365:7
  423:11
breaking 105:10
  177:6
breast 202:2
breastfeeding
  119:7,18
brief 346:21
bring 19:22
  114:24 256:10
  257:4,8
Bristow 8:10
  334:3
British 288:8,9
broad 16:12
  94:22 145:13

Case 3:16-md-02738-MAS-RLS   Document 9891-2   Filed 05/29/19   Page 350 of 430 PageID: 69965
Michael Birrer, M.D., Ph.D.

Page 436

191:18 250:24
311:22 323:7
**broadly** 311:22
**Broadway** 2:15
**broken** 192:21
216:13 217:10
**Brook** 308:12
**Brooke** 7:23
**brought** 19:24
21:13,14 23:3
46:12
**Brower** 24:14
24:22
**builders** 279:3
**bulk** 32:16
**bullet** 235:8,9
235:10 337:16
395:14,15
**bulleted** 342:4
**bundled** 24:19
24:19
**bundles** 178:9
**burden** 5:23
6:22 268:6
**buried** 349:2
405:6
**businessman**
24:12
**busy** 244:6
**Butler** 1:16
**Buz'Zard** 9:4
93:20,21 94:5
94:7 406:2
407:20 408:1
408:10,17
418:17 419:6

——————
**C**
**C** 2:1 3:1 5:17
301:5 426:1,1
**C-cells** 349:18
**C-reactive**
135:23 248:4
**CA-125** 334:21
339:2,14,14,19
340:9,14,17
352:18,22

360:19
**CALCAGNIE**
2:8
**California** 2:9
**call** 106:17
119:2,3 259:14
288:4 322:9
376:2 379:14
**called** 77:22
108:9 243:21
**calling** 316:21
**camps** 308:19
**Canada** 4:15,24
48:21 49:10
51:1,8 53:21
53:24 54:9
63:13,18 71:22
180:24 181:3
181:11 182:6
182:15 184:13
184:18 186:13
186:22 187:16
189:5,11,16
200:13,23
202:17,18
264:5
**Canada's** 48:14
201:16
**Canadians**
181:24 182:2
**cancer** 5:7,9,13
5:16 6:8,9,16
8:6,21 13:21
13:24 14:22
15:7,9 26:3,12
28:2,6,10,14
29:2,9,19 30:4
34:9 40:6,17
41:2 44:8
55:11 57:12,24
61:18 66:7
67:14,18 78:7
89:18 90:23
92:8,12,21,24
95:11,12,13
101:21 102:3,7
107:15,19,21

108:17,20
110:20 115:10
116:5,17
117:10 120:12
121:14 122:5
128:19 130:10
131:9 133:3,4
133:17 134:6
134:17 136:2,3
136:9,19,21
137:9,13 138:6
138:19 139:2
141:4,7,10,13
142:5,17
143:16,23
145:4 146:24
147:2 149:1,23
150:10,18,19
152:4 153:10
155:11,20,21
156:3,7,9,24
157:3,4,16
158:16 161:8
163:3,15
164:11 165:12
165:14 166:5
166:10,16
167:23 168:21
170:17 172:3
173:5 180:13
183:10 190:10
197:12,16,23
198:8 201:24
202:2 230:11
230:14,21
231:14,21,23
233:1,7,19,23
233:24 234:5,8
234:10,21
235:23 236:7
236:11,14,22
237:23 241:21
242:18 243:20
246:4 248:6,9
248:13 249:5
249:10,13,16
249:21 251:23

252:23 254:21
255:2 256:17
256:24 273:13
274:7 275:6,24
278:5 279:14
283:13 284:9
288:21 293:19
295:20 296:11
297:9,21 299:1
300:2 305:1
306:10 307:3,7
307:14 313:17
314:5,14
334:19 336:13
337:12 340:10
342:6 346:12
346:14,21,22
346:23 347:24
357:17 377:20
395:8,11
396:19 397:16
398:16 399:16
399:21 404:2,3
404:10 410:12
417:16 421:4
421:16,20,22
422:3,8,15
**cancerous**
357:22
**cancers** 6:11
132:20 152:6
165:10 166:1
166:16 247:2
247:14 302:17
303:2 305:6
313:8,13
**capabilities**
152:15
**capacity** 7:17
**capitalized**
341:20
**capturing**
130:20 131:21
**Car** 7:10
**carbohydrate**
192:11,21
**Carbon** 255:20

**carcinic-** 235:13
**carcinogen**
18:19,19 19:3
19:9 146:22
147:15 148:3,9
235:19
**carcinogenesis**
135:6 136:11
148:15 267:10
267:13
**carcinogenic**
4:20 7:22
71:16 117:3
179:19,20
234:23 235:13
264:20 301:7
301:11,15
302:7
**carcinogenicity**
147:3 180:2
**carcinogens**
147:7,22 266:3
266:15 267:4
304:22 305:13
**care** 3:2 6:12
14:15 247:2
**career** 311:21
**careful** 24:2
68:6 80:1
283:15 285:11
**carefully** 256:5
344:7 427:4
**Carmargo**
249:5
**Carolina** 213:10
**Carson's** 37:22
**cascades** 305:5
**case** 1:7 11:6,16
11:17 12:5,10
12:16 23:19
24:18 25:12,22
27:3 31:23
32:5 46:13
65:6 97:13
102:10 103:5
104:13 145:15
165:20 208:14

211:9 292:22 296:12 424:12 424:15
**case-control** 115:7 139:3 140:18,20 180:12 231:2
**case-controlled** 115:21,23 144:5
**case-controls** 139:20
**cases** 1:8 23:23 24:9,19 26:18 96:8 116:5,6 208:21 211:17 211:19 290:11
**cast** 362:10
**CAT** 360:9,19 367:18 370:1,1 370:24 371:4 383:1
**causal** 134:3 141:14 143:15 182:16,23 183:11,17 249:11
**causality** 266:20
**causation** 26:23 27:4,11,16,19 32:18
**cause** 26:2 28:9 28:13 29:18 41:2 92:11,21 92:24 134:13 174:23 250:2 250:22 251:9 252:9 273:12 296:6 426:16
**caused** 9:8 191:12 288:21
**causes** 146:24 273:10 297:9 297:18 299:20
**causing** 26:12 135:4 161:8 301:6

**caution** 121:4
**caveat** 95:20 120:4,19
**cavities** 260:14 274:19
**cavity** 122:22 123:7 126:12 127:5 132:16 190:23 194:4 194:17 195:6 195:21,23,24 196:3,18,23,24 269:7 274:9,18 275:1 297:23
**CDC** 246:17 251:7
**cell** 9:3 95:15 117:18 121:13 122:9 134:19 150:2,23 151:10 154:18 162:17 163:9,9 163:10,12 164:8,14 165:21 303:16 303:19,21 305:3 326:1 334:19 337:12 337:18 339:1 339:13 340:7 341:14,15 344:22 345:22 352:10,13 357:15,17,22 358:1,2,4,10 361:7 362:6,11 367:22 371:8 372:13 375:4 375:12,20,21 376:3 377:20 378:2,20 379:13 380:24 381:3 382:1 386:10 387:12 400:13 401:24 406:14 416:4 421:5,23 423:1

**cells** 8:24 9:9,14 15:19 134:18 147:22 152:12 155:23 166:6 210:5 297:19 299:20 302:17 303:2,18 305:8 312:21,22 327:3 334:20 344:14,16 347:24 348:3 348:20 349:7 349:24 350:3,8 358:2,4,7,17 359:4,7,14 375:17 377:7 383:3 397:17 397:18 401:13 402:7 403:7,13 406:24 410:11 415:20,23 417:6 419:24 421:6,20,21 422:1,3,8,14 422:15
**cellular** 15:16 32:12 134:20 349:16 397:3 417:21
**cement** 275:20
**center** 14:22 247:17 361:10
**Centers** 247:13
**central** 133:2 346:11,14 363:10
**certain** 79:24 97:1 134:4 192:21 311:24
**certainly** 33:10 62:18 66:15 84:19 96:20 97:10 101:6 108:6 155:8 192:10 193:9

224:7 225:1 235:24 239:14 275:18 325:14 325:21 332:15 333:5 348:19 348:23 350:7 353:2 389:17 398:2 399:3
**certainty** 13:11
**Certified** 1:21
**certify** 426:5,13 429:5
**cervical** 125:8 129:23
**Cervix** 126:1
**cetera** 86:18,19 375:17 377:7
**Cgarber@rob...** 2:10
**chagrinned** 322:18
**chair** 38:7 213:9
**challenge** 100:19 101:5
**challenges** 269:22 375:11
**challenging** 101:9
**change** 51:12 99:21 147:24 265:16,17 266:8 347:9 371:20 372:3,6 372:7 393:17 428:4
**changed** 12:17 12:19,23 347:7 348:10 369:14
**changes** 147:22 307:16 309:9 309:11,21 344:13,22 346:8 349:5 403:3,11 405:2 405:8,9,17 427:11 429:10
**chapter** 106:9 247:4,5 391:22

**Characteristics** 152:1
**characterizati...** 54:22 191:7
**characterized** 122:9
**charge** 361:22
**charging** 25:3
**Charlie** 167:15 168:5
**chart** 8:17 365:22 366:4 367:12,20 369:16 370:7 370:23 374:5 376:22 377:4 383:16 387:20
**charts** 366:21 374:12 382:15
**check** 37:8 176:5,14 245:14 268:9
**checked** 403:2
**checking** 271:14 399:1
**chemical** 88:10 258:4 304:22 304:23 305:13
**chemically** 250:1 257:23 258:2,17
**chemicals** 88:2 88:21 100:20 108:19 266:2
**chemistry** 313:1
**chemoresistan...** 163:11 166:5 166:11 399:22
**Chemoresistant** 398:15
**chemotherapy** 14:3 255:21
**Chicago** 3:9 358:3
**chimney** 145:3
**choice** 106:2
**choose** 41:23

Michael Birrer, M.D., Ph.D.

43:9,15,18
79:23 80:5
172:7 241:7,12
**choosing** 79:16
79:18 257:8
**chopped** 363:15
**chose** 172:3
256:16
**chosen** 78:18
335:19
**chromium**
265:19
**chromosome**
309:12
**Chron-** 133:24
**chronic** 130:11
133:2 134:2
163:14 191:7
191:18 251:2
299:9 397:1
**chronicity**
130:23
**Chrysotile** 6:18
**cigarette** 100:9
100:11 118:1,3
**circles** 176:20
**circumstances**
297:18 355:19
**citation** 171:8
214:12
**cite** 41:23 42:12
172:3 418:16
418:19
**cited** 42:20
174:17
**citing** 248:6
249:5
**citizen** 4:17
49:14,19
**citizen's** 73:2,4
73:5
**claim** 344:16
346:11,13
349:6
**claims** 289:2
348:20
**clarification**

353:12,19
**clarified** 341:20
350:16 354:17
**clarify** 22:15
117:23 263:11
354:6
**Clarke-Pearson**
38:6,9 213:2,3
213:13,18
217:21 220:18
221:10,15,22
223:18 224:9
224:17 228:18
**Clarke-Pears...**
38:4 213:23
219:22 220:5
221:18 424:6
**classic** 148:11
225:9
**classifiable**
235:7
**classification**
179:17,24
235:14
**classified** 234:22
235:6 420:17
**classmates**
302:1
**clean** 376:21
**clear** 55:14
109:3 117:18
121:13 132:12
197:19 235:22
236:13,15
273:19 277:12
284:11,13
297:14 312:7
378:2,6
**clearance**
295:24
**clearly** 66:1
84:12 414:10
**CLIA-approved**
363:10
**clinic** 14:19 41:8
96:20
**clinical** 26:13

35:3 65:9
139:12 144:6
168:3,5 274:5
295:13 390:23
396:14
**clinically** 40:9
144:19 145:5
**clinician** 33:10
35:9
**cloning** 349:4
**close** 73:22
269:24 297:19
299:21 369:22
409:8
**closely** 163:15
295:12
**CN** 419:21
**Co-Authors** 5:3
**co-counsel**
367:6
**coach** 114:10
**coaching** 114:12
114:15,16
**coauthor** 79:17
**coauthors** 73:24
79:5,6 80:10
81:12 167:18
244:10
**cobalt** 265:20
**cohort** 115:7,21
115:24 139:20
140:9,17 144:5
145:15 231:8,9
**coitus** 131:1
213:21 218:15
218:17,23
278:16
**collaborators**
79:23
**colleagues**
102:12,18
334:16 415:5
**collection** 210:2
**collectively**
396:18
**College** 257:10
**color** 53:17

369:17
**Colorado** 2:12
**Columbia** 253:5
**column** 254:9
371:8 376:13
**combine** 147:14
**combined** 21:12
392:16
**come** 14:12
84:11 89:13
109:4 110:8,9
110:15 147:18
148:19,21
184:20 193:17
202:20 207:18
208:3 212:13
228:8,11
288:20 291:24
306:19 308:9
317:24 323:15
387:20
**comes** 188:11
270:24 378:3
**comfortable**
89:22
**coming** 52:22
68:14 70:5
87:23 100:17
112:4 114:5,19
223:9 309:22
323:23
**command** 84:1
**commencing**
1:18
**comment**
113:19 189:2
194:22 261:24
299:15 314:18
335:11 342:8
344:3 354:8
357:8 420:23
**commented**
342:3 387:7,9
**comments** 36:1
189:5,10
322:22 328:16
329:4,22

331:10,17,22
332:6,21,23
334:10 335:8
335:20 341:8
346:18 347:11
347:18 348:8
357:5
**Commerce** 2:3
**commercial**
419:21
**commission**
429:20
**committee** 2:2
243:18,19
246:3 389:7
390:6
**common** 133:19
201:5 211:2
220:21 221:4
337:4
**communicate**
274:15
**communicatio...**
103:20
**community**
77:16 120:10
120:16
**company** 326:2
326:3,22
**comparable**
31:13
**Comparative**
304:21
**compare** 192:16
255:19 366:13
366:14
**compared**
276:17 383:4
**compares**
272:13 273:2
276:16
**comparing**
72:23 242:8
399:21 409:4
**comparison**
256:4
**compatible**

Michael Birrer, M.D., Ph.D.

133:16
**compelling**
    127:13 145:20
**compellingly**
    344:13
**compendium**
    68:21
**competence**
    109:24
**competent**
    109:4 110:7
    186:16
**complaint** 49:14
**complete** 65:10
    148:3,8
**completed**
    338:12
**completely**
    61:16 68:8,10
    83:14 143:23
    271:21 374:22
    416:4
**complex** 147:19
    193:22
**complicated**
    165:19 171:1
    181:8
**compliment**
    306:8
**component**
    14:20 66:22
    93:9 95:22
    312:8
**components**
    55:12 311:20
    319:17
**composed** 76:6
**compositional**
    57:15
**comprehensive**
    33:18 106:21
    107:14,18
    108:8,15
**computer** 45:1
    176:24
**computer-based**
    44:22 45:5

**con-** 85:11
**concentration**
    408:20
**concentrations**
    194:3
**concept** 40:14
    97:2 221:1
    396:8
**Concepts**
    306:10 307:2
**concern** 18:16
    184:8 190:20
    283:24 296:6
    322:19 377:24
    416:14
**concerned**
    236:23 237:8
    371:15 416:3
    416:13
**concerns** 190:9
    293:13 294:3
    294:10 347:14
    350:14,20
    351:3,9 393:4
**conclude** 60:14
    62:6 181:21
    202:8,16
    204:16 206:21
    206:24 207:2
    231:13 407:3,6
    414:10 420:1
**concluded**
    179:13 180:4
    180:19 181:16
    181:22 203:7
    203:22 204:7
    204:11 211:20
    407:16 425:2
**concludes** 109:8
    254:24 424:23
**conclusion**
    52:22 66:3
    109:5 110:8,10
    110:16 112:19
    112:20 158:19
    184:20,22
    185:15 187:2

201:16 202:15
202:17 210:24
227:16 255:3
268:21 348:24
383:9 414:5,20
414:22 419:17
419:19
**conclusions**
    33:14 65:22
    108:24 178:22
    179:1 180:18
    181:11 185:4
    202:20 206:16
    206:17 207:19
    207:20 208:4,5
    237:13 264:17
    264:18 268:12
    271:5 288:20
    292:1 335:9
    351:12,22
    386:16,17
    387:3 414:14
**concordant**
    119:10
**concur** 83:14
**condition**
    157:15
**conditions**
    169:15 279:9
    358:18 386:11
    397:9
**condoms** 189:19
**conduct** 63:1
**conducted** 57:21
    82:24 83:2
    84:19
**conduit** 125:9
    129:14,21,24
    130:1
**conference**
    102:15
**confidence**
    260:4
**confident** 277:1
**confidential**
    393:12
**confirm** 61:21

140:18 211:22
295:14
**confirmed** 139:1
**conflict** 320:8
    321:19
**conflicted**
    355:15
**conflicting**
    320:13
**confounders**
    141:22
**confounding**
    141:5,11 142:7
    180:15
**confused** 206:2
**confusing** 83:13
**congressionally**
    247:12
**connecting**
    125:10
**connection**
    196:23
**consequences**
    152:17
**Consequently**
    346:4
**consider** 30:16
    61:12 73:15
    84:21 85:14
    170:16 191:5
    300:10 312:20
    405:19,23
**considerably**
    372:3
**considered**
    42:15,16 45:10
    45:11 54:18
    67:10 77:5
    119:6 167:22
    289:12 336:18
    384:6 422:15
**considering**
    147:3 213:19
**considers**
    200:10
**consistency** 98:2
    99:19

**consistent** 12:24
    108:5 130:11
    133:15 142:4
    142:15 180:14
    214:10
**consistently**
    118:5
**consortia**
    138:16
**consortium** 34:2
    34:6,10,16,19
    34:22 75:21,22
    76:5 78:16
**consortium's**
    76:10
**constitute** 182:6
**construct** 32:18
    44:24
**constructed**
    25:2
**consultant**
    317:3,18
    320:17 355:23
**consultation**
    188:19,22
**consumer**
    235:22 236:13
    237:1,10
**contact** 269:3,6
    269:17 270:1,3
    270:16 271:24
    272:2 297:20
    299:21
**contacts** 279:13
**contain** 85:11,13
    237:1,10
    280:22 283:3
    284:17 285:4
    289:2 295:10
**contained** 4:13
    7:14 32:4 84:5
    85:15 91:13
    282:14 284:2,3
    285:22 286:21
**container**
    261:13
**Containers** 7:9

69:17,18 70:22
235:7,23
236:13 280:13
**contains** 91:11
234:23 265:7
265:19 292:11
**contaminant**
210:1
**contamination**
40:20 209:18
210:3,12 211:1
211:24 212:4
271:11,19
**contemporary**
295:9
**content** 90:2,10
91:3
**context** 62:6,21
89:20 232:20
242:8 258:15
258:16,17
297:2 322:18
326:17,21
**continue** 280:17
**continued** 3:1
5:1 6:1 7:1 8:1
9:1
**contraceptive**
119:7,17
**contraction**
227:2,16
**contractions**
226:24
**contrary** 201:5
219:23 220:5
220:20
**contrast** 137:9
**contribute** 29:1
29:8 30:3
77:23 80:6
155:24 407:7
407:14
**contributed**
104:15,22
**contributing**
75:12
**contribution**

310:11
**contributions**
307:12
**control** 18:21
145:15 202:1
214:8 247:13
247:18 361:24
379:6 382:8,9
**controlled**
209:17
**controlling**
379:8
**controls** 383:4
**controversial**
336:4,6,11,18
**convenient**
172:22 173:11
**conversation**
222:15
**conversations**
96:11 321:17
321:23,24
322:1 328:2,7
328:11
**convince** 62:3
**convinced** 159:1
**convincing**
60:13 110:14
110:19 120:17
202:16 266:19
339:4 352:23
**convincingly**
112:20
**copies** 45:6
50:12 114:22
114:24 322:3
**copy** 20:19
46:12 47:3
50:16,21 69:24
162:9 188:5
247:21 281:15
282:6 294:22
321:12 328:19
329:12 330:8
345:18 367:8
401:9 415:11
**core** 361:14,19

361:23 362:3
363:11
**corn** 198:5
**cornstarch**
189:20 192:2
192:10 193:2
197:11,15,22
241:6,11,16,17
241:20
**cornstarch-ba...**
198:6
**Corporate** 2:8
**correct** 10:24
11:2 12:5,8
13:14,16,17
15:14 17:9,10
18:21 23:5,10
23:11,24 24:10
26:4,7 27:6,16
27:17,20 28:3
28:7,11,17
29:6 32:2,24
33:20 34:5,17
34:23 35:14,15
36:21 39:4
42:13 43:17,20
45:12,15 47:1
48:7,8,15 52:6
63:18,21 65:4
66:24 67:8,10
69:10,13,18
70:23 73:23
74:2,4,5 79:20
85:12 94:10
95:18 98:12
101:24 102:1,4
107:15,16,17
107:20 108:16
108:21 134:14
150:1 154:5,6
155:11,14
157:5,6 160:16
163:5,23 165:7
165:8 172:5
175:2,11,20
184:10 187:3
188:3 193:12

196:4 197:18
208:10,11,14
208:15,17
211:19 213:4,7
213:8,10,11,14
230:17 233:21
235:20 237:3
243:21 246:6
246:14,15
247:19,24
248:1 249:23
257:10 262:8
272:1 276:10
278:2 281:8
282:21 288:23
289:3 297:3
298:14,19
299:22 305:10
312:14,17
320:9 323:16
327:4,7 328:17
329:10,11
333:11 334:4
334:12 335:17
335:21 337:24
339:9 341:16
341:17,22
345:1 347:12
347:13 351:24
352:3 357:6,17
358:14 359:6,9
359:11 360:20
361:7,11 362:8
362:12,17
363:4,22
366:21 367:18
367:19 371:1
374:13,15
377:6 379:14
379:22 387:3
388:24 389:4
391:7 392:3
394:14 395:21
396:9 398:7,19
399:7,16 400:9
400:13 401:1
401:23 402:1,4

402:9,12
403:19 404:2
404:11,22
406:3,14
407:17 408:14
410:24 411:3
411:10,20
413:23 414:15
414:23,24
417:8 418:17
418:20 419:14
420:7 424:6
426:11 429:7
**corrected** 98:23
**corrections**
427:5,7 429:9
**correctly** 179:14
210:15 227:6
227:12 242:4,9
249:8 311:19
345:3
**Correlate** 8:24
401:13
**Correlative** 6:3
**corresponded**
307:6
**correspondence**
7:16 321:6
**corroborated**
337:18 341:14
341:16
**corroboration**
339:7
**cosmetic** 5:22
26:2 146:11
410:19 411:3
412:24
**cosmetic-grade**
187:5
**cosmetically**
85:6
**costly** 338:7
**cough** 241:9
**coumarin** 266:3
**COUNCIL** 3:2
**counsel** 2:2 3:2
3:7 10:10 22:5

42:3 50:16
102:11 103:23
423:24 426:14
**counseled** 40:9
**countries** 68:22
**counts** 271:8
**COUNTY** 426:3
**couple** 81:15
163:7 245:1
306:23 327:19
**course** 36:2 47:4
189:3 195:1
227:3 275:14
297:21 312:24
**court** 1:1 3:20
10:11 12:1
24:3 56:12
98:17 124:10
124:15 198:18
198:23 212:18
212:19 244:14
290:10 292:21
426:20 427:20
**cover** 16:2 69:17
387:21
**coverage** 200:2
**covered** 250:16
272:9
**covering** 274:21
**covers** 335:5
**Cramer** 208:12
208:16,19
209:4 250:9
**Cramer's** 209:6
**creams** 184:6
**create** 373:10
**creating** 374:8
**creation** 114:3
366:4
**credibility**
123:22 124:9
124:13 130:18
**credible** 68:1
73:16 79:6,13
79:15,20 80:17
81:18 124:19
242:2 289:12

308:18 315:6,6
**credit** 292:10
**criteria** 66:15,17
181:21 191:23
390:21
**critical** 166:10
206:23 207:8
302:18 303:3
**criticism** 35:16
36:7 213:13
319:6
**criticisms**
208:12 213:1
337:10
**criticize** 43:19
326:11
**critique** 333:22
348:13
**crocidolite** 6:18
403:19
**cross-compare**
408:1
**crosstalk** 397:18
**Crowley's** 87:21
87:22 88:6,14
**CRR** 3:20
**culminating**
303:19
**culture** 326:1
378:20 400:13
401:24 423:1
**cultured** 358:23
**cultures** 9:3
406:14
**curiosity** 300:13
**current** 4:24
53:20 167:1
333:3 336:24
337:1
**currently** 13:18
13:20 15:6
338:19
**Curriculum**
4:10 8:3
**Curry** 2:21 4:4
12:6 14:17
16:5,24 17:15

17:24 19:11
21:9 22:3,14
22:20 26:8,20
27:8 28:15,20
29:10,20 30:5
31:5,17,24
32:14 33:6,21
34:24 35:18
36:8 37:1
40:21 41:15
42:23 43:11,22
45:3,20 46:10
47:7,19 48:1
49:3 50:14
51:5,10,21
52:8,16 53:3
54:2,19 55:6
55:20 56:5,10
56:17 57:1,9
58:12,19 59:16
60:8,19 61:2,9
61:23 62:15
63:8,19 64:3
64:13,17 66:18
67:21 68:3
69:11 70:13
71:1,24 72:7
72:18 74:8
75:23 76:12
77:10,17,24
78:22 79:21
80:19 81:19
82:12 84:8
85:2,16 87:2
88:16 89:2,8
90:5,12 91:5
91:22 92:3,15
93:1 94:16
95:5 96:3,16
97:7,23 98:15
98:21 99:11
100:3 101:11
103:10,14,19
104:17 105:5,8
105:14 106:11
107:22 108:10
109:11,17

110:1 111:9,19
112:2,14,21
114:1,8,11
115:13 116:10
116:19 117:5
117:13 118:7
118:15 119:15
120:13 121:6
121:15,23
122:12,23
123:8,18 124:3
124:21 125:2
125:12 126:14
126:23 127:6
127:15,23
128:8,20 129:6
129:17 130:4
130:14 131:3
132:21 133:6
133:20 134:7
134:23 135:9
135:18 136:4
136:12,22
137:14,24
138:9,20 139:7
139:13,21
140:3,11,21
141:17,24
142:9,18 143:3
143:9,17,24
144:9,20
146:13 147:4
152:22 153:13
154:11,16
155:12 156:15
157:17 158:8
159:6,13
160:18 161:10
161:18 163:17
164:18 165:16
167:24 168:22
169:22 170:12
171:19 172:10
172:18 173:15
173:24 174:19
175:3 176:2
177:3 178:2

179:2,8 181:5
181:12 182:20
183:18 184:14
185:6,12,20
186:2,17 187:8
187:18 189:6
190:3,11,24
191:14 192:3
193:4,13
194:18 195:9
196:9 197:13
197:24 200:18
202:22 203:8
203:16,23
204:12,22
205:5,12 206:6
206:11 207:3
207:13,22
208:7,23
209:19 210:13
211:11 212:1
212:14,17
214:15 215:1
215:12 216:5
216:24 217:12
218:4 219:10
219:24 220:7
221:16,24
222:13 223:1
223:20 224:3
224:12,20
225:3,12,18,24
226:7,13
227:24 228:19
229:5,17
230:22 231:15
232:2,15 233:2
233:11 236:2
236:17 237:4
238:3,10 239:7
239:16,23
240:7,16,24
242:5 243:10
245:18,23
246:8 250:14
251:11,17
252:16,24

Michael Birrer, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| 253:19 255:5 | 324:18 325:4 | 393:6 394:15 | **D** 4:1 5:1 6:1,16 | 354:15,19 |
| 255:16 256:19 | 325:12 326:13 | 394:20 395:2 | 7:1 8:1 9:1 | 356:3 366:21 |
| 257:11,17,24 | 327:5 328:20 | 395:22 396:11 | **D'Limonine** | 368:4 369:5 |
| 258:19 259:1,6 | 330:7,11,15 | 396:21 397:5 | 266:4 | 372:20,24 |
| 259:21 260:1 | 331:11 335:2 | 398:9,20 399:8 | **daily** 272:15,15 | 373:2,5 374:9 |
| 260:11,21 | 335:22 336:8 | 399:17 400:4 | 273:4,4 | 374:12 375:1 |
| 261:10,21 | 336:19 337:7 | 400:14 401:2,8 | **damage** 156:8 | 383:23 384:1,9 |
| 262:15,23 | 338:2,8,13,21 | 402:24 403:20 | 164:8,14 | 385:5,14 391:6 |
| 263:23 264:7 | 339:20 340:20 | 404:4,12,23 | 303:19 | 391:24 395:20 |
| 265:2,8,21 | 341:23 342:18 | 405:11,21 | **Dan** 250:9 | 399:11 404:15 |
| 266:5,16,24 | 343:10,24 | 407:22 408:6 | **danger** 182:6 | 407:6,13 414:6 |
| 267:6,11 269:9 | 345:17 347:2 | 408:15 409:2 | **data** 28:22 29:4 | 414:10 |
| 270:7 271:12 | 348:7 349:19 | 410:8 411:4,11 | 29:12 30:7 | **data's** 374:18 |
| 272:17 273:5 | 350:10,21 | 411:21 412:8 | 51:14,16 52:21 | **date** 1:19 10:4 |
| 273:14,23 | 351:15 352:1 | 412:17 413:8 | 55:9,14,24 | 24:7 48:24 |
| 275:2 276:6 | 352:20 353:8 | 413:24 415:10 | 56:4,15 58:1 | 144:15 163:13 |
| 277:2,15 278:7 | 353:24 354:10 | 415:14,24 | 58:14,23 59:3 | 427:9 429:15 |
| 278:18,24 | 354:21 355:13 | 416:10 417:22 | 59:4,6,22 | **Daubert** 27:11 |
| 279:16 280:5,9 | 356:5,24 | 418:10 419:1 | 60:11,17,21 | **daughter** 269:23 |
| 280:24 282:5,9 | 358:19 359:21 | 420:8,21 | 65:6,21 66:4 | 271:2 |
| 283:7,20 284:4 | 360:1 361:1,15 | 421:14 422:20 | 86:20 89:17,22 | **Dawn** 2:21 |
| 284:21 285:5 | 362:18 363:5 | 423:2,6,21 | 90:20 92:5 | 50:12 175:24 |
| 285:23 286:13 | 363:23 365:1,6 | 424:1,4,17 | 93:6 109:2,20 | 373:18 |
| 286:24 287:15 | 365:11 366:2,7 | **curve** 7:18 | 110:17,19,19 | **Dawn@nutter...** |
| 287:23 289:4 | 366:15,22 | **cut** 204:23 | 111:11,13,16 | 2:21 |
| 289:14,24 | 367:14 368:1 | 368:22 | 111:16,17 | **day** 65:19 66:3 |
| 290:7,20 292:5 | 368:11,15,24 | **cutoff** 390:19 | 119:11 136:19 | 97:22 112:6 |
| 292:13 293:4 | 369:4,20 370:6 | **cutting** 205:7 | 143:14,21 | 299:13,14 |
| 293:15 294:5 | 370:11 372:1,9 | 354:1 | 144:7,17,19,24 | 309:5 344:10 |
| 294:21 296:7 | 372:16 373:1,8 | **CV** 20:22,23 | 145:20 177:20 | 426:17 429:19 |
| 297:4,10 298:3 | 373:14,19 | 21:2 73:18 | 182:15 183:11 | **days** 14:21 |
| 298:8,15,20 | 374:1,16 375:5 | 80:9 81:12 | 184:22 185:4 | 427:16 |
| 299:6 300:16 | 375:9,23 376:8 | 167:18 311:3 | 187:11,12 | **de** 337:9 |
| 301:12 303:10 | 377:14,22 | 311:11 316:3 | 194:2 195:11 | **dead** 214:13,18 |
| 303:24 304:6 | 378:8,14,21 | **cycle** 228:15 | 195:15 202:16 | 214:21 215:8 |
| 304:15 305:14 | 379:3 380:7,12 | **Cynthia** 2:9 | 202:21 219:2,3 | 215:22 216:1,1 |
| 306:12 307:19 | 380:22 381:4 | **cytokine** 156:5 | 223:4 232:18 | 216:2,9,16 |
| 308:6,20 | 381:15,22 | **cytokines** | 235:4,5 256:6 | 217:4,22,22 |
| 309:15 310:13 | 382:17 383:12 | 122:11 137:22 | 273:16 276:2 | 218:10,14 |
| 311:14 313:9 | 383:17 384:3 | 155:23 156:6 | 277:9,19 | 225:2 228:24 |
| 313:24 314:6 | 384:13,19 | **cytotoxicity** 9:8 | 278:20,22 | **dealing** 83:2 |
| 314:15,22 | 385:1,7,15,22 | 9:12 415:8,17 | 279:8,23 280:1 | 110:18 145:19 |
| 315:7,17 | 386:6 387:4 | 417:3 419:23 | 284:7 287:4,5 | **dealt** 40:8 |
| 317:20 318:11 | 388:3,10,17 | 421:3 | 296:23 307:15 | **death** 150:23 |
| 319:9 320:22 | 389:5,14,24 | **cytoxicity** 418:8 | 313:19,20 | 151:10 303:20 |
| 322:11,24 | 390:13 391:1,8 | ——————— | 340:6,16 | **debate** 251:1 |
| 323:17 324:3 | 392:4,8,17 | **D** | 344:15 346:10 | **Debra** 5:23 |

Michael Birrer, M.D., Ph.D.

Page 443

decades 7:13
  60:12 62:6
  147:7 272:16
  273:4 283:3
decayed 216:12
December 5:20
  25:13,13 49:1
  49:5 52:3
  184:18 254:17
decent 362:4
decide 92:11
decision 8:9,13
  184:18 186:6
  332:22 389:12
declaration
  320:13
decline 244:5
declined 243:2
deem 51:19 52:7
deemed 427:19
deeper 209:24
defendant 2:18
  11:20,21
defendants
  23:23 103:9
  104:7
Defendants'
  4:12
defense 285:21
  286:6
defer 424:11,14
define 60:21
  67:23 74:11
  79:15 89:4,6
  89:10 94:18
  97:9 124:8,13
  124:18 146:21
  159:15 177:24
  191:2,2 257:19
  262:4 314:2
defined 106:15
  250:19 251:19
  252:7,8,12
  303:18
defining 216:11
  216:21 358:11
definitely 287:5

292:7
definition
  148:14 179:21
  264:2 309:6
  313:1 338:10
definitive 59:4
  86:19 113:6,7
definitively
  188:4
degree 13:10
  33:1
delayed 11:16
deleterious
  128:17
deletion 156:6
delivery 228:6
delve 209:24
demonstrate
  380:6 422:24
demonstrated
  386:20
demonstrates
  206:18 268:15
Denver 2:12
deodorants
  184:7
department
  38:7 213:9
departmental
  317:23
depend 33:23
  315:9,20
dependency
  386:10
dependently
  406:24 407:1
depending
  374:18 390:7
  408:20 414:8
depends 32:17
  144:14 158:10
  159:15 237:6
  380:24 389:16
deponent 10:8
  429:2
deposed 12:20
deposing 427:16

deposit 193:20
deposited
  218:14
deposition 1:14
  10:6,21,22
  11:4,7 20:15
  21:4,15,16
  24:20 31:23
  45:17,19,22
  46:24 48:11,18
  49:11,16 50:5
  52:5 53:12
  81:8 113:23
  149:14 153:15
  162:3 166:20
  199:7 205:21
  209:13 234:1
  246:22 253:21
  264:13 268:2
  281:18 282:1
  287:18 291:4
  294:13 301:18
  311:7 317:12
  317:13 318:6
  320:3 323:22
  324:21 328:24
  329:17 340:19
  366:5 385:23
  393:21 400:21
  406:9 409:13
  409:22 410:4
  415:1 424:23
  425:2 427:3,13
  427:17,19
depositions
  45:14 46:6
  66:13 233:13
describe 15:5
  71:14 226:18
  226:22 242:3
  249:2 305:23
described 53:5
  83:11 148:6
  151:7,21
  187:22 337:3
  422:13
describes

106:10 146:7
  148:12 149:23
  150:17 214:13
  238:17 263:19
  422:8
describing
  148:10 421:8
description
  72:15 152:8
  298:1 343:21
  346:20
deserve 79:11
design 17:20
  18:20 79:10
  139:17,19
designated 19:9
designed 152:13
designing
  267:15
despite 344:15
detail 86:11
  94:12 194:11
  196:14 343:18
detailed 72:2
  344:3
detailing 15:8
details 215:4
detect 139:4
  405:7,9,13
detected 128:5
  208:13,22
  271:7
detection 15:10
  200:16 201:2
  201:19 206:17
  247:5
determination
  91:1 181:4
  200:23
determine 40:16
  71:16 183:16
  315:22 334:17
determined
  200:14 212:8
  249:10 281:7
determining
  302:18 303:3,8

develop 92:6
  147:11
developed
  138:16 140:2
developing
  55:11
development
  29:2,9 30:4
  61:18 66:6
  67:18 90:22
  122:5 143:22
  156:7 166:10
  306:10 307:3,5
  309:9 340:10
  346:11,14
  350:1
developmental
  168:4
Devices 199:21
Devyn 3:13 10:3
diagnose 13:20
diagnosis 11:16
  15:10
diaper 184:6
diaphragm
  274:20
diaphragm's
  197:3
diaphragms
  189:24 190:1
difference 61:13
  262:21 263:6
  330:2
differences
  192:1,6,20
  193:1 269:23
  416:5
different 9:13
  26:17 52:22
  58:17 69:16
  73:1 75:20
  95:10,23 106:3
  108:24 109:9
  110:9 147:17
  178:14,15
  184:20 185:4
  192:18 202:17

Michael Birrer, M.D., Ph.D.

202:20 207:19
208:4 261:2
264:2 293:2,10
298:2 305:12
308:4 330:4
364:21 368:19
368:23 374:22
381:8 397:24
408:10,13
410:19 412:23
414:9 415:19
416:4 417:4
418:14 420:12
421:7
**differential** 9:7
408:19
**differently**
197:19 369:18
**difficult** 24:4
99:16 130:22
131:22 188:9
259:10 273:8
364:2 384:7
408:21
**difficulties**
306:21
**difficulty** 100:6
214:5
**diffraction**
295:16
**digestion** 210:2
**dilation** 137:22
**dioxide** 402:3
**Diplomate** 1:20
**direct** 130:13
135:13 186:19
197:1
**direction** 228:4
308:10
**directly** 122:7
221:9 248:17
304:23
**director** 14:22
**disagree** 83:22
113:16 115:11
116:1,9,12,18
116:21,23

117:4,16,21
118:9,14,22
119:4,24
120:19 121:9
121:10,17
122:2,3 123:1
123:11,12,17
123:20 124:6
124:20 126:17
126:18,22
127:1,8,17,22
128:1,7,10,23
129:8,16,19
130:16 131:2
132:10,23
133:13,22
134:12 135:1
135:11,17,20
136:15,16,24
138:3 139:6,9
140:13,15,23
141:1,2,16,19
142:8,11,20,22
143:2,19
144:11 146:16
165:2 173:7
200:22 224:14
250:23 251:16
252:4,15 255:3
255:12,13
335:11 383:5,7
383:19
**disagreeing**
387:22
**disagreement**
145:11 250:11
**disciplines**
247:16
**disclosed** 103:9
**discuss** 48:10
95:21 102:17
155:10 357:12
**discussed** 75:21
102:9 103:5
107:6,12
232:17 329:8
406:16 417:7

**discusses** 155:20
**discussing** 31:20
98:4 264:5
**discussion** 65:1
148:9 346:22
349:1 387:18
**discussions**
103:15 241:17
**disease** 118:13
135:8 137:7
157:12 169:17
169:17 247:13
247:18
**disingenuous**
115:8
**dismissed** 116:8
**disparate**
110:21
**dispositive**
91:17
**dissect** 65:12
**dissemination**
397:15
**dissolve** 297:16
298:14
**dissolved** 359:11
**distant** 194:1
397:16
**distinction**
271:2
**distinguish**
377:1
**DISTRICT** 1:1
1:2
**diversity** 151:14
**divide** 131:15
**division** 122:10
253:5,12 305:3
**DMSO** 359:11
379:7,7
**DNA** 122:10
137:22 164:13
164:13 303:19
304:23 307:13
309:8,12
**doc-** 11:22
**Docket** 1:9

**doctor** 13:15
320:11
**doctors** 290:18
292:10
**document** 1:7
4:12 21:23
25:6 43:3 50:8
53:19 63:12
67:2 70:9,20
101:15,19
234:14 322:16
374:8
**documentable**
268:19
**documented**
346:5
**documenting**
344:22
**documents**
72:24 290:12
292:17 326:16
**doing** 15:12 16:3
79:9 80:8
144:18 291:4,6
291:10 308:18
325:10 338:19
350:18 362:3
372:17,22
380:3 427:8
**dollars** 319:19
**domestic** 100:12
276:5 410:21
413:2 414:13
**dosage** 379:1
**dosages** 409:23
**dose** 386:9 402:9
402:9,17 405:4
**dose-dependant**
386:20
**dose-dependent**
303:20 380:6
380:20 383:3
383:10
**dose-deponent**
386:5
**dose-response**
128:13,18

**dosed** 407:1
**doses** 334:20
352:15 359:18
362:11 402:8
**doubt** 189:17
**Doug** 245:1,3
**DPM** 2:13
**Dr** 10:20 21:20
23:3 36:3
37:19,22 38:2
38:4,9,11,12
38:15,16,18,19
38:21,24 39:5
39:8,11,15,17
39:19 40:19
42:16 45:18
46:2,15,23
47:5,17 48:18
49:10,22 52:5
81:23 82:19
87:21,22 88:6
88:14 94:9
103:6 104:4,5
104:6 106:10
113:15 115:4
146:21 149:7,8
153:2,7,19,20
154:8 155:4,5
155:9 156:14
157:13 158:5
159:4 160:9,22
161:7,8 162:7
167:2,21,21,22
177:8 204:5
206:10 208:16
208:19 209:4
213:2,3,13,18
213:23 214:12
217:21 219:22
220:5 221:10
221:15,18,22
223:18 224:9
224:17 226:17
228:18 230:8
239:22 244:11
244:22,24
245:5,8,9

254:24 255:4
256:14,15
268:7 280:16
281:13,22,23
282:24 283:5
285:3 286:11
286:18 295:1,3
301:22,23
303:7 304:10
304:14 310:24
310:24 311:3
316:17,22
318:7 319:15
320:16,20
321:7,17 322:5
322:21 323:22
324:13 326:12
332:1 333:10
334:3,5,15
335:21 338:18
339:18 340:9
340:15 342:16
346:13 347:15
348:1 349:6
357:9,15
360:18,22
361:6 362:5,16
365:21,22
366:12 373:6
374:4,14
382:22 383:5,9
386:15 387:23
387:24 388:22
393:5 394:1
398:17 399:6
407:20 409:1
409:11,21,24
415:6 417:2
420:20 421:13
422:18 423:19
424:5,6
**draft** 4:15 48:15
**drafts** 46:24
**dramatic** 379:7
**draw** 33:14
184:22
**drew** 185:14

227:15
**drive** 2:8 3:8
46:8
**driver** 310:7
**drivers** 307:14
**driving** 250:10
**dry** 189:19
**due** 128:13
130:12 141:5
141:10 210:11
410:21 413:1
**duly** 10:15
**dust** 70:3 96:22
221:2 256:2
**dusting** 60:13
189:24 190:1
198:6 215:15
220:23 222:7
241:7,12
**Dyer** 7:14

**E**

**E** 2:1,1 3:1,1 4:1
5:1 6:1 7:1 8:1
9:1 426:1,1
428:1
**e.g** 142:24
**earlier** 75:21
211:10 241:23
291:10 350:9
420:5
**early** 7:10 15:10
169:13 247:5
**easier** 149:19
338:6
**easily** 178:10
214:22 365:9
**EASTERN** 1:2
**easy** 30:20
**Ebarton@sey...**
3:5
**edge** 150:11
306:15
**editor** 8:10
174:14,16
294:16 333:13
333:14 334:3

391:19,19
**editorial** 290:3
**editors** 171:16
175:1,11
288:20,24
289:10 321:18
328:3 332:5
333:16 391:17
391:23 398:3
413:18
**effect** 9:9 92:2
93:19,22
128:17 143:15
145:16 147:1
182:16 183:12
183:17 327:3
331:9 378:13
379:14 382:13
386:20 405:20
421:3,8 422:24
**effective** 156:2
**effectively**
297:18 299:20
345:24
**effector** 302:17
303:2
**effects** 62:20
90:4,11 94:15
95:3 130:24
145:5 182:23
190:10 300:14
311:13 312:23
325:11,24
334:17 338:20
340:5 347:9
378:17 379:7
379:11,12
408:19 415:23
**effort** 40:11
**egg** 214:9
**either** 29:12
30:7 47:11
79:5 160:9
170:6,17 194:4
227:10 231:8
266:2 278:23
295:4 301:15

310:9,10
321:18 341:10
346:17 355:22
356:3 376:6
407:19 420:19
422:12,17
**EL1** 375:12
381:7 382:2
**electron** 6:4
295:17
**electronic** 46:17
**elements** 66:14
130:22
**elevated** 122:11
**elicit** 132:17
**elicited** 414:7
**eliciting** 303:6
**eliminate**
271:21
**eliminating**
295:11
**ELISA** 334:23
360:18,24
367:13 382:11
382:12
**ELLIS** 3:8
**elongated** 7:22
108:3 302:7
303:5 305:11
**email** 328:3
**Emerging**
151:24
**EMP** 108:9
**emphasize**
175:13 284:6
**EMPs** 7:23
303:5,17,22
304:4,24
**enabling** 150:23
151:10,24
**encompass**
309:7,19
**encouraged**
333:9
**endometrial**
132:16
**endometrio-**

137:3
**endometrioid**
117:18 121:13
378:2
**endometriosis**
118:2,12,18
119:1,8,13,18
133:14 135:7
135:14 137:6
169:16,16
**endometrium**
129:23
**ends** 274:18
**enduring** 151:11
**Engineering**
69:2 241:24
246:13
**engines** 44:3
**England** 255:22
**enhance** 339:8
**enhanced**
123:23 337:17
341:13
**enhances** 166:4
349:16
**Enquirer**
289:22
**entail** 74:7
**enter** 126:20
194:16 258:4
269:7
**enters** 128:15
**entertainment**
290:15
**entire** 36:10
44:10 56:11
70:9 247:3,4
296:9 369:13
**entirely** 15:7
**entirety** 380:8
**entities** 323:5,10
**entitled** 296:19
**environment**
125:10 181:17
**environmental**
67:15 100:1
137:11 164:6

enzymes 192:22
334:22 344:13
EOC 118:12
121:20 169:11
169:14,21
175:20 334:20
epi 83:7 187:11
187:12 287:4
epidemiologic
33:11,14 40:15
57:14 59:3
82:23 119:11
133:1 135:3
136:19 141:21
144:5,15,16
145:14,20
159:17 197:10
276:2 301:1
417:14 418:1
epidemiological
33:18 59:6
396:15
epidemiologic...
160:2
epidemiologist
32:23 33:19
143:8
epidemiologists
34:4,14,18
epidemiology
33:1,4 34:16
78:20 169:10
254:22 266:23
276:4 417:20
epigenetic 305:5
307:16 309:6
309:10,18,24
epigenetics
310:4
epithelial 5:16
9:14 28:1,6
29:2,18 95:10
95:13,17,22
116:17 132:20
134:6 135:4
136:10,18
138:6 167:23

358:2,3,7
415:20,23
417:5 419:24
421:5,21 422:1
422:13
epithelium
122:8
Epstein 4:17
equal 113:3
271:20
equals 113:2
equations 7:17
Eric 3:5
errata 427:6,9
427:12,15
429:11
Erratum 7:16
especially
132:12 296:3
ESQ 2:13
Esquire 2:6,9,16
2:21,23 3:5,9
essential 395:10
396:3,4
essentially 41:9
52:21 64:22
72:14 107:11
165:21 191:16
193:19 202:14
221:2 292:18
293:19 297:16
298:13,24
317:1 395:18
398:17 400:3
establish 409:23
established
178:23 230:8
302:9 313:21
420:5
estimate 24:14
24:15
estimated 138:7
138:15 176:5
estimating 82:3
et 5:14,17,24 6:6
6:22 8:7,21
9:10,14 86:18

86:19
eternal 112:8
ethical 18:10,14
etiology 191:17
307:8 313:7
396:19
eugenol 266:3
evading 150:22
151:9
evaluate 57:11
evaluated 239:1
239:3
evaluation 4:20
63:13 96:24
eventually 12:1
356:19
Everett 2:6
161:23 199:3
356:13 394:22
everybody
204:3 361:21
evidence 4:23
53:19 60:13,14
63:11 65:6
112:18 115:9
123:24 124:18
127:13 133:1
135:4 158:7
159:5,11,16,19
159:20 160:13
180:1,7 186:19
186:22 195:15
202:10 215:6
249:11 266:19
274:14 289:12
293:20 344:16
385:5 396:16
417:14 418:1
evolution 307:7
evolutionary
307:15
evolved 214:7
309:6,19
322:17
Evolving 6:11
247:2
exact 342:15

exactly 94:13
269:14 274:22
397:22
examination 4:2
10:18 190:17
199:17,22
424:3
examined 10:16
277:20 295:12
example 19:10
34:2 78:19
87:1 100:13
107:5 136:19
140:9 147:10
184:5 217:9
274:16
examples 100:9
301:17
exceedingly
192:15
excessive 180:14
392:10
exchange
317:22
excite 290:14
exclude 139:5
excluded 262:7
262:13
excluding 95:16
Excuse 244:15
executive 184:1
199:24
exercise 374:7
380:9
exerted 9:10
exhibit 20:13,15
21:1,4,16
23:16 47:21
48:11 49:16,20
50:4,5 52:5
53:11,12 64:4
64:11 67:2
71:10 81:8,22
113:21,22,23
114:3 148:13
149:14,22
153:15,18

161:22 162:3,6
166:20,23
205:21 209:11
209:13 234:1
246:22 247:1
253:21 254:1
264:13,16
268:2,5 281:18
281:21,23
282:1 287:18
288:4 294:11
294:13 301:18
301:21 311:5,7
320:3,11
327:10 328:24
329:3,17,21
330:8 366:5,8
366:10 367:8
368:16 369:6
373:11 379:16
379:17 380:2
393:21 394:21
394:23 400:20
400:21 406:7,9
409:13,16
415:1,4
exhibits 4:7 64:9
existed 259:5
exists 312:21
Exogenous
397:1
expand 211:9
expanded
138:16
expect 19:18
261:5 371:19
393:19
expectancy
299:5
expected 193:12
expedites
151:15
expels 228:6
experience
26:13,14 30:20
31:9 33:18
34:16,23 35:9

65:8 91:18
96:24 123:4
239:11,19
274:5 300:2
**experiment**
55:22 62:24
63:2 91:8
130:21 131:21
411:2,14,18
412:12
**experimental**
156:7 180:8
307:15 330:20
331:6 332:17
333:7
**experiments**
39:22 40:1
55:15 57:21
59:2 62:20
79:8,9 83:4
84:19 85:5
91:14,16 93:6
93:12,15,18
144:7 145:16
195:17 202:12
315:13 338:18
344:22 345:5
348:11 351:4
356:23 398:18
409:23 411:9
411:19 413:22
420:2
**expert** 4:8 17:13
19:23 20:14
25:10 26:15
27:1,10 30:13
30:17 32:16
35:20,23 36:17
36:24 40:7
41:3 42:2
43:10,16 45:13
45:22 47:4,13
54:16 57:8
65:7,24 66:11
71:4 84:21
86:9 88:9
93:14 103:9

104:2,7,10
155:10 178:13
178:21 194:6
201:12 205:14
205:18 214:1
238:20 261:24
274:5 278:10
282:19 286:2
297:12 304:17
317:3 320:17
355:23 424:6
**expertise** 26:7
31:2,8,12,15
37:7,20,23
38:5,13,15
39:1,3,6,9,12
39:14 54:23
57:17 69:10
76:4 77:5 80:4
84:18 86:6
89:15 246:5
251:5 263:2
308:10 335:19
**experts** 16:23
35:17 36:6,17
43:19 78:18
167:22 168:20
206:24 207:9
207:11,15,19
208:4 213:1
220:20 221:13
251:23 252:21
258:14 285:21
286:6 332:4
394:13 424:15
**experts'** 37:17
**expires** 426:21
429:20
**explain** 91:20
118:23 205:11
374:5
**explained** 142:6
145:12 201:22
**explains** 134:3
243:4
**explanation**
113:19 132:13

277:7 278:3
308:3,5,17
**explicitly** 351:12
**explore** 196:13
**explored** 86:9
**exploring** 15:8
**exposed** 17:21
100:7 132:19
256:22 271:23
275:17 276:1
279:4 344:14
406:14
**exposing** 59:3
**exposure** 6:22
40:17 100:13
100:18 101:3,9
116:15 118:12
130:23 134:22
135:15 136:20
137:11 142:17
142:23 177:20
183:10 184:4
195:1,7 232:24
249:3,8,12,15
249:20 268:5
268:19 269:1,2
270:24 271:6
271:24 272:3,5
272:7,13 273:2
276:5,13,16,17
279:7 347:8
413:2 414:11
414:13
**exposures** 100:2
135:7 275:8,11
276:8 278:11
410:22
**expressed** 218:6
373:23
**expression** 8:23
334:17 367:17
370:23 398:15
399:21 401:13
402:7
**extended** 276:20
**extending** 125:7
**extends** 170:14

**extensive** 53:2,6
71:22 72:6,16
178:24 181:4
284:24
**extensively**
27:12 55:8
**extent** 83:9,12
**external** 125:7
125:10,22
126:7 187:21
188:18 362:2
364:3
**extra** 48:4
114:22,24
282:6 294:22
**extract** 44:23
65:11
**extrapolate**
300:6
**extrapolating**
166:8
**extreme** 279:9
**extremely**
384:22
**eyeballing**
382:14 383:15
**eyes** 392:2,21,24
393:2

**F**

**F** 426:1
**face** 310:6
**facilitates**
227:20
**facilities** 361:24
**facility** 361:14
361:19,20
**fact** 92:6 167:12
182:5 185:14
207:6 214:6
220:23 243:18
269:1 273:10
309:7,19 310:6
318:21 334:5
347:6 351:11
369:22 387:2
**factor** 26:14

28:5 41:5
55:10 59:9
90:21 121:12
129:2 136:18
155:2 169:21
171:11 173:4
175:19 230:10
230:14,21
231:1,14,23
234:10,11
274:6 312:9
404:16
**factor's** 297:13
**factories** 275:20
**factors** 118:4,11
119:6,10,12
130:21 133:16
134:5 135:4,6
136:2 141:14
147:21 169:10
169:11 247:24
248:8 249:17
249:22 397:1
**faded** 74:17
**fail** 427:18
**failure** 105:18
128:18 299:9
**fair** 14:23 19:19
32:8 40:13
68:5 72:17
73:14 75:17
82:16 86:16
99:13 141:5,11
216:7 242:13
271:19 296:9
308:22 310:12
310:15 312:1
313:5 324:11
386:11
**fairly** 48:23 78:7
272:3 286:4
296:22 311:22
379:7
**fallopian** 129:23
132:16 358:6
377:10
**familiar** 12:11

Michael Birrer, M.D., Ph.D.

49:15 85:23
96:20 108:4
148:1,24 150:3
153:2,21
162:12,14,21
189:21 234:4
242:14 249:6,7
267:18 302:11
364:11 390:3
390:12 400:18
406:4 419:6
**family** 169:14
**far** 23:13 86:21
**fashion** 303:20
**faster** 229:2
**father** 269:2
**fault** 198:17
**FDA** 4:17 49:14
49:20 72:4,5
72:14 73:1,15
190:16 198:11
199:10 200:9
290:11 292:21
**features** 346:20
**Federal** 1:16
5:19
**fee** 22:22 25:4
361:22
**feeds** 156:10
**feel** 30:22 66:14
145:11 146:20
158:1,22
284:19 286:18
**feels** 257:4
**fees** 23:10
**fellow** 258:13
**felt** 42:21 89:22
160:14 171:16
173:23 252:8
289:19 394:13
**female** 31:3
122:6 123:6
136:8 221:14
221:19,22
**female's** 228:14
**feminine** 146:12
**fertility** 227:13

**fertilize** 214:9
**fewer** 207:10
**fiber** 6:22 55:5,5
55:19 56:24
197:1 268:6
296:4
**fibers** 69:9,18
70:3,22 71:5
85:15 108:3
128:5 146:7
178:8 194:16
194:24 195:6
196:3 262:6,12
262:17,20,22
263:18 264:21
264:22 269:4,7
269:18 276:23
277:7 278:16
279:13 286:11
286:22 305:11
**fibrosis** 190:21
191:3,17
**fibrous** 107:21
261:20 262:3,6
262:12,21
286:12,15
295:22
**field** 16:23 17:13
33:9 37:7
77:22 80:24
106:14 167:22
308:9 332:5
335:19 350:5
394:13
**fields** 80:12
**Fifth** 1:17
**Fifty** 393:2
**fight** 152:13
**figure** 84:20
111:6 151:23
152:10,11
255:7 366:19
369:17,21,23
370:10,12
371:2,3 383:1
387:19 403:14
403:16

**figures** 421:2
**file** 22:12 46:7,7
46:15,17
**files** 46:12
**fill** 176:21
**filling** 379:21
**fimbria** 129:5
**final** 8:9 200:2
365:7 401:21
**finally** 347:6
**find** 44:15 47:23
111:6 148:19
186:5 326:21
331:1 373:15
**FINDEIS** 2:16
**finding** 210:11
227:5 267:19
421:19
**findings** 133:14
133:15 234:18
337:18 339:8
339:24 341:14
341:15 352:10
352:19 353:14
365:24 407:21
408:5 409:1
422:18
**fine** 37:20 62:9
63:7 113:18
118:23 131:16
177:12 212:20
250:19 251:21
372:11 373:20
373:21 374:2
**finish** 176:10
204:23 306:19
340:2 365:9
**finished** 295:15
306:19 354:2,4
423:12
**fire'** 156:9
**firm** 2:3 192:22
**first** 10:14 25:8
47:5,12,14
48:17,19 74:14
74:16 84:17
120:15 133:12

152:2 169:9
199:20 200:3
220:12 226:24
244:4 247:11
250:10 256:23
264:16,18
293:24 302:21
303:17 306:10
308:5 309:4,18
316:7 327:14
332:15 340:2
342:4 344:11
345:11 371:8
390:2 395:6,9
412:2,6 417:12
417:24
**firsthand**
162:23,24
393:13
**FISH** 2:19
**fit** 191:23
**five** 24:19
105:13,20
212:11 389:22
390:10 391:21
392:13 421:1
**flagella** 216:15
216:16
**flagellum** 217:9
**flags** 174:16
**flames.'** 156:11
**flat** 146:6
**flawed** 172:23
173:14,18,23
202:6,13
353:17,23
354:9 356:22
**flaws** 37:16
221:8 330:20
331:7 332:18
333:7 350:14
350:20 351:4,9
352:5
**Fletcher** 8:7
334:16
**flies** 25:15
**FLOM** 2:22

**flow** 222:23
223:9
**flow-volume**
7:17
**flowing** 317:7,10
319:19
**fluid** 237:20
274:17
**FLW** 1:7
**focus** 15:5 27:12
163:12 311:12
**focused** 54:13
66:12,20 71:4
86:10 187:12
**folder** 356:14
**follow** 17:22
177:23 291:14
384:22 385:11
**follow-up**
423:22
**followed** 299:10
346:22
**following**
122:18,20
126:12 200:1
345:6 347:7
357:15 358:18
360:6 369:2
380:13
**follows** 10:17
**footnotes** 42:12
42:20
**forced** 219:9
**forcefully** 219:1
222:10
**foregoing** 426:6
426:10 429:6
**foreign** 132:17
136:11
**Forest** 2:12
**forget** 198:24
**form** 12:7 14:18
16:6 17:1,16
18:1,23 19:12
26:9,21 27:9
28:16,21 29:11
29:21 30:6

31:6,18 32:1
32:15 33:7,22
35:1,19 36:9
37:2 40:22
41:16 42:24
43:12,23 45:4
46:11 47:8
49:4 51:6,11
51:22 52:9,17
53:4 54:3,20
55:5,7,19,19
55:21 56:3,6
56:18,24,24
57:2,10 58:13
58:20 59:17
60:3,9,20 61:3
61:10,24 62:16
63:9,20 66:19
67:22 68:4
69:12 70:14
71:2 72:1,8,19
74:9 75:24
76:13 77:11,18
78:1,23 79:22
80:20 81:20
82:13 84:9
85:3,8,10,17
87:3 88:17
89:3,9 90:6,13
91:6,23 92:4
92:16 93:2
94:17 95:6
96:4,17 97:8
97:24 99:12
100:4 101:12
103:11 104:18
105:6 106:12
107:23 108:11
109:12,18
110:2 111:10
111:20 112:15
112:22 114:9
115:14 116:11
116:20 117:6
117:14 118:8
118:16 119:16
120:14 121:7

121:16,24
122:13,24
123:9,19 124:4
124:22 125:3
125:13 126:15
126:24 127:7
127:16,24
128:9,21 129:7
129:18 130:5
130:15 131:4
132:22 133:7
133:21 134:8
134:24 135:10
135:19 136:5
136:13,23
137:15 138:1
138:10,21
139:8,14,22
140:4,12,22
141:18 142:1
142:10,19
143:4,10,18
144:1,10,21
146:6,8,14
147:5 152:23
153:14 154:12
154:17 155:13
156:16 157:18
158:9 159:7,14
160:19 161:11
161:19 163:18
164:19 165:17
168:1,23
169:23 170:13
171:20 172:11
172:19 173:16
174:1,20 175:4
178:3 179:3,9
181:6,13
182:21 183:19
184:15 185:7
185:13,21
186:3,18 187:9
187:19 189:7
190:4,12 191:1
191:15 192:4
193:5,14

194:19 195:10
196:10 197:14
198:1 200:19
202:23 203:9
203:17,24
204:13 206:7
206:12 207:4
207:14,23
208:8,24
209:20 210:14
211:12 212:2
214:16 215:2
215:13 216:6
217:13 218:5
219:11 220:1,8
221:17 222:1
222:14 223:2
223:21 224:4
224:13,21
225:4,13,19
226:1,8,14
228:1,20 229:6
229:18 230:23
231:16 232:3
232:16 233:3
233:12 236:3
236:18 237:5
238:4,11 239:8
239:17,24
240:8,17 241:1
242:6,16
243:11 245:19
245:24 246:9
250:15 251:12
251:18 252:17
253:1 255:6,17
256:20 257:12
257:18,22
258:1,20 259:2
259:7,22
260:12,22
261:11,22
262:16,24
263:14,17,24
264:8 265:3,9
265:22 266:6
266:17 267:1,7

267:12 269:10
270:8 271:13
272:18 273:6
273:15,24
275:3 276:7
277:3,16 278:8
278:19 279:1
279:17 280:6
280:10 281:1
283:8,21 284:5
284:22 285:6
285:24 286:14
287:1,16,24
289:5,15 290:1
290:8,21 291:7
291:13 292:6
292:14 293:5
293:16 294:6
296:8 297:5,11
298:4,9,16,21
299:7 300:17
301:13 303:11
304:1,7,16
305:15 307:20
308:7,21
309:16 310:14
311:15 313:10
314:1,7,16,23
315:8,18
317:21 318:12
319:10 320:23
322:12 323:1
323:18 324:4
324:19 325:5
325:13 326:14
327:6 331:12
335:3,23 336:9
336:20 337:8
338:3,9,14,22
340:21 341:24
342:19 343:11
344:1 347:3
350:11,22
351:16 352:2
352:21 353:9
354:11,22
355:14 356:6

357:1 358:20
360:2 361:2,16
362:19 363:6
363:24 366:23
367:15 368:2
372:2,10
374:17 375:6
375:10,24
376:9 377:15
377:23 378:9
378:15,22
379:4 380:23
381:5,16,23
382:18 383:13
383:18 384:4
384:14,20
385:2,8,16
386:7 387:5
388:4,11,18
389:6,15 390:1
390:14 391:2,9
392:5,9 393:7
394:16 395:23
396:12,22
397:6 398:10
398:21 399:9
399:18 400:5
400:15 401:3,7
401:21 403:1
403:21 404:5
404:13,24
405:12,22
407:23 408:7
408:16 409:3
410:9 411:5,12
411:22 412:9
412:18 413:9
414:1 416:1,11
417:23 418:11
419:2 420:9,22
421:15 422:21
423:7 429:10
**formal** 106:18
294:20 401:7
**formation**
397:24
**former** 38:7

160:17 390:3
**forms** 57:17
70:21 146:9
192:23 295:23
**forth** 337:12
**forward** 306:23
**fosters** 151:16
**found** 31:2,7
120:11 137:2,2
137:6 155:23
180:13 182:15
182:22 204:2
264:21 282:24
286:18 296:5
408:20
**four** 167:13
254:20 256:16
372:19 388:23
389:11,21,22
390:9 391:21
392:13,13
**fragrance** 55:14
84:14 88:2,10
88:10 89:21
91:15 108:19
**fragrances**
87:17
**Fran** 5:10 153:5
153:5 157:21
157:22
**Fran's** 153:22
**frank** 174:4
**Frankly** 148:7
**free** 5:12 68:8
68:10 162:13
286:19
**frequently** 17:3
93:20 268:18
271:8 274:18
338:1
**Friday** 1:11
**front** 59:21 64:7
64:14 174:16
345:14
**FT33** 358:7
377:10
**fuel** 156:10

**full** 158:23
309:4
**fully** 14:21
235:17
**fun** 176:17
**functional** 156:4
**functions**
151:17 164:9
**fund** 362:3
**funded** 14:21
323:5,9
**funding** 317:16
323:15
**funds** 317:17
323:24
**further** 183:10
302:3 341:20
350:16 423:19
424:18 426:13
**future** 332:24
333:24
**FWD** 8:13

---

### G

**gain** 13:2 128:4
**Garber** 2:9
114:6,12,14
176:13 291:5
291:12 367:4
392:23
**gas** 275:12,22
**gee** 174:8
**gene** 8:23
311:23 371:18
401:12 402:7
405:8,9,17
**general** 4:23
16:8 26:23
27:4,11,16,18
32:18 33:4
53:19 71:19
76:14,18 79:1
95:12 97:2
108:24 113:4
118:3 119:4
149:24 150:13
150:14 151:20

152:20 163:21
164:17 165:1
191:21 193:2
298:7 306:9
307:2 323:11
346:9,20
397:24
**generality**
397:11
**generalization**
314:17
**generally** 16:23
53:23 67:19
150:18 154:21
154:21 156:13
221:12 237:19
361:20 364:1
389:2,10
394:17 399:2
**generate** 43:24
44:10 138:17
**generated**
366:21 374:12
**generates**
151:14
**generation** 5:7
134:20 150:10
190:21 295:21
305:2 406:24
408:9,12,13
417:17
**generous** 335:13
**genes** 156:5
360:13 371:22
402:10,15
403:23 404:2,3
404:6
**genetic** 147:21
147:24 151:14
156:8
**genicity** 166:5
**genital** 17:22
28:4,8,12,24
29:7,17 30:2
99:4 116:14
118:4 121:5,11
121:20 122:6

124:2 126:21
128:4,16 130:9
195:8 206:19
214:14 215:9
217:24 224:10
224:19 226:20
227:23 229:1
230:9,20,24
231:22 232:12
235:11 237:17
238:2,18
240:15 241:20
274:24 276:24
277:6,21 280:2
417:15
**genitalia** 125:11
125:16 126:3,7
**genitals** 125:8
276:18 284:2
**genome** 151:13
164:14
**genomics** 15:8
26:6 32:12
35:9 361:10
**genotoxicity**
303:18
**genotyping**
361:7
**gentle** 184:6
**Geographical**
9:13 415:19
417:5
**geologic** 414:9
**geologist** 54:24
**Georgia** 3:4
**germ** 95:14,15
**Gertig** 139:1
**gestalt** 65:18
**getting** 72:11
147:15,23
219:16 275:1
349:1
**Ghassan** 8:3,10
**Ghio** 295:1,3
**GI** 171:5
**give** 13:3 30:11
50:13 73:3

**81**:11 100:8
113:15 128:22
167:5 191:21
195:2,2 228:5
244:1 246:20
274:16 283:19
288:3 292:9
294:11 329:12
329:21 356:11
**given** 13:10
98:11 102:6
115:5 140:16
184:3 223:14
355:17 383:22
426:12 429:8
**gives** 33:13
343:17
**glad** 83:15
**glass** 402:5
**glasses** 20:2
**gleaned** 36:23
**global** 149:2
**globally** 305:22
**Glove** 199:23
**gloves** 190:17
199:15,15,16
199:17,21,22
200:5,11
**go** 24:15 36:16
36:16,22 37:13
41:11 44:12,14
46:4 48:2,9
54:15 55:13
80:21 88:22
89:14 93:16
94:18 111:21
111:24 113:21
116:22 149:12
165:5 172:23
174:5 177:9
178:22 198:10
198:11 199:10
203:5 206:16
207:6 212:24
221:6 229:11
232:4,7,11
233:15 239:9

246:19 249:24
264:11 282:23
294:11 298:12
302:3,11
306:18 311:5
316:2,9 321:19
329:3 331:21
334:9,9 343:15
349:9,20 357:9
364:24 367:20
370:14 372:13
375:4,18
379:24 384:15
387:19 388:5,8
391:10 393:20
413:3 414:9
416:14,17
419:16
**goes** 11:10 23:16
91:10 151:22
326:4 337:12
**going** 21:15
37:12 54:15
72:4 73:6 94:8
94:11 95:1
105:9 114:7
115:19 162:6
176:8,14
177:12 194:21
199:10 227:18
228:7,12 247:4
261:24 268:11
272:9 277:21
291:19 301:21
302:15 304:10
306:23 308:24
316:5,7,11
356:11 358:16
364:16 368:6
370:16 371:7
377:4 383:8
386:2 388:12
395:24 398:13
417:12
**gold** 144:4
**Golkow** 10:3
**gonna** 32:7

48:10 64:8
73:3,4 80:13
81:11 101:17
113:4 141:8
152:7 153:18
161:22 171:1
174:5 232:7
253:18,24
259:16 261:2
281:21 284:6
288:3,3,7
295:6 306:7
327:16 329:3
329:20 337:19
374:24 376:1
377:1 381:19
406:7
**good** 20:19,24
20:24 21:8
77:14 81:3
82:8 99:1
105:10 106:2
145:12 154:18
177:6 186:1
221:18 253:11
253:12 269:13
284:19 306:20
306:20 308:17
330:14
**GOS** 34:11
**Gotta** 349:20
**gotten** 147:19
306:3
**Gourley** 5:17
167:21
**governmental**
48:7 189:3
**GPX** 360:19
**GPX1** 360:11
**grab** 64:8
**grades** 85:24
**granulomas**
191:5 200:7
251:2 252:9
**graphs** 369:6
372:24
**grappling** 160:3

**great** 18:16
86:11 105:17
196:14
**greatly** 337:17
341:13
**Green** 254:9,10
**ground** 19:15
**group** 18:21
34:4 68:6
75:16 117:3
362:2 417:9,10
**groups** 271:20
**growing** 135:3
**grown** 358:17
**growth** 150:22
151:19 155:24
263:19
**GSR** 360:11,19
**guess** 12:22
18:24 66:2
75:8 79:16
100:14 148:7,8
216:20 225:20
320:24 378:17
386:8
**guessing** 77:1
336:16 337:19
**guidance** 43:2
74:19
**guideline** 79:1
**guidelines** 76:18
79:11
**Gupta** 5:14
**guys** 176:14
**GWAS** 75:14,15
76:14 78:3,4
78:12
**GY** 75:9
**GYN** 311:24
321:9 328:17
**GYN-188-1020**
8:9
**gynecologic**
8:10,19 30:24
35:14 38:22
133:4 170:21
229:20 312:10

327:21 329:5
329:10 331:23
332:8,13 333:4
347:12 391:17
394:2 400:9
**gynecological**
38:6 169:15
213:22
**gynecologist**
30:23 35:13
**gynecologists**
229:16
**gynecology**
225:10,10

---
**H**
---

**habit** 140:1
263:20 264:1,2
**habitual** 97:6,11
**half** 47:15
105:10
**half-a-day** 14:19
**hallmark**
151:16 152:15
**hallmarks** 5:7
149:1,23
150:10,17
151:7,13,24
152:4
**Halperin** 2:23
**Hamilton** 94:7
**Hanahan**
148:24 149:7,8
149:10
**hand** 21:15
150:11 178:10
**handing** 267:24
**handle** 386:8
**hands** 96:14
**handwritten**
8:16
**hang** 94:6
317:12 403:6
**hangs** 300:8
**happen** 129:15
271:9 277:10
378:19

**happened** 45:2
**happening**
292:16
**happens** 274:22
299:22
**happy** 30:14
50:13,23 221:7
232:11 241:2,2
324:15
**hard** 80:6 98:5,5
98:10,14 99:5
158:2 192:15
193:15 326:23
369:1 379:5
384:22 385:11
**harm** 181:17
**hat** 219:7
**Hawaii** 102:15
355:5
**Hawaii's** 102:16
**hazard** 115:5,20
**head** 46:22
98:17 114:20
217:18 253:5
**heading** 151:24
247:22 316:14
316:19 318:7
319:13,15
320:20 322:22
324:11
**heal** 152:13
**healing** 191:21
**health** 4:15,24
48:14,21 49:10
51:1,8 53:20
53:24 54:8
63:13 68:15,18
71:21 90:4,11
92:2 121:3
129:4 180:23
181:3,11,23
182:6,7,7,15
184:8,12,18
186:10,12,22
187:16,16
188:17 189:5
189:10,16

200:13,23
201:16 202:17
202:18 264:5
410:20 413:1
**healthcare**
200:6
**hear** 213:21
**heard** 162:24
288:9
**hearing** 13:3
27:11 426:12
**hearsay** 292:20
**heart** 299:9
**heavy** 55:13
70:17 89:21
108:15 129:11
265:19
**held** 1:15 10:6
**Heller** 5:23 6:22
203:3,6,15,21
205:20 206:20
267:18,21
279:11
**help** 79:10
325:10 332:23
**helpful** 167:8,10
303:8 329:13
383:23
**hesitate** 250:5
**hey** 42:5 197:5
**high** 82:6 194:3
195:19 272:3
402:8,9,17
405:4
**high-quality**
418:24
**higher** 268:18
271:8 279:14
**highest** 228:15
**highlight** 342:4
346:7 395:9
**highlighted**
167:5,9 329:12
**highlights** 46:20
395:6,13,15
**highly** 120:9
**Hill** 63:23 66:9

66:13 145:22
**histologic** 95:10
116:16 117:12
117:17 121:13
378:7
**historic** 147:17
**historical** 7:3,8
7:9 283:1
286:21
**historically**
147:6 303:15
**history** 166:12
169:14 268:20
271:6
**hold** 201:7
**home** 50:22
100:17
**homogeneous**
192:17
**honest** 37:12
170:15 300:18
**honestly** 19:19
188:24 274:12
373:9
**Honolulu** 355:2
355:3
**honored** 306:1
**hope** 77:19
112:8 332:23
356:2
**HOS** 375:20
**hospital** 11:23
**host** 156:2
**Houghton** 139:1
**hour** 105:9
365:5,10
**hours** 23:20
24:14,16,23
334:21 402:8,9
402:17,19
403:11,12
404:18,21
**house** 100:15
**household**
100:12 271:16
271:24 272:2
276:5 278:4

279:7
**housekeeping**
371:18
**How's** 299:13
**huge** 145:5,16
184:19 318:22
416:5
**Huh** 104:4,5,6
259:8
**human** 8:23 9:3
9:14 15:21,24
132:6 142:14
182:7,7 183:6
184:8 187:16
188:17 202:11
202:11 235:5
267:19 305:8
358:1,3,4,6
376:3 401:13
403:12 415:19
415:23 417:5
419:24 421:5
421:21 422:1
422:13
**human'** 130:21
**humans** 4:21
117:3 180:2
234:24 235:13
307:8 414:12
**humans'** 406:13
**hunch** 291:1,1
**hundred** 147:16
**husband** 269:1
270:1
**hygiene** 146:11
146:12
**hypothermic**
255:21
**hypotheses**
196:12
**hypothesis**
122:14 127:14
133:16 196:22
279:22
**hypothesized**
122:5 220:12
**hypothesizing**

219:18 227:17
**hypothetical**
92:24 93:4,5,8
222:16 281:4
284:12,16
291:20
**hypoxia** 397:2
**hysterectomies**
137:10
**hysterosalpin...**
227:8

**I**

**i.e** 295:16,20
**IARC** 4:20
19:10 50:1
67:1,12 69:16
70:6 71:4,8,15
73:10 148:12
148:13 177:16
178:23,23
179:6 180:3,21
180:22 184:23
187:4 234:22
235:6,10 242:8
262:7,13
264:12
**ID** 8:14
**idea** 19:13 43:1
44:17 75:10
161:7 227:11
227:12,14
338:17 344:9
355:24
**identical** 370:4
**identification**
20:16 21:5,17
48:12 49:17
50:6 53:13
81:9 113:24
149:15 153:16
162:4 166:21
199:8 205:22
209:14 210:5
234:2 246:23
253:22 264:14
268:3 281:19

282:2 287:19
294:14 301:19
311:8 320:4
329:1,18 366:6
393:22 400:22
406:10 409:14
415:2
**identified**
141:23 184:9
**identify** 31:19
67:17 80:10,17
81:17 128:18
**identifying**
44:16
**Ignace** 167:15
**ignorance**
299:24
**iii** 182:10
**Illinois** 3:9
**IM** 254:4 377:3
**image** 237:21
**imagine** 383:21
**Imerys'** 7:9
**Immortal** 358:5
**immortality**
151:11
**immortalized**
15:18 303:16
305:7 358:6
376:10,14,16
377:3,11,18
421:7
**immune** 152:12
**immunosuppr...**
156:1
**impact** 129:4
139:12 155:2
180:15 283:3
330:2
**imperative**
427:14
**implemented**
364:6
**implicates** 133:1
**implication**
251:22 349:3
**implications**

155:21
**implicit** 347:17
**implied** 117:19
**implies** 237:11
333:23 350:6
364:3 383:20
**imply** 110:8
146:8
**implying** 165:23
305:24 313:3
339:11
**importance**
146:2 314:4
315:2
**important** 16:21
52:7,12,15
56:22 57:5,6
76:22 88:24
89:23 90:1,9
97:9 99:14
134:17 138:15
143:1 145:1,17
145:21 165:24
181:20 237:23
289:1 303:5
307:23 309:24
310:1 336:4
337:3 346:9
397:14
**importantly**
89:16 349:23
**impossible**
292:18
**impression**
41:14 52:11
275:12 296:10
**impurities** 85:12
89:7,10,20
187:6
**inaccurate**
352:10 371:24
**inadvertent**
152:14
**inappropriate**
287:8 352:16
**incidence** 275:5
279:14

**inclined** 143:8
**include** 72:15
94:8 95:14
101:23 130:22
135:6 147:1
150:21 151:8
157:24 158:5
169:11 242:11
249:14,19
256:16
**included** 15:4
43:10,16 71:8
106:6 173:11
173:22 385:5
391:23
**includes** 70:21
264:21 276:5
297:20
**including** 11:1
14:3 146:11
161:7 169:15
200:6 214:2
252:5 360:15
**inclusion** 110:9
255:14
**inclusive** 118:17
170:1
**incompetent**
109:10 110:4
110:11 185:19
**inconclusive**
143:23
**inconsistent**
287:6
**incorporates**
22:17
**incorrect** 214:24
215:11,20
217:22 218:2,3
**increase** 118:5
133:17 214:9
234:20 235:23
236:1,7,10,14
299:1 332:10
339:2,14
340:14 352:22
**increased** 8:6

28:1 117:10
120:11 122:9
136:1,20
234:19 248:6
248:12 249:4
255:2 275:5
278:5 406:22
406:23
**increases** 116:16
134:21 403:18
404:18
**increasing**
121:21 134:21
152:3 164:13
283:12
**independent**
68:24
**indexes** 7:18
**Indian** 419:20
**indicate** 142:15
183:8 322:14
341:4,5
**indicated** 237:3
**indicative**
143:15 182:16
183:11,16
**indirect** 227:3
**indisputable**
127:5
**individual** 99:17
100:7 101:10
221:7
**individually**
65:23
**individuals**
75:11 78:6
81:1,3 83:5
186:6
**individuals'**
35:24
**induce** 134:15
164:9 397:16
417:17 419:22
**induced** 406:22
**induces** 146:24
349:17
**inducing** 164:13

274:10
**induction** 9:12
135:13 295:20
415:18 417:3
**Industrial** 6:21
**inert** 123:24
257:16,19,23
258:2,18,24
259:14 260:8
**infection** 137:8
397:2
**infections**
152:13
**infiltration**
137:21
**inflammation**
5:9,13 122:8
130:12 133:2
133:18,18
134:2 135:5,13
135:22 136:1
136:17 137:11
141:15 151:16
152:9,12
155:10,20
156:10,24
157:4 163:3,15
191:8,19,20,23
200:7 247:22
248:3,5,12
249:16,21
250:24 251:19
305:2 397:2
417:18
**inflammatory**
94:15 95:2
118:11,13
119:2,3 122:11
132:18 134:16
135:8,23 136:2
137:7,20,22
152:17 155:22
156:5,6 157:10
157:11,15
161:9 163:8
169:17 190:9
190:22 191:3,6

191:9,12
247:23 248:4,8
250:2,18,22
251:9 252:9
287:6 334:18
**influence** 68:10
68:13,19
**influenced**
210:3
**inform** 332:6
**information**
17:14 44:1
51:16 65:11
172:4 229:24
236:23 242:2
290:19 337:2
374:8 385:4
398:7 418:13
**ingredient**
410:18 412:23
**inhalation**
195:20 270:6
278:10
**inhaled** 193:24
196:16 235:6
274:8
**inherent** 128:12
140:16
**inheritable**
309:11
**inhibition** 156:6
349:17
**Inhibitors**
255:20
**inhibitory** 9:9
**inhibits** 156:7
**initial** 24:18
276:12 340:16
**initially** 301:9
403:10,10
**initiation** 147:9
148:11 164:11
313:16 314:13
342:5 346:5
**initiators** 137:12
**injections** 194:5
**innate** 152:12

Michael Birrer, M.D., Ph.D.

**INOS** 398:23
**inquiry** 336:5
**inside** 195:22
    326:3
**instability**
    151:14 164:14
**instance** 98:22
    194:7 367:9
**instigation**
    305:3
**Institute** 242:16
    246:13
**institution** 76:19
    76:21 362:3
**institutional**
    362:1
**institutions** 76:7
    76:7,9 77:2
**INSTRUCTI...**
    427:1
**insufficient**
    346:10
**insulation**
    195:20
**insulted** 73:6
**integrating**
    35:22
**intend** 30:11
    32:10 189:15
**intended** 16:23
**intending** 90:3
    90:11
**interacted**
    304:23
**interacting**
    122:7
**interactions**
    102:24 322:2
**intercourse**
    219:14,15
    222:11
**interest** 16:16
    121:3 289:7
    320:9 321:19
    326:24 333:23
    353:7,10,10
    355:11

**interested** 78:11
    289:20 290:6
    292:3 426:15
**interesting**
    16:20 18:7
    184:16 223:9
    255:18
**interests** 320:14
**interleukin**
    404:9,14
**intermediate**
    141:14
**internal** 125:1
    125:11,16
    126:2 212:6,9
    290:12 292:17
    326:16
**international**
    67:13 249:9
**interpret** 30:21
    379:5 384:8
**interpretation**
    305:19 408:21
**interpreted**
    111:16,18
    237:12 339:13
**interrupt** 19:16
    24:2
**intraperineal**
    255:21
**intraperitoneal**
    95:2
**intratracheal**
    194:4
**intriguing** 339:3
    352:22 353:5
**introduced**
    222:10,23
    226:12
**introduction**
    150:20 151:1,6
    155:17 164:3
    177:21 188:11
    188:14 346:18
    413:19 417:13
    418:8 419:12
**introductory**

    412:7
**invasin** 151:12
**invasion** 163:11
**inversely** 145:23
**invested** 68:7
**investigated**
    313:12
**investigation**
    250:8 314:9
    315:22 342:7
    342:10 389:21
**investigations**
    396:15
**investigators**
    308:9 341:3
    413:21
**invite** 333:24
**invited** 16:15,19
    155:8 394:8
**invoice** 22:21
    23:16
**invoiced** 23:21
    24:13,13
**invoices** 23:12
    25:1
**involve** 14:2
**involved** 24:19
    26:12 81:4
    110:20 135:5
    152:4 174:3
    286:3 290:10
    291:20 312:4
    340:10
**involves** 14:14
**IRB** 18:20 19:7
**iron** 410:10
**iron-mediated**
    9:7
**irrelevant** 55:1
    55:11,18 56:2
    56:15 280:15
    352:19 353:3
    353:14 412:5
    415:22 416:9
    421:17
**isolated** 358:12
**issue** 57:22

    59:21,23 60:10
    84:10,22 85:21
    99:10,18,22
    131:11 143:7
    186:21 237:21
    250:24 251:3
    254:8 280:15
    296:13 301:1
    307:21 313:23
    317:7 318:23
    319:18,20,22
    322:7 343:8
    346:24 424:11
**issues** 6:15
    40:19 96:15
    139:19 237:22
    250:18 275:20
    295:23 393:15
    424:15
**iteration** 44:15
**ix** 247:6

_____
          **J**

**J** 2:16 58:8,8
    325:16
**J-funded** 325:16
**J.D** 2:5
**JAMES** 3:9
**James.mizgal...**
    3:10
**January** 7:11
**Jason** 6:16
    253:4,7,13
    254:1 256:7
**JERSEY** 1:2
**job** 24:3 89:24
    292:15
**John** 2:13
**Johnson** 1:4,4
    2:18,18 7:3,8
    7:13,13 20:7,7
    24:6,6 25:9,9
    39:21,21 83:17
    104:11,11,15
    104:15,24,24
    105:4,4 161:6
    161:6,15,15

    189:4,4 283:2
    283:2,12
    285:14,14,18
    285:18 287:13
    324:16,16
    325:3,3,9,9,23
    325:23 326:8,8
    327:1,1 328:8
    328:8 355:22
    355:22
**Johnson's** 7:3,8
    56:23 83:17
    84:6,6 86:3
    120:22 259:19
    282:14 283:5
    283:12 286:20
    287:13
**journal** 6:21
    16:15 17:12
    150:3,5,8
    154:9 162:12
    171:16 254:9
    254:10,12,13
    255:22 257:10
    288:8,9,13,24
    292:10 321:18
    327:13 328:4
    329:4,7,8,9
    332:11 333:1
    333:11 334:1,6
    342:16 398:3
    413:18
**journals** 154:15
    289:23 290:2
    291:17 322:3
    329:24 394:13
**JR** 2:13
**Jrestaino@re...**
    2:13
**judges** 12:2
**judgment** 90:20
**Judith** 38:22
**junior** 17:3 78:8

_____
          **K**

**K-U-N-Z** 226:17
**Kane** 39:15

Michael Birrer, M.D., Ph.D.

**Kardashians** 293:3
**Karlan** 243:22 244:11
**Karlan's** 244:22
**keep** 22:12 176:8,14 205:6 256:8 354:1
**kept** 393:11
**Keskin** 94:24
**Kessler** 38:11,12
**key** 307:17 334:18,21 342:5 344:13
**kidney** 105:18
**kin** 426:14
**kind** 64:23 72:11 87:16 237:3 256:6 270:15 271:10 296:16 305:22 306:3 308:19 399:23
**kinds** 410:19 412:23
**Kirkman** 171:4
**kits** 364:5
**knew** 7:13
**know** 16:11 17:12 19:17,21 25:16 32:7 33:8 37:4,6,19 37:22,24 38:9 38:18,24 39:2 39:5,8,10,11 39:14 40:5,11 40:12,13 48:19 50:15 51:1 52:22 54:17 56:19 57:3,5,6 58:14 63:1,4 66:21 68:21 78:12 79:7 80:7,18,23,24 82:6 83:17 84:10,17 85:4 85:4 86:7,17

86:17,18,21 87:13 88:8,12 88:14,24 90:1 90:9,14 91:15 93:4 95:14 96:21 97:11 99:14 102:21 102:22,23 103:1 104:1,4 104:5,6,9,14 104:23 105:3 109:1 110:3 113:6,17 114:15 120:23 121:2 127:11 137:5 138:11 138:12,22 139:15 140:5 145:3 147:18 149:7,7,8,9 153:22 155:3,4 155:7 157:20 157:22 158:13 159:18 167:3,3 167:15,16 170:2,18,20 171:2 174:6,24 176:21 184:22 185:15 186:12 186:15 187:11 187:23 188:24 189:4,8,22,24 190:7,19 191:16 192:19 192:22 194:11 194:15 195:19 195:20 196:1,2 196:2,8,11 198:15 202:7 202:14 203:6 203:21 204:6 204:11 213:3 215:4,23 216:3 216:9 217:4,18 220:2 223:3 224:1 225:1,7 225:8,10,16

227:4 228:12 228:21 229:14 232:18 236:19 237:21 238:23 239:18 241:14 241:22 243:12 245:20 246:18 250:9,16,17 251:15,20 253:4,7,7 255:18 259:11 259:24 260:23 261:12,16,23 262:3 263:4 269:14 270:23 271:18 272:22 274:2,13,22 275:4,18 276:11,11,23 277:8,13,14,17 278:20,22 279:3 281:14 283:17,22 284:6 285:9 286:6,10,18 288:7 290:13 291:14 295:1,2 295:2,4 296:17 298:22,23 299:14 301:4,9 301:22,23,24 305:20 308:12 308:12 310:3 311:18 312:23 313:19 318:2 321:6 322:1 326:4,4,16 328:13 334:11 336:17 340:15 340:23 342:14 344:2 350:15 352:7 353:18 354:16 361:17 362:20 363:7 364:6 372:17 375:8,19,20 378:1,3 379:8

379:15 381:6,7 381:20 382:10 384:15 390:2 391:3,11 393:10 394:7 394:10 396:5 397:8,22 404:15,16 410:12 412:20 413:6,10,15 416:5 417:8 420:15,18 422:5,12
**knowing** 114:4 237:11 318:8
**knowledge** 86:2 86:19 96:10 186:4 205:19 220:6 287:13 307:7 321:17 321:21 325:8 325:22 338:18 355:21 393:13
**knowledgeable** 77:21
**known** 266:2,15 267:4 396:18 397:16
**knows** 223:19 256:15
**Kunle** 245:5,6,6
**Kunz** 226:17

---

**L**

**L** 2:9
**lab** 14:21 16:4 40:12 83:2 104:16 105:4 145:17 168:4 209:6 235:5 311:12 317:8 317:10,17 323:24 324:1 360:18 363:10 363:12 364:6 373:5 384:11 385:6 386:1

**lab-based** 107:1
**label** 87:10,14 228:11
**labeled** 67:3
**labeling** 110:3
**laboratory** 15:6 40:3,11 144:24 271:10,19
**laboratory-ba...** 33:9 40:2
**laboratory-de...** 144:7
**labs** 363:8
**lack** 128:13 156:22 206:2 235:4 290:13 295:14 333:23 408:17
**lacking** 378:6
**lacks** 221:4
**lad** 80:23
**Lancet** 154:5,9 154:24 155:9 158:5 159:4 161:17 162:17 166:24 169:3 173:3
**landmarks** 210:4
**Langseth** 418:19,23
**language** 43:18 213:15 331:9 332:16 333:5
**large** 212:4 243:14 426:20
**larger** 86:7 140:9 247:22
**late** 169:13
**latency** 138:5
**latitude** 290:3
**law** 1:16 2:3,11
**lawsuits** 257:2
**lawyer's** 46:12 430:1
**lawyers** 20:7 103:21

**lead** 74:3,6
   209:5
**leading** 122:8
   136:18 150:11
   163:8
**leaping** 409:12
**learning** 178:16
   178:18
**leave** 137:4
   387:22
**leaving** 256:2
**led** 249:24 250:8
   250:12
**left** 365:2
**legend** 152:10
   152:11
**lesion** 136:10
**let's** 18:5 36:16
   36:22 37:12
   46:4 53:18
   68:23 73:18
   83:12,12 113:8
   124:18 125:20
   137:4 148:21
   153:23 169:9
   177:16,16,23
   178:5,22,22
   182:8 183:1,1
   192:8 203:5
   206:16 213:2
   213:17 230:1
   250:21 264:11
   291:14,19
   295:6 298:12
   299:15 306:18
   310:17,24
   316:2,12 319:5
   327:17 331:21
   334:9 343:15
   348:22 349:9
   356:9 370:14
   376:21,22,24
   386:1 405:5
   410:15
**lethal** 133:4,11
**letter** 4:17 49:13
   49:20,21 72:4

72:6,15 73:1,7
   198:13,14
   294:16 296:20
   332:1 333:20
   333:22 334:2
**leukocytic**
   137:20
**level** 106:14
   125:7 130:2
   382:5
**levels** 82:22
   228:15 275:18
   334:21 371:16
   371:22 383:2
   392:7
**Levine** 244:24
   245:3
**Levy** 39:17
**Lheureux** 5:16
**LHG** 1:7
**LIABILITY** 1:6
**life** 81:4 182:7
   238:15 299:4
**lifestyle** 117:24
   121:12
**lifetime** 169:12
**ligation** 119:8
   119:13,18
   129:1
**ligations** 137:9
**light** 6:4 210:6
**lights** 156:9
**liked** 176:17
**liking** 308:4
**limit** 76:24
   236:24 237:9
**limitation**
   140:16
**limitations**
   128:12 337:3
**limited** 180:1,7
   296:21
**line** 54:15
   150:24 155:19
   202:10 214:5
   255:1,11
   292:21 337:18

339:2,13
   341:14,15
   342:9 352:10
   357:22 367:22
   371:8 375:4,12
   375:20 380:24
   381:3 421:5,23
   428:4 430:2
**lines** 303:16
   334:19 340:7
   352:13 357:16
   357:17 358:1
   358:10 361:7
   362:11 372:13
   375:15 376:3
   377:20 379:13
   382:1 386:10
   387:12 423:5
**link** 40:6 197:21
   241:20 275:24
**linked** 5:14
   163:3,15
   164:12 165:10
   165:14 166:17
   197:10 198:7
**linking** 293:20
**links** 155:19,21
**lipid** 9:7,9
   410:11 413:15
**list** 5:3,5 22:22
   23:2 36:10
   42:1,14 44:10
   44:11 45:10,11
   47:18 48:3
   69:23 71:18
   72:16 78:6
   79:14 81:11,13
   81:17,22 82:2
   82:15 88:4,18
   165:9,11
   166:16 170:22
   186:5 192:9
   243:5 245:22
   268:10 282:11
   384:6 399:3
   409:20
**listed** 36:1,11

45:18 46:24
   74:24 87:13
   165:20 254:20
   361:8
**listen** 341:7
**lists** 157:2,11
**literally** 421:1
**literature** 31:8
   35:21 41:23
   42:9,11,19,21
   65:11 67:10
   90:15 94:22
   95:7 96:11
   97:18 101:15
   101:19 106:16
   107:14,18
   108:3,23 109:2
   109:7,8 115:6
   126:9 142:14
   148:3 158:18
   160:14 161:16
   170:10 172:9
   183:6 184:19
   194:10 215:7
   224:2 232:19
   238:16 239:12
   240:13 241:5
   241:10,15
   252:1 256:8
   276:16 279:2
   283:10,15
   284:24 285:1
   359:20
**litigation** 1:6
   10:4,8 11:2
   22:13 24:1,6
   25:10 288:1
   290:10 291:21
   297:2 320:18
   323:24
**little** 20:9 24:4
   72:22 86:5
   126:6 131:24
   147:16 158:2
   165:18 166:24
   174:2 176:20
   176:20 182:9,9

182:12,12
   188:12 192:13
   192:15 193:15
   193:22 197:4
   247:6,9 250:5
   256:22 262:11
   276:12 290:11
   304:20 305:21
   309:17 311:17
   335:5 343:18
   344:6 349:2
   364:20 369:17
   374:6 390:6
   392:10 397:10
   399:19 408:9
   408:12
**lives** 290:15
**Liz** 102:21,22
**LLC** 2:11
**LLP** 1:16 2:19
   2:22 3:3,8
**local** 122:8
   397:15
**localized** 130:11
**logo** 234:6
**Lois** 1:19 3:20
   10:11 349:20
   426:19
**long** 24:21 91:7
   147:18 156:12
   164:7 178:8
   298:23 304:24
   379:22 380:1
**long-lasting**
   297:17 299:16
**long-term**
   295:24
**longer** 104:1
**longevity** 296:12
**longitudinal**
   99:18
**Longo** 7:5,11
   282:24 286:11
   286:18
**Longo's** 281:13
   281:22,23
**look** 21:22 33:19

35:24 37:15,21
44:11,23 45:13
46:4 49:21
50:8 52:4,13
53:18 65:19
67:15 70:11,17
73:18 75:9
79:4,6 81:13
92:13 108:22
148:13,14
154:1 155:9
156:19 169:9
177:16 185:3
188:5,10
194:10 213:23
214:12 231:1
232:22 233:15
234:4 247:4,6
258:12 263:9
286:19 288:14
298:23 302:12
308:8,14 311:3
311:21 315:21
318:5 319:5
322:8 325:24
326:9 344:4
348:22 349:8
356:9 368:19
374:24 381:6,7
381:17 384:16
387:24 389:11
402:13 403:14
406:6 409:8
410:7 416:18
422:9
**looked** 36:19
45:9,17 48:14
53:10 55:8,24
70:9 71:11
86:10 87:10
88:20 109:20
174:7 180:23
194:12,14
201:23 202:2
214:1 226:23
233:10,20
256:5,9 266:13

311:23 312:9
322:17 340:12
384:11,21
390:22 401:24
402:2 406:2,12
419:7 420:20
420:24
**looking** 33:17
55:1,2 71:15
79:8 80:9
92:20,20,23
93:18 110:13
151:23 164:20
165:9 188:6
210:20 231:20
233:14 266:10
290:14 300:19
300:23 301:1
305:22 310:4,4
311:11,18
312:16 348:5
359:12 368:9
370:4 371:13
395:5 401:20
401:21 410:5
**looks** 78:17
109:7 112:4
155:17 184:17
234:5 311:20
366:12 382:4
382:11,12
386:9 399:20
**Loss** 166:3
**lot** 16:10,18
24:20 36:3
51:14 65:9
73:24 76:1
83:7 84:2
106:14 117:22
147:7 173:10
178:18 186:4
195:15 223:12
228:10 231:1
237:20,22
239:18 252:8
257:4 279:2
280:1 296:23

313:20 323:8
340:12 397:21
404:6 405:7,13
405:16 421:2
**lots** 34:19
148:23
**lousy** 24:12
**low** 181:17
382:6 402:8,9
402:17
**lower** 399:3
**lubricant**
189:19
**Lubricating**
199:23
**lunch** 176:1,3
177:4,9 198:22
212:12 230:1,4
**lung** 9:14 145:4
195:23 274:7
278:12 297:21
300:2 305:5
410:12 415:20
415:23 417:5
419:24 421:5
421:16,20,21
421:22 422:1
422:13
**lying** 96:13
**lymph** 6:5
208:13,22
210:8 211:23
212:6

―――――――

**M**

**M** 2:4,13,16,21
8:3
**M.D** 1:14 2:5
4:8,10 6:16
10:9,13 429:15
**machine** 426:7
**macrophage**
193:18
**macrophages**
193:17
**magnitude**
138:14

**Maine** 11:24
**major** 136:18
290:9 397:2,9
**majority** 123:3
**making** 188:9
270:16 271:1,2
296:22 322:22
385:18 389:12
**Malignancy**
157:2
**malignant** 128:6
138:6 274:17
**malpractice**
11:17,18
**manageable**
81:16
**mandated**
247:12
**manifesting**
152:16
**manner** 97:6
260:19 383:3
**Mantovani** 5:10
155:5
**manufacturer**
358:18,22
**manufacturing**
275:13
**manuscript** 8:14
8:16 47:1,6,17
75:5 319:2,3,5
319:7 320:2,12
327:15 328:8
330:19 331:5
332:8,17 333:3
335:9 345:11
348:6,18
366:12,16,18
368:22 369:7,9
370:7 382:23
391:15,18
**manuscripts**
332:10,13
**March** 1:11 10:4
23:17,19 169:3
426:17
**Margaret** 2:4

10:20
**Margaret.tho...**
2:5
**mark** 48:9 49:19
53:11 113:21
149:12 153:18
161:22 198:11
199:10 205:20
209:11 233:23
253:18,24
264:11 281:21
288:4 311:5
329:3 372:7,11
394:21 400:20
406:7
**marked** 20:13
20:16 21:1,5
21:17 48:12
49:17 50:6
53:13 64:4,8
64:11 67:2
81:9,22 113:24
149:15 153:16
162:4 166:21
199:8 205:13
205:22 209:14
234:2 246:23
253:22 264:14
268:3 281:19
282:2 287:19
294:14 301:19
311:8 320:4
327:10 329:1
329:18 366:6
393:22 400:22
406:10 409:14
415:2
**marker** 135:23
248:4 339:15
**markers** 334:18
361:5 398:17
400:2,6
**market** 83:18
84:1 90:17
**MARKETING**
1:5
**marking** 166:23

Michael Birrer, M.D., Ph.D.

247:1 409:16 415:4
**markings** 149:17,20
**marks** 387:11 387:15,16
**mask** 275:12
**masks** 275:22
**Massachusetts** 2:20 11:15
**massive** 275:8 275:11
**massively** 276:1
**match** 57:24 156:8
**material** 23:2 60:12 100:15 129:10
**materials** 20:2,8 22:23 36:11 42:16 45:10,11 47:18 129:4 224:9 295:15 357:13 358:8 384:6
**matter** 10:7 11:14 55:4 89:21 91:3,8 114:19 239:4 266:12,14 285:10 286:23 373:18 381:14 426:6
**matters** 193:17
**McCLENNEN** 2:19
**McDonald** 6:6 209:5,11
**McTiernan** 37:4 37:5 38:2
**McTiernan's** 37:19
**MDL** 1:9 10:8 104:7 281:22 281:24
**MEAGHER** 2:22

**mean** 13:12 20:9 31:7 44:11 54:14 62:23 69:1 75:7 78:2 84:12 85:11 90:15 97:15,15 100:9 112:13 126:6 131:12 140:19 148:8 159:16 166:7 170:19 179:18 192:20 210:23 218:7,7 219:17 222:15,18 223:16 231:1,5 237:7 240:3 248:18 259:10 270:15 275:6 317:4,6 351:20 353:5 358:12 363:7 368:3 373:18 374:9 411:15 412:12
**meaning** 139:1 148:5 258:2
**meaningful** 35:6 80:7 139:12 144:6,19 145:5
**meaningless** 339:14
**means** 13:13 54:17 79:15 179:20 188:24 269:17 313:2 341:11
**meant** 20:6 97:17 168:11 175:12 257:7 258:9
**measles** 80:22
**measurable** 100:21
**measure** 227:1,3
**measured** 334:22
**measurements** 210:3

**mechanism** 27:5 29:17 30:2 91:2,20,24 92:6,13,19,20 92:23 93:3,9 123:5 124:19 129:3 133:2 134:3,13 200:16 201:1 201:18 267:5 267:15 270:10 274:24 277:24 295:19 297:9 303:9 304:4 305:12 309:19 310:10,10 342:5
**mechanisms** 193:16 267:8 302:18 303:3 305:1,5 309:6
**Mechanistic** 7:20 302:5
**media** 257:1 358:17
**mediated** 128:17 166:4 410:11
**medical** 11:17 11:18 13:11,15 14:3,9 77:15 196:14 200:5 237:16 238:1,5 238:16,17 239:12 240:2 240:12,13,22 241:5,10,15 288:8,9,12 289:23 290:2 292:9
**medicine** 5:12 6:21 69:2 162:13 242:1 242:17 243:13 246:13,14
**meeting** 102:18 340:16,22

354:20 389:3 389:13 391:7
**meetings** 41:11 102:24
**meets** 181:21
**Melville** 2:16
**member** 254:15
**members** 278:4
**memorized** 356:12
**memory** 281:16 311:16 317:14
**men** 272:2,8
**menarche** 169:13
**menopause** 169:14
**menses** 123:14 123:15
**menstrual** 222:23,24 223:9
**menstruation** 123:4 223:14 225:9
**mentioned** 46:8 103:13 154:7 241:23 245:8 246:11 330:1 411:13
**mentorship** 74:19
**merit** 332:7
**Mesothelia** 401:13
**mesothelial** 8:23 136:10 402:7 403:7,13
**mesothelioma** 195:2 273:11 274:7,10 278:6 279:5,15 295:12 297:21
**mesotheliomas** 195:3 274:12 305:6
**messages** 305:24

**met** 37:24 38:2 38:10,12,22 213:3 253:8
**meta-analyses** 142:13 172:22 183:3,5
**meta-analysis** 65:15 96:19 106:18 171:13 171:18 231:11 249:2 255:14 256:10
**metabolized** 193:3
**metal-catalyzed** 295:21
**metals** 55:13 70:3,18 89:21 108:15 129:11 265:19
**metathesis** 151:12
**methodologic** 221:8 330:20 331:6 332:17 333:6
**methodology** 53:9,23 65:2 71:15,20,22 72:16 106:5,10 106:22 148:23 178:24 181:2 186:22 210:9 295:14 350:14 350:20 353:17 353:23 354:8 356:23 358:17 388:1
**methods** 280:3 357:13 363:1,4 363:17,22
**metrics** 128:14
**Michael** 1:14 4:8,10 10:9,13 429:15
**micro-** 227:6
**microcopy**

295:17
microenviron...
  307:16,23
micrograms
  359:6
microns 86:7,13
microphone
  423:24
microscopy 6:4
  210:6 295:16
microsphere
  228:11
microspheres
  227:7
middle 75:4
migrate 122:21
  124:1 126:11
  127:4,20 128:3
  129:12 214:8
  276:23 279:10
migrating
  195:16
migration 30:15
  31:3 32:11
  37:17 127:14
  195:7,15
  200:14,24
  201:5,13,17,22
  213:18,20
  220:12 274:23
  278:16
mil 359:6
millions 214:7
min- 90:2
mind 60:7 87:23
  195:18 336:7
  377:8 413:11
  416:9
mine 162:10
  177:22 254:2
  272:14 273:3
  370:4 379:19
mine's 20:21,21
mineral 7:22
  8:24 54:22
  84:23 90:2,9
  90:19 91:3

108:3 146:5,9
  192:12,23
  193:10,11,20
  193:21 194:20
  257:16,22
  259:4 263:17
  263:19 298:17
  302:7 303:5
  401:14 403:13
mineral-induc...
  302:17 303:2
mineralogist
  250:17 420:12
mineralogy
  57:18 84:22
  86:10 87:8
  108:7 261:23
minerals 286:3
minimum
  319:22
Minister 186:10
  186:12
minute 244:1
  288:14 302:11
  304:11 321:14
  339:17
minutes 105:13
  105:20 177:10
  212:12 306:7
  364:24 365:5
  365:10 421:1
misconduct 81:5
misinformed
  111:8
misinterpreted
  109:21 111:11
  111:13,15
misleading
  408:22
missing 44:13
mixed 86:22
  234:18 420:6
mixture 83:6
MIZGALA 3:9
  18:22 50:17
  60:2 114:21
  115:1 176:11

290:22 291:2,8
Mkp3 166:4
MMT 345:4
mobile 218:9
  426:3
mode 214:10
  270:18,18
model 130:20,21
  131:13,19
  132:2,4,6
  337:18 339:7
  340:6 341:14
models 303:16
  307:6
moderate
  116:16
modern 309:5
modest 180:13
modifiable
  116:15
modifications
  397:17
molecular 8:5
  15:8 26:6
  32:12 34:23
  35:10 60:17,21
  61:6,12 325:11
  325:19,24
  327:2 400:12
molecule 148:11
  300:7
moment 164:22
Monday 5:19
money 24:5
  104:14,23
  105:3 317:7,10
  323:19,23
monies 317:23
monograph
  50:1 67:6 69:8
  69:16 70:7
  73:12 262:8,14
  263:11 264:19
monographs
  4:20 71:8
monstrous
  244:8

Montgomery
  2:4
month 47:15
  327:17
months 25:20
  254:18 287:11
  299:5 327:19
Moorman 39:8
moot 296:13,16
morning 230:9
  232:17 241:23
  273:20 374:7
mortality 249:5
Mossman 7:23
  301:22,22,23
  303:7
motile 214:7,23
  215:10,22
  216:2,10 217:5
  217:7,11,14
  218:2 229:2,10
motility 229:4
mount 156:2
mouse 147:10
  337:17 339:7
  340:5 341:14
mouthful
  397:21
move 215:8
  229:1,2 386:2
moved 214:21
  214:21 296:13
movement
  214:13 227:20
moving 216:15
  216:16 217:14
  217:16,23
  304:20
MPAFF 2:5
MRNA 371:16
  382:5 383:2
MTT 345:4
  362:7
mucinous
  170:24 171:3
Mulholland
  3:13 10:3

multiple 82:16
  100:23 151:16
  152:15 202:5
  231:10 247:15
  247:15
multitude 305:4
mumbling
  124:14 177:2
  212:22
mumps 137:7
musculoepith...
  125:6
muscutone
  266:4
mutagenesis
  303:16 307:22
mutagenic
  303:18
mutation 309:24
  310:1 391:6
mutations 164:9
  164:13 307:13
  310:5
mystified 204:1
  204:17,20
  205:10 206:1,5
  206:10

**N**

N 2:1 3:1 4:1 5:1
  6:1 7:1 8:1 9:1
N.E 3:4
name 10:2
  103:12 221:11
  243:5 406:5
names 81:17
nano 414:8
  419:20,21,21
  420:2,17
Nano-Scale
  415:18 417:4
nanoparticles
  9:8
nanopowder
  414:11
Nanoscale 9:13
napkin 96:14

**NAPOLI** 2:15
**narrow** 26:24
  396:5
**narrowed** 81:15
**national** 6:12
  68:24 69:1
  235:16 241:24
  242:11 246:12
  251:7 289:22
  389:3
**natural** 166:12
**naturally** 146:5
**nature** 11:14
  33:5 68:21
  136:9 158:21
**NCI** 233:7
**neater** 376:23
**necessarily**
  44:10 68:23
  158:24 191:10
  191:23 239:11
  256:8 274:4
  297:12 393:15
**necessary** 427:4
**necessitated**
  52:12
**need** 19:21
  33:10 44:18
  50:16 62:11
  93:5 99:14
  112:23 140:8,9
  162:8 164:22
  209:24 258:11
  279:24 315:21
  336:5 345:18
  386:1
**needed** 46:13
**needs** 158:23
  205:10
**negative** 59:12
  59:15 60:11
  62:2 231:3,5,7
  231:11
**negatively** 46:22
**neither** 138:24
  139:3 256:14
  256:15 346:4

426:13
**neoangiogenesis**
  397:15
**neoplastic** 9:2
  134:19 164:10
  406:13,23
  407:8,14
**Ness** 161:8
**net** 179:10
**never** 37:24
  38:12 40:9,10
  84:19 102:2,19
  142:24 240:5
  241:18 261:12
**new** 1:2 2:16,23
  2:23 6:15 31:2
  31:8 146:18
  184:21 254:21
  255:22 267:24
  292:19
**Newport** 2:9
**news** 287:10,21
  288:5,12,17
  289:11
**Next-to-last**
  407:11
**nice** 84:13
  102:16 176:19
**nickle** 265:19
**nine** 247:9
**nitric** 137:21
**nitrogen** 396:17
**nobody's** 194:12
**nodes** 6:5
  208:13,22
  210:8 211:23
  212:6
**nods** 17:8 25:18
  49:23 98:13,19
  170:8,11
  183:15 231:7
  244:23
**non** 270:15
**nonasbestiform**
  50:2 54:10,14
  54:18 177:19
  178:1 264:6

**noncancerous**
  358:1,10,12
**nonfibrous**
  402:2,16
  403:18
**nongranuloma**
  251:3
**nonresponsive**
  211:7 346:3
**Nope** 39:16
**normal** 134:17
  163:9 305:7
  334:19,19
  349:23 358:2
  375:16 376:2,2
  376:3,11,15
  377:7 382:2
**normalization**
  360:7
**normalized**
  367:10 371:16
**North** 1:17
  213:10
**NOS2** 360:11
**Notary** 1:22
  426:20 429:22
**note** 181:20
  333:2 405:7
**notebooks** 373:6
  374:10 384:7,9
  384:12,21
  385:6,9 386:1
**noted** 10:10
  137:18 427:11
  429:11
**notes** 46:20
  430:1
**notice** 1:15 4:13
  21:14 23:4,10
  47:23
**noticed** 174:24
**noting** 399:12
  399:14
**novel** 337:2
**November** 7:6
  25:13
**novo** 337:9

**NPO** 360:19
  398:23
**NTB** 235:17
**nuanced** 33:17
**number** 10:8
  20:15 21:4,16
  48:11 49:16,20
  50:4,5 53:12
  53:22 70:1
  78:13 81:8,16
  83:23 100:1
  113:23 115:4,5
  116:3,7,14
  117:1,8,22
  118:11 120:9
  121:5,11,19
  122:4,18 123:3
  123:13 124:24
  129:10 149:14
  153:15 162:3
  166:20 169:12
  198:24 199:7
  205:21 207:15
  209:13 211:9
  234:1 246:22
  253:21 254:1
  257:2 264:13
  268:2,16
  281:18 282:1
  287:18 290:10
  294:13 301:18
  303:21 305:1
  307:2 311:7,22
  320:3 328:24
  329:17 332:10
  334:10 335:8
  335:12 337:15
  337:16 341:18
  343:15,17
  344:12,18
  345:6 346:7
  351:11,21
  366:5,8 393:21
  400:21 406:9
  409:13 415:1
**numbers** 188:6
  188:13 271:14

**numeral** 182:12
**numerically**
  390:11
**numerous** 200:5
  240:21
**NUTTER** 2:19

**O**

**OB** 229:23
**OB-GYN**
  254:11 257:10
**obesity** 117:24
  119:9,14,19
**object** 12:7
  14:18 16:6
  17:1,16 18:1
  18:23 19:12
  26:9,21 27:9
  28:16,21,21
  29:11,21 30:6
  31:6,18 32:1
  32:15 33:7,22
  35:1,19 36:9
  37:2 40:22
  41:16 42:24
  43:12,23 45:4
  46:11 47:8
  49:4 51:6,11
  51:22 52:9,17
  53:4 54:3,20
  55:7,21 56:6
  56:18 57:2,10
  58:13,20 59:17
  60:3,9,20 61:3
  61:10,24 62:16
  63:9,20 66:19
  67:22 68:4
  69:12 70:14
  71:2 72:1,8,19
  74:9 75:24
  76:13 77:11,18
  78:1,23 79:22
  80:20 81:20
  82:13 84:9
  85:3,17 87:3
  88:17 89:3,9
  90:6,13 91:6

Michael Birrer, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| 91:23 92:4,16 | 164:19 165:17 | 245:19,24 | 324:19 325:5 | 408:16 409:3 |
| 93:2 94:17 | 168:1,23 | 246:9 250:15 | 325:13 326:14 | 410:9 411:5,12 |
| 95:6 96:4,17 | 169:23 170:13 | 251:12,18 | 327:6 331:12 | 411:22 412:9 |
| 97:8,24 99:12 | 171:20 172:11 | 252:17 253:1 | 335:3,23 336:9 | 412:18 413:9 |
| 100:4 101:12 | 172:19 173:16 | 255:6,17 | 336:20 337:8 | 414:1 416:1,11 |
| 103:11 104:18 | 174:1,20 175:4 | 256:20 257:12 | 338:3,9,14,22 | 417:23 418:11 |
| 105:6 106:12 | 178:3 179:3,9 | 257:18 258:1 | 340:21 341:24 | 419:2 420:9,22 |
| 107:23 108:11 | 181:6,13 | 258:20 259:2,7 | 342:19 343:11 | 421:15 422:21 |
| 109:12,18 | 182:21 183:19 | 259:22 260:12 | 344:1 346:2 | 423:3,7 |
| 110:2 111:10 | 184:15 185:7 | 260:22 261:11 | 347:3 350:11 | **object-** 373:9 |
| 111:20 112:15 | 185:13,21 | 261:22 262:16 | 350:22 351:16 | **objected** 253:20 |
| 112:22 115:14 | 186:3,18 187:9 | 262:24 263:24 | 352:2,21 353:9 | **objection** 22:4 |
| 116:11,20 | 187:19 189:7 | 264:8 265:3,9 | 354:11,22 | 114:2,9,9 |
| 117:6,14 118:8 | 190:4,12 191:1 | 265:22 266:6 | 355:14 356:6 | 291:7,13 373:7 |
| 118:16 119:16 | 191:15 192:4 | 266:17 267:1,7 | 357:1 358:20 | 373:13 392:18 |
| 120:14 121:7 | 193:5,14 | 267:12 269:10 | 359:22 360:2 | **objections** 21:19 |
| 121:16,24 | 194:19 195:10 | 270:8 271:13 | 361:2,16 | 22:4,10 23:5 |
| 122:13,24 | 196:10 197:14 | 272:18 273:6 | 362:19 363:6 | 23:10 47:20,24 |
| 123:9,19 124:4 | 198:1 200:19 | 273:15,24 | 363:24 366:3 | 48:3 114:8 |
| 124:22 125:3 | 202:23 203:9 | 275:3 276:7 | 366:23 367:15 | 291:7 |
| 125:13 126:15 | 203:17,24 | 277:3,16 278:8 | 368:2 372:2,10 | **objective** 319:21 |
| 126:24 127:7 | 204:13 206:7 | 278:19 279:1 | 374:17 375:6 | 334:15 335:1 |
| 127:16,24 | 206:12 207:4 | 279:17 280:6 | 375:10,24 | **objectively** |
| 128:9,21 129:7 | 207:14,23 | 280:10 281:1 | 376:9 377:15 | 300:24 |
| 129:18 130:5 | 208:8,24 | 283:8,21 284:5 | 377:23 378:9 | **objectives** |
| 130:15 131:4 | 209:20 210:14 | 284:22 285:6 | 378:15,22 | 343:21 |
| 132:22 133:7 | 211:6,12 212:2 | 285:24 286:14 | 379:4 380:8,23 | **observation** |
| 133:21 134:8 | 214:16 215:2 | 287:1,16,24 | 381:5,16,23 | 20:24 |
| 134:24 135:10 | 215:13 216:6 | 289:5,15 290:1 | 382:18 383:13 | **observational** |
| 135:19 136:5 | 217:13 218:5 | 290:8,21 292:6 | 383:18 384:4 | 144:6 |
| 136:13,23 | 219:11 220:1,8 | 292:14 293:5 | 384:14,20 | **observations** |
| 137:15 138:1 | 221:17 222:1 | 293:16 294:6 | 385:2,8,16 | 163:13 |
| 138:21 139:8 | 222:14 223:2 | 296:8 297:5,11 | 386:7 387:5 | **observe** 210:23 |
| 139:14,22 | 223:21 224:4 | 298:4,9,16,21 | 388:4,11,18 | 212:3,3 |
| 140:4,12,22 | 224:13,21 | 299:7 300:17 | 389:6,15 390:1 | **observed** 134:4 |
| 141:18 142:1 | 225:4,13,19 | 301:13 303:11 | 390:14 391:2,9 | 303:20 403:3 |
| 142:10,19 | 226:1,8,14 | 304:1,7,16 | 392:5,9 393:7 | 403:10,12 |
| 143:4,10,18 | 228:1,20 229:6 | 305:15 307:20 | 394:16 395:23 | **observing** 35:5 |
| 144:1,10,21 | 229:18 230:23 | 308:7,21 | 396:12,22 | **obvious** 58:1 |
| 146:14 147:5 | 231:16 232:3 | 309:16 310:14 | 397:6 398:10 | 214:5 409:11 |
| 152:23 153:14 | 232:16 233:3 | 311:15 313:10 | 398:21 399:9 | **obviously** 16:10 |
| 154:12,17 | 233:12 236:3 | 314:1,7,16,23 | 399:18 400:5 | 47:13 51:13 |
| 155:13 156:16 | 236:18 237:5 | 315:8,18 | 400:15 401:3 | 218:7 228:5 |
| 157:18 158:9 | 238:4,11 239:8 | 317:21 318:12 | 403:1,21 404:5 | 256:13 274:6 |
| 159:7,14 | 239:17,24 | 319:10 320:23 | 404:13,24 | **OC** 118:6 248:6 |
| 160:19 161:11 | 240:8,17 241:1 | 322:12 323:1 | 405:12,22 | **OCAC** 34:12 |
| 161:19 163:18 | 242:6 243:11 | 323:18 324:4 | 407:23 408:7 | 75:22 76:1,5 |

Michael Birrer, M.D., Ph.D.

76:16,17,18,24
78:16
**occasional** 249:8
**occasionally**
16:19
**occupational**
100:18 271:24
276:12 410:22
413:2 414:12
**occur** 146:6
164:8 178:9
194:8
**occurred** 229:12
**occurrence**
295:22
**occurs** 146:5
257:22
**odd** 165:22
166:3
**odds** 139:11
**Odunsi** 245:5,5
**offer** 35:16 36:6
39:24
**offers** 127:13
**offhand** 232:10
**offices** 1:16
**oftentimes**
225:16 337:23
**oh** 64:7,16 70:4
73:9 88:4
132:1 154:20
162:2,8 167:5
178:5 183:4
204:10 210:18
210:20 220:17
224:14 243:1
256:2 288:8
300:7 302:23
312:14 349:22
359:15 368:9
368:10 379:18
381:11 392:15
393:20 395:14
401:20 424:2
**okay** 20:4,5,13
21:3 23:22
24:17,24 25:8

32:21 34:13
36:16 37:22
43:7 50:15
52:1 56:9 57:7
63:4,6 64:21
65:16 69:5
71:12 74:13
75:3 80:9 83:8
83:15,15 84:16
86:21 87:6
89:13 94:21
95:19 98:9
103:18 106:24
107:3 111:2,24
112:1 113:8
115:20 118:21
119:22 120:7
125:22 126:4
131:8,10,17,17
131:20 132:6,9
132:10,12
143:14 145:23
146:4 149:13
151:4 153:23
159:23 160:1,6
160:21 161:4
167:7,11 168:8
174:11,15
175:1,16 177:4
177:14 178:7
183:1 189:1
197:7,8,20
198:19 201:15
206:15 211:5
211:15 212:15
212:16,18,24
213:17 215:18
216:18 217:8
218:13,19
220:16 222:18
232:12 233:17
239:14 242:13
244:2,7 249:1
252:4 258:24
259:9 261:7,8
265:14,18
268:1,1 270:21

272:24 279:21
279:24 280:16
284:14 288:3
291:13,21
293:11 295:8
300:22 302:23
304:12 306:2
306:23 308:17
311:1,2 312:11
312:12 313:4
313:15 314:11
314:20 315:12
315:24 316:8
317:24 318:5
321:14 324:7
324:24 327:19
328:14 331:19
336:15 340:3
341:2 342:14
344:11 348:17
349:9 354:14
356:17 357:14
357:20,24
358:23 359:3,4
359:15 364:9
364:12 365:12
365:24 366:1
367:12 368:7
369:1 370:21
371:11 374:21
375:2,15
376:13,22,24
377:20 380:11
380:17 385:13
391:15 393:16
395:3,16
400:24 401:18
406:7 409:10
409:16 416:17
416:19 419:5,7
421:11 424:23
**omitted** 342:7,9
**ONC** 321:9
**once** 61:4
193:11 269:11
**oncogenic** 350:1
**oncologist** 14:9

30:24 35:14
38:7,23 213:22
**oncologists**
170:21 229:20
329:10
**Oncology** 8:11
8:19 327:22
328:17 329:5
331:23 332:9
332:14 333:4
347:12 391:17
394:2 400:9
**ones** 44:9 45:16
78:16 93:13
120:8 194:14
286:2 299:8
375:21
**ongoing** 254:9
**online** 49:10
**oops** 146:10
358:4
**open** 129:24
130:1
**opening** 413:12
**opining** 196:7
224:7
**opinion** 19:7
26:15,17 27:1
27:23 28:4,8
28:12,24 29:7
29:16 30:1
51:12,14 57:13
58:4,10 61:7
62:12 73:8
84:24 85:21
93:21 107:13
109:6 113:17
142:2 143:5
144:17 146:16
146:17 179:6
184:12 195:5
195:13 201:7
201:20 208:1
218:1 222:19
223:22 230:9
230:13 232:12
234:9 252:18

257:15,21
258:18,21
259:19 261:19
263:8 266:8
273:22 275:23
277:8,23
278:15 313:15
339:1 367:23
383:10 386:4
393:17 415:21
**opinions** 12:13
12:16,19 13:3
13:6,10 27:4,5
27:22 30:11
32:4 35:17
37:17 41:1
102:9 106:21
107:9 110:21
189:13,15
219:22 220:5
265:5 296:19
365:23 424:8
**opposed** 346:6
355:1
**optical** 295:16
**options** 170:6
**oral** 119:7,17
**oranges** 72:23
399:24
**order** 33:8 43:24
138:17 140:7
176:3 332:21
359:16
**ordinate** 369:13
**organ** 62:5
**organization**
67:20 68:2,8
68:15,18,20
242:10 292:20
389:16
**organized**
346:19 385:10
**organs** 194:1,13
**origin** 357:19
414:9
**original** 43:24
348:4 404:17

Michael Birrer, M.D., Ph.D.

427:15
originally 103:8
246:14
os 129:23
OSE 137:11
outline 53:23
101:18
outlines 65:24
outside 68:10,13
68:19 86:5
326:2
ovarian 5:16,23
6:11,15,22 8:6
8:21 9:3 13:20
13:23 15:7,9
26:2,12 28:1,6
28:9,13 29:2,9
29:19 30:4
34:9 40:6,17
41:2 44:8
55:11 57:12,24
61:18 66:7
78:7 89:18
90:22 92:8,12
95:11,12,13
101:21 102:3,7
107:15,19,21
108:17,19
110:20 115:10
116:5,17
117:10 119:9
119:13 120:12
121:14 122:7
128:6,19
130:10 131:9
133:3,17 134:6
134:17,17
135:5,16 136:1
136:3,9,18,21
137:8,13 138:6
138:19 139:2
141:4,7,10,13
142:5,17
143:16,22
150:19 157:8
157:16 158:15
161:8 165:11

165:13 166:5
166:10,16
167:23 168:20
170:17 172:3
173:5 180:13
183:10 197:11
197:15,23
198:8 230:11
230:14,21
231:14,21,23
233:1 234:10
236:10 237:23
241:21 242:17
243:20 246:4
247:1,14 248:6
248:9,13 249:4
249:13,16,21
251:23 252:23
254:21 255:2
256:17 268:6
268:18 273:12
275:6,24 278:5
279:14 283:13
284:8 288:21
293:19 299:1
313:17,20
314:5,14
334:18,19
336:13 340:10
342:6 346:12
346:14,20,23
347:24 348:3
357:17 358:2,3
376:3 395:8,11
397:16 398:16
399:15,21
406:13,24
407:7,14
410:21 411:9
413:1,21
417:16
ovaries 30:12
122:22 123:7
125:18,19,21
126:12 127:21
128:4 129:12
132:17 194:8,9

200:15,17
201:1,2,14,17
201:19,21
203:15 206:18
220:13 223:11
227:19 267:20
269:8,19 271:7
278:1
ovary 44:8 62:5
129:22 130:12
136:10 169:16
171:4 202:1,3
221:3 268:16
375:16 382:2
overall 121:19
163:13 335:8
424:8
overlapped
392:22
overstated
309:17
overview 346:21
overwhelming
307:13
ovulation
135:15 229:11
ovulations
169:12
ovulatory
137:19
Owen 7:14
ox- 312:22
Oxidant 398:14
oxidants 305:2
399:5
oxidative 5:13
8:20 122:10
163:2,7,14
164:12 166:4
311:13,21
312:5,18,24
313:2,6,11,16
313:20 314:4
314:12 315:3
342:4 394:4
395:7,9 396:18
397:3,13

399:15 417:18
419:23
oxide 137:21
oxidizing 312:23
oxygen 134:21
165:11,14,20
165:24 166:9
166:17 396:16
417:17 418:2
oxytocin 228:5
228:15
Oza 167:22
168:2,4

_____

**P**

**P** 2:1,1 3:1,1
334:22
p-Cresol 266:4
P-value 382:7
p.m 230:3,6
310:19,22
349:11,14
365:16,19
370:19 407:1
416:21,24
423:14,17
424:24 425:2
pace 362:10
page 4:2 36:12
43:4 53:18
95:19 151:23
156:19 164:2
177:20 182:9
188:6,16
199:20 200:1
201:13 220:14
220:15 235:1
247:6,6,20,21
263:12 264:17
268:24 308:24
309:5,5 316:11
316:12 331:3
349:15 398:13
417:13 421:23
428:4 430:2
paged 214:3
pages 37:12 72:9

247:21 429:6
paid 24:5,8
104:10,24
105:4 317:18
320:16 323:24
painful 119:8,19
296:14
Paint 147:10
pales 256:4
panel 12:2
156:20,22
pap- 211:22
paper 47:3,16
48:4 65:12,12
74:21 75:12
76:9,22 79:3
81:7 82:5
93:23 107:5
111:22 148:24
151:8 155:5
160:24 166:7,8
174:8 203:3,12
203:15 204:20
205:9,13,20,24
206:21 207:1,8
207:21 208:6
208:13,20
209:11 210:21
211:22 215:3
225:5,9 249:6
250:10 255:22
267:19,21
268:7 301:22
302:14,21
304:17 309:2
316:6,10 317:1
318:10,16,19
321:9,10
325:17 327:9
327:12,24
328:5,12 331:2
332:2 334:15
335:21 337:6
344:5 347:23
348:1,2,14,19
349:6 351:17
355:9 356:17

357:10 368:12
375:2,12 378:1
380:15 381:13
391:12 393:5
399:23 400:18
400:20,24
401:15,24
405:7 406:3,3
406:12 407:19
407:20 408:14
409:17,18,22
410:5 412:7
413:19,23
414:2,23 415:4
415:6,8,17,21
416:12,15,18
417:6 418:8,17
418:24 421:2
422:7
**papers** 16:11
42:4 44:12,13
44:17,19 73:22
74:1 103:2
106:22 128:19
173:10 208:18
224:22 244:10
244:12 245:1
248:17 327:21
337:9 388:6,9
388:12 420:19
422:18,23
**Paradigms** 6:11
247:2
**paragraph**
164:5 178:6
180:11 181:19
183:2 200:3,4
220:12 256:23
263:15 264:18
268:12,24
295:7 306:9,11
309:4 330:22
332:15,20
333:6 347:22
419:19
**parallel** 178:9
**parenchyma**

278:12
**parens** 132:15
**parenthetically**
98:3
**parietal** 274:21
**parity** 119:7,17
**Parsed** 120:7
**part** 27:16 40:10
57:7 67:14
75:19 120:15
120:17 131:24
133:12,12
199:19 257:3
277:4 309:18
335:14
**partial** 165:9
**participants**
71:19
**participate** 75:5
242:20
**participated**
76:19
**particle** 5:23
55:5 86:3,22
193:21 214:11
217:9,11 218:1
**particle-sized**
420:6
**particles** 7:22
9:13 30:12
31:3 32:11
55:18 56:3
86:13 122:21
123:5,24
126:11 134:15
192:14,16
193:24 196:17
200:14,24
201:17 210:5
213:20 214:14
215:8 217:23
224:18 225:2
226:18 227:18
228:24 297:22
302:8 303:5
305:10,11
410:18 412:22

413:4,20 414:8
415:18 417:4
418:9 419:20
419:22 420:3
420:10,16,17
422:24
**particular** 77:5
78:19 83:4,7
100:7 310:9
345:22 361:5
**particularly**
42:21 302:10
305:11 309:18
335:14 377:12
414:11
**particulate**
55:19 56:24
132:15 193:16
**particulates**
127:3,19
130:12
**parties** 426:14
**party** 344:4
**passage** 123:14
156:12 309:1
**passenger** 310:7
**pasted** 368:22
**patency** 136:8
**pathogenesis**
8:20 133:3
152:5 302:19
303:4 314:5
395:8,11
397:14,23
**Pathogenicity**
8:24 401:14
**pathology** 6:3
211:2
**pathway** 133:19
197:5
**pathways** 163:8
**patient** 14:15
44:16 101:2
139:12 199:22
280:12,16
281:10 283:4
284:1,20

292:24 296:2
**patients** 13:18
33:10 40:9
170:19 200:6
202:1 260:14
290:18 292:3
292:11 296:11
298:24 299:4,9
310:2
**pattern** 263:19
**pause** 283:19,22
283:22
**PCR** 360:5,12
367:9,12 370:1
371:15,16
379:14,15
381:6 403:22
**Peachtree** 3:4
**Pearson's**
214:12
**peer** 188:1,2,18
188:21 330:3
**peer-review**
187:17 318:16
318:18 327:13
**peer-reviewed**
107:10 142:14
162:19 166:15
183:6 215:7
312:13 326:20
327:12 329:24
359:19 360:23
362:15 375:1
383:9 388:16
391:23 394:9
**peer-reviewer**
351:11 387:7
**peer-reviewers**
347:14 350:19
351:3,8 386:23
387:2 413:18
**peer-reviewers'**
331:10
**pelvic** 6:5
118:13 134:6
135:7 137:7
157:11 169:17

**pen** 113:20
**penetration**
197:1
**Penninkilampi**
171:13,17
172:3 174:17
254:22 255:14
256:5
**people** 17:4
34:20 40:15
52:11 79:10
82:4 171:2
196:16 236:23
237:8 275:19
**per-** 280:18
**percent** 82:3
83:21 113:5
116:3,4 117:10
146:9 231:2
249:4 283:1
332:12
**percentage**
14:14 223:13
223:19 225:8
225:11,14
**perfectly** 174:3
**perform** 14:6,11
39:22,24 43:21
65:5 66:9
107:18 340:17
**performed**
60:24 107:13
210:10 286:7
340:18 344:24
345:24 360:6
360:12 361:6,9
362:6,15
404:22 405:1,4
409:24
**perineal** 5:22
27:23 60:13
96:8 117:1,8
118:12 122:20
126:12 127:19
132:14 142:16
183:9 197:11
197:15,22

198:6 200:15
201:18 235:11
255:1 270:24
278:13 279:5
279:15
**perineum** 96:22
126:20 127:4
129:12,22
215:15 218:21
218:24 219:8
220:24 222:9
226:6 272:15
273:4 280:14
280:18 283:6
**period** 120:12
138:5 189:2
223:15 276:20
**periodically**
243:14
**periods** 119:8,19
**peristaltic**
226:21
**peritoneal**
122:22 123:7
126:12 127:5
190:23 194:16
195:3,6,7,24
196:3,24 269:7
273:11 274:11
274:15,17
275:1
**peritoneum**
132:17 273:22
**permanent**
147:24
**permit** 210:5
**peroneal** 180:2
180:11 184:4
**peroxidase**
410:11
**peroxidation**
9:7,9 413:15
**person** 74:14,24
79:20 81:6
389:18
**personal** 3:2
426:9

**personally** 37:6
301:23
**perspective**
147:17 202:7
312:8 339:10
**perspectives**
247:15
**persuasive**
123:23
**pertinent**
295:22
**pesticide** 101:3
**petition** 73:3,4,5
**Petitions** 4:18
**Ph.D** 1:15 4:8,10
8:3 10:9,13
13:16 80:22
429:15
**phagocytize**
193:18
**pharmaceutical**
410:20 412:24
**Pharmacology**
7:20
**phenom-** 340:4
**phenotype**
309:11 350:1
**phenotypic**
397:17
**phone** 328:3
**phrase** 197:18
258:7 396:3
**phrased** 343:12
343:13
**physical** 146:7
192:5
**physician** 11:22
291:17,19
292:1
**physicians**
154:23
**physiologic**
130:24
**physiology**
216:4 221:23
**pick** 172:15
173:13

**picked** 172:17
172:20 173:2,6
173:18 174:8
**picture** 26:11
296:4 308:13
**pictures** 372:19
**PID** 135:8,15
158:12,14
170:17
**piece** 418:13
**pieces** 363:15
**place** 1:17
102:16 173:11
**placed** 126:19
218:24
**placenta** 228:7
**plaintiff** 11:19
35:17 36:6
45:13,21,24
88:5
**Plaintiff's** 4:12
**plaintiff-funded**
316:17,22
317:4 318:8,21
319:7,16
320:21 322:6,9
322:23
**plaintiffs'** 2:2
26:1 35:23
43:19 206:24
213:1 221:13
424:14
**plan** 13:3
**plate** 413:13
**platy** 146:6
**plausibility** 26:1
26:11 27:5,13
27:15 36:2
41:10 51:13
66:5,12,21
90:22 92:7
93:7 94:1
145:2,21
283:14
**plausible** 29:19
29:23 30:4
91:2 92:13

126:10 132:14
200:15,16
201:1,18
218:18 219:1,4
219:7,13,21
267:5,14
274:24 277:24
278:17 279:12
**play** 57:24 346:8
**plays** 55:10
61:17 313:7
314:13 395:10
397:13
**Plaza** 2:8
**pleasant** 350:17
**please** 61:4 90:7
103:15 114:10
115:18 217:2
262:9 269:11
288:16 314:2
333:2 427:3,8
**plenty** 323:4
387:18
**pleura** 197:2
274:21
**pleural** 194:4
195:21,23
196:18,23
260:14 273:11
274:9,14,18
278:13 279:4
297:23
**pleurodesis** 87:1
259:12 260:7
260:20,24
293:14,18
294:4 296:5,11
298:24 299:4
**PLLC** 2:15
**Plunkett** 39:5
**point** 17:20
34:19 75:18
105:10 140:2
177:6 230:18
230:19 272:12
273:1 283:10
306:16 307:15

313:19 337:16
340:11 343:4
369:8 395:15
**pointed** 57:20
296:18
**points** 228:14
386:20 395:14
**polarized** 210:6
**polarizing** 6:4
**politically** 68:18
**politics** 68:11,13
**polycystic** 119:9
119:13 169:16
**polymorphisms**
156:5
**Poole** 248:7
**poor** 356:4
**poorly** 385:10
**portal** 125:1
**portion** 125:8
187:16 188:17
**pose** 410:20
412:24
**posed** 413:20
**poses** 123:15
**position** 19:2
30:23 74:18
225:23 226:3
324:10
**positions** 74:11
74:16
**positive** 142:16
183:9 271:6
275:21
**positively** 137:8
**possess** 46:18
**possibilities**
160:7
**possibility** 129:2
139:5 191:21
209:18 219:19
222:8
**possible** 18:19
19:9 40:6,20
83:13 123:13
134:3,13
135:24 179:20

Case 3:16-md-02738-MAS-RLS   Document 9891-2   Filed 05/29/19   Page 380 of 430 PageID: 69995
Michael Birrer, M.D., Ph.D.

Page 466

219:20 222:22
223:7 225:20
226:9,11,15
235:18 236:10
248:5,11,22
256:24 266:2
267:10 269:3
269:17 279:19
417:14
**possibly** 117:2
235:12 242:1
332:24
**poster** 355:6,15
391:6,10
**posters** 355:17
**potential** 90:4
90:11 92:2
127:3 129:3
130:21 131:1
131:21 172:2
180:15 184:3,8
187:6 214:9
238:24 336:13
344:14 346:8
**potentially**
101:1 169:18
169:21 171:11
173:4 175:14
175:18 181:23
**powder** 1:5 6:8
6:9 7:4,14 8:6
10:8 11:1
17:22 24:6
25:10 26:2
27:24 28:5,9
28:13 29:1,8
29:18 30:3
31:23 40:5
41:2 55:2,10
56:23 57:16,22
58:4 60:24
61:7,17 63:17
83:3,8,11,18
84:3,6 86:3
87:11 88:3,11
88:21 89:1,19
90:2,10,16

91:4,11,21
92:7,11 96:5
96:19,21
101:21 102:3,7
102:17 109:7,8
116:14 117:2,9
120:9,22 121:5
121:11 130:9
134:5 138:18
140:1 169:18
169:20 171:12
172:2 173:4
175:14,18
180:3 184:5,6
187:12 189:19
190:2,17
192:14 198:5,6
199:12,22
200:4,11
218:24 219:8,9
222:7,9,21,22
225:17 226:6
226:11 230:10
230:13,15,20
230:24 231:13
232:13,24
233:24 234:9
235:12,12,23
236:1,6,24
237:8,14,18
238:2,18
240:14,22
241:7,8,12,13
259:20 260:9
260:13,18
261:2,3,18
265:6,7,18
266:1,9,11,15
272:14 273:3
273:12 276:18
280:13,17,21
281:6 282:14
283:6,12 284:1
284:17 285:21
286:8,20
287:12,14,22
288:21 289:2

289:19 291:21
292:11 297:2
300:15 301:2
325:11 326:1
327:2 338:20
342:11 343:8
348:2 359:6,10
378:13,20
395:19 398:18
399:7 400:12
417:15,20
420:6,16
**powder's** 91:7
**Powdered**
199:21,21
**powders** 122:4
146:12
**power** 180:12
**powered** 139:4
**powerful** 145:15
**practice** 6:15
190:1 232:14
232:18 254:8
**PRACTICES**
1:5
**pre-** 111:18
345:14
**pre-print** 47:2
**preamble** 71:7
148:17,18,22
**precisely** 274:13
**precision** 138:15
**predict** 44:9
**predicted** 229:3
**preface** 247:7
**prefaced** 110:12
**preferentially**
229:11
**pregnancy**
131:1 169:13
227:13 228:6
**preliminary**
414:6
**premise** 411:14
411:18
**preparation**
75:5 210:2

**preparations**
295:10
**prepared**
232:23
**preparing** 23:19
**preprint** 47:9,12
47:14 316:24
321:2,5,13
**prescreens** 12:3
**presence** 88:10
95:3 146:8
201:14,21,24
202:9 203:13
267:4 287:11
300:14
**present** 124:1
165:21 268:17
297:14 346:10
**presentation**
355:1 390:18
**presentations**
41:10
**presented**
181:23 340:16
354:20 388:23
391:6 414:6
424:12,15
**presenting**
111:17
**presents** 200:5
**preserve** 210:4
**president** 213:6
**pressure** 178:11
227:1,4 228:4
**pressure's** 228:7
**presumably**
128:16
**pretty** 16:2,12
38:16 47:16
49:8 89:22
94:22 150:15
153:22 178:24
181:8 191:18
194:11 197:3
221:18 236:14
256:5 356:12
396:5 397:23

421:17
**prevalent**
120:10,16
**prevention**
155:21 247:5
247:13
**previous** 12:4
26:18 77:8
133:15 232:22
233:13 256:6
387:24 388:8
418:22
**previously**
26:22 31:16
282:17 334:6
359:19 362:16
363:15 388:21
**primarily** 14:2
93:13
**primary** 9:6
35:21 76:20
309:8,20 358:2
375:17 376:2,3
399:11
**principles** 4:23
53:20 71:19
**printed** 53:16
**printing** 369:18
**prior** 11:9 49:10
66:13 295:12
389:3
**privy** 20:10
**probably** 11:10
14:21 23:20
24:22 75:8
80:14 82:3
150:6 158:14
162:16 173:17
212:11 214:3
223:19,22
228:21 229:15
259:13 264:4
272:4 316:9
329:15 355:18
387:15 392:11
**problem** 105:15
228:3 269:14

Michael Birrer, M.D., Ph.D.

301:6 310:6
318:2 353:20
371:14
**problematic**
75:8 228:10
**procedures** 14:6
**proceedings**
426:6,11
**process** 81:2
106:18 137:19
161:9 179:12
187:17,24
259:13 278:13
300:3,5 313:3
369:18 393:14
394:9 398:1
**processes** 174:3
190:22
**produce** 93:9
**produced** 164:7
**product** 7:9
18:21 59:7
60:15,18 61:22
62:7,22 83:18
84:13 85:6
90:3,10 180:3
261:14 283:11
285:1,11 287:8
295:15,19
420:6
**production**
22:16 408:19
**products** 1:5,6
3:2 7:4 27:24
28:9,13 29:18
30:3 54:9 58:6
58:8,10 60:6
61:1,8 62:13
96:2 146:11,12
184:5 197:22
235:22 236:13
237:1,10 241:6
241:11,20
284:8 287:2
301:4 410:20
411:3 412:24
**professional**

102:23 242:10
**professionally**
103:1
**profile** 82:6
**program** 235:17
374:13 389:7
390:5
**progress** 132:19
**progression**
147:2 156:1
164:12 314:13
342:6 346:5
**project** 79:10,18
185:10
**proliferation**
134:19 163:10
164:15 344:23
345:3 349:17
362:6 406:22
**proliferative**
150:21 151:9
421:8
**prolific** 73:19
**prominence**
307:22
**promote** 122:5
135:16
**promoter**
147:14
**promoters**
147:13,20
304:24
**promoting**
152:17
**promotion**
147:1,16
**pronounce**
227:8
**pronounced**
295:2
**proof** 112:13
113:2,3,3,6
**proper** 114:9
**properties** 7:22
302:7,19 303:4
**proportional**
145:24

**proposed** 29:16
30:1 134:2,9
279:12
**proposing**
158:11 269:16
279:22
**propounded**
429:9
**prospective**
17:21 138:24
140:8,19
**prospectively**
18:2,5
**protected**
414:12
**protective** 129:2
**protein** 135:23
248:4 383:2
**proteins** 346:22
**protocol** 358:18
**prove** 59:12,13
59:14 60:11
61:1,8 301:10
301:14
**proven** 58:11,18
58:24 59:24
60:1,6 232:13
**proves** 59:7,8
60:18 62:24
**provide** 26:18
34:15 35:4
42:6 43:2
50:23 53:1
75:16 113:19
144:18 156:10
229:23 267:5
337:2
**provided** 20:7
20:11 42:3
78:8 88:14
107:9 283:2
286:21 295:18
396:15
**provides** 361:20
**providing** 17:13
27:3,4 32:5
74:19 75:13

76:3,4,8 90:20
**PTI** 3:7
**pub-** 51:2
**public** 1:22
49:14,19 51:3
63:17 121:3
189:2 426:20
429:22
**publication**
16:17 332:8
337:6
**publications**
76:11 77:9
80:14 312:14
388:1
**publish** 34:3,4
162:14
**published** 15:15
15:18,21,24
47:1,3,9,17
48:20 52:3
67:7 69:16
73:22 79:19
82:16 102:2
106:9 119:11
150:5,7 153:6
165:6 167:13
169:3 186:7
208:16,21
211:10 215:7
224:2 239:12
240:5 243:6
244:19,22,24
245:7,13 250:9
252:23 253:13
254:7,13,17,22
256:18 289:11
319:3 320:2
321:4 334:5
342:15 348:5,9
348:14,18,19
356:19 357:10
360:23 362:16
366:16,18
368:12 369:7,9
370:7 375:1
388:16 394:1

396:9 398:3
399:7 400:8,10
400:24 401:18
413:22 414:2
415:5
**publishing** 77:6
79:4 107:5
399:11
**PubMed** 44:4
233:4
**pull** 42:5 44:14
348:17,18
381:9
**pulled** 20:12
41:24 42:2
81:12
**pulling** 369:9
**pulmonary**
410:21 413:1
413:20
**pump** 226:21
**pure** 85:1,10,14
89:12 242:9
257:22 259:4,4
261:1 312:2
**purer** 146:9
**purified** 85:8,10
295:10
**purpose** 13:1
72:24 200:1
211:8 243:9
341:5 363:20
375:12
**pursuant** 1:15
**pursue** 108:6
277:18
**purview** 410:10
**put** 23:20 49:10
79:12 81:6
115:19 120:18
158:20,22
159:5,10
176:23 194:6
215:14 226:2
260:13 297:15
318:7 321:15
322:18 356:14

Michael Birrer, M.D., Ph.D.

368:6 374:19
378:19 382:19
390:19 412:6
418:7,7
**putting** 125:19
148:9 220:23
222:7 252:21
260:24 380:14
**Pyc** 407:15
**Pycnogenol** 9:2
406:3

**Q**

**qualified** 80:4
80:11 82:9
273:8
**qualify** 259:13
**quality** 74:21
89:1,4,6
238:15 323:6
323:10 361:24
**quantifiable**
100:10
**quantification**
371:22 379:15
**quantify** 67:17
67:17 98:5,10
99:5,9 100:14
101:9
**quantifying**
99:16 100:6
128:13
**quantitative**
65:14 307:21
403:22
**question** 18:7
19:17 32:6
33:24 36:5
37:18 43:14
51:19 52:1
56:11,16 59:24
60:5 61:20
62:10 63:5,16
66:2 91:19
104:21 112:10
159:3 160:19
203:20 204:6

205:2 206:14
211:3,7 217:2
218:10 228:17
229:16 231:12
237:24 238:8
240:1 252:1
253:17 269:13
270:2 272:22
277:6 281:9,11
288:11 293:9
321:1 323:8
339:12 346:2
351:19,20,20
357:18 363:3
363:14,20
372:7,11
386:24 387:11
387:15,16
404:17 408:24
411:20,23
421:10,12
422:17
**questionable**
300:4
**questions**
146:19 178:20
244:3 293:24
306:24 423:20
423:22 424:18
426:8 429:8
**quibble** 396:6
**quick** 176:4
203:18
**quite** 24:21 82:4
100:10 151:22
162:16 188:23
214:21 228:12
324:2,5 421:22
**quotations**
121:22 261:1
**quote** 38:14
48:23 76:17
190:14 225:14
228:16 229:13
240:9 248:17
286:15 290:12
**quoted** 52:10

182:3
**quotes** 43:9,15

**R**

**R** 2:1 3:1 426:1
428:1,1
**R-O-S** 164:6
**radical** 5:12
162:13 295:21
**radioactive**
228:9
**radioactivity**
227:15
**radiolabeled**
227:7
**radioresistance**
163:11
**Railroad** 7:9
**raise** 347:14
350:13,19
351:3,8 386:24
**raised** 40:19
139:2 293:14
294:3 393:4,14
393:15,15
**raises** 295:23
319:20
**random** 418:12
**randomized**
18:2,9
**randomly** 418:7
**range** 86:15
87:9 396:7
**ranges** 86:7
**rapidly** 286:4
**rare** 171:7
**rash** 184:6
**rate** 25:4 229:2
**rates** 122:9
**ratio** 139:11
**rationale** 180:10
**ratios** 115:5,21
**raw** 366:21
368:4 372:20
372:24 373:2,5
374:9,12
383:23 384:1,9

**RDR** 3:20
426:19
**re-reviewing**
52:21
**reach** 30:12
108:23 196:3
206:18 268:16
**reached** 99:4
181:11 200:23
264:18
**reaches** 128:15
132:16
**reaching** 178:24
277:24
**reaction** 132:18
137:20 191:13
200:8 258:4
**reactive** 134:21
165:10,14,20
165:24 166:9
166:17 396:16
396:17 417:17
418:2
**read** 36:17
52:18 73:7
87:21 108:6
155:1,1 171:24
175:21 178:5
182:9 183:1
210:17,23,24
213:17 237:6
248:24 281:13
282:23 295:5,6
295:6 302:15
304:18 309:2
342:13 344:5,6
347:21 410:15
413:11 416:12
427:3 429:5
**readable** 347:4
**reader** 158:22
173:12
**readers** 17:12
155:9 160:14
290:5
**readership**
257:9 289:7,20

330:5
**reading** 155:16
155:18 163:1,6
168:15 182:17
188:17 201:8
210:15 220:9
255:8 263:14
264:17 293:3
332:1 337:1
341:7 382:22
396:14 403:8
406:21
**reads** 164:5
291:17
**real** 203:18
339:12
**reality** 35:4
**realize** 95:22
**really** 35:20
40:10,11 51:17
52:19 61:12
65:13,15 66:11
66:20 78:4
79:8 93:14
98:6 106:15
110:17 145:18
158:1 166:3
174:9 184:21
186:4 219:21
227:4 228:10
237:13 256:4
258:11 260:14
262:4 275:16
275:21 284:15
298:24 301:1
318:8,22
327:16 358:21
364:7 373:17
379:5 399:20
399:22
**realtime** 1:21
80:21 81:2
306:13,21,24
334:22 360:5
**reanalyzed**
231:10
**reason** 57:7 80:5

92:12 99:9
145:11 158:17
175:6 179:24
185:9,18,24
204:2 215:20
217:21 218:1
237:9 257:3
260:17 277:4
320:19 417:21
418:3 427:5
428:6,8,10,12
428:14,16,18
428:20,22,24
**reasonable**
13:10 109:3
110:7,15
158:14 292:15
303:23 305:19
387:15 389:23
390:4 410:7
**reasonably**
362:21
**reasoning** 214:6
218:3 256:14
256:22 387:19
**reasons** 99:15
199:13 200:10
296:14 338:5
**reassure** 280:13
**recall** 87:12
103:7 142:6,24
179:14 227:6
227:11 229:7
242:7,9 249:8
264:4 286:1
311:19 317:16
325:15 345:3
346:15,16
388:12
**receipt** 427:17
**received** 20:2,6
401:5,21
**recess** 230:4
**recognize** 68:6
154:24 155:6
406:5
**recognizing**

344:14
**recommendat...**
236:21 237:2
292:23 345:6
**recommended**
118:6 210:7
240:23 241:6
241:11
**recommending**
241:15 281:10
**record** 10:2,11
22:16 113:10
113:11,13
114:3 120:5,19
230:3,6 282:23
306:14 310:19
310:20,22
349:9,11,12,14
365:3,16,17,19
366:3 370:14
370:16,17,19
373:21 380:18
416:17,21,22
416:24 423:14
423:15,17
425:1
**recruited** 34:15
**recruitment**
75:15
**recurring**
157:20
**red** 174:15
**redox** 334:18,22
344:14 346:8
346:21
**reduce** 137:10
137:12
**reduced** 407:15
426:9
**reduces** 9:2
**reduction**
117:23
**refer** 46:13
106:8 234:13
248:16
**reference** 7:16
42:1 43:2

72:16 166:2,3
171:8 172:6
173:7 174:18
175:18 214:18
214:20 218:10
218:11
**referenced**
171:14 183:21
332:2
**references** 44:12
46:13 72:12
85:7 86:18
164:20 174:5
213:24 214:2
240:21
**referencing**
217:22
**referred** 263:20
409:22
**referring** 34:6
73:10 82:21
83:10 93:12
94:3,23 95:13
111:22 143:16
175:20 264:6
266:22 267:2
293:21 336:12
352:6
**refers** 95:12
137:5 220:22
352:7
**refine** 61:11
397:7 402:23
**refining** 399:19
**reflect** 299:23
368:4
**reflected** 387:3
**reflective** 349:4
369:6
**refresh** 281:16
311:16,16
317:14
**refute** 407:20
409:1 420:20
421:12
**refutes** 408:4
409:11 422:18

**regard** 80:11
138:18
**regard-** 89:18
**regarded** 154:8
**regarding** 4:17
37:17 86:2
135:22 200:24
203:3,12
224:17 226:18
232:24 256:17
265:5 266:8
267:19 285:14
328:4,8 335:20
356:22 365:23
417:20 419:14
**regardless** 89:19
90:18 155:8
162:19 284:12
340:6 383:8
**region** 6:5 134:6
**Regions** 9:14
415:19 417:5
**Register/** 5:19
**Registered** 1:20
**regularly** 140:2
**regulatory** 48:7
**rejected** 321:10
351:17
**relate** 221:9
**related** 91:15
119:11 241:19
378:24
**relates** 1:7
106:13 264:12
**relating** 220:17
400:12
**relationship**
5:22 40:16
131:5 141:6,12
249:12 250:7
293:18 378:7
404:10
**relative** 116:4
307:12
**relatively** 30:19
30:20 261:1
**release** 137:21

296:2
**relevance** 82:22
257:9 390:23
399:14 410:12
411:2,9
**relevant** 43:3
51:9,20,23
81:6 171:7
217:24 251:1
257:4 273:11
352:23 375:3
375:13,22
376:4,6,7,11
376:17 377:4,7
377:12,13
378:4 411:15
411:19 412:12
412:16 413:7
413:14
**reliable** 62:20
62:21 93:24
**reliance** 69:23
**relies** 144:7
**rely** 286:16
326:15
**remain** 193:12
**remember**
24:21 37:9
82:5 87:22
88:3,4 148:20
153:9 231:24
277:6 282:4
317:22 323:21
324:5,13,20
325:1,6 340:18
345:12 347:22
418:24
**remodeling**
137:23 157:12
158:13
**removal** 200:10
**remove** 193:16
**removed** 193:21
395:19
**render** 371:23
**repair** 122:10
137:23

**repeat** 61:4 90:7 241:9
**repetitive** 97:10
**rephrase** 104:21 262:10
**rephrased** 79:17
**replaced** 346:21
**replications** 307:13
**replicative** 150:23 151:11
**report** 4:8 12:5 13:9 19:23 20:14 25:16,24 27:10 30:13 32:5,17 35:20 36:24 37:15 41:19 42:12,15 43:10,16 44:24 47:4,13 65:2,7 65:24 66:11,16 82:19 87:21,22 88:1,6,9,15 93:14,15,16 95:21 106:7 107:4,9 120:21 194:7 201:4,9 201:10,12 203:5 205:14 205:18 208:14 211:9 214:1 220:14 232:23 234:18 238:17 238:20 246:3 247:12 251:24 281:13,22,24 282:23 288:4 288:12 289:1 289:11 304:17 316:2,5,7,9,11 320:20 322:6 330:18 424:6
**reported** 97:18 115:5 161:16 233:14 238:14 248:11 249:3 359:19 400:10

**reporter** 1:20,21 3:20 10:11 56:12 98:17 124:10,15 198:18,23 212:18,19 244:14 426:20
**reporter's** 24:3
**reporting** 160:13 170:9 172:1 234:19 234:20 292:16 303:7
**reports** 7:14 36:18 42:3 48:6 86:9 158:12 282:4 286:2 287:10 287:21 288:18 402:7
**represent** 368:21 370:8
**representative** 90:17
**representatives** 328:4
**represented** 245:17 369:5
**represents** 426:10
**reproducible** 91:17 110:14
**reproductive** 8:13 31:4 119:12 123:6 125:1,9 129:13 194:12 216:3 221:23 321:11 329:22 341:3 356:10,18,21 389:21 391:20
**reputable** 67:20 67:23 242:2 394:12
**reputation** 77:15 162:17 213:4 253:8,10

253:11 301:24
**request** 21:22
**requested** 340:17
**requests** 4:13 22:2
**research** 6:11 14:15,20 15:6 15:13,21 16:3 67:14 101:20 101:24 152:3 243:20 246:4 247:2,14 249:10 307:7 311:1 316:18 316:22 317:5 317:17 318:8 318:22 319:8 319:14,16,20 320:21 322:6,9 322:10,15,21 322:23 323:4,6 323:9,10 324:1 324:15 325:2 333:24 365:22 388:23 392:2 392:21 393:9 407:20 414:15 420:20
**researcher** 13:16 35:10 73:19 325:9 337:23
**researchers** 75:15 78:7 210:10 314:12 314:18 325:24 355:12 362:5
**resembles** 137:19 332:16 333:6
**resistant** 344:23 345:23
**resisting** 150:22 151:10
**respected** 154:14 304:8

**respective** 77:22 80:11 82:9
**respects** 125:9
**respiratory** 200:7
**respond** 161:15
**response** 4:12 32:13 49:14,20 72:4,14 73:2 132:18 134:16 156:2 189:3 191:6,9,11 250:3,18,23 251:10 252:9 339:21 340:1 380:6,21 383:11 414:7 417:21
**responses** 152:18 303:6 303:21 416:6
**responsibility** 14:24 67:15 296:2
**responsible** 74:20
**responsive** 22:2
**rest** 82:5 132:2 132:10 365:9
**Restaino** 2:11 2:13
**result** 135:14 152:14 332:11 426:15
**resulting** 257:1 309:11
**results** 65:21 285:17,20 335:10 339:9 351:13,23 357:14 367:24 371:8,24 372:18 374:23 375:3,13 378:12 379:2 380:5 382:22 384:10 386:4

387:3 421:12
**retired** 213:10
**retrograde** 123:4,14 195:16 223:14 224:10 225:9
**return** 427:15
**Reuter** 5:14 162:7
**reveal** 62:19 103:15
**revealed** 316:24 318:22 319:1 319:23
**review** 5:12 8:19 16:14,22 17:14 24:20 49:13 50:1,16 51:23 53:2,8 65:10 70:6 72:6 89:16 101:16 101:20 106:16 107:6,14,19 108:7,8,15 126:9 149:2,3 150:2,12,12 154:2 157:22 157:23 158:6 158:20,21 160:4,12 162:7 163:2,13,21 166:15,24 167:19 168:10 169:2,24 173:3 174:4,4,13 187:24 188:1,2 188:18,21 202:24 232:19 238:20 241:3 242:22,24 243:3,4 244:5 283:15 284:7 284:24,24 291:24 300:1 305:21 327:21 327:24 328:9 330:3 333:4

348:15 364:3
384:1 389:8
392:7 393:14
393:24 394:1,7
394:12 395:6
396:9 398:4
399:10,14
400:8
**review-type**
16:11
**reviewed** 35:21
36:10 42:16
48:6 49:22
50:9 51:15
61:14 67:1
71:7 158:17
184:16,20
202:5,14
235:17 266:11
267:23 268:9
273:17 283:10
332:3,4 375:17
389:2 391:16
391:18,21,22
409:19 416:3
418:17 424:5
**reviewer** 328:16
329:4,21
331:16,22
332:5 333:12
334:10,10,14
335:7,8,12,16
335:20,24
337:5,15
341:18 342:3,8
342:24 343:15
343:17 344:6
344:12,18
345:6 347:11
347:22 351:21
353:2,6,12,13
353:16,22
356:1,3,9
357:2,6 387:8
391:19
**reviewer's**
336:22 339:1

339:11 341:8
343:2
**reviewers**
171:15 173:22
173:23 174:7
174:16 187:21
242:23 328:12
328:13 332:3
332:21 333:9
334:12 350:13
352:9,12,15,18
354:14 355:22
356:21 389:11
389:22,22
390:10,22
391:16,21
392:14 393:3
393:10 398:2
**reviewing** 37:11
64:1 90:15
202:20
**reviews** 17:3
30:15 155:18
155:19
**revise** 337:11
371:10
**revised** 333:2
**revisited** 256:6
**riddled** 310:5
**right** 10:23
12:14,15 13:7
14:19 17:14
19:15,23 23:1
25:5,7 26:3
35:10 36:22
42:12,17,18
44:10 52:5
58:7 64:14
65:3 67:2,4,7
67:11 74:1
75:1,2,7,22
80:5 94:15
99:6,10 106:19
106:20 111:1,4
118:18 122:14
133:11 134:1,9
149:24 150:11

156:24 157:8
161:14 163:4
166:18 167:14
168:14 171:13
175:15,22
179:1,7,16,22
180:6,8,24
181:4,24
183:17 187:2
188:11 193:17
201:22 203:14
207:2,12,21
208:6 210:12
210:22 211:10
211:18,24
212:9,22
215:11 220:11
222:11 230:11
230:14 231:6
232:10 233:6
234:24 235:7
235:14,19
236:11,21
241:21 245:8
246:19 248:23
249:17,22
252:23 253:16
256:18 258:21
261:14 263:22
264:6 270:13
277:1,14
279:15 282:20
288:22 298:10
299:17 300:11
303:9 306:3
315:14 317:19
318:4,17 321:4
326:2 329:23
330:1 336:2
344:11 345:1
345:13 348:16
351:6,14 357:3
360:7 363:2,17
364:7,18
366:12,19
367:13 368:6
368:14 369:12

375:17 376:18
377:5 378:10
380:17 381:1
382:12 390:24
399:11 403:7,8
403:9,23
404:19 407:3
412:4 417:7
419:8 420:4
421:5
**right-hand**
199:20
**Rigler** 7:5,11
**rigorous** 336:5
**rise** 191:22
195:2,2
**risk** 8:6 28:1,5
51:9 53:9,22
53:24 54:8
55:10 59:9
62:3 63:17
90:21 116:4,16
117:10,23
118:3,5,11
119:6,10
120:12 121:12
123:16 130:10
133:17 134:4
134:17 136:1
136:21 137:9
137:12 139:4
156:24 157:4
158:15 169:10
169:11,21
170:16,22
171:11 172:2
173:4 175:18
180:14 181:17
181:23 230:10
230:14,20
231:1,13,23
232:24 234:10
234:11,19
235:23 236:1,7
236:11,16
238:23 239:3
247:23 248:6

248:13 249:4
249:17,22
255:2 264:20
274:6 278:5
283:13 284:8
295:11 297:13
307:14 410:20
413:1,20
414:12 417:16
**risks** 4:21 67:16
200:5 236:14
238:24 239:1
241:19
**RNS** 396:17
**road** 2:15 89:15
305:21
**Robert** 8:10
**Robinson** 1:20
2:8 3:20 10:12
426:19
**robust** 141:6,12
**Roggli** 295:3
**role** 8:20 9:6
53:22 55:10
57:12,24 61:17
66:6 74:6
89:17 90:22
92:7 269:3
289:18 313:7
313:16 314:13
336:13 346:9
346:23 355:17
395:7,10 396:4
396:4,16
397:14
**roles** 75:4
**roman** 182:12
**Ronald** 244:19
**ROS** 164:6
396:17 406:23
408:9,12,13,20
417:17
**Roughly** 188:8
**route** 130:13
269:20 270:5
279:13
**routes** 278:23

routinely 106:15
**RPR** 3:20
**RSCI-18-671** 8:14
**RT-PCR** 334:23 360:5
rudimentary 87:7
rule 191:20 200:2
ruled 180:16
rules 19:15 76:18 291:14
running 253:12
rushed 422:10

**S**

s 2:1 3:1,8 301:17
S-O-O-D 244:17
Saed 8:3,10,16 8:21 36:3 38:18 46:2,6 94:9 304:14 310:24 320:16 321:7,17 326:12 332:1 333:10 334:5 338:18 339:18 340:9,15 342:16 346:13 357:15 360:18 360:22 361:6 362:5,16 373:6 374:14 388:22 398:17 399:6 409:24
Saed's 46:23 47:5 304:10,11 311:3 316:17 316:22 318:7 319:15 320:20 322:5,21 323:22 324:13 334:15 335:21 347:15 348:1 349:6 357:9

365:22 366:12 382:22 383:5,9 386:15 387:23 387:24 393:5 394:1 407:20 409:1,11,21 420:20 421:13 422:18
Saenz 45:18
Saenz's 47:17 48:18 49:10 52:5
safe 58:11,15,18 58:24 59:7,14 59:24 60:6,15 60:18 61:1,8 61:22 62:7,14 62:22 63:1 87:18 232:13 232:20 280:14 280:17 283:5 284:1,20 285:1 287:7 296:3 313:11
safety 293:14 294:3 295:24
SALES 1:5
sample 138:17 286:20
samples 7:10 76:3 100:23 283:2 284:17 286:21 360:7
Samuel 4:17
Sandra 6:6
sanitary 96:14 222:21 223:10
saved 44:19
saw 47:2 52:4 53:15 174:17 227:14 317:11 322:4 394:3 416:2
saying 56:4 59:19 65:16 92:10 173:1 204:8 215:19

218:1 234:17 235:24 236:6 236:15,16,19 242:7 251:16 270:3,11 275:10 293:7 303:12 305:9 317:9,23 318:24 336:22 342:24 343:2 346:16 350:17 372:18 376:7 384:10 392:15
says 58:15 98:19 115:23 150:11 152:2 175:14 200:4 235:19 280:16 283:4 319:14 333:20 334:3,15 335:8 347:23 381:13 403:9 406:17 410:15
scanning 6:4
scar 191:17,22
schedule 22:22 25:4 97:22
scholarly 77:9
science 69:2 110:13 158:24 241:24 243:16 243:20 246:4 246:13 248:2 251:6,7 252:22 257:5,8 280:8 322:17 424:9
Sciences 8:13 321:11 329:22 356:10,18,22 391:20
Sciences-Engi... 6:13
scientific 13:11 26:13 41:11 67:20 68:1 77:15 81:5 96:24 107:1

112:17 188:1 242:10 292:19 315:22 336:5 390:22
scientifically 40:10 65:8
scientist 33:9 65:13 82:8 109:3,4,6 110:7,7 168:5 219:5,6 280:4 300:11 322:8
scientists 34:20 79:24 81:4 108:22 110:15 150:14 154:23 168:20 181:15 185:3,10 186:1 202:19 207:18 208:3 290:14 307:11 308:2,4 308:18 313:6 313:23
scored 390:10
scoring 390:17
Screening 4:15
se 66:10 106:7 294:20 297:21 299:24
Seaport 2:20
search 15:6 44:3 44:6
searches 43:21
searching 44:1
second 120:17 128:23 131:23 155:5,19 164:5 176:12 180:5 235:8,9 254:19 275:14 309:4 319:22 331:13 332:20 344:21 347:21,22 418:1
Secondary 276:8
secretory 358:7

section 35:24 70:11,17 84:3 112:7 164:3 169:9 177:24 181:22 247:21 247:23 249:16 249:21 316:14 355:15 414:22
sections 131:15
secure 197:3
see 13:18 18:24 18:24 35:23 44:13 47:5 48:17 50:22 53:16 65:1 82:7 87:1 89:22 91:14 143:11,11 148:15 157:9 158:23 167:18 187:22 199:12 204:20 205:24 206:4 211:13 214:17,17 215:3 234:6 236:8,12 243:5 258:8 265:1 267:13 282:13 282:14 286:10 288:1 292:1 293:21 299:12 317:12 325:22 327:14 331:9 340:22 355:6 355:16 357:2 359:12 381:9 381:12 382:7,7 386:21,22 402:16 403:5 403:17 405:1,5 409:20 413:11 419:3 422:7,10 422:11,12
seeded 359:5
seeing 88:3 229:7 231:24 282:4 340:19

Michael Birrer, M.D., Ph.D.

seeking 353:18
seen 21:20 49:23
    50:10 69:19
    85:7 93:10
    148:6 153:20
    167:2 169:5
    208:20 209:7,8
    240:12,18
    241:5,10,14,15
    241:16,17
    258:7,12,13
    261:13 266:19
    268:7 285:13
    285:16 287:21
    288:17 320:6,7
    328:16 329:16
    332:9 373:5
    409:18 415:6
sees 308:13
selected 76:11
    175:1,9 246:5
    251:5 334:21
selective 280:8
self-care 184:5
self-generated
    229:4
self-proliferat...
    362:7
SEM-EDX
    210:7
send 73:4
senior 17:6
    74:18 79:5
sense 16:8 35:12
    41:4 52:18
    54:6 68:11
    71:5 72:23
    75:6 84:1 85:4
    92:22 95:12
    96:22 108:24
    112:17 149:24
    152:20 157:20
    163:21 164:17
    165:19 201:6
    218:8 220:21
    221:4 223:12
Sensitive 398:15

sensitivity
    295:18
sentence 150:21
    152:2,8 164:16
    169:11 200:3
    247:11 256:23
    302:21 303:15
    307:11 344:12
    344:21 346:4
    407:10,11
    411:6 412:7
    414:16,17
    417:12
sentences 163:7
    248:15
separate 175:19
    272:22 317:6
separated 20:23
    178:10
September
    12:20
sequence 309:13
sequencing
    310:3
sequitur 270:15
series 113:15
    208:21 211:17
serious 330:19
    331:6 332:17
    333:6 350:14
    350:20 351:4,8
    371:14 393:4
seriously 173:17
    173:23 202:6
    202:13 385:13
serous 121:12
serve 40:7 41:3
served 320:16
serves 124:24
Services 10:4
serving 25:9
    104:6,10
setting 55:12
    413:13,13
seven 360:13,13
    365:5,10
severity 156:4

sex 219:8
sexual 219:14,15
    222:10 269:3,5
    269:6,17,24
    270:3,9,16
    279:12
SEYFARTH 3:3
SGO 102:14
    213:7 329:9
    354:19 389:22
    390:5,21 391:7
    393:11
shaken 96:14
shakes 46:22
    98:17
share 83:18
shared 302:1
shares 361:21
shave 306:7
SHAW 3:3
sheet 295:23
    427:7,9,12,15
    429:11
shipyard 279:3
SHKOLNIK
    2:15
short 253:24
    347:7 423:11
shorter 346:19
shorthand 426:8
show 62:13
    91:13 93:19
    94:15 160:5
    202:9 231:17
    238:17 279:23
    301:21 340:4,5
    344:13,15
    345:2 378:12
    380:20 383:10
    408:13
showed 304:22
Shower 7:4,4
    56:23,23 58:5
    58:5 86:3,4
    120:22,22
    261:9,9,13,13
    261:16,16

283:11,11
    286:20,20
showing 93:24
    228:24 283:13
shown 117:11
    118:5 127:20
    136:20 137:12
    159:17 272:10
    280:22 283:16
    284:16 285:17
    285:20 301:7
    349:16 406:18
shows 93:22
    348:2 367:12
    370:23 421:2
Shukla 8:24
    94:5,6,7
    400:18,20
    407:19,24
sic 195:20
    245:12
side 199:20
    229:11
sides 313:23
Siemiatycki
    38:19
sigma-produced
    83:5 85:7
sign 427:8
signal 91:13
signaling 150:22
    305:4
signalling 151:9
Signed 426:17
significance
    140:8 337:16
    339:23 341:12
    341:19 350:15
    353:13 382:15
significant
    42:22 121:21
    142:16 164:8
    183:9 231:6,18
    269:2 332:10
    357:18 381:14
    383:21 387:13
    403:18 404:18

significantly
    147:12 383:2
    419:22
signing 427:10
silicate 295:23
similar 65:2
    71:21 250:1
    343:17 391:12
    396:8
similarity
    250:18 251:20
similarly 295:21
Simone 5:14
simple 142:24
simply 292:16
    295:24 420:11
Singh 39:19
single 296:19,20
    309:23 363:18
sitting 32:9
    232:9
situ 210:7
situation 11:5
    155:3 179:23
    185:3 318:9
    321:20
situations 101:8
    160:2
six 254:18
    264:20 389:11
    389:22
size 86:3,22,24
    123:24 138:17
    192:14,18
    217:18
sizes 86:8
Sjösten 127:10
    127:11
SKADDEN 2:22
skin 147:10
skip 152:7
SKOV 383:1
SKOV3 357:16
    370:24 371:4
    378:1 382:4,4
    382:12
SLATE 2:22

Michael Birrer, M.D., Ph.D.

slightly 234:19
slow 7:17 255:24
  349:20
small 22:16 70:5
  116:15 255:2
  268:17
smaller 86:13
smelled 87:19
smells 84:13
Smith's 38:15
  38:16
Smith-Bindman
  39:11
smoke 100:10
  100:11
smoking 118:1,3
  145:4 169:14
  170:16,20
  301:14
Smooth 7:16
Snow 1:16
SNP 341:19,19
  350:15 353:14
  354:15,18
  361:6 391:6
SNPs 347:7
  353:13,17,23
  354:8
so-called 286:11
societies 68:22
society 6:8 233:7
  233:19,23
  234:8,21
  236:22 329:9
  341:3 389:20
  390:3
Society's 234:6
SOD 360:19
  370:1
SOD3 360:9
  370:1
soft 349:3
software 374:12
soluble 192:24
  192:24
somatic 164:9
somebody 76:21

79:13 308:13
somewhat 26:24
  72:24 75:8
  126:5 299:24
Sood 244:13,17
  245:8
soon 105:18
sophisticated
  150:15
sorry 11:12 22:9
  22:15 46:1
  64:20 70:4
  73:9 78:3
  110:23 116:22
  124:14 130:5,7
  132:1 138:11
  139:18 141:7
  151:2 152:24
  162:8 165:4
  171:21 175:10
  177:2 182:11
  204:5 217:1
  230:12 239:9,9
  249:18 254:2
  256:2 260:2
  271:15 306:13
  320:11 330:10
  330:21 354:1
  357:2 369:1
  372:18 381:11
  395:12 401:5
  402:14,23
  403:1 407:9
  415:11,13
  424:2
sort 12:2 35:3
  40:14 43:4
  54:21 55:1
  62:1 67:16
  68:16,23 74:17
  89:16 103:12
  108:7 145:13
  145:22,23
  148:7 149:2
  151:5 165:23
  179:11 231:10
  242:3,9 243:15

297:22 305:23
  306:15 364:3
  413:13
sought 34:21
sound 12:11,14
  108:4 167:14
  303:23 317:19
  318:9 343:7
  389:23 390:24
  406:4 422:14
  424:9
sounds 12:15
  67:11 70:23
  92:10 97:11
  108:5 160:9
  264:1 364:9
  390:4 392:10
source 73:16
  96:12 100:20
  143:1 171:17
  172:4,4 242:2
sources 397:3,8
  397:9,10
SOV3 367:18
space 427:6
speak 355:8,12
speaking 114:8
  154:21 196:15
  291:6 298:7
  321:7 373:13
  399:2
special 123:15
species 134:21
  165:11,15,21
  165:24 166:9
  166:17 396:17
  396:17 418:2
specific 34:3,14
  76:14 118:2
  136:2 236:14
  248:8 356:7
specifically
  37:16 76:21
  88:9,22 150:18
  209:17 216:20
  230:19 262:7
  262:13 270:23

300:5,20
  344:21 351:21
  397:13
specifics 219:16
specimens 75:10
  75:13,16 76:8
  78:9 202:10
  211:2
spectacular
  174:9
spectrum 113:4
  304:18 307:24
  323:7 420:13
speculate 291:3
  341:11
speculating
  256:13 291:10
  344:10
speculation
  413:10
speculative
  336:14 342:12
spent 23:19 36:3
  57:19
sperm 213:19
  214:13,18,21
  215:8,8,14,22
  216:2,9,17
  217:4,8,11,19
  217:22,23
  218:2,10,14
  225:2,2 228:24
  229:1,2,10
spermatozoa
  214:6,23
  215:10 218:8
spleen 194:7
split 131:24
sponsored
  247:12,18
spot 306:20
  331:1
spouse 100:17
spread 131:1
springs 112:8
Square 2:22
SRI 341:1

stability 371:20
stable 309:10
stand 98:23
stand- 26:5
stand-alone
  342:20
standard 86:24
  144:4 361:21
  362:21 399:21
standardization
  364:4
standardized
  362:23 363:4,8
  363:16,21
  364:2,16
standards 107:4
standing 96:13
  96:23 222:6
standpoint 26:6
  35:3 90:19
  259:14 300:20
starch 192:17,24
start 18:5 141:8
  192:8 213:2
  302:24 316:12
  331:22 337:23
  364:20 376:22
  376:24 416:13
  418:19
started 304:14
starting 150:20
  151:6 163:7
state 1:22 114:2
  115:8 180:11
  188:21 200:9
  201:4 207:20
  208:5 243:15
  243:19 246:3
  247:14 248:2,2
  251:5 252:22
  268:23 312:20
  322:5 350:7,8
  352:9,12,15,18
  353:14,16,22
  354:14 356:3
  361:10 414:6
  417:13,19

419:11 426:2
426:20 427:5
**stated** 236:8
248:15 321:13
334:15 350:8
351:12
**statement** 29:22
53:8 72:21
78:21 99:13
114:18 115:4
115:12 116:2
120:1 125:15
128:22 145:7,7
151:18,20
152:19 156:13
158:16 163:16
165:1 173:2
175:17 182:5
208:10 214:22
215:9,19
220:17 221:9
231:22 234:7
236:12 250:4
250:12 251:9
252:5,14,22
255:9 258:10
289:17 307:9
307:18 309:14
310:12,15
320:9 321:19
323:11 330:18
334:24 337:20
339:5 340:2
341:12 342:15
342:20 343:7,9
344:19 346:6
352:8 383:7,20
386:18,19,24
395:17,21
396:20 397:4
397:20 411:24
412:2,6,11
413:12 417:24
418:1,7
**statements** 5:5
113:16 114:4
296:22 356:22

418:4
**states** 1:1 13:9
133:5 170:10
188:23 230:20
234:15,22
235:11,16,22
351:22
**stating** 296:1
**statistical** 140:7
382:14
**statistically**
141:6,12
142:15 147:11
183:8 231:6
381:8,14
383:21 387:12
404:18
**stay** 297:22
**stays** 140:2
297:16 298:19
298:22
**steer** 173:12
**STEERING** 2:2
**stem** 163:12
**stenographic**
10:11
**step** 74:10
**Stephanie** 5:16
167:16 168:16
**stepped** 38:8
**stickers** 198:15
**stimulus** 157:15
349:24
**stimulus/cond...**
157:11
**stop** 99:20
212:22
**story** 293:3
404:16
**straightened**
370:22
**straightforward**
30:19
**Street** 2:3,12 3:4
**strengthened**
130:19 131:12
131:19 132:5

**stress** 5:13 8:20
122:10 163:2,8
163:14 164:6
164:12 166:4
237:11 311:13
311:21 312:5
312:18 313:2,6
313:12,16,20
314:4,12 315:3
342:4 394:4
395:7,10
396:18 397:3
397:13 399:15
417:18 419:23
**stretching**
327:16
**strictly** 229:3
**strike** 178:11
**strikes** 309:17
421:7
**stroma** 397:19
**stromal** 95:16
95:16,17
**strong** 110:14
129:1 144:17
170:16
**stronger** 340:6
**strongly** 158:1
342:1
**structure** 164:8
192:22 194:21
309:8,20
**structured** 68:9
**structures** 197:4
**struggling** 258:3
**studied** 160:1
305:7 398:18
399:6 404:10
418:14
**studies** 7:21
15:16,16 30:18
33:12,14 40:15
55:2 57:14
60:23 61:6,12
61:13,14,21
62:13,19 65:14
65:19,23 75:9

78:3,4 82:23
82:24 83:1,7
94:15 95:1
115:8,22,24
135:22 137:2,6
139:3,17,20
140:17,18,19
140:20 142:14
142:23 144:6
144:18 145:15
159:17 180:13
183:6 194:3,13
197:10,21
198:7 201:23
202:4,9 228:9
228:23 231:2,8
231:9,13,17
232:8,11
234:19 235:5,6
248:3 250:1,13
256:3 266:18
266:23 273:17
275:21,23
285:12,13
296:20 300:23
301:2,3,8,10
302:6,16,24
303:1,8 304:3
304:14,22
325:10 326:9
326:22 327:2
326:24 339:2
339:13 343:8
360:23 362:7
400:12
**study** 17:21 19:8
99:10 127:10
127:11 138:24
139:3,20 140:8
140:10 143:12
203:7,22 211:8
211:13 221:7
227:12 229:8
232:1 242:16
242:21 243:9
243:19 246:11
246:17 247:18

268:15 271:5
272:12 273:1
294:20 299:12
302:5 311:12
325:16,19
334:16 335:1
336:24 337:1
337:17,24
341:13 343:21
346:6 349:15
359:24 418:3
**studying** 413:4
417:21
**style** 346:24
**styrene** 266:3
**subject** 22:4,7
22:10 31:12
53:2 66:17
68:19 107:14
427:10
**subjects** 268:17
**submission**
321:8 333:1
395:24
**submit** 16:16
189:15 333:10
333:24
**submitted** 12:4
23:13 25:17,24
155:8 189:5,10
316:23 321:9
321:10 332:11
332:13 333:3
354:19 394:8
**Subscribed**
429:18
**subset** 70:9 83:1
165:23
**substance** 56:22
71:16 146:23
147:9 297:15
301:5 429:10
**substances**
54:22 57:23
226:19 258:5
**substantial**
155:2 192:20

272:4,7
**substantive** 109:2
**substitute** 198:4
**substituted** 189:20
**subtype** 117:12 118:2
**subtypes** 95:10 116:17 121:13 175:19
**sufficient** 249:11 322:5
**sufficiently** 339:3 352:23
**suggest** 155:22 163:14 248:4 248:22 417:14
**suggested** 16:21 89:17 136:17 307:12 358:22
**suggesting** 237:7 248:21 349:24 403:12
**suggestion** 236:10
**suggests** 123:5 126:10 135:4 135:24 152:3 248:16 269:2 277:9 284:7 353:19 407:7 407:13 414:10
**Suite** 1:17 2:15 3:8
**sum** 43:4 44:18 61:15 66:7
**sum-** 93:14
**summarize** 179:11 203:18 243:15
**summarized** 274:3
**summary** 54:4 184:1 200:1 286:19 334:14 343:18 348:24

**398**:14
**supermarket** 84:2
**supervising** 68:16
**supervision** 426:10
**supplemental** 20:2,8 22:21 22:22 23:2 45:11,18 47:18 48:3 281:23
**support** 28:22 29:5,12 65:22 93:6 105:4 112:18,20 113:2,2,3 127:14 152:14 159:12 173:2 234:9 249:11
**supported** 246:17 335:10 342:6,10 343:3 351:13,22
**supporting** 8:5 143:21 395:20 396:16
**supportive** 343:9
**supports** 66:4 90:21
**suppose** 219:18 374:10
**supposed** 201:14 372:21
**supposition** 197:6 412:10
**suppressed** 382:6
**suppressors** 150:22 151:10
**sure** 18:17 27:21 31:7 70:24 76:17 82:4 92:19 105:23 112:12,23 125:14 145:10

149:17 162:8 164:24 165:19 176:4,8 182:22 192:8 223:22 228:4 242:14 250:6 262:4 267:15 270:21 271:4 293:9 309:21 329:14 339:11 358:21 371:19 372:21 397:22 410:16 422:16
**surface** 122:7 136:9 210:1 211:1,24 212:6
**surgeon** 168:3 253:12
**Surgeon's** 199:21,23
**surgical** 14:6 190:17 199:16 199:17 200:11 211:1
**surprise** 49:1 86:14
**surprised** 240:20
**surprising** 140:17 213:21 347:8
**surrounding** 397:18
**survival** 163:10 163:12 344:22 345:23
**survive** 73:20
**suscep-** 156:3
**susceptibility** 156:3
**suspect** 260:17
**suspensions** 192:23
**sustained** 164:6
**sustaining** 150:21 151:8
**Swan** 12:10

24:13,16 25:12
**sway** 51:17 52:19
**swear** 10:12
**sweeps** 145:4
**Swisher** 102:21 103:6
**switch** 329:14 380:2
**sworn** 10:15 429:18
**Sydney** 2:6
**Sydney.everet...** 2:6
**syndrome** 119:9 119:14
**synopsis** 188:11
**system** 31:4 390:12 411:10 413:14 416:4 418:14
**systematic** 96:18 181:7
**systematically** 37:13 86:8
**systems** 59:2 410:21 413:1 413:21

———————
**T**
**T** 426:1,1 428:1
**T-W-O-G-G-...** 245:12
**table** 165:9,22 211:4 256:11 398:13 399:20 402:6,13,15 403:9,14
**tables** 8:16 366:11
**TACS** 362:7
**Taher** 51:15
**take** 34:9,9 50:22 52:12 74:17 76:23 112:3 113:8 164:22 176:4

177:8 186:21 217:1 219:6 250:21 288:14 291:20 292:22 302:11 310:17 312:14 345:15 348:22 364:23 365:7 409:8 423:11
**take-home** 305:24
**taken** 1:15 10:22 11:4 366:11 426:7
**takes** 14:23 301:15 307:22
**talc** 4:15 5:22,23 6:5 9:8,13 11:9 19:2,3 26:11 30:12 32:13 37:17 40:16 44:8 50:2 54:9 54:18 55:5 57:18 66:5,5 69:8,17,17 70:21 82:20,21 83:5,11 84:10 84:23 85:1,7 85:15,24 86:7 87:1 89:12,18 95:3 99:3 107:15,21 110:20 115:9 116:4,6 118:1 118:4,12 119:9 119:12,19 120:9,24 121:20,22 122:20 123:5 123:14,15,24 126:11,19,19 127:19 128:3,5 128:14,19 129:11 131:5,9 132:15 133:14 134:5,15,18,22 135:7,14

Michael Birrer, M.D., Ph.D.

136:20 139:2
141:4,7,10,13
142:5,17
143:16,22
145:7,7,19
146:5,10
157:12,14
158:12,15
161:8 174:8
177:19 178:1,8
178:14 181:17
181:21 183:10
184:4 187:5,5
189:18 192:2
192:11,23
193:24 194:3
194:16 200:14
200:17,24
201:2,14,17,19
201:21,24
202:9 203:12
204:3 206:17
208:13,22
210:1,7,24
211:23 213:20
214:11,14
217:24 220:13
221:2 223:10
234:23 235:6
235:11,18
250:1,9,13,22
251:9,21 255:1
256:3 257:16
257:16,22
258:17 259:4,4
259:11 260:6
260:19,23,23
261:3,20 262:3
262:6,6,12,12
262:21,21
263:14,17,22
264:6,6 265:12
265:13,15
272:14,19,20
273:3 277:1,9
277:13,19
286:11,12,15

286:21 293:12
293:18 295:10
295:22 296:1,4
296:5,13 298:2
298:10,13
299:17,22
300:20 334:17
334:20 336:13
344:15 346:11
347:23 349:16
349:24 359:24
386:21 402:3
402:16,19
403:10,18
404:19,21
405:8,9,17
406:14,22
407:7,13
409:23 410:18
412:22 413:4
413:20 414:8
414:11 415:18
415:23 417:4
417:16 418:9
419:14,21,22
420:2,10 421:4
422:24
**talc-based** 117:1
235:12 410:19
411:2 412:23
**talc-containing**
122:4 264:22
**talc-induced** 9:2
407:15
**talc-treated**
383:3
**Talc/EOC**
123:23
**talcum** 1:5 6:8,9
7:13 8:6 10:7
11:1 17:22
24:6 25:10
26:2 27:24
28:5,9,13 29:1
29:8,18 30:3
31:23 40:5
41:2 54:9 55:2

55:9 57:16,22
60:24 61:7,17
63:17 83:3,11
83:18 88:2
89:1,18 90:2
90:10,16,16
92:7,11 93:5
101:20 102:3,6
102:17 109:7
117:8 121:5
134:5 138:18
169:18,20
170:15 171:12
172:2 173:4
175:14,18
180:3 187:12
190:1 192:14
198:4 199:11
200:10 218:20
218:23 219:7,9
222:21,22
230:10,13,15
230:20,24
231:13,18,23
232:13,24
233:24 234:9
235:23 236:1,6
236:13,24
237:8,13,17
238:2,18
240:14,22
241:7,13,16
256:24 272:14
273:3,12
276:18 280:13
289:18 291:21
320:17 325:11
326:1 327:2
338:19 342:11
343:8 346:13
347:8 348:2
359:10 378:13
395:18 398:18
399:7 400:12
417:15,20
**talcum-based**
180:12

**talk** 30:14 32:19
58:6 102:6
221:12 292:17
292:17,19
310:24
**talked** 66:13
69:5 106:5
157:21 192:13
360:20 420:10
**talking** 41:9
96:7 144:15
151:7 218:16
218:16 222:6,8
251:2 279:7
320:8 372:20
397:23
**tampon** 226:6
226:12
**TaqMan** 361:6
**target** 62:4
136:11 302:16
303:1
**task** 291:9
**technical** 151:22
306:21
**techniques**
211:21 295:17
372:14
**technology**
212:5 361:10
372:14 388:13
388:15
**tell** 10:15 36:23
38:17 115:19
154:20 158:2
160:16 193:15
212:5 279:8
284:23 290:18
341:6 367:21
**telling** 176:16
218:9 284:1
**telomerase**
305:7
**temporal** 250:7
**ten** 140:10
**tend** 308:3
**term** 82:20

97:16 107:24
109:19 113:4
148:1 302:10
312:24 356:7
408:18
**terms** 35:4 36:1
44:6 57:15,18
65:12 84:11
90:14 93:24
145:24 146:1
188:1 192:5
193:2 270:1
283:11 298:7
350:23 351:1,5
353:4,15 368:3
380:13 408:19
409:4 410:1
**terse** 335:5
**test** 176:17
303:17 304:4
353:17,23
**tested** 91:8 93:5
286:11 360:19
415:22
**testified** 10:17
23:22 24:9
26:19 31:15
222:5 334:11
374:14 394:11
418:23
**testify** 32:10
**testifying** 11:19
**testimony** 11:6
323:22 324:13
413:5 418:6,22
**testing** 35:4
282:13,20
284:16 285:15
285:17,20
286:7 304:14
354:8 360:24
363:1,4,16,21
402:17,18
**tests** 360:11
362:15
**text** 328:3
**textbook** 106:9

**Thank** 21:10
25:15 64:9
115:2 175:12
268:1 282:10
302:23 306:1
311:9 330:12
359:17 395:3
415:15 423:20
424:2,19
**Thanks** 293:11
**That'd** 264:16
**theme** 89:14,23
157:20
**theoretic** 130:1
**Theoretically**
129:14
**theories** 30:15
**theory** 26:1
220:20 287:6
297:14,15
303:17
**Therapeutically**
198:2
**therapeutics**
168:5
**there'** 301:17
**thereto** 426:8
**they'd** 45:5 80:3
172:15 173:13
**thicker** 20:21
**thickness** 21:13
**thin** 178:9
**thing** 85:1
106:20 207:1
291:11 308:15
**things** 84:12,12
108:6 130:2
158:22 160:4
195:16 219:20
290:14 310:5
385:10 387:21
**think** 11:7 16:9
16:12,12 17:11
17:17 18:6,7
18:11 24:16
26:10 30:18
31:13 32:9

33:13,23 35:2
36:11 37:11
38:16,18 45:18
46:4,5,6 47:12
47:15 50:20
52:15,23 54:4
56:19 59:8,20
59:20 61:15
62:2,2,17,17
62:18 64:5,7
64:11 65:20,24
66:4,4 68:5,20
69:19 70:4
72:22 73:2,5
73:21 76:1
78:2,24,24
80:16 83:7
85:18 86:15
87:18 89:14
90:14 91:12
93:8 97:9,13
98:1,4,8 99:13
99:15,19,21
100:9 101:16
103:12 105:13
106:13 107:7
107:12 109:1,3
110:3,6,12
111:7 114:7
119:1 125:24
126:2 131:12
131:18,18
132:12 144:23
145:20 146:18
147:19 151:20
159:4,10 160:3
160:3 162:18
165:1,3 167:6
167:12,17
168:3,8,16,17
170:1,14 171:3
171:6,6 173:13
173:18 176:17
179:10,13,21
181:8 182:1
184:23,23
185:2 186:7

192:9,16 193:9
194:6,14,15
195:17,17
196:11 204:1
204:17 206:2
207:10,11
208:18 216:2
217:6,17 218:6
219:17,21
220:22 221:3
221:13,21
222:2 223:6,18
224:1,16
227:13 230:8
232:10,20
233:13,19
234:14,16
237:2,7,19,22
240:2,18
243:12 244:13
244:20 245:14
248:15 251:3
251:21 252:7
252:11 253:8
253:11 254:6,8
254:11 256:7
256:11,21,21
256:22 257:3,7
258:21 259:11
259:13,18
260:3 261:4
264:4 268:8,9
269:21 271:18
271:18 272:3
273:7,19
274:12 275:7
276:2 277:5
282:16 287:8
288:19 289:6
289:10,17
290:9 291:6
292:15 295:1
296:17,21,22
297:14 300:3
302:1,9 303:12
304:17 305:18
305:23 307:10

307:21 308:8,8
308:14,22
309:1 310:15
311:18 312:6
313:1,11,18
314:8 315:4
316:4 317:11
317:22 319:17
319:18,20
320:24 322:4,7
322:15,19,19
324:11,12
325:15,16
326:23 327:17
328:21 331:18
335:4,4,18
337:22 339:11
339:16 340:4,8
340:12 341:21
342:23 345:20
345:23 347:17
347:21 350:5
354:16 355:17
358:22 364:19
365:10 371:9
371:14,17,23
374:6 375:13
376:1,10
377:12 378:4
381:1 386:2
387:12,14,14
390:2 394:3
398:24,24
406:16 407:24
408:1,9 409:19
411:6,14 412:5
412:10,15
418:13,23
421:6 422:5
423:12 424:8
**thinking** 78:15
112:9 122:3
175:24 408:8
**thinks** 345:2
**third** 150:20,24
178:6 180:11
181:19 235:10

344:4
**thirty** 427:16
**Thompson** 2:4
4:3 10:19,20
12:9 15:1 16:7
17:5,18 18:4
19:4,14 20:17
21:6,11,18
22:6,8,18,24
26:16 27:2,14
28:18,23 29:13
29:24 30:8
31:10,21 32:3
32:20 33:16
34:1 35:7 36:4
36:13 37:3
40:24 41:18
43:6,13 44:2
45:8,23 46:16
47:10,22 48:5
48:13 49:6,18
50:7,11,19,24
51:7,18,24
52:14,24 53:7
53:14 54:7
55:3,16 56:1
56:14,21 57:4
58:3,16,22
59:18 60:4,16
60:22 61:5,19
62:8 63:3,10
63:22 64:10,15
64:19,24 66:23
67:24 68:12
69:14 70:16
71:6 72:3,10
72:20 74:12
76:2,15 77:13
77:20 78:10
79:2 80:2
81:10,21 82:14
84:15 85:9,20
87:5 88:19
89:5,11 90:8
90:24 91:9
92:1,9,17
93:11 94:20

95:8 96:6 97:3
97:14 98:7
99:2,23 100:5
101:14 103:24
104:20 105:12
105:16,19
106:23 108:1
108:13 109:14
109:22 110:5
111:12,23
112:5,16 113:1
113:14 114:17
114:23 115:3
115:17 116:13
116:24 117:7
117:15 118:10
118:19 119:5
119:21 120:20
121:8,18 122:1
122:15 123:2
123:10,21
124:5,7,17,23
125:5,17
126:16 127:2,9
127:18 128:2
128:11,24
129:9,20 130:8
130:17 131:6
132:24 133:8
133:23 134:11
135:2,12,21
136:7,14 137:1
137:17 138:2
138:13,23
139:10,16,24
140:6,14,24
141:20 142:3
142:12,21
143:6,13,20
144:3,12 145:8
146:15 149:16
149:21 153:1
153:17 154:13
154:19 155:15
156:18 158:3
159:2,9,22
160:20 161:13

161:21 162:1,5
163:20 164:21
166:13,22
168:7 169:1
170:4,23
171:22 172:12
172:24 173:20
174:10,22
175:5,23 176:7
176:15,22
177:7,13 178:4
179:5,15 181:9
181:14 182:24
183:22 185:1,8
185:17,23
186:8,20
187:14,20
189:9 190:6,15
191:4,24 192:7
193:6,23
194:23 195:12
196:19 197:17
198:3,16,20
199:1,5,9
200:21 203:2
203:11,19
204:4,15,24
205:8,16,23
206:8,13 207:5
207:17,24
208:9 209:2,15
209:22 210:16
211:14 212:7
212:23 214:19
215:5,16 216:8
217:3,15
218:12 219:12
220:3,10
221:20 222:4
222:17 223:5
223:24 224:6
224:15,24
225:6,15,21
226:4,10,16
228:13,22
229:9,19 230:7
231:4,19 232:6

232:21 233:5
233:16 234:3
236:5,20
237:15 238:6
238:12 239:13
239:20 240:4
240:11,19
241:4 242:12
243:17 244:18
245:21 246:1
246:10,24
250:20 251:14
252:3,19 253:3
253:23 254:5
255:10,23
256:12 257:6
257:14,20
258:6,23 259:3
259:15,23
260:5,16 261:6
261:15 262:2
262:19 263:3
264:3,10,15
265:4,11,24
266:7,21 267:3
267:9,17 268:4
269:12 270:12
271:22 272:21
273:9,18 274:1
275:9 276:9
277:11,22
278:14,21
279:6,20 280:7
280:11 281:2
281:20 282:3,7
282:12 283:18
283:23 284:10
285:2,7 286:5
286:17 287:9
287:20 288:2
289:8,21 290:4
290:16,24
291:16 292:8
293:1,6,22
294:8,15,23
296:24 297:7
297:24 298:6

298:11,18
299:2,11
300:21 301:16
301:20 303:14
304:2,9,19
305:16 306:17
306:22 308:1
308:16,23
310:8,16,23
311:10 312:3
313:14 314:3
314:10,19
315:1,11,19
318:3,14
319:12 320:5
321:3 322:13
323:3,20 324:6
324:22 325:7
325:18 326:18
327:8 328:22
329:2,19 330:9
330:13,17
331:14 335:6
336:1,10,23
337:14 338:4
338:11,16,24
339:22 340:24
342:2,21
343:14 344:8
345:19 346:1
347:5 348:12
350:2,12,24
351:18 352:4
353:1,11 354:3
354:13,24
355:20 356:8
356:16 357:4
359:1,23 360:4
361:4,18
362:22 363:13
364:8,22 365:8
365:13,20
366:9,17 367:1
367:7,11,16
368:5,20
369:11,15,24
370:3,9,13,20

372:5,12,23
373:4,12,16,22
374:3,20 375:7
375:14 376:5
376:12 377:17
378:5,11,18,23
379:10 380:10
380:16,19
381:2,10,18,24
382:21 383:14
383:24 384:5
384:17,23
385:3,12,17,20
385:24 386:13
387:6 388:7,14
388:20 389:9
389:19 390:8
390:16 391:4
391:14 392:6
392:12,19
393:1,8,23
394:18,24
395:4 396:1,13
396:24 397:12
398:12,22
399:13 400:1,7
400:17,23
401:4,11 403:4
403:24 404:8
404:20 405:3
405:15 406:1
406:11 408:3
408:11,23
409:6,15
410:14 411:7
411:16 412:1
412:14,21
413:16 414:4
415:3,12,16
416:7,16 417:1
418:5,15 419:4
420:14 421:9
421:18 422:22
423:4,10,18
424:20
**thorough** 13:2
179:11 181:7

thought 16:19
16:20 52:11
53:5 67:19
79:13 80:1
137:10 166:15
169:20 173:8
173:14 210:20
252:21 254:2
288:10 289:1,6
290:17 305:13
353:6 398:6
408:22 409:9
411:1,8,19
413:6
thoughtful
332:23
thoughts 295:7
309:3
thousand 80:15
81:16
three 12:2
118:17 167:12
182:13 255:20
287:11 357:24
358:9 371:19
throw 371:21
thumb 46:8
time 10:5 11:15
14:14 15:2
17:20,23 23:18
25:15 36:3
41:13 44:5
57:19 74:17
100:22 101:10
105:17 164:7
176:5 190:2
217:6 228:5
232:23 242:17
276:20 296:15
301:15 307:6
309:7,19
317:18 329:21
338:12 365:2
369:2 386:19
423:20 424:24
timed 406:24

times 2:22 82:16
82:20 202:6
220:24,24
228:10 292:19
334:6
tissue 15:22
32:12 75:16
76:3 137:23
157:12 158:13
191:17,22
210:2 268:18
307:16 327:3
416:5
tissues 128:6
210:6
titanium 402:3
title 27:7,10
150:9 156:22
163:1 166:8
302:5 401:12
401:15 406:17
titled 42:16
53:19 69:3
247:23 254:18
288:5 415:8,17
417:2
today 10:21 13:2
19:22 23:3
32:10 37:9
51:9 58:7
70:24 114:8
158:17 196:7
224:7 232:9
423:20
Today's 10:4
told 7:21 83:21
86:12 177:4
299:3 302:6
348:10 389:20
top 150:11
381:12 390:17
395:13 421:23
topic 16:16 51:9
106:16 324:17
336:5,6,11
topics 243:14
311:23

total 24:5 43:5
44:18 61:15
66:7 89:17
totality 159:20
tough 32:6
118:24
TOV11 357:16
towns 275:19
toxicity 414:7
toxicological
148:2
Toxicology 7:20
9:6 235:17
tract 99:4 122:6
123:6 124:2
125:1 126:21
128:4,16
129:13 136:8
195:8 206:19
214:14 215:9
217:24 224:10
224:19 226:20
227:23 229:1
274:24 276:24
277:7,21
training 33:2
196:14 229:23
trait 309:10
transcript
385:23 426:6
426:11 427:17
427:19
transcription
404:15 429:7
transcriptional
147:21 405:24
transfer 278:15
transformation
9:3 134:20
163:9 164:10
297:19 299:20
350:6 406:13
406:18,23
407:8,14,15
transformed
344:17 348:20
349:7 350:4,8

transforms
347:23 348:3
transience 129:3
transit 130:2
transiting 274:8
translate 15:9
292:23
translating
144:4
transmission
270:18,19
279:12
transport 31:3
32:11 214:10
270:10 274:23
280:2
transported
226:19 276:24
transporting
269:4,6,18
270:4
transvaginal
130:13
travel 123:6
130:13 193:19
195:19 224:9
224:18
treat 13:23
33:10 237:22
299:8 310:2
treated 134:18
334:20 359:5
treatise 242:15
248:11 249:14
249:19 251:6
252:6,15,22
treatment 15:11
155:22 359:7
359:14 362:10
Tremolite 6:19
trend 121:21
trial 13:4 18:9
18:20
trials 15:24
trick 253:16
288:11
tried 84:20

204:2 226:24
trivial 116:7
true 78:24 79:1
79:3 86:20
100:1 158:16
159:18 174:13
258:10 263:17
285:4 364:4
383:22 386:21
426:11
truth 10:15,15
10:16
try 19:16 43:1
83:10,12
trying 15:9 16:9
40:16 60:11
93:8 111:6
170:1 205:6
238:22 248:24
255:7 341:10
343:4 354:6
363:17 373:10
373:10,15
tubal 119:8,12
119:18 129:1
137:9
tube 125:7
129:23 358:7
377:10
tubes 125:20,20
132:16 213:20
227:18
TUCKER 3:8
tumor 147:13,14
147:20,22
152:16 155:24
163:9,10 166:4
171:7 309:23
310:9 346:5,9
358:13 397:17
397:18
tumorigenesis
135:16 307:17
tumors 95:15,23
147:11,15
155:23 171:3
307:22 309:9

Michael Birrer, M.D., Ph.D.

310:5 311:24 313:21
**turn** 199:24 247:20 402:6
**turning** 164:2 177:20
**turns** 217:2
**Twenty-two** 211:19
**Twergger** 245:10
**twice** 272:15 273:4
**two** 9:8,13 14:21 46:24 58:6 76:23 82:22 131:15 152:3 153:8 160:6 170:6 192:16 233:14 248:14 248:17 287:11 293:20 301:17 319:11,17 327:18 332:3,4 337:12 363:15 367:5 371:19 390:21,23 391:16 392:24 403:22 414:7 415:19 417:4
**Two-** 245:10,11
**two-part** 131:11
**two-thirds** 284:2,17 304:21 406:21
**Twoauger** 245:11
**Tworoger** 245:9
**type** 34:22 264:20
**types** 16:3 89:7 95:23 156:9 157:3 178:14 303:21 313:7 414:7
**typically** 77:4,8 77:14,21 193:3

299:4 389:21 394:12

---
**U**

**Uh-huh** 23:8 32:22 42:10 46:3 69:7 81:14 86:23 97:20 104:5 111:3,5 122:19 124:16 145:9 154:3 156:21 160:8,11,23 161:4 162:20 164:4 168:19 177:18,22 183:13 184:2 186:11 203:4 209:9 213:16 218:22 243:7 254:23 263:10 263:13,16 268:14 291:18 291:22 294:1 294:18 299:18 299:18 307:4 316:13,16 320:15 323:12 329:6 331:8 343:16 357:11 360:10 377:2,9 377:16,19 380:4 382:24 392:22 396:10 398:5 405:18 418:18 419:18 422:2
**Uh-uh** 38:20
**UKC** 256:3
**ultimately** 74:20 278:13
**ultrafine** 86:18
**ultrasound** 227:2
**Ultrastructural** 6:3
**Um** 198:4

**unable** 59:13 332:7
**UNC** 38:7
**unconvincing** 61:16,16 110:17 287:4,5
**uncovering** 59:4
**undergo** 134:19
**undergone** 188:18
**underlie** 309:8
**underline** 309:21
**Underlining** 151:13
**understand** 14:13 19:5,18 27:22 32:21 37:18 42:8 58:5 66:15 125:14 145:10 196:6 223:16 252:11 276:22 294:19 300:9 319:15 325:10 332:22 340:11 340:13 350:17 365:23 371:12 373:24 374:4 374:24
**understanding** 13:2 27:12,19 33:4,11,12 54:11 63:12,24 67:9 84:7 86:6 87:8 95:9 96:1 96:15 158:23 180:17 181:10 182:14,19 187:7,10,15 209:10,16,21 221:14,22 224:8,17 243:8 246:16 258:8 262:5,11 264:24 271:4 274:4 282:18

293:17 297:8 316:23 345:7 356:19 361:13 402:20 420:11 420:12
**understands** 373:17
**Understood** 95:24
**undertakes** 243:13
**underwear** 96:13
**underwent** 188:21
**unethical** 17:20
**unfortunate** 272:10
**unfortunately** 52:23 131:11 296:12
**unifying** 312:9
**uninformed** 315:15,23
**unique** 78:4
**uniqueness** 130:24
**United** 1:1 133:5
**university** 104:9 104:16,24 213:9 317:17 361:11
**unlimited** 77:2 235:5
**unmanageable** 77:3
**unpublished** 327:15
**unreasonable** 109:9,16 110:10 159:24 185:11 219:22 314:14,21
**unresolved** 313:18
**unsafe** 59:5,21 60:1,14 232:18

**unsubstantiated** 347:15,19
**Unsurprisingly** 330:19 331:5
**untoward** 62:19
**unusual** 337:10
**unusually** 180:14
**updates** 8:19 395:7
**upper** 99:4 124:1 126:21 128:16 206:19 214:14 215:9 217:23 224:10 224:19 226:19 229:1
**upregulated** 402:16
**upright** 225:22 226:2
**upwards** 140:10
**USA** 116:6
**usage** 5:23 59:1 198:7
**use** 8:6 27:24 28:4,8,12,24 29:7,17 30:2 44:3,5,7 60:12 62:6 83:8 96:19,21 98:6 99:20 107:4,24 109:19 116:3,6 116:14 117:1,8 118:1,4 119:7 119:10,12,19 120:9 121:11 121:20 123:15 130:9 134:5 139:2 141:7,13 142:24 169:18 169:20 171:12 172:2 173:3 175:14 177:22 180:2,11 184:4 197:11,22 200:4,15

Case 3:16-md-02738-MAS-RLS   Document 9891-2   Filed 05/29/19   Page 396 of 430 PageID: 70011
Michael Birrer, M.D., Ph.D.

Page 482

201:18 225:16
226:6 227:6
230:10,15,20
230:24 231:18
231:22 232:13
234:7,9 235:11
236:7 237:1,10
237:17 238:2,5
238:18 240:14
240:23 241:7
241:12,17,20
250:1,13 256:3
280:14 281:10
283:5 284:1
301:2,3 307:5
353:4 363:9
379:18 417:15
**use.'** 121:22
**users** 140:1
**usually** 16:15
17:7 74:7,14
76:23 77:12
96:22 126:7
147:8,23
305:12 337:10
338:6,15 362:1
389:7,17
390:19
**uterus** 125:8
126:2 218:15
227:1,17

**V**

**vagina** 99:4
122:21 124:1
124:24 125:6
126:11,20
127:4 128:15
129:22 219:1,9
222:10,23
223:10,11
226:12 269:8
**vaginal** 269:20
270:5
**val-** 18:15
**validity** 390:23
**valuable** 18:8,11

18:13,15
**value** 146:1
340:13
**variability**
101:7
**variable** 192:15
**variables** 141:22
**varieties** 9:8
**variety** 57:23
202:11
**various** 57:17
85:23 117:23
157:3 184:4
310:11 323:5,9
334:20 362:11
392:7
**vary** 117:11
**varying** 75:4
**vector** 269:4,6
270:4
**verbal** 321:23
321:24 322:1
**Vergote** 167:21
168:2,2
**versed** 222:2
**version** 333:2
345:14
**versus** 14:15
65:17 66:5
98:16 142:24
238:24 242:9
272:14 273:3
310:7
**vertical** 221:1
**vessel** 397:24
**video** 1:14 10:6
**videographer**
3:12 10:1,3
113:9,12 230:2
230:5 310:18
310:21 349:10
349:13 365:4
365:15,18
370:15,18
416:20,23
423:13,16,23
424:22

**view** 145:14
265:17 378:16
**viewer** 342:3
**viral** 137:7
**Virchow** 5:9
**virtually** 286:19
342:15
**virus** 80:22
**vis-à-vis** 336:21
352:8
**vitae** 4:10 8:3
**vital** 7:17
**vitro** 7:21 9:6
15:12 101:23
144:8,18 302:6
302:16,24
303:1,7,15
304:3,14 307:5
336:24 337:1
337:24
**vivo** 15:13
101:24 134:16
144:8,18
**Vol** 5:19
**volume** 71:4
72:5
**voluminous**
71:13

**W**

**W** 3:9
**Wacker** 3:8
**wait** 339:17
**want** 11:10
17:12 27:21
50:12 62:11
93:16 106:17
106:17 113:15
115:15 118:22
124:8,8 145:9
145:10 170:19
176:4 177:8,9
177:22 178:19
212:24 221:6
236:24 237:9
244:3 276:22
277:18 282:22

290:18 292:10
293:8 322:8
331:21 357:9
364:23,24
365:7 366:13
367:20 372:6,7
373:20 387:21
393:20
**wanted** 44:23
148:14 258:8
270:21 271:3
379:21
**war** 275:15
**Warner** 104:5
**wasn't** 11:7
20:10 41:4
57:11 172:16
196:13 237:24
269:13 275:16
289:11 300:1
300:18 312:7
329:15 342:10
351:19 385:5
421:10
**water** 100:20
**way** 44:21 51:17
52:19 65:14
68:9 80:7
97:21 111:17
144:23 145:18
147:18,23
175:21 182:3
187:23 193:20
196:17 218:6
219:17 270:6
285:10 300:7
300:18 304:21
326:11 327:1
333:22 343:12
343:13 350:17
353:20 358:23
381:12 386:8
406:21 409:1
410:10 420:15
**Wayne** 361:10
**ways** 54:24 78:4
**we'll** 19:16

65:10 94:2
105:22,22
299:13 302:24
306:19 321:14
331:22 376:13
379:18 380:17
387:22,22
419:16
**we're** 31:19 48:9
58:6 62:1
65:15 83:10
92:19,20,23
94:11 95:13,16
95:19 96:7
98:4 103:1
110:13,18
112:10 113:13
114:7 144:15
145:19 153:3,4
153:8 158:17
158:24 180:21
180:22 194:20
198:24 199:2
218:16,16
222:6 230:6
232:7 247:4
254:4 267:15
279:7 291:6,19
298:7 304:10
306:2,4 310:3
310:22 316:3
348:5 349:14
357:13 364:10
365:19 370:19
371:12 372:17
372:22 374:7
374:24 376:24
386:2 401:20
410:13 416:24
423:17 424:24
**we've** 67:2 93:5
105:9 107:12
132:6 147:18
154:7 178:23
192:13 250:16
287:4 296:13
302:9 305:20

349:16 360:20
363:3 370:21
378:2 420:5
**weak** 144:23
**website** 233:20
234:6,8,22
**websites** 232:23
233:8
**week** 14:20,21
169:4,8
**weigh** 65:13
**weighed** 290:11
**weighing** 238:24
**weight** 4:23
53:19 63:11
65:5,16,17
186:21
**Weinberg**
149:10,11
**Welch** 209:8
**welcome** 113:19
**well-regarded**
154:9 168:18
**well-renowned**
153:10
**well-written**
335:9
**went** 12:1 42:1
53:10 64:22
187:17,24
194:11 226:23
227:5 286:3
359:16 421:1
**weren't** 41:7,8,8
88:14 186:1
**whatsoever**
321:22
**whited** 385:11
385:13,14
**widely** 152:16
**wife** 97:1 269:23
**willing** 32:19
107:8 325:3
**wipes** 184:7
**wished** 150:7
**Wishful** 112:9
**withdraw**

206:14
**witness** 10:12,14
56:8 64:5
98:24 103:17
103:22 114:10
114:13,15,16
124:12 130:6
176:18 177:1
177:11 205:3
212:21 244:16
254:3 256:1
286:2 317:3
320:17 349:21
368:13,17
426:12 427:1
**witnesses** 35:23
**Wives** 269:24
**Wolf** 38:21
**woman** 98:11
198:5 218:20
219:7 221:1
222:6,20
272:14 273:3
**woman's** 228:15
**women** 13:21,23
17:21 28:14
29:9 96:2,11
96:21 97:5,21
99:19 116:3
120:21,24
121:4 123:3
129:24 130:1
130:11,24
132:19 133:4
140:10 223:13
225:8,16 226:5
237:20,23
241:6,12,17
268:19 271:6
275:6,7,11
276:1
**wonder** 347:9
**wondered**
379:21
**Woodruff** 40:19
**word** 41:21
106:4 156:23

176:9 205:7
227:7 290:13
345:15 364:2
**words** 144:16
220:4 222:8
331:16 347:15
362:2
**work** 25:19
74:15 77:9
79:18 117:22
147:7,20,23
153:22 168:4
170:21 196:17
296:14 304:11
308:19 312:1,4
315:9 323:19
332:6 334:1
362:4 380:1
414:2 421:13
**worked** 44:21
185:10 421:22
**workers** 200:6
278:4
**working** 40:12
272:8 278:4
**works** 168:16
**world** 68:15,17
275:15
**worry** 344:6
**worthwhile**
252:21
**wouldn't** 14:11
18:16 80:5
83:24 84:21
86:14 99:24
106:16 109:19
110:8 165:2
172:13 226:11
234:13 238:23
239:4,15
259:14 260:8
265:16,16
269:19,21
270:4 271:11
281:12 292:22
293:2 304:13
306:15 314:20

315:5,14 322:8
326:15 330:5
336:17 352:5
353:7,21
376:11 396:6
418:12
**wound** 191:21
**wounds** 152:13
**Wright** 6:16
253:4,14
254:24 255:4
256:15
**Wright's** 254:1
256:14
**write** 41:19
115:15 316:19
318:10
**writing** 426:9
**written** 153:19
321:24 322:2
322:21
**wrong** 46:1
52:23 109:13
109:15 110:22
111:2,7 140:20
157:23 160:10
170:7 179:7,13
184:13,24
185:14 187:1
202:19 203:1
207:11,21
208:6 352:12
**wrote** 213:12

___

### X

**X** 4:1 5:1 6:1 7:1
8:1 9:1 301:5
**X-ray** 295:16

___

### Y

**Y** 301:5 368:6
**y'all** 370:4
**yeah** 11:13 15:3
17:17 22:11
23:8 41:17
43:1,8 46:5,19
47:23 49:24

50:10 53:17
54:4,12 59:20
62:17 63:7,15
64:16,21,22
70:1,5,8,10,15
71:9 72:13
73:11,12,13
74:23 75:19
78:2,9,11,14
79:1,16,23
82:18 85:22
88:7 93:17
94:6 95:17
96:9 97:2,9
100:19 101:4,5
103:4 105:21
105:21 106:3
107:11,11
111:14 115:20
116:1 119:2,3
120:2,8,19,21
125:23 126:6,6
126:8 131:10
131:10,18
132:7,11
133:13 146:3
148:6 149:11
149:11 150:8
150:15 153:24
157:19 161:4
162:11 165:3
165:18 168:9
170:14 171:23
173:19 176:19
177:15 181:8
182:13 183:4
183:24 184:2
188:15 192:9
193:10 199:18
201:11 207:16
211:16 214:4
214:17 216:7
217:17 219:17
220:2 222:16
226:23 227:11
227:22 228:2
229:7,24

Michael Birrer, M.D., Ph.D.

Page 484

233:18 235:2,2
235:3 238:9
239:10 243:23
243:24 245:2,4
246:21 247:10
247:11 248:20
252:13 253:2
254:6 255:12
265:1 269:21
270:14 271:1,3
272:11 273:7
275:4 276:11
276:11 281:5
281:11,12
291:9 293:10
294:24 303:12
306:18 316:1,8
319:4,11 320:1
322:7 327:20
328:15,23
331:3,4,20
333:15,17,21
333:21 334:8,8
336:3 338:15
341:9 342:22
342:23 343:1
343:13,19
345:10 347:4
355:5,15 357:7
357:23 362:24
363:16 364:16
365:9 368:4,18
371:4,5 372:4
374:9 377:11
379:5 381:12
384:15 387:10
387:14,17
390:20 392:16
394:6,6 398:11
399:4 403:7
404:1 405:23
406:6 410:6
411:6 414:19
417:11 419:3
419:10,13
420:4
**year** 116:6

254:19 255:15
256:18 332:9
390:9
**year's** 391:7
**years** 59:1,1
83:19 96:20
121:22 138:8
140:10 214:7
287:3 299:5,10
302:2 337:13
**Yep** 45:12 50:10
54:6 183:7
201:15 214:4
331:4,24 371:6
396:23 407:12
**yesterday** 24:21
**York** 2:16,23,23
292:19
**young** 80:23

_____
**Z**

**Z** 301:5
**Zelikoff's** 38:24
**zero** 359:5

_____
**0**

**02210** 2:20

_____
**1**

**1** 4:8 20:13,15
115:4 156:20
334:10,14
335:8,12,24
337:15,16
341:18 344:6
346:7 351:11
351:21 353:6
366:19 369:17
369:21 370:10
370:12 371:2,3
383:2 398:13
**1,577** 116:6
**1.1** 115:6
**1.2** 116:4 139:4
139:11
**1.3** 139:11
**1.4** 115:7

**10** 4:3 5:7 86:7
86:13 147:15
149:14,22
306:7
**10:44** 113:10
**100** 77:1 113:5
359:5 369:14
382:9,13
**1000** 1:17
**10036** 2:23
**100C** 69:20
70:21
**1075** 3:4
**11** 5:9 113:13
153:15,18
**110** 247:21
**112D** 357:16
**113** 5:5
**11747** 2:16
**12** 5:12 121:5
161:24 162:3,6
207:11,19
208:4
**12:55** 230:3
**13** 5:16 121:11
161:22 166:20
166:23 271:16
**130** 2:12
**136** 312:15,16
312:17
**14** 5:19 7:6
121:19 199:4,6
199:7
**147** 174:5
**149** 5:7
**15** 5:22 7:11
23:20 122:4
177:9 205:20
205:21
**153** 5:9
**155** 2:20
**16** 6:3 25:14
122:18 209:12
209:13
**16-2738** 1:7
**1604** 164:2
**162** 5:12

**166** 5:16
**17** 6:8 123:3
233:23 234:1
271:16,17
**17th** 23:17,19
**18** 6:11 25:19
49:7 123:13
246:22 247:1
**1819** 1:17
**19** 2:8 5:20 6:15
123:22 253:21
254:1 316:12
330:22
**1960's** 7:5,10
**199** 5:19
**1990s** 189:20
**1996** 267:22

_____
**2**

**2** 4:10 21:1,4
53:18 116:3
164:2 165:9
306:9 307:2
343:15,17
344:12,18
402:6
**2's** 345:6
**2:02** 230:6
**20** 4:8 6:18 82:3
117:9 121:1
124:24 177:9
264:13,16
302:1 332:12
359:5 382:9,9
382:13 392:2
392:10 429:19
**200,000** 140:10
**2000** 161:12
**2000's** 7:10
**2001** 157:14
161:3,4,6,12
**2006** 67:10
**2007** 208:13
**2008** 401:1,7
**2009** 401:10,19
401:23
**2010** 50:2 67:1,7

73:12 161:2
165:6,13 262:7
262:13 263:9
409:17
**2011** 149:1
**2012** 11:10
69:16,20 70:20
264:12 415:5
**2014** 49:13,19
72:15
**2015** 11:10
**2016** 5:20 25:13
243:6 252:23
**2017** 12:14,17
12:23 31:4,12
31:15 40:7
394:2
**2018** 7:6 12:20
31:22 184:18
254:18 256:18
341:1
**2019** 1:11 7:11
10:5 426:17
**205** 5:22
**209** 6:3
**21** 4:10,12 6:21
125:6 268:2,5
**218** 2:3
**219** 264:17
**22** 7:3 126:9
211:17 281:18
281:21
**22nd** 426:17
**23** 7:8 46:5
126:19 281:23
282:1
**233** 3:8
**234** 6:8 312:13
**23rd** 169:4
**24** 7:13 46:5
127:3 287:18
288:4 331:3
402:8,19
403:12 404:21
**243/** 5:19
**246** 6:11
**25** 7:16 294:12

Michael Birrer, M.D., Ph.D.

| | | | |
|---|---|---|---|
| 294:13 369:14 392:21 | 392:10 427:16 | 73:22 80:14 | **60** 83:21 143:21 283:1 |
| **253** 6:15 | **300** 37:12 | **406** 9:2 | **60606-9997** 3:9 |
| **26** 7:20 127:19 301:18,21 302:13 | **301** 7:20 **30309** 3:4 **305** 2:15 | **409** 9:6 **40s** 95:2 **41** 135:22 | **61** 144:4 **62** 5:5 146:5 **63** 309:5 |
| **264** 6:18 | **31** 8:16 129:21 366:5,10 | **415** 9:12 **42** 136:8 | **64** 181:22 **658** 151:23 |
| **268** 6:21 **27** 8:3 128:3 311:6,7 | **311** 8:3 **32** 8:19 130:9 393:21 394:23 | **424** 4:4 **43** 136:17 **438** 268:24 | **6950** 3:8 |
| **2738** 1:9 10:8 | 395:1 | **44** 137:2 | **7** |
| **277** 177:20 263:12 | **320** 8:5 **328** 8:9 | **45** 137:18 **46** 138:5 | **7** 4:23 53:11,12 116:4 118:11 |
| **2780** 357:19 378:3 | **329** 8:13 **33** 8:23 130:18 | **48** 4:15 138:24 334:21 | 220:15 349:15 **70** 83:21 283:1 |
| **28** 8:5 36:14,15 128:12 320:3 320:11 327:11 327:12 | 400:20,21 **34** 9:2 132:14 406:8,9 **35** 9:6 133:1 | **49** 4:17 139:11 **5** **5** 4:17 49:16,20 | **70s** 40:20 **77** 70:1,2 249:4 **8** |
| **281** 7:3 | 409:13,16 | 117:8 201:14 | **8** 5:3 81:8,24 |
| **282** 7:8 **287** 7:13 | **352** 426:21 **36** 9:12 133:14 | 359:5 382:8 **5:38** 416:21 | 82:1 171:10,14 402:8,9,17 |
| **29** 1:11 8:9 36:15 129:1 328:24 329:3,4 | 415:1,4 **36104** 2:4 **366** 8:16 | **5:40** 416:24 **5:48** 423:14 **50** 4:20 77:1 | 403:11 404:9 404:14,18 **80** 24:16 |
| **294** 7:16 | **37** 133:24 134:1 | 139:19 392:24 | **80220** 2:12 |
| **29th** 10:4 **2B** 67:3 117:3 179:14,18 235:14,15 | **38** 134:15 **39** 135:3 **393** 8:19 **396** 421:24 | **50s** 95:2 **51** 140:1 166:3 **52** 140:7 **53** 4:23 140:16 | **81** 5:3,19 **9** **9** 5:5 113:22,23 |
| **3** | **4** | **54** 141:3 **55** 141:21 | 120:9 247:7,8 247:8 271:16 |
| **3** 4:12 21:16 23:16 47:21 53:22 116:14 151:23 182:9 182:12 235:1,2 247:5 263:15 362:10 369:23 377:20 402:15 | **4** 2:22 4:15 48:11 64:4 117:1 316:15 403:15,16 **4:23** 349:11 **4:24** 349:14 **4:39** 365:16 **4:50** 365:19 | **56** 142:4 **57** 142:13 **58** 142:23 **59** 143:14 **598** 398:13 **6** **6** 4:20 50:4,5 | 401:6 **9/19/18** 8:9 **9/30/19** 426:21 **9:03** 1:19 10:5 **90** 146:9 **901** 157:1 **92660** 2:9 **93** 177:16 |
| **3:26** 310:19 **3:45** 310:22 | **4:55** 370:16 **4:59** 370:19 | 117:22 148:13 235:2 271:16 | |
| **30** 8:13 117:9 129:10 138:7 235:2 329:17 329:21 330:8 364:24 392:2 | **40** 24:22 116:3 135:13 138:7 231:2 232:7 299:10 **400** 2:15 8:23 | **6.1** 180:5 **6.2** 180:9 **6:03** 423:17 **6:04** 424:24 425:2 | |

# Exhibit 115





*Review*

# The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial Ovarian Cancer

**Sudha S. Savant [1,†], Shruthi Sriramkumar [2,†] and Heather M. O'Hagan [1,3,*]** 

[1]   Medical Sciences, Indiana University School of Medicine, Bloomington, IN 47405, USA; ssavant@iu.edu
[2]   Cell, Molecular and Cancer Biology Graduate Program, Indiana University, Bloomington, IN 47405, USA; ssriramk@iu.edu
[3]   Indiana University Melvin and Bren Simon Cancer Center, Indianapolis, IN 46202, USA
*   Correspondence: hmohagan@indiana.edu; Tel.: +1-812-855-3035
†   These authors contributed equally to this work.

Received: 14 June 2018; Accepted: 24 July 2018; Published: 30 July 2018

**Abstract:** Inflammation plays a role in the initiation and development of many types of cancers, including epithelial ovarian cancer (EOC) and high grade serous ovarian cancer (HGSC), a type of EOC. There are connections between EOC and both peritoneal and ovulation-induced inflammation. Additionally, EOCs have an inflammatory component that contributes to their progression. At sites of inflammation, epithelial cells are exposed to increased levels of inflammatory mediators such as reactive oxygen species, cytokines, prostaglandins, and growth factors that contribute to increased cell division, and genetic and epigenetic changes. These exposure-induced changes promote excessive cell proliferation, increased survival, malignant transformation, and cancer development. Furthermore, the pro-inflammatory tumor microenvironment environment (TME) contributes to EOC metastasis and chemoresistance. In this review we will discuss the roles inflammation and inflammatory mediators play in the development, progression, metastasis, and chemoresistance of EOC.

**Keywords:** inflammation; epithelial ovarian cancer; cytokines; reactive oxygen species; growth factors

## 1. Inflammation and EOC

Inflammation is part of the immune response that protects against foreign pathogens and aids in healing. Inflammation is elicited in response to cellular damage either by infection, exposure to foreign particles (pollutants or irritants), or an increase in cellular stress [1]. The ultimate goal of the inflammatory response is to restore tissue homeostasis, either by destruction or healing of the damaged tissue. The acute or immediate inflammatory response involves modification of the vasculature surrounding the site of stress or damage to increase blood flow. This alteration is then followed by activation of innate immune cells already present in the tissue, including macrophages, dendritic cells (DC), and mast cells, and an increase in infiltration of additional innate immune cells into the affected tissue. At sites of inflammation there are high levels of reactive oxygen species (ROS), cytokines, chemokines, and growth factors that are produced by the immune cells and other cells in the tissue. Acute inflammation is essential for tissue homeostasis and to protect against normal exposure to pathogens. However, in certain cases the body is unable to resolve this response or is subjected to repeated stimulation resulting in chronic inflammation.

Ovarian cancer (OC) is the fifth leading cause of cancer-related deaths in women in the United States [2] and can originate in the germ cells, sex-cord stroma, the fallopian tube (FT), or ovary

epithelium. Epithelial ovarian cancer (EOC) which originates from the ovary or fallopian tube epithelium, accounts for 85–90% of all OCs. Chronic inflammation is an important risk factor associated for EOC and high grade serous ovarian cancer (HGSC), the most malignant subtype of EOC. Chronic inflammation results in activation of signaling pathways, transcription factors, and the innate and adaptive immune responses [3,4]. In this review we primarily focus on inflammation as a risk factor for invasive EOC, but have also included supportive evidence from other OC subtypes, studies that do not define the subtype of OC, and other tumor types as indicated.

### 1.1. Signaling Pathways and Transcription Factors

Several signaling pathways and transcription factors involved in the inflammatory response also play critical roles in EOC. Here we briefly introduce relevant pathways that will be linked to OC formation in later sections. Cytokines produced during inflammation bind to and activate toll like receptors (TLRs) on cell surfaces, which results in activation of the signaling pathways involving mitogen-activated protein kinases (MAPKs) p38 and JNK (c-Jun N-terminal kinase) and transcription factors including nuclear factor kappa-light-chain-enhancer of activated B cells (NF-κB) and the signal transducer and activator of transcription (STATs). The MAPK pathway regulates cellular processes like proliferation, differentiation, growth, migration, and cell death by upregulating the expression of transcription factors like AP-1, c-Jun, FOS and by activating NF-κB and STATs, that either by themselves or along with AP-1 or c-Jun regulate expression of pro-survival and pro-growth genes. NF-κB and AP-1 also regulate production of cytokines like IL-6 [5–7].

During inflammation these transcription factors play an important role to maintain tissue homeostasis. However, in case of chronic inflammation, the signaling pathways are continuously stimulated, which can contribute to tumorigenesis.

### 1.2. Innate Immune Response

Inflammation activates the innate immune response, which signals macrophages and DCs to secrete chemoattractants like Interleukin-8 (IL-8), monocyte chemotactic protein-1 (MCP-1), and various other inflammatory mediators. These chemoattractants in turn result in recruitment of neutrophils, lymphocytes, and natural killer (NK) cells to the site of damage. All of these cells then secrete cytokines like IL-1, IL-3, IL-6, IL-8, tumor necrosis factor alpha (TNF-α), interferon (IFN) α, and colony-stimulating factors (CSF) like granulocyte macrophage CSF (GM-CSF). The cytokines bind to transmembrane receptors on the cell surfaces of other cells to activate transcription factors that regulate gene expression downstream of the cytokine activated pathway. This creates a pro-inflammatory environment resulting in recruitment of other immune cells, migration of endothelial cells, and proliferation of fibroblasts. Activation of macrophages and NK cells results in the production of high levels of ROS and reactive nitrogen species (RNS), which are used by these cells to kill foreign pathogens, but also end up damaging neighboring normal cells [8]. The lymphocytes also secrete growth factors like platelet derived growth factor (PDGF), transforming growth factor beta (TGF-β), and fibroblast growth factor (FGF), which facilitate wound healing. Overall the acute immune response is a rapid response that typically only lasts a few days. It results in removal of the pathogen, release of proteolytic enzymes to destroy damaged tissue, or stimulation of the proliferation of fibroblasts and epithelial cells to repair the tissue [1].

### 1.3. Adaptive Immune Response

If the infection is not resolved by the innate immune response, the adaptive immune response is activated, which is less inflammatory in nature. The adaptive immune response also provides longstanding protection against specific pathogens and/or antigens. B cells and T cells are the effector cells of the adaptive immune system that are derived from lymphocytes when they are presented with specific antigens by the antigen presenting cells (APC). T cells respond to the APCs by producing IL-2, which induces expression of transcription factors that facilitate T cells to differentiate

into T regulatory (Tregs) and T effector (Teff) cells. There are two major classes of T effector cells; CD8[+] cytotoxic T cells and CD4[+] T helper (Th) cells. Th cells are further differentiated into Th1, Th2, or Th17 depending on the ILs secreted and the transcription factors expressed. IFN-y activates STAT1 to induce formation of Th1 and IL-6, and TGF-β can induce Th17 cell formation. Th1 and Th17 secrete ILs and activate macrophages and B cells to create a pro-inflammatory microenvironment (ME) that can be protumorigenic depending on the context. Tregs are immunosuppressive cells that turn off the immune response [1,9,10].

## 2. Inflammation as a Risk Factor for EOC

Amongst other factors such as hereditary, environmental, and lifestyle, inflammation emerges as an important risk factor for EOC. EOC arises either in the epithelial layer surrounding the ovary or in the epithelium of the distal FT, which could then spread to the ovary. A significant portion of HGSC is thought to originate in the FT, in part because removal of the FT significantly reduces OC risk [11]. Interestingly, while surgical specimens from mutation carriers rarely had premalignant ovarian epithelial changes, early lesions called serous tubal intraepithelial carcinomas (STICs) were found in the FTs of 5–10% of the patients. Copy number and mutational analysis suggest that STICs shed cells with metastatic potential that then colonize the ovary to form HGSC. STICs are mostly found in the fimbriae, the distal end of the FT that shares a ME with the ovary. During a woman's lifetime, the repeated secretion of ROS, cytokines, and other growth factors by the ovaries and immune cells creates a chronic inflammatory ME in the peritoneum that in turn potentiates the initiation of normal cells to malignant ones in the FT and the ovary, supports tumor progression, metastasis, and development of resistance to chemotherapy.

During ovulation, infection and other causes of inflammation ovary and FT tissue is damaged and undergoes repair. We will briefly discuss how each of these processes evoke or involve an inflammatory response that can persist, leading to a cytokine and growth factor rich environment in the peritoneum and contribute to EOC.

### 2.1. Ovulation

The process of ovulation itself is comparable to that of inflammation as described in the early 20th century. The development of the follicle to its rupture and release of the egg results in recruitment of activated immune cells to the ovary and production of enormous amounts of chemokines, cytokines, and growth factors. Ovulation is initiated by a surge of Luteinizing hormones (LH) that results in increased blood flow to the ovarian follicles. Before release of the egg, the surge of LH hormone recruits neutrophils and macrophages to the graafian follicles [12–14]. Macrophages in the theca have been shown to support growth of follicles [15]. During ovulation macrophages secrete growth factors like hepatocyte growth factor (HGF), TGF-β, and epidermal growth factor (EGF), which stimulate cellular proliferation and follicle growth. Simultaneously the macrophages also secrete ROS, TNF-α, and IL1β, which stimulate local apoptosis resulting in rupture of the follicle, which bathes the ovarian surface and fimbriae with follicular fluid. Exposure of FT cells to follicular fluid results in altered expression of genes associated with inflammation, including increased expression of IL8 and cyclooxygenase-2 (COX-2) [16]. Quiescent fibroblasts are present in the thecal layer surrounding the follicles. Exposure to growth factors stimulates their proliferation and they then secrete prostaglandins, collagenases, and plasminogen activator. In the corpus luteum, after the follicle is released, the macrophages secrete prostaglandins, ROS, and TNF-α, which stimulate apoptosis of the corpus luteum cells. Therefore, ovulation results in the cyclic exposure of FT and ovarian epithelial cells to high levels of ROS, cytokines, and growth factors [17] Although the other causes of inflammation discussed below are important and result in increased overall risk for EOC, the process of ovulation itself occurs often in the lifetime of the majority of women and may be the most important inflammation-related risk factor for EOC. This hypothesis is corroborated by the laying hen model, which is commonly used to study ovarian cancer [18]. In this model, hens develop spontaneous EOC, likely due to their high ovulation

rate, thus linking ovulation directly as an increased risk factor for EOC. Delayed onset of menarche and early onset of menopause have been shown to be inversely related to the risk of OC, likely due to the reduction in number of ovulation cycles in a woman's lifetime [19,20]. Further, ovulation has also been connected to EOC because contraceptive pills, pregnancy, and breastfeeding reduce the risk of OC. These factors reduce, halt, or delay overall ovulation cycles, respectively, which in turn reduces overall exposure to inflammation of the ovary and FT. The associations of parity and oral contraceptive use with invasive EOC were recently confirmed in a large, prospective study using the European Prospective Investigation into Cancer and Nutrition (EPIC) cohort that found only limited heterogeneity in the risk between reproductive factors and EOC subtypes [21]. Hysterectomy, tube ligation, and removal of ovaries are also protective against development of OC [22,23].

### 2.2. Infection

Pelvic inflammatory disorder (PID) is the infection of the female reproductive organs like cervix, uterus, FTs, and ovaries. It is a significant risk factor for OC and is caused by various bacteria and virus such as *Chlamydia trachomatis*, *Mycoplasma genitalium*, *Neisseria gonorrhoeae*, human papilloma virus, and cytomegalovirus [24,25]. Infection by these microbes results in DNA damage and production of ROS and induces a pro-inflammatory response, which involves secretion of cytokines and migration of immune cells [24]. PID is generally resolved with antibiotics within 48–72 hours of detection. However, repeated infection and unresolved inflammation can lead to chronic inflammation that is a risk factor for EOC.

### 2.3. Other Sources of Inflammation

The other causes of inflammation in the ovaries and/or FTs are endometriosis, obesity, Polycystic Ovarian Syndrome (PCOS), and talc exposure. Endometriosis is defined as presence of stroma and endometrial gland tissues in the pelvic peritoneum, rectovaginal septum, and ovaries [26]. Retrograde menstruation is the most commonly accepted theory for endometriosis. Retrograde menstruation results in aberrant accumulation of red blood cells (RBCs) and tissue, which can trigger an inflammatory response, activating the macrophages in the peritoneal cavity [27,28]. The macrophages lyse the RBCs, resulting in an increase in iron accumulation in the endometric implants and peritoneal fluid. The accumulated iron can catalyze formation of free radicals like RNS and ROS in the peritoneum and results in increased oxidative stress (OS). OS can activate NF-κB, in macrophages resulting in secretion of growth factors, cytokines, and IFNs. Around one third of women are affected by mild endometriosis, which resolves on its own over time. For the remaining cases, endometriosis results in chronic pain and inflammation, which can be resolved by excision of affected tissue or the outgrowth. However, in 45% of these cases, the endometriosis reoccurs resulting in repeated bouts of chronic inflammation [29,30].

Obese women have higher risks of EOC and HGSC and pro-inflammatory cytokines are associated with higher body mass index (BMI) levels. Adipose tissues secrete the cytokines TNF-α, IL-6, IL-8, and MCP-1, which can induce an inflammatory reaction in the peritoneum [31]. Continuous secretion of these cytokines leads to a state of chronic inflammation, which includes activation of macrophages and recruitment of NK cells and results in high levels of OS. Once the tumor has been initiated, the continuous secretion of cytokines by adipose tissue or omentum can facilitate migration of cancer cells to the omentum, promoting metastasis of the tumor into the peritoneum [30]. High levels (>10 mg/L) of C-reactive protein (CRP), a marker of global inflammation, are associated with an increased risk of EOC [32,33]. IL-6 itself is not a risk factor for EOC but in obese women IL-6 and CRP may be associated with increased EOC risk [33].

PCOS also contributes to inflammation in women and may increase risk of EOC [34]. PCOS is a hormonal disorder occurring in reproductive aged women during which ovaries may develop numerous small collections of fluid and fail to release eggs properly. Obesity, hyperandrogenism, and increased insulin resistance further characterize PCOS. Increased C-Reactive protein (CRP) and

MCP-1 levels, indicative of low-level chronic inflammation, are elevated in women with PCOS [35–38]. Simultaneously chemokines like IL-18, IL-6, and TNF-α are also increased in circulation in women with PCOS [39–42]. The increase in inflammatory mediators correlates positively with BMI, suggesting that increased obesity in women with PCOS may be the source of inflammation. Increased DNA damage and OS is observed in women with PCOS, which may also increase risk for EOC [43]. Evidence linking PCOS directly to EOC is limited due to small study sizes, PCOS being associated with other EOC risk factors such as obesity, and PCOS possibly being only associated with one subtype of EOC, borderline serous [44].

Talc is a silicate mineral and exposure to it can cause inflammation of the ovaries and poses a risk hazard for development of EOC [45]. It has been proposed that talc from talcum powder used for dusting and from condoms and vaginal diaphragms can migrate up to the ovaries via retrograde flow of fluids and mucous and get lodged in the ovaries. Tubal ligation, which is protective for EOC, is thought to block the transport off talc from the lower genital tract. Talc behaves as a foreign particle, triggering an inflammatory response [46,47]. The talc attracts macrophages, which try to phagocytose it. The macrophages then send chemotactic signals to other immune response mediators and initiate a wound healing process. Since talc is not degradable by the body, it inhibits the wound healing process, resulting in chronic inflammation.

### 2.4. NSAIDS and Reduced Risk of EOC

Further connecting inflammation to EOC are several studies that demonstrate that intake of non-steroidal anti-inflammatory drugs (NSAIDs), specifically of aspirin, correlates inversely with risk of OC and endometrial cancer [48–52]. In vitro studies with OC cell lines and NSAIDS show that NSAIDs and COX-2 inhibitors facilitate apoptosis, however this effect is not dependent on COX-2 and may be due to upregulation of p21, a protein important for cell cycle arrest [53]. Another study by Arango et al., demonstrates that acetylsalicylic acid or aspirin resulted in increased apoptosis via downregulation of Bcl2 in an endometrial cancer cell line [54]. A third study has shown that a selective COX-2 inhibitor, JTE-522, can inhibit proliferation and increase apoptosis of endometrial cancer cells by increasing levels of p53 and p21 and decreasing phosphorylation of retinoblastoma (Rb) protein, which results in its activation; all of which results in cell cycle arrest [55,56]. Simultaneously, there was an increase in caspase-3 activity, which is indicative of increased apoptosis. Another mechanism by which aspirin could facilitate its chemopreventive nature is by inhibiting oxidative induced DNA damage [57]. COX-1 is also expressed in normal ovaries of the laying hen, with expression increasing in post-ovulatory follicles suggesting its importance for or a role in ovulation. With the onset of OC, COX-1 expression is increased [58] and COX-1 inhibition and NSAIDs have shown to decrease proliferation of ascites in the laying hen OC model [59]. Further, when 0.1% aspirin was included in their diet for one year, although the onset of OC was not different, the progression of cancer was slower when compared to hens fed with regular diet [60].

As discussed, inflammation results in secretion of ROS, growth factors, cytokines, and chemokines into the shared environment surrounding the ovary and distal FT. Exposure of normal tissue to these inflammatory mediators results in activation of downstream signaling that can promote the transformation of normal cells or survival of already transformed cells. Once EOC has already formed further exposure of cancer cells to these inflammatory mediators also results in activation of downstream signaling within the cancer cell and in the surrounding tissue, creating an inflammatory environment that can further promote EOC (Figure 1). We will discuss in more detail how key inflammatory mediators contribute to EOC initiation, progression, metastasis, and chemoresistance.



**Figure 1.** Sources of inflammation in the ovary and fimbriae. Ovulation, retrograde menstruation, endometriosis, infections, exposure to talc, Polycystic Ovarian Syndrome (PCOS), and obesity result in exposure of the ovary and fimbriae to reactive oxygen species (ROS), oxidative stress, cytokines, and growth factors, generating an inflammatory response that leads to additional production of ROS and cytokines in the ovary. Unresolved, chronic inflammation is a critical risk factor for tumor initiation.

## 3. Inflammation and EOC Initiation and Progression

Tumorigenesis is a multistep process that requires cells to gain the ability to evade apoptosis and antigrowth signals, proliferate independently of stimuli, develop a support system (angiogenesis), and have the capacity to invade and metastasize. Tumorigenesis is initiated by the transformation of a normal cell to a malignant one. The deregulation of the above mentioned processes in the malignant cell could potentiate its progression to cancer.

One mechanism of cancer initiation is genomic instability due to DNA damage [61] and EOCs exhibit a high number of chromosomal aberrations and genomic instability [62]. The most common gene mutations in HGSCs include *BRCA*, *TP53*, and genes in involved in mismatch repair and the DNA damage response [63]. A pro-inflammatory ME can also contribute to genetic instability and therefore play a role in EOC cancer initiation. A pro-inflammatory ME, which is continuously supplemented by ROS, cytokines, and growth factors, can cause DNA damage in epithelial ovarian and FT cells, switch on antiapoptotic pathways, and initiate transformation of normal cells. When cells transformed either by oncogenic alterations or by exposure to inflammation are in a pro-inflammatory ME they are able to turn on pro-survival signaling pathways rather than the senescence pathways that are normally induced by oncogene expression in normal cells. For example, disruption of the RAS pathway results in activated NF-κB signaling and upregulation of its downstream targets including cytokines like IL-1β, IL-6, and IL-8. These cytokines are upregulated in EOC patients and their increased levels correlate with decreased survival [64–71]. The inflammatory mediators like cytokines, chemokines, growth factors, and prostaglandins secreted by the transformed epithelial cells further promote a pro-inflammatory environment, which can reprogram the surrounding cells to form the TME. The TME is mainly composed of endothelial cells, cancer associated fibroblasts (CAFs), adipocytes, tumor associated macrophages (TAMs), regulatory T-cells, pericytes, infiltrated immune cells such as neutrophils, lymphocytes, and various other cells that further secrete growth factors and cytokines which potentiate tumor progression (Figure 2, Table 1). Furthermore, OC-initiating cells (OCICs) have been identified in tumors and ascites that exhibit stem cell like properties and are capable of forming tumors [65,66,72]. Cytokines can promote self-renewal of CD133$^+$ OCICs to potentiate tumor progression [73].

Case 3:16-md-02738-MAS-RLS   Document 9891-2   Filed 05/29/19   Page 407 of 430 PageID: 70022



**Figure 2.** Inflammatory mediators contributing to EOC progression, metastasis, and angiogenesis. EOC cells produce ROS, chemokines, cytokines, and growth factors that can: (1) Lead to recruitment of immune cells like Dentric cells (DC), Natural killer cells (NK), Tumor associated macrophages (TAMs), and T-regulatory (Treg) cells into the TME, which generate additional cytokines, ROS, and growth factors, resulting in chronic inflammation. (2) Stimulate the tumor cells themselves, the TAMs, and the surrounding fibroblasts (also known as cancer associated fibroblasts or CAFs) to proliferate and secrete growth factors like TGF-β and FGF that stimulate production of integrins and Matrix Metalloproteins (MMPs), resulting in migration of the tumor cell via degradation of the extra cellular matrix (ECM). (3) Stimulate endothelial cells (EC) to produce growth factors like PDGF and EGF and factors like VEGF that stimulate angiogenesis. The double arrows indicate that the cells are a source of the factor as well as stimulated by it.

The innate immune response can prevent tumorigenesis by recognizing and eliminating transformed cells. However, chronic inflammation can contribute to the ability of premalignant cells to evade apoptosis, escape the immune surveillance, and continue to grow, resulting in tumor formation. As mentioned, EOC can originate from either distal FT or ovarian epithelial cells. Since both the ovary and fimbria are exposed to the same ME, exposures reviewed here are relevant to initiation in either tissue. [74]. In this section we will review the role of OS and some specific pro-inflammatory mediators and signaling pathways in the initiation and progression of EOC.

### 3.1. ROS and Oxidative Stress

ROS plays an important role in the normal female reproductive cycle, from affecting maturation of the oocyte to ovulation, apoptosis of cells in corpus luteum, and embryo development [75]. Ovulation results in increased levels of DNA damage in the FT epithelium that is likely a result of the ROS generated during ovulation or the ovulation-associated increase in numbers of infiltrating macrophages in the FT [17]. Additionally, during infection and inflammatory responses immune and damaged cells produce ROS resulting in continuous exposure of the ovaries, FTs, and peritoneal cavity to ROS [76–78]. ROS exposure could potentially lead to epithelial cells in the ovary and FT undergoing transformative changes, as has been demonstrated for ovarian surface epithelium cells grown in 3D culture [79]. Elevated ROS and RNS levels beyond the level that cells can neutralize results in OS. Increased OS results in DNA damage, activation of signaling cascades, and epigenetic alterations.

DNA damage in a cell results in stimulation of DNA damage repair pathways. These repair pathways can be inactivated or be erroneous, which results in increased genotoxic stress and mutated DNA. Secretory tubal epithelial cells in the FT, a cell of origin for HGSC, are particularly susceptible to genotoxic injury with persistent DNA damage that could lead to mutation and STIC formation [80].

*Cancers* **2018**, *10*, 251

Mutations in tumor oncogenes and suppressors result in overexpression, constitutive activation of the protein, loss of expression, or expression of nonfunctional proteins, resulting in a transformed cell. Follicular fluid may have transformative properties as it has been demonstrated that bathing fimbriae with follicular fluid containing high levels of ROS results in increased levels of DNA damage. Bathing fimbriae that have loss of p53 and Rb with this follicular fluid results in evasion of apoptosis and cells with persistent DNA damage [81].

ROS can activate pro-survival intracellular tyrosine phosphorylation signaling cascades, mainly regulated by the MAPKs and redox sensitive kinases. Activation of c-Jun, JNK, ERK (extracellular signal-regulated kinase), and p38-MAPK signaling cascades results in upregulation of cell cycle proteins that enhances proliferation. Activation of JNK can also activate NF-κB, which can suppress apoptosis. The MAPK pathway inhibits apoptosis and regulates differentiation. When activated in transformed cells these pathways are important for tumor initiation. ROS affects redox sensitive factors like thioreoxin, which is also found elevated in OC cell lines [82]. Thioredoxin is involved in redox regulation of transcription factors such as NF-κB, NRF2, forkhead box class O (FOXO) proteins, reducing factor-1 (ref-1), and hypoxia inducible factor (HIF-1α), thereby increasing their binding to the DNA. Most of these transcription factors promote tumor growth and progression by regulating expression of genes that affect cell survival and growth [83,84]. For example, FOXO, NRF2, and ref-1 transcription factors upregulate transcription of anti-oxidant proteins that scavenge free radicals and allow survival of damaged or transformed cells [85]. HIF-1α upregulates the antiapoptotic factor, bcl-2 as well as vascular endothelial growth factor (VEGF), a factor important for angiogenesis.

OS has also been shown to facilitate epigenetic mechanisms in many cancers, including EOC [86]. Innate immune-mediated inflammation drives epigenetic silencing of tumor suppressor genes (TSGs) [87]. At sites of inflammation high levels of OS result in oxidative DNA damage that is recognized by the mismatch repair proteins mutS homolog MSH2 and MSH6. MSH2 and MSH6 then recruit epigenetic silencing proteins, including DNA methyltransferase 1 (DNMT1) to the sites of damage [88]. In an in vivo model of inflammation-driven colon tumorigenesis this early recruitment to sites of oxidative DNA damage results in permanent methylation of TSGs in tumors that form at the sites of inflammation [89]. While such a mechanism has not been directly proven in EOC models, Sapoznik et al. have demonstrated that exposure to follicular fluid or inflammation can induce Activation-Induced Cytidine Deaminase (AIDS) in fallopian tube epithelial cells, which results in epigenetic and genetic changes, increase in DNA damage and genotoxic stress and may be a contributing factor to EOC [90].

### 3.2. TNF-α

The cytokine TNF-α plays an important role in the process of ovulation and in removal of damaged corpus luteum. TNF-α ligand and its receptors, TNFRI and TNFRII are upregulated in ovarian tumors compared to normal ovarian tissue and high levels of TNF-α are found in ascites from OC patients [91–93]. OC cells have also been shown to secrete high levels of TNF-α as compared to normal ovarian epithelial cells resulting in autocrine upregulation of TNF-α mRNA and in expression of other pro-inflammatory cytokines, chemokines, and angiogenic factors like IL-6, M-CSF, CXCL2, CCL2, and VEGF [93,94]. Kellie et al. have shown using mouse models that TNF-α stimulates IL-17 production via TNFRI resulting in myeloid cell recruitment to the ovarian TME and increased tumor growth [95]. TNF-α, also upregulates AIDS transcript levels which can contribute to genotoxic stress [90].

### 3.3. IL-6

The cytokine IL-6 has been associated with poor survival in OC and is emerging as a potential therapeutic target for EOC [67,68,96,97]. IL-6 is normally produced by ovarian epithelial and OC cells. Macrophage migration inhibitory factor (MIF), EGF, and Transglutaminase secreted by OC cells can stimulate IL-6 production via activation of NF-κB [98–100]. IL-6 increases proliferation of OC cells by

facilitating their exit from G1 into S phase of the cell cycle and by activation of the MAPK-ERK-Akt (protein kinase B) growth promoting signaling pathway [101]. ERK activation can promote formation of ascites by increasing the migration of tumor cells [70]. IL-6 production by M2 macrophages present in ascites in later stages of EOC can also stimulate cancer cell proliferation via STAT3 activation [102]. High levels of IL-6 can result in immune suppression by downregulation of IL-2, which stimulates Teff cell production [103]. IL-6 also stimulates production of Metallomatrix proteins (MMPs) in OC cells, which increases their invasive properties and promotes tumorigenesis [101,104].

### 3.4. IL-8

IL-8 a member of C-X-C chemokine family is present in the preovulatory follicle [105] where it may play a role in increasing leukocyte infiltration [106]. It is also elevated in ovarian cysts and in OC patients compared to healthy controls [107,108]. IL-8 has been found to be present in significantly higher levels in the ascites of patients with OC in comparison to patients with benign gynecological disorders [109]. Increased IL-8 expression has been associated with poor prognosis in OC patients [107]. Treatment of EOC cells with IL-8 results in their increased proliferation, which is accompanied by an increase in cyclins B1 and D1 and is dependent on phosphorylation of Akt and ERK [110]. Cyclins B1 and D1 are important for cell cycle progression, and an increase in their expression leads to increased cell growth. On the other hand, two independent studies have demonstrated that IL-8 inhibits EOC growth by increasing neutrophil infiltration [111,112].

### 3.5. Lyophosphotidic Acid (LPA)

LPA is a phospholipid that binds to and activates the endothelial differentiation gene (Edg) family of receptors. LPA is present in ovarian follicular fluid and it stimulates IL-6 and IL-8 production in the corpus luteum [113,114]. OC cells have been shown to produce LPA, which functions like a growth factor [115–119]. Plasma and ascites of OC patients have elevated levels of LPA that contribute to OC progression via upregulation of COX-2 and MMP2 [115,120,121]. LPA can bind to $LPA_2$ receptor and induce expression of IL-6 and IL-8 via activation of NF-κB and AP-1 in OC cell lines [122]. It can induce ROS dependent Akt and ERK phosphorylation and inhibition of LPA can increase apoptosis of EOC cells [123]. ERK phosphorylation can induce phosphorylation of HIF-1α, which then can upregulate VEGF and promote tumorigenesis. Another group demonstrated that stimulating EOC cells with ether-linked LPA resulted in their increased proliferation and survival by increased synthesis of DNA and activation of Akt via PI3K, which contributes to tumor progression [124].

### 3.6. Prostaglandins and COX-1 and COX-2

Prostaglandins are secreted in the ovary, FT, and uterus. They are important for maturation of the oocyte and facilitate the movement of the FT so that the mature oocyte can move from the ovary to the uterus. In the uterus prostaglandins help regulate and maintain uterine blood flow. COX-1 and COX-2 are enzymes that catalyze the production of prostaglandins from arachidonic acid and are overexpressed in OC patients [22,125,126]. High COX levels positively correlate with increased cell proliferation, angiogenesis, and malignancy in ovarian tumors [126,127]. COX-1 and COX-2 are normally involved in the acute inflammatory response but can become dysregulated in chronic inflammatory or TMEs. Obermajer et al. have demonstrated that prostaglandins produced by COX-2 can stimulate production of CXCR4 and its ligand Stromal cell derived factor 1 (SDF1) CXCL12 in myeloid derived suppressor cells (MDSC), which stimulates them to migrate towards OC ascites [128]. MDSCs inhibit the proliferation and differentiation of T cells, resulting in overall immune suppression, which allows the tumor cells to escape immune surveillance and continue to grow. Genetically engineered mouse models of EOC; one harboring the *p53* and *Rb* deletion and other the *KRAS*$^{G12D}$ mutation and *Pten* deletion, demonstrate increased COX-1 levels, thus suggestive that COX-1 could be used as a potential biomarker and therapeutic target for EOC [129]. Further when

Case 3:16-md-02738-MAS-RLS   Document 9891-2   Filed 05/29/19   Page 410 of 430 PageID: 70025

COX-1 was inhibited in EOC cells, it led to reduction in prostacyclin (a type of prostaglandin) synthesis and reduced tumor growth by enhanced apoptosis [130].

## 4. Inflammation and EOC Angiogenesis

Angiogenesis is required for the growth of both primary and metastatic tumors [131]. The process of angiogenesis is a complex multi-step process reviewed previously [132]. It is regulated by a balance between pro-angiogenic and antiangiogenic factors. Hypoxic and ischemic areas are present at sites of inflammation and also in tumors mainly due to obstruction of local blood vessels, differences in pace of growth of blood vessels and growth of the tumor and/or infiltration of immune cells. Macrophages accumulate at hypoxic sites and alter their gene expression profiles in response to the hypoxic conditions. One of the important genes for angiogenesis that is upregulated by hypoxia is VEGF [133,134]. The rate-limiting step in angiogenesis is VEGF signaling in endothelial cells (ECs) [135]. VEGF functions via tyrosine kinase receptors VEGF-1 and VEGF-2 and promotes migration, survival, proliferation of ECs, and formation of new blood vessels [136–138]. Many of the inflammatory mediators discussed so far are also involved in promoting angiogenesis in EOC as detailed below (Figure 2, Table 1).

### 4.1. TNF-α

TNF-α creates a pro-inflammatory TME and has also been associated with promoting angiogenesis. It has been hypothesized that TNF-α induces the production of soluble factors that promote tumor angiogenesis. Culture supernatants from TNF-α expressing cells induce the growth of mouse lung endothelial cells in vitro while culture supernatants from TNF-α lacking cells do not exert the same effect [94]. In pituitary adenomas TNF-α is known to induce VEGF that in turn induces CXCL12 [139,140]. VEGF and CXCL12 synergistically induce angiogenesis in EOC [141]. Mice injected with OC cells lacking TNF-α have reduced vascular density in their tumors and reduced formation of blood vessels in the peritoneal deposits. These mice also did not have accumulation of ascetic fluid suggesting the importance of TNF-α in angiogenesis and EOC progression [94].

### 4.2. IL-6

In physiological conditions, IL-6 is involved in angiogenesis in the ovary during the development of ovarian follicles [142]. IL-6 induces the phosphorylation of STAT3 and MAPK in ovarian endothelial cells thereby enhancing their migratory ability, a key step in angiogenesis [143]. As explained before, OC cells also secrete increased amounts of IL-6. Some OC cells also secrete an alternative splice variant of IL-6Rα, the soluble form sIL-6R, which consists of only the ectodomain of the transmembrane receptor. By a process called trans-signaling, the sIL-6R-IL-6 complex initiates signaling in cells in the ME that do not express the transmembrane receptor facilitating angiogenesis [144].

### 4.3. IL-8

Several studies have clearly established the role of IL-8 in promoting angiogenesis. Hu et al., demonstrated that IL-8 plays a role in angiogenesis using a rat sponge model [145]. IL-8 was also able to induce angiogenesis in the rat cornea, which is normally avascular [146]. As explained in the previous section, there are several sources of IL-8 in ovarian TME. Overexpression of IL-8 in A2780 (non-IL-8 expressing) OC cells has been shown to increase the expression of VEGF, MMP-2, and MMP-9; while depletion of IL-8 in SKOV3 (IL-8 expressing) cells has been shown to reduce VEGF, MMP-2, and MMP-9 [110]. The process of angiogenesis involves degradation of extracellular matrix components and proliferation and migration of endothelial cells. MMPs are a family of endopeptidases that breakdown components of extracellular matrix and have been implicated in angiogenesis [147]. Because of the importance of VEGF and MMPs in angiogenesis these findings suggest that IL-8 in the ovarian TME will promote the formation of new blood vessels in EOC. Targeting IL-8 using mouse models reduces EOC growth and decreases angiogenesis [112].

**Table 1.** Role of inflammatory mediators in different stages of tumor progression.

| Inflammatory Mediators | Secreting Cell Type | Stages in Tumor Progression | | | Chemoresistance |
|---|---|---|---|---|---|
| | | Initiation and Progression | Angiogenesis | Metastasis | |
| TNF-α ligands, TNFRI, TNFRII | OC cells, infiltrating monocytes, macrophages | ↑autocrine production of TNF-α and IL-6, M-CSF, CXCL2, CCL2 [93,94] and AIDS mRNA level [90] | ↑VEGF, VEGF↑ CXCL12 and promotes angiogenesis [139–141] | ↑TGF-α secretion by stromal fibroblasts which promote peritoneal metastasis [148] Enhances migration of OC cells towards CXCL12 [149,150] | ↓Caspase-3 cleavage and makes OC cells resistant to cisplatin and paclitaxel [152] ↑Expression of MDR1, GSTpi, Bcl-2, Bcl-xL, and XIAP [152] |
| IL-6 | Ovarian epithelial cells, OC cells, M2 macrophages, mesothelial cells, TAMS, ascites | ↑Proliferation by promoting G1 to S transition and MAPK-ERK-Akt activation and STAT3 activation [101,102] ↓IL-2, resulting in immune suppression [103] | Induces STAT3 and MAPK phosphorylation which enhances migration of endothelial cells [143] sIL-6R-IL-6 facilitates angiogenesis in cells lacking IL-6 receptor [144] | Stimulates production of MMPs in OCs which ↑ invasion and migration [101,104] ↑ IL-6 in ascites enhances invasion via JAK-STAT signaling [151] | |
| IL-8 | Pre-ovulatory follicles, OC cells, ascites | ↑Proliferation by ↑ cyclin B1 and cyclin D1 via pAkt [110] | ↑Expression of VEGF, MMP-2, MMP-9 promoting angiogenesis [110] | Activates TAK1/ NF-κB via CXCR2 [153] | Blocks TRAIL induced apoptosis to promote resistance [154] |
| LPA | Follicular fluid, corpus luteum, OC cells, ascites | ↑IL-6 and IL-8 via NF-κB and AP-1 [113,114,122] ↑COX-2 AND MMP2 [115,120,121]↑ phosphorylation of Akt and ERK resulting in increased cell cycle [123,124] | ↑Expression of VEGF via Myc and Sp-1 [155] | ↑urokinase, which results in degradation of basemembrane protein to promote metastasis [156,157] | |
| Prostaglandins, COX-1 and COX-2 | Ovary, FT, uterus, MDSCs | ↑CXCR4 and SDF1 in MDSCs resulting in immune suppression [128] | ↑Bcl-2 and blood vessel formation [158,159] | | ↑Bcl-2, thus inhibiting apoptosis in lung, colon, breast and prostate cancers [158,159] |
| TGF-β and EGF | OC cells, CAFs | | | TGF-β ↑↑ VCAN, which activates NF-κB and ↑MM-9 [160] | ↑EGF protects cells from cisplatin-induced apoptosis [161]. Inhibiting TGF-β sensitizes resistant cells [162] |

*4.4. LPA*

In addition to playing a role in initiation, and progression, LPA has also been implicated in angiogenesis in OC. LPA has been shown to induce transcriptional activation of VEGF in EOC cell lines [163]. Transcriptional activation of VEGF primarily occurs through HIF-1α under oxygen limiting conditions in Hep3B hepatocellular carcinoma cells [164]. LPA mediated induction of VEGF expression has been shown to be independent of HIF-1α in EOC cell lines. Transition metal cobalt treatment also leads to stabilization of HIF1α similar to hypoxia. Combination treatment of EOC cells with cobalt and LPA additively increased VEGF production suggesting the effect of two different pathways [155]. LPA activates c-Myc and Sp-1, which induce VEGF expression through consensus binding sites in the VEGF promoter that have been implicated in HIFα independent induction of VEGF [155].

**5. Inflammation and EOC Metastasis**

Tumor metastasis is the major cause of mortality in most cancers, including EOC. Most EOC patients are diagnosed at an advanced stage when the cancer has already metastasized [165]. Dissemination of cancer cells to distant sites is a complex multi-step process called the invasion-metastasis cascade and is reviewed in detail in previous papers [166–168]. Briefly, some major steps in metastasis are—invasion through the basement membrane, intravasation into the lymphatics and circulation, survival of disseminating cancer cells in circulation, extravasation into surrounding tissues, colonization, and finally, formation of micro and macro metastases. However, unlike other epithelial malignancies, EOC has a different pattern of metastasis. EOC cells directly shed from the primary tumor into the peritoneal space and disseminate to organs in the peritoneal cavity. One of the prerequisites for cancer cells to metastasize is to undergo a process called epithelial to mesenchymal transition (EMT) where they lose their ability to attach to the basement membrane and acquire a mesenchymal phenotype and characteristics. Several recent evidences have indicated that the TME aids tumor cells to acquire these properties facilitating the metastatic cascade. An example of the ME promoting metastasis is the presence of STICs in the distal part of the FT, which shares its ME with ovary. Yang-Hartwich et al. have demonstrated that granulosa cells in the ovary secrete SDF-1 (stromal cell-derived factor 1) [169]. SDF-1 functions as a chemoattractant and recruits malignant FT cells to the ovary suggesting that the ovary is a primary site of metastasis, not the primary tumor site. Russo et al. demonstrated that loss of PTEN (phosphatase and tensin homolog) by the malignant FT cells and upregulation of WNT4 (wingless-related MMTV integration site 4) is crucial for initial metastasis to the ovary thereby supporting the tubal origin of EOC and the ovary as the primary site of metastasis [170]. The cells that make up the TME also secrete various inflammatory mediators, which facilitate progression and metastasis of OC cells (Figure 2, Table 1). These factors enable tumor metastasis by deregulating signal transduction pathways. Examples include the PI3-Akt and RAS-ERK pathways, which control migration and invasion through downstream effectors like Rho family GTPases, extracellular proteases, integrins, matrix associated proteins like focal adhesion kinases (FAK), and transcription factors like ETS2 and AP-1 [171–173]. Robinson-Smith et al. demonstrated that peritoneal inflammation correlated with dissemination of cancer cells from the ovaries in SCID mice. Augmenting the inflammatory response using thioglycolate accelerated ascites formation and metastasis while suppressing the inflammation using acetyl salicyclic acid impeded ascites formation and reduced metastasis. This inflammation-induced metastasis of OC cells was found to be primarily mediated by macrophages and not neutrophils or NK cells [174]. As explained in one of the previous sections a pro-inflammatory environment can be created in the peritoneum due to secretion of cytokines like IL-6 and TNF-α by adipose cells [31]. Omentum, the primary site of metastasis of OC, is largely composed of adipose cells. In addition to adipocytes, omentum also consists of blood and lymph vessels, immune cells, and stromal cells [175]. Adipocytes have been shown to increase migration, invasion, and proliferation of EOC cells. Upregulation of SUSD2 a secreted tumor suppressor by adipocytes by guadecitabine treatment reduced EOC migration and invasion. This finding suggests that epigenetic changes in the stromal cells in addition to EOC cells can facilitate EOC

metastasis [176]. Omentum has aggregates of immune cells around the vasculature commonly referred to as milky spots [177]. Melanoma, lung carcinoma, ovarian carcinoma, and mammary carcinoma cell lines have been shown to specifically metastasize to the immune cell aggregates in the omentum when injected intraperitoneely into C57BL/6 mice [178]. These milky spots in the omentum have also been shown to facilitate metastatic colonization of the OC cells. Clark et al. have suggested that both adipocytes and milky spots have specific and important roles in metastatic colonization of OC cells [179]. These evidences imply that omentum potentially provides a good niche for the growth of ovarian cancer cells. Here we will specifically discuss how inflammatory mediators promote tumor metastasis in EOC.

### 5.1. ROS

EOC cells produce a large amount of ROS [180]. Loss of E-cadherin is one of the characteristic features of tumor cells with increased ability to migrate and invade. Wang et al. demonstrated that ROS leads to HIFα mediated activation of lysl oxidase. Lysl oxidase was shown to inversely correlate with E-cadherin expression promoting migration and invasion in EOC cells [181]. Tumor cells treated with sub-lethal doses of $H_2O_2$ failed to attach to the extracellular matrix components fibronectin and laminin and had increased metastatic colonization of lung, thereby establishing a role for ROS in tumor cell metastasis [182].

### 5.2. TNF-α

TNF-α provides a good example of how interactions between cancer and stroma aid in OC metastasis. Ascitic fluid and OCs contain a large number infiltrating macrophages in part because OCs constitutively produce M-CSF, which functions as a chemoattractant for monocytes [183]. These infiltrating monocytes produce many cytokines one of which is TNF-α [184,185]. OC cells also have elevated TNF-α expression that is regulated by DNA hypomethylation and chromatin remodeling of the TNF-α promoter. Increased TNF-α produced by OC cells and macrophages stimulates increased expression of TGF-α in stromal fibroblasts. TGF-α secreting stromal fibroblasts promote peritoneal metastasis of OC via EGF receptor signaling [148].

Furthermore, in EOC cells and clinical biopsies TNF-α expression correlates with one of the most commonly expressed cytokine receptors CXCR4. TNF-α stimulation of EOC cells enhanced their migration toward the only CXCR4 ligand, CXCL12. Stimulation of EOC cells by CXCL12 induced mRNA and protein expression of TNF-α. Therefore, a positive feedback loop has been suggested where in CXCL12 induced TNF-α potentially acts on the cancer cells and induces CXCR4 expression thereby enhancing tumor cell migration [149,150].

### 5.3. IL-6

IL-6 has also been implicated in metastasis of OC. Elevated levels of IL-6 found in serum and peritoneal fluid of EOC and OC patients have many sources [186–188]. Mesothelial cells in the peritoneum, TAMs, and EOC cells all secrete IL-6 [67]. M2 polarized macrophages in the ovarian TME induce proliferation and invasion of EOC cells by secretion of IL-6 [189]. Increased IL-6 present in ascites from OC patients enhanced the invasive ability of OC cells via the JAK-STAT signaling pathway. Canonically IL-6 signaling occurs by binding of the ligand to its transmembrane receptor IL-6Rα. The effect of IL-6 on invasion of OC cells correlated with their IL-6R expression [151]. Because through trans-signaling, the sIL-6R–IL-6 complex initiates signaling in cells that do not express the transmembrane receptor [144], we hypothesize that IL-6 produced by macrophages could also promote invasion of OC cells similar to the mechanism of induction of angiogenesis.

### 5.4. IL-8

Increased proliferation, anchorage independent growth, and angiogenic potential are some prerequisites for cells to metastasize. IL-8 increases the proliferation of OC cells and upregulates VEGF

and MMP2 and 9 via activation of NF-κB, which results in enhanced invasive phenotype of OC cells. IL-8 has been shown to activate TAK1/NF-κB signaling via CXCR2, thereby facilitating the seeding and growth of OC cells in the peritoneal cavity during metastasis [153].

### 5.5. LPA

LPA promotes proliferation, survival, and metastasis of EOC cells by inducing the expression of c-Myc, VEGF, IL-8, MMPs and COX-2 [163,190–193]. LPA acts through its receptors LPAR1-3, which are members of G-protein coupled receptor superfamily. Invasive EOC cells have significantly higher expression of LPAR1 in comparison to non-invasive cell lines and LPA induces EOC cell invasion specifically through LPAR1 and not through LPAR2 or LPAR3 [194]. It can also induce secretion of urokinase in EOC cells, which has been shown to play a role in metastasis and its high levels correlate with advanced OC and poor survival in patients. LPA has been shown to increase promoter activity, mRNA levels, protein levels, and enzyme activity of Urokinase plasminogen activator (uPA) possibly via the edg-4 LPA receptor [156]. uPA is involved in converting plasminogen to plasmin, which facilitates the degradation of basement membrane and extracellular membrane proteins like fibronection aiding in metastasis [157].

### 5.6. TGF-β

TGF-β initiates signaling by dimerization of serine/threonine kinase receptors. The dimerization of receptors results in their phosphorylation, which then relays signals downstream via SMAD dependent and SMAD independent pathways. Phosphorylation by the TGF-β receptor causes R-SMADs to bind to Co-SMAD and translocate to the nucleus, where they activate transcription of genes that promote invasion, migration. Bone morphogenic proteins (BMPs) are cytokines that belong to TGF-β family and have been associated with progression of many different cancer types. Their mechanism of promoting tumor progression depends on the TME in which the cancer grows and their mode of metastatic spread [195]. Specifically, BMP-2 overexpression has been associated with poor prognosis in OC [196]. Additionally, TGF-β could potentially modify the TME to promote tumorigenesis. Veriscan (VCAN), an extracellular matrix associated protein, was upregulated by TGF-β through TGF-β receptor II (TGFBR2) and SMAD signaling making the EOC cells more aggressive. Increased VCAN expression enhanced motility and invasion of EOC cells by activating NF-κB signaling, increased expression of MMP-9, and hyaluronidase mediated motility receptor [160]. CAFs have higher expression of TGF-β receptors in comparison to normal ovarian fibroblasts and EOC cells suggesting that CAFs within the TME are more responsive to TGF-β then the other cell types [160].

## 6. Inflammation and EOC Chemoresistance

The standard treatment for EOC patients is cytoreductive surgery followed by platinum/ taxane-based chemotherapy [197]. The main obstacle in treatment of EOC patients is development of chemoresistance. Resistance to chemotherapy can be either intrinsic or acquired. Inherent gene expression patterns harbored by chemo-naïve tumor cells contribute to intrinsic resistance. Acquired resistance is a consequence of different alterations induced after exposure to chemotherapeutic agents [198]. Different mechanisms, including increased drug efflux, decreased uptake of the drug, inactivation of the drug, increased DNA repair, and reduced apoptotic response, have been implicated in development of platinum resistance [199]. Several recent studies have demonstrated that the TME contributes to both intrinsic and acquired resistance. One type of intrinsic drug resistance influenced by the TME is referred to as environment mediated drug resistance (EMDR). In EMDR, factors and cells present in the TME activate diverse signaling events, transiently protecting the tumor cells from undergoing apoptosis in response to chemotherapeutic agents [200,201]. Another type of drug resistance induced by cytokines, chemokines, and growth factors secreted by fibroblast cells in the tumor stroma is called soluble factor mediated drug resistance (SFM-DR). A good example of SFM-DR is IL-6 mediated drug resistance in multiple myeloma. IL-6 is important for growth of multiple

*Cancers* **2018**, *10*, 251

myeloma cells. IL-6 activates STAT3 signaling in these cells and protects them from Fas mediated apoptosis by upregulating antiapoptotic protein Bcl-X$_L$ [202]. Myeloma cells that produced IL-6 in an autocrine manner were found to be resistant to dexamethasone induced apoptosis while non-IL-6 producing cells were sensitive [203]. Cell adhesion mediated drug resistance (CAM-DR) occurs due to adhesion of tumor cells to extracellular matrix components like laminin, collagen, and fibronectin or due to fibroblasts present in the tumor stroma [204]. An example of this type of resistance is when drug sensitive myeloma cells were adhered to an extracellular matrix component fibronectin, they exhibited a reversible drug resistant phenotype which was not due reduced drug accumulation or increase in antiapoptotic proteins like Bcl-X$_L$ [201]. Here we will discuss specific inflammatory mediators and their role in OC chemoresistance (Figure 3).



**Figure 3.** Inflammatory mediators contribute to chemoresistance of EOC. A combination of platinum and taxane drugs is currently used as chemotherapy for OC. ROS, Lyophosphotidic Acid (LPA), cytokines, and growth factors like TGF-β and EGF increase tumor cell survival by upregulating antiapoptotic genes, by stimulating stemness and proliferation of cancer initiating cells, by increasing repair of damaged DNA, or by increasing efflux of the drug. The resistant tumor cells and the cancer initiating cells can then proliferate under the influence of growth factors and cytokines resulting in a recurrent chemoresistant tumor.

### 6.1. ROS

ROS are abundant in the pro-inflammatory TME. Malignant EOC tissues have been shown to have 96% higher ROS levels than normal controls [205]. OC stem like cells or OCICs are more drug resistant and responsible for relapse of chemoresistant tumors [66]. OCICs produce ROS and superoxide. This ROS induces the expression of peroxisome proliferator-activated receptor-gamma coactivator (PCG)-1α, which regulates mitochondrial biogenesis and is required for expression of detoxifying enzymes [206,207]. PCG1α increases the aldehyde dehydrogenase (ALDH) activity and expression of multidrug resistance gene (MDR1). MDR1 is an ATP dependent transporter that has been associated with efflux of platinum based drugs from OC cells contributing to platinum resistance. Scavenging ROS reduced expression of PCG1α and drug resistant related genes thereby linking ROS to development of chemoresistance [207].

### 6.2. IL-6

IL-6 in the OC TME is associated with increased chemoresistance. Wang et al. demonstrated that autocrine production of IL-6 by EOC cells makes them resistant to cisplatin and paclitaxel by causing decreased proteolytic cleavage of capase-3. Paclitaxel resistant EOC cells have increased expression of IL-6 and one of its downstream effectors STAT3 [208,209]. IL-6 producing OC cells also had increased expression of multidrug resistant genes MDR1 and GSTpi and anti-apoptotic genes

Bcl-2, Bcl-xL, and XIAP, suggesting that IL6 promotes drug resistance by increasing drug efflux and reducing apoptosis [152].

### 6.3. IL-8

IL-8 blocks TRAIL-induced apoptosis and reduces caspase cleavage in EOC cell lines by decreasing the expression of death receptor (DR) 4 [210]. TRAIL is a cell death inducing ligand that belongs to the TNF superfamily and has been shown to induce apoptosis specifically in tumor cells and not in nontransformed cells [211,212]. Combination of TRAIL and the chemotherapeutic drugs—cisplatin, doxorubicin, and paclitaxel has been shown to induce apoptosis in chemoresistant EOC cell lines by causing increased caspase and PARP cleavage [154]. This finding suggests that IL8 may contribute to chemoresistance by blocking TRAIL.

### 6.4. LPA

LPA has been shown to contribute to platinum resistance by preventing cells from undergoing cisplatin-induced apoptosis without affecting their proliferation rate. The mechanism of how LPA inhibits apoptosis in EOC cells in response to cisplatin is not yet clearly understood [161].

### 6.5. TGF-β and EGF

Recurrent OC show significantly higher expression of TGF-β1 and TGF-β3 in comparison to primary tumors and normal ovary tissue [213]. Inhibition of TGF-β by the inhibitor LY2109761 sensitizes resistant SKOV3 cells to cisplatin suggesting that TGF-β contributes to the development of platinum resistance in EOC cells [162]. Cisplatin resistant A2780P cells had hypomethylation and upregulation of TGFBR2 confirming the involvement of the pathway in acquisition of platinum resistance [214]. An elevated level of EGF receptor (EGFR) has also been associated with poor prognosis in OC patients [215]. EGF has been shown to stimulate the growth of EOC cells expressing EGFR and alters their cell cycle distribution [216]. EGF similar to LPA has been shown to protect EOC cells from undergoing cisplatin induced apoptosis [161].

### 6.6. COX-2

In addition to being associated with tumor initiation and progression, COX-2 has also been associated with chemoresistance. Ferrandina et al. reported that a statistically significant higher percentage of primary OC patients unresponsive to platinum-containing chemotherapy were positive for COX-2 than responsive patients (84.6% versus 34.6%, respectively) [217]. The percentage of positive COX-2 staining per tumor area in COX-2 positive patients ranged from 15 to 45%. The results from this study suggest that COX-2 levels may influence the response of patients to different chemotherapy regimens, but the sample size of this study was small and the results need to be confirmed in a larger group of patients. Furthermore, this association needs to be corroborated biochemically [217]. In both patients groups undergoing cytoreductive surgery and explorative laparotomy, COX-2 expression was higher in nonresponders [218]. Using lung, colon, and prostate cancer models, COX-2 has been shown to induce Bcl-2 and promote tumor growth by facilitating the formation of new blood vessels [158,159]. These findings suggest that COX-2 may contribute to chemoresistance by inhibiting apoptosis and promoting angiogenesis in OC as well.

## 7. Treatment Strategies Targeting Inflammatory Mediators in EOC

As discussed, development of resistance to available chemotherapeutic drugs remains the major obstacle in management of OC patients. While several immunotherapies have been developed to improve the antitumor response of T-cells and/or modulate the immune response, here we will discuss EOC treatment strategies that specifically target the inflammatory mediators that have been reviewed above.

A monoclonal antibody directed at VEGF, bevacizumab, has been widely studied and is a promising target in EOC [219]. Bevacizumab is a recombinant humanized monoclonal antibody and has been approved by the FDA for treatment of metastatic breast, non-small cell lung, and colorectal cancer. Phase II clinical studies have shown that it is active in treatment of recurrent OC patients [220]. OCEANS trial was a randomized phase III clinical trial that evaluated the safety and efficacy of bevacizumab in combination with gemcitabine and carboplatin (GC) in comparison with GC alone in recurrent platinum sensitive ovarian, primary peritoneal, or FT cancer. This trial demonstrated that bevacizumab was able to prolong the PFS in platinum-sensitive recurrent EOC patients [221]. In addition to OCEANS, GOG218, and ICON7 have also shown that bevacizumab prolongs the PFS in OC patients confirming the promise this therapeutic target holds for management of OC [222,223].

We have discussed some mechanisms by which the pro-inflammatory cytokine TNF-α promotes OC metastasis and angiogenesis making it a good target for development of therapeutic agents. The safety profile and biological activity of a monoclonal anti-TNF-α antibody, Infliximab was assessed in a clinical study consisting of patients with advanced solid tumors, including OC. Infliximab did not have any toxic effects and was well tolerated by these patients. Reduced plasma levels of IL-6 and CCL12 in these patients was observed 24 h and 48 h after administration of Infliximab, while neutralization of TNF-α was detected after an hour indicating some biological activity [224]. This response warrants further study of Infliximab as a therapeutic agent for treatment of OC.

IL-6/STAT3 signaling has been implicated at different stages of OC progression and is a promising target although most agents are still in preclinical or early clinical trial stages. Siltuximab, an anti-IL-6 antibody, suppresses IL-6-induced STAT3 phosphorylation and nuclear translocation in OC cell lines. Siltuximab treatment also reduced the level of pro-survival proteins like Bcl-X$_L$ and Survivin, which are downstream of STAT3. Siltuximab was able to sensitize paclitaxel resistant OC cell lines, but did not show the same effect in vivo [225]. sc144 is a novel small molecule inhibitor has shown significant promise in preclinical studies. sc144 binds gp130, which is a signal transducer in STAT3 signaling. It causes phosphorylation of gp130 leading to its deglycosylation. This abrogates downstream STAT3 phosphorylation and nuclear translocation inhibiting transcription of downstream genes. sc144 has increased potency in EOC cells in comparison to normal epithelial cells and slows down the growth of tumors in xenograft models of EOC [226]. A phase I clinical trial combining carboplatin, the monoclonal antibody Tocilizumab, which blocks IL-6R, and immune enhancer INF-α showed good promise. The EOC patients who received the highest dose of Tocilizumab had increased serum levels of IL-6 and sIL-6R and also showed longer median overall survival [227].

We have discussed the role of TGF-β in EOC tumor progression substantiating it as a good therapeutic target. A preclinical study of LY2109761 (TGFβRI and TGFβRII kinase inhibitor) in combination with cisplatin was conducted by Gao et al. This inhibitor significantly increased apoptosis in cisplatin resistant cells. Combining LY2109761 with cisplatin had antiproliferative effects and increased the rate of apoptosis in parental and cisplatin resistant xenograft models [162]. In triple negative breast cancer, LY2157299 a TGF-β1 receptor kinase inhibitor, prevented recurrence of tumors in xenograft models after treatment with paclitaxel [228]. Early phase clinical trials of LY2157299 in patients with advanced or metastasized pancreatic cancer have been completed. Early phase trials in triple negative metastatic breast cancer, unresectable hepatocellular carcinoma, and metastatic castration resistant prostate cancer are underway [229].

EGF has also been associated with chemoresistance in EOC. Cetuximab, a chimerized monoclonal antibody that targets EGFR, was tested in combination with carboplatin in patients with recurrent platinum sensitive OC. Cetuximab showed modest activity in these patients [230]. Panitumumab, a human monoclonal antibody specific to EGFR, in combination with carboplatin did not improve efficacy or progression free survival in platinum sensitive EOC patients [231].

## 8. Conclusions and Future Perspectives

Several studies in the last decade have associated increased inflammation and inflammatory mediators with increased EOC risk and reduced survival in EOC patients. We have presented published evidence suggesting that inflammation and inflammatory mediators promote ovarian tumorigenesis. However the mechanisms by which the process of inflammation culminates in ovarian tumor initiation need to be further understood. Such links have been established in colon and pancreatic cancer. Understanding these mechanisms is important for developing ways to target inflammatory mediators and reduce OC risk. Furthermore, epidemiological studies of NSAIDs and early clinical trials targeting IL-6 and TNF-α have shown significant promise, thus suggesting that targeting inflammatory mediators as treatment for OC warrants future research.

**Author Contributions:** S.S.S. and S.S wrote the manuscript. S.S.S., S.S. and H.M.O. edited the manuscript.

**Funding:** This research was funded by National Institute of Environmental Health Sciences grant number R01ES023183 and Ovarian Cancer Research Fund grant number 458788.

**Acknowledgments:** We acknowledge the Leo and Anne Albert Charitable Trust for its ongoing support of ovarian cancer research.

**Conflicts of Interest:** The authors declare no conflicts of interest.

## References

1.  Maiuri, A.R.; O'Hagan, H.M. Interplay Between Inflammation and Epigenetic Changes in Cancer. *Prog. Mol. Biol. Transl. Sci.* **2016**, *144*, 69–117. [PubMed]
2.  Siegel, R.L.; Miller, K.D.; Jemal, A. Cancer statistics, 2018. *CA Cancer J. Clin.* **2018**, *68*, 7–30. [CrossRef] [PubMed]
3.  Grivennikov, S.I.; Greten, F.R.; Karin, M. Immunity, inflammation, and cancer. *Cell* **2010**, *140*, 883–899. [CrossRef] [PubMed]
4.  Clendenen, T.V.; Lundin, E.; Zeleniuch-Jacquotte, A.; Koenig, K.L.; Berrino, F.; Lukanova, A.; Lokshin, A.E.; Idahl, A.; Ohlson, N.; Hallmans, G.; et al. Circulating inflammation markers and risk of epithelial ovarian cancer. *Cancer Epidemiol. Biomark. Prev.* **2011**, *20*, 799–810. [CrossRef] [PubMed]
5.  Chou, C.H.; Wei, L.H.; Kuo, M.L.; Huang, Y.J.; Lai, K.P.; Chen, C.A.; Hsieh, C.Y. Up-regulation of interleukin-6 in human ovarian cancer cell via a Gi/PI3K-Akt/NF-κB pathway by lysophosphatidic acid, an ovarian cancer-activating factor. *Carcinogenesis* **2005**, *26*, 45–52. [CrossRef] [PubMed]
6.  Dhillon, A.S.; Hagan, S.; Rath, O.; Kolch, W. MAP kinase signalling pathways in cancer. *Oncogene* **2007**, *26*, 3279–3290. [CrossRef] [PubMed]
7.  Schulze-Osthoff, K.; Ferrari, D.; Riehemann, K.; Wesselborg, S. Regulation of NF-κ B activation by MAP kinase cascades. *Immunobiology* **1997**, *198*, 35–49. [CrossRef]
8.  Coussens, L.M.; Werb, Z. Inflammation and cancer. *Nature* **2002**, *420*, 860–867. [CrossRef] [PubMed]
9.  Gajewski, T.F.; Schreiber, H.; Fu, Y.X. Innate and adaptive immune cells in the tumor microenvironment. *Nat. Immunol.* **2013**, *14*, 1014–1022. [CrossRef] [PubMed]
10. Wilson, C.B.; Rowell, E.; Sekimata, M. Epigenetic control of T-helper-cell differentiation. *Nat. Rev. Immunol.* **2009**, *9*, 91–105. [CrossRef] [PubMed]
11. Tone, A.A.; Salvador, S.; Finlayson, S.J.; Tinker, A.V.; Kwon, J.S.; Lee, C.H.; Cohen, T.; Ehlen, T.; Lee, M.; Carey, M.S.; et al. The role of the fallopian tube in ovarian cancer. *Clin. Adv. Hematol. Oncol.* **2012**, *10*, 296–306. [PubMed]
12. Petrovska, M.; Dimitrov, D.G.; Michael, S.D. Quantitative changes in macrophage distribution in normal mouse ovary over the course of the estrous cycle examined with an image analysis system. *Am. J. Reprod. Immunol.* **1996**, *36*, 175–183. [CrossRef] [PubMed]
13. Takaya, R.; Fukaya, T.; Sasano, H.; Suzuki, T.; Tamura, M.; Yajima, A. Macrophages in normal cycling human ovaries; immunohistochemical localization and characterization. *Hum. Reprod.* **1997**, *12*, 1508–1512. [CrossRef] [PubMed]
14. Wu, R.; Van der Hoek, K.H.; Ryan, N.K.; Norman, R.J.; Robker, R.L. Macrophage contributions to ovarian function. *Hum. Reprod. Update* **2004**, *10*, 119–133. [CrossRef] [PubMed]

15. Tingen, C.M.; Kiesewetter, S.E.; Jozefik, J.; Thomas, C.; Tagler, D.; Shea, L.; Woodruff, T.K. A macrophage and theca cell-enriched stromal cell population influences growth and survival of immature murine follicles in vitro. *Reproduction* **2011**, *141*, 809–820. [CrossRef] [PubMed]

16. Lau, A.; Kollara, A.; St John, E.; Tone, A.A.; Virtanen, C.; Greenblatt, E.M.; King, W.A.; Brown, T.J. Altered expression of inflammation-associated genes in oviductal cells following follicular fluid exposure: Implications for ovarian carcinogenesis. *Exp. Biol. Med.* **2014**, *239*, 24–32. [CrossRef] [PubMed]

17. King, S.M.; Hilliard, T.S.; Wu, L.Y.; Jaffe, R.C.; Fazleabas, A.T.; Burdette, J.E. The impact of ovulation on fallopian tube epithelial cells: Evaluating three hypotheses connecting ovulation and serous ovarian cancer. *Endocr. Relat. Cancer* **2011**, *18*, 627–642. [CrossRef] [PubMed]

18. Johnson, P.A.; Giles, J.R. The hen as a model of ovarian cancer. *Nat. Rev. Cancer* **2013**, *13*, 432–436. [CrossRef] [PubMed]

19. Gong, T.T.; Wu, Q.J.; Vogtmann, E.; Lin, B.; Wang, Y.L. Age at menarche and risk of ovarian cancer: A meta-analysis of epidemiological studies. *Int. J. Cancer* **2013**, *132*, 2894–2900. [CrossRef] [PubMed]

20. Chiaffarino, F.; Pelucchi, C.; Parazzini, F.; Negri, E.; Franceschi, S.; Talamini, R.; Conti, E.; Montella, M.; La Vecchia, C. Reproductive and hormonal factors and ovarian cancer. *Ann. Oncol.* **2001**, *12*, 337–341. [CrossRef] [PubMed]

21. Fortner, R.T.; Ose, J.; Merritt, M.A.; Schock, H.; Tjonneland, A.; Hansen, L.; Overvad, K.; Dossus, L.; Clavel-Chapelon, F.; Baglietto, L.; et al. Reproductive and hormone-related risk factors for epithelial ovarian cancer by histologic pathways, invasiveness and histologic subtypes: Results from the EPIC cohort. *Int. J. Cancer* **2015**, *137*, 1196–1208. [CrossRef] [PubMed]

22. Espey, L.L. Ovulation as an inflammatory reaction—A hypothesis. *Biol. Reprod.* **1980**, *22*, 73–106. [CrossRef] [PubMed]

23. Machelon, V.; Emilie, D. Production of ovarian cytokines and their role in ovulation in the mammalian ovary. *Eur. Cytokine Netw.* **1997**, *8*, 137–143. [PubMed]

24. Chumduri, C.; Gurumurthy, R.K.; Zadora, P.K.; Mi, Y.; Meyer, T.F. Chlamydia infection promotes host DNA damage and proliferation but impairs the DNA damage response. *Cell. Host Microbe* **2013**, *13*, 746–758. [CrossRef] [PubMed]

25. Ingerslev, K.; Hogdall, E.; Schnack, T.H.; Skovrider-Ruminski, W.; Hogdall, C.; Blaakaer, J. The potential role of infectious agents and pelvic inflammatory disease in ovarian carcinogenesis. *Infect. Agent Cancer* **2017**, *12*, 25. [CrossRef] [PubMed]

26. Burney, R.O.; Giudice, L.C. Pathogenesis and pathophysiology of endometriosis. *Fertil. Steril.* **2012**, *98*, 511–519. [CrossRef] [PubMed]

27. Vercellini, P.; Crosignani, P.; Somigliana, E.; Viganò, P.; Buggio, L.; Bolis, G.; Fedele, L. The 'incessant menstruation' hypothesis: A mechanistic ovarian cancer model with implications for prevention. *Hum. Reprod.* **2011**, *26*, 2262–2273. [CrossRef] [PubMed]

28. Burghaus, S.; Haberle, L.; Schrauder, M.G.; Heusinger, K.; Thiel, F.C.; Hein, A.; Wachter, D.; Strehl, J.; Hartmann, A.; Ekici, A.B.; et al. Endometriosis as a risk factor for ovarian or endometrial cancer—Results of a hospital-based case-control study. *BMC Cancer* **2015**, *15*, 751. [CrossRef] [PubMed]

29. Sayasneh, A.; Tsivos, D.; Crawford, R. Endometriosis and ovarian cancer: A systematic review. *ISRN Obstet. Gynecol.* **2011**, *2011*, 140310. [CrossRef] [PubMed]

30. Rizi, B.S.; Nagrath, D. Linking omentum and ovarian cancer: NO. *Oncoscience* **2015**, *2*, 797–798. [PubMed]

31. Gunderson, C.C.; Ding, K.; Dvorak, J.; Moore, K.N.; McMeekin, D.S.; Benbrook, D.M. The pro-inflammatory effect of obesity on high grade serous ovarian cancer. *Gynecol. Oncol.* **2016**, *143*, 40–45. [CrossRef] [PubMed]

32. Poole, E.M.; Lee, I.M.; Ridker, P.M.; Buring, J.E.; Hankinson, S.E.; Tworoger, S.S. A prospective study of circulating C-reactive protein, interleukin-6, and tumor necrosis factor alpha receptor 2 levels and risk of ovarian cancer. *Am. J. Epidemiol.* **2013**, *178*, 1256–1264. [CrossRef] [PubMed]

33. Ose, J.; Schock, H.; Tjonneland, A.; Hansen, L.; Overvad, K.; Dossus, L.; Clavel-Chapelon, F.; Baglietto, L.; Boeing, H.; Trichopolou, A.; et al. Inflammatory Markers and Risk of Epithelial Ovarian Cancer by Tumor Subtypes: The EPIC Cohort. *Cancer Epidemiol. Biomark. Prev.* **2015**, *24*, 951–961. [CrossRef] [PubMed]

34. Duleba, A.J.; Dokras, A. Is PCOS an inflammatory process? *Fertil. Steril.* **2012**, *97*, 7–12. [CrossRef] [PubMed]

35. Kelly, C.C.; Lyall, H.; Petrie, J.R.; Gould, G.W.; Connell, J.M.; Sattar, N. Low grade chronic inflammation in women with polycystic ovarian syndrome. *J. Clin. Endocrinol. Metab.* **2001**, *86*, 2453–2455. [CrossRef] [PubMed]

*Cancers* **2018**, *10*, 251

36.   Escobar-Morreale, H.F.; Luque-Ramirez, M.; Gonzalez, F. Circulating inflammatory markers in polycystic ovary syndrome: A systematic review and metaanalysis. *Fertil. Steril.* **2011**, *95*, 1048–1058.e1041-1042. [CrossRef] [PubMed]

37.   Gonzalez, F.; Rote, N.S.; Minium, J.; Kirwan, J.P. Evidence of proatherogenic inflammation in polycystic ovary syndrome. *Metabolism* **2009**, *58*, 954–962. [CrossRef] [PubMed]

38.   Glintborg, D.; Andersen, M.; Richelsen, B.; Bruun, J.M. Plasma monocyte chemoattractant protein-1 (MCP-1) and macrophage inflammatory protein-1α are increased in patients with polycystic ovary syndrome (PCOS) and associated with adiposity, but unaffected by pioglitazone treatment. *Clin. Endocrinol.* **2009**, *71*, 652–658. [CrossRef] [PubMed]

39.   Escobar-Morreale, H.F.; Botella-Carretero, J.I.; Villuendas, G.; Sancho, J.; San Millan, J.L. Serum interleukin-18 concentrations are increased in the polycystic ovary syndrome: Relationship to insulin resistance and to obesity. *J. Clin. Endocrinol. Metab.* **2004**, *89*, 806–811. [CrossRef] [PubMed]

40.   Yang, Y.; Qiao, J.; Li, R.; Li, M.Z. Is interleukin-18 associated with polycystic ovary syndrome? *Reprod. Biol. Endocrinol.* **2011**, *9*, 7. [CrossRef] [PubMed]

41.   Tarkun, I.; Cetinarslan, B.; Turemen, E.; Canturk, Z.; Biyikli, M. Association between Circulating Tumor Necrosis Factor-α, Interleukin-6, and Insulin Resistance in Normal-Weight Women with Polycystic Ovary Syndrome. *Metab. Syndr. Relat. Disord.* **2006**, *4*, 122–128. [CrossRef] [PubMed]

42.   Vgontzas, A.N.; Trakada, G.; Bixler, E.O.; Lin, H.M.; Pejovic, S.; Zoumakis, E.; Chrousos, G.P.; Legro, R.S. Plasma interleukin 6 levels are elevated in polycystic ovary syndrome independently of obesity or sleep apnea. *Metabolism* **2006**, *55*, 1076–1082. [CrossRef] [PubMed]

43.   Dinger, Y.; Akcay, T.; Erdem, T.; Ilker Saygili, E.; Gundogdu, S. DNA damage, DNA susceptibility to oxidation and glutathione level in women with polycystic ovary syndrome. *Scand. J. Clin Lab. Investig.* **2005**, *65*, 721–728.

44.   Harris, H.R.; Terry, K.L. Polycystic ovary syndrome and risk of endometrial, ovarian, and breast cancer: A systematic review. *Fertil. Res. Pract.* **2016**, *2*, 14. [CrossRef] [PubMed]

45.   Heller, D.S.; Westhoff, C.; Gordon, R.E.; Katz, N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am. J. Obstet. Gynecol.* **1996**, *174*, 1507–1510. [CrossRef]

46.   Henderson, W.J.; Hamilton, T.C.; Griffiths, K. Talc in normal and malignant ovarian tissue. *Lancet* **1979**, *1*, 499. [CrossRef]

47.   Muscat, J.E.; Huncharek, M.S. Perineal talc use and ovarian cancer: A critical review. *Eur J. Cancer Prev.* **2008**, *17*, 139–146. [CrossRef] [PubMed]

48.   Brasky, T.M.; Moysich, K.B.; Cohn, D.E.; White, E. Non-steroidal anti-inflammatory drugs and endometrial cancer risk in the VITamins And Lifestyle (VITAL) cohort. *Gynecol. Oncol.* **2013**, *128*, 113–119. [CrossRef] [PubMed]

49.   Prizment, A.E.; Folsom, A.R.; Anderson, K.E. Nonsteroidal anti-inflammatory drugs and risk for ovarian and endometrial cancers in the Iowa Women's Health Study. *Cancer Epidemiol. Biomark. Prev.* **2010**, *19*, 435–442. [CrossRef] [PubMed]

50.   Fairfield, K.M.; Hunter, D.J.; Fuchs, C.S.; Colditz, G.A.; Hankinson, S.E. Aspirin, other NSAIDs, and ovarian cancer risk (United States). *Cancer Causes Control.* **2002**, *13*, 535–542. [CrossRef] [PubMed]

51.   Trabert, B.; Poole, E.M.; White, E.; Visvanathan, K.; Adami, H.O.; Anderson, G.L.; Brasky, T.M.; Brinton, L.A.; Fortner, R.T.; Gaudet, M.; et al. Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium. *J. Natl. Cancer Inst.* **2018**. [CrossRef] [PubMed]

52.   Peres, L.C.; Camacho, F.; Abbott, S.E.; Alberg, A.J.; Bandera, E.V.; Barnholtz-Sloan, J.; Bondy, M.; Cote, M.L.; Crankshaw, S.; Funkhouser, E.; et al. Analgesic medication use and risk of epithelial ovarian cancer in African American women. *Br. J. Cancer* **2016**, *114*, 819–825. [CrossRef] [PubMed]

53.   Rodriguez-Burford, C.; Barnes, M.N.; Oelschlager, D.K.; Myers, R.B.; Talley, L.I.; Partridge, E.E.; Grizzle, W.E. Effects of nonsteroidal anti-inflammatory agents (NSAIDs) on ovarian carcinoma cell lines: Preclinical evaluation of NSAIDs as chemopreventive agents. *Clin. Cancer Res.* **2002**, *8*, 202–209. [PubMed]

54.   Arango, H.A.; Icely, S.; Roberts, W.S.; Cavanagh, D.; Becker, J.L. Aspirin effects on endometrial cancer cell growth. *Obstet. Gynecol.* **2001**, *97*, 423–427. [PubMed]

55.   Gao, J.; Niwa, K.; Sun, W.; Takemura, M.; Lian, Z.; Onogi, K.; Seishima, M.; Mori, H.; Tamaya, T. Non-steroidal anti-inflammatory drugs inhibit cellular proliferation and upregulate cyclooxygenase-2 protein expression in endometrial cancer cells. *Cancer Sci.* **2004**, *95*, 901–907. [CrossRef] [PubMed]

56. Li, H.L.; Zhang, H.W.; Chen, D.D.; Zhong, L.; Ren, X.D.; St-Tu, R. JTE-522, a selective COX-2 inhibitor, inhibits cell proliferation and induces apoptosis in RL95-2 cells. *Acta Pharmacol Sin.* **2002**, *23*, 631–637. [PubMed]

57. Hsu, C.S.; Li, Y. Aspirin potently inhibits oxidative DNA strand breaks: Implications for cancer chemoprevention. *Biochem. Biophys. Res. Commun.* **2002**, *293*, 705–709. [PubMed]

58. Hales, D.B.; Zhuge, Y.; Lagman, J.A.; Ansenberger, K.; Mahon, C.; Barua, A.; Luborsky, J.L.; Bahr, J.M. Cyclooxygenases expression and distribution in the normal ovary and their role in ovarian cancer in the domestic hen (Gallus domesticus). *Endocrine* **2008**, *33*, 235–244. [CrossRef] [PubMed]

59. Urick, M.E.; Giles, J.R.; Johnson, P.A. VEGF expression and the effect of NSAIDs on ascites cell proliferation in the hen model of ovarian cancer. *Gynecol. Oncol.* **2008**, *110*, 418–424. [CrossRef] [PubMed]

60. Urick, M.E.; Giles, J.R.; Johnson, P.A. Dietary aspirin decreases the stage of ovarian cancer in the hen. *Gynecol. Oncol.* **2009**, *112*, 166–170. [CrossRef] [PubMed]

61. Hanahan, D.; Weinberg, R.A. Hallmarks of cancer: The next generation. *Cell* **2011**, *144*, 646–674. [CrossRef] [PubMed]

62. Cancer Genome Atlas Research, N. Integrated genomic analyses of ovarian carcinoma. *Nature* **2011**, *474*, 609–615.

63. Toss, A.; Tomasello, C.; Razzaboni, E.; Contu, G.; Grandi, G.; Cagnacci, A.; Schilder, R.J.; Cortesi, L. Hereditary ovarian cancer: Not only BRCA 1 and 2 genes. *Biomed. Res. Int.* **2015**, *2015*, 341723. [CrossRef] [PubMed]

64. Liu, J.; Yang, G.; Thompson-Lanza, J.A.; Glassman, A.; Hayes, K.; Patterson, A.; Marquez, R.T.; Auersperg, N.; Yu, Y.; Hahn, W.C.; et al. A genetically defined model for human ovarian cancer. *Cancer Res.* **2004**, *64*, 1655–1663. [CrossRef] [PubMed]

65. Szotek, P.P.; Pieretti-Vanmarcke, R.; Masiakos, P.T.; Dinulescu, D.M.; Connolly, D.; Foster, R.; Dombkowski, D.; Preffer, F.; Maclaughlin, D.T.; Donahoe, P.K. Ovarian cancer side population defines cells with stem cell-like characteristics and Mullerian Inhibiting Substance responsiveness. *Proc. Natl. Acad. Sci. USA* **2006**, *103*, 11154–11159. [CrossRef] [PubMed]

66. Zhang, S.; Balch, C.; Chan, M.W.; Lai, H.C.; Matei, D.; Schilder, J.M.; Yan, P.S.; Huang, T.H.; Nephew, K.P. Identification and characterization of ovarian cancer-initiating cells from primary human tumors. *Cancer Res.* **2008**, *68*, 4311–4320. [CrossRef] [PubMed]

67. Lane, D.; Matte, I.; Rancourt, C.; Piche, A. Prognostic significance of IL-6 and IL-8 ascites levels in ovarian cancer patients. *BMC Cancer* **2011**, *11*, 210. [CrossRef] [PubMed]

68. Masoumi-Moghaddam, S.; Amini, A.; Wei, A.Q.; Robertson, G.; Morris, D.L. Intratumoral interleukin-6 predicts ascites formation in patients with epithelial ovarian cancer: A potential tool for close monitoring. *J. Ovarian Res.* **2015**, *8*, 58. [CrossRef] [PubMed]

69. Rath, K.S.; Funk, H.M.; Bowling, M.C.; Richards, W.E.; Drew, A.F. Expression of soluble interleukin-6 receptor in malignant ovarian tissue. *Am. J. Obstet. Gynecol.* **2010**, *203*, 230.e1–230.e8. [CrossRef] [PubMed]

70. Lo, C.W.; Chen, M.W.; Hsiao, M.; Wang, S.; Chen, C.A.; Hsiao, S.M.; Chang, J.S.; Lai, T.C.; Rose-John, S.; Kuo, M.L.; et al. IL-6 trans-signaling in formation and progression of malignant ascites in ovarian cancer. *Cancer Res.* **2011**, *71*, 424–434. [CrossRef] [PubMed]

71. Dalal, V.; Kumar, R.; Kumar, S.; Sharma, A.; Kumar, L.; Sharma, J.B.; Roy, K.K.; Singh, N.; Vanamail, P. Biomarker potential of IL-6 and VEGF-A in ascitic fluid of epithelial ovarian cancer patients. *Clin. Chim. Acta* **2018**, *482*, 27–32. [CrossRef] [PubMed]

72. Bapat, S.A.; Mali, A.M.; Koppikar, C.B.; Kurrey, N.K. Stem and progenitor-like cells contribute to the aggressive behavior of human epithelial ovarian cancer. *Cancer Res.* **2005**, *65*, 3025–3029. [CrossRef] [PubMed]

73. Wang, D.; Xiang, T.; Zhao, Z.; Lin, K.; Yin, P.; Jiang, L.; Liang, Z.; Zhu, B. Autocrine interleukin-23 promotes self-renewal of CD133+ ovarian cancer stem-like cells. *Oncotarget* **2016**, *7*, 76006–76020. [CrossRef] [PubMed]

74. Maccio, A.; Madeddu, C. Inflammation and ovarian cancer. *Cytokine* **2012**, *58*, 133–147. [CrossRef] [PubMed]

75. Agarwal, A.; Gupta, S.; Sharma, R.K. Role of oxidative stress in female reproduction. *Reprod. Biol. Endocrinol.* **2005**, *3*, 28. [CrossRef] [PubMed]

76. Shkolnik, K.; Tadmor, A.; Ben-Dor, S.; Nevo, N.; Galiani, D.; Dekel, N. Reactive oxygen species are indispensable in ovulation. *Proc. Natl. Acad. Sci. USA* **2011**, *108*, 1462–1467. [CrossRef] [PubMed]

77. Waris, G.; Ahsan, H. Reactive oxygen species: Role in the development of cancer and various chronic conditions. *J. Carcinog.* **2006**, *5*, 14. [CrossRef] [PubMed]

78. Liou, G.Y.; Storz, P. Reactive oxygen species in cancer. *Free Radic. Res.* **2010**, *44*, 479–496. [CrossRef] [PubMed]

Case 3:16-md-02738-MAS-RLS   Document 9891-2   Filed 05/29/19   Page 421 of 430 PageID: 70036

79. King, S.M.; Quartuccio, S.M.; Vanderhyden, B.C.; Burdette, J.E. Early transformative changes in normal ovarian surface epithelium induced by oxidative stress require Akt upregulation, DNA damage and epithelial-stromal interaction. *Carcinogenesis* **2013**, *34*, 1125–1133. [CrossRef] [PubMed]

80. Levanon, K.; Ng, V.; Piao, H.Y.; Zhang, Y.; Chang, M.C.; Roh, M.H.; Kindelberger, D.W.; Hirsch, M.S.; Crum, C.P.; Marto, J.A.; et al. Primary ex vivo cultures of human fallopian tube epithelium as a model for serous ovarian carcinogenesis. *Oncogene* **2010**, *29*, 1103–1113. [CrossRef] [PubMed]

81. Huang, H.S.; Chu, S.C.; Hsu, C.F.; Chen, P.C.; Ding, D.C.; Chang, M.Y.; Chu, T.Y. Mutagenic, surviving and tumorigenic effects of follicular fluid in the context of p53 loss: Initiation of fimbria carcinogenesis. *Carcinogenesis* **2015**, *36*, 1419–1428. [CrossRef] [PubMed]

82. Kalinina, E.V.; Chernov, N.N.; Saprin, A.N.; Kotova, Y.N.; Gavrilova, Y.A.; Chermnykh, N.S.; Shcherbak, N.P. Expression of genes for thioredoxin 1 and thioredoxin 2 in multidrug resistance ovarian carcinoma cells SKVLB. *Bull. Exp. Biol. Med.* **2007**, *144*, 301–303. [CrossRef] [PubMed]

83. Ohno, T.; Hirota, K.; Nakamura, H.; Masutani, H.; Sasada, T.; Yodoi, J. Thioredoxin and Its Involvement in the Redox Regulation of Transcription Factors, NF-κB and AP-1. In *Oxygen Homeostasis and Its Dynamics*; Springer: Tokyo, Japan, 1998; pp. 450–456.

84. Van der Wijst, M.G.; Huisman, C.; Mposhi, A.; Roelfes, G.; Rots, M.G. Targeting Nrf2 in healthy and malignant ovarian epithelial cells: Protection versus promotion. *Mol. Oncol.* **2015**, *9*, 1259–1273. [CrossRef] [PubMed]

85. Klotz, L.O.; Sanchez-Ramos, C.; Prieto-Arroyo, I.; Urbanek, P.; Steinbrenner, H.; Monsalve, M. Redox regulation of FoxO transcription factors. *Redox Biol* **2015**, *6*, 51–72. [CrossRef] [PubMed]

86. Ozdemir, F.; Altinisik, J.; Karateke, A.; Coksuer, H.; Buyru, N. Methylation of tumor suppressor genes in ovarian cancer. *Exp. Ther. Med.* **2012**, *4*, 1092–1096. [CrossRef] [PubMed]

87. Niwa, T.; Tsukamoto, T.; Toyoda, T.; Mori, A.; Tanaka, H.; Maekita, T.; Ichinose, M.; Tatematsu, M.; Ushijima, T. Inflammatory processes triggered by Helicobacter pylori infection cause aberrant DNA methylation in gastric epithelial cells. *Cancer Res.* **2010**, *70*, 1430–1440. [CrossRef] [PubMed]

88. Ding, N.; Bonham, E.M.; Hannon, B.E.; Amick, T.R.; Baylin, S.B.; O'Hagan, H.M. Mismatch repair proteins recruit DNA methyltransferase 1 to sites of oxidative DNA damage. *J. Mol. Cell. Biol.* **2016**, *8*, 244–254. [CrossRef] [PubMed]

89. Maiuri, A.R.; Peng, M.; Sriramkumar, S.; Kamplain, C.M.; DeStefano Shields, C.E.; Sears, C.L.; O'Hagan, H.M. Mismatch Repair Proteins Initiate Epigenetic Alterations during Inflammation-Driven Tumorigenesis. *Cancer Res.* **2017**, *77*, 3467–3478. [CrossRef] [PubMed]

90. Sapoznik, S.; Bahar-Shany, K.; Brand, H.; Pinto, Y.; Gabay, O.; Glick-Saar, E.; Dor, C.; Zadok, O.; Barshack, I.; Zundelevich, A.; et al. Activation-Induced Cytidine Deaminase Links Ovulation-Induced Inflammation and Serous Carcinogenesis. *Neoplasia* **2016**, *18*, 90–99. [CrossRef] [PubMed]

91. Gupta, M.; Babic, A.; Beck, A.H.; Terry, K. TNF-α expression, risk factors, and inflammatory exposures in ovarian cancer: Evidence for an inflammatory pathway of ovarian carcinogenesis? *Hum. Pathol.* **2016**, *54*, 82–91. [CrossRef] [PubMed]

92. Moradi, M.M.; Carson, L.F.; Weinberg, B.; Haney, A.F.; Twiggs, L.B.; Ramakrishnan, S. Serum and ascitic fluid levels of interleukin-1, interleukin-6, and tumor necrosis factor-α in patients with ovarian epithelial cancer. *Cancer* **1993**, *72*, 2433–2440. [CrossRef]

93. Szlosarek, P.W.; Grimshaw, M.J.; Kulbe, H.; Wilson, J.L.; Wilbanks, G.D.; Burke, F.; Balkwill, F.R. Expression and regulation of tumor necrosis factor alpha in normal and malignant ovarian epithelium. *Mol. Cancer Ther.* **2006**, *5*, 382–390. [CrossRef] [PubMed]

94. Kulbe, H.; Thompson, R.; Wilson, J.L.; Robinson, S.; Hagemann, T.; Fatah, R.; Gould, D.; Ayhan, A.; Balkwill, F. The inflammatory cytokine tumor necrosis factor-α generates an autocrine tumor-promoting network in epithelial ovarian cancer cells. *Cancer Res.* **2007**, *67*, 585–592. [CrossRef] [PubMed]

95. Charles, K.A.; Kulbe, H.; Soper, R.; Escorcio-Correia, M.; Lawrence, T.; Schultheis, A.; Chakravarty, P.; Thompson, R.G.; Kollias, G.; Smyth, J.F.; et al. The tumor-promoting actions of TNF-α involve TNFR1 and IL-17 in ovarian cancer in mice and humans. *J. Clin. Investig.* **2009**, *119*, 3011–3023. [CrossRef] [PubMed]

96. Berek, J.S.; Chung, C.; Kaldi, K.; Watson, J.M.; Knox, R.M.; Martinez-Maza, O. Serum interleukin-6 levels correlate with disease status in patients with epithelial ovarian cancer. *Am. J. Obstet. Gynecol.* **1991**, *164*, 1038–1042; discussion 1042–1033. [CrossRef]

97. Scambia, G.; Testa, U.; Benedetti Panici, P.; Foti, E.; Martucci, R.; Gadducci, A.; Perillo, A.; Facchini, V.; Peschle, C.; Mancuso, S. Prognostic significance of interleukin 6 serum levels in patients with ovarian cancer. *Br. J. Cancer* **1995**, *71*, 354. [CrossRef] [PubMed]

98. Alberti, C.; Pinciroli, P.; Valeri, B.; Ferri, R.; Ditto, A.; Umezawa, K.; Sensi, M.; Canevari, S.; Tomassetti, A. Ligand-dependent EGFR activation induces the co-expression of IL-6 and PAI-1 via the NFkB pathway in advanced-stage epithelial ovarian cancer. *Oncogene* **2012**, *31*, 4139–4149. [CrossRef] [PubMed]

99. Hagemann, T.; Robinson, S.C.; Thompson, R.G.; Charles, K.; Kulbe, H.; Balkwill, F.R. Ovarian cancer cell-derived migration inhibitory factor enhances tumor growth, progression, and angiogenesis. *Mol. Cancer Ther.* **2007**, *6*, 1993–2002. [CrossRef] [PubMed]

100. Oh, K.; Moon, H.G.; Lee, D.S.; Yoo, Y.B. Tissue transglutaminase-interleukin-6 axis facilitates peritoneal tumor spreading and metastasis of human ovarian cancer cells. *Lab. Anim. Res.* **2015**, *31*, 188–197. [CrossRef] [PubMed]

101. Wang, Y.; Li, L.; Guo, X.; Jin, X.; Sun, W.; Zhang, X.; Xu, R.C. Interleukin-6 signaling regulates anchorage-independent growth, proliferation, adhesion and invasion in human ovarian cancer cells. *Cytokine* **2012**, *59*, 228–236. [CrossRef] [PubMed]

102. Takaishi, K.; Komohara, Y.; Tashiro, H.; Ohtake, H.; Nakagawa, T.; Katabuchi, H.; Takeya, M. Involvement of M2-polarized macrophages in the ascites from advanced epithelial ovarian carcinoma in tumor progression via Stat3 activation. *Cancer Sci.* **2010**, *101*, 2128–2136. [CrossRef] [PubMed]

103. Maccio, A.; Lai, P.; Santona, M.C.; Pagliara, L.; Melis, G.B.; Mantovani, G. High serum levels of soluble IL-2 receptor, cytokines, and C reactive protein correlate with impairment of T cell response in patients with advanced epithelial ovarian cancer. *Gynecol. Oncol.* **1998**, *69*, 248–252. [CrossRef] [PubMed]

104. Rabinovich, A.; Medina, L.; Piura, B.; Segal, S.; Huleihel, M. Regulation of ovarian carcinoma SKOV-3 cell proliferation and secretion of MMPs by autocrine IL-6. *Anticancer Res.* **2007**, *27*, 267–272. [PubMed]

105. Runesson, E.; Bostrom, E.K.; Janson, P.O.; Brannstrom, M. The human preovulatory follicle is a source of the chemotactic cytokine interleukin-8. *Mol. Hum. Reprod* **1996**, *2*, 245–250. [CrossRef] [PubMed]

106. Brannstrom, M.; Mayrhofer, G.; Robertson, S.A. Localization of leukocyte subsets in the rat ovary during the periovulatory period. *Biol. Reprod.* **1993**, *48*, 277–286. [CrossRef] [PubMed]

107. Kassim, S.K.; El-Salahy, E.M.; Fayed, S.T.; Helal, S.A.; Helal, T.; Azzam Eel, D.; Khalifa, A. Vascular endothelial growth factor and interleukin-8 are associated with poor prognosis in epithelial ovarian cancer patients. *Clin. Biochem.* **2004**, *37*, 363–369. [CrossRef] [PubMed]

108. Ivarsson, K.; Runesson, E.; Sundfeldt, K.; Haeger, M.; Hedin, L.; Janson, P.O.; Brannstrom, M. The chemotactic cytokine interleukin-8—A cyst fluid marker for malignant epithelial ovarian cancer? *Gynecol. Oncol.* **1998**, *71*, 420–423. [CrossRef] [PubMed]

109. Radke, J.; Schmidt, D.; Bohme, M.; Schmidt, U.; Weise, W.; Morenz, J. Cytokine level in malignant ascites and peripheral blood of patients with advanced ovarian carcinoma. *Geburtshilfe Frauenheilkd.* **1996**, *56*, 83–87. [CrossRef] [PubMed]

110. Wang, Y.; Xu, R.C.; Zhang, X.L.; Niu, X.L.; Qu, Y.; Li, L.Z.; Meng, X.Y. Interleukin-8 secretion by ovarian cancer cells increases anchorage-independent growth, proliferation, angiogenic potential, adhesion and invasion. *Cytokine* **2012**, *59*, 145–155. [CrossRef] [PubMed]

111. Hirose, K.; Hakozaki, M.; Nyunoya, Y.; Kobayashi, Y.; Matsushita, K.; Takenouchi, T.; Mikata, A.; Mukaida, N.; Matsushima, K. Chemokine gene transfection into tumour cells reduced tumorigenicity in nude mice in association with neutrophilic infiltration. *Br. J. Cancer* **1995**, *72*, 708–714. [CrossRef] [PubMed]

112. Lee, L.F.; Hellendall, R.P.; Wang, Y.; Haskill, J.S.; Mukaida, N.; Matsushima, K.; Ting, J.P. IL-8 reduced tumorigenicity of human ovarian cancer in vivo due to neutrophil infiltration. *J. Immunol.* **2000**, *164*, 2769–2775. [CrossRef] [PubMed]

113. Tokumura, A.; Miyake, M.; Nishioka, Y.; Yamano, S.; Aono, T.; Fukuzawa, K. Production of lysophosphatidic acids by lysophospholipase D in human follicular fluids of In vitro fertilization patients. *Biol. Reprod.* **1999**, *61*, 195–199. [CrossRef] [PubMed]

114. Chen, S.U.; Chou, C.H.; Lee, H.; Ho, C.H.; Lin, C.W.; Yang, Y.S. Lysophosphatidic acid up-regulates expression of interleukin-8 and -6 in granulosa-lutein cells through its receptors and nuclear factor-κB dependent pathways: Implications for angiogenesis of corpus luteum and ovarian hyperstimulation syndrome. *J. Clin. Endocrinol. Metab.* **2008**, *93*, 935–943. [CrossRef] [PubMed]

115. Fang, X.; Gaudette, D.; Furui, T.; Mao, M.; Estrella, V.; Eder, A.; Pustilnik, T.; Sasagawa, T.; Lapushin, R.; Yu, S.; et al. Lysophospholipid growth factors in the initiation, progression, metastases, and management of ovarian cancer. *Ann. N. Y. Acad. Sci.* **2000**, *905*, 188–208. [CrossRef] [PubMed]

116. Xu, Y.; Shen, Z.; Wiper, D.W.; Wu, M.; Morton, R.E.; Elson, P.; Kennedy, A.W.; Belinson, J.; Markman, M.; Casey, G. Lysophosphatidic acid as a potential biomarker for ovarian and other gynecologic cancers. *JAMA* **1998**, *280*, 719–723. [CrossRef] [PubMed]

117. Xiao, Y.J.; Schwartz, B.; Washington, M.; Kennedy, A.; Webster, K.; Belinson, J.; Xu, Y. Electrospray ionization mass spectrometry analysis of lysophospholipids in human ascitic fluids: Comparison of the lysophospholipid contents in malignant vs nonmalignant ascitic fluids. *Anal. Biochem.* **2001**, *290*, 302–313. [CrossRef] [PubMed]

118. Mills, G.B.; Eder, A.; Fang, X.; Hasegawa, Y.; Mao, M.; Lu, Y.; Tanyi, J.; Tabassam, F.H.; Wiener, J.; Lapushin, R.; et al. Critical role of lysophospholipids in the pathophysiology, diagnosis, and management of ovarian cancer. *Cancer Treat. Res.* **2002**, *107*, 259–283. [PubMed]

119. Westermann, A.M.; Havik, E.; Postma, F.R.; Beijnen, J.H.; Dalesio, O.; Moolenaar, W.H.; Rodenhuis, S. Malignant effusions contain lysophosphatidic acid (LPA)-like activity. *Ann. Oncol.* **1998**, *9*, 437–442. [CrossRef] [PubMed]

120. Xu, Y.; Gaudette, D.C.; Boynton, J.D.; Frankel, A.; Fang, X.J.; Sharma, A.; Hurteau, J.; Casey, G.; Goodbody, A.; Mellors, A.; et al. Characterization of an ovarian cancer activating factor in ascites from ovarian cancer patients. *Clin. Cancer Res.* **1995**, *1*, 1223–1232. [PubMed]

121. Symowicz, J.; Adley, B.P.; Woo, M.M.; Auersperg, N.; Hudson, L.G.; Stack, M.S. Cyclooxygenase-2 functions as a downstream mediator of lysophosphatidic acid to promote aggressive behavior in ovarian carcinoma cells. *Cancer Res.* **2005**, *65*, 2234–2242. [CrossRef] [PubMed]

122. Fang, X.; Yu, S.; Bast, R.C.; Liu, S.; Xu, H.J.; Hu, S.X.; LaPushin, R.; Claret, F.X.; Aggarwal, B.B.; Lu, Y.; et al. Mechanisms for lysophosphatidic acid-induced cytokine production in ovarian cancer cells. *J. Biol. Chem.* **2004**, *279*, 9653–9661. [CrossRef] [PubMed]

123. Saunders, J.A.; Rogers, L.C.; Klomsiri, C.; Poole, L.B.; Daniel, L.W. Reactive oxygen species mediate lysophosphatidic acid induced signaling in ovarian cancer cells. *Free Radic. Biol. Med.* **2010**, *49*, 2058–2067. [CrossRef] [PubMed]

124. Lu, J.; Xiao Yj, Y.J.; Baudhuin, L.M.; Hong, G.; Xu, Y. Role of ether-linked lysophosphatidic acids in ovarian cancer cells. *J. Lipid Res.* **2002**, *43*, 463–476. [PubMed]

125. Ali-Fehmi, R.; Morris, R.T.; Bandyopadhyay, S.; Che, M.; Schimp, V.; Malone, J.M., Jr.; Munkarah, A.R. Expression of cyclooxygenase-2 in advanced stage ovarian serous carcinoma: Correlation with tumor cell proliferation, apoptosis, angiogenesis, and survival. *Am. J. Obstet. Gynecol.* **2005**, *192*, 819–825. [CrossRef] [PubMed]

126. Rask, K.; Zhu, Y.; Wang, W.; Hedin, L.; Sundfeldt, K. Ovarian epithelial cancer: A role for PGE2-synthesis and signalling in malignant transformation and progression. *Mol. Cancer* **2006**, *5*, 62. [CrossRef] [PubMed]

127. Heinonen, P.K.; Metsa-Ketela, T. Prostaglandin and thromboxane production in ovarian cancer tissue. *Gynecol. Obstet. Investig.* **1984**, *18*, 225–229. [CrossRef] [PubMed]

128. Obermajer, N.; Muthuswamy, R.; Odunsi, K.; Edwards, R.P.; Kalinski, P. PGE(2)-induced CXCL12 production and CXCR4 expression controls the accumulation of human MDSCs in ovarian cancer environment. *Cancer Res.* **2011**, *71*, 7463–7470. [CrossRef] [PubMed]

129. Daikoku, T.; Tranguch, S.; Trofimova, I.N.; Dinulescu, D.M.; Jacks, T.; Nikitin, A.Y.; Connolly, D.C.; Dey, S.K. Cyclooxygenase-1 is overexpressed in multiple genetically engineered mouse models of epithelial ovarian cancer. *Cancer Res.* **2006**, *66*, 2527–2531. [CrossRef] [PubMed]

130. Li, W.; Cai, J.H.; Zhang, J.; Tang, Y.X.; Wan, L. Effects of cyclooxygenase inhibitors in combination with taxol on expression of cyclin D1 and Ki-67 in a xenograft model of ovarian carcinoma. *Int. J. Mol. Sci.* **2012**, *13*, 9741–9753. [CrossRef] [PubMed]

131. Paweletz, N.; Knierim, M. Tumor-related angiogenesis. *Crit. Rev. Oncol. Hematol.* **1989**, *9*, 197–242. [CrossRef]

132. Potente, M.; Gerhardt, H.; Carmeliet, P. Basic and therapeutic aspects of angiogenesis. *Cell* **2011**, *146*, 873–887. [CrossRef] [PubMed]

133. Burke, B.; Giannoudis, A.; Corke, K.P.; Gill, D.; Wells, M.; Ziegler-Heitbrock, L.; Lewis, C.E. Hypoxia-induced gene expression in human macrophages: Implications for ischemic tissues and hypoxia-regulated gene therapy. *Am. J. Pathol.* **2003**, *163*, 1233–1243. [CrossRef]

134. Murdoch, C.; Muthana, M.; Lewis, C.E. Hypoxia regulates macrophage functions in inflammation. *J. Immunol.* 2005, *175*, 6257–6263. [CrossRef] [PubMed]

135. Ferrara, N.; Gerber, H.P.; LeCouter, J. The biology of VEGF and its receptors. *Nat. Med.* **2003**, *9*, 669–676. [CrossRef] [PubMed]

136. Wheeler-Jones, C.; Abu-Ghazaleh, R.; Cospedal, R.; Houliston, R.A.; Martin, J.; Zachary, I. Vascular endothelial growth factor stimulates prostacyclin production and activation of cytosolic phospholipase A2 in endothelial cells via p42/p44 mitogen-activated protein kinase. *FEBS Lett.* **1997**, *420*, 28–32. [CrossRef]

137. Gerber, H.P.; McMurtrey, A.; Kowalski, J.; Yan, M.; Keyt, B.A.; Dixit, V.; Ferrara, N. Vascular endothelial growth factor regulates endothelial cell survival through the phosphatidylinositol 3′-kinase/Akt signal transduction pathway. Requirement for Flk-1/KDR activation. *J. Biol. Chem.* **1998**, *273*, 30336–30343. [CrossRef] [PubMed]

138. Gerber, H.P.; Dixit, V.; Ferrara, N. Vascular endothelial growth factor induces expression of the antiapoptotic proteins Bcl-2 and A1 in vascular endothelial cells. *J. Biol. Chem.* **1998**, *273*, 13313–13316. [CrossRef] [PubMed]

139. Xiao, Z.; Liu, Q.; Mao, F.; Wu, J.; Lei, T. TNF-α-induced VEGF and MMP-9 expression promotes hemorrhagic transformation in pituitary adenomas. *Int. J. Mol. Sci.* **2011**, *12*, 4165–4179. [CrossRef] [PubMed]

140. Liang, Z.; Brooks, J.; Willard, M.; Liang, K.; Yoon, Y.; Kang, S.; Shim, H. CXCR4/CXCL12 axis promotes VEGF-mediated tumor angiogenesis through Akt signaling pathway. *Biochem. Biophys. Res. Commun.* **2007**, *359*, 716–722. [CrossRef] [PubMed]

141. Kryczek, I.; Lange, A.; Mottram, P.; Alvarez, X.; Cheng, P.; Hogan, M.; Moons, L.; Wei, S.; Zou, L.; Machelon, V.; et al. CXCL12 and vascular endothelial growth factor synergistically induce neoangiogenesis in human ovarian cancers. *Cancer Res.* 2005, *65*, 465–472. [PubMed]

142. Motro, B.; Itin, A.; Sachs, L.; Keshet, E. Pattern of interleukin 6 gene expression in vivo suggests a role for this cytokine in angiogenesis. *Proc. Natl. Acad. Sci. USA* 1990, *87*, 3092–3096. [CrossRef] [PubMed]

143. Nilsson, M.B.; Langley, R.R.; Fidler, I.J. Interleukin-6, secreted by human ovarian carcinoma cells, is a potent proangiogenic cytokine. *Cancer Res.* 2005, *65*, 10794–10800. [CrossRef] [PubMed]

144. Rose-John, S.; Scheller, J.; Elson, G.; Jones, S.A. Interleukin-6 biology is coordinated by membrane-bound and soluble receptors: Role in inflammation and cancer. *J. Leukocyte Biol.* 2006, *80*, 227–236. [CrossRef] [PubMed]

145. Hu, D.E.; Hori, Y.; Fan, T.P. Interleukin-8 stimulates angiogenesis in rats. *Inflammation* 1993, *17*, 135–143. [CrossRef] [PubMed]

146. Koch, A.E.; Polverini, P.J.; Kunkel, S.L.; Harlow, L.A.; DiPietro, L.A.; Elner, V.M.; Elner, S.G.; Strieter, R.M. Interleukin-8 as a macrophage-derived mediator of angiogenesis. *Science* 1992, *258*, 1798–1801. [CrossRef] [PubMed]

147. Stetler-Stevenson, W.G. Matrix metalloproteinases in angiogenesis: A moving target for therapeutic intervention. *J. Clin. Investig.* **1999**, *103*, 1237–1241. [CrossRef] [PubMed]

148. Lau, T.S.; Chan, L.K.; Wong, E.C.; Hui, C.W.; Sneddon, K.; Cheung, T.H.; Yim, S.F.; Lee, J.H.; Yeung, C.S.; Chung, T.K.; et al. A loop of cancer-stroma-cancer interaction promotes peritoneal metastasis of ovarian cancer via TNFα-TGFα-EGFR. *Oncogene* 2017, *36*, 3576–3587. [CrossRef] [PubMed]

149. Scotton, C.J.; Wilson, J.L.; Scott, K.; Stamp, G.; Wilbanks, G.D.; Fricker, S.; Bridger, G.; Balkwill, F.R. Multiple actions of the chemokine CXCL12 on epithelial tumor cells in human ovarian cancer. *Cancer Res.* 2002, *62*, 5930–5938. [PubMed]

150. Kulbe, H.; Hagemann, T.; Szlosarek, P.W.; Balkwill, F.R.; Wilson, J.L. The inflammatory cytokine tumor necrosis factor-α regulates chemokine receptor expression on ovarian cancer cells. *Cancer Res.* 2005, *65*, 10355–10362. [CrossRef] [PubMed]

151. Kim, S.; Gwak, H.; Kim, H.S.; Kim, B.; Dhanasekaran, D.N.; Song, Y.S. Malignant ascites enhances migratory and invasive properties of ovarian cancer cells with membrane bound IL-6R in vitro. *Oncotarget* 2016, *7*, 83148–83159. [CrossRef] [PubMed]

152. Wang, Y.; Niu, X.L.; Qu, Y.; Wu, J.; Zhu, Y.Q.; Sun, W.J.; Li, L.Z. Autocrine production of interleukin-6 confers cisplatin and paclitaxel resistance in ovarian cancer cells. *Cancer Lett.* 2010, *295*, 110–123. [CrossRef] [PubMed]

153. Yung, M.M.; Tang, H.W.; Cai, P.C.; Leung, T.H.; Ngu, S.F.; Chan, K.K.; Xu, D.; Yang, H.; Ngan, H.Y.; Chan, D.W. GRO-α and IL-8 enhance ovarian cancer metastatic potential via the CXCR2-mediated TAK1/NFκB signaling cascade. *Theranostics* **2018**, *8*, 1270–1285. [CrossRef] [PubMed]

154. Cuello, M.; Ettenberg, S.A.; Nau, M.M.; Lipkowitz, S. Synergistic induction of apoptosis by the combination of trail and chemotherapy in chemoresistant ovarian cancer cells. *Gynecol. Oncol.* **2001**, *81*, 380–390. [CrossRef] [PubMed]

155. Song, Y.; Wu, J.; Oyesanya, R.A.; Lee, Z.; Mukherjee, A.; Fang, X. Sp-1 and c-Myc mediate lysophosphatidic acid-induced expression of vascular endothelial growth factor in ovarian cancer cells via a hypoxia-inducible factor-1-independent mechanism. *Clin. Cancer Res.* **2009**, *15*, 492–501. [CrossRef] [PubMed]

156. Pustilnik, T.B.; Estrella, V.; Wiener, J.R.; Mao, M.; Eder, A.; Watt, M.A.; Bast, R.C., Jr.; Mills, G.B. Lysophosphatidic acid induces urokinase secretion by ovarian cancer cells. *Clin. Cancer Res.* **1999**, *5*, 3704–3710. [PubMed]

157. Duffy, M.J. Proteases as prognostic markers in cancer. *Clin. Cancer Res.* **1996**, *2*, 613–618. [PubMed]

158. Masferrer, J.L.; Leahy, K.M.; Koki, A.T.; Zweifel, B.S.; Settle, S.L.; Woerner, B.M.; Edwards, D.A.; Flickinger, A.G.; Moore, R.J.; Seibert, K. Antiangiogenic and antitumor activities of cyclooxygenase-2 inhibitors. *Cancer Res.* **2000**, *60*, 1306–1311. [PubMed]

159. Liu, X.H.; Yao, S.; Kirschenbaum, A.; Levine, A.C. NS398, a selective cyclooxygenase-2 inhibitor, induces apoptosis and down-regulates bcl-2 expression in LNCaP cells. *Cancer Res.* **1998**, *58*, 4245–4249. [PubMed]

160. Yeung, T.L.; Leung, C.S.; Wong, K.K.; Samimi, G.; Thompson, M.S.; Liu, J.; Zaid, T.M.; Ghosh, S.; Birrer, M.J.; Mok, S.C. TGF-beta modulates ovarian cancer invasion by upregulating CAF-derived versican in the tumor microenvironment. *Cancer Res.* **2013**, *73*, 5016–5028. [CrossRef] [PubMed]

161. Frankel, A.; Mills, G.B. Peptide and lipid growth factors decrease cis-diamminedichloroplatinum-induced cell death in human ovarian cancer cells. *Clin. Cancer Res.* **1996**, *2*, 1307–1313. [PubMed]

162. Gao, Y.; Shan, N.; Zhao, C.; Wang, Y.; Xu, F.; Li, J.; Yu, X.; Gao, L.; Yi, Z. LY2109761 enhances cisplatin antitumor activity in ovarian cancer cells. *Int J. Clin. Exp. Pathol.* **2015**, *8*, 4923–4932. [PubMed]

163. Hu, Y.L.; Tee, M.K.; Goetzl, E.J.; Auersperg, N.; Mills, G.B.; Ferrara, N.; Jaffe, R.B. Lysophosphatidic acid induction of vascular endothelial growth factor expression in human ovarian cancer cells. *J. Natl. Cancer Inst.* **2001**, *93*, 762–768. [CrossRef] [PubMed]

164. Forsythe, J.A.; Jiang, B.H.; Iyer, N.V.; Agani, F.; Leung, S.W.; Koos, R.D.; Semenza, G.L. Activation of vascular endothelial growth factor gene transcription by hypoxia-inducible factor 1. *Mol. Cell. Biol.* **1996**, *16*, 4604–4613. [CrossRef] [PubMed]

165. Tan, D.S.; Agarwal, R.; Kaye, S.B. Mechanisms of transcoelomic metastasis in ovarian cancer. *Lancet Oncol.* **2006**, *7*, 925–934. [CrossRef]

166. Fidler, I.J. The pathogenesis of cancer metastasis: The 'seed and soil' hypothesis revisited. *Nat. Rev. Cancer* **2003**, *3*, 453–458. [CrossRef] [PubMed]

167. Gupta, G.P.; Massague, J. Cancer metastasis: Building a framework. *Cell* **2006**, *127*, 679–695. [CrossRef] [PubMed]

168. Talmadge, J.E.; Fidler, I.J. AACR centennial series: The biology of cancer metastasis: Historical perspective. *Cancer Res.* **2010**, *70*, 5649–5669. [CrossRef] [PubMed]

169. Yang-Hartwich, Y.; Gurrea-Soteras, M.; Sumi, N.; Joo, W.D.; Holmberg, J.C.; Craveiro, V.; Alvero, A.B.; Mor, G. Ovulation and extra-ovarian origin of ovarian cancer. *Sci. Rep.* **2014**, *4*, 6116. [CrossRef] [PubMed]

170. Russo, A.; Czarnecki, A.A.; Dean, M.; Modi, D.A.; Lantvit, D.D.; Hardy, L.; Baligod, S.; Davis, D.A.; Wei, J.J.; Burdette, J.E. PTEN loss in the fallopian tube induces hyperplasia and ovarian tumor formation. *Oncogene* **2018**, *37*, 1976–1990. [CrossRef] [PubMed]

171. Cain, R.J.; Ridley, A.J. Phosphoinositide 3-kinases in cell migration. *Biol. Cell* **2009**, *101*, 13–29. [CrossRef] [PubMed]

172. Raftopoulou, M.; Hall, A. Cell migration: Rho GTPases lead the way. *Dev. Biol.* **2004**, *265*, 23–32. [CrossRef] [PubMed]

173. Devreotes, P.; Horwitz, A.R. Signaling networks that regulate cell migration. *Cold Spring Harb Perspect. Biol.* **2015**, *7*, a005959. [CrossRef] [PubMed]

174. Robinson-Smith, T.M.; Isaacsohn, I.; Mercer, C.A.; Zhou, M.; Van Rooijen, N.; Husseinzadeh, N.; McFarland-Mancini, M.M.; Drew, A.F. Macrophages mediate inflammation-enhanced metastasis of ovarian tumors in mice. *Cancer Res.* **2007**, *67*, 5708–5716. [CrossRef] [PubMed]

175. Wilkosz, S.; Ireland, G.; Khwaja, N.; Walker, M.; Butt, R.; de Giorgio-Miller, A.; Herrick, S.E. A comparative study of the structure of human and murine greater omentum. *Anat. Embryol.* **2005**, *209*, 251–261. [CrossRef] [PubMed]

176. Tang, J.; Pulliam, N.; Ozes, A.; Buechlein, A.; Ding, N.; Keer, H.; Rusch, D.; O'Hagan, H.; Stack, M.S.; Nephew, K.P. Epigenetic Targeting of Adipocytes Inhibits High-Grade Serous Ovarian Cancer Cell Migration and Invasion. *Mol. Cancer Res.* **2018**. [CrossRef] [PubMed]

177. Meza-Perez, S.; Randall, T.D. Immunological Functions of the Omentum. *Trends Immunol.* **2017**, *38*, 526–536. [CrossRef] [PubMed]

178. Gerber, S.A.; Rybalko, V.Y.; Bigelow, C.E.; Lugade, A.A.; Foster, T.H.; Frelinger, J.G.; Lord, E.M. Preferential attachment of peritoneal tumor metastases to omental immune aggregates and possible role of a unique vascular microenvironment in metastatic survival and growth. *Am. J. Pathol.* **2006**, *169*, 1739–1752. [CrossRef] [PubMed]

179. Clark, R.; Krishnan, V.; Schoof, M.; Rodriguez, I.; Theriault, B.; Chekmareva, M.; Rinker-Schaeffer, C. Milky spots promote ovarian cancer metastatic colonization of peritoneal adipose in experimental models. *Am. J. Pathol.* **2013**, *183*, 576–591. [CrossRef] [PubMed]

180. Szatrowski, T.P.; Nathan, C.F. Production of large amounts of hydrogen peroxide by human tumor cells. *Cancer Res.* **1991**, *51*, 794–798. [PubMed]

181. Wang, Y.; Ma, J.; Shen, H.; Wang, C.; Sun, Y.; Howell, S.B.; Lin, X. Reactive oxygen species promote ovarian cancer progression via the HIF-1$\alpha$/LOX/E-cadherin pathway. *Oncol. Rep.* **2014**, *32*, 2150–2158. [PubMed]

182. Kundu, N.; Zhang, S.; Fulton, A.M. Sublethal oxidative stress inhibits tumor cell adhesion and enhances experimental metastasis of murine mammary carcinoma. *Clin. Exp. Metast.* **1995**, *13*, 16–22. [CrossRef]

183. Haskill, S.; Becker, S.; Fowler, W.; Walton, L. Mononuclear-cell infiltration in ovarian cancer. I. Inflammatory-cell infiltrates from tumour and ascites material. *Br. J. Cancer* **1982**, *45*, 728–736. [CrossRef] [PubMed]

184. Wang, J.M.; Griffin, J.D.; Rambaldi, A.; Chen, Z.G.; Mantovani, A. Induction of monocyte migration by recombinant macrophage colony-stimulating factor. *J. Immunol.* **1988**, *141*, 575–579. [PubMed]

185. Ramakrishnan, S.; Xu, F.J.; Brandt, S.J.; Niedel, J.E.; Bast, R.C., Jr.; Brown, E.L. Constitutive production of macrophage colony-stimulating factor by human ovarian and breast cancer cell lines. *J. Clin. Investig.* **1989**, *83*, 921–926. [CrossRef] [PubMed]

186. Plante, M.; Rubin, S.C.; Wong, G.Y.; Federici, M.G.; Finstad, C.L.; Gastl, G.A. Interleukin-6 level in serum and ascites as a prognostic factor in patients with epithelial ovarian cancer. *Cancer* **1994**, *73*, 1882–1888. [CrossRef]

187. Scambia, G.; Testa, U.; Panici, P.B.; Martucci, R.; Foti, E.; Petrini, M.; Amoroso, M.; Masciullo, V.; Peschle, C.; Mancuso, S. Interleukin-6 serum levels in patients with gynecological tumors. *Int. J. Cancer* **1994**, *57*, 318–323. [CrossRef] [PubMed]

188. Tempfer, C.; Zeisler, H.; Sliutz, G.; Haeusler, G.; Hanzal, E.; Kainz, C. Serum evaluation of interleukin 6 in ovarian cancer patients. *Gynecol. Oncol.* **1997**, *66*, 27–30. [CrossRef] [PubMed]

189. Isobe, A.; Sawada, K.; Kinose, Y.; Ohyagi-Hara, C.; Nakatsuka, E.; Makino, H.; Ogura, T.; Mizuno, T.; Suzuki, N.; Morii, E.; et al. Interleukin 6 receptor is an independent prognostic factor and a potential therapeutic target of ovarian cancer. *PLoS ONE* **2015**, *10*, e0118080. [CrossRef] [PubMed]

190. Fishman, D.A.; Liu, Y.; Ellerbroek, S.M.; Stack, M.S. Lysophosphatidic acid promotes matrix metalloproteinase (MMP) activation and MMP-dependent invasion in ovarian cancer cells. *Cancer Res.* **2001**, *61*, 3194–3199. [PubMed]

191. Reiser, C.O.; Lanz, T.; Hofmann, F.; Hofer, G.; Rupprecht, H.D.; Goppelt-Struebe, M. Lysophosphatidic acid-mediated signal-transduction pathways involved in the induction of the early-response genes prostaglandin G/H synthase-2 and Egr-1: A critical role for the mitogen-activated protein kinase p38 and for Rho proteins. *Biochem. J.* **1998**, *330 (Pt 3)*, 1107–1114. [CrossRef] [PubMed]

192. Moolenaar, W.H.; Kruijer, W.; Tilly, B.C.; Verlaan, I.; Bierman, A.J.; de Laat, S.W. Growth factor-like action of phosphatidic acid. *Nature* **1986**, *323*, 171–173. [CrossRef] [PubMed]

193. Schwartz, B.M.; Hong, G.; Morrison, B.H.; Wu, W.; Baudhuin, L.M.; Xiao, Y.J.; Mok, S.C.; Xu, Y. Lysophospholipids increase interleukin-8 expression in ovarian cancer cells. *Gynecol. Oncol.* **2001**, *81*, 291–300. [CrossRef] [PubMed]

*Cancers* **2018**, *10*, 251

194. Yu, X.; Zhang, Y.; Chen, H. LPA receptor 1 mediates LPA-induced ovarian cancer metastasis: An in vitro and in vivo study. *BMC Cancer* **2016**, *16*, 846. [CrossRef] [PubMed]

195. Loizzi, V.; Del Vecchio, V.; Gargano, G.; De Liso, M.; Kardashi, A.; Naglieri, E.; Resta, L.; Cicinelli, E.; Cormio, G. Biological Pathways Involved in Tumor Angiogenesis and Bevacizumab Based Anti-Angiogenic Therapy with Special References to Ovarian Cancer. *Int. J. Mol. Sci.* **2017**, *18*, 1967. [CrossRef] [PubMed]

196. Le Page, C.; Puiffe, M.L.; Meunier, L.; Zietarska, M.; de Ladurantaye, M.; Tonin, P.N.; Provencher, D.; Mes-Masson, A.M. BMP-2 signaling in ovarian cancer and its association with poor prognosis. *J. Ovarian Res.* **2009**, *2*, 4. [CrossRef] [PubMed]

197. Ozols, R.F. Treatment goals in ovarian cancer. *Int. J. Gynecol. Cancer* **2005**, *15* (Suppl. 1), 3–11. [CrossRef] [PubMed]

198. Koti, M.; Siu, A.; Clement, I; Bidarimath, M.; Turashvili, G.; Edwards, A.; Rahimi, K.; Mes-Masson, A.M.; Squire, J.A. A distinct pre-existing inflammatory tumour microenvironment is associated with chemotherapy resistance in high-grade serous epithelial ovarian cancer. *Br. J. Cancer* **2015**, *112*, 1215–1222. [CrossRef] [PubMed]

199. Stewart, D.J. Mechanisms of resistance to cisplatin and carboplatin. *Crit Rev. Oncol Hematol* **2007**, *63*, 12–31. [CrossRef] [PubMed]

200. Damiano, J.S.; Cress, A.E.; Hazlehurst, L.A.; Shtil, A.A.; Dalton, W.S. Cell adhesion mediated drug resistance (CAM-DR): Role of integrins and resistance to apoptosis in human myeloma cell lines. *Blood* **1999**, *93*, 1658–1667. [PubMed]

201. Meads, M.B.; Hazlehurst, L.A.; Dalton, W.S. The bone marrow microenvironment as a tumor sanctuary and contributor to drug resistance. *Clin. Cancer Res.* **2008**, *14*, 2519–2526. [CrossRef] [PubMed]

202. Catlett-Falcone, R.; Landowski, T.H.; Oshiro, M.M.; Turkson, J.; Levitzki, A.; Savino, R.; Ciliberto, G.; Moscinski, L.; Fernandez-Luna, J.L.; Nunez, G.; et al. Constitutive activation of Stat3 signaling confers resistance to apoptosis in human U266 myeloma cells. *Immunity* **1999**, *10*, 105–115. [CrossRef]

203. Frassanito, M.A.; Cusmai, A.; Iodice, G.; Dammacco, F. Autocrine interleukin-6 production and highly malignant multiple myeloma: Relation with resistance to drug-induced apoptosis. *Blood* **2001**, *97*, 483–489. [CrossRef] [PubMed]

204. Meads, M.B.; Gatenby, R.A.; Dalton, W.S. Environment-mediated drug resistance: A major contributor to minimal residual disease. *Nat. Rev. Cancer* **2009**, *9*, 665–674. [CrossRef] [PubMed]

205. Cohen, S.; Mehrabi, S.; Yao, X.; Millingen, S.; Aikhionbare, F.O. Reactive Oxygen Species and Serous Epithelial Ovarian Adenocarcinoma. *Cancer Res. J.* **2016**, *4*, 106–114. [CrossRef] [PubMed]

206. St-Pierre, J.; Drori, S.; Uldry, M.; Silvaggi, J.M.; Rhee, J.; Jager, S.; Handschin, C.; Zheng, K.; Lin, J.; Yang, W.; et al. Suppression of reactive oxygen species and neurodegeneration by the PGC-1 transcriptional coactivators. *Cell* **2006**, *127*, 397–408. [CrossRef] [PubMed]

207. Kim, B.; Jung, J.W.; Jung, J.; Han, Y.; Suh, D.H.; Kim, H.S.; Dhanasekaran, D.N.; Song, Y.S. PGC1α induced by reactive oxygen species contributes to chemoresistance of ovarian cancer cells. *Oncotarget* **2017**, *8*, 60299–60311. [PubMed]

208. Duan, Z.; Feller, A.J.; Penson, R.T.; Chabner, B.A.; Seiden, M.V. Discovery of differentially expressed genes associated with paclitaxel resistance using cDNA array technology: Analysis of interleukin (IL) 6, IL-8, and monocyte chemotactic protein 1 in the paclitaxel-resistant phenotype. *Clin. Cancer Res.* **1999**, *5*, 3445–3453. [PubMed]

209. Duan, Z.; Foster, R.; Bell, D.A.; Mahoney, J.; Wolak, K.; Vaidya, A.; Hampel, C.; Lee, H.; Seiden, M.V. Signal transducers and activators of transcription 3 pathway activation in drug-resistant ovarian cancer. *Clin. Cancer Res.* **2006**, *12*, 5055–5063. [CrossRef] [PubMed]

210. Abdollahi, T.; Robertson, N.M.; Abdollahi, A.; Litwack, G. Identification of interleukin 8 as an inhibitor of tumor necrosis factor-related apoptosis-inducing ligand-induced apoptosis in the ovarian carcinoma cell line OVCAR3. *Cancer Res.* **2003**, *63*, 4521–4526. [PubMed]

211. Wiley, S.R.; Schooley, K.; Smolak, P.J.; Din, W.S.; Huang, C.P.; Nicholl, J.K.; Sutherland, G.R.; Smith, T.D.; Rauch, C.; Smith, C.A.; et al. Identification and characterization of a new member of the TNF family that induces apoptosis. *Immunity* **1995**, *3*, 673–682. [CrossRef]

212. Walczak, H.; Miller, R.E.; Ariail, K.; Gliniak, B.; Griffith, T.S.; Kubin, M.; Chin, W.; Jones, J.; Woodward, A.; Le, T.; et al. Tumoricidal activity of tumor necrosis factor-related apoptosis-inducing ligand in vivo. *Nat. Med.* **1999**, *5*, 157–163. [CrossRef] [PubMed]

213. Bristow, R.E.; Baldwin, R.L.; Yamada, S.D.; Korc, M.; Karlan, B.Y. Altered expression of transforming growth factor-beta ligands and receptors in primary and recurrent ovarian carcinoma. *Cancer* **1999**, *85*, 658–668. [CrossRef]

214. Li, M.; Balch, C.; Montgomery, J.S.; Jeong, M.; Chung, J.H.; Yan, P.; Huang, T.H.; Kim, S.; Nephew, K.P. Integrated analysis of DNA methylation and gene expression reveals specific signaling pathways associated with platinum resistance in ovarian cancer. *BMC Med. Genom.* **2009**, *2*, 34. [CrossRef] [PubMed]

215. Psyrri, A.; Kassar, M.; Yu, Z.; Bamias, A.; Weinberger, P.M.; Markakis, S.; Kowalski, D.; Camp, R.L.; Rimm, D.L.; Dimopoulos, M.A. Effect of epidermal growth factor receptor expression level on survival in patients with epithelial ovarian cancer. *Clin. Cancer Res.* **2005**, *11*, 8637–8643. [CrossRef] [PubMed]

216. Crew, A.J.; Langdon, S.P.; Miller, E.P.; Miller, W.R. Mitogenic effects of epidermal growth factor and transforming growth factor-α on EGF-receptor positive human ovarian carcinoma cell lines. *Eur. J. Cancer* **1992**, *28*, 337–341. [CrossRef]

217. Ferrandina, G.; Ranelletti, F.O.; Martinelli, E.; Paglia, A.; Zannoni, G.F.; Scambia, G. Cyclo-oxygenase-2 (Cox-2) expression and resistance to platinum versus platinum/paclitaxel containing chemotherapy in advanced ovarian cancer. *BMC Cancer* **2006**, *6*, 182. [CrossRef] [PubMed]

218. Ferrandina, G.; Lauriola, L.; Zannoni, G.F.; Fagotti, A.; Fanfani, F.; Legge, F.; Maggiano, N.; Gessi, M.; Mancuso, S.; Ranelletti, F.O.; et al. Increased cyclooxygenase-2 (COX-2) expression is associated with chemotherapy resistance and outcome in ovarian cancer patients. *Ann. Oncol.* **2002**, *13*, 1205–1211. [CrossRef] [PubMed]

219. Kim, A.; Ueda, Y.; Naka, T.; Enomoto, T. Therapeutic strategies in epithelial ovarian cancer. *J. Exp. Clin. Cancer Res.* **2012**, *31*, 14. [CrossRef] [PubMed]

220. Ellis, L.M.; Hicklin, D.J. VEGF-targeted therapy: Mechanisms of anti-tumour activity. *Nat. Rev. Cancer* **2008**, *8*, 579–591. [CrossRef] [PubMed]

221. Aghajanian, C.; Blank, S.V.; Goff, B.A.; Judson, P.L.; Teneriello, M.G.; Husain, A.; Sovak, M.A.; Yi, J.; Nycum, L.R. OCEANS: A randomized, double-blind, placebo-controlled phase III trial of chemotherapy with or without bevacizumab in patients with platinum-sensitive recurrent epithelial ovarian, primary peritoneal, or fallopian tube cancer. *J. Clin. Oncol.* **2012**, *30*, 2039–2045. [CrossRef] [PubMed]

222. Burger, R.A.; Brady, M.F.; Bookman, M.A.; Fleming, G.F.; Monk, B.J.; Huang, H.; Mannel, R.S.; Homesley, H.D.; Fowler, J.; Greer, B.E.; et al. Incorporation of bevacizumab in the primary treatment of ovarian cancer. *N. Engl. J. Med.* **2011**, *365*, 2473–2483. [CrossRef] [PubMed]

223. Perren, T.J.; Swart, A.M.; Pfisterer, J.; Ledermann, J.A.; Pujade-Lauraine, E.; Kristensen, G.; Carey, M.S.; Beale, P.; Cervantes, A.; Kurzeder, C.; et al. A phase 3 trial of bevacizumab in ovarian cancer. *N. Engl. J. Med.* **2011**, *365*, 2484–2496. [CrossRef] [PubMed]

224. Brown, E.R.; Charles, K.A.; Hoare, S.A.; Rye, R.L.; Jodrell, D.I.; Aird, R.E.; Vora, R.; Prabhakar, U.; Nakada, M.; Corringham, R.E.; et al. A clinical study assessing the tolerability and biological effects of infliximab, a TNF-α inhibitor, in patients with advanced cancer. *Ann. Oncol.* **2008**, *19*, 1340–1346. [CrossRef] [PubMed]

225. Guo, Y.; Nemeth, J.; O'Brien, C.; Susa, M.; Liu, X.; Zhang, Z.; Choy, E.; Mankin, H.; Hornicek, F.; Duan, Z. Effects of siltuximab on the IL-6-induced signaling pathway in ovarian cancer. *Clin. Cancer Res.* **2010**, *16*, 5759–5769. [CrossRef] [PubMed]

226. Xu, S.; Grande, F.; Garofalo, A.; Neamati, N. Discovery of a novel orally active small-molecule gp130 inhibitor for the treatment of ovarian cancer. *Mol. Cancer Ther.* **2013**, *12*, 937–949. [CrossRef] [PubMed]

227. Dijkgraaf, E.M.; Santegoets, S.J.; Reyners, A.K.; Goedemans, R.; Wouters, M.C.; Kenter, G.G.; van Erkel, A.R.; van Poelgeest, M.I.; Nijman, H.W.; van der Hoeven, J.J.; et al. A phase I trial combining carboplatin/doxorubicin with tocilizumab, an anti-IL-6R monoclonal antibody, and interferon-α2b in patients with recurrent epithelial ovarian cancer. *Ann. Oncol.* **2015**, *26*, 2141–2149. [CrossRef] [PubMed]

228. Bhola, N.E.; Balko, J.M.; Dugger, T.C.; Kuba, M.G.; Sanchez, V.; Sanders, M.; Stanford, J.; Cook, R.S.; Arteaga, C.L. TGF-beta inhibition enhances chemotherapy action against triple-negative breast cancer. *J. Clin. Investig.* **2013**, *123*, 1348–1358. [CrossRef] [PubMed]

229. Alsina-Sanchis, E.; Figueras, A.; Lahiguera, A.; Gil-Martin, M.; Pardo, B.; Piulats, J.M.; Marti, L.; Ponce, J.; Matias-Guiu, X.; Vidal, A.; et al. TGFbeta Controls Ovarian Cancer Cell Proliferation. *Int. J. Mol. Sci.* **2017**, *18*, 1658. [CrossRef] [PubMed]

230. Secord, A.A.; Blessing, J.A.; Armstrong, D.K.; Rodgers, W.H.; Miner, Z.; Barnes, M.N.; Lewandowski, G.; Mannel, R.S.; Gynecologic Oncology, G. Phase II trial of cetuximab and carboplatin in relapsed platinum-sensitive ovarian cancer and evaluation of epidermal growth factor receptor expression: A Gynecologic Oncology Group study. *Gynecol. Oncol.* **2008**, *108*, 493–499. [CrossRef] [PubMed]

231. Chekerov, R.; Klare, P.; Krabisch, P.; Potenberg, J.; Heinrich, G.; Mueller, L.; Kurbacher, C.M.; Grischke, E.-M.; Braicu, E.I.; Wimberger, P.; et al. Panitumumab in platinum-sensitive epithelial ovarian cancer patients with KRAS wild-type: The PROVE-study, a phase II randomized multicenter study of the North-Eastern German Society of Gynaecologic Oncology. *J. Clin. Oncol.* **2017**, *35* (Suppl. 1), 5558.



© 2018 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (http://creativecommons.org/licenses/by/4.0/).