# Exhibit 32

DOI:10.1093/jnci/dju208
First published online September 11, 2014

©The Author 2014. Published by Oxford University Press. All rights reserved.
For Permissions, please e-mail: journals.permissions@oup.com.

ARTICLE

# Perineal Powder Use and Risk of Ovarian Cancer

Serena C. Houghton, Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, Susan R. Sturgeon

Manuscript received October 31, 2013; revised May 21, 2014; accepted June 5, 2014.

**Correspondence to:** Susan R. Sturgeon, DrPH, MPH, University of Massachusetts Amherst, 715 North Pleasant Street, Arnold House 407, Amherst, MA 01003 (e-mail: ssturgeon@schoolph.umass.edu).

| | |
|---|---|
| **Background** | Case-control studies have reported an increased risk of ovarian cancer among talc users; however, the only cohort study to date found no association except for an increase in serous invasive ovarian cancers. The purpose of this analysis was to assess perineal powder use and risk of ovarian cancer prospectively in the Women's Health Initiative Observational Study cohort. |
| **Methods** | Perineal powder use was assessed at baseline by self-report regarding application to genitals, sanitary napkins, or diaphragms and duration of use. The primary outcome was self-reported ovarian cancer centrally adjudicated by physicians. Cox proportional hazard regression was used to estimate risk, adjusting for covariates, including person-time until diagnosis of ovarian cancer (n = 429), death, loss to follow-up, or September 17, 2012. All statistical tests were two-sided. |
| **Results** | Among 61 576 postmenopausal women, followed for a mean of 12.4 years without a history of cancer or bilateral oophorectomy, 52.6% reported ever using perineal powder. Ever use of perineal powder (hazard ratio [HR]$_{adj}$ = 1.06, 95% confidence interval [CI] = 0.87 to 1.28) was not associated with risk of ovarian cancer compared with never use. Individually, ever use of powder on the genitals (HR$_{adj}$ = 1.12, 95% CI = 0.92 to 1.36), sanitary napkins (HR$_{adj}$ = 0.95, 95% CI = 0.76 to 1.20), or diaphragms (HR$_{adj}$ = 0.92, 95% CI = 0.68 to 1.23) was not associated with risk of ovarian cancer compared with never use, nor were there associations with increasing durations of use. Estimates did not differ when stratified by age or tubal ligation status. |
| **Conclusion** | Based on our results, perineal powder use does not appear to influence ovarian cancer risk. |

JNCI J Natl Cancer Inst (2014) 106(9): dju208 doi:10.1093/jnci/dju208

In 2013, it is estimated that there will be 22 240 new cases of ovarian cancer and 14 030 ovarian cancer deaths in the United States (US) alone (1). Since the 1960s, there has been speculation that the use of perineal powder is associated with ovarian cancer. In 2006, the International Agency for Research on Cancer (IARC) reviewed studies examining perineal powder use and ovarian cancer and classified talc as a possible carcinogen (2,3). The proportion of US women ever using talc powder on the perineum was estimated in 2001 to be approximately 40% (4), whereas 52% reported ever use of perineal powder in 1993–1998 within the Women's Health Initiative (WHI) (5).

The primary proposed mechanism linking perineal powder use to ovarian cancer is an inflammatory response (6). Talc particulates from perineal application have been shown to migrate to the ovaries (6), disrupting the surface ovarian epithelial tissue leading to entrapment of the talc particles within inclusion cysts (7). Furthermore, tubal ligation and/or hysterectomy, which would eliminate the pathway of talc particulates to the ovaries, are associated with reduced ovarian cancer risk (6).

A meta-analysis examining the risk of ovarian cancer among ever perineal powder users vs non-users showed odds ratios (ORs) of 1.40 (95% confidence interval [CI] = 1.29 to 1.52) for population-based case-control, 1.12 (95% CI = 0.92 to 1.36) for hospital based case-control, and 1.35 (95% CI = 1.26 to 1.46) for all case-control studies (2). More recently, a large pooled analysis found that ever use of perineal powder increased epithelial ovarian cancer risk by 24% compared with non-use (OR = 1.24, 95% CI = 1.15 to 1.33) (8). Increased risk was associated with invasive serous, endometrioid, clear cell, and borderline serous subtypes of epithelial ovarian cancer (8). However, when looking at the lifetime number of applications of perineal powder, there was no statistically significant trend for increasing applications, attributed to difficulty in recalling details of frequency and duration of perineal powder use (8).

To date there has only been one prospective study conducted examining perineal powder use and risk of ovarian cancer (9). In the Nurses' Health Study (NHS) cohort, no overall association was found between ever use of perineal powder and epithelial ovarian cancer (relative risk [RR] = 1.09, 95% CI = 0.86 to 1.37) or serous ovarian cancers (RR = 1.26, 95% CI = 0.94 to 1.69) (9). However, there was a 40% (95% CI = 1.02 to 1.91) increase in risk for serous

Case 3:16-md-02738-MAS-RLS   Document 9896   Filed 05/30/19   Page 3 of 19 PageID: 73006

invasive ovarian cancer with ever perineal powder use, which comprises 86% of serous ovarian cancers in this cohort (9).

Limitations of recall bias and misclassification make it difficult to determine the true relationship between perineal powder (10), a commonly used cosmetic product, and ovarian cancer, a disease with poor survival and few known modifiable risk factors. The prior prospective cohort study, which should not be affected by recall bias, had no information on duration of use limiting interpretation. Here we expand on the available evidence by assessing perineal powder use and risk of ovarian cancer in the Women's Health Initiative Observational Study (WHI-OS). The WHI-OS is a large cohort that collected information on several application areas of perineal powder use and their respective durations of use.

## Methods

### Study Population
The WHI-OS enrolled 93676 women from 40 clinical centers across the United States from 1993 to 1998 (11). Women were eligible if they were aged 50 to 79 at enrollment, postmenopausal, and planned to reside in the area for at least three years (11). Women were excluded from the WHI-OS if they were participating in another clinical trial, unlikely to survive three years due to medical conditions, or had conditions that would interfere with study participation (11). Participants completed annual mailed questionnaires to update information on risk factors and outcomes, including ovarian cancer (11). Written informed consent was obtained from participants, and all clinical centers were approved by their respective institutional review boards (11). The current analysis was approved by the University of Massachusetts, Amherst Human Subjects Review Committee.

For this analysis, participants were additionally excluded if they reported a bilateral oophorectomy or an unknown number of ovaries at baseline (n = 20960), a history of any cancer at baseline except nonmelanoma skin cancer (n = 10622), or were missing exposure or follow up information (n = 516). After applying the exclusion criteria, 61576 participants with 429 adjudicated incident ovarian cancer cases remained.

### Exposure Ascertainment
Perineal powder use was assessed via self-report at baseline. Participants were asked, "Have you ever used powder on your private parts (genital areas)?" Those who responded yes further indicated the duration of use with the following possible responses: less than 1 year, 1–4 years, 5–9 years, 10–19 years, or 20 or more years. For persons that reported ever use of a diaphragm, participants were asked, "Did you ever use powder on your diaphragm?" and those who responded yes further indicated duration. The third category evaluated was "Did you ever use powder on a sanitary napkin or pad?" with those responding yes also reporting duration. Each area of application variable was assessed dichotomously and the duration of use, collapsed into fewer categories because of small numbers, was assessed categorically as never, 9 years or less, or 10 or more years. A combined ever perineal powder variable and duration variable for any powder use was created; where ever use was defined as report of ever use of any of the three application categories, never was report of never use for all three categories, and duration was the maximum duration reported of any single area of application, because we could not exclude the possibility that applications were concurrent. Lastly, all possible combinations of the three application areas were assessed.

### Outcome Ascertainment
Ovarian cancer cases were initially self-reported by participants in the WHI-OS on annual questionnaires. Medical records, including hospital discharge summaries and pathology reports, were requested for each self-reported case and adjudicated by a physician at the local Clinical Center and then centrally by the WHI's Clinical Coordinating Center (11).

### Covariate Ascertainment
Potential covariates considered included age, race, education, alcohol servings per week, smoking status, metabolic equivalent (MET) hours per week of recreational physical activity, Body Mass Index (BMI), and self-reported family history of ovarian or breast cancer. Reproductive factors considered were age at menarche, age at menopause, age at first birth, age at last birth, parity, breastfeeding duration, history of tubal ligation, history of hysterectomy, history of irregular cycles, history of endometriosis, duration of oral contraceptive use, and duration of postmenopausal hormone use. All covariates were from baseline and were not updated.

### Statistical Analysis
To estimate the association between perineal powder use and ovarian cancer, proportional hazard regression models were used. Participants contributed person-time until diagnosis of ovarian cancer, death, loss to follow-up, or September 17, 2012, whichever came first. Participants with other cancers were still considered at risk for ovarian cancer and were not censored at the time of other cancer diagnoses. Information on incident oophorectomy during follow-up was not available and thus participants were not censored in this analysis. The proportional hazards assumption was tested using weighted Schoenfeld residuals.

Covariates were included in the adjusted model according to purposeful selection, where covariates with Wald $P$ values of .25 or less in age-adjusted models were entered into an initial multivariable model and then each covariate was subsequently tested individually via likelihood ratio tests in order of decreasing Wald $P$ values. Variables that had $P$ values of .10 or less during the backwards elimination were kept in the model until a parsimonious model was obtained. Additional variables shown in previous literature (8,9) but not statistically significant in our population were also included in the final multivariable model. Lastly, family history of breast cancer and personal history of endometriosis did not change estimates and were not included in the final multivariable model.

Models fitted included the following independent variables: 1) combined ever perineal powder use, 2) ever powder use by application area (ie, applied to genitals, applied to diaphragm, or applied to sanitary napkins), 3) duration of use by application area, and 4) application area combinations (ie, genital only, diaphragm only, sanitary napkin only, genital and sanitary napkin, genital and diaphragm, diaphragm and sanitary napkin, and all three areas of application). For duration models, test for trend was used to evaluate linear trends across duration categories by modeling the

Downloaded from http://jnci.oxfordjournals.org/ at Massachusetts General Hospital on November 13, 2014

categories as a continuous variable in the multivariable regression models.

Because powder particles may not reach the ovaries due to tubal ligation and because previous studies have shown a stronger association between powder use and ovarian cancer in women without tubal ligation (4), we separately examined women without tubal ligation. We also stratified by age at baseline, because older women may have had more potential for exposure to talc contaminated with asbestos. Additionally, associations by ovarian cancer histological subtype were evaluated. All analyses were performed using Stata v.12.1 (StataCorp, College Station, TX) and two-sided $P$ values of .05 or less were considered statistically significant.

## Results

The average age of the participants at baseline was 63.3 years. Participants were followed for a mean of 12.4 years; never powder users were followed for a mean of 12.2 years (range = 0.12 to 17.9 years) and ever powder users were followed for a mean of 12.6 years (range = 0.03 to 18.0). The majority of the participants were white (83.7%), had less than a college degree (56.1%), and were overweight/obese (57.2%). Approximately half (52.6%) of the population reported ever use of perineal powder. Ever powder users were heavier (27.5 kg/m² vs 26.5 kg/m², $P < .0001$) and were more likely to have used oral contraceptives (44% vs 36%, $P < .0001$) and/or diaphragms (50.8% vs 37.3 %, $P < .0001$) than never users (Table 1).

Use of powder on the genitals was associated with a 12% increase in the multivariable-adjusted hazard ratio of ovarian cancer ($HR_{adj}$ = 1.12, 95% CI = 0.92 to 1.36), though this was not statistically significant (Table 2). Use of powder on sanitary napkins ($HR_{adj}$ = 0.95, 95% CI = 0.76 to 1.20) or diaphragms ($HR_{adj}$ = 0.92, 95% CI = 0.68 to 1.23) also was not associated with risk. Duration of powder use on the genitals, sanitary napkins, or on the diaphragm was not associated with ovarian cancer; $P_{trend}$ for years of use: .67, .69, and .67 respectively. Combined ever powder use from any of the three application areas did not show an association with ovarian cancer risk ($HR_{adj}$ = 1.06, 95% CI = 0.87 to 1.28). For combined duration of use, which was the longest duration of use among the three areas of application, there was no evidence of an association with risk of ovarian cancer [$P_{trend}$ for years of use: .77]. Use of powder on genitals, the most common application area, for 20 or more years was not associated with increased risk of ovarian cancer compared with never users ($HR_{adj}$ = 1.10, 95% CI = 0.82 to 1.48). In a sensitivity analysis, invasive serous ovarian cancer risk was not increased ($HR_{adj}$ = 0.96, 95% CI = 0.65 to 1.41), even in women reporting durations of use greater than 10 years.

