### 2.4.5 Cancer of the colorectum

The Working Group examined data from 41 occupational cohorts and 13 case–control studies that reported data on associations between asbestos exposure and cancer of the colon and rectum (See Table 2.7 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.7.pdf). The Working Group made the decision to combine information on these two sites, although a few comments in several places in the text about the two sites considered separately have also been made.

### (a)  Cohort studies

An association between occupational exposure to asbestos and cancer of the colorectum was first reported in 1964 by Selikoff *et al.* in a cohort of 632 male insulation workers in New York and New Jersey, USA (Selikoff *et al.*, 1964). Further analysis of this cohort found a positive relationship between duration of work with asbestos and risk of cancer of the colorectum, in that the SMR increased from 0.00 (95%CI: 0.00–18.45) in workers with < 20 years exposure, to 3.68 (95%CI: 1.48–7.59) among workers with 20–35 years' exposure, and to 2.58 (95%CI: 1.48–4.19) among workers with the longest duration of exposure, > 35 years (Selikoff & Hammond, 1979).

Selikoff *et al.* (1967), in a second report, found an association between occupational exposure to asbestos and cancer of the colorectum in a population of 17800 asbestos insulators across the USA and Canada (SMR, 1.37; 95%CI: 1.14–1.64).

Seidman *et al.* (1986) reported an elevated mortality from cancer of the colorectum in a population of 820 male factory workers in Paterson, NJ, USA, exposed to amosite asbestos (SMR, 2.77; 95%CI: 1.16–2.80). They noted that cancer of the colorectum in asbestos workers tended to be a disease of long latency; they reported that the ratio of observed to expected deaths increased with increasing interval since initial exposure to asbestos.

McDonald *et al.* (1980) reported an overall SMR for cancer of the colorectum of only 0.78 in a study of 10939 men and 440 women workers employed as asbestos miners and millers in Quebec with predominant exposure to chrysotile asbestos. Additionally, however, McDonald *et al.* reported a "clear trend for SMRs to be higher, the heavier the exposure." Thus with increasing levels of cumulative occupational exposure to asbestos dust, relative risks for cancer of the colorectum increased in this cohort from 1.00 in workers with less than 30 mpcf–y cumulative exposure, to 0.93 in workers with 30–300 mpcf–y, to 1.96 in workers with 300–1000 mpcf–y, and then in the group with heaviest exposure, > 1000 mpcf–y, to 5.26.

Albin *et al.* (1990) found an overall SMR for cancer of the colorectum of only 1.5 (95%CI: 0.7–3.0) in a cohort of 1465 asbestos-cement workers in Sweden. A positive association between asbestos exposure and cancer of the colorectum was reported, but when cancer of the colorectum mortality was examined by individual cumulative exposure to asbestos, measured as fibre–years/mL, the SMR was 1.3 (95%CI: 0.5–2.9) for those workers with cumulative exposure of < 15 fibre–years/mL; for those with cumulative exposure of 15–39 fibre–years/mL, the SMR was 1.1(95%CI: 0.3–3.9); and for those workers in highest exposure category with > 40 fibre–years/mL, the SMR for cancer of the colorectum was 3.4 (95%CI: 1.2–9.5). Diagnosis in all but one of the cancers in the highest exposure category was verified by pathological review, and no case of certified or probable mesothelioma was found. The trend towards increasing mortality from cancer of the colorectum with increasing cumulative exposure to asbestos was statistically significant ($P = 0.04$). A similar trend was seen for cancer of the colorectum morbidity.

Excess mortality from colon cancer was observed in a heavily exposed cohort of over

5000 workers in the east end of London, who had produced asbestos insulation board and were followed for 30+ years (Berry *et al.*, 2000). The overall SMR for colon cancer in this cohort was 1.83 (95%CI: 1.20–2.66). There was evidence for a positive dose–response relationship, in that excess mortality from colon cancer was confined to men who had worked as laggers or had been severely exposed for more than 2 years. This positive trend was statistically significant ($P = 0.017$).

In a cohort comprised of family members of men who had been employed in an asbestos-cement factory in Casale Monferrato, Italy, Ferrante *et al.* (2007) examined cancer mortality. Among women with domestic exposure to asbestos, 21 deaths from cancer of the "intestine and rectum" versus 16.0 expected (SMR, 1.31; 95%CI: 0.81–2.0) were observed. For cancer of the rectum, ten deaths versus five expected (SMR, 2.00; 95%CI: 0.96–3.69) were observed.

Several other cohort studies of occupationally exposed populations in a variety of industries have also found evidence for an association between asbestos exposure and cancer of the colorectum (Puntoni *et al.*, 1979; Hilt *et al.*, 1985; Jakobsson *et al.*, 1994; Raffn *et al.*, 1996; Szezenia-Dabrowska *et al.*, 1998; Smailyte *et al.*, 2004).

Jakobsson *et al.* (1994) examined colon cancer by anatomical location in asbestos-cement workers, and observed an increased incidence of malignancy in the right side of the colon, but not in the left side.

A report on incidence of cancer of the colorectum from the Beta-Carotene and Retinol Efficacy Trial (CARET) found a relative risk of 1.36 (95%CI: 0.96–1.93) among 3987 heavy smoker participants occupationally exposed to asbestos as compared to smoker participants not exposed to asbestos (Aliyu *et al.*, 2005). Of note was the finding that the relative risk for cancer of the colorectum was 1.54 (95%CI: 0.99–2.40) among participants with asbestos-induced pleural plaques. The investigators interpreted the presence of pleural plaques as a marker for heavy individual exposure to asbestos. Risk for cancer of the colorectum also increased with worsening pulmonary asbestosis ($P = 0.03$ for trend). It was reported that a "dose–response trend based on years of asbestos exposure was less evident".

### (b)   Case–control studies

Evidence from case–control studies of asbestos and cancer of the colorectum is in general less strong than the evidence from the cohort studies. However, case–control studies from the Nordic countries and the USA have, however, reported significant increases in asbestos-associated odds ratios in occupationally exposed poulations (Fredriksson *et al.*, 1989; Gerhardsson de Verdier *et al.*, 1992; Vineis *et al.*, 1993; Kang *et al.*, 1997; Goldberg *et al.*, 2001).

Consideration of latency since first exposure appears to be an important factor in assessing these studies. Thus, Gerhardsson de Verdier *et al.* (1992) examined incidence of cancer of the colorectum by interval since first occupational exposure and observed "for subjects exposed to asbestos, the risks were highest when the latency period was more than 39 years." Gerhardsson de Verdier *et al.* observed further that the relative risk for cancer of the right colon was 2.6 (95%CI: 1.2–5.9) among workers exposed to asbestos, and that for malignancy of the left colon, only 0.5 (95%CI: 0.1–1.9).

Other cohort and case–control studies have not found evidence for an association between asbestos exposure and cancer of the colorectum (Gardner *et al.*, 1986; Hodgson & Jones, 1986; Garabrant *et al.*, 1992; Dement *et al.*, 1994; Demers *et al.*, 1994; Tulchinsky *et al.*, 1999; Hein *et al.*, 2007; Loomis *et al.*, 2009).

### (c)   Meta-analyses

Some of these meta-analyses have stratified studies according to the standardized mortality ratio for lung cancer or the percentage of deaths due to mesothelioma:

Morgan *et al.* (1985) found a summary standardized mortality ratio for cancer of the colorectum of 1.13 (95%CI: 0.97–1.30). This was reduced to 1.03 (95%CI: 0.88–1.21) after deleting cases in which the diagnosis of cancer of the colorectum was based on "best evidence" (pathological review) rather than death certificate data.

Frumkin & Berlin (1988) found in cohorts where the standardized mortality ratio for lung cancer was < 2.00 that the standardized mortality ratio for cancer of the colorectum was 0.86 (95%CI: 0.69–1.09). By contrast, when the standardized mortality ratio for lung cancer was > 2.00, the standardized mortality ratio for cancer of the colorectum increased to 1.61 (95%CI: 1.34–1.93).

Homa *et al.* (1994) found an elevated summary standardized mortality ratio for cancer of the colorectum in cohorts exposed to serpentine asbestos that had an standardized mortality ratio for lung cancer > 2.00 (summary standardized mortality ratio for cancer of the colorectum, 1.73; 95%CI: 0.83–3.63), and also in cohorts exposed to a mix of amphibole and serpentine asbestos that had a standardized mortality ratio for lung cancer > 2.00 (summary standardized mortality ratio for cancer of the colorectum, 1.48; 95%CI: 1.24–1.78). Among cohorts exposed to amphibole asbestos, the standardized mortality ratio for cancer of the colorectum was elevated regardless of the standardized mortality ratio for lung cancer. Homa *et al.* (1994) saw similar trends between standardized mortality ratio for cancer of the colorectum and percentage of deaths from mesothelioma.

Gamble (2008) reported that there was "tendency for CRC [cancer of the colorectum] risk ratios to be elevated when lung cancer risk ratios are >4" and further noted a significantly elevated standardized mortality ratio of 1.60 (95%CI: 1.29–2.00) for cancer of the colorectum when the standardized mortality ratio for lung cancer exceeds 3.00. Gamble (2008) observed no trend in cancer of the colorectum mortality with increasing percentage of deaths due to mesothelioma. Gamble saw no association between asbestos exposure and rectal cancer.

The IOM (2006) conducted a meta-analysis of cohort studies examining the association between asbestos exposure and cancer of the colorectum. In studies that compared "any" versus no exposure, the summary relative risk was 1.15 (95%CI: 1.01–1.31). For studies comparing "high" versus no exposure, the lower-bound summary relative risk was 1.24 (95%CI: 0.91–1.69), and the upper-bound summary relative risk, 1.38 (95%CI: 1.14–1.67).

The IOM also conducted a meta-analysis of the published case–control studies. Overall, 13 studies comparing "any" versus no exposure yielded a summary relative risk of 1.16 (95%CI: 0.90–1.49).

The *IARC Monograph* 100C Working Group developed a scatter plot comparing standardized mortality ratios for lung cancer with standardized mortality ratios for cancer of the colorectum in the same cohorts. The trend was positive with a correlation coefficient (r2) of 0.59, see Fig. 2.2.

### (i)   Asbestos in drinking-water and cancer of the colorectum

Ecological correlational studies conducted from the 1960s into the early 1980s suggested an association between asbestos in drinking-water and cancer of the colon. These studies correlated population exposure to asbestos in water supplies with population cancer rates. Polissar *et al.* (1982) examined cancer incidence and mortality among residents of the Puget Sound area, USA, in relation to asbestos in regional drinking-water. No association between asbestos exposure and colon cancer was observed. A similarly negative study was observed in a study conducted in Woodstock, NY, USA (Howe *et al.*, 1989).

Kjærheim *et al.* (2005) examined colon cancer incidence in Norwegian light-house keepers exposed to asbestos in drinking-water. The standardized incidence ratio for colon cancer in

**Fig 2.2 Colorectal & lung cancer correlation in asbestos cohorts**



$y = 0.2785x + 0.5419$
$R^2 = 0.5895$

Compiled by the Working Group

the entire cohort was 1.5 (95%CI: 0.9–2.2). In the subcohort with "definite" exposure to asbestos, the standardized incidence ratio was 0.8 (95%CI: 0.1–2.9). In those members of the definite exposure subcohort followed for 20+ years, the standardized incidence ratio was 1.6 (95%CI: 1.0–2.5).

Cantor (1997) conducted a systematic review of the epidemiological literature on exposure to asbestos in drinking-water and colon cancer and concluded that the data were inadequate to evaluate colon cancer risk of asbestos in drinking-water.

Marsh (1983) conducted a critical analysis of 13 epidemiological studies of asbestos and drinking-water conducted in the USA and Canada and found no consistent pattern of association.

### 2.4.6 Cancer of the ovary

The published literature examining the association between asbestos exposure and cancer of the ovaries is relatively sparse, because the workforce occupationally exposed to asbestos in such occupations as mining, milling shipyard work, construction and asbestos insulation work has been predominantly male. An examination of the association between asbestos and ovarian cancer was not undertaken by the IOM (2006).

See Table 2.8 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.8.pdf.

*(a)   Cohort studies*

The Working Group examined 11 cohort studies that examined the association between asbestos exposure and ovarian cancer in 13 populations, ten with occupational exposure to asbestos and three with community-based or residential exposure.

Acheson *et al.* (1982) examined a cohort in the United Kingdom consisting of two groups of women in separate factories ($n = 1327$), employed in the manufacture of asbestos-containing gas masks before and during World War II. One factory had used crocidolite asbestos, and the other had used chrysotile. Among 757 women in the plant that used crocidolite, 12 deaths from ovarian cancer were observed versus. 4.4 expected (SMR, 2.75; 95%CI: 1.42–4.81). Among 570 women in the plant that used chrysotile asbestos, five deaths were observed for ovarian cancer versus 3.4 expected (SMR, 1.48; 95%CI: 0.48–3.44).

Wignall & Fox (1982) conducted a 30-year, follow-up mortality study of a population of 500 women in the United Kingdom employed in the manufacture of asbestos-containing gas masks before and during World War II. The type of asbestos used was crocidolite. A total of six deaths from ovarian cancer were obserevd versus. 2.8 expected (SMR, 2.13). When the cohort was subdivided according to degree of exposure to asbestos, the highest mortality from ovarian cancer was found among the subgroup definitely exposed to asbestos from the early 1940s (SMR, 14.81; $P < 0.01$). Overall five deaths from ovarian cancer were found among women definitely exposed to asbestos (versus 0.63 expected), whereas none were found among women definitely not exposed to asbestos (versus 0.40 expected).

To address potential misclassification of some deaths in this cohort recorded on death certificates as ovarian cancer as opposed to peritoneal mesothelioma, Wignall & Fox (1982) conducted a histopathological review of the cases cases of diagnosed ovarian cancer for which tissue material was available. One of these three cases was found to be peritoneal mesothelioma, while the diagnosis of ovarian cancer was sustained in the other two cases.

In a cohort study of 700 women factory workers employed in an asbestos-board insulation manufacturing company in the east end of London and followed for 30+ years, Berry *et al.* (2000) observed nine deaths from ovarian cancer versus 3.56 expected (SMR, 2.53; 95%CI: 1.16–4.80) (Berry *et al.,* 2000), with evidence for a positive exposure–response relationship. Among women with low-to-moderate exposure to asbestos, two deaths were observed versus 0.54 expected; in the subset with "severe" asbestos exposure of < 2 years' duration, two deaths were observed versus 2.12 expected. (SMR, 0.94); and among women with severe exposure of > 2 years' duration, five deaths from ovarian cancer were observed versus 0.90 expected (SMR, 5.35).

An assessment was performed of the significance of the positive exposure–response trend ($P = 0.18$). To address the potential misclassification of some deaths in this cohort having been recorded as ovarian cancer as opposed to peritoneal mesothelioma, Newhouse *et al.* (1972) conducted a histopathological review of the four deaths that by 1972 had been recorded as due to ovarian cancer; three of the four had occurred in women with severe and prolonged exposure to asbestos. Histological material was available for two of these cases. In both, the diagnosis of ovarian cancer was confirmed.

Reid *et al.* (2008) reported on cancer mortality in a cohort of 2552 women and girls who lived in the crocidolite asbestos mining town of Wittenoom in Western Australia during 1943–92, who were not involved in asbestos

mining and milling. Environmental contamination of the town with asbestos dust is reported to have been extensive. The women's exposure was environmental and not occupational. There were nine deaths from ovarian cancer in this cohort (SMR, 1.26; 95%CI: 0.58–2.40).

Reid *et al.* (2009) conducted a cancer incidence study in the same cohort of 2552 women and girls in Western Australia with environmental exposure to crocidolite asbestos. Additionally, they examined cancer incidence in 416 women who had worked in various capacities in the Wittenoom crocidolite asbestos mines and mills. Among community residents, ten incident cases of ovarian cancer were observed (SIR, 1.18; 95%CI: 0.45–1.91). Among women workers employed in the asbestos factory, one case of ovarian cancer was observed (SIR, 0.49; 95%CI: 0.01–2.74).

To address the possibility that some diagnosed cases of ovarian cancer in this cohort might in fact have been cases of peritoneal mesothelioma, Reid *et al.* (2009) examined pathological material from nine of their cases. The diagnosis of ovarian cancer was sustained in every case.

Pira *et al.* (2005) conducted a cohort study of 1077 women employed for at least one month during 1946–84 in an asbestos-textile factory in Italy, and followed up to 1996. A variety of types of asbestos were used in the factory, including crocidolite. A non-significantly increased standardized mortality ratio of 2.61 was observed for cancer of the ovary, based on five deaths. Among women in this cohort with ≥ 10 years of employment with asbestos, the standardized mortality ratio for ovarian cancer was 5.73, based on three deaths. Among women with ≥ 35 years since first employment, the standardized mortality ratio for ovarian cancer was 5.37, based on two deaths. This cohort was heavily exposed to asbestos, as supported by a standardized mortality ratio for lung cancer among women of 5.95, and by the occurrence of 19 deaths from mesothelioma (12%) among 168 total deaths in women.

Magnani *et al.* (2008) examined cancer mortality among a cohort of former workers at a now closed asbestos-cement factory in Casale Monferrato, Italy. A mix of crocidolite and chrysotile asbestos was used in this factory. Among women workers, there was an excess of ovarian cancers: nine observed versus 4.0 expected (SMR, 2.27; $P < 0.05$). Among women workers with 30 or more years exposure, the standardized mortality ratio for ovarian cancer was 2.97. Bertolotti *et al.* (2008) described the same findings in the same cohort [in Italian].

Ferrante *et al.* (2007) examined cancer mortality in a cohort consisting of family members of men who had been employed in the asbestos-cement factory in Casale Monferrato, Italy, described in the preceding paragraph. Exposure was to a mix of crocidolite and chrysotile. Among women with domestic exposure to asbestos, 11 deaths from ovarian cancer were observed versus 7.7 expected (SMR, 1.42; 95%CI: 0.71–2.54).

Germani *et al.* (1999) examined mortality from ovarian cancer in a cohort of 631 women workers in Italy who had been compensated for asbestosis. The type of fibre to which the women were exposed was not specified. In the total cohort, there were nine deaths from ovarian cancer (SMR, 4.77; 95%CI: 2.18–9.06). In the subset of women from the asbestos-textile industry, there were four deaths from ovarian cancer (SMR, 5.26; 95%CI: 1.43–13.47). In the subcohort from the asbestos cement industry, there were five deaths from ovarian cancer (SMR = 5.40; 95%CI: 1.75 – 12.61).

Rösler *et al.* (1994) examined cancer mortality in a cohort of 616 women workers in Germany who had been occupationally exposed to asbestos. Proportionate mortality was computed according to cause of death. A total of 95% of the asbestos used in Germany at this time was chrysotile, but the authors state that "admixture of crocidolite cannot be excluded, particularly in the manufacture of asbestos textile." Two deaths

from ovarian cancer were observed versus 1.8 expected (SMR, 1.09; 95%CI: 0.13–3.95).

### (i) Population-based cohort studies

Vasama-Neuvonen *et al.* (1999) conducted a case–control study of ovarian cancer of occupational exposures in Finland. The asbestos fibre type was not specified and the standardized incidence ratio was 1.30 (95%CI: 0.9–1.80) between ovarian cancer and exposure to "high levels of asbestos."

Pukkala *et al.* (2009) examined the incidence of ovarian cancer among women employed in various occupational categories in Nordic countries (Denmark, Finland, Iceland, Norway, and Sweden). Among the groups examined were plumbers, a group with known occupational exposure to asbestos. Fibre type was not specified. A total of four ovarian cancers were observed in these women plumbers. The standardized incidence ratio was 3.33 (95%CI: 0.91–8.52)

### (b) Case–control studies

Langseth & Kjærheim (2004) conducted a nested case–control study to examine the association between asbestos exposure and ovarian cancer within a cohort of female pulp and paper workers in Norway that had previously been found to have excess mortality from ovarian cancer (37 ovarian cancers observed versus 24 expected; SIR, 1.50; 95%CI: 1.07–2.09). The asbestos fibre type was not specified. In the case–control study, the odds ratio for occupational exposure to asbestos, based on 46 cases of ovarian cancer, was 2.02 (95%CI: 0.72–5.66).

## 2.5 Synthesis

The Working Group noted that a causal association between exposure to asbestos and cancer of the larynx was clearly established, based on the fairly consistent findings of both the occupational cohort studies as well as the case-control/case–control studies, plus the evidence for positive exposure–response relationships between cumulative asbestos exposure and laryngeal cancer-cancer of the larynx reported in several of the well-conducted cohort studies. This conclusion was further supported by the meta-analyses of 29 cohort studies encompassing 35 populations and of 15 case-control/case–control studies of asbestos exposure and laryngeal cancer-cancer of the larynx undertaken by the IOM (2006). However, there is insufficient information in the published literature to discern whether any differences exist among asbestos fibre types in their ability to cause laryngeal cancer-cancer of the larynx.

The Working Group noted that a causal association between exposure to asbestos and cancer of the ovary was clearly established, based on five strongly positive cohort mortality studies of women with heavy occupational exposure to asbestos (Acheson *et al.*, 1982; Wignall & Fox, 1982; Germani *et al.*, 1999; Berry *et al.*, 2000; Magnani *et al.*, 2008). The conclusion received additional support from studies showing that women and girls with environmental, but not occupational exposure to asbestos (Ferrante *et al.*, 2007; Reid *et al.*, 2008, 2009) had positive, though non-significant, increases in both ovarian cancer incidence and mortality.

The Working Group carefully considered the possibility that cases of peritoneal mesothelioma may have been misdiagnosed as ovarian cancer, and that these contributed to observed excesses. Contravening that possibility is the finding that three of the studies cited here specifically examined the possibility that there were misdiagnosed cases of peritoneal mesothelioma, and all failed to find sufficient numbers of misclassified cases. The Working Group noted that the possibility of diagnostic misclassification had probably diminished in recent years because of the development of new immunohistochemical diagnostic techniques.

The conclusion of the Working Group received modest support from the findings of

non-significant associations between asbestos exposure and ovarian cancer in two case–control studies (Vasama-Neuvonen *et al.*, 1999; Langseth & Kjærheim, 2004).

And lastly, the finding is consistent with laboratory studies documenting that asbestos can accumulate in the ovaries of women with household exposure to asbestos (Heller *et al.*, 1996) or with occupational exposure to asbestos (Langseth *et al.*, 2007).

The study by Heller *et al.* (1996) was a histopathological study of ovaries from 13 women who had household contact with men who had documented exposure to asbestos, and of 17 women who gave no history of potential for asbestos exposure. The study found "significant asbestos fibre burdens" in the ovaries of nine (60.2%) of the exposed women and in only six (35%) of the unexposed women. Three of the exposed women had asbestos fibre counts in ovarian tissue of over 1 million fibres per gram (wet weight). By contrast, only one of the 17 women without household exposure had counts in that range.

The study by Langseth *et al.* (2007) found approximately $3–4 \times 105$ asbestos fibres per gram (net weight) in normal ovarian tissue taken from 2/46 patients with ovarian adenocarcinoma. It is unclear how many of these fibres were verified as asbestos because it is stated in the publication that three chrysotile and one crocidolite asbestos fibres were identified in Case 1, and two anthophyllite and one chrysotile fibre were identified in Case 2. This small number of confirmed asbestos fibres in only two of the patients could be due to sample contamination. Technical caveats associated with quantification of asbestos fibre tissue burdens are discussed in Section 4 of this *Monograph* and in IOM (2006).

Further discussion of the biological plausibility of an association between asbestos exposure and ovarian cancer is to be found in Section 4 of this *Monograph*.

The Working Group noted a positive association between exposure to abestos and cancer of the pharynx, based on the fairly consistent positive findings in a series of well conducted cohort studies of populations occupationally exposed to asbestos (Selikoff & Seidman, 1991; Sluis-Cremer *et al.*, 1992; Reid *et al.*, 2004; Pira *et al.*, 2005) as well as on the positive findings of three case–control studies (Zheng *et al.*, 1992; Marchand *et al.*, 2000; Berrino *et al.*, 2003). This conclusion was further supported by the findings of the meta-analysis conducted by the IOM. While tobacco smoking and alcohol consumption are clearly the dominant risk factors for cancer of the pharynx in industrialized countries, these associations between cancer of the pharynx and asbestos remained evident in several studies when tobacco and alcohol exposures were considered. The Working Group observed that the strongest associations between asbestos exposure and cancer of the pharynx were seen in studies that specifically examined cancer of the hypopharynx, the portion of the pharynx that is located closest to the larynx. However, there is insufficient information in the published literature to discern whether there are any differences among asbestos fibre types in their ability to cause cancer of the pharynx.

The Working Group noted a positive association between exposure to abestos and cancer of the stomach, based on the positive associations between asbestos exposure and death from stomach cancer observed in several of the cohort studies with heaviest asbestos exposure (Selikoff *et al.*, 1964; Enterline *et al.*, 1987; Raffn *et al.*, 1989; Liddell *et al.*, 1997; Musk *et al.*, 2008). The conclusion was further supported by the positive dose–response relationships observed between cumulative asbestos exposure and stomach cancer mortality in several cohort studies (Selikoff & Hammond., 1979; Zhang & Wang, 1984; Liddell *et al.*, 1997; Pang *et al.*, 1997). It was supported by the results of two large and well performed meta-analyses (Frumkin & Berlin, 1988; Gamble, 2008). It received borderline support from the IOM meta-analysis of cohort

studies, and also from the IOM meta-analysis of case–control studies, which show an especially strong relationship when only extreme exposures are considered. It was supported by the comparison developed by the Working Group between standardized incidence ratios for lung cancer and stomach cancer.

Positive associations between asbestos exposure and stomach cancer and positive dose–response relationships are most likely to be seen in studies of populations with prolonged heavy exposure to asbestos that had long-term follow-up, and that incorporated high-quality assessments of exposure. The less detailed assessments of exposure found in many of the published studies would have tended to bias study results towards the null, and thus impede recognition of an association between asbestos exposure and stomach cancer, even if such an association were truly present.

[The Working Group noted that heavy occupational exposure to dust, as had likely occurred in the case of the Quebec asbestos cohort, could have been an effect modifier. Low socioeconomic status is also a potential confounder.]

However, there was insufficient information in the published literature to discern whether any differences exist among asbestos fibre types in their ability to cause stomach cancer. In the study by Liddell *et al.* (1997) exposure was to virtually pure chrysotile asbestos, in the study by Musk *et al.* (2008) the exposure was predominantly to crocidolite, and in most of the other published studies that observed positive associations, populations were exposed to mixtures of different asbestos fibres.

The Working Group noted a positive association between exposure to asbestos and cancer of the colorectum, based on the fairly consistent findings of the occupational cohort studies, plus the evidence for positive exposure–response relationships between cumulative asbestos exposure and cancer of the colorectum consistently reported in the more detailed cohort studies

(McDonald *et al.*, 1980; Albin *et al.*, 1990; Berry *et al.*, 2000; Aliyu *et al.*, 2005). The conclusion was further supported by the results of four large and well performed meta-analyses (Frumkin & Berlin 1988; Homa *et al.*, 1994; IOM, 2006; Gamble, 2008).

Positive exposure–response relationships between asbestos exposure and cancer of the colorectum appear most likely to be seen in studies of populations with prolonged heavy exposure to asbestos that had long-term follow-up, and that incorporated high-quality assessments of exposure. The less detailed assessments of exposure found in many of the published studies would have tended to bias study results towards the null, and thus impede recognition of an association between asbestos exposure and cancer of the colorectum, even if such an association were truly present.

The apparently non-positive findings of several the case–control studies are not a deterrent to this conclusion. The majority of these case–control studies incorporated relatively little information on levels of asbestos exposure; indeed, most of them considered exposure as simply a dichotomous yes/no variable. Some of the case–control studies also may be compromised by inadequate duration of follow-up. Thus, the Garabrant study (Garabrant *et al.*, 1992) may be subject to the criticism, offered by Gerhardsson de Verdier *et al.* (1992) that "the highest duration of exposure…was 'at least 15 years,' a period that may be too short to detect an elevated risk."

There is some suggestion in the literature that the association between asbestos might be stronger for colon cancer than for rectal cancer. This view is supported by the meta-analysis of Gamble (2008) which found a positive dose–response relationship for cancer of the colorectum taken together, but not for rectal cancer. It is supported also by the study of Jakobsson *et al.* (1994), which found excess of cancer of the right colon in asbestos-exposed workers, but not of the left colon.

However, there was insufficient information in the published literature to discern whether any differences exist among asbestos fibre types in their ability to cause cancer of the colorectum. It is of note in the study by McDonald *et al.* (1980) that exposure was to virtually pure chrysotile asbestos, whereas in most of the other studies cited above, populations were exposed to mixtures of different asbestos fibres.

## 3. Cancer in Experimental Animals

### 3.1 Introduction

Asbestos is a collective name for six different types of fibres: chrysotile, crocidolite, amosite, anthophyllite, tremolite, actinolite (see Section 1). Dusts from various deposits of the same type of asbestos can cause variations in the severity of the effects observed. Erionite is a fibrous zeolite found in Central Anatolia (Turkey), and Oregon (USA) (see Section 1 of the *Monograph* on Erionite). Talc is a hydrated magnesium silicate, and talc ore may contain several other minerals including anthophyllite, tremolite, calcite, dolomite, magnesite, antigorite, quartz, pyrophyllite micas, or chlorites (see Section 1).

The definition of pathogenic fibre properties as "sufficiently long, thin, and durable" is the subject of much debate, as are the differences between the exposure–response relationships or retained dose–response relationships of asbestos fibres in man and in rats, and the potential differences in the carcinogenicity of chrysotile compared to the various amphibole asbestos types. One of the reasons for a potential difference is a difference in the biopersistence between the two asbestos groups mentioned. The biopersistence is higher in the amphibole group (Hesterberg *et al.*, 1996, 1998a, b). The rat is the main test model for fibre-induced diseases. As the removal of asbestos fibres due to biosolubility is slow compared to the lifetime of rats and hamsters, experiments with

this model may not be appropriate in predicting results of risk in humans (Berry, 1999).

Critical fibre dimensions to be used in toxicology and occupational regulations were discussed by the Working Group. It is generally agreed that the carcinogenic potency of a fibre increases with fibre length. Apart from the ongoing scientific view, standards of regulated fibres, with few exceptions, are based on the WHO fibre definition: aspect ratio ≥ 3: 1, length ≥ 5 μm, diameter ≤ 3 μm.

The tested materials (asbestos and erionite) are not presented in separate tables as in many cases they were tested in parallel experiments. The reason to split the inhalation studies into two tables (Table 3.1; Table 3.2) is that in many studies, various asbestos fibres were used as positive control in studies in which man-made fibres were tested (Table 3.2). In these latter studies, normally only one asbestos concentration was used. As for intrapleural and intraperitoneal studies, Table 3.4 is separate from Table 3.5 because the studies of Stanton *et al.* (1981) (see Table 3.5) included many fibre types – which also included fibres not to be reviewed here – and was designed to investigate the effect of fibre length and fibre type on mesothelioma induction.

A general evaluation on the type of fibre application in animal studies and an evaluation of some of the asbestos studies listed in Tables 3.1–3.5 can be found in Pott (1993) and IARC (2002).

### 3.2 Inhalation exposure

Table 3.1 and Table 3.2 give an overview of the numerous inhalation experiments on asbestos, and a few experiments on erionite. Some of these are described more extensively below.

Bronchial carcinomas and pleural mesotheliomas have been observed in rats after exposure to chrysotile, crocidolite, amosite, anthophyllite, and tremolite fibres. In these studies, there was no consistent increase in

tumour incidence at other sites. [The Working Group noted that in many studies, no complete histopathology was done.] All relatively short UICC asbestos preparations showed chronic effects in lung (based on fibre lenghts > 5 µm in the dust chamber) for fibres quantitatively roughly the same.

One of the first inhalation study with asbestos in rats that showed exposure–response relationships is the experiment of Wagner *et al.* (1974). Wistar rats were exposed to 10–15 mg/m³ of one of the five UICC standard asbestos samples for 7 hours per day, mostly 5 days per week. The duration of exposure lasted from one day to 24 months. According to the reported data, in the group exposed to crocidolite for one day, lung tumours and one mesothelioma were found in 7/43 rats (16%). The corresponding exposure to chrysotile A (from Canada) resulted in lung tumours in 5/45 rats; for amosite 4/45 rats developed lung tumours and one mesothelioma. Three months of exposure to the five UICC standard asbestos samples resulted in the following thoracic tumour (mainly of the lung) incidences: chrysotile A, 44%; chrysotile B (from Zimbabwe), 53%; crocidolite, 42%; amosite, 27%; anthophyllite, 16%. Further results are listed in Table 3.1. In the 126 control rats, seven animals were also found to have lung tumours (Table 3.3). This high spontaneous lung tumour rate is a unique finding in Wistar rats. A review of unexposed control groups of many other studies shows that spontaneous lung tumours are very rare in this rat strain (Pott *et al.*, 1995; Table 3.3); on average, the incidence is less than one percent. Therefore, the very high tumour incidences described in this first inhalation study of Wagner *et al.* (1974) might be a misinterpretation of histopathological lesions because of a lack of experience at that time.

In a study conducted by Davis *et al.* (1978), five groups of Wistar rats were exposed to chrysotile (2.0, 10 mg/m³), crocidolite (5.0, 10 mg/m³), or amosite (10 mg/m³). The highest tumour incidences (21–38%) were found in the chrysotile-exposed animals. This may be due to the relatively high fraction of fibres longer than 20 µm in the chrysotile dust used in this experiment. In addition to the lung tumours, extrapulmonary neoplasms included a relatively large number of peritoneal connective tissue tumours.

In a further study by Davis *et al.* (1986b), inhalation of short-fibred amosite did not produce tumours in Wistar rats (0/42). In contrast, there was a tumour incidence of 13/40 (33%) in a group exposed to long-fibred amosite. [The Working Group noted that extensive milling to produce short fibres may have altered the surface reactivity, see Section 4].

A group of 48 SPF Fischer rats was exposed to 10 mg/m³ UICC chrysotile B by inhalation for 7 hours per day, 5 days per week, for 12 months (Wagner *et al.*, 1984b). This group served as positive controls in a study in which various manmade fibres were tested. After exposure, the animals were kept until natural death. Twelve thoracic tumours (one adenoma, 11 adenocarcinomas) were observed in 48 rats. In the untreated control group, no lung tumours were observed in 48 rats.

Smith *et al.* (1987) exposed groups of 58 female Osborne-Mendel rats to 7 mg/m³ UICC crocidolite asbestos for 6 hours per day, for 5 days per week, for 2 years. After this treatment, rats were observed for life. The tumour incidence in rats exposed to crocidolite was 3/57 (one mesothelioma and two carcinomas). In the control group, no tumours were observed in 184 rats.

Special attention should be drawn to the crocidolite study with male Fischer rats of McConnell *et al.* (1994) because this study is very well documented. The exposure to 10 mg dust/m³ (with 1610 WHO fibres/mL containing 236 fibres > 20 µm) for 6 h per day, 5 days per week had to be stopped after 10 months because of unexpected mortality, which was interpreted as a sign that the maximum tolerated dose had been exceeded. The number of WHO fibres per µg dry

**Table 3.1 Studies of cancer in experimental animals exposed to various asbestos species and erionite (inhalation exposure)[a]**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 μm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| **Asbestos** | | | | | | | | | |
| Chrysotile, Canada | 86 | NR | White rats 16 months or longer | 6 h/d 5 d/wk 62 wk | 0 | 10/41[c] | 24 | | Gross *et al.* (1967) |
| Crocidolite | 50 | 1105 | Sprague-Dawley rats lifetime | 4 h/d 4 d/w 24 mo | 0 | 5/46 | 11 | | Reeves *et al.* (1974) |
| Chrysotile UICC/A | 14.7 | NR | Wistar rats lifetime | 7 h/d 1 d | 0 | 5/45 | 11 | | Wagner *et al.* (1974) |
| | 12.3 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 0 | 16/36 | 44 | | |
| | 10.7 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 8/19 | 42 | | |
| | 10.9 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 19/27 | 70 | | |
| | 10.1 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 0 | 11/17 | 65 | | |

**Table 3.1 (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 μm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile UICC/B | 9.7 | NR | Wistar rats lifetime | 7 h/d 1 d | 0 | 1/42 | 2 | | |
| | 12.1 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 0 | 18/34 | 53 | | |
| | 10.2 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 5/17 | 29 | | |
| | 10.7 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 3 | 14/23 | 61 | | |
| | 10.1 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 1 | 11/21 | 52 | | |
| Crocidolite UICC | 12.5 | NR | Wistar rats lifetime | 7 h/d 1 d | 1 | 7/43 | 16 | | |
| | 12.6 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 1 | 15/36 | 42 | | |
| | 10.7 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 4/18 | 22 | | |
| | 10.6 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 2 | 20/26 | 77 | | |
| | 10.3 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 0 | 13/18 | 72 | | |

Table 3.1 (continued)

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 μm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Amosite UICC | 14.1 | NR | Wistar rats lifetime | 7 h/d 1 d | 1 | 4/45 | 9 | | |
| | 12.4 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 0 | 10/37 | 27 | | |
| | 11.2 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 2/18 | 11 | | |
| | 10.8 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 10/25 | 40 | | |
| | 10.6 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 0 | 13/21 | 62 | | |
| Anthophyllite UICC | 12.8 | NR | Wistar rats lifetime | 7 h/d 1 d | 0 | 2/44 | 5 | | |
| | 13.5 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 0 | 6/37 | 16 | | |
| | 10.9 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 6/18 | 33 | | |
| | 11.4 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 21/28 | 75 | | |
| | 10.6 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 1 | 17/18 | 94 | | |
| Amosite UICC | 10 | 550 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 2/43 | 5 | | Davis et al. (1978) |

**Table 3.1 (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Crocidolite UICC | 5 | 430 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 3/43 | 7 | | |
| | 10 | 860 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 1/40 | 3 | | Wagner et al. (1980) |
| Chrysotile SFA | 10.8 | 430 | Wistar rats lifetime | 7.5 h/d 5 d/wk 3 mo | 1 | 1/40 | 3 | | |
| | 10.8 | 430 | Wistar rats lifetime | 7.5 h/d 5 d/wk 6 mo | 0 | 4/18 | 22 | | |
| | 10.8 | 430 | Wistar rats lifetime | 7.5 h/d 5 d/wk 12 mo | 0 | 8/22 | 36 | | |
| Chrysotile grade 7 | 10.8 | 1020 | Wistar rats lifetime | 7.5 h/d 5 d/wk 3 mo | 0 | 1/39 | 3 | | |
| | 10.8 | 1020 | Wistar rats lifetime | 7.5 h/d 5 d/wk 6 mo | 0 | 5/18 | 28 | | |
| | 10.8 | 1020 | Wistar rats lifetime | 7.5 h/d 5 d/wk 12 mo | 0 | 3/24 | 13 | | |
| Chrysotile UICC (/B) | 10.8 | 3750 | Wistar rats lifetime | 7.5 h/d 5 d/wk 3 mo | 0 | 4/40 | 10 | | |
| | 10.8 | 3750 | Wistar rats lifetime | 7.5 h/d 5 d/wk 6 mo | 0 | 10/18 | 56 | | |
| | 10.8 | 3750 | Wistar rats lifetime | 7.5 h/d 5 d/wk 12 mo | 0 | 6/23 | 26 | | |

**Table 3.1 (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile UICC/A | 2 | 390 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 9/42 | 21 | | Davis et al. (1978) |
| Chrysotile UICC/A | 10 | 1950 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 15/40 | 38 | | |
| Chrysotile UICC | 9 | NR | Wistar rats lifetime | 7 h/d 1 d/wk 12 mo | 0 | 6/43 | 14 | Peak dosing (one d/wk); no control group | Davis et al. (1980a) |
| Amosite UICC | 50 | NR | Wistar rats lifetime | 7 h/d 1 d/w 12 mo | 0 | 6/44 | 14 | Peak dosing (one d/wk); no control group | |
| Chrysotile UICC | 10 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 15/43 (8 malignant, 7 benign) | 35 | No control group | Davis et al. (1980b) |
| Chrysotile "factory" | 10 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 11/42 (3 malignant, 8 benign) | 26 | No control group | |
| Amosite "factory" | 10 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 0/37 | 0 | No control group | |
| Amosite UICC | 10 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 2/40 | 5 | No control group | |
| Tremolite | 10 | 1600 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 2 | 20/39 | 51 | | Davis et al. (1985) |
| Crocidolite UICC | 10 | 1630/350[d] | Fischer rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 1/28 | 4 | | Wagner et al. (1985) |
| Chrysotile WDC textile yarn | 3.5 | 679 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 18/41 | 44 | | Davis et al. (1986a) |

266

**Table 3.1 (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 μm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile factory WDC | 3.7 | 468 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 21/44 | 48 | | Davis et al. (1986b) |
| Chrysotile textile yarn | 3.5 | 428 | Wistar rats lifetime | 7 h/d 5/wk 12 mo | 1 | 16/42 | 38 | | |
| Chrysotile experimental WDC | 3.5 | 108 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 4 | 21/43 | 49 | | |
| Chrysotile experimental WDC reversed daylight | 3.8 | 111 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 18/37 | 49 | | |
| Amosite "long" | 10 | 2060/1110[d] | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 2 | 13/40 | 33 | | Davis et al. (1986b) |
| Amosite "short" | 10 | 70/12[d] | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 0/42 | 0 | | |
| Crocidolite UICC | 10 | NR | Fischer rats lifetime | 6 h/d 5 d/wk 12 mo | 0 | 1/28 | 4 | | Wagner et al. (1987) |
| Chrysotile, Canada, "long" | 10 | 5510/1930[d] | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 2 | 22/40 | 55 | 1 peritoneal mesothelioma was observed in addition | Davis & Jones (1988) |
| Chrysotile, Canada, "short" | 10 | 1170/330[d] | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 7/40 | 18 | 1 peritoneal mesothelioma was observed in addition | |
| Chrysotile UICC/A "discharged" | 10 | 2670 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 11/39 | 28 | | Davis et al. (1988) |

**Table 3.1 (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 μm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile UICC/A | 10 | 2560 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 14/36 | 39 | | |
| Chrysotile UICC /A | 10 | 2560 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 13/37 | 35 | | Davis et al. (1991a) |
| Chrysotile UICC /A | 10 | 2545 | Wistar rats lifetime | 5 h/d 5 d/w 12 mo | 2 | 26/41 | 63 | Increase of tumour rate by particulate dust | |
| + titanium dioxide | + 10 | - | | + 2 h/d 5 d/w 12 mo | | | | | |
| Chrysotile UICC/A | 10 | 1960 | Wistar rats lifetime | 5 h/d 5 d/w 12 mo | 6 | 22/38 | 58 | Increase of tumour rate by particulate dust | |
| + quartz S600 | + 2 | - | | + 2 h/d 5 d/w 12 mo | | | | | |
| Amosite "long" | 10 | 3648 | Wistar rats lifetime | 5 h/d 5 d/w 12 mo | 2 | 20/40 | 50 | Increase of tumour rate by particulate dust | Davis et al. (1991a) |
| + titanium dioxide | + 10 | - | | + 2 h/d 5 d/w 12 mo | | | | | |
| Amosite "long" | 10 | 4150 | Wistar rats lifetime | 5 h/d 5 d/w 12 mo | 8 | 26/39 | 67 | Increase of tumour rate by particulate dust | |
| + quartz S600 | + 2 | - | | + 2 h/d 5 d/w 12 mo | | | | | |
| Chrysotile Jeffrey | 11 | NR | Fischer rats lifetime | 6 h/d 5 d/wk 12 mo | 0 | 20/52 | 38 | | Mc Connell et al. (1991) |

267

268

## Table 3.1 (continued)

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | NR | NR | Baboons 6 yr | 6 h/d 5 d/wk 4 years | 0 | 0/6[e] | 0 | | Goldstein & Coetzee (1990) |
| Crocidolite UICC | 12–14 | 1130–1400 | Baboons 6 yr | 6 h/d 5 d/wk 4 yr | 3 | 3/21[f] | 14 | | |
| Amosite UICC | 7 | 1110 | Baboons 6 yr | 6 h/d 5 d/wk 4 yr | 2 | 2/11[f] | 18 | | Goldstein & Coetzee (1990), Webster et al. (1993) |
| **Erionite** | | | | | | | | | |
| Erionite, Oregon | 10 | 354 | Fischer rats lifetime | 7 h/d 5 d/wk 12 mo | 27 | 27/28 | 96 | | Wagner et al. (1985) |
| Erionite, Oregon | NR | NR | Fischer rats lifetime | 7 h/d 5 d/wk 12 mo | 24 | 24/27 | 89 | No control group | Wagner (1990) |
| Erionite, Oregon "short" | NR | NR | Fischer rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 0/24 | 0 | No control group | |

[a] negative control groups: see Table 3.3
[b] Animals with benign or malignant lung tumour or pleural mesothelioma. The percentage of animals with tumours is related to the number of rats examined which were alive at a certain point in time (e.g. at the beginning of the experiment or after one year, or at the point in time of the death of the first animal with a tumour). Often, this is not clearly specified.
[c] observation time ≥6 mo
[d] Fibre count refers to fibres with lengths > 10 µm and diameters < 1 µm, in the aerosol
[e] observation time ≥4 yr
[f] observation time ≥5 yr
d, day or days; h, hour or hours; mo, month or months; NR, not reported; wk, week or weeks; yr, year or years
From Pott & Roller (1993b)

Table 3.2 Studies of cancer in experimental animals in which asbestos was used as positive control group (in inhalation studies of various man-made mineral fibres)

| Test substance | Concentration (mg/m³) | Aerosol fibres per cm³ (L > 5 μm) | Species and strain (No. at risk); Observation time | Duration of exposure | Number of pleural mesothe-lioma | No. of animals with thoracic tumours[*] / No. of animals | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Amosite | NR | 981 89 f > 20 μm/ cm³ | AF/HAN rats, 24 mo | 7 h/d 5 d/wk 12 mo | 2 | 18/42 (7 carcinomas, 9 adenomas) | 43 | | Davis et al. (1996), Cullen et al. (2000) |
| Chrysotile UICC/B | 10 | NR | Fischer rats, lifetime | 7 h/d 5 d/wk 12 mo | 0 | 11/56 (7 adenocarcinomas, 4 adenomas) | 20 | | McConnell et al. (1984) |
| Chrysotile UICC/B | 10 | 3832/1513[b] | Fischer rats, lifetime | 7 h/d 5 d/wk 12 mo | 0 | 12/48 (11 adenocarcinomas, 1 adenoma) | 25 | | Wagner et al. (1984b) |
| Chrysotile NIEHS, Canada | 10 | 10 600 | Fischer rats, 24 mo | 6 h/d 5 d/wk 24 mo | 1 | 14/69 | 20 | | Hesterberg et al. (1993) |
| Crocidolite | 10 | 1610 | Fischer 344/N rats, 24 mo | 6 h/d 5 d/wk 10 mo | 1 | 14/106 (10 adenomas, 5 carcinomas) | 13 | | McConnell et al. (1994) |
| Crocidolite UICC | 7 | 3000/90[b] | Osborne-Mendel rats, lifetime | 6 h/d 5 d/wk 24 mo | 1 | 3/57 (1 mesothelioma, 2 carcinomas) | 5 | | Smith et al. (1987) |
| Chrysotile UICC/A | Cumulative dose: 13 800 mg.h/ m³ | NR | Rats, lifetime | 6 h/d 5 d/wk 18 mo | 0 | 9/39 (5 adenomas, 1 adenocarcinoma, 3 squamous cell carcinomas) | 23 | Strain not specified | Pigott & Ishmael (1982) |
| Amosite UICC | 300 | 3090 | Sprague-Dawley rats, 18–24 mo | 6 h/d 5 d/wk 3 mo | 0 | 3/16[c] | 19 | Small number of animals; D= 0.4 μm | Lee et al. (1981), Lee & Reinhardt (1984) |
| Chrysotile, Canada | 5 | 5901 | Wistar rats, 24 mo | 5 h/d 5 d/wk 12–24 mo | 0 | 9/47 | 19 | | Le Bouffant et al. (1987) |
| Chrysotile Calidria | 6 | 131 | Wistar rats, 24 mo | 5 h/d 4 d/wk 12 mo | 0 | 0/50 | 0 | | Muhle et al. (1987) |

270

## Table 3.2 (continued)

| Test substance | Concentration (mg/m³) | Aerosol fibres per cm³ (L > 5 µm) | Species and strain (No. at risk); Observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[a] / No. of animals | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Crocidolite, South Africa | 2.2 | 162 | Wistar rats, 24 mo | 5 h/d 4 d/wk 12 mo | 0 | 1/50 | 2 | | Muhle et al. (1987) |
| Amosite UICC | 300 | 3090 | Syrian golden hamsters, 18–24 mo | 6 h/d 5 d/wk 3 mo | 0 | 0/12 | 0 | Small number of animals, diameter, 0.4 µm | Lee et al. (1981), Lee & Reinhardt (1984) |
| Crocidolite UICC | 7 | 3000/90[b] | Syrian golden hamsters, lifetime | 6 h/d 5 d/wk 24 mo | 0 | 0/58 | 0 | | Smith et al. (1987) |
| Amosite | 0.8 | 36 WHO f/cm³ 10 f > 20 µm/cm³ | Syrian golden hamsters, 84 wk | 6 h/d 5 d/wk 78 wk | 3 | 3/83 | 3.6 | | McConnell et al. (1999) |
| | 3.7 | 165 WHO f/cm³ 38 f > 20 µm/cm³ | Syrian golden hamsters, 84 wk | 6 h/d 5 d/wk 78 wk | 22 | 22/85 | 26 | | |
| | 7.1 | 263 WHO f/cm³ 69 f > 20 µm/cm³ | Syrian golden hamsters, 84 wk | 6 h/d 5 d/wk 78 wk | 17 | 17/87 | 20 | | |
| Crocidolite UICC | 13.5 | 1128 | Baboons lifetime | 7 h/d 5 d/wk 40 mo | 0 | 0/10 | 0 | All males | Goldstein et al. (1983) |

[a] n = animals with benign or malignant lung tumour or pleural mesothelioma
[b] Number of fibres with a length > 10 µm and a diameter < 1 µm in the aerosol
d, day or days; f, fibre; h, hour or hours; mo, month or months; NR, not reported; RCF, refractory ceramic fibre; wk, week or weeks
From Pott & Roller (1993b)

**Table 3.3 Negative controls (clean air for lifetime) in carcinogenicity studies after inhalation exposures from Table 3.1 and Table 3.2**

| Species and strain | Number of pleural mesothelioma | No. of animals with thoracic tumours[a]/ No. of animals | Reference |
|---|---|---|---|
| Fischer rats | 0 | 0/48 | Wagner et al (1984b) |
| Fischer rats | 0 | 0/28 | Wagner et al. (1985) |
| Fischer rats | 0 | 0/28 | Wagner et al. (1987) |
| Fischer rats | 0 | 1/56 | McConnell et al. (1991) |
| Fischer rats | 0 | 4/123 | Hesterberg et al. (1993) |
| Fischer rats | 0 | 2/126 | McConnell et al. (1994) |
| Osborne-Mendel rats | 0 | 0/184 | Smith et al. (1987) |
| Sprague-Dawley rats | 0 | 1/5 | Reeves et al. (1974) |
| Sprague-Dawley rats | 0 | 0/19 | Lee et al. (1981) |
| White rats | 0 | 0/25 | Gross et al. (1967) |
| Wistar rats | 0 | 7/126 | Wagner et al. (1974) |
| Wistar rats | 0 | 0/20 | Davis et al. (1978) |
| Wistar rats | 0 | 1/71 | Wagner et al. (1980) |
| Wistar rats | 0 | 0/36 | Davis et al. (1985) |
| Wistar rats | 0 | 2/39 | Davis et al. (1986a) |
| Wistar rats | 0 | 0/25 | Davis et al. (1986a) |
| Wistar rats | 0 | 0/110 | Muhle et al. (1987) |
| Wistar rats | 0 | 2/36 | Davis et al. (1988) |
| Wistar rats | 0 | 0/25 | Davis et al. (1988) |
| Wistar rats | 0 | 2/47 | Davis & Jones (1988) |
| Wistar rats | 0 | 2/47 | Davis et al. (1991a) |
| Syrian golden hamsters | 0 | 1/170 | Smith et al. (1987) |
| Syrian golden hamsters | 0 | 0/83 | Mc Connell et al. (1999) |

[a] $n$ = animals with benign or malignant lung tumour or pleural mesothelioma

lung tissue was 1850 (73 fibres > 20 μm) at the end of exposure and 759 WHO fibres (41 fibres > 20 μm) 12 months later. Fourteen out of 106 rats (13.2%), which survived the second year or longer, died with lung tumour (five of these rats developed lung carcinomas), and one rat also developed a mesothelioma. In the control group, 2/126 rats developed lung adenomas.

In two lifetime studies, male and female Fischer rats were exposed to either 10 mg/m³ erionite (Wagner et al., 1985) or an unknown concentration of erionite (Wagner, 1990) for 6 hours per day, 5 days per week, for 12 months. Twenty seven out of 28 rats, and 24/27 rats developed pleural mesotheliomas, respectively. No lung tumours were observed. [The Working

Group noted the lack of control group in the study by Wagner (1990).]

McConnell et al. (1999) exposed three groups of 125 male Syrian golden hamsters to 0.8, 3.7 and 7.1 mg/m³ amosite for 6 hours per day, 5 days per week, for 78 weeks. They were then held unexposed for 6 weeks. Among animals that survived for at least 32 weeks, 3/83, 22/85 and 17/87 developed pleural mesotheliomas, respectively. No mesotheliomas were observed in 83 untreated controls and no lung tumours were observed in any groups.

Some experiments were reported with baboons. After amosite exposure and crocidolite exposure for 4 years, 2/11 baboons and 3/21 baboons developed pleural mesothelioma,

respectively (Goldstein & Coetzee, 1990; Webster et al., 1993).

## 3.3 Intrapleural and intraperitoneal administration

Animal experiments had shown that an intrapleural injection of a suspension of asbestos dusts in rats leads to mesotheliomas (Wagner, 1962; Wagner & Berry, 1969). The serosa has subsequently been taken as a model for the examination of the carcinogenicity of fibrous dusts in numerous studies. Some groups have opted for administration into the pleural cavity, others preferring intraperitoneal injection of dust suspensions. In comparison with the intrapleural model, the intraperitoneal carcinogenicity test on fibres has proven to be the method with the far greater capacity and, consequently, the greater sensitivity (see also Pott & Roller, 1993a). Results from these numerous experiments using asbestos and erionite are listed in Table 3.4.

Table 3.5 contains a summary of the experiments by Stanton et al. (1981). In this extensive study, the authors implanted 72 dusts containing fibres of various sizes in the pleura of Osborne-Mendel rats. The probability of the development of pleural mesotheliomas was highest for fibres with a diameter of less than 0.25 µm and lengths greater than 8 µm.

In summary, samples of all six asbestos types and of erionite were administered to rats by intrapleural or intraperitoneal injection in numerous studies. Consistently, mesothelima induction was observed when samples contained a sufficient fibre number with a fibre length > 5 µm.

## 3.4 Intratracheal administration

Only a few studies have been carried out with intratracheal instillation of asbestos fibres in rats (Pott et al., 1987; Smith et al., 1987), and hamsters (Pott et al., 1984; Feron et al., 1985; Smith et al., 1987). Principally, in this experimental model, asbestos fibres induced lung tumours in rats, and lung tumours and mesotheliomas in hamsters. Studies in hamsters are described below.

In a 2-year study, a group of male Syrian golden hamsters [initial number unspecified] was intratracheally instilled with 1 mg UICC crocidolite in 0.15 mL saline once a week for 8 weeks. At the end of the experiment, the incidences of lung carcinomas and of pleural mesotheliomas were 9/142 [$P < 0.01$] and 8/142 [$P < 0.01$], respectively. No thoracic tumours were observed in 135 titanium-dioxide-treated control animals (Pott et al., 1984).

In a lifetime study, a group of Syrian golden hamsters [sex and initial number unspecified] was intratracheally instilled with 2 mg UICC crocidolite in 0.2 mL saline once a week for 5 weeks. At the end of the experiment, 20/27 animals developed broncho-alveolar tumours (p<0.05), including 7/27 with malignant tumours [p<0.05]. No broncho-alveolar tumours were observed in 24 saline-treated controls (Smith et al., 1987).

## 3.5 Oral administration

A study on the carcinogenicity of ingested asbestos fibres involved male F344 rats groups exposed to amosite or chrysotile in combination with subcutaneous administration of a known intestinal carcinogen, azoxymethane (10 weekly injections of 7.4 mg/kg body weight). Fibres were administered three times a week for 10 weeks by intragastric bolus dosing (10 mg in 1 mL saline). The first experiment in this study included a full set of appropriate control groups. The experiment was terminated at 34 weeks. Neither amosite nor UICC chrysotile B, in combination with azoxymethane, increased the incidence of any intestinal tumours (≈10%) above that produced by azoxymethane alone, but the combination with either fibre type produced 4–5-fold increases

(not significant, $P > 0.1$) in metastatic intestinal tumours. A second experiment with larger groups, the same dosing regimen, and for lifetime, but with a more limited design, tested only amosite in combination with azoxymethane versus azoxymethane. Amosite did not enhance azoxymethane-induced intestinal tumours (incidence, 77% versus 67%) (Ward *et al.*, 1980; IOM, 2006). [The Working Group noted that the lack of untreated vehicle controls in the second experiment made interpretation of the results difficult considering that, compared to historical controls, there was a non-significant increase in intestinal tumours in rats exposed only to amosite (≈33%). One cannot know whether the results observed were associated with the asbestos or with irritation from the procedure, although one would not anticipate that gavage itself would impact the lower portion of the gastrointestinal tract.]

The most definitive animal studies of oral exposure to asbestos were a series of lifetime studies conducted by the National Toxicology Program (NTP, 1983, 1985, 1988, 1990a, b), in which asbestos (chrysotile, crocidolite, and amosite) was administered in the feed of rats and hamsters. Nonfibrous tremolite was also tested in rats according to the same protocol (NTP, 1990c). Exposure of dams of the study animals (1% in the diet) was followed by exposure of the pups by gavage (0.47 mg/g water) while they were nursing, and then in the diet for the remainder of their lives: they were exposed to asbestos at the level of 1%, which was estimated by the investigators to be about 70 000 times the greatest possible human exposure in drinking-water. Histopathological examination of the entire colorectum was performed. No increases in the incidence of gastrointestinal lesions (inflammatory, preneoplastic, or neoplastic) were found after exposure to intermediate-length chrysotile (from Quebec) in hamsters, to short chrysotile (from New Idria) in rats or hamsters, to amosite in rats or hamsters, to crocidolite in rats, or to non-fibrous tremolite in rats. The mesentery was examined in detail, as well as mesenteric lymph nodes and sections of the larynx, trachea, and lungs from every animal. No lesions were found in any of those tissues. The only finding of note in the gastrointestinal tract was a slight increase in the incidence of adenomatous polyps in the large intestine after exposure to the intermediate-length chrysotile (from Quebec) in male rats (9/250 versus 0/85, $P = 0.08$), but preneoplastic changes in the epithelium were not found (NTP, 1985; IOM, 2006).

## 3.6 Intragastric administration

White rats, 2–3 months old, were surgically applied, on the greater curvature of the stomach, a perforated capsule containing 0 (control) or 100 mg chrysotile asbestos in a filler (beef fat: natural wax, 1:1). Tumours observed in 18/75 asbestos-exposed rats, between 18–30 months after the beginning of the experiment, were the following: eight gastric adenomas, two gastric adenocarcinomas, one gastric carcinoma, one cancer of the forestomach, one small intestine adenocarcinoma, two peritoneal mesotheliomas, and three abdominal lymphoreticular sarcomas. No tumours were observed in 75 control animals (Kogan *et al.*, 1987). [The Working Group noted various unresolved questions regarding the design of this study in particular the very high dose of 100 mg.]

## 3.7 Studies in companion animals

Mesotheliomas were reported in pet dogs with asbestos exposure in the households of their owners. Eighteen dogs diagnosed with mesothelioma and 32 age-, breed- and gender-matched control dogs were investigated. Sixteen owners of cases and all owners of controls were interviewed. An asbestos-related occupation or hobby of a household member was significantly associated with mesothelioma observed in cases (OR,

**Table 3.4 Studies of cancer in rats exposed to asbestos fibres and erionite (intrapleural and intraperitoneal administration)**

| Rat strain Reference | Fibrous dust (material) | Injected mass (mg) | Injection type | No. of fibres ᵃ [10⁹] | Tumour incidence ᵇ n/z | Tumour incidence ᵇ % | Significance ᶜ | Comments |
|---|---|---|---|---|---|---|---|---|
| **Asbestos** | | | | | | | | |
| Wistar – Pott et al. (1989) | Actinolite | 0.25 | i.p. | 0.1 | 20/36 | 56 | *** | |
| Wistar – Wagner et al. (1973) | Amosite UICC | 20 | i.pl. | NR | 11/32 | 34 | *** | |
| Wistar – Davis et al. (1991b) | Amosite from UICC | 0.01 | i.p. | 0.0003 | 4/48 | 8 | * | |
| Wistar – Davis et al. (1991b) | Amosite from UICC | 0.05 | i.p. | 0.002 | 8/32 | 25 | *** | |
| Wistar – Davis et al. (1991b) | Amosite from UICC | 0.5 | i.p. | 0.02 | 15/32 | 47 | *** | |
| Wistar – Wagner et al. (1973) | Anthophyllite UICC | 20 | i.pl. | NR | 8/32 | 25 | *** | |
| Wistar – Wagner et al. (1973) | Chrysotile UICC/A | 20 | i.pl. | NR | 7/31 | 23 | *** | |
| Sprague-Dawley – Monchaux et al. (1981) | Chrysotile UICC/A | 20 | i.pl. | NR | 14/33 | 42 | *** | |
| Sprague-Dawley – Wagner et al. (1984b) | Chrysotile UICC/A | 20 | i.pl. | 19.6 | 6/48 | 13 | ** | |
| Wistar – Pigott & Ishmael (1992) | Chrysotile UICC/A | 20 | i.pl. | NR | 7/48 | 15 | *** | |
| Fischer – Coffin et al. (1992) | Chrysotile UICC/A | 0.5 2 4 8 16 32 | i.pl. | 0.90 3.6 7.2 14 29 57 | 118/142ᵈ | 78 87 92 83 83 75 | ***ᵈ | |
| Wistar – Wagner et al. (1973) | Chrysotile UICC/B | 20 | i.pl. | NR | 10/32 | 31 | *** | |
| Wistar – Wagner et al. (1980) | Chrysotile UICC/B | 20 | i.pl. | NR | 5/48 | 10 | * | |
| Fischer – Wagner et al. (1987) | Chrysotile UICC/B | 20 | i.pl. | NR | 19/39 | 49 | *** | |
| Wistar – Pott et al. (1989) | Chrysotile UICC/B | 0.25 | i.p. | 0.2 | 23/34 | 68 | *** | |

**Table 3.4 (continued)**

| Rat strain Reference | Fibrous dust (material) | Injected mass (mg) | Injection type | No. of fibres × [10⁹] | Tumour incidence [b] n/z | Tumour incidence [b] % | Significance [c] | Comments |
|---|---|---|---|---|---|---|---|---|
| Wistar – Davis et al. (1991b) | Chrysotile from UICC/A | 0.01 | i.p. | 0.002 | 2/48 | 4 | NS | |
| Wistar – Davis et al. (1991b) | Chrysotile from UICC/A | 0.05 | i.p. | 0.009 | 12/32 | 38 | *** | |
| Wistar – Davis et al. (1991b) | Chrysotile from UICC/A | 0.5 | i.p. | 0.09 | 26/32 | 81 | *** | |
| Wistar – Wagner et al. (1973) | Crocidolite UICC | 20 | i.pl. | NR | 19/32 | 59 | *** | |
| Fischer – Wagner et al. (1987) | Crocidolite UICC | 20 | i.pl. | NR | 34/40 | 85 | *** | |
| Fischer – Wagner (1990) | Crocidolite UICC | 20 | i.pl. | NR | 24/32 | 75 | *** | |
| Sprague-Dawley – Monchaux et al. (1981) | Crocidolite UICC | 20 | i.pl. | NR | 21/39 | 54 | *** | |
| Osborne-Mendel – Stanton et al. (1981) | Crocidolite UICC | 40 | i.pl. | NR | 14/29 | 48 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC | 20 | i.pl. | NR | 35/41 | 85 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC ground 1 h | 20 | i.pl. | NR | 34/42 | 81 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC ground 2 h | 20 | i.pl. | NR | 34/42 | 81 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC ground 4 h | 20 | i.pl. | NR | 15/41 | 37 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC ground 8 h | 20 | i.pl. | NR | 13/42 | 31 | *** | |
| Fischer – Coffin et al. (1992) | Crocidolite UICC | 0.5; 2; 4; 8; 16; 32 | i.pl. | 0.04; 0.16; 0.32; 0.65; 1.3; 2.6 | 65/144[d] | 29; 13; 50; 67; 58; 54 | ** [d] | |
| Wistar – Davis et al. (1991b) | Crocidolite from UICC | 0.01 | i.p. | 0.0004 | 0/48 | 0 | NS | |
| Wistar – Davis et al. (1991b) | Crocidolite from UICC | 0.05 | i.p. | 0.002 | 8/32 | 25 | *** | |

## Table 3.4 (continued)

| Rat strain Reference | Fibrous dust (material) | Injected mass (mg) | Injection type | No. of fibres "[10⁹] | Tumour incidence [b] n/z | % | Significance [c] | Comments |
|---|---|---|---|---|---|---|---|---|
| Wistar – Davis et al. (1991b) | Crocidolite from UICC | 0.5 | i.p. | 0.02 | 10/32 | 31 | *** | |
| Wistar – Pott et al. (1987) | Crocidolite South Africa | 0.5 | i.p. | 0.05 | 18/32 | 56 | *** | |
| Wistar – Roller et al. (1996) | Crocidolite A | 0.5 | i.p. | 0.042 | 25/32 | 78 | *** | All females |
| Wistar – Roller et al. (1996) | Crocidolite A | 0.5 | i.p. | 0.042 | 32/48 | 67 | *** | All females |
| Wistar – Roller et al. (1996) | Crocidolite C | 0.5 | i.p. | 0.042 | 20/39 | 51 | *** | |
| Wistar – Davis et al. (1985) | Tremolite, Korea | 25 | i.p. | NR | 27/29 | 93 | *** | |
| Wistar – Roller et al. (1996) | Tremolite B | 3.3 | i.p. | 0.057 | 9/40 | 23 | *** | |
| Wistar – Roller et al. (1996) | Tremolite B | 15 | i.p. | 0.26 | 30/40 | 75 | *** | |
| Erionite | Erionite type | | | | | | | |
| Sprague-Dawley – Pott et al. (1987) | Karain | 1.25 | i.p. | NR | 38/53 | 72 | *** | |
| Sprague-Dawley – Pott et al. (1987) | Karain | 5 | i.p. | NR | 43/53 | 81 | *** | |
| Sprague-Dawley – Pott et al. (1987) | Karain | 20 | i.p. | G | 37/53 | 70 | *** | |
| Fischer – Wagner et al. (1985) | Karain | 20 | i.pl. | NR | 38/40 | 95 | *** | |
| Fischer – Wagner et al. (1985) | Oregon | 20 | i.pl. | NR | 40/40 | 100 | *** | |
| Wistar – Pott et al. (1987) | Oregon | 0.5 | i.p. | 0.02 | 15/31 | 48 | *** | |
| Wistar – Pott et al. (1987) | Oregon | 2 | i.p. | 0.08 | 28/31 | 90 | *** | |
| Fischer – Wagner (1990) | Oregon | 20 | i.pl. | NR | 30/32 | 94 | *** | |
| Fischer – Wagner (1990) | Oregon "short" | 20 | i.pl. | NR | 0/32 | 0 | NS | |
| Wistar – Davis et al. (1991b) | Oregon | 0.005 | i.p. | 0.00025 | 0/48 | 0 | NS | |
| | | 0.01 | | 0.0005 | 4/48 | 8 | * | |
| | | 0.05 | | 0.0025 | 15/32 | 47 | *** | |
| | | 0.5 | | 0.025 | 26/32 | 81 | *** | |
| | | 2.5 | | 0.125 | 30/32 | 94 | *** | |
| | | 5 | | 0.25 | 21/24 | 88 | *** | |
| | | 10 | | 0.5 | 20/24 | 83 | *** | |
| | | 25 | | 1.25 | 17/18 | 94 | *** | |

**Table 3.4 (continued)**

| Rat strain Reference | Fibrous dust (material) | Injected mass (mg) | Injection type | No. of fibres $\times$ [10⁹] | Tumour incidence [b] n/z | Tumour incidence [b] % | Significance [c] | Comments |
|---|---|---|---|---|---|---|---|---|
| Porton – Hill et al. (1990) | Oregon | 0.1 | i.pl. | NR | 5/10 | 50 | * | |
| | | 1 | | NR | 9/10 | 90 | *** | |
| | | 10 | | NR | 9/10 | 90 | *** | |
| | | 20 | | NR | 8/10 | 80 | *** | |
| Wistar – Kleymenova et al. (1999) | Grusia mines | 20 | i.pl. | NR | 39/40 | 98 | ? | |
| Fischer – Coffin et al. (1992) | Oregon "C" | 0.5 | i.pl. | NR | 123/144[d] | 79 | ***[d] | |
| | | 2 | | NR | | 87 | | |
| | | 4 | | NR | | 83 | | |
| | | 8 | | NR | | 84 | | |
| | | 16 | | NR | | 87 | | |
| | | 32 | | NR | | 91 | | |
| Fischer – Coffin et al. (1992) | Oregon "W" | 0.5 | i.pl. | NR | 137/144[d] | 100 | ***[d] | |
| | | 2 | | NR | | 92 | | |
| | | 4 | | NR | | 100 | | |
| | | 8 | | NR | | 91 | | |
| | | 16 | | NR | | 96 | | |
| | | 32 | | NR | | 92 | | |
| Sprague-Dawley – Maltoni & Minardi (1989) | "Sedimentary erionite" | 25 | i.pl. | NR | 35/40 | 88 | *** | |
| Sprague-Dawley – Maltoni & Minardi (1989) | "Sedimentary erionite" | 25 | i.p. | NR | 35/40 | 50 | *** | |

[a] The fibre numbers mainly refer to fibres with a length greater than 5 µm

[b] n/z number of animals with serosal tumour (mesothelioma/sarcoma) / number of animals examined

[c] calculation of the statistical significance with the Fisher exact test, one-sided: *** $p < 0.001$; ** $p < 0.01$; * $p \leq 0.05$

[d] combined data of 6 groups

i.p., intrapleural; i.pl., intraperitoneal; NS, not significant; NR, not reported

From Pott & Roller (1993b)

### Table 3.5 Carcinogenicity study of intrapleural application of asbestos fibres and other fibrous materials in female Osborne-Mendel rats (40 mg fibres per rat)

| Fibrous dust (material) | No. of fibres [a] (x10^6) $L > 8\ \mu m$ $D < 0.25\ \mu m$ | Probability of pleural sarcomas [b] | | Pleural sarcoma incidence [c] | |
|---|---|---|---|---|---|
| | | | | n/z | % |
| Tremolite 1 | 55 | 100 | | 22/28 | 79 |
| Tremolite 2 | 28 | 100 | | 21/28 | 75 |
| Crocidolite 1 | 6500 | 94 | ± 6.0 | 18/27 | 67 |
| Crocidolite 2 | 800 | 93 | ± 6.5 | 17/24 | 71 |
| Crocidolite 3 | 4100 | 93 | ± 6.9 | 15/23 | 65 |
| Amosite | 140 | 93 | ± 7.1 | 14/25 | 56 |
| Crocidolite 4 | 5400 | 86 | ± 9.0 | 15/24 | 63 |
| Crocidolite 5 (UICC) | 78 | 78 | ± 10.8 | 14/29 | 48 |
| Crocidolite 6 | 1600 | 63 | ± 13.9 | 9/27 | 33 |
| Crocidolite 7 | 18 | 56 | ± 11.7 | 11/26 | 42 |
| Crocidolite 8 | < 0.3 [d] | 53 | ± 12.9 | 8/25 | 32 |
| Crocidolite 9 | 710 | 33 | ± 9.8 | 8/27 | 30 |
| Crocidolite 10 | 49 | 37 | ± 13.5 | 6/29 | 21 |
| Crocidolite 11 | < 0.3 [d] | 19 | ± 8.5 | 4/29 | 14 |
| Crocidolite 12 | 220 | 10 | ± 7.0 | 2/27 | 7 |
| Talc 1 | < 0.3 [d] | 7 | ± 6.9 | 1/26 | 4 |
| Talc 3 | < 0.3 [d] | 4 | ± 4.3 | 1/29 | 3 |
| Talc 2 | < 0.3 [d] | 4 | ± 3.8 | 1/30 | 3 |
| Talc 4 | < 0.3 [d] | 5 | ± 4.9 | 1/29 | 3 |
| Crocidolite 13 | < 0.3 [d] | 0 | | 0/29 | 0 |
| Talc 5 | < 0.3 [d] | 0 | | 0/30 | 0 |
| Talc 6 | 80 | 0 | | 0/30 | 0 |
| Talc 7 | < 0.3 [d] | 0 | | 0/29 | 0 |

[a] Fibre numbers stated in original work as common logarithm.

[b] Calculation taking into account the different life spans (life table method).

[c] n/z = number of rats with pleural sarcomas/number of rats examined. Frequency of pleural sarcomas in female control rats: untreated, 3 animals out of 491 (0.6%); with non-carcinogenic lung implantates, 9 out of 441 (2.0%); with non-carcinogenic pleural implantates, 17 out of 615 (2.8%). [17 out of 615 against 3 out of 491, according to Fisher exact test $P < 0.01$]. All three control groups are brought together by Stanton et al. (1981) to 29 out of 1518 animals (1.9%); for this after application of the life table method a tumour probability of 7.7 ± 4.2% is indicated. [Without any reason being given it is concluded that the tumour probability in any one of the groups treated according to the life table method must exceed 30% to be "significantly" increased.] Significance limit for Fisher test in the case of 25 to 30 animals against 17 out of 615 control rats: approx. 12 to 13% tumour frequency. (The term "tumour frequency" is not to be equated with tumour probability according to the life table method. The "significance limit" of 30% mentioned by Stanton et al. (1981) refers to life table incidence or probability.

[d] The de-logarithmised fibre numbers with the above mentioned definition are between 0 and 0.3.

From Stanton et al. (1981)

8.0; 95%CI: 1.4–45.9). Lung tissue from three dogs with mesothelioma and one dog with squamous cell carcinoma of the lung had higher level of chrysotile asbestos fibres than lung tissue from control dogs (Glickman *et al.*, 1983).

## 3.8 Synthesis

Bronchial carcinomas and pleural mesotheliomas were observed in many experiments in rats after exposure to chrysotile, crocidolite, amosite, anthophyllite, and tremolite fibres. In these studies, there was no consistent increase in tumour incidence at other sites. A special preparation of "long" crocidolite was more effective to induce lung tumours compared to the "short" UICC asbestos samples on the basis of administered dose in f/mL.

In one study in Syrian golden hamsters with three different concentrations of amosite, a significant increase in pleural mesothelioma incidence was observed, but no lung tumours were found.

After amosite exposure and crocidolite exposure by inhalation, 2/11 baboons and 3/21 baboons developed pleural mesothelioma, respectively.

In two studies in rats exposed to erionite, a significant increase in pleural mesothelioma incidence was observed. However, no lung tumours were found.

Samples of all six asbestos types and of erionite were administered to rats by intrapleural or intraperitoneal injection in numerous studies. Consistently, mesothelioma induction was observed when samples contained a sufficient fibre number with a fibre length > 5 μm.

Only a few studies have been carried out with intratracheal instillation of crocidolite in rats and hamsters. Malignant lung tumours were observed in rats, and pleural mesothelioma and malignant lung tumours were observed in hamsters.

Chrysolite, crocidolite and amosite were administered in the feed of rats and hamsters.

No increase of the incidence of gastrointestinal tumours was observed in both species.

No chronic studies with vermiculite containing asbestos fibres or talc containing asbestos fibres could be identified.

# 4. Other Relevant Data

## 4.1 Toxicokinetics, deposition, clearance, and translocation in humans

### 4.1.1 Aerodynamic and anatomical factors

Inhalation is the most important route of exposure to mineral fibres, and is associated with the development of non-malignant diseases of the lungs and pleura, and malignant diseases arising in the lung, larynx, and pleural and peritoneal linings (IOM, 2006). The deposition of particles and fibres in the lungs is dependent on their aerodynamic diameter, which is a function of geometry, aspect ratio (IARC, 2002), and density (Bernstein *et al.*, 2005). Fibres can deposit by sedimentation, by impaction at bronchial bifurcations or by interception of the fibre tip with the bronchial wall. Smaller diameter fibres are likely to deposit in the alveoli (Bernstein *et al.*, 2005).

Particles and fibres can be cleared from the nasal and tracheobronchial regions by mucociliary transport (Lippmann *et al.*, 1980). Following deposition in the distal airways and alveoli, short fibres are removed more slowly following phagocytosis by alveolar macrophages. Fibre length is a limiting factor in macrophage-mediated clearance; fibres longer than the diameter of human alveolar macrophages (approximately 14–25 μm) are less likely to be cleared. Fibres may also interact with lung epithelial cells, penetrate into the interstitium, and translocate to the pleura and peritoneum or more distant sites. Fibres that are not efficiently cleared or altered by physicochemical process (e.g. breakage, splitting, or

chemical modification) are termed biopersistent (Bernstein *et al.*, 2005). Chronic inhalation assays using man-made fibres in rodents have correlated fibre length and biopersistence with persistent inflammation, fibrosis, lung cancer, and malignant mesothelioma (Bernstein *et al.*, 2005). However, there are interspecies differences in alveolar deposition of inhaled particles and fibres that must be considered when extrapolating results of rodent inhalation studies to humans (IARC, 2002).

### 4.1.2 Biopersistence of asbestos and erionite fibres

Asbestos fibres and ferruginous bodies (described subsequently in Section 4.3.1) can be identified and quantified by tissue digestion of lung samples obtained by biopsy or at autopsy (Roggli, 1990). A variety of commercial and non-commercial asbestos fibres have been identified in residents older than 40 years of age living in an urban area with no history of occupational asbestos exposure (Churg & Warnock, 1980). These and other studies confirm that asbestos fibres are biopersistent and accumulate in lung tissue as well as lymph nodes (Dodson *et al.*, 1990; Dodson & Atkinson, 2006). Asbestos fibres have also been identified in the pleura following autopsy (Dodson *et al.*, 1990; Gibbs *et al.*, 1991; Suzuki & Yuen, 2001) and in the parietal pleural in samples collected during thoracoscopy (Boutin *et al.*, 1996). Roggli *et al.* (1980) also identified asbestos bodies in the larynx of asbestos workers at autopsy. Systemic translocation of asbestos fibres to distant organs has also been described in case reports; however, these reports should be evaluated with caution due to the numerous caveats in technical procedures used, comparison with an appropriate control population, and cross-contamination of tissue samples (Roggli, 2006). The route of translocation of asbestos fibres from the lungs to distant sites is unknown, although lymphatic translocation of amosite fibres deposited in the lungs has been shown in experimental animals (Hesterberg *et al.*, 1999; Mc Connell *et al.*, 1999; IOM, 2006; NIOSH, 2009).

Environmental exposure to erionite fibres is associated with diffuse malignant mesothelioma in three rural villages in the Cappadocia region of Turkey (Baris & Grandjean, 2006). Lung fibre digests obtained from humans in these villages showed elevated levels of erionite fibres, and ferruginous bodies surrounding erionite fibres were found in broncho-alveolar lavage fluid (Sébastien *et al.*, 1984; Dumortier *et al.*, 2001).

Talc particles have been found in the lungs at autopsy of both rural and urban residents as well as talc miners (IARC, 1987b, 2010). Talc particles are biopersistent in the lungs, and have been recovered in broncho-alveolar lavage fluid obtained from workers 21 years after cessation of occupational exposure (Dumortier *et al.*, 1989). Talc contaminated with asbestos has been linked to the development of lung cancer and malignant mesothelioma (IARC, 1987b).

The association between exposure to talc, potential retrograde translocation to the ovarian epithelium, and the development of ovarian cancer is controversial (IARC, 2010, and this volume).

The biological plausibility for an association between asbestos and ovarian cancer derives in part from the finding of asbestos fibres in the ovaries of women with potential for exposure to asbestos. Thus, a histopathological study of ovaries from 13 women who had household contact with men who had documented exposure to asbestos, and of 17 women who gave no history of potential for asbestos exposure found "significant asbestos fibre burdens" in the ovaries of nine (60.2%) of the exposed women and in only six (35%) of the unexposed women. Three of the exposed women had asbestos fibre counts in ovarian tissue of over 1 million fibres per gram (wet weight), but only one of the 17

women without exposure had counts in that range (Heller *et al.*, 1996).

Further support for the biological plausibility of an association between asbestos exposure and ovarian cancer derives from an experimental study (Graham & Graham, 1967) that found that the intraperitoneal injection of tremolite asbestos into guinea-pigs and rabbits produced epithelial changes in the ovaries "similar to those seen in patients with early ovarian cancer".

[The Working Group noted that the histopathological diagnosis of ovarian carcinoma is difficult and requires the application of immunohistochemical techniques to distinguish between this cancer and peritoneal malignant mesothelioma. These techniques and the recognition of borderline ovarian tumours and variants of serosal tumours that arise in the pelvis of women were not applied in the Graham & Graham study in 1967. In addition, mesothelial hyperplasia occurs commonly in the pelvic region, and is not considered a preneoplastic lesion (NIOSH, 2009).]

## 4.2 Molecular pathogenesis of human cancers related to mineral dust exposure

Cancers develop in the upper and lower respiratory tract (carcinoma of the larynx and lungs), and in the pleural and peritoneal linings (diffuse malignant mesothelioma) after a long latent period up to 20–40 years following initial exposure to asbestos or erionite fibres (IARC, 1977; IOM, 2006). During the long latent period before the clinical diagnosis of cancer of the lung or of the larynx or diffuse malignant mesothelioma, multiple genetic and molecular alterations involving the activation of cell growth regulatory pathways, the mutation or amplification of oncogenes, and the inactivation of tumour–suppressor genes characterize specific histopathological types of these tumours that have

been associated with exposure to mineral dust or fibres. Some of these molecular alterations have been linked to specific chemical carcinogens in tobacco smoke (Nelson & Kelsey, 2002), and additional alterations may arise secondarily due to chronic inflammation, genetic instability, or epigenetic changes that will be discussed in detail in Section 4.3.

Additional pathways related to resistance to apoptosis, acquired genetic instability, and angiogenesis are activated or upregulated during the later stages of tumour progression of lung cancer and diffuse malignant mesothelioma (Table 4.1; Table 4.2). No mutations in oncogenes or tumour-suppressor genes have been directly linked with exposure to asbestos fibres (NIOSH, 2009).

### 4.2.1 Cancer of the lung and of the larynx

Lung cancers are classified into two histological subtypes: small cell carcinoma and non-small cell carcinoma (Table 4.1). In non-small cell lung carcinoma, activating point mutations in the *K-RAS* oncogene have been linked to specific chemical carcinogens in tobacco smoke; Nelson *et al.* (1999) described more frequent *K-RAS* mutations in lung carcinomas in asbestos-exposed workers. Loss of heterozygosity and point mutations in the *p53* tumour-suppressor gene have also been linked with tobacco smoke carcinogens in cancer of the lung and of the larynx (Pfeifer *et al.*, 2002; NIOSH, 2009). These alterations have also been described in lung cancers in asbestos-exposed workers (Nymark *et al.*, 2008).

### 4.2.2 Diffuse malignant mesothelioma

Malignant tumours arising in the pleural or peritoneal linings (diffuse malignant mesothelioma) have no association with tobacco smoking, and are characterized by a different spectrum of molecular alterations (Table 4.2). In contrast with lung cancers associated with tobacco smoking and asbestos exposure, mutations in the *K-RAS*

#### Table 4.1 Some reported molecular alterations in bronchogenic carcinoma

| Functional alterations | Gene target | Histological type of lung cancer | |
|---|---|---|---|
| | | Small cell | Non-small cell |
| Autocrine growth stimulation | Growth factors and receptors | GRP/GRP receptor SCF/KIT | TGF-α/EGFR HGF/MET |
| Activation of oncogenes | *RAS* mutation | <1% | 15–20% |
| | *MYC* overexpression | 15–30% | 5–10% |
| Inactivation of tumour-suppressor genes | *p53* mutation | ~90% | ~50% |
| | *RB* mutation | ~90% | 15–30% |
| | *p16$^{INK4A}$* inactivation | 0–10% | 30–70% |
| | *FHIT* inactivation | ~75% | 50–75% |
| Resistance to apoptosis | *BCL2* expression | 75–95% | 10–35% |
| Genetic instability | Microsatellite instability | ~35% | ~22% |

EGFR, epidermal growth factor receptor; FHIT, fragile histidine triad; GRP, gastrin-releasing peptide; HGF, hepatocyte growth factor; RB, retinoblastoma gene; SCF, stem cell factor; TGF-α, transforming growth factor-α.
From Sekido *et al.* (2001), Sato *et al.* (2007), Schwartz *et al.* (2007), NIOSH (2009)

oncogene or the *p53* tumour-suppressor gene are rare. The most frequent molecular alteration involves deletion or hypermethylation at the *CDKN2A/ARF* locus on chromosome 9p21 which contains three tumour-suppressor genes: *p15, p16$^{INK4A}$,* and *p14$^{ARF}$* (Murthy & Testa, 1999). Additional molecular alterations include hypermethylation and silencing of the *RASSFIA* and *GPC3* tumour-suppressor genes, and inactivation of the *NF2* tumour-suppressor gene (Apostolou *et al.*, 2006; Murthy *et al.*, 2000).

Comparative genomic hydrizidation, gene expression profiling, and proteomics have been used to identify specific diagnostic and prognostic biomarkers for diffuse malignant mesothelioma (Wali *et al.*, 2005; Greillier *et al.*, 2008). The most promising outcome of these global screening strategies is the identification of two potential serum or pleural fluid biomarkers that may provide early diagnosis of malignant pleural mesothelioma: osteopontin (Pass *et al.*, 2005), and soluble mesothelin-related protein (Robinson *et al.*, 2005). Both of these markers have been shown to be elevated in most patients diagnosed with diffused malignant mesothelioma, but are not entirely specific for these cancers (Greillier *et al.*, 2008). No gene expression signature can

be attributed directly to asbestos exposure, and these studies show variable gene expression patterns resulting from limited stability of RNA, contamination of tumour samples with host cells, and use of different microarray platforms (López-Ríos *et al.*, 2006).

In addition to the genetic and chromosomal alterations that have been identified in diffuse malignant mesothelioma (Table 4.2), epigenetic alterations characterized by altered patterns of DNA methylation have been described (Toyooka *et al.*, 2001; Tsou *et al.*, 2005). Overall, human tumours have been characterized by global hypomethylation associated with hypermethylation of CpG islands in the promoter regions of tumour-suppressor genes leading to their inactivation. These alterations in DNA methylation are the most common molecular or genetic lesion in human cancer (Esteller, 2005). Recent comprehensive analyses of epigenetic profiles of 158 patients with malignant pleural mesotheliomas and 18 normal pleural samples using 803 cancer-related genes revealed classes of methylation profiles in malignant mesothelioma that were associated with asbestos lung burden and survival (Christensen *et al.*, 2009). Other data confirmed hypermethylation of cell-cycle

**Table 4.2 Some reported molecular alterations in diffuse malignant mesothelioma**

| Function | Gene target | Alteration |
|---|---|---|
| Autocrine growth stimulation | Growth factors and receptors | HGF/MET upregulation EGFR upregulation PDGF upregulation IGF-1 upregulation |
| Tumour-suppressor genes | p15, p16$^{INK4A}$, p14$^{ARF}$ | Inactivation or deletion |
| | Neurofibromin 2 | NF2 deletions, mutations |
| | RASSF1A, GPC3 | Hypermethylation |
| Angiogenesis | VEGF | Upregulation |
| Apoptosis | AKT | Constitutive activation |
| | BCL-X | Upregulation |

EGFR, epidermal growth factor receptor; HGF, hepatocyte growth factor; IGF-1, insulin-like growth factor-1; PDGF, platelet-derived growth factor; RASSF1A, Ras-association domain family 1; VEGF, vascular endothelial growth factor

From Murthy & Testa (1999), Altomare et al. (2005), Catalano et al. (2005), Kratzke & Gazdar (2005), Cacciotti et al. (2006), NIOSH (2009)

regulatory genes as well as inflammation-associated genes and apoptosis-related genes (Tsou et al., 2007; Christensen et al., 2008). Christensen et al. (2009) hypothesized that hypermethylation of specific genes confers a selective survival advantage to preneoplastic mesothelial cells in a microenvironment of persistent tissue injury and/or oxidative stress associated with exposure to asbestos fibres.

In summary, these new genomic and proteomics approaches offer promise for the discovery of novel biomarkers associated with the development of diffuse malignant mesothelioma following exposure to asbestos or erionite. No specific marker is yet available to identify those cancers.

## 4.3 Mechanisms of carcinogenesis

### 4.3.1 Physicochemical properties of mineral fibres associated with toxicity

Asbestos are natural fibrous silicates, with similar chemical composition (silica framework includes various metal cations, typically $Mg^{2+}$, $Ca^{2+}$, $Fe^{2+/3+}$, $Na^+$) mostly differing in the crystallographic constraints that yield the fibrous habit. They are poorly soluble minerals which only undergo selective leaching and incongruent dissolution. Erionite is a zeolite, which often crystallizes in thin long fibres. Major determinants of toxicity are form and size of the fibres, surface chemistry, and biopersistence. Crystal structure, chemical composition, origin, and associated minerals, as well as trace contaminants, modulate surface chemistry; and transformation, translocation, and solubility of the fibres in body fluids influence their biopersistence, a factor which modulates cumulative exposure (Fubini, 1997; Bernstein et al., 2005; Fubini & Fenoglio, 2007; Sanchez et al., 2009; Fig. 4.1).

#### (a) Crystal structure

Asbestos minerals can be divided into two groups: serpentine asbestos (chrysotile [$Mg_3Si_2O_5(OH)_4$]), and amphibole asbestos (crocidolite [$Na_2(Mg,Fe^{2+})_3Fe_2{}^{3+}Si_8O_{22}(OH)_2$], amosite [$(Mg,Fe^{2+})_7Si_8O_{22}(OH)_2$], tremolite [$Ca_2Mg_5Si_8O_{22}(OH)_2$], actinolite [$Ca_2(Mg,Fe^{2+})_5Si_8O_{22}(OH)_2$], and anthophyllite [$Mg_7Si_8O_{22}(OH)_2$]). Formulae reported are ideal and are always significantly modified in nature by the occurrence of several substituting cations (e.g. $Fe^{2+/3+}$, $Al^{3+}$, $Na^+$). The crystal structure of chrysotile results from the association of a tetrahedral silicate sheet of composition $(Si_2O_5)_n{}^{2n-}$ with an octahedral brucite-like sheet of composition $[Mg_3O_2(OH)_4]_n{}^{2n+}$, in which iron substitutes for magnesium. The two sheets are bonded to form a 1:1 layer silicate; a slight misfit between the sheets causes curling to form

**Fig. 4.1 Physicochemical properties involved in the biological activity of asbestos fibres**



AMs, alveolar macrophages; GSH, glutathione; PMNs, polymorphonuclear neutrophils
Adapted from Fubini & Otero Areán (1999), Fubini & Fenoglio (2007)

concentric cylinders, with the brucite-like layer on the outside. Van der Waals interparticle forces hold together fibrils into the actual fibre so that, when chrysotile breaks up, a large number of smaller fibres or fibrils are generated (Fubini & Otero Areán, 1999).

Amphiboles have an intrinsically elongated crystal structure which breaks up along planes within the crystal structure itself into progressively smaller fragments that generally retain a fibrous aspect. This structure can be described in terms of a basic structural unit formed by a double tetrahedral chain (corner-linked $SiO_4$ tetrahedra) of composition $(Si_4O_{11})_n^{6n-}$. These silicate double-chains share oxygen atoms with alternate layers of edge-sharing $MO_6$ octahedra, where M stands for a variety of cations: mostly $Na^+$, $Mg^{2+}$, $Ca^{2+}$, $Fe^{2+}$, or $Fe^{3+}$ (Fubini & Otero Areán, 1999).

### (b) Form and size

The pathogenic potential of asbestos depends upon its aspect ratio and fibre size. Fibre size affects respirability (respiratory zone falls off above aerodynamic diameters of 5 μm) and clearance by alveolar macrophages (section 4.1.1) (Donaldson & Tran, 2004). Short fibres are cleared more efficiently than longer ones, which undergo frustrated phagocytosis by macrophages. Short amosite fibres obtained by grinding long ones are less inflammogenic (Donaldson et al., 1992), induce fewer chromosomal aberrations (Donaldson & Golyasnya, 1995), and reduce the inhibition of the pentose phosphate pathway (Riganti et al., 2003). In-vitro genotoxicity studies demonstrated that both short and intermediate chrysotile asbestos fibres induced micronuclei formation and sister chromatid exchange in Chinese hamster lung cells. Intermediate fibres were more active than short fibres even when followed by treatment with dipalmitoyl lecithin, a principal constituent of pulmonary surfactant (Lu et al., 1994). Long fibres but not short fibres of amosite asbestos,

opsonized with rat immunoglobin, were shown to induce a dramatic enhancement of superoxide anions in macrophages isolated from rat lung (Hill et al., 1995). Asbestos bodies are formed mostly on fibres longer than 20 μm (Roggli, 2004).

The role of the aspect ratio and size appears to be different for the three major asbestos-related diseases: i) asbestosis was reported as most closely associated with the surface area of retained fibres (NIOSH, 2009) although fibrosis also correlates with fibres > 2 μm long (Dodson et al., 2003); ii) mesothelioma is better related to the numbers of fibres longer than about 5 μm and thinner than about 0.1 μm; and iii) lung cancer with fibres longer than about 10 μm and thicker than about 0.15 μm (NIOSH, 2009). Several studies, however, report the presence of very short fibres in lung and pleural tissue from patients with malignant mesothelioma (Dodson et al., 2003; Dodson et al., 2005; Suzuki et al., 2005; Dodson et al., 2007), suggesting caution to exclude short fibres (< 5 μm) in the development of asbestos-related diseases (Dodson et al., 2003).

### (c) Surface reactivity

In the last few decades, it has been accepted that, in addition to fibrous habit, surface reactivity also plays a role in the pathogenic effects of amphibole and chrysotile asbestos. The potential to release free radicals, among various other features, is considered the major determinant of the pathogenic response.

### (i) Free-radical generation

Three different mechanisms of free-radical generation may take place at the surface of asbestos fibres, each one triggered by a different kind of active surface site: i) Fenton chemistry (yielding with $H_2O_2$ the generation of highly reactive hydroxyl radicals HO•); ii) Haber–Weiss cycle (in the absence of $H_2O_2$ and Fe(II), endogenous reductants allow progressive reduction of atmospheric oxygen to HO•); iii) homolytic

rupture of a carbon-hydrogen bond in biomolecules, with generation of carbon-centred radicals in the target molecule (peptides, proteins, etc.) (Hardy & Aust, 1995; Fubini & Otero Areán, 1999; Kamp & Weitzman, 1999).

Mechanism i) is relevant only in cellular compartments where $H_2O_2$ is present (i.e. phagolysosomal environment in macrophages), while Mechanisms ii) and iii)_may occur ubiquitously once fibres are inhaled. All mechanisms require the presence of iron ions. One stoichiometric chrysotile prepared by chemical synthesis, thus fully iron-free, was not active in free-radical generation (cell-free tests), did not induce lipid peroxidation, nor inhibit the pentose phosphate pathway in human lung epithelial cells, which is the opposite to what is found in natural specimens (Gazzano et al., 2005). When loaded with less than 1 wt.% of $Fe^{3+}$ the synthetic chrysotile also became active (Gazzano et al., 2007). Asbestos fibres deprived of iron (following treatments with chelators) do not generate hydroxyl radicals (Fubini et al., 1995) or damage DNA, and are less potent in causing lipid peroxidation in vitro (Hardy & Aust, 1995). However, not all iron ions are equally reactive in free-radical generation, depending upon their coordination and oxidation state (Shukla et al., 2003; Bernstein et al., 2005). Fe (II) is active even in trace amounts (Fubini et al., 1995). Furthermore, Mechanism 3 requires isolated and poorly coordinated iron ions (Martra et al., 2003; Turci et al., 2007). The surface sites involved in this reaction are oxidized and become inactive following thermal treatments: amphibole asbestos fibres heated up to 400°C in air (Tomatis et al., 2002) lose their potential in generating carboxyl radicals, but retain the reactivity for hydroxyl radicals, most likely through Mechanism 2, as long as their crystal structure is preserved. Conversely, the reduction of ferric into ferrous ions increases the radical activity (Gulumian et al., 1993a). The radical yield appears unrelated to the total amount of iron (Gulumian et al., 1993b), because chrysotile shows a similar behaviour to crocidolite in cell-free tests despite the lower content of iron (3–6% versus 27%). Iron oxides (magnetite, haematite) are unable to produce radical species, whereas model solids, e.g zeolites enriched with small amount of iron but with ions poorly coordinated and mostly in low valence state, are very reactive, particularly in hydrogen abstraction (Fubini et al., 1995).

Iron-derived free radicals are believed to produce a variety of cell effects including lipid peroxidation (Ghio et al., 1998; Gulumian, 1999), DNA oxidation (Aust & Eveleigh, 1999), TNF-release and cell apoptosis (Upadhyay & Kamp, 2003), adhesion (Churg et al., 1998), and an increase of fibre uptake by epithelial cells (Hobson et al., 1990).

### (ii) Iron bioavailability and biodeposition

Iron can be removed from asbestos fibres by intracellular chelators. If iron is mobilized from low–molecular-weight chelators, e.g. citrate, redox activity may be altered. The chelator–iron complex can diffuse throughout the cell, and catalyse the formation of hydroxyl radicals. Mobilization of iron was shown to correlate with DNA strand breaks and with DNA oxidation induced by crocidolite, amosite, and chrysotile (Hardy & Aust, 1995). In human lung epithelial and pleural mesothelial cells, the extent of iron mobilization was also related to the inactivation of epidermal growth factor receptor (EGFR/ErbB1), a step in the pathway leading to apoptosis (Baldys & Aust, 2005).

Mineral fibres may also acquire iron which, under certain conditions, may modify their reactivity. Erionite (Dogan et al., 2008) is able to bind both ferrous (through ion exchange) and ferric ions (through a precipitation or crystallization process). After ferrous-binding, erionite acquires the ability to generate hydroxyl radicals, and to catalyse DNA damage (DNA single-strand breaks); and after ferric-binding, the reactivity is acquired only in the presence of a reductant

(Hardy & Aust, 1995; Fach *et al*., 2003; Ruda & Dutta, 2005). During their residence in the lung, asbestos fibres, like erionite fibres, acquire iron via a complex mechanism that may originate from the adsorption and disruption of ferritin, eventually yielding ferruginous bodies. These so-called asbestos bodies are preferentially formed onto long amphibole fibres but have also been found onto chrysotile fibres (Roggli, 2004). Although the presence of asbestos bodies in asbestos-related diseases is well documented, their biological role is still controversial. Iron deposition was thought to protect cells (Ghio *et al*., 1997), but, deposited iron may become redox-active, thus enhancing the catalytic potential of the fibres (Ghio *et al*., 2004). Asbestos bodies with amosite cores caused DNA single-strand breaks (Lund *et al*., 1994); and increased radical damage to DNA was reported for ferritin-covered amosite in the presence of ascorbic acid (Otero-Areán *et al*., 1999). Asbestos fibres might also disrupt normal iron homeostasis in the host by mobilizing and accumulating this metal (Ghio *et al*., 2008).

Binding Fe (II) from solution increases iron mobilization from crocidolite by chelators, and induces DNA single-strand breaks. Increased lipid peroxidation and release of leukotriene B4 is found in alveolar macrophages from rats treated with Fe (III)-loaded crocidolite, and Fe (III)-loaded crocidolite fibres induce more DNA single-strand breaks *in vitro* than do untreated crocidolite fibres (Ghio *et al*., 1992).

It was suggested that crocidolite stimulates inductible nitric oxide synthase by decreasing iron bioavailability (Aldieri *et al*., 2001).

### (d)  Biopersistence, biodurability, and ecopersistence

The residence time in the lung depends upon both the clearance mechanisms and physicochemical processes taking place. Clearance mechanisms are mainly related to the shape and size of the particle, whereas chemical composition, surface area, and structural parameters mainly affect leaching, dissolution, and breakage.

Selective leaching is more pronounced for serpentine asbestos than for amphiboles, which have no leachable "weak points" in their structure. Selective leaching of chrysotile occurs under strong acidic or chelating conditions, resulting in removal of $Mg^{2+}$ ions. The kinetics vary according to the origin of the material, mechanical treatments, and associated contaminants, e.g. presence of nemalite (fibrous brucite) (Morgan, 1997). Chrysotile may lose magnesium *in vivo*, following phagocytosis by alveolar macrophages. The biological potential of magnesium-depleted chrysotile is greatly decreased (Langer & Nolan, 1994; Gulumian, 2005). Furthermore, leached fibres undergo breakage into shorter fibres, which may be cleared more readily from the lung. This accounts for the relatively low biopersistence of chrysotile compared to the amphiboles. The lungs of some chrysotile workers at autopsy contain low levels of chrysotile but substantial numbers of tremolite fibres, which is present in some chrysotile-bearing ores. For this reason, tremolite has been suggested to contribute to the carcinogenic effects seen in chrysotile miners (McDonald *et al*., 1997; McDonald & McDonald, 1997; McDonald, 1998). Other asbestiform minerals may be associated with chrysotile, and, in some cases, modulate its toxicity, depending upon their amount and physicochemical characteristics. Balangeroite, occasionally intergrows with chrysotile (up to 5%) in the Balangero mine (Italy) and its sourroundings. Balangeroite fibres have a different structure from amphiboles, and are poorly eco- and bio-durable (Favero-Longo *et al*., 2009; Turci *et al*., 2009). Balangeroite may contribute to the overall toxicity of chrysotile, but it cannot be compared to tremolite nor considered to be solely responsible for the excess of mesothelioma found in Balangero (Mirabelli *et al*., 2008).

In the natural environment, weathering processes carried out by micro-organisms

may induce chrysotile-leaching, contributing to its bioattenuation (Favero-Longo *et al.*, 2005). However, the dissolution of chrysotile is very low, because any breakdown of the silica framework takes place at a slow rate (Hume & Rimstidt, 1992), and is limited to a few layers in mild conditions (Gronow, 1987). Even in a strong acidic environment, the final product still retains a fibrous aspect at the nanoscale which is devoid of cations (Wypych *et al.*, 2005).

### 4.3.2 Direct genotoxicity

Mineral fibres may directly induce genotoxicity by catalysing the generation of reactive oxygen species resulting in oxidized DNA bases and DNA strand breaks that can produce gene mutations if not adequately repaired (IOM, 2006). Both asbestos and erionite fibres can induce DNA damage mediated by reactive oxygen species. Asbestos fibres have also been shown to physically interfere with the mitotic apparatus, which may result in aneuploidy or polyploidy, and specific chromosomal alterations characteristic of asbestos-related cancer (Jaurand, 1996).

In addition to direct clastogenic and aneuploidogenic activities that may be induced following the translocation of asbestos fibres to target cell populations in the lungs, persistent inflammation and macrophage activation can secondarily generate additional reactive oxygen species, and reactive nitrogen species that can indirectly induce genotoxicity in addition to activation of intracellular signalling pathways, stimulation of cell proliferation and survival, and induction of epigenetic alterations (Fig. 4.2).

### 4.3.3 Indirect mechanisms

Asbestos fibres have unique and potent effects on alveolar macrophages that have been postulated to trigger the chain of events leading to chronic lung fibrosis (asbestosis), and lung cancer (Shukla *et al.*, 2003). Macrophages express a variety of cell-surface receptors that bind to mineral fibres leading to phagocytosis, macrophage apoptosis, or macrophage activation. Receptors expressed by macrophages and other target cells in the lung that bind mineral fibres include MARCO, a scavenger receptor class A, and integrin receptors (Boylan *et al.*, 1995; Gordon *et al.*, 2002; Arredouani *et al.*, 2005). Macrophage apoptosis has also been postulated to contribute to an increased incidence of autoimmune diseases in residents in Libby, Montana, USA, who are exposed to vermiculite contaminated with amphibole asbestos fibres (Noonan *et al.*, 2006; Blake *et al.*, 2008).

Phagocytosis of asbestos fibres leads to the excess generation of reactive oxygen and nitrogen species by both direct (described in Sections 4.3.1 and 4.3.2), and indirect mechanisms (Manning *et al.*, 2002). Alveolar macrophages phagocytize particulate materials and micro-organisms leading to assembly of NADPH oxidase in the phagolysosomal membrane that generates reactive oxygen species, which are potent antimicrobial agents. Asbestos fibres have elevated surface reactivity and redox-active iron that can generate hydroxyl radicals leading to lipid peroxidation, protein oxidation, and DNA damage resulting in lung injury that is amplified by persistent inflammation (Fig. 4.1 and 4.2). Recent investigations in genetically engineered mice have provided evidence for a key role of the NALP3 inflammasome as an intracellular sensor of the initial interactions between asbestos fibres and other crystals such as monosodium urate with macrophages (Yu & Finlay, 2008). The NALP3 inflammasome activates caspase-1 that cleaves IL-1β precursor to active IL-1β that is rapidly secreted (Cassel *et al.*, 2008; Dostert *et al.*, 2008). This cytokine then triggers the recruitment and activation of additional inflammatory cells and the release of additional cytokines including TNF-α, IL-6, and IL-8 that perpetuate a prolonged inflammatory response to these biopersistent mineral dusts (Shukla *et al.*, 2003).



**Fig. 4.2 Proposed mechanism for the carcinogenicity of asbestos fibres**



IL-1β, interleukin -1β; RNS, reactive nitrogen species; ROS, reactive oxygen species.
Adapted from Shukla *et al*. (2003), Kane (2006), Nymark *et al*. (2008)

The generation of reactive oxygen species by asbestos fibres has also been associated with inducing apoptosis in mesothelial cells (Broaddus *et al.*, 1996), and alveolar epithelial cells (Aljandali *et al.*, 2001).

Asbestos fibres have been shown to contribute to the transformation of a variety of target cells from different species *in vitro*, and to induce lung tumours and malignant pleural mesothelioma in rodents following chronic inhalation (Bernstein *et al.*, 2005). There are important species differences in the induction of asbestos-related cancers: rats are more susceptible to the induction of lung cancer, and hamsters are resistant to the induction of lung cancer but more susceptible to the development of malignant pleural mesothelioma (IARC, 2002). Subchronic inhalation studies using refractory ceramic fibres (RCF-1) suggest that the increased susceptibility of hamsters to developing malignant pleural mesothelioma may be related to greater translocation and accumulation of fibres in the pleural space, and an increased mesothelial cell proliferation in hamsters compared to rats (Gelzleichter *et al.*, 1999). There are serious limitations in extrapolating these species differences to humans. First, most human lung cancers, even in asbestos-exposed individuals, are confounded by tobacco smoke that has potent independent genotoxic effects as reviewed later in Section 4.4.1. Second, diffuse malignant mesothelioma in humans is usually diagnosed at an advanced stage, and there are no reliable premalignant changes or biomarkers that may provide clues about the molecular pathogenesis of mesothelioma associated with exposure to asbestos or erionite fibres (NIOSH, 2009).

A unifying mechanism based on the experimental in-vitro cellular and in-vivo rodent models is proposed in Fig. 4.2.

Recent biochemical studies have confirmed that oxidative damage to cytosine is a plausible biological mechanism leading to epigenetic alterations and development of cancer in association with persistent inflammation (Valinluck & Sowers, 2007). Neutrophils and macrophages are the source of reactive oxygen and nitrogen species triggered by phagocytosis of crystalline silica (quartz) or asbestos fibres. In addition, myeloperoxidase catalyses the formation of hypochlorous acid (HOC1) in neutrophils, and a specific peroxidase catalyses the formation of hypobromous acid (HOBr) in eosinophils (Babior, 2000). The formation of 8-oxoguanine, 5-hydroxymethylcytosine, or 5-hydroxycytosine interferes with DNA methylation and binding of methyl-CpG binding domains (MBDs). In contrast, chlorination or bromination of cytosine mimics 5-methylcytosine and induces heritable DNA methylation at previously unmethylated sites. Halogenated cytosines are also recognized by MBDs to facilitate chromatin remodelling. However, these modified bases are not recognized by DNA glycosylase, and are not repaired (Valinluck & Sowers, 2007).

This hypothesis linking heritable alterations in patterns of cytosine methylation with endogenous sources of oxidants released from inflammatory cells is a plausible explanation for the development of lung cancer and diffuse malignant mesothelioma associated with exposure to mineral fibres. Elevated neutrophils and eosinophils have been found in the pleural space following the inhalation of refractory ceramic fibres by hamsters and rats (Gelzleichter *et al.*, 1999). Furthermore, myeloperoxidase activity has been detected in rodent lungs following exposure to asbestos fibres, whereas a decreased lung inflammation was observed in asbestos-exposed myeloperoxidase-null mice (Haegens *et al.*, 2005). This indirect mechanism secondary to persistent inflammation may be responsible for altered epigenetic methylation profiles, which are characteristic of human malignant pleural mesotheliomas (Christensen *et al.*, 2009).

## 4.4 Susceptible populations

Both exogenous environmental and occupational exposures and endogenous factors including genetic susceptibility contribute to the development of lung cancer (NIOSH, 2009) and diffuse malignant mesothelioma (Weiner & Neragi-Miandoab, 2009). The best example of an exogenous exposure that is a major cofactor with asbestos fibres in the development of cancer of the larynx and of the lung is tobacco smoking (Table 4.3; Table 4.4; IARC, 2004; IOM, 2006). Additional environmental and occupational exposures are also risk factors for cancer of the larynx (Table 4.3) and of the lung (Table 4.4); these exposures are potential confounders in human epidemiological studies (IOM, 2006). Specific examples of these cofactors and other environmental and occupational exposures will be described in relationship to mechanisms of these cancers associated with mineral dust exposures.

### 4.4.1 Other risk factors for cancer of the lung and of the larynx, and diffuse malignant mesothelioma

#### (a) Tobacco smoke

Co-exposure to tobacco smoke and asbestos fibres is at least additive and possibly multiplicative in the development of lung cancer (Vainio & Boffetta, 1994). The inhalation of tobacco smoke (Walser *et al.*, 2008) as well as mineral fibres is associated with excess generation of reactive oxygen and nitrogen metabolites, cell injury and apoptosis, and persistent lung inflammation (Shukla *et al.*, 2003; IARC, 2004). Excess oxidant generation has been shown to enhance the penetration of asbestos fibres into respiratory epithelial cells, and to impair fibre clearance (McFadden *et al.*, 1986; Churg *et al.*, 1989), as well as altering the metabolism and detoxification of tobacco smoke carcinogens (Nymark *et al.*, 2008). Asbestos fibres can also adsorb tobacco smoke

**Table 4.3 Risk factors for the development of cancer of the larynx**

| Exposure | Reference |
|---|---|
| Active tobacco smoking | IARC (1986, 2004, 2012d) |
| Alcohol | IARC (1988, 2010, 2012d) |
| Mustard gas | IARC (1987a, 2012e) |
| Inorganic acid mists containing sulfuric acid | IARC (1992, 2012e) |
| Asbestos fibres | IOM (2006), IARC (2012b) |
| Human papilloma virus (HPV): types 6, 11, 16, 18 limited evidence | IARC (2007, 2012c) |

Compiled by the Working Group

carcinogens and metals and facilitate their transport into the lungs (IOM, 2006). Asbestos fibres have also been shown to activate growth-factor receptors and cell-signalling pathways that stimulate cell proliferation and promote cell survival (Albrecht *et al.*, 2004). In summary, co-exposures to tobacco smoke and mineral fibres can amplify acquired genetic mutations induced by tobacco smoke carcinogens, and amplify cell proliferation in response to tissue injury leading to an increased risk for the development of cancer of the larynx and of the lung (Nymark *et al.*, 2008).

#### (b) Other occupational and environmental exposures

Alcohol and occupational exposure to irritants (Table 4.3) also contribute to the development of cancer of the larynx. These irritants, similar to inhalation of tobacco smoke, can cause repeated episodes of injury to the respiratory epithelium, resulting in metaplasia and dysplasia (Olshan, 2006); these preneoplastic lesions may then acquire additional molecular alterations and progress towards the development of invasive lung or laryngeal carcinoma. Other occupational exposures responsible for the development of lung cancer include direct-acting carcinogens such as ionizing radiation (IARC, 2000, 2012a), and metals (reviewed in IARC, 2012b).

#### Table 4.4 Risk factors for the development of cancer of the lung

| Exposure | Reference |
|---|---|
| Active and passive tobacco smoking | IARC (2004, 2012d) |
| Ionizing radiation | IARC (2000, 2012a) |
| Respirable dusts and fibres: | |
| Asbestos | IARC (1987a, 2012b) |
| Talc containing asbestiform fibres | IARC (1987a, 2012b) |
| Erionite | IARC (1987a, 2012b) |
| Crystalline silica (quartz) | IARC (1997, 2012b) |
| Vermiculite contaminated with asbestos fibres | Amandus & Wheeler (1987), McDonald et al. (2004), IARC (2012b) |
| Bis(chloromethyl)ether and chloromethyl methyl ether | IARC (1987a, 2012e) |
| Arsenic and arsenic compounds | IARC (1987a, 2012b) |
| Beryllium | IARC (1993, 2012b) |
| Cadmium and cadmium compounds | IARC (1993, 2012b) |
| Hexavalent chromium | IARC (1990, 2012b) |
| Nickel sulfate, oxides, and sulfides | IARC (1990, 2012b) |
| Soots | IARC (1985, 1987a, 2012e) |

Compiled by the Working Group

The strongest risk factors associated with the development of diffuse malignant mesothelioma include environmental or occupational exposures to erionite, asbestos fibres, and talc or vermiculite contaminated with asbestos fibres (Table 4.5; NIOSH, 2009). It is unknown whether the carcinogenic effects of exposure to mixed dusts contaminated with asbestos fibres can be entirely attributed to the asbestos fibres or whether co-exposure to talc or vermiculite dusts potentiates the retention and/or biological activity of asbestos fibres *in vivo* (Davis, 1996). The occurrence of talc pneumoconiosis and its relationship to other mineral dust contaminants including quartz and tremolite was recently reviewed (IARC, 2010). In-vitro assays of talc cytotoxicity were also summarized (IARC, 2010). No experimental studies have been published assessing the cytotoxicity of vermiculite contaminated with asbestos fibres. A sample of the mixture of amphibole fibres associated with Libby vermiculite ore has been shown to induce cytotoxicity and oxidative stress in macrophages *in vitro* (Blake *et al.*, 2007).

#### (c) SV40 and HPV viruses

Two human DNA tumour viruses have been linked with an increased risk for cancer of the larynx (Table 4.3; high-risk subtypes of human papillomavirus (HPV)) and diffuse malignant mesothelioma (Table 4.5; Simian virus 40 (SV40)).

The evidence for HPV 16 in the development of cancer of the larynx has been evaluated as limited, although it has been implicated as an independent risk factor in the development of other squamous cell carcinomas arising in the head and neck region (IARC, 2007, 2012c).

The association between exposure to SV40 and asbestos fibres in the development of diffuse malignant mesothelioma is highly controversial (Butel & Lednicky, 1999; Gazdar *et al.*, 2002; Shah, 2004; IOM, 2006). SV40 is not an essential cofactor for the development of mesothelioma; for example, residents of the Cappadocian villages in Turkey have a very high risk for diffuse malignant mesothelioma but do not have evidence of SV40 exposure (Dogan *et al.*, 2006). Although there are several in-vitro mechanistic

**Table 4.5 Risk factors for the development of diffuse malignant mesothelioma**

| Exposure | Reference |
|---|---|
| Asbestos fibres | IARC (1987a, 2012b) |
| Erionite | IARC (1987a, 2012b) |
| Talc containing asbestiform fibres | IARC (1987a, 2012b) |
| Vermiculite contaminated with asbestos fibres | Amandus & Wheeler (1987), IARC (1987a, 2012e), McDonald et al. (2004) |
| Thorotrast | IARC (2001, 2012a) |

Compiled by the Working Group

studies that support a role for SV40 viral oncogenes in the transformation of mesothelial cells, the human epidemiological evidence is inconclusive to support a causal association (Weiner & Neragi-Miandoab, 2009).

### 4.4.2 Genetic susceptibility

#### (a) Cancer of the lung

Tobacco smoke is the major cause of cancer of the lung; however, only a few rare hereditary syndromes are associated with an increased risk of lung, as well as other cancers: Bloom syndrome, Li-Fraumeni syndrome, and hereditary retinoblastoma (Lindor et al., 2006). Other genetic polymorphisms in genes related to the metabolism and detoxification of tobacco smoke carcinogens, antioxidant defenses, and DNA repair have been suggested as predisposing factors for the development of lung cancer, although individually they contribute minimally to an increased risk (IOM, 2006). Attempts have been made to identify genetic polymorphisms in enzymes involved in xenobiotic metabolism and antioxidant defense that increase the risk for asbestos-related lung cancer; however, no consistent associations have been found (Nymark et al., 2008).

#### (b) Diffuse malignant mesothelioma

With the exception of certain populations who have been exposed environmentally to asbestos or erionite fibres since birth (NIOSH, 2009), the development of diffuse malignant mesothelioma even in occupationally exposed workers is less common than the development of lung cancer (Nymark et al., 2008). This observation has led to the hypothesis that there may be a genetic predisposition to the development of diffuse malignant mesothelioma following exposure to asbestos or erionite fibres. Isolated case reports provide examples of diffuse malignant mesothelioma in patients with neurofibromatosis type 2 (Baser et al., 2002) or Li-Fraumeni syndrome (Heineman et al., 1996) who are also exposed to asbestos. Several reports of familial cases of diffuse malignant mesothelioma are complicated by a common household exposure history (Weiner & Neragi-Miandoab, 2009). The strongest association between environmental exposure to erionite and genetic susceptibility to diffuse malignant mesothelioma has been provided by pedigree analysis of residents in the Cappadocia region of Turkey (Dogan et al., 2006). However, there is skepticism about the accuracy of this analysis, and a recent review indicated that familial clusters can account for only 1.4% of cases of mesothelioma in Italy between 1978–2005 (Ascoli et al., 2007; Ugolini et al., 2008). One study has reported an association between genetic polymorphisms in the X-ray complementing group 1 gene (XRCC1) and the development of malignant mesothelioma in a population exposed to asbestos fibres (Dianzani et al., 2006). More sensitive genome-wide association studies may uncover new markers for genetic susceptibility that predict increase risks of developing diffuse malignant mesothelioma following exposure to asbestos or erionite fibres.

## 4.5 Synthesis

The mechanistic basis for asbestos carcinogenicity is a complex interaction between crystalline mineral fibres and target cells *in vivo*. The most important physicochemical properties of asbestos fibres related to pathogenicity are surface chemistry and reactivity, surface area, fibre dimensions, and biopersistence. Multiple direct and indirect mechanisms have been proposed based on numerous in-vitro cellular assays, and acute and subchronic animal bioassays. These complex mechanisms most likely interact at multiple stages during the development of lung cancer and diffuse malignant mesothelioma.

The following general mechanisms have been proposed for the carcinogenicity of asbestos fibres (Fig. 4.1; Fig. 4.2):

1. Direct interaction between asbestos fibres and target cells *in vitro*:

- Asbestos and erionite fibres have been shown to generate free radicals that directly induce genotoxicity as assessed by DNA breaks and oxidized bases in DNA.
- Asbestos fibres have also been shown to interfere with the mitotic apparatus by direct physical interaction resulting in aneuploidy and polyploidy.

2. Indirect mechanisms:

- In laboratory animals, asbestos fibres have been shown to induce macrophage activation and persistent inflammation that generate reactive oxygen and nitrogen species contributing to tissue injury, genotoxicity, and epigenetic alterations. Persistent inflammation and chronic oxidative stress have been associated with the activation of intracellular signalling pathways, resistance to apoptosis, and stimulation of cell proliferation.

There are significant species differences in the responses of the respiratory tract to the inhalation of asbestos fibres. The biological mechanisms responsible for these species differences are unknown. Based on comparative animal experimental studies, there may be differences in deposition and clearance of fibres in the lungs, in severity of fibrosis, in kinetics of translocation of fibres to the pleura, and in levels or types of antioxidant defense mechanisms.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite, and anthophyllite). Asbestos causes mesothelioma and cancer of the lung, larynx, and ovary. Also positive associations have been observed between exposure to all forms of asbestos and cancer of the pharynx, stomach, and colorectum. For cancer of the colorectum, the Working Group was evenly divided as to whether the evidence was strong enough to warrant classification as *sufficient*.

There is *sufficient evidence* in experimental animals for the carcinogenicity of all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite and anthophyllite).

All forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite and anthophyllite) are *carcinogenic to humans (Group 1)*.

## References

ACGIH (2007). Documentation of the TLVs and BEIs with Other Worldwide Occupational Exposure Values - 2007, Cincinnati, OH [CD-ROM]

Acheson ED, Gardner MJ, Pippard EC, Grime LP (1982). Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. *Br J Ind Med*, 39: 344–348. PMID:6291580

Addison J & Davies LS (1990). Analysis of amphibole asbestos in chrysotile and other minerals. *Ann Occup Hyg*, 34: 159–175. doi:10.1093/annhyg/34.2.159 PMID:2169219

Albin M, Jakobsson K, Attewell R *et al.* (1990). Mortality and cancer morbidity in cohorts of asbestos cement workers and referents. *Br J Ind Med*, 47: 602–610. PMID:2207031

Albin M, Magnani C, Krstev S *et al.* (1999). Asbestos and cancer: An overview of current trends in Europe. *Environ Health Perspect*, 107: Suppl 2289–298. PMID:10350513

Albrecht C, Borm PJ, Unfried K (2004). Signal transduction pathways relevant for neoplastic effects of fibrous and non-fibrous particles. *Mutat Res*, 553: 23–35. PMID:15288530

Aldieri E, Ghigo D, Tomatis M *et al.* (2001). Iron inhibits the nitric oxide synthesis elicited by asbestos in murine macrophages. *Free Radic Biol Med*, 31: 412–417. doi:10.1016/S0891-5849(01)00612-8 PMID:11461780

Aliyu OA, Cullen MR, Barnett MJ *et al.* (2005). Evidence for excess cancer of the colorectum incidence among asbestos-exposed men in the Beta-Carotene and Retinol Efficacy Trial. *Am J Epidemiol*, 162: 868–878. doi:10.1093/aje/kwi285 PMID:16177148

Aljandali A, Pollack H, Yeldandi A *et al.* (2001). Asbestos causes apoptosis in alveolar epithelial cells: role of iron-induced free radicals. *J Lab Clin Med*, 137: 330–339. doi:10.1067/mlc.2001.114826 PMID:11329530

Altomare DA, Vaslet CA, Skele KL *et al.* (2005). A mouse model recapitulating molecular features of human mesothelioma. *Cancer Res*, 65: 8090–8095. doi:10.1158/0008-5472.CAN-05-2312 PMID:16166281

Amandus HE & Wheeler R (1987). The morbidity and mortality of vermiculite miners and millers exposed to tremolite-actinolite: Part II. Mortality. *Am J Ind Med*, 11: 15–26. doi:10.1002/ajim.4700110103 PMID:3028136

Amandus HE, Wheeler R, Jankovic J, Tucker J (1987). The morbidity and mortality of vermiculite miners and millers exposed to tremolite-actinolite: Part I. Exposure estimates. *Am J Ind Med*, 11: 1–14. doi:10.1002/ajim.4700110102 PMID:3028135

Anderson HA, Lilis R, Daum SM *et al.* (1976). Household-contact asbestos neoplastic risk. *Ann N Y Acad Sci*, 271: 1 Neoplasia in311–323. doi:10.1111/j.1749-6632.1976.tb23127.x PMID:1069520

Apostolou S, Balsara BR, Testa JR *et al.* (2006). *Cytogenetics of malignant mesothelioma*. In: *Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational Therapies*. New York: Springer Science & Business Media, Inc., pp. 101–111.

Arredouani MS, Palecanda A, Koziel H *et al.* (2005). MARCO is the major binding receptor for unopsonized particles and bacteria on human alveolar macrophages. *J Immunol*, 175: 6058–6064. PMID:16237101

Ascoli V, Cavone D, Merler E *et al.* (2007). Mesothelioma in blood related subjects: report of 11 clusters among 1954 Italy cases and review of the literature. *Am J Ind Med*, 50: 357–369. doi:10.1002/ajim.20451 PMID:17407142

ATSDR (2001). Toxicological Profile for Asbestos (TP-61). US Dept. of Health & Human Services.

Aust AE & Eveleigh JF (1999). Mechanisms of DNA oxidation. *Proc Soc Exp Biol Med*, 222: 246–252. doi:10.1046/j.1525-1373.1999.d01-141.x PMID:10601883

Babior BM (2000). Phagocytes and oxidative stress. *Am J Med*, 109: 33–44. doi:10.1016/S0002-9343(00)00481-2 PMID:10936476

Baldys A & Aust AE (2005). Role of iron in inactivation of epidermal growth factor receptor after asbestos treatment of human lung and pleural target cells. *Am J Respir Cell Mol Biol*, 32: 436–442. doi:10.1165/rcmb.2004-0133OC PMID:15626777

Baris I, Simonato L, Artvinli M *et al.* (1987). Epidemiologicalal and environmental evidence of the health effects of exposure to erionite fibres: a four-year study in the Cappadocian region of Turkey. *Int J Cancer*, 39: 10–17. doi:10.1002/ijc.2910390104 PMID:3025107

Baris YI & Grandjean P (2006). Prospective study of mesothelioma mortality in Turkish villages with exposure to fibrous zeolite. *J Natl Cancer Inst*, 98: 414–417. doi:10.1093/jnci/djj106 PMID:16537834

Baser ME, De Rienzo A, Altomare D *et al.* (2002). Neurofibromatosis 2 and malignant mesothelioma. *Neurology*, 59: 290–291. PMID:12136076

Bégin R, Gauthier JJ, Desmeules M, Ostiguy G (1992). Work-related mesothelioma in Québec, 1967–1990. *Am J Ind Med*, 22: 531–542. doi:10.1002/ajim.4700220408 PMID:1332466

Berman DW & Crump KS (2008a). A meta-analysis of asbestos-related cancer risk that addresses fibre size and mineral type. *Crit Rev Toxicol*, 38: Suppl 149–73. doi:10.1080/10408440802273156 PMID:18686078

Berman DW & Crump KS (2008b). Update of potency factors for asbestos-related lung cancer and mesothelioma. *Crit Rev Toxicol*, 38: Suppl 11–47. doi:10.1080/10408440802276167 PMID:18671157

Bernstein D, Castranova V, Donaldson K *et al.* (2005). Testing of fibrous particles: short-term assays and strategies. *Inhal Toxicol*, 17: 497–537. PMID:16040559.

Berrino F, Richiardi L, Boffetta P *et al.* Milan JEM Working Group (2003). Occupation and larynx and hypopharynx cancer: a job-exposure matrix approach in an international case–control study in France, Italy, Spain and Switzerland. *Cancer Causes Control*, 14: 213–223. doi:10.1023/A:1023661206177 PMID:12814200

Berry G (1999). Models for mesothelioma incidence following exposure to fibres in terms of timing and duration of exposure and the biopersistence of the fibres. *Inhal Toxicol*, 11: 111–130. doi:10.1080/089583799197203 PMID:10380162

Berry G, Newhouse ML, Wagner JC (2000). Mortality from all cancers of asbestos factory workers in east London 1933–80. *Occup Environ Med*, 57: 782–785. doi:10.1136/oem.57.11.782 PMID:11024203

Bertolotti M, Ferrante D, Mirabelli D *et al.* (2008). Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy) *Epidemiol Prev*, 32: 218–228. PMID:19186504

Blake DJ, Bolin CM, Cox DP *et al.* (2007). Internalization of Libby amphibole asbestos and induction of oxidative stress in murine macrophages. *Toxicol Sci*, 99: 277–288. doi:10.1093/toxsci/kfm166 PMID:17578862

Blake DJ, Wetzel SA, Pfau JC (2008). Autoantibodies from mice exposed to Libby amphibole asbestos bind SSA/Ro52-enriched apoptotic blebs of murine macrophages. *Toxicology*, 246: 172–179. doi:10.1016/j.tox.2008.01.008 PMID:18295955

Blount AM (1991). Amphibole content of cosmetic and pharmaceutical talcs. *Environ Health Perspect*, 94: 225–230. doi:10.2307/3431315 PMID:1659533

Boutin C, Dumortier P, Rey F *et al.* (1996). Black spots concentrate oncogenic asbestos fibres in the parietal pleura. Thoracoscopic and mineralogic study. *Am J Respir Crit Care Med*, 153: 444–449. PMID:8542156

Boylan AM, Sanan DA, Sheppard D, Broaddus VC (1995). Vitronectin enhances internalization of crocidolite asbestos by rabbit pleural mesothelial cells via the integrin alpha v beta 5. *J Clin Invest*, 96: 1987–2001. doi:10.1172/JCI118246 PMID:7560092

Broaddus VC, Yang L, Scavo LM *et al.* (1996). Asbestos induces apoptosis of human and rabbit pleural mesothelial cells via reactive oxygen species. *J Clin Invest*, 98: 2050–2059. doi:10.1172/JCI119010 PMID:8903324

Bruno C, Comba P, Zona A (2006). Adverse health effects of fluoro-edenitic fibers: epidemiological evidence and public health priorities. *Ann N Y Acad Sci*, 1076: 778–783. doi:10.1196/annals.1371.020 PMID:17119254

Butel JS & Lednicky JA (1999). Cell and molecular biology of simian virus 40: implications for human infections and disease. *J Natl Cancer Inst*, 91: 119–134. doi:10.1093/jnci/91.13.1166a PMID:9923853

Cacciotti P, Mutti L, Gaudino G (2006). *Growth factors and malignant mesothelioma*. In: *Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational Therapies*. Pass HI, Vogelzang NJ Carbone M, editors. New York: Springer Science & Business Media, Inc., pp. 112-123.

Camus M, Siemiatycki J, Meek B (1998). Nonoccupational exposure to chrysotile asbestos and the risk of lung cancer. *N Engl J Med*, 338: 1565–1571. doi:10.1056/NEJM199805283382201 PMID:9603793

Cantor KP (1997). Drinking water and cancer. *Cancer Causes Control*, 8: 292–308. doi:10.1023/A:1018444902486 PMID:9498894

Cassel SL, Eisenbarth SC, Iyer SS *et al.* (2008). The Nalp3 inflammasome is essential for the development of silicosis. *Proc Natl Acad Sci USA*, 105: 9035–9040. doi:10.1073/pnas.0803933105 PMID:18577586

Catalano A, Strizzi L, Procopio A (2005). *Angiogenesis and mesothelioma*. In: *Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational Therapies*. Pass HI, Vogelzang NJ, Carbone M, editors. New York: Springer Science & Business Media, Inc., pp. 141-150.

Christensen BC, Godleski JJ, Marsit CJ *et al.* (2008). Asbestos exposure predicts cell cycle control gene promoter methylation in pleural mesothelioma. *Carcinogenesis*, 29: 1555–1559. doi:10.1093/carcin/bgn059 PMID:18310086

Christensen BC, Houseman EA, Godleski JJ *et al.* (2009). Epigenetic profiles distinguish pleural mesothelioma from normal pleura and predict lung asbestos burden and clinical outcome. *Cancer Res*, 69: 227–234. doi:10.1158/0008-5472.CAN-08-2586 PMID:19118007

Churg A, Hobson J, Berean K, Wright J (1989). Scavengers of active oxygen species prevent cigarette smoke-induced asbestos fibre penetration in rat tracheal explants. *Am J Pathol*, 135: 599–603. PMID:2801882

Churg A, Sun J, Zay K (1998). Cigarette smoke increases amosite asbestos fibre binding to the surface of tracheal epithelial cells. *Am J Physiol*, 275: L502–L508. PMID:9728044

Churg A & Warnock ML (1980). Asbestos fibres in the general population. *Am Rev Respir Dis*, 122: 669–678. PMID:7447151

Cocco P, Palli D, Buiatti E *et al.* (1994). Occupational exposures as risk factors for gastric cancer in Italy. *Cancer Causes Control*, 5: 241–248. doi:10.1007/BF01830243 PMID:8061172

Coffin DL, Cook PM, Creason JP (1992). Relative mesothelioma induction in rats by mineral fibres:comparison with residual pulmonary mineral fibre number and epidemiology. *Inhal Toxicol*, 4: 273–300. doi:10.3109/08958379209145671

Comba P, Gianfagna A, Paoletti L (2003). Pleural mesothelioma cases in Biancavilla are related to a new fluoro-edenite fibrous amphibole. *Arch Environ Health*, 58: 229–232. doi:10.3200/AEOH.58.4.229-232 PMID:14655903

Conforti PM, Kanarek MS, Jackson LA *et al.* (1981). Asbestos in drinking water and cancer in the San Francisco Bay Area: 1969–1974 incidence. *J Chronic Dis*, 34: 211–224. doi:10.1016/0021-9681(81)90065-5 PMID:7240361

Cullen MR (1996). The amphibole hypothesis of asbestos-related cancer–gone but not forgotten. *Am J Public Health*, 86: 158–159. doi:10.2105/AJPH.86.2.158 PMID:8633728

Cullen MR & Baloyi RS (1991). Chrysotile asbestos and health in Zimbabwe: I. Analysis of miners and millers compensated for asbestos-related diseases since independence (1980). *Am J Ind Med*, 19: 161–169. doi:10.1002/ajim.4700190204 PMID:1847001

Cullen RT, Searl A, Buchanan D *et al.* R. T.Cullen, A. Searl, D. Buchanan (2000). Pathogenicity of a special-purpose glass microfibre (E glass) relative to

another glass microfibre and amosite asbestos. *Inhal Toxicol*, 12: 959–977. doi:10.1080/08958370050138012 PMID:10989371

Davis 1996). Mixed fibrous and non-fibrous dusts exposures and interactions between agents in fibre carcinogenesis. IARC Sci Pub, 140:127

Davis JM, Addison J, Bolton RE *et al.* (1985). Inhalation studies on the effects of tremolite and brucite dust in rats. *Carcinogenesis*, 6: 667–674. doi:10.1093/carcin/6.5.667 PMID:2988806

Davis JM, Addison J, Bolton RE *et al.* (1986a). Inhalation and injection studies in rats using dust samples from chrysotile asbestos prepared by a wet dispersion process. *Br J Exp Pathol*, 67: 113–129. PMID:3004552

Davis JM, Addison J, Bolton RE *et al.* (1986b). The pathogenicity of long versus short fibre samples of amosite asbestos administered to rats by inhalation and intraperitoneal injection. *Br J Exp Pathol*, 67: 415–430. PMID:2872911

Davis JM, Beckett ST, Bolton RE *et al.* (1978). Mass and number of fibres in the pathogenesis of asbestos-related lung disease in rats. *Br J Cancer*, 37: 673–688. PMID:656299

Davis JM, Beckett ST, Bolton RE, Donaldson K (1980a). The effects of intermittent high asbestos exposure (peak dose levels) on the lungs of rats. *Br J Exp Pathol*, 61: 272–280. PMID:7426382

Davis JM, Beckett ST, Bolton RE, Donaldson K (1980b). A comparison of the pathological effects in rats of the UICC reference samples of amosite and chrysotile with those of amosite and chrysotile collected from the factory environment. *IARC Sci Publ*, 30: 285–292. PMID:7239647

Davis JM, Bolton RE, Douglas AN *et al.* (1988). Effects of electrostatic charge on the pathogenicity of chrysotile asbestos. *Br J Ind Med*, 45: 292–299. PMID:2837270

Davis JM, Bolton RE, Miller BG, Niven K (1991b). Mesothelioma dose response following intraperitoneal injection of mineral fibres. *Int J Exp Pathol*, 72: 263–274. PMID:1843255

Davis JM, Brown DM, Cullen RT *et al.* (1996). A comparison of methods of determining and predicting pathogenicity of mineral fibres. *Inhal Toxicol*, 8: 747–770. doi:10.3109/08958379608995209

Davis JM & Jones AD (1988). Comparisons of the pathogenicity of long and short fibres of chrysotile asbestos in rats. *Br J Exp Pathol*, 69: 717–737. PMID:2848570

Davis JM, Jones AD, Miller BG (1991a). Experimental studies in rats on the effects of asbestos inhalation coupled with the inhalation of titanium dioxide or quartz. *Int J Exp Pathol*, 72: 501–525. PMID:1742204

Dement JM & Brown DP (1994). Lung cancer mortality among asbestos textile workers: a review and update. *Ann Occup Hyg*, 38: 525–532, 412. doi:10.1093/annhyg/38.4.525 PMID:7978974

Dement JM, Brown DP, Okun A (1994). Follow-up study of chrysotile asbestos textile workers: cohort mortality and case–control analyses. *Am J Med*, 26: 431–447. doi:10.1002/ajim.4700260402 PMID:7810543

Dement JM, Kuempel ED, Zumwalde RD *et al.* (2008). Development of a fibre size-specific job-exposure matrix for airborne asbestos fibres. *Occup Environ Med*, 65: 605–612. doi:10.1136/oem.2007.033712 PMID:17984198

Demers RY, Burns PB, Swanson GM (1994). Construction occupations, asbestos exposure, and cancer of the colon and rectum. *J Occup Med*, 36: 1027–1031. PMID:7823215

Dianzani I, Gibello L, Biava A *et al.* (2006). Polymorphisms in DNA repair genes as risk factors for asbestos-related malignant mesothelioma in a general population study. *Mutat Res*, 599: 124–134. PMID:16564556

Dodson RF & Atkinson MA (2006). Measurements of asbestos burden in tissues. *Ann N Y Acad Sci*, 1076: 281–291. doi:10.1196/annals.1371.015 PMID:17119209

Dodson RF, Atkinson MA, Levin JL (2003). Asbestos fibre length as related to potential pathogenicity: a critical review. *Am J Ind Med*, 44: 291–297. doi:10.1002/ajim.10263 PMID:12929149

Dodson RF, Graef R, Shepherd S *et al.* (2005). Asbestos burden in cases of mesothelioma from individuals from various regions of the United States. *Ultrastruct Pathol*, 29: 415–433. doi:10.1080/019131290945682 PMID:16257868

Dodson RF, Shepherd S, Levin J, Hammar SP (2007). Characteristics of asbestos concentration in lung as compared to asbestos concentration in various levels of lymph nodes that collect drainage from the lung. *Ultrastruct Pathol*, 31: 95–133. doi:10.1080/01913120701423907 PMID:17613992

Dodson RF, Williams MG Jr, Corn CJ *et al.* (1990). Asbestos content of lung tissue, lymph nodes, and pleural plaques from former shipyard workers. *Am Rev Respir Dis*, 142: 843–847. PMID:2171386

Dogan AU, Baris YI, Dogan M *et al.* (2006). Genetic predisposition to fibre carcinogenesis causes a mesothelioma epidemic in Turkey. *Cancer Res*, 66: 5063–5068. doi:10.1158/0008-5472.CAN-05-4642 PMID:16707428

Dogan AU, Dogan M, Hoskins JA (2008). Erionite series minerals: mineralogical and carcinogenic properties. *Environ Geochem Health*, 30: 367–381. doi:10.1007/s10653-008-9165-x PMID:18347916

Doll R (1955). Mortality from lung cancer in asbestos workers. *Br J Ind Med*, 12: 81–86. PMID:14363586

Donaldson K & Golyasnya N (1995). Cytogenetic and pathogenic effects of long and short amosite asbestos. *J Pathol*, 177: 303–307. doi:10.1002/path.1711770313 PMID:8551393

Donaldson K, Li XY, Dogra S *et al.* (1992). Asbestos-stimulated tumour necrosis factor release from alveolar macrophages depends on fibre length and opsonization.

*J Pathol*, 168: 243–248. doi:10.1002/path.1711680214 PMID:1334143

Donaldson K & Tran CL (2004). An introduction to the short-term toxicology of respirable industrial fibres. *Mutat Res*, 553: 5–9. PMID:15288528

Dostert C, Pétrilli V, Van Bruggen R *et al.* (2008). Innate immune activation through Nalp3 inflammasome sensing of asbestos and silica. *Science*, 320: 674–677. doi:10.1126/science.1156995 PMID:18403674

Dumortier P, Coplü L, Broucke I *et al.* (2001). Erionite bodies and fibres in bronchoalveolar lavage fluid (BALF) of residents from Tuzköy, Cappadocia, Turkey. *Occup Environ Med*, 58: 261–266. doi:10.1136/oem.58.4.261 PMID:11245743

Dumortier P, De Vuyst P, Yernault JC (1989). Non-fibrous inorganic particles in human bronchoalveolar lavage fluids. *Scanning Microsc*, 3: 1207–1216, discussion 1217–1218. PMID:2561220

Edelman DA (1988). Exposure to asbestos and the risk of gastrointestinal cancer: a reassessment. *Br J Ind Med*, 45: 75–82. PMID:3342198

Enterline PE, Hartley J, Henderson V (1987). Asbestos and cancer: a cohort followed up to death. *Br J Ind Med*, 44: 396–401. PMID:3606968

Esteller M (2005). Dormant hypermethylated tumour suppressor genes: questions and answers. *J Pathol*, 205: 172–180. doi:10.1002/path.1707 PMID:15643671

EU (1999). Commission Directive 1999/77/EC of 26 July 1999. Official Journal of the European Communities. [L207/18 – L207/20]

EU (2003). Directive 2003/18/EC of the European Parliament and of the Council of 27 March 2003 amending Council Directive 83/477/EEC on the protection of workers from the risks related to exposure to asbestos at work. Official Journal L 097, 15/04/2003 P. 0048 – 0052.

Fach E, Kristovich R, Long JF *et al.* (2003). The effect of iron on the biological activities of erionite and mordenite. *Environ Int*, 29: 451–458. doi:10.1016/S0160-4120(02)00193-9 PMID:12705942

Favero-Longo SE, Turci F, Tomatis M *et al.* (2005). Chrysotile asbestos is progressively converted into a non-fibrous amorphous material by the chelating action of lichen metabolites. *J Environ Monit*, 7: 764–766. doi:10.1039/b507569f PMID:16049575

Favero-Longo SE, Turci F, Tomatis M *et al.* (2009). The effect of weathering on ecopersistence, reactivity, and potential toxicity of naturally occurring asbestos and asbestiform mineral. *J Toxicol Environ Health A*, 72: 305–314. PMID:19184746.

Feron VJ, Scherrenberg PM, Immel HR, Spit BJ (1985). Pulmonary response of hamsters to fibrous glass: chronic effects of repeated intratracheal instillation with or without benzo[a]pyrene. *Carcinogenesis*, 6: 1495–1499. doi:10.1093/carcin/6.10.1495 PMID:4042277

Ferrante D, Bertolotti M, Todesco A *et al.* (2007). Cancer mortality and incidence of mesothelioma in a cohort of wives of asbestos workers in Casale Monferrato, Italy. *Environ Health Perspect*, 115: 1401–1405. PMID:17938727

Finkelstein MM (1983). Mortality among long-term employees of an Ontario asbestos-cement factory. *Br J Ind Med*, 40: 138–144. PMID:6830709

Fredriksson M, Bengtsson NO, Hardell L, Axelson O (1989). Colon cancer, physical activity, and occupational exposures. A case–control study. *Cancer*, 63: 1838–1842. doi:10.1002/1097-0142(19900501)63:9<1838::AID-CNCR2820630930>3.0.CO;2-4 PMID:2702592

Frumkin H & Berlin J (1988). Asbestos exposure and gastrointestinal malignancy review and meta-analysis. *Am J Ind Med*, 14: 79–95. doi:10.1002/ajim.4700140110 PMID:3044065

Fubini B (1997). Surface reactivity in the pathogenic response to particulates. *Environ Health Perspect*, 105: Suppl 51013–1020. doi:10.2307/3433502 PMID:9400693

Fubini B & Fenoglio I (2007). Toxic potential of mineral dusts. *Elements*, 3: 407–414. doi:10.2113/GSELEMENTS.3.6.407

Fubini B, Mollo L, Giamello E (1995). Free radical generation at the solid/liquid interface in iron containing minerals. *Free Radic Res*, 23: 593–614. doi:10.3109/10715769509065280 PMID:8574353

Fubini B & Otero Areán C (1999). Chemical aspects of the toxicity of inhaled mineral dusts. *Chem Soc Rev*, 28: 373–381. doi:10.1039/a805639k

Gamble J (2008). Risk of gastrointestinal cancers from inhalation and ingestion of asbestos. *Regul Toxicol Pharmacol*, 52: SupplS124–S153. doi:10.1016/j.yrtph.2007.10.009 PMID:18078700

Garabrant DH, Peters RK, Homa DM (1992). Asbestos and colon cancer: lack of association in a large case–control study. *Am J Epidemiol*, 135: 843–853. PMID:1585897

Gardner MJ, Winter PD, Pannett B, Powell CA (1986). Follow up study of workers manufacturing chrysotile asbestos cement products. *Br J Ind Med*, 43: 726–732. PMID:3024695

Gazdar AF, Butel JS, Carbone M (2002). SV40 and human tumours: myth, association or causality? *Nat Rev Cancer*, 2: 957–964. doi:10.1038/nrc947 PMID:12459734

Gazzano E, Foresti E, Lesci IG *et al.* (2005). Different cellular responses evoked by natural and stoichiometric synthetic chrysotile asbestos. *Toxicol Appl Pharmacol*, 206: 356–364. doi:10.1016/j.taap.2004.11.021 PMID:16039947

Gazzano E, Turci F, Foresti E *et al.* (2007). Iron-loaded synthetic chrysotile: a new model solid for studying the role of iron in asbestos toxicity. *Chem Res Toxicol*, 20: 380–387. doi:10.1021/tx600354f PMID:17315889

Gelzleichter TR, Bermudez E, Mangum JB *et al.* (1999). Comparison of pulmonary and pleural responses of rats and hamsters to inhaled refractory ceramic fibres.

*Toxicol Sci*, 49: 93–101. doi:10.1093/toxsci/49.1.93 PMID:10367346

Gerhardsson de Verdier M, Plato N, Steineck G, Peters JM (1992). Occupational exposures and cancer of the colon and rectum. *Am J Ind Med*, 22: 291–303. doi:10.1002/ajim.4700220303 PMID:1519614

Germani D, Belli S, Bruno C *et al.* (1999). Cohort mortality study of women compensated for asbestosis in Italy. *Am J Ind Med*, 36: 129–134. doi:10.1002/(SICI)1097-0274(199907)36:1<129::AID-AJIM18>3.0.CO;2-9 PMID:10361597

Ghio AJ, Churg A, Roggli VL (2004). Ferruginous bodies: implications in the mechanism of fibre and particle toxicity. *Toxicol Pathol*, 32: 643–649. doi:10.1080/01926230490885733 PMID:15513907

Ghio AJ, Kadiiska MB, Xiang QH, Mason RP (1998). In vivo evidence of free radical formation after asbestos instillation: an ESR spin trapping investigation. *Free Radic Biol Med*, 24: 11–17. doi:10.1016/S0891-5849(97)00063-4 PMID:9436609

Ghio AJ, LeFurgey A, Roggli VL (1997). In vivo accumulation of iron on crocidolite is associated with decrements in oxidant generation by the fibre. *J Toxicol Environ Health*, 50: 125–142. doi:10.1080/009841097160537 PMID:9048957

Ghio AJ, Stonehuerner J, Richards J, Devlin RB (2008). Iron homeostasis in the lung following asbestos exposure. *Antioxid Redox Signal*, 10: 371–377. doi:10.1089/ars.2007.1909 PMID:17999626

Ghio AJ, Zhang J, Piantadosi CA (1992). Generation of hydroxyl radical by crocidolite asbestos is proportional to surface [Fe3+]. [Fe3+]*Arch Biochem Biophys*, 298: 646–650. doi:10.1016/0003-9861(92)90461-5 PMID:1329664

Gibbs AR, Stephens M, Griffiths DM *et al.* (1991). Fibre distribution in the lungs and pleura of subjects with asbestos related diffuse pleural fibrosis. *Br J Ind Med*, 48: 762–770. PMID:1659443

Gibbs GW & Hwang CY (1975). Physical parameters of airborne asbestos fibres in various work environments-preliminary findings. *Am Ind Hyg Assoc J*, 36: 459–466. PMID:1229888

Gibbs GW & Hwang CY (1980). Dimensions of airborne asbestos fibres. *IARC Sci Publ*, 30: 69–78. PMID:7239672

Glickman LT, Domanski LM, Maguire TG *et al.* (1983). Mesothelioma in pet dogs associated with exposure of their owners to asbestos. *Environ Res*, 32: 305–313. doi:10.1016/0013-9351(83)90114-7 PMID:6641667

Gloyne SR (1935). Two cases of squamous carcinoma of the lung occurring in asbestosis. *Tubercle*, 17: 5–10. doi:10.1016/S0041-3879(35)80795-2

Goldberg MS, Parent ME, Siemiatycki J *et al.* (2001). A case–control study of the relationship between the risk of colon cancer in men and exposures to occupational agents. *Am J Ind Med*, 39: 531–546. doi:10.1002/ajim.1052 PMID:11385637

Goldstein B & Coetzee FS (1990). Experimental malignant mesothelioma in baboons. Suid-Afrik. *Tydskrif voor Wetenskap*, 86: 89–93.

Goldstein B, Rendall RE, Webster I (1983). A comparison of the effects of exposure of baboons to crocidolite and fibrous-glass dusts. *Environ Res*, 32: 344–359. doi:10.1016/0013-9351(83)90117-2 PMID:6315390

Goodman M, Morgan RW, Ray R *et al.* (1999). Cancer in asbestos-exposed occupational cohorts: a meta-analysis. *Cancer Causes Control*, 10: 453–465. doi:10.1023/A:1008980927434 PMID:10530617

Gordon GJ, Jensen RV, Hsiao LL *et al.* (2002). Translation of microarray data into clinically relevant cancer diagnostic tests using gene expression ratios in lung cancer and mesothelioma. *Cancer Res*, 62: 4963–4967. PMID:12208747

Graham J & Graham R (1967). Ovarian cancer and asbestos. *Environ Res*, 1: 115–128. doi:10.1016/0013-9351(67)90008-4 PMID:5628974

Greillier L, Baas P, Welch JJ *et al.* (2008). Biomarkers for malignant pleural mesothelioma: current status. *Mol Diagn Ther*, 12: 375–390. PMID:19035624

Gronow JR (1987). The dissolution of asbestos fibres in water. *Clay Miner*, 22: 21–35. doi:10.1180/claymin.1987.022.1.03

Gross P, DeTreville RT, Tolker EB *et al.* (1967). Experimental asbestosis. The development of lung cancer in rats with pulmonary deposits of chrysotile asbestos dust. *Arch Environ Health*, 15: 343–355. PMID:6035084

Gulumian M (1999). The ability of mineral dusts and fibres to initiate lipid peroxidation. Part I: parameters which determine this ability. *Redox Rep*, 4: 141–163. doi:10.1179/135100099101534855 PMID:10658820

Gulumian M (2005). An update on the detoxification processes for silica particles and asbestos fibres: successess and limitations. *J Toxicol Environ Health B Crit Rev*, 8: 453–483. doi:10.1080/10937400590952547 PMID:16188731

Gulumian M, Bhoolia DJ, Du Toit RS *et al.* (1993a). Activation of UICC crocidolite: the effect of conversion of some ferric ions to ferrous ions. *Environ Res*, 60: 193–206. doi:10.1006/enrs.1993.1027 PMID:8386081

Gulumian M, Bhoolia DJ, Theodorou P *et al.* (1993b). Parameters Which Determine the Activity of the Transition-Metal Iron in Crocidolite Asbestos - Esr, Mossbauer Spectroscopic and Iron Mobilization Studies. *S Afr J Sci*, 89: 405–409.

Haegens A, van der Vliet A, Butnor KJ *et al.* (2005). Asbestos-induced lung inflammation and epithelial cell proliferation are altered in myeloperoxidase-null mice. *Cancer Res*, 65: 9670–9677. doi:10.1158/0008-5472.CAN-05-1751 PMID:16266986

Hagemeyer O, Otten H, Kraus T (2006). Asbestos consumption, asbestos exposure and asbestos-related occupational diseases in Germany. *Int Arch Occup*

*Environ Health*, 79: 613–620. doi:10.1007/s00420-006-0091-x PMID:16523318

Hardy JA & Aust AE (1995). Iron in asbestos chemistry and carcinogenicity. *Chem Rev*, 95: 97–118. doi:10.1021/cr00033a005

Health and Safety Executive (2005). *HSG 248 'Asbestos: The analysts' guide for sampling, analysis and clearance procedures'*. London: HSE Books.

Health Effects Institute (1991). *Asbestos in public and commercial buildings: A literature review and synthesis of current knowledge.* Cambridge, Massachusetts: Health Effects Institute-Asbestos Research.

Hein MJ, Stayner LT, Lehman E, Dement JM (2007). Follow-up study of chrysotile textile workers: cohort mortality and exposure-response. *Occup Environ Med*, 64: 616–625. doi:10.1136/oem.2006.031005 PMID:17449563

Heineman EF, Bernstein L, Stark AD, Spirtas R (1996). Mesothelioma, asbestos, and reported history of cancer in first-degree relatives. *Cancer*, 77:549–554. doi:10.1002/(SICI)1097-0142(19960201)77:3<549::AID-CNCR18>3.0.CO;2-4 PMID:8630964

Heller DS, Gordon RE, Westhoff C, Gerber S (1996). Asbestos exposure and ovarian fibre burden. *Am J Ind Med*, 29: 435–439. doi:10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L PMID:8732916

Hesterberg TW, Axten C, McConnell EE *et al.*T. W. Hesterberg, C. Axten, E. E. M (1999). Studies on the inhalation toxicology of two fibreglasses and amosite asbestos in the syrian golden hamster. Part I. Results of a subchronic study and dose selection for a chronic study. *Inhal Toxicol*, 11: 747–784. doi:10.1080/089583799196745 PMID:10477658

Hesterberg TW, Chase G, Axten C *et al.* (1998a). Biopersistence of synthetic vitreous fibres and amosite asbestos in the rat lung following inhalation. *Toxicol Appl Pharmacol*, 151: 262–275. doi:10.1006/taap.1998.8472 PMID:9707503

Hesterberg TW, Hart GA, Chevalier J *et al.* (1998b). The importance of fibre biopersistence and lung dose in determining the chronic inhalation effects of X607, RCF1, and chrysotile asbestos in rats. *Toxicol Appl Pharmacol*, 153: 68–82. doi:10.1006/taap.1998.8522 PMID:9875301

Hesterberg TW, Miiller WC, McConnell EE *et al.* (1993). Chronic inhalation toxicity of size-separated glass fibres in Fischer 344 rats. *Fundam Appl Toxicol*, 20: 464–476. doi:10.1006/faat.1993.1057 PMID:8390950

Hesterberg TW, Miiller WC, Musselman RP *et al.* (1996). Biopersistence of Man-Made Vitreous Fibres and Crocidolite Asbestos in the Rat Lung Following Inhalation. *Fundam Appl Toxicol*, 29: 267–279. doi:10.1006/faat.1996.0031 PMID:8812275

Higashi T, Hori H, Sakurai H *et al.* (1994). Work environment of plants manufacturing asbestos-containing products in Japan. *Ann Occup Hyg*, 38: 489–494, 409. doi:10.1093/annhyg/38.4.489 PMID:7978970

Hill IM, Beswick PH, Donaldson K (1995). Differential release of superoxide anions by macrophages treated with long and short fibre amosite asbestos is a consequence of differential affinity for opsonin. *Occup Environ Med*, 52: 92–96. doi:10.1136/oem.52.2.92 PMID:7757173

Hill RJ, Edwards RE, Carthew P (1990). Early changes in the pleural mesothelium following intrapleural inoculation of the mineral fibre erionite and the subsequent development of mesotheliomas. *J Exp Pathol (Oxford)*, 71: 105–118. PMID:2155636

Hilt B, Langård S, Andersen A, Rosenberg J (1985). Asbestos exposure, smoking habits, and cancer incidence among production and maintenance workers in an electrochemical plant. *Am J Ind Med*, 8: 565–577. doi:10.1002/ajim.4700080608 PMID:3000174

Hobson J, Wright JL, Churg A (1990). Active oxygen species mediate asbestos fibre uptake by tracheal epithelial cells. *FASEB J*, 4: 3135–3139. PMID:2170219

Hodgson JT & Darnton A (2000). The quantitative risks of mesothelioma and lung cancer in relation to asbestos exposure. *Ann Occup Hyg*, 44: 565–601. PMID:11108782

Hodgson JT & Jones RD (1986). Mortality of asbestos workers in England and Wales 1971–81. *Br J Ind Med*, 43: 158–164. PMID:3947577

Homa DM, Garabrant DH, Gillespie BW (1994). A meta-analysis of cancer of the colorectum and asbestos exposure. *Am J Epidemiol*, 139: 1210–1222. PMID:8209879

Howe HL, Wolfgang PE, Burnett WS *et al.* (1989). Cancer incidence following exposure to drinking water with asbestos leachate. *Public Health Rep*, 104: 251–256. PMID:2498974

Hume LA & Rimstidt JD (1992). The biodurability of chrysotile asbestos. *Am Mineral*, 77: 1125–1128.

IARC (1973). Some inorganic and organometallic compounds. *IARC Monogr Eval Carcinog Risk Chem Man*, 2: 1–181.

IARC (1977). Some miscellaneous pharmaceutical substances. *IARC Monogr Eval Carcinog Risk Chem Man*, 13: 1–255. PMID:16821

IARC (1985). Polynuclear aromatic compounds, Part 4, bitumens, coal-tars and derived products, shale-oils and soots. *IARC Monogr Eval Carcinog Risk Chem Hum*, 35: 1–247. PMID:2991123

IARC (1986). Tobacco smoking. *IARC Monogr Eval Carcinog Risk Chem Hum*, 38: 35–394. PMID:3460963

IARC (1987a). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1987b). Silica and some silicates. *IARC Monogr Eval Carcinog Risk Chem Hum*, 42: 1–239. PMID:2824337

IARC (1988). Alcohol Drinking. *IARC Monogr Eval Carcinog Risks Hum*, 44: 1–378. PMID:3236394

IARC (1990). Chromium, nickel and welding. *IARC Monogr Eval Carcinog Risks Hum*, 49: 1–648. PMID:2232124

IARC (1992). Occupational exposures to mists and vapours from strong inorganic acids and other industrial chemicals. *IARC Monogr Eval Carcinog Risks Hum*, 54: 1–310. PMID:1345371

IARC (1993). Beryllium, cadmium, mercury, and exposures in the glass manufacturing industry. *IARC Monogr Eval Carcinog Risks Hum*, 58: 1–415. PMID:8022054

IARC (1997). Silica, Some Silicates, Coal Dust and Para-Aramid Fibrils. *IARC Monogr Eval Carcinog Risks Hum*, 68: 1–475. PMID:9303953

IARC (2000). IARC Working group on the evaluation of carcinogenic risks to humans: ionizing radiation, Part I, X- and gamma- radiation and neutrons. Lyon, France, 26 May-2 June 1999. *IARC Monogr Eval Carcinog Risks Hum*, 75: 1–448. PMID:11203346

IARC (2001). Ionizing radiation, Part 2: some internally deposited radionuclides. *IARC Monogr Eval Carcinog Risks Hum*, 78: 1–559. PMID:11421248

IARC (2002). Man-made vitreous fibres. *IARC Monogr Eval Carcinog Risks Hum*, 81: 1–381. PMID:12458547

IARC (2004). Tobacco smoke and involuntary smoking. *IARC Monogr Eval Carcinog Risks Hum*, 83: 1–1438. PMID:15285078

IARC (2007). Human papillomaviruses. *IARC Monogr Eval Carcinog Risks Hum*, 90: 1–636. PMID:18354839

IARC (2010). Carbon black, titanium dioxide, and talc. *IARC Monogr Eval Carcinog Risks Hum*, 93: 1–452.

IARC (2012c). Biological agents. *IARC Monogr Eval Carcinog Risks Hum*, 100B: PMID:18335640

IARC (2012e). Chemical agents and related occupations. *IARC Monogr Eval Carcinog Risks Hum*, 100F: PMID:18335640

IARC (2012d). Personal habits and household exposures. *IARC Monogr Eval Carcinog Risks Hum*, 100E: PMID:18335640

IARC (2012b). Metals, arsenic, dusts and fibres. *IARC Monogr Eval Carcinog Risks Hum*, 100C: PMID:18335640

IARC (2012a). Radiation. *IARC Monogr Eval Carcinog Risks Hum*, 100D: PMID:18335640

IMA (2005). Industrial Minerals Association-Europe Fact Sheet: Talc, Brussels.

IOM (2006). Asbestos: Selected Cancers. Institute of Medicine of the National Academy of Science [http://books.nap.edu/catalog/11665.html]

Jakobsson K, Albin M, Hagmar L (1994). Asbestos, cement, and cancer in the right part of the colon. *Occup Environ Med*, 51: 95–101. doi:10.1136/oem.51.2.95 PMID:8111470

Jansson C, Johansson AL, Bergdahl IA *et al.* (2005). Occupational exposures and risk of esophageal and gastric cardia cancers among male Swedish construction workers. *Cancer Causes Control*, 16: 755–764. doi:10.1007/s10552-005-1723-2 PMID:16049815

Jaurand MC (1996). Use of in-vitro genotoxicity and cell transformation assays to evaluate the potential carcinogenicity of fibres. *IARC Sci Publ*, 55–72. PMID:9101317

Jehan N (1984) *Sustainable management of mineral resources with special reference to asbestos and silica in northern Pakistan*. Ph.D., National Centre of Excellence in Geology, University of Peshawar.

Kamp DW & Weitzman SA (1999). The molecular basis of asbestos induced lung injury. *Thorax*, 54: 638–652. doi:10.1136/thx.54.7.638 PMID:10377212

Kane AB (2006). Animal models of malignant mesothelioma. *Inhal Toxicol*, 18: 1001–1004. doi:10.1080/08958370600835393 PMID:16920675

Kang SK, Burnett CA, Freund E *et al.* (1997). Gastrointestinal cancer mortality of workers in occupations with high asbestos exposures. *Am J Ind Med*, 31: 713–718. doi:10.1002/(SICI)1097-0274(199706)31:6<713::AID-AJIM7>3.0.CO;2-R PMID:9131226

Karjalainen A, Pukkala E, Kauppinen T, Partanen T (1999). Incidence of cancer among Finnish patients with asbestos-related pulmonary or pleural fibrosis. *Cancer Causes Control*, 10: 51–57. doi:10.1023/A:1008845332422 PMID:10334642

Kauppinen T & Korhonen K (1987). Exposure to asbestos during brake maintenance of automotive vehicles by different methods. *Am Ind Hyg Assoc J*, 48: 499–504. PMID:3591672

Kimura K (1987). [Asbestos and environment. ]*Dig Sci Lab*, 42: 4–13.

Kjærheim K, Ulvestad B, Martinsen JI, Andersen A (2005). Cancer of the gastrointestinal tract and exposure to asbestos in drinking water among lighthouse keepers (Norway). *Cancer Causes Control*, 16: 593–598. doi:10.1007/s10552-004-7844-1 PMID:15986115

Kleymenova EV, Horesovsky G, Pylev LN, Everitt J (1999). Mesotheliomas induced in rats by the fibrous mineral erionite are independent from p53 alterations. *Cancer Lett*, 147: 55–61. doi:10.1016/S0304-3835(99)00275-X PMID:10660089

Kogan FM, Vanchugova NN, Frasch VN (1987). Possibility of inducing glandular cancer of the stomach in rats exposed to asbestos. *Br J Ind Med*, 44: 682–686. PMID:3676121

Kratzke RA, Gazdar AF (2005). *Oncogenes and tumor suppressor genes in malignant mesothelioma.* In: *Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational Therapies.* Pass HI, Vogelzang NJ Carbone M, editors. New York: Springer Science & Business Media, Inc., pp. 124-141.

Krstev S, Dosemeci M, Lissowska J *et al.* (2005). Occupation and risk of cancer of the stomach in Poland. *Occup Environ Med*, 62: 318–324. doi:10.1136/oem.2004.015883 PMID:15837853

Landrigan PJ, Lioy PJ, Thurston G *et al.*NIEHS World Trade Center Working Group (2004). Health and environmental consequences of the world trade center disaster. *Environ Health Perspect*, 112: 731–739. PMID:15121517

Langer AM & Nolan RP (1994). Chrysotile: its occurrence and properties as variables controlling biological effects. *Ann Occup Hyg*, 38: 427–51. . PMID:7978965

Langseth H, Johansen BV, Nesland JM, Kjaerheim K (2007). Asbestos fibres in ovarian tissue from Norwegian pulp and paper workers. *Int J Gynecol Cancer*, 17: 44–49. doi:10.1111/j.1525-1438.2006.00768.x PMID:17291230

Langseth H & Kjærheim K (2004). Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scand J Work Environ Health*, 30: 356–361. PMID:15529799

Lash TL, Crouch EA, Green LC (1997). A meta-analysis of the relation between cumulative exposure to asbestos and relative risk of lung cancer. *Occup Environ Med*, 54: 254–263. doi:10.1136/oem.54.4.254 PMID:9166131

Le Bouffant L, Daniel H, Henin JP *et al.* (1987). Experimental study on long-term effects of inhaled MMMF on the lungs of rats. *Ann Occup Hyg*, 31: 4B765–790. doi:10.1093/annhyg/31.4B.765 PMID:3450235

Lee KP, Barras CE, Griffith FD *et al.* (1981). Comparative pulmonary responses to inhaled inorganic fibres with asbestos and fibreglass. *Environ Res*, 24: 167–191. doi:10.1016/0013-9351(81)90143-2 PMID:6260477

Lee KP, Reinhardt CF (1984). *Biological studies on inorganic potassium titanate fibres*. In: *Biological Effects Man-Made Mineral Fibres:Proceedings of a WHO/IARC Conference in Association with JEMRB and TIMA.* Copenhagen: World Health Organization, Regional Office for Europe, 323–333.

Levy BS, Sigurdson E, Mandel J *et al.* (1976). Investigating possible effects of asbestos in city water: surveillance of gastrointestinal cancer incidence in Duluth, Minnesota. *Am J Epidemiol*, 103: 362–368. PMID:1258862

Liddell FD, McDonald AD, McDonald JC (1997). The 1891–1920 birth cohort of Quebec chrysotile miners and millers: development from 1904 and mortality to 1992. *Ann Occup Hyg*, 41: 13–36. PMID:9072947

Lindor NM, Lindor CY, Greene MH (2006). *Hereditary neoplastic syndromes*. In: *Cancer Epidemiology and Prevention,* 3rd ed. Schottenfeld D, Fraumeni JF, Jr., editors. New York: Oxford University Press, pp. 562-576.

Lippmann M (1990). Effects of fibre characteristics on lung deposition, retention, and disease. *Environ Health Perspect*, 88: 311–317. doi:10.2307/3431093 PMID:2272328

Lippmann M, Yeates DB, Albert RE (1980). Deposition, retention, and clearance of inhaled particles. *Br J Ind Med*, 37: 337–362. PMID:7004477

Loomis D, Dement JM, Richardson D, Wolf S (2009). Asbestos fibre dimensions and lung cancer mortality among workers exposed to chrysotile. *Occup Environ Med*, 67: 580–584. doi:10.1136/oem.2008.044362 PMID:19897464

López-Ríos F, Chuai S, Flores R *et al.* (2006). Global gene expression profiling of pleural mesotheliomas: overexpression of aurora kinases and P16/CDKN2A deletion as prognostic factors and critical evaluation of microarray-based prognostic prediction. *Cancer Res*, 66: 2970–2979. doi:10.1158/0008-5472.CAN-05-3907 PMID:16540645

Lu J, Keane MJ, Ong T, Wallace WE (1994). In vitro genotoxicity studies of chrysotile asbestos fibres dispersed in simulated pulmonary surfactant. *Mutat Res*, 320: 253–259. doi:10.1016/0165-1218(94)90078-7 PMID:7508551

Luce D, Bugel I, Goldberg P *et al.* (2000). Environmental exposure to tremolite and respiratory cancer in New Caledonia: a case–control study. *Am J Epidemiol*, 151: 259–265. PMID:10670550

Lund LG, Williams MG, Dodson RF, Aust AE (1994). Iron associated with asbestos bodies is responsible for the formation of single strand breaks in phi X174 RFI DNA. *Occup Environ Med*, 51: 200–204. doi:10.1136/oem.51.3.200 PMID:8130850

Lynch KM & Smith WA (1935). Pulmonary asbestosis III: Carcinoma of the lung in asbeto-silicosis. *Am J Cancer*, 24: 56–64.

Madl AK, Clark K, Paustenbach DJ (2007). Exposure to airborne asbestos during removal and installation of gaskets and packings: a review of published and unpublished studies. *J Toxicol Environ Health, Part B*, 10: 259–286.

Magnani C, Agudo A, González CA *et al.* (2000). Multicentric study on malignant pleural mesothelioma and non-occupational exposure to asbestos. *Br J Cancer*, 83: 104–111. PMID:10883677

Magnani C, Dalmasso P, Biggeri A *et al.* (2001). Increased risk of malignant mesothelioma of the pleura after residential or domestic exposure to asbestos: a case–control study in Casale Monferrato, Italy. *Environ Health Perspect*, 109: 915–919. doi:10.2307/3454992 PMID:11673120

Magnani C, Ferrante D, Barone-Adesi F *et al.* (2008). Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers. *Occup Environ Med*, 65: 164–170. doi:10.1136/oem.2007.032847 PMID:17704197

Maltoni C, Minardi F (1989). *Recent results of carcinogenicity bioassays of fibres and other particulate materials*. In: *Non-occupational Exposure to Mineral Fibres.* IARC Scientific Publ. Vol. 90. Bignon J, Peto J Saracci R, editors. Lyon: International Agency for Research on Cancer, pp. 46–53.

Manning CB, Vallyathan V, Mossman BT (2002). Diseases caused by asbestos: mechanisms of injury and disease

development. *Int Immunopharmacol*, 2: 191–200. doi:10.1016/S1567-5769(01)00172-2 PMID:11811924

Marchand JL, Luce D, Leclerc A *et al*. (2000). Laryngeal and hypopharyngeal cancer and occupational exposure to asbestos and man-made vitreous fibres: results of a case–control study. *Am J Ind Med*, 37: 581–589. doi:10.1002/(SICI)1097-0274(200006)37:6<581::AID-AJIM2>3.0.CO;2-D PMID:10797501

Marsh GM (1983). Critical review of epidemiologic studies related to ingested asbestos. *Environ Health Perspect*, 53: 49–56. doi:10.1289/ehp.835349 PMID:6662094

Martra G, Tomatis M, Fenoglio I *et al*. (2003). Ascorbic acid modifies the surface of asbestos: possible implications in the molecular mechanisms of toxicity. *Chem Res Toxicol*, 16: 328–335. doi:10.1021/tx0200515 PMID:12641433

McConnell EE, Axten C, Hesterberg TW *et al*. (1999). Studies on the inhalation toxicology of two fibreglasses and amosite asbestos in the Syrian golden hamster. Part II. Results of chronic exposure. *Inhal Toxicol*, 11: 785–835. doi:10.1080/089583799196754 PMID:10477659

McConnell EE, Hall L, Adkins B (1991). Studies on the chronic toxicity (inhalation) of wollastonite in Fischer 344 rats. *Inhal Toxicol*, 3: 323–337. doi:10.3109/08958379109145292

McConnell EE, Kamstrup O, Musselman R *et al*. (1994). Chronic inhalation study of size-separated rock and slag wool insulation fibres in Fischer 344/N rats. *Inhal Toxicol*, 6: 571–614. doi:10.3109/08958379409003042

McConnell EE, Wagner JC, Skidmore J *et al*. (1984). *A comparative study of the fibrogenic and carcinogenic effects of UICC Canadian chrysotile B asbestos and glass microfibre (JM 100)*. In: *Proceedings of a WHO/IARC Conference in Association with JEMRB and TIMA, Copenhagen, 20 - 22 April, 1982 Biological Effects of Man-Made Mineral Fibres*. Copenhagen: WHO Regional Office for Europe, pp. 234–252.

McConnochie K, Simonato L, Mavrides P *et al*. (1987). Mesothelioma in Cyprus: the role of tremolite. *Thorax*, 42: 342–347. doi:10.1136/thx.42.5.342 PMID:2821642

McDonald AD, Case BW, Churg A *et al*. (1997). Mesothelioma in Quebec chrysotile miners and millers: epidemiology and aetiology. *Ann Occup Hyg*, 41: 707–719. PMID:9375529

McDonald AD, Fry JS, Woolley AJ, McDonald J (1983). Dust exposure and mortality in an American chrysotile textile plant. *Br J Ind Med*, 40: 361–367. PMID:6313032

McDonald JC (1998). Mineral fibre persistence and carcinogenicity. *Ind Health*, 36: 372–375. doi:10.2486/indhealth.36.372 PMID:9810152

McDonald JC, Harris J, Armstrong B (2004). Mortality in a cohort of vermiculite miners exposed to fibrous amphibole in Libby, Montana. *Occup Environ Med*, 61: 363–366. doi:10.1136/oem.2003.008649 PMID:15031396

McDonald JC, Liddell FD, Dufresne A, McDonald AD (1993). The 1891–1920 birth cohort of Quebec chrysotile miners and millers: mortality 1976–88. *Br J Ind Med*, 50: 1073–1081. PMID:8280638

McDonald JC, Liddell FD, Gibbs GW *et al*. (1980). Dust exposure and mortality in chrysotile mining, 1910–75. *Br J Ind Med*, 37: 11–24. PMID:7370189

McDonald JC & McDonald AD (1995). Chrysotile, tremolite, and mesothelioma. *Science*, 267: 776–777. PMID:7710525

McDonald JC & McDonald AD (1997). Chrysotile, tremolite and carcinogenicity. *Ann Occup Hyg*, 41: 699–705. PMID:9375528

McFadden D, Wright JL, Wiggs B, Churg A (1986). Smoking inhibits asbestos clearance. *Am Rev Respir Dis*, 133: 372–374. PMID:2869726

Meeker GP, Bern AM, Brownfield IK *et al*. (2003). The composition and morphology of amphiboles from the Rainy Creek complex, near Libby, Montana. *Am Minerologist*, 88: 1955–1969.

Meurman LO, Kiviluoto R, Hakama M (1974). Mortality and morbidity among the working population of anthophyllite asbestos miners in Finland. *Br J Ind Med*, 31: 105–112. PMID:4830762

Mirabelli D, Calisti R, Barone-Adesi F *et al*. (2008). Excess of mesotheliomas after exposure to chrysotile in Balangero, Italy. *Occup Environ Med*, 65: 815–819. doi:10.1136/oem.2007.037689 PMID:18524838

Monchaux G, Bignon J, Jaurand MC *et al*. (1981). Mesotheliomas in rats following inoculation with acid-leached chrysotile asbestos and other mineral fibres. *Carcinogenesis*, 2: 229–236. doi:10.1093/carcin/2.3.229 PMID:6268324

Morgan A (1997). Acid leaching studies of chrysotile asbestos from mines in the Coalinga region of California and from Quebec and British Columbia. *Ann Occup Hyg*, 41: 249–268. PMID:9204753

Morgan RW, Foliart DE, Wong O (1985). Asbestos and gastrointestinal cancer. A review of the literature. *West J Med*, 143: 60–65. PMID:4036114

Muhle H, Pott F, Bellmann B *et al*. (1987). Inhalation and injection experiments in rats to test the carcinogenicity of MMMF. *Ann Occup Hyg*, 31: 4B755–764. doi:10.1093/annhyg/31.4B.755 PMID:2835926

Murthy SS & Testa JR (1999). Asbestos, chromosomal deletions, and tumor suppressor gene alterations in human malignant mesothelioma. *J Cell Physiol*, 180: 150–157. doi:10.1002/(SICI)1097-4652(199908)180:2<150::AID-JCP2>3.0.CO;2-H PMID:10395284

Murthy SS, Shen T, De Rienzo A *et al*. (2000). Expression of GPC3, an X-linked recessive overgrowth gene, is silenced in malignant mesothelioma. *Oncogene*, 19: 410–416. doi:10.1038/sj.onc.1203322 PMID:10656689

Musk AW, de Klerk NH, Reid A *et al*. (2008). Mortality of former crocidolite (blue asbestos) miners and millers

at Wittenoom. *Occup Environ Med*, 65: 541–543. doi:10.1136/oem.2007.034280 PMID:18045848

Mzileni O, Sitas F, Steyn K *et al.* (1999). Lung cancer, tobacco, and environmental factors in the African population of the Northern Province, South Africa. *Tob Control*, 8: 398–401. doi:10.1136/tc.8.4.398 PMID:10629246

National Academy of Sciences (1993). Available at: http://www.nasonline.org

NTP (1983). NTP Lifetime Carcinogenesis Studies of Amosite Asbestos (CAS No. 12172–73–5) in Syrian Golden Hamsters (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 249: 1–81. PMID:12748679

NTP (1985). NTP Toxicology and Carcinogenesis Studies of Chrysotile Asbestos (CAS No. 12001–29–5) in F344/N Rats (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 295: 1–390. PMID:12748710

NTP (1988). NTP Toxicology and Carcinogenesis Studies of Crocidolite Asbestos (CAS No. 12001–28–4) In F344/N Rats (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 280: 1–178. PMID:12748699

NTP (1990a). NTP Toxicology and Carcinogenesis Studies of Amosite Asbestos (CAS No. 12172–73–5) in F344/N Rats (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 279: 1–341. PMID:12748700

NTP (1990b). Toxicology and Carcinogenesis Studies of Chrysotile Asbestos (CAS No. 12001–29–5) in Syrian Golden Hamsters (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 246: 1–390. PMID:12750747

NTP (1990c). NTP Toxicology and Carcinogenesis Studies of Tremolite (CAS No. 14567–73–8) in F344/N Rats (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 277: 1–183. PMID:12748702

NTP (2005). NTP 11th Report on Carcinogens. *Rep Carcinog*, 111–A32. PMID:19826456

Nelson HH, Christiani DC, Wiencke JK *et al.* (1999). k-ras mutation and occupational asbestos exposure in lung adenocarcinoma: asbestos-related cancer without asbestosis. *Cancer Res*, 59: 4570–4573. PMID:10493509

Nelson HH & Kelsey KT (2002). The molecular epidemiology of asbestos and tobacco in lung cancer. *Oncogene*, 21: 7284–7288. doi:10.1038/sj.onc.1205804 PMID:12379872

Newhouse ML, Berry G, Wagner JC, Turok ME (1972). A study of the mortality of female asbestos workers. *Br J Ind Med*, 29: 134–141. PMID:5021993

NIOSH (1990). National Occupational Exposure Survey. Estimated Numbers of Employees Potentially Exposed to Talc by 2-Digit Standard Industrial Classification (SIC). Available at: http://www.cdc.gov/noes/default.html

NIOSH (2002a). Work-Related Lung Disease Surveillance Report (DHHS Publication No. 2003–111), Cincinnati, OH.

NIOSH (2002b). Comments of the National Institute for Occupational Safety and Health on the Mine Safety and Health Administration Advanced Notice of Proposed Rulemaking on Measuring and Controlling Asbestos Exposure.

NIOSH (2008). Current Intelligence Bulletin (June 2008-Revised Draft) Asbestos and Other Elongated Mineral Particles: State of the Science and Roadmap for Research.

NIOSH (2009). Asbestos fibres and other elongated mineral particles: state of the science and roadmap for research Report. Department of Health and Human Services, Public Health Service, Centers for Disease Control.

Nishikawa K, Takahashi K, Karjalainen A *et al.* (2008). Recent mortality from pleural mesothelioma, historical patterns of asbestos use, and adoption of bans: a global assessment. *Environ Health Perspect*, 116: 1675–1680. doi:10.1289/ehp.11272 PMID:19079719

Noonan CW, Pfau JC, Larson TC, Spence MR (2006). Nested case–control study of autoimmune disease in an asbestos-exposed population. *Environ Health Perspect*, 114: 1243–1247. doi:10.1289/ehp.9203 PMID:16882533

Nymark P, Wikman H, Hienonen-Kempas T, Anttila S (2008). Molecular and genetic changes in asbestos-related lung cancer. *Cancer Lett*, 265: 1–15. doi:10.1016/j.canlet.2008.02.043 PMID:18364247

Oestenstad K, Honda Y, Delzell E, Brill I (2002). Assessment of historical exposures to talc at a mining and milling facility. *Ann Occup Hyg*, 46: 587–596. doi:10.1093/annhyg/mef076 PMID:12270883

Olshan AF (2006). *Cancer of the larynx.* In: *Cancer Epidemiology and Prevention,* 3rd ed. Schottenfeld D, Fraumeni JF, Jr., editors. New York: Oxford University Press, pp. 627-638.

OSHA (1990). Occupational Exposure to Asbestos, Tremolite, Anthophyllite and Actinolite - Proposed Rulemaking (Supplemental) and Notice of HearingU.S. Department of Labor, Occupational Safety and Health Administration. *Fed Regist*, 55: 29712–29753.

OSHA (2008) Safety and Health Topics: Asbestos. Available at: http://www.osha.gov/SLTC/asbestos/index.html

Otero Areán C, Barcelo F, Fubini B (1999). Free radical activity of mineral fibres containing adsorbed ferritin: Detection using supercoiled DNA. *Res Chem Interm*, 25: 177–185. doi:10.1163/156856799X00284

Pan XL, Day HW, Wang W *et al.* (2005). Residential proximity to naturally occurring asbestos and mesothelioma risk in California. *Am J Respir Crit Care Med*, 172: 1019–1025. doi:10.1164/rccm.200412-1731OC PMID:15976368

Pang ZC, Zhang Z, Wang Y, Zhang H (1997). Mortality from a Chinese asbestos plant: overall cancer mortality. *Am J Ind Med*, 32: 442–444. doi:10.1002/(SICI)1097-0274(199711)32:5<442::AID-AJIM2>3.0.CO;2-U PMID:9327066

Parent ME, Siemiatycki J, Fritschi L (2000). Workplace exposures and ocancer of the oesophagus. *Occup Environ Med*, 57: 325–334. doi:10.1136/oem.57.5.325 PMID:10769298

Pass HI, Lott D, Lonardo F *et al.* (2005). Asbestos exposure, pleural mesothelioma, and serum osteopontin levels. *N Engl J Med*, 353: 1564–1573. doi:10.1056/NEJMoa051185 PMID:16221779

Paustenbach DJ, Finley BL, Lu ET *et al.* (2004). Environmental and occupational health hazards associated with the presence of asbestos in brake linings and pads (1900 to present): A "state-of-the-art" review. *J Toxicol Environ Health*, *Part B*, 7: 125–80.. PMID:14681081.

Peto J, Doll R, Hermon C *et al.* (1985). Relationship of mortality to measures of environmental asbestos pollution in an asbestos textile factory. *Ann Occup Hyg*, 29: 305–355. doi:10.1093/annhyg/29.3.305 PMID:4073702

Pfeifer GP, Denissenko MF, Olivier M *et al.* (2002). Tobacco smoke carcinogens, DNA damage and p53 mutations in smoking-associated cancers. *Oncogene*, 21: 7435–7451. doi:10.1038/sj.onc.1205803 PMID:12379884

Pigott GH & Ishmael J (1982). A strategy for the design and evaluation of a 'safe' inorganic fibre. *Ann Occup Hyg*, 26: 371–380. doi:10.1093/annhyg/26.2.371 PMID:7181277

Pigott GH & Ishmael J (1992). The effects of intrapleural injections of alumina and aluminosilicate (ceramic) fibres. *Int J Exp Pathol*, 73: 137–146. PMID:1571274

Piolatto G, Negri E, La Vecchia C *et al.* (1990). An update of cancer mortality among chrysotile asbestos miners in Balangero, northern Italy. *Br J Ind Med*, 47: 810–814. PMID:2176805

Pira E, Pelucchi C, Buffoni L *et al.* (2005). Cancer mortality in a cohort of asbestos textile workers. *Br J Cancer*, 92: 580–586. doi:10.1038/sj.bjc.6602240 PMID:15702125

Polissar L, Severson RK, Boatman ES, Thomas DB (1982). Cancer incidence in relation to asbestos in drinking water in the Puget Sound region. *Am J Epidemiol*, 116: 314–328. PMID:7114040

Pooley FD (1976). An examination of the fibrous mineral content of asbestos lung tissue from the Canadian chrysotile mining industry. *Environ Res*, 12: 281–298. doi:10.1016/0013-9351(76)90038-4 PMID:1001300

Pott F (1993). *Testing the carcinogenicity of fibres in laboratory animals: Results and conclusions*. In: *Fibre Toxicology*. Warheit DB, editor. Academic Press, pp. 395–424.

Pott F, Roller M (1993a). *Relevance of non-physiologic exposure routes for carcinogenicity studies of solid particles*. In: *Toxic and Carcinogenic Effects of Solid Particles in the Respiratory Tract. 4th International Inhalation Symposium Hanover 1 - 5 March, 1993*. Mohr U, editor. Washington, D.C: ILSI-Press, pp. 109–125.

Pott F, Roller M (1993b). *Die krebserzeugende Wirkung von Fasern unter besonderer Berücksichtigung der Inhalationsversuche*., Dortmund: Bundesanstalt für Arbeitsschutz, No. 1217.

Pott F, Roller M, Althoff GH (1995). *Krebsrisiko durch Fasern - ein zusammenfassender Vergleich von epidemiologischen und tierexperimentellen Daten*. In:*Ges. z. Förderung d. Lufthygiene u. Silikoseforschung e.V. Düsseldorf: Umwelthygiene, Bd 27. Medizinisches Institut für Umwelthygiene, Jahresbericht 1994/1995, 133–200. Stefan W. Albers, Düsseldorf, 1995*

Pott F, Roller M, Ziem U *et al.* (1989). Carcinogenicity studies on natural and man-made fibres with the intraperitoneal test in rats. *IARC Sci Publ*, 90: 173–179. PMID:2744824

Pott F, Ziem U, Mohr U (1984). *Lung carcinomas and mesotheliomas following intratracheal instillation of glass fibres and asbestos*. In: *Proceedings of the VIth International Pneumoconiosis Conference 20–23 September 1983*. Bochum, Germany: International Labour Office, pp. 746–756.

Pott F, Ziem U, Reiffer FJ *et al.* (1987). Carcinogenicity studies on fibres, metal compounds, and some other dusts in rats. *Exp Pathol*, 32: 129–152. PMID:3436395

Price B, Crump KS, Baird EC 3rd (1992). Airborne asbestos levels in buildings: maintenance worker and occupant exposures. *J Expo Anal Environ Epidemiol*, 2: 357–374. PMID:1422164

Pukkala E, Martinsen JI, Lynge E *et al.* (2009). Occupation and cancer - follow-up of 15 million people in five Nordic countries. *Acta Oncol*, 48: 646–790. doi:10.1080/02841860902913546 PMID:19925375

Puntoni R, Vercelli M, Merlo F *et al.* (1979). Mortality among shipyard workers in Genoa, Italy. *Ann N Y Acad Sci*, 330: 1 Health Hazard353–377. doi:10.1111/j.1749-6632.1979.tb18738.x PMID:230774

Putzu MG, Bruno C, Zona A *et al.* (2006). Fluoro-edenitic fibres in the sputum of subjects from Biancavilla (Sicily): a pilot study. *Environ Health*, 5: 20 doi:10.1186/1476-069X-5-20 PMID:16780574

Raffn E, Lynge E, Juel K, Korsgaard B (1989). Incidence of cancer and mortality among employees in the asbestos cement industry in Denmark. *Br J Ind Med*, 46: 90–96. PMID:2923830

Raffn E, Villadsen E, Lynge E (1996). Cancer of the colorectum in asbestos cement workers in Denmark. *Am J Ind Med*, 30: 267–272. doi:10.1002/(SICI)1097-0274(199609)30:3<267::AID-AJIM3>3.0.CO;2-W PMID:8876793

Rees D, du Toit RSJ, Rendal REG *et al.* (1992). Tremolite in Southern African chrysotile. *S Afr J Sci*, 88: 468–469.

Rees D, Myers JE, Goodman K *et al.* (1999). Case–control study of mesothelioma in South Africa. *Am J Ind Med*, 35: 213–222. doi:10.1002/(SICI)1097-0274(199903)35:3<213::AID-AJIM1>3.0.CO;2-R PMID:9987554

Reeves AL, Puro HE, Smith RG (1974). Inhalation carcinogenesis from various forms of asbestos. *Environ*

*Res*, 8: 178–202. doi:10.1016/0013-9351(74)90050-4 PMID:4455505

Reid A, Ambrosini G, de Klerk N *et al.* (2004). Aerodigestive and gastrointestinal tract cancers and exposure to crocidolite (blue asbestos): incidence and mortality among former crocidolite workers. *Int J Cancer*, 111: 757–761. doi:10.1002/ijc.20313 PMID:15252847

Reid A, Heyworth J, de Klerk N, Musk AW (2008). The mortality of women exposed environmentally and domestically to blue asbestos at Wittenoom, Western Australia. *Occup Environ Med*, 65: 743–749. doi:10.1136/oem.2007.035782 PMID:18940957

Reid A, Segal A, Heyworth JS *et al.* (2009). Gynecologic and breast cancers in women after exposure to blue asbestos at Wittenoom. *Cancer Epidemiol Biomarkers Prev*, 18: 140–147. doi:10.1158/1055-9965.EPI-08-0746 PMID:19124491

Rice C & Heineman EF (2003). An asbestos job exposure matrix to characterize fibre type, length, and relative exposure intensity. *Appl Occup Environ Hyg*, 18: 506–512. doi:10.1080/10473220301459 PMID:12791547

Riganti C, Aldieri E, Bergandi L *et al.* (2003). Long and short fibre amosite asbestos alters at a different extent the redox metabolism in human lung epithelial cells. *Toxicol Appl Pharmacol*, 193: 106–115. doi:10.1016/S0041-008X(03)00339-9 PMID:14613721

Roberts WL, Rapp GR Jr, Weber J (1974). *Encyclopedia of Minerals*. New York: Van Nostrand Reinhold, pp. 601.

Robinson BW, Creaney J, Lake R *et al.* (2005). Soluble mesothelin-related protein–a blood test for mesothelioma. *Lung Cancer*, 49: Suppl 1S109–S111. doi:10.1016/j.lungcan.2005.03.020 PMID:15950789

Roggli VL (1990). Human disease consequences of fibre exposures: a review of human lung pathology and fibre burden data. *Environ Health Perspect*, 88: 295–303. doi:10.2307/3431091 PMID:2272326

Roggli VL (2004). *Asbestos bodies and nonasbestos ferruginous bodies*. In: *Pathology of Asbestos-Associated Diseases*. Roggli VL, editor. New York: Springer, pp. 34-70.

Roggli VL (2006). The role of analytical SEM in the determination of causation in malignant mesothelioma. *Ultrastruct Pathol*, 30: 31–35. doi:10.1080/01913120500313192 PMID:16517468

Roggli VL, Greenberg SD, McLarty JL *et al.* (1980). Asbestos body content of the larynx in asbestos workers. A study of five cases. *Arch Otolaryngol*, 106: 533–535. PMID:7406758

Rohl AN, Langer AM, Selikoff IJ *et al.* (1976). Consumer talcums and powders: mineral and chemical characterization. *J Toxicol Environ Health*, 2: 255–284. doi:10.1080/15287397609529432 PMID:1011287

Roller M, Pott F, Kamino K *et al.* (1996). Results of current intraperitoneal carcinogenicity studies with mineral and vitreous fibres. *Exp Toxicol Pathol*, 48: 3–12. PMID:8919265

Roskill Information Services Ltd (2003). *The Economics of Talc 7 Pyrophyllite*, 9th Ed. London, pp. 102–110.

Rösler JA, Woitowitz HJ, Lange HJ *et al.* (1994). Mortality rates in a female cohort following asbestos exposure in Germany. *J Occup Med*, 36: 889–893. PMID:7807270

Rowlands N, Gibbs GW, McDonald AD (1982). Asbestos fibres in the lungs of chrysotile miners and millers–a preliminary report. *Ann Occup Hyg*, 26: 411–415. doi:10.1093/annhyg/26.3.411 PMID:6295244

Rubino GF, Scansetti G, Piolatto G, Romano CA (1976). Mortality study of talc miners and millers. *J Occup Med*, 18: 186–193. PMID:1255280 doi:10.1097/00043764-197603000-00013

Ruda TA & Dutta PK (2005). Fenton chemistry of Fe(III)-exchanged zeolitic minerals treated with antioxidants. *Environ Sci Technol*, 39: 6147–6152. doi:10.1021/es050336e PMID:16173575

Saalo A, Länsimäki E, Heikkilä M, Kauppinen T (2006). ASA 2006. Syöpäsairauden vaaraa aiheuttaville aineille ja menetelmille ammatissaan altistuneiksi ilmoitetut Suomessa. (In Finnish)

Sanchez VC, Pietruska JR, Miselis NR *et al.* (2009). Biopersistence and potential adverse health impacts of fibrous nanomaterials: what have we learned from asbestos? *Wiley Interdiscip Rev Nanomed Nanobiotechnol*, , 1: :511––529. . PMID:20049814

Sato M, Shames DS, Gazdar AF, Minna JD (2007). A translational view of the molecular pathogenesis of lung cancer. *J Thorac Oncol*, 2: 327–343. doi:10.1097/01.JTO.0000263718.69320.4c PMID:17409807

Schwartz AG, Prysak GM, Bock CH, Cote ML (2007). The molecular epidemiology of lung cancer. *Carcinogenesis*, 28: 507–518. doi:10.1093/carcin/bgl253 PMID:17183062

Sébastien P, Awad L, Bignon J *et al.* (1984). Ferruginous bodies in sputum as an indication of exposure to airborne mineral fibres in the mesothelioma villages of Cappadocia. *Arch Environ Health*, 39: 18–23. PMID:6324702

Seidman H, Selikoff IJ, Gelb SK (1986). Mortality experience of amosite asbestos factory workers: dose-response relationships 5 to 40 years after onset of short-term work exposure. *Am J Ind Med*, 10: 479–514. PMID:2880502

Sekido Y, Fong KM, Minna JD (2001). *Cancer of the lung*. In: *Cancer: Principles & Practice of Oncology*, 6th ed. Devita VT, Jr., Hellman S Rosenbert SA, editors. Philadelphia: Lippincoll Williams & Wilkins

Selikoff IJ, Bader RA, Bader ME *et al.* (1967). Asbestosis and neoplasia. *Am J Med*, 42: 487–496. doi:10.1016/0002-9343(67)90049-6 PMID:5336987

Selikoff IJ, Churg J, Hammond EC (1964). Asbestos exposure and neoplasia. *JAMA*, 188: 22–26. PMID:14107207

Selikoff IJ & Hammond EC (1979). Asbestos and smoking. *JAMA*, 242: 458–459. doi:10.1001/jama.242.5.458 PMID:448967

Selikoff IJ, Hammond EC, Seidman H (1979). Mortality experience of insulation workers in the United States

and Canada, 1943--1976. *Ann N Y Acad Sci*, 330: 1 Health Hazard91–116. doi:10.1111/j.1749-6632.1979. tb18711.x PMID:294225

Selikoff IJ & Seidman H (1991). Asbestos-associated deaths among insulation workers in the United States and Canada, 1967–1987. *Ann N Y Acad Sci*, 643: 1 The Third Wav1–14. doi:10.1111/j.1749-6632.1991.tb24439.x PMID:1809121

Shah KV (2004). Simian virus 40 and human disease. *J Infect Dis*, 190: 2061–2064. doi:10.1086/425999 PMID:15551202

Shukla A, Gulumian M, Hei TK *et al.* (2003). Multiple roles of oxidants in the pathogenesis of asbestos-induced diseases. *Free Radic Biol Med*, 34: 1117–1129. doi:10.1016/S0891-5849(03)00060-1 PMID:12706492

Sluis-Cremer GK, Liddell FD, Logan WP, Bezuidenhout BN (1992). The mortality of amphibole miners in South Africa, 1946–80. *Br J Ind Med*, 49: 566–575. PMID:1325180

Smailyte G, Kurtinaitis J, Andersen A (2004). Cancer mortality and morbidity among Lithuanian asbestos-cement producing workers. *Scand J Work Environ Health*, 30: 64–70. PMID:15018030

Smith DM, Ortiz LW, Archuleta RF, Johnson NF (1987). Long-term health effects in hamsters and rats exposed chronically to man-made vitreous fibres. *Ann Occup Hyg*, 31: 4B731–754. doi:10.1093/annhyg/31.4B.731 PMID:2835925

Stanton MF, Layard M, Tegeris A *et al.* (1981). Relation of particle dimension to carcinogenicity in amphibole asbestoses and other fibrous minerals. *J Natl Cancer Inst*, 67: 965–975. PMID:6946253

Stayner L, Kuempel E, Gilbert S *et al.* (2008). An epidemiologicalal study of the role of chrysotile asbestos fibre dimensions in determining respiratory disease risk in exposed workers. *Occup Environ Med*, 65: 613–619. doi:10.1136/oem.2007.035584 PMID:18096653

Stayner LT, Dankovic DA, Lemen RA (1996). Occupational exposure to chrysotile asbestos and cancer risk: a review of the amphibole hypothesis. *Am J Public Health*, 86: 179–186. doi:10.2105/AJPH.86.2.179 PMID:8633733

Sullivan PA (2007). Vermiculite, respiratory disease, and asbestos exposure in Libby, Montana: update of a cohort mortality study. *Environ Health Perspect*, 115: 579–585. doi:10.1289/ehp.9481 PMID:17450227

Suzuki Y & Yuen SR (2001). Asbestos tissue burden study on human malignant mesothelioma. *Ind Health*, 39: 150–160. doi:10.2486/indhealth.39.150 PMID:11341545

Suzuki Y, Yuen SR, Ashley R (2005). Short, thin asbestos fibres contribute to the development of human malignant mesothelioma: pathological evidence. *Int J Hyg Environ Health*, 208: 201–210. doi:10.1016/j. ijheh.2005.01.015 PMID:15971859

Szeszenia-Dabrowska N, Urszula W, Szymczak W, Strzelecka A (2002). Mortality study of workers

compensated for asbestosis in Poland, 1970–1997. *Int J Occup Med Environ Health*, 15: 267–278. PMID:12462454

Szeszenia-Dabrowska N, Wilczyńska U, Szymczak W, Laskowicz K (1998). Environmental exposure to asbestos in asbestos cement workers: a case of additional exposure from indiscriminate use of industrial wastes. *Int J Occup Med Environ Health*, 11: 171–177. PMID:9753896

Tomatis M, Prandi L, Bodoardo S, Fubini B (2002). Loss of surface reactivity upon heating amphibole asbestos. *Langmuir*, 18: 4345–4350. doi:10.1021/la011609w

Toyooka S, Pass HI, Shivapurkar N *et al.* (2001). Aberrant methylation and simian virus 40 tag sequences in malignant mesothelioma. *Cancer Res*, 61: 5727–5730. PMID:11479207

Tsou JA, Galler JS, Wali A *et al.* (2007). DNA methylation profile of 28 potential marker loci in malignant mesothelioma. *Lung Cancer*, 58: 220–230. doi:10.1016/j. lungcan.2007.06.015 PMID:17659810

Tsou JA, Shen LY, Siegmund KD *et al.* (2005). Distinct DNA methylation profiles in malignant mesothelioma, lung adenocarcinoma, and non-tumor lung. *Lung Cancer*, 47: 193–204. doi:10.1016/j.lungcan.2004.08.003 PMID:15639718

Tulchinsky TH, Ginsberg GM, Iscovich J *et al.* (1999). Cancer in ex-asbestos cement workers in Israel, 1953–1992. *Am J Ind Med*, 35: 1–8. doi:10.1002/(SICI)1097-0274(199901)35:1<1::AID-AJIM1>3.0.CO;2-5 PMID:9884739

Turci F, Favero-Longo SE, Tomatis M *et al.* (2007). A biomimetic approach to the chemical inactivation of chrysotile fibres by lichen metabolites. *Chemistry*, 13: 4081–4093. doi:10.1002/chem.200600991 PMID:17295378

Turci F, Tomatis M, Compagnoni R *et al.* (2009). Role of associated mineral fibres in chrysotile asbestos health effects: the case of balangeroite. *Ann Occup Hyg*, 53: 491–497. PMID:19435981.

Ugolini D, Neri M, Ceppi M *et al.* (2008). Genetic susceptibility to malignant mesothelioma and exposure to asbestos: the influence of the familial factor. *Mutat Res*, 658: 162–171. doi:10.1016/j.mrrev.2007.08.001 PMID:17904414

Upadhyay D & Kamp DW (2003). Asbestos-induced pulmonary toxicity: role of DNA damage and apoptosis. *Exp Biol Med (Maywood)*, 228: 650–659. PMID:12773695

US EPA (2010). Toxics Release Inventory, Chemical Reports. (http://www.epa.gov/triexplorer/)

USGS (2001). Some Facts about Asbestos (USGS Fact Sheet FS-012–01), 4 pp.

Vainio H & Boffetta P (1994). Mechanisms of the combined effect of asbestos and smoking in the etiology of lung cancer. *Scand J Work Environ Health*, 20: 235–242. PMID:7801068

Valinluck V & Sowers LC (2007). Endogenous cytosine damage products alter the site selectivity of human DNA maintenance methyltransferase DNMT1. *Cancer Res*, 67: 946–950. doi:10.1158/0008-5472.CAN-06-3123 PMID:17283125

Van Gosen BS (2006) Reported historic asbestos mines, historic asbestos prospects, and natural asbestos occurrences in the Eastern United States: U.S. Geological Survey Open-File Report 2005–1189. Available at http://pubs.usgs.gov/of/2005/1189/

Van Gosen BS, Lowers HA, Sutley SJ, Gent CA (2004). Using the geologic setting of talc deposits as an indicator of amphibole asbestos content. *Environ Geol*, 45: 920–939. doi:10.1007/s00254-003-0955-2

Vasama-Neuvonen K, Pukkala E, Paakkulainen H *et al.* (1999). Ovarian cancer and occupational exposures in Finland. *Am J Ind Med*, 36: 83–89. doi:10.1002/(SICI)1097-0274(199907)36:1<83::AID-AJIM12>3.0.CO;2-Q PMID:10361591

Vineis P, Ciccone G, Magnino A (1993). Asbestos exposure, physical activity and colon cancer: a case–control study. *Tumori*, 79: 301–303. PMID:8116070

Virta RL (2002). *Asbestos: Geology, Mineralogy, Mining, and Uses (Open-File Report 02–149).* Reston, VA: US Geological Survey, pp. 28 [http://pubs.usgs.gov/of/2002/of02-149/of02-149.pdf]

Virta RL (2006). *Worldwide asbestos supply and consumption trends from 1900 through 2003.* Reston, VA: US Geological Survery, Circular 1298.

Virta RL (2008). *2007 Minerals Yearbook – Asbestos [Advance Release].* Reston, VA: US Geological Survey, pp. 7

Virta RL (2009). *Mineral Commodity Summaries: Talc and Pyrophyllite.* Reston, VA: US Geological Surveys, pp. 162–163.

Wagner JC (1962). Experimental production of mesothelial tumours of the pleura by implantation of dusts in laboratory animals. *Nature*, 196: 180–181. doi:10.1038/196180a0 PMID:13998252

Wagner JC (1990). *Biological effects of short fibres.* In: *Proceedings of the VIIth International Pneumo coniosis Conference, Pittsburgh, Pennsylvania, USA, August 23–26 1988. DHHS NIOSH Publ. No. 90–108 Part II.* Washington, D.C.: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, pp. 835–839.

Wagner JC & Berry G (1969). Mesotheliomas in rats following inoculation with asbestos. *Br J Cancer*, 23: 567–581. PMID:5360333

Wagner JC, Berry G, Hill DE *et al.* (1984b). *Animal experiments with MMMVF effects of inhalation and intrapleural inoculation in rats.* In: *Biological Effects of Man-made Mineral Fibres: Proceedings of a WHO/IARC conference in association with JEMRB and TIMA. Copenhagen, April 20 - 22, 1982.* Copenhagen: Regional Office for Europe World Health Organization, pp. 209–233.

Wagner JC, Berry G, Skidmore JW, Pooley FD (1980). The comparative effects of three chrysotiles by injection and inhalation in rats. *IARC Sci Publ*, 30: 363–372. PMID:7239658

Wagner JC, Berry G, Skidmore JW, Timbrell V (1974). The effects of the inhalation of asbestos in rats. *Br J Cancer*, 29: 252–269. PMID:4364384

Wagner JC, Berry G, Timbrell V (1973). Mesotheliomata in rats after inoculation with asbestos and other materials. *Br J Cancer*, 28: 173–185. PMID:4354178

Wagner JC, Griffiths DM, Hill RJ (1984a). The effect of fibre size on the in vivo activity of UICC crocidolite. *Br J Cancer*, 49: 453–458. PMID:6324841

Wagner JC, Griffiths DM, Munday DE (1987). Experimental studies with palygorskite dusts. *Br J Ind Med*, 44: 749–763. PMID:2961365

Wagner JC & Pooley FD (1986). Mineral fibres and mesothelioma. *Thorax*, 41: 161–166. doi:10.1136/thx.41.3.161 PMID:3715773

Wagner JC, Skidmore JW, Hill RJ, Griffiths DM (1985). Erionite exposure and mesotheliomas in rats. *Br J Cancer*, 51: 727–730. PMID:2986668

Wagner JC, Sleggs CA, Marchand P (1960). Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province. *Br J Ind Med*, 17: 260–271. PMID:13782506

Wali A, Morin PJ, Hough CD *et al.* (2005). Identification of intelectin overexpression in malignant pleural mesothelioma by serial analysis of gene expression (SAGE). *Lung Cancer*, 48: 19–29. doi:10.1016/j.lungcan.2004.10.011 PMID:15777968

Walser T, Cui X, Yanagawa J *et al.* (2008). Smoking and lung cancer: the role of inflammation. *Proc Am Thorac Soc*, 5: 811–815. doi:10.1513/pats.200809-100TH PMID:19017734

Ward JM, Frank AL, Wenk M *et al.* (1980). Ingested asbestos and intestinal carcinogenesis in F344 rats. *J Environ Pathol Toxicol*, 3: 301–312. PMID:7441086

Webster I, Goldstein B, Coetzee FS, van Sittert GCH (1993). Malignant mesothelioma induced in baboons by inhalation of amosite asbestos. *Am J Ind Med*, 24: 659–666. doi:10.1002/ajim.4700240602 PMID:8311096

Weiner R, Rees D, Lunga FJP, Felix MA (1994). Third wave of asbestos-related disease from secondary use of asbestos. A case report from industry. *S Afr Med J*, 84: 158–160. PMID:7740353

Weiner SJ & Neragi-Miandoab S (2009). Pathogenesis of malignant pleural mesothelioma and the role of environmental and genetic factors. *J Cancer Res Clin Oncol*, 135: 15–27. doi:10.1007/s00432-008-0444-9 PMID:18787841

Welch LS, Acherman YI, Haile E *et al.* (2005). Asbestos and peritoneal mesothelioma among college-educated

men. *Int J Occup Environ Health*, 11: 254–258. PMID:16130966

WHO (2006). Elimination of Asbestos Related Diseases. WHO/SDE/OEH/06.03. Geneva: World Health Organization.

Wigle DT (1977). Cancer mortality in relation to asbestos in municipal water supplies. *Arch Environ Health*, 32: 185–190. PMID:889357

Wignall BK & Fox AJ (1982). Mortality of female gas mask assemblers. *Br J Ind Med*, 39: 34–38. PMID:7066218

Williams P, Paustenbach D, Balzer JL, Mangold C (2007a). Retrospective exposure assessment of airborne asbestos related to skilled craftsmen at a petroleum refinery in Beaumont, Texas (1940–2006). *J Toxicol Environ Health A*, 70: 1076–1107. doi:10.1080/15287390701208305 PMID:17558804

Williams PRD, Phelka AD, Paustenbach DJ (2007b). A review of historical exposures to asbestos among skilled craftsmen (1940–2006). *J Toxicol Environ Health Part B*, 10: 319–377. PMID:17687724.

Wypych F, Adad LB, Mattoso N *et al.* (2005). Synthesis and characterization of disordered layered silica obtained by selective leaching of octahedral sheets from chrysotile and phlogopite structures. *J Colloid Interface Sci*, 283: 107–112. doi:10.1016/j.jcis.2004.08.139 PMID:15694430

Yu HB & Finlay BB (2008). The caspase-1 inflammasome: a pilot of innate immune responses. *Cell Host Microbe*, 4: 198–208. doi:10.1016/j.chom.2008.08.007 PMID:18779046

Zazenski R, Ashton WH, Briggs D *et al.* (1995). Talc: occurrence, characterization, and consumer applications. *Regul Toxicol Pharmacol*, 21: 218–229. doi:10.1006/rtph.1995.1032 PMID:7644709

Zhang YL & Wang PL (1984). Gastric cancer associated with incomplete pyloric obstruction and belching combustible gas. *Chin Med J (Engl)*, 97: 66 PMID:6428835

Zheng W, Blot WJ, Shu XO *et al.* (1992). Risk factors for oral and pharyngeal cancer in Shanghai, with emphasis on diet. *Cancer Epidemiol Biomarkers Prev*, 1: 441–448. PMID:1302555

Zhu H & Wang Z (1993). Study of occupational lung cancer in asbestos factories in China. *Br J Ind Med*, 50: 1039–1042. PMID:8280629

# ERIONITE

Erionite was considered by previous IARC Working Groups in 1987 (IARC, 1987a, b). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agent

Erionite (CAS Registry No.: 66733-21-9) is a naturally occurring fibrous mineral that belongs to a group of hydrated aluminosilicate minerals called zeolites (NTP, 2004). Its molecular formula is $(Na_2, K_2, Ca, Mg)_{4.5}Al_9Si_{27}O_{72} \bullet 27H_2O)$ (IARC, 1987a).

### 1.2 Chemical and physical properties of the agent

Erionite is a natural fibrous zeolite, found in certain volcanic tuffs as an environmental contaminant. The basic structure of erionite series minerals is an aluminosilicate tetrahedron $((Si,Al)O_4)$ with oxygen atoms shared between two tetrahedra. Erionite is a 'chain silicate' composed of six tetrahedra on each edge of the unit (NTP, 2004). Although erionite has a similar morphology to that of amphibole asbestos (i.e. it has a chain-like structure), it has different chemical and physical properties (Metintas et al., 1999). Erionite occurs as finely fibrous or wool-like white prismatic crystals, with a hexagonal physical structure, and an internal surface area approximately 20 times larger than that of crocidolite asbestos (IARC, 1987a; Metintas et al., 1999; NTP, 2004). It has a density between 2.02–2.08, and absorbs up to 20% of its weight in water. Its gas absorption, ion exchange, and catalytic properties are highly selective and dependent upon the molecular or ionic size of the sorbed compounds as well as upon the cation content of erionite itself (IARC, 1987a). Erionite is not known to occur in other than fibrous form; however, the detailed morphology of erionite 'bundles' that are composed of many 'fibres' and 'fibrils' enhances its surface-area-to-volume ratio drastically (Dogan et al., 2008).

### 1.3 Use of the agent

Natural zeolites have many commercial uses, most of which are based on the ability of these minerals to selectively absorb molecules from air or liquids. Erionite has been used as a noble-metal-doping catalyst in a hydrocarbon-cracking process, and studied for its use in agricultural applications (i.e. in fertilizers and odour control in livestock production) (IARC, 1987a; NTP, 2004). Erionite-rich blocks were historically quarried in the western United States of America for house-building materials, but this use was considered very minor, and not an

intentional use of erionite itself (IARC, 1987a). Natural erionite has not been mined or marketed for commercial purposes since the late 1980s, and has been replaced by synthetic non-fibrous zeolites (Dogan & Dogan, 2008).

## 1.4 Environmental occurrence

### 1.4.1 Natural occurrence

Zeolite minerals are found as major constituents in numerous sedimentary volcanic tuffs, especially where these have been deposited and altered by the action of saline lake water (either by percolation or immersion). Erionite minerals occur as deposits of prismatic-to-acicular crystals in several different types of rock (e.g. rhyolite tuff), and in a wide range of geological settings. They rarely occur in pure form and are normally associated with other zeolite minerals (e.g. clinoptilolite, clinoptilolite-phillipsite). Erionite occurs as two major morphotypes: a short fibre form (named after the original Greek word for wool), and a long fibre form. When ground to powder, erionite fibres resemble amphibole asbestos fibres morphologically (IARC, 1987a; Dogan & Dogan, 2008).

Deposits of erionite have been recorded in Antarctica, Europe (Austria, the Czech Republic, France, Germany, Italy), Africa (Kenya, United Republic of Tanzania), Asia (the Republic of Korea, Japan), North America (USA, Canada, Mexico), as well as Georgia, Iceland, New Zealand, the Russian Federation, Scotland, and Turkey (Dogan & Dogan, 2008; Ilgren et al., 2008).

The fibre size distribution of erionite from different deposits vary. Turkish erionite from Karain contains a higher proportion (32%) of longer fibres (> 4 μm) than erionite from Oregon, USA (11%) or New Zealand (8%). New Zealand and Oregon erionites contain 2–3% of thicker fibres (> 1 μm), whereas Karain erionite does not contain any such fibres (Ilgren et al., 2008).

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

Most of the non-occupational data on exposure to erionite refers to certain villages of the Cappadocia region, Turkey, where people are exposed to erionite throughout their lives. Erionite deposits in the USA are in remote desert regions where there is no stable population (Dogan et al., 2008).

Dumortier et al. (2001) evaluated the fibre burden in bronchoalveolar lavage fluid (BALF) of 16 inhabitants of Tuzköy, an erionite-exposed village in the Cappadocia region of Turkey. All subjects were considered to have environmental exposure to erionite (because they were born in the village and had lived there for 10 years). Their fibre burden was compared to that of subjects with (n = 59) and without (n = 16) environmental exposure to tremolite asbestos. Ferruginous bodies (FBs) and fibres in the BALF were measured and analysed by phase–contrast light and transmission electron microscopy (TEM). FBs were detected by light microscopy in the BALF of 12 subjects; of these, seven had concentrations above 1 FB/mL. The geometric mean concentration of FBs was 1.33 FB/mL (95%CI: 0.35–3.04). In the TEM analysis, erionite accounted for 95.7% of the FBs. Erionite fibres were found in the BALF of all 16 subjects; nine subjects had concentrations higher than 300 f/mL. The mean concentration of erionite fibres in BALF was similar to that of tremolite fibres in subjects with environmental exposure to tremolite. Erionite accounted for 35.6% of fibres longer than 8 μm in BALF. Tremolite, in contrast, accounted for 14.0%. The asbestos fibre concentrations in erionite villagers was not different from that in subjects without environmental exposure to tremolite.

### 1.5.2 Occupational exposure

Historically, occupational exposure occurred from the mining and production of erionite. Erionite has also been reported to be a minor component in some commercial zeolites. Although erionite has not been mined for commercial purposes since the late 1980s, occupational exposure to erionite may still occur during the mining, production, and use of other zeolites (NTP, 2004).

## 2. Cancer in Humans

## 2.1 Pleural and peritoneal mesothelioma

At the end of the 1970s, a very high incidence of pleural mesothelioma was observed in one of the regions of Turkey, in three villages in Cappadocia where erionite was present (Sarihidir, Tuzköy, and Karain). During 1970–87, 108 cases of pleural mesothelioma were recorded in the small village of Karain (604 inhabitants in 1974) – equivalent to an annual incidence of more than 800 cases/100000, that is, about 1000 times the rate observed in the general population of industrialized countries. These cases were responsible for nearly half the deaths reported in this village. In Tuzköy, the annual incidence was estimated at 220 cases/100000. Overall, it was identical for men and women, the ratio of men/women was in the range of 1–2, according to series and village, and the mean age was roughly 50, with a range of 26–75 years (Bariş et al., 1978; Simonato et al., 1989). Artvinli & Bariş (1979) suggested that the presence of erionite in the soil, road dust and building stones of Tuzköy was probably the cause of the high incidence of mesothelioma, and other respiratory abnormalities. It was estimated that a cumulative yearly dose of 1 f/mL induces a pleural mesothelioma rate of 996/100000 persons–year in erionite villages (Simonato et al., 1989).

Bariş & Grandjean (2006) extended the follow-up of the inhabitants of Sarihidir and Karain and another village without known exposure to erionite during 1979–2003. A total of 891 men and women, aged 20 years or older, were included, 230 of them from the village without exposure. During the 23-year follow-up, 372 deaths occurred; 119 of these from mesothelioma, which was the cause of 44.5% of all deaths in the exposed villages. Seventeen patients had peritoneal mesothelioma; the rest had pleural mesothelioma. Only two cases of mesothelioma, one of each type, occurred in the control village—both in women born elsewhere. When standardized to the world population, the pleural mesothelioma incidence was approximately 700 and 200 cases per 100000 people annually in the two exposed villages, respectively, and about 10 cases per 100000 people in the control village.

Other studies were published on a cohort of nearly 100 Karain natives who had emigrated to Sweden from the 1960s onwards. In the first of these, seven cases (four women, three men) of mesothelioma were observed (Özesmi et al., 1990). In a follow-up to 1997 including 162 subjects (87 men and 75 women), Metintas et al. (1999) reported 14 (78%) deaths due to mesothelioma among the overall 18 deaths during 1965–97; this proportion was even higher than the proportion found in a Turkish study (49%) (Bariş et al., 1996). The fact that the immigrant community was stable, and the diagnoses of mesothelioma were all histopathologically proven, gives strength to the findings. The average annual mesothelioma incidence rates in this cohort were about 135 times higher among the men and 1336 times higher among the women compared with the general population of Sweden during 1965–67. The total observed number of malignant pleural mesotheliomas (eight men and ten women) in this group resulted in a risk (mesothelioma standardized incidence ratio) in the men and women subjects of about 265 and 1992 times higher, respectively, than that of the

Swedish population (Metintas *et al.*, 1999). The men/women ratio of pleural mesothelioma in the cohort (0.8) was different from that of industrialized countries, where mesothelioma mostly occurs due to occupational exposure. Table 2.1 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-07-Table2.1.pdf presents the main results of pleural mesothelioma incidence and mortality in populations exposed to erionite in Cappadocia, Turkey.

Selçuk *et al.* (1992) studied 135 mesothelioma cases in Turkey from erionite ($n = 58$) and tremolite ($n = 77$) villages. The clinico-anatomical appearance of the malignancies was similar in subjects exposed to asbestos or erionite fibres, and pleural plaques were observed in all subjects. In both the erionite- and the asbestos-exposed groups, one quarter of the patients were less than 40 years of age, and the mean ages were not significantly different between the two groups (respectively, 46.4 and 49.7 years); the ages of the patients were in the range of 27–67 years in the erionite group and 26–75 years in the asbestos group, suggesting that the latent period was not specific to the type of fibre that patients were exposed to. Men and women were approximately equal in number in the erionite group (men/women ratio: 31:27); and men were the predominant gender in the asbestos group (men/women ratio: 51:26). However, this may be explained in part by referral bias, as populations from the three erionite villages were known as a high-risk group, and the patients were referred as soon as a presumptive diagnosis was made; in contrast, there was no equivalent system of survey in the asbestos villages where patients were not actively surveyed, but were admitted after presentation.

Gulmez *et al.* (2004) retrospectively evaluated 67 patients with mesothelioma observed during 1990–2001 in central Anatolia, Turkey. In 51 patients (76.1%), the mesothelioma was confined to the pleura, in 14 patients it was exclusively peritoneal, and in two patients, it involved both areas. Of the 67 cases, 35 (52.2%) were women; the mean age for all cases was 57.6 years. Environmental exposure to erionite and asbestos was found in 50.7% and 25.4% of the cases, respectively.

Some of the studies of erionite-induced mesothelioma in Turkey could not rely on full diagnosis assessment. X-rays and biopsy histology were available for many cases, but not for all. However, some studies were able to perform full histopathological examinations, such as the Selçuk *et al.* (1992) study, or the Swedish study of Karain emigrants (Özesmi *et al.*, 1990; Metintas *et al.*, 1999), and found associations of the same order of magnitude between erionite exposure and the risk of mesothelioma, giving strong confidence in the Turkish findings.

Some reports suggested that the simian virus 40 (SV40) could act as a co-carcinogen to induce mesothelioma (Carbone *et al.*, 2002). This is a controversial issue; however, this hypothesis can be excluded regarding erionite because SV40 DNA was never found in the specimen of Turkish patients (Emri *et al.*, 2000; Carbone *et al.*, 2007). Based on the fact that not all exposed villagers died from mesothelioma and that some families in erionite villages seemed to be at particularly high risk, the cause of the high incidence of mesothelioma was hypothetically attributed to the interaction of erionite exposure and genetic factors (Carbone *et al.*, 2007). Although it is not possible to exclude some genetic susceptibility, this hypothesis remains largely speculative and is not substantiated by sound data, because all relatives shared the same exposure to erionite since birth, except for some women who came from other villages, and because some mesotheliomas occurred in patients whose parents died from other causes, and vice versa (Bariş & Grandjean, 2006).

## 2.2 Other cancers

Bariş *et al.* (1996) also studied the cancer-specific mortality in the three Turkish erionite villages of Karain, Tuzköy, and Sarihidir. During 1970–94, 305 deaths were reported in Karain; of these, 177 (58%) were cancers, and included 150 cases (49.2%) of malignant pleural mesothelioma, seven cases (2.3%) of malignant peritoneal mesothelioma, and six (1%) of gastroesophageal carcinoma; four deaths (1.3%) from cancer of the lung included two non-smoking women; there were also three cases (1%) of leukaemia, and six of other malignancies (1.9%). During 1980–94, 519 deaths were reported in Tuzköy and Sarihidir (432 and 87, respectively); of these, 257 were cancers, and included 120 cases of malignant pleural mesothelioma, and 64 cases of malignant peritoneal mesothelioma; 30 patients had "intra-abdominal carcinoma" (according to the authors, some of them might have been peritoneal mesothelioma or ovarian carcinoma), and 14 patients had cancer of the lung (four of whom were non-smoking women); there were five cases of gastroesophageal cancer, five deaths due to leukaemia, and 16 cases of various malignancies including ovarian cancer, mesenchymal tumours, and leiomyosarcoma of the colon. These mortality figures lend some support to the hypothesis that erionite fibres also cause cancer other than mesothelioma and cancer of the lung; however, no statistical comparisons and no mineralogical analyses of the tissues were performed to demonstrate this relationship. Another difficulty is the uncertain validity of diagnoses. Bariş & Grandjean (2006) also looked at other cancers in their follow-up of the inhabitants of Sarihidir and Karain, but the small number of these cancers (*n* = 32, accounting for 9% of the total deaths) precluded a detailed analysis.

## 2.3 Synthesis

Studies of villages in Turkey where inhabitants were exposed from environmental sources from birth as well as the follow-up of a cohort of emigrants from one of the exposed villages in Sweden showed an extremely high incidence of pleural and peritoneal mesothelioma that can be causally associated with erionite exposure. The potency of erionite to induce mesothelioma seems much higher than for any type of asbestos.

## 3. Cancer in Experimental Animals

See Section 3 of the *Monograph* on Asbestos in this volume.

## 4. Other Relevant Data

See Section 4 of the *Monograph* on Asbestos in this volume.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of erionite. Erionite causes mesothelioma.

There is *sufficient evidence* in experimental animals for the carcinogenicity of erionite.

Erionite is *carcinogenic to humans (Group 1).*

## References

Artvinli M & Bariş YI (1979). Malignant mesotheliomas in a small village in the Anatolian region of Turkey: an epidemiologic study. *J Natl Cancer Inst*, 63: 17–22. PMID:286826

Bariş B, Demir AU, Shehu V *et al.* (1996). Environmental fibrous zeolite (erionite) exposure and malignant tumors other than mesothelioma. *J Environ Pathol Toxicol Oncol*, 15: 183–189. PMID:9216804

Barış YI & Grandjean P (2006). Prospective study of mesothelioma mortality in Turkish villages with exposure to fibrous zeolite. *J Natl Cancer Inst*, 98: 414–417. doi:10.1093/jnci/djj106 PMID:16537834

Barış YI, Sahin AA, Ozesmi M *et al.* (1978). An outbreak of pleural mesothelioma and chronic fibrosing pleurisy in the village of Karain/Urgüp in Anatolia. *Thorax*, 33: 181–192. doi:10.1136/thx.33.2.181 PMID:663877

Carbone M, Emri S, Dogan AU *et al.* (2007). A mesothelioma epidemic in Cappadocia: scientific developments and unexpected social outcomes. *Nat Rev Cancer*, 7: 147–154. doi:10.1038/nrc2068 PMID:17251920

Carbone M, Kratzke RA, Testa JR (2002). The pathogenesis of mesothelioma. *Semin Oncol*, 29: 2–17. doi:10.1053/sonc.2002.30227 PMID:11836664

Dogan AU & Dogan M (2008). Re-evaluation and re-classification of erionite series minerals. *Environ Geochem Health*, 30: 355–366. doi:10.1007/s10653-008-9163-z PMID:18351294

Dogan AU, Dogan M, Hoskins JA (2008). Erionite series minerals: mineralogical and carcinogenic properties. *Environ Geochem Health*, 30: 367–381. doi:10.1007/s10653-008-9165-x PMID:18347916

Dumortier P, Coplü L, Broucke I *et al.* (2001). Erionite bodies and fibres in bronchoalveolar lavage fluid (BALF) of residents from Tuzköy, Cappadocia, Turkey. *Occup Environ Med*, 58: 261–266. doi:10.1136/oem.58.4.261 PMID:11245743

Emri S, Kocagoz T, Olut A *et al.* (2000). Simian virus 40 is not a cofactor in the pathogenesis of environmentally induced malignant pleural mesothelioma in Turkey. *Anticancer Res*, 20: 2A891–894. PMID:10810372

Gulmez I, Kart L, Buyukoglan H *et al.* (2004). Evaluation of malignant mesothelioma in central Anatolia: a study of 67 cases. *Can Respir J*, 11: 287–290. PMID:15254610

IARC (1987a). Silica and some silicates. *IARC Monogr Eval Carcinog Risk Chem Hum*, 42: 1–239. PMID:2824337

IARC (1987b). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

Ilgren EB, Ortega Breña M, Castro Larragoitiac J *et al.* (2008). A Reconnaissance Study of a Potential Emerging Mexican Mesothelioma Epidemic due to Fibrous Zeolite Exposure. *Indoor Built Environ*, 17: 496–515. doi:10.1177/1420326X08096610

Metintas M, Hillerdal G, Metintas S (1999). Malignant mesothelioma due to environmental exposure to erionite: follow-up of a Turkish emigrant cohort. *Eur Respir J*, 13: 523–526. doi:10.1183/09031936.99.13352 399 PMID:10232420

NTP (2004). Erionite. *Rep Carcinog*, 11: III114–III115. PMID:21089873

Özesmi M, Hillerdal G, Svane B, Widström O (1990). Prospective clinical and radiologic study of zeolite-exposed Turkish immigrants in Sweden. *Respiration*, 57: 325–328. doi:10.1159/000195865 PMID:2178276

Selçuk ZT, Cöplü L, Emri S *et al.* (1992). Malignant pleural mesothelioma due to environmental mineral fiber exposure in Turkey. Analysis of 135 cases. *Chest*, 102: 790–796. doi:10.1378/chest.102.3.790 PMID:1325339

Simonato L, Barış R, Saracci R *et al.* (1989). Relation of environmental exposure to erionite fibres to risk of respiratory cancer. *IARC Sci Publ*, 398–405. PMID:2545613

# LEATHER DUST

Leather dust was considered by previous IARC Working Groups in 1980 and 1987 (IARC, 1981, 1987). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agent

Leather is the product obtained by tanning skins and hides by any one of several methods. By convention, the term 'hide' generally refers to the skin-covering of larger animals (cows, steers, horses, buffaloes, etc.), and the term 'skins', to those of smaller animals (calves, sheep, goats, pigs, etc.). Although the physical properties of these different skins vary, their basic chemical, physical, and histological characteristics are similar (IARC, 1981).

### 1.2 Chemical and physical properties of the agent

The skin is mainly composed of proteins, although it also contains lipids, carbohydrates, inorganic salts, and water. From the point of view of leather manufacture, the proteins of the skin are the most important components. These proteins include collagen (constitutes the bulk of the fibrous portion), and reticulin (similar to collagen, but differing in its ability to combine readily with silver salts). Elastin, also a fibrous protein, is present in very small quantities, mainly in the grain area, and to a small extent in the blood vessels. Most of the non-collagenous proteins are removed during pre-tanning operations, which are effectively a means of preparing a matrix of relatively pure collagen fibres that will subsequently be stabilized by tanning (IARC, 1981).

Tanning is any process that renders animal hides or skins imputrescible without impairing their flexibility after drying. The most commonly used tanning agents have been vegetable tannins, and basic chromium (III) sulfate.

The vegetable tannins fall into two broad chemicals groups: hydrolysable tannins and condensed tannins. Condensed tannins are more complex chemical structures, and are more likely to be found in the bark or wood of a tree, whereas the hydrolysable tannins predominate in the leaves and fruits. Hydrolysable tannins are mainly glucosides (i.e. glucose esterified with polyhydroxyl phenyl carboxylic acids, such as gallic and ellagic acids) that readily ferment to release the free acid used in primitive tanning processes to control acidity. The chemistry of condensed tannins is complex, and they have been identified as oligomers containing 4–10 flavonoid units, each containing 4–6 hydroxyl groups. Molecular weights in non-aqueous solvents range from 1000–3000, although measurements in aqueous

**Table 1.1 Leather uses in relation to type of hide or skin**

| Skin origin | Use |
|---|---|
| Cow and steer | Shoe and boot uppers, soles, insoles, linings; patent leather; clothing; work gloves; waist belts; luggage and cases; upholstery; transmission belting; sports goods; packings |
| Calf | Shoe uppers; slippers; handbags; wallets; hat sweatbands; bookbindings |
| Sheep and lamb | Grain and suede clothing; shoe linings; slippers; dress and work gloves; hat sweatbands; bookbindings; novelties |
| Goat and kid | Shoe uppers and linings; dress gloves; clothing; handbags |
| Pig | Shoe suede uppers; dress and work gloves; wallets; fancy leather goods |
| Deer | Dress gloves; moccasins; clothing |
| Horse | Shoe uppers; straps; sports goods |
| Reptile | Shoe uppers; handbags; fancy leather goods |

Compiled by the Working Group

solution suggest aggregation or association to give an effective molecular weight of approximately 10000 (IARC, 1981).

In chrome tanning, the trivalent chromium ions form polynuclear complexes involving, typically, four chromium atoms. Ring structures containing coordinated sulfate and hydroxyl ligands are formed, giving an effective ionic weight of approximately 800. When skins are immersed in a solution of basic chromium (III) sulfate, carboxyl side chains on the collagen enter the coordination sphere of the chromium to form an insoluble complex. This reaction, which invariably involves cross-linking, is the basis of chrome tanning (IARC, 1981).

The composition of leather used in the leather-product industries varies. For example, leather used in shoe manufacture may come from the corium part of hide skin processed during tanning. The composition of crust leather varies depending on the tanning processes (Buljan et al., 2000). The reported chromium (III) levels in dust from chrome-tanned leathers have varied from 0.1% to 4.5% by weight (IARC, 1981). Leather may also contain trace amounts of chromium (VI) formed by oxidation of trivalent chromium during the tanning process. For example, in a Danish study of 43 leather products, 35% (n = 15) contained chromium (VI) at levels above the detection limit of 3 mg/kg (Hansen et al., 2002).

## 1.3 Use of the agent

The hides or skins from different animals possess unique physical properties that are inherent to the particular animal or breed of animal, due largely to differences in climate, type of feed, etc., to which the animal is exposed. They are thus used for different specific purposes (Table 1.1). For more detailed descriptions, refer to the previous *IARC Monograph* (IARC, 1981).

## 1.4 Occupational exposure

For detailed descriptions of historical exposures to leather dust and other agents in the workplace, refer to the previous *IARC Monograph* (IARC, 1981).

### 1.4.1 Extent of occupational exposure

Leather and leather-product industries have moved gradually from the industrialized countries to the developing world. For example, shoe manufacture in the United States of America decreased by more than 90% during 1965–2002, and the largest footwear exporter to the USA was the People's Republic of China (Markkanen & Levenstein, 2004). China produced 40% of all prepared shoes in the world at the end of the last century (Chen & Chan, 1999), and the

number of employees in shoe manufacture in China was estimated to be about 2 million (Wang *et al.*, 2006). It was reported that Asian countries supply over 80% of the footwear traded in the world market, and the largest production comes from China followed by India, Indonesia, Viet Nam, Thailand, and Pakistan (Vachayil, 2007). In several developing countries, large and medium-sized manufacturers and retailers are known to use subcontracting practices, informal employment, and so-called home-based shoe-making. There are no reliable estimates on the informal workforce, but it is assumed to be even higher than in the formal sector (Markkanen & Levenstein, 2004). According to statistics from the International Labor Organization, other major countries producing leather products were Mexico (*n* = 302000 employees), Brazil (*n* = 305000), Indonesia (*n* = 279000), the Russian Federation (*n* = 190000), and Italy (*n* = 168000) (ILO, 2004).

Although several million people are working in the leather and leather-product industries, only a fraction are exposed to leather dust and other air contaminants in the workplace. No worldwide estimates of the numbers of workers exposed were available to the Working Group.

### 1.4.2 Levels of occupational exposure

Leather dust concentrations in selected studies published since the previous *IARC Monograph* (IARC, 1981) are presented below.

#### (a)  Footwear industry

In a Russian mortality study of 5185 shoe-manufacturing workers employed during 1940–76, Zaridze *et al.* (2001) reported leather dust concentrations in the range of 6.5–12 mg/m³ in the following production departments: cutting, fitting, lasting and making, and finishing. In this factory, leather dust was present as a co-exposure with solvents and chloroprene.

Shoe repairers are exposed to the dusts generated during scouring. In a Finnish study of shoe repairers from 11 shops, the time-weighted average concentrations of dust were in the range of 0.07–1.0 mg/m³ in the vicinity of the roughing, scoring, and finishing machines. The dust concentration depended on the age and type of the machine, and the performance of its local exhaust. Electron-microscopic studies showed that the dust samples collected during the machining of shoes contained leather, polymers, and finishing materials. Several degradation products of polymers were present. Dust was formed mainly during the machining of shoes. Dust samples contained also low concentrations of insoluble chromium (0.10–0.32 μg/m³), and hexavalent chromium (0.01–0.08 μg/m³) (Uuklainen *et al.*, 2002).

In a Polish study, dust concentrations were higher in shoe-repair shops than in shoe manufacture. In the repair shops, the recorded concentration of inhaled dust fraction was in the range of 0.5 mg/m³ (glueing of shoes and soles, zipper exchange, and heel abrasion) to 0.9 mg/m³ (sewing of uppers and scouring of heels), with high short-term (> 1 minute) fluctuations in the range of 0.1–14.6 mg/m³. In the shoe factories, the mean concentration of inhalable particles (sample duration > 8 hours) was in the range of 0.12–0.91 mg/m³, but there were high short-term (> 1 minute) fluctuations in the range of 0.62–6.4 mg/m³ (Stroszejn-Mrowca & Szadkowska-Stańczyk, 2003).

#### (b)  Leather-tanning and -processing industry

Dust is produced during several processes in tanning operations: chemical dust can be produced during the loading of hide-tanning drums; and leather dust impregnated with chemicals is produced during some mechanical operations, including buffing (IARC, 1981). Total dust levels (personal and static) measured in three countries were presented in Table 2 of the previous *IARC Monograph* (IARC, 1981).

Personal levels ranged from a low of 0.1 mg/m³ in buffing to a high of 21 mg/m³ in semi-automatic staking (IARC, 1981).

### 1.4.3 Particle size distribution

Leather dusts can contain both fibres and grains; the fibres can vary from 30–1200 μm in length and from 10–30 μm in diameter. Grains are usually < 10 μm in diameter. In several surveys in Italy, more than 50% of the total dust in tanneries were reported with having a particle diameter of < 5 μm (IARC, 1981).

Particle sizes have been measured in the dust generated at various workstations in the shoe trade in Poland. The median particle diameter was about 10 μm, and the proportion of extrathoracic particles which would lodge in the nasal fossae was 35–52%, depending on the occupation (Stroszejn-Mrowca & Szadkowska-Stańczyk, 2003).

### 1.4.4 Exposure to other agents

#### (a) Footwear industry

Appendices 5 and 6 of the previous *IARC Monograph* list the various chemicals which may occur in the footwear industry. Most are different solvents used in adhesives, lacquers or cleaning agents. They include petroleum hydrocarbons, chlorinated hydrocarbons, ketones, esters, and alcohols (IARC, 1981). Benzene was previously widely used as a solvent in the shoe industry, and exposure levels during that period may have been high. For example, in Italy, the estimated concentrations of benzene in one shoe factory during 1939–65 were in the range of 0–92 ppm (300 mg/m³). The highest exposures occurred in 1954–60, and benzene was banned by legislation in Italy in 1965 (Seniori Costantini *et al.*, 2003).

Wang *et al.* (2006) reviewed 182 articles on benzene exposure in the shoemaking industry in China during 1978–2004. In 1979–2001, 65% of the measurements exceeded the national occupational exposure limit (OEL) of 40 mg/m³ (13 ppm), and 20% of these exceeded 500 mg/m³ (154 ppm). Benzene levels above 1000 mg/m³ (308 ppm) were not uncommon, and some were in excess of 4500 mg/m³ (1385 ppm). It was also reported that, in some cases, pure benzene was used during the 1980s. The national OEL was lowered to 6 mg/m³ (2 ppm) in 2002, but only 24% of the reported measurements in 2002–04 were below the OEL. The average benzene levels in 2002–04 were 25.1 mg/m³ (8 ppm) in fitting uppers with soles, and 73.6 mg/m³ (23 ppm) in the making of soles. The tasks where exposure occurred most often were fitting uppers with soles, soles-making, uppers-embedding, and uppers-making. Benzene-based adhesives are now banned in China and the national standard for benzene in adhesives is regulated to be less than 0.5% (Wang *et al.*, 2006).

At a large shoe factory in Tianjin, China, as part of a cross-sectional study, Vermeulen *et al.* (2006) collected dermal, inhalation, and urine samples (*n* = 113) from 70 subjects performing representative tasks and operations at the plant. Mean airborne concentrations of benzene and toluene were 1.52 (standard deviation (SD) 2.82) and 7.49 (SD 11.60) ppm, respectively.

Historically, many toluene-based adhesives manufactured in China contained about 10–30% of benzene as impurity (Chen & Chan, 1999). Exposure to other solvents varies widely, but the levels in some factories may be high. For example, in Viet Nam the national OEL of toluene 100 mg/m³ (26 ppm) was exceeded by six times or more in different sections of a shoe-manufacturing plant in 1996. The concentration of acetone was 6–18 times the Vietnamese OEL 200 mg/m³ (84 ppm) (Chen & Chan, 1999).

Leather dust may also contain agents originating from the processing of leather in tanneries. Levels of chromium (VI) compounds in leather dust are usually very low (see Section 1.4.2a). Leather dust may also contain dyes. Dyes which have been used in the boot and shoe

industry include seven dyes classified by IARC in Group 2B (*possibly carcinogenic to humans*): CI Acid Red 114 (CAS, 6459-94-5), auramine (CAS, 492-80-8), benzyl violet 4B (CAS, 1694-09-3), Trypan blue (CAS, 72-57-1), Ponceau MX (CAS, 3761-53-3), Ponceau 3R (CAS, 3564-09-8), and Rosaline (CAS, 632-99-5) in Magenta (IARC, 1981).

Other agents that may or may not have occurred in the footwear industry include salts of chlorophenols (preservative of leather), acrylic resins, isocyanates (reactive primers, two-part adhesives), polyurethanes and other polymers (artificial leather), chloroprene (component of polychloroprene latex), and wood dust (making of wooden shoes and models) (IARC, 1981).

### (b) Leather-tanning and -processing industry

Appendices 5 and 6 of Volume 25 list chemicals that may occur in leather tanning (IARC, 1981).

Exposure to chromium (III) salts or vegetable tannins may occur during the weighing and introduction of chromium salts into rotating drums. Also, small amounts of chromium (VI) may be present. Sodium chlorophenates may be used to prevent the deterioration of leather during tanning, and to protect it from mould. Other possible exposures in the tanyard are sulfuric acid and hydrogen sulfide. If dimethylamine is used in the tanning process, *N*-nitrosodimethylamine may be produced (IARC, 1981).

The use of benzidine-based dyes has been reported in the retanning, colouring, and fat-liquoring departments of the leather-tanning and –processing industry. A wide array of chemical solvents (e.g. tetrachloroethylene, toluene, xylene, methyl ethyl ketone and isopropanol), pigments, and waxes may be used in the finishing departments. Exposure to formaldehyde may also occur (IARC, 1981).

### (c) Other leather-product industries

Exposures in industries producing leather bags, wallets, suitcases, leather-wearing apparel, harnesses, leather furniture and other miscellaneous leather goods are similar to those that occur in the footwear industry (see Section 1.4.2a).

## 2. Cancer in Humans

The boot and shoe industry was first reviewed in the previous *IARC Monograph* IARC (1981). The then Working Group reviewed the results of case series on cancer of the nasal cavity and paranasal sinuses (referred below as sinonasal cancer), several of which compared the history of exposure among adenocarcinoma cases to other cancer controls. The then *Monograph* Working Group also reviewed the results of case series and case reports of leukaemia, as well as other studies focused on bladder, lymphatic and haematopoietic, oral/pharyngeal, lung, and stomach cancer. The Working Group concluded that "Employment in the boot and shoe industry is causally associated with the development of nasal adenocarcinomas" and that "It is most likely that exposure to leather dust plays a role in the association." The Working Group also concluded that an increased risk for other histological types of nasal cancer "may exist." They also observed that "The occurrence of leukaemia and aplastic anaemia among shoe workers exposed to benzene is well documented." They noted that excesses of bladder cancer were associated with the leather industry, but it was not clear if these could be attributed to shoe workers. They also reported that hypothesis-generating studies had observed excesses associated with cancer of the lung, oral cavity, pharynx, and stomach.

The boot and shoe industry was re-reviewed as part of the previous *IARC Monograph* Supplement 7 (IARC, 1987). In the period

following the publication of Volume 25 several new studies had been published. The Working Group for supplement 7 had access to a new retrospective cohort study, three new proportionate mortality studies, as well as new case–control studies of sinonasal cancer and other cancer sites. The conclusions of the Working Group for Supplement 7 were concordant with those of Volume 25. They also concluded that nasal adenocarcinoma was associated with the boot and shoe industry, and that the highest risk was among those with high exposures to leather dust. They also noted that there was evidence for other types of nasal cancer, and that there was further evidence of an increased risk of leukaemia associated with exposure to benzene in the industry. Mixed evidence that may indicate an excess risk of bladder cancer among shoe workers was also noted. Some associations with lung, oral, pharynx, and stomach cancer as well as kidney cancer and mesothelioma were also observed.

In this *Monograph*, studies published in the time following Supplement 7, as well as others that were not previously considered, are reviewed. Of special note are the retrospective cohort studies. The previously reviewed retrospective cohort study of workers in the boot and shoe industry in three English towns (Pippard & Acheson, 1985) has been updated and the end of follow-up extended to 1991, and the cohort study of Florence shoe workers exposed to benzene (Paci *et al.*, 1989) has also been updated and the follow-up extended to 1991 for a pooled analysis (Fu *et al.*, 1996). A US study of shoe workers focused on exposure to solvents, mostly toluene (Walker *et al.*, 1993), has also been updated (Lehman & Hein, 2006). A Russian study of shoe manufacturing workers focused on exposure to chloroprene has also been published (Bulbulyan *et al.*, 1998). The results of registry-based studies are presented in Table 2.1. Descriptive studies with information based only on death certificates are not included. The methods and results of relevant cohort and related studies are summarized in Table 2.2. Only the most recent results are presented in cases where the cohorts were updated. Also included in Table 2.2 are the methods and results of the previously reported proportionate mortality studies.

The results of relevant case–control studies of sinonasal cancer, including those previously reviewed, are summarized in Table 2.3. Studies of other respiratory cancers are summarized in Table 2.4. Case–control studies of bladder cancer are summarized in Table 2.5. Case–control studies of other cancer sites are summarized in Table 2.6. For case–control studies, only those that assessed the association with boot/shoe workers, the broader category of leather products, or with leather dust are included. Those that explicitly included tannery workers, which have a very different set of exposures, were excluded.

## 2.1 Sinonasal cancer

An unusual high prevalence of sinonasal cancer among boot and shoe or other leather workers observed in case series from the Northamptonshire region of England first cast suspicion on a possible association between the malignancy and the occupation (Acheson *et al.*, 1970a, b; Acheson, 1976). In the period following the previous *IARC Monograph* Supplement 7, case series continued to report cases of sinonasal cancer among workers that had been employed as shoe workers or exposed to leather dust. For example, Barbieri *et al.* (2005) reported that seven of 100 epithelial sinonasal cancer cases in the Province of Brescia, Italy, were exposed to leather dust with an average latency of 44 years. A large French adenocarcinoma case series reported that 11 of 418 cases had been exposed to leather dust, whereas 353 had been exposed to wood dust (Choussy *et al.*, 2008). [The Working Group noted that even though leather workers are the second most frequently reported group in these sinonasal cancer case series, it is difficult to interpret these results without knowing

**Table 2.1 Descriptive and census-based studies**

| Reference, location, name of study | Population description | Exposure assessment | Organ site (ICD code) | Exposure and histology | No. of cases/ deaths | RR* (95%CI) *(unless indicated otherwise) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Acheson et al. (1970a, b) Incidence study of nasal cancer in Northamptonshire United Kingdom | Comparison of the estimated rate among boot and shoe trade workers (1953–67) to expected numbers based on rates in the Southern Register Areas of England | Occupational history from medical records and mailed survey or interview | Sinonasal cancer, histologically confirmed carcinomas | Boot & shoe workers | | | Age | |
| | | | | All types | 17 | 8 [NR] | | |
| | | | | Adenocarcinomas | 7 | 35 [NR] | | |
| | | | | Squamous carcinomas | 7 | 4 [NR] | | |
| Acheson et al. (1981) Incidence study of nasal cancer in England and Wales United Kingdom | 1602 cases diagnosed 1963–67 from The Office of Population Censuses and Surveys | Cases were categorized by occupation | Nasal cancer (160, 160.2–160.9) | All leather workers | 26 | 4.4[a] | SIR, adjusted for snuff and tobacco | [a]indicates significance at the 0.01 level |
| | | | | Shoe makers & repairers | – | 7.1[a] | | |
| | | | | Cutters, lasters & sewers | – | 4.3[a] | | |
| Acheson et al. (1982) Incidence study of nasal cancer in Northamptonshire United Kingdom | Comparison of the estimated rate among boot and shoe trade workers (1953–67) to expected numbers based on rates in Northamptonshire | Occupational history from medical records & mailed survey or interview | Sinonasal cancer | Male boot & shoe workers | | | SIR, adjusted for age | |
| | | | | All types | 27 | 4.8 (3.5–7.9) | | |
| | | | | Adenocarcinomas | 11 | 7.8 (3.7–14.3) | | |
| | | | | Squamous carcinomas | 9 | 3.1 (1.4–5.9) | | |
| | | | | Preparation/ finishing | 21 | 4.5 (2.8–6.8) | | |
| Olsen (1988) Pension fund cancer incidence linkage Denmark | 382 Cases from the Danish Cancer Registry diagnosed 1970–84. Registry records linked with the Danish supplementary Pension fund | Longest held occupation from Pension Fund | Sinonasal cancer (160.0, 160.2–160.9) | Manufacture of leather products and footwear (except wooden shoes) | | | SPIR | SPIR for women not provided |
| | | | | Men | 3 | 12.3 (3.1–33.4) | | |
| | | | | Women | 1 | 0.3 expected | | |

**Table 2.1 (continued)**

| Reference, location, name of study | Population description | Exposure assessment | Organ site (ICD code) | Exposure and histology | No. of cases/ deaths | RR* (95%CI) *(unless indicated otherwise) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Andersen et al. (1999) Census cancer incidence linkage Nordic countries | Linkage of 1970 Census with incident cancer cases diagnosed in Denmark (1971–87), Finland (1971–90), Norway (1971–91) and Sweden (1971–89) | Leather and shoe workers | All cancers (140–204) | Men employed in the category of shoe and leather workers in the 1970 census | 1436 | 1.1 (1.0–1.1) | SIR, adjusted for age and calendar period | |
| | | | Stomach (151) | | 92 | 1.0 (0.8–1.3) | | |
| | | | Colon (153) | | 107 | 1.1 (0.9–1.4) | | |
| | | | Rectum (154) | | 80 | 1.1 (0.9–1.4) | | |
| | | | Nose (160) | | 11 | 2.9 (1.5–5.3) | | |
| | | | Larynx (161) | | 25 | 1.1 (0.7–1.6) | | |
| | | | Lung (162) | | 264 | 1.1 (0.9–1.2) | | |
| | | | Kidney (180.0) | | 41 | 0.9 (0.6–1.2) | | |
| | | | Bladder (181) | | 114 | 1.1 (0.9–1.3) | | |
| | | | Acute leukaemia (204.3) | | 12 | 0.9 (0.5–1.6) | | |
| | | | Other leukaemia (204.0–2, 4) | | 22 | 1.0 (0.6–1.5) | | |
| Vasama-Neuvonen et. al. (1999) Census cancer incidence linkage Finland | 892591 occupationally active Finnish women at 1970 Census linked with the Finnish Cancer Registry for incidence of ovarian cancer cases during 1971–95 | Occupations with proportion exposed ≥ 20% exposure to leather dust using FINJEM | Ovary (183) | No exposure to leather dust | | 1.0 (ref) | SIR stratified for birth cohort, follow-up period and social status; adjusted for mean number of children, mean age at first birth and turnover rate | Partial overlap with Andersen et al. (1999) |
| | | | | Low (> 0.009 mg/m³) Medium/high Occupation: | | 1.3 (1.0–1.8) no data | | |
| | | | | Cutter for footwear | 6 | 2.5 (0.9–5.4) | | |
| | | | | Pattern maker; cutter | 27 | 1.7 (1.1–2.5) | | |
| | | | | Tanner, fellmonger, pelt dresser | 3 | 0.8 (0.2–2.3) | | |
| | | | | Leather sewer | 4 | 0.6 (0.2–1.5) | | |

324

Leather dust

**Table 2.1 (continued)**

| Reference, location, name of study | Population description | Exposure assessment | Organ site (ICD code) | Exposure and histology | No. of cases/ deaths | RR[a] (95%CI) *(unless indicated otherwise) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Tarvainen et al. (2008) Census cancer incidence linkage Finland | All Finns born during 1906–45 (725868 men, 825528 women). Census data linked with the Finnish Cancer Registry 1971–95 | Exposure to leather dust using FINJEM | Mouth and pharynx (exluding the nasopharynx) (140–149) | Shoe makers/ cobblers Leather dust: | 2 | 17.4 (2.1–62.9) | SIR, adjusted for age, calendar period and socioeconomic status. Lag time 10 yr | Partial overlap with Andersen et al. (1999) |
| | | | | Low (< 5 mg/ m³–yr) | 5 | 0.9 (0.3–2.0) | | |
| | | | | Medium (5–19 mg/m³–yr) | 3 | 1.8 (0.4–5.1) | | |
| | | | | High (20+ mg/ m³–yr) | 0 | 0.0 (0.0–15.6) | | |

CI, confidence interval; FINJEM, Finnish job exposure matrix; NR, not reported; RR, relative risk; SIR, standardized incidence ratio; SPIR, standardized proportionate incidence ratio; yr, year or years

**Table 2.2 Cohort studies of boot and shoe workers**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Decouflé & Walrath (1983) USA | Analysis of 3754 deaths (2144 men, 1610 women) among shoe-manufacturing workers identified using union records. Non-whites and persons of unknown sex, race or age were excluded. Deaths were inclusive as obituaries in union newsletters | None | All cancers (140–209) | Men | 464 | 1.10ᵃ | PMRs calculated from observed and expected deaths adjusted for age and calendar period | ᵃ indicates statistical significance at the 0.05 level. No sinonasal cancers observed vs 2.2 expected |
| | listed from 1966–77 | | | Women | 430 | 1.12ᵃ | | |
| | | | Oral & pharynx (140–149) | Men (women: n = 0) | 17 | [1.35] | | |
| | | | Stomach (151) | Men | 25 | [1.15] | | |
| | | | | Women | 19 | [1.43] | | |
| | | | Rectum (154) | Men | 22 | [1.57ᵃ] | | |
| | | | | Women | 19 | [1.81ᵃ] | | |
| | | | Liver/gallbladder (155–6) | Men | 14 | [1.82ᵃ] | | |
| | | | Larynx (161) | Women | 17 | [2.02ᵃ] | | |
| | | | | Men (women: n = 1) | 3 | [0.48] | | |
| | | | Lung (162–163) | Men | 155 | [1.20ᵃ] | | |
| | | | | Women | 35 | [0.92] | | |
| | | | Bladder (188) | Men | 11 | [0.72] | | |
| | | | | Women | 7 | [1.37] | | |
| | | | Kidney (189) | Men | 6 | [0.61] | | |
| | | | | Women | 6 | [0.98] | | |
| | | | Leukaemia (204–207) | Men | 20 | [1.20] | | |
| | | | | Women | 16 | [1.24] | | |
| Garabrant & Wegman (1984) Massachusetts USA | Analysis of death certificates of 1962 shoe workers (1195 men, 767 women) who died in Brockton, Haverhill or Peabody (Massachusetts) during 1954–74 identified by indication of an occupation in leather or shoe manufacturing on death certificates | None | All cancers (140–209) | Men | 217 | 1.08 | PMRs calculated from observed and expected deaths adjusted for age and calendar period | No sinonasal cancers observed |
| | | | | Women | 131 | 0.95 | | |
| | | | Oral & pharynx (140–149) | Men (women: n = 0) | 5 | 0.93 | | |
| | | | Digestive tract (150–159) | Men | 84 | 1.4 (1.1–1.7) | | |
| | | | | Women | 44 | 0.99 | | |
| | | | Stomach (151) | Men | 17 | 1.49 | | |
| | | | | Women | 5 | 0.82 | | |
| | | | Larynx (161) | Men (women: n = 0) | 3 | 1.16 | | |
| | | | Lung (162) | Men | 55 | 1.04 | | |
| | | | | Women | 13 | 1.07 | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Garabrant & Wegman (1984) New York State (contd.) | | | Bladder (188) | Men | 5 | 0.56 | | |
| | | | | Women | 7 | 2.5 (1.2–5.1) | | |
| | | | Leukaemia (204) | Men | 8 | 0.95 | | |
| | | | | Women | 2 | 0.52 | | |
| Walrath et al. (1982) New York State USA | Analysis of 4734 death (3512 men, 1222 women) certificates from employees of one shoe-manufacturing company identified using newspaper obituaries. Deaths occurred during 1960–79 | None | All cancers (140–209) | Men | 689 | 1.09[a] | | [a] indicates statistical significance at the 0.05 level |
| | | | | Women | 274 | 1.08 | | No sinonasal cancers observed vs 1.9 expected |
| | | | Oral & pharynx (140–149) | Men (women: n = 1) | 22 | 1.22 | | |
| | | | Larynx (161) | Men (women: n = 0) | 7 | 0.78 | | |
| | | | Lung and pleura (162 163) | Men | 163 | 0.93 | | |
| | | | | Women | 18 | 0.84 | | |
| | | | Stomach (151) | Men | 71 | 1.83[a] | | |
| | | | | Women | 14 | 1.28 | | |
| | | | Colon (153) | Men | 100 | 1.53[a] | | |
| | | | | Women | 49 | 1.41[a] | | |
| | | | Rectum (154) | Men | 33 | 1.42[a] | | |
| | | | | Women | 16 | 1.97[a] | | |
| | | | Bone (170) | Men (women: n = 0) | 6 | 2.23[a] | | |
| | | | Bladder (188) | Men (women: n = 1) | 24 | 0.91 | | |
| | | | Kidney (189) | Men | 16 | 1.16 | | |
| | | | | Women | 5 | 1.17 | | |
| | | | Multiple myeloma (203) | Men | 10 | 1.93[a] | | |
| | | | | Women | 8 | 3.46[a] | | |
| | | | Leukaemia (204–207) | Men | 22 | 0.86 | | |
| | | | | Women | 7 | 0.79 | | |

327

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Fu et al. (1996) United Kingdom and Italy | Pooled analysis of 2 updated shoe-manufacturing cohorts. 4215 English (follow-up 1950–91, Pippard & Acheson, 1985) and 2008 Italian (follow-up 1950–90, Paci et al., 1989) shoe workers | Workers classified as exposed to leather dust or solvents based on work history (Italian) or 1939 Census (English) | All causes (001–999) | English cohort | 3314 | 0.8 (0.8–0.8) | SMR, adjusted for sex, age, & calendar period using national rates | High exposure to benzene in the Italian cohort before 1963. Exposure to leather dust in the English cohort in the range of 0.5–7.5 mg/$m^3$ in 1976 |
| | | | | Italian cohort | 333 | 0.9 (0.8–1.0) | | |
| | | | All cancers (140–208) | English cohort | 646 | 0.8 (0.7–0.8) | | |
| | | | | Italian cohort | 127 | 1.2 (1.0–1.4) | | |
| | | | Stomach (151) | English cohort | 77 | 0.7 (0.6–0.9) | | |
| | | | | Italian cohort | 25 | 1.9 (1.2–2.8) | | |
| | | | Colon (153) | English cohort | 57 | 0.9 (0.7–1.2) | | |
| | | | | Italian cohort | 10 | 1.7 (0.8–3.0) | | |
| | | | Rectum (154) | English cohort | 51 | 1.1 (0.8–1.4) | | |
| | | | | Italian cohort | 5 | 1.4 (0.5–3.3) | | |
| | | | Pancreas (157) | English cohort | 25 | 0.7 (0.5–1.0) | | |
| | | | | Italian cohort | 2 | 0.5 (0.1–2.0) | | |
| | | | Nose (160) | English cohort | 12 | 8.1 (4.2–14.1) | | |
| | | | | Italian cohort | 9 | 11.7 (5.3–22.2) | | |
| | | | | Probable leather dust | | | | |
| | | | | High leather dust | 1 | 25.0 (0.6–139) | | |
| | | | | Probable solvent | 2 | 3.9 (0.5–13.9) | | |
| | | | | High solvent | 0 | 0 | | |
| | | | | Italian cohort | 1 | 13.0 (0.31–70.0) | | |
| | | | | Probably leather dust | 0 | 0.0 | | |
| | | | | High leather dust | 0 | 0.0 | | |
| | | | | Probable solvent | 1 | 20 (0.5–99) | | |
| | | | | High solvent | 1 | 20 (0.5–99) | | |
| | | | Larynx (161) | English cohort | 6 | 0.7 (0.2–1.4) | | |
| | | | | Italian cohort | 2 | 0.7 (0.1–2.5) | | |
| | | | Lung (162) | English cohort | 186 | 0.6 (0.5–0.7) | | |
| | | | | Italian cohort | 24 | 1.0 (0.7–1.5) | | |
| | | | Bone (170) | English cohort | 6 | 2.1 (0.8–4.5) | | |
| | | | | Italian cohort | 0 | 0 | | |
| | | | Bladder (188) | English cohort | 34 | 0.8 (0.6–1.2) | | |
| | | | | Italian cohort | 3 | 0.9 (0.2–2.51) | | |

328

Leather dust

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Fu et al. (1996) (contd.) | | | Kidney (189) | English cohort | 8 | 0.7 (0.3–1.4) | | |
| | | | | Probable leather dust | 5 | 0.9 (0.3–2.0) | | |
| | | | | High leather dust | 1 | 3.1 (0.1–17.4) | | |
| | | | | Probable solvent | 1 | 0.3 (0.01–1.4) | | |
| | | | | High solvent | 0 | 0 | | |
| | | | | Italian cohort | 3 | 2.2 (0.5–6.3) | | |
| | | | | Probable leather dust | 0 | 0 (0–18.5) | | |
| | | | Multiple myeloma (203) | High leather dust | 0 | 0 (0–92.2) | | |
| | | | | Probable solvent | 3 | 3.5 (0.7–10.3) | | |
| | | | | High solvent | 3 | 4.0 (0.8–11.7) | | |
| | | | | English cohort | 7 | 1.0 (0.4–2.1) | | |
| | | | | Probable solvent | 3 | 1.2 (0.2–3.4) | | |
| | | | | High solvent | 1 | 5.3 (0.1–29.3) | | |
| | | | | Italian cohort | 3 | 3.7 (0.8–10.8) | | |
| | | | | Probable solvent | 1 | 2.2 (0.5–12.1) | | |
| | | | | High solvent | 1 | 2.4 (0.6–13.6) | | |
| | | | Leukaemia (204–208) | English cohort | 14 | 0.9 (0.5–1.4) | | |
| | | | | Probable solvent | 4 | 0.7 (0.2–1.8) | | |
| | | | | High solvent | 0 | 0 (0–7.9) | | |
| | | | | Italian cohort | 7 | 2.4 (1.0–5.0) | | |
| | | | | Probable solvent | 4 | 2.5 (0.7–6.4) | | |
| | | | | High solvent | 4 | 2.8 (0.8–7.2) | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Bulbulyan et al. (1998) Russian Federation | Retrospective study of 5815 Russian shoe-manufacturing workers (4569 women, 616 men) employed for 2 mo during 1940–76, followed from 1979 through 1993. Workers employed in auxiliary departments and management employees were excluded | Exposure categories based on chloroprene industrial hygiene data from 1970s Chloroprene exposure: High, 20 mg/m³ (with co-exposures of benzene) Medium, 0.4–1 mg/ m³ (with co-exposures of formaldehyde, leather dust) No exposure (with co-exposure of leather dust) | All causes (001–999) | Full cohort | 900 | 1.03 (0.97–1.1) | SMR, adjusted for age and sex using 1992 Moscow rates. RR in dose– response analysis adjusted for sex, age, gender and calendar period | Bladder cancer among men SMR, 2.1 (95%CI: 0.4–6.1) All 5 leukaemia cases in the high chloroprene exposure group employed before 1960 RR, 4.1 (95% CI: 1.1–17), co-exposure to benzene possible |
| | | | | Any chloroprene | 640 | 1.1 (1.0–1.3) | | |
| | | | | Medium chloroprene | 446 | 1.1 (0.9–1.3) | | |
| | | | | High chloroprene | 194 | 1.2 (1.0–1.5) | | |
| | | | All cancers (140–208) | Full cohort | 265 | 1.2 (1.1–1.4) | | |
| | | | | Any chloroprene | 184 | 1.0 (0.8–1.3) | | |
| | | | | Medium chloroprene | 128 | 1.0 (0.8–1.4) | | |
| | | | | High chloroprene | 56 | 1.2 (0.9–1.7) | | |
| | | | Stomach (151) | Full cohort | 48 | 1.2 (0.9–1.6) | | |
| | | | | Any chloroprene | 36 | 1.3 (0.7–2.6) | | |
| | | | | Medium chloroprene | 26 | 1.3 (0.7–2.7) | | |
| | | | | High chloroprene | 10 | 1.3 (0.3–3.1) | | |
| | | | Colon (153) | Full cohort | 21 | 1.1 (0.7–1.7) | | |
| | | | | Any chloroprene | 16 | 1.4 (0.5–3.8) | | |
| | | | | Medium chloroprene | 8 | 0.9 (0.3–2.8) | | |
| | | | | High chloroprene | 8 | 2.6 (0.8–7.9) | | |
| | | | Rectum (154) | Full cohort | 14 | 1.1 (0.6–1.9) | | |
| | | | | Any chloroprene | 8 | 0.7 (0.2–2.0) | | |
| | | | | Medium chloroprene | 6 | 0.7 (0.2–2.3) | | |
| | | | | High chloroprene | 2 | 0.5 (0.1–2.7) | | |
| | | | Liver (155) | Full cohort | 10 | 2.4 (1.1–4.3) | | |
| | | | | Any chloroprene | 9 | 4.2 (0.5–33) | | |
| | | | | Medium chloroprene | 6 | 3.8 (0.5–34) | | |
| | | | | High chloroprene | 3 | 4.9 (0.5–47) | | |

Leather dust

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Bulbulyan et al. (1998) (contd.) | | | Lung (162) | Full cohort | 31 | 1.4 (0.9–2.0) | | |
| | | | | Any chloroprene | 23 | 0.9 (0.4–2.2) | | |
| | | | | Medium chloroprene | 18 | 0.9 (0.4–2.1) | | |
| | | | | High chloroprene | 5 | 1.1 (0.4–3.5) | | |
| | | | Kidney (189) | Full cohort | 10 | 1.8 (0.9–3.4) | | |
| | | | | Any chloroprene | 9 | 3.8 (0.5–31) | | |
| | | | | Medium chloroprene | 7 | 4.1 (0.5–34) | | |
| | | | | High chloroprene | 2 | 3.3 (0.3–37) | | |
| | | | Leukaemia (204–208) | Full cohort | 13 | 1.9 (1.0–3.3) | | |
| | | | | Any chloroprene | 9 | 1.1 (0.3–3.7) | | |
| | | | | Medium chloroprene | 4 | 0.7 (0.2–2.7) | | |
| | | | | High chloroprene | 5 | 2.2 (0.6–8.4) | | |

332

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Lehman & Hein (2006) USA | Update of Walker et al. (1993). An SMR analysis of 7828 shoe-manufacturing workers (2545 men, 5283 women) employed for 1 mo or more during 1940–79 at two Ohio manufacturing plants | Exposure data was based on toluene industrial hygiene data from 1970s. Toluene exposure by duration of employment for specific cancers (< 6 mo, 6 mo–1 yr, 2 yr–< 10 yr, > 10 yr) | All causes (0–999) | Men | 1367 | 1.1 (1.0–1.1) | SMR, adjusted for age and calendar period | Results for sinonasal cancer not reported. Reported 'no evidence of any significant level of exposure to leather dust.' Reported 'Benzene was not detected in these surveys and company management asserted that benzene had never been present in the solvents used at either of the plants.' |
| | | | | Women | 1768 | 1.0 (1.0–1.1) | | |
| | | | | Employment: | | | | |
| | | | | 1 mo – < 6 mo | 831 | 1.0 (1.0–1.1) | | |
| | | | | 6 mo–2 yr | 747 | 1.0 (1.0–1.1) | | |
| | | | | 2 yr – < 10 yr | 838 | 1.1 (1.0–1.2) | | |
| | | | | ≥ 10 yr | 719 | 1.0 (1.0–1.1) | | |
| | | | All cancers (140–208) | Men | 314 | 1.1 (1.0–1.2) | | |
| | | | | Women | 482 | 1.0 (0.9–1.1) | | |
| | | | | Employment: | | | | |
| | | | | 1 mo – < 6 mo | 233 | 1.1 (1.0–1.3) | | |
| | | | | 6 mo–2 yr | 202 | 1.1 (0.9–1.2) | | |
| | | | | 2 yr – < 10 yr | 202 | 1.0 (0.9–1.2) | | |
| | | | | ≥ 10 yr | 159 | 0.9 (0.8–1.1) | | |
| | | | Buccal cavity & pharynx (140–149) | Men | 8 | 1.1 (0.5–2.2) | | |
| | | | | Women | 1 | 0.2 (0.0–1.0) | | |
| | | | Stomach (151) | Men | 4 | 0.3 (0.1–0.8) | | |
| | | | | Women | 6 | 0.5 (0.2–1.1) | | |
| | | | Lung (162) | Men | 138 | 1.4 (1.2–1.7) | | |
| | | | | Women | 110 | 1.3 (1.0–1.5) | | |
| | | | | Employment: | | | | |
| | | | | 1 mo – < 6 mo | 75 | 1.5 (1.2–1.9) | | |
| | | | | 6 mo–2 yr | 74 | 1.6 (1.3–2.0) | | |
| | | | | 2 yr – < 10 yr | 52 | 1.1 (0.8–1.5) | | |
| | | | | ≥ 10 yr | 47 | 1.2 (0.9–1.5) | | |
| | | | Bladder (188, 189.3–189.9) | Men | 9 | 1.1 (0.5–2.1) | | |
| | | | | Women | 6 | 1.0 (0.4–2.2) | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Lehman & Hein (2006) (contd.) | | | Kidney (189.0–189.2) | Men | 6 | 0.9 (0.3–1.9) | | |
| | | | | Women | 8 | 1.1 (0.5–2.1) | | |
| | | | Leukaemia (204–208) | Men | 8 | 0.7 (0.3 –1.4) | | |
| | | | | Women | 19 | 1.2 (0.7–1.9) | | |
| | | | | Employment: | | | | |
| | | | | 1 mo– < 6 mo | 8 | 1.1 (0.5–2.2) | | |
| | | | | 6 mo–2 yr | 4 | 0.6 (0.2–1.6) | | |
| | | | | 2 yr– < 10 yr | 9 | 1.3 (0.6–2.5) | | |
| | | | | ≥ 10 yr | 6 | 1.0 (0.4–2.2) | | |

CI, confidence interval; mo, month or months; PMR, proportional mortality ratio; RR, relative risk; SMR, standardized mortality ratio; vs, versus; yr, year or years

Table 2.3 Case–control studies on sinonasal cancer in shoe workers or workers exposed to leather dust

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases/ deaths | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Cecchi et al. (1980) Hospital-based Florence, Italy 1963–79 | Nose and paranasal sinuses | 66 cases (46 men, 20 women) diagnosed with adenocarcinoma in Florence, records from the Otorhinolaryngology clinic and the Radiology Instititute of the University of Florence | Controls were matched to cases by sex, age (± 5 yr), place of residence, smoking habits and year of hospital admission. Each case had 2 non-cancer controls admitted to the department of internal medicine in the hospital | Social worker interview to collect data on occupational history | Shoe makers | Adenocarcinomas 7/11 cases 0/22 controls (P < 0.001) | Matched on sex, age, place or residence (as surrogate for SES), smoking habits and year of admission | |
| Hardell et al. (1982) Sweden 1970–79 | Nose (ICD 160) | 44 cases, age 25–85 and residents of Southern Sweden reported to the Swedish Cancer Registry 1970–79 | 541 controls referents from another study with the same region, 1970–78 | Work history from mailed questionnaire | Leather work | 1 case (2.8%) vs 5 controls (0.9%) | | Case was 1 of 3 adenocarcinomas |
| Brinton et al. (1984) Hospital-based N. Carolina & Virginia, USA 1970–80 | Nasal cavity and sinuses (160.0, 160.2–160.5, 160.8–160.9) | 193 incident cases from 4 hospitals | 2 controls per case matched on age, sex, race, and region, 232 hospital & 140 death certificate (deceased cases had 1 living & 1 dead control) controls | Telephone interview with subject or next-of-kin | Leather or shoe industry | 1.3 (0.1–9.4) | Adjusted for sex | |
| | | | | | Leather exposure | 0.7 (0.2–2.0) | | | |

**Table 2.3 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases/ deaths | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Merler et al. (1986) Vigevano, Italy 1968–82 | Nasal epithelial tumours Nasal adenocarcinomas | 21 cases (16 men, 5 women) from otolaryngology departments of three hospitals, the hospital cancer registry of the National Cancer Institute of Milan and city mortality records | 2 controls per case were selected from the general population and matched by vital status, age, sex and residence | Interview to obtain occupational history. Estimated level of exposure based on specific tasks, workplaces, duration, technology and hygienic evaluation | Light/Uncertain Heavy Light/Uncertain Heavy | 7 11 5 8 | All epithelial tumours: 7.5 (1.8–31.7) 121 (17.3–844.3) Adenocarcinoma: 20.4 (2.7–152.0) 88.0 (12.1–642.0) | Matched on age, sex, and residence | Matched and unmatched analyses yielded similar results. Unmatched results presented |
| Bimbi et al. (1988) Hospital-based Milan, Italy 1982–85 | Nasal cavity and paranasal sinus (160.0–160.9) (epithelial neoplasms) | 53 (40 men, 13 women) cases admitted to the Head and Neck Oncology Department of the National Institute for Study and Treatment of Cancer in Milan | 217 controls selected from patients admitted in the same yr with malignant tumour of the nasopharynx, thyroid or salivary glands | Occupational history was taken from hospital records | Leather workers (3 cases, 0 controls) | | RR is reported as incalculable because 0 controls reported working in the leather industry | | |
| Loi et al. (1989) Hospital-based Pisa, Italy 1972–83 | Nasal cavity and paranasal sinus (160.0–160.9) | 38 incident cases (all male) of nasal and paranasal sinus cancer admitted to Pisa University Hospital between October 1972 and October 1983 | 186 hospital controls (51 match) matched for sex, age (± 3 yr), province of usual residence, date (± 6 mo), excluding nasal tumours, respiratory tract malignancies and lymphomas | Mailed-out questionnaire on employment in leather-working industries & specific occupational risk factors | Leather exposure: All tumours | | 8.1 (2.0–33.5) | Matched on age, sex, and residence | |

335

**Table 2.3 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases/ deaths | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Shimizu et al. (1989) Hospital-based Japan 1983–85 | Maxillary sinus (160.2), squamous cell carcinomas only | 66 cases aged 42–77 yr (45 men, 21 women) October 1983 to October 1985 six university hospitals in six prefectures | 132 controls were randomly selected from the same jurisdiction as the cases residence and matched for age (± 5 yr) and sex (2:1 match) | Self-administered questionnaires, occupational exposures and other risk factors | Leather workers | | 2.1 (0.1–38.3) | Matched on age and sex | |
| Bolm-Audorff et al. (1989, 1990) Hospital-based Hessia, Germany 1983–85 | Nasal and paranasal sinus cancer (160) | 62 cases identified through 85 otorhinolaryngological and 8 pathology departments | Patients with non-occupational bone fractures matched on age, sex, and residence | In-person interviews | Leather dust exposure | | 2/62 cases and 0/62 controls | Matched on age, sex, and residence | |
| Comba et al. (1992a) Hospital-based Verona, Vicenza, Siena, Italy 1982–87 | Nasal cavity and paranasal sinus (160) (epithelial neoplasms) | 78 cases (55 men, 23 women) from the University of Verona Institute of Pathology and ENT Clinic, ENT departments at the hospitals of Vincenza, Bussolengo, and Legnago and Institute of Pathology at the University of Siena | 254 controls (184 men, 70 women) admitted to the same hospitals (excluding chronic rhinosinusal disease and actute nasal bleeding) matched for admission date, hospital, sex, age (± 5 yr) & residence | Interviews and/or mailed questionnaires collected information on occupational history with specific questions for leather workers | Leather workers Shoe makers Associated with leather work: Adenocarcinoma Squamous cell carcinoma | 5 | 6.8 (2.2–15) 8.3 (1.9–36) 14.1 (2.6–76) 1.6 (0.21–12) | Matched on age, sex, and residence. 90% confidence limits used | |

**Table 2.3 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases/ deaths | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Comba et al. (1992b) Hospital-based Brescia, Italy 1980–89 | Nasal cavity and paranasal sinus (160) (epithelial neoplasms) | 35 cases diagnosed and treated by the ENT department of the radiotherapy unit of the Brescia Hospital | 102 controls from ENT department and for age (± 5 yr) and sex radiotherapy unit files with neoplastic diseases of the head and neck and matched | Telephone interview to collect detailed occupational items related to shoe-manufacturing history, specific industries | Leather workers (1 case) | | 9.0 | Matched on age and sex | |
| Magnani et al. (1993) Hospital-based Biella, Italy 1976–88 | Nasal cavity and paranasal sinus (160.0, 160.2–160.9) (epithelial or unspecified neoplasms) | 33 cases identified by the Local Health Authorities of Biella and Cossato | 131 controls (4:1 match) randomly chosen and matched on age and sex admitted same hospital, same year | Mailed questionnaire to patient and next-of-kin with work history | Shoe-manufacturing or other leather industries | 3 | 3.5 (0.6–2.–0.3) | Matched on age and sex | |
| Luce et al. (1992, 1993) Population-based France 1986–88 | Nasal cavity and paranasal sinus (160.0, 160.2–160.9) | 207 (167 men, 40 women) cases of primary malignancies of the nasal cavity and paranasal sinuses diagnosed between January 1986 and February 1988 at 27 hospitals in France | 409 controls were obtained from: 1) hospital cancer patients, matched for age frequency-and sex 2) controls selected from lists provided by cases for sex, age matching (± 10 yr), and residence | Physician interview to collect detailed occupational history | Shoe and leather workers: Ever employed < 15 yr > 15 yr 15 yr in duction Leather dust: Medium-high level | 3 3 | Squamous cell carcinomas: 2.1 (0.5–8.3) 1.9 (0.2–18.3) 2.3 (0.4–12.3) 2.1 (0.5–8.3) 3.1 (0.8–12.4) Adenocarcinomas: 0 cases identified | Matched on age and sex | |

**Table 2.3 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases/ deaths | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Battista et al. (1995) Population-based Italy | Nasal cavity and paranasal sinus (160) | 96 cases of malignant neoplasms of the nose and paranasal sinuses diagnosed during 1982–87 in the catchment areas of the hospitals of Verona, Vicenza and Siena | 378 hospital controls matched for sex, age (± 5 yr), residence and time of admission; all diagnoses were accepted except chronic rhinosinusal disease, acute nasal bleeding | Interviews or mailed questionnaires to collect work history with specific questions in particular industries | Association with occupation: Leather workers Shoe makers | 2 | 6.8 (1.9–25) 8.3 (1.9–36) | Matched on age, sex, and residence. 90% confidence limits used | |
| Teschke et al. (1997) Population-based Canada | Nasal cavity and paranasal sinus (160) | All incident cases with histologically confirmed primary malignant tumours age ≥ 19 yr, 1990–92 | Controls were selected randomly from 5-yr age and sex strata of the provincial voters list; frequency-matched for age and sex | Occupational histories were obtained by interview | Shoe and leather workers | | 0/48 cases and 6/159 controls | Adjusted for age, sex, and smoking | |
| 't Mannetje et al. (1999a) Pooled analysis Italy, France, Netherlands, Germany, Sweden | Nasal cavity and paranasal sinus (160) Adenocarcinomas and squamous cell carcinomas | 555 cases (451 men, 104 women) | 1705 controls (1464 men, 241 women) from the same studies. The control:case ratio ranged from 1 to 12.3, with an overall ratio of 3.1 | Interviews were conducted to collect lifetime occupational histories. Exposures assessed with a job–exposure matrix | Exposure to leather dust: Women Men Adenocarcinomas Squamous cell carcinomas | 7 26 15 10 | 2.7 (0.8–9.4) 1.9 (1.1–3.4) 3.0 (1.3–6.7) 1.5 (0.7–3.0) | Adjusted for age, study, sex (when applicable), smoking (when applicable) | The attributable risk for sinonasal cancer in relation to occupation was 33%. Data from Hardell et al. (1982), Hayes et al. (1986), Merler et al. (1986), Bolm-Audorf et al. (1989), Comba et al. (1992a, b), Luce et al. (1992), and Magnani et al. (1993) |

CI, confidence interval; OR, odds ratio; RR, relative risk; SES, socioeconomic status; yr, year or years

**Table 2.4 Case–control studies on respiratory cancer in shoe workers or workers exposed to leather dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders |
|---|---|---|---|---|---|---|---|---|
| Gustavsson et al. (1998) Community-based Sweden 1988–91 | Oral cavity (143–145), pharynx (146–149), larynx (161), oesophagus (150) | 545 incident cases (all male) of squamous cell carcinomas taken from the entire population of Swedish men aged 40–79 living in Stockholm or the southern region of Sweden | 641 controls (all male) frequency-matched to cases for age and region | Interviewed by nurses on smoking history, use of oral snuff, alcohol habits and occupational history | Leather dust: All sites / Oral cavity / Pharynx / Larynx / Oesophagus | 16 / 3 / 5 / 5 / 3 | 2.1 (0.9–4.9) / 2.2 (0.5–8.7) / 2.8 (0.8–10.2) / 2.1 (0.7–6.6) / 2.6 (0.6–10.7) | Matched on age and region. Adjusted for alcohol and smoking |
| Laforest et al. (2000) Population-based France 1989–91 | Larynx (161) and hypopharynx (148) (squamous cell only) | 497 incident (all male) histologically confirmed cases from 15 French hospitals | 296 cancer controls from the same medical environment matched for age and as cases were recruited during 1987–91 in the same or nearby hospitals | Occupational physician interview to collect data on lifetime occupational history. Exposures assessed with a job–exposure matrix | Exposure to leather dust: Never exposed / Ever exposed / Never exposed / Ever exposed | 288 / 8 / 198 / 3 | Larynx / 1.0 / 0.9 (0.6–1.3) / Hypopharynx / 1.0 / 0.8 (0.2–4.1) | Adjusted for age, smoking and alcohol consumption |
| Jöckel et al. (2000) Pooled analysis Germany 1988–93, 1990–96 | Lung (162) | 4184 (3498 men, 868 women) identified during 1988–93 in Bremen, Frankfurt, and during 1990–96 in North Rhine-Westphalia, Rhineland-Palatinate, East Bavaria, the Saarland, Thuringia, and Saxony | 4253 (3541 men, 712 women) population controls matched for sex, age, and region of residence | Interviewed to collect information on job history and occupational exposure | Shoe workers: Men– / Ever employed / Exposed / >0–3 yr / >3–30 yr / >30 yr / Women– / Ever employed / Exposed / >0–3 yr / >3–30 yr / >30 yr | 63 / 18 / 33 / 12 / 13 / 7 / 6 / 0 | 1.6 (1.0–2.5) / 0.7 (0.3–1.4) / 2.5 (1.2–5.1) / 2.8 (0.9–9.2) / 2.7 (0.8–8.8) / 3.6 (0.4–32.1) / 3.0 (0.6–14.5) / no data | Adjusted for smoking and asbestos exposure |

**Table 2.4 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders |
|---|---|---|---|---|---|---|---|---|
| Matos *et al.* (2000) Hospital-based Argentina 1994–96 | Lung (162) | 199 male patients residents in the city or in the province of Buenos Aires and admitted for treatment in any of four hospitals | 393 controls; two male control subjects hospitalized for conditions unrelated to tobacco use during the same period and residents in the same area, matched by hospital and age (± 5 yr) | Occupational history obtained by interview; occupational exposure assessed by job–exposure matrix | Occupation: leather shoes & repair<br>Industry: leather shoes & repair | 8<br><br>12 | 1.5 (0.5–4.2)<br><br>2.2 (0.8–5.8) | Adjusted for age group, hospital, pack-year and industries with $P < 0.05$ |
| Boffetta *et al.* (2003) Pooled analysis France Italy, Spain, Switzerland 1980–83 | Larynx (161) and hypopharynx (148) | 1010 male cases with histologically confirmed epidermoid carcinomas from Turin, Varese, Pamplona, Calvados, Zaragoza, and Geneva | 2176 population-based controls from the same centres, chosen census lists, electoral roles, or population registries | Occupational histories collected by interview | Larynx/ hypopharynx Shoe makers/ repair<br>Shoe finishers<br>Larynx Only<br>Shoe finishers<br>1–10 yr<br>11–20 yr<br>21+ yr | 15<br><br>7<br><br>3<br>4<br>0 | 1.2 (0.6–2.6)<br><br>3.2 (0.8–13.9)<br>4.4 (1.0–18.8)<br><br>4.6<br>2.7<br>0.0 | Adjusted for age, centre, alcohol, and smoking |

CI, confidence interval; OR, odds ratio; yr, year or years

**Table 2.5 Case–control studies on cancer of the bladder in shoe workers or workers exposed to leather dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Cole et al. (1972) Population-based Massachusetts, USA | Bladder and lower urinary tract | 461 histologically confirmed cases of transitional or squamous cell carcinoma | 485 controls selected from the same sex and age from residents lists for the area | Lifetime work history collected by interview | Men: leather products | 79 | 2.0 (1.4–2.9) | Age and smoking | |
| | | | | | Finishing & associated | 44 | 2.7 (1.6–4.5) | | |
| | | | | | Contact with finished | 13 | 1.7 (0.9–3.4) | | |
| Silverman et al. (1983) Population-based Detroit, USA 1977–78 | Bladder and lower urinary tract | 303 male, histologically confirmed transitional or squamous cell carcinoma cases identified by 60/61 hospitals in the region | 296 controls selected through random-digit dialling or random selection from Health Care Finance Administration lists selected to be similar in age to cases | Lifetime work history collected by interview | Leather & leather products manufacture & repair | 4 | 0.5 (0.1–1.6) | Unadjusted | |
| | | | | | Shoe repairman and bootblack | 3 | 0.7 (0.2–3.3) | | |
| Schoenberg et al. (1984) Population-based New Jersey, USA 1978–79 | Bladder (188) | 658 male, histologically confirmed carcinoma cases | 1258 controls selected through random-digit dialling or random selection from Health Care Finance Administration lists selected to be similar in age to cases | Lifetime work history collected by interview | Leather worker | 19 | 1.8 (0.9–3.5) | Age and smoking | |
| | | | | | Leather products | 6 | 1.2 (0.4–3.6) | | |
| | | | | | Shoe repair/bootblack | 9 | 1.9 (0.7–5.1) | | |
| | | | | | Leather materials | 34 | 1.9 (1.1–3.2) | | |

Table 2.5 (continued)

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Marrett et al. (1986), Population-based, 10 areas, USA 1978–79 | Bladder | 2982 histologically confirmed carcinoma cases | 5782 controls selected through random-digit dialling or random selection from Health Care Finance Administration lists selected to be similar in age to cases | Lifetime work history collected by interview | Leather dust<br>< 5 yr<br>5–14 yr<br>15+ yr | 42<br>21<br>6<br>13 | 1.4 (0.9–2.1)<br>1.6 (0.9–2.8)<br>0.8 (0.3–1.9)<br>1.4 (0.7–3.0) | Unadjusted | |
| Silverman et al. (1989), Population-based, 10 areas, USA 1977–78 | Bladder | 2100 histologically confirmed white male carcinoma cases, 75% of cases were interviewed. | 3874 white male controls selected through random-digit dialling (84% interviewed) or random selection from Health Care Finance Administration lists (83% interviewed) selected to be similar in age to cases | Lifetime work history collected by interview | Leather-processing workers | 13 | 1.2 (0.6–2.7) | Smoking | Further adjustment for age, education and other factors had no effect |
| Schumacher et al. (1989), Population-based, Utah, USA 1977–83 | Bladder (188) | 417 (332 men and 85 women) cases identified by the Utah cancer registry | 877 (685 men and 192 women) controls selected by random-digit dialling or randomly from Health Care Finance Administration lists, frequency-matched on sex and age | Lifetime occupational histories obtained by interview | Men: Ever Leather industry<br>< 10 yr<br>≥ 10 yr<br>> 45 yr before diagnosis<br>Men: leather dust<br>Women: leather dust | <br><br><br><br>2<br>1 | 1.4 (0.5–4.0)<br>1.4 (0.5–4.6)<br>1.2 (0.1–13.4)<br>3.0 (0.6–13.8)<br>0.8 (0.1–5.1)<br>2.3 (0.03–179) | Age, smoking, religion, education | |

**Table 2.5 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Siemiatycki et al. (1994) Population-based case-control study, Montreal, Canada 1979–86 | Bladder | 484 cases among male residents of the Montreal area | 1879 cancer cases from the same large study (all sites, excluding kidney) and 533 population controls from random-digit dialling | Extensive interview review by exposure assessment team | Leather workers: <br> < 10 yr <br> ≥ 10 yr <br> Shoe makers: <br> < 10 yr <br> ≥ 10 yr <br> Leather dust: <br> Substantial <br> Non-substantial | 12 <br> 14 <br><br> 5 <br> 1 <br><br> 8 <br> 5 | 1.0 (0.5–1.9) <br> 0.7 (0.4–1.3) <br><br> 2.0 (0.7–5.6) <br> 0.3 (0.0–2.0) <br><br> 0.7 (0.3–1.5) <br> 0.6 (0.2–1.5) | Age, ethnicity, SES, smoking, and coffee consumption | |
| Teschke et al. (1997) Population-based Canada 1990–92 | Bladder (188) | All incident cases (n = 105) with histologically confirmed primary malignant tumours age ≥ 19 yr | Controls (n = 139) selected randomly from 5-yr age and sex strata of provincial voters list; frequency-matched for age and sex | Occupational histories were obtained by interview | Shoe and leather workers | 2 | 0.4 (0.1–2.6) | Age, sex, and smoking | |
| 't Mannetje et al. (1999b) Re-analysis of 11 population-based studies Germany, France, Italy, Greece, Denmark, Spain, 1976–96 | Bladder | 700 incident female cases, age 30–79 yr | 2425 population-based or hospital controls individually or frequency-matched on age group and geographic area | Lifetime occupational history | Shoe makers and leather goods makers | 7 | 0.4 (0.2–1.1) | Age, smoking, and study centre | |

343

**Table 2.5 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Kogevinas et al. (2003) Re-analysis of 11 population-based studies Germany, France, Italy, Greece, Denmark, Spain, 1976–96 | Bladder | 3346 incident male cases, age 30–79 yr | 6840 population-based or hospital controls individually or frequency-matched on age group and geographic area | Lifetime occupational history | Leather workers | 48 | 1.3 (0.9–1.9) | Age, smoking, and study centre | Authors reported that risks were higher in studies conducted in 1990s vs 1980s |
| Samanic et al. (2008) Hospital-based Spain 1998–2000 | Bladder carcinoma or in situ (1880–1889) (2337) | 1219 incident cases (1067 men, 152 women, 84% participation) from 18 hospitals, age 21–80 yr | 1465 controls (1105 men, 166 women, 88% participation) from the same hospitals with unrelated diseases and matched on sex, age, race/ethnicity, and hospital | Computer Assisted Interview (CAPI) | Leather, tanning and finishing Overall<br>< 10 yr<br>≥ 10 yr | 28<br>10<br>18 | 0.8 (0.4–1.3)<br>0.9 (0.4–2.2)<br>0.7 (0.3–1.4) | Age, region, smoking, other high-risk occupation | |

CI, confidence interval; OR, odds ratio; yr, year or years; SES, socioeconomic status

**Table 2.6 Other case–control studies with results for shoe workers or workers exposed to leather dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Mikoczy et al. (1996) Nested case–control study Sweden 1900–89 | Pancreas, lung, soft tissue sarcoma | 68 cases occurred among a cohort of 2487 workers from 3 Swedish tanneries | 178 controls, 3 per case, matched on age and selected using incidence-density sampling from the same cohort | Exposure assigned by an occupational hygienist and employees based on work histories | Leather dust: Pancreas Lung Soft tissue sarcoma | 8 8 NR | 7.2 (1.4–35.9) 0.7 (0.2–2.1) 3.8 (0.3–48.0) | Age, sex, and plant | All 4 pancreas cases & 1/11 controls exposed to vegetable dust No "noteworthy" associations reported for stomach, kidney, or bladder |
| Costantini et al. (2001) Multicentre (12 areas) population-based study Italy 1991–93 | Lymphatic and haematopoietic cancers | Incident cases age 20–74 diagnosed during 1991–93. Composed of 811 male and 639 female NHL cases, 193 male and 172 female Hodgkin disease cases, and 383 male and 269 female leukaemia cases | 1779 controls randomly selected from the general population frequency-matched on sex and age group | Interview at home to collect detailed occupational history and exposure to solvents and pesticides | Shoe makers and leather goods makers: Men– NHL and CLL Hodgkin disease All leukaemia | 30 3 7 | 1.0 (0.5–1.9) 1.2 (0.3–4.0) 0.9 (0.3–2.2) | Age | Detailed results not presented for women |

**Table 2.6 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Terry et al. (2005) Population-based USA & Canada 1986–89 | Leukaemia | 811 incident cases from a multisite study | 637 controls recruited through random-digit dialling with frequency-matching on age, sex, race, and region | Telephone interview to gather information on employment and duration in 27 occupations | Leather/shoe industry or shoe repair (1+ yr) All leukaemia AML | | 0.7 (0.3–1.5) 0.6 (0.3–1.5) | Age, sex, race, region, smoking, education, proxy response | Overall 84% response from cases, 34% from proxies. Overall 66% reponse rate with 13% surrogate respondents |
| Forand (2004) USA 1981–87 | Leukaemia (204–208) | 36 incident cases during 1981–90 among men 65 yr or older, residing in the town of Union and deceased as of August 1997 | 144 controls (all men) were matched by death certificate for year of death and year of birth (± 1 yr) | Occupation and employer determined from death certificates | Employment in boot & shoe industry AML Leukaemia | 13 4 | 1.5 (0.7–3.1) 1.2 (0.3–4.3) | Matching on date of birth and death | |

AML, acute myeloid leukaemia; CI, confidence interval; CLL, chronic lymphocytic leukaemia; NHL, non-hodgkin leukaemia; NR, not reported; OR, odds ratio; yr, year or years

the prevalence of leather work in the source population.]

Results of descriptive studies from the United Kingdom and the Nordic countries are presented in Table 2.1. High relative risks were observed, particularly when presenting results for adenocarcinoma (Acheson *et al.*, 1970a, 1982). Relative risks in more recent studies are somewhat lower, but still significantly elevated (Acheson *et al.*, 1982; Olsen, 1988; Andersen *et al.*, 1999).

A large excess was reported in the pooled English and Florence cohorts, based on 12 and one cases observed, respectively (Fu *et al.*, 1996). The risk of sinonasal cancer was associated with probable exposure to leather dust in the English cohort (Fu *et al.*, 1996), and the excess was reported to be greatest in the finishing area in the earlier report on the English cohort (Pippard & Acheson, 1985). Results for sinonasal cancer were not reported for the Russian and American shoe-manufacturing cohorts (Bulbulyan *et al.*, 1998; Lehman & Hein, 2006). The US cohort study reported there was 'no evidence of any significant level of exposure to leather dust.' No sinonasal cancer cases were reported in any of the three proportionate mortality ratio (PMR) studies. There were 2.2 and 1.9 expected cases in the studies of Decouflé & Walrath (1983) and Walrath *et al.* (1987), respectively. Expected numbers were not reported for Garabrant & Wegman (1984), see Table 2.2.

Fourteen sinonasal case–control studies and one pooled re-analysis of seven European studies were reviewed. Twelve of the 14 studies observed evidence of an excess of sinonasal cancer, although sometimes based on very small numbers. The largest odds ratios were observed in the Italian studies, with odds ratios in the range of 3.5 (95%CI: 0.6–2.3) (Magnani *et al.*, 1993) to 121 (95%CI: 17.3–844) for heavy leather dust exposure (Merler *et al.*, 1986). In addition, two studies reported an infinite risk (Cecchi *et al.*, 1980 with seven cases and zero controls; Bimbi *et al.*, 1988 with three cases and zero controls).

Excesses were also observed in studies from Sweden (Hardell *et al.*, 1982), Japan (Shimizu *et al.*, 1989), Germany (Bolm-Audorff *et al.*, 1989, 1990), and France (Luce *et al.*, 1992, 1993). The only non-positive studies were from the USA (Brinton *et al.*, 1984) and Canada (Teschke *et al.*, 1997), the only North American studies. The pooled re-analysis of European case–control studies observed increased risks associated with leather dust exposure among both men (OR, 1.9; 95%CI: 1.1–3.4) and women (odds ratio [OR], 2.7; 95%CI: 0.8–9.4), see Table 2.3.

Relative risks (RR) for adenocarcinoma were consistently high in descriptive (Acheson *et al.*, 1970b, 1982) and case–control studies (Cecchi *et al.*, 1980; Merler *et al.*, 1986; Comba *et al.*, 1992a; 't Mannetje *et al.*, 1999a). However, smaller excess risks were also observed in the few cases where squamous cell carcinoma results were presented (Shimizu *et al.*, 1989; Luce *et al.*, 1992, 1993; 't Mannetje *et al.*, 1999a).

In reviewing trends from Northamptonshire, the United Kingdom, Acheson *et al.* (1982) noted that the majority of cases had been employed in the departments with the most dusty operations, and that they had much higher risk compared to other operatives (RR, 4.5; 95%CI: 2.8–6.8). The retrospective cohort study of workers employed in the British boot and shoe industry also observed the highest risks among workers employed in the jobs with the highest exposure to leather dust (Pippard & Acheson, 1985). This was also observed in the update of the British cohort for the pooled analysis (Fu *et al.*, 1996). An increased risk among workers with the highest leather dust exposure was also observed in case–control studies that reported results for leather dust exposure (Merler *et al.*, 1986; Luce *et al.*, 2002). Most other case–control studies did not provide details regarding leather dust exposure, although Loi *et al.* (1989) did report that four of five leather workers were milling-machine operators, a group thought to have high leather dust exposure. In a pooled analysis of European

studies 't Mannetje *et al.* (1999a) observed an excess of adenocarcinoma (OR, 3.0; 95%CI: 1.3–6.7) as well as a possible increase for squamous cell carcinoma (OR, 1.5; 95%CI: 0.7–3.0).

## 2.2 Other respiratory cancers

None of the cohort or PMR studies reported results for the pharynx alone (Table 2.2). Among the three US PMR studies, Decouflé & Walrath (1983) and Walrath *et al.* (1987) observed slightly more cases than expected, but Garabrant & Wegman (1984) observed slightly less cases than expected. Tarvainen *et al.* (2008) observed an excess of oral and pharyngeal cancer among shoe makers in Finland based on only two cases. Gustavsson *et al.* (1998) observed an excess risk of squamous cell cancer associated with leather dust for both oral (OR, 2.2; 95%CI: 0.5–8.7) and pharyngeal (OR, 2.8; 95%CI: 0.8–10.2) cancer. Laforest *et al.* (2000) found no association between exposure to leather dust and squamous cell carcinoma of the hypopharynx. Boffetta *et al.* (2003) did not report separate results for the pharynx, but observed an excess of carcinomas of the larynx and hypopharynx among shoe finishers, but not shoe makers or repairers, see Table 2.4.

No excesses of cancer of the larynx were observed in the updated English or Italian cohorts or the three PMR studies (Table 2.2). Results for cancer of the larynx were not reported in the Russian or US cohorts. Gustavsson *et al.* (1998) observed an excess risk of squamous cell carcinoma of the larynx associated with leather dust exposure (OR, 2.1; 95%CI: 0.7–6.6). Laforest *et al.* (2000) found no association (OR, 0.9; 95%CI: 0.6–1.3) between exposure to leather dust and squamous cell carcinoma of the larynx. Boffetta *et al.* (2003) observed an excess of carcinoma of the larynx among shoe finishers (OR, 4.4; 95%CI: 1.0–18.8) that was not associated with duration of employment.

No excesses of lung cancer were observed in the updated English or Italian cohorts (Fu *et al.*, 1996). An excess was observed among men, but not among women in the Russian cohort (Bulbulyan *et al.*, 1998). The excess was limited to workers exposed to non-solvents who were also identified as having potential exposure to leather dust. An excess of lung cancer among both men and women was observed in the US cohort, which was not related to duration of employment (Lehman & Hein, 2006). Using indirect methods, the authors estimated that part, but not all, of the excess could be due to increased smoking rates among blue-collar workers. Although a small, but significant excess of lung cancer was observed among men (PMR, 1.2; *P* < 0.05) in Decouflé & Walrath (1983), no such excess was observed among women in the same study or among either sex in the other two PMR studies. In a pooled analysis of two German case–control studies, an excess risk for lung cancer among both male and female shoe workers was observed (Jöckel *et al.*, 2000). An excess was also observed in a a small Argentine case–control study (Matos *et al.*, 2000).

## 2.3 Leukaemia

Early studies reported in the previous *IARC Monograph* identified an unusually high prevalence of leukaemia and aplastic anaemia among shoe workers exposed to benzene in both Italy and Turkey (Aksoy *et al.*, 1974, 1976; Vigliani, 1976; Vigliani & Forni, 1976; Aksoy & Erdem, 1978). An excess was also identified in the Italian cohort study where benzene exposures were reported to be very high until 1963 when regulations were changed (Paci *et al.*, 1989; Fu *et al.*, 1996). An excess of leukaemia was observed among workers in the Russian cohort compared to the general population, and all five were in the highest solvent-exposed group (Bulbulyan *et al.*, 1998). All five of these cases were employed before 1960 when co-exposure to benzene was possible.

No excess was observed in the updated English cohort (Fu *et al.*, 1996). No excess of leukaemia was observed in the US cohort study (Lehman & Hein 2006). However, benzene was not detected in industrial hygiene surveys for the US study and "company management asserted that benzene had never been present in the solvents used at either of the plants." No excesses were observed in the three US PMR studies. Andersen *et al.* (1999) also did not observe an excess in the Nordic Census to tumour registry linkage study. More recent case–control studies, including a large, multicentre Italian study with cases diagnosed during 1991–93, have not observed an excess risk for leukaemia associated with employment in the leather industries (Costantini *et al.*, 2001; Forand, 2004; Terry *et al.*, 2005).

## 2.4 Cancer of the bladder

An excess of cancer of the bladder was not observed in the updated British, Italian, or US cohorts (Fu *et al.*, 1996; Lehman & Hein, 2006). A significant excess of cancer of the bladder was observed among women shoe workers (PMR, 2; *P* < 0.05) in Decouflé & Walrath (1983). However, no excess was observed among men. No excess of cancer of the bladder among either sex in another PMR study was found (Walrath *et al.*, 1987). Pukkala *et al.* (2009) observed a slight excess in the Nordic Census to tumour registry linkage study (SIR, 1.08; 95%CI: 0.98–1.19).

Results for cancer of the bladder from 11 case–control studies are presented in Table 2.5. Two studies, both using broad definitions of leather work, observed strong evidence of an excess risk. Cole *et al.* (1972) observed an excess risk among leather-product workers. Schoenberg *et al.* (1984) observed an excess among men working with leather materials. Several studies observed very small excesses associated with leather work. Marrett *et al.* (1986) found a very weak association associated with leather dust. Schumacher *et al.* (1989) found very weak evidence of an excess

risk associated with the leather industry, but not with leather dust. Kogevinas *et al.* (2003) observed a possible small excess among men from 11 European studies in a pooled re-analysis but 't Mannetje *et al.* (1999b) observed a decreased risk among women from the same studies. Other studies either observed no risk or a decreased risk for cancer of the bladder among leather workers. Silverman *et al.* (1983) did not observe an excess among either leather products workers or shoe repairers in Detroit, USA. Silverman *et al.* (1989) did not observe an excess among either leather processing workers from ten regions of the USA. Siemiatycki *et al.* (1994) and Teschke *et al.* (1997) found no evidence of an association with leather or shoe work. Samanic *et al.* (2008) also did not observe an excess for cancer of the bladder associated with leather industry workers in Spain. [The Working Group noted that the results of Silverman *et al.* (1983) and Marrett *et al.* (1986) were not adjusted for smoking.]

## 2.5 Other cancers

Excesses of other cancers have been observed in some studies, but no consistent pattern has emerged (Decouflé & Walrath, 1983; Garabrant & Wegman, 1984; Walrath *et al.*, 1987; Mikoczy *et al.*, 1996; Bulbulyan *et al.*, 1998).

## 2.6 Synthesis

There is consistent and strong evidence from both descriptive and case–control studies associating work in the boot and shoe industry with an increased risk of cancer of the nasal cavity and paranasal sinuses. Among those studies with histological classification of the tumours, very large excess risks were observed for sinonasal adenocarcinoma. When examined in case–control studies, the Brittish cohort study, and case series, this excess appears among workers with the highest leather dust exposure. There

is strong evidence that exposure to leather dust causes cancer of the nasal cavity and paranasal sinuses.

Clusters of leukaemia cases were reported among workers with benzene exposure in the shoe industries of Italy and Turkey in the 1970s. An excess was also observed in an Italian cohort study and among a subgroup of a Russian cohort where benzene exposure was likely to have occurred. A case–control study in Italy did not observe an excess in the industry after changes in industrial practices resulted in large reductions in benzene exposure. Benzene is already recognized as a cause of leukaemia, and is likely to be the explaination of the previous excess observed in the industry.

Several early studies reported an excess risk of bladder cancer among leather workers. Two case–control studies observed an association with the leather industry, but many more recent studies found little or no association with the leather industry when tanning was not considered. For other cancer sites, no consistent pattern of excess risk was observed or too little data was available to adequately assess causality with boot and shoe manufacturing.

## 3. Cancer in Experimental Animals

No data were available to the Working Group.

## 4. Other Relevant Data

See Section 4 of the *Monograph* on Wood Dust in this Volume.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of leather dust. Leather dust causes cancer of the nasal cavity and paranasal sinuses.

No data in experimental animals for the carcinogenicity of leather dust were available to the Working Group.

Leather dust is *carcinogenic to humans (Group 1).*

## References

Acheson ED (1976). Nasal cancer in the furniture and boot and shoe manufacturing industries. *Prev Med*, 5: 295–315. doi:10.1016/0091-7435(76)90046-3 PMID:935079

Acheson ED, Cowdell RH, Jolles B (1970a). Nasal cancer in the Northamptonshire boot and shoe industry. *Br Med J*, 1: 385–393. doi:10.1136/bmj.1.5693.385 PMID:5434656

Acheson ED, Cowdell RH, Jolles B (1970b). Nasal cancer in the shoe industry. *Br Med J*, 2: 791 doi:10.1136/bmj.2.5712.791 PMID:5428750

Acheson ED, Cowdell RH, Rang EH (1981). Nasal cancer in England and Wales: an occupational survey. *Br J Ind Med*, 38: 218–224. PMID:7272233

Acheson ED, Pippard EC, Winter PD (1982). Nasal cancer in the Northamptonshire boot and shoe industry: is it declining? *Br J Cancer*, 46: 940–946. PMID:7150487

Aksoy M & Erdem S (1978). Follow up study on the mortality and the development of leukemia in 44 pancytopenic patients with chronic exposure to benzene. *Blood*, 52: 285–292. PMID:667356

Aksoy M, Erdem S, DinCol G (1974). Leukemia in shoe-workers exposed chronically to benzene. *Blood*, 44: 837–841. PMID:4529630

Aksoy M, Erdem S, Dinçol G (1976). Types of leukemia in chronic benzene poisoning. A study in thirty-four patients. *Acta Haematol*, 55: 65–72. doi:10.1159/000207996 PMID:816144

Andersen A, Barlow L, Engeland A *et al.* (1999). Shoe and leather workers: occupational group 26 in: work-related cancer in the Nordic countries. *Scand J Work Environ Health*, 25: 45–50.

Barbieri PG, Lombardi S, Candela A *et al.* (2005). Epithelial naso-sinusal cancer incidence and the role of work in 100 cases diagnosed in the Province of Brescia

(northern Italy), in the period 1978–2002 *Med Lav*, 96: 42–51. PMID:15847107

Battista G, Comba P, Orsi D *et al.* (1995). Nasal cancer in leather workers: an occupational disease. *J Cancer Res Clin Oncol*, 21: 1–6. doi:10.1007/BF01202722 PMID:7860613

Bimbi G, Battista G, Belli S *et al.* (1988). A case-control study of nasal tumors and occupational exposure *Med Lav*, 79: 280–287. PMID:3068495

Boffetta P, Richiardi L, Berrino F *et al.* (2003). Occupation and larynx and hypopharynx cancer: an international case-control study in France, Italy, Spain, and Switzerland. *Cancer Causes Control*, 14: 203–212. doi:10.1023/A:1023699717598 PMID:12814199

Bolm-Audorff U, Vogel C, Woitowitz HJ (1989). Occupational and environmental risk factors of nasal and nasopharyngeal cancer. [In German]*Staub Reinhalt Luft*, 49: 389–393.

Bolm-Audorff U, Vogel C, Woitowitz HJ (1990). *Occupation and smoking as risk factors in nasal and nasopharyngeal cancer.* In: *Occupational Epidemiology.* Sakurai *et al*, editors. Elsevier Science Publications, pp. 71–74.

Brinton LA, Blot WJ, Becker JA *et al.* (1984). A case-control study of cancers of the nasal cavity and paranasal sinuses. *Am J Epidemiol*, 119: 896–906. PMID:6731431

Bulbulyan MA, Changuina OV, Zaridze DG *et al.* (1998). Cancer mortality among Moscow shoe workers exposed to chloroprene (Russia) *Cancer Causes Control*, 9: 381–387.

Buljan J, Reich G, Ludvik J (2000). *US/RAS/92/120/11–51 Regional Programme for Pollution Control in the Tanning Industry in South-East Asia – Chrome Balance in Leather Processing.* United Nations Industrial Development Organization, pp. 27.

Cecchi F, Buiatti E, Kriebel D *et al.* (1980). Adenocarcinoma of the nose and paranasal sinuses in shoemakers and woodworkers in the province of Florence, Italy (1963–77). *Br J Ind Med*, 37: 222–225. PMID:7426471

Chen MS & Chan A (1999). China's "market economics in command": footwear workers' health in jeopardy. *Int J Health Serv*, 29: 793–811. doi:10.2190/4P4Y-3LYP-P5BX-T22E PMID:10615574

Choussy O, Ferron C, Védrine PO *et al.*GETTEC Study Group. (2008). Adenocarcinoma of Ethmoid: a GETTEC retrospective multicenter study of 418 cases. *Laryngoscope*, 118: 437–443. doi:10.1097/MLG.0b013e31815b48e3 PMID:18176354

Cole P, Hoover R, Friedell GH (1972). Occupation and cancer of the lower urinary tract. *Cancer*, 29: 1250–1260. doi:10.1002/1097-0142(197205)29:5<1250::AID-CNCR2820290518>3.0.CO;2-T PMID:5021618

Comba P, Barbieri PG, Battista G *et al.* (1992b). Cancer of the nose and paranasal sinuses in the metal industry: a case-control study. *Br J Ind Med*, 49: 193–196. PMID:1554616

Comba P, Battista G, Belli S *et al.* (1992a). A case-control study of cancer of the nose and paranasal sinuses and occupational exposures. *Am J Ind Med*, 22: 511–520. doi:10.1002/ajim.4700220406 PMID:1442786

Costantini AS, Miligi L, Kriebel D *et al.* (2001). A multicenter case-control study in Italy on hematolymphopoietic neoplasms and occupation. *Epidemiology*, 12: 78–87. doi:10.1097/00001648-200101000-00014 PMID:11138825

Decouflé P & Walrath J (1983). Proportionate mortality among US shoeworkers, 1966–1977. *Am J Ind Med*, 4: 523–532. doi:10.1002/ajim.4700040406 PMID:6869377

Forand SP (2004). Leukaemia incidence among workers in the shoe and boot manufacturing industry: a case-control study. *Environ Health*, 3: 7 doi:10.1186/1476-069X-3-7 PMID:15339334

Fu H, Demers PA, Costantini AS *et al.* (1996). Cancer mortality among shoe manufacturing workers: an analysis of two cohorts. *Occup Environ Med*, 53: 394–398. doi:10.1136/oem.53.6.394 PMID:8758034

Garabrant DH & Wegman DH (1984). Cancer mortality among shoe and leather workers in Massachusetts. *Am J Ind Med*, 5: 303–314. doi:10.1002/ajim.4700050407 PMID:6720693

Gustavsson P, Jakobsson R, Johansson H *et al.* (1998). Occupational exposures and squamous cell carcinoma of the oral cavity, pharynx, larynx, and oesophagus: a case-control study in Sweden. *Occup Environ Med*, 55: 393–400. doi:10.1136/oem.55.6.393 PMID:9764099

Hansen MB, Rydin S, Menne T, Duus Johansen J (2002). Quantitative aspects of contact allergy to chromium and exposure to chrome-tanned leather *Contact Dermat*, 47: 127–134. doi:10.1034/j.1600-0536.2002.470301.x

Hardell L, Johansson B, Axelson O (1982). Epidemiological study of nasal and nasopharyngeal cancer and their relation to phenoxy acid or chlorophenol exposure. *Am J Ind Med*, 3: 247–257. doi:10.1002/ajim.4700030304 PMID:6303119

Hayes RB, Gerin M, Raatgever JW, de Bruyn A (1986). Wood-related occupations, wood dust exposure, and sinonasal cancer. *Am J Epidemiol*, 124: 569–577. PMID:3752051

IARC (1981). Wood, leather and some associated industries. Lyon, 3–10 June 1980. *IARC Monogr Eval Carcinog Risk Chem Hum*, 25: 1–379. PMID:6939655

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

International Labour Office (2004) *Yearbook of labour statistics 2004*, Geneva.

Jöckel KH, Pohlabeln H, Bolm-Audorff U *et al.* (2000). Lung cancer risk of workers in shoe manufacture and repair. *Am J Ind Med*, 37: 575–580. doi:10.1002/(SICI)1097-0274(200006)37:6<575::AID-AJIM1>3.0.CO;2-F PMID:10797500

Kogevinas M, 't Mannetje A, Cordier S *et al.* (2003). Occupation and bladder cancer among men in Western Europe. *Cancer Causes Control*, 14: 907–914. doi:10.1023/B:CACO.0000007962.19066.9c PMID:14750529

Laforest L, Luce D, Goldberg P *et al.* (2000). Laryngeal and hypopharyngeal cancers and occupational exposure to formaldehyde and various dusts: a case-control study in France. *Occup Environ Med*, 57: 767–773. doi:10.1136/oem.57.11.767 PMID:11024201

Lehman EJ & Hein MJ (2006). Mortality of workers employed in shoe manufacturing: an update. *Am J Ind Med*, 49: 535–546. doi:10.1002/ajim.20322 PMID:16732556

Loi AM, Amram DL, Bramanti L *et al.* (1989). Nasal cancer and exposure to wood and leather dust. A case-control study in Pisa area. *J Exp Clin Cancer Res*, 8: 13–19.

Luce D, Gérin M, Leclerc A *et al.* (1993). Sinonasal cancer and occupational exposure to formaldehyde and other substances. *Int J Cancer*, 53: 224–231. doi:10.1002/ijc.2910530209 PMID:8425759

Luce D, Leclerc A, Bégin D *et al.* (2002). Sinonasal cancer and occupational exposures: a pooled analysis of 12 case-control studies. *Cancer Causes Control*, 13: 147–157. doi:10.1023/A:1014350004255 PMID:11936821

Luce D, Leclerc A, Morcet JF *et al.* (1992). Occupational risk factors for sinonasal cancer: a case-control study in France. *Am J Ind Med*, 21: 163–175. doi:10.1002/ajim.4700210206 PMID:1536152

Magnani C, Comba P, Ferraris F *et al.* (1993). A case-control study of carcinomas of the nose and paranasal sinuses in the woolen textile manufacturing industry. *Arch Environ Health*, 48: 94–97. PMID:8476310

Markkanen P & Levenstein C (2004). New points of production: homework and shoemaking in Asia. *New Solut*, 14: 301–318. PMID:17208819

Marrett LD, Hartge P, Meigs JW (1986). Bladder cancer and occupational exposure to leather. *Br J Ind Med*, 43: 96–100. PMID:3947575

Matos EL, Vilensky M, Mirabelli D, Boffetta P (2000). Occupational exposures and lung cancer in Buenos Aires, Argentina. *J Occup Environ Med*, 42: 653–659. doi:10.1097/00043764-200006000-00017 PMID:10874659

Merler E, Baldasseroni A, Laria R *et al.* (1986). On the causal association between exposure to leather dust and nasal cancer: further evidence from a case-control study. *Br J Ind Med*, 43: 91–95. PMID:3947574

Mikoczy Z, Schütz A, Strömberg U, Hagmar L (1996). Cancer incidence and specific occupational exposures in the Swedish leather tanning industry: a cohort based case-control study. *Occup Environ Med*, 53: 463–467. doi:10.1136/oem.53.7.463 PMID:8704870

Olsen JH (1988). Occupational risks of sinonasal cancer in Denmark. *Br J Ind Med*, 45: 329–335. PMID:3378013

Paci E, Buiatti E, Seniori Costantini AS *et al.* (1989). Aplastic anemia, leukemia and other cancer mortality in a cohort of shoe workers exposed to benzene. *Scand J Work Environ Health*, 15: 313–318. PMID:2799316

Pippard EC & Acheson ED (1985). The mortality of boot and shoe makers, with special reference to cancer. *Scand J Work Environ Health*, 11: 249–255. PMID:4059888

Pukkala E, Martinsen JI, Lynge E *et al.* (2009). Occupation and cancer - follow-up of 15 million people in five Nordic countries. *Acta Oncol*, 48: 646–790. doi:10.1080/02841860902913546 PMID:19925375

Samanic CM, Kogevinas M, Silverman DT *et al.* (2008). Occupation and bladder cancer in a hospital-based case-control study in Spain. *Occup Environ Med*, 65: 347–353. doi:10.1136/oem.2007.035816 PMID:17951336

Schoenberg JB, Stemhagen A, Mogielnicki AP *et al.* (1984). Case-control study of bladder cancer in New Jersey. I. Occupational exposures in white males. *J Natl Cancer Inst*, 72: 973–981. PMID:6585596

Schumacher MC, Slattery ML, West DW (1989). Occupation and bladder cancer in Utah. *Am J Ind Med*, 16: 89–102. doi:10.1002/ajim.4700160110 PMID:2750753

Seniori Costantini A, Quinn M, Consonni D, Zappa M (2003). Exposure to benzene and risk of leukemia among shoe factory workers. *Scand J Work Environ Health*, 29: 51–59. PMID:12630436

Shimizu H, Hozawa J, Saito H *et al.* (1989). Chronic sinusitis and woodworking as risk factors for cancer of the maxillary sinus in northeast Japan. *Laryngoscope*, 99: 58–61. doi:10.1288/00005537-198901000-00011 PMID:2909822

Siemiatycki J, Dewar R, Nadon L, Gérin M (1994). Occupational risk factors for bladder cancer: results from a case-control study in Montreal, Quebec, Canada. *Am J Epidemiol*, 140: 1061–1080. PMID:7998589

Silverman DT, Hoover RN, Albert S, Graff KM (1983). Occupation and cancer of the lower urinary tract in Detroit. *J Natl Cancer Inst*, 70: 237–245. PMID:6571931

Silverman DT, Levin LI, Hoover RN, Hartge P (1989). Occupational risks of bladder cancer in the United States: I. White men. *J Natl Cancer Inst*, 81: 1472–1480. doi:10.1093/jnci/81.19.1472 PMID:2778834

Stroszejn-Mrowca G & Szadkowska-Stańczyk I (2003). Exposure to dust and its particle size distribution in shoe manufacture and repair workplaces measured with GRIMM laser dust monitor. *Int J Occup Med Environ Health*, 16: 321–328. PMID:14964641

't Mannetje A, Kogevinas M, Chang-Claude J *et al.* (1999b). Occupation and bladder cancer in European women. *Cancer Causes Control*, 10: 209–217. PMID:10454066.

't Mannetje A, Kogevinas M, Luce D *et al.* (1999a). Sinonasal cancer, occupation, and tobacco smoking in European women and men. *Am J Ind Med*, 36: 101–107. PMID:10361593.

Tarvainen L, Kyyrönen P, Kauppinen T, Pukkala E (2008). Cancer of the mouth and pharynx, occupation and exposure to chemical agents in Finland [in 1971–95

*Int J Cancer*, 123: 653–659. doi:10.1002/ijc.23286 PMID:18470913

Terry PD, Shore DL, Rauscher GH, Sandler DP (2005). Occupation, hobbies, and acute leukemia in adults. *Leuk Res*, 29: 1117–1130. doi:10.1016/j.leukres.2005.03.002 PMID:16111530

Teschke K, Morgan MS, Checkoway H *et al.* (1997). Surveillance of nasal and bladder cancer to locate sources of exposure to occupational carcinogens. *Occup Environ Med*, 54: 443–451. doi:10.1136/oem.54.6.443 PMID:9245952

Uuklainen SO, Heikkilä PR, Olkinuora PS, Kiilunen M (2002). Self-reported occupational health hazards and measured exposures to airborne impurities and noise in shoe repair work. *Int J Occup Environ Health*, 8: 320–327. PMID:12412849

Vachayil J (2007) In The Financial Express.

Vasama-Neuvonen K, Pukkala E, Paakkulainen H *et al.* (1999). Ovarian cancer and occupational exposures in Finland. *Am J Ind Med*, 36: 83–89. doi:10.1002/(SICI)1097-0274(199907)36:1<83::AID-AJIM12>3.0.CO;2-Q PMID:10361591

Vermeulen R, Lan Q, Li G *et al.* (2006). Assessment of dermal exposure to benzene and toluene in shoe manufacturing by activated carbon cloth patches. *J Environ Monit*, 8: 1143–1148. doi:10.1039/b608076f PMID:17075621

Vigliani EC (1976). Leukemia associated with benzene exposure. *Ann N Y Acad Sci*, 271: 143–151. doi:10.1111/j.1749-6632.1976.tb23103.x PMID:1069497

Vigliani EC & Forni A (1976). Benzene and leukemia. *Environ Res*, 11: 122–127. doi:10.1016/0013-9351(76)90115-8 PMID:767102

Walker JT, Bloom TF, Stern FB *et al.* (1993). Mortality of workers employed in shoe manufacturing. *Scand J Work Environ Health*, 19: 89–95. PMID:8316784

Walrath J, Decouflé P, Thomas TL (1987). Mortality among workers in a shoe manufacturing company. *Am J Ind Med*, 12: 615–623. doi:10.1002/ajim.4700120514 PMID:3687954

Wang L, Zhou Y, Liang Y *et al.* (2006). Benzene exposure in the shoemaking industry in China, a literature survey, 1978–2004. *Regul Toxicol Pharmacol*, 46: 149–156. doi:10.1016/j.yrtph.2006.06.009 PMID:16989927

Zaridze D, Bulbulyan M, Changuina O *et al.* (2001). Cohort studies of chloroprene-exposed workers in Russia. *Chem Biol Interact*, 135–136: 487–503. doi:10.1016/S0009-2797(01)00184-3 PMID:11397408

# SILICA DUST, CRYSTALLINE, IN THE FORM OF QUARTZ OR CRISTOBALITE

Silica was considered by previous IARC Working Groups in 1986, 1987, and 1996 (IARC, 1987a, b, 1997). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

Silica, or silicon dioxide ($SiO_2$), is a group IV metal oxide, which naturally occurs in both crystalline and amorphous forms (i.e. polymorphic; NTP, 2005). The various forms of crystalline silica are: α-quartz, β-quartz, α-tridymite, β-tridymite, α-cristobalite, β-cristobalite, keatite, coesite, stishovite, and moganite (NIOSH, 2002). The most abundant form of silica is α-quartz, and the term quartz is often used in place of the general term crystalline silica (NIOSH, 2002).

### 1.1 Identification of the agent

α-Quartz is the thermodynamically stable form of crystalline silica in ambient conditions. The overwhelming majority of natural crystalline silica exists as α-quartz. The other forms exist in a metastable state. The nomenclature used is that of α for a lower-temperature phase, and β for a higher-temperature phase. Other notations exist and the prefixes low- and high-are also used (IARC, 1997). The classification and nomenclature of silica forms are summarized in Table 1.1. For more detailed information, refer to the previous *IARC Monograph* (IARC, 1997).

### 1.2 Chemical and physical properties of the agent

Selected chemical and physical properties of silica and certain crystalline polymorphs are summarized in Table 1.1. For a detailed discussion of the crystalline structure and morphology of silica particulates, and corresponding physical properties and domains of thermodynamic stability, refer to the previous *IARC Monograph* (IARC, 1997).

### 1.3 Use of the agent

The physical and chemical properties of silica make it suitable for many uses. Most silica in commercial use is obtained from naturally occurring sources, and is categorized by end-use or industry (IARC, 1997; NTP, 2005). The three predominant commercial silica product categories are: sand and gravel, quartz crystals, and diatomites.

**Table 1.1 Nomenclature, CAS numbers, and classification of silica forms with selected physical and chemical properties**

| Name | CAS No. | Basic Formula | Classification | Synonyms | Properties |
|------|---------|---------------|----------------|----------|------------|
| Silica | 7631-86-9 | $SiO_2$ | α-quartz, β-quartz; α-tridymite, β1-tridymite; β2-tridymite; α-cristobalite, β-cristobalite; coesite; stishovite; moganite | | Structure: crystalline, amorphous, cryptocrystalline<br>Molecular weight: 60.1<br>Solubility: poorly soluble in water at 20 °C and most acids; increases with temperature and pH<br>Reactivity: reacts with alkaline aqueous solutions, with hydrofluoric acid (to produce silicon tetrafluoride gas), and catechol |
| **Crystalline Silica** | | | | | |
| Cristobalite | 14464-46-1 | | α-cristobalite, β-cristobalite | | |
| Quartz | 14808-60-7 | | α-quartz, β-quartz | α-quartz: agate; chalcedony; chert; flint; jasper; novaculite; quartzite; sandstone; silica sand; tripoli | Solubility: 6–11 μg/cm³ (6–11 ppm) at room temperature; slightly soluble in body fluids<br>Thermodynamic properties: melts to a glass; coefficient of expansion by heat— lowest of any known substance |
| Tripoli | 1317-95-9 | | | | |
| Tridymite | 15468-32-3 | | α-tridymite, β1-tridymite, β2-tridymite | | |

From IARC (1997), NIOSH (2002), NTP (2005)

### 1.3.1 Sand and gravel

Although silica sand has been used for many different purposes throughout history, its most ancient and principal use has been in the manufacture of glass (e.g. containers, flat plate and window, and fibreglass). Sands are used in ceramics (e.g. pottery, brick, and tile), foundry (e.g. moulding and core, refractory), abrasive (e.g. blasting, scouring cleansers, sawing and sanding), hydraulic fracturing applications, and many other uses. Several uses require the material to be ground (e.g. scouring cleansers, some types of fibreglass, certain foundry applications). In some uses (e.g. sandblasting, abrasives), grinding also occurs during use. For a more complete list of end-uses, refer to Table 8 of the previous *IARC Monograph* (IARC, 1997).

According to the US Geological Survey, world production in 2008 was estimated to be 121 million metric tons (Dolley, 2009). The leading producers were the USA (30.4 million metric tons), Italy (13.8 million metric tons), Germany (8.2 million metric tons), the United Kingdom (5.6 million metric tons), Australia (5.3 million metric tons), France (5 million metric tons), Spain (5 million metric tons), and Japan (4.5 million metric tons).

### 1.3.2 Quartz crystals

Quartz has been used for several thousand years in jewellery as a gem stone (e.g. amethyst, citrine), and is used extensively in both the electronics and optical components industries. Electronic-grade quartz is used in electronic circuits, and optical-grade quartz is used in windows, and other specialized devices (e.g. lasers) (IARC, 1997).

### 1.3.3 Diatomites

Diatomites are used in filtration, as fillers (in paint, paper, synthetic rubber goods, laboratory absorbents, anti-caking agents, and scouring powders), and as carriers for pesticides. They impart abrasiveness to polishes, flow and colour qualities to paints, and reinforcement to paper. Other uses include: insulators, absorption agents, scourer in polishes and cleaners, catalyst supports, and packing material (IARC, 1997).

According to the US Geological Survey, world production in 2008 was estimated to be 2.2 million metric tons. The USA accounted for 35% of total world production, followed by the People's Republic of China (20%), Denmark (11%), Japan (5%), Mexico (4%), and France (3%) (Crangle, 2009).

## 1.4 Environmental occurrence

Keatite, coesite, stishovite, and moganite are rarely found in nature. The most commonly occurring polymorphs are quartz, cristobalite and tridymite, which are found in rocks and soil. These forms of silica can be released to the environment via both natural and anthropogenic sources (e.g. foundry processes, brick and ceramics manufacturing, silicon carbide production, burning of agricultural waste or products, or calcining of diatomaceous earth). Some of these anthropogenic activities may cause transformation of one polymorph into another (NIOSH, 2002).

### 1.4.1 Natural occurrence

α-Quartz is found in trace to major amounts in most rock types (e.g. igneous, sedimentary, metamorphic, argillaceous), sands, and soils. The average quartz composition of major igneous and sedimentary rocks is summarized in Table 10 of the previous *IARC Monograph* (IARC, 1997). Quartz is a major component of soils, composing 90–95% of all sand and silt fractions in a soil. It is the primary matrix mineral in the metalliferous veins of ore deposits, and can also be found in semiprecious stones, such as amethyst, citrine, smoky quartz, morion, and tiger's eye (IARC, 1997).

Crystalline tridymite and cristobalite are found in acid volcanic rocks. Cristobalite also occurs in some bentonite clays, and as traces in diatomite. Although rarely found in nature, coesite and stishovite have been found in rocks that equilibrated in short-lived high-pressure environments (e.g. meteoritic impact craters), and keatite has been found in high-altitude atmospheric dusts, which are believed to originate from volcanic sources (IARC, 1997).

For a more detailed description of the natural occurrence of crystalline silica and its polymorphs in air, water and soil, refer to the previous *IARC Monograph* (IARC, 1997).

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

Inhalation of crystalline silica during the use of commercial products containing quartz is thought to be the primary route of exposure for the non-occupationally exposed (i.e. general) population. Commercial products containing quartz include: cleansers, cosmetics, art clays and glazes, pet litter, talcum powder, caulk, putty, paint, and mortar. No quantitative data on potential levels of exposurem during the use of these products were available at the time of

writing (WHO, 2000). The general population may also be exposed via ingestion of potable water containing quartz particles; however, quantitative data on concentrations of quartz in potable or other forms of drinking-water were again not available (IARC, 1997; WHO, 2000).

### 1.5.2 Occupational exposure

Because of the extensive natural occurrence of crystalline silica in the earth's crust and the wide uses of the materials in which it is a constituent, workers may be exposed to crystalline silica in a large variety of industries and occupations (IARC, 1997). Table 1.2 lists the main industries and activities in which workers could be exposed to crystalline silica. Included in this table are activities that involve the movement of earth (e.g. mining, farming, construction, quarrying), disturbance of silica-containing products (e.g. demolition of masonry and concrete), handling or use of sand- and other silica-containing products (e.g. foundry processes, such as casting, furnace installation and repair; abrasive blasting; production of glass, ceramics, abrasives, cement, etc.).

Estimates of the number of workers potentially exposed to respirable crystalline silica have been developed by the National Institute of Occupational Safety and Health (NIOSH) in the USA and by CAREX (CARcinogen EXposure) in Europe. Based on the National Occupational Exposure Survey (NOES), conducted during 1981–83, and the *County Business Patterns 1986*, NIOSH estimated that about 1.7 million US workers were potentially exposed to respirable crystalline silica (NIOSH, 2002). Based on occupational exposure to known and suspected carcinogens collected during 1990–93, the CAREX database estimates that more than 3.2 million workers in the then 15 Member States of the European Union during 1990–93 were considered as occupationally exposed to respirable crystalline silica above background

level (Kauppinen *et al.*, 2000). Nearly 87% of these workers were employed in 'construction' ($n$ = 2080000), 'manufacture of other non-metallic mineral products' ($n$ = 191000), 'other mining' ($n$ = 132000), 'manufacture of pottery, china and earthenware' ($n$ = 96000), 'manufacture of machinery except electrical' ($n$ = 78000), 'iron and steel basic industries' ($n$ = 68000), 'manufacture of fabricated metal products, except machinery and equipment' ($n$ = 68000), and 'metal ore mining' ($n$ = 55000). The countries with the highest number of potentially exposed workers were: Germany (1 million workers), the United Kingdom (580000 workers), Spain (400000 workers), Italy (250000 workers), the Netherlands (170000 workers), France (110000 workers), and Austria (100000 workers) (Kauppinen *et al.*, 2000; Mirabelli & Kauppinen, 2005; Scarselli *et al.*, 2008).

For representative data in the main industries where quantitative exposure levels were available in the published literature and/or where major occupational health studies had been conducted, refer to the previous *IARC Monograph* (IARC, 1997). These main industries include mines and quarries, foundries and other metallurgical operations, ceramics and related industries, construction, granite, crushed stone and related industries, sandblasting of metal surfaces, agriculture, and miscellaneous other operations (IARC, 1997). Data from studies and reviews on crystalline silica exposure published since the previous *IARC Monograph* are summarized below.

### (a) Levels of occupational exposure

To estimate the number of US workers potentially exposed to high levels of crystalline silica and to examine trends in exposure over time, Yassin *et al.* (2005) analysed data contained in the OSHA Integrated Management Information System (IMIS) database. After exclusion of duplicate bulk and area samples, a total of 7209 personal sample measurements collected during

**Table 1.2 Main activities in which workers may be exposed to crystalline silica**

| Industry/activity | Specific operation/task | Source material |
|---|---|---|
| Agriculture | Ploughing, harvesting, use of machinery | Soil |
| Mining and related milling operations | Most occupations (underground, surface, mill) and mines (metal and non-metal, coal) | Ores and associated rock |
| Quarrying and related milling operations | Crushing stone, sand and gravel processing, monumental stone cutting and abrasive blasting, slate work, diatomite calcination | Sandstone, granite, flint, sand, gravel, slate, diatomaceous earth |
| Construction | Abrasive blasting of structures, buildings<br>Highway and tunnel construction<br>Excavation and earth-moving<br>Masonry, concrete work, demolition | Sand, concrete<br>Rock<br>Soil and rock<br>Concrete, mortar, plaster |
| Glass, including fibreglass | Raw material processing<br>Refractory installation and repair | Sand, crushed quartz<br>Refractory materials |
| Cement | Raw materials processing | Clay, sand, limestone, diatomaceous earth |
| Abrasives | Silicon carbide production<br>Abrasive products fabrication | Sand<br>Tripoli, sandstone |
| Ceramics, including bricks, tiles, sanitary ware, porcelain, pottery, refractories, vitreous enamels | Mixing, moulding, glaze or enamel spraying, finishing | Clay, shale, flint, sand, quartzite, diatomaceous earth |
| Iron and steel mills | Refractory preparation and furnace repair | Refractory material |
| Silicon and ferro-silicon | Raw materials handling | Sand |
| Foundries (ferrous and non-ferrous) | Casting, shaking out<br>Abrasive blasting, fettling<br>Furnace installation and repair | Sand<br>Sand<br>Refractory material |
| Metal products including structural metal, machinery, transportation equipment | Abrasive blasting | Sand |
| Shipbuilding and repair | Abrasive blasting | Sand |
| Rubber and plastics | Raw material handling | Fillers (tripoli, diatomaceous earth) |
| Paint | Raw materials handling | Fillers (tripoli, diatomaceous earth, silica flour) |
| Soaps and cosmetics | Abrasive soaps, scouring powders | Silica flour |
| Asphalt and roofing felt | Filling and granule application | Sand and aggregate, diatomaceous earth |
| Agricultural chemicals | Raw material crushing, handling | Phosphate ores and rock |
| Jewellery | Cutting, grinding, polishing, buffing | Semiprecious gems or stones, abrasives |
| Dental material | Sandblasting, polishing | Sand, abrasives |
| Automobile repair | Abrasive blasting | Sand |
| Boiler scaling | Coal-fired boilers | Ash and concretions |

From IARC, 1997

2512 OSHA inspections during 1988–2003 were analysed. The findings suggest that geometric mean crystalline silica exposure levels declined in some high-risk construction industries during the period under study, and revealed a significant decline when compared with silica exposure levels found in a previous study by Stewart & Rice (1990). Geometric mean airborne silica exposure levels among workers in the following industries were significantly lower in 1988–2003

than in 1979–87: general contractor industry (0.057 mg/m$^3$ versus 0.354 mg/m$^3$), bridge-tunnel construction industry (0.069 mg/m$^3$ versus 0.383 mg/m$^3$), and stonework masonry industry (0.065 mg/m$^3$ versus 0.619 mg/m$^3$). Silica exposures in the grey-iron industry also declined by up to 54% for some occupations (e.g. the geometric mean for "furnace operators" in 1979–87 was 0.142 mg/m$^3$ versus 0.066 mg/m$^3$ in 1988–2003). [The Working Group noted that exposure levels may not have decreased globally.]

Table 1.3 presents the more recent studies that assessed the levels of respirable crystalline silica in a range of industries and countries. Other recent exposure studies that did not measure the respirable crystalline silica components are presented below.

### (b) Mines

As part of a cohort mortality study follow-up in four tin mines in China, Chen et al. (2006) developed quantitative exposure estimates of silica mixed dust. Workers in the original cohort were followed up from the beginning of 1972 to the end of 1994. Cumulative exposure estimates were calculated for each worker using their mine employment records and industrial hygiene measurements of airborne total dust, particle size, and free silica content collected since the 1950s. Total dust concentrations of the main job titles exposed were found to have declined from about 10–25 mg/m$^3$ in the beginning of the 1950s to about 1–4 mg/m$^3$ in the 1980s and 1990s. The respirable fraction of total dust was estimated to be 25 ± 4%, and the respirable crystalline silica concentration was estimated to be 4.3% of the total mixed mine dust

Tse et al. (2007) conducted a cross-sectional study to investigate the prevalence of accelerated silicosis among 574 gold miners in Jiangxi, China. Using occupational hygiene data abstracted from government documents and bulk dust data from a study in another gold mine in the region, the estimated mean concentration of respirable

silica dust were reported as 89.5 mg/m$^3$ (range, 70.2–108.8 mg/m$^3$). According to government documents, the total dust concentration in underground gold mining was in the range of 102.6–159 mg/m$^3$ (average, 130.8 mg/m$^3$), and the fraction of silica in total dust was around 75.7–76.1%. No data on the proportion of respirable dust were available.

To determine dose–response relationships between exposure to respirable dust and respiratory health outcomes, Naidoo et al. (2006) used historical data (n = 3645) and current measurements (n = 441) to characterize exposure to respirable coal mine dust in three South African coal mines. Jobs were classified into the following exposure zones: face (directly involved with coal extraction), underground backbye (away from the coal mining face), and work on the surface. Based on the 8-hour full-shift samples collected respectively, mean respirable dust concentrations in Mines 1, 2, and 3, were as follows: 0.91 mg/m$^3$ (GSD, 3.39; mean silica content, 2.3%; n = 102), 1.28 mg/m$^3$ (GSD, 2.11; mean silica content, 1.4%; n = 63), and 1.90 mg/m$^3$ (GSD, 2.23; mean silica content, 2.7%; n = 73) at the face; 0.48 mg/m$^3$ (GSD, 2.97; mean silica content, 1.48%; n = 30), 0.56 mg/m$^3$ (GSD, 3.71; mean silica content, 1.35%; n = 47), and 0.52 mg/m$^3$ (GSD, 4.06; mean silica content, 0.9%; n = 41) in the backbye zone; and, 0.31 mg/m$^3$ (GSD, 3.52; mean silica content, 0.95%; n = 8), 0.15 mg/m$^3$ (GSD, 3.56; n = 6), and 0.24 mg/m$^3$ (GSD, 7.69; mean silica content, 0.64%; n = 11) in the surface zone. Based on the historical data, overall geometric mean dust levels were 0.9 mg/m$^3$ (GSD, 4.9), 1.3 mg/m$^3$ (GSD, 3.3), and 0.5 mg/m$^3$ (GSD, 5.6) for Mines 1, 2, and 3, respectively.

### (c) Granite-quarrying and -processing, crushed stone, and related industries

Bahrami et al. (2008) described the personal exposure to respirable dust and respirable quartz in stone-crushing units located in western Islamic Republic of Iran. A total of 40 personal samples

**Table 1.3 Respirable crystalline silica concentrations in various industries worldwide**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| **Mines** | | | | |
| Hayumbu et al. (2008), copper mines, the Zambia | Mine 1<br>Mine 2 | Arithmetic mean (SD range)<br>0.14 (0.2; 0–1.3)<br>0.06 (0.06; 0–0.3) | 101<br>102 | Cross-sectional dust exposure assessment; bulk and personal respirable samples; NIOSH method 0600 for gravimetric analysis of respirable dust; NIOSH method 7500 for quartz analysis of bulk and respirable samples; mean personal sampling time: 307 minutes (Mine 1) and 312 minutes (Mine 2) |
| Weeks & Rose (2006), metal and non-metal mines, USA, 1998–2002 | Strip and open pit mines<br>Mills or preparation plants<br>Underground mines<br>Overall | Arithmetic mean (GM)<br>0.047 (0.027)<br>0.045 (0.027)<br>0.050 (0.029)<br>0.047 (0.027) | 13702<br>1145<br>1360<br>16207 | Mine Safety and Health Administration compliance data from 4726 mines; 8-hour full-shift personal air samples; gravimetric analysis of respirable dust; NIOSH method 7500 for silica analysis; arithmetic and geometric mean exposure calculated and classified by occupation, mine, and state |
| Bråtveit et al. (2003), underground small-scale mining, United Republic of Tanzania, 2001 | Drilling, blasting, and shovelling<br>Shovelling and loading of sacks<br>Overall | Geometric mean (GSD)<br>2.0 (1.7)<br>1.0 (1.5)<br>1.6 (1.8) | 6<br>3<br>9 | Personal dust sampling (respirable and total dust) on 3 consecutive day shifts; sampling time varied between 5 and 8 hours; gravimetric analysis of respirable and total dust; NIOSH method 7500 for silica analysis |
| Park et al. (2002), diatomaceous earth mining and milling, California, USA, 1942–94 | Mines and mills | Arithmetic mean<br>0.29<br>Cumulative exposure (mg/m³-yr)<br>2.16 | NR | Re-analysis of data from a cohort of 2342 California diatomaceous earth workers; mean concentration of respirable crystalline silica averaged over years of employment of cohort; crystalline silica content of bulk samples varied from 1–25%, and depended on process location |
| Mamuya et al. (2006), underground coal mining, United Republic of Tanzania; June–August 2003 and July–August 2004 | Development team<br>Mine team<br>Transport team<br>Maintenance team<br>Overall | Geometric mean (GSD)<br>0.073 (11.1)<br>0.013 (2.97)<br>0.006 (1.84)<br>0.016 (11.05)<br>0.027 (8.18) | 56<br>45<br>11<br>13<br>125 | Personal dust samples collected during two periods in 2003 and 2004; 134 respirable dust samples collected and analysed gravimetrically; 125 samples analysed for quartz using NIOSH method 7500 |

361

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Granite-quarrying and -processing, crushed stone, and related industries | | | | |
| Wickman & Middendorf (2002) Granite-quarrying, Georgia, USA; May 1993–February 1994 | Granite sheds | Arithmetic mean (SD) 0.052 (0.047) | 40 | Exposure assessment surveys in 10 granite sheds to measure compliance; full-shift respirable dust samples in workers' breathing zone and area samples; gravimetric analysis of respirable dust; crystalline silica analysis using OSHA ID 142; TWA exposures calculated |
| Brown & Rushton (2005a) Industrial silica sand, United Kingdom, 1978–2000 | Quarries | Unadjusted geometric mean (GSD) 0.09 (3.9) | 2429 (personal) 583 (static) | Samples collected by companies as part of routine monitoring programme; gravimetric analysis; silica content measured by Fourier transform infrared spectrophotometry until 1997 and by X-ray diffraction thereafter; personal and static measurements combined into one data set |
| Gottesfeld et al. (2008) Stone–crushing mills, India, 2003 (initial phase), 2006 and 2007 (post-implementation of engineering controls) | Prior to water-spray controls (2003) | Arithmetic mean (SD) Cristobalite, 0.09 (0.08) Quartz, 0.25 (0.12) | [5] [5] | Bulk and personal air samples collected; silica analysis using NIOSH method 7500; NIOSH method 0500 for respirable particulates used in 2003 |
| | After water-spray controls | | | |
| | Monsoon season (winter 2007) | Cristobalite, 0.02 (0.01) Quartz, 0.01 (0.01) | [18] [18] | |
| | Dry season (summer 2006) | Cristobalite, 0.03 (0.03) Quartz, 0.06 (0.12( | [27] [27] | |
| Yingratanasuk et al. (2002) Stone carvers, Thailand, 1999–2000 | Carvers (Site 1) Pestle makers (Site 1) Mortar makers (Site 2) Mortar makers (Site 3) | Arithmetic mean 0.22 0.05 0.05 0.88 | 148 (total number of samples) | Cross-sectional study design; full-shift (8-hour) personal dust samples; respirable dust analysed gravimetrically; silica analysis by infrared spectrophotometry |

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Rando et al. (2001) Industrial sand industry, North America, 1974–98 | Sand-processing plants | Geometic mean 0.042 (overall) | 14249 | Exposure estimates created for a longitudinal and case-referent analysis of a cohort of industrial sand workers; gravimetric analysis of total dust; silica analysis by X-ray diffraction spectroscopy |
| Yassin et al. (2005) Stonework masonry, USA, 1988–2003 | All occupations | Geometric mean (GSD) 0.065 (0.732) | 274 | Analysis of personal silica measurements ($n$ = 7209) in OSHA IMIS; samples collected using OSHA method ID 142 during 2512 compliance inspections |
| **Foundries** | | | | |
| Andersson et al. (2009) Iron foundry, Sweden, April 2005–May 2006 | | Geometric mean (GSD) | | Respirable dust, quartz, cristobalite, trydimite samples collected on 2 consecutive workdays for shift and daytime workers; gravimetric analysis conducted using modified NIOSH method; respirable quartz and cristobalite analysed using modified NIOSH method 7500 |
| | Caster | 0.020 (1.8) | 22 | |
| | Core Maker | 0.016 (2.3) | 55 | |
| | Fettler | 0.041 (2.9) | 115 | |
| | Furnace and ladle repair | 0.052 (3.7) | 33 | |
| | Maintenance | 0.021 (2.6) | 26 | |
| | Melter | 0.022 (2.0) | 49 | |
| | Moulder | 0.029 (2.6) | 64 | |
| | Sand mixer | 0.020 (2.3) | 14 | |
| | Shake out | 0.060 (1.7) | 16 | |
| | Transportation | 0.017 (2.6) | 13 | |
| | Other | 0.020 (2.0) | 28 | |
| | All occupations | 0.028 (2.8) | 435 | |

363

## Table 1.3 (continued)

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Yassin et al. (2005) Grey–iron foundry, USA 1988–2003 | | Geometric mean (GSD) | | Analysis of personal silica measurements (n = 7 209) in OSHA IMIS; samples collected using OSHA method ID 142 during 2512 compliance inspections |
| | Spruer | 0.154 (0.100) | 22 | |
| | Hunter operator | 0.093 (1.144) | 10 | |
| | Charger | 0.091 (0.999) | 8 | |
| | Core maker | 0.078 (1.033) | 89 | |
| | Grinder | 0.075 (0.821) | 371 | |
| | Molder | 0.073 (0.910) | 308 | |
| | Abrasive blast operator | 0.070 (0.821) | 56 | |
| | Sorter | 0.067 (0.827) | 23 | |
| | Reline cupola | 0.067 (0.725) | 29 | |
| | Furnace operator | 0.066 (0.766) | 47 | |
| | Core setter | 0.066 (0.671) | 23 | |
| | Craneman | 0.066 (0.815) | 16 | |
| | Cleaning department | 0.060 (0.879) | 36 | |
| | Inspector | 0.057 (1.298) | 21 | |
| | Ladle repair | 0.055 (0.829) | 30 | |
| **Other metallurgical operations** | | | | |
| Foreland et al. (2008) Silicon carbide industry, Norway, November 2002–December 2003 | Cleaning operators (Plant A) | Geometric mean 0.020 (quartz) | 720 (total) | Exposure survey conducted in 3 silicon carbide plants; measurements collected to improve previously developed job–exposure matrix; sampling duration close to full shift (6–8 hours); 2 sampling periods of 2 work weeks; gravimetric analysis of respirable dust; silica analysis using modified NIOSH method 7500 |
| | Mix operators (Plants A and C), charger/mix and charger operators (Plant C) | 0.008–0.013 (quartz) | | |
| | All other jobs (Plants A, B and C) | < 0.005 (quartz) | | |
| | Charger/mix operators (Plant C) | 0.038 (cristobalite) | | |
| **Construction** | | | | |
| Tjoe-Nij et al. (2003) Construction, the Netherlands | | Geometric mean (GSD) | | Cross-sectional study design; repeated dust measurements (n = 67) on 34 construction workers; full-shift (6–8 hours) personal respirable dust sampling; gravimetric analysis of respirable dust; silica analysis by infrared spectroscopy (NIOSH method 7602); 8-h TWA concentrations calculated |
| | Concrete drillers and grinders | 0.42 (5.0) | 14 | |
| | Tuck pointers | 0.35 (2.8) | 10 | |
| | Demolition workers | 0.14 (2.7) | 21 | |

Silica dust, crystalline (quartz or crystobalite)

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Akbar-Khanzadeh & Brillhart (2002) Construction, USA | Concrete-finishing (grinding) | Arithmetic mean (SD) 1.16 (1.36) | 49 | Task-specific silica exposure assessment conducted as part of an OSHA Consultation Service in Ohio; gravimetric analysis of respirable samples using NIOSH method 0600; silica analysis using in-house method based on NIOSH method 7500 and OSHA ID 142 |
| Verma et al. (2003) | | Range (min–max) | | Task-based exposure assessment conducted as part of an epidemiological study of Ontario construction workers; personal dust sampling and direct-reading particulate monitoring; gravimetric analysis of respirable dust using modified NIOSH method 0600; respirable silica analysis using modified NIOSH method 7500 |
| | Labourers | 0.10–0.15 | 20 | |
| | Operating engineers | 0.04–0.06 | 3 | |
| | Carpenters, iron workers, masons, painters, terrazzo workers | below detectable limits | 17 | |
| Woskie et al. (2002) Heavy and highway construction, USA | | Geometric mean (GSD) | | Personal samples collected using the Construction Occupational Health Program sampling strategy; particulate samples analysed gravimetrically; quartz analysed by Fourier transform infrared spectrophotometry; duration of sampling—6 hours of an 8-hour working day |
| | Labourers | 0.026 (5.9) | 146 | |
| | Miscellaneous trade | 0.013 (2.8) | 26 | |
| | Operating engineers | 0.007 (2.8) | 88 | |
| Flanagan et al. (2003) Construction, USA, August 2000–January 2001 | Clean-up, demolition with hand-held tools, concrete cutting, concrete mixing, tuck-point grinding, surface grinding, sacking and patching concrete, and concrete-floor sanding | Geometric mean (GSD) 0.11 (5.21) | 113 | Respirable samples analysed gravimetrically using NIOSH method 0600; silica analysed by Fourier transform infrared spectrophotometry using NIOSH method 7602 |
| Lumens & Spee (2001) Construction, the Netherlands | | Geometric mean (GSD) | | Personal air samples collected during field study at 30 construction sites; duration of sampling 3 to 4 hours; gravimetric analysis of respirable dust samples; silica analysis using NIOSH method 7500 |
| | Recess miller | 0.7 (3.3) | 53 | |
| | Demolition worker | 1.1 (4.0) | 82 | |
| | Inner wall constructor | 0.04 (2.6) | 36 | |
| | Overall | 0.5 (5.6) | 171 | |

365

Case 3:16-md-02738-MAS-RLS Document 9896-4 Filed 05/30/19 Page 117 of 264 PageID: 73613

Table 1.3 (continued)

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Flanagan et al. (2006) Construction, USA, 1992–2002 | Abrasive blasters, surface and tuck point grinders, jackhammers, rock drills | Geometric mean (GSD) 0.13 (5.9) | 1374 | Personal silica measurements collected as part of a silica-monitoring compilation project; data provided by 3 federal or state regulatory agencies ($n = 827$ samples), 6 university or research agencies ($n = 491$), and 4 private consultants or contractors ($n = 134$) |
| Akbar-Khanzadeh et al. (2007) Construction, USA | Uncontrolled conventional grinding Wet grinding Local exhaust ventilation grinding | Arithmetic mean 61.7 0.896 0.155 | 5 sessions 7 sessions 6 sessions | Personal samples collected during grinding operations in a controlled field laboratory to evaluate the effectiveness of wet grinding and local exhaust ventilation; samples collected and analysed using NIOSH methods 0600 and 7500 |
| Bakke et al. (2002) Construction, Norway, 1996–99 | Tunnel workers | Geometric mean (GSD) α-Quartz, 0.035 (5.0) | 299 | Personal samples collected as part of exposure survey; sampling duration: 5 to 8 h; respirable dust analysed gravimetrically; silica analysed by NIOSH method 7500 |
| Linch (2002) Construction, USA, 1992–98 | Abrasive blasting of concrete structures Drilling concrete highway pavement Concrete-wall grinding Concrete sawing Milling of asphalt | TWA (8-hour) 2.8 3.3 0.26 10.0 0.36 | | Personal samples collected as part of NIOSH effort to characterize respirable silica exposure in construction industry; respirable dust collected and analysed according to NIOSH method 0600; silica analysed by NIOSH method 7500 |
| Meijer et al. (2001) Construction, USA, 1992–93 | Concrete workers | Arithmetic mean 0.06 | 96 | Personal samples of respirable dust and silica; gravimetric analysis of respirable dust; silica analysed by infrared spectrophotometry |
| Miscellaneous operations | | | | |
| Hicks & Yager (2006) Coal-fired power plants, USA | Normal production activities | Arithmetic mean 0.048 | 108 | Personal breathing zone samples collected during normal full shifts and analysed by NIOSH method 7500 |

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Shih et al. (2008) Furnace relining, Taiwan, China | | Arithmetic mean | | Exposures measured in a municipal waste incinerator during annual furnace relining; respirable dust collected and analysed by NIOSH method 0600; silica analysed by NIOSH method 7500 |
| | Sandblasting | 0.578 | 7 | |
| | Bottom-ash cleaning | 0.386 | 8 | |
| | Wall demolishing | 0.116 | 8 | |
| | Relining | 0.041 | 10 | |
| | Grid repairing | 0.042 | 14 | |
| | Scaffold establishing | 0.040 | 8 | |
| | Others | 0.082 | 8 | |
| Zhuang et al. (2001) Pottery factories and metal mines, China, 1988–89 | | Arithmetic mean | | Special exposure survey conducted to compare results obtained from traditional Chinese samplers with nylon cyclones; gravimetric analysis of cyclone samples; silica analysis using X-ray diffraction |
| | Pottery factories | 0.116 | 54 | |
| | Iron/copper mines | 0.017 | 23 | |
| | Tin mines | 0.097 | 10 | |
| | Tungsten mines | 0.101 | 56 | |
| Yassin et al. (2005) Several industries, USA, 1988–2003 | | Geometric mean (GSD) | | Analysis of personal silica measurements (n = 7 209) in OSHA IMIS; samples collected using OSHA method ID 142 during 2512 compliance inspections |
| | Soap and other detergents | 0.102 (0.757) | 6 | |
| | Testing laboratories services | 0.099 (0.896) | 53 | |
| | Cut stone and stone products | 0.091 (0.956) | 405 | |
| | General contractors | 0.091 (0.900) | 28 | |
| | Coating engraving | 0.075 (0.839) | 75 | |
| | Grey-iron foundries | 0.073 (0.877) | 1 760 | |
| | Concrete work | 0.073 (0.705) | 94 | |
| | Manufacturing explosives | 0.070 (0.841) | 9 | |
| | Bridge-tunnel construction | 0.070 (0.827) | 91 | |
| | Stonework masonry | 0.065 (0.732) | 274 | |
| | Overall | 0.073 (0.919) | 7209 | |

GM, geometric mean; GSD, geometric standard deviation; IMIS, Integrated Management Information System; NIOSH, National Institute for Occupational Safety and Health; NR, not reported; OSHA; SD, standard deviation

and 40 area samples were collected and analysed by X-ray diffraction. Personal samples were collected after the installation of local exhaust ventilation, and area samples were collected inside the industrial units before ($n = 20$) and after ($n = 20$) the installation of local exhaust ventilation. Personal samples were collected from process workers ($n = 12$), hopper workers ($n = 8$), drivers ($n = 11$), and office employees ($n = 9$). Personal concentrations of respirable dust were as follows: process workers, 0.21 mg/m³; hopper workers, 0.45 mg/m³; and, drivers, 0.20 mg/m³. Personal concentrations of respirable quartz were as follows: process workers, 0.19 mg/m³; hopper workers, 0.40 mg/m³; and, drivers, 0.17 mg/m³. Based on the area samples, the average levels of total dust and respirable dust were 9.46 mg/m³ and 1.24 mg/m³, respectively. The amount of free silica in the stone was 85–97%.

Golbabaei et al. (2004) measured TWA concentrations of total dust, respirable dust, and crystalline silica (α-quartz) in a marble stone quarry located in the north-eastern region of the Islamic Republic of Iran. Full-shift ($2 \times 4$-hour samples) personal breathing zone samples were collected and analysed using gravimetric and X-ray diffraction methods. The highest levels of total and respirable dust exposure were observed for workers in the hammer drill process area (107.9 mg/m³ and 11.2 mg/m³, respectively), and the cutting machine workers had the lowest levels of exposure (9.3 mg/m³ and 1.8 mg/m³, respectively). The highest concentrations of α-quartz in total and respirable dust were measured in hammer drill process workers (0.670 mg/m³ and 0.057 mg/m³, respectively).

In a NIOSH-conducted cohort mortality study of workers from 18 silica sand plants, Sanderson et al. (2000) estimated historical quartz exposures using personal respirable quartz measurements (collected during 1974–96) and impinger dust samples (collected in 1946). During 1974–96, a total of 4269 respirable dust samples were collected from workers performing 143 jobs at these 18 plants. Respirable quartz concentrations ranged from less than 1 to 11700 μg/m³, with a geometric mean concentration of 25.9 μg/m³. Over one-third of the samples exceeded the Mine Safety and Health Administration permissible exposure limit value for quartz (PEL, 10 mg/m³/(%quartz + 2)), and half of the samples exceeded the NIOSH recommended exposure limit [at the time] (REL, 0.050 mg/m³). Quartz concentrations varied significantly by plant, job, and year and decreased over time, with concentrations measured in the 1970s being significantly greater than those measured later.

### (d) Foundries

Lee (2009) reported on exposures to benzene and crystalline silica during the inspection of a foundry processing grey and ductile iron. The facility consisted of two buildings: the main foundry where moulding, core-making, metal pouring, and shakeout took place; and, the finishing part of the site where grinding and painting was done. Personal sampling for crystalline silica was conducted in the grinding area, in casting shakeout, and in both the mould- and core-making operations. Eight-hour TWA concentrations of crystalline silica were in the range of 2.11–4.38 mg/m³ in the grinding area ($n = 4$), 1.18–2.14 mg/m³ in the shakeout area ($n = 2$), and 1.15–1.63 mg/m³ in the core-maker area ($n = 2$). The 8-hour TWA concentration in the mould area was 0.988 mg/m³.

### (e) Construction

In a study of cement masons at six commercial building sites in Seattle, WA, USA, Croteau et al. (2004) measured personal exposures to respirable dust and crystalline silica during concrete-grinding activities to assess the effectiveness of a commercially available local exhaust ventilation (LEV) system. Levels were measured with and without LEV, one sample directly after the other. A total of 28 paired

samples were collected. The results showed that the application of LEV resulted in a mean exposure reduction of 92%, with the overall geometric mean respirable dust exposure declining from 4.5 to 0.14 mg/m³. However, approximately one quarter of the samples collected while LEV was being used were greater than the OSHA 8–hour TWA PEL (22% of samples), and the American Conference of Governmental Industrial Hygiene (ACGIH) threshold limit value (26%) for respirable crystalline silica.

Rappaport *et al.* (2003) investigated exposures to respirable dust and crystalline silica among 80 workers in four trades (bricklayers, painters (when abrasive blasting), operating engineers, and labourers) at 36 construction sites in the Eastern and Midwestern USA. A total of 151 personal respirable air samples were collected and analysed using gravimetric and X-ray diffraction methods. Painters had the highest median exposures for respirable dust and silica (13.5 and 1.28 mg/m³, respectively), followed by labourers (2.46 and 0.350 mg/m³), bricklayers (2.13 and 3.20 mg/m³), and operating engineers (0.720 and 0.075 mg/m³). The following engineering controls and workplace characteristics were found to significantly affect silica exposures: wet dust suppression reduced labourers' exposures by approximately 3-fold; the use of ventilated cabs reduced operating engineers' exposures by approximately 6-fold; and, working indoors resulted in a 4-fold increase in labourers' exposures.

## (f)  Agriculture

Archer *et al.* (2002) assessed the exposure to respirable silica of 27 farm workers at seven farms in eastern North Carolina, USA. Four-hour personal breathing zone samples (*n* = 37) were collected during various agricultural activities and analysed for respirable dust, respirable silica, and percentage silica using gravimetric and X-ray diffraction methods. The overall mean respirable dust, respirable silica, and percentage silica values were 1.31 mg/m³ (*n* = 37), 0.66 mg/m³ (*n* = 34), and 34.4% (*n* = 34), respectively. The highest respirable dust and respirable silica concentrations were measured during sweet potato transplanting (mean, 7.6 and 3.9 mg/m³, respectively; *n* = 5), and during riding on or driving an uncabbed tractor (mean, 3.1 and 1.6 mg/m³, respectively; *n* = 13).

Nieuwenhuijsen *et al.* (1999) measured personal exposure to dust, endotoxin, and crystalline silica during various agricultural operations at ten farms in California, USA, between April 1995 and June 1996. A total of 142 personal inhalable samples and 144 personal respirable samples were collected. The highest levels of inhalable dust exposure were measured during machine-harvesting of tree crops and vegetables (GM, 45.1 mg/m³ and 7.9 mg/m³, respectively), and during the cleaning of poultry houses (GM, 6.7 mg/m³). Respirable dust levels were generally low, except for machine-harvesting of tree crops and vegetables (GM, 2.8 mg/m³ and 0.9 mg/m³, respectively). The percentage of crystalline silica was higher in the respirable dust samples (overall, 18.6%; range, 4.8–23.0%) than in the inhalable dust samples (overall, 7.4%; range, not detectable to 13.0%).

## (g)  Miscellaneous operations

Harrison *et al.* (2005) analysed respirable silica dust samples (*n* = 47) from several Chinese workplaces (three tungsten mines, three tin mines, and nine pottery mines) to determine the effect of surface occlusion by alumino-silicate on silica particles in respirable dust. The average sample percentages of respirable-sized silica particles indicating alumino-silicate occlusion of their surface were: 45% for potteries, 18% for tin mines, and 13% for tungsten mines.

To provide a more precise estimate of the quantitative relationship between crystalline silica and lung cancer, 't Mannetje *et al.* (2002) conducted a pooled analysis of existing quantitative exposure data for ten cohorts exposed to silica

(US diatomaceous earth workers; Finnish and US granite workers; US industrial sand workers; Chinese pottery workers, and tin and tungsten miners; and South African, Australian, and US gold miners). Occupation- and time-specific exposure estimates were either adopted/adapted or developed for each cohort, and converted to milligrams per cubic metre ($mg/m^3$) respirable crystalline silica. The median of the average cumulative exposure to respirable crystalline silica ranged from 0.04 $mg/m^3$ for US industrial sand workers to 0.59 $mg/m^3$ for Finnish granite workers. The cohort-specific median of cumulative exposure ranged from 0.13 $mg/m^3$–years for US industrial sand workers to 11.37 $mg/m^3$–years for Australian gold miners.

In a cross-sectional survey, Hai *et al.* (2001) determined the levels of respirable nuisance and silica dusts to which refractory brickworkers were exposed at a company in Ha Noi, Viet Nam. Respirable dust levels were in the range of 2.2–14.4 $mg/m^3$ at nine sample sites. The estimated free silica content of dust was 3.5% for unfired materials at the powder collectors ($n = 8$ samples), and 11.4% in the brick-cleaning area following firing ($n = 1$ sample).

Burgess (1998) investigated processes associated with occupational exposure to respirable crystalline silica in the British pottery industry during 1930–1995, and developed a quantitative job–exposure matrix. Exposure estimates were derived from 1390 air samples, the published literature, and unpublished reports of dust control innovations and process changes. In the matrix, daily 8-hour TWA airborne concentrations of respirable crystalline silica ranged from 0.002 $mg/m^3$ for pottery-support activities performed in the 1990s to 0.8 $mg/m^3$ for firing activities in the 1930s. Although exposure estimates within decades varied, median concentrations for all process categories displayed an overall trend towards progressive reduction in exposure during the 65 year span.

## 2. Cancer in Humans

## 2.1 Cancer of the lung

In the previous *IARC Monograph* (IARC, 1997) not all studies reviewed demonstrated an excess of cancer of the lung and, given the wide range of populations and exposure circumstances studied, some non-uniformity of results had been expected. However, overall, the epidemiological findings at the time supported an association between cancer of the lung and inhaled crystalline silica (α-quartz and cristobalite) resulting from occupational exposure.

The current evaluation has a primary focus on studies that employed quantitative data on occupational exposures to crystalline silica dust (α-quartz and cristobalite). The establishment of exposure–response relationships not only provides critical evidence of causation, but the availability of quantitative exposures on crystalline silica and other exposures of relevance facilitates the accurate assessment of exposure–response relationships in the presence of potential confounders. In addition to the focus on quantitative exposure–response relationships, a summary of findings from eight published meta-analyses of lung cancer was also elaborated. Of these, the seven meta-analyses involving absolute risk summarize the information from the many studies that did not consider quantitative exposure–response relationships, while the eighth is a meta-analysis of exposure-response.

Findings from cohort studies are given in Table 2.1 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.1.pdf, and those for the case–control studies are provided in Table 2.2 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.2.pdf. Given that there was concern by the previous IARC Working Group that different exposure settings (including the nature of the industry and the crystalline silica polymorph) may give rise to different (or

no) cancer risks, this evaluation is divided into sections based on the industrial setting where exposure to silica occurs. As with other evaluations, data from community-based studies are not included, although studies of persons with silicosis are.

### 2.1.1  Diatomaceous earth

Work in the diatomaceous earth industry is associated mainly with exposure to cristobalite rather than quartz, and, in the USA, is generally free of other potential confounding exposures apart from exposure to asbestos in a minority of locations. The first study of US diatomaceous earth workers revealed significant positive trends in lung cancer risk with both cumulative exposure to crystalline silica (semiquantitative) and duration of employment (Checkoway et al., 1993). Owing to concerns with confounding from asbestos, estimates of asbestos exposure were developed (Checkoway et al., 1996). Those with uncertain asbestos exposures were omitted from the analysis leading to the loss of seven lung cancer deaths. Among those with no asbestos exposure, the lung cancer standardized mortality ratios (SMR) for the two higher crystalline silica exposure groups were twice the magnitude of those for the two lowest exposure groups, although they were not significantly elevated. Rate ratios, with and without adjustment for asbestos exposure were very similar (within 2%), indicating that confounding due to asbestos was not an issue. Checkoway et al. (1997) provided findings from one of the two plants previously investigated but including 7 more years of follow-up as well as newly developed quantitative respirable crystalline silica exposures (Table 2.1 online). The lung cancer relative risks (RR) for the highest unlagged or 15-year exposure category were both significantly elevated. Trends for both unlagged and lagged exposure–response were of borderline significance. Rice et al. (2001) used the same cohort to examine risk, assessing the relationship between lung cancer mortality and respirable crystalline silica exposure using a variety of models. All except one model demonstrated statistical significance, and the trends of the predicted rate ratios with cumulative crystalline silica exposure were generally similar across models.

A small cohort study among Icelandic diatomaceous earth workers (Rafnsson & Gunnarsdóttir, 1997) provided findings that supported an effect of crystalline silica on lung cancer risk (SIR, 2.34; 95%CI: 0.48–6.85 for those who had worked 5 or more years). Smoking habits among the workers were reported to be similar to the general population.

### 2.1.2  Ore mining

Steenland & Brown (1995) updated a cohort of US gold miners previously studied (McDonald et al., 1978; Table 2.1 online). Using quantitative estimates of cumulative exposure based on particle counts, no obvious evidence of exposure–response with lung cancer mortality was observed, nor were any of the exposure category SMRs elevated. In contrast, tuberculosis and silicosis mortality was elevated and exhibited an exposure–response relationship with crystalline silica exposure.

Gold miners were investigated in a South African cohort study (Hnizdo & Sluis-Cremer, 1991) and in case–control studies nested within that cohort study and within another South African gold miner cohort (Reid & Sluis-Cremer, 1996; Tables 2.1 and 2.2 online). In the Hnizdo & Sluis-Cremer, (1991) cohort study, lung cancer mortality was related to cumulative dust exposure when modelled as a continuous variable (respirable-surface-area–years) adjusting for smoking, as well demonstrating a monotonic increase with categories of cumulative exposures. There was also some indication of exposure–response in both case–control studies: RR, 1.12; 95%CI: 0.97–1.3 for Reid & Sluis-Cremer (1996),

and lung cancer mortality was elevated in the highest exposure group adjusting for smoking in the Hnizdo et al. (1997) study. [In this study, exposure to uranium did not confound the results.] [The Working Group noted the potential for confounding from radon, and also noted that the South African cohorts might overlap.]

McLaughlin et al. (1992) undertook a nested case–control study of lung cancer among the members of a prior cohort study by Chen et al. (1992) (Table 2.2 online). The study included workers from iron, copper, tungsten, and tin mines, and used quantitative estimates of crystalline silica dust and certain confounder exposures. Only tin miners showed a clear and substantial exposure–response relationship with the quantitative measures of crystalline silica cumulative exposure. The tin miners underwent further follow-up in a cohort study (Chen et al., 2006) and a nested case–control study (Chen & Chen, 2002). Although the cohort study findings provided some overall indication of elevated lung cancer exposure–response mortality with cumulative dust exposure (Table 2.1 online), the findings were much less clear when presented by mine and silicosis status. In the nested case–control study (Table 2.2 online), there was evidence of exposure–response with cumulative total dust exposures. There was also evidence of a relationship between lung cancer mortality and cumulative arsenic exposure, but the high correlation between arsenic and crystalline silica levels prevented mutual adjustment, and left the etiological factor unclear. The same conclusions, more generally expressed, were reported in a simple ever/never exposed approach by Cocco et al. (2001), and were confirmed by Chen et al. (2007) adjusting for smoking and other confounding factors. Here, no relationship of lung cancer mortality with cumulative crystalline silica exposure was noted for the tungsten mines, nor was any evidence for the iron and copper mines adjusting for radon. [The Working Group noted that crystalline silica exposures

were very low in the iron and copper mines.] For the tin mines, no adjustment for arsenic could be made because of its collinearity with crystalline silica exposure, but in the overall group, adjusting for smoking, arsenic, polyaromatic hydrocarbons (PAHs), and radon, no exposure–response for cumulative crystalline silica exposure emerged either by quintile or through the use of a continuous predictor. This was especially true when the iron/copper mines were removed for reason of having poorer data, when the trend tended towards lower risk with increasing crystalline silica exposure.

Carta et al. (2001) examined 724 compensated silicotics with radiographic indication of 1/0 or greater small opacities on the International Labor Organization scale who had worked at Sardinian lead and zinc mines, brown coal mines, and granite quarries. Using quantitative estimates of cumulative exposure to respirable crystalline silica dust and radon, the exposure–response was studied in a cohort study and a nested case–control study of 34 lung cancer cases (Tables 2.1 and 2.2 online). Little evidence of a trend with crystalline silica exposure was observed in either study component (after controlling for smoking, airflow obstruction, radon, and severity of silicosis in the case–control study). A clear relationship emerged with exposure to radon in the case–control study. [The Working Group noted that this study was small.]

### 2.1.3 Ceramics

A case–control study of Chinese pottery workers showed evidence of elevated risk for lung cancer with exposure to crystalline silica dust, although no obvious exposure–response was seen in the three higher exposure categories (McLaughlin et al., 1992; Table 2.2 online). This study was nested within the cohort analysis by Chen et al. (1992). Although reported exposure to asbestos was to be minimal, the workers were exposed to PAHs, and in a separate analysis

there were non-significant elevations in lung cancer risk with increasing cumulative exposure to PAHs. This was confirmed in the follow-up analysis by Chen *et al.* (2007) that found that the pottery workers had the highest PAH levels over all industrial groups. Adjustment for PAHs in the analysis led to the crystalline silica exposure relative risk of 1.1 (95%CI: 1.02–1.12) dropping to 1.0 (95%CI: 0.96–1.09). [The Working Group noted that in the prior analysis of the Chinese ceramics data by McLaughlin *et al.* (1992), adjusting for PAHs slightly raised rather than reduced the crystalline silica exposure relative risks. The correlation between the crystalline silica and PAH exposures was reported as 0.56.]

Another case–control study of pottery workers with quantitative crystalline silica dust exposures was from the United Kingdom (Cherry *et al.*, 1998). This analysis, which was restricted to ever smokers but adjusted for smoking amount and ex-smoking, showed a significantly elevated risk of lung cancer mortality with increasing average intensity of exposure, but not with cumulative exposure. No confounders, apart from smoking, were noted in this report.

Ulm *et al.* (1999) looked at workers in the German ceramics industry, as well as the stone and quarrying industry. The study was based solely on those without silicosis, as assessed using radiographic appearances. No relationship of lung cancer mortality risk with cumulative exposure, average intensity, nor peak exposure was seen in the ceramic worker subset nor overall. [The Working Group noted that the omission of those with silicosis may have restricted the range of crystalline silica exposure in the analysis leading to a loss of power to detect any relationship between crystalline silica exposure and lung cancer mortality. Moreover, the modelling included duration of exposure along with cumulative exposure, perhaps reducing the ability to detect an effect of crystalline silica exposure.]

### 2.1.4 Quarries

In an extension of the Vermont granite workers study by Costello & Graham (1988), Attfield & Costello (2004) both lengthened the follow-up from 1982 to 1994, and developed and analysed quantitative crystalline silica dust exposures (Table 2.1 online). The exposures were noteworthy for being developed from environmental surveys undertaken throughout the period of the study. However, information on smoking and silicosis status was lacking, although confounding from other workplace exposures was likely to have been minimal or non-existent. The results showed a clear trend of increasing risk of lung cancer mortality with increasing cumulative respirable crystalline silica exposure up until the penultimate exposure group. [The Working Group noted that the findings were heavily dependent on the final exposure group; when it was included, the models were no longer statistically significant.] Graham *et al.* (2004) undertook a parallel analysis of the same data as Attfield & Costello (2004), but did not use quantitative exposures, and adopted essentially the same analytical approach as in their 1998 study. They concluded that there was no evidence that crystalline silica dust exposure was a risk factor for lung cancer, their main argument being that lung cancer risks were similar by duration and tenure between workers hired pre-1940 and post-1940 – periods before and following the imposition of dust controls when the crystalline silica dust levels were very different.

As noted above, Ulm *et al.* (1999) looked at workers in the German stone and quarrying industry (includes some sand and gravel workers), as well as the ceramics industry (Table 2.2 online). The study was based solely on those without silicosis, as assessed using radiographic appearances. Neither cumulative exposure, average intensity, nor peak exposure showed a relationship with lung cancer risk in the stone and quarry worker subset, nor overall. [The Working Group noted

that the omission of those with silicosis may have restricted the range of crystalline silica exposure in the analysis leading to a loss of power to detect any relationship between crystalline silica exposure and lung cancer mortality. Moreover, the modelling included duration of exposure along with cumulative exposure, perhaps reducing the ability to detect an effect of crystalline silica exposure.] Another study of German stone and quarry workers found an excess of lung cancer (SMR, 2.40), but no relationship between lung cancer mortality and crystalline silica exposure. [The Working Group noted that the cohort study included only 440 individuals with 16 lung cancer cases. It was also restricted to those with silicosis, which was likely to lead to a lack of low exposures, a consequent limited exposure range, and low study power.]

Among studies that did not use quantitative estimates of crystalline silica exposure, that by Koskela et al. (1994) is of interest because it reported that the workers had little exposure to possible confounding exposures. The risk of lung cancer was significantly elevated among those with longer duration of exposure and longer latency ($P < 0.05$). Guénel et al. (1989) also found an excess of lung cancer among stone workers after adjustment for smoking, but this was not the case in a study of slate workers by Mehnert et al. (1990).

### 2.1.5 Sand and gravel

Confounding from other workplace exposures is minimal in sand and gravel operations. There are three main studies of sand and gravel workers, two in North America and one in the United Kingdom. The North American studies appear to arise from the same population of workers although there is no published information on their overlap, if any. Using the basic information from the McDonald et al. (2001) cohort study of nine North American sand and gravel workers, Hughes et al. (2001)

reported significant exposure–response of lung cancer with quantitative estimates of cumulative respirable crystalline silica exposures and other related indices. McDonald et al. (2005) examined a slightly smaller subset of the cohort described by McDonald et al. (2001) based on an extended update at eight of the nine plants, and also undertook a nested case–control study. Risk of lung cancer increased monotonically with unlagged cumulative exposure ($P = 0.011$), but 15-year lagged cumulative exposures provided a slightly better fit ($P = 0.006$) (Table 2.2 online). These findings were basically similar to those obtained by Hughes et al. (2001) using the larger cohort and shorter follow-up time. McDonald et al. (2005) reported that average exposure intensity, but not years employed, showed a relationship with lung cancer risk ($P = 0.015$).

Steenland & Sanderson (2001) studied workers in 18 sand and gravel companies in the same trade organization as the nine included in the McDonald et al. (2001) study (Table 2.1 online). They, too, employed quantitative estimates of exposure derived from company records, and found indications of a relationship with lung cancer mortality, most strongly in the subset that had worked 6 or more months in the industry ($P < 0.06$). Further analysis using a nested case–control approach found marginal evidence of exposure–response using quartiles of cumulative exposure ($P = 0.04$), but stronger evidence with average intensity ($P = 0.003$). [The Working Group noted that a sensitivity analysis of the effect of smoking in this cohort (Steenland & Greenland, 2004) led to an adjusted overall SMR estimate of 1.43 (95% Monte Carlo limits: 1.15–1.78) compared with the original SMR of 1.60 (95%CI: 1.31–1.93). The analysis did not deal with the exposure–response estimates.]

The mortality experience of crystalline silica sand workers in the United Kingdom was evaluated by Brown & Rushton (2005b). No overall excess of lung cancer was found (although there was a large, and highly significant, variation

in lung cancer SMRs between quarries; range: 0.27–1.61, both extremes $P < 0.01$. Relative risks rose with cumulative respirable crystalline silica dust exposure in the first two quartiles, but fell below 1.0 in the highest quartile, resulting in no trend being detected. [The Working Group noted that Steenland (2005) commented that the low exposures in the Brown & Rushton (2005b) study was likely to have impacted its power to detect a crystalline-silica effect.]

### 2.1.6 Other industries

Two studies having quantitative exposures to crystalline silica remain, although both industries are known to be associated with exposure to other known or suspected lung carcinogens. The first, by Watkins *et al.* (2002) was a small case–control study focused on asphalt fumes and crystalline silica exposure. Crystalline silica exposures were low compared to most other studies, and there were no significant lung cancer elevations or trends with exposure (Table 2.2 online). The second study was a nested case–control analysis of Chinese iron and steel workers (Xu *et al.*, 1996). A significant trend with cumulative total dust exposure was reported but not for cumulative crystalline silica dust exposure, although the relative risk for the highest crystalline silica-exposed group was elevated. The findings were adjusted for smoking, but not for benzo[*a*]pyrene exposures, for which the relative risks demonstrated a clear and significant trend with cumulative exposure level.

### 2.1.7 Semiquantitative exposure and expert-opinion studies

The studies that follow used quantitative exposure measurements in deriving crystalline silica exposure estimates for individuals but ultimately converted them to exposure scores or categories in the epidemiological analysis. Hessel *et al.* (1986) undertook a case–control study of lung cancer and cumulative crystalline silica exposure in South African gold miners after coding the dust measurements to four discrete levels (0, 3, 6, 12). No exposure–response was detected. Neither was any evidence of exposure–response detected in the later necropsy study of South African gold miners (Hessel *et al.*, 1990) that used the same approach to code the exposure data. [The Working Group noted that the study methods in the case–control study may have led to overmatching for exposure in the case–control study, and that there may have been some selection bias and exposure misclassification in the second study.]

de Klerk & Musk (1998) undertook a nested case–control analysis of lung cancer within a cohort study of gold miners and showed exposure–response for log of cumulative exposure (exposure-score–years) but not for any other index of exposure. The analysis adjusted for smoking, bronchitis, and nickel exposures, and took account of asbestos exposure. The study by Kauppinen *et al.* (2003) on road pavers found a relative risk for lung cancer of 2.26 in the highest exposure group, but there was no evidence of a linear trend of risk with level of exposure. No adjustment was made for concomitant exposures to PAHs, diesel exhaust, and asbestos, nor smoking. Moulin *et al.* (2000) conducted a nested case–control study to examine lung cancer among workers producing stainless steel and metallic alloys. Their results on 54 cases and 162 controls, adjusted for smoking but not for other confounders, indicated a marginally significant evidence of a trend with increasing crystalline silica exposure as well as with PAH exposure.

Two population-based studies that involved substantial expert opinion in assigning dust levels in developing quantitative crystalline silica exposures Brüske-Hohlfeld *et al.* (2000) and Pukkala *et al.* (2005) showed an increasing risk of lung cancer with increasing crystalline silica exposure after adjustment for smoking, and in the latter study, also for social class and exposure to asbestos.

### 2.1.8  Pooled analysis, meta-analyses, and other studies

Steenland *et al.* (2001) reported on a case–control analysis nested within a pooled study of data from ten cohorts from a variety of industries and countries (Table 2.2 online). It included information on diatomaceous, granite, industrial sand, and pottery workers, and workers in tungsten, tin, and gold mines. Results from all of the studies had been previously published, although not all had originally employed quantitative estimates of crystalline silica exposure; and for half, the duration of follow-up had been extended. All indices of cumulative crystalline silica exposure (cumulative, unlagged and lagged; log cumulative, unlagged and lagged) showed highly significant trends with lung cancer risk ($P < 0.0001$), and average exposure demonstrated a less significant trend ($P < 0.05$). Of these indices, log cumulative exposure led to homogeneity in findings across the cohorts ($P = 0.08$ and $0.34$ for unlagged and 15-year lag respectively). Findings were similar for the mining and non-mining subgroups. No adjustment was made for smoking and other confounders, although it was noted that smoking had previously been shown not to be a major confounder in five of the ten studies. Analyses of subsets of the data omitting cohorts with suspected other confounders (radon in South African gold mines, and arsenic or PAHs in Chinese tin miners and pottery workers) did not change the overall findings. [The Working Group noted that the robustness in the findings to exclusion of cohorts with potential confounders from other occupational exposures indicates that any confounding in the individual studies were unlikely to have had an impact on their findings related to crystalline silica.]

The presence of silicosis in an individual is a biomarker of high exposure to crystalline silica dust. Accordingly, studies of individuals with silicosis have the potential to provide useful information on the lung cancer risk associated with exposure to crystalline silica. Three meta-analyses have focused on the risk of lung cancer among individuals with silicosis (Smith *et al.*, 1995; Tsuda *et al.*, 1997; Lacasse *et al.*, 2005). Erren *et al.* (2009) also provide summary information in an electronic supplement to their article. Four others have looked at crystalline silica exposure (including silicosis status unknown and those without silicosis; Steenland & Stayner, 1997; Kurihara & Wada, 2004; Pelucchi *et al.*, 2006; Erren *et al.*, 2009). The number of studies included ranged from 11 in a meta-analysis focused on individuals without silicosis (Erren *et al.*, 2009) to 43 (Pelucchi *et al.*, 2006) in a study of those with and without silicosis. Reasons for this variation included: the publication date, the time period of interest, whether the study was focused on those with or without silicosis, the originating country of the studies, and analysis-specific criteria. For example, Steenland & Stayner (1997) rejected studies of miners and foundry workers on the assumption that they had the greatest potential for confounding exposures, and Smith *et al.* (1995) rejected certain studies they deemed under or overestimated the risk of lung cancer. Overall, of the total of 112 publications included by one or more of the seven meta-analyses, none were common to all analyses.

The detailed results from the seven meta-analyses are shown in Table 2.3 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.3.pdf. In brief, all analyses except for those devoted to categories without silicosis found an elevated lung cancer risk, whether occurring among those with silicosis or among crystalline-silica-exposed workers, or arising from cohort or case–control studies. [The Working Group noted that studies that restrict their analysis to individuals without silicosis potentially limit their range of crystalline silica exposure, because individuals with the highest exposures tend to be omitted. Limiting the range of exposure results in reduced power to detect associations.] Overall, the rate ratios were

very similar across studies (1.74–2.76 for those with silicosis, and 1.25–1.32 for workers exposed to crystalline silica). Results from case–control studies, where there is greater opportunity to control for smoking, revealed lower rate ratios than from cohort studies in two analyses, greater rate ratios in two, and about the same in the fifth (the sixth analysis did not break the results out separately by study type). Moreover, the supplementary materials of Erren *et al.* (2009) show equal risk for crystalline silica exposure in unadjusted and smoking-adjusted studies. The two available analyses providing results on workers exposed to crystalline silica by type of study reported larger rate ratios from the case–control studies.

A further meta-analysis examined exposure–response (Lacasse *et al.*, 2009) rather than overall risk, and for this reason its findings are reported separately. The analysis included findings from ten studies having quantitative measurements of crystalline silica exposure and adjustment for smoking. An increasing risk of lung cancer was observed with increasing cumulative exposure to crystalline silica above a threshold of $1.84 \text{ mg/m}^3$ per year. Although the overall findings were heterogeneous, they were similar to those from a subset of seven more homogeneous studies.

Many of the meta-analyses noted that a lung cancer risk was apparent either after adjusting for smoking or among non-smokers (Smith *et al.*, 1995; Tsuda *et al.*, 1997; Kurihara & Wada, 2004; Lacasse *et al.*, 2005). Yu & Tse (2007) further explored the issue of smoking on the interpretation of the published cohort and case–control studies of crystalline silica exposure and lung cancer. In this, they examined reported SMRs and standardized incidence ratios (SIR) for lung cancer reported in ten different published studies, and concluded that the risk had been systematically underreported for never smokers. After adjustment, five of the ten SMRs and SIRs showed significant lung cancer excesses among never smokers compared to two when unadjusted,

and ranged from 2.60–11.93. The SMRs and SIRs for ever smokers were reduced after adjustment for smoking, but tended to retain their statistical significance.

## 2.2 Other cancers

### 2.2.1 Cancer of the stomach

In the 40 reports with information on cancer of the stomach, 18 had relative risks > 1.0 (including three significantly elevated), and 22 with relatives risks ≤ 1.0 (including two significantly reduced).

### 2.2.2 Digestive, gastro-intestinal, or intestinal cancers

In the 15 reports of digestive, gastro-intestinal, or intestinal cancer, seven had relative risks > 1.0 (including one significantly elevated), and eight with reltaive risks ≤ 1.0 (two significantly reduced).

### 2.2.3 Cancer of the oesophagus

In the 14 reports of oesophageal cancer, five had relative risks > 1.0 (including three significantly elevated), and nine with relative risks ≤ 1.0.

Wernli *et al.* (2006) reported a hazard ratio of 15.80 (95%CI: 3.5–70.6) among Chinese textile workers exposed for over 10 years to crystalline silica dust. In Chinese refractory brick workers, Pan *et al.* (1999) found not only a significant elevation with being ever exposed to crystalline silica dust (RR, 2.75; 95%CI: 1.44–5.25), but also a clear exposure–response relationship with years of exposure, adjusting for smoking and other personal factors. [The Working Group noted that confounding from exposure to PAHs could not be ruled out in the above two studies.]

Yu *et al.* (2007) reported an overall SMR for cancer of the oesophagus of 2.22 (95%CI: 1.36–3.43), and an SMR of 4.21 (95%CI: 1.81–8.30)

among caisson workers (who were noted to have had higher exposures to crystalline silica dust than non-caisson workers). The relative risk of oesophageal cancer for caisson workers with silicosis was reduced to 2.34 after adjusting for smoking and alcohol drinking. No excess risk of oesophageal cancer was observed among the non-caisson workers with silicosis after adjustment.

### 2.2.4 Cancer of the kidney

In the eight reports on cancer of the kidney, five had relative risks > 1.0 (including two significantly elevated), and three with relative risks ≤ 1.0. The two with significantly elevated risks provided information on exposure–response relationships with crystalline silica exposure, although neither formally evaluated this. In US sand and gravel workers (McDonald *et al.*, 2005), a non-significant negative trend with increasing crystalline silica exposure was observed. However, in Vermont granite workers (Attfield & Costello, 2004), kidney cancer SMRs increased almost monotonically with increasing exposure (except for the last exposure group), and the SMR of 3.12 in the penultimate exposure group was significantly elevated.

### 2.2.5 Others

There have been isolated reports of excesses in other cancers but the evidence is, in general, too sparse for evaluation. Elci *et al.* (2002) reported an excess of cancer of the larynx in workers potentially exposed to crystalline silica dust, particularly for supraglottic cancer (OR, 1.8; 95%CI: 1.3–2.3), with a significant exposure–response relationship.

## 2.3 Synthesis

Findings of relevance to lung cancer and crystalline silica exposure arise from five main industrial settings: ceramics, diatomaceous earth, ore mining, quarries, and sand and gravel. Of these, the industries with the least potential for confounding are sand and gravel operations, quarries, and diatomaceous earth facilities. Among those industry segments, most studies with quantitative exposures report associations between crystalline silica exposure and lung cancer risk. The findings are supported by studies in these industries that lack quantitative exposures. Results from the other industry segments generally added support although some studies had potential confounding from arsenic, radon, or PAHs. In one case among Chinese tin miners, the arsenic and crystalline silica exposures were virtually collinear, and no adjustment could be made for arsenic. In another (Chinese pottery workers), adjustment for PAHs removed a significant crystalline silica exposure effect, and in a third, among iron and copper miners, the crystalline silica effect disappeared after adjustment for radon. In these, the role of crystalline silica exposure must be regarded as unclear. Mixed findings were reported among gold, tungsten, and lead/zinc miners.

The strongest evidence supporting the carcinogenicity of crystalline silica in the lung comes from the pooled and meta-analyses. The pooled analysis demonstrated clear exposure–response, while all of the meta-analyses strongly confirmed an overall effect of crystalline silica dust exposure despite their reliance on different studies in coming to their conclusions.

Cancers other than that of the lung have not been as thoroughly researched. In many cases the findings were reported in passing, in analyses focused on lung cancer, and rarely have the data examined exposure–response with crystalline silica exposure or its surrogates.

## 3. Cancer in Experimental Animals

No additional relevant cancer bioassays have been conducted since the previous *IARC Monograph* (IARC, 1997) except for a study in hamsters by inhalation (Muhle *et al.*, 1998), and a study in mice by intratracheal instillation (Ishihara *et al.*, 2002). Studies from the previous evaluation considered adequate are summarized below together with the new studies published since.

## 3.1 Inhalation exposure

See Table 3.1

### 3.1.1 Mouse

Female BALB/cBYJ mice exposed to crystalline silica by inhalation (Wilson *et al.*, 1986) did not have an increase in lung tumours compared to controls. Pulmonary adenomas were observed in both the silica-exposed (9/60) and the control animals (7/59). [The Working Group noted that the study groups were small (6–16 mice).]

### 3.1.2 Rat

Male and female F344 rats were exposed to 0 or 52 mg/m³ of crystalline silica (Min-U-Sil) over a 24-month period. Interim removals of ten males and ten females per group were made after 4, 8, 12, and 16 months of exposure. Half of those removed were necropsied, and half were held until the end of the 24 months. None of the controls developed a lung tumour. In the silica-exposed rats, the first pulmonary tumour appeared at 494 days, and the incidence was 10/53 in females and 1/47 in males (Dagle *et al.*, 1986).

One group of 62 female F344 rats was exposed by nose-only inhalation to 12 mg/m³ crystalline silica (Min-U-Sil) for 83 weeks. An equal number of controls was sham-exposed to filtered air, and 15 rats were left untreated. The animals were observed for the duration of their lifespan. There were no lung tumours in the sham-exposed group, and 1/15 unexposed rats had an adenoma of the lung. In the quartz-exposed rats, the incidence of lung tumours was 18/60 (Holland *et al.*, 1983, 1986; Johnson *et al.*, 1987).

Groups of 50 male and 50 female viral antibody-free SPF F344 rats were exposed by inhalation to 0 or 1 mg/m³ silica (DQ12; 87% crystallinity as quartz) for 24 months. The rats were then held for another 6 weeks without exposure. The incidence of lung tumours in the silica-exposed rats was 7/50 males and 12/50 in females. Only 3/100 controls had lung tumours (Muhle *et al.*, 1989, 1991, 1995).

Three groups of 90 female Wistar rats, 6–8 weeks old, were exposed by nose-only inhalation to 6.1 or 30.6 mg/m³ DQ12 quartz for 29 days. Interim sacrifices were made immediately after the exposure and at 6, 12, and 24 months, with the final sacrifice at 34 months after exposure. The total animals with lung tumours was 0 (controls), 37/82 (low dose), and 43/82 (high dose). Many animals had multiple tumours (Spiethoff *et al.*, 1992).

### 3.1.3 Hamster

Groups of 50 male and 50 female Syrian golden hamsters were exposed to 0 (control) or 3 mg/m³ DQ12 quartz (mass median aerodynamic diameter, 1.3 μm) for 18 months. The experiment was terminated 5 months later. In the silica-exposed group, 91% of the animals developed very slight to slight fibrosis in the lung, but no significant increase of lung tumours was observed (Muhle *et al.*, 1998)

**Table 3.1 Studies of cancer in experimental animals exposed to crystalline silica (inhalation exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start Particle size, GSD | Incidence of tumours in respiratory tract | Significance | Comments |
|---|---|---|---|---|
| Mouse, BALB/c BYJ (F) 150, 300 or 570 d Wilson et al. (1986) | 0, 1.5, 1.8 or 2.0 mg/m³ 8 h/d, 5 d/wk 6–16 animals Diameter < 2.1 μm | Lung (adenomas): 7/59 (control), 9/60 (all exposed) | [NS] | |
| Rat, F344 (M, F) 24 mo Dagle et al. (1986) | 0, 52 mg/m³ 6 h/d, 5 d/wk 72/sex MMAD, 1.7–2.5 μm; GSD, 1.9–2.1 | Lung (epidermoid carcinomas): M–0/42 (control), 1/47 F–0/47 (control), 10/53 | [NS] [P < 0.002] | |
| Rat, F344 (F) Lifespan Holland et al. (1983, 1986); Johnson et al. (1987) | 0, 12 mg/m³ 6 h/d, 5 d/wk for 83 wk 62 animals MMAD, 2.24 μm; GSD, 1.75 | Lung (tumours): 0/54 (control), 18/60 (11 adenocarcinomas, 3 squamous cell carcinomas, 6 adenomas) | [P < 0.001] | Nose-only inhalation exposure. Age unspecified |
| Rat, SPF F344 (M, F) 30 mo Muhle et al. (1989, 1991, 1995) | 0, 1 mg/m³ 6 h/d, 5 d/wk for 24 mo 50/sex MMAD, 1.3 μm; GSD, 1.8 | Lung (tumours): 3/100 (control M, F), 7/50 (M), 12/50 (F) M–1 adenoma, 3 adenocarcinomas, 2 benign cystic keratinizing squamous cell tumours, 1 adenosquamous carcinoma, 1 squamous cell carcinoma F–2 adenomas, 8 adenocarcinomas, 2 benign cystic keratinizing squamous cell tumours | Unspecified (M) [P < 0.05] (F) | |
| Rat, Wistar (F) Up to 35 mo Spiethoff et al. (1992) | 0, 6.1, 30.6 mg/m³ 6 h/d, 5 d/wk for 29 d 90 animals MMAD, 1.8 μm; GSD, 2.0 | 0/85 (control), 37/82 (low dose), 43/82 (high dose) Multiple tumours/rat: 21 bronchiolo-alveolar adenomas, 43 bronchiolo-alveolar carcinomas, 67 squamous cell carcinomas, 1 anaplastic carcinoma | [P < 0.0001] (both doses) | Nose-only inhalation exposure |

d, day or days; F, female; GSD, geometric standard deviation; h, hour or hours; M, male; MMAD, mass median aerodynamic diameter; mo, month or months; NS, not significant; wk, week or weeks

## 3.2 Intranasal administration

### 3.2.1 Mouse

Two groups of 40 female (C57xBALB/c) $F_1$ mice received a single intranasal instillation of 4 mg of synthetic *d*- or *l*-quartz. A group of 60 females received an intranasal instillation of saline. Survivors were killed at 18 months after treatment, and the incidence of lymphomas and leukaemias combined was 0/60 (controls), 2/40 (*d*-quartz), and 6/40 (*l*-quartz) (Ebbesen, 1991). [The Working Group noted that the study was not designed to detect silica-induced lung tumours, and also noted the lack of information on quartz retention.]

## 3.3 Intratracheal administration

See Table 3.2

### 3.3.1 Mouse

A group of 30 male A/J mice, 11–13 weeks old, received weekly intratracheal instillations of 2.9 mg quartz for 15 weeks. A group of 20 mice received instillations of vehicle [unspecified]. Animals were killed 20 weeks after the instillations. The incidences of lung adenomas were 9/29 in the controls, and 4/20 for the silica-instilled mice, values that were not statistically different (McNeill *et al.*, 1990).

Ishihara *et al.* (2002) administered a single dose (2 mg in saline/mouse) of crystalline silica to a group of four C57BL/6N mice by intratracheal instillation to study subsequent genotoxic effects. A control group of four animals was instilled saline only. Silicotic lesions were observed in the lungs of the exposed mice, but no pulmonary neoplasms were observed after 15 months.

### 3.3.2 Rat

A group of 40 Sprague Dawley rats [sex unspecified] received weekly instillations of 7 mg quartz (Min-U-Sil) in saline for 10 weeks. Another groups of 40 rats received instillations of saline alone, and 20 rats remained untreated. Animals were observed over their lifespan. The incidence of lung tumours in quartz-treated rats was 6/36, 0/40 in the saline controls, and 0/18 in the untreated rats (Holland *et al.*, 1983).

Groups of 85 male F344 rats received a single intratracheal instillation of 20 mg quartz in deionized water, Min-U-Sil or novaculite, into the left lung. Controls were instilled with vehicle only. Interim sacrifices of ten rats were made at 6, 12, and 18 months with a final sacrifice at 22 months. The incidence of lung tumours in the Min-U-Sil-instilled rats was 30/67, in the novaculite-treated rats 21/72, and in controls 1/75. All of the lung tumours were adenocarcinomas, except for one epidermoid carcinoma in the novaculite-treated rats (Groth *et al.*, 1986).

Groups of male and female F344/NCr rats [initial number unspecified] received one intratracheal instillation of 12 or 20 mg quartz in saline or 20 mg of ferric oxide (non-fibrogenic dust) in saline. Interim sacrifices were made at 11 and 17 months with a final sacrifice at 26 months. There was a group of untreated controls observed at unscheduled deaths after 17 months. No lung tumours were observed in the ferric-oxide-treated rats and only one adenoma was observed in the untreated controls. The high incidences of benign and mainly malignant lung tumours observed in the quartz-treated rats is summarized in Table 3.3 (Saffiotti, 1990, 1992; Saffiotti *et al.*, 1996).

Six groups of 37–50 female Wistar rats, 15 weeks old, received either a single or 15 weekly intratracheal instillation of one of three types of quartz preparations in saline (see Table 3.4). A control group received 15 weekly instillations of saline. To retard the development of silicosis,

**Table 3.2 Studies of cancer in experimental animals exposed to silica (intratracheal instillation)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start Particle size | Incidence of tumours | Significance |
|---|---|---|---|
| Mouse, A/J (M) 20 wk McNeill et al. (1990) | 0, 2.9 mg Weekly for 15 wk 30, 20 (controls) 1–5 μm (size not further specified) | Lung (adenomas): 9/29 (control), 4/20 Tumour multiplicity: 0.31 ± 0.09 (control), 0.20 ± 0.09 | [NS] [NS] |
| Rat, Sprague Dawley (NR) Lifespan Holland et al. (1983) | 0 (saline), 7 mg Weekly for 10 wk 40 animals 1.71 ± 1.86 μm | Lung (1 adenoma, 5 carcinomas): 0/40 (control), 6/36 | [P<0.05] (carcinomas) |
| Rat, F344 (M) 22 mo Groth et al. (1986) | 0, 20 mg once only 85 animals < 5 μm | Lung (adenocarcinomas): 1/75 (control), 30/67 | [P<0.001] |
| Rat, F344/NCr (M, F) 11, 17 or 26 mo Saffiotti (1990, 1992); Saffiotti et al. (1996) | 0, 12, 20 mg quartz Once only Ferric oxide (20 mg) was negative control [Initial number of rats, NR] 0.5–2.0 μm | High incidences of benign and mainly malignant lung tumours in quartz-treated rats reported in Table 3.3 No tumours observed in ferric oxide group One adenoma in untreated controls | NR |
| Rat, Wistar Lifespan Pott et al. (1994) | 0 (saline), one single or 15 weekly injections of one of 3 types of quartz Some rats received PVNO to protect against silicosis 37–50/group | Incidences of benign and malignant lung tumours in quartz-treated rats are shown in Table 3.4 No tumours observed in saline-treated rats | NR |
| Hamster Syrian Golden (NR) Lifespan Holland et al. (1983) | 0 (saline), 3, 7 mg quartz (Min-U-Sil) Once a wk for 10 wk 48/group; 68 (controls) 1.71 ± 1.86 μm | No lung tumours in any group | |
| Hamster, Syrian Golden (M) Lifespan Renne et al. (1985) | 0 (saline), 0.03, 0.33, 3.3, or 6.0 mg quartz (Min-U-Sil) weekly for 15 wk 25–27/group MMAD, 5.1 μm Geometric diameter, 1.0 μm | No lung tumours in any group | |
| Hamster, Syrian Golden (M) 92 wk Niemeier et al. (1986) | 0 (saline), 1.1 (Sil-Co-Sil) or 0.7 (Min-U-Sil) mg One group received 3 mg ferric oxide 50/group 5 μm (Min-U-Sil) | No tumours in saline controls or in Sil-Co-Sil groups 1 adenosquamous carcinoma of the bronchi and lung in Min-U-Sil group and 1 benign tumour of the larynx in ferric oxide group | |

M, male; MMAD, mass median aerodynamic diameter; mo, month or months; NR, not reported; NS, not significant; PVNO, polyvinylpyridine-N-oxide; wk, week or weeks

Silica dust, crystalline (quartz or crystobalite)

**Table 3.3 Incidence, numbers, and histological types of lung tumours in F344/NCr rats after a single intratracheal instillation of quartz**

| Treatment | | Observation time | Lung tumours | |
|---|---|---|---|---|
| Material | Dose[a] | | Incidence | Types |
| **Males** | | | | |
| Untreated | None | 17–26 mo | 0/32 | |
| Ferric oxide | 20 mg | 11–26 mo | 0/15 | |
| Quartz (Min-U-Sil 5) | 12 mg | Killed at 11 mo | 3/18 (17%) | 6 adenomas, 25 adenocarcinomas, 1 undifferentiated carcinoma, 2 mixed carcinomas, 3 epidermoid carcinomas |
| | | Killed at 17 mo | 6/19 (32%) | |
| | | 17–26 mo | 12/14 (86%) | |
| Quartz (HF-etched Min-U-Sil 5) | 12 mg | Killed at 11 mo | 2/18 (11%) | 5 adenomas, 14 adenocarcinomas, 1 mixed carcinoma |
| | | Killed at 17 mo | 7/19 (37%) | |
| | | 17–26 mo | 7/9 (78%) | |
| **Females** | | | | |
| Untreated | None | 17–26 mo | 1/20 (5%) | 1 adenoma |
| Ferric oxide | 20 mg | 11–26 mo | 0/18 | |
| Quartz (Min-U-Sil 5) | 12 mg | Killed at 11 mo | 8/19 (42%) | 2 adenomas, 46 adenocarcinomas, 3 undifferentiated carcinomas, 5 mixed carcinomas, 3 epidermoid carcinomas |
| | | Killed at 17 mo | 10/17 (59%) | |
| | | 17–26 mo | 8/9 (89%) | |
| | 20 mg | 17–26 mo | 6/8 (75%) | 1 adenoma, 10 adenocarcinomas, 1 mixed carcinoma, 1 epidermoid carcinoma |
| Quartz (HF-etched Min-U-Sil 5) | 12 mg | Killed at 11 mo | 7/18 (39%) | 1 adenoma, 36 adenocarcinomas, 3 mixed carcinomas, 5 epidermoid carcinomas |
| | | Killed at 17 mo | 13/16 (81%) | |
| | | 17–26 mo | 8/8 (100%) | |

[a] Suspended in 0.3 or 0.5 mL saline
HF, hydrogen fluoride; mo, month or months
From Saffiotti (1990, 1992), Saffiotti et al. (1996)

Table 3.4 Incidence, numbers, and histological types of lung tumours in female Wistar rats after intratracheal instillation of quartz

| Material | Surface area | No. of instillations | No. of rats examined | No. and #% of rats with primary epithelial lung tumours[a] | | | | | | Other tumours[b] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Adenoma | Adenocarcinoma | Benign CKSCT | Squamous cell carcinoma | Total (%) | | |
| | $(m^2/g)$ | $(del \# \times mg)$ | | | | | | | | |
| Quartz (DQ 12) | 9.4 | $15 \times 3$ | 37 | 0 | 1z | 11 | 1 + 1y | 38 | | 1 |
| Quartz (DQ 12) + PVNO | 9.4 | $15 \times 3$ | 38 | 0 | 1 + 3z | 8 + 1x | 4+1x+3y+1z | 58 | | 2 |
| Quartz (DQ 12) | 9.4 | $1 \times 45$ | 40 | 0 | 1 | 7 | 1 | 23 | | 2 |
| Quartz (Min-U-Sil) | – | $15 \times 3$ | 39 | 1 | 4 + 4z | 6 | 1+2y+2z+1y,z | 54 | | 3 |
| Quartz (Min-U-Sil) + PVNO | – | $15 \times 3$ | 35 | 1 | 2 + 1x | 8 | 5+1x+1y+1z | 57 | | 3 |
| Quartz Sykron (F 600) | 3.7 | $15 \times 3$ | 40 | 0 | 3 | 5 | 3 + 1z | 30 | | 1 |
| 0.9% Sodium chloride | – | $15 \times 0.4$ mL | 39 | 0 | 0 | 0 | 0 | 0 | | 5 |

[a] If an animal was found to bear more than one primary epithelial lung tumour type, this was indicated as follows: x adenoma; y adenocarcinoma; z benign CKSCT.
[b] Other types of tumours in the lung: fibrosarcoma, lymphosarcoma, mesothelioma or lung metastases from tumours at other sites
PVNO, polyvinylpyridine-N-oxide; CKSCT, cystic keratinizing squamous cell tumour
From Pott et al. (1994)

384

two of the groups received injections of polyvinylpyridine-*N*-oxide. All groups of quartz-exposed rats had a significant increase in lung tumours, and the rats protected against silicosis developed more pulmonary squamous cell carcinomas than rats that were not protected (Pott *et al.*, 1994).

### 3.3.3 Hamster

Two groups of 48 Syrian hamsters [sex unspecified] received intratracheal instillations of 3 or 7 mg quartz (Min-U-Sil) in saline once a week for 10 weeks. A group of 68 hamsters received saline alone, and another group of 72 hamsters were untreated. All animals were observed for their lifespan. No lung tumours were observed in any of the groups (Holland *et al.*, 1983).

Groups of 25–27 male Syrian golden hamsters, 11–weeks old, received weekly intratracheal instillation of 0.03, 0.33, 3.3, or 6.0 mg quartz (Min-U-Sil) in saline for 15 weeks. Groups of 27 saline-instilled hamsters and 25 untreated controls were used as controls. Animals were observed for their lifespan. No lung tumours were observed in any group (Renne *et al.*, 1985).

Three groups of 50 male Syrian golden hamsters received weekly instillations of 1.1 mg of quartz as Sil-Co-Sil, or 0.7 mg of quartz as Min-U-Sil, or 3 mg of ferric oxide (non-fibrogenic particle) in saline for 15 weeks. A group of 50 saline-instilled hamsters served as controls. Survivors were killed at 92 weeks after the beginning of the instillations. No respiratory tract tumours were observed in the hamsters exposed to Sil-Co-Sil or in the saline controls. One adenosquamous carcinoma of the bronchi and lung was observed in the Min-U-Sil group, and one benign tumour of the larynx in the ferric-oxide-exposed group (Niemeier *et al.*, 1986).

## 3.4 Intrapleural and intrathoracic administration

### 3.4.1 Mouse

One mouse study was reported in the previous *IARC Monograph* (IARC, 1997) in which the route of exposure was via a single intrathoracic injection of tridymite. The study was only reported as an abstract, and therefore is not described here (Bryson *et al.*, 1974).

### 3.4.2 Rat

Two groups of 48 male and 48 female standard Wistar rats and two groups 48 male and 48 female SPF Wistar rats were given a single intrapleural injection of 20 mg alkaline-washed quartz (size, < 5 μm) in saline, and observed for their lifespan. Control rats received injections of 0.4 mL saline alone. Malignant tumours of the reticuloendothelial system involving the thoracic region were observed in 39/95 quartz-treated SPF rats [$P < 0.001$] (23 histiocytic lymphomas, five Letterer-Siwe/Hand-Schüller-Christian disease-like tumours, one lymphocytic lymphoma, four lymphoblastic lymphosarcomas, and six spindle cell sarcomas), and in 31/94 quartz-treated standard rats [$P < 0.001$] (30 histiocytic lymphomas and one spindle-cell sarcoma). In the SPF control animals, 8/96 rats had tumours (three lymphoblastic lymphosarcomas, five reticulum cell sarcomas), 7/85 standard rat controls had tumours (one lymphoblastic lymphosarcoma, and six reticulum cell sarcomas) (Wagner & Berry, 1969; Wagner, 1970; Wagner & Wagner, 1972). [The Working Group noted that the distribution of tumours over sexes was unspecified.]

In a second study, with the same dosing regimen and type of quartz, 23 rats developed malignant reticuloendothelial system tumours (21 malignant lymphomas of the histiocytic type [MLHT], two thymomas, and one lymphosarcoma/thymoma/spindle cell sarcoma) in 80 male

and 80 female SPF Wistar rats after 120 weeks. In another experiment, 16 male and 16 female SPF Wistar rats dosed similarly with Min-U-Sil quartz were observed until they were moribund. Eight of the 32 rats developed MLHT and three developed thymomas/lymphosarcomas. In a last experiment with the same experimental design, 18 of 32 SPF Wistar rats that had been injected with cristobalite developed malignant lymphomas (13 MLHT and five thymomas/lymphosarcomas). No MLHT and one thymoma/lymphosarcoma tumours were observed in 15 saline-injected control rats (Wagner, 1976). [The Working Group noted that the distribution of tumours over sexes was unspecified, and that no statistics were provided.]

In one experiment, groups of 16 male and 16 female Wistar rats were given intrapleural injections of 20 mg of four types of quartz (Min-U-Sil, D&D, Snowit, and DQ12). The animals were observed for their lifespan. For all but the group treated with DQ12 quartz, there was a statistically significant increase in MLHT over saline controls (Table 3.5). In a second experiment with the same experimental design, two other strains of rats were injected Min-U-Sil (12 male and 12 female PVG rats and 20 male and 20 female Agus rats). A non-significant increase in MLHT was observed in both strains, and there was no MLHT in the saline controls. In a third experiment with the same experimental design, cristobalite was injected, and 4/32 treated Wistar rats developed MLHT [not significant], but none of the 32 saline controls did. In a final experiment, 16 male and 16 female Wistar rats were injected triolymite (size, < 0.5 μm; $0.35 \times 10^6$ particle/μg), and observed for their lifespan. A total of 16/32 Wistar rats developed MLHT, whereas no such tumours were observed in the 32 saline controls (Wagner et al., 1980). [The Working Group noted that the distribution of tumours over sexes was unspecified.]

Two groups of 36 2-month-old male Sprague-Dawley rats, received a single intrapleural injection of 20 mg DQ12 quartz in saline or saline alone, and were observed for their lifespan. Twenty-seven male rats served as untreated controls. Six malignant histiocytic lymphomas and two malignant Schwannomas were observed in the quartz-treated group [not significant], and one chronic lymphoid leukaemia and one fibrosarcoma were observed in the saline group and untreated controls, respectively (Jaurand et al., 1987).

## 3.5 Intraperitoneal administration

### 3.5.1 Rat

Two groups of 16 male and 16 female SPF Wistar rats received a single intraperitoneal injection of 20 mg of Min-U-Sil quartz in saline, and were observed for their lifespan. There were 12 saline controls [sex unspecified]. A total of 9/64 quartz-exposed rats developed malignant lymphomas (two MLHT and seven thymoma/lymphosarcomas). None of the saline controls developed MLHT, but one thymoma/lymphosarcoma was noted (Wagner, 1976). [The Working Group noted that the distribution of tumours over sexes was unspecified.]

## 3.6 Subcutaneous administration

### 3.6.1 Mouse

Two groups of 40 female (C57xBALB/c) $F_1$ mice received a single subcutaneous injection of 4 mg of d- or l-quartz. A group of 60 female mice served as saline controls. At 18 months after injection, there was an incidence of lymphomas/leukemias of 0/60, 1/40 and 12/40 ($P < 0.001$), and of liver adenomas of 0/60, 1/40 and 3/40 for the saline controls, d-quartz and l-quartz groups, respectively. No injection-site tumours were reported (Ebbesen, 1991).

**Table 3.5 Incidences of malignant lymphoma of the histiocytic type (MLHT) in Wistar rats after an intrapleural injection of 20 mg quartz/animal**

| Sample | No. of particles × 10⁶/µg | Size distribution (%) | | | Mean survival (days) | Incidence of MLHT (%)[a] |
|---|---|---|---|---|---|---|
| | | < 1 µm | 1–2 µm | 2–4.6 µm | | |
| Min-U-Sil (a commercially prepared crystalline quartz probably 93% pure) | 0.59 | 61.4 | 27.9 | 9.1 | 545 | 11/32 (34%)[b] |
| D&D (obtained from Dowson & Dobson, Johannesburg, pure crystalline quartz) | 0.30 | 48.4 | 33.2 | 18.4 | 633 | 8/32 (25%)[b] |
| Snowit (commercially prepared washed crystals) | 1.1 | 81.2 | 12.9 | 5.6 | 653 | 8/32 (25%)[b] |
| DQ12 (standard pure quartz) | 5.0 | 91.4 | 7.8 | 0.8 | 633 | 5/32 (16%) |
| Saline controls | – | – | – | – | 717 | 0 [0/32] (0%) |

[a]  Sex unspecified
[b]  [Significantly different from controls by Fisher Exact test, $P < 0.05$]
From Wagner et al. (1980)

## 3.7 Intravenous administration

### 3.7.1 Mouse

Groups of 25 male and 25 female strain A mice were injected in the tail vein with 1 mg quartz in 0.1 mL of saline, with a control group of 75 male and female untreated animals. Animals were killed 3, 4.5 or 6 months after injection. There was no difference in the incidences and multiplicities of pulmonary adenomas between treated and untreated animals (Shimkin & Leiter, 1940).

## 3.8 Administration with known carcinogens

### 3.8.1 Inhalation

#### (a)  Rat

Studies have been completed to determine the effect of co-exposure to silica and Thorotrast, a known carcinogen (See Table 3.6). Two sets of three groups of 90 female Wistar rats, 6–8 weeks old, were exposed by inhalation to 0, 6, or 31 mg/m³ of DQ12 quartz (mass median diameter, 1.8 µm; GSD, 2.0) for 6 hours/day 5 days/week for 29 days. One week after the inhalation exposure, one group of quartz-exposed rats and one group of sham-exposed rats received an intravenous injection of Thorotrast (2960 Bq ²²⁸Th/mL, 0.6 mL). Controls were only sham-exposed. In each of the six groups, interim sacrifices of three or six animals each were made 0, 6, 12 and 24 months after the end of exposure. The experiment was terminated 34 months after the end of exposure. In rats that were exposed to silica by inhalation and then given Thorotrast, there was a small increase in lung tumours compared to the already high incidence of benign and malignant tumours induced by silica alone (Spiethoff et al., 1992).

### 3.8.2 Intratracheal administration

#### (a)  Rat

Four groups of white rats (group sizes varied from 28 to 70, with approximately equal numbers of males and females) were given either no treatment or a single instillation of 5 mg benzo[a]pyrene or an instillation of 50 mg quartz (size, 82% < 2 µm) and 5 mg benzo[a]pyrene (Group A) or 50 mg quartz and a later (1 month) instillation of 5 mg benzo[a]pyrene (Group B). The rats were observed until death. There were no

**Table 3.6 Incidence, numbers and histological types of lung tumours in female Wistar rats after inhalation exposure to quartz and/or Thorotrast**

| Treatment | Number of rats[a] | Lung tumours | | | | |
|---|---|---|---|---|---|---|
| | | Incidence | Total number | Histological type | | |
| | | Observed | | Bronchiolo-alveolar adenoma | Bronchiolo-alveolar carcinoma | Squamous cell carcinoma |
| Controls | 85 | – | – | – | – | – |
| Low-dose quartz | 82 | 37 | 62 | 8 | 17 | 37 |
| High-dose quartz | 82 | 43 | 69 | 13 | 26 | 30 |
| Thorotrast (Tho) | 87 | 3 | 6 | – | 5 | 1 |
| Low-dose quartz + Tho | 87 | 39 | 68 | 10 | 28 | 30 |
| High-dose quartz + Tho | 87 | 57 | 98 | 16 | 47 | 35 |

[a] Without the animals sacrificed 0 and 6 months after the end of inhalation exposure.
From Spiethoff et al. (1992)

lung tumours in the untreated rats (0/45), nor in those exposed to benzo[a]pyrene alone (0/19). In the combined exposures to benzo[a]pyrene and quartz, an increased incidence in lung tumours was observed (Group A, 14/31, 11 squamous cell carcinomas and three papillomas; Group B, 4/18, two papillomas and two carcinomas) (Pylev, 1980). [The Working Group noted the absence of a group exposed to quartz alone.]

*(b) Hamster*

Groups of 50 male Syrian golden hamsters received weekly intratracheal instillations for 15 weeks in saline of 3 mg benzo[a]pyrene or 3 mg ferric oxide or 3 mg ferric oxide plus 3 mg benzo[a]pyrene or 1.1 mg Sil-Co-Sil or 1.1 mg Sil-Co-Sil plus 3 mg benzo[a]pyrene or 0.7 mg Min-U-Sil or 0.7 mg Min-U-Sil plus 3 mg benzo[a]pyrene or 7 mg Min-U-Sil or 7 mg Min-U-Sil plus 3 mg benzo[a]pyrene. Fifty male controls received saline alone. Survivors were killed at 92 weeks after exposure. Co-exposures with silica caused an enhancement of the number of respiratory tract tumours induced by benzo[a]pyrene

(mainly in the bronchus and lung) (Niemeier et al., 1986; Table 3.7).

## 3.9 Synthesis

Studies of the carcinogenicity of crystalline silica in experimental animal models have shown quartz dust to be a lung carcinogen in rats following inhalation and intratracheal instillation, but not in mice or hamsters. Rats are known to be more sensitive than are mice or hamsters to the induction of lung tumours due to other inhaled poorly soluble particles, such as carbon black (Mauderly et al., 1994).

Quartz-induced lymphoma incidence was also increased in several experiments in rats after intrapleural administration, and in one study in mice after subcutaneous administration. Tridymite- and cristobalite-induced lymphomas were observed in only a single experiment.

**Table 3.7 Incidences of respiratory tract tumours in Syrian golden hamsters after intratracheal administration of quartz with or without benzo[*a*]pyrene**

| Treatment | No. of animals | No. of animals with respiratory tract tumours | No. of respiratory tract tumours[a] by site | | | Mean latency (wk) |
|---|---|---|---|---|---|---|
| | | | Larynx | Trachea | Bronchus and lung | |
| Saline control | 48 | 0 | 0 | 0 | 0 | – |
| BaP | 47 | 22 | 5 | 3 | 32 | 72.6 |
| Ferric oxide | 50 | 1 | 1 | 0 | 0 | 62 |
| Ferric oxide + BaP | 48 | 35b,c | 5 | 6 | 69 | 70.2 |
| Sil-Co-Sil | 50 | 0 | 0 | 0 | 0 | – |
| Sil-Co-Sil + BaP | 50 | 36b,c | 13 | 13 | 72 | 66.5 |
| Min-U-Sil | 50 | 1 | 0 | 0 | 1 | 68 |
| Min-U-Sil + BaP | 50 | 44b,c | 10 | 2 | 111 | 68.5 |
| Min-U-Sil + ferric oxide | 49 | 0 | 0 | 0 | 0 | – |
| Min-U-Sil + ferric oxide + BaP | 50 | 38b,c | 10 | 4 | 81 | 66.7 |

[a] Types of tumours: polyps, adenomas, carcinomas, squamous cell carcinomas, adenosquamous carcinomas, adenocarcinomas, sarcomas.
[b] Statistically significantly higher ($P < 0.00001$; two-tailed Fisher Exact test) compared with the corresponding group not treated with BaP.
[c] Statistically significantly higher ($P < 0.01$; two-tailed Fisher Exact test) compared with the BaP group.
BaP, benzo[*a*]pyrene
From Niemeier *et al.* (1986)

# 4. Other Relevant Data

## 4.1 Deposition and biopersistence

The inhalation of crystalline silica is associated with various lung diseases including acute silicosis or lipoproteinosis, chronic nodular silicosis, and lung cancer. Exposure to silica dust may also cause renal and autoimmune diseases (Steenland & Goldsmith, 1995; Stratta *et al.*, 2001; Cooper *et al.*, 2002; Otsuki *et al.*, 2007). In silicotic patients, alveolar macrophages collected by pulmonary lavage contain crystalline silica and at autopsy, elevated levels of quartz are found in the lungs and lymph nodes. Crystalline silica is poorly soluble and biopersistent; even after cessation of exposure, silicosis can progress and is a risk factor for the development of lung cancer (IARC, 1997).

Alveolar macrophages play a key role in silica-related toxicity, and therefore the cytotoxic potency of silica particles determine the degree of silica-related pathogenicity (IARC, 1997; Donaldson & Borm, 1998). The stronger the cytotoxicity of crystalline silica to alveolar macrophages, the higher the intensity of the inflammatory reaction, and the longer the residence time of the particle in the lung (Donaldson & Borm, 1998; Fenoglio *et al.*, 2000a).

Rodent inhalation studies have investigated the relationship between intrinsic particle toxicity, persistent inflammation, altered macrophage-mediated clearance, and biopersistence in the lung (Warheit *et al.*, 2007). Crystalline silica particles induce lung inflammation that persists even after cessation of exposure, with alveolar macrophages having reduced chemotactic responses and phagocytosis. Crystalline silica impairs macrophage-mediated clearance secondary to its cytotoxicity that allows these particles to accumulate and persist in the lungs (IARC, 1997). In humans, it is possible that co-exposure to tobacco smoke and crystalline silica may impair the clearance of these toxic particles (IARC, 2004).

## 4.2 Mechanisms of carcinogenicity

It is generally accepted that alveolar macrophages and neutrophils play a central role in diseases associated with exposure to crystalline silica (Hamilton *et al.*, 2008). An inflammation-based mechanism as described in IARC (1997) is a likely mechanism responsible for the induction of lung cancer associated with exposure to crystalline silica, although reactive oxygen species can be directly generated by crystalline silica polymorphs themselves, and can be taken up by epithelial cells. For this reason, a direct effect on lung epithelial cells cannot be excluded (Schins, 2002; Fubini & Hubbard, 2003; Knaapen *et al.* 2004).

### 4.2.1 Physicochemical features of crystalline silica dusts associated with carcinogenicity

The major forms or polymorphs of crystalline silica are the natural minerals quartz, tridymite, cristobalite, coesite, stishovite, and the artifical silica-based zeolites (porosils) (Fenoglio *et al.*, 2000a). Humans have been exposed only to quartz, tridymite, cristobalite, the other forms being very rare. Several amorphous forms of silica exist, some of which were classified in Group 3 (*not classifiable as to their carcinogenicity*) in the previous *IARC Monograph* (IARC, 1997). Also, it has been shown that this cytotoxicity is lowered with lowering hydrophilicity (Fubini *et al.*, 1999), which depends upon the circumstances under which the surface was created. For example, silica in fly ashes or volcanic dusts is generated at high temperatures, and is mostly hydrophobic.

The classification in Group 1 (*carcinogenic to humans*) of some silica polymorphs in the previous *IARC Monograph* (IARC, 1997) was preceded by a preamble indicating that crystalline silica did not show the same carcinogenic potency in all circumstances. Physicochemical features – polymorph characteristics, associated contaminants – may account for the differences found in humans and in experimental studies. Several studies on a large variety of silica samples, aiming to clarify the so-called "variability of quartz hazard" have indicated features and contaminants that modulate the biological responses to silica as well as several surface characteristics that contribute to the carcinogenicity of a crystalline silica particle (Donaldson & Borm, 1998; Fubini, 1998a; Elias *et al.*, 2000; Donaldson *et al.*, 2001). The larger potency of freshly ground dusts (e.g. as in sandblasting) has been confirmed in several studies; Vallyathan *et al.*, 1995), as immediately after cleavage, a large number of surface-active radicals are formed that rapidly decay (Damm & Peukert, 2009). The association with clay or other aluminium-containing compounds inhibits most adverse effects (Duffin *et al.*, 2001; Schins *et al.*, 2002a), iron in traces may enhance the effects but an iron coverage inhibits cytotoxicity and cell transformation (Fubini *et al.*, 2001). One study on a large variety of commercial quartz dusts has shown a spectrum of variability in oxidative stress and inflammogenicity *in vitro* and *in vivo*, which exceeds the differences previously found among different polymorphs (Bruch *et al.*, 2004; Cakmak *et al.*, 2004; Fubini *et al.*, 2004; Seiler *et al.*, 2004). Subtle differences in the level of contaminants appear to determine such variability. New studies *in vitro* and *in vivo* on synthesized nanoparticles of quartz (Warheit *et al.*, 2007) indicate a variability of effects also at the nanoscale. These new data clearly show that more or less pathogenic materials are comprised under the term "crystalline silica dusts." However, most studies, so far, have failed to identify strict criteria to distinguish between potentially more or less hazardous forms of crystalline silica.

The pathogenic potential of quartz seems to be related to its surface properties, and the surface properties may vary depending on the origin of the quartz. The large variability in silica hazard even within quartz particles of the same polymorph may originate from the

grinding procedure, the particle shape, the thermal treatment (determines the hydrophilicity of the particle), and the metal impurities (e.g. aluminium, iron) (Fubini *et al.*, 2004).

The toxicity of silica dust from various sources may be related either to the kind of silica polymorph or to impurities.

The correlation between artificially pure crystalline silicas (porosils) with similar physicochemical properties, but different micromorphology, size and surface area, was investigated (Fenoglio *et al.*, 2000a). Surface area and aspect ratio (elongated crystals with a higher aspect ratio than more isometric crystals) of the particulates tested in a cellular system (mouse monocyte-macrophage tumour cell line) correlate best with inhibition of cell proliferation after 24–72 hours experimental time. From the natural crystalline silicas, only stishovite did not show a cytotoxic effect; all the other natural polymorphs were rather toxic. Stishovite is made up of smooth round particles (Cerrato *et al.*, 1995) whereas quartz, tridymite, and cristobalite consist of particles with very sharp edges caused by grinding (Fubini, 1998a; Fubini *et al.*, 1990, 1999). Stishovite, the only polymorph with silicon in octahedral coordination, has densely packed hydroxyl-silanols on its surface that interact with hydrogen bonds with each other; for this reason, the interaction of silanols with cell membranes, which normally does occur, is dramatically reduced (Cerrato *et al.*, 1995).

Pure silica-zeolites with different particle forms exhibit similar cytotoxicity *in vitro* if compared at equal surface area instead of equal mass. The extent of free radical generation did not show a significant correlation with cytotoxicity in this short-term in-vitro test (Fenoglio *et al.*, 2000a). Free radicals generated by the particle may play a role in later stages of toxicity related to crystalline silica (Ziemann *et al.*, 2009). Both silicon-based surface radicals and iron ions located at the particle surface may be active

centres for free radical release in solution (Fubini *et al.*, 2001).

As has already been demonstrated with quartz and cristobalite (Brown & Donaldson, 1996; Bégin *et al.*, 1987), the cytotoxicity of artificially pure silica-zeolites can be decreased by aluminium ions adsorbed onto the particle surface (Fenoglio *et al.*, 2000a). Crystalline silica may occur naturally embedded in clays or may be mixed with other materials in some commercial products. It is possible that these materials may adsorb onto the silica surface, and modify its reactivity. However, the extent of surface coverage and the potency of these modified crystalline silica particles after long-term residence in the lungs have not been systematically assessed.

A quartz sample isolated from bentonite clay obtained from a 100 to 112 million-year-old formation in Wyoming, USA, exhibits a low degree of internal crystal organization, and the surface of this quartz particles are occluded by coatings of the clay. This "quartz isolate" was compared in respect to its toxic potency after intratracheal instillation in rats with the quartz sample DQ12. The "quartz isolate" showed a much lower toxicity than DQ12 quartz, in agreement with the much lower surface reactivity of "quartz isolate" compared to the DQ12 quartz (Creutzenberg *et al.*, 2008; Miles *et al.*, 2008).

### 4.2.2 Direct genotoxicity and cell transformation

Reactive oxygen species are generated not only at the particle surface of crystalline silica, but also by phagocytic and epithelial cells exposed to quartz particles (Castranova *et al.*, 1991; Deshpande *et al.*, 2002). Oxidants generated by silica particles and by the respiratory burst of silica-activated phagocytic cells may cause cellular and lung injury, including DNA damage. Lung injury may be initiated and amplified by severe inflammation (Donaldson *et al.*, 2001; Castranova, 2004; Knaapen *et al.*, 2004). Various

products (chemotactic factors, cytokines, growth factors) released by activated (and also dying) alveolar macrophages will not only recruit more macrophages as well as polymorphonuclear leukocytes (PMNs) and lymphocytes, but may also affect and activate bronchiolar and alveolar epithelial cells.

Reactive oxygen species can directly induce DNA damage (Knaapen *et al.*, 2002; Schins *et al.*, 2002b), and morphological transformations observed in Syrian hamster embryo (SHE) cells correlate well with the amount of hydroxyl radicals generated (Elias *et al.*, 2000, 2006; Fubini *et al.*, 2001). Neoplastic transformation was observed in in-vitro assays in the absence of secondary inflammatory cells (Hersterberg *et al.*, 1986; Saffiotti & Ahmed, 1995; Elias *et al.*, 2000). There seems to be no correlation between the extent of cytotoxicity as assessed by colony-forming efficiency and transforming potency (SHE test) when various quartz samples were investigated (Elias *et al.*, 2000). In contrast to transforming potency, which was clearly related to hydroxyl radical generation, cytotoxicity was not affected by antioxidants. Partial reduction of transforming potency when deferoxamine-treated quartz was used points to the role of transitional metals, e.g. iron on the particle surface in generating hydroxyl radicals (Fubini *et al.*, 2001). The SHE test used in this study by Fubini *et al.* (2001) and by others is recommended by the Centre for the Validation of Alternative Methods (ECVAM) as an alternative method for investigating the potential carcinogenicity of particulates (Fubini, 1998b). In nude mice injected with these transformed cells, tumours could be initiated (Saffiotti & Ahmed, 1995).

Particle uptake by target cells is also relevant for direct genotoxicity (Schins, 2002). Crystalline silica particles were detected in type II lung epithelial cells (RLE-6TN) *in vitro*; these particles were located also in close proximity to the nuclei and mitochondria, but not within these organelles. An osteosarcoma cell line lacking functional mitochondria was investigated with respect to quartz-related DNA damage with an osteosarcoma cell line with normal mitochondria. Only the cell line with functioning mitochondria showed significantly increased DNA damage after exposure to DQ12 quartz (Li *et al.*, 2007).

The relationship between genotoxic effects (formation of DNA strand breaks) and the uptake of quartz particles was investigated *in vitro* with A549 human lung epithelial cells (Schins *et al.*, 2002a). The percentage of A549 cells containing particles was clearly lower after exposure to quartz coated with polyvinylpyridine-*N*-oxide or aluminum lactate compared to uncoated quartz (DQ12). In this experiment, DNA strand breaks measured (Comet assay) in the exposed cells correlated very well with the number of particles absorbed by the cells. It could also be demonstrated that the generation of reactive oxygen species was closely related to the formation of DNA strand breaks (Schins, 2002). However, in other in-vitro studies using different quartz species, DNA strand breaks in epithelial cells could be observed only at particle concentrations that caused cytotoxicity (Cakmak *et al.*, 2004).

Rats were exposed to crystalline silica for 3 hours and sacrificed at different time points after exposure, and lungs were examined by electron microscopy. The lungs were fixed by vascular perfusion through the right ventricle. In these investigations, silica crystals were found within the cytoplasm of type I lung epithelial cells (Brody *et al.*, 1982). Although type I cells are not the target cell for tumour formation, these data show that the uptake of quartz particles in epithelial lung cells *in vivo* is in principle possible. Other particles including titanium dioxide, carbon black, or metallic particles have occasionally been found in type I lung epithelial cells in rats after inhalation exposure (Anttila, 1986; Anttila *et al.*, 1988; Nolte *et al.*, 1994).

After intratracheal instillation of DQ12 quartz, DNA strand breaks could be observed in lung epithelial cells isolated from quartz-treated rats. This effect was not found when the quartz dust was treated with either polyvinylpyridine-*N*-oxide or aluminium lactate. This finding suggests an important role of the reactive surface of quartz-induced DNA damage *in vivo*. No increase in alkaline phosphatase was found in the bronchiolo-alveolar lavage fluid of quartz-treated rats, and therefore, as alkaline phosphatase is an enzyme specifically present in type II epithelial cells, it can be assumed that there was no obvious cytotoxicity in these lung cells. These data support the current view of the important role of inflammatory cells in quartz-induced genotoxic effects (Knaapen *et al.*, 2002).

### 4.2.3 Depletion of antioxidant defences

Substantial amounts of ascorbic acid (Fenoglio *et al.*, 2000b) and glutathione (Fenoglio *et al.*, 2003) are consumed in the presence of quartz in cell-free tests via two different surface reactions. Both reactions may deplete antioxidant defences in the lung-lining fluid, thereby enhancing the extent of oxidative damage.

Incubation of murine alveolar MH-S macrophages with quartz particles (80 µg/cm$^2$) for 24 hours inhibited glucose 6-phosphate dehydrogenase (G6PD)-1 activity by 70%, and the pentose phosphate pathway by 30%. Such effects were accompanied by a 50% decrease in intracellular glutathione. Quartz inhibits G6PD but not other oxidoreductases, and this inhibition is prevented by glutathione, suggesting that silica contributes to oxidative stress also by inhibiting the pentose phosphate pathway, which is critical for the regeneration of reduced glutathione (Polimeni *et al.*, 2008).

### 4.2.4 Indirect mechanisms

After 13 weeks of inhalation exposure to 3 mg/m$^3$ crystalline silica (mass median aerodynamic diameter, 1.3 µm) or 50 mg/m$^3$ amorphous silica (mass median aerodynamic diameter, 0.81 µm), the percentage of PMNs in the lung of the exposed rats was similar after each exposure. However, HPRT mutation frequency of the alveolar epithelial cells was significantly increased only in rats exposed to crystalline silica. Other factors including toxic effects to epithelial cells, solubility, and biopersistence may also be important for the induction of these mutagenic effects (Johnston *et al.*, 2000). A specific finding in rats treated intratracheally with amorphous silica (Aerosil®150, pyrogenic silica with primary particle size of 14 nm) was a severe granulomatous alveolitis which over time progressed to "scar-like" interstitial fibrotic granulomas not seen after crystalline silica exposure in rats (Ernst *et al.*, 2002). Lung tumours were found in rats also after the repeated intratracheal instillation of the same amorphous silica (Kolling *et al.*, 2008).

Toxic mineral dusts, especially crystalline silica, have unique, potent effects on alveolar macrophages that have been postulated to trigger the chain of events leading to chronic lung fibrosis (silicosis) and lung cancer (Hamilton *et al.*, 2008). Macrophages express a variety of cell-surface receptors that bind to mineral dusts leading to phagocytosis, macrophage apoptosis, or macrophage activation. The major macrophage receptor that recognizes and binds inhaled particles as well as unopsonized bacteria is MARCO (Arredouani *et al.*, 2004, 2005). Additional members of the macrophage-scavenger receptor family responsible for binding mineral particles as well as a wide range of other ligands include SR-AI and SR-AII (Murphy *et al.*, 2005). Although SR-AI/II and MARCO bind both toxic and non-toxic particles, only crystalline silica triggers macrophage apoptosis following

binding to these scavenger receptors (Hamilton et al., 2008). Other receptors expressed by macrophages and other target cells in the lung that bind mineral dusts include complement receptor and mannose receptors (Gordon, 2002). The pathological consequences of silica-induced injury to alveolar macrophages followed by apoptosis is impaired alveolar-macrophage-mediated clearance of crystalline silica as discussed in Section 4.1. Lysosomal membrane permeabilization following phagocytosis of crystalline silica particles has been hypothesized to enhance IL-1β secretion (Hornung et al., 2008), and to trigger the release of cathepsin D, leading to mitochondrial damage, and the apoptosis of alveolar macrophages (Thibodeau et al., 2004). Macrophage injury and apoptosis may be responsible for the increased susceptibility of workers exposed to silica to develop autoimmune disease (Pfau et al., 2004; Brown et al., 2005), and pulmonary tuberculosis (IARC, 1997; Huaux, 2007).

Persistent inflammation triggered by crystalline silica (quartz) has been linked to indirect genotoxicity in lung epithelial cells in rats, see Fig. 4.1 (IARC, 1997). Rats exposed to crystalline silica develop a severe, prolonged inflammatory response characterized by elevated neutrophils, epithelial cell proliferation, and development of lung tumours (Driscoll et al., 1997). These persistent inflammatory and epithelial proliferative responses are less intense in mice and hamsters, and these species do not develop lung tumours following exposure to crystalline silica or other poorly soluble particles (IARC, 1997). There has been considerable discussion of whether the response of rats to inhaled particles is an appropriate model for the exposed response of humans (ILSI, 2000). Comparative histopathological studies of rats and humans exposed to the same particulate stimuli reveal more severe inflammation, alveolar lipoproteinosis, and alveolar epithelial hyperplasia in rats than in humans (Green et al., 2007). These studies suggest that rats are more susceptible to develop persistent lung inflammation in response to particle inhalation than other species (ILSI, 2000).

Chronic exposure of rats to crystalline silica also leads to pulmonary fibrosis (Oberdörster, 1996), and workers with silicosis have an elevated risk of developing lung cancer (Pelucchi et al., 2006). The causal association between chronic inflammation, fibrosis, and lung cancer was reviewed by IARC (2002). These associations provide a biological plausible mechanism between inflammation and the development of fibrosis and/or lung cancer (Balkwill & Mantovani, 2001).

## 4.3 Molecular pathogenesis of cancer of the lung

Acquired molecular alterations in oncogenes and tumour-suppressor genes characterize the multistage development of lung cancer (Sato et al., 2007). Somatic alterations, such as DNA adducts, develop in the respiratory tract of smokers during the early stages of carcinogenesis (Wiencke et al., 1999). Specific point mutations in in the K-RAS oncogene and the p53 tumour-suppressor gene are considered as biomarkers of exposure to chemical carcinogens in tobacco smoke (Pfeifer et al., 2002). Only one study has investigated the mutational spectrum of these genes that may be used as biomarkers for exposure to crystalline silica. Liu et al. (2000) analysed the mutation spectra in the K-RAS and p53 genes in lung cancers that developed in workers with silicosis [smoking status unknown]. In a series of 36 cases, 16 mutations in exons 5, 7 and 8 of the p53 gene were found. In contrast to non-occupational lung cancers, seven of these mutations clustered in exon 8. Most of the K-RAS gene mutations in non-small cell lung carcinomas occur at codon 12. Liu et al. (2000) did not detect this mutation in their case series of silicotics. Six mutations were found at codon 15 in exon 1 as well as additional mutations in codons 7, 15, 20, and

**Fig. 4.1 Proposed mechanisms for the carcinogenicity of crystalline silica in rats**



21. Most of these mutations were G→C transversions in contrast to G→T transversions at codon 12, which are characteristic of non-small cell lung cancers associated with tobacco smoking. If these specific mutations are confirmed in a larger series of lung cancers in silicotics, these could provide early biomarkers for the development of lung cancer in workers exposed to crystalline silica.

In a rat model of silica-induced lung cancer, a low frequency of *p53* gene mutations and no mutations in *K-RAS, N-RAS,* or *c-H-RAS* oncogenes were observed (Blanco *et al.,* 2007). No mutations in oncogenes or tumour-suppressor genes have been directly linked with exposure to crystalline silica.

The epigenetic silencing of the *p16^{INK4a}* (Belinsky *et al.,* 2002), *CDH13,* and *APC* genes has also been found in a rat model of lung cancer induced by intratracheal instillation of crystalline silica (Blanco *et al.,* 2007). In this rodent model, the increased expression of iNOS

(inducible nitric oxide synthase) was also found in preneoplastic lesions, which is consistent with a role for reactive nitrogen species in silicosis (Porter *et al.*, 2006).

## 4.4 Species differences and susceptible populations

In rat chronic inhalation studies using crystalline silica or granular, poorly soluble particles, female rats are more susceptible than males to the induction of lung tumours. Overall, rats are susceptible to the induction of lung cancer following the exposure to crystalline silica or granular, poorly soluble particles, but hamsters and mice are more resistant. The mechanistic basis for these sex and species differences is unknown. Mice exposed to crystalline silica by intranasal instillation or subcutaneous injection, as well as rats injected intrapleurally or intraperitoneally develop lymphomas. Following inhalation exposure to crystalline silica, lymphomas have not been observed in any species (see Section 3).

In some workers exposed to crystalline silica, cytokine gene polymorphisms have been linked with silicosis (Yucesoy *et al.*, 2002). Specific polymorphisms in genes encoding in *TNF-α* and *IL-1RA* (interleukin-1 receptor antagonist) have been associated with an increased risk for the development of silicosis (Yucesoy & Luster, 2007). Gene–linkage analyses might reveal additional markers for susceptibility to the development of silicosis and lung cancer in workers exposed to crystalline silica.

## 4.5 Synthesis

Three mechanisms have been proposed for the carcinogenicity of crystalline silica in rats (Fig. 4.1). First, exposure to crystalline silica impairs alveolar-macrophage-mediated particle clearance thereby increasing persistence of silica in the lungs, which results in macrophage activation, and the sustained release of chemokines and cytokines. In rats, persistent inflammation is characterized by neutrophils that generate oxidants that induce genotoxicity, injury, and proliferation of lung epithelial cells leading to the development of lung cancer. Second, extracellular generation of free radicals by crystalline silica depletes antioxidants in the lung-lining fluid, and induces epithelial cell injury followed by epithelial cell proliferation. Third, crystalline silica particles are taken up by epithelial cells followed by intracellular generation of free radicals that directly induce genotoxicity.

The Working Group considers the first mechanism as the most prominent based on the current experimental data using inhalation or intratracheal instillation in rats, although the other mechanisms cannot be excluded. It is unknown which of these mechanisms occur in humans exposed to crystalline silica dust. The mechanism responsible for the induction of lymphomas in rats and mice following direct injections of crystalline silica dust is unknown.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of crystalline silica in the form of quartz or cristobalite. Crystalline silica in the form of quartz or cristobalite dust causes cancer of the lung.

There is *sufficient evidence* in experimental animals for the carcinogenicity of quartz dust.

There is *limited evidence* in experimental animals for the carcinogenicity of tridymite dust and cristobalite dust.

Crystalline silica in the form of quartz or cristobalite dust is *carcinogenic to humans (Group 1).*

# References

Akbar-Khanzadeh F & Brillhart RL (2002). Respirable crystalline silica dust exposure during concrete finishing (grinding) using hand-held grinders in the construction industry. *Ann Occup Hyg*, 46: 341–346. doi:10.1093/annhyg/mef043 PMID:12176721

Akbar-Khanzadeh F, Milz S, Ames A *et al.* (2007). Crystalline silica dust and respirable particulate matter during indoor concrete grinding - wet grinding and ventilated grinding compared with uncontrolled conventional grinding. *J Occup Environ Hyg*, 4: 770–779. doi:10.1080/15459620701569708 PMID:17763068

Andersson L, Bryngelsson I-L, Ohlson C-G *et al.* (2009). Quartz and dust exposure in Swedish iron foundries. *J Occup Environ Hyg*, 6: 9–18. doi:10.1080/15459620802523943 PMID:18982534

Anttila S (1986). Dissolution of stainless steel welding fumes in the rat lung: an x ray microanalytical study. *Br J Ind Med*, 43: 592–596. PMID:3756109

Anttila S, Grekula A, Sutinen S *et al.* (1988). Inhaled manual metal arc and shieldgas stainless and mild steel welding fumes in rat lung. *Ann Occup Hyg*, 32: 225–235.

Archer JD, Cooper GS, Reist PC *et al.* (2002). Exposure to respirable crystalline silica in eastern North Carolina farm workers. *AIHA J (Fairfax, Va)*, 63: 750–755. doi:10.1080/15428110208984765 PMID:12570084

Arredouani M, Yang Z, Ning Y *et al.* (2004). The scavenger receptor MARCO is required for lung defense against pneumococcal pneumonia and inhaled particles. *J Exp Med*, 200: 267–272. doi:10.1084/jem.20040731 PMID:15263032

Arredouani MS, Palecanda A, Koziel H *et al.* (2005). MARCO is the major binding receptor for unopsonized particles and bacteria on human alveolar macrophages. *J Immunol*, 175: 6058–6064. PMID:16237101

Attfield MD & Costello J (2004). Quantitative exposure–response for silica dust and lung cancer in Vermont granite workers. *Am J Ind Med*, 45: 129–138. doi:10.1002/ajim.10348 PMID:14748044

Bahrami AR, Golbabai F, Mahjub H *et al.* (2008). Determination of exposure to respirable quartz in the stone crushing units at Azendarian-West of Iran. *Ind Health*, 46: 404–408. doi:10.2486/indhealth.46.404 PMID:18716390

Bakke B, Stewart P, Eduard W (2002). Determinants of dust exposure in tunnel construction work. *Appl Occup Environ Hyg*, 17: 783–796. doi:10.1080/10473220290096032 PMID:12419106

Balkwill F & Mantovani A (2001). Inflammation and cancer: back to Virchow? *Lancet*, 357: 539–545. doi:10.1016/S0140-6736(00)04046-0 PMID:11229684

Bégin R, Massé S, Sébastien P *et al.* (1987). Sustained efficacy of aluminum to reduce quartz toxicity in the lung. *Exp Lung Res*, 13: 205–222. doi:10.3109/01902148709064319 PMID:2822380

Belinsky SA, Snow SS, Nikula KJ *et al.* (2002). Aberrant CpG island methylation of the p16(INK4a) and estrogen receptor genes in rat lung tumors induced by particulate carcinogens. *Carcinogenesis*, 23: 335–339. doi:10.1093/carcin/23.2.335 PMID:11872642

Blanco D, Vicent S, Fraga MF *et al.* (2007). Molecular analysis of a multistep lung cancer model induced by chronic inflammation reveals epigenetic regulation of p16 and activation of the DNA damage response pathway. *Neoplasia*, 9: 840–852. doi:10.1593/neo.07517 PMID:17971904

Brätveit M, Moen BE, Mashalla YJS, Maalim H (2003). Dust exposure during small-scale mining in Tanzania: a pilot study. *Ann Occup Hyg*, 47: 235–240. doi:10.1093/annhyg/meg027 PMID:12639837

Brody AR, Roe MW, Evans JN, Davis GS (1982). Deposition and translocation of inhaled silica in rats. Quantification of particle distribution, macrophage participation, and function. *Lab Invest*, 47: 533–542. PMID:6292578

Brown GM, Donaldson K (1996). *Modulation of quartz toxicity by aluminum.* In: *Silica and Silica-induced Lung Diseases.* Castranova V, Vallyathan V Wallace WE, editors. Boca Raton, FL: CRC Press, pp. 299–304.

Brown JM, Pfau JC, Pershouse MA, Holian A (2005). Silica, apoptosis, and autoimmunity. *J Immunotoxicol*, 1: 177–187. doi:10.1080/15476910490911922 PMID:18958651

Brown TP & Rushton L (2005a). Mortality in the UK industrial silica sand industry: 1. Assessment of exposure to respirable crystalline silica. *Occup Environ Med*, 62: 442–445. doi:10.1136/oem.2004.017715 PMID:15961619

Brown TP & Rushton L (2005b). Mortality in the UK industrial silica sand industry: 2. A retrospective cohort study. *Occup Environ Med*, 62: 446–452. doi:10.1136/oem.2004.017731 PMID:15961620

Bruch J, Rehn S, Rehn B *et al.* (2004). Variation of biological responses to different respirable quartz flours determined by a vector model. *Int J Hyg Environ Health*, 207: 203–216. doi:10.1078/1438-4639-00278 PMID:15330388

Brüske-Hohlfeld I, Möhner M, Pohlabeln H *et al.* (2000). Occupational lung cancer risk for men in Germany: results from a pooled case–control study. *Am J Epidemiol*, 151: 384–395. PMID:10695597

Bryson G, Bischoff F, Stauffer RD (1974). A comparison of chrysotile and tridymite at the intrathoracic site in male Marsh mice (Abstract No. 22). *Proc Am Assoc Cancer Res*, 15: 6

Burgess GL (1998). Development of an exposure matrix for respirable crystalline silica in the British pottery industry. *Ann Occup Hyg*, 42: 209–217. PMID:9684560

Cakmak GD, Schins RP, Shi T *et al.* (2004). In vitro genotoxicity assessment of commercial quartz flours in comparison to standard DQ12 quartz. *Int J Hyg Environ Health*, 207: 105–113. doi:10.1078/1438-4639-00276 PMID:15031953

Carta P, Aru G, Manca P (2001). Mortality from lung cancer among silicotic patients in Sardinia: an update study with 10 more years of follow up. *Occup Environ Med*, 58: 786–793. doi:10.1136/oem.58.12.786 PMID:11706145

Castranova V, Kang JH, Moore MD *et al.* (1991). Inhibition of stimulant-induced activation of phagocytic cells with tetrandrine. *J Leukoc Biol*, 50: 412–422. PMID:1655939

Castranova V (2004). Signaling pathways controlling the production of inflammatory mediators in response to crystalline silica exposure: role of reactive oxygen/nitrogen species. *Free Radic Biol Med*, 37: 916–925. doi:10.1016/j.freeradbiomed.2004.05.032 PMID:15336307

Cerrato G, Fubini B, Baricco M, Morterra C (1995). Spectroscopic, structural and microcalorimetric study of stishovite, a non-pathogenic polymorph of $SiO_2$. *J Mater Chem*, 5: 1935–1941. doi:10.1039/jm9950501935

Checkoway H, Heyer NJ, Demers PA, Breslow NE (1993). Mortality among workers in the diatomaceous earth industry. *Br J Ind Med*, 50: 586–597. PMID:8343419

Checkoway H, Heyer NJ, Demers PA, Gibbs GW (1996). Reanalysis of mortality from lung cancer among diatomaceous earth industry workers, with consideration of potential confounding by asbestos exposure. *Occup Environ Med*, 53: 645–647. doi:10.1136/oem.53.9.645 PMID:8882123

Checkoway H, Heyer NJ, Seixas NS *et al.* (1997). Dose-response associations of silica with nonmalignant respiratory disease and lung cancer mortality in the diatomaceous earth industry. *Am J Epidemiol*, 145: 680–688. PMID:9125994

Chen J, McLaughlin JK, Zhang JY *et al.* (1992). Mortality among dust-exposed Chinese mine and pottery workers. *J Occup Med*, 34: 311–316. doi:10.1097/00043764-199203000-00017 PMID:1312152

Chen W, Bochmann F, Sun Y (2007). Effects of work related confounders on the association between silica exposure and lung cancer: a nested case–control study among Chinese miners and pottery workers. *Int Arch Occup Environ Health*, 80: 320–326. doi:10.1007/s00420-006-0137-0 PMID:16897095

Chen W & Chen J (2002). Nested case–control study of lung cancer in four Chinese tin mines. *Occup Environ Med*, 59: 113–118. doi:10.1136/oem.59.2.113 PMID:11850554

Chen W, Yang J, Chen J, Bruch J (2006). Exposures to silica mixed dust and cohort mortality study in tin mines: exposure–response analysis and risk assessment of lung cancer. *Am J Ind Med*, 49: 67–76. doi:10.1002/ajim.20248 PMID:16362950

Cherry NM, Burgess GL, Turner S, McDonald JC (1998). Crystalline silica and risk of lung cancer in the potteries. *Occup Environ Med*, 55: 779–785. doi:10.1136/oem.55.11.779 PMID:9924456

Cocco P, Rice CH, Chen JQ *et al.* (2001). Lung cancer risk, silica exposure, and silicosis in Chinese mines and pottery factories: the modifying role of other workplace lung carcinogens. *Am J Ind Med*, 40: 674–682. doi:10.1002/ajim.10022 PMID:11757044

Cooper GS, Miller FW, Germolec DR (2002). Occupational exposures and autoimmune diseases. *Int Immunopharmacol*, 2: 303–313. doi:10.1016/S1567-5769(01)00181-3 PMID:11811933

Costello J & Graham WG (1988). Vermont granite workers' mortality study. *Am J Ind Med*, 13: 483–497. doi:10.1002/ajim.4700130408 PMID:2834946

Crangle RD (2009). Diatomite (advance release). In: *U.S. Geological Survey Minerals Yearbook–2008*. Reston, VA: USGS. Available at http://minerals.usgs.gov/minerals/pubs/commodity/diatomite/myb1-2009-diato.pdf

Creutzenberg O, Hansen T, Ernst H *et al.* (2008). Toxicity of a quartz with occluded surfaces in a 90-day intratracheal instillation study in rats. *Inhal Toxicol*, 20: 995–1008. doi:10.1080/08958370802123903 PMID:18788017

Croteau GA, Flanagan ME, Camp JE, Seixas NS (2004). The efficacy of local exhaust ventilation for controlling dust exposures during concrete surface grinding. *Ann Occup Hyg*, 48: 509–518. doi:10.1093/annhyg/meh050 PMID:15298850

Dagle GE, Wehner AP, Clark ML *et al.* (1986). *Chronic inhalation exposure of rats to quartz.* In: *Silica, Silicosis and Cancer. Controversy in Occupational Medicine.* Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 255–266. ISBN:0030041996.

Damm C & Peukert W (2009). Kinetics of radical formation during the mechanical activation of quartz. *Langmuir*, 25: 2264–2270. doi:10.1021/la803502x PMID:19143556

de Klerk NH & Musk AW (1998). Silica, compensated silicosis, and lung cancer in Western Australian goldminers. *Occup Environ Med*, 55: 243–248. doi:10.1136/oem.55.4.243 PMID:9624278

Deshpande A, Narayanan PK, Lehnert BE (2002). Silica-induced generation of extracellular factor(s) increases reactive oxygen species in human bronchial epithelial cells. *Toxicol Sci*, 67: 275–283. doi:10.1093/toxsci/67.2.275 PMID:12011487

Dolley TP (2009). Silica (advance release). In: *U.S. Geological Survey Minerals Yearbook–2008*. Reston, VA: USGS. Available at http://minerals.usgs.gov/minerals/pubs/commodity/silica/myb1-2008-silic.pdf

Donaldson K & Borm PJ (1998). The quartz hazard: a variable entity. *Ann Occup Hyg*, 42: 287–294. PMID:9729916

Donaldson K, Stone V, Duffin R *et al.* (2001). The quartz hazard: effects of surface and matrix on inflammogenic activity. *J Environ Pathol Toxicol Oncol*, 20: Suppl 1109–118. PMID:11570668

Driscoll KE, Deyo LC, Carter JM *et al.* (1997). Effects of particle exposure and particle-elicited inflammatory cells on mutation in rat alveolar epithelial cells. *Carcinogenesis*, 18: 423–430. doi:10.1093/carcin/18.2.423 PMID:9054638

Duffin R, Gilmour PS, Schins RP *et al.* (2001). Aluminium lactate treatment of DQ12 quartz inhibits its ability to cause inflammation, chemokine expression, and nuclear factor-kappaB activation. *Toxicol Appl Pharmacol*, 176: 10–17. doi:10.1006/taap.2001.9268 PMID:11578144

Ebbesen P (1991). Chirality of quartz. Fibrosis and tumour development in dust inoculated mice. *Eur J Cancer Prev*, 1: 39–42. doi:10.1097/00008469-199110000-00008 PMID:1842682

Elci OC, Akpinar-Elci M, Blair A, Dosemeci M (2002). Occupational dust exposure and the risk of laryngeal cancer in Turkey. *Scand J Work Environ Health*, 28: 278–284. PMID:12199430

Elias Z, Poirot O, Danière MC *et al.* (2000). Cytotoxic and transforming effects of silica particles with different surface properties in Syrian hamster embryo (SHE) cells. *Toxicol In Vitro*, 14: 409–422. doi:10.1016/S0887-2333(00)00039-4 PMID:10963957

Elias Z, Poirot O, Fenoglio I *et al.* (2006). Surface reactivity, cytotoxic, and morphological transforming effects of diatomaceous Earth products in Syrian hamster embryo cells. *Toxicol Sci*, 91: 510–520. doi:10.1093/toxsci/kfj177 PMID:16571621

Ernst H, Rittinghausen S, Bartsch W *et al.* (2002). Pulmonary inflammation in rats after intratracheal instillation of quartz, amorphous SiO2, carbon black, and coal dust and the influence of poly-2-vinylpyridine-N-oxide (PVNO). *Exp Toxicol Pathol*, 54: 109–126. doi:10.1078/0940-2993-00241 PMID:12211632

Erren TC, Glende CB, Morfeld P, Piekarski C (2009). Is exposure to silica associated with lung cancer in the absence of silicosis? A meta-analytical approach to an important public health question. *Int Arch Occup Environ Health*, 82: 997–1004. PMID:19066933

Fenoglio I, Croce A, Di Renzo F *et al.* (2000a). Pure-silica zeolites (Porosils) as model solids for the evaluation of the physicochemical features determining silica toxicity to macrophages. *Chem Res Toxicol*, 13: 489–500. doi:10.1021/tx990169u PMID:10858322

Fenoglio I, Fonsato S, Fubini B (2003). Reaction of cysteine and glutathione (GSH) at the freshly fractured quartz surface: a possible role in silica-related diseases? *Free Radic Biol Med*, 35: 752–762. doi:10.1016/S0891-5849(03)00398-8 PMID:14583339

Fenoglio I, Martra G, Coluccia S, Fubini B (2000b). Possible role of ascorbic acid in the oxidative damage induced by inhaled crystalline silica particles. *Chem Res Toxicol*, 13: 971–975. doi:10.1021/tx000125h PMID:11080045

Flanagan ME, Seixas N, Becker P *et al.* (2006). Silica exposure on construction sites: results of an exposure monitoring data compilation project. *J Occup Environ Hyg*, 3: 144–152. doi:10.1080/15459620500526552 PMID:16464818

Flanagan ME, Seixas N, Majar M *et al.* (2003). Silica dust exposures during selected construction activities. *AIHAJ*, 64: 319–328. PMID:12809537.

Føreland S, Bye E, Bakke B, Eduard W (2008). Exposure to fibres, crystalline silica, silicon carbide and sulphur dioxide in the Norwegian silicon carbide industry. *Ann Occup Hyg*, 52: 317–336. doi:10.1093/annhyg/men029 PMID:18550624

Fubini B (1998a). Surface chemistry and quartz hazard. *Ann Occup Hyg*, 42: 521–530. PMID:9838865

Fubini B (1998b). Non-animal Tests for Evaluating the Toxicity of Solid Xenobiotics. *Atla*, 26: 579–617.

Fubini B, Fenoglio I, Ceschino R *et al.* (2004). Relationship between the state of the surface of four commercial quartz flours and their biological activity in vitro and in vivo. *Int J Hyg Environ Health*, 207: 89–104. doi:10.1078/1438-4639-00277 PMID:15031952

Fubini B, Fenoglio I, Elias Z, Poirot O (2001). Variability of biological responses to silicas: effect of origin, crystallinity, and state of surface on generation of reactive oxygen species and morphological transformation of mammalian cells. *J Environ Pathol Toxicol Oncol*, 20: Suppl 195–108. PMID:11570678

Fubini B, Giamello E, Volante M *et al.* (1990). Chemical functionalities at the silica surface determining its reactivity when inhaled. Formation and reactivity of surface radicals. *Toxicol Ind Health*, 6: 571–598. PMID:1670383.

Fubini B & Hubbard A (2003). Reactive oxygen species (ROS) and reactive nitrogen species (RNS) generation by silica in inflammation and fibrosis. *Free Radic Biol Med*, 34: 1507–1516. doi:10.1016/S0891-5849(03)00149-7 PMID:12788471

Fubini B, Zanetti G, Altilia S *et al.* (1999). Relationship between surface properties and cellular responses to crystalline silica: studies with heat-treated cristobalite. *Chem Res Toxicol*, 12: 737–745. doi:10.1021/tx980261a PMID:10458708

Golbabaei F, Barghi M-A, Sakhaei M (2004). Evaluation of workers' exposure to total, respirable and silica dust and the related health symptoms in Senjedak stone quarry, Iran. *Ind Health*, 42: 29–33. doi:10.2486/indhealth.42.29 PMID:14964615

Gordon S (2002). Pattern recognition receptors: doubling up for the innate immune response. *Cell*, 111: 927–930. doi:10.1016/S0092-8674(02)01201-1 PMID:12507420

Gottesfeld P, Nicas M, Kephart JW *et al.* (2008). Reduction of respirable silica following the introduction of water spray applications in Indian stone crusher mills. *Int J Occup Environ Health*, 14: 94–103. PMID:18507285

Graham WG, Costello J, Vacek PM (2004). Vermont granite mortality study: an update with an emphasis on lung cancer. *J Occup Environ Med*, 46:

459–466. doi:10.1097/01.jom.0000126026.22470.6d PMID:15167394

Green FH, Vallyathan V, Hahn FF (2007). Comparative pathology of environmental lung disease: an overview. *Toxicol Pathol*, 35: 136–147. doi:10.1080/01926230601132055 PMID:17325982

Groth DH, Stettler LE, Platek SF *et al.* (1986). Lung *tumors in rats treated with quartz by instillation.* In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine.* Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 243–253. ISBN:0030041996.

Guénel P, Breum NO, Lynge E (1989). Exposure to silica dust in the Danish stone industry. *Scand J Work Environ Health*, 15: 147–153. PMID:2549615

Hai DN, Chai SK, Chien VC *et al.* (2001). An occupational risk survey of a refractory brick company in Ha Noi, Viet Nam. *Int J Occup Environ Health*, 7: 195–200. PMID:11513069

Hamilton RF Jr, Thakur SA, Holian A (2008). Silica binding and toxicity in alveolar macrophages. *Free Radic Biol Med*, 44: 1246–1258. doi:10.1016/j.freeradbiomed.2007.12.027 PMID:18226603

Harrison J, Chen J-Q, Miller W *et al.* (2005). Risk of silicosis in cohorts of Chinese tin and tungsten miners and pottery workers (II): Workplace-specific silica particle surface composition. *Am J Ind Med*, 48: 10–15. doi:10.1002/ajim.20175 PMID:15940714

Hayumbu P, Robins TG, Key-Schwartz R (2008). Cross-sectional silica exposure measurements at two Zambian copper mines of Nkana and Mufulira. *Int J Environ Res Public Health*, 5: 86–90. PMID:18678921

Hersterberg TW, Oshimura M, Brody AR *et al.* (1986). *Asbestos and silica induce morphological transformation of mammalian cells in culture: a possible mechanism.* In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine.* Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 177–190.

Hessel PA, Sluis-Cremer GK, Hnizdo E (1986). Case–control study of silicosis, silica exposure, and lung cancer in white South African gold miners. *Am J Ind Med*, 10: 57–62. doi:10.1002/ajim.4700100107 PMID:3017101

Hessel PA, Sluis-Cremer GK, Hnizdo E (1990). Silica exposure, silicosis, and lung cancer: a necropsy study. *Br J Ind Med*, 47: 4–9. PMID:2155648

Hicks J & Yager J (2006). Airborne crystalline silica concentrations at coal-fired power plants associated with coal fly ash. *J Occup Environ Hyg*, 3: 448–455. doi:10.1080/15459620600802747 PMID:16862716

Hnizdo E, Murray J, Klempman S (1997). Lung cancer in relation to exposure to silica dust, silicosis and uranium production in South African gold miners. *Thorax*, 52: 271–275. doi:10.1136/thx.52.3.271 PMID:9093345

Hnizdo E & Sluis-Cremer GK (1991). Silica exposure, silicosis, and lung cancer: a mortality study of

South African gold miners. *Br J Ind Med*, 48: 53–60. PMID:1847069

Holland L, Gonzales M, Wilson J (1983). *Pulmonary effects of shale dusts in experimental animals.* In: *Health Issues Related to Metal and Nonmetallic Mining.* Wagner W, Rom W, Merchand J, editors. Boston MA: Butterworths, pp. 485–496. ISBN:0250406101.

Holland L, Wilson J MI,.Tillery M (1986). *Lung cancer in rats exposed to fibrogenic dusts.* In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine.* Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 267–279. ISBN:0030041996.

Hornung V, Bauernfeind F, Halle A *et al.* (2008). Silica crystals and aluminum salts activate the NALP3 inflammasome through phagosomal destabilization. *Nat Immunol*, 9: 847–856. doi:10.1038/ni.1631 PMID:18604214

Huaux F (2007). New developments in the understanding of immunology in silicosis. *Curr Opin Allergy Clin Immunol*, 7: 168–173. doi:10.1097/ACI.0b013e32802bf8a5 PMID:17351471

Hughes JM, Weill H, Rando RJ *et al.* (2001). Cohort mortality study of North American industrial sand workers. II. Case-referent analysis of lung cancer and silicosis deaths. *Ann Occup Hyg*, 45: 201–207. PMID:11295143

IARC (1987a). Silica and some silicates. *IARC Monogr Eval Carcinog Risk Chem Hum*, 42: 1–239. PMID:2824337

IARC (1987b). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1997). Silica, some silicates, coal dust and para-aramid fibrils. *IARC Monogr Eval Carcinog Risks Hum*, 68: 1–475. PMID:9303953

IARC (2002). Man-made vitreous fibres. *IARC Monogr Eval Carcinog Risks Hum*, 81: 1–381. PMID:12458547

IARC (2004). Tobacco smoke and involuntary smoking. *IARC Monogr Eval Carcinog Risks Hum*, 83: 1–1438. PMID:15285078

ILSI; Risk Science Institute Workshop Participants. (2000). The relevance of the rat lung response to particle overload for human risk assessment: a workshop consensus report. *Inhal Toxicol*, 12: 1–17. PMID:10715616

Ishihara Y, Iijima H, Matsunaga K *et al.* (2002). Expression and mutation of p53 gene in the lung of mice intratracheal injected with crystalline silica. *Cancer Lett*, 177: 125–128. doi:10.1016/S0304-3835(01)00779-0 PMID:11825659

Jaurand MC, Fleury J, Monchaux G *et al.* (1987). Pleural carcinogenic potency of mineral fibers (asbestos, attapulgite) and their cytotoxicity on cultured cells. *J Natl Cancer Inst*, 79: 797–804. PMID:2821313

Johnson NF, Smith DM, Sebring R, Holland LM (1987). Silica-induced alveolar cell tumors in rats. *Am J*

*Ind Med*, 11: 93–107. doi:10.1002/ajim.4700110110 PMID:3028139

Johnston CJ, Driscoll KE, Finkelstein JN *et al.* (2000). Pulmonary chemokine and mutagenic responses in rats after subchronic inhalation of amorphous and crystalline silica. *Toxicol Sci*, 56: 405–413. doi:10.1093/toxsci/56.2.405 PMID:10911000

Kauppinen T, Heikkilä P, Partanen T *et al.* (2003). Mortality and cancer incidence of workers in Finnish road paving companies. *Am J Ind Med*, 43: 49–57. doi:10.1002/ajim.10161 PMID:12494421

Kauppinen T, Toikkanen J, Pedersen D *et al.* (2000). Occupational exposure to carcinogens in the European Union. *Occup Environ Med*, 57: 10–18. doi:10.1136/oem.57.1.10 PMID:10711264

Knaapen AM, Albrecht C, Becker A *et al.* (2002). DNA damage in lung epithelial cells isolated from rats exposed to quartz: role of surface reactivity and neutrophilic inflammation. *Carcinogenesis*, 23: 1111–1120. doi:10.1093/carcin/23.7.1111 PMID:12117767

Knaapen AM, Borm PJ, Albrecht C, Schins RP (2004). Inhaled particles and lung cancer. Part A: Mechanisms. *Int J Cancer*, 109: 799–809. doi:10.1002/ijc.11708 PMID:15027112

Kolling A, Ernst H, Rittinghausen S *et al.* (2008). Comparison of primary lung tumor incidences in the rat evaluated by the standard microscopy method and by multiple step sections. *Exp Toxicol Pathol*, 60: 281–288. doi:10.1016/j.etp.2008.02.003 PMID:18455915

Koskela RS, Klockars M, Laurent H, Holopainen M (1994). Silica dust exposure and lung cancer. *Scand J Work Environ Health*, 20: 407–416. PMID:7701286

Kurihara N & Wada O (2004). Silicosis and smoking strongly increase lung cancer risk in silica-exposed workers. *Ind Health*, 42: 303–314. doi:10.2486/indhealth.42.303 PMID:15295901

Lacasse Y, Martin S, Gagné D, Lakhal L (2009). Dose-response meta-analysis of silica and lung cancer. *Cancer Causes Control*, 20: 925–933. doi:10.1007/s10552-009-9296-0 PMID:19184475

Lacasse Y, Martin S, Simard S, Desmeules M (2005). Meta-analysis of silicosis and lung cancer. *Scand J Work Environ Health*, 31: 450–458. PMID:16425586

Lee K (2009). OSHA compliance issues: benzene and crystalline silica exposures in a grey iron foundry. *J Occup Environ Hyg*, 6: D15–D17. doi:10.1080/15459620902754380 PMID:19205997

Li H, Haberzettl P, Albrecht C *et al.* (2007). Inhibition of the mitochondrial respiratory chain function abrogates quartz induced DNA damage in lung epithelial cells. *Mutat Res*, 617: 46–57. PMID:17239409

Linch KD (2002). Respirable concrete dust–silicosis hazard in the construction industry. *Appl Occup Environ Hyg*, 17: 209–221. doi:10.1080/104732202753438298 PMID:11871757

Liu B, Guan R, Zhou P *et al.* (2000). A distinct mutational spectrum of p53 and K-ras genes in lung cancer of workers with silicosis. *J Environ Pathol Toxicol Oncol*, 19: 1–7. PMID:10905501

Lumens MEGL & Spee T (2001). Determinants of exposure to respirable quartz dust in the construction industry. *Ann Occup Hyg*, 45: 585–595. PMID:11583660

Mauderly JL, Snipes MB, Barr EB *et al.* (1994). Pulmonary toxicity of inhaled diesel exhaust and carbon black in chronically exposed rats. Part I: Neoplastic and nonneoplastic lung lesions. *Res Rep Health Eff Inst*, (68, Pt 1): 1–75, discussion 77–97. PMID:7530965

Mamuya SHD, Bråtveit M, Mwaiselage J *et al.* (2006). High exposure to respirable dust and quartz in a labour-intensive coal mine in Tanzania. *Ann Occup Hyg*, 50: 197–204. doi:10.1093/annhyg/mei052 PMID:16143714

McDonald AD, McDonald JC, Rando RJ *et al.* (2001). Cohort mortality study of North American industrial sand workers. I. Mortality from lung cancer, silicosis and other causes. *Ann Occup Hyg*, 45: 193–199. PMID:11295142

McDonald JC, Gibbs GW, Liddell FD, McDonald AD (1978). Mortality after long exposure to cummingtonite-grunerite. *Am Rev Respir Dis*, 118: 271–277. PMID:211890

McDonald JC, McDonald AD, Hughes JM *et al.* (2005). Mortality from lung and kidney disease in a cohort of North American industrial sand workers: an update. *Ann Occup Hyg*, 49: 367–373. doi:10.1093/annhyg/mei001 PMID:15728107

McLaughlin JK, Chen JQ, Dosemeci M *et al.* (1992). A nested case–control study of lung cancer among silica exposed workers in China. *Br J Ind Med*, 49: 167–171. PMID:1313281

McNeill DA, Chrisp CE, Fisher GL (1990). Pulmonary adenomas in A/J mice treated with silica. *Drug Chem Toxicol*, 13: 87–92. doi:10.3109/01480549009011071 PMID:2165900

Mehnert WH, Staneczek W, Möhner M *et al.* (1990). A mortality study of a cohort of slate quarry workers in the German Democratic Republic. *IARC Sci Publ*, (97): 55–64. PMID:2164503

Meijer E, Kromhout H, Heederik D (2001). Respiratory effects of exposure to low levels of concrete dust containing crystalline silica. *Am J Ind Med*, 40: 133–140. doi:10.1002/ajim.1080 PMID:11494340

Miles W, Moll WF, Hamilton RD, Brown RK (2008). Physicochemical and mineralogical characterization of test materials used in 28-day and 90-day intratracheal instillation toxicology studies in rats. *Inhal Toxicol*, 20: 981–993. doi:10.1080/08958370802077943 PMID:18686105

Mirabelli D & Kauppinen T (2005). Occupational exposures to carcinogens in Italy: an update of CAREX database. *Int J Occup Environ Health*, 11: 53–63. PMID:15859192

Moulin JJ, Clavel T, Roy D *et al.* (2000). Risk of lung cancer in workers producing stainless steel and metallic alloys. *Int Arch Occup Environ Health*, 73: 171–180. doi:10.1007/s004200050024 PMID:10787132

Muhle H, Bellman B, Creuzenberg O *et al.* (1998). Pulmonary response to toner TiO(2) and crystalline silica upon chronic inhalation exposure in syrian golden hamsters. *Inhal Toxicol*, 10: 667–729.

Muhle H, Bellmann B, Creutzenberg O *et al.* (1991). Pulmonary response to toner upon chronic inhalation exposure in rats. *Fundam Appl Toxicol*, 17: 280–299. doi:10.1016/0272-0590(91)90219-T PMID:1662648

Muhle H, Kittel B, Ernst H *et al.* (1995). Neoplastic lung lesions in rat after chronic exposure to crystalline silica. *Scand J Work Environ Health*, 21: Suppl 227–29. PMID:8929684

Muhle H, Takenaka S, Mohr U *et al.* (1989). Lung tumor induction upon long-term low-level inhalation of crystalline silica. *Am J Ind Med*, 15: 343–346. PMID:2539015

Murphy JE, Tedbury PR, Homer-Vanniasinkam S *et al.* (2005). Biochemistry and cell biology of mammalian scavenger receptors. *Atherosclerosis*, 182: 1–15. doi:10.1016/j.atherosclerosis.2005.03.036 PMID:15904923

Naidoo R, Seixas N, Robins T (2006). *Estimation of respirable dust exposure among coal miners*, in South Africa. *J Occup Environ Hyg*, 3: 293–300. doi:10.1080/15459620600668973 PMID:15859192

Niemeier R, Mulligan LT, Rowland J (1986). *Cocarcinogenicity of foundry silica sand in hamsters*. In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine*. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 215–227. ISBN:0030041996.

Nieuwenhuijsen MJ, Noderer KS, Schenker MB *et al.* (1999). Personal exposure to dust, endotoxin and crystalline silica in California agriculture. *Ann Occup Hyg*, 43: 35–42. PMID:10028892

NIOSH (2002). *NIOSH Hazard Review: Health Effects of Occupational Exposure to Respirable Crystalline Silica* (DHHS (NIOSH) Publication No. 2002–129*).* Cincinnati, OH, 145 pp.

Nolte T, Thiedemann KU, Dungworth DL *et al.* (1994). Histological and Ultrastructural Alterations of the Bronchioloalveolar Region in the Rat Lung After Chronic Exposure to a Pyrolized Pitch Condensate or Carbon Black, Alone or in Combination. *Inhal Toxicol*, 6: 459–483. doi:10.3109/08958379409040505

NTP (2005). *Report on Carcinogens, Eleventh Edition. Silica, Crystalline (Respirable Size*).* U.S. Department of Health and Human Services, Public Health Service, National Toxicology Program.

Oberdörster G (1996). Significance of particle parameters in the evaluation of exposure-dose-response relationships of inhaled particles. *Inhal Toxicol*, 8: Suppl73–89. PMID:11542496

Otsuki T, Maeda M, Murakami S *et al.* (2007). Immunological effects of silica and asbestos. *Cell Mol Immunol*, 4: 261–268. PMID:17764616

Pan G, Takahashi K, Feng Y *et al.* (1999). Nested case–control study of esophageal cancer in relation to occupational exposure to silica and other dusts. *Am J Ind Med*, 35: 272–280. doi:10.1002/(SICI)1097-0274(199903)35:3<272::AID-AJIM7>3.0.CO;2-T PMID:9987560

Park R, Rice F, Stayner L *et al.* (2002). Exposure to crystalline silica, silicosis, and lung disease other than cancer in diatomaceous earth industry workers: a quantitative risk assessment. *Occup Environ Med*, 59: 36–43. doi:10.1136/oem.59.1.36 PMID:11836467

Pelucchi C, Pira E, Piolatto G *et al.* (2006). Occupational silica exposure and lung cancer risk: a review of epidemiological studies 1996–2005. *Ann Oncol*, 17: 1039–1050. doi:10.1093/annonc/mdj125 PMID:16403810

Pfau JC, Brown JM, Holian A (2004). Silica-exposed mice generate autoantibodies to apoptotic cells. *Toxicology*, 195: 167–176. doi:10.1016/j.tox.2003.09.011 PMID:14751672

Pfeifer GP, Denissenko MF, Olivier M *et al.* (2002). Tobacco smoke carcinogens, DNA damage and p53 mutations in smoking-associated cancers. *Oncogene*, 21: 7435–7451. doi:10.1038/sj.onc.1205803 PMID:12379884

Polimeni M, Gazzano E, Ghiazza M *et al.* (2008). Quartz inhibits glucose 6-phosphate dehydrogenase in murine alveolar macrophages. *Chem Res Toxicol*, 21: 888–894. doi:10.1021/tx7003213 PMID:18370412

Porter DW, Millecchia LL, Willard P *et al.* (2006). Nitric oxide and reactive oxygen species production causes progressive damage in rats after cessation of silica inhalation. *Toxicol Sci*, 90: 188–197. doi:10.1093/toxsci/kfj075 PMID:16339787

Pott F, Dungworth DL, Einrich U *et al.* (1994). Lung tumours in rats after intratracheal instillation of dusts. *Ann Occup Hyg*, 38: Suppl. 1357–363.

Pukkala E, Guo J, Kyyrönen P *et al.* (2005). National job-exposure matrix in analyses of census-based estimates of occupational cancer risk. *Scand J Work Environ Health*, 31: 97–107. PMID:15864903

Pylev LN (1980). Role of silicon dioxide in the development of lung tumors induced in rats by intratracheal administration of benz(a)pyrene *Gig Tr Prof Zabol*, (4): 33–36. PMID:6250952

Rafnsson V & Gunnarsdóttir H (1997). Lung cancer incidence among an Icelandic cohort exposed to diatomaceous earth and cristobalite. *Scand J Work Environ Health*, 23: 187–192. PMID:9243728

Rando RJ, Shi R, Hughes JM *et al.* (2001). Cohort mortality study of North American industrial sand workers. III. Estimation of past and present exposures to respirable crystalline silica. *Ann Occup Hyg*, 45: 209–216. PMID:11295144

Rappaport SM, Goldberg M, Susi P, Herrick RF (2003). Excessive exposure to silica in the US construction industry. *Ann Occup Hyg*, 47: 111–122. doi:10.1093/annhyg/meg025 PMID:12581996

Reid PJ & Sluis-Cremer GK (1996). Mortality of white South African gold miners. *Occup Environ Med*, 53: 11–16. doi:10.1136/oem.53.1.11 PMID:8563852

Renne RA, Eldridge SR, Lewis TR, Stevens DL (1985). Fibrogenic potential of intratracheally instilled quartz, ferric oxide, fibrous glass, and hydrated alumina in hamsters. *Toxicol Pathol*, 13: 306–314. doi:10.1177/019262338501300407 PMID:3010436

Rice FL, Park R, Stayner L *et al.* (2001). Crystalline silica exposure and lung cancer mortality in diatomaceous earth industry workers: a quantitative risk assessment. *Occup Environ Med*, 58: 38–45. doi:10.1136/oem.58.1.38 PMID:11119633

Saffiotti U (1990). *Lung cancer induction by silica in rats, but not in mice and hamsters: species differences in epithelial and granulomatous reactions.* In: *Environmental Hygiene II.* Seemayer NH, Hadnagy W, editors. New York: Springer Verlag, pp. 235–238. ISBN:0387527354.

Saffiotti U (1992*). Lung cancer induction by crystalline silica*. In: *Relevance of Animal Studies to the Evaluation of Human Cancer Risk.* D'Amato R, Slaga TJ, Farland WH, Henry C, editors. New York: Wiley-Liss, pp. 51–69. ISBN:0471561835.

Saffiotti U & Ahmed N (1995). Neoplastic transformation by quartz in the BALB/3T3/A31-1-1 cell line and the effects of associated minerals. *Teratog Carcinog Mutagen*, 15: 339–356. doi:10.1002/tcm.1770150609 PMID:8732883

Saffiotti U, Williams AG, Daniel LN *et al.* (1996). *Carcinogenesis by crystalline silica: animal, cellular, and molecular studies.* In: *Silica and Silica-induced Lung Diseases.* Castranova V, Vallyathan V, Wallace WE, editors. Boca Raton: CRC Press, pp. 345–381. ISBN:0849347092.

Sanderson WT, Steenland K, Deddens JA (2000). Historical respirable quartz exposures of industrial sand workers: 1946–1996. *Am J Ind Med*, 38: 389–398. doi:10.1002/1097-0274(200010)38:4<389::AID-AJIM4>3.0.CO;2-J PMID:10982979

Sato M, Shames DS, Gazdar AF, Minna JD (2007). A translational view of the molecular pathogenesis of lung cancer. *J Thorac Oncol*, 2: 327–343. doi:10.1097/01.JTO.0000263718.69320.4c PMID:17409807

Scarselli A, Binazzi A, Marinaccio A (2008). Occupational exposure to crystalline silica: estimating the number of workers potentially at high risk in Italy. *Am J Ind Med*, 51: 941–949. doi:10.1002/ajim.20619 PMID:18651580

Schins RP (2002). Mechanisms of genotoxicity of particles and fibers. *Inhal Toxicol*, 14: 57–78. doi:10.1080/089583701753338631 PMID:12122560

Schins RP, Duffin R, Höhr D *et al.* (2002a). Surface modification of quartz inhibits toxicity, particle uptake,

and oxidative DNA damage in human lung epithelial cells. *Chem Res Toxicol*, 15: 1166–1173. doi:10.1021/tx025558u PMID:12230410

Schins RP, Knaapen AM, Cakmak GD *et al.* (2002b). Oxidant-induced DNA damage by quartz in alveolar epithelial cells. *Mutat Res*, 517: 77–86. PMID:12034310

Seiler F, Rehn B, Rehn S, Bruch J (2004). Different toxic, fibrogenic and mutagenic effects of four commercial quartz flours in the rat lung. *Int J Hyg Environ Health*, 207: 115–124. doi:10.1078/1438-4639-00275 PMID:15031954

Shih T-S, Lu P-Y, Chen C-H *et al.* (2008). Exposure profiles and source identifications for workers exposed to crystalline silica during a municipal waste incinerator relining period. *J Hazard Mater*, 154: 469–475. doi:10.1016/j.jhazmat.2007.10.047 PMID:18063296

Shimkin MB & Leiter J (1940). Induced pulmonary tumors in mice. III. The role of chronic irritation in the production of pulmonary tumors in strain A mice. *J Natl Cancer Inst*, 1: 241–254.

Smith AH, Lopipero PA, Barroga VR (1995). Meta-analysis of studies of lung cancer among silicotics. *Epidemiology*, 6: 617–624. doi:10.1097/00001648-199511000-00010 PMID:8589094

Spiethoff A, Wesch H, Wegener K, Klimisch H-J (1992). The effects of Thorotrast and quartz on the induction of lung tumors in rats. *Health Phys*, 63: 101–110. doi:10.1097/00004032-199207000-00011 PMID:1325960

Steenland K (2005). One agent, many diseases: exposure–response data and comparative risks of different outcomes following silica exposure. *Am J Ind Med*, 48: 16–23. doi:10.1002/ajim.20181 PMID:15940719

Steenland K & Brown D (1995). Mortality study of gold miners exposed to silica and nonasbestiform amphibole minerals: an update with 14 more years of follow-up. *Am J Ind Med*, 27: 217–229. doi:10.1002/ajim.4700270207 PMID:7755012

Steenland K & Goldsmith DF (1995). Silica exposure and autoimmune diseases. *Am J Ind Med*, 28: 603–608. doi:10.1002/ajim.4700280505 PMID:8561170

Steenland K & Greenland S (2004). Monte Carlo sensitivity analysis and Bayesian analysis of smoking as an unmeasured confounder in a study of silica and lung cancer. *Am J Epidemiol*, 160: 384–392. doi:10.1093/aje/kwh211 PMID:15286024

Steenland K, 't Mannetje A, Boffetta P *et al.*International Agency for Research on Cancer. (2001). Pooled exposure–response analyses and risk assessment for lung cancer in 10 cohorts of silica-exposed workers: an IARC multicentre study. *Cancer Causes Control*, 12: 773–784. doi:10.1023/A:1012214102061 PMID:11714104

Steenland K & Sanderson W (2001). Lung cancer among industrial sand workers exposed to crystalline silica. *Am J Epidemiol*, 153: 695–703. doi:10.1093/aje/153.7.695 PMID:11282798

Steenland K & Stayner L (1997). Silica, asbestos, man-made mineral fibers, and cancer. *Cancer Causes Control*, 8: 491–503. doi:10.1023/A:1018469607938 PMID:9498906

Stewart AP & Rice C (1990). A source of exposure data for occupational epidemiology studies. *Appl Occup Environ Hyg*, 5: 359–363.

Stratta P, Canavese C, Messuerotti A *et al.* (2001). Silica and renal diseases: no longer a problem in the 21st century? *J Nephrol*, 14: 228–247. PMID:11506245

't Mannetje A, Steenland K, Checkoway H *et al.* (2002). Development of quantitative exposure data for a pooled exposure–response analysis of 10 silica cohorts. *Am J Ind Med*, 42: 73–86. doi:10.1002/ajim.10097 PMID:12125083

Thibodeau MS, Giardina C, Knecht DA *et al.* (2004). Silica-induced apoptosis in mouse alveolar macrophages is initiated by lysosomal enzyme activity. *Toxicol Sci*, 80: 34–48. doi:10.1093/toxsci/kfh121 PMID:15056807

Tjoe-Nij E, de Meer G, Smit J, Heederik D (2003). Lung function decrease in relation to pneumoconiosis and exposure to quartz-containing dust in construction workers. *Am J Ind Med*, 43: 574–583. doi:10.1002/ajim.10229 PMID:12768607

Tse LA, Li ZM, Wong TW *et al.* (2007). High prevalence of accelerated silicosis among gold miners in Jiangxi, China. *Am J Ind Med*, 50: 876–880. doi:10.1002/ajim.20510 PMID:17948247

Tsuda T, Babazono A, Yamamoto E *et al.* (1997). A Meta-Analysis on the Relationship between Pneumoconiosis and Lung Cancer. *J Occup Health*, 39: 285–294. doi:10.1539/joh.39.285

Ulm K, Waschulzik B, Ehnes H *et al.* (1999). Silica dust and lung cancer in the German stone, quarrying, and ceramics industries: results of a case–control study. *Thorax*, 54: 347–351. doi:10.1136/thx.54.4.347 PMID:10092697

Vallyathan V, Castranova V, Pack D *et al.* (1995). Freshly fractured quartz inhalation leads to enhanced lung injury and inflammation. Potential role of free radicals. *Am J Respir Crit Care Med*, 152: 1003–1009. PMID:7663775

Verma DK, Kurtz LA, Sahai D, Finkelstein MM (2003). Current chemical exposures among Ontario construction workers. *Appl Occup Environ Hyg*, 18: 1031–1047. PMID:14612300

Wagner JC (1970). *The pathogenesis of tumors following the intrapleural injection of asbestos and silica.* In: *Morphology of Experimental Respiratory Carcinogenesis.* Nettesheim P, Hanna MJ, Deatherage JW, editors. Oak Ridge, TN: US Atomic Energy Commission, pp. 347–358.

Wagner JC & Berry G (1969). Mesotheliomas in rats following inoculation with asbestos. *Br J Cancer*, 23: 567–581. PMID:5360333

Wagner MF & Wagner JC (1972). Lymphomas in the Wistar rat after intrapleural inoculation of silica. *J Natl Cancer Inst*, 49: 81–91. PMID:4338782

Wagner MM (1976). Pathogenesis of malignant histiocytic lymphoma induced by silica in a colony of specific pathogen-free Wistar rats. *J Natl Cancer Inst*, 57: 509–518. PMID:185399

Wagner MM, Wagner JC, Davies R, Griffiths DM (1980). Silica-induced malignant histiocytic lymphoma: incidence linked with strain of rat and type of silica. *Br J Cancer*, 41: 908–917. PMID:6252921

Warheit DB, Webb TR, Colvin VL *et al.* (2007). Pulmonary bioassay studies with nanoscale and fine-quartz particles in rats: toxicity is not dependent upon particle size but on surface characteristics. *Toxicol Sci*, 95: 270–280. doi:10.1093/toxsci/kfl128 PMID:17030555

Watkins DK, Chiazze L Jr, Fryar CD, Fayerweather W (2002). A case–control study of lung cancer and non-malignant respiratory disease among employees in asphalt roofing manufacturing and asphalt production. *J Occup Environ Med*, 44: 551–558. doi:10.1097/00043764-200206000-00018 PMID:12085482

Weeks JL & Rose C (2006). Metal and non-metal miners' exposure to crystalline silica, 1998–2002. *Am J Ind Med*, 49: 523–534. doi:10.1002/ajim.20323 PMID:16691611

Wernli KJ, Fitzgibbons ED, Ray RM *et al.* (2006). Occupational risk factors for esophageal and stomach cancers among female textile workers in Shanghai, China. *Am J Epidemiol*, 163: 717–725. doi:10.1093/aje/kwj091 PMID:16467414

WHO (2000). *Concise International Chemical Assessment Document No. 24: Crystalline Silica, Quartz.* World Health Organization, Geneva.

Wickman AR & Middendorf PJ (2002). An evaluation of compliance with occupational exposure limits for crystalline silica (quartz) in ten Georgia granite sheds. *Appl Occup Environ Hyg*, 17: 424–429. doi:10.1080/10473220290035444 PMID:12049432

Wiencke JK, Thurston SW, Kelsey KT *et al.* (1999). Early age at smoking initiation and tobacco carcinogen DNA damage in the lung. *J Natl Cancer Inst*, 91: 614–619. doi:10.1093/jnci/91.7.614 PMID:10203280

Wilson T, Scheuchenzuber WJ, Eskew ML, Zarkower A (1986). Comparative pathological aspects of chronic olivine and silica inhalation in mice. *Environ Res*, 39: 331–344. doi:10.1016/S0013-9351(86)80059-7 PMID:3007105

Woskie SR, Kalil A, Bello D, Abbas Virji M (2002). Exposures to quartz, diesel, dust, and welding fumes during heavy and highway construction. *AIHAJ*, 63: 447–457. PMID:12486778.

Xu Z, Brown LM, Pan GW *et al.* (1996). Cancer risks among iron and steel workers in Anshan, China, Part II: Case–control studies of lung and stomach cancer. *Am J Ind Med*, 30: 7–15.

doi:10.1002/(SICI)1097-0274(199607)30:1<7::AID-AJIM2>3.0.CO;2-# PMID:8837676

Yassin A, Yebesi F, Tingle R (2005). Occupational exposure to crystalline silica dust in the United States, 1988–2003. *Environ Health Perspect*, 113: 255–260. doi:10.1289/ehp.7384 PMID:15743711

Yingratanasuk T, Seixas N, Barnhart S, Brodkin D (2002). Respiratory health and silica exposure of stone carvers in Thailand. *Int J Occup Environ Health*, 8: 301–308. PMID:12412846

Yu IT & Tse LA (2007). Exploring the joint effects of silicosis and smoking on lung cancer risks. *Int J Cancer*, 120: 133–139. doi:10.1002/ijc.22133 PMID:17036327

Yu IT, Tse LA, Leung CC *et al.* (2007). Lung cancer mortality among silicotic workers in Hong Kong–no evidence for a link. *Ann Oncol*, 18: 1056–1063. doi:10.1093/annonc/mdm089 PMID:17586750

Yucesoy B & Luster MI (2007). Genetic susceptibility in pneumoconiosis. *Toxicol Lett*, 168: 249–254. doi:10.1016/j.toxlet.2006.10.021 PMID:17161563

Yucesoy B, Vallyathan V, Landsittel DP *et al.* (2002). Cytokine polymorphisms in silicosis and other pneumoconioses. *Mol Cell Biochem*, 234–235: 219–224. doi:10.1023/A:1015987007360 PMID:12162437

Zhuang Z, Hearl FJ, Odencrantz J *et al.* (2001). Estimating historical respirable crystalline silica exposures for Chinese pottery workers and iron/copper, tin, and tungsten miners. *Ann Occup Hyg*, 45: 631–642. PMID:11718659

Ziemann C, Jackson P, Brown R *et al.* (2009). Quartz-Containing Ceramic Dusts: *In vitro* screening of the cytotoxic, genotoxic and pro-inflammatory potential of 5 factory samples. *J Phys: Conf Ser*, 151: 1–6. doi:10.1088/1742-6596/151/1/012022

# WOOD DUST

Wood dust was considered by a previous IARC Working Group in 1994 (IARC, 1995), although wood-related occupations (i.e. Furniture and Cabinet-making) had been considered by IARC Working Groups earlier, in 1980 and 1987 (IARC, 1981, 1987). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification, chemical, and physical properties of the agent

Wood dust, generated in the processing of wood for a wide range of uses, is a complex substance. Its composition varies considerably according to the species of tree being processed. Wood dust is composed mainly of cellulose (approximately 40–50%), polyoses, lignin, and a large and variable number of substances of lower relative molecular mass which may significantly affect the properties of the wood. These include non-polar organic extractives (fatty acids, resin acids, waxes, alcohols, terpenes, sterols, steryl esters, and glycerides), polar organic extractives (tannins, flavonoids, quinones, and lignans) and water-soluble extractives (carbohydrates, alkaloids, proteins, and inorganic material) (IARC, 1995).

Trees are characterized botanically as gymnosperms (principally conifers, generally referred to as 'softwoods'), and angiosperms (principally deciduous trees, generally referred to as 'hardwoods'). Softwood and hardwood are not botanical concepts, referring to the species of tree and not directly describing the hardness of wood. Out of 12000 different species of trees, only about 800 are coniferous or softwoods, but roughly two-thirds of the wood used commercially worldwide belongs to the group of softwoods. Hardwoods tend to be somewhat more dense, and have a higher content of polar extractives than softwoods (IARC, 1995). For a comparison of softwoods and hardwoods, see Table 1.1.

For detailed descriptions of the classification and nomenclature, anatomical features, cell-wall structures, distribution of components of wood, and chemical components of wood, see the previous *IARC Monograph* (IARC, 1995), Nimz *et al.* (2005), and Kretschmann *et al.* (2007).

### 1.2 Occupational exposure

The wood species used in wood-related industries vary greatly by region and by type of product. Both hardwoods and softwoods (either domestically grown or imported) are used in the manufacture of furniture. Logging, sawmills, plywood, and particle-board manufacture generally involve the use of trees grown locally (IARC,

**Table 1.1 Comparison of softwoods and hardwoods**

| Characteristic | Gymnosperms/conifers/softwoods | Angiosperms/deciduous wood/hardwoods |
|---|---|---|
| Density (g/cm³) | White (silver) fir: mean, 0.41 (0.32–0.71) | European beech 0.68 (0.49–0.88) |
| | European spruce: mean, 0.43 (0.30–0.64) | European oak 0.65 (0.39–0.93) |
| | Scots pine: mean, 0.49 (0.30–0.86) | |
| Fibres | Long (1.4–4.4 mm) | Short (0.2–2.4 mm) |
| Cell type | One (tracheids) | Various |
| Cellulose | ~40–50% | ~40–50% |
| Unit | β-D-Glucose | β-D-Glucose |
| Fibre pulp | Long | Short |
| Polyoses | ~15–30% | ~25–35% |
| Unit | More mannose More galactose | More xylose |
| Lignin | ~25–35% | ~20–30% |
| Unit | Mainly guaiacyl | Mainly syringyl or guaiacyl |
| Methoxy group content | ~15% | ~20% |
| Extractive content | | |
| Non-polar (e.g. terpenes) | High | Low |
| Polar (e.g. tannins) | Low | High |

Reprinted in part from Volume 62 (IARC, 1995)

1995). For detailed descriptions of historical exposures to wood dust and other agents in the workplace, see the previous *IARC Monograph* (IARC, 1995).

### 1.2.1 Extent of occupational exposure

Kauppinen *et al.* (2006) used nearly 36000 exposure measurements to estimate the occupational exposure to inhalable wood dust by country, industry, the level of exposure and type of wood dust in 25 Member States of the European Union. In 2000–03, approximately 3.6 million workers in the European Union [and undoubtedly millions more worldwide] were exposed occupationally to inhalable wood dust. The estimated number of workers exposed by industry and the number exposed to a level exceeding 5 mg/m³ are shown in Table 1.2. The highest exposure levels were estimated to occur in the construction sector and furniture industry.

Due to limited exposure data, there was considerable uncertainty in the estimates concerning construction woodworkers. About 560000 workers (16% of the number of workers exposed) may have been exposed to a level of inhalable wood dust that exceeded 5 mg/m³. Mixed exposures to more than one species of wood and dust from wooden boards was very common, but reliable data on exposure to different species of wood could not be retrieved.

The US National Occupational Exposure Survey, carried out during 1981–83 in the United States of America, estimated that about 600000 workers were exposed to wood dust. The largest numbers of exposed workers were employed in the building trades (*n* = 134090), and the lumber/wood product industries (*n* = 153543). Forestry workers (e.g. lumberjacks using chainsaws) were not considered to be exposed in this survey (NIOSH, 1990).

**Table 1.2 WOODEX: Estimated number of workers exposed to wood dust in the 25 Member States of the European Union, 2000–03**

| Industry | Number employed | Number exposed | Exposed (% of employed) | Number exposed > 5 mg/m³ |
|---|---|---|---|---|
| Construction | 13 million | 1.2 million | 9 | 254000 |
| Manufacture of furniture | 1.2 million | 713000 | 59 | 86500 |
| Manufacture of joinery | 472000 | 330000 | 71 | 42000 |
| Forestry | 445000 | 148000 | 33 | < 100 |
| Building of ships and boats | 294000 | 31000 | 11 | 9600 |
| Sawmilling | 259000 | 196000 | 76 | 20000 |
| Manufacture of other wood products | 147000 | 97000 | 66 | 15500 |
| Manufacture of wooden boards | 124000 | 92000 | 74 | 8400 |
| Manufacture of wooden containers | 80000 | 57000 | 71 | 8600 |
| All other employment | 163 million | 709000 | 0.4 | 118000 |
| Total | 179 million | 3.6 million | 2.0 | 563000 |

From Kauppinen *et al.* (2006)

### 1.2.2 Levels of occupational exposure

The highest exposures to wood dust have generally been reported in wood furniture and cabinet manufacture, especially during machine-sanding and similar operations (with wood dust levels frequently above 5 mg/m³). Exposure levels above 1 mg/m³ have also been measured in the finishing departments of plywood and particleboard mills, where wood is sawn and sanded, and in the workroom air of sawmills and planer mills near chippers, saws, and planers. Exposure to wood dust also occurs among workers in joinery shops, window and door manufacture, wooden boat manufacture, installation and refinishing of wood floors, pattern and model making, pulp and paper manufacture, construction carpentry, and logging. Measurements are generally available only since the 1970s, and exposures may have been higher in the past because of less efficient (or non-existent) local exhaust ventilation or other measures to control dust (IARC, 1995).

Woodworking machines have increased greatly in efficiency since the industrial revolution, and the increased speed of production has resulted in the generation of more dust. The increased efficiency may also result in exposure to finer wood dust particles than in the past, because smoother surfaces can be produced, and because saws and bits may retain their sharpness for longer. The introduction of engineering controls in some industries in some parts of the world, especially since the 1950s, has, however, reduced the exposure of workers considerably. Unfortunately, engineering controls, even if properly maintained, are not always effective, and the dust generated by hand-held power tools, particularly sanders, is much more difficult to control (IARC, 1995).

Studies published since the previous *IARC Monograph* reporting wood dust concentrations are presented in Table 1.3.

### 1.2.3 Particle size distribution

Chung *et al.* (2000) characterized the quantity, particle size distribution and morphology of dust created during the machining of medium-density fibreboard (MDF) in a controlled environment (a 2 × 2 × 2 m³ dust chamber). In terms of particle size distribution and morphology, the dust generated by machining MDF was generally found to be comparable with the dust generated by similarly machining hardwood or softwood. The quantity of dust generated during sanding

410

**Table 1.3 Wood dust concentrations in various industries around the world**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of wood dust (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| **Sawmills and lumber mills** | | | | |
| Demers et al. (2000), Teschke et al. (1999b) Softwood lumber mill British Columbia, Canada July–August 1996 | Sawmill, planer mill, and yard | *Geometric mean (GSD)* Inhalable particulate: 1.0 (2.7) Estimated wood dust: 0.5 (3.1) | 220 | Exposure assessment conducted for cross-sectional study of respiratory health among 275 softwood lumber mill workers; mill processed spruce (*Picea engelmannii* and *glauca*), pine (*Pinus contorta*), and fir (*Abies lasiocarpa*); random sampling strategy; full-shift (7–8 hours) personal inhalable particulate samples collected using seven-hole inhalable dust samplers; wood dust exposure estimated using the resin acid content within dust in combination with observations of job tasks, proximity to dust sources and use of personal protective equipment |
| Rosenberg et al. (2002) Sawmill, Finland 1997–99 | Sawhouse - pine processing - spruce processing | *Range of geometric means* Inhalable particulate: 0.5–2.2 Inhalable particulate: 0.4–1.9 | 237 (178 personal) | Measured exposure of 22 sawhouse workers in mills processing pine (*Pinus silvestris*) and spruce (*Picea abies*); full-shift area and personal inhalable particulate samples collected in breathing zone; exposure measured during evening shift on three consecutive days; IOM samplers to collect inhalable dust; gravimetric determination of inhalable dust; assumption that all or most of inhalable dust originated from wood dust |
| Hall et al. (2002), Sawmills British Columbia, Canada 1981–97 | Lumber mill | *Geometric mean (GSD)* 0.72 (3.49) | 1237 | Analysis of compliance data set (and a nested subset of research data) containing personal exposure measurements to wood dust at 77 lumber mills; 23% of database were research samples, 77% were compliance samples; an empirical "determinants of exposure" model created using multiple linear regression |

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of wood dust (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Rusca et al. (2008), Sawmill, Switzerland, June–October 2002 | Sawmill | *Mean (range)* Inhalable particulate: 1.7 (0.2–8.5) | NR | Cross-sectional survey of male employees at 12 sawmills processing spruce and fir species in the French part of Switzerland; personal measurements of inhalable dust collected using IOM samplers; gravimetric analysis of inhalable dust |
| *Miscellaneous wood-related occupations* | | | | |
| Edman et al. (2003), Wood pellets and briquettes, Sweden | Industrial production of wood pellets and briquettes | *Geometric mean (range)* overall: 1.7 (0.16–19) | 24 | Personal exposure to wood dust measured gravimetrically and with personal data logging, real-time aerosol monitor; sampling time: 8 hours; |
| Kalliny et al. (2008), Wood-processing plants, USA, 1999–2004 | Sawmill, plywood assembly plants, secondary wood milling operations, factories producing finished wood products | *Geometric mean (GSD)* Inhalable: 1.44 (2.67) Thoracic: 0.35 (2.65) Respirable: 0.18 (2.54) | | Size-fractionated dust exposure surveyed longitudinally in 10 wood processing plants across the USA; dust exposures measured using the RespiCon Personal Particle Sampler; woods processed included softwoods (e.g. southern yellow pine and Radiata pine), hardwoods (red oak, maple, poplar, birch, rubber tree wood, cherry), engineered woods (medium-density fibreboard, particleboard), and plywood (from southern yellow pine) |
| Teschke et al. (1999a), Misc. establishments, USA, 1979–97 | Overall | *Geometric mean (GSD)* 1.86 (6.82) | 1632 personal TWA samples | Analysis of 1632 measurements of airborne wood dust reported to OSHA's Integrated Management Information System and development of an empirical predictive model; measurements collected using OSHA sampling method for "total" particulate (i.e. non-specific gravimetric method) |
| | Sanders, transportation equipment industry | 17.5 (1.79) | | |
| | Press operators, wood products industry | 12.3 (4.12) | | |
| | Lathe operators, furniture industry | 7.46 (4.56) | | |
| | Sanders, wood cabinet industry | 5.83 (5.19) | | |

411

412

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of wood dust (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Commonwealth of Australia (2008) Wood industries Australia | All wood industries | *Arithmetic mean (range)* 5.8 (0.06–210) | 521 | Analysis of existing surveillance data on inhalable wood dust exposure; data gathered via a review of published Australian literature; requests to government agencies, consultants, industry associations, specific industries and researchers; telephone surveys, and new air sampling |
| Alwis et al. (1999); Mandryk et al. (1999) Wood industries New South Wales, Australia 1996–97 | | *Geometric mean (GSD)* Inhalable dust | | Personal inhalable and respirable samples collected; sampling time: 6–8 hours |
| | Logging | 0.6 (1.3) | 7 | |
| | Sawmill | 1.6 (3.2) | 93 | |
| | Wood chipping | 1.9 (1.7) | 9 | |
| | Joinery | 3.7 (3.7) | 66 | |
| | | Respirable dust | | |
| | Logging | < 0.1 (1.3) | 4 | |
| | Sawmill | 0.3 (2.2) | 31 | |
| | Wood chipping | 0.3 (1.7) | 4 | |
| | Joinery | 0.5 (1.7) | 39 | |
| Scarselli et al. (2008) Wood industries Italy 1996–2006 | All wood-related | *Geometric mean (GSD)* 1.0 (1.6) | 10837 | Analysis of airborne wood dust exposure measurements contained in the SIREP (Italian Information System on Occupational Exposure to Carcinogens) database; 10837 measurements on 10528 workers at 1181 companies; concentration of wood dust (hardwood or mixed wood dust) measured as 8-h TWA; no information about type of sample (personal vs stationary) or sampling strategy (random vs systematic) |
| Baran & Teul (2007) Wood processing Poland | Sawmill, manufacturing frames for furniture, and manufacturing ready-made furniture | *Range* 0.59–16.2 | | Analysis of measurements on 1100 workers employed in 9 wood-processing plants: 2 sawmills, 4 plants manufacturing frames for upholstered furniture, and 3 plants manufacturing ready-made furniture |

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of wood dust (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| HSE (2000); Black et al. (2007) Woodworking United Kingdom 1999–2000 | Sawmilling, joinery, furniture manufacture, other | *Range of medians* 1.5–2.8 | 396 | Cross-sectional survey of 46 representative companies in the British woodworking industry; personal samples collected as per MDHS 14/3; sampling time: 3–6 hours during activities judged to be representative of whole shift; gravimetric analysis of inhalable dust |
| Spee et al. (2007) Building projects the Netherlands 2002 | Carpenters | *Geometric mean (GSD)* | | Task-based exposure survey of 26 carpenters at 13 building projects from 12 companies; personal and area samples randomly collected as per specially designed protocol for sampling of wood dust in carpentry and furniture industry; gravimetric analysis of wood dust |
| | - overall | 3.3 (2.1) | 44 | |
| | Task-based | *Arithmetic mean* | | |
| | - working indoors | 5.2 | 29 | |
| | - working outdoors | 2.2 | 11 | |
| | - indoors + outdoors | 16.2 | 4 | |

GSD, geometric standard deviation; NR, not reported; OSHA, Occupational Safety and Health Administration; TWA, time-weighted average

was higher for sanding MDF when compared with sanding either hardwood or softwood. However, there was no significant difference with sanding MDF and natural woods, in terms of the quantity of dust generated.

Additional information on the particle size distribution of wood dust in workroom air can be found in the previous *IARC Monograph* (IARC, 1995).

### 1.2.4 Exposure to other agents

Within the furniture-manufacturing industry, exposure may occur to solvents and formaldehyde in glues and surface coatings. Such exposures are usually greatest for workers with low or negligible exposure to wood dust, and are infrequent or low for workers with high exposure to wood dust. Some outdoor furniture has also been manufactured from impregnated wood containing copper–chromium–arsenic compounds. Formaldehyde-based glues and varnishes were introduced in the wood industry after World War II but they became commonly used only in the 1950s and 1960s in most countries.

The manufacture of plywood and particle board may result in exposure to formaldehyde, solvents, phenol, wood preservatives, and engine exhausts. Sawmill workers may also be exposed to wood preservatives and fungal spores. Wood preservatives used include chlorophenol salts in sawmills, and organochlorine pesticides in plywood mills. When coniferous trees are sawn, monoterpenes evaporate into workroom air. In some sawmills, wood is also impregnated with copper–chromium–arsenic salts or creosote. Construction woodworkers may be exposed to asbestos and silica in their work environment. Many of them also varnish wooden floors with solvent- or water-based varnishes, some of which may release formaldehyde. Exposures to chemicals in industries where other wood products are manufactured vary, but are in many cases

similar to those in the furniture-manufacturing industry (IARC, 1995).

### 1.2.5 Exposure of the general population

Woodworking is a popular hobby and non-occupational exposure may also occur during building and repair operations in homes. Woodworking can encompass a variety of activities that generate wood dust, including sawing, sanding, planing, routing, etc. The woods worked include a variety of particle boards, soft timbers, treated pine, masonite, plywood, and various imported hardwoods and softwoods. The size of the dust particles produced, the amount of dust, and resultant exposure to the person working in these areas depends on several factors including the equipment being used, the ventilation and extraction system in place, the state and type of timber, the general ventilation in the area, and any personal protective equipment that may be used. Exposure levels during non-occupational woodworking may be similar to those at workplaces, but the duration of exposure is usually substantially shorter.

## 2. Cancer in Humans

In the previous *IARC Monograph*, the evidence associated with exposure to wood dust or wood-related occupations or activites and cancer of the nasal cavity and paranasal sinuses (referred to below as 'sinonasal cancer'), and of the nasopharynx, larynx, lung, stomach, colon, and rectum as well as leukaemia, Hodgkin lymphoma, non-Hodgkin lymphoma, and multiple myeloma was systematically reviewed because excesses had been observed in one or more studies. The Working Group for the previous *IARC Monograph* concluded that there was very strong evidence for sinonasal cancer. In case–control studies, they also consistently observed associations between exposure to wood

dust and cancer of the nasopharynx, but could not rule out confounding; and between wood dust and cancer of the larynx, but noted conflicting evidence from cohort studies. The Working Group concluded that there was "no indication that occupational exposure to wood dust has a causal role in cancers of the oropharynx, hypopharynx, lung, lymphatic and haematopoietic systems, stomach, colon, or rectum" (IARC, 1995).

Since the previous *IARC Monograph*, several studies have been published including selected case series of sinonasal cancer (see Table 2.1), cohort studies (see Table 2.2), registry-based studies (see Table 2.3). For case–control or other studies focused on particular cancer sites, only studies published since the previous volume that reported results for wood dust exposure are summarized here. The results of case–control studies on sinonasal, pharyngeal, and laryngeal cancer are summarized in Tables 2.4, 2.5, and 2.6, respectively. In addition, the results of case–control studies on lung cancer are summarized in Table 2.7, because of the relatively large number of studies that focus on this cancer site. Studies of other cancer sites are summarized in Table 2.8.

## 2.1 Sinonasal cancer

The Working Group for the previous *IARC Monograph* (IARC, 1995*)* reviewed a large number of case–control studies that consistently observed a strong association between exposure to wood dust or employment in wood-related occupations and sinonasal cancer. Support for this association was found in several large cohort studies of furniture workers (Olsen & Sabroe, 1979; Acheson *et al.*, 1984), but most cohort studies had little power to examine the risks for this cancer site (see Table 18, IARC, 1995). Odds ratios for all or unspecified sinonasal cancers were consistently elevated in case–

control studies conducted in many countries (see Table 20, IARC, 1995).

Very high odds ratios were observed for sinonasal adenocarcinoma and strong evidence of a exposure–response relationship was observed in some studies (Hayes *et al.*, 1986; Olsen & Asnaes, 1986; Luce *et al.*, 1993) (see Table 21, IARC, 1995). In addition, an unusually large proportion of all adenocarcinomas in cases series were woodworkers. Some case–control studies observed an excess risk of sinonasal squamous cell carcinoma associated with wood dust or wood occupations, but the association was much weaker than was observed with adenocarcinoma (see Table 22, IARC, 1995). A pooled re-analysis of 12 case–control studies (including six of the nine above) found strong evidence for a exposure–response relationship among men for adenocarcinoma (OR, 0.6; 95%CI: 0.6–4.7 for low; OR, 3.1; 95%CI: 1.6–6.1 for moderate; and OR, 45.5; 95%CI: 28.3–72.9 for high wood dust), and little evidence for squamous cell carcinoma (OR, 0.9; 95%CI: 0.6–1.2 for low; OR, 1.0; 95%CI: 0.7–1.4 for moderate; and OR, 0.8; 95%CI: 0.4–1.6 for high wood dust) (Demers *et al.*, 1995a). For the three studies with results for squamous cell carcinoma not included in the pooled re-analysis, Fukuda *et al.* (1987) observed an excess among both male (OR, 2.9; 95%CI: 1.5–5.6) and female woodworkers (OR, 2.0; 95%CI: 0.3–14), Shimizu *et al.* (1989) observed an excess of squamous cell carcinoma of the maxillary sinus among male woodworkers (OR, 2.1; 95%CI: 0.8–5.3), and Olsen & Asnaes (1986) observed only a slightly increased risk of carcinoma of the sinonasal cavities among men classified as exposed to wood dust (OR, 1.3; 95%CI: 0.6–2.8).

Among the cohort studies that reported tree species, an excess of sinonasal cancer (SMR, 8.1; 95%CI: 3.7–16) was observed among British furniture workers exposed to hardwood dust (Rang & Acheson, 1981; Acheson *et al.*, 1984). No cases of sinonasal cancer were reported in a much smaller study of German furniture

workers exposed to beech, oak, and pine (Barthel & Dietrich, 1989) or among two small cohort of workers exposed to softwood—Finnish sawmill workers (Jäppinen *et al.*, 1989) and American plywood workers (Robinson *et al.*, 1990). [The Working Group noted that their power to detect an excess was low, and that exposure levels among sawmill and plywood workers were low compared to furniture workers.]

Few case–control studies in the previous *IARC Monograph* reported tree species. Very large excesses of sinonasal adenocarcinoma were associated with hardwood dust exposure in studies from France (OR, 5.30; 95%CI: 1.04–2.70, for highest level of exposure, Leclerc *et al.*, 1994) and Italy (OR, 0.90; 95%CI: 0.20–4.07, Battista *et al.*, 1983). Excesses of sinonasal cancer were observed among workers primarily exposed to softwood in case–control studies from Nordic Countries (OR, 3.3; 95%CI: 1.1–9.4, Hernberg *et al.*, 1983), the USA (OR, 3.1; 95%CI: 1.0–9.0 with 15-year lag, Vaughan *et al.*, 2000), Canada (OR, 2.5; *P* < 0.03, Elwood, 1981), and France (OR, 1.7, Leclerc *et al.*, 1994). The results for three of these four studies were restricted to squamous cell carcinoma.

Early case series reported many cases of sinonasal adenocarcinoma that were exposed to hardwoods (Acheson *et al.*, 1968, 1972; Leroux-Robert, 1974; Luboinski & Marandas, 1975; Andersen *et al.*, 1976, 1977; Engzell *et al.*, 1978; Kleinsasser & Schroeder, 1989). Seven cases of sinonasal squamous cell carcinoma exposed to "softwoods" were reported in a Norwegian case series (Voss *et al.*, 1985), and three cases of adenocarcinoma were reported among British workers exposed to softwoods (Acheson *et al.*, 1972). Several new case series have also been published with results relevant for the evaluation of sinonasal cancer (Table 2.1). Case series of sinonasal adenocarcinoma continue to make up a large proportion of cases with exposure to wood dust, with mean exposure durations ranging from 25 to 37 years. Most case series were restricted to adenocarcinoma, but in the case series that considered other tumours, the proportion of wood dust exposure was much less in the non-adenocarcinoma cases.

In the period following the previous *IARC Monograph* (IARC, 1995), five cohort studies (Table 2.2) were published that are relevant for the evaluation of wood dust, and three present results for sinonasal cancer. In a pooled re-analysis of five previously published cohort studies, Demers *et al.* (1995b) found an excess risk of sinonasal cancer among men classified as being definitely exposed to wood dust (SMR, 8.4; 95%CI: 3.9–16.0). Stellman *et al.* (1998) found no evidence of an excess risk associated with self-reported wood dust exposure or longest occupation among participants in the Cancer Prevention Study II. Innos *et al.* (2000) found an excess risk of sinonasal cancer among Estonian furniture workers highly exposed to wood dust (for men SIR, 2.3; 95%CI: 0.3–8.4, *n* = 2; for women SIR, 3.2; 95%CI: 0.1–18.1, *n* = 1).

Three new case–control studies (Table 2.4) have published results relevant for the evaluation of sinonasal cancer. Teschke *et al.* (1997) found no association with softwood or hardwood dust in a small Canadian study. In a pooled re-analysis of European case–control studies 't Mannetje *et al.* (1999) found a strong association with adenocarcinoma (OR, 12.2; 95%CI: 7.4–20.0), but no association with squamous cell carcinoma (OR, 0.7; 95%CI: 0.5–1.1). Pesch *et al.* (2008) found a strong association between adenocarcinoma and hardwood dust exposure (OR, 4.0; 95%CI: 1.9–8.3), but not with softwood dust exposure (OR, 0.3; 95%CI: 0.2–0.7). [The Working Group noted that only compensated cases were included, and this may have biased the results towards hardwood dust exposure.]

Table 2.1 Case series of sinonasal cancer according to occupation and exposure to wood dust

| Reference, location, name of study | Sex | Origin | Histology | Exposed cases/ total cases | Occupations/exposures | Comments |
|---|---|---|---|---|---|---|
| Svane-Knudsen et al. (1998) Denmark | M, F | Nasal cavity and paranasal sinuses Hospital-based series 1978–95 | Adenocarcinomas Epidermoid carcinoma | 12/22 3/41 | Hardwood dust exposure based on patient records [further details were not provided] | Softwood dust exposure not mentioned |
| Stoll et al. (2001) France | M, F | Ethmoidal sinuses 1975–2000 | Adenocarcinomas | 62/76 | Exposed to wood dust | Mean duration of wood dust exposure 26 yr |
| Roux et al. (2002) France | | Sinonasal cancer 1985–2001 | Adenocarcinomas | 134/139 | Wood dust exposure from furniture, sawmill, carpentry and wood-product workers | Mean duration of wood dust exposure 30 yr |
| Barbieri et al. (2005) Italy | M, F | Ethmoidal sinuses 1978–2002 | Adenocarcinomas | 17/100 | Hardwood and softwood dust exposure (5 softwood only) | |
| Liétin et al. (2006) France | M, F | Ethmoidal sinuses Hospital-based series 1985–2004 | Adenocarcinomas | 45/60 | Wood dust exposure | Mean duration of wood dust exposure 25.6, range 2–44 yr |
| Fontana et al. (2008) France | M, F | Sinonasal cancer Diagnostic Registry 1981–2000 | All | 46/76 men 0/24 women | Wood dust exposure | Mean duration of wood dust exposure 37 yr |
| Llorente et al. (2008) Spain | M, F | Hospital-based series 1986–2002 | All | 62/79 | Wood dust exposure | |
| Bornholdt et al. (2008) Denmark | M, F | Sinonasal cancer 1991–2001 | Adenocarcinomas Squamous cell carcinomas | 33/58 7/109 | Wood dust exposure as per job title from the Central Person Registry or interview | |
| Choussy et al. (2008) France | M, F | Ethmoidal sinuses Hospital-based series 1976–2001 | Adenocarcinomas | 353/418 | Wood dust exposure | Mean duration of wood dust exposure 27.7 yr |

**Table 2.2 Cohort studies of woodworkers exposed to wood dust**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/deaths | RR (95%CI)ᵃ | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Demers et al. (1995b)<br>Cohort mortality study<br>United Kingdom and USA | Pooled analysis of updated data from 5 studies: British furniture workers (Acheson et al., 1984), US furniture workers (Miller et al., 1994), two cohorts of plywood workers (Blair et al., 1990; Robinson et al., 1995), and wood model makers (Roscoe et al., 1992) | Workers classified as exposed to wood dust based on available work history | All cancers (140–208) | All woodworkers | 1726 | 0.8 (0.8–0.8) | SMRs adjusted for sex, age, & calendar period using national rates | |
| | | | Pharynx (146–149) | All woodworkers | 20 | 0.8 (0.5–1.3) | | |
| | | | Nasopharynx (147) | All woodworkers | 9 | 2.4 (1.1–4.5) | | |
| | | | | Possible wood dust | 4 | 2.9 (0.8–7.5) | | |
| | | | | Probable wood dust | 0 | 0.0 (0.0–3.8) | | |
| | | | | Definite wood dust | 5 | 5.3 (1.7–12.4) | | |
| | | | Paranasal sinus (160) | All woodworkers | 11 | 3.1 (1.6–5.6) | | |
| | | | | Possible wood dust | 1 | 0.8 (0.0–4.6) | | |
| | | | | Probable wood dust | 1 | 1.2 (0.0–6.5) | | |
| | | | | Definite wood dust | 9 | 8.4 (3.9–16.) | | |
| | | | Larynx (161) | All woodworkers | 18 | 0.7 (0.4–1.0) | | |
| | | | | Possible wood dust | 4 | 0.4 (0.1–1.1) | | |
| | | | | Probable wood dust | 8 | 1.1 (0.5–2.1) | | |
| | | | | Definite wood dust | 6 | 0.8 (0.3–1.8) | | |
| | | | Lung (162) | All woodworkers | 575 | 0.8 (0.7–0.9) | | |
| | | | Stomach (151) | All woodworkers | 138 | 0.9 (0.8–1.1) | | |
| | | | Intestine (152, 153) | All woodworkers | 136 | 0.8 (0.6–0.9) | | |
| | | | Rectum (154) | All woodworkers | 60 | 0.8 (0.6–1.0) | | |
| | | | Non-Hodgkin lymphoma (200, 202) | All woodworkers | 57 | 1.1 (0.8–1.4) | | |
| | | | Hodgkin disease (201) | All woodworkers | 12 | 0.6 (0.3–1.1) | | |
| | | | Multiple myeloma (203) | All woodworkers | 33 | 1.3 (0.9–1.3) | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Demers et al. (1995b) (contd.) | | | | Possible wood dust | 9 | 1.0 (0.5–1.9) | | |
| | | | | Probable wood dust | 8 | 1.3 (0.6–2.5) | | |
| | | | | Definite wood dust | 11 | 1.6 (0.8–2.8) | | |
| | | | Leukaemia (204–208) | All woodworkers | 47 | 0.7 (0.5–0.9) | | |
| Stellman et al. (1998) Prospective cohort USA | Prospective study of 362823 men enrolled in the American Cancer Society Cancer Prevention Study II in 1982 and followed up for 6 yr | Self-reported wood dust exposure or wood-related occupation | All causes (0–999) | Wood dust exposure | 2995 | 1.1 (1.0–1.1) | RRs adjusted for age and smoking status | |
| | | | | Wood occupation | 1271 | 1.2 (1.1–1.2) | | |
| | | | All cancers (140–208) | Wood dust exposure | 961 | 1.1 (1.0–1.2) | | |
| | | | | Wood occupation | 381 | 1.2 (1.1–1.3) | | |
| | | | Pharynx (146–149) | Wood dust exposure | 7 | 0.9 (0.4–2.0) | | |
| | | | | Wood occupation | 2 | 0.8 (0.2–3.4) | | |
| | | | Nasopharynx (147) | Wood dust exposure | 1 | 0.4 (0.1–3.3) | | |
| | | | | Wood occupation | 1 | 1.4 (0.4–1.8) | | |
| | | | Paranasal sinus (160) | Wood dust exposure | 1 | 1.1 (0.1–8.4) | | |
| | | | | Wood occupation | 0 | | | |
| | | | Larynx (161) | Wood dust exposure | 8 | 1.6 (0.8–3.4) | | |
| | | | | Wood occupation | 2 | 1.2 (0.3–4.9) | | |

420

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Stellman et al. (1998) contd.) | | | Lung (162) | Wood dust exposure | 317 | 1.2 (1.0–1.3) | | |
| | | | | Wood occupation | 111 | 1.1 (0.9–1.4) | | |
| | | | Stomach (151) | Wood dust exposure | 40 | 1.3 (1.0–1.9) | | |
| | | | | Wood occupation | 11 | 1.1 (0.6–1.9) | | |
| | | | Colon (153) | Wood dust exposure | 100 | 1.0 (0.8–1.3) | | |
| | | | | Wood occupation | 37 | 1.0 (0.8–1.5) | | |
| | | | Rectum (154) | Wood dust exposure | 23 | 1.3 (0.8–2.0) | | |
| | | | | Wood occupation | 9 | 1.5 (0.8–2.9) | | |
| | | | Non-Hodgkin lymphoma (200, 202) | Wood dust exposure | 39 | 1.1 (0.8–1.5) | | |
| | | | | Wood occupation | 12 | 1.0 (0.6–1.7) | | |
| | | | Hodgkin disease (201) | Wood dust exposure | 4 | 1.2 (0.4–3.4) | | |
| | | | | Wood occupation | 1 | 1.0 (0.1–7.7) | | |
| | | | Multiple myeloma (203) | Wood dust exposure | 16 | 1.0 (0.6–1.8) | | |
| | | | | Wood occupation | 4 | 0.7 (0.3–1.9) | | |
| | | | Leukaemia (204–208) | Wood dust exposure | 32 | 0.9 (0.6–1.3) | | |
| | | | | Wood occupation | 14 | 1.1 (0.6–1.9) | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Innos et al. (2000) Retrospective cancer incidence cohort study Estonia | Retrospective study of incident cancers in all furniture workers employed in Tallinn, Estonia, for at least six months between 1 January 1946 and 31 December 1988 and living in Estonia on 1 January 1968. Cancer incidence follow-up: 1968–95 | Exposure based on industrial hygiene surveys and work history | All cancers (140–208) | Med. exposure men | 55 | 1.2 (0.9–1.6) | SIRs adjusted for age and calendar period | |
| | | | | High exposure men | 265 | 1.0 (0.9–1.1) | | |
| | | | | Med. exposure women | 98 | 1.0 (0.8–1.2) | | |
| | | | | High exposure women | 171 | 1.1 (0.9–1.3) | | |
| | | | Buccal cavity (140–145) | Med. exposure men | 5 | 3.7 (1.2–8.6) | | |
| | | | | High exposure Men | 6 | 0.8 (0.3–1.7) | | |
| | | | | Med. exposure women | 2 | 2.5 (0.3–8.9) | | |
| | | | | High exposure women | 2 | 1.6 (0.2–5.8) | | |
| | | | Pharynx (146–149) | Med. exposure men | 3 | 4.0 (0.8–11.8) | | |
| | | | | High exposure men | 6 | 1.5 (0.6–3.3) | | |
| | | | | Med. exposure women | 0 | 0.0 | | |
| | | | | High exposure women | 0 | 0.0 | | |
| | | | Paranasal sinus (160) | Med. exposure men | 0 | 0.0 | | |
| | | | | High exposure men | 2 | 2.3 (0.3–8.4) | | |
| | | | | Med exposure women | 0 | 0.0 | | |
| | | | | High exposure women | 1 | 3.2 (0.1–18.1) | | |

421

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Innos et al. (2000) (contd.) | | | Larynx | Men | 7 | 0.7 (0.3–1.4) | | |
| | | | | Women | 1 | 1.7 (0.0–9.4) | | |
| | | | Bronchi and lung (162) | Med. exposure men | 9 | 0.8 (0.4–1.5) | | |
| | | | | High exposure men | 70 | 1.0 (0.8–1.3) | | |
| | | | | Med. exposure women | 5 | 1.1 (0.4–2.6) | | |
| | | | | High exposure women | 11 | 1.6 (0.8–2.9) | | |
| | | | Stomach (151) | Med. exposure men | 11 | 1.7 (0.9–3.0) | | |
| | | | | High exposure men | 36 | 0.9 (0.6–1.2) | | |
| | | | | Med. exposure women | 13 | 1.2 (0.7–2.1) | | |
| | | | | High exposure women | 23 | 1.4 (0.9–2.1) | | |
| | | | Colon (153) | Med. exposure men | 6 | 3.0 (1.1–6.7) | | |
| | | | | High exposure men | 18 | 1.5 (0.9–2.4) | | |
| | | | | Med. exposure women | 8 | 1.4 (0.6–2.7) | | |
| | | | | High exposure women | 16 | 1.8 (1.0–2.9) | | |
| | | | Rectum (154) | Med. exposure men | 1 | 0.6 (0.0–3.2) | | |
| | | | | High exposure men | 13 | 1.2 (0.7–2.1) | | |
| | | | | Med. exposure women | 7 | 1.6 (0.6–3.2) | | |
| | | | | High exposure women | 11 | 1.6 (0.8–2.9) | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Innos et al. (2000) (contd.) | | | Hodgkin disease (201) | Med. exposure men | 1 | 2.6 (0.1–14.3) | | |
| | | | | High exposure men | 3 | 1.4 (0.3–4.2) | | |
| | | | | Med. exposure Women | 0 | 0.0 | | |
| | | | | High exposure women | 1 | 1.3 (0.0–7.5) | | |
| | | | Haematopoietic and lymphatic (200–208) | Med. exposure men | 2 | 0.8 (0.1–2.8) | | |
| | | | | High exposure men | 14 | 0.9 (0.5–1.5) | | |
| | | | | Med. exposure women | 5 | 1.0 (0.3–2.3) | | |
| | | | | High exposure women | 3 | 0.4 (0.1–1.2) | | |
| Szadkowska-Stańczyk & Szymczak (2001) Nested case– control study Poland | 79 deceased lung cancer cases from a cohort of 10575 Polish pulp and paper mill workers (7084 men, 3491 women), 1+ yr, 1968–90, observed through 1995 | Employment history obtained from the mills; occupational exposure was assessed by experts and a cumulative dose index | Lung (162) | Wood dust exposure | 10 | 2.1 (0.9–4.9) | ORs adjusted for smoking. Matched on sex, birth year (± 1 yr), hire year (± 3 yr), and vital status | |
| | | | | Low | 4 | 2.1 (0.6–7.4) | | |
| | | | | Moderate & high | 6 | 2.1 (0.7–6.3) | | |
| | | | | 1–4 yr of exposure | 4 | 1.7 (0.5–6.2) | | |
| | | | | 5+ yr of exposure | 6 | 2.4 (0.8–7.7) | | |
| | | | | Low cumulative dose | 4 | 2.1 (0.5–9.2) | | |
| | | | | High cumulative dose | 6 | 2.0 (0.7–5.4) | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Dement et al. (2003) Cohort mortality study USA | 13354 male carpenter members of the United Brotherhood of Carpenters and Joiners of America matched to the New Jersey State Cancer registry, who had participated in the New Jersey Carpenters fund before 1 July 2000 and matched to the New Jersey Carpenters Pension Fund All incident cancer cases within the cohort 1979–2000 | Employment as a carpenter | All cancers (140–208) | All | 592 | 1.1 (1.0–1.2) | SIRs adjusted for age and calendar period | The lowest duration of carpenter work (< 10 yr) was used as the comparison group for expected cases |
| | | | Pharynx (146–149) | | 11 | 1.4 (0.7–2.4) | | |
| | | | Oesophagus (150) | | 8 | 1.1 (0.5–2.2) | | |
| | | | Stomach (151) | | 12 | 1.0 (0.5–1.8) | | |
| | | | Rectum (154) | | 35 | 1.5 (1.1–2.1) | | |
| | | | Liver and gallbladder (155, 156) | | 12 | 1.6 (1.1–2.1) | | |
| | | | Larynx (161) | | 14 | 1.2 (0.7–2.0) | | |
| | | | Trachea, bronchus, and lung (160, 162) | | 137 | 1.5 (1.2–1.7) | | |
| | | | Other respiratory (163–165) | | 15 | 4.2 (2.4–6.9) | | |
| | | | Leukaemia (204–208) | | 12 | 0.8 (0.4–1.4) | | |
| | | | Myeloma (203) | | 9 | 1.5 (0.7–2.8) | | |

424

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Lee et al. (2003) Cohort cancer incidence study Sweden | 365424 male construction workers screened by the Organization for Working Environment, Occupational Safety and Health during 1971–93 and followed during 1971–99 through the Swedish National Cancer Registry | Wood dust exposure assessment based on a job–exposure matrix | Multiple myeloma (203) | Never exposed[1] | 376 | 1.0 (reference) | RR[1] adjusted for BMI at entry to cohort | |
| | | | | Ever exposed[1] | 20 | 0.8 (0.49–1.20) | | |
| | | | | Never exposed[2] | 376 | 1.0 (reference) | RR[2] adjusted for age, BMI, and other occupational co-exposures | |
| | | | | Ever exposed[2] | 20 | 0.8 (0.49–1.23) | | |
| Jansson et al. (2005) Cohort cancer incidence study Sweden | Male construction workers, same population as Lee et al. (2003) 260052 workers in cohort after excluding those missing smoking and BMI | Wood dust exposure assessment based on a job–exposure matrix | Oesophagus (adenocarcinoma) | No exposure | 61 | 1.0 (reference) | IRRs adjusted for attained age, calendar year at entry into cohort, tobacco smoking at entry to cohort and BMI at entry to cohort | |
| | | | | Moderate exposure | 3 | 0.8 (0.2–2.5) | | |
| | | | | High exposure | 0 | 0 | | |
| | | | Gastric (cardia; adenocarcinoma) | No exposure | 152 | 1.0 (reference) | | |
| | | | | Moderate exposure | 11 | 1.1 (0.6–2.0) | | |
| | | | | High exposure | 2 | 4.8 (1.2–19.4) | | |
| | | | Oesophagus (squamous cell carcinoma) | No exposure | 170 | 1.0 (reference | | |
| | | | | Moderate exposure | 8 | 0.7 (0.4–1.5) | | |
| | | | | High exposure | 1 | 2.2 (0.3–15.9) | | |

425

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Purdue et al. (2006) Cohort cancer incidence study Sweden | Male construction workers, same population as Lee et al. (2003). 307779 workers in cohort after excluding those missing smoking | Wood dust exposure assessment based on a job–exposure matrix | All sites (140–208) | Never exposed | 490 | 1.0 | RRs adjusted for age, smoking status and snuff use | |
| | | | | Ever exposed | 20 | 0.7 (0.4–1.0) | | |
| | | | Oral cavity (140–145) | Never exposed | 166 | 1.0 | | |
| | | | | Ever exposed | 5 | 0.5 (0.2–1.2) | | |
| | | | Pharynx (146–149) | Never exposed | 108 | 1.0 | | |
| | | | | Ever exposed | 4 | 0.6 (0.2–1.6) | | |
| | | | Larynx (161) | Never exposed | 216 | 1.0 | | |
| | | | | Ever exposed | 11 | 0.8 (0.5–1.5) | | |
| Sjödahl et al. (2007) Cohort cancer incidence study Sweden | Male construction workers, same population as Lee et al. (2003). 256357 workers in cohort after excluding those missing smoking and BMI | Wood dust exposure assessment based on a job–exposure matrix | Gastric (non-cardia) (151) | Wood dust | | | RRs adjusted for age, smoking status and BMI | |
| | | | | No exposure | 892 | 1.0 (reference) | | |
| | | | | Moderate exposure | 53 | 0.9 (0.7–1.2) | | |
| | | | | High exposure | 3 | 1.2 (0.4–3.6) | | |

BMI, body mass index; CI, confidence interval; IRR, incidence rate ratio; RR, relative risk; SIR, standardized incidence ratio; standardized mortality ratio; yr, year or years

**Table 2.3 Descriptive and linkage studies with results on exposure to wood dust**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases /deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Pukkala et al. (2009) Census cancer incidence linkage Nordic countries | All incident cancer cases diagnosed in Denmark (1961–2005), Finland (1961–2005), Norway (1961–2005), Sweden (1961–2005) and Iceland (1961–2005) | Woodworkers includes workers who prepare and treat wood and make, assemble and repair constructions and products of wood | All cancers (140–208) | Men | 74353 | 0.95 (0.95–0.96) | SIRs adjusted for age and calendar period | National rates use to calculate expected cancers |
| | | | | Women | 3004 | 0.92 (0.89–0.95) | | |
| | | | Pharynx (146–149) | Men | 450 | 0.83 (0.76–0.11) | | |
| | | | | Women | 8 | 0.94 (0.4–1.9) | | |
| | | | Nose (160) | Men | 355 | 1.8 (1.7–2.04) | | |
| | | | | Women | 10 | 1.9 (0.9–3.5) | | |
| | | | Adenocarcinoma | Men | 122 | 5.5 (4.6–6.6)- | | |
| | | | | Women | | | | |
| | | | Larynx (161) | Men | 819 | 0.82 (0.77–0.8) | | |
| | | | | Women | 7 | 1.7 (0.5–3.9) | | |
| | | | Lung (162) | Men | 10941 | 0.96 (0.94–0.97) | | |
| | | | | Women | 235 | 1.2 (1.1–1.4) | | |
| | | | Mesothelioma (158, 162.2) | Men | 494 | 1.6 (1.4–1.7) | | |
| | | | | Women | 11 | 2.1 (1.1–3.8) | | |
| | | | Stomach (151) | Men | 4904 | 1.04 (1.01–1.07) | | |
| | | | | Women | 133 | 1.1 (0.93–1.3) | | |
| | | | Colon (153) | Men | 5478 | 0.9 (0.88–0.93) | | |
| | | | | Women | 206 | 0.88 (0.77–1.01) | | |
| | | | Rectum (154) | Men | 3988 | 0.97 (0.94–1.0) | | |
| | | | | Women | 123 | 0.96 (0.8–1.14) | | |
| | | | Hodgkin disease (201) | Men | 382 | 1.04 (0.94–1.15) | | |
| | | | | Women | 5 | 0.47 (0.15–1.11) | | |
| | | | Non-Hodgkin lymphoma (200, 202) | Men | 2170 | 0.97 (0.933–1.02) | | |
| | | | | Women | 110 | 1.03 (0.85–1.24) | | |
| | | | Multiple myeloma (203) | Men | 1263 | 1.01 (0.96–1.07) | | |
| | | | | Women | 47 | 1.03 (0.76–1.37) | | |
| | | | Leukaemia (204) | Men | 1898 | 0.96 (0.92–1.01) | | |
| | | | | Women | 61 | 0.93 (0.71–1.19) | | |

**Table 2.3 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases /deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Weiderpass et al. (2001) Census linkage study Finland | 2833 cases of endometrial cancers and 1101 cervical cancers diagnosed since 1971 in a cohort of 413877 skilled and specialized workers in Finland excluding farming occupations | Occupations were coded into job titles and a national job–exposure matrix (FINJEM) converted each job title into a probability and mean level of exposure | Endometrium | Wood surface finisher | 8 | 1.8 (0.8–3.5) | SIRs adjusted for birth cohort, follow-up period, and social class | |
| | | | | Low wood dust exposure | 368 | 1.0 (0.9–1.2) | | |
| | | | | High wood dust exposure | 70 | 1.1 (0.8–1.4) | | |
| | | | Cervix | Woodworker, NEC | 7 | 2.5 (1.0–5.1) | | |
| | | | | Plywood and fibreboard worker | 24 | 1.6 (1.0–2.3) | | |
| | | | | Low wood dust exposure | 249 | 1.2 (1.0–1.4) | | |
| | | | | High wood dust exposure | 34 | 1.2 (0.9–1.7) | | |

Wood dust

**Table 2.3 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases /deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Arias Bahia et al. (2005) Registry-based study Brazil | 138 male cases in wood-related jobs based on hospital records, 1991–99, 20+ yr of age; Expected numbers based on male incident rates from the Belem population-based cancer registry. 2420 deaths among woodworkers compared to other deaths in the State of Para | Employment as a wood worker | Oral cavity and pharynx | | 8 | 1.7 (1.0–2.6) | Age | PCIRs – proportional cancer incidence ratios Belem (1988–89) |
| | | | Stomach | | 32 | 1.0 (0.7–1.5) | | |
| | | | Colon | | 1 | 0.3 (0.0–1.7) | | |
| | | | Rectum | | 3 | 1.1 (0.2–3.7) | | |
| | | | Nasal cavity | | 1 | 1.5 (0.0–8.5) | | |
| | | | Larynx | | 7 | 1.2 (0.5–2.4) | | |
| | | | Lung | | 18 | 1.2 (0.7–1.9) | | |
| | | | Hodgkin disease | | 3 | 2.2 (0.4–6.3) | | |
| | | | Other lymphomas | | 0 | 0.0 | | |
| | | | Multiple myeloma | | 2 | 2.4 (0.3–8.8) | | |
| | | | Leukaemia | | 4 | 1.4 (0.4–3.5) | | |
| | | | Oral cavity and pharynx | | 18 | 1.0 (0.6–1.7) | | CMORs – cancer mortality odds ratios State of Para (1980–95) |
| | | | Stomach | | 82 | 0.8 (0.7–1.1) | | |
| | | | Colon | | 5 | 0.5 (0.2–1.2) | | |
| | | | Rectum | | 8 | 1.3 (0.6–2.8) | | |
| | | | Larynx | | 18 | 1.3 (0.6–2.8) | | |
| | | | Lung | | 53 | 0.8 (0.6–1.0) | | |
| | | | Hodgkin disease | | 5 | 1.1 (0.4–2.8) | | |
| | | | Other lymphomas | | 11 | 1.4 (0.7–2.6) | | |
| | | | Multiple myeloma | | 1 | 0.5 (0.0–3.4) | | |
| | | | Leukaemia | | 7 | 0.6 (0.2–1.2) | | |

**Table 2.3 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases /deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Laakkonen et al. (2006) Census linkage study Finland | Incident cancer cases in all economically active Finns born during 1906–45 who participated in the national population census on 31 December 1970 (667121 men; 513110 women) | Exposure to wood dust: None (0) Low (< 3 mg/ m³–yr) Med (3–50 mg/ m³–yr) High (> 50 mg/ m³–yr) | Nasal cavity (160) | None men | 259 | 1.0 (0.9–1.1) | SIRs adjusted for age and social class | Exposure lag period 20 yr |
| | | | | women | 118 | 1.0 (0.8–1.2) | | |
| | | | | Low men | 15 | 1.6 (0.9–2.6) | | |
| | | | | women | 1 | 1.7 (0.9–9.7) | | |
| | | | | Med men | 17 | 1.3 (0.8–2.1) | | |
| | | | | women | 1 | 0.8 (0.0–4.4) | | |
| | | | | High men | 1 | 1.2 (0.0–6.9) | | |
| | | | | women | 0 | 0.0 | | |
| | | | Larynx (161) | None men | 1965 | 1.0 (1.0–1.1) | | |
| | | | | women | 128 | 1.0 (0.8–1.2) | | |
| | | | | Low men | 76 | 1.1 (0.8–1.3) | | |
| | | | | women | 1 | 1.2 (0.0–6.8) | | |
| | | | | Med men | 77 | 0.7 (0.6–0.9) | | |
| | | | | women | 3 | 2.1 (0.4–6.1) | | |
| | | | | High men | 1 | 0.1 (0.0–0.7) | | |
| | | | | women | 0 | 0.0 | | |
| | | | Lung (162) | None men | 27309 | 1.0 (1.0–1.0) | | |
| | | | | women | 3446 | 1.0 (1.0–1.0) | | |
| | | | | Low men | 936 | 1.1 (1.0–1.2) | | |
| | | | | women | 21 | 0.9 (0.6–1.4) | | |
| | | | | Med men | 1784 | 1.0 (1.0–1.1) | | |
| | | | | women | 48 | 1.0 (0.8–1.4) | | |
| | | | | High men | 108 | 0.9 (0.7–1.0) | | |
| | | | | women | 12 | 1.0 (0.5–1.7) | | |

CI, confidence interval; CMORs, cancer mortality odds ratios; PCIRs, proportional cancer incidence ratios; RR, relative risk; SIR, standardized incidence ratio; yr, year or years

## 2.2 Cancer of the nasopharynx

The previous *IARC Monograph* reviewed nine community-based case–control studies of cancer of the nasopharynx (see Table 25, IARC, 1995). The majority indicated an excess risk associated with either wood dust exposure (4/5 studies) or wood-related occupations (3/4 studies). Many of these studies had positive results based on very small numbers, and did not control for confounding. The studies were conducted in many different countries and odds ratios were generally in the range of 1.5–2.5. Among the studies that adjusted for the effects of smoking and alcohol, Vaughan (1989) and Vaughan & Davis (1991) observed an excess risk among carpenters (OR, 4.5; 95%CI: 1.1–19), and all woodworkers employed for 10 years or longer (OR, 4.2; 95%CI: 0.4–27). Sriamporn *et al.* (1992) observed an excess risk among wood cutters (OR, 4.1; 95%CI: 0.8–22).

None of the cohort studies reviewed by the previous *IARC Monograph* provided results for cancer of the nasopharynx, a rare tumour with an incidence rate of approximately 1/100000 in European countries.

In the period following the previous *IARC Monograph* (IARC, 1995), five new or updated cohort studies (Table 2.2) were published including a pooled re-analysis of five previously published cohort studies. Demers *et al.* (1995b) found an excess risk of cancer of the nasopharynx among workers classified as definitely exposed to wood dust (SMR, 5.3; 95%CI: 1.7–12.4, *n* = 5) and, overall, excesses were observed among both furniture (SMR, 2.4; 95%CI: 1.2–5.9, *n* = 7) and plywood workers (SMR, 4.6; 95%CI: 0.6–16.4, *n* = 2). Stellman *et al.* (1998) found no evidence of an excess risk associated with self-reported wood dust exposure or longest occupation among participants in the Cancer Prevention Study II. The remaining cohort studies did not present results for this organ site.

Three new case–control studies (Table 2.5) have published results relevant for the evaluation of cancer of the nasopharynx. Armstrong *et al.* (2000) observed an increased risk associated with wood dust among Malaysian Chinese workers (OR, 2.4; 95%CI: 1.3–4.2). Vaughan *et al.* (2000) in a population-based study observed no increased risk overall (OR, 1.2; 95%CI: 0.5–2.7), and no evidence of an exposure–response relationship in analyses by maximum or cumulative exposure in a multicentre study in the USA. In another population-based study Hildesheim *et al.* (2001) found an increased risk overall (OR, 1.7; 95%CI: 1.0–3.0), which increased with both duration and cumulative exposure in Taiwan, China. It was also reported that these results were not affected by further adjustment for formaldehyde. One further hospital-based study reported an excess for nasopharyngeal and sinonasal cancer combined (Jayaprakash *et al.*, 2008).

## 2.3 Cancer of the pharynx

The previous *IARC Monograph* reviewed four case–control studies of cancer of the pharynx other than the nasopharynx (see Table 26, IARC, 1995). Two indicated an excess risk associated with wood-related occupations, although one was based on very small numbers. Another found mixed evidence. None of the cohort studies reviewed by that Working Group provided relevant results.

Four new case–control studies (Table 2.5) published since the previous *IARC Monograph* have results relevant for the evaluation of cancer of the pharynx other than the nasopharynx. Gustavsson *et al.* (1998) observed a decreased risk for cancer of the hypopharynx associated with wood dust in Sweden (OR, 0.5; 95%CI: 0.3–1.0). Laforest *et al.* (2000) observed no increased risk overall (OR, 0.9; 95%CI: 0.5–1.7), and only a slightly increased risk in the highest categories of cumulative exposure (OR, 1.5; 95%CI: 0.6–3.9). Berrino *et al.* (2003) found an increased risk of

**Table 2.4 Case–control studies of sinonasal cancer and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Teschke et al. (1997) Population-based case–control study Canada | Nasal cavity and paranasal sinus (160) | All incident cases with histologically confirmed primary malignant tumours age ≥ 19 yr; 1990–92 | Controls were selected randomly from 5-yr age and sex strata of the provincial voters list; frequency-matched for age and sex | Occupational histories obtained by interview and occupational exposures assessed by job classification | Hardwood dust Softwood dust | 0.6 (0.1–3.0) 0.7 (0.3–1.6) | Sex, age (< 60, 60–69, ≥ 70), cigarette smoking (0–19, ≥ 20 pack-years) | |
| 't Mannetje et al. (1999) Pooled population-based case–control study Italy, France, Netherlands, Germany, Sweden | Nasal cavity and paranasal sinus (160) | 555 cases (104 women, 451 men) from 4 studies in Italy and 1 each from the Netherlands, France, Germany, and Sweden | 1705 controls (241 women, 1464 men) from the same studies | Occupational history and job–exposure matrices were applied for wood dust | Wood dust exposure: Women Men Adenocarcinoma Squamous cell carcinoma | 1.2 (0.3–4.5) 2.4 (1.8–3.2) 12.2 (7.4–20.0) 0.7 (0.5–1.1) | Age group and study centre. Sex and smoking where applicable | |
| Pesch et al. (2008) Industry-based case–control study Germany | Nasal cavity and paranasal sinus (160) | 86 male cases of adenocarcinoma of the nasal cavity and paranasal sinuses identified among workers with a recognized occupational disease during 1994–2003 | 204 controls recruited from recognized accidents and falls frequency-matched to controls for age with 60 yr cut-off. Controls were also employed in the woodworking industries | Cumulative and average wood dust exposure quantified with a job–exposure matrix based on wood dust measurements at recent and historical workplaces | High exposure to: Hardwood Softwood Particle board Medium-density fibreboard | 4.0 (1.9–8.3) 0.3 (0.2–0.7) 0.5 (0.3–1.0) 0.3 (0.1–1.1) | Smoking, age, region, ever exposed to varnishes or stains | Only cases with successful compensation claims were used |

Case 3:16-md-02738-MAS-RLS Document 9896-4 Filed 05/30/19 Page 184 of 264 PageID: 73680

**Table 2.5 Case–control studies of cancer of the pharynx and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Gustavsson et al. (1998) Population-based case–control study Sweden | Pharynx (140–149) | 401 incident squamous cell carcinomas, men aged 40–79 yr living in Stockholm or Southern health care region, 1988–91 | Randomly selected from the base population, frequency-matched on region and age group | Occupational history, exposure assessment based on literature survey of exposure | Ever exposed | 0.5 (0.3–1.0) | Region, age, alcohol consumption, smoking habits | |
| Armstrong et al. (2000) Population-based case–control study Malaysia | Nasopharynx (147) | 282 Chinese cases identified between July 1990 and June 1992 through diagnosis records and/or treatment at centres with radiotherapy in the study area of Selangor & the Federal Territory | Matched by age (± 3yr) to 1 control in good health with no history of cancer of the head, neck or respiratory system, selected from Chinese population | Occupational histories were obtained by interview, exposure based on job | Any history of occupational exposure to wood dust | 2.4 (1.3–4.2) | Diet and cigarette smoke indices, and matched on age | |
| Vaughan et al. (2000) Multicentred population-based case–control study USA 1987–93 | Nasopharynx (147) | 196 newly diagnosed cases in men & women, age 18–74 yr, from 5 registries (Connecticut, Detroit, Iowa, Utah and western Washington) | 244 controls from the general population through random-digit dialling and frequency-matched to the cases by age (± 5yr), sex and cancer registry | Lifetime histories of occupational and chemical exposures taken by interview; estimates of exposures assessed on a job-by-job basis | Ever exposed Max exposure (mg/m³): > 0.0–0.55 > 0.55–1.50 > 1.50 Cumulative (mg/m³-yr): > 0.0–2.75 > 2.75–15.70 > 15.70 | 1.2 (0.5–2.7)  1.3 (0.5–3.6) 2.0 (0.5–8.1) 0.2 (0.0–2.1)  0.7 (0.2–2.5) 3.0 (0.9–9.8) 0.4 (0.1–2.3) | Age, sex, race, SEER site, cigarette use, proxy status, education and cumulative exposure to formaldehyde | |

433

**Table 2.5 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Laforest et al. (2000) Hospital-based case–control study France 1989–91 | Hypopharynx (148) | 296 men, incident squamous cell carcinomas, histologically confirmed from 15 hospitals | Controls were patients with primary cancers of different sites requiring the same medical environment as case cancers, frequency-matched on age, same hospital or similar hospitals nearby, 1987–91 | Detailed lifetime occupational history taken, occupational exposures were assessed through a job–exposure matrix | Ever exposed Probability: ≤ 70% > 70% Duration: < 6 yr 6–10 yr > 10 yr Cumulative: Low (< 10) Medium (10–42) High (> 42) | 0.9 (0.2–4.1) 0.7 (0.3–1.8) 1.1 (0.5–2.3) 0.5 (0.2–1.5) 1.0 (0.3–2.9) 1.2 (0.5–3.0) 0.6 (0.2–1.6) 0.7 (0.3–2.3) 1.5 (0.6–3.9) | Age, smoking, alcohol, exposure to formaldehyde (yes/no), and mineral fibres (yes/no) | |
| Hildesheim et al. (2001) Population-based case–control study Taiwan, China July 1991 to December 1994 | Nasopharynx (147) | 375 newly diagnosed, histologically confirmed cases identified through two tertiary care hospitals in Taipei, Taiwan, China; < 75 yr of age, residents of Taipei city for 6+ mo | 325 community controls matched to cases on sex, age and geographic residence by use of listings available through the National Household Registration System | Occupational history via interview, blindly assessed by an industrial hygienist for intensity and probability of exposure | Ever exposed Duration: ≤ 10 yr > 10 yr Cumulative: < 25 ≥ 25 | 1.7 (1.0–3.0) 1.2 (0.6–2.5) 2.4 (1.1–5.0) 1.2 (0.6–2.5) 2.4 (1.2–5.1) | Age, sex, education, ethnicity, and HLA | |

434

## Table 2.5 (continued)

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Berrino et al. (2003) Population-based case–control study Italy, France, Spain, Switzerland 1979–82 | Hypopharynx (148) | 304 male incident cases from Calvados, France; Turin and Varese, Italy; Pamplona and Zaragoza, Spain; and Geneva, Switzerland | 2176 male population controls | Occupational history through specialist interview; exposures assessed using a job–exposure matrix | < 55 yr of age: Possible exposure Probable exposure > 55 yr of age: Wood dust exposure | 0.3 (0.1–1.0) 0.4 (0.2–1.2) 2.1 (1.2–3.7) | Age, centre, tobacco, alcohol, diet, socioeconomic status, and exposure to other agents | |
| Vlajinac et al. (2006) Hospital-based case–control study Serbia & Montenegro 1998–2000 | Oropharynx (146) | 100 consecutive incident cases at the Clinical Centre of Serbia | 100 controls among patients treated during the same period for non-malignant diseases of the head/neck, matched on age (± 2 yr), sex and place of residence | Occupational exposure to various chemicals, dust and other agents | Exposure to wood dust[1] Occupational exposure to wood dust[2] | 2.3 (1.0–5.7) 4.2 (1.5–11.9) | [1]Education, BMI, smoking, alcohol, family history of cancers [2]Smoking, dental diseases, HSV infection, smoking, alcohol | |
| Jayaprakash et al. (2008) Hospital-based case–control study Buffalo, NY, USA and Germany 1982–98 | Sinonasal & nasopharynx & hypopharynx (160, 147, 148) | 90 incident cases in men diagnosed at Roswell Park Cancer Institute | 1522 controls | Self reported exposures about prior exposure to wood dust at work | Moderate exposure High exposure Occasionally exposed Regularly exposed | 1.5 (0.9–1.5) 1.35 (0.4–4.6) 1.45 (0.85–2.5) 1.6 (0.75–3.3) | Age, sex, tobacco, education, year of enrollment | |

BMI, body mass index; CI, confidence interval; HLA, human leukocyte antigen; HSV, herpes simplex virus; mo, month or months; yr, year or years

cancer of the hypopharynx among men over the age of 55 years (OR, 2.1; 95%CI: 1.2–3.7), and a decreased risk among men under 55 years (OR, 0.4; 95%CI: 0.2–1.2). Vlajinac *et al.* (2006) observed an increased risk of cancer of the oropharynx (OR, 2.3; 95%CI: 1.0–5.7) associated with wood dust in Serbia and Montenegro.

All five cohort studies published in the period following the previous *IARC Monograph* provided results for cancer of the pharynx, although none provided results for subsites of other than the nasopharynx. The pooled re-analysis of five previously published cohort studies (Demers *et al.*, 1995b) observed slightly fewer cases of cancer of the pharynx than expected (SMR, 0.8; 95%CI: 0.5–1.3). Stellman *et al.* (1998) also found no evidence of an excess risk associated with self-reported wood dust exposure or longest occupation among participants in the Cancer Prevention Study II (RR, 0.9; 95%CI: 0.4–2.0). Innos *et al.* (2000) found an excess risk of cancer of the pharynx among Estonian furniture workers exposed to both medium levels (SIR, 4.0; 95%CI: 0.8–11.8) and high levels of exposure (SIR, 1.5; 95%CI: 0.6–3.3). Dement *et al.* (2003) observed slightly more cases of cancer of the pharynx than expected among members of the US carpenters union (SMR, 1.4; 95%CI: 0.7–2.4). Purdue *et al.* (2006) observed a somewhat reduced risk among Swedish construction workers exposed to wood dust versus those who were not (RR, 0.6; 95%CI: 0.2–1.6, *n* = 4).

## 2.4 Cancer of the larynx

The previous *IARC Monograph* reviewed ten case–control studies of cancer of the larynx (see Table 27, IARC, 1995). The majority had some indication of an excess risk associated with either wood dust exposure (1/2 studies) or wood-related occupations (7/8 studies), although sometimes based on small numbers. The studies were conducted in the USA (*n* = 7), Europe (*n* = 2), and the People's Republic of China (*n* = 1), and the

majority of these studies adjusted for the effects of smoking. No support for this association was found in the cohort studies (see Table 18, IARC, 1995). The five cohort studies that reported results for cancer of the larynx observed fewer cancers than expected.

Seven new case–control studies (Table 2.6) have published results relevant for the evaluation of cancer of the larynx. Pollán & López-Abente (1995) in a Spanish study observed an excess risk among woodworkers (OR, 2.7; 95%CI: 0.9–7.7) that increased with duration of employment. Gustavsson *et al.* (1998) observed a decreased risk for cancer of the larynx associated with wood dust in Sweden (OR, 0.5; 95%CI: 0.3–0.9). Laforest *et al.* (2000) observed no increased risk overall and no evidence of an association with duration or cumulative exposure in a french study (OR, 1.0; 95%CI: 0.6–1.7). Elci *et al.* (2002) also found no association with wood dust in a Turkish study (OR, 1.1; 95%CI: 0.8–1.4). Berrino *et al.* (2003) found an increased risk of cancer of the larynx among men over the age of 55 (OR, 1.7; 95%CI: 1.2–2.6), and a decreased risk among men under 55 (OR, 0.6; 95%CI: 0.3–1.1). Ramroth *et al.* (2008) reported an excess based on a checklist (OR, 2.1; 95%CI: 1.2–3.9), but a weaker association based on a method using a job-specific questionnaire (OR, 1.4; 95%CI: 0.8–2.5). Jayaprakash *et al.* (2008) reported an excess among men based on self-reported exposure (OR, 2.1; 95%CI: 0.9–5.0). Six of the seven studies adjusted for the potential effects of smoking and alcohol consumption, but the last only adjusted for smoking.

All five cohort studies published in the period following the previous *IARC Monograph* provided results for cancer of the larynx. The pooled re-analysis of five previously published cohort studies (Demers *et al.*, 1995b) observed slightly fewer cases of cancer of the larynx than expected (SMR, 0.7; 95%CI: 0.4–1.0), and no association with probability of exposure. Stellman *et al.* (1998) observed a potential excess risk associated with self-reported wood

**Table 2.6 Case–control studies of cancer of the larynx and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Pollán & López-Abente (1995) Hospital-based case–control study Spain January 1982 to August 1985 | Larynx (161) | 50 male residents of Madrid with histologically confirmed squamous cell carcinomas diagnosed at Ramon y Cajal Hospital | 1 hospital control (matched by sex, age, admission date excluding alcohol or tobacco-related conditions) and 1 population control (matched on sex, age, residential census sections at diagnosis) | Extensive job history up to 1 yr before diagnosis; subject was considered exposed at ≥ 1 yr of employment | All woodworkers 1–20 yr > 20 yr | 2.7 (0.9–7.7) 1.6 (0.4–5.9) 5.6 (1.2–27.6) | Age, tobacco and alcohol consumption, and other occupational groups | |
| Gustavsson et al. (1998) Community-based case–control study Sweden 1 January 1988 to 31 January 1991 | Larynx (161) | 401 incident squamous cell carcinomas in all Swedish men aged 40–79 yr living in Stockholm or the southern health care region | Referents randomly selected from the base population and frequency-matched to the cases for region and age group (40–54, 55–64, 65–79 yr) | Exhaustive occupational history taken and exposure assessments were based on a literature survey of exposure data for different occupations | Ever exposed | 0.5 (0.3–0.9) | Adjusted for region, age, alcohol consumption and smoking habits | |

**Table 2.6 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Laforest et al. (2000) Hospital-based case–control study France 1 January 1989 to 30 April 1991; | Larynx (161) | 296 primary incident squamous cell cancers diagnosed and histologically confirmed in 15 French hospitals; only men were included in the study | Controls were patients with primary cancers of different sites requiring the same medical environment as case cancers, selected by frequency matching on age and recruited between 1987 and 1991 in the same hospitals as the cases or similar hospitals nearby | Detailed lifetime occupational history taken and occupational exposures were assessed through a job–exposure matrix | **Wood dust** Ever exposed Probability of exposure: ≤ 70% > 70% Duration of exposure: < 6 yr 6–10 yr > 10 yr Cumulative level: Low (< 10) Medium (10–42) High (> 42) | 1.0 (0.6–1.7) 0.9 (0.4–2.0) 1.1 (0.5–2.2) 1.4 (0.6–3.2) 0.5 (0.2–1.5) 1.0 (0.5–2.3) 1.0 (0.4–2.1) 1.2 (0.5–2.8) 0.9 (0.3–2.3) | Age, smoking, alcohol, exposure to formaldehyde, and mineral fibres | |
| Elci et al. (2002) Hospital-based case–control study Turkey 1979–84 | Larynx (161) | 940 cases among men identified from patients admitted to the Oncology Treatment Center of the Social Security Agency Okmeydani Hospital in Instanbul | 1519 referent patients with Hodgkin disease, soft tissue sarcoma, non-melanoma skin cancer, testis, bone and male breast cancer as well as a series of non-cancer subjects | Occupational history taken using a questionnaire, occupations coded and exposures assessed using a job–exposure matrix developed for occupational dusts | Wood dust exposure Low intensity Med intensity High intensity Low probability Med probability High probability | 1.1 (0.8–1.4) 0.8 (0.5–1.4) 1.4 (1.0–1.9) 0.8 (0.4–1.4) 1.3 (1.0–1.7) 1.4 (0.7–2.5) 0.4 (0.2–0.9) | Age, smoking, and alcohol consumption | |

438

**Table 2.6 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Berrino et al. (2003) Population-based case–control study Italy, France, Spain, Switzerland 1979–82 | Endolarynx (161) | 696 male incident endolarynx cases diagnosed in Calvados, France; Turin & Varese, Italy; Pamplona & Zaragoza, Spain; Geneva, Switzerland | 2176 male population controls | Occupational history taken through specialist interview; occupational exposures assessed using a job–exposure matrix | < 55 yr of age: Possible exposure Probably exposure > 55 yr of age Wood dust exposure | 0.5 (0.2–1.1) 0.6 (0.3–1.1) 1.7 (1.2–2.6) | Age, centre, tobacco, alcohol, diet, socioeconomic status, and exposure to other agents | |
| Jayaprakash et al. (2008) Hospital-based case–control study Buffalo, NY, USA and Germany 1982–98 | Larynx (161) | 124 incident male cases diagnosed at Roswell Park Cancer Institute | 1522 controls | Self reported prior exposure to wood dust at work | Moderate exposure High exposure Occasionally exposed Regularly exposed | 0.8 (0.5–1.3) 2.1 (0.9–4.96) 0.8 (0.4–1.4) 1.5 (0.8–2.8) | Age, sex, tobacco, education, year of enrollment | |
| Ramroth et al. (2008) Population-based case–control study South-western Germany 1998–2000 | Larynx (161) | 257 histologically confirmed incident larynx cancer cases in men and women diagnosed in Rhein-Neckar-Odenwald region | 769 population controls | Occupational history taken through specialist interview; occupational exposures assessed using exposure substance check-list (SCL), detailed occupational history, supplementary job-specific questionnaires (JSQ) | SCL: Wood dust Hardwood dust Softwood dust JSQ: Wood dust Hardwood dust Softwood dust | 2.1 (1.2–3.9) 2.6 (1.3–5.2) 2.2 (1.1–4.2) 1.4 (0.8–2.5) 1.2 (0.6–2.5) 1.5 (0.7–2.8) | Adjusted for age, sex, tobacco, alcohol, education | |

CI, confidence interval; RR, relative risk; yr, year or years

439

dust exposure (RR, 1.6; 95%CI: 0.8–3.4, $n$ = 8), but not for wood occupations (RR, 1.2; 95%CI: 0.3–4.9, $n$ = 2) among participants in the Cancer Prevention Study II. Innos *et al.* (2000) observed fewer cases of cancer of the larynx than expected (SIR, 0.7; 95%CI: 0.3–1.4) among male Estonian furniture workers. Dement *et al.* (2003) observed slightly more cases of cancer of the larynx than expected among members of the US carpenters union (SMR, 1.2; 95%CI: 0.7–2.0). Purdue *et al.* (2006) observed a somewhat reduced risk among Swedish construction workers exposed to wood dust versus those who were not (RR, 0.8; 95%CI: 0.5–1.5).

Recent registry-based studies also presented results for wood dust and cancer of the larynx. No excess was observed among woodworkers in a large Nordic census-based cancer incidence linkage study (Pukkala *et al.*, 2009). Arias Bahia *et al.* (2005) observed a slight excess of cancer of the larynx in a Brazilian cancer registry and mortality study. Laakkonen *et al.* (2006) found no relationship with wood dust exposure in a Finnish cancer registry study.

## 2.5 Cancer of the lung

The Working Group for the previous *IARC Monograph* reviewed 24 case–control studies of cancer of the lung (see Table 28, IARC, 1995). Roughly half had some indication of an excess risk associated with either wood dust exposure or wood-related occupations. The studies were conducted in North America ($n$ = 11), Europe ($n$ = 9), Asia ($n$ = 3), and New Zealand ($n$ = 1). No support for this association was found in the cohort studies (see Table 18, IARC, 1995). The seven cohort studies that reported results for cancer of the lung observed a similar number of cancers to that expected.

Three new case–control studies (Table 2.7) have published results relevant for the evaluation of cancer of the lung. Wu *et al.* (1995) observed an increased risk of non-small cell lung cancers among African- and Mexican-American men. Matos *et al.* (2000) observed an increased risk for lung cancer among sawmill workers, but not other woodworkers in Argentina. Barcenas *et al.* (2005) observed an excess of lung cancer associated with wood-related occupations or self-reported exposure in an American case–control study. All results were adjusted for smoking.

Four of the five cohort studies published in the period following the previous *IARC Monograph* provided results for cancer of the lung. The pooled re-analysis of five previously published cohort studies (Demers *et al.*, 1995b) observed slightly fewer cases of cancer of the lung than expected (SMR, 0.8; 95%CI: 0.7–0.9). Stellman *et al.* (1998) observed a slight excess risk associated with self-reported wood dust exposure (RR, 1.2; 95%CI: 1.0–1.3), but not for wood occupations (RR, 1.1; 95%CI: 0.9–1.4) among participants in the Cancer Prevention Study II. Innos *et al.* (2000) observed an increased risk among highly exposed female (SIR, 1.6; 95%CI: 0.8–2.9), but not among male Estonian furniture workers (SIR, 1.0; 95%CI: 0.8–1.3). Dement *et al.* (2003) observed an excess among members of the US carpenters union (SMR, 1.5; 95%CI: 1.2–1.7). In a nested case–control study of Polish pulp and paper mill workers, Szadkowska-Stańczyk & Szymczak (2001) observed an excess of lung cancer associated with wood dust exposure (OR, 2.1; 95%CI: 0.9–4.9), but no evidence of an exposure–response relationship.

Recent registry studies also presented results for wood dust and lung cancer. A small excess was observed among women (SIR, 1.2; 95%CI: 1.1–1.4) but not among men (SIR, 0.96; 95%CI: 0.94–0.97) in a large Nordic census-based cancer incidence linkage study (Pukkala *et al.*, 2009). Arias-Bahia *et al.* (2005) observed mixed results in Brazil; a slight excess in the cancer registry study and a decreased risk in the mortality study. Laakkonen *et al.* (2006) found no relationship with wood dust exposure in a Finnish cancer registry study.

**Table 2.7 Case–control studies of cancer of the lung and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | Relative risk (95% CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Wu et al. (1995) Hospital-based case–control study USA | Lung (162) | 113 African-American and 67 Mexican-American cases with newly diagnosed lung cancer recruited from the hospitals in Houston and San Antonio, Texas | 270 healthy controls without prior histories of cancer from community centres, cancer screening programmes, churches and employee groups matched on age, ethnicity and sex | Occupational histories collected by interview, self-reported occupational exposure to wood dust | Wood dust exposure African-American: Non-small cell lung cancer; Small cell lung cancer; Mexican-American: Non-small cell lung cancer; Small cell lung cancer | 3.5 (1.4–8.6) 4.8 (1.2–18.5) 0.7 (0.0–12.4) 3.8 (0.8–17.4) 0.3 (0.0–6.2) | Age, sex, mutagen sensitivity, and pack-yr (smoking) | . |
| Matos et al. (2000) Hospital-based case–control study Argentina 1994–96 | Lung (162) | 199 male patients residents in the city or in the province of Buenos Aires and admitted for treatment in any of 4 hospitals of Buenos Aires city | 393 controls; 2 male control subjects hospitalized for conditions unrelated to tobacco use during the same period, and residents in the same area, matched by hospital and age (± 5yr) | Occupational history obtained by interview; occupational exposure assessed by job–exposure matrix | Occupation in: Sawmills or wood mills Furniture Woodworkers (carpenters, cabinet-makers, machine operators) | 4.8 (1.2–19.0) 1.0 (0.4–2.2) 0.7 (0.3–1.5) | Age group, hospital, pack-yr and industries with $P < 0.05$ | |

441

**Table 2.7 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | Relative risk (95% CI)ᵃ | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Barcenas et al. (2005) Hospital-based case–control study USA July 1995 to October 2000 | Lung (162) | 1368 men and women with incident histologically confirmed lung cancer diagnosed at the University of Texas Cancer Center | 1192 cancer-free enrollees of private multispecialty clinics; matched on gender and ethnic groups | Longest held occupation or industry, self-reported wood dust exposure obtained by interview; minimum of 1 yr | Wood related occupation/industry | 3.2 (1.5–6.9) | Adjusted for age, gender, ethnicity, smoking status, and place of residence | |
| | | | | | Self-reported wood dust exposure | 1.5 (1.2–2.1) | | |
| | | | | | Occupation, industry, or self-reported exposure: | | | |
| | | | | | Lung (adenocarcinoma) | 1.5 (1.0–2.1) | | |
| | | | | | Non-small cell lung carcinoma (excluding adenocarcinoma) | 1.9 (1.3–2.7) | | |
| | | | | | Small cell lung carcinoma | 1.1 (0.5–2.3) | | |
| Jayaprakash et al. (2008) Hospital-based case–control study Buffalo, NY, USA and Germany 1982–98 | Lung (162) | 809 incident male cases diagnosed at Roswell Park Cancer Institute | 1522 controls | Self reported exposures about prior exposure to wood dust at work | Moderate exposure | 1.1 (0.9–1.4) | Age, sex, tobacco, education, year of enrollment | |
| | | | | | High exposure | 2.15 (1.3–3.6) | | |
| | | | | | Occasionally exposed | 1.1 (0.8–1.4) | | |
| | | | | | Regularly exposed | 1.7 (1.2–2.4) | | |

442

## 2.6 Other cancer sites

The results for other cancer sites were reviewed, but were less consistent than for the respiratory tract. The results for case–control studies for wood dust that were published subsequent to the previous *IARC Monograph* are presented in Table 2.8.

## 2.7 Furniture and cabinet-making industry

The Working Group also addressed the carcinogenic risk associated with the furniture and cabinet-making industry that was evaluated in the previous *IARC Monograph* Volume 25 (IARC, 1981), and reassessed in Supplement 7 (IARC, 1987) when it was classified as *carcinogenic to humans (Group 1)*. Since then, new studies and pooled analyses have strengthened the association between working in this industry and sinonasal and nasopharyngeal cancers, including Fukuda & Shibata (1988), Minder & Vader (1988), Magnani *et al.* (1993), Demers *et al.* (1995a, b) and Bouchardy *et al.* (2002). Such studies are listed among others published since 1980 in Table 2.9 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.9.pdf; Table to 2.10 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.10.pdf; Table 2.11 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.11.pdf; Table 2.12 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.12.pdf; Table 2.13 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.13.pdf; Table 2.14 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.14.pdf; Table 2.15 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.15.pdf; and Table 2.16 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.16.pdf.

From reviewing the studies in Tables 2.9 to 2.16 together with the data on exposure to wood dust in Tables 2.1 to 2.8, the Working Group attributed the causal association between working in the furniture and cabinet-making industry and sinonasal and nasopharyngeal cancers to wood dust.

Another possible association observed in the industry included excesses of pleural malignant mesothelioma, which is most likely the result of asbestos exposure. Another possible excess of haematopoietic malignancies may be the result to other exposures such as solvents. Relevant results are presented in Tables 2.11, 2.13 and 2.15 (online), but the Working Group considered data for these sites to be inconsistent and inadequate for evaluation.

## 2.8 Synthesis

There is consistent and strong evidence from both case–control studies and large cohort studies that wood dust causes sinonasal cancer. Most of these studies do not specify the histology of the tumours. Among the case–control that specified histology, very large excess risks were observed for sinonasal adenocarcinoma and wood dust exposure. Case series have found a large proportion of adenocarcinoma cases to be woodworkers.

There is also weaker evidence that wood dust causes cancer of the nasopharynx. The majority of case–control studies observed an increased risk of cancer of the nasopharynx associated with wood dust exposure or with employment in wood-related occupations, although often based on small numbers. This is supported by the pooled re-analysis of cohort studies where a strong association was observed with probability of wood dust exposure. The primary confounder of concern was formaldehyde exposure, but in the pooled cohort study the probability of wood dust exposure, which would likely be inversely correlated with formaldehyde exposure, was

Table 2.8 Case–control studies of other cancers and exposure to wood dust

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Fritschi & Siemiatycki (1996) Population-based case–control study Canada 1979–85 | Non-Hodgkin lymphoma (200, 202) | 3730 male cases aged 35–70 yr, resident in Montreal, histologically confirmed non-Hodgkin lymphoma, Hodgkin disease, or myeloma | 533 colorectal, bladder, prostate, stomach, kidney, melanoma, pancreas and oesophageal cancer controls. 533 population controls selected by electoral lists or random-digit dialling | Occupational history obtained by interview or questionnaire | Wood dust exposure: Non-substantial Substantial | 0.5 (0.3–0.8) 0.8 (0.5–1.3) | Age, proxy status, income (quintiles), ethnicity | Results for wood dust only presented for non-Hodgkin lymphoma |
| Cocco et al. (1998) Census-linked case–control study USA 1984–92 | Gastric cardia (151.1) | 1056 cases of gastric cardia cancer were identified in men aged 25 yr or more using death certificates from 24 states | 5280 control subjects were identified the same way but who died of disease; 5:1 match on region, sex, race, and age | Usual occupation obtained from death certificates, exposure was assessed using a job–exposure matrix | Wood dust exposure: Unexposed All exposed Low level exposure Med level exposure High level exposure | 1.0 (reference) 0.8 (0.6–1.1) 0.9 (0.6–1.4) 0.7 (0.5–1.2) 1.0 (0.5–2.2) | Matched on region, sex, race, and age | |

Wood dust

**Table 2.8 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Cocco et al. (1999) Census-linked case–control study USA 1984–96 | Stomach (151) | 41957 deaths of stomach cancer aged 25+ yr using death certificates from 24 states | 83914 controls who died of non-malignant disease; 2:1 match on region, sex, race, and age (± 5 yr) | Usual occupation obtained from death certificates, exposure was assessed using a job–exposure matrix | White men: | | Matched on region, sex, race, and age | |
| | | | | | Med probability | 0.9 (0.8–1.1) | | |
| | | | | | High probability | 1.0 (0.9–1.1) | | |
| | | | | | Med intensity | 1.0 (0.9–1.1) | | |
| | | | | | High intensity | 0.9 (0.7–1.1) | | |
| | | | | | African-American men: | | | |
| | | | | | Med probability | 1.0 (0.7–1.3) | | |
| | | | | | High probability | 0.9 (0.8–1.2) | | |
| | | | | | Med intensity | 1.1 (0.9–1.3) | | |
| | | | | | High intensity | 0.8 (0.6–1.0) | | |
| | | | | | White women: | | | |
| | | | | | Med probability | 0.7 (0.4–1.2) | | |
| | | | | | High probability | 0.8 (0.3–2.2) | | |
| | | | | | Med intensity | 0.9 (0.7–1.2) | | |
| | | | | | High intensity | 0.7 (0.3–1.6) | | |
| | | | | | African-American women: | | | |
| | | | | | Medium probability | 1.3 (0.5–3.8) | | |
| | | | | | Medium intensity | 0.9 (0.5–1.6) | | |
| | | | | | High intensity | 0.4 (0.1–3.4) | | |

445

**Table 2.8 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Mao et al. (2000) Registry-linked case–control study Canada 1994–97 | Non-Hodgkin lymphoma (200, 202) | 1469 histologically confirmed incident cases (764 men, 705 women) of non-Hodgkin lymphoma diagnosed in 8 Canadian provinces who were 20–74 yr of age | 5073 controls frequency matched on age and sex randomly selected from same provinces via Provincial Health Insurance Plans, Property Assessment databases, or random-digit dialling | Home or work exposure to 17 chemicals was obtained through questionnaires or interviews | Wood dust exposure: Men Women Never exposed 1–6 yr exposure ≥ 7 yr exposure | 0.9 (0.8–1.1) 1.4 (1.0–2.0) 1.0 (reference) 1.2 (0.7–1.9) 1.7 (1.1–2.6) | 10-yr age groups, province, BMI (< 20, 20–27, > 27), consumption of milk | |
| De Roos et al. (2001) Population-based case–control study Canada & USA 1992–94 | Neuroblastoma | 538 incident cases under 19 yr of age at 139 participating hospitals | 504 cases were identified through random-digit dialling individually caliper-matched to cases on date of birth | Telephone interviews with parents for maternal and paternal occupational history. Self-reported exposure assessed by an industrial hygienist (IH) | Wood dust exposure: Paternal occupational exposure Self-reported exposure IH-reviewed exposure | 1.4 (0.8–2.3) 1.5 (0.8–2.8) | Child's age, maternal race, maternal age, and maternal education | |

446

Wood dust

**Table 2.8 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Briggs et al. (2003) Population-based case–control study USA 1984–88 | Non-Hodgkin lymphoma (200, 202) Hodgkin disease (201) | 1511 non-Hodgkin lymphoma, 343 Hodgkin disease cases diagnosed among African-American and white men born 1929–53, from Atlanta, Detroit, Connecticut, Iowa, Kansas, Miami, San Francisco, Seattle | 1910 controls with no history of the selected cancer identified by random-digit dialling and frequency-matched by birth year, and geographic region of cancer registry | Occupational history collected by professional interviewers | Wood dust exposure: Non-Hodgkin lymphoma: African-American White Hodgkin disease: African-American White | 1.4 (0.7–2.8) 1.1 (0.9–1.3) 4.6 (1.6–13.3) 0.9 (0.7–1.3) | Age and cancer registry. | |
| Fritschi et al. (2005) Population-based case–control study Australia January 2000–August 2001 | Non-Hodgkin lymphoma (200, 202) | Incident cases of non-Hodgkin lymphoma diagnosed in New South Wales or the Australian Capital Territory; aged 20–74 yr | Controls were randomly selected from the New South Wales and Australian Capital Territory Electoral Rolls, frequency matched on age, sex and region of residence | Lifetime occupational history obtained by telephone interview & mailed questionnaire. Exposure assessment done blindly by an occupational hygienist and a job-exposure matrix | Hardwood dust exposure: Non-substantial Substantial Softwood dust exposure: Non-substantial Substantial | 1.5 (0.9–2.4) 1.7 (1.0–2.9) 1.2 (0.6–2.7) 1.6 (1.1–2.6) 1.7 (1.0–2.8) 1.6 (0.7–3.8) | Adjusted for age, sex, state and ethnic origin | |

447

**Table 2.8 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Pan et al. (2005) Registry-linked case–control study Canada 1994–97 | Brain (191) | 1009 incident cases of histologically confirmed primary brain cancer from 8 provinces | 5039 population control subjects aged 20–76 yr collected in the same study area | Occupational history obtained through questionnaires. Self-reported exposure | Wood dust exposure: Men Women Both sexes | 1.3 (1.9–1.4) 1.1 (0.8–1.7) 1.2 (1.0–1.4) | Age, province of residence, education, alcohol intake, total energy intake, smoking pack-yr, and sex | |
| Fritschi et al. (2007) Population-based case–control study Australia January 2001– August 2002 | Prostate (185) | 606 histologically confirmed cases in Western Australia, aged 40–75 yr. 402 cases of benign prostatic hyperplasia identified from hospital records | 471 controls aged 45–75 yr randomly selected from the Western Australia electoral roll August 2001– October 2002; frequency-matched on 5 yr age groups | Occupational history obtained by questionnaires and interviews. Exposure was assessed for each occupation by an occupational hygienist for probability, frequency and total dose. | Wood dust exposure: Prostatic cancer– Not exposed Non-substantial Substantial Benign prostatic hyperplasia– Not exposed Non-substantial Substantial | 1.0 (reference) 1.1 (0.8–1.4) 1.2 (0.5–2.6) 1.0 (reference) 1.1 (0.8–1.4) 0.8 (0.4–1.4) | Adjusted for age | |

BMI, body mass index; yr, year or years

associated with nasopharyngeal cancer risk, and an excess was observed among both the furniture workers and plywood workers subcohorts.

There was weaker evidence for other sites such as the pharynx, larynx, and lung. Although positive associations were observed in some case–control studies, the pattern was not as consistent and not supported by positive findings in cohort studies.

The great majority of studies did not report on the specific tree species to which workers were exposed or whether exposure was due primarily to hardwoods or softwoods. The few studies that did address tree species were relevant only for the evaluation of sinonasal cancer. There is strong evidence for an association between sinonasal cancer and exposure to hardwood dusts, based on the results of the few studies that specifically assessed exposure to hardwoods and on the results of case series that identified specific tree species. Among the few case–control studies that assessed the relationship with softwoods, there was a consistent excess risk, but the magnitude of the excess was small in comparison to hardwoods, and the association was primarily with squamous cell carcinoma.

## 3.  Cancer in Experimental Animals

Only a limited number of studies in experimental animals have been published on the carcinogenicity of wood dust. Studies described below include those summarized in the previous *IARC Monograph* (IARC, 1995) as well as studies published since.

## 3.1 Inhalation

### 3.1.1  Rat

An inhalation study to determine the carcinogenicity of inhaled oak wood dust with and without wood preservatives was conducted in rats. Six groups of 58–61 female F344 rats were exposed to: 1) 18 mg/m$^3$ of untreated oak wood dust; 2) wood preservatives containing 1 μg/m$^3$ lindane and 0.2 μg/m$^3$ pentachlorophenol (PCP); 3) oak wood dust treated with lindane and PCP; 4) 21 μg/m$^3$ of sodium dichromate; 5) oak wood dust treated with chromate (wood contained the equivalent of 39 μg/m$^3$ chromate); and, 6) 72 μg/m$^3$ of *N*-nitrosodimethylamine (positive control). A group of 115 rats were sham-exposed (negative control). Approximately 24 rats/group were exposed for 25 weeks and approximately 36 rats/group were exposed for their lifespan. The particle size was reported as 2–7 μm. The untreated wood dust contained up to 5 μg/m$^3$ of chromate. No respiratory tract tumours were observed in the negative controls. The positive control group of animals exposed for their lifespan had an incidence of 12/35 nasal cavity tumours. Respiratory tract tumours occurred less frequently in animals exposed for only 25 weeks than in those exposed for their lifespan. The only significant finding in rats exposed for 25 weeks was an increased incidence over controls of benign tumours of organs other than the respiratory tract in the group exposed to chromate aerosol alone. In the rats exposed to untreated oak wood for their lifespan, 2/36 rats developed malignant tumours of the respiratory tract (one in the oral cavity, one bronchial carcinoma, but none in the nasal cavity); there were no benign tumours of the respiratory tract. There was 1/37 animals exposed to wood dust treated with chromate stain, and 1/34 animals exposed to chromate aerosol for their lifespan that had a nasal cavity tumour, but none were found in the rats exposed to untreated wood dust (Klein *et al.*, 2001).

Sixteen female Sprague Dawley rats were exposed to 25 mg/m$^3$ of untreated beech wood dust (70%, ≤ 10 μm; 10–20%, ≤ 5 μm) for 6 hours/day, 5 days/week for 104 weeks. There were 16 untreated controls. In the 15 surviving exposed rats and 15 control rats, no respiratory tract

tumours were observed. Incidences of non-respiratory tract tumours did not differ between untreated and exposed rats (Holmström *et al.*, 1989).

Fifteen female Wistar rats were exposed to 15.3 mg/m³ of beech wood dust (mass median aerodynamic diameter [MMAD], 7.2 μm; geometric standard deviation [GSD], 2.2) for 6 hours/day, 5 days/week, for 6 months, and were observed for up to 18 months. No respiratory tract tumours were found in exposed rats or in 15 untreated controls. The incidence of non-respiratory tract tumours did not differ between exposed rats and untreated controls (Tanaka *et al.*, 1991).

### 3.1.2 Hamster

One group of 12 and one group of 24 male Syrian golden hamsters were exposed to either 15 or 30 mg/m³ beech wood dust (70%, ≤ 10 μm; 10–20%, ≤ 5 μm) for 6 hours/day, 5 days/week for either 36 or 40 weeks, respectively. One group of 12 and one group of 24 animals served as untreated controls. No respiratory tract tumours were observed in the 12 animals exposed to 15 mg/m³, but 1/22 animals exposed to 30 mg/m³ had an unclassifiable infiltrating malignant nasal tumour (not significantly different from controls) (Wilhelmsson *et al.*, 1985a, b). [The Working Group noted that in the above inhalation studies, the size of the dusts was quite large, which might allow some deposition in the upper respiratory tract, but very little deposition in the lower respiratory tract. No measurement of deposition was made, so the actual exposure is unknown.]

## 3.2 Intraperitoneal injection

### 3.2.1 Rat

Female Wistar rats received three weekly intraperitoneal injections of beech wood dust [total dose reported as 250 or 300 mg/animal]

suspended in saline, and were held for 140 weeks. No mesotheliomas or sarcomas were reported in the 52 rats examined (Pott *et al.*, 1989). [The Working Group noted the limited reporting of the study. No details on the number of starting animals or on particle size were given.]

## 3.3 Administration with known carcinogens or other modifying factors

### 3.3.1 Rat

Four groups of 16 female Sprague-Dawley rats were exposed 6 hours/day, 5 days/week for 104 weeks by inhalation to: air (control); 25 mg/m³ untreated beech wood dust (70%, ≤ 10 μm; 10–20%, ≤ 5 μm); 14.9 mg/m³ formaldehyde; or wood dust plus formaldehyde. Metaplastic or dysplastic lesions were observed in rats exposed to formaldehyde with or without wood dust, but the incidences between both groups were not statistically different. No such lesions were observed in control rats or in rats exposed to wood dust alone. No respiratory tract tumours were observed in rats exposed to wood dust or to wood dust plus formaldehyde (Holmström *et al.*, 1989).

Two groups of 20 male Wistar rats were exposed by inhalation to air (control); or 15 mg/m³ of beech wood dust (MMAD, 7.2 μm; GSD, 2.2) for 6 hours/day, 5 days/week for 6 months. Thereafter, five rats per groups were exposed to 10.2 mg/m³ of sidestream cigarette smoke for 2 hours/day, 5 days/week for 1 month. The experiment was terminated 18 months after the start of the exposures. No tumours of the respiratory tract were observed (Tanaka *et al.*, 1991).

### 3.3.2 Hamster

Two groups of 12 male Syrian golden hamsters were exposed by inhalation to air (control) or 15 mg/m$^3$ beech wood dust (70%, ≤ 10 μm; 10–20%, ≤ 5 μm) for 6 hours/day, 5 days/week for 36 weeks. Another two groups of hamsters were treated similarly but also received weekly subcutaneous injections of 1.5 mg N-nitrosodiethylamine (NDEA) for the first 12 consecutive weeks. No nasal tumours were observed in the four groups. Tracheal squamous cell papilloma incidences were: 1/7, controls; 0/8, wood dust; 3/8, NDEA; 4/8, NDEA plus wood dust (Wilhelmsson et al., 1985a, b).

Two groups of 24 male Syrian golden hamsters were exposed by inhalation to air or 30 mg/m$^3$ beech wood dust (70%, ≤ 10 μm; 10–20%, ≤ 5 μm) for 6 hours/day, 5 days/week for 40 weeks. Another two groups of hamsters were treated similarly but received weekly subcutaneous injections of 3 mg NDEA for the first 12 consecutive weeks. No respiratory tract tumours were found in control animals. The incidence of these tumours did not differ between the groups treated with NDEA or NDEA plus wood dust (Wilhelmsson et al., 1985a, b).

## 3.4 Exposure to wood dust extracts

In a lifetime experiment, four groups of 70 female NMRI mice weighing 25–30 g [age unspecified] received skin applications of a mutagenic fraction of a methanol extract of beech wood dust in 30 μL acetone twice a week for 3 months. Positive and negative controls were included in the study (Table 3.1). No effect on survival was observed between the treated groups and the negative control groups. A comparison between mice treated with wood dust extract and mice serving as negative controls indicated an overall carcinogenic effect ($P < 0.01$, $\chi^2$ test) (Mohtashamipur et al., 1989). [The Working Group also noted a dose-dependent increase in the incidence of skin squamous cell papillomas and carcinomas combined or papilloma alone.]

Four groups of 50 male and female Kunming mice were intragastrically administered 0, 1, 2 or 4 g/kg body weight of a water extract of birch wood dust, once a week for 5 weeks. Thereafter, mice were given 0.5% butylated hydroxytoluene for 3 weeks in the diet. The experiment was terminated at experimental Week 15. There was a dose-dependent increase ($P < 0.05$) in lung tumour incidence (0/50, 2/49, 4/48, 7/49, respectively), and multiplicity (0, 0.04, 0.15, 0.24 tumour/mouse, respectively). No significant increase was observed in a similar experiment using an organic extract of birch wood dust (He et al., 2002).

## 3.5 Exposure to wood shavings

Studies directed at testing the potential carcinogenicity of cedar shavings were inadequate in that they did not have control groups (Vlahakis, 1977; Jacobs & Dieter, 1978).

## 3.6 Synthesis

Several of the studies investigating the carcinogenicity of inhaled wood dust in rats and hamsters used particles with relatively large MMADs, a design that would enhance deposition in the upper respiratory tract, including the nasal cavity. Despite this design, the results of the animal studies do not confirm the nasal carcinogenicity of wood dust observed in humans. No measurement of the actual deposition of wood dust in the respiratory tract was made, and therefore the amount of the exposure is unknown.

In one study in mice, a methanol extract of beech wood dust was tested by skin application. Although a dose-dependent increase in the incidence of skin tumours was observed, this result cannot be used in the evaluation of the carcinogenicity in experimental animals of wood dust per se.

**Table 3.1 Study in mice exposed to mutagenic fractions of methanolic extracts of dust[a]**

| Tumour | Negative controls | | | Extract (g) | | | | Benzo[a]pyrene (μg) | |
|---|---|---|---|---|---|---|---|---|---|
| | Untreated (n = 43) | Shaven (n = 44) | Shaven, acetone-treated (n = 42) | 2.5 (n = 43) | 5.0 (n = 50) | 7.5 (n = 46) | 10.0 (n = 49) | 5 (n = 43) | 10 (n = 42) |
| Skin squamous cell carcinomas | – | – | – | 1 | – | – | 1[b] | 1 | 15 |
| Skin squamous cell papillomas | – | – | – | 1 | 1 | 6 | 5[b] | 2 | 5 |
| Skin keratoacanthomas | – | – | – | – | – | 1 | – | – | 2 |
| Skin papillary cystadenomas | – | – | – | – | 1 | – | – | – | – |
| Sebaceous gland adenomas | – | – | – | – | – | – | – | 2 | – |
| Mammary gland adenocarcinomas | – | – | – | – | 4 | 3 | 2 | 1 | 1 |
| Mammary gland adenoacanthomas | – | – | – | – | – | – | 1 | – | – |
| Mammary gland mixed tumours | – | – | – | – | – | – | 2 | – | – |
| Fibrosarcomas | – | – | – | – | – | 1 | – | – | – |
| Haemangiosarcomas | – | – | – | – | 1 | – | – | – | – |
| Neurofibrosarcomas | – | – | – | – | 1 | – | – | – | – |
| Lymphomas | – | – | – | – | – | – | 1 | – | – |
| Anaplastic carcinomas | – | – | – | – | 1 | – | – | – | – |
| Precancerous skin lesions | – | 1 | 2 | 2 | 4 | 8 | 6 | 13 | 18 |

[a] Dust from untreated, semidry beech wood

[b] [P < 0.01; Cochran-Armitage test for trend] where comparisons are made for 0 (acetone-treated controls), 2.5, 5.0, 7.5 and 10 g extract groups, including squamous cell carcinomas and papillomas combined, or papillomas alone

Adapted from Mohtashamipur *et al.* (1989), numbers of animals given are effective numbers

# 4. Other Relevant Data

## 4.1 Deposition and clearance of particulates in the nasal region

The anatomy and physiology of the upper respiratory tract is complex, and there are significant differences between rodents, non-human primates, and humans (reviewed by Stuart, 1984; Harkema, 1991). Wood dust, leather dust, and metal-containing dusts are complex mixtures that have been associated with the development of sinonasal and nasopharyngeal cancers in humans (IARC, 1995). The nasal region is a primary target of inhaled toxicants. In humans, the particulate fraction of wood and leather dusts is considered to be responsible for carcinogenesis (Fu et al., 1996; Feron et al., 2001). Particulate dosimetry in the upper respiratory tract depends on anatomy, airflow dynamics, and histology. Three-dimensional models have been developed to facilitate interspecies comparisons (Anjilvel & Asgharian, 1995). Humans vary in their breathing patterns at rest and at work; these patterns have an impact on the extent of nasal deposition of particles. In humans, coarse particles (2.5–10 µm) deposit by impaction in the nasal region; very fine particles (less then 0.01 µm in diameter) deposit in the nasopharynx by diffusion (Fig. 4.1; reviewed in Oberdörster et al., 2005). Coarse particles deposited in the nose are rapidly removed by sneezing, sniffing, and mucociliary clearance. However, some areas in the nasopharynx lack cilia, and particles deposited in these regions have longer retention times that can be up to several days (Feron et al., 2001).

## 4.2 Molecular pathogenesis

The histopathological classification of cancers arising in the sinonasal region (nasal cavity and paranasal sinuses) and in the nasopharynx varies with the anatomical location and associated risk factors (Rosai, 2004). In the sinonasal region, benign tumours or sinonasal papillomas occur; the inverted papilloma subtypes may progress to malignant squamous cell carcinomas in 3–13% of cases (Littman & Vaughan, 2006). The most common malignant tumour in the sinonasal region is squamous cell carcinoma, which is usually associated with cigarette smoking ('t Mannetje et al., 1999), and rarely following exposure to wood dust (see Section 2). Adenocarcinomas are strongly associated with exposure to wood and leather dusts (Fu et al., 1996; d'Errico et al., 2009). Wood dust exposure was associated with a 21-fold [95%CI: 8.0–55.0] increase in the risk of having a sinonasal adenocarcinoma or a squamous cell carcinoma compared to not being exposed (Bornholdt et al., 2008). These occupationally related carcinomas have a unique histological appearance described as intestinal-type sinonasal adenocarcinoma (ITAC). The majority of ITACs are localized in the superior nasal cavity and ethmoid sinus. This cancer develops after a long latent period of 20–30 years of exposure to wood dust, and is locally invasive with rare distant metastases (Llorente et al., 2009). Other malignant sinonasal cancers include cylindrical (transitional) cell carcinoma, small cell neuroendocrine carcinoma, and undifferentiated (anaplastic) carcinoma (Rosai, 2004).

In the nasopharynx, the histopathological classification varies with age and associated risk factors (Yu & Yuan, 2006). Keratinizing squamous cell carcinomas occur at older ages, and the majority of nasopharyngeal carcinomas are non-keratinizing carcinomas, either differentiated or undifferentiated (Rosai, 2004). Non-keratinizing nasopharyngeal carcinomas are more common in high-risk populations in association with Epstein-Barr virus infection and other risk factors as discussed in Section 4.4.

**Fig. 4.1 Deposition of inhaled particles in the human respiratory tract during nasal breathing**



From Oberdörster *et al.*, (2005). Drawing courtesy of J Harkema. Reproduced with permission from Environmental Health Perspectives.

### 4.2.1 Cancer of the nasal cavity and paranasal sinuses

These cancers are extremely rare with only an overall annual incidence of approximately 1/100000 in Europe (Muir *et al.*, 1987). There have been few studies of molecular and genetic alterations associated with the development of sinonasal cancers, and no link to chemical carcinogens has been established (Saber *et al.*, 1998). Inverted papilloma is recognized as a preneoplastic lesion, and mutations in the *p53* tumour-suppressor gene have been associated with progression to squamous cell carcinoma. Epigenetic alterations characterized by promoter hypermethylation have also been identified in sinonasal papilloma (Stephen *et al.*, 2007). In ITACs of patients with known long-term exposure to wood or leather dust, *p14*[ARF] and *p16*[INK4a] promoter methylation was detected in 80% and 67% of cases, respectively (Perrone *et al.*, 2003). In the same study, *p53* mutations were present in 44% (7/16 cases) of the ITACs, and in all but one case the mutations were G:C→A:T transitions in 86% of the cases, and involved the CpG dinucleotides in 50% of the cases. Loss of heterozygosity at chromosomal loci encoding the *p53* (locus 17p13), *p14*[ARF] and

$p16^{INK4a}$ (locus 9p21) genes were also reported in 58% and 45% of the cases, respectively (Perrone *et al.*, 2003). *p53* Mutations were previously reported in only 18% (2/11) of sinonasal adenocarcinomas from patients with unknown exposure (Wu *et al.*, 1996). *K-RAS* mutations were also reported in ITACs with a frequency of 13%, whereas the frequency was very low (1%) in squamous cell carcinoma (Saber *et al.*, 1998; Bornholdt *et al.*, 2008). Strikingly, among the five mutations located in codon 12 of the *K-RAS* gene, the G→A transition was the most common, and was present in tumour tissue (adenocarcinoma) from two wood-dust-exposed patients and from one patient with unknown exposure (Bornholdt *et al.*, 2008). [The Working Group noted that a clear link between exposure to wood or leather dust and specific G:C→A:T transitions in ITACs remains to be demonstrated.] Although ITACs resemble colonic adenocarcinomas histologically, alterations in *E-cadherin* and *β-catenin* genes characteristic of the APC pathway and alterations in mismatch-repair genes are rare in sinonasal adenocarcinomas (Perez-Ordonez *et al.*, 2004).

Unique patterns of chromosomal gains and losses have been associated with wood-dust-related ITACs (Korinth *et al.*, 2005; Llorente *et al.*, 2009). Overexpression of c-erbB2 protein was found in one-third of cases (Gallo *et al.*, 1998).

There are no identified precursor lesions leading to the development of ITACs, although hyperplasia, squamous metaplasia, and dysplasia occur frequently in areas adjacent to sinonasal carcinomas (Llorente *et al.*, 2009). A morphological study of nasal biopsies from 139 leather workers employed for a median of 29 years revealed squamous metaplasia in 65% of cases, dysplasia in 41% of cases, and goblet cell hyperplasia in 22% of cases. The presence of goblet cell hyperplasia was associated with longer occupational exposures in leather-tanning activities (Palomba *et al.*, 2008).

### 4.2.2 Cancer of the nasopharynx

There are few studies of molecular alterations in cancer of the nasopharynx. Many genetic alterations (chromosomal gains and losses) have been described in endemic nasopharyngeal carcinomas, but none of these changes have been specifically linked to wood or leather dust exposure (Hui *et al.*, 1999; Chan *et al.*, 2002).

## 4.3 Mechanisms of toxicity and carcinogenicity

### 4.3.1 Tissue injury

Histopathological changes associated with tissue injury and repair (metaplasia, hyperplasia) are extremely common in the upper respiratory tract of experimental animals and humans. In rats, the inhalation of a wide range of volatile and semi-volatile industrial chemicals induces tissue injury, inflammation, and hyperplasia; however, there is no consistent association with subsequent development of nasal cancer. Inflammation, IgE-mediated allergic rhinitis associated with the inhalation of particulate antigens, and inflammatory sinonasal polyps are very common in humans, yet sinonasal cancers are rare as discussed in Section 4.2. Common histopathological changes found in the nasal epithelium include cuboidal and squamous metaplasia and hyperplasia of goblet cells and cylindrical cells. These reactive changes are not considered to be precursors for the development of neoplasia. It is possible that wood dust particles incite tissue injury by direct mechanical damage, although there are no experimental data to support this mechanism (Feron *et al.*, 2001).

### 4.3.2 Impaired ciliary clearance and mucostasis

Heavy occupational exposure to wood dust has been reported to impair ciliary clearance, and to contribute to mucostasis (IARC, 1995). Theoretically, the impaired clearance of wood dust particles could lead to prolonged contact with the upper respiratory epithelium (Littman & Vaughan, 2006). Impaired mucociliary clearance may also allow particulate antigens to gain entry to nasal-associated lymphoid tissues, and enhance allergic sensitization (Feron et al., 2001).

### 4.3.3 Direct genotoxicity

Direct genotoxic effects of wood dust extracts were summarized in IARC (1995). Overall, the mutagenic activity of beech and oak wood extracts was detected in bacterial systems and in rat hepatocytes in vitro. Several chemicals were isolated from wood extracts, but only quercetin and $\Delta^3$-carene were shown to be mutagenic (IARC, 1995). Exposure to hexavalent chromium has been associated with the development of sinonasal cancers (Sunderman, 2001).

Dust particles may act as carriers for genotoxic agents. Chromium compounds are often present in oak and beech dusts as they are frequently used in the wood-processing industry, particularly as potassium dichromate in stains as well as fixing agents in wood preservatives. Stained furniture is made largely from oak and beech as they contain enough tannic acid to allow for chemical staining (Klein et al., 2001). Nasal tumours were produced in rats following the inhalation of chromate-stained oak wood dust Klein et al. (2001). It was hypothesized that chromate trapped in dust particles is slowly released as hexavalent chromium in the nasal mucosa. Leather workers and tanners are also exposed to hexavalent chromium (Stern et al., 1987). Hexavalent chromium is genotoxic and

**Table 4.1 Other risk factors for cancers of the nasal cavity and paranasal sinuses[a]**

| Exposure | Reference |
|---|---|
| Boot and shoe manufacture and repair | IARC (1987, 2012b) |
| Formaldehyde | IARC (1995, 2012d) |
| Hexavalent chromium | IARC (1990, 2012b) |
| Mineral oils | IARC (1987, 2012d) |
| Mustard gas | IARC (1987, 2012d) |
| Selected nickel compounds | IARC (1990, 2012b) |
| Tobacco smoking | IARC (2002, 2012c) |

[a] All classifed as Group 1 carcinogens by IARC

has been linked with the development of sinonasal cancers in humans (Table 4.1; IARC, 1990).

DNA damage (detected by comet assay) in peripheral blood leukocytes was studied in 35 furniture workers and in 41 control office workers. Approximately 20% of woodworkers had elevated levels of DNA damage that did not depend on smoking status compared to 13% of control smokers and 7% of control non-smokers (Palus et al., 1999). [The Working Group noted that the significance of this study is difficult to assess because DNA damage in the sinonasal mucosa was not studied.]

Another group of 60 male furniture workers occupationally exposed for more than 5 years to a mixture of softwood and hardwood dusts (7.4–25.8 mg/m³) was studied for markers of genotoxicity using peripheral blood lymphocytes and buccal epithelial cells. Controls were 60 healthy male government workers with no history of wood dust exposure. Statistically significant elevations in DNA damage in peripheral blood lymphocytes were detected in workers using the Comet assay. Increased frequencies of micronuclei and chromosomal aberrations were also detected in the peripheral blood lymphocytes of workers. An increased frequency of micronuclei was also detected in buccal epithelial cells obtained from workers. Micronucleus frequency was increased in both workers and controls who were smokers and consumed alcohol. Serum

levels of superoxide dismutase activity and glutathione peroxidase activity, but not catalase activity, were reduced in the workers (Rekhadevi et al., 2009). [The Working Group noted that the authors of this study could not eliminate a potential effect of exposure to chemical adhesives and wood polish in these workers.]

Çelik & Kanik (2006) studied the frequency of micronuclei and other nuclear alterations in exfoliated buccal mucosal cells from 20 workers occupationally exposed to wood dust and 20 healthy controls. Dust levels in the workplace were 4.7–28.9 mg/m$^3$. In the controls, the micronucleus frequency was 1.5 ± 1.2% compared to 6.6 ± 1.6% in the workers. Evidence of nuclear injury (karyolysis, karyorhexis) and binucleated cells was also increased in the workers. Smokers in both groups showed increased micronucleus frequency and evidence of nuclear injury. [The Working Group noted that the use of buccal epithelial cells as a surrogate for sinonasal mucosa had not been validated.]

The genotoxicity of six wood dusts and dust from MDF coated with oak was compared in the A549 human lung carcinoma cell line (Bornholdt et al., 2007). As determined by a comet assay, beech, birch, teak, pine, and MDF dusts increased DNA strand breaks 1.2–1.6-fold after 3 hours of exposure. [The Working Group noted that the use of a malignant lung carcinoma cell line as a surrogate for sinonasal epithelial cells is questionable, and that no particulate control group was included.]

No data based on genotoxic assays were available to the Working Group for workers exposed to leather dusts.

### 4.3.4 Indirect genotoxicity

The most likely mechanism proposed for the carcinogenicity of wood dust is a combination of reduced clearance of large particles from the middle turbinate and ethmoid regions of the sinonasal cavity, leading to mechanical irritation, inflammation, and increased cell proliferation (Llorente et al., 2009). In support of the association between chronic inflammation and sinonasal cancer, Holmila et al. (2008) analysed COX-2 and p53 protein expression in 23 cases of adenocarcinoma; 17 were exposed to wood dust and 19 were smokers. Elevated COX-2 expression was found in 13 cases including eight cases who were non-smokers; ten of these cases had a history of wood dust exposure. In 50% of the cases with elevated COX-2 expression, there was elevated p53 protein expression in the same histological pattern as COX-2. COX-2 protein expression was confirmed at the mRNA level.

In a murine model of lung inflammation induced by intranasal instillation of birch or oak dusts two times a week for 3 weeks, oak dust induced more inflammation with an influx of neutrophils and lymphocytes compared with birch dust that elicited an influx of eosinophils (Määttä et al., 2006).

These dusts were also tested for induction of pro-inflammatory mediators from murine RAW 264.7 macrophage cell lines. Birch dust increased the release of the pro-inflammatory cytokines IL-6 and TNF-α, and oak dust caused a smaller release of TNF-α. Birch dust also elicited a stronger chemokine response than oak dust (Määttä et al., 2005).

A panel of six wood dusts and MDF dust was assessed for expression of IL-6 and IL-8 pro-inflammatory cytokines using the human A549 lung carcinoma cell line. Based on expression of IL-8 mRNA, teak dust was more potent than MDF, birch, spruce, or pine dust; with beech and oak dust showing the weakest activity in this assay (Bornholdt et al., 2007).

Human alveolar macrophages obtained from healthy volunteers were exposed to endotoxin-free pine dust for 2 hours. This exposure induced a dose-dependent release of the pro-inflammatory mediators, TNF-α and MIP-2, that was associated with increased production of reactive oxygen species (Long et al., 2004).

No experimental data were available to the Working Group on the release of inflammatory mediators from animals or cell cultures following exposure to leather dusts.

Overall, these experimental studies provide evidence that wood dust from a variety of hardwoods and softwoods can elicit the release of pro-inflammatory mediators after short-term exposures, and suggest a possible association between inflammation and the development of cancer.

In summary, the mechanism responsible for the carcinogenicity of wood or leather dusts is unknown as concluded previously by IARC (1995). In 2000, the Health Council of the Netherlands concluded that wood dust cannot be classified as a non-genotoxic carcinogen or as a direct or indirect genotoxic carcinogen due to insufficient mechanistic data (Feron *et al.*, 2001).

## 4.4 Other risk factors for sinonasal and nasopharyngeal cancers

The most important exposures associated with the development of sinonasal cancers are occupational exposures in furniture and woodworking industries, leather and shoe manufacturing, and in nickel workers (Table 4.1; IARC, 2012b).

Exposures to other agents classifed by IARC as *carcinogenic to humans (Group 1)* have also been associated with cancers of the nasal cavity and paranasal sinuses (Table 4.1).

Other occupations that have been suggested to be linked with the development of sinonasal cancers include agricultural workers, workers in food manufacturing and preserving, and workers in the textile industry, and in the manufacturing of rubber and plastic products (Leclerc *et al.*, 1997; Luce *et al.*, 2002).

Nasopharyngeal cancers occurring in low-risk populations, including Europe and the US, peak in adolescents and young adults and are

**Table 4.2 Other risk factors for nasopharyngeal cancer[a]**

| Exposure | Reference |
|---|---|
| Chlorophenol | Zhu *et al.*, (2002), IARC (1999) |
| Epstein-Barr virus (EBV) | IARC (1997, 2012a) |
| Ingestion of salted fish and preserved foods during childhood | IARC (2002, 2012c) |
| Formaldehyde | IARC (1995, 2012d) |
| Mustard gas | IARC (1987, 2012d) |
| Tobacco smoking | IARC (2002, 2012c) |

[a] All classifed as Group 1 carcinogens except for chlorophenol (2B)

associated with Epstein-Barr virus (EBV) infection. The highest risk populations are in the Cantonese region of Southern China and Hong Kong Special Administrative Region, followed by Taiwan, China, the Arctic region, Southeastern Asia, and North Africa. In these high-risk populations, peak incidence is at 50–59 years and the most important risk factors are dietary in association with EBV infection (Yu & Yuan, 2002; IARC, 2012a).

Tobacco smoking is a risk factor for both sinonasal cancer ('t Mannetje *et al.*, 1999; IARC, 2002) and nasopharyngeal cancer, in addition to occupational exposure to formaldehyde or mustard gas (Table 4.2). Squamous cell carcinomas in the nasopharynx have also been linked with exposure to a wood preservative, chlorophenol (Table 4.2; IARC, 1999; Zhu *et al.*, 2002).

It is worth noting that EBV infects almost everyone worldwide but the infection is usually kept dormant by the immune system. Exposure to agents that deregulate the immune system may potentially activate this oncogenic virus (IARC, 2012a).

No published reports were available to the Working Group on genetic susceptibility to development of sinonasal cancers or nasopharyngeal carcinoma associated with exposure to wood or leather dusts.

## 4.5 Synthesis

Potential mechanisms responsible for the carcinogenicity of wood dust include tissue injury induced by the deposition of wood dust particles in the sinonasal region, impaired ciliary clearance, direct genotoxicity and indirect genotoxicity secondary to chronic inflammation. Wood or leather dusts may also act as carrier for other genotoxic agents (e.g. chromate). There is weak evidence for these mechanisms in cellular assays, short-term animal assays, or assays for genotoxicity using peripheral blood cells or buccal epithelial cells obtained from workers exposed to wood dust.

Workers exposed to wood or leather dusts have increased frequencies of metaplasia and hyperplasia in nasal epithelial biopsies, although these alterations are not considered to be precursor lesions of neoplasia at this organ site. In one study, leather workers also showed increased evidence of dysplasia in nasal biopsies. No mechanistic data were available to the Working Group for leather dust exposure.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of wood dust. Wood dust causes cancer of the nasal cavity and paranasal sinuses and of the nasopharynx.

There is *inadequate evidence* in experimental animals for the carcinogenicity of wood dust.

Wood dust is *carcinogenic to humans (Group 1)*.

## References

Acheson ED, Cowdell RH, Hadfield E, Macbeth RG (1968). Nasal cancer in woodworkers in the furniture industry. *BMJ*, 2: 587–596. doi:10.1136/bmj.2.5605.587 PMID:5654629

Acheson ED, Cowdell RH, Rang E (1972). Adenocarcinoma of the nasal cavity and sinuses in England and Wales. *Br J Ind Med*, 29: 21–30. PMID:5060244

Acheson ED, Pippard EC, Winter PD (1984). Mortality of English furniture makers. *Scand J Work Environ Health*, 10: 211–217. PMID:6494840

Alwis U, Mandryk J, Hocking AD *et al.* (1999). Dust exposures in the wood processing industry. *Am Ind Hyg Assoc J*, 60: 641–646. PMID:10529995

Andersen HC, Andersen I, Solgaard J (1977). Nasal cancers, symptoms and upper airway function in woodworkers. *Br J Ind Med*, 34: 201–207. PMID:911690

Andersen HC, Solgaard J, Andersen I (1976). Nasal cancer and nasal mucus-transport rates in woodworkers. *Acta Otolaryngol*, 82: 263–265. doi:10.3109/00016487609120900 PMID:983685

Anjilvel S & Asgharian B (1995). A multiple-path model of particle deposition in the rat lung. *Fundam Appl Toxicol*, 28: 41–50. doi:10.1006/faat.1995.1144 PMID:8566482

Arias Bahia SH, Echenique Mattos I, Koifman S (2005). Cancer and wood-related occupational exposure in the Amazon region of Brazil. *Environ Res*, 99: 132–140. doi:10.1016/j.envres.2004.12.005 PMID:16053937

Armstrong RW, Imrey PB, Lye MS *et al.* (2000). Nasopharyngeal carcinoma in Malaysian Chinese: occupational exposures to particles, formaldehyde and heat. *Int J Epidemiol*, 29: 991–998. doi:10.1093/ije/29.6.991 PMID:11101539

Baran S & Teul I (2007). Wood dust: An occupational hazard which increases the risk of respiratory disease. *J Physiol Pharmacol*, 58: Suppl. 543–50. PMID:18204114.

Barbieri PG, Lombardi S, Candela A *et al.* (2005). Epithelial naso-sinusal cancer incidence and the role of work in 100 cases diagnosed in the Province of Brescia (northern Italy), in the period 1978–2002. *Med Lav*, 96: 42–51. PMID:15847107

Barcenas CH, Delclos GL, El-Zein R *et al.* (2005). Wood dust exposure and the association with lung cancer risk. *Am J Ind Med*, 47: 349–357. doi:10.1002/ajim.20137 PMID:15776474

Barthel E & Dietrich M (1989). Retrospective cohort study of cancer morbidity in furniture makers exposed to wood dust. *Z Gesamte Hyg*, 35: 279–281. PMID:2750237

Battista G, Cavallucci F, Comba P *et al.* (1983). A case-referent study on nasal cancer and exposure to wood dust in the province of Siena, Italy. *Scand J Work Environ Health*, 9: 25–29. PMID:6857185

Berrino F, Richiardi L, Boffetta P *et al.* Milan JEM Working Group (2003). Occupation and larynx and hypopharynx cancer: a job-exposure matrix approach in an international case–control study in France, Italy, Spain and Switzerland. *Cancer Causes Control*, 14: 213–223. doi:10.1023/A:1023661206177 PMID:12814200

Black N, Dilworth M, Summers N (2007). Occupational exposure to wood dust in the British woodworking

industry in 1999/2000. *Ann Occup Hyg*, 51: 249–260. doi:10.1093/annhyg/mem007 PMID:17369618

Blair A, Stewart PA, Hoover RN (1990). Mortality from lung cancer among workers employed in formaldehyde industries. *Am J Ind Med*, 17: 683–699. doi:10.1002/ajim.4700170604 PMID:2343874

Bornholdt J, Hansen J, Steiniche T *et al.* (2008). K-ras mutations in sinonasal cancers in relation to wood dust exposure. *BMC Cancer*, 8: 53 doi:10.1186/1471-2407-8-53 PMID:18289366

Bornholdt J, Saber AT, Sharma AK *et al.* (2007). Inflammatory response and genotoxicity of seven wood dusts in the human epithelial cell line A549. *Mutat Res*, 632: 78–88. PMID:17590384

Bouchardy C, Schüler G, Minder C *et al.* (2002). Cancer risk by occupation and socioeconomic group among men–a study by the Association of Swiss Cancer Registries. *Scand J Work Environ Health*, 28: Suppl 11–88. PMID:11871426

Briggs NC, Levine RS, Hall HI *et al.* (2003). Occupational risk factors for selected cancers among African American and White men in the United States. *Am J Public Health*, 93: 1748–1752. doi:10.2105/AJPH.93.10.1748 PMID:14534232

Çelik A & Kanik A (2006). Genotoxicity of occupational exposure to wood dust: Micronucleus frequency and nuclear changes in exfoliated buccal mucosa cells. *Environ Mol Mutagen*, 47: 693–698. doi:10.1002/em.20257 PMID:17078100

Chan AT, Teo PM, Johnson PJ (2002). Nasopharyngeal carcinoma. *Ann Oncol*, 13: 1007–1015. doi:10.1093/annonc/mdf179 PMID:12176778

Choussy O, Ferron C, Védrine PO *et al.*GETTEC Study Group (2008). Adenocarcinoma of Ethmoid: a GETTEC retrospective multicenter study of 418 cases. *Laryngoscope*, 118: 437–443. doi:10.1097/MLG.0b013e31815b48e3 PMID:18176354

Chung KYK, Cuthbert RJ, Revell GS *et al.* (2000). A study on dust emission, particle size distribution and formaldehyde concentration during machining of medium density fibreboard. *Ann Occup Hyg*, 44: 455–466. PMID:10963710

Cocco P, Ward MH, Dosemeci M (1998). Occupational risk factors for cancer of the gastric cardia. Analysis of death certificates from 24 US states. *J Occup Environ Med*, 40: 855–861. doi:10.1097/00043764-199810000-00004 PMID:9800169

Cocco P, Ward MH, Dosemeci M (1999). Risk of stomach cancer associated with 12 workplace hazards: analysis of death certificates from 24 states of the United States with the aid of job exposure matrices. *Occup Environ Med*, 56: 781–787. doi:10.1136/oem.56.11.781 PMID:10658565

Commonwealth of Australia (2008). *Benchmarking of exposures to wood dust and formaldehyde in selected industries in Australia*. Australian Safety and Compensation Council, pp. 71

d'Errico A, Pasian S, Baratti A *et al.* (2009). A Case-control Study on Occupational Risk Factors for Sino-nasal Cancer. *Occup Environ Med*, 66: 448455.

De Roos AJ, Olshan AF, Teschke K *et al.* (2001). Parental occupational exposures to chemicals and incidence of neuroblastoma in offspring. *Am J Epidemiol*, 154: 106–114. doi:10.1093/aje/154.2.106 PMID:11447042

Dement J, Pompeii L, Lipkus IM, Samsa GP (2003). Cancer incidence among union carpenters in New Jersey. *J Occup Environ Med*, 45: 1059–1067. doi:10.1097/01.jom.0000085892.01486.6a PMID:14534447

Demers PA, Boffetta P, Kogevinas M *et al.* (1995b). Pooled reanalysis of cancer mortality among five cohorts of workers in wood-related industries. *Scand J Work Environ Health*, 21: 179–190. PMID:7481605

Demers PA, Kogevinas M, Boffetta P *et al.* (1995a). Wood dust and sino-nasal cancer: pooled reanalysis of twelve case–control studies. *Am J Ind Med*, 28: 151–166. doi:10.1002/ajim.4700280202 PMID:8585514

Demers PA, Teschke K, Davies HW *et al.* (2000). Exposure to dust, resin acids, and monoterpenes in softwood lumber mills. *AIHAJ*, 61: 521–528. doi:10.1202/0002-8894(2000)061<0521:ETDRAA>2.0.CO;2 PMID:10976682

Edman K, Löfstedt H, Berg P *et al.* (2003). Exposure assessment to α- and β-pinene, delta(3)-carene and wood dust in industrial production of wood pellets. *Ann Occup Hyg*, 47: 219–226. doi:10.1093/annhyg/meg024 PMID:12639835

Elci OC, Akpinar-Elci M, Blair A, Dosemeci M (2002). Occupational dust exposure and the risk of laryngeal cancer in Turkey. *Scand J Work Environ Health*, 28: 278–284. PMID:12199430

Elwood JM (1981). Wood exposure and smoking: association with cancer of the nasal cavity and paranasal sinuses in British Columbia. *Can Med Assoc J*, 124: 1573–1577. PMID:7248866

Engzell U, Englund A, Westerholm P (1978). Nasal cancer associated with occupational exposure to organic dust. *Acta Otolaryngol*, 86: 437–442. PMID:716866

Feron VJ, Arts JH, Kuper CF *et al.* (2001). Health risks associated with inhaled nasal toxicants. *Crit Rev Toxicol*, 31: 313–347. doi:10.1080/20014091111712 PMID:11405443

Fontana L, Lietin B, Catilina P *et al.* (2008). Exposition professionnelle aux poussieres de bois et cancers naso-sinusiens. *Ann Otolaryngol Chir Cervicofac*, 125: 65–71. doi:10.1016/j.aorl.2007.10.003 PMID:18436189

Fritschi L, Benke G, Hughes AM *et al.* (2005). Risk of non-Hodgkin lymphoma associated with occupational exposure to solvents, metals, organic dusts and PCBs (Australia). *Cancer Causes Control*, 16: 599–607. doi:10.1007/s10552-004-7845-0 PMID:15986116

Fritschi L, Glass DC, Tabrizi JS *et al.* (2007). Occupational risk factors for prostate cancer and benign prostatic

hyperplasia: a case–control study in Western Australia. *Occup Environ Med*, 64: 60–65. doi:10.1136/oem.2006.027706 PMID:17018583

Fritschi L & Siemiatycki J (1996). Lymphoma, myeloma and occupation: results of a case–control study. *Int J Cancer*, 67: 498–503. doi:10.1002/(SICI)1097-0215(19960807)67:4<498::AID-IJC6>3.0.CO;2-N PMID:8759607

Fu H, Demers PA, Costantini AS *et al.* (1996). Cancer mortality among shoe manufacturing workers: an analysis of two cohorts. *Occup Environ Med*, 53: 394–398. doi:10.1136/oem.53.6.394 PMID:8758034

Fukuda K & Shibata A (1988). A case–control study of past history of nasal diseases and maxillary sinus cancer in Hokkaido, Japan. *Cancer Res*, 48: 1651–1652. PMID:3345533

Fukuda K, Shibata A, Harada K (1987). Squamous cell cancer of the maxillary sinus in Hokkaido, Japan: a case–control study. *Br J Ind Med*, 44: 263–266. PMID:3567101

Gallo O, Franchi A, Fini-Storchi I *et al.* (1998). Prognostic significance of c-erbB-2 oncoprotein expression in intestinal-type adenocarcinoma of the sinonasal tract. *Head Neck*, 20: 224–231. doi:10.1002/(SICI)1097-0347(199805)20:3<224::AID-HED7>3.0.CO;2-2 PMID:9570628

Gustavsson P, Jakobsson R, Johansson H *et al.* (1998). Occupational exposures and squamous cell carcinoma of the oral cavity, pharynx, larynx, and oesophagus: a case–control study in Sweden. *Occup Environ Med*, 55: 393–400. doi:10.1136/oem.55.6.393 PMID:9764099

Hall AH, Teschke K, Davies H *et al.* (2002). Exposure levels and determinants of softwood dust exposures in BC lumber mills, 1981–1997. *AIHAJ*, 63: 709–714. PMID:12570078 doi:10.1202/0002-8894(2002)063<0709:ELADOS>2.0.CO;2

Harkema JR (1991). Comparative aspects of nasal airway anatomy: relevance to inhalation toxicology. *Toxicol Pathol*, 19: 321–336. PMID:1813979

Hayes RB, Gerin M, Raatgever JW, de Bruyn A (1986). Wood-related occupations, wood dust exposure, and sinonasal cancer. *Am J Epidemiol*, 124: 569–577. PMID:3752051

He P, Wu D, Dong Q (2002). The model of mouse lung tumor short-term induction test for assaying the carcinogencity induced by extracts of birch wood dust. *Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi*, 20: 116–118. PMID:14694626

Hernberg S, Collan Y, Degerth R *et al.* (1983). Nasal cancer and occupational exposures. Preliminary report of a joint Nordic case-referent study. *Scand J Work Environ Health*, 9: 2 Spec No208–213. PMID:6648420

Hildesheim A, Dosemeci M, Chan CC *et al.* (2001). Occupational exposure to wood, formaldehyde, and solvents and risk of nasopharyngeal carcinoma. *Cancer Epidemiol Biomarkers Prev*, 10: 1145–1153. PMID:11700262

Holmila R, Cyr D, Luce D *et al.* (2008). COX-2 and p53 in human sinonasal cancer: COX-2 expression is associated with adenocarcinoma histology and wood-dust exposure. *Int J Cancer*, 122: 2154–2159. doi:10.1002/ijc.23360 PMID:18186150

Holmström M, Wilhelmsson B, Hellquist H (1989). Histological changes in the nasal mucosa in rats after long-term exposure to formaldehyde and wood dust. *Acta Otolaryngol*, 108: 274–283. doi:10.3109/00016488909125528 PMID:2816342

HSE (2000). *Wood Dust Survey 1999/2000* (Final Report). Sheffield: Health and Safety Laboratory, pp. 45

Hui AB, Lo KW, Leung SF *et al.* (1999). Detection of recurrent chromosomal gains and losses in primary nasopharyngeal carcinoma by comparative genomic hybridisation. *Int J Cancer*, 82: 498–503. doi:10.1002/(SICI)1097-0215(19990812)82:4<498::AID-IJC5>3.0.CO;2-S PMID:10404061

IARC (1981). Wood, leather and some associated industries. *IARC Monogr Eval Carcinog Risk Chem Hum*, 25: 1–379. PMID:6939655

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1990). Chromium, nickel and welding. *IARC Monogr Eval Carcinog Risks Hum*, 49: 1–648. PMID:2232124

IARC (1995). Wood dust and formaldehyde. *IARC Monogr Eval Carcinog Risks Hum*, 62: 1–405. PMID:7563584

IARC (1997). Epstein-barr virus and Kaposi's sarcoma herpesvirus/Human herpesvirus 8. *IARC Monogr Eval Carcinog Risks Hum*, 70: 1–492. PMID:9705682

IARC (1999). Re-evaluation of some organic chemicals, hydrazine and hydrogen peroxide. *IARC Monogr Eval Carcinog Risks Hum*, 71: 1–315. PMID:10507919

IARC (2002). Man-made vitreous fibres. *IARC Monogr Eval Carcinog Risks Hum*, 81: 1–381. PMID:12458547

IARC (2012a). Biological Agents. *IARC Monogr Eval Carcinog Risks Hum*, 100B: PMID:18335640

IARC (2012b). Metals, Arsenic, Dusts and Fibres. *IARC Monogr Eval Carcinog Risks Hum*, 100C: PMID:18335640

IARC (2012c). Lifestyle Factors. *IARC Monogr Eval Carcinog Risks Hum*, 100E: PMID:18335640

IARC (2012d). Chemical Agents and Related Occupations. *IARC Monogr Eval Carcinog Risks Hum*, 100F: PMID:18335640

Innos K, Rahu M, Rahu K *et al.* (2000). Wood dust exposure and cancer incidence: a retrospective cohort study of furniture workers in Estonia. *Am J Ind Med*, 37: 501–511. doi:10.1002/(SICI)1097-0274(200005)37:5<501::AID-AJIM6>3.0.CO;2-T PMID:10723044

Jacobs BB & Dieter DK (1978). Spontaneous hepatomas in mice inbred from Ha:ICR Swiss stock: effects of sex, cedar shavings in bedding, and immunization with fetal liver or hepatoma cells. *J Natl Cancer Inst*, 61: 1531–1534. PMID:281561

Jansson C, Johansson AL, Bergdahl IA *et al.* (2005). Occupational exposures and risk of esophageal and gastric cardia cancers among male Swedish construction workers. *Cancer Causes Control*, 16: 755–764. doi:10.1007/s10552-005-1723-2 PMID:16049815

Jäppinen P, Pukkala E, Tola S (1989). Cancer incidence of workers in a Finnish sawmill. *Scand J Work Environ Health*, 15: 18–23. PMID:2922584

Jayaprakash V, Natarajan KK, Moysich KB *et al.* (2008). Wood dust exposure and the risk of upper aero-digestive and respiratory cancers in males. *Occup Environ Med*, 65: 647–654. doi:10.1136/oem.2007.036210 PMID:18182588

Kalliny MI, Brisolara JA, Glindmeyer H, Rando R (2008). A survey of size-fractionated dust levels in the US wood processing industry. *J Occup Environ Hyg*, 5: 501–510. doi:10.1080/15459620802194570 PMID:18569517

Kauppinen T, Vincent R, Liukkonen T *et al.* (2006). Occupational exposure to inhalable wood dust in the member states of the European Union. *Ann Occup Hyg*, 50: 549–561. doi:10.1093/annhyg/mel013 PMID:16571638

Klein RG, Schmezer P, Amelung F *et al.* (2001). Carcinogenicity assays of wood dust and wood additives in rats exposed by long-term inhalation. *Int Arch Occup Environ Health*, 74: 109–118. doi:10.1007/s004200000199 PMID:11317703

Kleinsasser O & Schroeder HG (1989). What's new in tumours of the nasal cavity? Adenocarcinomas arising after exposure to wood dust. *Pathol Res Pract*, 184: 554–558. PMID:2748468

Korinth D, Pacyna-Gengelbach M, Deutschmann N *et al.* (2005). Chromosomal imbalances in wood dust-related adenocarcinomas of the inner nose and their associations with pathological parameters. *J Pathol*, 207: 207–215. doi:10.1002/path.1819 PMID:16041693

Kretschmann D, Winandy J, Clausen C *et al.* (2007). *Wood*. In: *Kirk-Othmer Encyclopedia of Chemical Technology*, 6th Ed. John Wiley & Sons, Inc., pp. 59

Laakkonen A, Kyyrönen P, Kauppinen T, Pukkala EI (2006). Occupational exposure to eight organic dusts and respiratory cancer among Finns. *Occup Environ Med*, 63: 726–733. doi:10.1136/oem.2005.025825 PMID:16601013

Laforest L, Luce D, Goldberg P *et al.* (2000). Laryngeal and hypopharyngeal cancers and occupational exposure to formaldehyde and various dusts: a case–control study in France. *Occup Environ Med*, 57: 767–773. doi:10.1136/oem.57.11.767 PMID:11024201

Leclerc A, Luce D, Demers PA *et al.* (1997). Sinonasal cancer and occupation. Results from the reanalysis of twelve case–control studies. *Am J Ind Med*, 31: 153–165. doi:10.1002/(SICI)1097-0274(199702)31:2<153::AID-AJIM4>3.0.CO;2-0 PMID:9028431

Leclerc A, Martinez Cortes M, Gérin M *et al.* (1994). Sinonasal cancer and wood dust exposure: results from a case–control study. *Am J Epidemiol*, 140: 340–349. PMID:8059769

Lee WJ, Baris D, Järvholm B *et al.* (2003). Multiple myeloma and diesel and other occupational exposures in swedish construction workers. *Int J Cancer*, 107: 134–138. doi:10.1002/ijc.11351 PMID:12925968

Leroux-Robert J (1974). Cancers of the ethmoid sinus in woodworkers. *Cah ORL*, 9: 585–594.

Liétin B, Mom T, Avan P *et al.* (2006). Adénocarcinomes de l'ethmoïde: analyse rétrospective des facteurs pronostics *Ann Otolaryngol Chir Cervicofac*, 123: 211–220. doi:10.1016/S0003-438X(06)76670-1 PMID:17185918

Littman AJ, Vaughan TL (2006). *Cancers of the Nasal Cavity and Paranasal Sinuses*. In: *Cancer Epidemiology and Prevention*. Schottenfeld D, Fraumeni JF, Jr., editors. New York: Oxford University Press, pp. 603–619.

Llorente JL, Nuñez F, Rodrigo JP *et al.* (2008). Adenocarcinomas nasosinusales: nuestra experiencia *Acta Otorrinolaringol Esp*, 59: 235–238. doi:10.1016/S0001-6519(08)73301-6 PMID:18501159

Llorente JL, Pérez-Escuredo J, Alvarez-Marcos C *et al.* (2009). Genetic and clinical aspects of wood dust related intestinal-type sinonasal adenocarcinoma: a review. *Eur Arch Otorhinolaryngol*, 266: 1–7. doi:10.1007/s00405-008-0749-y PMID:18560862

Long H, Shi T, Borm PJ *et al.* (2004). ROS-mediated TNF-alpha and MIP-2 gene expression in alveolar macrophages exposed to pine dust. *Part Fibre Toxicol*, 1: 3 doi:10.1186/1743-8977-1-3 PMID:15813983

Luboinski B & Marandas P (1975). Cancers of the ethmoid sinus: occupational etiology. *Arch Mal Prof*, 36: 477–487.

Luce D, Gérin M, Leclerc A *et al.* (1993). Sinonasal cancer and occupational exposure to formaldehyde and other substances. *Int J Cancer*, 53: 224–231. doi:10.1002/ijc.2910530209 PMID:8425759

Luce D, Leclerc A, Bégin D *et al.* (2002). Sinonasal cancer and occupational exposures: a pooled analysis of 12 case–control studies. *Cancer Causes Control*, 13: 147–157. doi:10.1023/A:1014350004255 PMID:11936821

Määttä J, Lehto M, Leino M *et al.* (2006). Mechanisms of particle-induced pulmonary inflammation in a mouse model: exposure to wood dust. *Toxicol Sci*, 93: 96–104. doi:10.1093/toxsci/kfl026 PMID:16740616

Määttä J, Majuri ML, Luukkonen R *et al.* (2005). Characterization of oak and birch dust-induced expression of cytokines and chemokines in mouse macrophage RAW 264.7 cells. *Toxicology*, 215: 25–36. doi:10.1016/j.tox.2005.06.021 PMID:16122864

Magnani C, Comba P, Ferraris F *et al.* (1993). A case–control study of carcinomas of the nose and paranasal

sinuses in the woolen textile manufacturing industry. *Arch Environ Health*, 48: 94–97. PMID:8476310

Mandryk J, Alwis KU, Hocking AD (1999). Work-related symptoms and dose-response relationships for personal exposures and pulmonary function among woodworkers. *Am J Ind Med*, 35: 481–490. doi:10.1002/(SICI)1097-0274(199905)35:5<481::AID-AJIM5>3.0.CO;2-N PMID:10212701

Mao Y, Hu J, Ugnat AM, MirW KCanadian Cancer Registries Epidemiology Research Group (2000). Non-Hodgkin's lymphoma and occupational exposure to chemicals in Canada. *Ann Oncol*, 11: Suppl 169–73. doi:10.1023/A:1008342315673 PMID:10707783

Matos EL, Vilensky M, Mirabelli D, Boffetta P (2000). Occupational exposures and lung cancer in Buenos Aires, Argentina. *J Occup Environ Med*, 42: 653–659. doi:10.1097/00043764-200006000-00017 PMID:10874659

Miller BA, Blair A, Reed EJ (1994). Extended mortality follow-up among men and women in a U.S. furniture workers union. *Am J Ind Med*, 25: 537–549. doi:10.1002/ajim.4700250408 PMID:8010296

Minder CE & Vader JP (1988). Malignant pleural mesothelioma among Swiss furniture workers. A new high-risk group. *Scand J Work Environ Health*, 14: 252–256. PMID:3175558

Mohtashamipur E, Norpoth K, Ernst H, Mohr U (1989). The mouse-skin carcinogenicity of a mutagenic fraction from beech wood dusts. *Carcinogenesis*, 10: 483–487. doi:10.1093/carcin/10.3.483 PMID:2924395

Muir C, Waterhouse J, Mack T *et al.* (1987). Cancer incidence in five continents. Volume V. *IARC Sci Publ*, 88: 1–970. PMID:3453355

Nimz HH, Schmitt U, Schwab E *et al.* (2005). *Wood*. In: *Ullmann's Encyclopedia of Industrial Chemistry*, 7th ed. John Wiley & Sons, Inc., pp. 54

NIOSH; US National Institute for Occupational Safety and Health (1990). *National Occupational Exposure Survey 1981–83*. Cincinnati, OH.

Oberdörster G, Oberdörster E, Oberdörster J (2005). Nanotoxicology: an emerging discipline evolving from studies of ultrafine particles. *Environ Health Perspect*, 113: 823–839. doi:10.1289/ehp.7339 PMID:16002369

Olsen J & Sabroe S (1979). A follow-up study of non-retired and retired members of the Danish Carpenter/Cabinet Makers' Trade Union. *Int J Epidemiol*, 8: 375–382. doi:10.1093/ije/8.4.375 PMID:541161

Olsen JH & Asnaes S (1986). Formaldehyde and the risk of squamous cell carcinoma of the sinonasal cavities. *Br J Ind Med*, 43: 769–774. PMID:3790457

Palomba A, Iaia TE, Biancalani M *et al.* (2008). A morphologic and immunohistochemical study of nasal mucosa in leatherworkers. *Am J Rhinol*, 22: 356–360. doi:10.2500/ajr.2008.22.3201 PMID:18702897

Palus J, Dziubałtowska E, Rydzyński K (1999). DNA damage detected by the comet assay in the white blood cells of workers in a wooden furniture plant. *Mutat Res*, 444: 61–74. PMID:10477340

Pan SY, Ugnat AM, Mao YCanadian Cancer Registries Epidemiology Research Group (2005). Occupational risk factors for brain cancer in Canada. *J Occup Environ Med*, 47: 704–717.doi:10.1097/01.jom.0000165747.95801.c5 PMID:16010197

Perez-Ordonez B, Huynh NN, Berean KW *et al.* (2004). Expression of mismatch repair proteins, beta catenin, and E cadherin in intestinal-type sinonasal adenocarcinoma. *J Clin Pathol*, 57: 1080–1083. PMID:15452164.

Perrone F, Oggionni M, Birindelli S *et al.* (2003). TP53, p14ARF, p16INK4a and H-ras gene molecular analysis in intestinal-type adenocarcinoma of the nasal cavity and paranasal sinuses. *Int J Cancer*, 105: 196–203. doi:10.1002/ijc.11062 PMID:12673679

Pesch B, Pierl CB, Gebel M *et al.* (2008). Occupational risks for adenocarcinoma of the nasal cavity and paranasal sinuses in the German wood industry. *Occup Environ Med*, 65: 191–196. doi:10.1136/oem.2007.033886 PMID:17881467

Pollán M & López-Abente G (1995). Wood-related occupations and laryngeal cancer. *Cancer Detect Prev*, 19: 250–257. PMID:7750113

Pott F, Roller M, Ziem U *et al.* (1989). Carcinogenicity studies on natural and man-made fibres with the intraperitoneal test in rats. *IARC Sci Publ*, 173–179. PMID:2744824

Pukkala E, Martinsen JI, Lynge E *et al.* (2009). Occupation and cancer - follow-up of 15 million people in five Nordic countries. *Acta Oncol*, 48: 646–790. doi:10.1080/02841860902913546 PMID:19925375

Purdue MP, Järvholm B, Bergdahl IA *et al.* (2006). Occupational exposures and head and neck cancers among Swedish construction workers. *Scand J Work Environ Health*, 32: 270–275. PMID:16932824

Ramroth H, Dietz A, Ahrens W, Becher H (2008). Occupational wood dust exposure and the risk of laryngeal cancer: a population based case–control study in Germany. *Am J Ind Med*, 51: 648–655. doi:10.1002/ajim.20605 PMID:18626911

Rang EH & Acheson ED (1981). Cancer in furniture workers. *Int J Epidemiol*, 10: 253–261. doi:10.1093/ije/10.3.253 PMID:7287286

Rekhadevi PV, Mahboob M, Rahman MF, Grover P (2009). Genetic damage in wood dust-exposed workers. *Mutagenesis*, 24: 59–65. doi:10.1093/mutage/gen053 PMID:18815121

Robinson C, Stern F, Halperin W *et al.* (1995). Assessment of mortality in the construction industry in the United States, 1984–1986. *Am J Ind Med*, 28: 49–70. doi:10.1002/ajim.4700280105 PMID:7573075

Robinson CF, Fowler D, Brown DP *et al.* (1990). *Plywood Mills Workers Mortality Patterns 1945–1977*. Springfield, VA. Publ. No. PB90–147056

Rosai J (2004). *Respiratory tract: nasal cavity, paranasal sinuses, and nasopharynx*. In: *Rosai and Ackerman's Surgical Pathology*, 9th ed. Edinburgh: Mosby.

Roscoe RJ, Steenland K, McCammon CS Jr *et al.* (1992). Colon and stomach cancer mortality among automotive wood model makers. *J Occup Med*, 34: 759–768, discussion 769–770. doi:10.1097/00043764-199208000-00007 PMID:1506932

Rosenberg C, Liukkonen T, Kallas-Tarpila T *et al.* (2002). Monoterpene and wood dust exposures: work-related symptoms among Finnish sawmill workers. *Am J Ind Med*, 41: 38–53. doi:10.1002/ajim.10033 PMID:11757054

Roux FX, Behm E, Page P *et al.* (2002). Adenocarcinomas of the ethmoid sinuses. Epidemiological data. *Ann Otolaryngol Chir Cervicofac*, 119: 271–280. PMID:12464852

Rusca S, Charrière N, Droz PO, Oppliger A (2008). Effects of bioaerosol exposure on work-related symptoms among Swiss sawmill workers. *Int Arch Occup Environ Health*, 81: 415–421. doi:10.1007/s00420-007-0228-6 PMID:17676333

Saber AT, Nielsen LR, Dictor M *et al.* (1998). K-ras mutations in sinonasal adenocarcinomas in patients occupationally exposed to wood or leather dust. *Cancer Lett*, 126: 59–65. doi:10.1016/S0304-3835(97)00536-3 PMID:9563649

Scarselli A, Binazzi A, Ferrante P, Marinaccio A (2008). Occupational exposure levels to wood dust in Italy, 1996–2006. *Occup Environ Med*, 65: 567–574. doi:10.1136/oem.2007.036350 PMID:18086698

Shimizu H, Hozawa J, Saito H *et al.* (1989). Chronic sinusitis and woodworking as risk factors for cancer of the maxillary sinus in northeast Japan. *Laryngoscope*, 99: 58–61. doi:10.1288/00005537-198901000-00011 PMID:2909822

Sjödahl K, Jansson C, Bergdahl IA *et al.* (2007). Airborne exposures and risk of gastric cancer: a prospective cohort study. *Int J Cancer*, 120: 2013–2018. doi:10.1002/ijc.22566 PMID:17266028

Spee T, van de Rijdt-van Hoof E, van Hoof W *et al.* (2007). Exposure to wood dust among carpenters in the construction industry in the Netherlands. *Ann Occup Hyg*, 51: 241–248. doi:10.1093/annhyg/mel075 PMID:17135212

Sriamporn S, Vatanasapt V, Pisani P *et al.* (1992). Environmental risk factors for nasopharyngeal carcinoma: a case–control study in northeastern Thailand. *Cancer Epidemiol Biomarkers Prev*, 1: 345–348. PMID:1305465

Stellman SD, Demers PA, Colin D, Boffetta P (1998). Cancer mortality and wood dust exposure among participants in the American Cancer Society Cancer Prevention Study-II (CPS-II). *Am J Ind Med*, 34: 229–237. doi:10.1002/(SICI)1097-0274(199809)34:3<229::AID-AJIM4>3.0.CO;2-Q PMID:9698991

Stephen JK, Vaught LE, Chen KM *et al.* (2007). Epigenetic events underlie the pathogenesis of sinonasal papillomas. *Mod Pathol*, 20: 1019–1027. doi:10.1038/modpathol.3800944 PMID:17673925

Stern FB, Beaumont JJ, Halperin WE *et al.* (1987). Mortality of chrome leather tannery workers and chemical exposures in tanneries. *Scand J Work Environ Health*, 13: 108–117. PMID:3602964

Stoll D, Bébéar JP, TrFuilhé Y *et al.* (2001). Ethmoid adenocarcinomas: retrospective study of 76 patients. *Rev Laryngol Otol Rhinol (Bord)*, 122: 21–29. PMID:11499229

Stuart BO (1984). Deposition and clearance of inhaled particles. *Environ Health Perspect*, 55: 369–390. doi:10.2307/3429715 PMID:6376108

Sunderman FW Jr (2001). Nasal toxicity, carcinogenicity, and olfactory uptake of metals. *Ann Clin Lab Sci*, 31: 3–24. PMID:11314863

Svane-Knudsen V, Jørgensen KE, Hansen O *et al.* (1998). Cancer of the nasal cavity and paranasal sinuses: a series of 115 patients. *Rhinology*, 36: 12–14. PMID:9569435

Szadkowska-Stańczyk I & Szymczak W (2001). Nested case–control study of lung cancer among pulp and paper workers in relation to exposure to dusts. *Am J Ind Med*, 39: 547–556. doi:10.1002/ajim.1053 PMID:11385638

't Mannetje A, Kogevinas M, Luce D *et al.* (1999). Sinonasal cancer, occupation, and tobacco smoking in European women and men. *Am J Ind Med*, 36: 101–107. doi:10.1002/(SICI)1097-0274(199907)36:1<101::AID-AJIM14>3.0.CO;2-A PMID:10361593

Tanaka I, Haratake J, Horie A, Yoshirnura T (1991). Cumulative toxicity potential of hardwood dust and sidestream tobacco smoke in rats by repeated inhalation. *Inhal Toxicol*, 3: 101–112. doi:10.3109/08958379109145277

Teschke K, Demers PA, Davies HW *et al.* (1999b). Determinants of exposure to inhalable particulate, wood dust, resin acids, and monoterpenes in a lumber mill environment. *Ann Occup Hyg*, 43: 247–255. PMID:10432869

Teschke K, Marion SA, Vaughan TL *et al.* (1999a). Exposures to wood dust in US industries and occupations, 1979 to 1997. *Am J Ind Med*, 35: 581–589. doi:10.1002/(SICI)1097-0274(199906)35:6<581::AID-AJIM5>3.0.CO;2-I PMID:10332511

Teschke K, Morgan MS, Checkoway H *et al.* (1997). Surveillance of nasal and bladder cancer to locate sources of exposure to occupational carcinogens. *Occup Environ Med*, 54: 443–451. doi:10.1136/oem.54.6.443 PMID:9245952

Vaughan TL (1989). Occupation and squamous cell cancers of the pharynx and sinonasal cavity. *Am J Ind Med*, 16: 493–510. PMID:2589327

Vaughan TL & Davis S (1991). Wood dust exposure and squamous cell cancers of the upper respiratory tract. *Am J Epidemiol*, 133: 560–564. PMID:2006642

Vaughan TL, Stewart PA, Teschke K *et al.* (2000). Occupational exposure to formaldehyde and wood dust and nasopharyngeal carcinoma. *Occup Environ Med*, 57: 376–384. doi:10.1136/oem.57.6.376 PMID:10810126

Vlahakis G (1977). Possible carcinogenic effects of cedar shavings in bedding of C3H-Avy fB mice. *J Natl Cancer Inst*, 58: 149–150. PMID:189039

Vlajinac HD, Marinkovic JM, Sipetic SB *et al.* (2006). Case-control study of oropharyngeal cancer. *Cancer Detect Prev*, 30: 152–157. doi:10.1016/j.cdp.2006.02.001 PMID:16647226

Voss R, Stenersen T, Roald Oppedal B, Boysen M (1985). Sinonasal cancer and exposure to softwood. *Acta Otolaryngol*, 99: 172–178. doi:10.3109/00016488509119160 PMID:3976390

Weiderpass E, Pukkala E, Vasama-Neuvonen K *et al.* (2001). Occupational exposures and cancers of the endometrium and cervix uteri in Finland. *Am J Ind Med*, 39: 572–580. doi:10.1002/ajim.1056 PMID:11385641

Wilhelmsson B, Lundh B, Drettner B (1985b). Effects of wood dust exposure and diethylnitrosamine in an animal experimental system. *Rhinology*, 23: 114–117. PMID:4035239

Wilhelmsson B, Lundh B, Drettner B, Stenkvist B (1985a). Effects of wood dust exposure and diethylnitrosamine. A pilot study in Syrian golden hamsters. *Acta Otolaryngol*, 99: 160–171. doi:10.3109/00016488509119159 PMID:3976389

Wu TT, Barnes L, Bakker A *et al.* (1996). K-ras-2 and p53 genotyping of intestinal-type adenocarcinoma of the nasal cavity and paranasal sinuses. *Mod Pathol*, 9: 199–204. PMID:8685214

Wu X, Delclos GL, Annegers JF *et al.* (1995). A case–control study of wood dust exposure, mutagen sensitivity, and lung cancer risk. *Cancer Epidemiol Biomarkers Prev*, 4: 583–588. PMID:8547823

Yu MC & Yuan JM (2002). Epidemiology of nasopharyngeal carcinoma. *Semin Cancer Biol*, 12: 421–429. doi:10.1016/S1044579X02000858 PMID:12450728

Yu MC, Yuan JM (2006). *Nasopharyngeal cancers*. In: *Cancer Epidemiology and Prevention*. Schottenfeld D, Fraumeni JF, Jr, editors. New York: Oxford University Press, pp. 620–626.

Zhu K, Levine RS, Brann EA *et al.* (2002). Case-control study evaluating the homogeneity and heterogeneity of risk factors between sinonasal and nasopharyngeal cancers. *Int J Cancer*, 99: 119–123. doi:10.1002/ijc.10311 PMID:11948502

# LIST OF ABBREVIATIONS

| 8-h TWA | Eight-hour TWA |
| 8-OH-dG | 8-hydroxydeoxyguanine |
| AAS | atomic absorption spectrometry |
| ACGIH | American Conference of Governmental Industrial Hygienists |
| *AG-AAS* | Arsine generation atomic absorption spectrometry |
| AS3MT | arsenic +3 oxidation state methyltransferase |
| *ASA Register* | Finnish Register of Workers Exposed to Carcinogens |
| As–GSH | arsenic–glutathione |
| BALF | bronchoalveolar lavage fluid |
| CARET | Beta-Carotene and Retinol Efficacy Trial |
| CAREX | CARcinogen EXposure |
| CAS | Chemical Abstracts Service |
| CBD | chronic beryllium disease |
| DMAs | dimethylated arsenic species |
| DMAV | dimethylarsinic acid |
| DMBA | 7,12-dimethylbenz[α]anthracene |
| DMMTAV | Dimethylthioarsinic acid |
| DQ12 | uncoated quartz |
| DSMA, or cacodylic acid | disodium methanearsonate |
| DWA | Daily weighted average |
| EBV | Epstein-Barr virus |
| ECVAM | Centre for the Validation of Alternative Methods |
| EDAX | energy dispersive analysis of X-rays |
| ET-AAS | electrothermal atomic absorption spectroscopy |
| F344 | Fisher 344 |
| FBs | Ferruginous bodies |
| Fpg | formamidopyrimidine-DNA-glycosylase |
| G6PD | glucose 6-phosphate dehydrogenase |
| GAPDH | glyceraldehyde 3-phosphate dehydrogenase |
| GC-ECD | gas chromatography-electron capture detection |
| GF-AAS | graphite furnace atomic absorption spectrometry |
| GSD | geometric standard deviation |
| GSH | glutathione |
| HOBr | hypobromous acid |
| HOCl | hypochlorous acid |
| *hOGG1* | human 8-oxoguanine-DNA-glycosylase |
| HPV | human papillomavirus |

IARC MONOGRAPHS – 100C

| | |
|---|---|
| ICP-AES | inductively coupled plasma atomic emission spectroscopy |
| ICP-MS | inductively coupled plasma mass spectrometry |
| IMA | International Mineralogical Association |
| IMIS | Integrated Management Information System |
| ITAC | intestinal-type sinonasal adenocarcinoma |
| JEM | job–exposure matrix |
| LEV | local exhaust ventilation |
| MBDs | methyl-CpG binding domains |
| MDF | medium-density fibreboard |
| *MGMT* | O6-methylguanine-DNA methyltransferase |
| *MIG/MAG-method* | Metal Inert Gas-Metal Active Gas |
| MLHT | malignant lymphomas of the histiocytic type |
| MMAD | mass median aerodynamic diameter |
| MMAs | Monomethylated arsenic species |
| MMAV | monomethylarsonic acid |
| MnTBAP | manganese(III)meso-tetrakis(4-benzoic acid)porphyrin |
| MSHA | Mine Safety and Health Administration |
| MSMA | monosodium methanearsonate |
| NDEA | N-nitrosodiethylamine |
| NHANES III | Third National Health and Nutrition Examination Survey |
| *Ni–Cd* | nickel–cadmium |
| NIOSH | National Institute of Occupational Safety and Health |
| NOES | National Occupation Exposure Survey |
| NTP | National Toxicology Program |
| OEL | occupational exposure limit |
| OR | odds ratio |
| OSHA | Occupational Safety and Health Administration |
| PAHs | polyaromatic hydrocarbons |
| PARP | poly ADP-ribose polymerase |
| PCP | pentachlorophenol |
| PD-1 | programmed death-1 |
| PMNs | polymorphonuclear leukocytes |
| PMR | proportionate mortality ratio |
| RCF-1 | refractory ceramic fibres |
| REL | recommended exposure limit |
| RLE-6TN | type II lung epithelial cells |
| RR | relative risk |
| SHE | Syrian hamster embryo |
| SiO4 | silicate tetrahedron |
| SIR | standardized incidence ratio |
| SMR | Standard Mortality Ratio |
| SV40 | simian virus 40 |
| TEM | transmission electron microscopy |
| TPA | 12-O-tetradecanoyl phorbol-13-acetate |
| TWA | Time-weighted average |
| UV | ultraviolet |
| UVR | ultraviolet radiation |
| XPA | xeroderma pigmentosum group A |
| XRCC1 | X-ray complementing group 1 gene |
| Zn | zinc |

# CUMULATIVE CROSS INDEX TO
# *IARC MONOGRAPHS*

The volume, page and year of publication are given. References to corrigenda are given in parentheses.

## A

A-α-C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 245 (1986); Suppl. 7, 56 (1987)
Acenaphthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Acepyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Acetaldehyde . . . . . . . . . . . . . . . . . . . . . . . 36, 101 (1985) (corr. 42, 263); Suppl. 7, 77 (1987); 71, 319 (1999)
Acetaldehyde associated with the consumption of alcoholic beverages . . . . . . . . . . . . . .100E, 377 (2012)
Acetaldehyde formylmethylhydrazone (see Gyromitrin)
Acetamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 197 (1974); Suppl. 7, 56, 389 (1987); 71, 1211 (1999)
Acetaminophen (see Paracetamol)
Aciclovir . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 47 (2000)
Acid mists (see Sulfuric acid and other strong inorganic acids, occupational exposures to mists and vapours from)
Acridine orange . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 145 (1978); Suppl. 7, 56 (1987)
Acriflavinium chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 31 (1977); Suppl. 7, 56 (1987)
Acrolein. . . . . . . . . . . . . . 19, 479 (1979); 36, 133 (1985); Suppl. 7, 78 (1987); 63, 337 (1995) (corr. 65, 549)
Acrylamide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 41 (1986); Suppl. 7, 56 (1987); 60, 389 (1994)
Acrylic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 47 (1979); Suppl. 7, 56 (1987); 71, 1223 (1999)
Acrylic fibres . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 86 (1979); Suppl. 7, 56 (1987)
Acrylonitrile. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 73 (1979); Suppl. 7, 79 (1987); 71, 43 (1999)
Acrylonitrile-butadiene-styrene copolymers . . . . . . . . . . . . . . . . . . . . . . . 19, 91 (1979); Suppl. 7, 56 (1987)
Actinolite (see Asbestos)
Actinomycin D (see also Actinomycins). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 80 (1987)
Actinomycins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10, 29 (1976) (corr. 42, 255)
Adriamycin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 43 (1976); Suppl. 7, 82 (1987)
AF-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 47 (1983); Suppl. 7, 56 (1987)
Aflatoxins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 145 (1972) (corr. 42, 251); 10, 51 (1976); Suppl. 7, 83 (1987); 56, 245 (1993); 82, 171 (2002); 100F, 225 (2012)
Aflatoxin B$_1$ (see Aflatoxins)

Aflatoxin B$_2$ (see Aflatoxins)
Aflatoxin G$_1$ (see Aflatoxins)
Aflatoxin G$_2$ (see Aflatoxins)
Aflatoxin M$_1$ (see Aflatoxins)
Agaritine.......................................................... 31, 63 (1983); Suppl. 7, 56 (1987)
Alcohol consumption ..................................... 44 (1988); 96, 51 (2010); 100E, 373 (2012)
Aldicarb............................................................................ 53, 93 (1991)
Aldrin............................................................. 5, 25 (1974); Suppl. 7, 88 (1987)
Allyl chloride......................................... 36, 39 (1985); Suppl. 7, 56 (1987); 71, 1231 (1999)
Allyl isothiocyanate ................................... 36, 55 (1985); Suppl. 7, 56 (1987); 73, 37 (1999)
Allyl isovalerate ..................................... 36, 69 (1985); Suppl. 7, 56 (1987); 71, 1241 (1999)
Aluminium production .............. 34, 37 (1984); Suppl. 7, 89 (1987); 92, 35 (2010); 100F, 215 (2012)
Amaranth.............................................. 8, 41 (1975); Suppl. 7, 56 (1987)
5-Aminoacenaphthene............................................. 16, 243 (1978); Suppl. 7, 56 (1987)
2-Aminoanthraquinone ............................................ 27, 191 (1982); Suppl. 7, 56 (1987)
*para*-Aminoazobenzene.........................................8, 53 (1975); Suppl. 7, 56, 390 (1987)
*ortho*-Aminoazotoluene................................8, 61 (1975) (corr. 42, 254); Suppl. 7, 56 (1987)
*para*-Aminobenzoic acid............................................16, 249 (1978); Suppl. 7, 56 (1987)
4-Aminobiphenyl ......................1, 74 (1972) (corr. 42, 251); Suppl. 7, 91 (1987); 100F, 41 (2012)
2-Amino-3,4-dimethylimidazo[4,5-*f*]quinoline (see MeIQ)
2-Amino-3,8-dimethylimidazo[4,5-*f*]quinoxaline (see MeIQx)
3-Amino-1,4-dimethyl-5H-pyrido[4,3-*b*]indole (see Trp-P-1)
2-Aminodipyrido[1,2-*a*:3',2'-*d*]imidazole (see Glu-P-2)
1-Amino-2-methylanthraquinone.................................27, 199 (1982); Suppl. 7, 57 (1987)
2-Amino-3-methylimidazo[4,5-*f*]quinoline (see IQ)
2-Amino-6-methyldipyrido[1,2-*a*:3',2'-*d*]imidazole (see Glu-P-1)
2-Amino-1-methyl-6-phenylimidazo[4,5-*b*]pyridine (see PhIP)
2-Amino-3-methyl-9H-pyrido[2,3-*b*]indole (see MeA-α-C)
3-Amino-1-methyl-5H-pyrido[4,3-*b*]indole (see Trp-P-2)
2-Amino-5-(5-nitro-2-furyl)-1,3,4-thiadiazole ........................ 7, 143 (1974); Suppl. 7, 57 (1987)
2-Amino-4-nitrophenol.............................................................57, 167 (1993)
2-Amino-5-nitrophenol.............................................................57, 177 (1993)
4-Amino-2-nitrophenol............................................. 16, 43 (1978); Suppl. 7, 57 (1987)
2-Amino-5-nitrothiazole............................................. 31, 71 (1983); Suppl. 7, 57 (1987)
2-Amino-9H-pyrido[2,3-*b*]indole (see A-α-C)
11-Aminoundecanoic acid.........................................39, 239 (1986); Suppl. 7, 57 (1987)
Amitrole ................. 7, 31 (1974); 41, 293 (1986) (corr. 52, 513; Suppl. 7, 92 (1987); 79, 381 (2001)
Ammonium potassium selenide (see Selenium and selenium compounds)
Amorphous silica (see also Silica) ...... 42, 39 (1987); Suppl. 7, 341 (1987); 68, 41 (1997) (corr. 81, 383)
Amosite (see Asbestos)
Ampicillin.................................................................................. 50, 153 (1990)
Amsacrine ................................................................................ 76, 317 (2000)
Anabolic steroids (see Androgenic (anabolic) steroids)
Anaesthetics, volatile...............................................11, 285 (1976); Suppl. 7, 93 (1987)
Analgesic mixtures containing phenacetin
(see also Phenacetin)...........................................Suppl. 7, 310 (1987); 100A, 377 (2012)

Cumulative Index

Androgenic (anabolic) steroids . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 96 (1987)
Angelicin and some synthetic derivatives (see also Angelicins) . . . . . . . . . . . . . . . . . . . . . . . . . 40, 291 (1986)
Angelicin plus ultraviolet radiation
  (see also Angelicin and some synthetic derivatives) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 57 (1987)
Angelicins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 57 (1987)
Aniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 27 (1974) (corr. 42, 252); 27, 39 (1982); Suppl. 7, 99 (1987)
ortho-Anisidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 63 (1982); Suppl. 7, 57 (1987); 73, 49 (1999)
para-Anisidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 65 (1982); Suppl. 7, 57 (1987)
Anthanthrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 95 (1983); Suppl. 7, 57 (1987); 92, 35 (2010)
Anthophyllite (see Asbestos)
Anthracene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 105 (1983); Suppl. 7, 57 (1987); 92, 35 (2010)
Anthranilic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 265 (1978); Suppl. 7, 57 (1987)
Anthraquinones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 129 (2002)
Antimony trioxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 291 (1989)
Antimony trisulfide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 291 (1989)
ANTU (see 1-Naphthylthiourea)
Apholate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 31 (1975); Suppl. 7, 57 (1987)
para-Aramid fibrils . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68, 409 (1997)
Aramite® . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 39 (1974); Suppl. 7, 57 (1987)
Areca nut (see also Betel quid) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85, 39 (2004); 100E, 333 (2012)
Aristolochia species (see also Traditional herbal medicines) . . . . . . . . . . . . 82, 69 (2002); 100A, 347 (2012)
Aristolochic acids . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 69 (2002); 100A, 347 (2012)
Arsanilic acid (see Arsenic and arsenic compounds)
Arsenic and arsenic compounds .1, 41 (1972); 2, 48 (1973); 23, 39 (1980); Suppl. 7, 100 (1987); 100C, 41 (2012)
Arsenic in drinking-water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84, 39 (2004)
Arsenic pentoxide (see Arsenic and arsenic compounds)
Arsenic trioxide (see Arsenic in drinking-water)
Arsenic trisulfide (see Arsenic in drinking-water)
Arsine (see Arsenic and arsenic compounds)
Asbestos  2, 17 (1973) (corr. 42, 252); 14 (1977) (corr. 42, 256); Suppl. 7, 106 (1987) (corr. 45, 283);  100C, 219 (2012)
Atrazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 441 (1991); 73, 59 (1999)
Attapulgite (see Palygorskite)
Auramine (technical-grade) . . . . . . . . . . 1, 69 (1972) (corr. 42, 251); Suppl. 7, 118 (1987); 100F, 101 (2012)
Auramine, manufacture of
  (see also Auramine, technical-grade) . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 118 (1987); 100F, 101 (2012)
Aurothioglucose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 39 (1977); Suppl. 7, 57 (1987)
Azacitidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 37 (1981); Suppl. 7, 57 (1987); 50, 47 (1990)
5-Azacytidine (see Azacitidine)
Azaserine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 73 (1976) (corr. 42, 255); Suppl. 7, 57 (1987)
Azathioprine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 47 (1981); Suppl. 7, 119 (1987); 100A, 319 (2012)
Aziridine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 37 (1975); Suppl. 7, 58 (1987); 71, 337 (1999)
2-(1-Aziridinyl)ethanol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 47 (1975); Suppl. 7, 58 (1987)
Aziridyl benzoquinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 51 (1975); Suppl. 7, 58 (1987)
Azobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 75 (1975); Suppl. 7, 58 (1987)

AZT (see Zidovudine)

# B

Barium chromate (see Chromium and chromium compounds)
Basic chromic sulfate (see Chromium and chromium compounds)
BCNU (see Bischloroethyl nitrosourea)
11*H*-Benz[*bc*]aceanthrylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Benz[*j*]aceanthrylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Benz[*l*]aceanthrylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Benz[*a*]acridine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 123 (1983); Suppl. 7, 58 (1987)
Benz[*c*]acridine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 241 (1973); 32, 129 (1983); Suppl. 7, 58 (1987)
Benzal chloride (see also α-Chlorinated toluenes and
 benzoyl chloride) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 65 (1982); Suppl. 7, 148 (1987); 71, 453 (1999)
Benz[*a*]anthracene . . . . . . . . . . . . . . . . . . . . . . 3, 45 (1973); 32, 135 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzene . . . . . . . . . 7, 203 (1974) (corr. 42, 254); 29, 93, 391 (1982); Suppl. 7, 120 (1987); 100F, 249 (2012)
Benzidine . . . . . . . . . . . . . . . . . . . . . . . 1, 80 (1972); 29, 149, 391 (1982); Suppl. 7, 123 (1987); 100F, 53 (2012)
Benzidine-based dyes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 125 (1987); 100F, 65 (2012)
Benzo[*b*]chrysene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Benzo[*g*]chrysene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Benzo[*a*]fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Benzo[*b*]fluoranthene . . . . . . . . . . . . . . . . . . . 3, 69 (1973); 32, 147 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*j*]fluoranthene . . . . . . . . . . . . . . . . . . . . 3, 82 (1973); 32, 155 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*k*]fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 163 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*ghi*]fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 171 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*a*]fluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 177 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*b*]fluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 183 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*c*]fluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 189 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzofuran . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 431 (1995)
Benzo[*ghi*]perylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 195 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*c*]phenanthrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 205 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*a*]pyrene 3, 91 (1973); 32, 211 (1983); (corr. 68, 477); Suppl. 7, 58 (1987); 92, 35 (2010); 100F, 111
(2012)
Benzo[*e*]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . 3, 137 (1973); 32, 225 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
1,4-Benzoquinone (see *para*-Quinone)
1,4-Benzoquinone dioxime . . . . . . . . . . . . . . . . . . . . . . . . . 29, 185 (1982); Suppl. 7, 58 (1987); 71, 1251 (1999)
Benzotrichloride (see also α-Chlorinated toluenes and
 benzoyl chloride) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 73 (1982); Suppl. 7, 148 (1987); 71, 453 (1999)
Benzoyl chloride (see also α-Chlorinated toluenes and
 benzoyl chloride) . . . . . . . . . . . . . . . . . . . . 29, 83 (1982) (corr. 42, 261); Suppl. 7, 126 (1987); 71, 453 (1999)
Benzoyl peroxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 267 (1985); Suppl. 7, 58 (1987); 71, 345 (1999)
Benzyl acetate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 109 (1986); Suppl. 7, 58 (1987); 71, 1255 (1999)
Benzyl chloride (see also α-Chlorinated toluenes and
 benzoyl chloride) . . . . . 11, 217 (1976) (corr. 42, 256); 29, 49 (1982); Suppl. 7, 148 (1987); 71, 453 (1999)

Benzyl violet 4B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 153 (1978); Suppl. 7, 58 (1987)
Bertrandite (see Beryllium and beryllium compounds)
Beryllium and beryllium compounds. . . 1, 17 (1972); 23, 143 (1980) (corr. 42, 260); Suppl. 7, 127 (1987); 58, 41 (1993); 100C, 95 (2012)
Beryllium acetate (see Beryllium and beryllium compounds)
Beryllium acetate, basic (see Beryllium and beryllium compounds)
Beryllium-aluminium alloy (see Beryllium and beryllium compounds)
Beryllium carbonate (see Beryllium and beryllium compounds)
Beryllium chloride (see Beryllium and beryllium compounds)
Beryllium-copper alloy (see Beryllium and beryllium compounds)
Beryllium-copper-cobalt alloy (see Beryllium and beryllium compounds)
Beryllium fluoride (see Beryllium and beryllium compounds)
Beryllium hydroxide (see Beryllium and beryllium compounds)
Beryllium-nickel alloy (see Beryllium and beryllium compounds)
Beryllium oxide (see Beryllium and beryllium compounds)
Beryllium phosphate (see Beryllium and beryllium compounds)
Beryllium silicate (see Beryllium and beryllium compounds)
Beryllium sulfate (see Beryllium and beryllium compounds)
Beryl ore (see Beryllium and beryllium compounds)
Betel quid with added tobacco . . . . 37, 141 (1985); Suppl. 7, 128 (1987); 85, 39 (2004); 100E, 333 (2012)
Betel quid without added tobacco . 37, 141 (1985); Suppl. 7, 128 (1987); 85, 39 (2004); 100E, 333 (2012)
BHA (see Butylated hydroxyanisole)
BHT (see Butylated hydroxytoluene)
Biomass fuel (primarily wood),
 indoor emissions from household combustion of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95, 41 (2010)
Bis(1-aziridinyl)morpholinophosphine sulfide . . . . . . . . . . . . . . . . . . . . . . . . 9, 55 (1975); Suppl. 7, 58 (1987)
2,2-Bis(bromomethyl)propane-1,3-diol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 455 (2000)
Bis(2-chloroethyl)ether . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 117 (1975); Suppl. 7, 58 (1987); 71, 1265 (1999)
N,N-Bis(2-chloroethyl)-2-naphthylamine . . 4, 119 (1974) (corr. 42, 253); Suppl. 7, 130 (1987); 100A, 333 (2012)
Bischloroethyl nitrosourea
 (see also Chloroethyl nitrosoureas) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 79 (1981); Suppl. 7, 150 (1987)
1,2-Bis(chloromethoxy)ethane. . . . . . . . . . . . . . . . . . . . . 15, 31 (1977); Suppl. 7, 58 (1987); 71, 1271 (1999)
1,4-Bis(chloromethoxymethyl)benzene . . . . . . . . . . . . . 15, 37 (1977); Suppl. 7, 58 (1987); 71, 1273 (1999)
Bis(chloromethyl)ether . . . . . . . . . . . . . 4, 231 (1974) (corr. 42, 253); Suppl. 7, 131 (1987); 100F, 295 (2012)
Bis(2-chloro-1-methylethyl)ether . . . . . . . . . . . . . . . . . . 41, 149 (1986); Suppl. 7, 59 (1987); 71, 1275 (1999)
Bis(2,3-epoxycyclopentyl)ether . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 231 (1989); 71, 1281 (1999)
Bisphenol A diglycidyl ether (see also Glycidyl ethers) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 1285 (1999)
Bisulfites (see Sulfur dioxide and some sulfites, bisulfites and metabisulfites)
Bitumens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35, 39 (1985); Suppl. 7, 133 (1987)
Bleomycins (see also Etoposide) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 97 (1981); Suppl. 7, 134 (1987)
Blue VRS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 163 (1978); Suppl. 7, 59 (1987)
Boot and shoe manufacture and repair. . . . . . . . . . . . . . . . . . . . . . . . . . . . 25, 249 (1981); Suppl. 7, 232 (1987)
Bracken fern . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 47 (1986); Suppl. 7, 135 (1987)
Brilliant Blue FCF, disodium salt . . . . . . . . . . . . . . . . . . . . . . 16, 171 (1978) (corr. 42, 257); Suppl. 7, 59 (1987)
Bromochloroacetonitrile

(see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71, 1291 (1999)
Bromodichloromethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52, 179 (1991); 71, 1295 (1999)
Bromoethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52, 299 (1991); 71, 1305 (1999)
Bromoform . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52, 213 (1991); 71, 1309 (1999)
Busulfan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .(see 1,4-Butanediol dimethanesulfonate)
1,3-Butadiene . . 39, 155 (1986) (corr. 42, 264); Suppl. 7, 136 (1987); 54, 237 (1992); 71, 109 (1999); 97,45 (2008); 100F, 309 (2012)
1,4-Butanediol dimethanesulfonate . . . . . . . . . . . . . . . .4, 247 (1974); Suppl. 7, 137 (1987); 100A, 39 (2012)
2-Butoxyethanol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .88, 329
1-*tert*-Butoxypropan-2-ol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .88, 415
*n*-Butyl acrylate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 67 (1986); Suppl. 7, 59 (1987); 71, 359 (1999)
Butylated hydroxyanisole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 123 (1986); Suppl. 7, 59 (1987)
Butylated hydroxytoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 161 (1986); Suppl. 7, 59 (1987)
Butyl benzyl phthalate . . . . . . . . . . . . . . . . 29, 193 (1982) (corr. 42, 261); Suppl. 7, 59 (1987); 73, 115 (1999)
β-Butyrolactone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 225 (1976); Suppl. 7, 59 (1987); 71, 1317 (1999)
γ-Butyrolactone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 231 (1976); Suppl. 7, 59 (1987); 71, 367 (1999)

# C

Cabinet-making (see Furniture and cabinet-making)
Cadmium acetate (see Cadmium and cadmium compounds)
Cadmium and cadmium compounds 2, 74 (1973); 11, 39 (1976) (corr. 42, 255); Suppl. 7, 139 (1987); 58, 119 (1993); 100C, 121 (2012)
Cadmium chloride (see Cadmium and cadmium compounds)
Cadmium oxide (see Cadmium and cadmium compounds)
Cadmium sulfate (see Cadmium and cadmium compounds)
Cadmium sulfide (see Cadmium and cadmium compounds)
Caffeic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 115 (1993)
Caffeine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 291 (1991)
Calcium arsenate (see Arsenic in drinking-water)
Calcium carbide production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Calcium chromate (see Chromium and chromium compounds)
Calcium cyclamate (see Cyclamates)
Calcium saccharin (see Saccharin)
Cantharidin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 79 (1976); Suppl. 7, 59 (1987)
Caprolactam . . . 19, 115 (1979) (corr. 42, 258); 39, 247 (1986) (corr. 42, 264); Suppl. 7, 59, 390 (1987); 71, 383 (1999)
Captafol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 353 (1991)
Captan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 295 (1983); Suppl. 7, 59 (1987)
Carbaryl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 37 (1976); Suppl. 7, 59 (1987)
Carbazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32, 239 (1983); Suppl. 7, 59 (1987); 71, 1319 (1999)
3-Carbethoxypsoralen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 317 (1986); Suppl. 7, 59 (1987)
Carbon black . . . . . . . . . . . . . . . . . .3, 22 (1973); 33, 35 (1984); Suppl.7, 142 (1987); 65, 149 (1996); 93, 2010
Carbon electrode manufacture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Carbon tetrachloride . . . . . . . . . . . . . . . . 1, 53 (1972); 20, 371 (1979); Suppl. 7, 143 (1987); 71, 401 (1999)

Carmoisine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 83 (1975); Suppl. 7, 59 (1987)
Carpentry and joinery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25, 139 (1981); Suppl. 7, 378 (1987)
Carrageenan . . . . . . . . . . . . . . . . . . . . . . . . . 10, 181 (1976) (corr. 42, 255); 31, 79 (1983); Suppl. 7, 59 (1987)
Cassia occidentalis (see Traditional herbal medicines)
Catechol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 155 (1977); Suppl. 7, 59 (1987); 71, 433 (1999)
CCNU (see 1-(2-Chloroethyl)-3-cyclohexyl-1-nitrosourea)
Ceramic fibres (see Man-made vitreous fibres)
Chemotherapy, combined, including alkylating agents
 (see MOPP and other combined chemotherapy including alkylating agents)
Chimney sweeps and other exposures to soot. . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010); 100F, 209 (2012)
Chloral (see also Chloral hydrate) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 245 (1995); 84, 317 (2004)
Chloral hydrate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 245 (1995); 84, 317 (2004)
Chlorambucil . . . . . . . . . . . . . . . . . . . . . . .9, 125 (1975); 26, 115 (1981); Suppl. 7, 144 (1987); 100A, 47 (2012)
Chloramine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84, 295 (2004)
Chloramphenicol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 85 (1976); Suppl. 7, 145 (1987); 50, 169 (1990)
Chlordane (see also Chlordane/Heptachlor) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20, 45 (1979) (corr. 42, 258)
Chlordane and Heptachlor. . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 146 (1987); 53, 115 (1991); 79, 411 (2001)
Chlordecone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 67 (1979); Suppl. 7, 59 (1987)
Chlordimeform. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 61 (1983); Suppl. 7, 59 (1987)
Chlorendic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 45 (1990)
Chlorinated dibenzodioxins (other than TCDD)
 (see also Polychlorinated dibenzo-para-dioxins) . . . . . . . . . . . . . . . . . . . . 15, 41 (1977); Suppl. 7, 59 (1987)
Chlorinated drinking-water. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 45 (1991)
Chlorinated paraffins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 55 (1990)
α-Chlorinated toluenes and benzoyl chloride. . . . . . . . . . . . . . . . . . . . .Suppl. 7, 148 (1987); 71, 453 (1999)
Chlormadinone acetate . . . . . . . . . .6, 149 (1974); 21, 365 (1979); Suppl. 7, 291, 301 (1987); 72, 49 (1999)
Chlornaphazine (see N,N-Bis(2-chloroethyl)-2-naphthylamine)
Chloroacetonitrile (see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71, 1325 (1999)
para-Chloroaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 305 (1993)
Chlorobenzilate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5, 75 (1974); 30, 73 (1983); Suppl. 7, 60 (1987)
Chlorodibromomethane. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 243 (1991); 71, 1331 (1999)
3-Chloro-4-(dichloromethyl)-5-hydroxy-2(5H)-furanone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84, 441 (2004)
Chlorodifluoromethane . . . . . . . . . . . .41, 237 (1986) (corr. 51, 483); Suppl. 7, 149 (1987); 71, 1339 (1999)
Chloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 315 (1991); 71, 1345 (1999)
1-(2-Chloroethyl)-3-cyclohexyl-1-nitrosourea
 (see also Chloroethyl nitrosoureas) . . . . . . . . . . . . . . . . .26, 137 (1981) (corr. 42, 260); Suppl. 7, 150 (1987)
1-(2-Chloroethyl)-3-(4-methylcyclohexyl)-1-nitrosourea
 (see also Chloroethyl nitrosoureas) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 150 (1987); 100A, 57 (2012)
Chloroethyl nitrosoureas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 150 (1987)
Chlorofluoromethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41, 229 (1986); Suppl. 7, 60 (1987); 71, 1351 (1999)
Chloroform . . . . . . . . . . . . . . . . . . . . . . . . . . . .1, 61 (1972); 20, 401 (1979); Suppl. 7, 152 (1987); 73, 131(1999)
Chloromethyl methyl ether (technical-grade)
 (see also Bis(chloromethyl)ether) . . . . . . . . . . . . . . . . .4, 239 (1974); Suppl. 7, 131 (1987); 100F, 295 (2012)
(4-Chloro-2-methylphenoxy)acetic acid (see MCPA)
1-Chloro-2-methylpropene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 315 (1995)
3-Chloro-2-methylpropene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 325 (1995)

2-Chloronitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 263 (1996)
3-Chloronitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 263 (1996)
4-Chloronitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 263 (1996)
Chlorophenols (see also Polychlorophenols and their sodium salts) . . . . . . . . . . . . . . .Suppl. 7, 154 (1987)
Chlorophenols (occupational exposures to) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 319 (1986)
Chlorophenoxy herbicides. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 156 (1987)
Chlorophenoxy herbicides (occupational exposures to). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 357 (1986)
4-Chloro-*ortho*-phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 81 (1982); Suppl. 7, 60 (1987)
4-Chloro-*meta*-phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 82 (1982); Suppl. 7, 60 (1987)
Chloroprene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19, 131 (1979); Suppl. 7, 160 (1987); 71, 227 (1999)
Chloropropham . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 55 (1976); Suppl. 7, 60 (1987)
Chloroquine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 47 (1977); Suppl. 7, 60 (1987)
Chlorothalonil. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 319 (1983); Suppl. 7, 60 (1987); 73, 183 (1999)
*para*-Chloro-*ortho*-toluidine and its strong acid salts
 (see also Chlordimeform) . . . . 16, 277 (1978); 30, 65 (1983); Suppl. 7, 60 (1987); 48, 123 (1990); 77, 323
 (2000)
4-Chloro-ortho-toluidine (see para-chloro-ortho-toluidine)
5-Chloro-ortho-toluidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 341 (2000)
Chlorotrianisene (see also Nonsteroidal estrogens) . . . . . . . . . . . . . . . .21, 139 (1979); Suppl. 7, 280 (1987)
2-Chloro-1,1,1-trifluoroethane . . . . . . . . . . . . . . . . . . . . . .41, 253 (1986); Suppl. 7, 60 (1987); 71, 1355 (1999)
Chlorozotocin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 65 (1990)
Cholesterol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 99 (1976); 31, 95 (1983); Suppl. 7, 161 (1987)
Chromic acetate (see Chromium and chromium compounds)
Chromic chloride (see Chromium and chromium compounds)
Chromic oxide (see Chromium and chromium compounds)
Chromic phosphate (see Chromium and chromium compounds)
Chromite ore (see Chromium and chromium compounds)
Chromium and chromium compounds (see also Implants, surgical) . . . . . . 2, 100 (1973); 23, 205 (1980);
Suppl. 7, 165 (1987); 49, 49 (1990) (corr. 51, 483); 100C,147 (2012)
Chromium carbonyl (see Chromium and chromium compounds)
Chromium potassium sulfate (see Chromium and chromium compounds)
Chromium sulfate (see Chromium and chromium compounds)
Chromium trioxide (see Chromium and chromium compounds)
Chrysazin (see Dantron)
Chrysene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3, 159 (1973); 32, 247 (1983); Suppl. 7, 60 (1987); 92, 35 (2010)
Chrysoidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 91 (1975); Suppl. 7, 169 (1987)
Chrysotile (see Asbestos)
Ciclosporin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50, 77 (1990); 100A, 337 (2012)
CI Acid Orange 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 121 (1993)
CI Acid Red 114 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 247 (1993)
CI Basic Red 9 (see also Magenta) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 215 (1993)
CI Direct Blue 15. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 235 (1993)
CI Disperse Yellow 3 (see Disperse Yellow 3)
Cimetidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 235 (1990)
Cinnamyl anthranilate . . . . . . . . . . . . . . . 16, 287 (1978); 31, 133 (1983); Suppl. 7, 60 (1987); 77, 177 (2000)
CI Pigment Red 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 259 (1993)

CI Pigment Red 53:1 (see D&C Red No. 9)
Cisplatin (see also Etoposide) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 151 (1981); Suppl. 7, 170 (1987)
Citrinin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 67 (1986); Suppl. 7, 60 (1987)
Citrus Red No. 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 101 (1975) (corr. 42, 254); Suppl. 7, 60 (1987)
Clinoptilolite (see Zeolites)
Clofibrate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 39 (1980); Suppl. 7, 171 (1987); 66, 391 (1996)
Clomiphene citrate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21, 551 (1979); Suppl. 7, 172 (1987)
Clonorchis sinensis (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .61, 121 (1994); 100B, 341 (2012)
Coal, indoor emissions from household combustion of . . . . . . . . . . . . . . . 95, 43 (2010); 100E, 515 (2012)
Coal dust. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68, 337 (1997)
Coal gasification. . . . . . . . . . . . . . . . . . . . 34, 65 (1984); Suppl. 7, 173 (1987); 92, 35 (2010); 100F, 145 (2012)
Coal-tar distillation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010); 100F, 153 (2012)
Coal-tar pitches (see also Coal-tars) . . . . . . . . . . . . . . .35, 83 (1985); Suppl. 7, 174 (1987); 100F, 161 (2012)
Coal-tars . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35, 83 (1985); Suppl. 7, 175 (1987); 100F, 161 (2012)
Cobalt[III] acetate (see Cobalt and cobalt compounds)
Cobalt-aluminium-chromium spinel (see Cobalt and cobalt compounds)
Cobalt and cobalt compounds (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 363 (1991)
Cobalt[II] chloride (see Cobalt and cobalt compounds)
Cobalt-chromium alloy (see Chromium and chromium compounds)
Cobalt-chromium-molybdenum alloys (see Cobalt and cobalt compounds)
Cobalt metal powder (see Cobalt and cobalt compounds)
Cobalt metal with tungsten carbide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 37 (2006)
Cobalt metal without tungsten carbide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 37 (2006)
Cobalt naphthenate (see Cobalt and cobalt compounds)
Cobalt[II] oxide (see Cobalt and cobalt compounds)
Cobalt[II,III] oxide (see Cobalt and cobalt compounds)
Cobalt sulfate and other soluble cobalt(II) salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 37 (2006)
Cobalt[II] sulfide (see Cobalt and cobalt compounds)
Coffee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .51, 41 (1991) (corr. 52, 513)
Coke production . . . . . . . . . . . . . . . . . . 34, 101 (1984); Suppl. 7, 176 (1987); 92, 35 (2010); 100F, 167 (2012)
Combined estrogen–progestogen
  contraceptives. . . . . . . . . . . . . . . . . . . . .Suppl. 7, 297 (1987); 72, 49 (1999); 91, 39 (2007); 100A, 283 (2012)
Combined estrogen–progestogen
  menopausal therapy. . . . . . . . . . . . Suppl. 7, 308 (1987); 72, 531 (1999); 91, 203 (2007); 100A, 249 (2012)
Conjugated equine estrogens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 399 (1999)
Conjugated estrogens (see also Steroidal estrogens). . . . . . . . . . . . . . .21, 147 (1979); Suppl. 7, 283 (1987)
Continuous glass filament (see Man-made vitreous fibres)
Copper 8-hydroxyquinoline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15, 103 (1977); Suppl. 7, 61 (1987)
Coronene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 263 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)
Coumarin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 113 (1976); Suppl. 7, 61 (1987); 77, 193 (2000)
Creosotes (see also Coal-tars) . . . . . . . . . . . . . . . . . . . . . . . . 35, 83 (1985); Suppl. 7, 177 (1987); 92, 35 (2010)
meta-Cresidine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 91 (1982); Suppl. 7, 61 (1987)
para-Cresidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 92 (1982); Suppl. 7, 61 (1987)
Cristobalite (see Crystalline silica)
Crocidolite (see Asbestos)
Crotonaldehyde. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 373 (1995) (corr. 65, 549)

Crude oil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 119 (1989)
Crystalline silica (see also Silica) . . 42, 39 (1987); Suppl. 7, 341 (1987); 68, 41 (1997) (corr. 81, 383); 100C, 355 (2012)
Cycasin
(see also Methylazoxymethanol) . . . . . . . 1, 157 (1972) (corr. 42, 251); 10, 121 (1976); Suppl. 7, 61 (1987)
Cyclamates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22, 55 (1980); Suppl. 7, 178 (1987); 73, 195 (1999)
Cyclamic acid (see Cyclamates)
Cyclochlorotine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 139 (1976); Suppl. 7, 61 (1987)
Cyclohexanone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 157 (1989); 71, 1359 (1999)
Cyclohexylamine (see Cyclamates)
4-Cyclopenta[*def*]chrysene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Cyclopenta[*cd*]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 269 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)
5,6-Cyclopenteno-1,2-benzanthracene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Cyclopropane (see Anaesthetics, volatile)
Cyclophosphamide . . . . . . . . . . . . . . . . . 9, 135 (1975); 26, 165 (1981); Suppl. 7, 182 (1987); 100A, 63 (2012)
Cyproterone acetate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 49 (1999)

# D

2,4-D (see also Chlorophenoxy herbicides;
Chlorophenoxy herbicides, occupational exposures to) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 111 (1977)
Dacarbazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 203 (1981); Suppl. 7, 184 (1987)
Dantron . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 265 (1990) (corr. 59, 257)
D&C Red No. 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 107 (1975); Suppl. 7, 61 (1987); 57, 203 (1993)
Dapsone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 59 (1980); Suppl. 7, 185 (1987)
Daunomycin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 145 (1976); Suppl. 7, 61 (1987)
DDD (see DDT)
DDE (see DDT)
DDT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 83 (1974) (corr. 42, 253); Suppl. 7, 186 (1987); 53, 179 (1991)
Decabromodiphenyl oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 73 (1990); 71, 1365 (1999)
Deltamethrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 251 (1991)
Deoxynivalenol (see Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense*)
Diacetylaminoazotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 113 (1975); Suppl. 7, 61 (1987)
*N,N'*-Diacetylbenzidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 293 (1978); Suppl. 7, 61 (1987)
Diallate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 69 (1976); 30, 235 (1983); Suppl. 7, 61 (1987)
2,4-Diaminoanisole and its salts . . . . . . . 16, 51 (1978); 27, 103 (1982); Suppl. 7, 61 (1987); 79, 619 (2001)
4,4'-Diaminodiphenyl ether . . . . . . . . . . . . . . . . . . . . . . . 16, 301 (1978); 29, 203 (1982); Suppl. 7, 61 (1987)
1,2-Diamino-4-nitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 63 (1978); Suppl. 7, 61 (1987)
1,4-Diamino-2-nitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . 16, 73 (1978); Suppl. 7, 61 (1987); 57, 185 (1993)
2,6-Diamino-3-(phenylazo)pyridine (see Phenazopyridine hydrochloride)
2,4-Diaminotoluene (see also Toluene diisocyanates) . . . . . . . . . . . . . . . 16, 83 (1978); Suppl. 7, 61 (1987)
2,5-Diaminotoluene (see also Toluene diisocyanates) . . . . . . . . . . . . . . . . 16, 97 (1978); Suppl. 7, 61 (1987)
*ortho*-Dianisidine (see 3,3'-Dimethoxybenzidine)
Diatomaceous earth, uncalcined (see Amorphous silica)
Diazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 57 (1977); Suppl. 7, 189 (1987); 66, 37 (1996)

Diazomethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 223 (1974); Suppl. 7, 61 (1987)
Dibenz[*a,h*]acridine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 247 (1973); 32, 277 (1983); Suppl. 7, 61 (1987)
Dibenz[*a,j*]acridine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 254 (1973); 32, 283 (1983); Suppl. 7, 61 (1987)
Dibenz[*a,c*]anthracene . . . . . . . . . . . . . . . . . 32, 289 (1983) (corr. 42, 262); Suppl. 7, 61 (1987); 92, 35 (2010)
Dibenz[*a,h*]anthracene . . . 3, 178 (1973) (corr. 43, 261); 32, 299 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)
Dibenz[*a,j*]anthracene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 309 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)
7*H*-Dibenzo[*c,g*]carbazole . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 260 (1973); 32, 315 (1983); Suppl. 7, 61 (1987)
Dibenzodioxins, chlorinated (other than TCDD) (see Chlorinated dibenzodioxins (other than TCDD))
Dibenzo[*a,e*]fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 321 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)
13*H*-Dibenzo[*a,g*]fluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Dibenzo[*h,rst*]pentaphene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 197 (1973); Suppl. 7, 62 (1987); 92, 35 (2010)
Dibenzo[*a,e*]pyrene . . . . . . . . . . . . . . . . . . . . 3, 201 (1973); 32, 327 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)
Dibenzo[*a,h*]pyrene . . . . . . . . . . . . . . . . . . . . . 3, 207 (1973); 32, 331 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)
Dibenzo[*a,i*]pyrene . . . . . . . . . . . . . . . . . . . . . . 3, 215 (1973); 32, 337 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)
Dibenzo[*a,l*]pyrene . . . . . . . . . . . . . . . . . . . . . . 3, 224 (1973); 32, 343 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)
Dibenzo[*e,l*]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Dibenzo-*para*-dioxin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69, 33 (1997)
Dibromoacetonitrile (see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 1369 (1999)
1,2-Dibromo-3-chloropropane . . . . . . . 15, 139 (1977); 20, 83 (1979); Suppl. 7, 191 (1987); 71, 479 (1999)
1,2-Dibromoethane (see Ethylene dibromide)
2,3-Dibromopropan-1-ol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 439 (2000)
Dichloroacetic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 271 (1995); 84, 359 (2004)
Dichloroacetonitrile (see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 1375 (1999)
Dichloroacetylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 369 (1986); Suppl. 7, 62 (1987); 71, 1381 (1999)
*ortho*-Dichlorobenzene . . . . . . . . . . . . . . 7, 231 (1974); 29, 213 (1982); Suppl. 7, 192 (1987); 73, 223 (1999)
*meta*-Dichlorobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73, 223 (1999)
*para*-Dichlorobenzene . . . . . . . . . . . . . . . . . 7, 231 (1974); 29, 215 (1982); Suppl. 7, 192 (1987); 73, 223 (1999)
3,3'-Dichlorobenzidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 49 (1974); 29, 239 (1982); Suppl. 7, 193 (1987)
*trans*-1,4-Dichlorobutene . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 149 (1977); Suppl. 7, 62 (1987); 71, 1389 (1999)
3,3'-Dichloro-4,4'-diaminodiphenyl ether . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 309 (1978); Suppl. 7, 62 (1987)
1,2-Dichloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 429 (1979); Suppl. 7, 62 (1987); 71, 501 (1999)
Dichloromethane . . . . . . . . . . . . . . . . . . . 20, 449 (1979); 41, 43 (1986); Suppl. 7, 194 (1987); 71, 251 (1999)
2,4-Dichlorophenol (see Chlorophenols; Chlorophenols, occupational exposures to;
 Polychlorophenols and their sodium salts)
(2,4-Dichlorophenoxy)acetic acid (see 2,4-D)
2,6-Dichloro-*para*-phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 325 (1986); Suppl. 7, 62 (1987)
1,2-Dichloropropane . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 131 (1986); Suppl. 7, 62 (1987); 71, 1393 (1999)
1,3-Dichloropropene (technical-grade) . . . . . . . . . . . . . 41, 113 (1986); Suppl. 7, 195 (1987); 71, 933 (1999)
Dichlorvos . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 97 (1979); Suppl. 7, 62 (1987); 53, 267 (1991)
Dicofol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 87 (1983); Suppl. 7, 62 (1987)
Dicyclohexylamine (see Cyclamates)
Didanosine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 153 (2000)
Dieldrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 125 (1974); Suppl. 7, 196 (1987)
Dienoestrol (see also Nonsteroidal estrogens) . . . . . . . . . . . . . . . . . . . . . 21, 161 (1979); Suppl. 7, 278 (1987)
Diepoxybutane
 (see also 1,3-Butadiene) . . . . . . . . . . . . . . 11, 115 (1976) (corr. 42, 255); Suppl. 7, 62 (1987); 71, 109 (1999)

Diesel and gasoline engine exhausts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 41 (1989)
Diesel fuels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 219 (1989) (corr. 47, 505)
Diethanolamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 349 (2000)
Diethyl ether (see Anaesthetics, volatile)
Di(2-ethylhexyl) adipate . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 257 (1982); Suppl. 7, 62 (1987); 77, 149 (2000)
Di(2-ethylhexyl) phthalate . . . . . . . . . . . . . 29, 269 (1982) (corr. 42, 261); Suppl. 7, 62 (1987); 77, 41 (2000)
1,2-Diethylhydrazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 153 (1974); Suppl. 7, 62 (1987); 71, 1401 (1999)
Diethylstilbestrol . . . . . 6, 55 (1974); 21, 173 (1979) (corr. 42, 259); Suppl. 7, 273 (1987); 100A, 175 (2012)
Diethylstilbestrol dipropionate (see Diethylstilbestrol)
Diethyl sulfate . . . . . . . . . . . . . . . . . . . . . 4, 277 (1974); Suppl. 7, 198 (1987); 54, 213 (1992); 71, 1405 (1999)
*N,N'*-Diethylthiourea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 649 (2001)
Diglycidyl resorcinol ether . . . . . . . . . . 11, 125 (1976); 36, 181 (1985); Suppl. 7, 62 (1987); 71, 1417 (1999)
Dihydrosafrole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 170 (1972); 10, 233 (1976) Suppl. 7, 62 (1987)
1,2-Dihydroaceanthrylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
1,8-Dihydroxyanthraquinone (see Dantron)
Dihydroxybenzenes (see Catechol; Hydroquinone; Resorcinol)
1,3-Dihydroxy-2-hydroxymethylanthraquinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 129 (2002)
Dihydroxymethylfuratrizine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 77 (1980); Suppl. 7, 62 (1987)
Diisopropyl sulfate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54, 229 (1992); 71, 1421 (1999)
Dimethisterone (see also Progestins; Sequential oral contraceptives) . . . . 6, 167 (1974); 21, 377 (1979))
Dimethoxane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 177 (1977); Suppl. 7, 62 (1987)
3,3'-Dimethoxybenzidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 41 (1974); Suppl. 7, 198 (1987)
3,3'-Dimethoxybenzidine-4,4'-diisocyanate . . . . . . . . . . . . . . . . . . . . . . . . 39, 279 (1986); Suppl. 7, 62 (1987)
*para*-Dimethylaminoazobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 125 (1975); Suppl. 7, 62 (1987)
*para*-Dimethylaminoazobenzenediazo sodium sulfonate . . . . . . . . . . . . 8, 147 (1975); Suppl. 7, 62 (1987)
*trans*-2-[(Dimethylamino)methylimino]-5-
[2-(5-nitro-2-furyl)-vinyl]-1,3,4-oxadiazole . . . . . . . . . . . . . 7, 147 (1974) (corr. 42, 253); Suppl. 7, 62 (1987)
4,4'-Dimethylangelicin plus ultraviolet radiation
(see also Angelicin and some synthetic derivatives) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 57 (1987)
4,5'-Dimethylangelicin plus ultraviolet radiation
(see also Angelicin and some synthetic derivatives) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 57 (1987)
2,6-Dimethylaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 323 (1993)
*N,N*-Dimethylaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 337 (1993)
Dimethylarsinic acid (see Arsenic and arsenic compounds)
3,3'-Dimethylbenzidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 87 (1972); Suppl. 7, 62 (1987); 100F, 93 (2012)
Dimethylcarbamoyl chloride . . . . . . . . . . . . . . . . . . . . . . . . 12, 77 (1976); Suppl. 7, 199 (1987); 71, 531 (1999)
Dimethylformamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 171 (1989); 71, 545 (1999)
1,1-Dimethylhydrazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 137 (1974); Suppl. 7, 62 (1987); 71, 1425 (1999)
1,2-Dimethylhydrazine . . . . . . . . . . . . . . . . 4, 145 (1974) (corr. 42, 253); Suppl. 7, 62 (1987); 71, 947 (1999)
Dimethyl hydrogen phosphite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 85 (1990); 71, 1437 (1999)
1,4-Dimethylphenanthrene . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 349 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)
Dimethyl sulfate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 271 (1974); Suppl. 7, 200 (1987); 71, 575 (1999)
3,7-Dinitrofluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 189 (1989); 65, 297 (1996)
3,9-Dinitrofluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 195 (1989); 65, 297 (1996)
1,3-Dinitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 201 (1989)
1,6-Dinitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 215 (1989)

1,8-Dinitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 171 (1984); Suppl. 7, 63 (1987); 46, 231 (1989)
Dinitrosopentamethylenetetramine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 241 (1976); Suppl. 7, 63 (1987)
2,4-Dinitrotoluene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 309 (1996) (corr. 66, 485)
2,6-Dinitrotoluene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 309 (1996) (corr. 66, 485)
3,5-Dinitrotoluene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 309 (1996)
1,4-Dioxane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 247 (1976); Suppl. 7, 201 (1987); 71, 589 (1999)
2,4′-Diphenyldiamine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 313 (1978); Suppl. 7, 63 (1987)
Direct Black 38 (see also Benzidine-based dyes) . . . . . . . . . . . . . . . . . . . . . . . . . 29, 295 (1982) (corr. 42, 261)
Direct Blue 6 (see also Benzidine-based dyes) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 311 (1982)
Direct Brown 95 (see also Benzidine-based dyes) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 321 (1982)
Disperse Blue 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 139 (1990)
Disperse Yellow 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 97 (1975); Suppl. 7, 60 (1987); 48, 149 (1990)
Disulfiram. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 85 (1976); Suppl. 7, 63 (1987)
Dithranol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 75 (1977); Suppl. 7, 63 (1987)
Divinyl ether (see Anaesthetics, volatile)
Doxefazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 97 (1996)
Doxylamine succinate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 145 (2001)
Droloxifene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 241 (1996)
Dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 33 (1995)
Dulcin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 97 (1976); Suppl. 7, 63 (1987)

## E

Endrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 157 (1974); Suppl. 7, 63 (1987)
Enflurane (see Anaesthetics, volatile)
Eosin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 183 (1977); Suppl. 7, 63 (1987)
Epichlorohydrin . . . . . . . . . . . . . . . . . . . . . 11, 131 (1976) (corr. 42, 256); Suppl. 7, 202 (1987); 71, 603 (1999)
1,2-Epoxybutane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 217 (1989); 71, 629 (1999)
1-Epoxyethyl-3,4-epoxycyclohexane (see 4-Vinylcyclohexene diepoxide)
3,4-Epoxy-6-methylcyclohexylmethyl
 3,4-epoxy-6-methyl-cyclohexane carboxylate. . . . . . . 11, 147 (1976); Suppl. 7, 63 (1987); 71, 1441 (1999)
cis-9,10-Epoxystearic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 153 (1976); Suppl. 7, 63 (1987); 71, 1443 (1999)
Epstein-Barr virus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70, 47 (1997); 100B, 49 (2012)
d-Equilenin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 399 (1999)
Equilin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 399 (1999)
Erionite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42, 225 (1987); Suppl. 7, 203 (1987); 100C, 311 (2012)
Estazolam. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 105 (1996)
Estradiol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 99 (1974); 21, 279 (1979); Suppl. 7, 284 (1987); 72, 399 (1999)
Estradiol-17β (see Estradiol)
Estradiol 3-benzoate (see Estradiol)
Estradiol dipropionate (see Estradiol)
Estradiol mustard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 217 (1975); Suppl. 7, 68 (1987)
Estradiol valerate (see Estradiol)
Estriol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 117 (1974); 21, 327 (1979); Suppl. 7, 285 (1987); 72, 399 (1999)
Estrogen replacement therapy (see Post-menopausal estrogen therapy)

Estrogens (see Estrogens, progestins and combinations)
Estrogens, conjugated (see Conjugated estrogens)
Estrogens, nonsteroidal (see Nonsteroidal estrogens)
Estrogens, progestins (progestogens)
 and combinations  . . . . . . . . . . . . . . . 6 (1974); 21 (1979); Suppl. 7, 272(1987); 72, 49, 339, 399, 531 (1999)
Estrogens, steroidal (see Steroidal estrogens)
Estrone  . . . . . . . . . . . . . . . 6, 123 (1974); 21, 343 (1979) (corr. 42, 259); Suppl. 7, 286 (1987); 72, 399 (1999)
Estrone benzoate (see Estrone)
Ethanol in alcoholic beverages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 96 (2010); 100E, 373 (2012)
Ethinyloestradiol . . . . . . . . . . . . . . . . . . . . . . .6, 77 (1974); 21, 233 (1979); Suppl. 7, 286 (1987); 72, 49 (1999)
Ethionamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 83 (1977); Suppl. 7, 63 (1987)
Ethyl acrylate. . . . . . . . . . . . . . . . . . . . . . . . . 19, 57 (1979); 39, 81 (1986); Suppl. 7, 63 (1987); 71, 1447 (1999)
Ethyl carbamate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7, 111 (1974); Suppl. 7, 73 (1987); 96, 1295 (2010)
Ethylbenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 227 (2000)
Ethylene  . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 157 (1979); Suppl. 7, 63 (1987); 60, 45 (1994); 71, 1447 (1999)
Ethylene dibromide  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15, 195 (1977); Suppl. 7, 204 (1987); 71, 641 (1999)
Ethylene oxide  11, 157 (1976); 36, 189 (1985) (corr. 42, 263); Suppl. 7, 205 (1987); 60, 73 (1994); 97, 185
(2008); 100F, 379 (2012)
Ethylene sulfide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 257 (1976); Suppl. 7, 63 (1987)
Ethylenethiourea. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 45 (1974); Suppl. 7, 207 (1987); 79, 659 (2001)
2-Ethylhexyl acrylate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 475 (1994)
Ethyl methanesulfonate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 245 (1974); Suppl. 7, 63 (1987)
N-Ethyl-N-nitrosourea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 135 (1972); 17, 191 (1978); Suppl. 7, 63 (1987)
Ethyl selenac (see also Selenium and selenium compounds) . . . . . . . .12, 107 (1976); Suppl. 7, 63 (1987)
Ethyl tellurac . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12, 115 (1976); Suppl. 7, 63 (1987)
Ethynodiol diacetate  . . . . . . . . . . . . . . . . . 6, 173 (1974); 21, 387 (1979); Suppl. 7, 292 (1987); 72, 49 (1999)
Etoposide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .76, 177 (2000); 100A, 91 (2012)
Eugenol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 75 (1985); Suppl. 7, 63 (1987)
Evans blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 151 (1975); Suppl. 7, 63 (1987)
Extremely low-frequency electric fields  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .80 (2002)
Extremely low-frequency magnetic fields  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .80 (2002)

## F

Fast Green FCF  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16, 187 (1978); Suppl. 7, 63 (1987)
Fenvalerate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .53, 309 (1991)
Ferbam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 121 (1976) (corr. 42, 256); Suppl. 7, 63 (1987)
Ferric oxide  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1, 29 (1972); Suppl. 7, 216 (1987)
Ferrochromium (see Chromium and chromium compounds)
Firefighting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98, 395 (2010)
Fission products, mixtures of  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 285 (2012)
Fluometuron. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 245 (1983); Suppl. 7, 63 (1987)
Fluoranthene  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 355 (1983); Suppl. 7, 63 (1987); 92, 35 (2010)
Fluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 365 (1983); Suppl. 7, 63 (1987); 92, 35 (2010)
Fluorescent lighting (exposure to) (see Ultraviolet radiation)

Fluorides (inorganic, used in drinking-water) . . . . . . . . . . . . . . . . . . . . . . .27, 237 (1982); Suppl. 7, 208 (1987)
5-Fluorouracil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 217 (1981); Suppl. 7, 210 (1987)
Fluorspar (see Fluorides)
Fluosilicic acid (see Fluorides)
Fluroxene (see Anaesthetics, volatile)
Foreign bodies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74 (1999)
Formaldehyde . . 29, 345 (1982); Suppl. 7, 211 (1987); 62, 217 (1995) (corr. 65, 549; corr. 66, 485); 88, 39 (2006); 100F, 401 (2012)
2-(2-Formylhydrazino)-4-(5-nitro-2-furyl)thiazole . . . . . . 7, 151 (1974) (corr. 42, 253); Suppl. 7, 63 (1987)
Frusemide (see Furosemide)
Frying, emissions from high-temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95, 309 (2010)
Fuel oils (heating oils) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 239 (1989) (corr. 47, 505)
Fumonisin B1 (see also Toxins derived from Fusarium moniliforme) . . . . . . . . . . . . . . . . . . . . 82, 301 (2002)
Fumonisin B2 (see Toxins derived from Fusarium moniliforme)
Furan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 393 (1995)
Furazolidone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31, 141 (1983); Suppl. 7, 63 (1987)
Furfural . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 409 (1995)
Furniture and cabinet-making . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25, 99 (1981)
Furosemide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 277 (1990)
2-(2-Furyl)-3-(5-nitro-2-furyl)acrylamide (see AF-2)
Fusarenon-X (see Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense*)
Fusarenone-X (see Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense*)
Fusarin C (see Toxins derived from Fusarium moniliforme)

# G

Gallium arsenide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 163 (2006)
Gamma (γ)-radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75, 121 (2000); 100D, 103 (2012)
Gasoline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 159 (1989) (corr. 47, 505)
Gasoline engine exhaust (see Diesel and gasoline engine exhausts)
Gemfibrozil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 427 (1996)
Glass fibres (see Man-made mineral fibres)
Glass manufacturing industry, occupational exposures in. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58, 347 (1993)
Glass wool (see Man-made vitreous fibres)
Glass filaments (see Man-made mineral fibres)
Glu-P-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 223 (1986); Suppl. 7, 64 (1987)
Glu-P-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 235 (1986); Suppl. 7, 64 (1987)
L-Glutamic acid, 5-[2-(4-hydroxymethyl)phenylhydrazide] (see Agaritine)
Glycidaldehyde . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 175 (1976); Suppl. 7, 64 (1987); 71, 1459 (1999)
Glycidol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 469 (2000)
Glycidyl ethers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 237 (1989); 71, 1285, 1417, 1525, 1539 (1999)
Glycidyl oleate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 183 (1976); Suppl. 7, 64 (1987)
Glycidyl stearate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 187 (1976); Suppl. 7, 64 (1987)
Griseofulvin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 153 (1976); Suppl. 7, 64, 391 (1987); 79, 289 (2001)
Guinea Green B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16, 199 (1978); Suppl. 7, 64 (1987)

Gyromitrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 163 (1983); Suppl. 7, 64, 391 (1987)

# H

Haematite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 29 (1972); Suppl. 7, 216 (1987)
Haematite and ferric oxide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 216 (1987)
Haematite mining, underground, with
exposure to radon. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1, 29 (1972); Suppl. 7, 216 (1987); 100D, 241 (2012)
Hairdressers and barbers (occupational exposure as) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 43 (1993)
Hair dyes, epidemiology of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 29 (1978); 27, 307 (1982)
Halogenated acetonitriles . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 269 (1991); 71, 1325, 1369, 1375, 1533 (1999)
Halothane (see Anaesthetics, volatile)
HC Blue No. 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 129 (1993)
HC Blue No. 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 143 (1993)
α-HCH (see Hexachlorocyclohexanes)
β-HCH (see Hexachlorocyclohexanes)
γ-HCH (see Hexachlorocyclohexanes)
HC Red No. 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 153 (1993)
HC Yellow No. 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 159 (1993)
Heating oils (see Fuel oils)
*Helicobacter pylori* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .61, 177 (1994); 100B, 385 (2012)
Hepatitis B virus. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59, 45 (1994); 100B, 93 (2012)
Hepatitis C virus. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .59, 165 (1994); 100B, 135 (2012)
Hepatitis D virus. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59, 223 (1994)
Heptachlor (see also Chlordane/Heptachlor) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 173 (1974); 20, 129 (1979)
Hexachlorobenzene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20, 155 (1979); Suppl. 7, 219 (1987); 79, 493 (2001)
Hexachlorobutadiene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 179 (1979); Suppl. 7, 64 (1987); 73, 277 (1999)
Hexachlorocyclohexanes . . . . . . . . . . . . . . 5, 47 (1974); 20, 195 (1979) (corr. 42, 258); Suppl. 7, 220 (1987)
Hexachlorocyclohexane, technical-grade (see Hexachlorocyclohexanes)
Hexachloroethane. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20, 467 (1979); Suppl. 7, 64 (1987); 73, 295 (1999)
Hexachlorophene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20, 241 (1979); Suppl. 7, 64 (1987)
Hexamethylphosphoramide. . . . . . . . . . . . . . . . . . . . . . .15, 211 (1977); Suppl. 7, 64 (1987); 71, 1465 (1999)
Hexestrol (see also Nonsteroidal estrogens) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 279 (1987)
Hormonal contraceptives, progestogens only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 339 (1999)
Human herpesvirus 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70, 375 (1997)
Human immunodeficiency viruses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .67, 31 (1996); 100B, 215 (2012)
Human papillomaviruses . . . . . . . . . . . . . . . . . . . . . . . . 64 (1995) (corr. 66, 485); 90 (2007); 100B, 255 (2012)
Human T-cell lymphotropic viruses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .67, 261 (1996); 100B, 315 (2012)
Hycanthone mesylate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 91 (1977); Suppl. 7, 64 (1987)
Hydralazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24, 85 (1980); Suppl. 7, 222 (1987)
Hydrazine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4, 127 (1974); Suppl. 7, 223 (1987); 71, 991 (1999)
Hydrochloric acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54, 189 (1992)
Hydrochlorothiazide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 293 (1990)
Hydrogen peroxide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36, 285 (1985); Suppl. 7, 64 (1987); 71, 671 (1999)

Hydroquinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 155 (1977); Suppl. 7, 64 (1987); 71, 691 (1999)
1-Hydroxyanthraquinone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 129 (2002)
4-Hydroxyazobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 157 (1975); Suppl. 7, 64 (1987)
17α-Hydroxyprogesterone caproate (see also Progestins). . . . . . . . . . . . . . . 21, 399 (1979) (corr. 42, 259)
8-Hydroxyquinoline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 101 (1977); Suppl. 7, 64 (1987)
8-Hydroxysenkirkine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 265 (1976); Suppl. 7, 64 (1987)
Hydroxyurea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 347 (2000)
Hypochlorite salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 159 (1991)

# I

Implants, surgical . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74, 1999
Indeno[1,2,3-cd]pyrene. . . . . . . . . . . . . . . .3, 229 (1973); 32, 373 (1983); Suppl. 7, 64 (1987); 92, 35 (2010)
Indium phosphide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 197 (2006)
Inorganic acids (see Sulfuric acid and other strong inorganic acids, occupational exposures to mists and vapours from)
Inorganic lead compounds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 230 (1987); 87 (2006)
Insecticides, occupational exposures in spraying and application of. . . . . . . . . . . . . . . . . . . . . 53, 45 (1991)
Insulation glass wool (see Man-made vitreous fibres)
Involuntary smoking (see Tobacco, Second-hand smoke)
Ionizing radiation (all types) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 103 (2012)
IQ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 261 (1986); Suppl. 7, 64 (1987); 56, 165 (1993)
Iron and steel founding. . . . . . . . . . . . . . . . . . . . . . . . . . .34, 133 (1984); Suppl. 7, 224 (1987); 100F, 497 (2012)
Iron-dextran complex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 161 (1973); Suppl. 7, 226 (1987)
Iron-dextrin complex. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 161 (1973) (corr. 42, 252); Suppl. 7, 64 (1987)
Iron oxide (see Ferric oxide)
Iron oxide, saccharated (see Saccharated iron oxide)
Iron sorbitol-citric acid complex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 161 (1973); Suppl. 7, 64 (1987)
Isatidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 269 (1976); Suppl. 7, 65 (1987)
Isoflurane (see Anaesthetics, volatile)
Isoniazid (see Isonicotinic acid hydrazide)
Isonicotinic acid hydrazide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4, 159 (1974); Suppl. 7, 227 (1987)
Isophosphamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 237 (1981); Suppl. 7, 65 (1987)
Isoprene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 215 (1994); 71, 1015 (1999)
Isopropanol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 223 (1977); Suppl. 7, 229 (1987); 71, 1027 (1999)
Isopropanol manufacture (strong-acid process)
(see also Isopropanol; Sulfuric acid and other strong inorganic acids, occupational exposures to mists and vapours from). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 229 (1987); 100F, 479 (2012)
Isopropyl oils. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15, 223 (1977); Suppl. 7, 229 (1987); 71, 1483 (1999)
Isosafrole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 169 (1972); 10, 232 (1976); Suppl. 7, 65 (1987)

# J

Jacobine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 275 (1976); Suppl. 7, 65 (1987)
Jet fuel. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 203 (1989)
Joinery (see Carpentry and joinery)

# K

Kaempferol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 171 (1983); Suppl. 7, 65 (1987)
Kaposi sarcoma herpesvirus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70, 375 (1997); 100B, 169 (2012)
Kepone (see Chlordecone)
Kojic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 605 (2001)

# L

Lasiocarpine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 281 (1976); Suppl. 7, 65 (1987)
Lauroyl peroxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 315 (1985); Suppl. 7, 65 (1987); 71, 1485 (1999)
Lead acetate (see Lead and lead compounds)
Lead and lead compounds (see also Foreign bodies). . .1, 40 (1972) (corr. 42, 251); 2, 52, 150 (1973); 12, 131 (1976); 23, 40, 208, 209, 325 (1980); Suppl. 7, 230 (1987); 87 (2006)
Lead arsenate (see Arsenic and arsenic compounds)
Lead carbonate (see Lead and lead compounds)
Lead chloride (see Lead and lead compounds)
Lead chromate (see Chromium and chromium compounds)
Lead chromate oxide (see Chromium and chromium compounds)
Lead compounds, inorganic and organic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 230 (1987); 87 (2006)
Lead naphthenate (see Lead and lead compounds)
Lead nitrate (see Lead and lead compounds)
Lead oxide (see Lead and lead compounds)
Lead phosphate (see Lead and lead compounds)
Lead subacetate (see Lead and lead compounds)
Lead tetroxide (see Lead and lead compounds)
Leather goods manufacture . . . . . . . . . . . . . . . . . . . . 25, 279 (1981); Suppl. 7, 235 (1987); 100C, 317 (2012)
Leather industries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25, 199 (1981); Suppl. 7, 232 (1987); 100C, 317 (2012)
Leather tanning and processing . . . . . . . . . . . . . . . . 25, 201 (1981); Suppl. 7, 236 (1987); 100C, 317 (2012)
Ledate (see also Lead and lead compounds). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 131 (1976)
Levonorgestrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 49 (1999)
Light Green SF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 209 (1978); Suppl. 7, 65 (1987)
d-Limonene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 135 (1993); 73, 307 (1999)
Lindane (see Hexachlorocyclohexanes)
Liver flukes (see Clonorchis sinensis, Opisthorchis felineus and Opisthorchis viverrini)
Lucidin (see 1,3-Dihydro-2-hydroxymethylanthraquinone)
Lumber and sawmill industries (including logging) . . . . . . . . . . . . . . . . . 25, 49 (1981); Suppl. 7, 383 (1987)

Luteoskyrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 163 (1976); Suppl. 7, 65 (1987)
Lynoestrenol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 407 (1979); Suppl. 7, 293 (1987); 72, 49 (1999)

# M

Madder root (see also Rubia tinctorum) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 129 (2002)
Magenta . . . . . . . . . . . . . 4, 57 (1974) (corr. 42, 252); Suppl. 7, 238 (1987); 57, 215 (1993); 100F, 105 (2012)
Magenta, manufacture of (see also Magenta). . . . .Suppl. 7, 238 (1987); 57, 215 (1993); 100F, 105 (2012)
Malathion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 103 (1983); Suppl. 7, 65 (1987)
Maleic hydrazide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 173 (1974) (corr. 42, 253); Suppl. 7, 65 (1987)
Malonaldehyde . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36, 163 (1985); Suppl. 7, 65 (1987); 71, 1037 (1999)
Malondialdehyde (see Malonaldehyde)
Maneb. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 137 (1976); Suppl. 7, 65 (1987)
Man-made mineral fibres (see Man-made vitreous fibres)
Man-made vitreous fibres . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43, 39 (1988); 81 (2002)
Mannomustine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 157 (1975); Suppl. 7, 65 (1987)
Mate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 273 (1991)
MCPA (see also Chlorophenoxy herbicides; Chlorophenoxy herbicides, occupational exposures to) 30, 255 (1983)
MeA-α-C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 253 (1986); Suppl. 7, 65 (1987)
Medphalan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 168 (1975); Suppl. 7, 65 (1987)
Medroxyprogesterone acetate 6, 157 (1974); 21, 417 (1979) (corr. 42, 259); Suppl. 7, 289 (1987); 72, 339 (1999)
Megestrol acetate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 293 (1987); 72, 49 (1999)
MeIQ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 275 (1986); Suppl. 7, 65 (1987); 56, 197 (1993)
MeIQx . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 283 (1986); Suppl. 7, 65 (1987) 56, 211 (1993)
Melamine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39, 333 (1986); Suppl. 7, 65 (1987); 73, 329 (1999)
Melphalan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 167 (1975); Suppl. 7, 239 (1987); 100A, 107 (2012)
6-Mercaptopurine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 249 (1981); Suppl. 7, 240 (1987)
Mercuric chloride (see Mercury and mercury compounds)
Mercury and mercury compounds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58, 239 (1993)
Merphalan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 169 (1975); Suppl. 7, 65 (1987)
Mestranol . . . . . . . . . . . . . . . .6, 87 (1974); 21, 257 (1979) (corr. 42, 259); Suppl. 7, 288 (1987); 72, 49 (1999)
Metabisulfites (see Sulfur dioxide and some sulfites, bisulfites and metabisulfites)
Metallic mercury (see Mercury and mercury compounds)
Methanearsonic acid, disodium salt (see Arsenic and arsenic compounds)
Methanearsonic acid, monosodium salt (see Arsenic and arsenic compounds)
Methimazole. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 53 (2001)
Methotrexate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 267 (1981); Suppl. 7, 241 (1987)
Methoxsalen (see 8-Methoxypsoralen)
Methoxychlor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 193 (1974); 20, 259 (1979); Suppl. 7, 66 (1987)
Methoxyflurane (see Anaesthetics, volatile)
5-Methoxypsoralen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 327 (1986); Suppl. 7, 242 (1987)
8-Methoxypsoralen (see also 8-Methoxypsoralen plus ultraviolet radiation) . . . . . . . . . . . 24, 101 (1980)

8-Methoxypsoralen plus ultraviolet radiation...................Suppl. 7, 243 (1987); 100A, 363 (2012)
Methyl acrylate....................... 19, 52 (1979); 39, 99 (1986); Suppl. 7, 66 (1987); 71, 1489 (1999)
5-Methylangelicin plus ultraviolet radiation
 (see also Angelicin and some synthetic derivatives) ...............................Suppl. 7, 57 (1987)
2-Methylaziridine ..................................... 9, 61 (1975); Suppl. 7, 66 (1987); 71, 1497 (1999)
Methylazoxymethanol acetate (see also Cycasin) ..... 1, 164 (1972); 10, 131 (1976); Suppl. 7, 66 (1987)
Methyl bromide.....................41, 187 (1986) (corr. 45, 283); Suppl. 7, 245 (1987); 71, 721 (1999)
Methyl tert-butyl ether ................................................................73, 339 (1999)
Methyl carbamate.................................................12, 151 (1976); Suppl. 7, 66 (1987)
Methyl-CCNU (see 1-(2-Chloroethyl)-3-(4-methylcyclohexyl)-1-nitrosourea)
Methyl chloride ....................................41, 161 (1986); Suppl. 7, 246 (1987); 71, 737 (1999)
1-, 2-, 3-, 4-, 5- and 6-Methylchrysenes ............... 32, 379 (1983); Suppl. 7, 66 (1987); 92, 35 (2010)
N-Methyl-N,4-dinitrosoaniline .......................................... 1, 141 (1972); Suppl. 7, 66 (1987)
4,4′-Methylene bis(2-chloroaniline) .... 4, 65 (1974) (corr. 42, 252); Suppl. 7, 246 (1987); 57, 271 (1993);
100F, 73 (2012)
4,4′-Methylene bis(N,N-dimethyl)benzenamine.....................27, 119 (1982); Suppl. 7, 66 (1987)
4,4′-Methylene bis(2-methylaniline)..................................4, 73 (1974); Suppl. 7, 248 (1987)
4,4′-Methylenedianiline ..................4, 79 (1974) (corr. 42, 252); 39, 347 (1986); Suppl. 7, 66 (1987)
4,4′-Methylenediphenyl diisocyanate ...............19, 314 (1979); Suppl. 7, 66 (1987); 71, 1049 (1999)
2-Methylfluoranthene ................................ 32, 399 (1983); Suppl. 7, 66 (1987); 92, 35 (2010)
3-Methylfluoranthene ............................... 32, 399 (1983); Suppl. 7, 66 (1987); 92, 35 (2010)
Methylglyoxal....................................................................... 51, 443 (1991)
Methyl iodide .......................15, 245 (1977); 41, 213 (1986); Suppl. 7, 66 (1987); 71, 1503 (1999)
Methylmercury chloride (see Mercury and mercury compounds)
Methylmercury compounds (see Mercury and mercury compounds)
Methyl methacrylate ............................... 19, 187 (1979); Suppl. 7, 66 (1987); 60, 445 (1994)
Methyl methanesulfonate ..........................7, 253 (1974); Suppl. 7, 66 (1987); 71, 1059 (1999)
2-Methyl-1-nitroanthraquinone.....................................27, 205 (1982); Suppl. 7, 66 (1987)
N-Methyl-N′-nitro-N-nitrosoguanidine ...............................4, 183 (1974); Suppl. 7, 248 (1987)
3-Methylnitrosaminopropionaldehyde [see 3-(N-Nitrosomethylamino)-propionaldehyde]
3-Methylnitrosaminopropionitrile [see 3-(N-Nitrosomethylamino)-propionitrile]
4-(Methylnitrosamino)-4-(3-pyridyl)-1-butanal [see 4-(N-Nitrosomethyl-amino)-4-(3-pyridyl)-1-butanal]
4-(Methylnitrosamino)-1-(3-pyridyl)-1-butanone [see 4-(N-Nitrosomethyl-amino)-1-(3-pyridyl)-1-butanone]
N-Methyl-N-nitrosourea ............................. 1, 125 (1972); 17, 227 (1978); Suppl. 7, 66 (1987)
N-Methyl-N-nitrosourethane........................................4, 211 (1974); Suppl. 7, 66 (1987)
N-Methylolacrylamide......................................................................60, 435 (1994)
Methyl parathion........................................... 30, 131 (1983); Suppl. 7, 66, 392 (1987)
1-Methylphenanthrene............................. 32, 405 (1983); Suppl. 7, 66 (1987); 92, 35 (2010)
7-Methylpyrido[3,4-c]psoralen.....................................40, 349 (1986); Suppl. 7, 71 (1987)
Methyl red ........................................................8, 161 (1975); Suppl. 7, 66 (1987)
Methyl selenac (see also Selenium and selenium compounds) ......12, 161 (1976); Suppl. 7, 66 (1987)
Methylthiouracil.......................................7, 53 (1974); Suppl. 7, 66 (1987); 79, 75 (2001)
Metronidazole ..................................................13, 113 (1977); Suppl. 7, 250 (1987)
Microcystin-LR ...................................................................... 94, 331 (2010)

Microcystis extracts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94, 367 (2010)
Mineral oils  . . . . . . . . . . . .3, 30 (1973); 33, 87 (1984) (corr. 42, 262); Suppl. 7, 252 (1987); 100F, 179 (2012)
Mirex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 203 (1974); 20, 283 (1979) (corr. 42, 258); Suppl. 7, 66 (1987)
Mists and vapours from sulfuric acid and other strong inorganic acids . 54, 41 (1992); 100F, 487 (2012)
Mitomycin C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10, 171 (1976); Suppl. 7, 67 (1987)
Mitoxantrone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 289 (2000)
MNNG (see N-Methyl-N'-nitro-N-nitrosoguanidine)
MOCA (see 4,4'-Methylene bis(2-chloroaniline))
Modacrylic fibres. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 86 (1979); Suppl. 7, 67 (1987)
Monochloramine (see Chloramine)
Monocrotaline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10, 291 (1976); Suppl. 7, 67 (1987)
Monuron. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12, 167 (1976); Suppl. 7, 67 (1987); 53, 467 (1991)
MOPP and other combined chemotherapy
 including alkylating agents  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 254 (1987); 100A, 119 (2012)
Mordanite (see Zeolites)
Morinda officinalis (see also Traditional herbal medicines)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 129 (2002)
Morpholine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47, 199 (1989); 71, 1511 (1999)
5-(Morpholinomethyl)-3-[(5-nitrofurfurylidene)amino]-2-oxazolidinone. . . . .7, 161 (1974); Suppl. 7, 67 (1987)
Musk ambrette. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 477 (1996)
Musk xylene  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 477 (1996)
Mustard gas. . . . . . . . . . . . . . . . . . . . . . . . . .9, 181 (1975) (corr. 42, 254); Suppl. 7, 259 (1987); 100F, 437 (2012)
Myleran (see 1,4-Butanediol dimethanesulfonate)

# N

Nafenopin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24, 125 (1980); Suppl. 7, 67 (1987)
Naphthalene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 367 (2002)
1,5-Naphthalenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27, 127 (1982); Suppl. 7, 67 (1987)
1,5-Naphthalene diisocyanate . . . . . . . . . . . . . . . . . . . .19, 311 (1979); Suppl. 7, 67 (1987); 71, 1515 (1999)
Naphtho[1,2-b]fluoranthene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Naphtho[2,1-a]fluoranthene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Naphtho[2,3-e]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
1-Naphthylamine  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 87 (1974) (corr. 42, 253); Suppl. 7, 260 (1987)
2-Naphthylamine  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 97 (1974); Suppl. 7, 261 (1987); 100F, 83 (2012)
1-Naphthylthiourea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 347 (1983); Suppl. 7, 263 (1987)
Neutron radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .75, 361 (2000); 100D, 231 (2012)
Nickel acetate (see Nickel and nickel compounds)
Nickel ammonium sulfate (see Nickel and nickel compounds)
Nickel and nickel compounds (see also Implants, surgical) . . 2, 126 (1973) (corr. 42, 252); 11, 75 (1976);
Suppl. 7, 264 (1987) (corr. 45, 283); 49, 257 (1990) (corr. 67, 395); 100C, 169 (2012)
Nickel carbonate (see Nickel and nickel compounds)
Nickel carbonyl (see Nickel and nickel compounds)
Nickel chloride (see Nickel and nickel compounds)
Nickel-gallium alloy (see Nickel and nickel compounds)

Nickel hydroxide (see Nickel and nickel compounds)
Nickelocene (see Nickel and nickel compounds)
Nickel oxide (see Nickel and nickel compounds)
Nickel subsulfide (see Nickel and nickel compounds)
Nickel sulfate (see Nickel and nickel compounds)
Niridazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 123 (1977); Suppl. 7, 67 (1987)
Nithiazide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 179 (1983); Suppl. 7, 67 (1987)
Nitrate or nitrite, ingested,
  under conditions that result in endogenous nitrosation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94, 43 (2010)
Nitrilotriacetic acid and its salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 181 (1990); 73, 385 (1999)
Nitrite (see Nitrate or nitrite)
5-Nitroacenaphthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 319 (1978); Suppl. 7, 67 (1987)
5-Nitro-*ortho*-anisidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 133 (1982); Suppl. 7, 67 (1987)
2-Nitroanisole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 369 (1996)
9-Nitroanthracene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 179 (1984); Suppl. 7, 67 (1987)
7-Nitrobenz[*a*]anthracene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 247 (1989)
Nitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 381 (1996)
6-Nitrobenzo[*a*]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 187 (1984); Suppl. 7, 67 (1987); 46, 255 (1989)
4-Nitrobiphenyl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 113 (1974); Suppl. 7, 67 (1987)
6-Nitrochrysene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 195 (1984); Suppl. 7, 67 (1987); 46, 267 (1989)
Nitrofen (technical-grade) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 271 (1983); Suppl. 7, 67 (1987)
3-Nitrofluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 201 (1984); Suppl. 7, 67 (1987)
2-Nitrofluorene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 277 (1989)
Nitrofural . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 171 (1974); Suppl. 7, 67 (1987); 50, 195 (1990)
5-Nitro-2-furaldehyde semicarbazone (see Nitrofural)
Nitrofurantoin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 211 (1990)
Nitrofurazone (see Nitrofural)
1-[(5-Nitrofurfurylidene)amino]-2-imidazolidinone . . . . . . . . . . . . . . . . . 7, 181 (1974); Suppl. 7, 67 (1987)
N-[4-(5-Nitro-2-furyl)-2-thiazolyl]acetamide . . . . . . . . . . 1, 181 (1972); 7, 185 (1974); Suppl. 7, 67 (1987)
Nitrogen mustard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 193 (1975); Suppl. 7, 269 (1987)
Nitrogen mustard *N*-oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 209 (1975); Suppl. 7, 67 (1987)
Nitromethane. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 487 (2000)
1-Nitronaphthalene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 291 (1989)
2-Nitronaphthalene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 303 (1989)
3-Nitroperylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 313 (1989)
2-Nitro-para-phenylenediamine (see 1,4-Diamino-2-nitrobenzene)
2-Nitropropane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 331 (1982); Suppl. 7, 67 (1987); 71, 1079 (1999)
1-Nitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 209 (1984); Suppl. 7, 67 (1987); 46, 321 (1989)
2-Nitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 359 (1989)
4-Nitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 367 (1989)
*N*-Nitrosatable drugs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 297 (1980) (corr. 42, 260)
*N*-Nitrosatable pesticides . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 359 (1983)
*N*′-Nitrosoanabasine (NAB). . . . . . . . . . . . . . . . . . . . . . . . . 37, 225 (1985); Suppl. 7, 67 (1987); 89, 419 (2007)
*N*′-Nitrosoanatabine (NAT) . . . . . . . . . . . . . . . . . . . . . . . . . . 37, 233 (1985); Suppl. 7, 67 (1987); 89, 419 (2007)
*N*-Nitrosodi-n-butylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 197 (1974); 17, 51 (1978); Suppl. 7, 67 (1987)
*N*-Nitrosodiethanolamine. . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 77 (1978); Suppl. 7, 67 (1987); 77, 403 (2000)

*N*-Nitrosodiethylamine . . . . 1, 107 (1972) (corr. 42, 251); 17, 83 (1978) (corr. 42, 257); Suppl. 7, 67 (1987)
*N*-Nitrosodimethylamine . . . . . . . . . . . . . . . . 1, 95 (1972); 17, 125 (1978) (corr. 42, 257); Suppl. 7, 67 (1987)
*N*-Nitrosodiphenylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 213 (1982); Suppl. 7, 67 (1987)
*para*-Nitrosodiphenylamine . . . . . . . . . . . . . . . . . . . . . . . . 27, 227 (1982) (corr. 42, 261); Suppl. 7, 68 (1987)
*N*-Nitrosodi-n-propylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 177 (1978); Suppl. 7, 68 (1987)
*N*-Nitroso-N-ethylurea (see *N*-Ethyl-*N*-nitrosourea)
*N*-Nitrosofolic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 217 (1978); Suppl. 7, 68 (1987)
*N*-Nitrosoguvacine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37, 263 (1985); Suppl. 7, 68 (1987); 85, 281 (2004)
*N*-Nitrosoguvacoline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37, 263 (1985); Suppl. 7, 68 (1987); 85, 281 (2004)
*N*-Nitrosohydroxyproline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 304 (1978); Suppl. 7, 68 (1987)
3-(*N*-Nitrosomethylamino)propionaldehyde. . . . . . . . 37, 263 (1985); Suppl. 7, 68 (1987); 85, 281 (2004)
3-(*N*-Nitrosomethylamino)propionitrile . . . . . . . . . . . . 37, 263 (1985); Suppl. 7, 68 (1987); 85, 281 (2004)
4-(*N*-Nitrosomethylamino)-4-(3-pyridyl)-1-butanal. . . . . . . . . . . . . . . . . 37, 205 (1985); Suppl. 7, 68 (1987)
4-(*N*-Nitrosomethylamino)-1-(3-pyridyl)-1-butanone
  (NNK) . . . . . . . . . . . . . . . . . . . . . . . . . . . 37, 209 (1985); Suppl. 7, 68 (1987); 89, 419 (2007); 100E, 319 (2012)
*N*-Nitrosomethylethylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 221 (1978); Suppl. 7, 68 (1987)
*N*-Nitroso-*N*-methylurea (see *N*-Methyl-*N*-nitrosourea)
*N*-Nitroso-*N*-methylurethane (see *N*-Methyl-*N*-nitrosourethane)
*N*-Nitrosomethylvinylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 257 (1978); Suppl. 7, 68 (1987)
*N*-Nitrosomorpholine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 263 (1978); Suppl. 7, 68 (1987)
*N'*-Nitrosonornicotine
  (NNN) . . . . . . . . . . . 17, 281 (1978); 37, 241 (1985); Suppl. 7, 68 (1987); 89, 419 (2007); 100E, 319 (2012)
*N*-Nitrosopiperidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 287 (1978); Suppl. 7, 68 (1987)
*N*-Nitrosoproline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 303 (1978); Suppl. 7, 68 (1987)
*N*-Nitrosopyrrolidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 313 (1978); Suppl. 7, 68 (1987)
*N*-Nitrososarcosine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 327 (1978); Suppl. 7, 68 (1987)
Nitrosoureas, chloroethyl (see Chloroethyl nitrosoureas)
5-Nitro-*ortho*-toluidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 169 (1990)
2-Nitrotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 409 (1996)
3-Nitrotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 409 (1996)
4-Nitrotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 409 (1996)
Nitrous oxide (see Anaesthetics, volatile)
Nitrovin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 185 (1983); Suppl. 7, 68 (1987)
Nivalenol (see Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense*)
NNK (see 4-(*N*-Nitrosomethylamino)-1-(3-pyridyl)-1-butanone)
NNN (see *N'*-Nitrosonornicotine)
Nodularins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94, 329 (2010)
Nonsteroidal estrogens. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 273 (1987)
Norethisterone. . . . . . . . . . . . . . . . . . . . . . . 6, 179 (1974); 21, 461 (1979); Suppl. 7, 294 (1987); 72, 49 (1999)
Norethisterone acetate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 49 (1999)
Norethynodrel . . . . . . . . . . 6, 191 (1974); 21, 461 (1979) (corr. 42, 259); Suppl. 7, 295 (1987); 72, 49 (1999)
Norgestrel . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 201 (1974); 21, 479 (1979); Suppl. 7, 295 (1987); 72, 49 (1999)
Nylon 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 120 (1979); Suppl. 7, 68 (1987)

# O

Ochratoxin A . . . . . . . . . 10, 191 (1976); 31, 191 (1983) (corr. 42, 262); Suppl. 7, 271 (1987); 56, 489 (1993)
Oil Orange SS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 165 (1975); Suppl. 7, 69 (1987)
Oestrogen and Oestrogen-type compounds (see Estrogen)
*Opisthorchis felineus* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 121 (1994)
*Opisthorchis viverrini* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 121 (1994); 100B, 341 (2012)
Oral contraceptives, sequential (see Sequential oral contraceptives)
Orange I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 173 (1975); Suppl. 7, 69 (1987)
Orange G . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 181 (1975); Suppl. 7, 69 (1987)
Organic lead compounds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 230 (1987); 87 (2006)
Organolead compounds (see Organic lead compounds)
Oxazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 58 (1977); Suppl. 7, 69 (1987); 66, 115 (1996)
Oxymetholone (see also Androgenic (anabolic) steroids) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 131 (1977)
Oxyphenbutazone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 185 (1977); Suppl. 7, 69 (1987)

# P

Paint manufacture and painting (occupational exposures in) . . 47, 329 (1989); 98, 41 (2010); 100F, 509 (2012)
Palygorskite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42, 159 (1987); Suppl. 7, 117 (1987); 68, 245 (1997)
Panfuran S (see also Dihydroxymethylfuratrizine) . . . . . . . . . . . . . . . . . . . 24, 77 (1980); Suppl. 7, 69 (1987)
Paper manufacture (see Pulp and paper manufacture)
Paracetamol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 307 (1990); 73, 401 (1999)
Parasorbic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 199 (1976) (corr. 42, 255); Suppl. 7, 69 (1987)
Parathion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 153 (1983); Suppl. 7, 69 (1987)
Patulin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 205 (1976); 40, 83 (1986); Suppl. 7, 69 (1987)
Paving and roofing with coal-tar pitch . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Penicillic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 211 (1976); Suppl. 7, 69 (1987)
Pentachloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 99 (1986); Suppl. 7, 69 (1987); 71, 1519 (1999)
Pentachloronitrobenzene (see Quintozene)
Pentachlorophenol (see also Chlorophenols; Chlorophenols, occupational exposures to;
Polychlorophenols and their sodium salts) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 303 (1979); 53, 371 (1991)
Permethrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 329 (1991)
Perylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 411 (1983); Suppl. 7, 69 (1987); 92, 35 (2010)
Petasitenine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 207 (1983); Suppl. 7, 69 (1987)
Petasites japonicus (see also Pyrrolizidine alkaloids) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 333 (1976)
Petroleum refining (occupational exposures in) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 39 (1989)
Petroleum solvents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 43 (1989)
Phenacetin . . . . . . . . . . . . . . . . . . . . . . 13, 141 (1977); 24, 135 (1980); Suppl. 7, 310 (1987); 100A, 377 (2012)
Phenanthrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 419 (1983); Suppl. 7, 69 (1987); 92, 35 (2010)
Phenazopyridine hydrochloride . . . . . . . 8, 117 (1975); 24, 163 (1980) (corr. 42, 260); Suppl. 7, 312 (1987)
Phenelzine sulfate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 175 (1980); Suppl. 7, 312 (1987)
Phenicarbazide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 177 (1976); Suppl. 7, 70 (1987)

Phenobarbital and its sodium salt. . . . . . . . . . . . . . . . .13, 157 (1977); Suppl. 7, 313 (1987); 79, 161 (2001)
Phenol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 263 (1989) (corr. 50, 385); 71, 749 (1999)
Phenolphthalein . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 387 (2000)
Phenoxyacetic acid herbicides (see Chlorophenoxy herbicides)
Phenoxybenzamine hydrochloride. . . . . . . . . . . . . . . . . . 9, 223 (1975); 24, 185 (1980); Suppl. 7, 70 (1987)
Phenylbutazone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13, 183 (1977); Suppl. 7, 316 (1987)
meta-Phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16, 111 (1978); Suppl. 7, 70 (1987)
para-Phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16, 125 (1978); Suppl. 7, 70 (1987)
Phenyl glycidyl ether (see also Glycidyl ethers) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71, 1525 (1999)
N-Phenyl-2-naphthylamine . . . . . . . . . . . . . . . . . . . . . . . . .16, 325 (1978) (corr. 42, 257); Suppl. 7, 318 (1987)
ortho-Phenylphenol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 329 (1983); Suppl. 7, 70 (1987); 73, 451 (1999)
Phenytoin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13, 201 (1977); Suppl. 7, 319 (1987); 66, 175 (1996)
Phillipsite (see Zeolites)
PhIP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 229 (1993)
Phosphorus-32 as phosphate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 285 (2012)
Picene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Pickled vegetables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 83 (1993)
Picloram . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 481 (1991)
Piperazine oestrone sulfate (see Conjugated estrogens)
Piperonyl butoxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 183 (1983); Suppl. 7, 70 (1987)
Pitches, coal-tar (see Coal-tar pitches)
Plutonium-239 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 241 (2012)
Polyacrylic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 62 (1979); Suppl. 7, 70 (1987)
Polybrominated biphenyls. . . . . . . . . . . . . . . . . . . . . . . . .18, 107 (1978); 41, 261 (1986); Suppl. 7, 321 (1987)
Polychlorinated biphenyls . . . . . . . . . . . . . 7, 261 (1974); 18, 43 (1978) (corr. 42, 258); Suppl. 7, 322 (1987)
Polychlorinated camphenes (see Toxaphene)
Polychlorinated dibenzo-para-dioxins
 (other than 2,3,7,8-tetrachlorodibenzodioxin). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69, 33 (1997)
Polychlorinated dibenzofurans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69, 345 (1997)
Polychlorophenols and their sodium salts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 769 (1999)
Polychloroprene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19, 141 (1979); Suppl. 7, 70 (1987)
Polyestradiol phosphate (see Estradiol-17β)
Polyethylene (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . . . . . . . .19, 164 (1979); Suppl. 7, 70 (1987)
Poly(glycolic acid) (see Implants, surgical)
Polymethylene polyphenyl isocyanate
 (see also 4,4′-Methylenediphenyl diisocyanate) . . . . . . . . . . . . . . . . . . . .19, 314 (1979); Suppl. 7, 70 (1987)
Polymethyl methacrylate (see also Implants, surgical) . . . . . . . . . . . . . .19, 195 (1979); Suppl. 7, 70 (1987)
Polypropylene (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . . . . . .19, 218 (1979); Suppl. 7, 70 (1987)
Polystyrene (see also Implants, surgical). . . . . . . . . . . . . . . . . . . . . . . . . . . .19, 245 (1979); Suppl. 7, 70 (1987)
Polytetrafluoroethylene (see also Implants, surgical). . . . . . . . . . . . . . . .19, 288 (1979); Suppl. 7, 70 (1987)
Polyurethane foams (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . .19, 320 (1979); Suppl. 7, 70 (1987)
Polyvinyl acetate (see also Implants, surgical). . . . . . . . . . . . . . . . . . . . . . .19, 346 (1979); Suppl. 7, 70 (1987)
Polyvinyl alcohol (see also Implants, surgical). . . . . . . . . . . . . . . . . . . . . . .19, 351 (1979); Suppl. 7, 70 (1987)
Polyvinyl chloride (see also Implants, surgical). . . . . . . . 7, 306 (1974); 19, 402 (1979); Suppl. 7, 70 (1987)
Polyvinyl pyrrolidone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19, 463 (1979); Suppl. 7, 70 (1987); 71, 1181 (1999)
Ponceau MX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 189 (1975); Suppl. 7, 70 (1987)

Ponceau 3R . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 199 (1975); Suppl. 7, 70 (1987)
Ponceau SX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 207 (1975); Suppl. 7, 70 (1987)
Post-menopausal estrogen therapy . . . . . . . . . . . . . Suppl. 7, 280 (1987); 72, 399 (1999); 100A, 219 (2012)
Potassium arsenate (see Arsenic and arsenic compounds)
Potassium arsenite (see Arsenic and arsenic compounds)
Potassium bis(2-hydroxyethyl)dithiocarbamate . . . . . . . . . . . . . . . . . . . .12, 183 (1976); Suppl. 7, 70 (1987)
Potassium bromate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 207 (1986); Suppl. 7, 70 (1987); 73, 481 (1999)
Potassium chromate (see Chromium and chromium compounds)
Potassium dichromate (see Chromium and chromium compounds)
Prazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 143 (1996)
Prednimustine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 115 (1990)
Prednisone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 293 (1981); Suppl. 7, 326 (1987)
Printing processes and printing inks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 33 (1996)
Procarbazine hydrochloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 311 (1981); Suppl. 7, 327 (1987)
Proflavine salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 195 (1980); Suppl. 7, 70 (1987)
Progesterone (see also Progestins;
 Combined oral contraceptives). . . . . . . . . . . . . . . . . . . . . . . . . . . .6, 135 (1974); 21, 491 (1979) (corr. 42, 259)
Progestins (see Progestogens)
Progestogens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 289 (1987); 72, 49, 339, 531 (1999)
Pronetalol hydrochloride . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 227 (1977) (corr. 42, 256); Suppl. 7, 70 (1987)
1,3-Propane sultone . . . . . . . . . . . . . . . . . 4, 253 (1974) (corr. 42, 253); Suppl. 7, 70 (1987); 71, 1095 (1999)
Propham. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12, 189 (1976); Suppl. 7, 70 (1987)
β-Propiolactone. . . . . . . . . . . . . . . . . . . . . . 4, 259 (1974) (corr. 42, 253); Suppl. 7, 70 (1987); 71, 1103 (1999)
*n*-Propyl carbamate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12, 201 (1976); Suppl. 7, 70 (1987)
Propylene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 213 (1979); Suppl. 7, 71 (1987); 60, 161 (1994)
Propyleneimine (see 2-Methylaziridine)
Propylene oxide . . . . . . 11, 191 (1976); 36, 227 (1985) (corr. 42, 263); Suppl. 7, 328 (1987); 60, 181 (1994)
Propylthiouracil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 67 (1974); Suppl. 7, 329 (1987); 79, 91 (2001)
Ptaquiloside (see also Bracken fern). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 55 (1986); Suppl. 7, 71 (1987)
Pulp and paper manufacture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25, 157 (1981); Suppl. 7, 385 (1987)
Pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 431 (1983); Suppl. 7, 71 (1987); 92, 35 (2010)
Pyridine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 503 (2000)
Pyrido[3,4-*c*]psoralen. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 349 (1986); Suppl. 7, 71 (1987)
Pyrimethamine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 233 (1977); Suppl. 7, 71 (1987)
Pyrrolizidine alkaloids
 (see Hydroxysenkirkine; Isatidine; Jacobine; Lasiocarpine; Monocrotaline; Retrorsine; Riddelliine; Seneciphylline; Senkirkine)

# Q

Quartz (see Crystalline silica)
Quercetin (see also Bracken fern) . . . . . . . . . . . . . . . . . . . 31, 213 (1983); Suppl. 7, 71 (1987); 73, 497 (1999)
*para*-Quinone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15, 255 (1977); Suppl. 7, 71 (1987); 71, 1245 (1999)
Quintozene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 211 (1974); Suppl. 7, 71 (1987)

# R

Radiation (see gamma-radiation, neutrons, ultraviolet radiation, X-radiation)

Radionuclides, internalized, that emit α-particles . . . . . . . . . . . . . . . . . . . . . . . . . 78 (2001); 100D, 241 (2012)

Radionuclides, internalized, that emit β-particles . . . . . . . . . . . . . . . . . . . . . . . . . 78 (2001); 100D, 285 (2012)

Radioisotopes of iodine, short-lived, including Iodine-131 . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 285 (2012)

Radium-224, radium-226, radium-228 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 241 (2012)

Radon-222 with its decay products . . . . . . . . . . . . . . . . . . . . 43, 173 (1988) (corr. 45, 283); 100D, 241 (2012)

Refractory ceramic fibres (see Man-made vitreous fibres)

Reserpine . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 217 (1976); 24, 211 (1980) (corr. 42, 260); Suppl. 7, 330 (1987)

Resorcinol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 155 (1977); Suppl. 7, 71 (1987); 71, 1119 (1990)

Retrorsine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 303 (1976); Suppl. 7, 71 (1987)

Rhodamine B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 221 (1978); Suppl. 7, 71 (1987)

Rhodamine 6G . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 233 (1978); Suppl. 7, 71 (1987)

Riddelliine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 313 (1976); Suppl. 7, 71 (1987); 82, 153 (2002)

Rifampicin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 243 (1980); Suppl. 7, 71 (1987)

Ripazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 157 (1996)

Rock (stone) wool (see Man-made vitreous fibres)

Rubber industry . . . . . . . . . . . . . . . . . . . . . . . . 28 (1982) (corr. 42, 261); Suppl. 7, 332 (1987) ; 100F, 541 (2012)

Rubia tinctorum (see also Madder root, Traditional herbal medicines) . . . . . . . . . . . . . . . . . . 82, 129 (2002)

Rugulosin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 99 (1986); Suppl. 7, 71 (1987)

# S

Saccharated iron oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 161 (1973); Suppl. 7, 71 (1987)

Saccharin and its salts . . . . . . . . . . . . . . . 22, 111 (1980) (corr. 42, 259); Suppl. 7, 334 (1987); 73, 517 (1999)

Safrole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 169 (1972); 10, 231 (1976); Suppl. 7, 71 (1987)

Salted fish, Chinese-style . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 41 (1993); 100E, 501 (2012)

Sawmill industry (including logging) (see Lumber and sawmill industry (including logging))

Scarlet Red . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 217 (1975); Suppl. 7, 71 (1987)

Schistosoma haematobium (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 45 (1994); 100B, 371 (2012)

Schistosoma japonicum (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 45 (1994)

Schistosoma mansoni (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 45 (1994)

Selenium and selenium compounds . . . . . . . . . . . . . . . . . . 9, 245 (1975) (corr. 42, 255); Suppl. 7, 71 (1987)

Selenium dioxide (see Selenium and selenium compounds)

Selenium oxide (see Selenium and selenium compounds)

Semicarbazide hydrochloride . . . . . . . . . . . . . . . . . . . . . . . 12, 209 (1976) (corr. 42, 256); Suppl. 7, 71 (1987)

Senecio jacobaea L. (see also Pyrrolizidine alkaloids) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 333 (1976)

Senecio longilobus (see also Pyrrolizidine alkaloids, Traditional) herbal medicines) . . . . . . . . . 10, 334 (1976); 82, 153 (2002)

Senecio riddellii (see also Traditional herbal medicines) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 153 (1982)

Seneciphylline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 319, 335 (1976); Suppl. 7, 71 (1987)

Senkirkine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 327 (1976); 31, 231 (1983); Suppl. 7, 71 (1987)
Sepiolite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42, 175 (1987); Suppl. 7, 71 (1987); 68, 267 (1997)
Sequential oral contraceptives
 (see also Estrogens, progestins and combinations) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 296 (1987)
Shale-oils . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35, 161 (1985); Suppl. 7, 339 (1987); 100F, 197 (2012)
Shiftwork . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98, 561 (2010)
Shikimic acid (see also Bracken fern) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 55 (1986); Suppl. 7, 71 (1987)
Shoe manufacture and repair (see Boot and shoe manufacture and repair)
Silica (see also Amorphous silica; Crystalline silica) . . . . . . . . . . . . . . . . . . . . . .42, 39 (1987); 100C, 355 (2012)
Silicone (see Implants, surgical)
Simazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 495 (1991); 73, 625 (1999)
Slag wool (see Man-made vitreous fibres)
Sodium arsenate (see Arsenic and arsenic compounds)
Sodium arsenite (see Arsenic and arsenic compounds)
Sodium cacodylate (see Arsenic and arsenic compounds)
Sodium chlorite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 145 (1991)
Sodium chromate (see Chromium and chromium compounds)
Sodium cyclamate (see Cyclamates)
Sodium dichromate (see Chromium and chromium compounds)
Sodium diethyldithiocarbamate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12, 217 (1976); Suppl. 7, 71 (1987)
Sodium equilin sulfate (see Conjugated estrogens)
Sodium estrone sulfate (see Conjugated estrogens)
Sodium fluoride (see Fluorides)
Sodium monofluorophosphate (see Fluorides)
Sodium ortho-phenylphenate
 (see also ortho-Phenylphenol) . . . . . . . . . . . . . . . . . 30, 329 (1983); Suppl. 7, 71, 392 (1987); 73, 451 (1999)
Sodium saccharin (see Saccharin)
Sodium selenate (see Selenium and selenium compounds)
Sodium selenite (see Selenium and selenium compounds)
Sodium silicofluoride (see Fluorides)
Solar radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55 (1992); 100D, 35 (2012)
Soots . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 22 (1973); 35, 219 (1985); Suppl. 7, 343 (1987); 100F, 209 (2012)
Special-purpose glass fibres such as E-glass and '475' glass fibres (see Man-made vitreous fibres)
Spironolactone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24, 259 (1980); Suppl. 7, 344 (1987); 79, 317 (2001)
Stannous fluoride (see Fluorides)
Static electric fields . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .80 (2002)
Static magnetic fields . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .80 (2002)
Steel founding (see Iron and steel founding)
Steel, stainless (see Implants, surgical)
Sterigmatocystin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 175 (1972); 10, 245 (1976); Suppl. 7, 72 (1987)
Steroidal estrogens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 280 (1987)
Streptozotocin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 221 (1974); 17, 337 (1978); Suppl. 7, 72 (1987)
Strobane® (see Terpene polychlorinates)
Strong-inorganic-acid mists containing sulfuric acid (see Mists and vapours from sulfuric acid and
other strong inorganic acids)
Strontium chromate (see Chromium and chromium compounds)

Styrene  19, 231 (1979) (corr. 42, 258); Suppl. 7, 345 (1987); 60, 233 (1994) (corr. 65, 549); 82, 437 (2002)
Styrene-acrylonitrile copolymers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 97 (1979); Suppl. 7, 72 (1987)
Styrene-butadiene copolymers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 252 (1979); Suppl. 7, 72 (1987)
Styrene-7,8-oxide . . . . 11, 201 (1976); 19, 275 (1979); 36, 245 (1985); Suppl. 7, 72 (1987); 60, 321 (1994)
Succinic anhydride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 265 (1977); Suppl. 7, 72 (1987)
Sudan I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 225 (1975); Suppl. 7, 72 (1987)
Sudan II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 233 (1975); Suppl. 7, 72 (1987)
Sudan III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 241 (1975); Suppl. 7, 72 (1987)
Sudan Brown RR. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 249 (1975); Suppl. 7, 72 (1987)
Sudan Red 7B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 253 (1975); Suppl. 7, 72 (1987)
Sulfadimidine (see Sulfamethazine)
Sulfafurazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 275 (1980); Suppl. 7, 347 (1987)
Sulfallate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 283 (1983); Suppl. 7, 72 (1987)
Sulfamethazine and its sodium salt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 341 (2001)
Sulfamethoxazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 285 (1980); Suppl. 7, 348 (1987); 79, 361 (2001)
Sulfites (see Sulfur dioxide and some sulfites, bisulfites and metabisulfites)
Sulfur dioxide and some sulfites, bisulfites and metabisulfites. . . . . . . . . . . . . . . . . . . . . . . . . 54, 131 (1992)
Sulfur mustard (see Mustard gas)
Sulfuric acid and other strong inorganic acids,
 occupational exposures to mists and vapours from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54, 41 (1992)
Sulfur trioxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54, 121 (1992)
Sulphisoxazole (see Sulfafurazole)
Sunset Yellow FCF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 257 (1975); Suppl. 7, 72 (1987)
Symphytine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 239 (1983); Suppl. 7, 72 (1987)

# T

2,4,5-T (see also Chlorophenoxy herbicides;
 Chlorophenoxy herbicides, occupational exposures to) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 273 (1977)
Talc . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42, 185 (1987); Suppl. 7, 349 (1987)
Talc, inhaled, not containing asbestos or asbestiform fibres . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93 (2010)
Talc-based body powder, perineal use of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93 (2010)
Tamoxifen. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 253 (1996); 100A, 131 (2012)
Tannic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 253 (1976) (corr. 42, 255); Suppl. 7, 72 (1987)
Tannins (see also Tannic acid) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 254 (1976); Suppl. 7, 72 (1987)
TCDD (see 2,3,7,8-Tetrachlorodibenzo-para-dioxin)
TDE (see DDT)
Tea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 207 (1991)
Temazepam. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 161 (1996)
Teniposide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 259 (2000)
Terpene polychlorinates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 219 (1974); Suppl. 7, 72 (1987)
Testosterone (see also Androgenic (anabolic) steroids). . . . . . . . . . . . . . . . . . 6, 209 (1974); 21, 519 (1979)
Testosterone oenanthate (see Testosterone)
Testosterone propionate (see Testosterone)
2,2′,5,5′-Tetrachlorobenzidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 141 (1982); Suppl. 7, 72 (1987)

2,3,7,8-Tetrachlorodibenzo-*para*-dioxin . . . . 15, 41 (1977); Suppl. 7, 350 (1987); 69, 33 (1997); 100F, 339 (2012)

1,1,1,2-Tetrachloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 87 (1986); Suppl. 7, 72 (1987); 71, 1133 (1999)

1,1,2,2-Tetrachloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 477 (1979); Suppl. 7, 354 (1987); 71, 817 (1999)

Tetrachloroethylene . . . . . . . . . . . . . . . . . 20, 491 (1979); Suppl. 7, 355 (1987); 63, 159 (1995) (corr. 65, 549)

2,3,4,6-Tetrachlorophenol (see Chlorophenols; Chlorophenols, occupational exposures to; Polychlorophenols and their sodium salts)

Tetrachlorvinphos . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 197 (1983); Suppl. 7, 72 (1987)

Tetraethyllead (see Lead and lead compounds)

Tetrafluoroethylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 285 (1979); Suppl. 7, 72 (1987); 71, 1143 (1999)

Tetrakis(hydroxymethyl)phosphonium salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 95 (1990); 71, 1529 (1999)

Tetramethyllead (see Lead and lead compounds)

Tetranitromethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 437 (1996)

Textile manufacturing industry, exposures in . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 215 (1990) (corr. 51, 483)

Theobromine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 421 (1991)

Theophylline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 391 (1991)

Thioacetamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 77 (1974); Suppl. 7, 72 (1987)

4,4'-Thiodianiline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 343 (1978); 27, 147 (1982); Suppl. 7, 72 (1987)

Thiotepa . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 85 (1975); Suppl. 7, 368 (1987); 50, 123 (1990); 100A, 163 (2012)

Thiouracil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 85 (1974); Suppl. 7, 72 (1987); 79, 127 (2001)

Thiourea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 95 (1974); Suppl. 7, 72 (1987); 79, 703 (2001)

Thiram . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 225 (1976); Suppl. 7, 72 (1987); 53, 403 (1991)

Thorium-232 (as Thorotrast) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 241 (2012)

Titanium (see Implants, surgical)

Titanium dioxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 307 (1989); 93 (2010)

Tobacco

—Second-hand tobacco smoke . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83, 1189 (2004); 100E, 213 (2012)

—Smokeless tobacco . . 37 (1985) (corr. 42, 263; 52, 513); Suppl. 7, 357 (1987); 89, 39 (2007); 100E, 265 (2012)

—Tobacco smoking . . . . . . . 38 (1986) (corr. 42, 263); Suppl. 7, 359 (1987); 83, 51 (2004); 100E, 43 (2012)

*ortho*-Tolidine (see 3,3'-Dimethylbenzidine)

2,4-Toluene diisocyanate (see also Toluene diisocyanates) . . . . . . . . . . . . . . 19, 303 (1979); 39, 287 (1986)

2,6-Toluene diisocyanate (see also Toluene diisocyanates) . . . . . . . . . . . . . . 19, 303 (1979); 39, 289 (1986)

Toluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 79 (1989); 71, 829 (1999)

Toluene diisocyanates . . . . . . . . . . . . . . . . 39, 287 (1986) (corr. 42, 264); Suppl. 7, 72 (1987); 71, 865 (1999)

Toluenes, α-chlorinated (see α-Chlorinated toluenes and benzoyl chloride)

*ortho*-Toluenesulfonamide (see Saccharin)

*ortho*-Toluidine . . . . . . . 16, 349 (1978); 27, 155 (1982) (corr. 68, 477); Suppl. 7, 362 (1987); 77, 267 (2000)

Toremifene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 367 (1996)

Toxaphene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 327 (1979); Suppl. 7, 72 (1987); 79, 569 (2001)

T-2 Toxin (see Toxins derived from Fusarium sporotrichioides)

Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense* . . . 11, 169 (1976); 31, 153, 279 (1983); Suppl. 7, 64, 74 (1987); 56, 397 (1993)

Toxins derived from *Fusarium moniliforme* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 445 (1993)

Toxins derived from *Fusarium sporotrichioides* . . . . . . . 31, 265 (1983); Suppl. 7, 73 (1987); 56, 467 (1993)

Traditional herbal medicines........................................82, 41 (2002); 100A, 347 (2012)
Tremolite (see Asbestos)
Treosulfan ....................................... 26, 341 (1981); Suppl. 7, 363 (1987); 100A, 171 (2012)
Triaziquone (see Tris(aziridinyl)-*para*-benzoquinone)
Trichlorfon..........................................................30, 207 (1983); Suppl. 7, 73 (1987)
Trichlormethine..................................... 9, 229 (1975); Suppl. 7, 73 (1987); 50, 143 (1990)
Trichloroacetic acid............................................ 63, 291 (1995) (corr. 65, 549); 84 (2004)
Trichloroacetonitrile (see also Halogenated acetonitriles) ...............................71, 1533 (1999)
1,1,1-Trichloroethane.................................20, 515 (1979); Suppl. 7, 73 (1987); 71, 881 (1999)
1,1,2-Trichloroethane..............20, 533 (1979); Suppl. 7, 73 (1987); 52, 337 (1991); 71, 1153 (1999)
Trichloroethylene ..... 11, 263 (1976); 20, 545 (1979); Suppl. 7, 364 (1987); 63, 75 (1995) (corr. 65, 549)
2,4,5-Trichlorophenol (see also Chlorophenols; Chlorophenols, occupational exposures to;
  Polychlorophenols and their sodium salts)...........................................20, 349 (1979)
2,4,6-Trichlorophenol (see also Chlorophenols; Chlorophenols, occupational exposures to;
  Polychlorophenols and their sodium salts)...........................................20, 349 (1979)
(2,4,5-Trichlorophenoxy)acetic acid (see 2,4,5-T)
1,2,3-Trichloropropane ....................................................................63, 223 (1995)
Trichlorotriethylamine-hydrochloride (see Trichlormethine)
T2-Trichothecene (see Toxins derived from Fusarium sporotrichioides)
Tridymite (see Crystalline silica)
Triethanolamine...................................................................77, 381 (2000)
Triethylene glycol diglycidyl ether .................11, 209 (1976); Suppl. 7, 73 (1987); 71, 1539 (1999)
Trifluralin .............................................................................53, 515 (1991)
4,4′,6-Trimethylangelicin plus ultraviolet radiation
  (see also Angelicin and some synthetic derivatives) ...............................Suppl. 7, 57 (1987)
2,4,5-Trimethylaniline ..............................................27, 177 (1982); Suppl. 7, 73 (1987)
2,4,6-Trimethylaniline ..............................................27, 178 (1982); Suppl. 7, 73 (1987)
4,5′,8-Trimethylpsoralen ..........................................40, 357 (1986); Suppl. 7, 366 (1987)
Trimustine hydrochloride (see Trichlormethine)
2,4,6-Trinitrotoluene.................................................................65, 449 (1996)
Triphenylene..........................................32, 447 (1983); Suppl. 7, 73 (1987); 92, 35 (2010)
Tris(aziridinyl)-*para*-benzoquinone................................9, 67 (1975); Suppl. 7, 367 (1987)
Tris(1-aziridinyl)phosphine-oxide ......................................9, 75 (1975); Suppl. 7, 73 (1987)
Tris(1-aziridinyl)phosphine-sulphide (see Thiotepa)
2,4,6-Tris(1-aziridinyl)-s-triazine .......................................9, 95 (1975); Suppl. 7, 73 (1987)
Tris(2-chloroethyl) phosphate........................................48, 109 (1990); 71, 1543 (1999)
1,2,3-Tris(chloromethoxy)propane .................15, 301 (1977); Suppl. 7, 73 (1987); 71, 1549 (1999)
Tris(2,3-dibromopropyl) phosphate ................20, 575 (1979); Suppl. 7, 369 (1987); 71, 905 (1999)
Tris(2-methyl-1-aziridinyl)phosphine-oxide...........................9, 107 (1975); Suppl. 7, 73 (1987)
Trp-P-1...........................................................31, 247 (1983); Suppl. 7, 73 (1987)
Trp-P-2...........................................................31, 255 (1983); Suppl. 7, 73 (1987)
Trypan blue .......................................................8, 267 (1975); Suppl. 7, 73 (1987)
*Tussilago farfara* L. (see also Pyrrolizidine alkaloids) .....................................10, 334 (1976)

## U

Ultraviolet radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 379 (1986); 55 (1992); 100D, 35 (2012)
Underground haematite mining with exposure to radon (see Haematite mining, underground)
Uracil mustard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 235 (1975); Suppl. 7, 370 (1987)
Uranium, depleted (see Implants, surgical)
Urethane (see Ethyl carbamate)
UV-emitting tanning devices, use of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 35 (2012)

## V

Vanadium pentoxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 227 (2006)
Vat Yellow 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 161 (1990)
Vinblastine sulfate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 349 (1981) (corr. 42, 261); Suppl. 7, 371 (1987)
Vincristine sulfate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 365 (1981); Suppl. 7, 372 (1987)

Vinyl acetate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 341 (1979); 39, 113 (1986);
   Suppl. 7, 73 (1987); 63, 443 (1995)
Vinyl bromide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 367 (1979); 39, 133 (1986);
   Suppl. 7, 73 (1987); 71, 923 (1999); 97, 445 (2008)
Vinyl chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 291 (1974); 19, 377 (1979) (corr. 42, 258);
   Suppl. 7, 373 (1987); 97, 311 (2008); 100F, 451 (2012)
Vinyl chloride-vinyl acetate copolymers . . . . . . . . . . . . . . . . . . . 7, 311 (1976); 19, 412 (1979) (corr. 42, 258);
   Suppl. 7, 73 (1987)
4-Vinylcyclohexene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 277 (1976); 39, 181 (1986) Suppl. 7, 73 (1987);
   60, 347 (1994)
4-Vinylcyclohexene diepoxide . . . . . . . . . . . . . . . . . . . . . . . 11, 141 (1976); Suppl. 7, 63 (1987); 60, 361 (1994)
Vinyl fluoride. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 147 (1986); Suppl. 7, 73 (1987);
   63, 467 (1995); 97, 459 (2008)
Vinylidene chloride. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 439 (1979); 39, 195 (1986);
   Suppl. 7, 376 (1987); 71, 1163 (1999)
Vinylidene chloride-vinyl chloride copolymers . . . . . . . 19, 448 (1979) (corr. 42, 258); Suppl. 7, 73 (1987)
Vinylidene fluoride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 227 (1986); Suppl. 7, 73 (1987); 71, 1551 (1999)
N-Vinyl-2-pyrrolidone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 461 (1979); Suppl. 7, 73 (1987); 71, 1181 (1999)
Vinyl toluene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 373 (1994)
Vitamin K substances. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 417 (2000)

## W

Welding. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49, 447 (1990) (corr. 52, 513)
Wollastonite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42, 145 (1987); Suppl. 7, 377 (1987); 68, 283 (1997)
Wood dust . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62, 35 (1995); 100C, 407 (2012)

Wood industries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25 (1981); Suppl. 7, 378 (1987)

# X

X-radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75, 121 (2000); 100D, 103 (2012)
Xylenes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 125 (1989); 71, 1189 (1999)
2,4-Xylidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 367 (1978); Suppl. 7, 74 (1987)
2,5-Xylidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 377 (1978); Suppl. 7, 74 (1987)
2,6-Xylidine (see 2,6-Dimethylaniline)

# Y

Yellow AB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 279 (1975); Suppl. 7, 74 (1987)
Yellow OB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 287 (1975); Suppl. 7, 74 (1987)

# Z

Zalcitabine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 129 (2000)
Zearalenone (see Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense*)
Zectran . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 237 (1976); Suppl. 7, 74 (1987)
Zeolites other than erionite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68, 307 (1997)
Zidovudine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 73 (2000)
Zinc beryllium silicate (see Beryllium and beryllium compounds)
Zinc chromate (see Chromium and chromium compounds)
Zinc chromate hydroxide (see Chromium and chromium compounds)
Zinc potassium chromate (see Chromium and chromium compounds)
Zinc yellow (see Chromium and chromium compounds)
Zineb . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 245 (1976); Suppl. 7, 74 (1987)
Ziram . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 259 (1976); Suppl. 7, 74 (1987); 53, 423 (1991)

# LIST OF *IARC MONOGRAPHS*

## Volume 1

*Some Inorganic Substances, Chlorinated Hydrocarbons, Aromatic Amines, N-Nitroso Compounds, and Natural Products*

1972; 184 pages (out-of-print)

## Volume 2

*Some Inorganic and Organometallic Compounds*

1973; 181 pages (out-of-print)

## Volume 3

*Certain Polycyclic Aromatic Hydrocarbons and Heterocyclic Compounds*

1973; 271 pages (out-of-print)

## Volume 4

*Some Aromatic Amines, Hydrazine and Related Substances, N-Nitroso Compounds and Miscellaneous Alkylating Agents*

1974; 286 pages (out-of-print)

## Volume 5

*Some Organochlorine Pesticides*

1974; 241 pages (out-of-print)

## Volume 6

*Sex Hormones*

1974; 243 pages (out-of-print)

## Volume 7

*Some Anti-Thyroid and Related Substances, Nitrofurans and Industrial Chemicals*

1974; 326 pages (out-of-print)

## Volume 8

*Some Aromatic Azo Compounds*

1975; 357 pages (out-of-print)

## Volume 9

*Some Aziridines, N-, S- and O-Mustards and Selenium*

1975; 268 pages (out-of-print)

## Volume 10

*Some Naturally Occurring Substances*

1976; 353 pages (out-of-print)

## Volume 11

*Cadmium, Nickel, Some Epoxides, Miscellaneous Industrial Chemicals and General Considerations on Volatile Anaesthetics*

1976; 306 pages (out-of-print)

## Volume 12

*Some Carbamates, Thio- carbamates and Carbazides*

1976; 282 pages (out-of-print)

## Volume 13

*Some Miscellaneous Pharmaceutical Substances*

1977; 255 pages

## Volume 14

*Asbestos*

1977; 106 pages (out-of-print)

## Volume 15

*Some Fumigants, the Herbicides 2,4-D and 2,4,5-T, Chlorinated Dibenzodioxins and Miscellaneous Industrial Chemicals*

1977; 354 pages (out-of-print)

## Volume 16

*Some Aromatic Amines and Related Nitro Compounds—Hair Dyes, Colouring Agents and Miscellaneous Industrial Chemicals*

1978; 400 pages

## Volume 17

*Some N-Nitroso Compounds*

1978; 365 pages

## Volume 18

*Polychlorinated Biphenyls and Polybrominated Biphenyls*

1978; 140 pages (out-of-print)

## Volume 19

*Some Monomers, Plastics and Synthetic Elastomers, and Acrolein*

1979; 513 pages (out-of-print)

## Volume 20

*Some Halogenated Hydrocarbons*

1979; 609 pages (out-of-print)

## Volume 21

*Sex Hormones (II)*

1979; 583 pages

## Volume 22

*Some Non-Nutritive Sweetening Agents*

1980; 208 pages

## Volume 23

*Some Metals and Metallic Compounds*

1980; 438 pages (out-of-print)

**Volume 24**

*Some Pharmaceutical Drugs*
1980; 337 pages

**Volume 25**

*Wood, Leather and Some Associated Industries*
1981; 412 pages

**Volume 26**

*Some Antineoplastic and Immunosuppressive Agents*
1981; 411 pages (out-of-print)

**Volume 27**

*Some Aromatic Amines, Anthraquinones and Nitroso Compounds, and Inorganic Fluorides Used in Drinking-water and Dental Preparations*
1982; 341 pages (out-of-print)

**Volume 28**

*The Rubber Industry*
1982; 486 pages (out-of-print)

**Volume 29**

*Some Industrial Chemicals and Dyestuffs*
1982; 416 pages (out-of-print)

**Volume 30**

*Miscellaneous Pesticides*
1983; 424 pages (out-of-print)

**Volume 31**

*Some Food Additives, Feed Additives and Naturally Occurring Substances*
1983; 314 pages (out-of-print)

**Volume 32**

*Polynuclear Aromatic Compounds, Part 1: Chemical, Environmental and Experimental Data*
1983; 477 pages (out-of-print)

**Volume 33**

*Polynuclear Aromatic Compounds, Part 2: Carbon Blacks, Mineral Oils and Some Nitroarenes*
1984; 245 pages (out-of-print)

**Volume 34**

*Polynuclear Aromatic Compounds, Part 3: Industrial Exposures in Aluminium Production, Coal Gasification, Coke Production, and Iron and Steel Founding*
1984; 219 pages (out-of-print)

**Volume 35**

*Polynuclear Aromatic Compounds, Part 4: Bitumens, Coal-tars and Derived Products, Shale-oils and Soots*
1985; 271 pages

**Volume 36**

*Allyl Compounds, Aldehydes, Epoxides and Peroxides*
1985; 369 pages

## Volume 37

*Tobacco Habits Other than Smoking; Betel-Quid and Areca-Nut Chewing; and Some Related Nitrosamines*
1985; 291 pages (out-of-print)

## Volume 38

*Tobacco Smoking*
1986; 421 pages

## Volume 39

*Some Chemicals Used in Plastics and Elastomers*
1986; 403 pages (out-of-print)

## Volume 40

*Some Naturally Occurring and Synthetic Food Components, Furocoumarins and Ultraviolet Radiation*
1986; 444 pages (out-of-print)

## Volume 41

*Some Halogenated Hydrocarbons and Pesticide Exposures*
1986; 434 pages (out-of-print)

## Volume 42

*Silica and Some Silicates*
1987; 289 pages

## Volume 43

*Man-Made Mineral Fibres and Radon*
1988; 300 pages (out-of-print)

## Volume 44

*Alcohol Drinking*
1988; 416 pages

## Volume 45

*Occupational Exposures in Petroleum Refining; Crude Oil and Major Petroleum Fuels*
1989; 322 pages

## Volume 46

*Diesel and Gasoline Engine Exhausts and Some Nitroarenes*
1989; 458 pages

## Volume 47

*Some Organic Solvents, Resin Monomers and Related Compounds, Pigments and Occupational Exposures in Paint Manufacture and Painting*
1989; 535 pages (out-of-print)

## Volume 48

*Some Flame Retardants and Textile Chemicals, and Exposures in the Textile Manufacturing Industry*
1990; 345 pages

## Volume 49

*Chromium, Nickel and Welding*
1990; 677 pages

## Volume 50

*Pharmaceutical Drugs*
1990; 415 pages

## Volume 51

*Coffee, Tea, Mate, Methylxanthines and Methylglyoxal*
1991; 513 pages

## Volume 52

*Chlorinated Drinking-water; Chlorination By-products; Some Other Halogenated Compounds; Cobalt and Cobalt Compounds*
1991; 544 pages

## Volume 53

*Occupational Exposures in Insecticide Application, and Some Pesticides*
1991; 612 pages

## Volume 54

*Occupational Exposures to Mists and Vapours from Strong Inorganic Acids; and Other Industrial Chemicals*
1992; 336 pages

## Volume 55

*Solar and Ultraviolet Radiation*
1992; 316 pages

## Volume 56

*Some Naturally Occurring Substances: Food Items and Constituents, Heterocyclic Aromatic Amines and Mycotoxins*
1993; 599 pages

## Volume 57

*Occupational Exposures of Hairdressers and Barbers and Personal Use of Hair Colourants; Some Hair Dyes, Cosmetic Colourants, Industrial Dyestuffs and Aromatic Amines*
1993; 428 pages

## Volume 58

*Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry*
1993; 444 pages

## Volume 59

*Hepatitis Viruses*
1994; 286 pages

## Volume 60

*Some Industrial Chemicals*
1994; 560 pages

## Volume 61

*Schistosomes, Liver Flukes and Helicobacter pylori*
1994; 270 pages

## Volume 62

*Wood Dust and Formaldehyde*
   1995; 405 pages

## Volume 63

*Dry Cleaning, Some Chlorinated Solvents and Other Industrial Chemicals*
   1995; 551 pages

## Volume 64

*Human Papillomaviruses*
   1995; 409 pages

## Volume 65

*Printing Processes and Printing Inks, Carbon Black and Some Nitro Compounds*
   1996; 578 pages

## Volume 66

*Some Pharmaceutical Drugs*
   1996; 514 pages

## Volume 67

*Human Immunodeficiency Viruses and Human T-Cell Lymphotropic Viruses*
   1996; 424 pages

## Volume 68

*Silica, Some Silicates, Coal Dust and para-Aramid Fibrils*
   1997; 506 pages

## Volume 69

*Polychlorinated Dibenzo-para-Dioxins and Polychlorinated Dibenzofurans*
   1997; 666 pages

## Volume 70

*Epstein-Barr Virus and Kaposi's Sarcoma Herpesvirus/Human Herpesvirus 8*
   1997; 524 pages

## Volume 71

*Re-evaluation of Some Organic Chemicals, Hydrazine and Hydrogen Peroxide*
   1999; 1586 pages

## Volume 72

*Hormonal Contraception and Post-menopausal Hormonal Therapy*
   1999; 660 pages

## Volume 73

*Some Chemicals that Cause Tumours of the Kidney or Urinary Bladder in Rodents and Some Other Substances*
   1999; 674 pages

## Volume 74

*Surgical Implants and Other Foreign Bodies*
   1999; 409 pages

### Volume 75

*Ionizing Radiation, Part 1, X-Radiation and γ-Radiation, and Neutrons*
2000; 492 pages

### Volume 76

*Some Antiviral and Antineoplastic Drugs, and Other Pharmaceutical Agents*
2000; 522 pages

### Volume 77

*Some Industrial Chemicals*
2000; 563 pages

### Volume 78

*Ionizing Radiation, Part 2, Some Internally Deposited Radionuclides*
2001; 595 pages

### Volume 79

*Some Thyrotropic Agents*
2001; 763 pages

### Volume 80

*Non-Ionizing Radiation, Part 1: Static and Extremely Low-Frequency (ELF) Electric and Magnetic Fields*
2002; 429 pages

### Volume 81

*Man-made Vitreous Fibres*
2002; 418 pages

### Volume 82

*Some Traditional Herbal Medicines, Some Mycotoxins, Naphthalene and Styrene*
2002; 590 pages

### Volume 83

*Tobacco Smoke and Involuntary Smoking*
2004; 1452 pages

### Volume 84

*Some Drinking-Water Disinfectants and Contaminants, including Arsenic*
2004; 512 pages

### Volume 85

*Betel-quid and Areca-nut Chewing and Some Areca-nut-derived Nitrosamines*
2004; 334 pages

### Volume 86

*Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide*
2006; 330 pages

### Volume 87

*Inorganic and Organic Lead Compounds*
2006; 506 pages

### Volume 88

*Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-ol*
2006; 478 pages

## Volume 89

*Smokeless Tobacco and Some Tobacco-specific N- Nitrosamines*
2007; 626 pages

## Volume 90

*Human Papillomaviruses*
2007; 670 pages

## Volume 91

*Combined Estrogen- Progestogen Contraceptives and Combined Estrogen-Progestogen Menopausal Therapy*
2007; 528 pages

## Volume 92

*Some Non-heterocyclic Polycyclic Aromatic Hydrocarbons and Some Related Exposures*
2010; 853 pages

## Volume 93

*Carbon Black, Titanium Dioxide, and Talc*
2010; 452 pages

## Volume 94

*Ingested Nitrate and Nitrite, and Cyanobacterial Peptide Toxins*
2010; 450 pages

## Volume 95

*Household Use of Solid Fuels and High-temperature Frying*
2010; 430 pages

## Volume 96

*Alcohol Consumption*
2010; 1431 pages

## Volume 97

*1,3-Butadiene, Ethylene Oxide and Vinyl Halides (Vinyl Fluoride, Vinyl Chloride and Vinyl Bromide)*
2008; 510 pages

## Volume 98

*Painting, Firefighting, and Shiftwork*
2010; 806 pages

## Volume 99

*Some Aromatic Amines, Organic Dyes, and Related Exposures*
2010; 692 pages

## Volume 100A

*Pharmaceuticals*
2012; 435 pages

## Volume 100B

*Biological Agents*
2012; 475 pages

## Volume 100C

*Arsenic, metals, fibres, and dusts*
2012; 501 pages

## Volume 100D

*Radiation*
2012; 341 pages

## Volume 100E

*Personal habits and indoor combustions*
2012; 575 pages

## Volume 100F

*Chemical agents and related occupations*
2012; 599 pages

## Supplement No. 1

*Chemicals and Industrial Processes Associated with Cancer in Humans (IARC Monographs, Volumes 1 to 20)*
1979; 71 pages (out-of-print)

## Supplement No. 2

*Long-term and Short-term Screening Assays for Carcinogens: A Critical Appraisal*
1980; 426 pages (out-of-print)
(updated as IARC Scientific Publications No. 83, 1986)

## Supplement No. 3

*Cross Index of Synonyms and Trade Names in Volumes 1 to 26 of the IARC Monographs*
1982; 199 pages (out-of-print)

## Supplement No. 4

*Chemicals, Industrial Processes and Industries Associated with Cancer in Humans (IARC Monographs, Volumes 1 to 29)*
1982; 292 pages (out-of-print)

## Supplement No. 5

*Cross Index of Synonyms and Trade Names in Volumes 1 to 36 of the IARC Monographs*
1985; 259 pages (out-of-print)

## Supplement No. 6

*Genetic and Related Effects: An Updating of Selected IARC Monographs from Volumes 1 to 42*
1987; 729 pages (out-of-print)

## Supplement No. 7

*Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1–42*
1987; 440 pages (out-of-print)

## Supplement No. 8

*Cross Index of Synonyms and Trade Names in Volumes 1 to 46 of the IARC Monographs*
1990; 346 pages (out-of-print)

Design by Au-delà des mots

**M** IARC MONOGRAPHS

Volume 100 of the *IARC Monographs*, A Review of Human Carcinogens, covers all agents previously classified by IARC as *carcinogenic to humans (Group 1)* and was developed by six separate Working Groups: Pharmaceuticals; Biological Agents; Arsenic, Metals, Fibres, and Dusts; Radiation; Personal Habits and Indoor Combustions; Chemical Agents and Related Occupations.

This Volume 100C covers Arsenic, Metals, Fibres, and Dusts, specifically Arsenic and Arsenic Compounds, Beryllium and Beryllium Compounds, Cadmium and Cadmium Compounds, Chromium (VI) Compounds, Nickel and Nickel Compounds, Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite and Anthophyllite), Erionite, Leather Dust, Silica Dust, Crystalline, in the form of Quartz or Cristobalite, and Wood Dust.

Because the scope of Volume 100 is so broad, its *Monographs* are focused on key information. Each *Monograph* presents a description of a carcinogenic agent and how people are exposed, critical overviews of the epidemiological studies and animal cancer bioassays, and a concise review of the agent's toxicokinetics, plausible mechanisms of carcinogenesis, and potentially susceptible populations, and life-stages. Details of the design and results of individual epidemiological studies and animal cancer bioassays are summarized in tables. Short tables that highlight key results are printed in Volume 100, and more extensive tables that include all studies appear on the *Monographs* programme website (http://monographs.iarc.fr).

It is hoped that this volume, by compiling the knowledge accumulated through several decades of cancer research, will stimulate cancer prevention activities worldwide, and will be a valued resource for future research to identify other agents suspected of causing cancer in humans.

© R.Dray, IARC 2012



9 789283 213208