There was no evidence of an association between perineal powder use and ovarian cancer risk by category of application (Table 3). Combined ever powder use was not associated with individual subtypes of ovarian cancer (Table 4). The multivariable-adjusted hazard ratio for serous ovarian cancer was 1.16 (95% CI = 0.88 to 1.53). Additionally, duration of combined ever powder use was also not shown to be associated with any subtype of ovarian cancer (results not shown).

The associations of combined ever powder use and ovarian cancer did not statistically differ by tubal ligation status (results not shown). When stratified by age group at baseline, hazard estimates also did not statistically differ ($P_{interaction}$ = .37); $HR_{adj}$ for younger than 50 to 59 years = 1.29, 95% CI = 0.91 to 1.82; $HR_{adj}$ for those 60 to 69 years = 0.94, 95% CI = 0.70 to 1.26; and $HR_{adj}$ for those 70 to 79 years = 1.01, 95% CI = 0.68 to 1.48. When restricted to only whites or to those who had never used oral contraceptives, results were again unchanged.

## Discussion

In this large prospective study, ever perineal powder use was not associated with ovarian cancer risk, nor was it associated with ovarian cancer when assessed by area of application, duration of use, or ovarian cancer subtype. While many case-control studies have shown an approximately 24–40% increase in risk of ovarian cancer (2,8) for powder users, we did not find evidence of this association in our large, prospective analysis.

The meta-analysis of 20 case-control studies by Langseth and colleagues found a 35% increase in the odds of epithelial ovarian

**Table 1.** Characteristics of postmenopausal women according to perineal powder use status (n = 61 285): Women's Health Initiative Observational Study, 1993–2012

| Characteristic, n (%) | Never perineal powder use<br>n = 29 066 | Ever perineal powder use<br>n = 32 219 |
|---|---|---|
| Race | | |
| White | 24 006 (82.6) | 27 336 (84.8) |
| Nonwhite | 4991 (17.2) | 4811 (14.9) |
| Body mass index category, kg/m² | | |
| <25.0 | 13 056 (44.9) | 12 461 (38.7) |
| 25.0–29.9 | 9734 (33.5) | 10 799 (33.5) |
| 30.0 + | 5935 (20.4) | 8571 (26.6) |
| Smoking status | | |
| Never | 15 347 (52.8) | 15 621 (48.5) |
| Past | 11 481 (39.5) | 14 339 (44.5) |
| Current | 1912 (6.6) | 1881 (5.8) |
| Duration of oral contraceptive use, y | | |
| Never | 17 877 (61.5) | 17 954 (55.7) |
| <5 | 6241 (21.5) | 7858 (24.4) |
| 5 to <10 | 2528 (8.7) | 3270 (10.2) |
| 10 to <15 | 1650 (5.7) | 2125 (6.6) |
| 15+ | 760 (2.6) | 1005 (3.1) |
| Diaphragm use | 10 826 (37.3) | 16 353 (50.8) |
| Tubal ligation | 4929 (17.0) | 5901 (18.3) |
| Hysterectomy | 6878 (23.7) | 8285 (25.7) |
| Family history of ovarian cancer | 606 (2.1) | 660 (2.1) |
| Parity | | |
| 0 | 3687 (12.7) | 3769 (11.7) |
| 1–2 | 9773 (33.6) | 11 585 (36.0) |
| 3–4 | 11 101 (38.2) | 12 609 (39.1) |
| 5+ | 4365 (15.0) | 4098 (12.7) |
| Age at last birth, y | | |
| Never had term pregnancy | 6219 (21.4) | 6260 (19.4) |
| < 20 | 210 (0.7) | 324 (1.0) |
| 20–29 | 9143 (31.5) | 11 480 (35.6) |
| 30+ | 13 011 (44.8) | 13 668 (42.4) |
| Duration of postmenopausal hormone use, y | | |
| Never | 13 381 (46.0) | 13 880 (43.1) |
| <5 | 6498 (22.4) | 7546 (23.4) |
| 5 to <10 | 3783 (13.0) | 4567 (14.2) |
| 10 to <15 | 2688 (9.3) | 3128 (9.7) |
| 15+ | 2716 (9.3) | 3097 (9.6) |

Downloaded from http://jnci.oxfordjournals.org/ at Massachusetts General Hospital on November 13, 2014

Table 2. Age and multivariable-adjusted hazard ratios of ovarian cancer by area of perineal powder application (n = 61 576): Women's Health Initiative Observational Study, 1993–2012

| Variable | No. of cases | Person-years | Age-adjusted HR (95% CI) | $P_{trend}$ † | Multivariable HR* (95% CI) | $P_{trend}$ † |
|---|---|---|---|---|---|---|
| Powder use on genitals | | | | | | |
| Never | 247 | 457 855 | 1.0 (referent) | .63 | 1.0 (referent) | .67 |
| Ever‡ | 181 | 304 867 | 1.13 (0.93 to 1.37) | | 1.12 (0.92 to 1.36) | |
| Less than 9 years | 112 | 173 118 | 1.24 (0.99 to 1.55) | | 1.23 (0.98 to 1.54) | |
| 10 or more years | 68 | 129 647 | 0.98 (0.75 to 1.29) | | 0.98 (0.75 to 1.29) | |
| Powder use on sanitary napkins | | | | | | |
| Never | 336 | 590 351 | 1.0 (referent) | .70 | 1.0 (referent) | .69 |
| Ever‡ | 93 | 172 712 | 0.96 (0.76 to 1.21) | | 0.95 (0.76 to 1.20) | |
| Less than 9 years | 62 | 114 305 | 0.98 (0.75 to 1.28) | | 0.96 (0.73 to 1.26) | |
| 10 or more years | 30 | 56 174 | 0.93 (0.64 to 1.35) | | 0.95 (0.65 to 1.37) | |
| Powder use on diaphragm | | | | | | |
| Never | 373 | 661 239 | 1.0 (referent) | .78 | 1.0 (referent) | .67 |
| Ever‡ | 52 | 97 714 | 0.94 (0.70 to 1.25) | | 0.92 (0.68 to 1.23) | |
| Less than 9 years | 35 | 67 468 | 0.93 (0.66 to 1.32) | | 0.91 (0.64 to 1.30) | |
| 10 or more years | 17 | 29 202 | 0.99 (0.61 to 1.60) | | 0.95 (0.58 to 1.56) | |
| Combined ever powder use§ | | | | | | |
| Never | 197 | 361 583 | 1.0 (referent) | .67 | 1.0 (referent) | .77 |
| Ever‡ | 232 | 404 983 | 1.07 (0.89 to 1.30) | | 1.06 (0.87 to 1.28) | |
| Less than 9 years | 135 | 228 931 | 1.12 (0.90 to 1.39) | | 1.09 (0.88 to 1.36) | |
| 10 or more years | 97 | 173 307 | 1.03 (0.81 to 1.31) | | 1.02 (0.80 to 1.30) | |

\* Adjusted for: Age (continuous), race (white, nonwhite, missing), oral contraceptive duration in years (never, <5, 5 to <10, 10 to <15, 15+, missing), hormone replacement therapy duration in years (never, <5, 5 to <10, 10 to <15, 15+, missing), family history (yes, no, missing), age (y) at last birth (never, <20, 20 to <30, 30+, missing), body mass index in kg/m² (<25.0, 25.0 to <30.0, 30.0+, missing), smoking (never, past, current, missing), tubal ligation (yes, no, missing), and parity (0, 1 to 2, 3 to 4, 5+, children, missing).

† Hazard ratios (HRs) and 95% confidence intervals (CIs) were estimated in cox proportional hazard regression models; $P_{trend}$ was estimated by modeling categories as continuous. All statistical tests were two-sided.

‡ Person-years may not add up; duration information was missing for some.

§ Combined ever powder use is the longest duration of use among the applications to genitals, sanitary napkins, and diaphragms.

Table 3. Age and multivariable-adjusted hazard ratios for ovarian cancer by combined categories of powder use (n = 61 576): Women's Health Initiative Observational Study, 1993–2012

| Variable | No. of cases | Person-years | Age-adjusted HR* (95% CI) | Multivariable HR* (95% CI) |
|---|---|---|---|---|
| Powder Type Used | | | | |
| No powder | 193 | 355 523 | 1.0 (referent) | 1.0 (referent) |
| Only genital powder | 96 | 158 130 | 1.14 (0.90 to 1.46) | 1.13 (0.88 to 1.45) |
| Only diaphragm powder | 19 | 42 367 | 0.82 (0.51 to 1.32) | 0.80 (0.50 to 1.29) |
| Only sanitary napkin powder | 28 | 50 051 | 1.04 (0.70 to 1.54) | 1.01 (0.68 to 1.50) |
| Genital and sanitary napkin powder | 55 | 96 173 | 1.09 (0.80 to 1.47) | 1.08 (0.80 to 1.46) |
| Genital and diaphragm powder | 24 | 29 858 | 1.49 (0.98 to 2.28) | 1.45 (0.95 to 2.23) |
| Diaphragm and sanitary napkin powder | 4 | 6858 | 1.06 (0.40 to 2.86) | 1.02 (0.38 to 2.74) |
| Genital, diaphragm, and sanitary napkin powder | 5 | 18 331 | 0.51 (0.21 to 1.24) | 0.50 (0.21 to 1.22) |

\* Hazard ratios (HRs) and 95% confidence intervals (CIs) were estimated in cox proportional hazard regression models. All statistical tests were two-sided. Multivariable HR adjusted for: age (continuous), race (white, nonwhite, missing), oral contraceptive duration in years (never, <5, 5 to <10, 10 to <15, 15+, missing), hormone replacement therapy duration in years (never, <5, 5 to <10, 10 to <15, 15+, missing), family history (yes, no, missing), age (y) at last birth (never, <20, 20 to <30, 30+, missing), body mass index in kg/m² (<25.0, 25.0 to <30.0, 30.0+, missing), smoking (never, past, current, missing), tubal ligation (yes, no, missing), and parity (0, 1 to 2, 3 to 4, 5+, children missing).

cancer among ever perineal powder users compared to never-users (2), and the pooled analysis of eight case-control studies by Terry and colleagues found a 24% increase in the same group (8). Langseth and colleagues did not assess dose-response or risk among subtypes of ovarian cancer (2). Terry and colleagues assessed lifetime applications of perineal powder and found no statistically significant trend with increasing lifetime applications (8). This corroborates our results that there was no statistically significant risk with increasing duration of perineal powder use, though they were able to capture both frequency and duration (8), whereas we only had duration. Terry and colleagues found elevated risks for invasive serous, borderline serous, endometrioid, and clear cell subtypes of ovarian cancer (8), which we did not observe. One potential reason that case-control studies have found slight increases in risk is the potential for an overestimation of the true association due to recall bias, because the participants are aware of their ovarian cancer status when reporting powder

Downloaded from http://jnci.oxfordjournals.org/ at Massachusetts General Hospital on November 13, 2014

Vol. 106, Issue 9 | dju208 | September 10, 2014

**Table 4.** Age and multivariable-adjusted hazard ratios for combined ever powder use by subtype of ovarian cancer (n = 61576): Women's Health Initiative Observational Study, 1993–2012

| Variable | No. of cases | Person-years | Age-adjusted HR* (95% CI) | Multivariable HR* (95% CI) |
|---|---|---|---|---|
| Serous† | | | | |
| Never | 87 | 355523 | 1.0 (referent) | 1.0 (referent) |
| Ever | 117 | 404983 | 1.18 (0.89 to 1.56) | 1.16 (0.88 to 1.53) |
| Serous Invasive | | | | |
| Never | 80 | 355523 | 1.0 (referent) | 1.0 (referent) |
| Ever | 105 | 404983 | 1.16 (0.87 to 1.55) | 1.13 (0.84 to 1.51) |
| Mucinous | | | | |
| Never | 12 | 355523 | 1.0 (referent) | 1.0 (referent) |
| Ever | 13 | 404983 | 0.98 (0.44 to 2.14) | 1.03 (0.47 to 2.27) |
| Endometrioid | | | | |
| Never | 13 | 355523 | 1.0 (referent) | 1.0 (referent) |
| Ever | 20 | 404983 | 1.39 (0.69 to 2.79) | 1.29 (0.64 to 2.61) |
| Other | | | | |
| Never | 47 | 355523 | 1.0 (referent) | 1.0 (referent) |
| Ever | 54 | 404983 | 1.04 (0.71 to 1.54) | 1.04 (0.70 to 1.54) |

\* Hazard ratios (HRs) and 95% confidence intervals (CIs) were estimated in cox proportional hazard regression models. All statistical tests were two-sided. Multivariable HR adjusted for: age (continuous), race (white, nonwhite, missing), oral contraceptive duration in years (never, <5, 5 to <10, 10 to <15, 15+, missing), hormone replacement therapy duration in years (never, <5, 5 to <10, 10 to <15, 15+, missing), family history (yes, no, missing), age (y) at last birth (never, <20, 20 to <30, 30+, missing), body mass index in kg/m² (<25.0, 25.0 to <30.0, 30.0+, missing), smoking (never, past, current, missing), tubal ligation (yes, no, missing), and parity (0, 1 to 2, 3 to 4, 5+, children missing).

† Includes borderline cancers.

Downloaded from http://jnci.oxfordjournals.org/ at Massachusetts General Hospital on November 13, 2014

exposure. The prospective nature of our study would eliminate the potential for recall bias. Additionally, the case-control studies tended to have a younger population than our study, which included both premenopausal and postmenopausal ovarian cancers (2,8), whereas the WHI cohort consisted only of postmenopausal ovarian cancers. Ovarian cancer that occurs prior to menopause may have a different etiology than ovarian cancer occurring afterwards.

We found similar results to that of the NHS, the only other prospective cohort, which had a similar sample size and number of ovarian cancer cases to our study. Ever use of perineal powder did not appear to be associated with ovarian cancer in the NHS (9), similar to our findings. The results of Gertig and colleagues were also null for use on the genitals and for use on sanitary napkins (9). Additionally, neither our study nor the NHS found associations with serous ovarian cancer, endometrioid, or mucinous ovarian cancers, although subgroup sample size may have reduced statistical power to test these associations. In contrast to our results, the study by Gertig and colleagues found a 40% increase in invasive serous ovarian cancer among ever powder users compared with never powder users (9).

Strengths of our study included large sample size with a substantial number of ovarian cancer cases, a prospective cohort design, good case ascertainment, and detailed information on most ovarian cancer risk factors. We also had information on duration of powder use, qualifiers not available in several earlier studies, including the previous cohort study (2,8,9).

One potential limitation of our analyses includes a lack of information regarding oophorectomy after baseline, which would result in the inclusion of some women not at risk for ovarian cancer in the analytical cohort. However, the impact was likely to be minor, as a previous study in the WHI-OS had reported the number of persons with incident bilateral oophorectomies to be less than 250 (out of more than 90000 participants) during nearly eight years of follow-up (12). While the prospective nature of the study design eliminates recall bias, it does not eliminate potential for nondifferential misclassification of the exposure. Women still needed to recall past perineal powder use and duration and thus may have trouble recollecting specifics regarding the use of perineal powder, leading to a bias toward the null. Information regarding powder use was not collected after baseline, and there is potential for never users to begin using powder; however, this is unlikely because the women are postmenopausal, reducing need to use perineal powder on diaphragms or sanitary napkins. We also had no specific data regarding the frequency of powder use in our sample. Frequency of use, as well as duration may influence ovarian cancer risk. We may have been comparing long-term infrequent users with short-term frequent users. If we had frequency of use in addition to the duration, we could have looked at intensity of use, which may be more accurate, and shown a dose response relationship. However, Terry and colleagues did not find a dose response relationship either when taking into account frequency and duration (8).

When restricted to women without tubal ligation status, the estimates for the association between combined ever perineal powder use and ovarian cancer were not increased. While some studies have found stronger associations between powder use and ovarian cancer in women that have not undergone a tubal ligation (4), the results from our study did not support this previous finding. The pooled analysis (8) and the NHS cohort (9) also did not find evidence of stronger associations in women without tubal ligations.

While we had information on duration of use, it is unknown during which years the perineal powder was used. Talc powder had potential for asbestos contamination (13) until 1976, when the Cosmetic, Toiletry, and Fragrance Association required all cosmetic talc products to be free of asbestos (14). Therefore, those using powder prior to 1976 may have been potentially exposed to asbestos, a known carcinogen. The pooled analysis and meta-analysis also included case-control studies not within the United States

Case 3:16-md-02738-MAS-RLS   Document 9896   Filed 05/30/19   Page 7 of 19 PageID: 73010

(2,8), which potentially have different regulations regarding perineal powder and earlier studies that may have been more likely to include exposure to contaminated perineal powder (2). However, risk estimates in more recent studies are similar to earlier studies (2), reducing the likelihood that confounding by asbestos is driving the findings. Additionally, assuming older women in the cohort could have been exposed longer to perineal powder with potential contamination compared with younger women, we did not see statistically significant differences in risk when stratified by age group, further suggesting asbestos contamination is not a likely explanation.

The WHI-OS queried general perineal powder use rather than talc powder use, and we had no specific information regarding the content of talc in products used, which the previous literature reviewed by IARC suggested to be the possible carcinogen of concern (2). However, the NHS cohort and most studies included within the pooled analyses asked about general perineal powder use as well (2,8,9). In summary, perineal powder use did not appear to be associated with ovarian cancer risk in this large sample of postmenopausal women, even with use for long durations.

## References

1. American Cancer Society. *Cancer Facts & Figures 2013*. Atlanta: American Cancer Society; 2013.
2. Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health*. 2008;62(4):358–360.
3. Baan R, Straif K, Grosse Y, et al. Carcinogenicity of carbon black, titanium dioxide, and talc. *Lancet*. 2006;7(4):295–296.
4. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer*. 2004;112(3):458–464.
5. Crawford L, Reeves KW, Luisi N, Balasubramanian R, Sturgeon SR. Perineal powder use and risk of endometrial cancer in postmenopausal women. *Cancer Causes Control*. 2012;23(10):1673–1680.
6. Muscat JE, Huncharek MS. Perineal talc use and ovarian cancer: a critical review. *Eur J Cancer Prev*. 2008;17(2):139–146.
7. Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *Int J Cancer*. 1999;81(3):351–356.
8. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res (Phila)*. 2013;6(8):811–821.
9. Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst*. 2000;92(3):249–252.
10. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. *Regul Toxicol Pharm*. 1995;21(2):254–260.
11. Langer RD, White E, Lewis CE, Kotchen JM, Hendrix SL, Trevisan M. The Women's Health Initiative Observational Study: Baseline characteristics of participants and reliability of baseline measures. *Ann Epidemiol*. 2003;13(9):S107–S121.
12. Jacoby VL, Grady D, Wactawski-Wende J, et al. Oophorectomy vs ovarian conservation with hysterectomy: cardiovascular disease, hip fracture, and cancer in the Women's Health Initiative Observational Study. *Archives of Internal Medicine*. 2011;171(8):760–768.
13. Rohl AN, Langer AM, Selikoff IJ, et al. Consumer talcums and powders: mineral and chemical characterization. *J Toxicol Environ Health*. 1976;2(2):255–284.
14. Cosmetic Ingredient Review. Safety Assessment of Talc as Used in Cosmetics [updated April 12, 2013]. Available at: http://www.cir-safety.org/sites/default/files/talc032013rep.pdf. Accessed September 5, 2013.

## Funding

The WHI programs is funded by the National Heart, Lung, and Blood Institute, National Institutes of Health, US Department of Health and Human Services through contracts HHSN268201100046C, HHSN268201100001C, HHSN268201100002C, HHSN268201100003C, HHSN268201100004C.

## Notes

WHI Investigators:

Program Office: (National Heart, Lung, and Blood Institute, Bethesda, MD) Jacques Rossouw, Shari Ludlam, Dale Burwen, Joan McGowan, Leslie Ford, and Nancy Geller.

Clinical Coordinating Center: (Fred Hutchinson Cancer Research Center, Seattle, WA) Garnet Anderson, Ross Prentice, Andrea LaCroix, and Charles Kooperberg.

Investigators and Academic Centers: (Brigham and Women's Hospital, Harvard Medical School, Boston, MA) JoAnn E. Manson; (MedStar Health Research Institute/Howard University, Washington, DC) Barbara V. Howard; (Stanford Prevention Research Center, Stanford, CA) Marcia L. Stefanick; (The Ohio State University, Columbus, OH) Rebecca Jackson; (University of Arizona, Tucson/Phoenix, AZ) Cynthia A. Thomson; (University at Buffalo, Buffalo, NY) Jean Wactawski-Wende; (University of Florida, Gainesville/Jacksonville, FL) Marian Limacher; (University of Iowa, Iowa City/Davenport, IA) Robert Wallace; (University of Pittsburgh, Pittsburgh, PA) Lewis Kuller; (Wake Forest University School of Medicine, Winston-Salem, NC) Sally Shumaker.

Women's Health Initiative Memory Study: (Wake Forest University School of Medicine, Winston-Salem, NC) Sally Shumaker.

**Affiliations of authors:** Division of Biostatistics and Epidemiology, University of Massachusetts Amherst, Amherst, MA (SCH, KWR, SEH, LC, SRS); Channing Division of Network Medicine, Department of Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, MA (SEH); Department of Preventive Medicine, Stony Brook University School of Medicine, New York, NY (DL); Department of Social and Preventive Medicine, University at Buffalo, SUNY, Buffalo, NY (JWW); Health Promotion Sciences Division, College of Public Health and University of Arizona Cancer Center, Tucson, AZ (CAT); Division of Preventive and Behavioral Medicine, University of Massachusetts Medical School, Worcester, MA (JKO).

Downloaded from http://jnci.oxfordjournals.org/ at Massachusetts General Hospital on November 13, 2014

# Exhibit 33

# Perineal use of talc and risk of ovarian cancer

H Langseth,[1] S E Hankinson,[2] J Siemiatycki,[3] E Weiderpass[1,4,5]

[1] The Cancer Registry of Norway, Institute of population based Cancer Research, Oslo, Norway; [2] Channing Laboratory, Department of Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, MA, USA; [3] Department of Social and Preventive Medicine, University of Montreal, Montreal, Canada; [4] Department of Medical Epidemiology and Biostatistics, Karolinska Institutet, Stockholm, Sweden; [5] Samfundet Folkhalsan, Helsinki, Finland

Correspondence to:
E Weiderpass, The Cancer Registry of Norway, 0310 Oslo, Norway; eliwei@ki.se

Accepted 15 October 2007

**ABSTRACT**
Ovarian cancer is one of the most common gynaecological neoplasms, especially in industrialised countries. The aetiology of the disease is not well understood, except that inherited mutations in the breast cancer genes BRCA-1 and BRCA-2 account for up to 10% of all cases,[1] and child-bearing, oral contraceptive use and breast-feeding reduce the risk.[2] Some environmental exposures, notably talc and asbestos, have been suspected as ovarian carcinogens.

Talc refers to both mineral talc and industrial products that contain mineral talc. Mineral talc occurs naturally in many regions of the world and is valued for its softness, platyness, and ability to absorb organic matter. Mineral talc occurs natu rally in a platy (flat) form, but may also occur as asbestiform fibres, which describes its physical form and does not imply the presence of asbestos. The purer forms (approximately 90% mineral talc) are used for cosmetic and hygiene products including baby powders and feminine hygiene products. Perineal use of cosmetic talc is a common practice in the United Kingdom, North America, Australia and some other countries. To our knowl edge accurate estimates of prevalence of use of cosmetic talc are not available. However, the use for female hygiene of body powders, baby pow ders, talcum powders and deodorising powder, most of which contain cosmetic talc in varying amounts, has been reported to be as high as 50% in some countries.[3]

From pathological studies it is known that particles and fibres that enter the body can migrate to distant organs. For instance, asbestos fibres have been found in ovaries from women exposed to asbestos.[4,5] Analogously, following perineal appli cation, talc particles can migrate from the vagina to the peritoneal cavity and ovaries.[6] A majority of women experience retrograde menstruation[7]; this suggests a mechanism by which talc particles can travel through the female reproductive tract to the ovaries. Furthermore, epidemiological studies have shown decreased risks of ovarian cancer after tubal ligation and/or hysterectomy, suggesting that removing a pathway by which carcinogenic sub stances can reach the ovaries reduces the risk.[8,9]

The association between talc use in the perineal region and ovarian cancer was investigated in one cohort study,[10] and 20 case control studies.[11,30] In the cohort study, arguably the strongest study because of its partly prospective ascertainment of exposure, there was no association between cosmetic talc use and risk of all subtypes of ovarian cancer combined. The various case control studies provided indications of either a significant excess risk (10 studies) or non significant excess risk or null (10 studies), with odds ratios (ORs) ranging from 1.0 to 3.9. None of the studies reported relative risks below 1.0. The population based case control studies,[11,15,17,20,26,28,30] included studies with 112 824 ovarian cancer cases, and had odds ratios ranging from 1.1 to 3.9 (fig 1). The hospital based case control studies[12,14,18,19,27] included studies with 77 462 cases, and reported odds ratios between 1.0 and 2.5. Pooled odds ratios were calculated by fixed effects model. As shown in figure 1 pooled ORs were 1.40, 1.12 and 1.35 for population based, hospital based and all case control studies com bined, respectively. Some studies[13,14,22,23,26,28] tried to assess exposure response associations, in terms of frequency of use or length of use in years but found no clear trend.

Methodological factors such as recall bias should always be considered in case control studies. It could have been a problem had there been wide spread publicity about the possible association between use of body powder and cancer. The International Agency for Research on Cancer (IARC) working group considers that there has not been widespread public concern about this issue and therefore considers it unlikely that such a bias could explain the consistent findings. Another source of recall bias could result from the fact that women with the cancer tend to remember or over report their use of body powder. The influence of this type of recall bias cannot be ruled out.

Eight of the population based case control stu dies[11,16,22,24,26,28,29] were identified, by the IARC working group as being most informative in terms of size of the studies, whether the studies were population based, participation rates and adjust ments of confounding variables. The selected studies included at least 188 cases and had participation rates ranging from 60% to 75%. Among these eight studies, the prevalence of perineal use of talc based body powder among controls ranged from 16% to 52%. The relative risks of ovarian cancer among body powder users were homogeneous across this set of eight studies, each of which indicated a 30 60% increase in risk. Among the other 12 case control studies, most also reported relative risks of this magnitude or higher.

Information on talc use in infancy is generally insufficient in the case control studies. However, in one study the exposure to baby powder was reported by 42.2% of the cases and 40.5% of the controls.[15] In several of the other studies patients were asked about age at first use of perineal talc, as an indicator for use in infancy or other periods of life.

Only four case control studies[16,23,29,30] and one cohort study[10] provided results by histological type. In four of these studies, in particular the cohort study, there were hints of higher risks of serous tumours related to talc exposure.



**Figure 1** Results from case-control studies contributing data on perineal talc use and ovarian cancer. Results are presented as odds ratios (ORs) and their corresponding confidence intervals (95% CIs) and represented by squares and lines, respectively. Results are separated in 14 population-based and six hospital-based case-control studies. Pooled ORs for all population-based studies combined and all hospital-based studies combined are given. OR pooling by fixed effect models (Mantel-Haenszel method).

Before 1976, talc was to some extent contaminated with asbestos, so that the early studies relating talc to ovarian cancer may have been confounded by the asbestos.[31] However, the association between talc exposure and ovarian cancer is as strong in recent studies,[28 29] as in earlier ones, diminishing the likelihood that all these results are influenced by contamination of talc by asbestos.

To summarise the evidence in favour of an association, a very large number of studies have found that women who used talc experienced excess risks of ovarian cancer; some results were statistically significant and some were not. There was some indication in the cohort study of an increase in serous tumours. The evidence of talc migrating to the ovaries lends credibility to such a possible association. The main epidemiological evidence against the association is the absence of clear exposure response associations in most studies, as well as the absence of an overall excess risk in the cohort study.

On balance, the epidemiological evidence suggests that use of cosmetic talc in the perineal area may be associated with ovarian cancer risk. The mechanism of carcinogenicity may be related to inflammation.[32]

The carcinogenicity of non asbestiform talc was assessed by a monograph working group at IARC in 2006.[33] After considering biases and possible confounding factors, the IARC working group concluded that the epidemiological studies provided limited evidence for the carcinogenicity of perineal use of talc based body powder, and classified this use as possibly carcinogenic to human beings (that is, group 2B).[34]

**PROPOSAL: TO RESEARCH COMMUNITY**

The current body of experimental and epidemiological evidence is insufficient to establish a causal association between perineal use of talc and ovarian cancer risk. Experimental research is needed to better characterise deposition, retention and clearance of talc to evaluate the ovarian carcinogenicity of talc.

The majority of the epidemiological studies carried out so far have been among American women. It would be instructive to seek evidence in other countries where perineal use of talc has been common.

While there has been some efforts to measure the degree of use, these have mainly been measured simply as the reported years of use. It is possible that the ostensible lack of exposure response trends is the result of crudeness of the exposure metric used. Therefore, it is important that future studies, irrespective of study design, devote some effort to better assessment of exposure. The use of body powders should be assessed both in terms of calendar time and age of the subject. Subjects should be asked about lifetime use, including age at initial use (infancy, childhood, teenager years, adulthood), age at which they stopped using such powders, gaps in the lifetime period of use

> **What this study adds**
>
> ► Epidemiological evidence suggests that use of cosmetic talc in the perineal area may be associated with ovarian cancer risk. The IARC has classified this use of talc as possibly carcinogenic to human beings (group 2B).
> ► The mechanism of carcinogenicity may be related to inflammation. This paper focus on the high degree of consistency in the studies accomplished so far, and what should be the focus in future studies.

and frequency and nature of use (daily, during certain seasons of the year, only while menstruating). Another important question is whether the use of body powder was before or after tubal ligation or hysterectomy.

Individuals' answers to questions about use of brand names over time may be unreliable, and therefore, in future studies, investigators should try to ascertain, either from government or industry sources, the composition of the powders used in different time periods by different brand names and, in particular, to ascertain whether the exposure may have included some contamination by asbestos and also whether the exposure was to talc or a non talc product. Statistical analyses should attempt to assess risk separately for the categories of powders: talc containing asbestos, talc not containing asbestos, non talc product. Further, exposure metrics should take into account the age, duration and intensity of exposure. As well as analyses for all ovarian tumours combined, there should, if possible, be analyses by histological subtype and by invasiveness of the tumour.

While it would not be reasonable to envisage establishing a costly long term prospective cohort study just to study this association, any long term cohort study that is being set up to study cancer among women should collect information about talc use if the study is being conducted in a country where such use has been widespread.

In summary, future studies should focus on seeking evidence in talc exposed female populations worldwide, collecting reliable information on age at initial use of body powder, exposure assessments and dose response associations.

**Acknowledgements:** The work reported in this paper was initiated while SH, JS and EW were part of an IARC Monographs Working Group of the International Agency for Research on Cancer, Lyon, France.

**Funding:** This study was financed by the Cancer Registry of Norway.

**Competing interests:** None.

### REFERENCES

1. **Lux MP,** Fasching PA, Beckmann MW. Hereditary breast and ovarian cancer: review and future perspectives. *J Mol Med* 2006;**84**:16 28.
2. **Persson I.** Estrogens in the causation of breast, endometrial and ovarian cancers evidence and hypotheses from epidemiological findings. *J Steroid Biochem Mol Biol* 2000;**74**:357 64.
3. **International Agency for Research on Cancer.** IARC monographs on the evaluation of carcinogenic risks to human, Vol 93, Carbon black, titanium dioxide, and non asbestiform talc. Geneva: WHO (in press).
4. **Heller DS,** Gordon RE, Westhoff C, et al. Asbestos exposure and ovarian fiber burden. *Am J Ind Med* 1996;**29**:435 9.
5. **Langseth H,** Johansen BV, Nesland JM, et al. Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers. *Int J Gynecol Cancer* 2007;**17**:44 9.
6. **Venter PF.** Ovarian epithelial cancer and chemical carcinogenesis. *Gynecol Oncol* 1981;**12**:281 5.
7. **Olive DL,** Schwartz LB. Endometriosis. *N Engl J Med* 1993;**328**:1759 69.
8. **Rosenblatt KA,** Thomas DB. Reduced risk of ovarian cancer in women with a tubal ligation or hysterectomy. the World Health Organization Collaborative Study of Neoplasia and Steroid Contraceptives. *Cancer Epidemiol Biomarkers Prev* 1996;**5**:933 5.
9. **Tortolero-Luna G,** Mitchell MF. The epidemiology of ovarian cancer. *J Cell Biochem Suppl* 1995;**23**:200 7.
10. **Gertig DM,** Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst* 2000;**92**:249 52.
11. **Cramer DW,** Welch WR, Scully RE, et al. Ovarian cancer and talc: a case control study. *Cancer* 1982;**50**:372 6.
12. **Hartge P,** Hoover R, Lesher LP, et al. Talc and ovarian cancer. *JAMA* 1983;**250**:1844.
13. **Whittemore AS,** Wu ML, Paffenbarger RS Jr, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol* 1988;**128**:1228 40.
14. **Booth M,** Beral V, Smith P. Risk factors for ovarian cancer: a case control study. *Br J Cancer* 1989;**60**:592 8.
15. **Harlow BL,** Weiss NS. A case control study of borderline ovarian tumors: the influence of perineal exposure to talc. *Am J Epidemiol* 1989;**130**:390 4.
16. **Harlow BL,** Cramer DW, Bell DA, et al. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol* 1992;**80**:19 26.
17. **Chen Y,** Wu PC, Lang JH, et al. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol* 1992;**21**:23 9.
18. **Rosenblatt KA,** Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol* 1992;**45**:20 5.
19. **Tzonou A,** Polychronopoulou A, Hsieh CC, et al. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer* 1993;**55**:408 10.
20. **Cramer DW,** Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Ann Epidemiol* 1995;**5**:310 4.
21. **Purdie D,** Green A, Bain C, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case control study. Survey of Women's Health Study Group. *Int J Cancer* 1995;**62**:678 84.
22. **Chang S,** Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer* 1997;**79**:2396 401.
23. **Cook LS,** Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol* 1997;**145**:459 65.
24. **Green A,** Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *Int J Cancer* 1997;**71**:948 51.
25. **Godard B,** Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case control study. *Am J Obstet Gynecol* 1998;**179**:403 10.
26. **Cramer DW.** Perineal talc exposure and subsequent epithelial ovarian cancer: a case control study. *Obstet Gynecol* 1999;**94**:160 1.
27. **Wong C,** Hempling RE, Piver MS, et al. Perineal talc exposure and subsequent epithelial ovarian cancer: a case control study. *Obstet Gynecol* 1999;**93**:372 6.
28. **Ness RB,** Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology* 2000;**11**:111 7.
29. **Mills PK,** Riordan DG, Cress RD, et al. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer* 2004;**112**:458 64.
30. **Jordan SJ,** Green AC, Whiteman DC, et al. Risk factors for benign serous and mucinous epithelial ovarian tumors. *Obstet Gynecol* 2007;**109**:647 54.
31. **Harlow BL,** Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. *Regul Toxicol Pharmacol* 1995;**21**:254 60.
32. **Ness RB,** Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst* 1999;**91**:1459 67.
33. **International Agency for Research on Cancer.** Preamble to the IARC monographs on the evaluation of carcinogenic risks to humans. 93. Lyon: IARC
34. **Baan R,** Straif K, Grosse Y, et al. Carcinogenicity of carbon black, titanium dioxide, and talc. *Lancet Oncol* 2006;**7**:295 6.

# Exhibit 34

Case 3:16-md-02738-MAS-RLS   Document 9896   Filed 05/30/19   Page 13 of 19 PageID: 73016

Int. J. Cancer: **122**, 170–176 (2008)
© 2007 Wiley-Liss, Inc.

# Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer

Melissa A. Merritt[1,2], Adèle C. Green[1], Christina M. Nagle[1], Penelope M. Webb[1*], Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group

[1]Population Studies and Human Genetics Division, Queensland Institute of Medical Research, Brisbane, Queensland, Australia
[2]School of Population Health, University of Queensland, Brisbane, Queensland, Australia

Chronic inflammation has been proposed as the possible causal mechanism that explains the observed association between certain risk factors, such as the use of talcum powder (talc) in the pelvic region and epithelial ovarian cancer. To address this issue we evaluated the potential role of chronic local ovarian inflammation in the development of the major subtypes of epithelial ovarian cancer. Factors potentially linked to ovarian inflammation were examined in an Australia-wide case–control study comprising 1,576 women with invasive and low malignant potential (LMP) ovarian tumours and 1,509 population-based controls. We confirmed a statistically significant increase in ovarian cancer risk associated with use of talc in the pelvic region (adjusted odds ratio 1.17, 95% CI: 1.01–1.36) that was strongest for the serous and endometrioid subtypes although the latter was not statistically significant (adjusted odds ratios 1.21, 95% CI 1.03–1.44 and 1.18, 95% CI 0.81–1.70, respectively). Other factors potentially associated with ovarian inflammation (pelvic inflammatory disease, human papilloma virus infection and mumps) were not associated with risk but, like others, we found an increased risk of endometrioid and clear cell ovarian cancer only among women with a history of endometriosis. Regular use of aspirin and other nonsteroidal anti-inflammatory drugs was inversely associated with risk of LMP mucinous ovarian tumours only. We conclude that on balance chronic inflammation does not play a major role in the development of ovarian cancer.
© 2007 Wiley-Liss, Inc.

**Key words:** ovarian cancer; chronic inflammation; talcum powder

Chronic inflammation (hereafter referred to as inflammation) was first invoked as a possible mechanism leading to the development of epithelial ovarian cancer to explain observed associations between certain factors, such as use of talcum powder in the perineal region or pelvic inflammatory disease (PID) and risk of ovarian cancer.[1] The major mechanisms thought to underlie ovarian carcinogenesis, namely increased pituitary gonadotropins or incessant ovulation, do not explain such associations.

A link between inflammation and cancer in general has long been recognized. As early as 1863, Virchow noticed the presence of leukocytes in cancer tissues and suggested a possible connection between inflammation and cancer.[2] Since inflammation also represents the process by which the immune system responds to infection or irritation, however, it has been referred to as a 'double-edged sword' with acute (beneficial) inflammation distinguished from the chronic (detrimental) inflammation that may prevent a robust anti-tumour response.[3]

Indeed the most consistent evidence linking inflammation with ovarian cancer comes from the many reports that use of talc in the perineal region increases ovarian cancer risk.[4,5] It has been suggested that the association between talc use and ovarian cancer is strongest for serous tumours when compared to other less common subtypes.[4,6,7] This would be consistent with the histological similarities observed between serous ovarian cancer and mesothelioma, which is known to be caused by asbestos, and the shared

*Abbreviations:* ACS, Australian Cancer Study; AOCS, Australian Ovarian Cancer Study; BMI, body mass index; HPV, human papilloma virus; LMP, low malignant potential; NSAIDs, non-steroidal anti-inflammatory drugs; OC, oral contraceptive; PID, pelvic inflammatory disease; STI, sexually transmitted infection.

Grant sponsor: U.S. Army Medical Research and Material Command; Grant number: DAMD17-01-1-0729. Grant sponsor: National Health and Medical Research Council of Australia; Grant number: 199600; Grant sponsors: Cancer Council Tasmania, Cancer Foundation of Western Australia.

The Australian Ovarian Cancer Study Group comprises: Management Group: D Bowtell (Peter MacCallum Cancer Centre, PMCC), G Chenevix-Trench, A Green, P Webb (Queensland Institute of Medical Research, QIMR), A deFazio (Westmead Hospital), D Gertig (University of Melbourne). Project Managers: N Traficante (PMCC), S Moore (QIMR), J Hung (Westmead Hospital). Data Managers: S Fereday (PMCC), K Harrap, T Sadkowsky (QIMR). Research Nurses: NSW-A Mellon, R Robertson (John Hunter Hospital), T Vanden Bergh (Royal Hospital for Women), J Maidens (Royal North Shore Hospital), K Nattress (Royal Prince Alfred Hospital), YE Chiew, A Stenlake, H Sullivan, (Westmead Hospital); QLD-B Alexander, P Ashover, S Brown, T Corrish, L Green, L Jackman, K Martin, B Ranieri (QIMR); SA-J White (QIMR); TAS-V Jayde (Royal Hobart Hospital); VIC-L Bowes (PMCC), P Mamers (Monash Medical Centre), WA-T Schmidt, H Shirley, S Viduka, Hoa Tran, Sanela Bilic, Lydia Glavinas (Western Australia Research Tissue Network). Clinical Collaborators: NSW-A Proietto, S Braye, G Otton (John Hunter Hospital); T Bonaventura, J Stewart (Newcastle Mater Misericordiae); M Friedlander (Prince of Wales Hospital); D Bell, S Baron-Hay, A Ferrier, G Gard, D Nevell, B Young (until mid 2003) (Royal North Shore Hospital); C Camaris, R Crouch, L Edwards, N Hacker, D Marsden, G Robertson (Royal Hospital for Women); P Beale, J Beith, J Carter, C Dalrymple, A Hamilton, R Houghton, P Russell (Royal Prince Alfred Hospital); A Brand, R Jaworski, P Harnett, G Wain (Westmead Hospital); QLD-A Crandon, M Cummings, K Horwood. A Obermair, D Wyld (Royal Brisbane and Women's Hospital, RBWH); J Nicklin (RBWH and Wesley Hospital), L Perrin (RBWH and Mater Misericordiae Hospitals), B Ward (Mater Misericordiae Hospitals); SA-M Davy, C Hall, T Dodd, T Healy, K Pittman (Royal Adelaide Hospital, Burnside Memorial Hospital); D Henderson, S Hyde (Flinders Medical Centre); J Miller, J Pierdes (Queen Elizabeth Hospital); TAS-P Blomfield, D Challis, R McIntosh, A Parker (Royal Hobart Hospital); VIC-B Brown, R Rome (Freemasons Hospital); D Allen, P Grant, S Hyde, R Laurie, M Robbie, (Mercy Hospital for Women), D Healy, T Jobling, T Manolitas, J McNealage, P Rogers, B Susil, A Veitch, J Constable, S Ping Tong, I Robinson, I Simpson, (Monash Medical Centre); K Phillips, D Rischin, P Waring, M Loughrey, N O'Callaghan, Bill Murray (PMCC); V Billson, S Galloway, J Pyman, M Quinn (Royal Women's Hospital); WA-I Hammond, A McCartney, Y Leung (King Edward Memorial Hospital, St John of God). Scientific Collaborators: I Haviv (PMCC); D Purdie, D Whiteman (QIMR); N Zeps (WARTN); The Australian Cancer Study Group investigators are: AC Green, PG Parsons, N Hayward, P Webb, D Purdie and D Whiteman (QIMR).

*Correspondence to: Queensland Institute of Medical Research, PO Royal Brisbane and Women's Hospital, Brisbane, Queensland 4029, Australia. Fax: +61-7-3845-3502. E-mail: penny.webb@qimr.edu.au
Received 23 February 2007; Accepted after revision 21 June 2007
DOI 10.1002/ijc.23017
Published online 23 August 2007 in Wiley InterScience (www.interscience.wiley.com).


Publication of the International Union Against Cancer

Case 3:16-md-02738-MAS-RLS   Document 9896   Filed 05/30/19   Page 14 of 19 PageID: 73017

chemical properties of talcum powder and asbestos. Testing various factors that are possibly related to ovarian inflammation in a case–control study, Ness et al.[8] found that perineal talc use and endometriosis, defined as the presence of endometrial tissue outside the uterus and associated with localised inflammation at the site of endometriotic implants, were positively associated with ovarian cancer risk. However, they saw no association with PID, which they had also expected to be associated with increased risk.[8] Extending these epidemiological analyses, McSorley et al.[9] recently found significantly higher circulating C-reactive protein (CRP) levels, a marker of systemic chronic inflammation, among 167 women with incident ovarian cancer risk in a multicentre nested case–control study.

The potential role of ovarian inflammation in the development of ovarian cancer remains an open question. The aim of the current study was to further examine the role of local chronic inflammation in the development of epithelial ovarian cancer overall and by histologic subtype. In addition to talcum powder use, we examined medical conditions that cause inflammation in the pelvic region, including endometriosis and PID, and we also tested the hypothesis that if inflammation causes ovarian cancer then regular use of anti-inflammatory drugs should be inversely associated with this disease.

## Material and methods

### Study design

The Australian Ovarian Cancer Study is an Australia-wide population-based case–control study of epithelial ovarian cancer. It includes incident cases of invasive and low malignant potential (LMP) ovarian cancer diagnosed in women (aged 18–79 years) between January 2002 and June 2005. A total of 3,553 women were identified with suspected ovarian cancer. Of these, 304 died before contact could be made, physicians refused to give consent to contact 133, usually because they were too sick or unable to give informed consent and 194 women could not be contacted. A further 167 (5%) were excluded on the basis of language difficulties (70), mental incapacity (33) and illness (64). The remaining 2,755 women were invited to participate and, of these, 2,319 (84% of those approached) agreed to take part.

Two researchers independently abstracted information on tumour site, histological subtype and tumour behaviour (invasive vs. LMP) from the diagnostic histopathology reports and discrepancies were resolved by consensus. For a sample of 87 women, the pathology reports and full set of diagnostic slides were reviewed by a gynaecologic pathologist and the agreement with the original abstracted data was more than 97% for tumour site, behaviour and subtype. After histopathology review, 624 women were excluded because they were found to have nonepithelial, nonovarian or benign tumours and 10 because their cancer was first diagnosed before the start of the study period. Of the final 1,685 eligible participants with invasive or LMP cancers of the ovary, peritoneum or fallopian tube, 1,576 (94%) returned a questionnaire and comprised the case population in the current study. Separate analyses were also carried out for the 994 serous, 191 mucinous, 141 endometrioid and 88 clear cell tumours (the remaining 162 tumours were of other epithelial or mixed subtypes).

Potential control participants were identified from the Australian Electoral Roll (all citizens are required by law to enrol). Controls were frequency-matched to the entire case series based on age (5-year groups) and state of residence. In all, 3,600 women were contacted. Of these, 158 were ineligible because of language difficulties ($n = 97$) or illness ($n = 61$) and 16 were unable to be contacted a second time. Of the 3,426 eligible women, 1,612 (47%) agreed to participate and returned a questionnaire. From these women, 6 were excluded because they reported a previous ovarian cancer and 97 because of a previous bilateral oophorectomy resulting in a total of 1,509 controls for study.

Study participants filled in a comprehensive health and lifestyle questionnaire, which included questions about their personal details, physical characteristics, family history, medical and surgical history, lifestyle habits and reproductive factors. To determine use of talcum powder in the perineal region, participants were asked whether they had ever used powder or talc in the genital area or on underwear or sanitary pads/diaphragm. They were asked their age at first use and years of talc use in these areas. Duration of talcum powder use prior to and after hysterectomy/tubal ligation was calculated and in all analyses perineal talc use was defined as use occurring while the reproductive tract was patent (i.e., prior to hysterectomy/tubal ligation for those women who had undergone gynaecological surgery). Information on talc use under the arms or on the chest or abdomen was also collected.

To measure use of nonprescription anti-inflammatory medications, participants were given examples of the type of medication (e.g., aspirin) followed by a list of the common generic and brand names. To quantify the frequency of use, participants were asked how often they had taken various medications over the past 5 years (ranging from never to as much as twice or more per day). The current analyses were restricted to medications known to suppress inflammation namely aspirin and other nonsteroidal anti-inflammatory drugs (NSAIDs). Participants were also asked whether they had ever had any of a number of specific medical conditions and, if so, the ages at which these were diagnosed.

Ethics approval was received from the Human Research Ethics Committees at the Queensland Institute of Medical Research, Peter MacCallum Cancer Centre, University of Melbourne, all participating hospitals and cancer registries.

### Statistical analysis

Risk estimates were calculated as odds ratios (OR) with 95% confidence intervals (CI). $\chi^2$-Squared tests were used to test for differences in patient characteristics (e.g., age, level of education). All significance tests were 2-sided and a $p$-value of less than 0.05 was taken as significant. Unconditional multiple logistic regression models were constructed to simultaneously adjust for confounding factors.

Exposures to factors of interest occurring in the 12 months prior to diagnosis for cases (or 12 months prior to first contact for controls) were excluded because the aetiological influence of very recent exposures on incident ovarian cancer is likely to be minimal and, in cases, recent behaviours may reflect the presence of subclinical disease. All models were adjusted for the categorical variables of age in 10-year groups (<50, 50–59, 60–69, ≥70), highest level of education, parity (number of pregnancies >6 months) and duration of contraceptive use (including oral contraceptive pills and contraceptive injections). Analyses of endometriosis and potential symptoms of endometriosis (painful or long periods) were also adjusted for the categorical variable of body mass index (BMI) 1 year prior to diagnosis/recruitment (≤24.9, 25–29.9, ≥30 kg/m$^2$). Other potential confounders that were considered for all analyses but not included in the final models since they did not substantially alter risk estimates were: income, family history of ovarian or breast cancer, hysterectomy and/or tubal ligation and smoking.

All analyses were performed using the SAS system V 9.1 (SAS Institute, Cary, NC). Tests for linear trend were performed using the maximum likelihood test with the categorical variable of interest entered as a continuous term.

## Results

The final study population included 1,576 women with epithelial ovarian cancer (invasive and LMP) and 1,509 controls. Cases were significantly older than controls (mean age cases = 57.8, mean age controls = 56.42, $p = 0.001$) and were less likely to have continued their education beyond high school (Table I). As expected, cases were significantly more likely to be nulliparous

**TABLE I – DESCRIPTIVE CHARACTERISTICS OF 1,576 WOMEN WITH EPITHELIAL OVARIAN CANCER AND 1,509 RANDOMLY SELECTED POPULATION-BASED CONTROLS**

| Variable | Controls[1] (N = 1,509) N (%) | Cases[1] (N = 1,576) N (%) | p-Value |
|---|---|---|---|
| Highest level of education | | | 0.02[2] |
| High school | 735 (49) | 851 (54) | |
| Technical college/ trade certificate | 550 (37) | 502 (32) | |
| University | 218 (15) | 214 (14) | |
| Number pregnancies ($\geq$6 months) | | | <0.0001[3] |
| Nulliparous | 181 (12) | 298 (19) | |
| 1–2 | 644 (43) | 647 (41) | |
| $\geq$3 | 684 (45) | 628 (40) | |
| Ever used oral contraceptives | | | <0.0001[3] |
| No | 330 (22) | 505 (32) | |
| $\leq$5 years | 361 (24) | 432 (28) | |
| >5 years | 811 (54) | 619 (40) | |
| Previous tubal ligation | 406 (27) | 355 (23) | 0.0003[2] |
| Previous hysterectomy | 289 (19) | 364 (23) | 0.05[2] |
| Mother/sister with ovarian or breast cancer | 195 (13) | 273 (19) | 0.002[2] |

[1]Numbers may not sum to total because of missing data.–[2]$\chi^2$-square test for heterogeneity, adjusted for age group (10 year categories).–[3]$\chi^2$-square test for trend, adjusted for age group (10 year categories).

and to report a mother or sister with ovarian or breast cancer. Cases were less likely to have used oral contraceptives or to report a previous tubal ligation. Unexpectedly, cases were somewhat more likely to report a prior hysterectomy (Table I).

Ever use of talc in the perineal region (among women with patent fallopian tubes) was associated with a significant increase in risk of all types of epithelial ovarian cancer combined (adjusted OR = 1.17, 95% CI: 1.01–1.36) (Table II). Analysis by histological subtype showed that the increase in risk was strongest for serous and endometrioid tumours although it was only statistically significant for serous tumours (adjusted OR = 1.21, 95% CI: 1.03–1.44 and 1.18, 95% CI 0.81–1.70, respectively). This increased risk was seen for both invasive and LMP serous tumours (data not shown), although the association with LMP tumours was not statistically significant because of the smaller numbers. There was no clear trend of increasing risk with longer duration of use, although tests for trend were of borderline statistical significance for all cancers and the serous subgroup ($p = 0.02$ for both). When we considered invasive and LMP tumours separately, a modest but statistically significant increase in risk of invasive serous tumours was observed in the highest category of use (over 25 years, adjusted OR = 1.35, 95% CI: 1.06–1.72), whereas little or no increased risk was observed with less than 25 years of use. For serous LMP tumours, a modest increase in risk was observed only in the lowest duration of use category (upto 10 years, adjusted OR = 1.71, 95% CI: 1.07–2.73) with no association for over 10 years of use.

Increased risk of ovarian cancer was specifically related to talc use in the pelvic region as talc use on other body sites showed no association (OR = 1.01, 95% CI: 0.84–1.20). In contrast to the elevated risk of ovarian cancer observed with perineal talc use prior to hysterectomy and/or tubal ligation, talc use after such surgery showed no association with serous ovarian cancer risk, regardless of duration (Table II).

Prior to 1976, talcum powder was often contaminated with asbestos fibres.[10,11] To assess whether the association between use of talc and ovarian cancer risk varied over time we evaluated this separately for different age groups. Our assumption was that use of talcum powder among older women would largely have been prior to 1976 (when voluntary guidelines to prevent asbestos contamination of talcum powder were adopted) whereas a greater pro-

**TABLE II – ASSOCIATION BETWEEN PERINEAL TALCUM POWDER USE (SEPARATING THE EFFECTS OF USE PRIOR TO AND AFTER HYSTERECTOMY AND/OR TUBAL LIGATION) AND RISK OF EPITHELIAL OVARIAN CANCER**

| | Controls[1] N (%) | All cases[1] N (%) | All cases (N = 1,576) OR[2] (95% CI) | Serous (N = 994) OR[2] (95% CI) | Mucinous (N = 191) OR[2] (95% CI) | Endometrioid (N = 141) OR[2] (95% CI) | Clear cell (N = 88) OR[2] (95% CI) |
|---|---|---|---|---|---|---|---|
| Perineal use of talcum powder[3] | | | | | | | |
| Never | 835 (57) | 821 (54) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 635 (43) | 702 (46) | 1.17 (1.01–1.36) | 1.21 (1.03–1.44) | 1.10 (0.80–1.52) | 1.18 (0.81–1.70) | 1.08 (0.68–1.72) |
| Use pre- or no-surgery[3] | | | | | | | |
| None | 835 (57) | 821 (54) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| >0–10 years | 193 (13) | 200 (13) | 1.13 (0.90–1.41) | 1.26 (0.98–1.63) | 0.79 (0.47–1.33) | 1.05 (0.59–1.85) | 1.08 (0.52–2.27) |
| >10–25 years | 214 (15) | 213 (14) | 1.08 (0.87–1.34) | 1.03 (0.80–1.32) | 1.34 (0.86–2.08) | 1.14 (0.67–1.94) | 0.96 (0.48–1.90) |
| >25 years | 228 (16) | 289 (19) | 1.29 (1.04–1.58) | 1.34 (1.06–1.68) | 1.21 (0.75–1.97) | 1.31 (0.80–2.16) | 1.18 (0.63–2.22) |
| *p-Value (trend)* | | | *0.02* | *0.022* | *0.27* | *0.28* | *0.69* |
| Use post-surgery | | | | | | | |
| None | 1,294 (88) | 1,340 (88) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| >0–10 years | 49 (3) | 50 (3) | 1.08 (0.71–1.62) | 1.07 (0.67–1.69) | 1.39 (0.60–3.19) | 0.97 (0.34–2.77) | 0.64 (0.15–2.81) |
| >10–25 years | 81 (6) | 87 (6) | 1.14 (0.82–1.57) | 1.03 (0.72–1.48) | 2.04 (1.09–3.79) | 1.03 (0.45–2.32) | 0.44 (0.11–1.88) |
| >25 years | 46 (3) | 46 (3) | 1.00 (0.64–1.51) | 1.09 (0.69–1.71) | 0.91 (0.27–3.05) | 0.79 (0.23–2.64) | 0.43 (0.06–3.22) |
| *p-Value (trend)* | | | *0.61* | *0.60* | *0.12* | *0.81* | *0.16* |
| Ever[3] vs. never use stratified by age at diagnosis/recruitment | | | | | | | |
| <50 years | 143 (23) | 137 (20) | 1.16 (0.86–1.57) | 1.53 (1.06–2.19) | 1.42 (0.89–2.25) | 0.66 (0.28–1.55) | 0.98 (0.41–2.29) |
| 50–59 years | 213 (33) | 237 (34) | 1.22 (0.93–1.59) | 1.20 (0.89–1.62) | 0.76 (0.46–1.26) | 1.41 (0.78–2.54) | 1.67 (0.88–3.15) |
| 60–69 years | 191 (30) | 207 (29) | 0.93 (0.70–1.23) | 0.95 (0.70–1.29) | 0.83 (0.49–1.40) | 1.31 (0.62–2.75) | 0.87 (0.40–1.85) |
| >70 years | 88 (14) | 121 (17) | 1.61 (1.10–2.36) | 1.66 (1.08–2.56) | 0.91 (0.42–1.97) | 1.32 (0.50–3.49) | 1.41 (0.58–3.35) |

[1]Numbers may not sum to total because of missing data.–[2]Adjusted for age (except age-stratified analysis), education, parity and oral contraceptive pill use.–[3]Analysis restricted to use while the genital tract was unobstructed (i.e., prior to hysterectomy).

portion of use in younger women would have been after that date. Significantly elevated risks of ovarian cancer overall and for the serous subtype were seen in women who were 70 years of age or older and also among those who were less than 50 for the serous subtype only. A modest increase in risk was also observed in the 50–59 year group (nonsignificant) however no association was observed in the 60–69 year age group. Similar results were observed when invasive tumours were examined separately (the number of LMP tumours was too small to evaluate the effects by age).

Table III shows no significant association was observed between PID and risk of all subtypes of ovarian cancer combined (OR = 1.15, 95% CI: 0.85–1.57), or for the different histological subtypes. When we examined the association relative to the time elapsed since diagnosis of PID, no association with ovarian cancer risk was observed (data not shown).

A reported history of genital herpes was not associated with risk of all subtypes of ovarian cancer combined (OR = 1.17, 95% CI: 0.73–1.87). However, a significant positive association was seen with risk of serous tumours (OR = 1.65, 95% CI: 1.01–2.69; Table III), with similar nonsignificant increases observed for both invasive (OR = 1.65, 95% CI: 0.98–2.78) and LMP serous tumours (OR = 1.76, 95% CI: 0.71–4.34). For serous tumours, similar increased risks were seen for both more recent (less than 20 years) and long-term (over 20 years) infection (data not shown).

Neither HPV infection, based on self-reported history of abnormal pap smears and/or genital warts, nor a history of mumps after the age of puberty were associated with risk of ovarian cancer overall (Table III). There was also no association with mumps when we considered infection at any age (OR = 0.95, 95% CI: 0.81–1.12). There was however a suggestion that HPV infection was associated with a slightly increased risk of the endometrioid subtype (OR = 1.58, 95% CI: 1.03–2.44). Analyses considering time since the condition was first reported did not alter these results.

We found no significant association between a reported history of endometriosis and ovarian cancer risk overall (OR = 1.31, 95% CI: 0.97–1.78). However statistically significant increased risks were seen for the endometrioid and clear cell subtypes (OR = 1.85, CI: 1.02–3.38 and OR = 2.66, CI: 1.31–5.44, respectively). Because endometriosis may go undiagnosed, we also considered a reported history of potential symptoms of endometriosis (long or painful periods) however neither was associated with ovarian cancer risk (Table III). Similar results were noted when the analysis was restricted to women who had not used hormonal contraceptives. As with other medical conditions, risk estimates did not vary with time elapsed since endometriosis was first reported.

For comparison with inflammation believed to occur in close proximity to the ovaries, medical conditions associated with inflammation at other body sites were also examined (including gall stones, inflammatory bowel disease, diverticulitis, oesophagitis, gastritis and pancreatitis). None of these conditions was associated with ovarian cancer risk (data not shown).

To assess whether regular use of anti-inflammatory medications was inversely associated with ovarian cancer risk, use of aspirin and NSAIDs in the 5 years prior to study recruitment was examined. Any use of aspirin was not associated with ovarian cancer risk for all subtypes combined (OR for any $vs.$ no use = 1.06, 95% CI: 0.92–1.23; Table IV) or for any of the individual subtypes. Ever use of NSAIDs in the last 5 years also had no effect on risk of all subtypes of ovarian cancer (OR = 0.88, 95% CI: 0.76–1.02). However, risk of mucinous tumours was inversely associated with any use of NSAIDs (OR = 0.69, 95% CI: 0.50–0.94) and a further decrease in risk was observed with more frequent use ($p$-value trend = 0.01). Separate analyses of invasive ($n$ = 44) and LMP ($n$ = 147) mucinous tumours demonstrated that the observed inverse association was driven entirely by LMP tumours (OR for any $vs.$ no use = 0.59, 95% CI: 0.41–0.84, compared to

TABLE III – ASSOCIATION BETWEEN SELF-REPORTED MEDICAL CONDITIONS POTENTIALLY ASSOCIATED WITH INFLAMMATION OF THE OVARIES AND RISK OF EPITHELIAL OVARIAN CANCER

| | Controls[1] N (%) | All cases[1] N (%) | All cases (N = 1,576) OR[2] (95% CI) | Serous (N = 994) OR[2] (95% CI) | Mucinous (N = 191) OR[2] (95% CI) | Endometrioid (N = 141) OR[2] (95% CI) | Clear cell (N = 88) OR[2] (95% CI) |
|---|---|---|---|---|---|---|---|
| PID | | | | | | | |
| Never | 1,406 (94) | 1,460 (93) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 84 (6) | 103 (7) | 1.15 (0.85–1.57) | 0.96 (0.66–1.38) | 1.46 (0.82–2.60) | 1.29 (0.66–2.52) | 0.87 (0.30–2.49) |
| Genital herpes | | | | | | | |
| Never | 1,420 (98) | 1,425 (97) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 35 (2) | 42 (3) | 1.17 (0.73–1.87) | 1.65 (1.01–2.69) | 0.40 (0.09–1.71) | 0.32 (0.04–2.37) | 0.74 (0.10–5.63) |
| HPV infection | | | | | | | |
| Never | 1,148 (78) | 1,197 (81) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 317 (22) | 273 (19) | 0.94 (0.78–1.15) | 0.92 (0.74–1.15) | 0.98 (0.66–1.45) | 1.58 (1.03–2.44) | 0.72 (0.36–1.47) |
| Mumps | | | | | | | |
| Never | 496 (76) | 508 (75) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever (postpubertal) | 160 (24) | 164 (25) | 0.96 (0.73–1.25) | 1.06 (0.79–1.42) | 0.78 (0.40–1.49) | 0.97 (0.50–1.87) | 0.81 (0.35–1.92) |
| Endometriosis[3] | | | | | | | |
| Never | 1,413 (94) | 1,431 (92) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 87 (6) | 124 (8) | 1.31 (0.97–1.78) | 1.14 (0.80–1.62) | 0.89 (0.46–1.75) | 1.85 (1.02–3.38) | 2.66 (1.31–5.44) |
| Long periods[3] (>7 days) | | | | | | | |
| Never/rarely | 1,174 (82) | 1,173 (82) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Often | 188 (13) | 192 (14) | 1.05 (0.83–1.31) | 1.05 (0.81–1.36) | 0.70 (0.40–1.22) | 1.23 (0.71–2.12) | 1.26 (0.62–2.53) |
| Always | 75 (5) | 62 (4) | 0.79 (0.55–1.13) | 0.82 (0.55–1.23) | 0.78 (0.34–1.78) | 0.72 (0.27–1.85) | 0.83 (0.24–2.83) |
| Painful periods[3] | | | | | | | |
| Never/rarely | 760 (52) | 711 (49) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Sometimes | 290 (20) | 301 (20) | 1.04 (0.85–1.27) | 1.04 (0.83–1.31) | 0.95 (0.61–1.47) | 1.07 (0.65–1.75) | 1.13 (0.59–2.15) |
| Often | 404 (28) | 452 (31) | 1.17 (0.98–1.40) | 1.17 (0.96–1.43) | 1.12 (0.77–1.64) | 1.12 (0.72–1.73) | 1.14 (0.65–2.00) |

[1]Numbers may not sum to total because of missing data.–[2]Adjusted for age, education, parity and oral contraceptive pill use.–[3]Additionally adjusted for body mass index one year prior to diagnosis.

TABLE IV – ASSOCIATION BETWEEN ANTI-INFLAMMATORY MEDICATION USE IN THE PAST 5 YEARS AND RISK OF EPITHELIAL OVARIAN CANCER

| | Controls[1] N (%) | All cases[1] N (%) | All cases (N = 1,576) OR[2] (95% CI) | Serous (N = 994) OR[2] (95% CI) | Mucinous (N = 191) OR[2] (95% CI) | Endometrioid (N = 141) OR[2] (95% CI) | Clear cell (N = 88) OR[2] (95% CI) |
|---|---|---|---|---|---|---|---|
| Aspirin | | | | | | | |
| Never | 772 (51) | 783 (50) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 730 (49) | 781 (49) | 1.06 (0.92–1.23) | 1.06 (0.90–1.25) | 0.99 (0.72–1.35) | 0.92 (0.64–1.32) | 0.92 (0.58–1.45) |
| ≤1/week | 612 (41) | 650 (41) | 1.06 (0.91–1.23) | 1.05 (0.88–1.25) | 0.98 (0.71–1.36) | 0.98 (0.68–1.43) | 0.95 (0.59–1.54) |
| ≥2/week | 118 (8) | 131 (8) | 1.06 (0.80–1.41) | 1.11 (0.81–1.51) | 1.02 (0.52–2.03) | 0.56 (0.23–1.34) | 0.75 (0.30–1.89) |
| *p-Value (trend)* | | | *0.5* | *0.4* | *0.99* | *0.4* | *0.6* |
| NSAIDs | | | | | | | |
| Never | 625 (42) | 723 (46) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ever | 878 (58) | 836 (54) | 0.88 (0.76–1.02) | 0.93 (0.78–1.10) | 0.69 (0.50–0.94) | 0.76 (0.53–1.09) | 0.92 (0.58–1.45) |
| ≤1/week | 653 (43) | 625 (40) | 0.90 (0.76–1.05) | 0.94 (0.78–1.12) | 0.73 (0.53–1.02) | 0.73 (0.50–1.09) | 0.97 (0.59–1.60) |
| ≥2/week | 225 (15) | 211 (14) | 0.83 (0.66–1.04) | 0.90 (0.70–1.16) | 0.51 (0.28–0.93) | 0.84 (0.49–1.44) | 0.79 (0.39–1.58) |
| *p-Value (trend)* | | | *0.1* | *0.3* | *0.01* | *0.3* | *0.6* |

[1]Numbers may not sum to total because of missing data.—[2]Adjusted for age, education, parity and oral contraceptive pill use.

1.17, 95% CI 0.62–2.21 for invasive mucinous tumours). There was also a dose-response relationship for LMP mucinous tumours (OR for 2 or more pills per week *vs.* no use = 0.46, 95% CI: 0.23–0.91, *p*-value trend = 0.01).

### Discussion

The hypothesis that chronic inflammation may lead to the development of epithelial ovarian cancer was first proposed to explain how certain factors, such as talc use in the perineal region, may be linked to increased risk of developing ovarian cancer.[1] Testing the inflammation hypothesis in a case–control study, Ness *et al.* found that proinflammatory factors, such as perineal talc use and endometriosis increased ovarian cancer risk, but others such as PID did not significantly increase ovarian cancer risk (separate analyses of individual histological subtypes of ovarian cancer were not presented).[8] Consistent with this hypothesis, McSorley *et al.*[9] recently reported a trend of increasing ovarian cancer risk with increasing levels of CRP, a marker of inflammation. However, given the lack of specificity of CRP and its association with prevalent chronic conditions, such as ischaemic heart disease,[12] it is difficult to rule out confounding as an alternate explanation for these results.[9] Until the present study, no other epidemiological studies appear to have tested the hypothesis that ovarian inflammation is associated with ovarian cancer risk. In the current study, a significantly elevated risk of ovarian cancer overall and of the serous subtype associated with perineal talc use was identified. A nonsignificant increase in risk was also seen for endometrioid tumours. Other factors that could potentially cause ovarian inflammation (such as PID, HPV infection, mumps and endometriosis) were not associated with ovarian cancer risk overall, however there was some evidence of a positive association with some of these factors in the subtype specific analyses. These results in combination with previous studies suggest that chronic inflammation is unlikely to play a major role in the development of ovarian cancer.

Focusing on talc use, we found that any use of perineal talc was associated with a small but significantly increased risk of ovarian cancer overall and specifically amongst the invasive and LMP serous tumours although no clear dose-response with increasing duration of use was identified. This finding is consistent with results of previous studies.[4,6,7,10,13,14]

As expected, ovarian cancer risk was only related to talc use in women with no surgical closure of the fallopian tubes or those who had used talc presurgery, with no association seen for talc use after tubal sterilisation or hysterectomy. Similar observations were made in previous case–control studies of ovarian cancer (all subtypes) with elevated risks observed in women who had not had a tubal ligation[4,14] or those who had used talc presurgery.[13] These former studies together with the current findings support the hypothesis that talc particles are transported to the ovaries *via* unobstructed fallopian tubes. In contrast, the Nurses' Health study found no increase in risk among women who were perineal talc users but had never had a tubal ligation.[7]

While it has been demonstrated experimentally that talc particles can reach the ovaries in humans and rodents as the result of talc use in the pelvic region,[15–17] ovarian talc particle burden in normal human ovaries is not correlated with reported exposure levels.[17] This suggests that use of only a small amount of talc may be required for some talc to reach the ovaries and increase risk of cancer.

It has been hypothesised that talc is linked to ovarian cancer development through inflammation, however evidence linking an inflammatory response with talc contamination of the ovaries is lacking. Talc-induced inflammation is unlikely to be in the formation of granulomas as these are rarely observed in human ovaries.[18,19] Other likely manifestations of talc-induced inflammation include reduced fibrinolysis, activation of neutrophils and macrophages and increased production of cytokines and growth factors, and these have been suggested to occur in the peritoneum in response to contamination by surgical glove powder.[20] Rigorous investigation of the precise biological response of the ovarian surface epithelium to perineal talc use is needed.

We also sought to determine whether possible contamination of talc with asbestos fibres, which are known to cause inflammation of epithelial tissues, could explain the observed link between perineal talc use and serous ovarian cancer. Voluntary guidelines to prevent asbestos contamination of cosmetic talc were introduced in 1976 and consequently earlier formulations were more likely to contain asbestos fibres.[10,11] Increased risk of serous ovarian cancer was not restricted to perineal talc use in the oldest age groups, who were more likely to have been exposed to asbestos-contaminated talc, but was also observed in the youngest (less than 50 years) and the 50–59 year old age group. Other studies have also reported no increase in risk of all subtypes of ovarian cancer associated with talc use before 1970[13] or before 1975.[14] These findings contrast with 2 other reports of increased risk of serous[7] and all subtypes of epithelial ovarian cancer[10] associated with earlier use of talc.

If inflammation plays a role in the aetiology of ovarian cancer then it would be expected that PID would be associated with increased risk of ovarian cancer. PID was not associated with elevated risk of ovarian tumours in our data, confirming several previous reports of no association with PID in studies of all subtypes of ovarian cancer.[8,21,22] To date there has been only one report of a significant positive association between PID and ovarian cancer.[23] Genital herpes infection was associated with a nonsignificantly increased risk of invasive serous cancer in our data, although this observation was based on a small number of exposed cases (n = 27). One previous study found no association between genital herpes and ovarian cancer risk (the number of exposed cases was not reported).[8] Latent infection by herpes virus is established

in the nerve root ganglia and it is associated with a variety of initial and recurrent symptoms such as genital ulceration.[24] It is biologically plausible that inflammation associated with genital herpes infection could increase risk of ovarian cancer as Herpes simplex virus type 2 has been detected in the upper genital tract of women with acute PID[25,26] and acute salpingitis.[27] Further studies are needed to confirm this association.

HPV infection (based on reports of abnormal pap smears and/or genital warts) showed no association with ovarian cancer risk, except for the endometrioid subtype. We hypothesised that HPV infection could potentially cause ovarian inflammation as HPV DNA has been identified in the ovaries of patients with primary ovarian squamous intraepithelial neoplasia[28,29] and in the upper genital tract of patients with cervical squamous carcinoma.[30] In addition, high-risk HPV DNA has been reported in 10% of ovarian epithelial carcinomas.[31] Abnormal pap smears and genital warts are generally associated with HPV genotypes classified as high-risk and low-risk, respectively, in regards to their association with carcinogenic transformation.[32] However, separate analyses also showed no association with ovarian cancer risk.

Mumps infection (either after puberty or at any age) was not associated with ovarian cancer risk. It has been estimated that some 5% of postpubertal mumps cases are associated with clinically apparent oophoritis, which in severe cases could result in infertility caused by nonfunctional ovarian tissue.[33] We were unable to identify these particular cases in the current analysis and therefore further study is needed to examine the association between mumps oophoritis and ovarian cancer.

While endometriosis is a condition associated with localised inflammation, it is also related to changes in hormone levels (increased oestrogen unopposed by progesterone) at the site of endometriotic implants.[34] Despite this, endometriosis or potential symptoms of endometriosis (long or painful periods) were not associated with ovarian cancer risk overall, but there was an increased risk of endometrioid and clear cell subtypes among women who reported a history of endometriosis. This result was anticipated because current epidemiological evidence suggests that endometriosis is most strongly associated with the endometrioid and clear cell subtypes of ovarian cancer.[35,36]

Finally, if inflammation did promote epithelial ovarian cancer development, then it may be reasonably expected that regular use of anti-inflammatory medications would reduce risk. However, no overall association with ovarian cancer risk was observed in the current study. This supports results from 2 recent meta-analyses, which have also not shown that regular use of anti-inflammatory medications (aspirin or other NSAIDs) reduces ovarian cancer risk.[37,38] Of interest however was the apparent inverse association between NSAID use and the mucinous subtype, which was entirely driven by the LMP group. We know from other epidemiological studies that the aetiology of mucinous tumours differs in a number of ways from the other subtypes of ovarian cancer, so NSAID use may be another factor to add to this list. However, this result awaits confirmation by others.

Strengths of our study included its large size (1,576 women with ovarian cancer and 1,509 population-based controls) and Australia-wide coverage. A limitation was the low response rate for controls (47%), which could have resulted in selection bias and possibly led to an over-representation of healthy subjects among the controls. Indeed our hysterectomy rate among controls was ~5% lower than expected, but as there are no obvious links between hysterectomy and inflammation that we have not considered, we do not believe that these small differences would have affected the present results. A healthy control bias would most likely influence the analyses of medical conditions, specifically sexually transmitted infections (STIs). For example, if participating controls were less likely to have had an STI this could bias risk estimates for STIs upwards. While we saw a positive association between herpes infection and ovarian cancer risk, there was no association with other STIs suggesting that our ORs are not systematically biased. Overall, a small number of participants reported STIs and it is possible that STIs were underreported because of possible asymptomatic infection or because of the negative connotations associated with having an STI. It is also possible that controls would be more likely to underreport STIs than cases therefore potentially biasing the risk estimates upwards. Another general limitation was that analyses of medical conditions were based entirely on self-reported medical history and as a result the accuracy of these reports could not be confirmed, although self-reports of these miscellaneous conditions are unlikely to be influenced greatly by case/control status.

In summary, most factors that could potentially cause ovarian inflammation (such as PID, HPV infection, and postpubertal mumps) were not associated with a significant elevation in ovarian cancer risk in our study. In addition, the expected corollary, an inverse association with regular use of anti-inflammatory medications, was not observed. While some subtype-specific associations were observed, these were not strong and showed no coherent pattern of association within or across subtypes, aside from the well-recognised increase in risk of endometrioid and clear cell cancers among women with endometriosis. The elevation in ovarian cancer risk associated with use of talc in the perineal region that we and others have observed has been regarded as the main evidence supporting an inflammatory mechanism in the development of epithelial ovarian cancer. However, experimental evidence that perineal talc use elicits an inflammatory response in the ovaries is lacking and overall we conclude that chronic inflammation does not play a major role in the development of ovarian cancer.

## Acknowledgements

MM was supported by an Australian Postgraduate Award; PW is funded by a fellowship from the Queensland Cancer Fund. We gratefully acknowledge the cooperation of the New South Wales, Queensland, South Australian, Victorian and Western Australian Cancer Registries as well as all the collaborating institutions represented within the AOCS Study Group. We are thankful to all of the study participants, without whom our study would not have been possible.

## References

1. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst 1999;91:1459–67.
2. Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? Lancet 2001;357:539–45.
3. Baniyash M. The inflammation-cancer linkage: a double-edged sword? Semin Cancer Biol 2006;16:1–2.
4. Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, Harlow BL. Genital talc exposure and risk of ovarian cancer. Int J Cancer 1999;81:351–6.
5. Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer Res 2003;23:1955–60.
6. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol 1997;145:459–65.
7. Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, Hankinson SE. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst 2000;92:249–52.
8. Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, Morgan M, Schlesselman JJ. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology 2000;11:111–17.
9. McSorley MA, Alberg AJ, Allen DS, Allen NE, Brinton LA, Dorgan JF, Pollak M, Tao Y, Helzlsouer KJ. C-reactive protein concentrations and subsequent ovarian cancer risk. Obstet Gynecol 2007;109:933–41.
10. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol 1992;80:19–26.
11. Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R, Bowes DR, Skinner DL. Consumer talcums and powders: mineral and chemical characterization. J Toxicol Environ Health 1976;2:255–84.

12. Jenny NS, Yanez ND, Psaty BP, Kuller LH, Hirsch CH, Tracy RP. Inflammation biomarkers and near-term death in older men. Am J Epidemiol 2007;165:684–95.
13. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer 1997;79:2396–401.
14. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer 2004;112:458–64.
15. Fleming JS, Beaugie CR, Haviv I, Chenevix-Trench G, Tan OL. Incessant ovulation, inflammation and epithelial ovarian carcinogenesis: revisiting old hypotheses. Mol Cell Endocrinol 2006;247:4–21.
16. Henderson WJ, Hamilton TC, Baylis MS, Pierrepoint CG, Griffiths K. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. Environ Res 1986;40:247–50.
17. Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol 1996;174:1507–10.
18. McCluggage WG, Allen DC. Ovarian granulomas: a report of 32 cases. J Clin Pathol 1997;50:324–7.
19. Wehner AP. Biological effects of cosmetic talc. Food Chem Toxicol 1994;32:1173–84.
20. van den Tol MP, Haverlag R, van Rossen ME, Bonthuis F, Marquet RL, Jeekel J. Glove powder promotes adhesion formation and facilitates tumour cell adhesion and growth. Br J Surg 2001;88:1258–63.
21. Parazzini F, La Vecchia C, Negri E, Moroni S, dal Pino D, Fedele L. Pelvic inflammatory disease and risk of ovarian cancer. Cancer Epidemiol Biomarkers Prev 1996;5:667–9.
22. Shu XO, Brinton LA, Gao YT, Yuan JM. Population-based case-control study of ovarian cancer in Shanghai. Cancer Res 1989;49:3670–4.
23. Risch HA, Howe GR. Pelvic inflammatory disease and the risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev 1995;4:447–51.
24. Ooi C, Dayan L. Genital herpes. An approach for general practitioners in Australia. Aust Fam Physician 2002;31:825–31.
25. Heinonen PK, Miettinen A. Laparoscopic study on the microbiology and severity of acute pelvic inflammatory disease. Eur J Obstet Gynecol Reprod Biol 1994;57:85–9.
26. Paavonen J, Teisala K, Heinonen PK, Aine R, Miettinen A, Lehtinen M, Gronroos P. Endometritis and acute salpingitis associated with Chlamydia trachomatis and herpes simplex virus type two. Obstet Gynecol 1985;65:288–91.
27. Lehtinen M, Rantala I, Teisala K, Heinonen PK, Lehtinen T, Aine R, Miettinen A, Gronroos P, Punnonen R, Leinikki P, Paavonen J. Detection of herpes simplex virus in women with acute pelvic inflammatory disease. J Infect Dis 1985;152:78–82.
28. Mai KT, Yazdi HM, Bertrand MA, LeSaux N, Cathcart LL. Bilateral primary ovarian squamous cell carcinoma associated with human papilloma virus infection and vulvar and cervical intraepithelial neoplasia. A case report with review of the literature. Am J Surg Pathol 1996;20:767–72.
29. Manolitsas TP, Lanham SA, Hitchcock A, Watson RH. Synchronous ovarian and cervical squamous intraepithelial neoplasia: an analysis of HPV status. Gynecol Oncol 1998;70:428–31.
30. Giordano G, D'Adda T, Gnetti L, Froio E, Merisio C, Melpignano M. Detection of human papillomavirus in organs of upper genital tract in women with cervical cancer. Int J Gynecol Cancer 2006;16:1601–7.
31. Ip SM, Wong LC, Xu CM, Cheung AN, Tsang PC, Ngan HY. Detection of human papillomavirus DNA in malignant lesions from Chinese women with carcinomas of the upper genital tract. Gynecol Oncol 2002;87:104–11.
32. Trottier H, Franco EL. The epidemiology of genital human papillomavirus infection. Vaccine 2006;24 (Suppl 1):S1–S15.
33. Morrison JC, Givens JR, Wiser WL, Fish SA. Mumps oophoritis: a cause of premature menopause. Fertil Steril 1975;26:655–9.
34. Ness RB. Endometriosis and ovarian cancer: thoughts on shared pathophysiology. Am J Obstet Gynecol 2003;189:280–94.
35. Brinton LA, Sakoda LC, Sherman ME, Frederiksen K, Kjaer SK, Graubard BI, Olsen JH, Mellemkjaer L. Relationship of benign gynecologic diseases to subsequent risk of ovarian and uterine tumors. Cancer Epidemiol Biomarkers Prev 2005;14:2929–35.
36. Somigliana E, Vigano P, Parazzini F, Stoppelli S, Giambattista E, Vercellini P. Association between endometriosis and cancer: a comprehensive review and a critical analysis of clinical and epidemiological evidence. Gynecol Oncol 2006;101:331–41.
37. Bonovas S, Filioussi K, Sitaras NM. Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis. Br J Clin Pharmacol 2005;60:194–203.
38. Harris RE, Beebe-Donk J, Doss H, Burr Doss D. Aspirin, ibuprofen, and other non-steroidal anti-inflammatory drugs in cancer prevention: a critical review of non-selective COX-2 blockade (review). Oncol Rep 2005;13:559–83.