# Exhibit 43

## In The Matter Of:

*Anastasia Brower, et al. v.*
*Johnson & Johnson, Inc., et al.*

---

*Michael Birrer, M.D.*
*September 25, 2018*

---

*Baker Realtime Worldwide Court Reporting & Video*
*250 Commerce Street*
*Third Floor, Suite One*
*Montgomery, Alabama  36104*
*www.BakerRealtime.com*

Original File 9-25-18 Michael Birrer_M.D..txt
Min-U-Script® with Word Index

Page 1

```
 1        IN THE STATE COURT OF FULTON COUNTY

 2               STATE OF GEORGIA

 3   ANASTASIA BROWER, a minor,
     through her legal guardian
 4   PAMELA RUSSELL, and
     Estate of DIANE BROWER,
 5   deceased,

 6         Plaintiffs,

 7   vs.      CASE NO.  16-EV-005534

 8   JOHNSON & JOHNSON, INC.,
     JOHNSON & JOHNSON CONSUMER
 9   COMPANIES, INC., and
     IMERYS TALC AMERICA, INC.,

10         Defendants.

11

12

13

14

15      *   *   *   *   *   *   *   *   *

16        The deposition of MICHAEL BIRRER,

17   M.D., was taken before Greta H. Duckett,

18   Certified Court Reporter, Registered

19   Professional Reporter, and Certified Realtime

20   Reporter, as Commissioner, on Tuesday,

21   September 25, 2018, commencing at

22   approximately 8:47 a.m., at 1700 Sixth Avenue

23   South, Birmingham, Alabama.
```

Page 2

```
 1
 2      *   *   *   *   *   *   *   *   *
 3
 4            APPEARANCES
 5
 6   REPRESENTING THE PLAINTIFFS:
 7
 8      Mr. David Dearing, Esq.
        david.dearing@beasleyallen.com
 9      BEASLEY, ALLEN, CROW, METHVIN,
        PORTIS & MILES
10      218 Commerce Street
        Montgomery, Alabama  36104
11      (334)269-2343

12
     REPRESENTING THE DEFENDANTS:
13

14
        Ms. Hunter K. Ahern, Esq.
15      hahern@shb.com
        SHOOK HARDY BACON
16      701 Fifth Avenue, Suite 6800
        Seattle, Washington  98104
17      (206)344-7600

18      Ms. Jennifer A. Foster, Esq.
        jfoster@grsm.com
19      GORDON & REES
        816 Congress Avenue, Suite 1510
20      Austin, Texas  78701
        (512)391-0197

21

22

23
```

Page 3

```
 1   *   *   *   *   *   *   *   *   *

 2               I N D E X

 3

 4            EXAMINATION INDEX

 5
     MICHAEL BIRRER, M.D.
 6      BY MR. DEARING                    4
        BY MS. AHERN                    116
 7      BY MR. DEARING                  119

 8

 9

10            EXHIBIT INDEX

11
 1   Bower v. Johnson & Johnson,        10
12       Inc., et al., Reliance
         Materials for Dr. Michael
13       Birrer

14

15

16

17   *   *   *   *   *   *   *   *   *

18

19

20

21

22

23
```

Page 4

```
 1        MICHAEL BIRRER, M.D.,

 2   the witness, having first been duly

 3   sworn to speak the truth, the whole truth and

 4   nothing but the truth, testified as follows:

 5            EXAMINATION

 6   BY MR. DEARING:

 7        Q. Good morning, Doctor.  My name

 8   is David Dearing, and I represent Ms. Brower

 9   and her family.  I'm just going to ask you

10   some questions.  You've been disclosed to us

11   as an expert witness, potentially, to be

12   called at trial.  I'm going to ask you just

13   some questions in your capacity as that

14   witness.

15        Since we have not received a

16   report from you, I'm probably going to have

17   to start from the very beginning and sort of

18   work my way to where I would normally start

19   if we had a report.  So some of the questions

20   may seem elementary, but I just haven't met

21   you before.  Anyway, I apologize for starting

22   so far in the beginning.

23        MS. AHERN: I just want to put
```

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 5

1    on the record that you do have a
2    prior report of his that expresses
3    general opinions in the same issues
4    that he'll be testifying to today
5    and that we have an agreement that
6    this will be a case-specific
7    deposition and that you can't cover
8    new materials that he has reviewed
9    or relied on since his prior
10   deposition.  But I just wanted to
11   make sure that was on the record.
12       MR. DEARING: Okay.  And are
13   you referring to the deposition
14   from Swann that Russ Abney took?
15       MS. AHERN: The 12-hour
16   deposition.  Yes.
17       MR. DEARING: Okay.  I wasn't
18   there.  I've never taken a 12-hour
19   deposition in my life.  I don't
20   know 12 hours of gynecologic
21   oncology.
22   BY MR. DEARING:
23       Q. First of all, would you state

Page 6

1    your name, please.
2        A. Michael Birrer.
3        Q. What is your profession?
4        A. I'm trained as a medical
5    oncologist and physician scientist.
6        Q. What is your title here at UAB?
7        A. Director of the UAB
8    Comprehensive Cancer Center.
9        Q. Can you tell me just generally
10   what that encompasses?  It sounds
11   administrative.
12       A. Well, I run the cancer center.
13   So it has an administrative component, and it
14   extends over the entire operation of the
15   cancer center.  So it's all of the disease
16   centers, clinical trials, the research
17   component.  And then, in this particular job,
18   we are also creating a cancer service center,
19   which means I'll be responsible for the
20   clinical component of the way cancer care is
21   delivered in the hospital.
22       As part of my negotiated job, I
23   still see patients half a day a week, which

Page 7

1    is gynecologic oncology patients.
2        Q. Do you have a particular focus
3    within the gynecologic oncology realm?
4        A. Essentially, 95 percent of the
5    patients are ovarian cancer.
6        Q. How long have you been in the
7    position of director of the cancer center?
8        A. It's about a year and two
9    months now.
10       Q. Were you here in some other
11   capacity, or did you come from another
12   facility?
13       A. I came from Harvard Medical
14   School and Mass. General.
15       Q. Did you work with Dr. William
16   Welch in Massachusetts?
17       A. Dr. Welch was over at the
18   Brigham as a pathologist.  I was at the
19   Mass. General.  So we would cross paths at
20   some of the conferences.
21       Q. I think you've published
22   together, right?
23       A. It's likely I'm on some papers

Page 8

1    from Dr. Mock where Dr. Welch would be on
2    those.
3        Q. What about John Godleski,
4    pathology at Brigham?
5        A. Never really crossed paths with
6    him, and I don't think I'm on any papers with
7    him.
8        Q. What about Dan Cramer, the
9    epidemiologist?
10       A. So we would cross paths, again,
11   at conferences.  We worked a little bit on
12   early -- the Early Detection Research Network
13   grant and probably on a couple of papers,
14   again, from Dr. Mock, where Dan Cramer would
15   be on it and I would be on it.
16       Q. That was my next question.
17   Have you published with Dr. Cramer?
18       A. Yeah.
19       Q. What about Dr. Harlow over
20   at Harvard and --
21       A. Ed Harlow?
22       Q. Yes.
23       A. No.

Page 9

1    Q. You haven't worked with him or
2  published with him?
3    A. I don't believe so, no.
4    Q. What did you do to prepare for
5  this deposition today?
6    A. Well, it was similar to the
7  previous deposition. I reviewed, you know,
8  the -- some of the literature in relationship
9  to the epidemiologic studies for talc, the
10  biologic evidence, IARC reports.
11    Q. So you've reviewed those
12  recently in preparation for this deposition
13  or just --
14    A. Previously, and then would have
15  highlighted them again for this one.
16    Q. And you've been offered as an
17  expert by Johnson & Johnson. Have you met
18  with Johnson & Johnson lawyers to prepare for
19  this deposition?
20    A. So Hunter and I met together
21  three times.
22    Q. Okay. Just to prepare for this
23  deposition?

Page 10

1    A. Correct.
2    Q. Can you just give me an idea
3  how much total time you spent with Ms. Ahern?
4    A. This time?
5    Q. For this deposition.
6    A. About five hours.
7        (Exhibit #1 was marked for
8        identification.)
9  BY MR. DEARING:
10    Q. I was provided a document which
11  I believe lists your reliance materials for
12  this case, and we've marked it as Exhibit #1.
13  Would you take a look at that and tell me if
14  that accurately reflects the reliance
15  materials that you have reviewed and relied
16  on for this deposition?
17    A. It looks pretty inclusive.
18  Obviously, a lot of the papers were related
19  to the previous deposition. I might have
20  just looked at them briefly. But the newer
21  ones, I've looked at more closely.
22    Q. Okay. Can you think of
23  anything that you may have relied on for this

Page 11

1  deposition that's not on that reliance list?
2        MS. AHERN: Objection to form.
3    A. It's pretty inclusive. I did
4  review my own report.
5    Q. Okay. Is that listed on here?
6  I can't remember.
7    A. I didn't see it. So --
8    Q. I've reviewed your old report
9  too, so I'll try not to retread that ground.
10  I did want to ask you some questions to
11  clarify some things, and I'll get to that in
12  a while.
13        Also, before I forget, I did
14  not bring a copy of your CV. But as we
15  discussed before we went on the record, a
16  copy of your CV was provided with our
17  notice -- or disclosure of your name as an
18  expert. To your knowledge, is that the most
19  current, recent CV?
20    A. Yes.
21    Q. All right.
22    A. 6/28, I think.
23    Q. Have you ever testified at

Page 12

1  trial?
2    A. I testified in a malpractice
3  case in Maine. That's a three-judge panel.
4    Q. I read about that in your
5  previous deposition.
6    A. In 2012, yes.
7    Q. You have never testified in a
8  jury trial before?
9    A. Correct.
10    Q. And this would be the second
11  time you've been deposed in this talcum
12  powder litigation, is that right?
13    A. Correct.
14    Q. And the last time you were
15  deposed was when Mr. Abney took your
16  deposition in the Swann case?
17    A. June 2017, I believe, yeah.
18    Q. So you've been offered as an
19  expert in the field of gynecologic oncology.
20  Are there any other particular fields that
21  you feel qualified as an expert in?
22        MS. AHERN: Objection to form.
23    A. Well, I think that from a

Page 13

1 clinical standpoint, I would say my area of
2 expertise is gynecologic cancers.  From a
3 laboratory standpoint, there's a lot of
4 experience on genomics of cancer, biologic
5 processes of transformation, and a lot of
6 that work is focused on ovarian cancer.
7      Q. I read, possibly in your
8 report -- it might have been in your
9 deposition -- that the majority of your
10 research has been in genomic biology.  Is
11 that a fair statement?
12      MS. AHERN: Objection to form.
13      A. A lot of it is -- I would call
14 it molecular biology, yeah.
15      Q. Clearly, you have a focus in
16 genetics or genome research.  Would you say
17 that that makes up the majority of your
18 research?
19      MS. AHERN: Objection to form.
20      A. It depends on how you define
21 that.  I mean, I think -- I think
22 characterizing the genomics of ovarian cancer
23 in relationship to utilizing that to better

Page 14

1 treat the disease and to understand how it --
2 understand its origins, would be a good way
3 to put it.
4      Q. Tell me: How do you define
5 "genomics"?
6      A. Characterization of the nucleic
7 acids that comprise the genome cells.
8      Q. Are you focused on
9 carcinogenesis or something that occurs after
10 the cancer actually is formed --
11      MS. AHERN: Objection to form.
12 BY MR. DEARING:
13      Q. -- when you're talking about
14 those type of genomics?
15      A. I would say both.  In other
16 words, as I mentioned before, I think you can
17 use genomics to better treat the patients,
18 both because you can prognosticate, stratify,
19 look for therapeutic targets.  The genomics
20 will also give you an idea about how the
21 tumor started.  So we do a lot of work on
22 early detection.
23      Q. Can you distinguish genomics

Page 15

1 from genetics for me with regard to this?
2      A. Not really.  I think they're
3 synonymous.
4      Q. Okay.
5      A. I think one aspect of genetics
6 that laypeople may think about is what
7 component of the patient contributes to the
8 tumor; in other words, abnormalities within
9 their germline.  We work on that too.
10      Q. Is it fair to say that most of
11 the research you've done pertains to women
12 who already have ovarian cancer?
13      A. I would say that's
14 accurate.
15      Q. So is your focus typically,
16 when treating a patient, more geared toward
17 removing, killing, curing the cancer as
18 opposed to determining what may have caused
19 her cancer?
20      A. Well, again, I think our
21 scientific interest is both.  But if you're
22 trying to better treat the cancer, obviously,
23 the patient has to have the cancer.

Page 16

1      Q. Have you ever suggested to a
2 patient what her cause of ovarian cancer was?
3      A. Well, when patients have
4 germline mutations of BRCA1, BRCA2, that
5 obviously is going to come up in the
6 conversation.  Beyond that, not -- and we can
7 get into why this is -- not a lengthy
8 conversation about definitive causes for
9 ovarian cancer.
10      Q. And that brings up a good
11 point.  When we're discussing causes of
12 ovarian cancer or if your patient came to you
13 and said, Doctor, what caused my ovarian
14 cancer, what level of confidence or assurance
15 are you ascribing to the word "cause"?
16      In other words, is it a 100
17 percent conviction that there is no doubt
18 this caused this, or is it a 51 percent, this
19 most likely caused your cancer?
20      MS. AHERN: Objection to form.
21      A. Well, I think that it depends
22 on what we think in that particular case is
23 the origin of the cancer.  I think the

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 17

1  general consensus is, for germline mutations
2  within the Fantoni DNA repair pathway, that
3  those are contributing to the tumor with a
4  great deal of certainty.
5      Q. Are you saying 80 percent or
6  more?
7          MS. AHERN: Objection to form.
8      A. I hate to put a number on it,
9  because it's a little bit difficult.  But for
10  BRCA1 and 2, there is just no issue.  There
11  are other genes within the Fantoni pathway
12  which we're very suspicious they contribute.
13  We probably don't have enough cases to
14  definitively tell a patient what the
15  percentage is.
16          But then there's a large number
17  of patients who come in who have ovarian
18  cancer for which they don't have germline
19  mutation.  There, I don't think we can
20  definitively say what caused the tumor, but a
21  lot of us suspect that it's errors in DNA
22  repair that's occurring within the target
23  tissue.

Page 18

1      Q. Would you agree that fewer than
2  20 percent of ovarian cancers are caused by
3  some germline mutation?
4          MS. AHERN: Objection to form.
5      A. I think it's actually higher
6  than that.  I think we're up around 30
7  percent.
8      Q. So that leaves, in your
9  opinion, 70 percent of ovarian cancers are --
10  must have some other cause other than
11  germline mutations, correct?
12          MS. AHERN: Objection to form.
13      A. I think that's a -- I think the
14  data for that is pretty robust at this point.
15      Q. Have you ever researched
16  environmental factors that may contribute to
17  ovarian cancer when you're considering
18  causation?
19      A. We haven't done specific work
20  in our lab -- in my lab, focused on that.
21      Q. Have you ever participated in
22  any kind of study like that?  You've
23  published quite a few studies.  Have you ever

Page 19

1  published or co-authored a study that looked
2  at environmental factors or causative factors
3  other than germline mutations?
4      A. I certainly haven't led those
5  studies, and I don't think I'm actually on
6  any of the studies.  I'm on a lot of what we
7  call SNP studies, where we're looking at
8  single nucleotide polymorphisms.  These are
9  very large studies, looking at -- again,
10  we're looking at the genetics of the person.
11  I think that's different than what you're
12  asking me.
13      Q. It is.  And I want to step out
14  of the world of genetics and look at the
15  other 70 percent of cancers and talk about
16  environmental contribut- --
17      A. Again, I would just
18  emphasize -- I understand that.  But some of
19  this may be definition, which is those 70
20  percent may very well be resulting from
21  genomic abnormalities, but it's just not
22  germline.
23      Q. Sure.  And when you're talking

Page 20

1  about -- let me rephrase the question, then.
2          Do you agree with me that fewer
3  than 30 percent of women with ovarian cancer
4  test positive for germline mutations or any
5  genomic abnormalities?
6          MS. AHERN: Objection to form.
7      A. Germline.
8      Q. Pardon me?
9      A. Germline.
10      Q. Just any genomic mutations or
11  abnormalities.
12          MS. AHERN: Same objection.
13      A. Well, if you look at all
14  ovarian cancers, they're all going to have
15  genomic abnormalities, the tumors.
16      Q. Maybe I need you to define that
17  for me.
18      A. So if you look at the
19  high-grade serous ovarian cancer, which is
20  what we're talking about, 100 percent of them
21  are going to have pB3 mutations.
22      Q. Okay.
23      A. The pB3 mutations almost

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 21

1 certainly contribute to the development of
2 the tumor. About 50 percent of them on top
3 of that is going to have an abnormality in
4 the Fantoni DNA repair pathway. That's going
5 to contribute to the development of those
6 tumors.
7         I think the points that we're
8 discussing is how many of those come from a
9 germline mutation where you see an
10 abnormality in every cell of the body.
11 That's 30 percent. The other 70 percent are
12 having -- it's occurring within the target
13 tissue. I mean, as, unfortunately,
14 Dr. Vogelstein put it poorly, he said it was
15 bad luck. It's an abnormality in DNA repair.
16 You get a mutation in p53 that initiates the
17 process and then perhaps have a second hit or
18 a third hit, you get a tumor.
19     Q. Do you have an opinion as to
20 whether the pB3 mutations are occurring
21 because of the original disruption in DNA or
22 are you suggesting that it's those mutations
23 that actually started the cancer?

Page 22

1         MS. AHERN: Objection to form.
2     A. Both. So there's an
3 abnormality in DNA repair, the mutation
4 occurs spontaneously and pB3 isn't repaired.
5 And then, because pB3 affects DNA repair, the
6 DNA repair process becomes even worse,
7 setting off a cascade.
8     Q. Do you consider yourself an
9 expert in the field of epidemiology?
10     A. No.
11     Q. Do you consider yourself an
12 expert in the field of pathology?
13     A. No.
14     Q. Do you consider yourself an
15 expert in the field of analytical microscopy?
16     A. No. I will say parenthetically
17 I have epidemiology experience because of
18 medical school and pathology. You can't be a
19 practicing medical oncologist unless you know
20 some of that.
21     Q. Right. But there are people
22 with the working knowledge in your field, and
23 then there are experts in the field. And you

Page 23

1 don't consider yourself an expert in either
2 of those fields, correct?
3     A. Correct.
4     Q. And I don't mean that to be
5 critical. It's just everything is
6 specialized these days.
7         Do you have an opinion as to
8 what causes ovarian cancer? I'm sorry. Let
9 me break that down. That will take forever.
10         Do you agree that ovarian
11 cancer is multifactorial and that most
12 ovarian cancers have probably more than one
13 cause?
14         MS. AHERN: Objection to form.
15 BY MR. DEARING:
16     Q. With the exception of BRCA1 and
17 BRAC2 mutations, which may not?
18         MS. AHERN: Objection to form.
19     A. Well, I think -- I think it's
20 safe to say that ovarian cancer is a disease
21 of genomic chaos, and how you get to that
22 could be multifactorial. Patients could
23 inherit a gene, they could get an abnormality

Page 24

1 in a gene germline, they could be the
2 founder, or they could just have, again, a
3 spontaneous mutation within the target
4 tissue -- we call that sporadic ovarian
5 cancer -- producing this genomically unstable
6 cell type which then leads on to cancer
7 formation. I think the preponderance of the
8 evidence would suggest that that's the case.
9     Q. The preponderance of the
10 evidence suggests that most cancers are
11 multifactorial in origin?
12         MS. AHERN: Objection to form.
13     A. That ovarian cancer is a
14 disease of genomic chaos.
15     Q. Okay. Well --
16     A. And I point that out because,
17 if you look at the molecular patterns through
18 different epithelial cancers, ovarian cancer
19 stands out. It's got very large shifts of
20 DNA that you don't see in other tumors. It
21 has very few mutations outside of BRCA1,
22 BRCA2 or p53. You don't see that in other --
23 you don't see that in glioblastoma; you don't

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 25

1 see that in lung cancer; you don't see that
2 in gastric cancer.
3         So one of the ways to reconcile
4 that is that this is a disease of a very
5 severe DNA repair deficiency.
6     Q. When you referred to -- I think
7 you used the term "genomic chaos." Is that
8 what you --
9     A. Yeah.
10     Q. When you talk about genomic
11 chaos, are you referring to the state that
12 exists after a cancer is formed, or are you
13 saying that the cancer arises out of this
14 chaos?
15     A. Well, yeah, I think it's both.
16 Most of the evidence we have suggests that
17 the p53 mutation that I mentioned, occurring
18 in 100 percent of high-grade serous ovarian
19 cancers occurs very early, very early. So
20 that would suggest that the genomic
21 instability that p53 is contributing to is
22 occurring very early in developmental cancer.
23     Q. Right. But don't most studies

Page 26

1 suggest that the p53 mutations are actually a
2 product of the original carcinogenesis and
3 disruption of DNA chain?
4         MS. AHERN: Objection to the
5     form.
6     A. So the mutation has to occur.
7 You know, again, our view on this is that
8 it's probably occurring in most -- many of
9 your cells on a regular basis. In this
10 particular case, it's not repaired, and so
11 then it leads to a different cascade. So is
12 there some other abnormality for DNA repair
13 in those target cells? It's certainly
14 possible.
15     Q. Does the p53 mutation interfere
16 with the DNA repair process, or is it a
17 product of the DNA's failure to repair?
18     A. Both. Yeah.
19     Q. Would you say that one is of
20 greater prevalence than the other?
21         MS. AHERN: Objection to form.
22     A. I can't say that.
23     Q. Are the p53 mutations something

Page 27

1 that you can duplicate in the lab?
2     A. You can knock out the gene.
3 You can use CRISPR to mutate it, yes.
4     Q. Have you done those kind of
5 experiments?
6     A. I haven't done that. But in
7 ovarian cancer models, there are now mouse
8 models. Knocking out p53 was one of the
9 genes that's been used. You can also knock
10 out BRCA1 and BRCA2, and they produce animal
11 models that look very close to human ovarian
12 cancer.
13     Q. Have you ever seen any p53
14 models involving epithelial ovarian cells,
15 human epithelial ovarian cells?
16         MS. AHERN: Objection to the
17     form. Are you saying animal models
18     using human --
19         MR. DEARING: No.
20         MS. AHERN: Sorry.
21 BY MR. DEARING:
22     Q. Have you ever seen p53 models
23 using human epithelial ovarian cells?

Page 28

1     A. Yeah. You're going to need to
2 define that better. Are you saying taking
3 human tumors and putting them into
4 immunocompromised animals, PDX models?
5     Q. No. I'm not talking about
6 animal studies at all. I was talking about
7 whether these p53 mutations were something
8 that you can duplicate in the lab. And you
9 said, well, there are some animal models that
10 allow you to knock out the p53 and the BRCA1
11 and BRAC2.
12         My question is: Have you seen
13 any p53 models of just human epithelial
14 ovarian cells or seen experiments involving
15 human epithelial ovarian cells where you can
16 knock out p53 and BRCA1 and BRCA2? In other
17 words, demonstrate that in a lab?
18         MS. AHERN: Objection to form.
19     A. When you say "human ovarian
20 epithelial," are you talking normal --
21     Q. Yes.
22     A. -- human ovarian surface --
23     Q. Normal or cancerous.

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 29

1    A. Well, so the cancer cells
2  already have it, so that experiment can't be
3  done. But human surface epithelium has been
4  taken and actually has been immortalized
5  using SV40 large T, which -- and small t,
6  which actually activates both RB and p53. So
7  that's a substitute, if you will.
8    Q. Right.
9    A. So there are those in vitro
10  models; not very good ones, I have to say.
11  But that's been attempted. You can also use
12  telomerase to immortalize.
13    Q. And there's nothing inherently
14  problematic in using immortalized cells,
15  right, for these experiments?
16      MS. AHERN: Object to the form.
17    A. Well, the challenge in the
18  ovary field is that -- and we have done some
19  of these experiments. We've used surface
20  epithelium as the normal control. There's a
21  lot of debate now about that, because the
22  feeling is some of it is coming from the
23  fallopian tube. So fallopian tube epithelium

Page 31

1  manipulating these genes, most of which are
2  involved in DNA repair that are also found in
3  human tumors mutated, and you're getting
4  something that looks a lot like ovarian
5  cancer.
6    Q. The Baylor model is a mouse
7  model, correct?
8    A. Correct. That's right.
9    Q. But back to the original
10  question. You agree that there's nothing
11  inherently problematic in studying these
12  mutations using immortalized human epithelial
13  cells, right?
14      MS. AHERN: Objection to form.
15    A. I'm not quite sure what you're
16  asking. I mean, there's nothing -- there's
17  nothing wrong. It may not give you the
18  informed information that you want.
19    Q. Okay. How could an
20  immortalized cell give you inaccurate
21  information when you're looking at, for
22  example, neoplastic changes in cells exposed
23  to some agent?

Page 30

1  may be more important. That's one sort of
2  controversial issue.
3    The second is that cell lines
4  are cell lines, so cell lines are convenient
5  models that we use, but they're far afield
6  from the human situation, so there are some
7  limits.
8    Q. Sure. I guess the best we can
9  use, right?
10    A. Well, there's now a lot of work
11  in animals, transgenic, you know, manipulated
12  adenovirus, Cre-Lox. Ronny Drapkin has, I
13  think, you know, a PAX8 driven -- I think
14  it's a p53 and BRCA knockout. They produce
15  ovarian cancers that look just like human.
16    There's a large T model from
17  Fox Chase which is less well-accepted because
18  it's a virus but nevertheless looks like
19  ovarian cancer. And then there's the Baylor
20  model, which used Dicer knockdown and BRCA
21  knockout, which also produces something that
22  looks a lot like ovarian cancer.
23    So the idea here is that you're

Page 32

1    A. So, you know, in the history of
2  cancer biology and transformation, there's
3  always been a gap between cell line work and
4  what we call the measures of malignancy and
5  transformation and what one finds in animals
6  and then in humans.
7    So, for instance, you can put
8  some cell lines into -- some cancerous cell
9  lines into 3D cultures, you know, soft agar
10  cultures, and you get clusters. That's felt
11  to be a surrogate for malignancy, except for
12  when you take those cell lines and put them
13  into animals, which is felt to a better
14  model, they don't make tumors. So there's a
15  disconnect. But we do a lot of work with
16  cell lines, because it's convenient.
17    Q. When you say "cell lines,"
18  you're also including the immortalized cell
19  lines?
20    A. That's right.
21    Q. That was a tangent. Sorry.
22    So other than the BRCA1 and
23  BRCA2 mutations we discussed, do you have any

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 33

1  opinions as to whether there are any
2  established causes of ovarian cancer?
3         And I'm not just talking about
4  genomics in anything.
5         A. So, you know, again, it gets
6  into this area which is challenging in terms
7  of risk factors versus causality.
8         Q. And I'm going to talk more
9  about risk factors later. I want to use your
10 level of confidence in causation that we
11 discussed and ask you, other than these
12 germline mutations, is there any other factor
13 or -- not risk factor -- any other cause of
14 ovarian cancer that you're aware of?
15        MS. AHERN: Objection to form.
16        A. I think, in the spectrum of
17 what we're talking about with BRCA1 and BRCA2
18 and the Fantoni pathway, there's nothing that
19 comes close to that.
20        Q. Do you agree that asbestos can
21 cause ovarian cancer?
22        A. No.
23        Q. You disagree with IARC on that?

Page 34

1         A. I think they were premature in
2  making that conclusion. Yeah.
3         Q. Do you believe asbestos causes
4  mesothelioma?
5         A. Yes.
6         Q. Do you believe asbestos causes
7  other types of lung cancer?
8         A. Correct.
9         Q. But in your mind, it doesn't
10 cause ovarian cancer?
11        A. Correct.
12        Q. Is that because you don't
13 believe ovaries get exposed to asbestos or
14 because of some other reason?
15        A. Well, the data that supports
16 the IARC conclusion, to me, is in many ways
17 tangential. So they rely on the relationship
18 of mesothelioma and lung cancer with asbestos
19 to demonstrate the biology, carcinogenic,
20 enormously high risk those patients are for
21 those tumors.
22        They rely on that, and then
23 they look at a number of studies for ovary,

Page 35

1  where patients were exposed to, really,
2  industrial doses of this material. And it
3  demonstrates a -- in a -- I think in some way
4  unconvincing fashion of an increased number
5  of ovarian cancers. These are small
6  studies -- very small studies. In fact,
7  there's even one meta-analysis that says if
8  one patient -- if one patient is
9  misclassified, you no longer have statistical
10 significance.
11        So I think it's interesting,
12 the epidemiologic data with ovarian cancer,
13 but not convincing.
14        And then the sleight of hand is
15 to say that that is relevant to what we all
16 are treating on a daily basis in terms of
17 ovarian cancer patients, because these
18 ovarian cancer patients aren't sitting in
19 asbestos factories. So I think if you put
20 all that together, it's not convincing to me
21 that asbestos causes ovarian cancer in what's
22 relevant here, which is we're asking for sort
23 of run-of-the-mill ovarian cancer.

Page 36

1         Q. Do you have any opinions as to
2  whether asbestos can cause any other type of
3  gynecologic cancers?
4         A. I know of no data for
5  endometrial/cervix. Those are the two really
6  big ones outside of ovary. As you know,
7  cervix cancer is an HPV-driven tumor.
8  Endometrial cancer is a little bit like
9  ovary, but probably driven by estrogen.
10        Q. What about ionizing radiation?
11 Do you think radiation might cause ovarian
12 cancer?
13        A. We went through that before.
14 You know, certainly ionized --
15        MS. AHERN: Yeah, a lot of this
16        was already covered.
17        MR. DEARING: I'm sorry. I
18        promise, I'm not going to do this
19        all day.
20        MS. AHERN: So at some point
21        I'm going to probably cut you off
22        and see if we're going to go case
23        specific at some point.

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 37

1      MR. DEARING: I only read about
2   half of that deposition, because I
3   fell asleep. I'm sorry.
4      A. It's difficult to read.
5      Well, I can simply say, look,
6   ionized radiation is a documented mutagen,
7   and so it has a carcinogenic effect on
8   multiple epithelial layers.
9      It's hard to answer that
10  question, because we don't have a cohort of
11  patients necessarily that have had the kinds
12  of doses of radiation to the groin and the
13  ovaries.
14     Q. Not in this country.
15     A. Yeah. So I think -- I don't
16  know of convincing data that's true. I
17  wouldn't be shocked if you had patients who
18  had low-dose radiation to the surface of the
19  epithelium, that they might have some
20  pathologic changes.
21     Q. What about cigarette smoke? Do
22  you think cigarette smoke causes or
23  contributes to cause ovarian cancer?

Page 38

1      A. I have not seen any data
2   consistent with that. It does cause an
3   increased risk of cervical cancer.
4      Q. Well, your opinions about
5   causation we've just discussed, I assume they
6   also apply to high-grade papillary serous
7   ovarian cancers specifically?
8      A. Right.
9      Q. I read in your report you said
10  90 percent of epithelial ovarian cancers
11  arise from a single multi-dysfunctional cell.
12  Can you just put that in layman's terms, what
13  you meant by that? It might have been in
14  your deposition.
15     MS. AHERN: Do you have a copy
16  of the report? I don't remember
17  that specifically myself.
18     A. It's okay. I think --
19     Q. Do you agree with that
20  statement? Let me just ask it that way. Do
21  you agree that 90 percent or so of epithelial
22  ovarian cells arise from a single
23  multi-dysfunctional cell?

Page 39

1      MS. AHERN: Objection to form.
2      A. I think what that implies is
3   that we have no data to suggest that ovarian
4   cancer arises from a field defect. Right?
5   So if you look at, for instance, lungs that
6   have been exposed to cigarette smoke or
7   smokeless tobacco patients, for instance,
8   they'll have a field effect throughout the
9   entire mouth, multiple clones of cells that
10  are either premalignant or becoming
11  malignant.
12     If you look at the cervix with
13  HPV infection, you actually can find multiple
14  dysplastic lesions, because that's where the
15  virus is hitting. You don't see that in
16  ovarian cancer. We have no data to suggest
17  it's multiclonal initially.
18     Q. Well, there's certainly the
19  issue of synchronous tumors. Do you believe
20  that synchronous tumors just have their own
21  separate etiologies?
22     MS. AHERN: Objection to form.
23     A. So they're rare. They're not

Page 40

1   common. And if you believe David Huntsman's
2   data, what is thought to be synchronous, you
3   look at a molecular level, it's actually
4   metastasis. So I think that's a little bit
5   of a murky field. There may be true
6   synchronous tumors. I don't know if it's
7   just bad luck or is there another agent?
8   Don't know.
9      Q. Well, you would agree that
10  pathologists routinely make diagnoses of
11  synchronous tumors, right?
12     A. Yeah. And I think that's --
13  David -- I don't know if you know David up in
14  Vancouver. He's a pathologist. They pretty
15  much cast him out of the club, because he's a
16  spectacular molecular biologist, and he has
17  published a number of papers, particularly
18  ones that reported endometrial cancer along
19  with an ovarian cancer which was thought to
20  be two separate tumors and said no, the
21  molecular data is very clear; this is a
22  metastasis. The pathologists have actually
23  argued and said, no, they look different.

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 41

1    Molecular biology doesn't lie.
2        Q. In those studies, have they
3    seen transitional cells where a serous may be
4    transitioned into endometrioid, or vice
5    versa?
6        MS. AHERN: Objection to form.
7        A. Well, I'm referring to
8    endometrial cancer and serous, not
9    endometrioid.
10       Q. Okay.
11       A. That's a separate question,
12   which is actually quite interesting. And I
13   do think there's some evidence that there can
14   be differentiation states, where the same
15   tumor can then differentiate. It's probably
16   an epigenetic change where it looks different
17   under the microscope, but it's the same
18   tumor.
19       Q. Would there be any way to tell
20   with any reasonable degree of medical
21   certainty that a serous tumor somehow morphed
22   into an endometrioid tumor or vice versa?
23       A. Well, I'll give you a good

Page 42

1    example of that. There's tumors called
2    carcinosarcomas. They are over the ovary and
3    the endometrium. If you take the sarcoma
4    part and you take the carcinoma part and you
5    do a molecular analysis on them for mutation,
6    they're identical; they're the same tumor.
7    But they look completely different under a
8    microscope because of methylation in
9    epigenetics. So there's your example.
10       Q. Well, I've seen cases where the
11   diagnosis of synchronous tumors was made by a
12   pathologist and they're two clearly distinct
13   histologies, serous and endometrioid.
14   Actually, I think I saw serous and clear
15   cell.
16       But regardless, is it your
17   opinion that we're actually most likely
18   talking about one tumor that metastasized,
19   regardless of the change in histologies?
20       MS. AHERN: Objection.
21       A. My view would be, more often
22   than not, that's what you're dealing with.
23       Q. Would there be any way to tell

Page 43

1    which one comes first, or would that just be
2    on a case-by-case basis?
3        A. That -- the timing -- temporal
4    relationship for that would be tough. It
5    would be a case-by-case basis.
6        MS. AHERN: I just want to move
7        things along to the case-specific
8        questions. She doesn't have
9        synchronous tumors, she doesn't
10       have endometrioid tumors.
11   BY MR. DEARING:
12       Q. You agree that Ms. Brower was
13   diagnosed with high-grade papillary serous
14   carcinoma?
15       A. Correct.
16       Q. Have you looked at the
17   pathology report in this case? I think I saw
18   it on your list.
19       A. I believe so, yes. It was
20   diagnosed as a high-grade papillary serous
21   tumor.
22       Q. Is there anything in that
23   pathology report or anything about the

Page 44

1    pathology opinions from her doctors that you
2    disagree with?
3        A. Do you have a copy of it?
4        Q. I do.
5        A. I have to say reflexively it
6    struck me as pretty routine.
7        Q. Sorry. This copy has my
8    highlighting on it.
9        A. That will help me.
10       Q. Nothing too scary.
11       MR. DEARING: Do we need to
12       mark that as an exhibit or just --
13       MS. AHERN: It's up to you.
14       MR. DEARING: I don't think we
15       need to.
16       MS. FOSTER: While he's
17       reviewing that, can we have an
18       agreement that an objection for one
19       is good for both?
20       MR. DEARING: Always.
21       A. So the final pathologic
22   diagnosis seems very straightforward to me.
23   Pap serous and it's, unfortunately, all over.

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 45

1    Q. I just want to make sure when
2  we get to trial you don't say, oh, well, this
3  pathologist missed the boat on this
4  diagnosis, which has happened once.
5        MS. AHERN: Well, I guess
6        you'll have to wait to depose the
7        pathologist.
8        MR. DEARING: I can't wait.
9        I've deposed him four times. It's
10       always fun.
11 BY MR. DEARING:
12    Q. Do you have any opinions as to
13 whether talc played any role in Ms. Brower's
14 ovarian cancer?
15    A. I don't think it did.
16    Q. Do you agree that talc causes
17 an inflammatory reaction in peritoneal
18 tissue?
19        MS. AHERN: Objection to form.
20    A. So, again, we did -- we've
21 talked about this before. I think it depends
22 on how you define "inflammatory." I think
23 the general reflex for many people is

Page 46

1  inflammatory is sort of what you see with an
2  allergic reaction, it's what you see with the
3  infectious process.
4        The effects of talc, as you may
5  know, is granuloma formation. It's more of
6  a -- there certainly is a reaction, and it's
7  more of a foreign-body reaction, where the
8  body is trying to essentially get rid of this
9  thing that's not supposed to be there. So
10 that's been documented, both in the pleural
11 cavity and peritoneum.
12    Q. Would you consider macrophage
13 activity as a foreign-body response?
14    A. Yes.
15    Q. Have you reviewed the reports
16 or testimony of any of the plaintiffs'
17 experts in preparation for today or just in
18 the review of materials about this case?
19    A. Yes. I reviewed -- so I viewed
20 many of them for the previous one, and
21 then -- was it Plunkett?
22    Q. Right. Dr. Plunkett,
23 Dr. Godleski. Well, let's start with

Page 47

1  Dr. Godleski. Have you reviewed his report?
2    A. I don't think I reviewed it for
3  this case. Do you have it?
4    Q. I don't think I do. Let me
5  just tell you, he reported that he found, I
6  think, 21 talc fibers in the small amount of
7  tissue that he studied under SEM.
8        MS. AHERN: Objection to form.
9        I think you said talc "fibers," and
10       I don't think he actually recorded
11       fibers.
12       MR. DEARING: Okay. Let me
13       restate it.
14 BY MR. DEARING:
15    Q. As I recall, he found
16 approximately 21 talc particles in the
17 gynecologic tissue that he analyzed under
18 scanning electron microscopy. Do you have
19 any opinions about whether that's an accurate
20 finding?
21    A. Again, this issue always comes
22 up. So I've -- I have reviewed a lot of his
23 work of previous cases. Usually, when those

Page 48

1  entities are discovered or seen, there's no
2  inflammatory reaction seen at all in the
3  specimen. So, to me, that is problematic.
4  It raises the issue, if you look at what's
5  published in the literature, is how much of
6  this is actually reflecting what went on in
7  the patient versus what might be going on in
8  the lab with contamination and other issues.
9  So I don't know what that means.
10    Q. Okay. Well you're not
11 intending to challenge his finding of however
12 many talc particles --
13    A. He's finding something; I just
14 don't know if it's relevant.
15    Q. Well, he's finding talc, right?
16 Not "something." He's identified it by SEM
17 EDS as talc. Are you challenging that
18 finding at all?
19    A. No.
20       MS. AHERN: Objection to form.
21 BY MR. DEARING:
22    Q. When you said this issue always
23 comes up, you mean in these depositions or in

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 49

1  the clinic or what?  What do you mean by --
2      A. Depositions.  Yeah.
3      Q. Do you agree that substances
4  like talc can migrate from the perineum to
5  the ovaries?
6      A. Well, I don't think it's been
7  definitively proven.  You know, there have
8  been a number of studies.  There have been
9  studies in animals, there have been some
10  studies in human that there might be
11  retrograde processes that deliver it.  There
12  are flaws with any of the studies.  Some of
13  them are using particles or materials that
14  are different sizes than talc.  Some of the
15  other studies are in the setting of patients
16  being examined, in terms of potentially
17  delivering the material through the tubes.
18      So I think -- I don't think we
19  quite know definitively whether, in fact, and
20  how much material could go from the vagina
21  through the endometrium up into the ovary.
22      Q. Well, if you've looked at
23  Dr. Godles- --

Page 50

1      MS. AHERN: David, sorry; just
2  to point out.  This is covered ad
3  nauseam.  Migration translocation
4  was covered by Russ for quite a
5  while in the last deposition.
6      MR. DEARING: I know, but I'm
7  trying to be specific about
8  Ms. Brower and then Dr. Godleski's
9  findings --
10      MS. AHERN: Okay.  So this is
11  leading up to -- I got you.
12      MR. DEARING: Yeah.  Yeah.
13      MS. AHERN: Okay.
14  BY MR. DEARING:
15      Q. As you know from reading
16  Dr. Godleski's report in this case, he didn't
17  find just talc, he found quite a few other
18  materials, hundreds of other materials, that
19  he said were probably not talc, but they were
20  also exogenous -- they weren't from within
21  the body, they were from outside the body.
22  So do you have an opinion about whether those
23  findings are accurate or impossible?

Page 51

1      MS. AHERN: Objection to form.
2      I think he said he hadn't read
3      Dr. Godleski's report in this case.
4      A. That's true.
5      Q. Well, I'm telling you what's in
6  the report.
7      A. Okay.
8      Q. He didn't just find talc.  He
9  found several other materials that he's
10  calling exogenous, because the body doesn't
11  make them, in the ovarian tissue and other
12  gynecologic tissue, which, to me, supports
13  the idea that other things besides talc could
14  migrate from the perineum to the ovary.
15      Do you have any opinions about
16  that?
17      A. Well, I don't think you can
18  definitively say that didn't occur in the OR,
19  didn't occur in the pathology suite, didn't
20  occur as a contamination as he was doing his
21  analysis.  That's an alternative theory which
22  I don't think his observations are going to
23  disprove.

Page 52

1      Q. So to be clear, you believe
2  that particles cannot migrate from the
3  perineum to the ovary?
4      MS. AHERN: Objection to form.
5      A. No.  What I said was that I
6  don't think the evidence for that is
7  conclusive.
8      Q. What does that mean?
9      A. It means you haven't produced
10  the data to definitively say this occurs.
11      Q. Would you agree that many
12  scientists would disagree that the data is
13  inadequate to substantiate transmigration of
14  particles from the perineum to the ovary?
15      MS. AHERN: Objection to form.
16      A. Can you repeat that question?
17      Q. Yes.  Would you agree that many
18  scientists have opined that materials like
19  talc and other exogenous materials can
20  migrate from the perineum to the ovary?
21      MS. AHERN: Objection to form.
22      A. I think some scientists have.
23  But I don't think -- again, I don't think

Page 53

1   it's -- you know, I don't think the data is
2   conclusive that we know that, in a
3   quantitative way, that talc, other compounds
4   or other materials, can translocate
5   retrograde. How frequently does that happen?
6   The data, I think, is not overwhelmingly
7   compelling.
8         And we went through these
9   studies with Russ.
10        Q. I'm not going to go through
11  them all. I brought them, but I'm not going
12  to go through them.
13        I'm just trying to get a clear,
14  concise idea of your opinion on it with
15  regard to this case. So is it your opinion
16  that the talc that Dr. Godleski found in
17  Ms. Brower's ovaries did not come from
18  perineal use of talcum powder?
19        A. Yeah. As a scientist, I would
20  say he's observed something. It looks like
21  talc. He's also observed a lot of other
22  things. I'll buy that. I don't think, first
23  of all, he knows what all those other

Page 54

1   compounds are. And, two, I don't know -- I
2   don't think he knows or we know where it came
3   from.
4         Q. Are you saying it could not
5   have come from perineal talc use?
6         A. I would say we don't know where
7   it's coming from.
8         Q. That's a different answer. So
9   if you don't know, that at least leaves open
10  the possibility that it could be from
11  perineal talc use, right?
12        MS. AHERN: Objection to form.
13        Asked and answered.
14        MR. DEARING: I don't think it
15        was answered.
16  BY MR. DEARING:
17        Q. You can still answer it.
18        A. I think -- look, the issue is
19  do we know definitively where it came from?
20  We don't. And one of the problems with that
21  whole literature and everything that he's
22  done is he's not eliminated the possibility
23  of laboratory contamination. And that has a

Page 55

1   huge impact on this.
2         Q. Sure it does. And he goes to
3   great lengths to eliminate the possibility of
4   laboratory contamination.
5         Let me ask this question. And
6   it may be beyond your field, and that's fine.
7   You can just tell me.
8         So he uses a variable-pressure
9   SEM, which allows him to see below the
10  surface of the tissue to -- and into the
11  corpus of the tissue itself. And if he's
12  finding talc particles incorporated in the
13  tissue that are responded to by macrophages,
14  do you still think that's contamination?
15        MS. AHERN: Objection to form.
16        A. That is a little bit beyond my
17  area of expertise.
18        Q. Do you have any opinion as to
19  whether Ms. Brower's ovarian cancer actually
20  originated in the fallopian tube?
21        A. Well, they found a fallopian
22  tube tumor, I believe.
23        Q. They did.

Page 56

1         A. And the challenge that we
2   always have in these cases is chicken and
3   egg: Did it arise somewhere else and then
4   come down the tube, versus in the tube and
5   going out. So I don't definitively know.
6         There are components of her
7   case, though, in my opinion, strongly suggest
8   a genetic basis. That would then argue that
9   it may have come from the tube.
10        Q. Okay. I'm going to come back
11  to the genetics.
12        A. Okay.
13        Q. You haven't actually looked at
14  any of Ms. Brower's tissue itself, right?
15        A. No.
16        Q. So all of your review and
17  preparation for today and for your testimony
18  has been looking at reports of other people's
19  observations?
20        MS. AHERN: Objection to form.
21        A. Medical records and path, yeah.
22        Q. You wrote in your Swann report
23  that ovarian cancer is no longer considered a

Page 57

1 single disease but rather a composite number
2 of unique cancers characterized by completely
3 different patterns of genomic alterations and
4 different developmental origins.
5       Is it your opinion that
6 Ms. Brower's cancer is a composite number of
7 unique cancers --
8       A. No.
9       Q. -- as characterized by that
10 statement?
11       A. I'm sorry. What was that?
12       Q. As characterized by that
13 statement I just read?
14       MS. AHERN: Objection to form.
15       A. What that statement -- I can
16 elaborate a little bit on that statement. We
17 historically viewed ovarian cancer as ovarian
18 cancer. We now know that mucinous tumors,
19 clear cells, endometrioid, and high-grade
20 serous, which is what she had, are all
21 different diseases. She's got high-grade
22 serous. It's not a composite. It's
23 high-grade serous.

Page 58

1       Q. Sure. And that's the whole
2 reason for discerning the histology, right?
3       A. Correct. It's kind of
4 revolutionized the field, actually.
5       Q. That's not really new science.
6 It's been around a while, hasn't it?
7       A. Well, the --
8       Q. I mean, I know it's always
9 improving and changing.
10       A. The pathology has been around.
11 But we, as treating doctors, have ignored the
12 pathologists and treated everybody the same.
13 So now we are beginning to provide
14 personalized medicine for patients.
15       Again, she's got high-grade
16 serous, which is just high-grade serous.
17       Q. Having reviewed Ms. Brower's
18 medical records, do you agree that she
19 received the appropriate treatment from her
20 doctors for her cancer?
21       A. I think so, yes.
22       Q. Is there any type of treatment
23 that you would have done differently had she

Page 59

1 been your patient?
2       A. Not that I saw in the records.
3 She got, I think, really the standard of
4 care. And this is a bad disease.
5       Q. Does your opinion about ovarian
6 cancers deriving from the fallopian tube
7 depend in some aspect on histology? In other
8 words, are high-grade serous tumors more
9 likely to derive from the fallopian tube
10 than, say, an endometrioid carcinoma?
11       A. Correct.
12       Q. Okay. So serous would be the
13 most likely to derive from the fallopian
14 tube?
15       A. (Nodding head.)
16       MS. AHERN: Objection to form.
17 BY MR. DEARING:
18       Q. But in this case, you can't
19 tell whether the primary is the ovary or the
20 tube?
21       A. Clear cell and endometrioid are
22 thought to come from endometriosis. And
23 mucinous, we don't really know where they

Page 60

1 come from.
2       MR. DEARING: Do you guys need
3 to take a break?
4       (Recess from 9:43 a.m. to
5       9:51 a.m.)
6 BY MR. DEARING:
7       Q. Your opinions with regard to
8 Mrs. Brower's case, are they in any way based
9 on epidemiology studies?
10       A. Well, to look for risk factors
11 or how her tumor may have developed, you
12 know, we look at total ovulatory cycles, age
13 of menarche, age of menopause. Those
14 relationships have been developed by
15 epidemiologic studies to some extent.
16       Q. In your report in Swann, you
17 spent a good bit of ink talking about
18 epidemiology studies, you talked about the
19 cohort studies and the case control studies
20 and how you felt there was an inconsistency
21 between two of those. And I don't want to go
22 through all of that, but it was in your
23 report.

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 61

1    But let me just ask you:  Are
2    you basing any of your opinions about
3    Ms. Brower specifically on any cohort studies
4    or case control studies or information
5    contained in them?
6        MS. AHERN: Objection to form.
7        A. Well, the studies that I talked
8    about in the report were specifically the epi
9    studies and cohort studies related to talc.
10       Q. Right.
11       A. And my opinion really hasn't
12   changed about that in terms of how one
13   interprets it.
14       So in the context of that, when
15   I look at Mrs. Brower, I go, okay, this is a
16   patient I'm seeing; what's my general opinion
17   about where this tumor came from.
18       Q. Okay.
19       A. And so you will look about --
20   look to, I think, better documented risk
21   factors, again, like ovulatory cycles,
22   pregnancy, tubal ligation, and then, of
23   course, her family history.

Page 62

1        Q. Well, let's talk about that.
2    Specifically, in your opinion, what are the
3    risk factors that are generally accepted in
4    the gynecologic oncology community for
5    ovarian cancer --
6        A. Well, I think a --
7        Q. Let me be specific.
8        -- for papillary serous ovarian
9    cancer Ms. Brower has?
10       A. Well, we would look at age.  So
11   she's 62, which is above the median age.  So
12   that's going to be a risk factor for
13   developing ovarian cancer.  It's a disease of
14   aging, to a certain extent.  And then there
15   is a relationship between total ovulatory
16   cycles and risk of ovarian cancer.
17       Q. How does that apply to
18   Ms. Brower, total ovulatory cycles?
19       A. She had menarche at 12 and, I
20   think, menopause at -- somewhere in her 50s,
21   I think, which is a pretty big period of
22   time.  So she would have excess ovulatory
23   cycles.  Now, that's got to be

Page 63

1    counter-balanced by the fact that she had
2    three pregnancies.
3        Q. Right.  That's what I was about
4    to ask.
5        A. And, of course, if you really
6    dig into the epidemiologic studies, which I
7    would not -- I would prefer not to.  And I'm
8    not the expert on -- you can put these
9    formulas to say, okay, one pregnancy,
10   subtract a few points, blah, blah, blah.
11       The bottom line is three
12   pregnancies and tubal ligations would be
13   viewed as somewhat preventative for her,
14   potentially more than balanced by the early
15   menarche and late menopause.
16       Q. Is 12 years old early menarche?
17       MS. AHERN: Objection to form.
18       A. You know, I think across the
19   United States, particularly given her age,
20   back then, it would be.  But you can go
21   into -- I mean, again, I'm not going to say
22   I'm an expert in that.  But you can go into
23   urban populations and get slightly different

Page 64

1    age of menarche.  To me, that is early and
2    that menopause is late.
3        Q. So is it your opinion that she
4    has a higher number of total ovulatory cycles
5    which places her at a greater risk from a
6    general population of women?
7        A. I would, yes.
8        Q. Okay.  I thought she was kind
9    of right on the median line there.
10       A. Again, it could be
11   quantitative.  How high is high?  Is it just
12   slightly above?  But again, the original
13   question was what are the factors you look
14   at.
15       Q. Right.  So you've got age,
16   you've got total ovulatory cycles, which she
17   may or may not be on the high side of.  Any
18   other established, you know, well-accepted
19   risk factors?
20       A. I think her family history is
21   impressive.
22       Q. Tell me about what stands out
23   about her family history?

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 65

1    A. Well, her paternal grandmother
2  had ovarian cancer and breast cancer, so
3  breast/ovary syndrome is well documented. So
4  that's got to be noted. Then her father,
5  which is on the same side, obviously, I
6  believe, had colon and lung. Lung is
7  probably smoking related, but colon is in
8  there. So a fair amount of cancer.
9       And then on the maternal side,
10  both the mother and the grandmothers, I
11  recall, had bilateral mastectomies and
12  THBSOs.
13       So there are a couple of issues
14  here. First of all, if there was a
15  problem -- if there was a genetic basis on
16  the maternal side, because they had the
17  procedures, you might not see it. So you
18  have to recognize that. The flip side is,
19  why did they have those procedures? There
20  was some report about fibrocystic diseases in
21  the breasts. And my experience is that
22  having -- particularly given the age of these
23  patients, having bilateral mastectomies --

Page 66

1  prophylactic bilateral mastectomies is just
2  very unusual.
3       Q. There was no evidence that
4  Ms. Brower had any fibrocystic breast
5  disease, right?
6       A. Not that I know of, no.
7       So, anyway, now you can say
8  look at genetic. She ended up having some
9  tests, and we discussed the tests. But I
10  think it's notable, very notable, about the
11  family history. It concerns me that there's
12  a genetic component here, as defined by the
13  family history, that may have been missed by
14  the testing.
15       Q. Well, if there was a genetic
16  component associated with the ovarian
17  cancer/breast cancer relationship, wouldn't
18  you have expected that to have shown up in
19  this panel of 30 gene mutations that were
20  tested?
21       MS. AHERN: Objection to form.
22       A. So I think the answer to that
23  is we are better -- we're in better stead now

Page 67

1  than we were 15 years ago to identify these
2  genes because we've learned more about it.
3  But to say categorically we know every
4  germline mutation in every gene that
5  predisposes a risk is not true.
6       And, in fact, if you look -- I
7  believe if you'll look at her genetic
8  counseling report, it basically says there
9  may be a genetic component of this that we've
10  missed.
11       Q. But just based on what you know
12  about genetic testing and your review of her
13  genetic testing profile and then results and
14  all of the mutations that were tested for, if
15  there was a relationship between her family
16  history of ovarian cancer/breast cancer and
17  her particular ovarian cancer, wouldn't you
18  expect it to have been revealed in all of
19  those mutations that were looked for?
20       MS. AHERN: Objection to form.
21       A. Well, the good news from my
22  perspective is she had state-of-the-art
23  genetic testing.

Page 68

1       Q. Right.
2       A. The bad news is, again, we just
3  don't -- we -- the state of the art is that
4  we don't know every single gene that causes
5  this disease. Genetic counselors have
6  admitted it and I, as a scientist, will say
7  that.
8       I mean, if you go back just
9  eight years ago, everyone thought it was
10  BRCA1, BRCA2. We didn't even know all of the
11  other germline mutations, ATM, ATR. So the
12  question is now, circa eight years further,
13  are there going to be a subset of other
14  genes -- rare, but a subset of other genes
15  that would explain this collection of
16  cancers?
17       Q. Right.
18       A. So it's -- because, again, it's
19  fairly impressive: Grandmother, ovary,
20  breast; father with colon; and now she's got
21  ovary. To me, that's -- from a -- from a
22  family history standpoint, I think there's
23  something going on there.

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 69

1    Q. Well, based on your vast
2  experience with genetics and your genomic
3  research, you would agree that the full panel
4  that she had makes up the vast majority,
5  overwhelming majority of mutations that
6  science currently knows about that might be
7  affiliated with a family history of breast
8  cancer or ovarian cancer?
9        MS. AHERN: Objection to form.
10    A. I would agree with that.
11    Q. And based on the current state
12  of the science, if there was a relationship
13  between her family history of cancers and her
14  ovarian cancers, it would have been revealed
15  in this genomic testing she had, right?
16        MS. AHERN: Objection to form.
17  BY MR. DEARING:
18    Q. Based on the science we know
19  today?
20    A. Well, I think the first
21  statement you said is true, which is that we
22  know there's a leftover group that have a
23  history like this that we think there's a

Page 70

1  genetic component that's not being identified
2  by that. That one, that's agreed. But I'm
3  not quite sure the second statement, which is
4  we already know this is not -- this is
5  negative, but she still has the family
6  history. So I'm raising the issue that, look
7  at our genetic testing. It's just not
8  complete at this point.
9    Q. Is there any way to quantify
10  the risk of her having some yet-undiscovered
11  genetic mutation that caused her ovarian
12  cancer? In other words, do you think it's,
13  like --
14    A. We're really -- I mean, I see
15  what you're --
16    Q. This makes up 100 percent of
17  what we know about, right? Is there any way
18  to quantify the percent of women who may have
19  a cancer like Ms. Brower has that's not
20  covered by this waterfront of genetic
21  testing?
22        MS. AHERN: Objection to form.
23    A. I think -- I mean, again, the

Page 71

1  genetic counselors would be better for this,
2  because they see more of these patients. My
3  sense is that you're still missing, I would
4  say, 5 percent of ovarian cancer that has a
5  strong family history that's not showing up
6  there.
7    Q. Is that just based on your
8  experience or is that based on research, or
9  where did that 5 percent come from?
10    A. It's my experience.
11    Q. You don't believe that
12  Ms. Brower has Lynch Syndrome, do you?
13    A. Well, I think that the
14  components of Lynch, purely defined Lynch, is
15  on that panel.
16    Q. Right. And that was excluded,
17  correct?
18    A. Yes.
19        MS. AHERN: Objection to form.
20    A. Now, could she have a forme
21  fruste, you know, a newly -- it's a de novo,
22  new -- description of Lynch from another
23  gene?

Page 72

1    Q. Right.
2    A. Well, I don't know.
3    Q. Right. And here's --
4    A. But not the classic Lynch
5  you're talking about.
6    Q. And here's the thing about this
7  case and trials in general, is that findings
8  are based on evidence. And so what I want to
9  ask is, there's no evidence of any gene
10  mutation or genetic syndrome that Ms. Brower
11  may have, correct?
12        MS. AHERN: Objection to form.
13    A. Well, there's evidence that she
14  may have a genetic component based on the
15  family history.
16    Q. Okay. But with regard to all
17  of the testing that was done, there was no
18  evidence revealed by any of her genetic
19  testing to suggest she has a genetic
20  predisposition to cancer, correct?
21        MS. AHERN: Objection to form.
22    A. Correct.
23    Q. Do you have any knowledge about

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 73

1  or understanding of the number of talcum
2  powder applications Ms. Brower may have had
3  during her lifetime?
4        A. What I saw in the record, if I
5  recall correctly, was starting roughly at age
6  17, I think, and then moving through -- not
7  quite -- there was some confusion. It wasn't
8  quite clear to me when she stopped using
9  actually the J&J product and then switched to
10  a different product. That was a little bit
11  vague to me. But there was certainly a
12  substantial period of time where she
13  continued to use a talc product that wasn't
14  J&J.
15        I don't know if that answered
16  your question.
17        Q. Well, let me just talk about --
18        A. So total -- again, this is one
19  of the problems with even the epi studies,
20  which is how do you quantify this stuff?
21        Q. Well, have you looked at, at
22  least, what her -- at least yearly use, or
23  did you break down her use of talcum powder

Page 74

1  by estimated number of applications or
2  anything like that, or that was that relevant to
3  your opinions?
4        A. Well, I looked at it sort of in
5  a semi-quantitative way. I certainly didn't
6  calculate, you know, monthly applications and
7  issues on that.
8        Q. Well, if you don't believe that
9  talc can migrate from the perineum to the
10  ovary and you don't believe that talc causes
11  ovarian cancer, is there any reason for you
12  to even consider the number of talcum powder
13  applications she had?
14        MS. AHERN: Objection to form.
15        A. Well, this is -- so the purpose
16  of the case is obviously the role of talc in
17  the development of ovarian cancer. So as the
18  expert involved here, it was certainly my
19  obligation to make sure she had used it.
20        Q. Okay. But your opinion would
21  be the same whether she used it or not,
22  right?
23        A. I don't believe there's strong

Page 75

1  evidence that suggests that talc causes
2  ovarian cancer.
3        Q. Do you believe there's some
4  evidence?
5        A. No.
6        Q. You believe there's no evidence
7  that talc causes ovarian cancer?
8        A. No convincing evidence.
9        Q. Do you know Dr. James Thigpen?
10        A. I do know Tate.
11        Q. Have you published with him?
12  Let me ask you: How do you know him?
13        A. So Tate was the vice chair of
14  the Gynecologic Oncology Group for years.
15  And I joined the group in 1991, and then sort
16  of worked my way through a number of
17  leadership positions. The Gynecologic
18  Oncology Group merged with NSABP and RTOG to
19  form NRG Oncology. And I remained one of the
20  chairs. So I've known Tate for probably 25
21  years.
22        Q. Have you ever actually worked
23  together?

Page 76

1        A. Well, again, as a chair, and
2  he's the vice chair, I would consider that
3  working together in terms of developing
4  protocols in the clinical treatment of
5  ovarian cancer. He's also invited me to
6  Jackson twice to give a talk.
7        Q. Have you published with him --
8  I'm sorry. Have you done any -- have you
9  conducted any clinical research with him?
10        A. I'm trying to think if we've --
11  again, if you want to call clinical research
12  the administration of the Gynecologic
13  Oncology Group, then I'm heavily involved in
14  that, and he was too. If the definition of
15  clinical research means we were both on the
16  same protocol, I don't think actually we were
17  on any protocols together. We may have
18  ultimately published together on a couple of
19  papers.
20        Q. Okay. And I should have asked
21  you this early on. Do you have any ongoing
22  clinical trials or studies involving talc and
23  ovarian cancer?

Page 77

1      A. Involving talc, no.
2      Q. Or involving any suspected
3  causative agent in ovarian cancer other than
4  genomics?
5      A. Nothing outside of genomics.
6      Q. I'm sorry. I drifted away from
7  our risk-factor discussions. Let me get
8  back.
9         So you talked about age, you
10  talked about total ovulatory cycles, and you
11  finished with family history. So you
12  mentioned the maternal grandmother with a
13  history of ovarian cancer and breast cancer
14  and Ms. Brower's father having colon cancer
15  and lung cancer.
16      A. Skin cancer, too, I believe.
17  I'm not sure if that's relevant.
18      Q. Do you know whether her father
19  was a smoker?
20      A. I thought it was mentioned
21  somewhere in the document.
22      Q. If her father was a longtime
23  smoker, would you attribute the lung cancer

Page 78

1  to that, most likely?
2      A. Probably, yeah.
3      Q. What about colon cancer? Can
4  colon cancer be associated with cigarette
5  smoking?
6      A. Not to my knowledge. If it is,
7  it's not a strong indication.
8      Q. Are you aware of any specific
9  links between Ms. Brower's father's colon
10  cancer and her ovarian cancer?
11      A. Well, we --
12      Q. Other than Lynch Syndrome
13  that we've already --
14      A. We touched on that. Lynch
15  would be about a three- to fourfold increase
16  risk for ovarian cancer.
17      Q. There's no evidence she has
18  Lynch Syndrome?
19      A. The classic definition,
20  correct.
21      Q. So is there any nexus, in your
22  mind, between her father's colon cancer and
23  her ovarian cancer?

Page 79

1      A. Beyond that, not that I know
2  of.
3      Q. And with regard to her
4  mother's ovarian -- I mean, her grandmother's
5  ovarian cancer and breast cancer -- first of
6  all, you only have opinions about her
7  paternal grandmother's cancer because it was
8  reported somewhere in the medical records,
9  right?
10      A. Yeah. Genetic counseling
11  document was pretty complete in terms of the
12  history of her family.
13      Q. Do you know what histological
14  subtype of ovarian cancer her grandmother
15  had?
16      A. No. I don't think that was
17  reported.
18      Q. Okay. Same thing with breast
19  cancer. Do you know what type of breast
20  cancer she had?
21      A. No.
22      MS. AHERN: You wouldn't happen
23      to have a copy of the genetic

Page 80

1      counseling record, would you?
2      MR. DEARING: I just have this
3      report. I don't have the full
4      record. I can't represent that
5      this is a complete copy of the
6      report. It's just something I put
7      in my notes. I'm not going to
8      spend any more time on it. But
9      you're welcome to look at my copy.
10      MS. AHERN: Thank you. This
11      might be the tumor.
12      A. Six maternal grands diagnosed
13  with breast cancer. I forgot that.
14      Yeah. So the father is
15  reported as a smoker here. Yeah. The rest
16  of it is pretty much discussed.
17      Q. Do you have any opinions about
18  whether relatives removed as far as great
19  aunts really have any influence over a
20  person's disposition toward ovarian cancer?
21      A. It's less -- it's certainly
22  less influential than, you know, first-degree
23  relatives.

Page 81

1    Q. And there are quite a few
2  studies about that.  And they often will
3  exclude relatives beyond first degree as
4  relevant family history.  Do you agree with
5  that?
6        MS. AHERN: Objection to form.
7    A. Yeah.
8    Q. Any other family history that
9  you're aware of that you feel may at all be
10  related to Ms. Brower's case?
11    A. That's about it.
12    Q. What about any other risk
13  factors?  Are you aware of any other
14  established risk factors that may have
15  contributed to Ms. Brower's cancer?
16    A. I think that was the major list
17  that I reviewed.  Yeah.
18    Q. Would you agree that genetic
19  predisposition is probably the most
20  compelling risk factor for ovarian cancer?
21    A. And how do you define
22  "compelling"?
23    Q. Well, the one risk factor that

Page 82

1  may have the most influence over a person's
2  predisposition to ovarian cancer?
3        MS. AHERN: Objection to form.
4    A. I think it has the biggest
5  impact.  Yeah.  So BRCA1, 80 percent lifetime
6  risk; BRCA2, maybe 40 percent.  These are
7  highly penetrant genes.
8    Q. Right.
9    A. And then the other ones.
10    Q. I may have just asked you this,
11  but is it your opinion that there are no
12  other risk factors, in your opinion,
13  influencing Ms. Brower's ovarian cancer?
14        MS. AHERN: Objection to form.
15    A. None that I saw, you know, in
16  reviewing the records.  That's really the --
17  I think that's an inclusive list.
18    Q. Did you consider any protective
19  factors in Ms. Brower's case that may apply
20  to her?  We talked about the multiparity.
21  She had three children that may have
22  interrupted her ovulatory cycle for years.
23  Any other protective factors?

Page 83

1    A. We mentioned -- I may not have
2  made it clear, she's had a tubal ligation.
3  And that certainly is viewed, based on data,
4  to be protective.
5    Q. Any other protective factors
6  that you observed in her medical records or
7  family history or anything?
8    A. Not that I saw.
9    Q. I think --
10    A. I do think -- sorry.  Because
11  it was unclear and short.  She did have a
12  history of OCPs, birth control.  But it
13  seemed to me maybe less than two years and
14  inconsistently used.
15    Q. Okay.  And you list that as a
16  protective factor because it reduces her
17  number of ovulatory cycles?
18    A. Correct.
19    Q. Do you have any opinion as to
20  what caused Ms. Brower's ovarian cancer?
21    A. Well, again, I think -- I'm
22  impressed by the family history, and I really
23  wonder whether there's a undiagnosed germline

Page 84

1  abnormality.  This would be a patient which
2  now we probably would do whole exome
3  sequencing.  Back then, not standard of care
4  and expensive, so that would be a concern.
5        Now, if that was still
6  negative, again, as we discussed before, you
7  know, I think the consensus in the field is
8  that many of these tumors arise because of a
9  DNA repair abnormality that's arising right
10  in the cell called sporadic -- there's a
11  variety of names you could label that kind of
12  tumor.  It's still a genomic basis.
13    Q. Right.  So would you agree,
14  then, that for there to be a disruption in
15  the DNA repair process, there must be
16  something causing that disruption?  In other
17  words, it doesn't just spontaneously stop
18  repairing itself for no reason, right?
19    A. Well, the abnormality and DNA
20  repair could also be spontaneous.  As Hubert
21  Vogelstein says, bad luck.
22    Q. So is it your opinion that
23  there must be some genetic abnormality

Page 85

1 contributing to Ms. Brower's ovarian cancer
2 because that's essentially the only way these
3 cancers occur?
4         A. I think that -- my sense is the
5 consensus in the field -- and I'm part of
6 that -- is that, yeah, ovarian cancer arises
7 because of genomic abnormalities, and that's
8 coming from a DNA repair defect. Some of
9 that is coming from mom and dad or germline
10 event. A larger portion of it is occurring
11 spontaneously.
12         Q. And is it your opinion that
13 it's just not possible that a foreign body
14 may have reached the ovary, caused an
15 inflammatory reaction, a reactive oxygen
16 species reaction that may have disrupted the
17 DNA in that process?
18         A. There's not convincing evidence
19 for that.
20         Q. Are you saying that it's not
21 possible, or you're just not convinced that's
22 what happened in this case?
23         A. Well, I think in this

Page 86

1 particular case, I don't think it happened.
2 And I think that the more likely etiology of
3 her tumor is genetic, either spontaneously or
4 germally.
5         Q. Do you think that that
6 inflammatory process I just described is
7 possible?
8         MS. AHERN: Objection to form.
9         A. Just describe it again.
10         Q. Well, for there to be a foreign
11 body that ends up in the ovarian epithelial
12 cells which causes an inflammatory response,
13 which causes a reactive oxygen species or
14 reactive nitrogen species-type response,
15 which results in DNA damage, which
16 replicates, do you think that that is a
17 plausible or possible event in a woman's
18 life?
19         A. I don't think so. You know,
20 again, from a scientific standpoint, I have
21 to look at the available evidence. And we
22 can go through -- what you just described is
23 fairly complex, with lots of sort of

Page 87

1 innuendos from a scientific standpoint. We
2 went through it before, we can go through it
3 again. There's just not any evidence,
4 convincing evidence, that that's -- that
5 that's occurring.
6         Q. One of the things you said in
7 your report was that you didn't feel there
8 was adequate experimentation with regard to
9 biologic mechanisms. To use your words, you
10 said that there was a lack of rigorous
11 biologic mechanistic experiments. Do you
12 remember that phrase?
13         A. Yeah.
14         Q. And you just told me that you
15 didn't think that's what happened in
16 Ms. Brower's case, that scenario I just
17 described with the foreign body reaction, et
18 cetera. What sort of rigorous biologic
19 mechanistic experiment would you need to see
20 before you were convinced that talc exposure
21 might have increased Ms. Brower's ovarian
22 cancer risk?
23         MS. AHERN: Objection to form.

Page 88

1         This was gone over ad nauseam with
2 Russ in terms of experimental or
3 experiments that could be done.
4         MR. DEARING: Can you give me
5 two minutes of it or three minutes?
6 I won't spend much time.
7         MS. AHERN: Okay.
8         MR. DEARING: I have three
9 questions.
10         A. We did go over it extensively,
11 because it's a good question.
12         I think if you look critically
13 at the biologic experiments, a lot of it
14 rests on the experiment that used
15 immortalized surface epithelium and then a
16 granulosa cell -- cell line -- which that
17 paper is just terrible. And I think I listed
18 it in the report. I went over it fairly
19 carefully, which is that the granulosa is
20 cell element has got nothing to do with
21 high-grade serous ovarian cancer. And then
22 the immortalized cells, we've talked about.
23 They're a model that people use. They're not

Page 89

1    normal.  All right?  They have SV40 in them.

2          And then the readout in that

3    paper to show malignant transformation, which

4    is, from my perspective, completely

5    misleading, is soft agarose growth of those

6    cell lines.

7          Q.  Now you're referring to the

8    Buz'Zard study, pycnogenols?

9          A.  Yeah.  Correct.  I mean, the

10   problem there is that we've got those cell

11   lines.  They grow in soft agar without doing

12   anything to them.  So they're not normal.

13   That's not a measurable transformation.

14   There's nothing in that paper that convinces

15   me.

16          Now, there are other surrogate

17   papers where they look at gene expression

18   patterns, they looked at Rous generation.

19   That's all very tangential.  Even the

20   quantitative measures of what they're looking

21   at are very subtle.  So I look -- as a

22   scientist, step back and say, you know, what

23   does this mean in toto and compare it to what

Page 90

1    has been done in lung cancer and gastric

2    cancer, even glioblastoma.  It just pales in

3    comparison in terms of convincing me of

4    providing data for the model you describe.

5    Right?

6          Q.  If it could be demonstrated

7    that epithelial ovarian cells exposed to talc

8    significantly -- experience significantly

9    enhanced oxidative stress in those cells,

10   would that affect your opinion regarding talc

11   exposure and ovarian cancer?

12          A.  Not substantively.  It would be

13   an interesting observation.  But oxidative

14   stress is a very broad category.  There are

15   lots of things that cause oxidative stress

16   which kills cells, doesn't transform them.

17   Oxidative stress is involved in

18   cardiovascular disease, but that's not

19   cancer.

20          Q.  Would you agree, oxidative

21   stress can certainly disrupt DNA repair,

22   right?

23          MS. AHERN: Objection to form.

Page 91

1          A.  Oxidative stress can have an

2    impact on DNA, yeah.

3          Q.  What if the epithelial cells

4    exposed to talc cause a significant increase

5    in CA125 expression?  Would that affect your

6    opinion at all on whether talc exposure can

7    cause ovarian cancer?

8          MS. AHERN: Objection to form.

9          A.  Definitely not.

10          Q.  Have you read the deposition

11   transcripts of Ms. Brower's treating

12   physicians?

13          A.  Benedict Benigno.  I think I

14   reviewed him, yeah.

15          Q.  Dr. Tenney?

16          A.  Meaghan Tenney.

17          Q.  There weren't a lot of opinions

18   expressed in those depositions.  But of what

19   you read, did you see anything that you

20   particularly disagree with in those

21   deposition transcripts?

22          MS. AHERN: And that you recall

23          today.

Page 92

1          A.  As far as I recall, from a

2    clinical management standpoint, it was very

3    straightforward.

4          Q.  Can you name the pharmaceutical

5    or cosmetic companies that you've received

6    research funding from?

7          A.  Pharmaceutical and what?

8          Q.  Cosmetic companies, like

9    Johnson & Johnson?

10          A.  So I haven't received any

11   research funding from cosmetic companies.

12   Pharmaceutical, I think it's listed on my CV.

13   You'll see a lot of pharma because of the

14   clinical trials I run.  So I'm not sure I can

15   give you an absolute list.  But, you know,

16   it's the usual players: AstraZeneca, Pfizer,

17   Imogen; and these are all treatment trials

18   for new agents for ovarian cancer.  And those

19   funds do not flow to me.  They flow to the

20   hospital.

21          Q.  With regard to the genomic

22   research that you've done, how was that

23   funded?

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 93

1     A. That's all NIH grants.
2     Q. Other than in this talcum
3   powder litigation, have you ever testified on
4   behalf of a pharmaceutical company before?
5     A. No.  The Maine was a
6   malpractice case.  This is the only example,
7   yeah.
8     Q. Do you presently sit on any
9   editorial boards or peer-review panels for
10   medical journals?
11     A. I'm an associate editor for the
12   Journal of National Cancer Institute, and I
13   do a lot of reviews.  But that's about the
14   only editorial position.
15     Q. I'm sorry.  You said associate
16   editor?
17     A. Associate editor, yeah.  JNCI.
18     Q. Would your past editorial board
19   experience and peer-review committee
20   experience be identified in your CV?
21     A. Yeah.  It will all be on there.
22   I mean -- yeah.  I was on GYN/ONC and a
23   couple of other journals, but I'm off now.

Page 94

1     Q. And you've never published on
2   talc and ovarian cancer before, correct?
3     A. No.
4     Q. And have you ever lectured or
5   presented on the topic of ovarian cancer and
6   talcum powder?
7     A. No.
8     MR. DEARING: If we can just go
9     off the record for a few minutes, I
10     want to synthesize my notes.
11     (Off-the-record discussion from
12     10:29 a.m. to 10:36 a.m.)
13   BY MR. DEARING:
14     Q. I think I asked you if you ever
15   published or lectured on the relationship
16   between talc and ovarian cancer.  Have you
17   ever conducted any cell studies involving
18   talcum powder?
19     A. No.
20     Q. Have you ever conducted any
21   ovarian cell line studies involving any kind
22   of reactive agent?
23     MS. AHERN: Objection to form.

Page 95

1   BY MR. DEARING:
2     Q. Other than talcum powder?
3     MS. AHERN: Objection to form.
4     Sorry.
5     A. It's a little -- it's a little
6   broad.  But most of our work is genomic, and
7   we put in genes and we take out genes.
8     Q. Have you ever done any studies
9   where you intentionally exposed epithelial
10   cells to some agent and then studied the
11   reaction to it?
12     MS. AHERN: Objection to form.
13     A. Ovarian epithelial cells?
14     Q. Right.
15     A. We have attempted to
16   immortalize them.  That would be viruses, but
17   that's a delivery system.  It's a little
18   different, I think, than what you're asking.
19     Q. In the Buz'Zard study, did they
20   immortalize those cells with viruses?
21     A. So I don't think -- I think the
22   cell line in that paper, they didn't
23   immortalize.  They got it from --

Page 96

1     Q. They bought it?
2     A. My guess is they got it from
3   Nellie Osberg, because she had the original
4   SV40 immortalized cell lines.
5     Q. I just couldn't remember.  I
6   didn't remember these being virus.
7     I asked you about talc and its
8   ability to translocate from the perineum to
9   the ovaries, and you said there was no
10   convincing evidence to support that.  Is your
11   opinion also true with regard to other things
12   like heavy metals?
13     Is your opinion the same with
14   regard to heavy metals a person may be
15   exposed to perineally?
16     MS. AHERN: Objection to form.
17     A. Retrograde, coming -- or
18   just --
19     Q. Right.  Is there any way for
20   any materials -- let me just put it out there
21   in a very broad sense.
22     In your opinion, is there any
23   way that any material -- whether it be talc,

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 97

1  heavy metals, asbestos, whatever -- can
2  migrate from the perineum to the ovaries
3  through the reproductive tract?
4       MS. AHERN: Objection to form.
5       A. Well, you know, we discussed
6  this before. There's an anatomical conduit.
7  Right? So it's not like it's blocked. So
8  theoretically, could something happen? Sure.
9  What I'm saying is I'm not convinced by the
10 talc data or the experiments that we reviewed
11 last time that we know that this happens
12 reproducibly and efficiently. Those
13 experiments are just not very well conducted.
14      And then I think the
15 observation, finding particles in tumors is
16 not convincing to me that that's coming from
17 that process. It's just an observation.
18      Q. And to be clear --
19      A. That's what I'm saying.
20      Q. -- Dr. Godleski's findings are
21 not just from tumor tissue. It's from other
22 tissue besides tumor tissue. Does that
23 affect your opinion at all?

Page 98

1       A. Well, it's tissue. I make it
2  broad.
3       Q. Are you aware of any other way
4  that talcum powder may have reached
5  Ms. Brower's ovaries? In other words,
6  through some other mechanism of transport,
7  either inhalation or whatever?
8       MS. AHERN: Objection to form.
9       A. Again, I don't -- I remain
10 unconvinced that that plays a role in her
11 ovarian cancer. There is data people talk
12 about or the possibility that high levels of
13 talc in the air can be inhaled and then get
14 into the lungs. I struggle with the -- I
15 struggle with that concept.
16      Q. Would you agree that it's
17 unlikely that inhaled talc particles or
18 inhaled asbestos particles, or whatever,
19 would have reached the ovaries in
20 Ms. Brower's case?
21      A. Unlikely. Yeah.
22      Q. I think I said very -- I meant
23 to say very unlikely. Would you agree with

Page 99

1  that?
2       A. Exceedingly unlikely, yeah. I
3  think if -- again, we -- if that's the
4  proposed mechanism, you would think you would
5  see something in the lung for all that talc.
6       Q. Although her lung tissue wasn't
7  studied in this case, so we don't know.
8       MS. AHERN: Objection.
9       A. She had a lot of scans.
10      Q. True. As I mentioned,
11 Dr. Godleski found actually 27 talc particles
12 in the gynecologic tissue. Do you have any
13 explanation for how they got there if you're
14 saying they can't migrate and it's not likely
15 she inhaled it?
16      Let me break that down. First
17 of all, do you take exception to the fact
18 that he found talc in the tissue?
19      MS. AHERN: Objection.
20      A. What do you mean by
21 "exception"? I think he's seeing something,
22 and we'll rely on him to say he can identify
23 that by mass spec that it's talc. But I

Page 100

1  don't know where it's coming from. It could
2  be the OR suite, it could be the pathology
3  suite, it could be his own laboratory.
4       Q. So your opinion is that has to
5  be contamination; there's no other way?
6       A. I think it's conceivable it's
7  contamination. And then I add that to all
8  the other experiments that were done where
9  you can see material in controls versus
10 tumors. There's a pretty strong suggestion
11 that contamination is a problem in these
12 experiments. So I don't -- you know, I don't
13 know where that's coming from as part of
14 the -- part of the problem with interpreting
15 his results.
16      Q. Well, you said it's conceivable
17 that it's contamination. If you were to
18 exclude contamination as the source of that
19 talc, do you have any other explanation for
20 how talc could have gotten there?
21      MS. AHERN: Objection to form.
22      A. That would be the major issue.
23 You know, then, theoretically, it might have

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 101

1 come from the patient. It's odd that there's
2 no -- the additional complexity is if one
3 goes down that line, then what's the actual
4 role of it in that tumor. There's no --
5 really no inflammatory response. So that's
6 also confusing.
7      Q. Well, you're basing your
8 opinion that there's no inflammatory response
9 in this case by looking at the pathology
10 report, right? I mean, you haven't looked at
11 the tissue itself to see if there's an
12 inflammatory response, have you?
13      A. I would argue that even if I
14 looked at the tissue, I wouldn't be the
15 person to describe that. But I would assume
16 that it would be replete in the analysis from
17 the people who have looked, including, you
18 know, the individual who found the talc
19 particles. He would describe multiple
20 eosinophils and neutrophils and other
21 elements in inflammation.
22      Q. But you wouldn't expect the
23 surgical pathologist to have recognized

Page 102

1 foreign body reactions like macrophages or
2 granulomatous responses?
3      MS. AHERN: Objection to form.
4      A. Well, they would definitely
5 describe granulomatous responses.
6      Q. Okay. Well, you wouldn't
7 expect him to describe macrophage responses,
8 would you?
9      A. It depends on how severe it is,
10 yeah.
11      Q. I've looked at a hundred of
12 these. I don't think I've ever seen a
13 surgical pathologist recognize the presence
14 of macrophage activity, even though it's
15 there, because Dr. Godleski may have
16 subsequently found it.
17      So, I mean, my question is:
18 Would it be the normal practice for a
19 surgical pathologist to see and recognize
20 macrophage activity responding to foreign
21 bodies, foreign particles?
22      MS. AHERN: Objection to form.
23      A. Well, I think it was

Page 103

1 substantive. Yeah. I mean, the other
2 interpretation is it's really not there.
3 There's no granulomatous response at all.
4 There's no inflammatory response. And
5 Godleski is just looking at it, you know, and
6 he's seeing things.
7      Q. Well, would you agree that --
8      A. And the question is, too, if
9 you want to get down into the weeds on this,
10 is what kind of macrophage is he looking at?
11 Is this an M1 or an M2 macrophage?
12      Q. Would you agree that if he sees
13 macrophage activity associated with a foreign
14 particle, that he's attributed to be talc,
15 that that talc had to be there in the tissue
16 in vivo; in other words, before the tissue
17 was removed from the body?
18      MS. AHERN: Objection to form.
19      A. I actually wouldn't agree with
20 that.
21      Q. So macrophage activity can
22 continue even after the tissue is removed
23 from the --

Page 104

1      A. So macrophages are frequently
2 found in tumors.
3      Q. Right.
4      A. So those macrophages could be
5 there because there's a tumor there. And
6 then it's in the path suite, it's in his
7 laboratory, he gets some contamination of
8 talc. He puts them together as if that's
9 evidence that the talc was there and the
10 macrophages responded to it. But in fact,
11 none of the macrophages are there because the
12 tumor is producing cytokines and chemokines.
13      In fact, that's a very
14 well-documented process of ovarian cancer.
15      Q. My question is, really, does
16 the macrophage activity stop when the tissue
17 is removed from the body?
18      A. Say that again.
19      Q. Okay.
20      A. The macrophages are in the
21 tumor. When you remove the tumor, they go
22 with it.
23      Q. When the macrophages are in the

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 105

1  tumor in the body, they're active, they're
2  doing something, right?  They're attempting
3  to sequester foreign particles or invading
4  particles or some threat, right?
5       MS. AHERN: Objection to form.
6       Q. Is that a fair statement of
7  what macrophages do?
8       A. Well, you know, the point that
9  I'm making is that in many tumors, including
10  ovary, you find macrophages.  They're not
11  there engulfing any foreign particle.
12  They're being attracted by the malignant
13  epithelial cells.  This is part of the
14  problem with the interaction of the stroma to
15  the epithelium.  They're coming into the
16  tumor; they're secreting more factors to make
17  the tumor grow bigger.  They're part of the
18  tumor.
19       So I don't see -- I don't think
20  it's fair to say that those macrophages are
21  there because of the foreign body.  No.  The
22  macrophage may be there just because of the
23  cancer, and then the foreign body came from

Page 106

1  something.  It could be a contaminant.
2       Q. Okay.  I think we're talking
3  about two different things.  You agree that a
4  macrophage -- I'm sorry.  Strike that.
5       You would agree that a
6  macrophage's response is in some measure
7  determined by the size of the foreign
8  particle -- foreign body reaction, right?
9       MS. AHERN: Objection to form.
10  BY MR. DEARING:
11       Q. In other words, if the particle
12  was large, you would expect to see a giant
13  cell, not a macrophage trying to sequester a
14  particle?
15       MS. AHERN: Objection to form.
16       A. I'm not sure I agree with that
17  either.  I mean, again, one of the concepts
18  is -- you know, for instance, TB.  TB is a
19  pretty big bacterium.  That gets engulfed by
20  a macrophage.  So big particles can be
21  engulfed by a macrophage.  They can't digest
22  it, so that creates a granuloma.  They just
23  sort of sit there.

Page 107

1       But -- I don't know if that
2  answers your question.
3       Q. Well, it sort of does, because
4  I'm circling back to where I started.  And
5  that is, the macrophage activity, the
6  macrophage's attempt to sequester a particle,
7  digest a particle, even move to a particle,
8  all of that stops when the tissue is removed
9  from the body, right?  The activity ceases?
10       A. Well, the cells are dead.
11       Q. Right.  They all die when it's
12  removed from the body.
13       A. Yes.
14       Q. That's where I was trying to
15  get back to.  You're taking me deeper than I
16  want to go.
17       A. I agree on that.  Yeah.  There
18  isn't life after removal.
19       Q. None of the opinions you've
20  expressed today about talc and ovarian cancer
21  have ever been peer reviewed, have they?
22       A. No.
23       Q. You agree that the papillary

Page 108

1  serous cancer that Ms. Brower had is the most
2  likely histological type of cancer to recur?
3       A. If you're talking total, if you
4  look at recurrent ovarian cancers, are most
5  of them pap serous, the answer is yes.  Stage
6  for stage.  If you look at the stage III
7  or IV clear cell, the chance of that
8  recurring is just as high.  But they're not
9  common tumors.
10       Q. Sure.  Would you agree that
11  papillary serous is the more aggressive of
12  the four main histological subtypes of
13  ovarian cancers?
14       MS. AHERN: Objection to form.
15       A. The pap serous tumors present
16  at an advanced stage much more frequently.  I
17  think that contributes to its aggressiveness.
18       Q. And so that makes them more
19  likely to metastasize?
20       A. That means they are
21  metastasized at diagnosis.
22       Q. You mentioned, when we were
23  talking about talc contamination, that it's

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 109

1 possible contamination occurred from a
2 previous surgery. Did you say something like
3 that?
4         A. I left it at the OR, path
5 suite, lab.
6         Q. The OR, when you say -- are you
7 referring to the ovarian cancer surgery?
8         A. Correct. So as you know,
9 surgeon cuts it out, it doesn't just,
10 unfortunately, miraculously show up in the
11 path suite. It gets puts onto a plate,
12 sometimes it sits there for a half hour to an
13 hour, because the surgeon is busy. Multiple
14 people touch it. You know, it's not -- and I
15 know this because part of the -- we get some
16 of our tumors from the OR. When we put them
17 in a culture, they're all contaminated with
18 bacteria. So it's not as clean of a process
19 as you would think it would be.
20        Q. Are you seeing talc in those?
21        A. I can't say I saw talc, no.
22        Q. And, of course, surgical gloves
23 haven't been dusted with talc in decades,

Page 110

1 right?
2         MS. AHERN: Objection to form.
3         A. Yes.
4         Q. And that's precisely why
5 surgical gloves are no longer dusted with
6 talc, because leaving traces of talc in the
7 peritoneal cavity can cause problems,
8 infections, foreign-body responses that can
9 affect a patient's health, right?
10        MS. AHERN: Objection to form.
11        A. There were some observations
12 that there was irritation, yeah, and
13 problems. Yeah.
14        Q. You agree that smoking, and
15 maybe in this case, secondhand smoke is not a
16 risk factor for papillary serous ovarian
17 cancer, right?
18        A. I don't know of any data that
19 supports that.
20        Q. We had two negatives going
21 there at the same time. Let me ask it a
22 different way.
23        Would you agree with me that

Page 111

1 cigarette smoke and secondhand cigarette
2 smoke exposure does not increase a woman's
3 risk of ovarian cancer?
4         A. Correct.
5         Q. Would you agree that obesity
6 does not increase a woman's risk of ovarian
7 cancer?
8         A. So, as you probably know, there
9 are some epidemiologic data to suggest that
10 obesity is a risk factor for ovarian cancer.
11 I don't -- I don't find that compelling. If
12 it is, it's a pretty weak one. This
13 particular patient, though, had a BMI that
14 was quite high.
15        Q. And that seems to be the way
16 the pendulum is swinging right now, is that
17 obesity has very little to do with a person's
18 predisposition for ovarian cancer?
19        A. It's much more for endometrial
20 cancer and breast cancer.
21        Q. Let me try to make a clear
22 record on that question. I babbled a little
23 bit.

Page 112

1         Would you agree with me that
2 obesity did not contribute to Ms. Brower's
3 ovarian cancer?
4         A. I think it's unlikely.
5         Q. Okay. You said that you treat
6 patients now and have most of your career.
7 What specific type of treatment do you offer
8 patients at this time in your career? I
9 mean, is it mostly consulting? Is it actual
10 treatment? What do you do?
11        A. So, again, most of my patients
12 have ovarian cancer. Most of the them are
13 going to be advanced stage -- excuse me --
14 initial diagnosis, in which case I'll
15 recommend surgery. I don't do the surgery.
16 Surgeons would the surgery, followed by
17 chemotherapy.
18        And many of my patients are
19 recurrent, so they'll come to me for a second
20 opinion if it's standard of care, which
21 sometimes it is, and they're coming from a
22 far distance, I'll say, it's not worth
23 traveling to Birmingham to get standard of

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

Page 113

1  care; get it locally. We'll communicate that
2  with a local doc.
3        If it's a unique treatment here
4  and/or clinical trial, then we'll treat them
5  and I'll guide that therapy.
6        Q. If you're recommending a
7  chemotherapeutic agent for a patient, do you
8  have a face-to-face discussion with them
9  about the risks and benefits of what you're
10 recommending?
11       A. Of course, yeah.
12       Q. And that's so the patient can
13 make an informed decision about what they put
14 in their body?
15       A. Correct. And they have to be,
16 of course, consented, both for standard of
17 care and clinical trial.
18       Q. I'm almost finished. The
19 opinions you've shared today about talc and
20 ovarian cancer, are they opinions that you've
21 held for years or is it just something you
22 started looking at in the past couple of
23 years when you got involved in this

Page 114

1  litigation?
2        A. So I would say, essentially,
3  for years. We went through this a little bit
4  last time, which is in my own practice, but I
5  think all my colleagues, and we see patients
6  with ovarian cancer, talc doesn't come up as
7  a risk factor so we don't -- because we don't
8  essentially think there's substantial data.
9  So I've held that for a long time. And then
10 probably because of the litigation, have dug
11 down a little bit more into the epidemiologic
12 studies.
13       Q. So are you saying that you are
14 speaking today on behalf of all the
15 gynecologic oncologists at UAB, that none of
16 them believe that talc contributes to causing
17 ovarian cancer?
18       MS. AHERN: Objection to form.
19       A. I'm just sort of reflecting
20 what I think about the field. You know, I
21 meet all of these people -- and it goes way
22 beyond UAB -- at the Society of Gynecologic
23 Oncology, at American Society of Clinical

Page 115

1  Oncology. These are the big meetings. We
2  just got back from Kyoto IGCS. Talc and
3  ovarian cancer is never discussed.
4        Q. You would agree that you do
5  have some colleagues here at UAB that believe
6  that perineal talc exposure does increase a
7  woman's risk of ovarian cancer, right?
8        A. I certainly have never
9  discussed it with them.
10       Q. So are you saying you don't
11 know whether you have colleagues that believe
12 that, or you know that they exist, you just
13 haven't discussed it with them?
14       A. No. From my perspective, I
15 know of nobody here who has brought this
16 issue up to me or discussed it in a seminar.
17       Q. Some of them have published on
18 it. Are you aware of that?
19       A. Some of them have published on
20 it. This is within GYN/ONC or medical
21 oncology?
22       Q. Well, I'm not sure. But I can
23 tell you that the topic was perineal talc

Page 116

1  exposure and ovarian cancer. So there are
2  some oncologists within the UAB system that
3  have opinions that perineal talc exposure
4  does increase a woman's risk of ovarian
5  cancer. Are you aware of that?
6        A. I'm not aware of a specific
7  physician.
8        MR. DEARING: Okay. I think
9        that's all I have.
10       MS. FOSTER: I don't have any
11       questions.
12       EXAMINATION
13 BY MS. AHERN:
14       Q. I have just a couple of little
15 clarifications.
16       Doctor, earlier, you were asked
17 whether you considered macrophage activity as
18 a foreign body reaction, and I believe you
19 said yes. And I guess my question is -- I
20 think this may have been clarified toward the
21 end of the deposition, your exchange on
22 granulomas. But did you mean to suggest that
23 if you see macrophages, that you're seeing a

Page 117

1 foreign-body response?

2     A. Well, I didn't want to get down

3 in the weeds on that, because, you know, I

4 think macrophages do a lot of things. So I

5 think if you look at a granuloma, which is a

6 foreign body reacting to macrophages, that a

7 macrophage is doing something. We now know

8 that macrophages are seen in essentially all

9 human tumors doing something completely

10 different, and that's not a foreign-body

11 reaction. So it's a mixed -- it's a little

12 bit like what we get into when we hear the

13 term "inflammation." This is a incredibly

14 broad term that we need to be a little bit

15 more scientifically specific.

16     Q. Okay. So in other words,

17 macrophages are not synonymous with

18 foreign-body reactions or granulomas?

19     A. No. They do lots of things.

20     Q. And just going quickly back

21 over some questions asked specifically about

22 Mrs. Brower. And I know you don't have the

23 medical records in front of you. But if I

Page 118

1 represent that Northside Medical records put

2 her age of menarche at 10 and menopause at

3 57, is that consistent with your general

4 recollection of your review?

5     A. Yes.

6     Q. Is that also consistent -- in

7 your opinion, would that be a longer than

8 average ovulatory period?

9     A. Yes.

10     Q. And you were asked some

11 questions about and you discussed her family

12 history, and I think you had the opportunity

13 to review the genetic counseling record. And

14 one of the things you mentioned you had

15 forgotten was that she had six maternal aunts

16 who had had breast cancer. Is that

17 significant in any way to Mrs. Brower's

18 family history?

19     A. Well, it's notable. We went

20 over it before. I think as you get a little

21 bit further away from first-degree relatives,

22 it becomes less of an impact. But we're

23 talking about a lot of maternal aunts with

Page 119

1 breast cancer, so it does raise an issue

2 about potential genetic predisposition for

3 this disease.

4     MS. AHERN: Okay. That's all I

5     have.

6     EXAMINATION

7 BY MR. DEARING:

8     Q. Do you know anything about the

9 social history of those aunts, whether they

10 were smokers or drinkers?

11     A. I don't think there was

12 anything listed in the counseling note.

13     Q. Would you agree that women who

14 drink alcohol are at an increased risk of

15 breast cancer?

16     A. It's, I think, fairly

17 substantial data to link some alcohol

18 ingestion to breast cancer. Yes. It's also

19 a common disease, unfortunately.

20     Q. Do you agree that tumor cells

21 themselves can cause a foreign-body-type

22 reaction, like a giant cell could respond to,

23 you know, grow tumor cells, cancer cells?

Page 120

1     A. That's a hard one to answer. I

2 mean, a lot of times, tumors are described as

3 a wound that doesn't heal. Is that a

4 foreign-body reaction? That's something

5 different. You can find giant cells within

6 tumors. Do we know exactly what they're

7 doing? I don't know.

8     Q. Can cancer cells or tumors

9 invoke a granulomatous response?

10     MS. AHERN: Objection to form.

11     A. That's an interesting question.

12 I certainly don't -- it's not common, and I'm

13 trying to think of a cancer where I would see

14 a granulomatous response. It's not coming to

15 mind.

16     MR. DEARING: Okay. I think

17     that's it. Doctor, thank you for

18     your time.

19     (The deposition of MICHAEL

20     BIRRER, M.D., concluded at

21     11:05 a.m.)

22 *  *  *  *  *  *  *  *

23

Page 121

1            REPORTER'S CERTIFICATE

2            I, Greta H. Duckett, Certified Court

3    Reporter, Registered Professional Reporter,

4    and Certified Realtime Reporter, hereby

5    certify that on Tuesday, September 25, 2018,

6    I reported the deposition of MICHAEL BIRRER,

7    M.D., who was first duly sworn or affirmed to

8    speak the truth in the matter of the

9    foregoing cause, and that the pages herein

10   contain a true and accurate transcription of

11   the examination of said witness by counsel

12   for the parties set out herein.

13           I further certify that I am neither

14   of kin nor of counsel to any of the parties

15   to said cause, nor in any manner interested

16   in the results thereof.

17           This 28th day of September, 2018.

18

19

20   _____
     GRETA H. DUCKETT, ACCR-12, GCCR-2891,
21   TLCR-671, RPR, CRR
     Commissioner for the
22   State of Alabama at Large
     CCR EXPIRATION:  9/30/19
23   MY COMMISSION EXPIRES:  5/17/21

---

Page 122

1            CERTIFICATE PAGE
                    and
2            ERRATA SHEET

3       I, _____, the
     witness herein, have read the transcript of
4    my testimony and the same is true and
     correct, to the best of my knowledge.  Any
5    corrections and/or additions, if any, are
     listed below.

6

7    _____  _____
     Deponent's Signature         Date
8

9    Sworn and subscribed before me, this the
     _____ day of _____, 20____.
10

11   _____
     Notary Public in and for
12   the State of _____
     My Commission Expires _____
13

14   PAGE    LINE    CORRECTION        REASON

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

# #

**#1 (2)**
10:7,12

# A

**ability (1)**
96:8
**Abney (2)**
5:14;12:15
**abnormalities (6)**
15:8;19:21;20:5,11,
15;85:7
**abnormality (10)**
21:3,10,15;22:3;
23:23;26:12;84:1,9,19,
23
**above (2)**
62:11;64:12
**absolute (1)**
92:15
**accepted (1)**
62:3
**accurate (3)**
15:14;47:19;50:23
**accurately (1)**
10:14
**acids (1)**
14:7
**across (1)**
63:18
**activates (1)**
29:6
**active (1)**
105:1
**activity (9)**
46:13;102:14,20;
103:13,21;104:16;
107:5,9;116:17
**actual (2)**
101:3;112:9
**actually (23)**
14:10;18:5;19:5;
21:23;26:1;29:4,6;
39:13;40:3,22;41:12;
42:14,17;47:10;48:6;
55:19;56:13;58:4;73:9;
75:22;76:16;99:11;
103:19
**ad (2)**
50:2;88:1
**add (1)**
100:7
**additional (1)**
101:2
**adenovirus (1)**
30:12
**adequate (1)**
87:8
**administration (1)**
76:12

**administrative (2)**
6:11,13
**admitted (1)**
68:6
**advanced (2)**
108:16;112:13
**affect (4)**
90:10;91:5;97:23;
110:9
**affects (1)**
22:5
**affiliated (1)**
69:7
**afield (1)**
30:5
**again (33)**
8:10,14;9:15;15:20;
19:9;17;24:2;26:7;
33:5;45:20;47:21;
52:23;58:15;61:21;
63:21;64:10,12;68:2,
18;70:23;73:18;76:1,
11;83:21;84:6;86:9,20;
87:3;98:9;99:3;104:18;
106:17;112:11
**agar (2)**
32:9;89:11
**agarose (1)**
89:5
**age (11)**
60:12,13;62:10,11;
63:19;64:1,15;65:22;
73:5;77:9;118:2
**agent (6)**
31:23;40:7;77:3;
94:22;95:10;113:7
**agents (1)**
92:18
**aggressive (1)**
108:11
**aggressiveness (1)**
108:17
**aging (1)**
62:14
**ago (2)**
67:1;68:9
**agree (38)**
18:1;20:2;23:10;
31:10;33:20;38:19,21;
40:9;43:12;45:16;49:3;
52:11,17;58:18;69:3,
10;81:4,18;84:13;
90:20;98:16,23;103:7,
12,19;106:3,5,16;
107:17,23;108:10;
110:14,23;111:5;
112:1;115:4;119:13,20
**agreed (1)**
70:2
**agreement (2)**
5:5;44:18
**AHERN (95)**
4:23;5:15;10:3;11:2;

12:22;13:12,19;14:11;
16:20;17:7;18:4,12;
20:6,12;22:1;23:14,18;
24:12;26:4,21;27:16,
20;28:18;29:16;31:14;
33:15;36:15,20;38:15;
39:1,22;41:6;42:20;
43:6;44:13;45:5,19;
47:8;48:20;50:1,10,13;
51:1;52:4,15,21;54:12;
55:15;56:20;57:14;
59:16;61:6;63:17;
66:21;67:20;69:9,16;
70:22;71:19;72:12,21;
74:14;79:22;80:10;
81:6;82:3,14;86:8;
87:23;88:7;90:23;91:8,
22;94:23;95:3,12;
96:16;97:4;98:8;99:8,
19;100:21;102:3,22;
103:18;105:5;106:9,
15;108:14;110:2,10,
14:18;116:13;119:4;
120:10
**air (1)**
98:13
**alcohol (2)**
119:14,17
**allergic (1)**
46:2
**allow (1)**
28:10
**allows (1)**
55:9
**almost (2)**
20:23;113:18
**along (2)**
40:18;43:7
**alterations (1)**
57:3
**alternative (1)**
51:21
**Although (1)**
99:6
**always (7)**
32:3;44:20;45:10;
47:21;48:22;56:2;58:8
**American (1)**
114:23
**amount (2)**
47:6;65:8
**analysis (3)**
42:5;51:21;101:16
**analytical (1)**
22:15
**analyzed (1)**
47:17
**anatomical (1)**
97:6
**and/or (1)**
113:4
**animal (4)**
27:10,17;28:6,9

**animals (5)**
28:4;30:11;32:5,13;
49:9
**answered (3)**
54:13,15;73:15
**apologize (1)**
4:21
**applications (4)**
73:2;74:1,6,13
**apply (3)**
38:6;62:17;82:19
**appropriate (1)**
58:19
**approximately (1)**
47:16
**area (3)**
13:1;33:6;55:17
**argue (2)**
56:8;101:13
**argued (1)**
40:23
**arise (4)**
38:11,22;56:3;84:8
**arises (3)**
25:13;39:4;85:6
**arising (1)**
84:9
**around (2)**
18:6;58:6,10
**art (1)**
68:3
**asbestos (10)**
33:20;34:3,6,13,18;
35:19,21;36:2;97:1;
98:18
**ascribing (1)**
16:15
**asleep (1)**
37:3
**aspect (2)**
15:5;59:7
**associate (3)**
93:11,15,17
**associated (3)**
66:16;78:4;103:13
**assume (2)**
38:5;101:15
**assurance (1)**
16:14
**AstraZeneca (1)**
92:16
**ATM (1)**
68:11
**ATR (1)**
68:11
**attempt (1)**
107:6
**attempted (2)**
29:11;95:15
**attempting (1)**
105:2
**attracted (1)**
105:12

**attribute (1)**
77:23
**attributed (1)**
103:14
**aunts (4)**
80:19;118:15,23;
119:9
**available (1)**
86:21
**average (1)**
118:8
**aware (8)**
33:14;78:8;81:9,13;
98:3;115:18;116:5,6
**away (2)**
77:6;118:21

# B

**babbled (1)**
111:22
**back (11)**
31:9;56:10;63:20;
68:8;77:8;84:3;89:22;
107:4,15;115:2;117:20
**bacteria (1)**
109:18
**bacterium (1)**
106:19
**bad (5)**
21:15;40:7;59:4;
68:2;84:21
**balanced (1)**
63:14
**based (10)**
60:8;67:11;69:1,11,
18;71:7,8;72:8,14;83:3
**basically (1)**
67:8
**basing (2)**
61:2;101:7
**basis (7)**
26:9;35:16;43:2,5;
56:8;65:15;84:12
**Baylor (2)**
30:19;31:6
**becomes (2)**
22:6;118:22
**becoming (1)**
39:10
**beginning (3)**
4:17,22;58:13
**behalf (2)**
93:4;114:14
**below (1)**
55:9
**Benedict (1)**
91:13
**benefits (1)**
113:9
**Benigno (1)**
91:13
**besides (2)**

51:13;97:22
**best (1)**
  30:8
**better (9)**
  13:23;14:17;15:22;
  28:2;32:13;61:20;
  66:23,23;71:1
**Beyond (6)**
  16:6;55:6,16;79:1;
  81:3;114:22
**big (5)**
  36:6;62:21;106:19,
  20;115:1
**bigger (1)**
  105:17
**biggest (1)**
  82:4
**bilateral (3)**
  65:11,23;66:1
**biologic (6)**
  9:10;13:4;87:9,11,
  18;88:13
**biologist (1)**
  40:16
**biology (5)**
  13:10,14;32:2;34:19;
  41:1
**Birmingham (1)**
  112:23
**BIRRER (3)**
  4:1;6:2;120:20
**birth (1)**
  83:12
**bit (14)**
  8:11;17:9;36:8;40:4;
  55:16;57:16;60:17;
  73:10;111:23;114:3,
  11;117:12,14;118:21
**blah (3)**
  63:10,10,10
**blocked (1)**
  97:7
**BMI (1)**
  111:13
**board (1)**
  93:18
**boards (1)**
  93:9
**boat (1)**
  45:3
**bodies (1)**
  102:21
**body (20)**
  21:10;46:8;50:21,21;
  51:10;85:13;86:11;
  87:17;102:1;103:17;
  104:17;105:1,21,23;
  106:8;107:9,12;
  113:14;116:18;117:6
**both (12)**
  14:15,18;15:21;22:2;
  25:15;26:18;29:6;
  44:19;46:10;65:10;

76:15;113:16
**bottom (1)**
  63:11
**bought (1)**
  96:1
**BRAC2 (2)**
  23:17;28:11
**BRCA (2)**
  30:14,20
**BRCA1 (11)**
  16:4;17:10;23:16;
  24:21;27:10;28:10,16;
  32:22;33:17;68:10;
  82:5
**BRCA2 (8)**
  16:4;24:22;27:10;
  28:16;32:23;33:17;
  68:10;82:6
**break (4)**
  23:9;60:3;73:23;
  99:16
**breast (14)**
  65:2;66:4;68:20;
  69:7;77:13;79:5,18,19;
  80:13;111:20;118:16;
  119:1,15,18
**breast/ovary (1)**
  65:3
**breasts (1)**
  65:21
**Brewer's (1)**
  56:14
**briefly (1)**
  10:20
**Brigham (2)**
  7:18;8:4
**bring (1)**
  11:14
**brings (1)**
  16:10
**broad (5)**
  90:14;95:6;96:21;
  98:2;117:14
**brought (2)**
  53:11;115:15
**Brower (14)**
  4:8;43:12;50:8;61:3,
  15;62:9,18;66:4;70:19;
  71:12;72:10;73:2;
  108:1;117:22
**Brower's (21)**
  45:13;53:17;55:19;
  57:6;58:17;60:8;77:14;
  78:9;81:10,15;82:13,
  19;83:20;85:1;87:16,
  21;91:11;98:5,20;
  112:2;118:17
**busy (1)**
  109:13
**buy (1)**
  53:22
**Buz'Zard (1)**
  89:8

**Buz'Zard (1)**
  95:19

---

**C**

---

**CA125 (1)**
  91:5
**calculate (1)**
  74:6
**call (5)**
  13:13;19:7;24:4;
  32:4;76:11
**called (3)**
  4:12;42:1;84:10
**calling (1)**
  51:10
**came (6)**
  7:13;16:12;54:2,19;
  61:17;105:23
**Can (61)**
  6:9;10:2,22;14:16,
  18,23;16:6;17:19;27:1,
  2,3,9;28:8,15;29:11;
  30:8;32:7;33:20;36:2;
  37:5;38:12;39:13;
  41:13,15;44:17;49:4;
  51:17;52:16,19;53:4;
  54:17;55:7;57:15;63:8,
  20,22;66:7;74:9;78:3;
  86:22;87:2;88:4;90:21;
  91:1,6;92:4,14;94:8;
  97:1;98:13;99:22;
  100:9;103:21;106:20;
  110:7,8;113:12;
  115:22;119:21;120:5,8
**Cancer (167)**
  6:8,12,15,18,20;7:5,
  7;13:4,6,22;14:10;
  15:12,17,19,22,23;
  16:2,9,12,14,19,23;
  17:18;18:17;20:3,19;
  21:23;23:8,11,20;24:5,
  6,13,18;25:1,2,12,13,
  22;27:7,12;29:1;30:19,
  22;31:5;32:2;33:2,14,
  21;34:7,10,18;35:12,
  17,18,21,23;36:7,8,12;
  37:23;38:3;39:4,16;
  40:18,19;41:8;45:14;
  55:19;56:23;57:6,17,
  18;58:20;62:5,9,13,16;
  65:2,2,8;66:17;67:16,
  17;69:8,8;70:12,19;
  71:4;72:20;74:11,17;
  75:2,7;76:5,23;77:3,13,
  13,14,15,16,23;78:3,4,
  10,10,16,22,23;79:5,5,
  7,14,19,20;80:13,20;
  81:15,20;82:2,13;
  83:20;85:1,6;87:22;
  88:21;90:1,2,11,19;
  91:7;92:18;93:12;94:2,
  5,16;98:11;104:14;

105:23;107:20;108:1,
2;109:7;110:17;111:3,
7,10,18,20,20;112:3,
12;113:20;114:6,17;
115:3,7;116:1,5;
118:16;119:1,15,18,23;
120:8,13
**cancer/breast (2)**
  66:17;67:16
**cancerous (2)**
  28:23;32:8
**cancers (23)**
  13:2;18:2,9;19:15;
  20:14;23:12;24:10,18;
  25:19;30:15;35:5;36:3;
  38:7,10;57:2,7;59:6;
  68:16;69:13,14;85:3;
  108:4,13
**capacity (2)**
  4:13;7:11
**carcinogenesis (2)**
  14:9;26:2
**carcinogenic (2)**
  34:19;37:7
**carcinoma (3)**
  42:4;43:14;59:10
**carcinosarcomas (1)**
  42:2
**cardiovascular (1)**
  90:18
**care (6)**
  6:20;59:4;84:3;
  112:20;113:1,17
**career (2)**
  112:6,8
**carefully (1)**
  88:19
**cascade (2)**
  22:7;26:11
**case (31)**
  10:12;12:3,16;16:22;
  24:8;26:10;36:22;
  43:17;46:18;47:3;
  50:16;51:3;53:15;56:7;
  59:18;60:8,19;61:4;
  72:7;74:16;81:10;
  82:19;85:22;86:1;
  87:16;93:6;98:20;99:7;
  101:9;110:15;112:14
**case-by-case (2)**
  43:2,5
**cases (4)**
  17:13;42:10;47:23;
  56:2
**case-specific (2)**
  5:6;43:7
**cast (1)**
  40:15
**categorically (1)**
  67:3
**category (1)**
  90:14
**causality (1)**

33:7
**causation (3)**
  18:18;33:10;38:5
**causative (2)**
  19:2;77:3
**cause (16)**
  16:2;15:18:10;23:13;
  33:13,21;34:10;36:2,
  11;37:23;38:2;90:15;
  91:4,7;110:7;119:21
**caused (9)**
  15:18;16:13,18,19;
  17:20;18:2;70:11;
  83:20;85:14
**causes (15)**
  16:8,1;23:8;33:2;
  34:3,6;35:21;37:22;
  45:16;68:4;74:10;75:1,
  7;86:12,13
**causing (2)**
  84:16;114:16
**cavity (2)**
  46:11;110:7
**ceases (1)**
  107:9
**cell (30)**
  21:10;24:6;30:3,4,4;
  31:20;32:3,8,8,12,16,
  17,18;38:11,23;42:15;
  59:21;84:10;88:16,16,
  20;89:6,10;94:17,21;
  95:22;96:4;106:13;
  108:7;119:22
**cells (32)**
  14:7;26:9,13;27:14,
  15,23;28:14,15;29:1,
  14;31:13,22;38:22;
  39:9;41:3;57:19;86:12;
  88:22;90:7,9,16;91:3;
  95:10,13,20;105:13;
  107:10;119:20,23,23;
  120:5,8
**Center (5)**
  6:8,12,15,18;7:7
**centers (1)**
  6:16
**certain (1)**
  62:14
**certainly (14)**
  19:4;21:1;26:13;
  36:14;39:18;46:6;
  73:11;74:5,18;80:21;
  83:3;90:21;115:8;
  120:12
**certainty (2)**
  17:4;41:21
**cervical (1)**
  38:3
**cervix (2)**
  36:7;39:12
**cetera (1)**
  87:18
**chain (1)**

26:3
**chair (3)**
75:13;76:1,2
**chairs (1)**
75:20
**challenge (3)**
29:17;48:11;56:1
**challenging (2)**
33:6;48:17
**chance (1)**
108:7
**change (2)**
41:16;42:19
**changed (1)**
61:12
**changes (2)**
31:22;37:20
**changing (1)**
58:9
**chaos (5)**
23:21;24:14;25:7,11,
14
**Characterization (1)**
14:6
**characterized (3)**
57:2,9,12
**characterizing (1)**
13:22
**Chase (1)**
30:17
**chemokines (1)**
104:12
**chemotherapeutic (1)**
113:7
**chemotherapy (1)**
112:17
**chicken (1)**
56:2
**children (1)**
82:21
**cigarette (6)**
37:21,22;39:6;78:4;
111:1,1
**circa (1)**
68:12
**circling (1)**
107:4
**clarifications (1)**
116:15
**clarified (1)**
116:20
**clarify (1)**
11:11
**classic (2)**
72:4;78:19
**clean (1)**
109:18
**clear (11)**
40:21;42:14;52:1;
53:13;57:19;59:21;
73:8;83:2;97:18;108:7;
111:21
**Clearly (2)**

13:15;42:12
**clinic (1)**
49:1
**clinical (13)**
6:16,20;13:1;76:4,9,
11,15,22;92:2,14;
113:4,17;114:23
**clones (1)**
39:9
**close (2)**
27:11;33:19
**closely (1)**
10:21
**club (1)**
40:15
**clusters (1)**
32:10
**co-authored (1)**
19:1
**cohort (4)**
37:10;60:19;61:3,9
**colleagues (3)**
114:5;115:5,11
**collection (1)**
68:15
**colon (8)**
65:6,7;68:20;77:14;
78:3,4,9,22
**coming (11)**
29:22;54:7;85:8,9;
96:17;97:16;100:1,13;
105:15;112:21;120:14
**committee (1)**
93:19
**common (4)**
40:1;108:9;119:19;
120:12
**communicate (1)**
113:1
**community (1)**
62:4
**companies (3)**
92:5,8,11
**company (1)**
93:4
**compare (1)**
89:23
**comparison (1)**
90:3
**compelling (4)**
53:7;81:20,22;
111:11
**complete (3)**
70:8;79:11;80:5
**completely (4)**
42:7;57:2;89:4;
117:9
**complex (1)**
86:23
**complexity (1)**
101:2
**component (9)**
6:13,17,20;15:7;

66:12,16;67:9;70:1;
72:14
**components (2)**
56:6;71:14
**composite (3)**
57:1,6,22
**compounds (2)**
53:3;54:1
**Comprehensive (1)**
6:8
**comprise (1)**
14:7
**conceivable (2)**
100:6,16
**concept (1)**
98:15
**concepts (1)**
106:17
**concern (1)**
84:4
**concerns (1)**
66:11
**concise (1)**
53:14
**concluded (1)**
120:20
**conclusion (2)**
34:2,16
**conclusive (2)**
52:7;53:2
**conducted (4)**
76:9;94:17,20;97:13
**conduit (1)**
97:6
**conferences (2)**
7:20;8:11
**confidence (2)**
16:14;33:10
**confusing (1)**
101:6
**confusion (1)**
73:7
**consensus (3)**
17:1;84:7;85:5
**consented (1)**
113:16
**consider (8)**
22:8,11,14;23:1;
46:12;74:12;76:2;
82:18
**considered (2)**
56:23;116:17
**considering (1)**
18:17
**consistent (3)**
38:2;118:3,6
**consulting (1)**
112:9
**contained (1)**
61:5
**contaminant (1)**
106:1
**contaminated (1)**

109:17
**contamination (13)**
48:8;51:20;54:23;
55:4,14;100:5,7,11,17,
18;104:7;108:23;109:1
**context (1)**
61:14
**continue (1)**
103:22
**continued (1)**
73:13
**contribut- (1)**
19:16
**contribute (5)**
17:12;18:16;21:1,5;
112:2
**contributed (1)**
81:15
**contributes (4)**
15:7;37:23;108:17;
114:16
**contributing (3)**
17:3;25:21;85:1
**control (4)**
29:20;60:19;61:4;
83:12
**controls (1)**
100:9
**controversial (1)**
30:2
**convenient (2)**
30:4;32:16
**conversation (2)**
16:6,8
**conviction (1)**
16:17
**convinced (3)**
85:21;87:20;97:9
**convinces (1)**
89:14
**convincing (9)**
35:13,20;37:16;75:8;
85:18;87:4;90:3;96:10;
97:16
**copy (8)**
11:14,16;38:15;44:3,
7;79:23;80:5,9
**corpus (1)**
55:11
**correctly (1)**
73:5
**cosmetic (3)**
92:5,8,11
**counseling (5)**
67:8;79:10;80:1;
118:13;119:12
**counselors (2)**
68:5;71:1
**counter-balanced (1)**
63:1
**country (1)**
37:14
**couple (6)**

8:13;65:13;76:18;
93:23;113:22;116:14
**course (5)**
61:23;63:5;109:22;
113:11,16
**cover (1)**
5:7
**covered (3)**
36:16;50:2,4;70:20
**Cramer (3)**
8:8,14,17
**creates (1)**
106:22
**creating (1)**
6:18
**Cre-Lox (1)**
30:12
**CRISPR (1)**
27:3
**critical (1)**
23:5
**critically (1)**
88:12
**cross (2)**
7:19;8:10
**crossed (1)**
8:5
**culture (1)**
109:17
**cultures (2)**
32:9,10
**curing (1)**
15:17
**current (2)**
11:19;69:11
**currently (1)**
69:6
**cut (1)**
36:21
**cuts (1)**
109:9
**CV (5)**
11:14,16,19;92:12;
93:20
**cycle (1)**
82:22
**cycles (9)**
60:12;61:21;62:16,
18,23;64:4,16;77:10;
83:17
**cytokines (1)**
104:12

**D**

**dad (1)**
85:9
**daily (1)**
35:16
**damage (1)**
86:15
**Dan (2)**
8:8,14

**data (22)**
18:14;34:15;35:12;
36:4;37:16;38:1;39:3,
16;40:2,21;52:10,12;
53:1,6;83:3;90:4;
97:10;98:11;110:18;
111:9;114:8;119:17
**David (5)**
4:8;40:1,13,13;50:1
**day (2)**
6:23;36:19
**days (1)**
23:6
**de (1)**
71:21
**dead (1)**
107:10
**deal (1)**
17:4
**dealing (1)**
42:22
**DEARING (40)**
4:6,8;5:12,17,22;
10:9;14:12;23:15;
27:19,21;36:17;37:1;
43:11;44:11,14,20;
45:8,11;47:12,14;
48:21;50:6,12,14;
54:14,16;59:17;60:2,6;
69:17;80:2;88:4,8;
94:8,13;95:1;106:10;
116:8;119:7;120:16
**debate (1)**
29:21
**decades (1)**
109:23
**decision (1)**
113:13
**deeper (1)**
107:15
**defect (2)**
39:4;85:8
**deficiency (1)**
25:5
**define (6)**
13:20;14:4;20:16;
28:2;45:22;81:21
**defined (2)**
66:12;71:14
**Definitely (2)**
91:9;102:4
**definition (3)**
19:19;76:14;78:19
**definitive (1)**
16:8
**definitively (8)**
17:14,20;49:7,19;
51:18;52:10;54:19;
56:5
**degree (2)**
41:20;81:3
**deliver (1)**
49:11

**delivered (1)**
6:21
**delivering (1)**
49:17
**delivery (1)**
95:17
**demonstrate (2)**
28:17;34:19
**demonstrated (1)**
90:6
**demonstrates (1)**
35:3
**depend (1)**
59:7
**depends (4)**
13:20;16:21;45:21;
102:9
**depose (1)**
45:6
**deposed (3)**
12:11,15;45:9
**deposition (24)**
5:7,10,13,16,19;9:5,
7,12,19,23;10:5,16,19;
11:1;12:5,16;13:9;
37:2;38:14;50:5;91:10,
21;116:21;120:19
**depositions (3)**
48:23;49:2;91:18
**derive (2)**
59:9,13
**deriving (1)**
59:6
**describe (6)**
86:9;90:4;101:15,19;
102:5,7
**described (4)**
86:6,22;87:17;120:2
**description (1)**
71:22
**Detection (2)**
8:12;14:22
**determined (1)**
106:7
**determining (1)**
15:18
**developed (2)**
60:11,14
**developing (2)**
62:13;76:3
**development (3)**
21:1,5;74:17
**developmental (2)**
25:22;57:4
**diagnosed (3)**
43:13,20;80:12
**diagnoses (1)**
40:10
**diagnosis (5)**
42:11;44:22;45:4;
108:21;112:14
**Dicer (1)**
30:20

**die (1)**
107:11
**different (18)**
19:11;24:18;26:11;
40:23;41:16;42:7;
49:14;54:8;57:3,4,21;
63:23;73:10;95:18;
106:3;110:22;117:10;
120:5
**differentiate (1)**
41:15
**differentiation (1)**
41:14
**differently (1)**
58:23
**difficult (2)**
17:9;37:4
**dig (1)**
63:6
**digest (2)**
106:21;107:7
**Director (2)**
6:7;7:7
**disagree (4)**
33:23;44:2;52:12;
91:20
**discerning (1)**
58:2
**disclosed (1)**
4:10
**disclosure (1)**
11:17
**disconnect (1)**
32:15
**discovered (1)**
48:1
**discussed (13)**
11:15;32:23;33:11;
38:5;66:9;80:16;84:6;
97:5;115:3,9,13,16;
118:11
**discussing (2)**
16:11;21:8
**discussion (2)**
94:11;113:8
**discussions (1)**
77:7
**disease (13)**
6:15;14:1;23:20;
24:14;25:4;57:1;59:4;
62:13;66:5;68:5;90:18;
119:3,19
**diseases (2)**
57:21;65:20
**disposition (1)**
80:20
**disprove (1)**
51:23
**disrupt (1)**
90:21
**disrupted (1)**
85:16
**disruption (4)**

21:21;26:3;84:14,16
**distance (1)**
112:22
**distinct (1)**
42:12
**distinguish (1)**
14:23
**DNA (22)**
17:2,21;21:4,15,21;
22:3,5,6;24:20;25:5;
26:3,12,16;31:2;84:9,
15,19;85:8,17;86:15;
90:21;91:2
**DNA's (1)**
26:17
**doc (1)**
113:2
**Doctor (4)**
4:7;16:13;116:16;
120:17
**doctors (3)**
44:1;58:11,20
**document (3)**
10:10;77:21;79:11
**documented (4)**
37:6;46:10;61:20;
65:3
**done (15)**
15:11;18:19;27:4,6;
29:3,18;54:22;58:23;
72:17;76:8;88:3;90:1;
92:22;95:8;100:8
**doses (2)**
35:2;37:12
**doubt (1)**
16:17
**down (8)**
23:9;56:4;73:23;
99:16;101:3;103:9;
114:11;117:2
**Dr (21)**
7:15,17;8:1,1,14,17,
19;21:14;46:22,23;
47:1;49:23;50:8,16;
51:3;53:16;75:9;91:15;
97:20;99:11;102:15
**Drapkin (1)**
30:12
**drifted (1)**
77:6
**drink (1)**
119:14
**drinkers (1)**
119:10
**driven (2)**
30:13;36:9
**dug (1)**
114:10
**duly (1)**
4:2
**duplicate (2)**
27:1;28:8
**during (1)**

73:3
**dusted (2)**
109:23;110:5
**dysplastic (1)**
39:14

**E**

**earlier (1)**
116:16
**early (6)**
8:12,12;14:22;25:19,
19,22;63:14,16;64:1;
76:21
**Ed (1)**
8:21
**editor (3)**
93:11,16,17
**editorial (3)**
93:9,14,18
**EDS (1)**
48:17
**effect (2)**
37:7;39:8
**effects (1)**
46:4
**efficiently (1)**
97:12
**egg (1)**
56:3
**eight (2)**
68:9,12
**either (5)**
23:1;39:10;86:3;
98:7;106:17
**elaborate (1)**
57:16
**electron (1)**
47:18
**element (1)**
88:20
**elementary (1)**
4:20
**elements (1)**
101:21
**eliminate (1)**
55:3
**eliminated (1)**
54:22
**else (1)**
56:3
**emphasize (1)**
19:18
**encompasses (1)**
6:10
**end (1)**
116:21
**ended (1)**
66:8
**Endometrial (4)**
36:8;40:18;41:8;
111:19
**endometrial/cervix (1)**

Min-U-Script®
Baker Realtime Worldwide Court Reporting & Video
www.BakerRealtime.com
(4) data - endometrial/cervix

36:5

**endometrioid (8)**
41:4,9,22;42:13;
43:10;57:19;59:10,21

**endometriosis (1)**
59:22

**endometrium (2)**
42:3;49:21

**ends (1)**
86:11

**engulfed (2)**
106:19,21

**engulfing (1)**
105:11

**enhanced (1)**
90:9

**enormously (1)**
34:20

**enough (1)**
17:13

**entire (2)**
6:14;39:9

**entities (1)**
48:1

**environmental (3)**
18:16;19:2,16

**eosinophils (1)**
101:20

**epi (2)**
61:8;73:19

**epidemiologic (6)**
9:9;35:12;60:15;
63:6;111:9;114:11

**epidemiologist (1)**
8:9

**epidemiology (4)**
22:9,17;60:9,18

**epigenetic (1)**
41:16

**epigenetics (1)**
42:9

**epithelial (17)**
24:18;27:14,15,23;
28:13,15,20;31:12;
37:8;38:10,21;86:11;
90:7;91:3;95:9,13;
105:13

**epithelium (6)**
29:3,20,23;37:19;
88:15;105:15

**errors (1)**
17:21

**Essentially (6)**
7:4;46:8;85:2;114:2,
8;117:8

**established (3)**
33:2;64:18;81:14

**estimated (1)**
74:1

**estrogen (1)**
36:9

**et (1)**
87:17

**etiologies (1)**
39:21

**etiology (1)**
86:2

**even (11)**
22:6;35:7;68:10;
73:19;74:12;89:19;
90:2;101:13;102:14;
103:22;107:7

**event (2)**
85:10;86:17

**everybody (1)**
58:12

**everyone (1)**
68:9

**evidence (22)**
9:10;24:8,10;25:16;
41:13;52:6;66:3;72:8,
9,13,18;75:1,4,6,8;
78:17;85:18;86:21;
87:3,4;96:10;104:9

**exactly (1)**
120:6

**EXAMINATION (3)**
4:5;116:12;119:6

**examined (1)**
49:16

**example (4)**
31:22;42:1,9;93:6

**Exceedingly (1)**
99:2

**except (1)**
32:11

**exception (3)**
23:16;99:17,21

**excess (1)**
62:22

**exchange (1)**
116:21

**exclude (2)**
81:3;100:18

**excluded (1)**
71:16

**excuse (1)**
112:13

**Exhibit (3)**
10:7,12;44:12

**exist (1)**
115:12

**exists (1)**
25:12

**exogenous (3)**
50:20;51:10;52:19

**exome (1)**
84:2

**expect (4)**
67:18;101:22;102:7;
106:12

**expected (1)**
66:18

**expensive (1)**
84:4

**experience (9)**

13:4;22:17;65:21;
69:2;71:8,10;90:8;
93:19,20

**experiment (3)**
29:2;87:19;88:14

**experimental (1)**
88:2

**experimentation (1)**
87:8

**experiments (11)**
27:5;28:14;29:15,19;
87:11;88:3,13;97:10,
13;100:8,12

**expert (12)**
4:11;9:17;11:18;
12:19,21;22:9,12,15;
23:1;63:8,22;74:18

**expertise (2)**
13:2;55:17

**experts (2)**
22:23;46:17

**explain (1)**
68:15

**explanation (2)**
99:13;100:19

**exposed (8)**
31:22;34:13;35:1;
39:6;90:7;91:4;95:9;
96:15

**exposure (7)**
87:20;90:11;91:6;
111:2;115:6;116:1,3

**expressed (2)**
91:18;107:20

**expresses (1)**
5:2

**expression (2)**
89:17;91:5

**extends (1)**
6:14

**extensively (1)**
88:10

**extent (2)**
60:15;62:14

## F

**face-to-face (1)**
113:8

**facility (1)**
7:12

**fact (7)**
35:6;49:19;63:1;
67:6;99:17;104:10,13

**factor (9)**
33:12,13;62:12;
81:20,23;83:16;
110:16;111:10;114:7

**factories (1)**
35:19

**factors (17)**
18:16;19:2,2;33:7,9;
60:10;61:21;62:3;

64:13,19;81:13,14;
82:12,19,23;83:5;
105:16

**failure (1)**
26:17

**fair (5)**
13:11;15:10;65:8;
105:6,20

**fairly (4)**
68:19;86:23;88:18;
119:16

**fallopian (7)**
29:23,23;55:20,21;
59:6,9,13

**family (21)**
4:9;61:23;64:20,23;
66:11,13;67:15;68:22;
69:7,13;70:5;71:5;
72:15;77:11;79:12;
81:4,8;83:7,22;118:11,
18

**Fantoni (4)**
17:2,11;21:4;33:18

**far (5)**
4:22;30:5;80:18;
92:1;112:22

**fashion (1)**
35:4

**father (6)**
65:4;68:20;77:14,18,
22;80:14

**father's (2)**
78:9,22

**feel (3)**
12:21;81:9;87:7

**feeling (1)**
29:22

**fell (1)**
37:3

**felt (3)**
32:10,13;60:20

**few (6)**
18:23;24:21;50:17;
63:10;81:1;94:9

**fewer (2)**
18:1;20:2

**fibers (3)**
47:6,9,11

**fibrocystic (2)**
65:20;66:4

**field (15)**
12:19;22:9,12,15,22,
23;29:18;39:4,8;40:5;
55:6;58:4;84:7;85:5;
114:20

**fields (2)**
12:20;23:2

**final (1)**
44:21

**find (6)**
39:13;50:17;51:8;
105:10;111:11;120:5

**finding (7)**

64:13,19;81:13,14;
18;55:12;97:15

**findings (4)**
50:9,23;72:7;97:20

**finds (1)**
32:5

**fine (1)**
55:6

**finished (2)**
77:11;113:18

**first (9)**
4:2;5:23;43:1;53:22;
65:14;69:20;79:5;81:3;
99:16

**first-degree (2)**
80:22;118:21

**five (1)**
10:6

**flaws (1)**
49:12

**flip (1)**
65:18

**flow (2)**
92:19,19

**focus (3)**
7:2;13:15;15:15

**focused (3)**
13:6;14:8;18:20

**followed (1)**
112:16

**follows (1)**
4:4

**foreign (15)**
85:13;86:10;87:17;
102:1,20,21;103:13;
105:3,11,21,23;106:7,
8;116:18;117:6

**foreign-body (7)**
46:7,13;110:8;117:1,
10,18;120:4

**foreign-body-type (1)**
119:21

**forever (1)**
23:9

**forget (1)**
11:13

**forgot (1)**
80:13

**forgotten (1)**
118:15

**form (73)**
11:2;12:22;13:12,19;
14:11;16:20;17:7;18:4,
12;20:6;22:1;23:14,18;
24:12;26:5,21;27:17;
28:18;29:16;31:14;
33:15;39:1,22;41:6;
45:19;47:8;48:20;51:1;
52:4,15,21;54:12;
55:15;56:20;57:14;
59:16;61:6;63:17;
66:21;67:20;69:9,16;
70:22;71:19;72:12,21;

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

74:14;75:19;81:6;82:3,
14;86:8;87:23;90:23;
91:8;94:23;95:3,12;
96:16;97:4;98:8;
100:21;102:3,22;
103:18;105:5;106:9,
15;108:14;110:2,10;
114:18;120:10
**formation (2)**
24:7;46:5
**forme (1)**
71:20
**formed (2)**
14:10;25:12
**formulas (1)**
63:9
**FOSTER (2)**
44:16;116:10
**found (12)**
31:2;47:5,15;50:17;
51:9;53:16;55:21;
99:11,18;101:18;
102:16;104:2
**founder (1)**
24:2
**four (2)**
45:9;108:12
**fourfold (1)**
78:15
**Fox (1)**
30:17
**frequently (3)**
53:5;104:1;108:16
**front (1)**
117:23
**fruste (1)**
71:21
**full (2)**
69:3;80:3
**fun (1)**
45:10
**funded (1)**
92:23
**funding (2)**
92:6,11
**funds (1)**
92:19
**further (2)**
68:12;118:21

### G

**gap (1)**
32:3
**gastric (2)**
25:2;90:1
**geared (1)**
15:16
**gene (9)**
23:23;24:1;27:2;
66:19;67:4;68:4;71:23;
72:9;89:17
**general (9)**

5:3;7:14,19;17:1;
45:23;61:16;64:6;72:7;
118:3
**generally (2)**
6:9;62:3
**generation (1)**
89:18
**genes (9)**
17:11;27:9;31:1;
67:2;68:14,14;82:7;
95:7,7
**genetic (27)**
56:8;65:15;66:8,12,
15;67:7,9,12,13,23;
68:5;70:1,7,11,20;
71:1;72:10,14,18,19;
79:10,23;81:18;84:23;
86:3;118:13;119:2
**genetics (7)**
13:16;15:1,5;19:10,
14;56:11;69:2
**genome (2)**
13:16;14:7
**genomic (17)**
13:10;19:21;20:5,10,
15;23:21;24:14;25:7,
10,20;57:3;69:2,15;
84:12;85:7;92:21;95:6
**genomically (1)**
24:5
**genomics (10)**
13:4,22;14:5,14,17,
19,23;33:4;77:4,5
**germally (1)**
86:4
**germline (18)**
15:9;16:4;17:1,18;
18:3,11;19:3,22;20:4,7,
9;21:9;24:1;33:12;
67:4;68:11;83:23;85:9
**gets (4)**
33:5;104:7;106:19;
109:11
**giant (3)**
106:12;119:22;120:5
**given (3)**
63:19;65:22
**glioblastoma (2)**
24:23;90:2
**gloves (2)**
109:22;110:5
**Godles- (1)**
49:23
**Godleski (7)**
8:3;46:23;47:1;
53:16;99:11;102:15;
103:5
**Godleski's (4)**
50:8,16;51:3;97:20
**goes (3)**
55:2;101:3;114:21
**Good (9)**
4:7;14:2;16:10;

29:10;41:23;44:19;
60:17;67:21;88:11
**grandmother (4)**
65:1;68:19;77:12;
79:14
**grandmothers (1)**
65:10
**grandmother's (2)**
79:4,7
**grands (1)**
80:12
**grant (1)**
8:13
**grants (1)**
93:1
**granuloma (3)**
46:5;106:22;117:5
**granulomas (2)**
116:22;117:18
**granulomatous (5)**
102:2,5;103:3;120:9,
14
**granulosa (2)**
88:16,19
**great (3)**
17:4;55:3;80:18
**greater (2)**
26:20;64:5
**groin (1)**
37:12
**ground (1)**
11:9
**group (5)**
69:22;75:14,15,18;
76:13
**grow (3)**
89:11;105:17;119:23
**growth (1)**
89:5
**guess (4)**
30:8;45:5;96:2;
116:19
**guide (1)**
113:5
**guys (1)**
60:2
**GYN/ONC (2)**
93:22;115:20
**gynecologic (15)**
5:20;7:1,3;12:19;
13:2;36:3;47:17;51:12;
62:4;75:14,17;76:12;
99:12;114:15,22

### H

**half (3)**
6:23;37:2;109:12
**hand (1)**
35:14
**happen (3)**
53:5;79:22;97:8
**happened (4)**

45:4;85:22;86:1;
87:15
**happens (1)**
97:11
**hard (2)**
37:9;120:1
**Harlow (2)**
8:19,21
**Harvard (2)**
7:13;8:20
**hate (1)**
17:8
**head (1)**
59:15
**heal (1)**
120:3
**health (1)**
110:9
**hear (1)**
117:12
**heavily (1)**
76:13
**heavy (3)**
96:12,14;97:1
**held (2)**
113:21;114:9
**help (1)**
44:9
**here's (2)**
72:3,6
**high (7)**
34:20;64:11,11,17;
98:12;108:8;111:14
**higher (2)**
18:5;64:4
**high-grade (12)**
20:19;25:18;38:6;
43:13,20;57:19,21,23;
58:15,16;59:8;88:21
**highlighted (1)**
9:15
**highlighting (1)**
44:8
**highly (1)**
82:7
**histological (3)**
79:13;108:2,12
**histologies (2)**
42:13,19
**histology (2)**
58:2;59:7
**historically (1)**
57:17
**history (25)**
32:1;61:23;64:20,23;
66:11,13;67:16;68:22;
69:7,13,23;70:6;71:5;
72:15;77:11,13;79:12;
81:4,8;83:7,12,22;
118:12,18;119:9
**hit (2)**
21:17,18
**hitting (1)**

39:15
**hospital (2)**
6:21;92:20
**hour (2)**
109:12,13
**hours (2)**
5:20;10:6
**HPV (1)**
39:13
**HPV-driven (1)**
36:7
**Hubert (1)**
84:20
**huge (1)**
55:1
**human (16)**
27:11,15,18,23;28:3,
13,15,19,22;29:3;30:6,
15;31:3,12;49:10;
117:9
**humans (1)**
32:6
**hundred (1)**
102:11
**hundreds (1)**
50:18
**Hunter (1)**
9:20
**Huntsman's (1)**
40:1

### I

**IARC (3)**
9:10;33:23;34:16
**idea (5)**
10:2;14:20;30:23;
51:13;53:14
**identical (1)**
42:6
**identification (1)**
10:8
**identified (3)**
48:16;70:1;93:20
**identify (2)**
67:1;99:22
**IGCS (1)**
115:2
**ignored (1)**
58:11
**III (1)**
108:6
**immortalize (4)**
29:12;95:16,20,23
**immortalized (8)**
29:4,14;31:12,20;
32:18;88:15,22;96:4
**immunocompromised (1)**
28:4
**Imogen (1)**
92:17
**impact (4)**
55:1;82:5;91:2;

118:22
**implies (1)**
39:2
**important (1)**
30:1
**impossible (1)**
50:23
**impressed (1)**
83:22
**impressive (2)**
64:21;68:19
**improving (1)**
58:9
**inaccurate (1)**
31:20
**inadequate (1)**
52:13
**including (3)**
32:18;101:17;105:9
**inclusive (3)**
10:17;11:3;82:17
**inconsistency (1)**
60:20
**inconsistently (1)**
83:14
**incorporated (1)**
55:12
**increase (6)**
78:15;91:4;111:2,6;
115:6;116:4
**increased (4)**
35:4;38:3;87:21;
119:14
**incredibly (1)**
117:13
**indication (1)**
78:7
**individual (1)**
101:18
**industrial (1)**
35:2
**infection (1)**
39:13
**infections (1)**
110:8
**infectious (1)**
46:3
**inflammation (2)**
101:21;117:13
**inflammatory (11)**
45:17,22;46:1;48:2;
85:15;86:6,12;101:5,8,
12;103:4
**influence (2)**
80:19;82:1
**influencing (1)**
82:13
**influential (1)**
80:22
**information (3)**
31:18,21;61:4
**informed (2)**
31:18;113:13

**ingestion (1)**
119:18
**inhalation (1)**
98:7
**inhaled (4)**
98:13,17,18;99:15
**inherently (2)**
29:13;31:11
**inherit (1)**
23:23
**initial (1)**
112:14
**initially (1)**
39:17
**initiates (1)**
21:16
**ink (1)**
60:17
**innuendos (1)**
87:1
**instability (1)**
25:21
**instance (4)**
32:7;39:5,7;106:18
**Institute (1)**
93:12
**intending (1)**
48:11
**intentionally (1)**
95:9
**interaction (1)**
105:14
**interest (1)**
15:21
**interesting (4)**
35:11;41:12;90:13;
120:11
**interfere (1)**
26:15
**interpretation (1)**
103:2
**interpreting (1)**
100:14
**interprets (1)**
61:13
**interrupted (1)**
82:22
**into (18)**
16:7;28:3;32:8,9,13;
33:6;41:4,22;49:21;
55:10;63:6,21,22;
98:14;103:9;105:15;
114:11;117:12
**invading (1)**
105:3
**invited (1)**
76:5
**invoke (1)**
120:9
**involved (5)**
31:2;74:18;76:13;
90:17;113:23
**involving (7)**

27:14;28:14;76:22;
77:1,2;94:17,21
**ionized (2)**
36:14;37:6
**ionizing (1)**
36:10
**irritation (1)**
110:12
**issue (11)**
17:10;30:2;39:19;
47:21;48:4,22;54:18;
70:6;100:22;115:16;
119:1
**issues (4)**
5:3;48:8;65:13;74:7
**IV (1)**
108:7

## J

**J&J (2)**
73:9,14
**Jackson (1)**
76:6
**James (1)**
75:9
**JNCI (1)**
93:17
**job (2)**
6:17,22
**John (1)**
8:3
**Johnson (6)**
9:17,17,18,18;92:9,9
**joined (1)**
75:15
**Journal (1)**
93:12
**journals (2)**
93:10,23
**June (1)**
12:17
**jury (1)**
12:8

## K

**killing (1)**
15:17
**kills (1)**
90:16
**kind (7)**
18:22;27:4;58:3;
64:8;84:11;94:21;
103:10
**kinds (1)**
37:11
**knock (4)**
27:2,9;28:10,16
**knockdown (1)**
30:20
**Knocking (1)**
27:8

**knockout (2)**
30:14,21
**knowledge (4)**
11:18;22:22;72:23;
78:6
**known (1)**
75:20
**knows (3)**
53:23;54:2;69:6
**Kyoto (1)**
115:2

## L

**lab (7)**
18:20,20;27:1;28:8,
17;48:8;109:5
**label (1)**
84:11
**laboratory (5)**
13:3;54:23;55:4;
100:3;104:7
**lack (1)**
87:10
**large (6)**
17:16;19:9;24:19;
29:5;30:16;106:12
**larger (1)**
85:10
**last (4)**
12:14;50:5;97:11;
114:4
**late (2)**
63:15;64:2
**later (1)**
33:9
**lawyers (1)**
9:18
**layers (1)**
37:8
**layman's (1)**
38:12
**laypeople (1)**
15:6
**leadership (1)**
75:17
**leading (1)**
50:11
**leads (2)**
24:6;26:11
**learned (1)**
67:2
**least (3)**
54:9;73:22,22
**leaves (2)**
18:8;54:9
**leaving (1)**
110:6
**lectured (2)**
94:4,15
**led (1)**
19:4
**left (1)**

109:4
**leftover (1)**
69:22
**lengths (1)**
55:3
**lengthy (1)**
16:7
**lesions (1)**
39:14
**less (5)**
30:17;80:21,22;
83:13;118:22
**level (3)**
16:14;33:10;40:3
**levels (1)**
98:12
**lie (1)**
41:1
**life (3)**
5:19;86:18;107:18
**lifetime (2)**
73:3;82:5
**ligation (2)**
61:22;83:2
**ligations (1)**
63:12
**likely (10)**
7:23;16:19;42:17;
59:9;13;78:1;86:2;
99:14;108:2,19
**limits (1)**
30:7
**line (7)**
32:3;63:11;64:9;
88:16;94:21;95:22;
101:3
**lines (12)**
30:3,4,4;32:8,9,12,
16,17,19;89:6,11;96:4
**link (1)**
119:17
**links (1)**
78:9
**list (6)**
11:1;43:18;81:16;
82:17;83:15;92:15
**listed (4)**
11:5;88:17;92:12;
119:12
**lists (1)**
10:11
**literature (3)**
9:8;48:5;54:21
**litigation (4)**
12:12;93:3;114:1,10
**little (18)**
8:11;17:9;36:8;40:4;
55:16;57:16;73:10;
95:5,5,17;111:17,22;
114:3,11;116:14;
117:11,14;118:20
**local (1)**
113:2

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

locally (1)
113:1
long (2)
7:6;114:9
longer (4)
35:9;56:23;110:5;
118:7
longtime (1)
77:22
look (36)
10:13;14:19;19:14;
20:13,18;24:17;27:11;
30:15;34:23;37:5;39:5,
12;40:3,23;42:7;48:4;
54:18;60:10,12;61:15,
19,20;62:10;64:13;
66:8;67:6,7;70:6;80:9;
86:21;88:12;89:17,21;
108:4,6;117:5
looked (14)
10:20,21;19:1;43:16;
49:22;56:13;67:19;
73:21;74:4;89:18;
101:10,14,17;102:11
looking (10)
19:7,9,10;31:21;
56:18;89:20;101:9;
103:5,10;113:22
looks (6)
10:17;30:18,22;31:4;
41:16;53:20
lot (23)
10:18;13:3,5,13;
14:21;17:21;19:6;
29:21;30:10,22;31:4;
32:15;36:15;47:22;
53:21;88:13;91:17;
92:13;93:13;99:9;
117:4;118:23;120:2
lots (3)
86:23;90:15;117:19
low-dose (1)
37:18
luck (3)
21:15;40:7;84:21
lung (10)
25:1;34:7,18;65:6,6;
77:15,23;90:1;99:5,6
lungs (2)
39:5;98:14
Lynch (8)
71:12,14,14,22;72:4;
78:12,14,18

## M

M1 (1)
103:11
M2 (1)
103:11
macrophage (17)
46:12;102:7,14,20;
103:10,11,13,21;

104:16;105:22;106:4,
13,20,21;107:5;
116:17;117:7
macrophages (16)
55:13;102:1;104:1,4,
10,11,20,23;105:7,10,
20;116:23;117:4,6,8,17
macrophage's (2)
106:6;107:6
main (1)
108:12
Maine (2)
12:3;93:5
major (2)
81:16;100:22
majority (4)
13:9,17;69:4,5
makes (4)
13:17;69:4;70:16;
108:18
making (2)
34:2;105:9
malignancy (2)
32:4,11
malignant (3)
39:11;89:3;105:12
malpractice (2)
12:2;93:6
management (1)
92:2
manipulated (1)
30:11
manipulating (1)
31:1
many (11)
21:8;26:8;34:16;
45:23;46:20;48:12;
52:11,17;84:8;105:9;
112:18
mark (1)
44:12
marked (2)
10:7,12
Mass (3)
7:14,19;99:23
Massachusetts (1)
7:16
mastectomies (3)
65:11,23;66:1
material (5)
35:2;49:17,20;96:23;
100:9
materials (12)
5:8;10:11,15;46:18;
49:13;50:18,18;51:9;
52:18,19;53:4;96:20
maternal (6)
65:9,16;77:12;80:12;
118:15,23
may (39)
4:20;10:23;15:6,18;
18:16;19:19,20;23:17;
30:1;31:17;40:5;41:3;

46:4;55:6;56:9;60:11;
64:17,17;66:13;67:9;
70:18;72:11,14;73:2;
76:17;81:9,14;82:1,10,
19,21;83:1;85:14,16;
96:14;98:4;102:15;
105:22;116:20
Maybe (4)
20:16;82:6;83:13;
110:15
MD (2)
4:1;120:20
Meaghan (1)
91:16
mean (24)
13:21;21:13;23:4;
31:16;48:23;49:1;52:8;
58:8;63:21;68:8;70:14,
23;79:4;89:9,23;93:22;
99:20;101:10;102:17;
103:1;106:17;112:9;
116:22;120:2
means (5)
6:19;48:9;52:9;
76:15;108:20
meant (2)
38:13;98:22
measurable (1)
89:13
measure (1)
106:6
measures (2)
32:4;89:20
mechanism (2)
98:6;99:4
mechanisms (1)
87:9
mechanistic (2)
87:11,19
median (2)
62:11;64:9
medical (13)
6:4;7:13;22:18,19;
41:20;56:21;58:18;
79:8;83:6;93:10;
115:20;117:23;118:1
medicine (1)
58:14
meet (1)
114:21
meetings (1)
115:1
menarche (6)
60:13;62:19;63:15,
16;64:1;118:2
menopause (5)
60:13;62:20;63:15;
64:2;118:2
mentioned (8)
14:16;25:17;77:12,
20;83:1;99:10;108:22;
118:14
merged (1)

75:18
mesothelioma (2)
34:4,18
met (3)
4:20;9:17,20
meta-analysis (1)
35:7
metals (3)
96:12,14;97:1
metastasis (2)
40:4,22
metastasize (1)
108:19
metastasized (2)
42:18;108:21
methylation (1)
42:8
MICHAEL (3)
4:1;6:2;120:19
microscope (2)
41:17;42:8
microscopy (2)
22:15;47:18
might (12)
10:19;13:8;36:11;
37:19;38:13;48:7;
49:10;65:17;69:6;
80:11;87:21;100:23
migrate (7)
49:4;51:14;52:2,20;
74:9;97:2;99:14
Migration (1)
50:3
mind (3)
34:9;78:22;120:15
minutes (3)
88:5,5;94:9
miraculously (1)
109:10
misclassified (1)
35:9
misleading (1)
89:5
missed (3)
45:3;66:13;67:10
missing (1)
71:3
mixed (1)
117:11
Mock (2)
8:1,14
model (7)
30:16,20;31:6,7;
32:14;88:23;90:4
models (11)
27:7,8,11,14,17,22;
28:4,9,13;29:10;30:5
molecular (7)
13:14;24:17;40:3,16,
21;41:1;42:5
mom (1)
85:9
monthly (1)

74:6
months (1)
7:9
more (22)
10:21;15:16;17:6;
23:12;30:1;33:8;42:21;
46:5,7;59:8;63:14;
67:2;71:2;80:8;86:2;
105:16;108:11,16,18;
111:19;114:11;117:15
morning (1)
4:7
morphed (1)
41:21
most (20)
11:18;15:10;16:19;
23:11;24:10;25:16,23;
26:8;31:1;42:17;59:13;
78:1;81:19;82:1;95:6;
108:1,4;112:6,11,12
mostly (1)
112:9
mother (1)
65:10
mother's (1)
79:4
mouse (1)
27:7;31:6
mouth (1)
39:9
move (2)
43:6;107:7
moving (1)
73:6
Mrs (4)
60:8;61:15;117:22;
118:17
much (8)
10:3;40:15;48:5;
49:20;80:16;88:6;
108:16;111:19
mucinous (1)
57:18;59:23
multiclonal (1)
39:17
multi-dysfunctional (2)
38:11,23
multifactorial (3)
23:11,22;24:11
multiparity (1)
82:20
multiple (5)
37:8;39:9,13;101:19;
109:13
murky (1)
40:5
must (3)
18:10;84:15,23
mutagen (1)
37:6
mutate (1)
27:3
mutated (1)

Case 3:16-md-02738-MAS-RLS   Document 9897-1   Filed 05/30/19   Page 42 of 73 PageID: 73875
Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

31:3
**mutation (13)**
17:19;18:3;21:9,16;
22:3;24:3;25:17;26:6,
15;42:5;67:4;70:11;
72:10
**mutations (23)**
16:4;17:1;18:11;
19:3;20:4,10,21,23;
21:20,22;23:17;24:21;
26:1,23;28:7;31:12;
32:23;33:12;66:19;
67:14,19;68:11;69:5
**myself (1)**
38:17

## N

**name (4)**
4:7;6:1;11:17;92:4
**names (1)**
84:11
**National (1)**
93:12
**nauseam (2)**
50:3;88:1
**necessarily (1)**
37:11
**need (7)**
20:16;28:1;44:11,15;
60:2;87:19;117:14
**negative (2)**
70:5;84:6
**negatives (1)**
110:20
**negotiated (1)**
6:22
**Nellie (1)**
96:3
**neoplastic (1)**
31:22
**Network (1)**
8:12
**neutrophils (1)**
101:20
**nevertheless (1)**
30:18
**new (4)**
5:8;58:5;71:22;
92:18
**newer (1)**
10:20
**newly (1)**
71:21
**news (2)**
67:21;68:2
**next (1)**
8:16
**nexus (1)**
78:21
**NIH (1)**
93:1
**nitrogen (1)**

86:14
**nobody (1)**
115:15
**Nodding (1)**
59:15
**None (4)**
82:15;104:11;
107:19;114:15
**normal (6)**
28:20,23;29:20;89:1,
12;102:18
**normally (1)**
4:18
**Northside (1)**
118:1
**notable (3)**
66:10,10;118:19
**note (1)**
119:12
**noted (1)**
65:4
**notes (2)**
80:7;94:10
**notice (1)**
11:17
**novo (1)**
71:21
**NRG (1)**
75:19
**NSABP (1)**
75:18
**nucleic (1)**
14:6
**nucleotide (1)**
19:8
**number (14)**
17:8,16;34:23;35:4;
40:17;49:8;57:1,6;
64:4;73:1;74:1,12;
75:16;83:17

## O

**obesity (4)**
111:5,10,17;112:2
**Object (1)**
29:16
**Objection (76)**
11:2;12:22;13:12,19;
14:11;16:20;17:7;18:4,
12;20:6,12;22:1;23:14,
18;24:12;26:4,21;
27:16;28:18;31:14;
33:15;39:1,22;41:6;
42:20;44:18;45:19;
47:8;48:20;51:1;52:4,
15,21;54:12;55:15;
56:20;57:14;59:16;
61:6;63:17;66:21;
67:20;69:9,16;70:22;
71:19;72:12,21;74:14;
81:6;82:3,14;86:8;
87:23;90:23;91:8;

94:23;95:3,12;96:16;
97:4;98:8;99:8,19;
100:21;102:3,22;
103:18;105:5;106:9,
15;108:14;110:2,10;
114:18;120:10
**obligation (1)**
74:19
**observation (3)**
90:13;97:15,17
**observations (3)**
51:22;56:19;110:11
**observed (3)**
53:20,21;83:6
**Obviously (5)**
10:18;15:22;16:5;
65:5;74:16
**occur (5)**
26:6;51:18,19,20;
85:3
**occurred (1)**
109:1
**occurring (8)**
17:22;21:12,20;
25:17,22;26:8;85:10;
87:5
**occurs (4)**
14:9;22:4;25:19;
52:10
**OCPs (1)**
83:12
**odd (1)**
101:1
**off (4)**
22:7;36:21;93:23;
94:9
**offer (1)**
112:7
**offered (2)**
9:16;12:18
**Off-the-record (1)**
94:11
**often (2)**
42:21;81:2
**old (2)**
11:8;63:16
**once (1)**
45:4
**oncologist (2)**
6:5;22:19
**oncologists (2)**
114:15;116:2
**oncology (12)**
5:21;7:1,3;12:19;
62:4;75:14,18,19;
76:13;114:23;115:1,21
**one (28)**
9:15;15:5;23:12;
25:3;26:19;27:8;30:1;
32:5;35:7,8,8;42:18;
43:1;44:18;46:20;
54:20;61:12;63:9;70:2;
73:18;75:19;81:23;

87:6;101:2;106:17;
111:12;118:14;120:1
**ones (5)**
10:21;29:10;36:6;
40:18;82:9
**ongoing (1)**
76:21
**only (5)**
37:1;79:6;85:2;93:6,
14
**onto (1)**
109:11
**open (1)**
54:9
**operation (1)**
6:14
**opined (1)**
52:18
**opinion (31)**
18:9;21:19;23:7;
42:17;50:22;53:14,15;
55:18;56:7;57:5;59:5;
61:11,16;62:2;64:3;
74:20;82:11,12;83:19;
84:22;85:12;90:10;
91:6;96:11,13,22;
97:23;100:4;101:8;
112:20;118:7
**opinions (18)**
5:3;33:1;36:1;38:4;
44:1;45:12;47:19;
51:15;60:7;61:2;74:3;
79:6;80:17;91:17;
107:19;113:19,20;
116:3
**opportunity (1)**
118:12
**opposed (1)**
15:18
**origin (2)**
16:23;24:11
**original (5)**
21:21;26:2;31:9;
64:12;96:3
**originated (1)**
55:20
**origins (2)**
14:2;57:4
**Osberg (1)**
96:3
**out (16)**
19:13;24:16,19;
25:13;27:2,8,10;28:10,
16;40:15;50:2;56:5;
64:22;95:7;96:20;
109:9
**outside (4)**
24:21;36:6;50:21;
77:5
**ovarian (126)**
7:5;13:6,22;15:12;
16:2,9,12,13;17:17;
18:2,9,17;20:3,14,19;

23:8,10,12,20;24:4,13,
18;25:18;27:7,11,14,
15,23;28:14,15,19,22;
30:15,19,22;31:4;33:2,
14,21;34:10;35:5,12,
17,18,21,23;36:11;
37:23;38:7,10,22;39:3,
16;40:19;45:14;51:11;
55:19;56:23;57:17,17;
59:5;62:5,8,13,16;
65:2;66:16;67:16,17;
69:8,14;70:11;71:4;
74:11,17;75:2,7;76:5,
23;77:3,13;78:10,16,
23;79:4,5,14;80:20;
81:20;82:2,13;83:20;
85:1,6;86:11;87:21;
88:21;90:7,11;91:7;
92:18;94:2,5,16,21;
95:13;98:11;104:14;
107:20;108:4,13;
109:7;110:16;111:3,6,
10,18;112:3,12;
113:20;114:6,17;
115:3,7;116:1,4
**ovaries (8)**
34:13;37:13;49:5;
53:17;96:9;97:2;98:5,
19
**ovary (16)**
29:18;34:23;36:6,9;
42:2;49:21;51:14;52:3,
14,20;59:19;68:19,21;
74:10;85:14;105:10
**over (12)**
6:14;7:17;8:19;42:2;
44:23;80:19;82:1;88:1,
10,18;117:21;118:20
**overwhelming (1)**
69:5
**overwhelmingly (1)**
53:6
**ovulatory (11)**
60:12;61:21;62:15,
18,22;64:4,16;77:10;
82:22;83:17;118:8
**own (4)**
11:4;39:20;100:3;
114:4
**oxidative (6)**
90:9,13,15,17,20;
91:1
**oxygen (2)**
85:15;86:13

## P

**p53 (16)**
21:16;24:22;25:17,
21;26:1,15,23;27:8,13,
22;28:7,10,13,16;29:6;
30:14
**pales (1)**

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

90:2

**panel (4)**
12:3;66:19;69:3;
71:15

**panels (1)**
93:9

**Pap (3)**
44:23;108:5,15

**paper (1)**
88:17;89:3,14;95:22

**papers (7)**
7:23;8:6,13;10:18;
40:17;76:19;89:17

**papillary (7)**
38:6;43:13,20;62:8;
107:23;108:11;110:16

**Pardon (1)**
20:8

**parenthetically (1)**
22:16

**part (5)**
6:22;42:4,4;85:5;
100:13,14;105:13,17;
109:15

**participated (1)**
18:21

**particle (8)**
103:14;105:11;
106:8,11,14;107:6,7,7

**particles (15)**
47:16;48:12;49:13;
52:2,14;55:12;97:15;
98:17,18;99:11;
101:19;102:21;105:3,
4;106:20

**particular (8)**
6:17;7:2;12:20;
16:22;26:10;67:17;
86:1;111:13

**particularly (4)**
40:17;63:19;65:22;
91:20

**past (2)**
93:18;113:22

**paternal (2)**
65:1;79:7

**path (4)**
56:21;104:6;109:4,
11

**pathologic (2)**
37:20;44:21

**pathologist (8)**
7:18;40:14;42:12;
45:3,7;101:23;102:13,
19

**pathologists (3)**
40:10,22;58:12

**pathology (10)**
8:4;22:12,18;43:17,
23;44:1;51:19;58:10;
100:2;101:9

**paths (3)**
7:19;8:5,10

**pathway (4)**
17:2,11;21:4;33:18

**patient (16)**
15:7,16,23;16:2,12;
17:14;35:8,8;48:7;
59:1;61:16;84:1;101:1;
111:13;113:7,12

**patients (23)**
6:23;7:1,5;14:17;
16:3;17:17;23:22;
34:20;35:1,17,18;
37:11,17;39:7;49:15;
58:14;65:23;71:2;
112:6,8,11,18;114:5

**patient's (1)**
110:9

**patterns (3)**
24:17;57:3;89:18

**PAX8 (1)**
30:13

**pB3 (5)**
20:21,23;21:20;22:4,
5

**PDX (1)**
28:4

**peer (1)**
107:21

**peer-review (2)**
93:9,19

**pendulum (1)**
111:16

**penetrant (1)**
82:7

**people (7)**
22:21;45:23;88:23;
98:11;101:17;109:14;
114:21

**people's (1)**
56:18

**percent (23)**
7:4;16:17,18;17:5;
18:2,7,9,19;15,20;20:3,
20;21:2,11,11;25:18;
38:10,21;70:16,18;
71:4,9;82:5,6

**percentage (1)**
17:15

**perhaps (1)**
21:17

**perineal (6)**
53:18;54:5,11;115:6,
23;116:3

**perineally (1)**
96:15

**perineum (8)**
49:4;51:14;52:3,14,
20;74:9;96:8;97:2

**period (3)**
62:21;73:12;118:8

**peritoneal (2)**
45:17;110:7

**peritoneum (1)**
46:11

**person (3)**
19:10;96:14;101:15

**personalized (1)**
58:14

**person's (3)**
80:20;82:1;111:17

**perspective (3)**
67:22;89:4;115:14

**pertains (1)**
15:11

**Pfizer (1)**
92:16

**pharma (1)**
92:13

**pharmaceutical (4)**
92:4,7,12;93:4

**phrase (1)**
87:12

**physician (2)**
6:5;116:7

**physicians (1)**
91:12

**places (1)**
64:5

**plaintiffs' (1)**
46:16

**plate (1)**
109:11

**plausible (1)**
86:17

**played (1)**
45:13

**players (1)**
92:16

**plays (1)**
98:10

**please (1)**
6:1

**pleural (1)**
46:10

**Plunkett (2)**
46:21,22

**point (8)**
16:11;18:14;24:16;
36:20,23;50:2;70:8;
105:8

**points (2)**
21:7;63:10

**polymorphisms (1)**
19:8

**poorly (1)**
21:14

**population (1)**
64:6

**populations (1)**
63:23

**portion (1)**
85:10

**position (2)**
7:7;93:14

**positions (1)**
75:17

**positive (1)**

20:4

**possibility (4)**
54:10,22;55:3;98:12

**possible (6)**
26:14;85:13,21;86:7,
17;109:1

**possibly (1)**
13:7

**potential (1)**
119:2

**potentially (3)**
4:11;49:16;63:14

**powder (10)**
12:12;53:18;73:2,23;
74:12;93:3;94:6,18;
95:2;98:4

**practice (2)**
102:18;114:4

**practicing (1)**
22:19

**precisely (1)**
110:4

**predisposes (1)**
67:5

**predisposition (5)**
72:20;81:19;82:2;
111:18;119:2

**prefer (1)**
63:7

**pregnancies (2)**
63:2,12

**pregnancy (2)**
61:22;63:9

**premalignant (1)**
39:10

**premature (1)**
34:1

**preparation (3)**
9:12;46:17;56:17

**prepare (3)**
9:4,18,22

**preponderance (2)**
24:7,9

**presence (1)**
102:13

**present (1)**
108:15

**presented (1)**
94:5

**presently (1)**
93:8

**pretty (11)**
10:17;11:3;18:14;
40:14;44:6;62:21;
79:11;80:16;100:10;
106:19;111:12

**prevalence (1)**
26:20

**preventative (1)**
63:13

**previous (6)**
9:7;10:19;12:5;
46:20;47:23;109:2

**Previously (1)**
9:14

**primary (1)**
59:19

**prior (2)**
5:2,9

**probably (16)**
4:16;8:13;17:13;
23:12;26:8;36:9,21;
41:15;50:19;65:7;
75:20;78:2;81:19;84:2;
111:8;114:10

**problem (5)**
65:15;89:10;100:11,
14;105:14

**problematic (3)**
29:14;31:11;48:3

**problems (4)**
54:20;73:19;110:7,
13

**procedures (2)**
65:17,19

**process (9)**
21:17;22:6;26:16;
46:3;84:15;85:17;86:6;
97:17;104:14;109:18

**processes (2)**
13:5;49:11

**produce (2)**
27:10;30:14

**produced (1)**
52:9

**produces (1)**
30:21

**producing (2)**
24:5;104:12

**product (5)**
26:2,17;73:9,10,13

**profession (1)**
6:3

**profile (1)**
67:13

**prognosticate (1)**
14:18

**promise (1)**
36:18

**prophylactic (1)**
66:1

**proposed (1)**
99:4

**protective (5)**
82:18,23;83:4,5,16

**protocol (1)**
76:16

**protocols (2)**
76:4,17

**proven (1)**
49:7

**provide (1)**
58:13

**provided (2)**
10:10;11:16

**providing (1)**

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

90:4
**published (14)**
7:21;8:17;9:2;18:23;
19:1;40:17;48:5;75:11;
76:7,18;94:1,15;
115:17,19
**purely (1)**
71:14
**purpose (1)**
74:15
**put (15)**
4:23;14:3;17:8;
21:14;32:7,12;35:19;
38:12;63:8;80:6;95:7;
96:20;109:16;113:13;
118:1
**puts (2)**
104:8;109:11
**putting (1)**
28:3
**pycnogenols (1)**
89:8

**Q**

**qualified (1)**
12:21
**quantify (3)**
70:9,18;73:20
**quantitative (3)**
53:3;64:11;89:20
**quickly (1)**
117:20
**quite (11)**
18:23;31:15;41:12;
49:19;50:4,17;70:3;
73:7,8;81:1;111:14

**R**

**radiation (5)**
36:10,11;37:6,12,18
**raise (1)**
119:1
**raises (1)**
48:4
**raising (1)**
70:6
**rare (2)**
39:23;68:14
**rather (1)**
57:1
**RB (1)**
29:6
**reached (3)**
85:14;98:4,19
**reacting (1)**
117:6
**reaction (14)**
45:17;46:2,6,7;48:2;
85:15,16;87:17;95:11;
106:8;116:18;117:11;
119:22;120:4

**reactions (2)**
102:1;117:18
**reactive (1)**
85:15;86:13,14;
94:22
**read (9)**
12:4;13:7;37:1,4;
38:9;51:2;57:13;91:10,
19
**reading (1)**
50:15
**readout (1)**
89:2
**really (16)**
8:5;15:2;35:1;36:5;
58:5;59:3,23;61:11;
63:5;70:14;80:19;
82:16;83:22;101:5;
103:2;104:15
**realm (1)**
7:3
**reason (4)**
34:14;58:2;74:11;
84:18
**reasonable (1)**
41:20
**recall (5)**
47:15;65:11;73:5;
91:22;92:1
**received (4)**
4:15;58:19;92:5,10
**recent (1)**
11:19
**recently (1)**
9:12
**Recess (1)**
60:4
**recognize (3)**
65:18;102:13,19
**recognized (1)**
101:23
**recollection (1)**
118:4
**recommend (1)**
112:15
**recommending (2)**
113:6,10
**reconcile (1)**
25:3
**record (9)**
5:1,11;11:15;73:4;
80:1,4;94:9;111:22;
118:13
**recorded (1)**
47:10
**records (8)**
56:21;58:18;59:2;
79:8;82:16;83:6;
117:23;118:1
**recur (1)**
108:2
**recurrent (2)**
108:4;112:19

**recurring (1)**
108:8
**reduces (1)**
83:16
**referred (1)**
25:6
**referring (5)**
5:13;25:11;41:7;
89:7;109:7
**reflecting (2)**
48:6;114:19
**reflects (1)**
10:14
**reflex (1)**
45:23
**reflexively (1)**
44:5
**regard (9)**
15:1;53:15;60:7;
72:16;79:3;87:8;92:21;
96:11,14
**regarding (1)**
90:10
**regardless (2)**
42:16,19
**regular (1)**
26:9
**related (4)**
10:18;61:9;65:7;
81:10
**relationship (9)**
9:8;13:23;34:17;
43:4;62:15;66:17;
67:15;69:12;94:15
**relationships (1)**
60:14
**relatives (4)**
80:18,23;81:3;
118:21
**relevant (6)**
35:15,22;48:14;74:2;
77:17;81:4
**reliance (3)**
10:11,14;11:1
**relied (3)**
5:9;10:15,23
**rely (3)**
34:17,22;99:22
**remain (1)**
98:9
**remained (1)**
75:19
**remember (5)**
11:6;38:16;87:12;
96:5,6
**removal (1)**
107:18
**remove (1)**
104:21
**removed (6)**
80:18;103:17,22;
104:17;107:8,12
**removing (1)**

15:17
**repair (17)**
17:2,22;21:4,15;
22:3,5,6;25:5;26:12,16,
17;31:2;84:9,15,20;
85:8;90:21
**repaired (2)**
22:4;26:10
**repairing (1)**
84:18
**repeat (1)**
52:16
**rephrase (1)**
20:1
**replete (1)**
101:16
**replicates (1)**
86:16
**report (25)**
4:16,19;5:2;11:4,8;
13:8;38:9,16;43:17,23;
47:1;50:16;51:3,6;
56:22;60:16,23;61:8;
65:20;67:8;80:3,6;
87:7;88:18;101:10
**reported (5)**
40:18;47:5;79:8,17;
80:15
**reports (3)**
9:10;46:15;56:18
**represent (3)**
4:8;80:4;118:1
**reproducibly (1)**
97:12
**reproductive (1)**
97:3
**research (14)**
6:16;8:12;13:10,16,
18;15:11;69:3;71:8;
76:9,11,15;92:6,11,22
**researched (1)**
18:15
**respond (1)**
119:22
**responded (2)**
55:13;104:10
**responding (1)**
102:20
**response (12)**
46:13;86:12,14;
101:5,8,12;103:3,4;
106:6;117:1;120:9,14
**responses (4)**
102:2,5,7;110:8
**responsible (1)**
6:19
**rest (1)**
80:15
**restate (1)**
47:13
**rests (1)**
88:14
**resulting (1)**

19:20
**results (3)**
67:13;86:15;100:15
**retread (1)**
11:9
**retrograde (3)**
49:11;53:5;96:17
**revealed (3)**
67:18;69:14;72:18
**review (6)**
11:4;46:18;56:16;
67:12;118:4,13
**reviewed (15)**
5:8;9:7,11;10:15;
11:8;46:15,19;47:1,2,
22;58:17;81:17;91:14;
97:10;107:21
**reviewing (2)**
44:17;82:16
**reviews (1)**
93:13
**revolutionized (1)**
58:4
**rid (1)**
46:8
**right (55)**
7:22;11:21;12:12;
22:21;25:23;29:8,15;
30:9;31:8,13;32:20;
38:8;39:4;40:11;46:22;
48:15;54:11;56:14;
58:2;61:10;63:3;64:9,
15;66:5;68:1,17;69:15;
70:17;71:16;72:1,3;
74:22;79:9;82:8;84:9,
13,18;89:1;90:5,22;
95:14;96:19;97:7;
101:10;104:3;105:2,4;
106:8;107:9,11;110:1,
9,17;111:16;115:7
**rigorous (1)**
87:10,18
**risk (30)**
33:7,9,13;34:20;
38:3;60:10;61:20;62:3,
12,16;64:5,19;67:5;
70:10;78:16;81:12,14,
20,23;82:6,12;87:22;
110:16;111:3,6,10;
114:7;115:7;116:4;
119:14
**risk-factor (1)**
77:7
**risks (1)**
113:9
**robust (1)**
18:14
**role (4)**
45:13;74:16;98:10;
101:4
**Ronny (1)**
30:12
**roughly (1)**

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

73:5
**Rous (1)**
89:18
**routine (1)**
44:6
**routinely (1)**
40:10
**RTOG (1)**
75:18
**run (2)**
6:12;92:14
**run-of-the-mill (1)**
35:23
**Russ (4)**
5:14;50:4;53:9;88:2

**S**

**safe (1)**
23:20
**same (12)**
5:3;20:12;41:14,17;
42:6;58:12;65:5;74:21;
76:16;79:18;96:13;
110:21
**sarcoma (1)**
42:3
**saw (7)**
42:14;43:17;59:2;
73:4;82:15;83:8;
109:21
**saying (11)**
17:5;25:13;27:17;
28:2;54:4;85:20;97:9,
19;99:14;114:13;
115:10
**scanning (1)**
47:18
**scans (1)**
99:9
**scary (1)**
44:10
**scenario (1)**
87:16
**School (2)**
7:14;22:18
**science (4)**
58:5;69:6,12,18
**scientific (3)**
15:21;86:20;87:1
**scientifically (1)**
117:15
**scientist (4)**
6:5;53:19;68:6;
89:22
**scientists (3)**
52:12,18,22
**second (5)**
12:10;21:17;30:3;
70:3;112:19
**secondhand (2)**
110:15;111:1
**secreting (1)**

105:16
**seeing (5)**
61:16;99:21;103:6;
109:20;116:23
**seem (1)**
4:20
**seemed (1)**
83:13
**seems (2)**
44:22;111:15
**sees (1)**
103:12
**SEM (3)**
47:7;48:16;55:9
**seminar (1)**
115:16
**semi-quantitative (1)**
74:5
**sense (3)**
71:3;85:4;96:21
**separate (3)**
39:21;40:20;41:11
**sequencing (1)**
84:3
**sequester (3)**
105:3;106:13;107:6
**serous (25)**
20:19;25:18;38:6;
41:3,8,21;42:13,14;
43:13,20;44:23;57:20,
22,23;58:16,16;59:8,
12;62:8;88:21;108:1,5,
11,15;110:16
**service (1)**
6:18
**setting (2)**
22:7;49:15
**several (1)**
51:9
**severe (2)**
25:5;102:9
**shared (1)**
113:19
**shifts (1)**
24:19
**shocked (1)**
37:17
**short (1)**
83:11
**show (2)**
89:3;109:10
**showing (1)**
71:5
**shown (1)**
66:18
**side (5)**
64:17;65:5,9,16,18
**significance (1)**
35:10
**significant (2)**
91:4;118:17
**significantly (2)**
90:8,8

**similar (1)**
9:6
**simply (1)**
37:5
**single (5)**
19:8;38:11,22;57:1;
68:4
**sit (2)**
93:8;106:23
**sits (1)**
109:12
**sitting (1)**
35:18
**situation (1)**
30:6
**Six (2)**
80:12;118:15
**size (1)**
106:7
**sizes (1)**
49:14
**Skin (1)**
77:16
**sleight (1)**
35:14
**slightly (1)**
63:23;64:12
**small (4)**
29:5;35:5,6;47:6
**smoke (6)**
37:21,22;39:6;
110:15;111:1,2
**smokeless (1)**
39:7
**smoker (3)**
77:19,23;80:15
**smokers (1)**
119:10
**smoking (3)**
65:7;78:5;110:14
**SNP (1)**
19:7
**social (1)**
119:9
**Society (2)**
114:22,23
**soft (3)**
32:9;89:5,11
**somehow (1)**
41:21
**sometimes (2)**
109:12;112:21
**somewhat (1)**
63:13
**somewhere (4)**
56:3;62:20;77:21;
79:8
**sorry (14)**
23:8;27:20;32:21;
36:17;37:3;44:7;50:1;
57:11;76:8;77:6;83:10;
93:15;95:4;106:4
**sort (11)**

4:17;30:1;35:22;
46:1;74:4;75:15;86:23;
87:18;106:23;107:3;
114:19
**sounds (1)**
6:10
**source (1)**
100:18
**speak (1)**
4:3
**speaking (1)**
114:14
**spec (1)**
99:23
**specialized (1)**
23:6
**species (2)**
85:16;86:13
**species-type (1)**
86:14
**specific (8)**
18:19;36:23;50:7;
62:7;78:8;112:7;116:6;
117:15
**specifically (6)**
38:7,17;61:3,8;62:2;
117:21
**specimen (1)**
48:3
**spectacular (1)**
40:16
**spectrum (1)**
33:16
**spend (2)**
80:8;88:6
**spent (2)**
10:3;60:17
**spontaneous (2)**
24:3;84:20
**spontaneously (4)**
22:4;84:17;85:11;
86:3
**sporadic (2)**
24:4;84:10
**Stage (5)**
108:5,6,6,16;112:13
**standard (5)**
59:3;84:3;112:20,23;
113:16
**standpoint (6)**
13:1,3;68:22;86:20;
87:1;92:2
**stands (2)**
24:19;64:22
**start (3)**
4:17,18;46:23
**started (4)**
14:21;21:23;107:4;
113:22
**starting (2)**
4:21;73:5
**state (4)**
5:23;25:11;68:3;

69:11
**statement (9)**
13:11;38:20;57:10,
13,15,16;69:21;70:3;
105:6
**state-of-the-art (1)**
67:22
**states (2)**
41:14;63:19
**statistical (1)**
35:9
**stead (1)**
66:23
**step (2)**
19:13;89:22
**still (7)**
6:23;54:17;55:14;
70:5;71:3;84:5,12
**stop (2)**
84:17;104:16
**stopped (1)**
73:8
**stops (1)**
107:8
**straightforward (2)**
44:22;92:3
**stratify (1)**
14:18
**stress (6)**
90:9,14,15,17,21;
91:1
**Strike (1)**
106:4
**stroma (1)**
105:14
**strong (4)**
71:5;74:23;78:7;
100:10
**strongly (1)**
56:7
**struck (1)**
44:6
**struggle (2)**
98:14,15
**studied (3)**
47:7;95:10;99:7
**studies (36)**
9:9;18:23;19:5,6,7,9;
25:23;28:6;34:23;35:6,
6;41:2;49:8,9,10,12,15;
53:9;60:9,15,18,19,19;
61:3,4,7,9,9;63:6;
73:19;76:22;81:2;
94:17,21;95:8;114:12
**study (4)**
18:22;19:1;89:8;
95:19
**studying (1)**
31:11
**stuff (1)**
73:20
**subsequently (1)**
102:16

Anastasia Brower, et al. v.
Johnson & Johnson, Inc., et al.

Michael Birrer, M.D.
September 25, 2018

subset (2)
68:13,14
substances (1)
49:3
substantial (3)
73:12;114:8;119:17
substantiate (1)
52:13
substantive (1)
103:1
substantively (1)
90:12
substitute (1)
29:7
subtle (1)
89:21
subtract (1)
63:10
subtype (1)
79:14
subtypes (1)
108:12
suggest (9)
24:8;25:20;26:1;
39:3,16;56:7;72:19;
111:9;116:22
suggested (1)
16:1
suggesting (1)
21:22
suggestion (1)
100:10
suggests (3)
24:10;25:16;75:1
suite (6)
51:19;100:2,3;104:6;
109:5,11
support (1)
96:10
supports (3)
34:15;51:12;110:19
supposed (1)
46:9
sure (15)
5:11;19:23;30:8;
31:15;45:1;55:2;58:1;
70:3;74:19;77:17;
92:14;97:8;106:16;
108:10;115:22
surface (6)
28:22;29:3,19;37:18;
55:10;88:15
surgeon (2)
109:9,13
Surgeons (1)
112:16
surgery (5)
109:2,7;112:15,15,
16
surgical (5)
101:23;102:13,19;
109:22;110:5
surrogate (2)

32:11;89:16
suspect (1)
17:21
suspected (1)
77:2
suspicious (1)
17:12
SV40 (3)
29:5;89:1;96:4
Swann (4)
5:14;12:16;56:22;
60:16
swinging (1)
111:16
switched (1)
73:9
sworn (1)
4:3
synchronous (7)
39:19,20;40:2,6,11;
42:11;43:9
syndrome (5)
65:3;71:12;72:10;
78:12,18
synonymous (2)
15:3;117:17
synthesize (1)
94:10
system (2)
95:17;116:2

T

talc (69)
9:9;45:13,16;46:4;
47:6,9,16;48:12,15,17;
49:4,14;50:17,19;51:8,
13;52:19;53:3,16,21;
54:5,11;55:12;61:9;
73:13;74:9,10,16;75:1,
7;76:22;77:1;87:20;
90:7,10;91:4,6;94:2,
16;96:7,23;97:10;
98:13,17;99:5,11,18,
23;100:19,20;101:18;
103:14,15;104:8,9;
107:20;108:23;109:20,
21,23;110:6,6;113:19;
114:6,16;115:2,6,23;
116:3
talcum (10)
12:11;53:18;73:1,23;
74:12;93:2;94:6,18;
95:2;98:4
talk (7)
19:15;25:10;33:8;
62:1;73:17;76:6;98:11
talked (7)
45:21;60:18;61:7;
77:9,10;82:20;88:22
talking (15)
14:13;19:23;20:20;
28:5,6,20;33:3,17;

42:18;60:17;72:5;
106:2;108:3,23;118:23
tangent (1)
32:21
tangential (2)
34:17;89:19
target (4)
17:22;21:12;24:3;
26:13
targets (1)
14:19
Tate (3)
75:10,13,20
TB (2)
106:18,18
telling (1)
51:5
telomerase (1)
29:12
temporal (1)
43:3
Tenney (2)
91:15,16
term (3)
25:7;117:13,14
terms (9)
33:6;35:16;38:12;
49:16;61:12;76:3;
79:11;88:2;90:3
terrible (1)
88:17
test (1)
20:4
tested (2)
66:20;67:14
testified (5)
4:4;11:23;12:2,7;
93:3
testifying (1)
5:4
testimony (2)
46:16;56:17
testing (9)
66:14;67:12,13,23;
69:15;70:7,21;72:17,
19
tests (2)
66:9,9
THBSOs (1)
65:12
theoretically (2)
97:8;100:23
theory (1)
51:21
therapeutic (1)
14:19
therapy (1)
113:5
Thigpen (1)
75:9
third (1)
21:18
though (3)

56:7;102:14;111:13
thought (6)
40:2,19;59:22;64:8;
68:9;77:20
threat (1)
105:4
three (6)
9:21;63:2,11;82:21;
88:5,8
three- (1)
78:15
three-judge (1)
12:3
throughout (1)
39:8
times (3)
9:21;45:9;120:2
timing (1)
43:3
tissue (26)
17:23;21:13;24:4;
45:18;47:7,17;51:11,
12;55:10,11,13;56:14;
97:21,22,22;98:1;99:6,
12,18;101:11,14;
103:15,16,22;104:16;
107:8
title (1)
6:6
tobacco (1)
39:7
today (9)
5:4;9:5;46:17;56:17;
69:19;91:23;107:20;
113:19;114:14
together (8)
7:22;9:20;35:20;
75:23;76:3,17,18;
104:8
told (1)
87:14
took (2)
5:14;12:15
top (1)
21:2
topic (2)
94:5;115:23
total (9)
10:3;60:12;62:15,18;
64:4,16;73:18;77:10;
108:3
toto (1)
89:23
touch (1)
109:14
touched (1)
78:14
tough (1)
43:4
toward (3)
15:16;80:20;116:20
traces (1)
110:6

tract (1)
97:3
trained (1)
6:4
transcripts (2)
91:11,21
transform (1)
90:16
transformation (5)
13:5;32:2,5;89:3,13
transgenic (1)
30:11
transitional (1)
41:3
transitioned (1)
41:4
translocate (2)
53:4;96:8
translocation (1)
50:3
transmigration (1)
52:13
transport (1)
98:6
traveling (1)
112:23
treat (5)
14:1,17;15:22;112:5;
113:4
treated (1)
58:12
treating (4)
15:16;35:16;58:11;
91:11
treatment (7)
58:19,22;76:4;92:17;
112:7,10;113:3
trial (6)
4:12;12:1,8;45:2;
113:4,17
trials (5)
6:16;72:7;76:22;
92:14,17
true (7)
37:16;40:5;51:4;
67:5;69:21;96:11;
99:10
truth (3)
4:3,3,4
try (2)
11:9;111:21
trying (8)
15:22;46:8;50:7;
53:13;76:10;106:13;
107:14;120:13
tubal (3)
61:22;63:12;83:2
tube (11)
29:23,23;55:20,22;
56:4,4,9;59:6,9,14,20
tubes (1)
49:17
tumor (33)

14:21;15:8;17:3,20;
21:2,18;36:7;41:15,18,
21,22;42:6,18;43:21;
55:22;60:11;61:17;
80:11;84:12;86:3;
97:21,22;101:4;104:5,
12,21,21;105:1,16,17,
18;119:20,23
**tumors (30)**
20:15;21:6;24:20;
28:3;31:3;32:14;34:21;
39:19,20;40:6,11,20;
42:1,11;43:9,10;57:18;
59:8;84:8;97:15;
100:10;104:2;105:9;
108:9,15;109:16;
117:9;120:2,6,8
**twice (1)**
76:6
**two (10)**
7:8;36:5;40:20;
42:12;54:1;60:21;
83:13;88:5;106:3;
110:20
**type (7)**
14:14;24:6;36:2;
58:22;79:19;108:2;
112:7
**types (1)**
34:7
**typically (1)**
15:15

---

**U**

**UAB (6)**
6:6,7;114:15,22;
115:5;116:2
**ultimately (1)**
76:18
**unclear (1)**
83:11
**unconvinced (1)**
98:10
**unconvincing (1)**
35:4
**under (4)**
41:17;42:7;47:7,17
**undiagnosed (1)**
83:23
**unfortunately (4)**
21:13;44:23;109:10;
119:19
**unique (3)**
57:2,7;113:3
**United (1)**
63:19
**unless (1)**
22:19
**unlikely (5)**
98:17,21,23;99:2;
112:4
**unstable (1)**

24:5
**unusual (1)**
66:2
**up (19)**
13:17;16:5,10;18:6;
40:13;44:13;47:22;
48:23;49:21;50:11;
66:8,18;69:4;70:16;
71:5;86:11;109:10;
114:6;115:16
**urban (1)**
63:23
**use (14)**
14:17;27:3;29:11;
30:5,9;33:9;53:18;
54:5,11;73:13,22,23;
87:9;88:23
**used (8)**
25:7;27:9;29:19;
30:20;74:19,21;83:14;
88:14
**uses (1)**
55:8
**using (7)**
27:18,23;29:5,14;
31:12;49:13;73:8
**usual (1)**
92:16
**Usually (1)**
47:23
**utilizing (1)**
13:23

---

**V**

**vagina (1)**
49:20
**vague (1)**
73:11
**Vancouver (1)**
40:14
**variable-pressure (1)**
55:8
**variety (1)**
84:11
**vast (2)**
69:1,4
**versa (2)**
41:5,22
**versus (4)**
33:7;48:7;56:4;
100:9
**vice (4)**
41:4,22;75:13;76:2
**view (2)**
26:7;42:21
**viewed (4)**
46:19;57:17;63:13;
83:3
**virus (3)**
30:18;39:15;96:6
**viruses (2)**
95:16,20

**vitro (1)**
29:9
**vivo (1)**
103:16
**Vogelstein (2)**
21:14;84:21

---

**W**

**wait (2)**
45:6,8
**waterfront (1)**
70:20
**way (22)**
4:18;6:20;14:2;35:3;
38:20;41:19;42:23;
53:3;60:8;70:9,17;
74:5;75:16;85:2;96:19,
23;98:3;100:5;110:22;
111:15;114:21;118:17
**ways (2)**
25:3;34:16
**weak (1)**
111:12
**weeds (2)**
103:9;117:3
**week (1)**
6:23
**Welch (3)**
7:16,17;8:1
**welcome (1)**
80:9
**well-accepted (2)**
30:17;64:18
**well-documented (1)**
104:14
**weren't (2)**
50:20;91:17
**what's (5)**
35:21;48:4;51:5;
61:16;101:3
**whole (4)**
4:3;54:21;58:1;84:2
**William (1)**
7:15
**within (11)**
7:3;15:8;17:2,11,22;
21:12;24:3;50:20;
115:20;116:2;120:5
**without (1)**
89:11
**witness (3)**
4:2,11,14
**woman's (5)**
86:17;111:2,6;115:7;
116:4
**women (5)**
15:11;20:3;64:6;
70:18;119:13
**wonder (1)**
83:23
**word (1)**
16:15

**words (12)**
14:16;15:8;16:16;
28:17;59:8;70:12;
84:17;87:9;98:5;
103:16;106:11;117:16
**work (11)**
4:18;7:15;13:6;
14:21;15:9;18:19;
30:10;32:3,15;47:23;
95:6
**worked (4)**
8:11;9:1;75:16,22
**working (2)**
22:22;76:3
**world (1)**
19:14
**worse (1)**
22:6
**worth (1)**
112:22
**wound (1)**
120:3
**wrong (1)**
31:17
**wrote (1)**
56:22

---

**Y**

**year (1)**
7:8
**yearly (1)**
73:22
**years (11)**
63:16;67:1;68:9,12;
75:14,21;82:22;83:13;
113:21,23;114:3
**yet-undiscovered (1)**
70:10

---

**1**

**10 (1)**
118:2
**10:29 (1)**
94:12
**10:36 (1)**
94:12
**100 (4)**
16:16;20:20;25:18;
70:16
**11:05 (1)**
120:21
**12 (3)**
5:20;62:19;63:16
**12-hour (2)**
5:15,18
**15 (1)**
67:1
**17 (1)**
73:6
**1991 (1)**
75:15

---

**2**

**2 (1)**
17:10
**20 (1)**
18:2
**2012 (1)**
12:6
**2017 (1)**
12:17
**21 (2)**
47:6,16
**25 (1)**
75:20
**27 (1)**
99:11

---

**3**

**30 (4)**
18:6;20:3;21:11;
66:19
**3D (1)**
32:9

---

**4**

**40 (1)**
82:6

---

**5**

**5 (2)**
71:4,9
**50 (1)**
21:2
**50s (1)**
62:20
**51 (1)**
16:18
**57 (1)**
118:3

---

**6**

**6/28 (1)**
11:22
**62 (1)**
62:11

---

**7**

**70 (4)**
18:9;19:15,19;21:11

---

**8**

**80 (2)**
17:5;82:5

---

**9**

**9:43 (1)**
  60:4
**9:51 (1)**
  60:5
**90 (2)**
  38:10,21
**95 (1)**
  7:4

Exhibit 44

# REPORTS

## Prospective Study of Talc Use and Ovarian Cancer

Dorota M. Gertig, David J. Hunter, Daniel W. Cramer, Graham A. Colditz, Frank E. Speizer, Walter C. Willett, Susan E. Hankinson

*Background:* Perineal talc use has been associated with an increased risk of ovarian cancer in a number of case–control studies; however, this association remains controversial because of limited supporting biologic evidence and the potential for recall bias or selection bias in case–control studies. In this study, we conducted a prospective analysis of perineal talc use and the risk of ovarian cancer. *Methods:* The Nurses' Health Study is a prospective study of 121 700 female registered nurses in the United States who were aged 30–55 years at enrollment in 1976. Talc use was ascertained in 1982 by use of a self-administered questionnaire; after exclusions, 78 630 women formed the cohort for analysis. Three hundred seven epithelial ovarian cancers subsequently diagnosed in this cohort through June 1, 1996, were confirmed by medical record review and met inclusion criteria. Proportional hazards models by use of pooled logistic regression were used to derive relative risks (RRs) and 95% confidence intervals (CIs). *Results:* In 1982, 40.4% (n = 31789) of the cohort reported ever using talc, and 14.5% (n = 11411) reported using talc daily. We observed no overall association with ever talc use and epithelial ovarian cancer (multivariate RR = 1.09; 95% CI = 0.86–1.37) and no increase in risk of ovarian cancer with increasing frequency of use. There was a modest elevation in risk for ever talc use and invasive serous ovarian cancer (multivariate RR = 1.40; 95% CI = 1.02–1.91). The risk of epithelial ovarian cancer for talc users was not greater among women who had never had a tubal ligation (multivariate RR = 0.97; 95% CI = 0.71–1.32). *Conclusion:* Our results provide little support for any substantial association between perineal talc use and ovarian cancer risk overall; however, perineal talc use may modestly increase the risk of invasive serous ovarian cancer. [J Natl Cancer Inst 2000;92:249–52]

Talc was originally implicated as a possible ovarian carcinogen because of its chemical similarity to asbestos, which has been linked to ovarian cancer in occupational settings and is associated with mesotheliomas histologically resembling epithelial ovarian cancers *(1–3)*. Perineal use of talcum powder has been positively associated with ovarian cancer risk in a number of case–control studies *(4–13)*, although the magnitude of the associations has been modest, with odds ratios ranging from 1.2 to 1.9, and not all results reached statistical significance *(5,6,8)*. Despite this relative consistency among studies, the limited supporting biologic evidence, together with the possibility of recall and selection bias in case–control studies *(1)*, has raised questions about the plausibility of the association. We, therefore, prospectively examined the relationship between perineal talc use and ovarian cancer risk in a large cohort of U.S. women.

## METHODS

The Nurses' Health Study, established in 1976, is a prospective cohort of 121 700 registered nurses living in 11 of the larger states in the United States. Questionnaires were mailed to married, female nurses aged 30–55 years, requesting information on health-related issues, including medical history and potential risk factors for cancer. Follow-up questionnaires have been mailed every 2 years to update information on exposures and to ascertain newly diagnosed diseases. The study was approved by the Human Research Committee at the Brigham and Women's Hospital, Boston, MA.

*Ascertainment of cases.* We sought medical records from all women who reported a diagnosis of ovarian cancer or who were deceased in each follow-up cycle. Records were reviewed by physicians unaware of exposure status. Histologic subtypes were determined from pathology reports, and epithelial ovarian cancers were classified as serous cancers (including cystadenocarcinoma and papillary adenocarcinoma), mucinous cancers (including adenocarcinoma and mucinous papillary adenocarcinoma), and endometrioid cancers (clear cell and other types, including mixed epithelial tumors). Borderline histologic tumors are included in the analysis. Deaths are reported by relatives and postal authorities, as well as a search of the National Death Index. Mortality follow-up is estimated to be 98% complete in this cohort *(14)*. Cases of epithelial ovarian cancer (International Classification of Diseases Code, ICD183.0), confirmed by medical record review or death certificate, occurring between the return of the 1982 questionnaire and June 1, 1996, were included in the analysis.

*Exclusions.* Women who did not respond to the question on talc use in 1982 were excluded from this analysis. We also excluded women who had reported a diagnosis of cancer (other than nonmelanoma skin cancer) before 1982, as well as women who reported bilateral oophorectomy, surgery with an unknown number of ovaries removed, and a history of radiation therapy. Validity of self-reported surgical menopause have been assessed previously, and agreement with medical records was more than 97% *(15)*. These exclusions were updated every 2 years. At baseline, 78 630 women were eligible for the analysis. The resulting population after exclusions contributed 984 212 person-years of follow-up and 307 cases of epithelial ovarian cancer.

*Ascertainment of talc exposure.* Use of talcum powder was ascertained on the 1982 questionnaire in the following ways: "Have you ever commonly used talcum, baby powder, or deodorizing powder *a)* to apply to perineal (private) area? No, daily, one to six times per week, or less than once per week or *b)* to apply on sanitary napkins? No, Yes." We classified "ever talc use" as ever talc use on either the perineal area or sanitary napkins.

*Other covariates.* Potential risk factors and confounders of the association between ovarian cancer and exposures of interest in this analysis also were obtained from the biennial questionnaires and were updated every 2 years where relevant. Oral contraceptive use was asked every 2 years from 1976 through 1982, by which time use was rare. Tubal ligation history was asked as part of a question on methods of contraception from 1976 through 1984, and, in 1994, women were asked if they had ever

*Affiliations of authors:* D. M. Gertig, F. E. Speizer, Channing Laboratory, Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, Boston, MA; D. J. Hunter, G. A. Colditz, Channing Laboratory, Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, and Department of Epidemiology, Harvard School of Public Health, Boston, and Harvard Center for Cancer Prevention, Boston; D. W. Cramer, Obstetrics and Gynecology Epidemiology Center, Brigham and Women's Hospital; W. C. Willett, Channing Laboratory, Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, and Departments of Epidemiology and Nutrition, Harvard School of Public Health; S. E. Hankinson, Channing Laboratory, Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, and Department of Epidemiology, Harvard School of Public Health.

*Correspondence to:* Dorota M. Gertig, MB.BS., MHSc., ScD., Centre for Genetic Epidemiology, University of Melbourne, 200 Berkeley St., Carlton 3053, Australia (e-mail: Dorota.Gertig@channing.harvard.edu).

*See* "Notes" following "References."

© Oxford University Press

Downloaded from jnci.oxfordjournals.org by guest on January 20, 2011

had a tubal ligation and, if so, at what age. Family history of ovarian cancer was not asked until 1992. Parity was defined as the number of pregnancies lasting 6 months or more and was asked through 1984.

**Statistical analysis.** Incidence rates (number of cases for each category of exposure divided by person months of follow-up in that cycle) were calculated for each category, adjusting for age in 5-year intervals. Proportional hazards models by use of pooled logistic regression were used to derive relative risks (RRs) and 95% confidence intervals (CIs) of disease for each exposure category *(16)*. For age-adjusted analyses, we categorized variables as follows: parity (0, 1–2, or ≥3), oral contraceptive use (never, past, or current), tubal ligation (yes or no), postmenopausal hormone use (never, past, or current), cigarette smoking (never, past, or current), and body mass index, i.e., weight in kilograms/height in meters squared (<21, 21.0–22.9, 23.0–24.9, 25.0–28.9, or ≥29 kg/m²). In multivariate analyses, we adjusted for age (years) and for potential risk factors by use of indicator variables for each category as described above, except for parity (0, 1–2, 3–4, or ≥5) and duration of oral contraceptive use (never or <3, 3–5, or >5 years), for which we used a larger number of categories to more appropriately control for confounding. In addition we controlled for age at menarche, duration of breast-feeding, and age at menopause. However, since this did not alter the estimates for talc use, further models did not control for these variables. Body mass index and duration of oral contraceptive use were also entered as continuous variables, and similar estimates were obtained. All RRs reported are multivariate unless otherwise stated. *P* values reported are two-sided.

## RESULTS

Three hundred seven women developed ovarian cancer in the cohort from 1982 through 1996 who responded to the 1982 questionnaire on talc use. In 1982, 40.4% (n = 31 789) of the baseline cohort reported ever using talc, of which 14.5% (n = 11 411) were ever daily talc users. Talc use was associated with higher body mass index and inversely associated with current cigarette smoking (Table 1).

We did not observe an overall association with ever use of talc and epithelial ovarian cancer (RR = 1.09; 95% CI = 0.86–1.37). There was also no elevation in risk among daily users of perineal talc, and no trend was seen with increasing frequency of use (Table 2). Talc use on sanitary napkins was inversely related to ovarian cancer, but the association was statistically nonsignificant. Exclusion of use of talc on sanitary napkins from the ever use of talc variable did not substantially alter the results. We also evaluated the risk for women who used both perineal talc and talc on sanitary napkins but did not see an effect compared with never users of talc (RR = 0.90; 95% CI = 0.59–1.37).

When we stratified by histologic subtype, we observed a modest increase in risk for ever talc use for serous invasive cancers (RR = 1.40; 95% CI = 1.02–1.91) but not for all serous cancers (including borderline cancers), endometrioid cancers, or mucinous cancers (Table 3). For women who reported ever daily use of talc, the RR of invasive serous cancer was 1.49 (95% CI = 0.98–2.26). The RRs for ever talc users of less than once per week and one to six times per week were 1.29 (95% CI = 0.81–2.04) and 1.49 (95% CI = 0.77–2.11), respectively (*P* for trend = .05).

**Table 1.** Age-standardized prevalence of ovarian cancer risk factors according to perineal talc use in 1982*

|  | Ever perineal talc use, %† (n = 31 789) | No perineal talc use, % (n = 46 841) |
|---|---|---|
| Parity |  |  |
| 0 | 6.3 | 6.4 |
| 1–2 | 35.0 | 35.2 |
| ≥3 | 58.7 | 58.4 |
| Oral contraceptive use |  |  |
| Current | 0.5 | 0.6 |
| Past | 49.2 | 49.8 |
| Never | 50.4 | 49.6 |
| Hormone use, postmenopausal women only |  |  |
| Current | 12.1 | 12.9 |
| Past | 20.5 | 20.4 |
| Never | 67.4 | 66.7 |
| Tubal ligation, yes | 17.6 | 17.6 |
| Cigarette smoking |  |  |
| Never | 44.9 | 43.2 |
| Past | 30.3 | 28.3 |
| Current | 24.9 | 28.5 |
| Body mass index quintiles, kg/m² |  |  |
| <21.0 | 16.0 | 22.1 |
| 21.0–22.9 | 20.9 | 25.4 |
| 23.0–24.9 | 20.1 | 20.6 |
| 25.0–28.9 | 22.8 | 19.6 |
| ≥29 | 19.8 | 12.0 |

*Numbers do not always add up to 100% because of missing data or rounding.
†Ever talc use coded as either talc use on perineal area or talc use on sanitary napkins.

**Table 2.** Talc use and ovarian cancer: 1982 through 1996 (all subtypes included)*

|  | No. of cases | Person-years | Age-adjusted RR (95% CI) | Multivariate RR† (95% CI) |
|---|---|---|---|---|
| Talc use on perineum |  |  |  |  |
| Never | 186 | 608 020 | 1.0 (referent) | 1.0 (referent) |
| <1/wk | 43 | 128 923 | 1.10 (0.79–1.53) | 1.14 (0.81–1.59) |
| 1–6/wk | 30 | 105 186 | 0.95 (0.65–1.40) | 0.99 (0.67–1.46) |
| Daily | 48 | 142 083 | 1.09 (0.79–1.49) | 1.12 (0.82–1.55) |
| Talc use on sanitary napkins |  |  |  |  |
| No | 242 | 781 421 | 1.0 (referent) | 1.0 (referent) |
| Yes | 32 | 111 399 | 0.89 (0.62–1.29) | 0.89 (0.61–1.28) |
| Ever perineal talc use |  |  |  |  |
| No | 179 | 586 758 | 1.0 (referent) | 1.0 (referent) |
| Yes | 128 | 397 454 | 1.05 (0.84–1.32) | 1.09 (0.86–1.37) |
| Talc use, perineal and sanitary napkins |  |  |  |  |
| None | 179 | 586 758 | 1.0 (referent) | 1.0 (referent) |
| Either talc use on perineum or use on sanitary napkins | 103 | 307 317 | 1.11 (0.87–1.41) | 1.15 (0.90–1.46) |
| Use on both sanitary napkins and perineum | 25 | 90 137 | 0.89 (0.58–1.35) | 0.90 (0.59–1.37) |

*RR = relative risk; CI = confidence interval.
†Multivariate analyses control for age (years), parity (0, 1–2, 3–4, or ≥5), duration of oral contraceptive use (never or <3 y, 3–5 y, or >5 y), body mass index (body weight in kilograms/height in meters squared: <21, 21.0–22.9, 23.0–24.9, 25.0–28.9, or ≥29 kg/m²), tubal ligation history (yes or no), smoking status (never, past, or current), and postmenopausal hormone use (never, past, or current).

Downloaded from jnci.oxfordjournals.org by guest on January 20, 2011

**Table 3.** Talc use and ovarian cancer: 1982–1996 (by histologic subtype)*

| Histologic subtype | No. of cases | Person-years | Age-adjusted RR (95% CI) | Multivariate RR† (95% CI) |
|---|---|---|---|---|
| All serous cancers, ever perineal talc use | | | | |
| No | 101 | 586 771 | 1.0 (referent) | 1.0 (referent) |
| Yes | 84 | 397 459 | 1.23 (0.92–1.64) | 1.26 (0.94–1.69)‡ |
| Serous invasive cancers, ever perineal talc use | | | | |
| No | 84 | 586 771 | 1.0 (referent) | 1.0 (referent) |
| Yes | 76 | 397 459 | 1.33 (0.98–1.82) | 1.40 (1.02–1.91)‡ |
| Endometrioid cancers, ever perineal talc use | | | | |
| No | 26 | 586 771 | 1.0 (referent) | 1.0 (referent) |
| Yes | 16 | 397 459 | 0.91 (0.49–1.69) | 0.91 (0.49–1.87) |
| Mucinous cancers, ever perineal talc use | | | | |
| No | 30 | 586 771 | 1.0 (referent) | 1.0 (referent) |
| Yes | 20 | 397 459 | 0.98 (0.56–1.73) | 0.93 (0.53–1.66) |

*RR = relative risk; CI = confidence interval.

†Multivariate analyses controlling for age (years), parity (0, 1–2, or ≥3), oral contraceptive use (never or ever), and tubal ligation history (yes or no).

‡Multivariate analyses control for age (years), parity (0, 1–2, 3–4, or ≥5), duration of oral contraceptive use (never or <3 y, 3–5 y, or >5 y), body mass index (body weight in kilograms/height in meters squared: <21, 21.0–22.9, 23.0–24.9, 25.0–28.9, or ≥29 kg/m$^2$), tubal ligation history (yes or no), smoking status (never, past, or current), and postmenopausal hormone use (never, past, or current).

Because the talc hypothesis depends on the ability of fibers to migrate up a patent genital tract to the ovaries, we evaluated the risk among women who had reported a tubal ligation and those who had not. Women who were ever talc users and had never had a tubal ligation were not at increased risk of epithelial ovarian cancer compared with women who had not used talc (RR = 0.97; 95% CI = 0.71–1.32). There was no evidence of heterogeneity of RRs between women who had a tubal ligation and women who did not. In addition, when women who had had a tubal ligation or simple hysterectomy were excluded from the analysis, the RR for ever talc use was 1.15 (95% CI = 0.89–1.49). For serous invasive cancers, the RR for women who had never had a tubal ligation was similar to that for women without a tubal ligation; however, the number of case patients who had had a tubal ligation was small (data not shown).

Cosmetic talc may have been more likely to contain asbestos fibers prior to 1976, before voluntary guidelines were proposed (9). As a proxy for early talc use, we assessed risk among women 45 years old or older in 1982. There was no evidence that older women in 1982 were at greater risk of ovarian cancer overall; the RR for ever talc use compared with never talc use for women under 45 years was 0.95 (95% CI = 0.59–1.53) and among women 45 years old or older was 1.13 (95% CI = 0.86–1.47). However, women 45 years old or older in 1982 who

ever used talc had a higher risk of serous invasive cancer (RR = 1.51; 95% CI = 1.07–2.15). There was no evidence of effect modification by oral contraceptive use, body mass index, or cigarette smoking for epithelial cancers overall.

## DISCUSSION

To our knowledge, this is the first prospective analysis of talc use and ovarian cancer, and it addresses some of the potential limitations of previous case–control studies. Because we ascertained talc exposure prior to case diagnosis, the possibility for recall bias, which has been raised as a potential explanation for previous positive findings in case–control studies (1), is eliminated, and selection bias is reduced. We controlled for known or suspected ovarian cancer risk factors in the analysis, such as parity, oral contraceptive use, tubal ligation history, and body mass index, reducing the potential for uncontrolled confounding.

However, there are several important limitations to our study. The questions on talcum powder use referred to ever use, and we cannot determine the age at which women began using talc or the duration of use. Thus, we were unable to assess the potential effect of talc use before first pregnancy, which has been shown to be a stronger risk factor for ovarian cancer than use after pregnancy in one study (13). The number of lifetime applications of talc has also been associated with increased risk of ovarian cancer in some

previous studies (9,13). Our relatively short follow-up period may be inadequate to detect an association if the latency for development of ovarian cancer is more than 15 years. Although we controlled for tubal ligation history, the tubal ligation question was asked as part of a question on contraceptive use; therefore, postmenopausal women and some premenopausal women who were not sexually active may not have responded to the question. Substantial residual confounding is unlikely, since there was no overall association between talc use and tubal ligation in this study. In addition, we excluded women who were postmenopausal in 1976 from analyses stratified by tubal ligation history. Finally, the prevalence of talc use in our study is somewhat higher than that in other studies and may reflect the fact that we asked about frequency of ever use rather than current regular use; this may have contributed to an attenuation of risk due to misclassification of exposure.

The potential effect of talc on the ovaries depends on migration of talc fibers through a patent genital tract, and we would, therefore, expect a stronger association among women without a tubal ligation who had used talc. However, no effect modification was seen by history of tubal ligation. Because we did not have the date of tubal ligation, some women may have begun talc use only after tubal ligation, potentially resulting in misclassification of talc use and attenuation of the RRs.

Since the first study showing an almost twofold increase in risk of ovarian cancer with any perineal talc use (4), most case–control studies have demonstrated positive associations with talc use (4–13), although not all have been statistically significant (5,6,8). Several studies (9,17–20) found no overall association between any genital talc use and ovarian cancer. We did not observe a dose–response relationship with talc use, and previous studies also have been inconsistent in this regard. Some studies (9,13,17) have demonstrated statistically insignificant trends in risk with increased frequency of talc use, duration of use, and measures of "total lifetime applications," while other studies (6,8) have not observed a statistically significant dose response.

With regard to histologic subtypes, a recent study by Cramer et al. (13) observed the greatest risk for talc use and invasive serous cancer; however, other

Downloaded from jnci.oxfordjournals.org by guest on January 20, 2011

studies found increased risks for endometrioid cancers *(9,12)*, serous cancers *(7)*, and invasive cancers of all subtypes *(12)*. Since serous cancers, which account for more than half of all invasive ovarian cancers, most resemble mesotheliomas, it could be hypothesized that this subtype may be most likely associated with talc use. In our stratification by subtype, we did observe a modest positive association with serous invasive cancers and ever talc use as well as a borderline significant trend for increasing frequency of ever use.

The biologic evidence for the association of talc and ovarian cancer is incomplete. Asbestos has been linked to ovarian cancer in occupational settings and is associated with peritoneal tumors similar to ovarian cancer *(2,3,21)*. Because of the chemical similarity of talc and asbestos, talc also has been implicated as a possible ovarian carcinogen. Talc is able to migrate through the genital tract and gain access to the ovaries because talc fibers have been detected in benign and malignant ovarian tissue *(22)*, although no relation between reported levels of talc exposure and ovarian talc counts has been observed *(23)*. There have been few studies *(24,25)* of talc exposure in animals, and these studies have not demonstrated an increase in ovarian cancer among animals subjected to chronic talc exposure. These data should be interpreted cautiously because there are important anatomic and physiologic differences between rodents and humans, and talc in animals is often administered at high dose via aerosol exposure *(24)*.

In summary, we did not observe an overall association between epithelial ovarian cancer and ever use of talc, and there was no apparent dose response, although we lacked information on duration of talc use. In analyses stratified by histologic subtype, we observed a modest positive association between invasive serous cancer and ever talc use. Our results provide little support for any substantial association between perineal talc use and ovarian cancer risk overall; however, perineal talc use may modestly increase the risk of invasive serous ovarian cancers.

## REFERENCES

*(1)* Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 1995;21:254–60.

*(2)* Keal E. Asbestosis and abdominal neoplasms. Lancet 1960;2:1211–6.

*(3)* Acheson ED, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocodilite asbestos: a 40 year follow-up. Br J Indust Med 1982;39:344–8.

*(4)* Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case–control study. Cancer 1982;50:372–6.

*(5)* Chen Y, Wu PC, Lang JH, Ge WY, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol 1992;21:23–9.

*(6)* Whittemore AS, Wu ML, Paffenbarger RS Jr, Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228–40.

*(7)* Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol 1997;145:459–65.

*(8)* Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case–control study. Br J Cancer 1989;60:592–8.

*(9)* Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol 1992;80:19–26.

*(10)* Purdie D, Green A, Bain C, Siskind V, Ward B, Hacker N, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case–control study. Int J Cancer 1995;62:678–84.

*(11)* Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker J. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. Fertil Steril 1996;65:13–8.

*(12)* Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer 1997;79:2396–401.

*(13)* Cramer DW, Liberman RE, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, et al. Genital talc exposure and risk of ovarian cancer. Int J Cancer 1999;81:351–6.

*(14)* Stampfer MJ, Willett WC, Speizer FE, Sysert DC, Lipnick R, Rosner B, et al. Test of the National Death Index. Am J Epidemiol 1984;119:837–9.

*(15)* Hankinson SE, Hunter DJ, Colditz GA, Willett WC, Stampfer MJ, Rosner B, et al. Tubal ligation, hysterectomy, and risk of ovarian cancer. JAMA 1993;270:2813–8.

*(16)* D'Agostino RB, Lee ML, Balanger AJ, Cupples LA, Anderson K, Kannel WB. Relation of pooled logistic regression to time dependent Cox regression analysis: the Framingham Heart Study. Stat Med 1990;9:1501–15.

*(17)* Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer [letter]. JAMA 1983; 250:1844.

*(18)* Rosenblatt KA, Thomas DB. Lactation and the risk of epithelial ovarian cancer. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Int J Epidemiol 1993;22: 192–7.

*(19)* Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. Int J Cancer 1993;55:508–10.

*(20)* Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case–control study. Obstet Gynecol 1999;93:372–6.

*(21)* Wignall BK, Fox AJ. Mortality of female gas mask assemblers. Br J Indust Med 1982;39: 34–8.

*(22)* Henderson WJ, Joslin CC, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. J Obstet Gynecol 1971;78:266–72.

*(23)* Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol 1996;174:1507–10.

*(24)* Boorman GA, Seely JC. The lack of an ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice. Regul Toxicol Pharmacol 1995;21:242–3.

*(25)* Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K. Effects of talc on the rat ovary. Br J Exp Pathol 1984;65:101–6.

## NOTES

Supported by Public Health Service grant CA40356 from the National Cancer Institute, National Institutes of Health, Department of Health and Human Services.

We thank Karen Corsano and Barbara Egan for their expert assistance with the study and Kathleen Fairfield for her help with analysis. We also thank the Nurses' Health Study participants for their continuing dedication and commitment.

Manuscript received June 17, 1999; revised November 18, 1999; accepted December 2, 1999.

Downloaded from jnci.oxfordjournals.org by guest on January 20, 2011

Exhibit 45

*Int. J. Cancer:* **81,** 351–356 (1999)
© 1999 Wiley-Liss, Inc.



Publication of the International Union Against Cancer
Publication de l'Union Internationale Contre le Cancer

# GENITAL TALC EXPOSURE AND RISK OF OVARIAN CANCER

Daniel W. Cramer[1]*, Rebecca F. Liberman[1], Linda Titus-Ernstoff[2], William R. Welch[3], E. Robert Greenberg[2], John A. Baron[2] and Bernard L. Harlow[1]

[1]*Obstetrics-Gynecology Epidemiology Center, Department of Obstetrics and Gynecology, Brigham and Women's Hospital, Boston, MA, USA*
[2]*Department of Pathology, Brigham and Women's Hospital, Boston, MA, USA*
[3]*Norris Cotton Cancer Center, Dartmouth-Hitchcock Medical Center, Lebanon, NH, USA*

Epidemiologic studies have suggested an increased risk for ovarian cancer associated with the use of talcum powder in genital hygiene, but the biologic credibility of the association has been questioned. We conducted a population-based case-control study in eastern Massachusetts and New Hampshire involving 563 women with newly diagnosed epithelial ovarian cancer and 523 control women selected either by random digit dialing or through lists of residents. Use of body powders was assessed through personal interview and the exposure odds ratio (OR) for the use of talc in genital hygiene was calculated. Cases were more likely than controls (45% *vs.* 36%) to have used talc as a body powder in some manner, and the excess was confined to patients who used talc on the perineum directly or as a dusting powder to underwear or sanitary napkins. Relative to women who never used body powder or used it only in non-genital areas, the OR (and 95% confidence interval) associated with genital exposure to talc was 1.60 (1.18 and 2.15) after adjustment for age, study location, parity, oral contraceptive use, body mass index and family history of breast or ovarian cancer. Exposure prior to rather than after a first livebirth appeared to be more harmful, and the association was most apparent for women with invasive serous cancers and least apparent for those with mucinous tumors. We conclude that there is a significant association between the use of talc in genital hygiene and risk of epithelial ovarian cancer that, when viewed in perspective of published data on this association, warrants more formal public health warnings. *Int. J. Cancer 81:351–356, 1999.*
© 1999 Wiley-Liss, Inc.

An association between the use of talc in genital hygiene and ovarian cancer was first examined in an epidemiologic study in 1982 (Cramer *et al.*, 1982). An elevated odds ratio for genital talc exposure was observed in this study, in 8 of the largest subsequent epidemiological studies (Whittemore *et al.*, 1988; Booth *et al.*, 1989; Harlow *et al.*, 1992; Chen *et al.*, 1992; Purdie *et al.*, 1995; Shushan *et al.*, 1996; Cook *et al.*, 1997; Chang and Risch, 1997) and in a study of borderline tumors (Harlow and Weiss, 1989). Only 3 smaller studies reported a null association (Hartge *et al.*, 1983; Rosenblatt *et al.*, 1992, Tzonou *et al.*, 1993). Despite this consistency, the association is still viewed with skepticism based upon weak odds ratios, poor dose-response relationships and an incomplete understanding of the biological mechanism by which talc might lead to ovarian cancer. We have completed a large population-based case-control study of ovarian cancer which offers new perspectives on the validity of the talc and ovarian cancer association.

## MATERIAL AND METHODS

We conducted a population-based case-control study of women with newly diagnosed ovarian cancer who resided in eastern Massachusetts (MA) or New Hampshire (NH). Women with ovarian cancer were identified through hospital tumor boards and statewide cancer registries. Between 5/92 and 3/97, 1,080 cases of ovarian cancer were identified. After excluding 203 cases who had died or moved, had no telephone, did not speak English or had a non-ovarian primary tumor after review, 877 women remained eligible. Physicians denied permission to contact 126 (14%) of these women, and 136 cases (16%) declined to participate. Our

analysis is based upon data from 563 cases with epithelial ovarian cancer, including those with tumors of borderline malignancy.

We identified control women using random digit dialing (RDD) in which the sampling unit for an interviewed case comprised the 99 telephone numbers generated from the first 5 digits of her telephone number plus all remaining combinations of the last 2 digits (excluding the case's own number). These numbers were listed in random order and called to screen households for potential controls who were within 4 years of the age of the case. Excluding business and non-working numbers, approximately 5,400 calls yielded 10% of households in which the household member declined to provide a household census and 80% of households in which an age and sex matched control for a case could not be made or a potential control was ineligible because of a prior oophorectomy. Of the remaining 10% of households screened with a potential eligible control, 72% agreed to participate. RDD proved inefficient for identifying controls over age 60 in MA since a substantially greater number of households needed to be screened to obtain an older control. Except in NH where complete listings of residents were unavailable, we chose to identify older controls in MA by randomly selecting women through use of lists (townbooks) of all residents in towns by name, age, and address according to precinct. We matched older controls to cases by community and age within 4 years based on the townbooks. Of 328 sampled townbook controls, 21% could not be reached, 18% were ineligible and 30% declined to participate. This analysis includes a total of 523 RDD and townbook controls.

In introducing the study to potential cases and controls, specific hypotheses including the talc association were not discussed. After written informed consent, we assessed demographic information, menstrual and reproductive history, medical and family history and personal habits using an in-person interview. We assessed exposures occurring prior to a "reference date," defined as 1 year before the date of diagnosis for cases and the date of interview for controls. We asked whether women had "regularly used talc, baby, or deodorizing powders dusted or sprayed" to feet, arms or other non-genital areas, to the genital or rectal area, on sanitary napkins, or on underwear, with the latter 3 methods defined as "genital exposure" and either no use or use in non-genital areas defined as "no genital exposure." A husband's use of powder in his genital area was also assessed. Age at first use, types of powder(s) used, applications per month and total years of use in genital hygiene were assessed in talc users. We did not assess potential talc exposure from diaphragms or condoms, exposures not found to be associated with ovarian cancer in our previous studies (Cramer *et al.*, 1982; Harlow *et al.*, 1992).

Grant sponsor: National Cancer Institute; Grant number: R01 Ca54419.

*Correspondence to: Ob-Gyn Epidemiology Center, Brigham and Women's Hospital, 221 Longwood Avenue, Boston, MA 02115, USA. Fax: (617) 732–4899. E-mail: DWCramer@bics.bwh.harvard.edu

Received 28 August 1998; Revised 19 November 1998

CRAMER *ET AL.*

**TABLE I** – PERINEAL TALC EXPOSURE[1] IN RELATION TO OVARIAN CANCER RISK BY CHARACTERISTICS OF STUDY PARTICIPANTS

| | Cases | | Controls | | | |
| | Total | Talc exposure (%) | Total | Talc exposure (%) | Age-adjusted[2] OR | (95% C.I.) |
|---|---|---|---|---|---|---|
| Age | | | | | | |
|   <50 | 266 | 66 (24.8) | 262 | 43 (16.4) | 1.68 | (1.09, 2.58) |
|   ≥50 | 297 | 86 (29.0) | 261 | 52 (19.9) | 1.64 | (1.11, 2.43) |
| Study center | | | | | | |
|   MA | 433 | 126 (29.1) | 411 | 85 (20.7) | 1.56 | (1.14, 2.14) |
|   NH | 130 | 26 (20.0) | 112 | 10 (8.9) | 2.49 | (1.14, 5.45) |
| Education | | | | | | |
|   ≤12 | 218 | 58 (26.6) | 171 | 28 (16.4) | 1.79 | (1.08, 2.97) |
|   >12 | 344 | 93 (27.0) | 352 | 67 (19.0) | 1.59 | (1.10, 2.27) |
| Marital status | | | | | | |
|   Never married | 110 | 31 (28.2) | 61 | 10 (16.4) | 1.77 | (0.78, 4.00) |
|   Ever married | 453 | 121 (26.7) | 462 | 85 (18.4) | 1.62 | (1.18, 2.22) |
| Religion | | | | | | |
|   Jewish | 54 | 18 (33.3) | 44 | 10 (22.7) | 1.69 | (0.68, 4.18) |
|   Non-Jewish | 509 | 134 (26.3) | 479 | 85 (17.8) | 1.63 | (1.20, 2.22) |
| Weight | | | | | | |
|   <140 | 237 | 57 (24.0) | 247 | 40 (16.2) | 1.60 | (1.02, 2.53) |
|   ≥140 | 326 | 95 (29.1) | 275 | 55 (20.0) | 1.65 | (1.13, 2.42) |
| Use of OCs (months) | | | | | | |
|   <3 or never | 334 | 98 (29.3) | 247 | 52 (21.0) | 1.55 | (1.06, 2.28) |
|   ≥3 | 229 | 54 (23.6) | 276 | 43 (15.6) | 1.67 | (1.07, 2.61) |
| Number of liveborn children | | | | | | |
|   0 | 185 | 55 (29.7) | 106 | 20 (18.9) | 1.65 | (0.92, 2.98) |
|   1–2 | 212 | 49 (23.1) | 209 | 34 (16.3) | 1.56 | (0.95, 2.54) |
|   3+ | 166 | 48 (28.9) | 208 | 41 (19.7) | 1.69 | (1.04, 2.75) |
| Prior tubal ligation | | | | | | |
|   No | 488 | 135 (27.7) | 437 | 76 (17.4) | 1.80 | (1.31, 2.47) |
|   Yes | 75 | 17 (22.7) | 86 | 19 (22.1) | 0.98 | (0.46, 2.08) |
| Prior hysterectomy | | | | | | |
|   No | 529 | 139 (26.3) | 487 | 88 (18.1) | 1.60 | (1.18, 2.16) |
|   Yes[3] | 34 | 13 (38.2) | 36 | 7 (19.4) | 2.61 | (0.88, 7.78) |
| Family history of breast or ovarian cancer | | | | | | |
|   No | 481 | 132 (27.4) | 462 | 87 (18.8) | 1.59 | (1.17, 2.17) |
|   Yes | 82 | 20 (24.4) | 61 | 8 (13.1) | 2.21 | (0.89, 5.48) |

OR: odds ratio; CI: confidence interval; OCs: oral contraceptives.–[1]Sources of perineal talc exposure include dusting of underwear, diaphragms, sanitary napkins and/or dusting of genital area.–[2]Adjusted for age as a continuous variable.–[3]Excludes those with tubal ligation prior to hysterectomy.

For all cases studied, we reviewed pathology reports and sought slides in any instance where there was a discrepancy between histologic description and final diagnosis. After completing the review, cases were grouped according to the following histologic categories: serous cancers (including serous cystadenocarcinomas and surface papillary carcinomas), mucinous cancers, endometrioid and clear cell cancers, including mixed mesodermal or mixed epithelial with an endometrioid or clear cell component) and undifferentiated or other cancers. According to Young *et al.* (1994), serous tumors tend to be either borderline or invasive and seldom display a mixture while borderline and invasive grades often intermingle within other histologic types, especially the mucinous tumors. Based on this tendency, only serous borderline tumors were distinguished from invasive cancers when considering odds ratios by histologic type and grade.

Since matching was performed as the most convenient means for selecting controls comparable to cases in age and geographic locale and not as the principal means of controlling for confounding, matching was not preserved in the analysis. We analyzed our data by constructing frequency counts of cases and controls by study variables and by calculating crude odds ratios (OR). We then used unconditional logistic regression to adjust for the matching variables including age (continuous), study site (MA, NH), body mass index (continuous), which might have influenced likelihood of using body powder, and for variables strongly linked to ovarian cancer risk such as parity (0, 1 ), oral contraceptive use (never or <3 months, ≥3 months) and family history of breast or ovarian cancer (no, yes) and tubal ligation (no, yes). Most analyses were performed by using the SAS system (SAS Institute, Cary, NC). Tests for linear trend were performed using the likelihood ratio test with continuous forms of the talc variables. Frequency counts from studies included in our review of published studies were entered into STATA (College Station, TX) to compute crude and combined odds ratios.

## RESULTS

Table I summarizes data regarding how cases and controls differed demographically and by known risk factors for ovarian cancer, how these same variables influenced genital talc exposure among controls and how the association between talc use in the genital area and ovarian cancer varied among strata. Controls were more likely than cases to have gone beyond high school, to have married, to have had children and to have used oral contraceptives. In examining the frequency of talc use among controls, only study location significantly influenced likelihood of genital talc exposure. Women from New Hampshire were less likely to have used talc in the genital area compared to women from Massachusetts. Ovarian cancer cases in almost all strata were more likely to have used powder genitally compared to controls, with corresponding elevated odds ratios. A notable exception was the lack of an association between talc use and ovarian cancer among women who reported having had a tubal ligation.

Table II shows adjusted odds ratios by manner, type and frequency of powder use. A greater percentage of cases had regularly used powder in some manner compared to the controls.

TABLE II – ADJUSTED ODDS RATIOS FOR OVARIAN CANCER ASSOCIATED WITH TYPES AND FREQUENCY OF POWDER USE

| Type of personal use | Cases Number (%) | Controls Number (%) | Adjusted OR[1] | (95% C.I.) |
|---|---|---|---|---|
| No personal use | 312 (55.4) | 334 (63.9) | 1.0 | |
| Use, non-genital areas | 99 (17.6) | 94 (18.0) | 1.08 | (0.77, 1.50) |
| Use, dusting perineum | 71 (12.6) | 51 (9.8) | 1.45 | (0.97, 2.18) |
| Use, dusting sanitary napkin | 20 (3.6) | 12 (2.3) | 1.45 | (0.68, 3.09) |
| Use, dusting underwear | 8 (1.4) | 6 (1.2) | 1.21 | (0.40, 3.64) |
| Multiple uses genital area | 53 (9.4) | 26 (5.0) | 2.15 | (1.30, 3.57) |
| Genital use | | | | |
| No personal genital exposure | 411 (73.0) | 428 (81.8) | 1.0 | |
| Any personal genital exposure | 152 (27.0) | 95 (18.2) | 1.60 | (1.18, 2.15) |
| Longest used type of powder[2] | | | | |
| No genital use | 411 (73.4) | 428 (81.8) | 1.0 | |
| Talc | 148 (26.4) | 92 (17.6) | 1.69 | (1.26, 2.27) |
| Cornstarch | 1 (0.2) | 3 (0.6) | 0.31 | (0.03, 3.01) |
| Husband use[3,1] | | | | |
| No | 291 (87.6) | 346 (92.0) | 1.0 | |
| Yes | 41 (12.4) | 30 (8.00) | 1.52 | (0.92, 2.52) |
| Frequency of use per month[4] | | | | |
| <30 | 64 (11.5) | 28 (5.4) | 2.21 | (1.37, 3.56) |
| 30–39 | 59 (10.6) | 51 (9.8) | 1.17 | (0.78, 1.76) |
| 40+ | 23 (9.8) | 15 (2.9) | 1.57 | (0.80, 3.10) |

[1]Adjusted for age (continuous), study center (MA, NH), tubal ligation (ever, never), BMI (continuous), parity (0, ≥1), OC use (<3 months, ≥3 months), and primary relative with breast or ovarian cancer (yes, no) and other categories of genital talc use, except where noted.–[2]Adjusted for age (continuous), study center (MA, NH), and tubal ligation (ever, never) and other powder.–[3]Among married women with no personal genital talc use.–[4]Total of all uses in the genital area.

Relative to those with no use of a body powder, those who used powder only in non-genital areas did not have an increased risk of ovarian cancer [OR=1.08 (0.77 and 1.50)]. However, elevated ORs and (95% CI) were observed for women who directly powdered the genital or rectal area [1.45 (0.97 and 2.18)]; who dusted sanitary napkins 1.45 (0.68 and 3.09); who dusted underwear [1.21 (0.40 and 3.64)] and who used powder in multiple ways in the genital area [2.15 (1.30 and 3.57)]. There was a significant excess of cases who regularly used powder in some manner in the genital area, and the adjusted OR was similar whether the non exposed referent group was considered to be women with no use of talc anywhere [OR= 1.58, (1.16 and 2.16)] or women with no genital use including those who used it as a body powder in non-genital areas [OR= 1.60 (1.18 and 2.15)]. Few of the women in our study reported use of cornstarch rather than a talc-based powder leading to an imprecise and non-significant OR for ovarian cancer risk associated with its use in the genital area. Among married women who never personally used talc in the genital area, there was an increase of borderline significance in ovarian cancer risk for women whose husbands had used talc in their genital area [OR=1.52 (0.92, 2.52)]. When we examined all methods of genital talc use (except exposure from a husband), we found that most of those who used talc had 30 or more applications per month, but there was no apparent trend for increasing risk for ovarian cancer with increasing number of monthly applications.

Table III examines risk for ovarian cancer associated with ordinal categories related to duration or intensity of talc exposure in the genital area relative to women who never used talc or who used it only in non-genital areas. No clear linear trend was apparent in ORs for categories of age at first use, years of use or total applications. To examine dose response, each of these variables was used as a continuous variable in multivariate models. Linear trends were significant only in those models that included women who were not exposed. To duplicate an analysis performed in a previous report (Harlow et al., 1992), we examined total applications censored by excluding use after closure of the female tract or during non-ovulatory years. Although the ORs for the categories displayed a trend, once again only the multivariate model including the non-genitally exposed revealed a significant trend.

Table IV presents a more detailed analysis of the effect of genital use of talc in women who had no pregnancies at all, in women who had a pregnancy not resulting in a liveborn and in women with a liveborn pregnancy. In the latter 2 groups, we examined risk for ovarian cancer with the timing of talc use in relation to the first pregnancy. Genital talc use that began after a first pregnancy appeared to be associated with lower risk compared to use which began before the first pregnancy. The effect was more apparent among those with a liveborn. Eighty-five of 374 parous cases used at least some talc prior to their first liveborn compared to 64 of 416 parous controls, leading to an adjusted OR (95% CI) of 1.58 (1.10 and 2.29). In contrast, 8 of 378 parous cases used talc only after their first livebirth compared to 10 of 417 parous controls, leading to an adjusted OR(95% CI) of 0.97 (0.38 and 2.50) for ovarian cancer associated with talc use after a first livebirth.

Table V shows the average age and use of genital talc for all controls and for cases by histologic type of ovarian cancer. Average age differed by histologic type but did not account for the differences in ORs. The odd ratio for genital talc use was greatest (and significant) for invasive serous tumors and less than 1 only for mucinous tumors (invasive and borderline combined) after adjustment for age and other covariates.

DISCUSSION

Consistent with four recent case-control studies of ovarian cancer (Purdie et al., 1995, Sushan et al., 1996, Cook et al., 1997, Chang and Risch, 1997), our results demonstrate a significant association between the use of talc in genital hygiene and risk for ovarian cancer. In our discussion, we will examine whether this association satisfies traditional criteria for a causal association including consistency and strength of the association, potential biases, dose response and biological credibility.

Figure 1 summarizes data on risk for ovarian cancer with any genital use of talc from 14 case-control studies including this one. The combined odds ratio and 95% CI is 1.36 (1.24 and 1.49), which is statistically significant. Odds ratios deviating most from the pooled value were observed in the smaller studies, and the test for heterogeneity was not significant (p=0.085). Thus, the criteria for

354                                                                                                CRAMER *ET AL.*

TABLE III – ADJUSTED ODDS RATIOS FOR OVARIAN CANCER ASSOCIATED WITH GENITAL USE OF TALC

| Type of exposure | Cases | Controls | Adjusted OR[1] | (95% C.I.) |
|---|---|---|---|---|
| | Number (%) | Number (%) | | |
| No genital use | 411 (73.0) | 428 (81.8) | 1.0 | |
| Age at first use | | | | |
| <20 | 97 (17.4) | 67 (12.8) | 1.46 | (1.03, 2.07) |
| 20–25 | 36 (6.5) | 18 (3.4) | 1.87 | (1.03, 3.39) |
| >25 | 13 (2.3) | 9 (1.7) | 1.54 | (0.64, 3.72) |
| *p*-value for linear trend is 0.504 excluding non-exposed. | | | | |
| Years of use | | | | |
| <20 | 55 (9.9) | 31 (5.9) | 1.86 | (1.16, 3.00) |
| 20–30 | 32 (5.8) | 26 (5.0) | 1.33 | (0.76, 2.30) |
| >30 | 59 (10.6) | 37 (7.1) | 1.44 | (0.91, 2.26) |
| *p*-value for linear trend is 0.477 excluding non-genitally exposed and 0.062 including non-genitally exposed. | | | | |
| Total applications | | | | |
| <3000 | 51 (9.2) | 27 (5.2) | 1.84 | (1.12, 3.03) |
| 3000–10,000 | 36 (6.5) | 28 (5.4) | 1.43 | (0.84, 2.41) |
| >10,000 | 59 (10.6) | 39 (7.5) | 1.43 | (0.92, 2.22) |
| *p*-value for linear trend is 0.164 excluding non-genitally exposed and 0.472 including non-genitally exposed. | | | | |
| Applications censored[2] | | | | |
| <3000 | 59 (10.6) | 41 (7.8) | 1.54 | (1.01, 2.35) |
| 3000–10,000 | 51 (9.2) | 31 (5.9) | 1.72 | (1.08, 2.76) |
| >10,000 | 36 (6.5) | 20 (3.8) | 1.80 | (1.02, 3.18) |
| *p*-value for linear trend is 0.675 excluding non-genitally exposed and 0.022 including non-genitally exposed. | | | | |

[1]Adjusted for age (continuous), study center (MA, NH), BMI (continuous), primary relative with breast or ovarian cancer (yes, no), parity (0, ≥1), OC use (<3 months, ≥3 months), tubal ligation, and other categories of genital talc use, except where noted.–[2]Excludes applications following hysterectomy or tubal ligation and applications during pregnancy and periods of OC use. Adjusted for age (continuous), study center (MA, NH), BMI (continuous) and primary relative with breast or ovarian cancer (yes, no).

TABLE IV – EVER USE OF TALC IN THE GENITAL AREA IN RELATION TO PREGNANCY AND CHILDBIRTH

| Group | Cases | | | Controls | | | Adjusted OR | 95% C.I. |
|---|---|---|---|---|---|---|---|---|
| | Total | Number exposed | (%) exposed | Total | Number exposed | (%) exposed | | |
| Nulligravid[1] | 145 | 42 | (29.0) | 82 | 17 | (20.7) | 1.48 | (0.76, 2.86) |
| Nulliparous[1] prior to first pregnancy | 40 | 13 | (32.5) | 24 | 3 | (12.5) | 2.80 | (0.64, 12.20) |
| Nulliparous[1] only after first pregnancy | 40 | 2 | (5.0) | 24 | 1 | (4.2) | 1.24 | (0.10, 15.32) |
| Parous[1] prior to first livebirth | 374 | 85 | (22.7) | 416 | 64 | (15.4) | 1.58 | (1.10, 2.29) |
| Parous[2] only after first livebirth | 378 | 8 | (2.12) | 417 | 10 | (2.40) | 0.97 | (0.38, 2.50) |

[1]Adjusted for age (continuous), study center (MA, NH), BMI (continuous) and primary relative with breast or ovarian cancer (yes, no).–[2]Adjusted for age (continuous), study center (MA, NH), BMI (continuous), primary relative with breast or ovarian cancer (yes, no) and tubal ligation.

TABLE V – HISTORY OF GENITAL TALC USE AND ASSOCIATED ODDS RATIOS BY HISTOLOGIC TYPE AND GRADE

| Histologic type/grade | Total | Average age | Any use of genital talc | No use of genital talc | Adjusted OR[1] | (95% CI) |
|---|---|---|---|---|---|---|
| Controls | 523 | 49.3 | 95 | 428 | 1.0 | |
| Histologic type/grade | | | | | | |
| Serous borderline | 86 | 41.8 | 23 | 63 | 1.38 | (0.82, 2.31) |
| Serous invasive | 229 | 54.5 | 72 | 157 | 1.70 | (1.22, 2.39) |
| Mucinous | 83 | 46.7 | 16 | 67 | 0.79 | (0.44, 1.40) |
| Endometrioid/clear cell | 130 | 53.9 | 31 | 99 | 1.04 | (0.67, 1.61) |
| Undifferentiated | 35 | 52.9 | 10 | 25 | 1.44 | (0.67, 3.08) |

[1]Adjusted for age (continuous), study center (MA, NH), primary relative with breast or ovarian cancer (yes, no), BMI (continuous), parity (0, ≥1), OC use (<3 months, ≥3 months) and tubal ligation (ever, never).

consistency of the association appear to be satisfied. A summary odds ratio of 1.36 suggests that between 10 and 11% of ovarian cancers in these populations are attributable to the genital use of talc depending upon whether the average control exposure of 36% or average case exposure of 43% is considered.

Despite the consistency noted above, the relatively weak odds ratios observed could reflect potential biases, especially recall and confounding. Recall bias is possible because talc exposure in these studies is based on personal recollection. However, recall bias seems more likely to affect exposures that have occurred over a short term than those that have occurred over a long term. Since average duration of talc use exceeded 20 years in both cases and controls in our current study, genital talc exposure may be less likely to be subject to recall bias. Furthermore, if publicity regarding the association correlated with selective recall, one might expect a trend for cases from more recent studies to report higher



| Author | Cases Total n | Exposed (%) | Controls Total n | Exposed (%) | Crude OR (95% CI) |
|---|---|---|---|---|---|
| Cramer et al. (1982) | 215 | (42.8) | 215 | (28.4) | 1.9 (1.3-2.8) |
| Hartge et al. (1983) | 135 | (49.6) | 171 | (58.5) | 0.7 (0.4-1.1) |
| Whittemore et al. (1988) | 188 | (52.1) | 539 | (46.0) | 1.3 (0.9-1.8) |
| Harlow and Weiss (1989) | 116 | (42.2) | 158 | (40.5) | 1.1 (0.7-1.7) |
| Booth et al. (1989) | 217 | (65.0) | 434 | (59.0) | 1.3 (0.9-1.8) |
| Harlow et al. (1992) | 235 | (48.5) | 239 | (39.3) | 1.4 (1.0-2.1) |
| Rosenblatt et al. (1992) | 77 | (87.0) | 46 | (88.0) | 1.0 (0.3-3.0) |
| Chen et al. (1992) | 112 | (6.2) | 224 | (2.2) | 2.9 (0.9-9.4) |
| Tzonou et al. (1993) | 189 | (3.2) | 200 | (3.5) | 0.9 (0.3-2.7) |
| Purdie et al. (1995) | 824 | (56.7) | 860 | (52.0) | 1.2 (1.0-1.5) |
| Shushan et al. (1996) | 200 | (10.5) | 408 | (5.6) | 2.0 (1.0-3.6) |
| Cook et al. (1997) | 313 | (50.8) | 422 | (39.3) | 1.6 (1.2-2.1) |
| Chang and Risch (1997) | 450 | (44.0) | 564 | (35.6) | 1.4 (1.1-1.8) |
| Cramer et al. (1999) | 563 | (27.0) | 528 | (18.2) | 1.7 (1.2-2.2) |
| Summary odds ratio (95% confidence interval) | | | | | 1.4 (1.2-1.5) |

**FIGURE 1** – Exposure rates, crude odds ratios and confidence intervals for case-control studies of genital talc use and ovarian cancer.

exposure rates, but the exposure rates noted in Figure 1 do not suggest this is the case. It also seems reasonable that selective recall would lead to cases reporting all types of talc exposure more frequently than controls, but our study found that cases did not report a significant excess of talc use in non-genital areas compared to controls. Finally, if recall accounted for the association, one would expect little variation in the odds ratios by histologic type of ovarian cancer which appears not to be the case from Table V. Our study found the greatest risk to be associated with invasive serous tumors, OR=1.70 (1.22 and 2.39). Cook et al. (1997) found talc use to be most strongly associated with serous and unclassified cancers, although Chang and Risch (1997) found endometrioid cancers to be more tightly linked with talc use.

Regarding potential bias from confounding, we found no evidence that genital talc exposure varied by key risk factors for ovarian cancer such as age, parity or OC use and little variability of the association by these and other variables (Table II). Chang and Risch (1997) adjusted for age, parity, breastfeeding, oral contraceptive use, tubal ligation or hysterectomy and family history and also found the association to persist. Characteristics such as body odor or excessive perspiration might represent subtle constitutional features that might predispose to both talc use and ovarian cancer, but adjusting for BMI should control for these effects. In addition, 2 previous studies (Cook et al., 1997; Chang and Risch, 1997), and our current study found no evidence of elevated risk associated with genital use of a cornstarch based-powder, although in all of these studies the exposure was infrequent and the OR and confidence interval was wide. Further studies would be valuable since this observation suggests that type of powder used may be more important than underlying reason for use.

The most obvious weakness in the argument for biologic credibility of the talc and ovarian cancer association is the lack of a clear dose response. Most talc and ovarian cancer studies that have addressed dose response, including this one, have failed to demonstrate consistent dose response relationships with measures of the intensity of the exposure, especially when the trend is examined among users only. In attempting to address this weakness, we point out that it is difficult to quantify the amount of powder actually used and degree of perineal dusting that might constitute an "application of talc." Another factor that may affect the dose-response relationship is whether use occurred at a time when the female tract was open. There is evidence from several studies that the talc/ovarian cancer association is modified by closure of the female tract as a result of tubal ligation or hysterectomy (Harlow et al., 1992; Chang and Risch, 1997; Green et al., 1997). We have also proposed that talc use during periods of ovulation may carry greater risk, based on the hypothesis that ovarian surface epithelial disruption and repair accompanying ovulation might allow talc to become entrapped within the inclusion cysts that form with ovulation.

Our current study also suggests that a term pregnancy may affect the relationship between talc and ovarian cancer in a manner that may be independent of ovulation. We observed that the association between talc and ovarian cancer was more apparent in women who used talc prior to a first liveborn pregnancy compared to those who used it only after a first liveborn pregnancy. This may suggest that ovarian tissue that has not (yet) gone through a pregnancy may be more susceptible to talc-induced damage than tissue that has undergone a pregnancy. A possible biologic explanation for this may involve an ovarian change, known as decidual reaction, that occurs during pregnancy. The decidual reaction refers to differentiation of stromal cells that occurs primarily in the endometrium of the pregnant uterus but which also may be seen in the fallopian tubes, pelvic peritoneum and ovarian surface (Herr et al., 1978). Studies to determine whether the decidual reaction alters the susceptibility of ovaries (or pelvic peritoneum) to talc-induced damage may be informative.

356                                                                                                      CRAMER *ET AL.*

Although we do not know precisely how use of talc in the genital area might induce ovarian cancer, some key elements supporting the biologic plausibility of the association have been established. It has been demonstrated that inert particles contaminating the vagina can reach the ovaries (Venter and Iturralde, 1979). Talc has been found in both normal and malignant ovarian tissue (Henderson *et al.,* 1979), although Heller *et al.* (1996 ) reported a poor correlation between the amount of talc in the ovaries and personal history of talc use. The patency of the female tract and the nature of ovarian cancer as a surface epithelial (mesothelial) lesion make the ovary a target for foreign body carcinogenesis. Indeed, human ovarian cancer has been demonstrated to be a consequence of occupational asbestos exposure (Keal, 1960). Talc, as a chemical relative of asbestos, appears able to induce histologic changes that are similar to those of asbestos, at least in the lungs (Kleinfeld et al., 1967). Biologic credibility for an association would be strengthened by an animal model, but an experiment capturing all of the potential factors in the human ''model'' would be very difficult. These elements include chronicity of the exposure, anatomic and physi-

ologic uniqueness of women, effects of pregnancy and potential spread through coitus (as suggested by our finding related to ovarian cancer risk associated with a husband's use of talc). Rodent models seem poorly suited to address these issues because of their infrequent ovulation and the fact that the rodent ovary is encased in a bursal sac.

In summary, we have demonstrated a consistent association between talc and ovarian cancer that appears unlikely to be explained by recall or confounding. The dose-response relationship is weak but improved by considering factors such as closure of the female tract, ovulation and exposure prior to pregnancy, and we have outlined a plausible biologic rationale for this association. We estimate that avoidance of talc in genital hygiene might reduce the occurrence of a highly lethal form of cancer by at least 10%. Balanced against what are primarily aesthetic reasons for using talc in genital hygiene, the risk benefit decision is not complex. Appropriate warnings should be provided to women about the potential risks of regular use of talc in the genital area.

REFERENCES

BOOTH, M., BERAL, V. and SMITH, P., Risk factors for ovarian cancer: a case-control study. *Brit. J. Cancer,* **60**, 592–598 (1989).

CHANG, S. and RISCH, H., Perineal talc exposure and risk of ovarian carcinoma. *Cancer,* **79**, 2396–2401 (1997).

CHEN, Y., WU, P.C., LANG, J.H., GE, W.Y., HARTGE, P. and BRINTON, L.A., Risk factors for epithelial ovarian cancer in Bejing, China. *Int. J. Epidemiol.,* **21**, 23–29 (1992).

COOK, L.S., KAMB, M.L. and WEISS, N.S., Perineal powder exposure and the risk of ovarian cancer. *Amer. J. Epidemiol.,* **145**, 459–465 (1997).

CRAMER, D.W., WELCH, W.R., SCULLY, R.E. and WOJCIECHOWSKI, C.A., Ovarian cancer and talc. *Cancer,* **50**, 372–376 (1982).

GREEN, A., PURDIE, D., BAIN, C., SISKIND, V., RUSSELL, P., QUINN, M., WARD, B. and SURVEY OF WOMEN'S HEALTH STUDY GROUP, Tubal sterilization, hysterectomy and decreased risk of ovarian cancer. *Int. J. Cancer,* **71**, 948–951 (1997).

HARLOW, B.L., CRAMER, D.W., BELL, D.A. and WELCH, W.R., Perineal exposure to talc and ovarian cancer risk. *Obstet. Gynecol.,* **80**, 19–26 (1992).

HARLOW, B.L. and WEISS, N.S., A case-control study of borderline ovarian tumors: The influence of perineal exposure to talc. *Amer. J. Epidemiol.,* **130**, 390–394 (1989).

HARTGE, P., HOOVER, R., LESHER, L.P. and MCGOWAN, L., Talc and ovarian cancer (letter). *J. Amer. Med. Ass.,* **250**, 1844 (1983).

HELLER, D.S., WESTHOFF, C., GORDON, R.E. and KATZ, N., The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Amer. J. Obstet. Gynecol.,* **174**, 1507–1510 (1996).

HENDERSON, W., HAMILTON, T. and GRIFFITH, K., Talc in normal and malignant ovarian tissue. *Lancet,* **5**, 449 (1979).

HERR, J.C., HEIDGER, P.M., SCOTT, J.R., ANDERSON, J.W., CURET, L.B. and MOSSMAN, H.W., Decidual cells in the human ovary at term I. Incidence,

gross anatomy and ultrastructural features of merocrine secretion. *Amer. J. Anat.,* **152**, 7–28 (1978).

KEAL, E.E., Asbestosis and abdominal neoplasms. *Lancet,* **2**: 1211–1216 (1960).

KLEINFELD, MESSITE, J., KOOYMAN, O. and ZAKI, M.H., Mortality among talc miners and millers in New York State. *Arch Environ. Health,* **14**, 663–667 (1967).

PURDIE, D., GREEN, A., BAIN, C., SISKIND, V., WARD, B., HACKER, N., QUINN, M., WRIGHT, G., RUSSELL, P. and SUSIL, B., Reproductive and other factors and risk of epithelial ovarian cancer; an Australian case-control study. *Int. J. Cancer,* **6**, 678–684 (1995).

ROSENBLATT, K.A., SZKLO, M. and ROSENSHEIN, N.B., Mineral fiber exposure and the development of ovarian cancer. *Gynecol. Oncol.,* **45**, 20–25 (1992).

SHUSHAN, A., PALTIEL, O., ISCOVICH, J., ELCHALKAL, U., PERETZ, T. and SCHENKER, J.G., Human menopausal gonadotropin and the risk of epithelial ovarian cancer. *Fertil. Steril.,* **65**, 13–18 (1996).

TZONOU, A., POLYCHRONOPOULOU, A., HSIEH, C.C., REBELAKOS, A., KARAKATSANI, A. and TRICHOPOULOS, D., Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int. J. Cancer,* **55**, 508–510 (1993).

VENTER, P.F. and ITURRALDE, M., Migration of particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *S. Afr. med J.,* **55**, 917–209 (1979).

WHITTEMORE, A.S., WU, M.L., PAFFENBARGER, R.S., SARLES, D.L., KAMBERT, J.B., GROSSER, S., JUNG, D.L., BALLEN, S. and HENDRICKSON, M., Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder tobacco, alcohol, and coffee. *Amer. J. Epidemiol.,* **128**, 1228–40 (1988).

YOUNG, R.H., CLEMENT, P.B. and SCULLY, R.E., The Ovary (chapter 53). *In* Sternberg, S.S. (ed.), *Diagnostic Surgical Pathology* (2nd Ed.), p. 2213, Raven Press, New York (1994).

# Exhibit 46

*The Journal of Obstetrics and Gynaecology of the British Commonwealth*
March 1971. Vol. 78. pp. 266–272.

# TALC AND CARCINOMA OF THE OVARY AND CERVIX

BY

W. J. HENDERSON, *Electron Microscopist*
*Tenovus Institute for Cancer Research*

C. A. F. JOSLIN, *Consultant Radiotherapist*
*Velindre Memorial Centre for Cancer Research*

A. C. TURNBULL, *Professor of Obstetrics and Gynaecology*
*Welsh National School of Medicine*

AND

K. GRIFFITHS, *Director*
*Tenovus Institute for Cancer Research, Welsh National School of Medicine, Cardiff*

## Summary

An extraction-replication technique was used to examine tissue from patients with ovarian and cervical tumours. In both conditions talc particles were found deeply embedded within the tumour tissue. The close association of talc to the asbestos group of minerals is of interest.

THE development in this laboratory of an extraction-replication technique (Henderson, 1969) for the study of foreign particles within tissues has allowed the *in situ* identification of crocidolite asbestos within the tissue of various mesotheliomas (Henderson *et al.*, 1969) removed from patients who had been concerned with the manipulation of asbestos in industry. This technique has now been applied to the study of tissue from ovarian and cervical carcinoma.

## MATERIALS AND METHODS

### Tissue

The tissue studied was obtained from patients with cancer of either the ovary or the cervix, and was first prepared as paraffin sections for normal routine histological examination but was unstained. Sections were then stained for histological assessment in the usual manner, and adjacent unstained tissue prepared for electron microscopy.

### Replication Technique

The extraction-replication procedure has been described (Henderson, 1969). Sections of tissue were immersed in xylene and in ethanol, and the dehydrated tissue was then embedded by impressing the section on to the surface of a thin sheet of acetone-softened cellulose acetate, mounted on a glass slide, and left to harden. On removing the slide, the embedded tissue was left in the cellulose acetate. The tissue was then outlined with thin strips of Scotch tape to form a shallow well, and a 10 per cent (v/v) polyvinyl alcohol (PVA) solution applied. When the PVA had hardened it was stripped from the section providing a replica of the tissue surface. Foreign particles associated with the tissue are often removed with the PVA during this stripping process.

A complete sequential examination through the embedded tissue is possible by taking successive strippings. These surface replicas were then preshadowed with platinum, a carbon film deposited for strength, and the PVA removed by floating the replica in a hot water bath. Replicas were mounted on electron microscope grids for examination, using the AEI-6B microscope.

## RESULTS

No asbestos particles were found in any of the tissue studied. Particles of talc were identified in approximately 75 per cent (10 of 13) of the



FIG. 1

Typical decoration pattern on a particle of natural talc. Numerous crystal lattice planes are shown (a).  (×30 000.) Scale refers to $1 \cdot 0 \, \mu$.



FIG. 2

Commercial talc preparations illustrating the decoration pattern. (×40 000.)

268   HENDERSON, JOSLIN, TURNBULL AND GRIFFITHS



FIG. 3

Micrograph of tissue from a serous papillary cystadeno-carcinoma of the ovary removed from a 27-year-old female. No previous abdominal operations had been carried out. The decoration pattern and lattice planes are shown. ($\times$30 000.)

ovarian tumours. Using the replication technique identification of talc is possible because of the characteristic "decoration pattern" induced by the evaporation of platinum *in vacuo* on the crystal surface. Figure 1 shows this pattern on a particle of *natural* talc and the distinctive lattice planes of the crystals. Anthophyllite asbestos, which is known to be converted naturally to talc, is the only crystalline material which is at present indistinguishable from talc by using the replication technique. The decoration pattern on material from a commercial talc preparation is also demonstrated in Figure 2.

Material found within the ovarian tumours

and identified as talc is illustrated in Figure 3. The talc particles were found deep within the tumour tissue. Some were as small as 1000Å in size but they were generally within a range from 1000Å to 2 $\mu$.

Talc particles were also found embedded within tumours of the cervix. Figure 4 shows one such particle embedded in a capillary wall within the tumour, and Figure 5 illustrates the decoration pattern of the particle at a higher magnification. Crystals as large as 5 $\mu$. were found in tissue from the cervical tumours and were generally larger than those seen in the ovarian tumours. Talc crystals were found in



FIG. 4

Micrograph of tissue from a squamous-cell carcinoma of the cervix from a 62-year-old female. C—capillary, R—red cell. The particle of talc can be seen in the wall of the capillary. (×3500.)



FIG. 5

A higher magnification of the talc particles outlined in Fig. 4. The typical decoration pattern is shown. (×40 000.)



Fig. 6

Talc particles found in tissue from a pneumo-coniotic lung. (×30 000.)



Fig. 7

Micrograph from the deepest part of an extensive papillary adenocarcinoma entirely replacing the endometrium in a 58-year-old woman, 8 years postmenopausal. Both ovaries were enlarged by hilar metastases, showing histological features similar to the primary endometrial lesion. Numerous talc particles were found in the primary endometrial carcinoma, but none in the metastatic ovarian tumours. (×26 000.)

Case 3:16-md-02738-MAS-RLS   Document 9897-1   Filed 05/30/19   Page 67 of 73 PageID: 73900

approximately 50 per cent of the cervical tumours examined (12 of 21) but it must be realized that these particles are extremely minute, often with the dimensions of viruses, and only small regions of the tumour tissue could be studied. Approximately ten replication "strippings" for electron-microscope examination are usually taken from each thin section of the tissue. Figure 6 illustrates the use of the technique in the examination of pneumoconiotic lung tissue from a patient whose industrial history indicated long exposure to Norwegian talc.

Many particles of talc were found concentrated in the deeper layers of a primary carcinoma of the endometrium (Fig. 7) whereas extensive studies of a secondary tumour in the ovary in the same patient did not show the presence of talc. Application of the technique to "normal" ovarian tissue removed from patients with breast cancer has also shown talc particles in 5 of 12 such tissues studied. Extensive study at high magnification with the electron microscope is, however, required for evaluation of a replica and particles could easily be missed.

The application of electron-microscope microanalysis (EMMA-AEI, Harlow, England) to the particles extracted by the replication technique has provided preliminary evidence that the crystals contain magnesium and silicon, talc being a magnesium silicate.

### DISCUSSION

The possibility that the increasing incidence of carcinoma in western society may be related to a corresponding increase in the use of asbestos (Graham and Graham, 1967) is of interest, especially with regard to pleural and peritoneal mesotheliomas in workers exposed to crocidolite asbestos in industry (Wagner *et al.*, 1960; Elwood and Cochrane, 1964). There have been a number of reports about the relationship between asbestos and carcinogenesis (Smith *et al.*, 1965; Jacob and Anspach, 1965). However, the identification of asbestos fibres within tissue is extremely difficult. Fine particles embedded within tumour tissue are usually beyond the limits of resolution of the optical microscope, and tissue incineration, followed by electron microscopy of the isolated particles, may be unreliable if chemical changes are induced by the procedure. Using normal light microscopy, identification of asbestos particles is based on the presence of characteristic ferritin bodies on some of the fibres, although these cannot easily be distinguished from similar bodies around elastin fibres (Henderson *et al.*, 1970). This procedure may not, however, be as unreliable as the use of polarized light for the demonstration of brightly illuminated "birefringent crystals of asbestos".

The replication technique (Henderson, 1969) failed to show asbestos fibres in the ovarian neoplasms studied. On the other hand, there was good evidence for the presence of talc, often indistinguishable from anthophyllite asbestos, within the ovarian tissue. (Anthophyllite is converted naturally to talc.) The talc particles were found localized deep within tumour tissues, and not universally dispersed throughout the tumour. The talc particles in the ovary were generally much smaller than those found in the tissue from the tumours of the cervix.

The relationship between asbestos and mesotheliomas appears well established, and the replication technique has provided unequivocal evidence for the presence of fibres within such tumours. This technique has also produced evidence for the presence of talc in tissue from pneumoconiotic lungs of a patient with an industrial history of exposure to Norwegian talc (Henderson *et al.*, 1970). The presence of mica, kaolin and asbestos fibres were also identified in tissue from these pneumoconiotic lung tissue.

Although it is impossible to incriminate talc as a primary cause of carcinomatous changes within either the cervix or the ovary on the preliminary observations described here, the possibility that talc may be related to other predisposing factors should not be disregarded and further investigations are obviously required.

### ACKNOWLEDGEMENTS

The authors gratefully acknowledge the generous financial support of the Tenovus Organization. They also thank Dr. J. W. Dobbie, Department of Pathology, Royal Infirmary, Glasgow, for supplying a number of tissue sections, and also Mr. D. E. Evans, Department of Geology, National Museum of Wales, for the natural minerals required for reference purposes.

272   HENDERSON, JOSLIN, TURNBULL AND GRIFFITHS

REFERENCES

Elwood, P. C., and Cochrane, A. L. (1964): *British Journal of Industrial Medicine*, **21**, 304.

Graham, J., and Graham, R. (1967): *Environmental Research*, **1**, 115.

Henderson, W. J. (1969): *Journal of Microscopy*, **89**, 369.

Henderson, W. J., Gough, J., and Harse, J. (1970): *Journal of Clinical Pathology*, **23**, 104.

Henderson, W. J., Harse, J., and Griffiths, K. (1969): *European Journal of Cancer*, **5**, 621.

Jacob, G., and Anspach, M. (1965): *Annals of New York Academy of Sciences*, **132**, 536.

Keal, E. E. (1960): *Lancet*, **2**, 1211.

Smith, W. E., Miller, L., Elsasser, R. E., and Hubert, D. D. (1965): *Annals of New York Academy of Sciences*, **132**, 456.

Wagner, J. C., Sleggs, C. A., and Marchand, P. (1960): *British Journal of Industrial Medicine*, **12**, 260.

# Exhibit 47

# The relationship between perineal cosmetic talc usage and ovarian talc particle burden

**Debra S. Heller, MD,[a] Carolyn Westhoff, MD,[b] Ronald E. Gordon, PhD,[c] and Norman Katz, AAS[c]**

*New York, New York*

**OBJECTIVE:** Epidemiologic studies support the hypothesis of a dose-related risk of epithelial ovarian cancer with perineal talc exposure. Frequency and duration of talc usage has not been previously correlated with ovarian talc content.

**STUDY DESIGN:** Ovaries were studied from 24 women undergoing incidental oophorectomy who were interviewed regarding talc usage. Twelve subjects reported frequent perineal talc applications; the twelve controls reported no use. Ovarian tissue blocks were digested and analyzed by polarized light microscopy and analytic electron microscopy to identify and quantify talc.

**RESULTS:** Talc was identified in all 24 cases by either light or electron microscopy. Talc particle counts were completely unrelated to reported levels of perineal talc exposure.

**CONCLUSIONS:** The detection of talc in all ovaries demonstrates that it can reach the upper genital tract. Widespread exposure to talc during diapering may contribute to the ubiquitous presence of talc in ovarian tissue. (AM J OBSTET GYNECOL 1996;174:1507-10.)

**Key words:** Talc, ovary

Epidemiologic evidence suggests that perineal exposure to talc is associated with an increased risk of epithelial ovarian cancer in a dose-related fashion.[1-5] Other epidemiologic studies have shown no increased risk of ovarian cancer associated with talc.[6, 7] Studies show access of particulate matter into the female peritoneal cavity through the transvaginal route.[8-10] A few reports have identified talc in ovarian tissue,[11, 12] both benign and malignant, but these data were not correlated with an exposure history. Other potential genital tract exposures in a woman's life include surgical gloves,[13] condoms, and diaphragms. Diapering with talc during infancy is another potential exposure. Epidemiologic studies have not linked these exposures to an increased risk of ovarian cancer.[1, 2]

If transvaginal transport of perineally applied talc occurs, women with the heaviest exposures may show the largest talc particle burdens in their ovaries. Tissue digestion techniques are an accepted analytic adjunct in the identification and quantification of asbestos in the lungs of occupationally exposed individuals[14, 15] and are useful in the identification and quantification of talc as well.

*From the Division of Obstetrics and Gynecology Pathology[a] and the Department of Obstetrics and Gynecology,[b] College of Physicians and Surgeons, Columbia University, and the Department of Pathology, Mount Sinai School of Medicine.[c]*

*Supported by a Columbia University Cancer Center institutional research grant and by National Institutes of Health grant No. CA50658.*

*Received for publication August 10, 1995; revised September 26, 1995; accepted October 19, 1995.*

*Reprint requests: Debra S. Heller, MD, Obstetrics and Gynecology Pathology-P&FS 16-404, College of Physicians and Surgeons, 630 W. 168th St., New York, NY 10032.*

*Copyright © 1996 by Mosby-Year Book, Inc.*

*0002-9378/96 $5.00 + 0  6/1/70003*

The goal of this pathoepidemiologic study was to correlate the history of perineal talc usage with the talc particle burden found in the ovaries.

## Material and methods

In a case control study of benign ovarian neoplasms at Columbia Presbyterian Medical Center, women undergoing surgery from 1992 to 1993 were interviewed regarding various factors, including talc usage. Subjects were also questioned regarding possible occupational exposures to asbestos, and mothers were contacted regarding diapering history whenever feasible.

Subjects were categorized for talc exposures as follows. Women who reported no direct application of talc to the perineum or to underwear were considered unexposed. For women who reported talc application to underwear or the perineum, the total number of lifetime applications was estimated as the average frequency of use times the number of years of use. For instance, a woman who reported perineal talc application twice per day for 10 years was considered to have 7240 applications. To simplify the classification of exposed and unexposed women, subjects who reported tubal ligation, diaphragm use, or feminine hygiene spray use were excluded from this analysis.

Interviewed subjects from the parent case control study who had a normal contralateral ovary in the surgical specimen were eligible for this substudy. Sections of normal ovary from the 12 women who reported the largest number of perineal talc applications were analyzed. For each of these subjects the unexposed woman closest in age was selected as a control. In addition, the ovaries of two stillborn fetuses were analyzed as negative controls.

**Table I.** Talc particle counts in women who reported perineal cosmetic talc usage

| Subject No. | age (yr) | Lifetime talc applications* | EM talc particle counts† | Polarized light microscopic counts† | Asbestos detected | Talc use with diapering |
|---|---|---|---|---|---|---|
| 1 | 49 | 4,784 | 1,600,288 | 96 | No | Yes |
| 2 | 49 | 5,475 | 0 | 54 | No | Unknown |
| 3 | 57 | 6,552 | 0 | 100 | Yes | No |
| 4 | 31 | 8,144 | 0 | 114 | No | Unknown |
| 5 | 43 | 10,556 | 0 | 464 | Yes | Unknown |
| 6 | 45 | 11,284 | 151,300 | 300 | No | Yes |
| 7 | 50 | 11,648 | 236,406 | 345 | No | Yes |
| 8 | 57 | 15,600 | 0 | 75 | No | Yes |
| 9 | 66 | 18,980 | 0 | 250 | Yes | Yes |
| 10 | 47 | 21,840 | 1,576,000 | 111 | No | Unknown |
| 11 | 44 | 23,660 | 0 | 348 | No | Yes |
| 12 | 44 | 39,312 | 7,565,000 | 26 | Yes | Unknown |

*EM*, Electron microscopy.

*Frequency of use × Years of use.

†Per gram wet tissue weight.

Ovarian tissue in blocks was deparaffinized, rehydrated, blotted dry, and weighed. Digestion with 5% potassium hydroxide was performed at 70° C for 2 to 4 hours. After complete digestion, the tissue was centrifuged at 12,000 revolutions/min for 20 minutes. The potassium hydroxide was removed, leaving a pellet to which approximately 20 ml of distilled water was added. The pellet was resuspended by use of a microultrasonic cell disrupter at 50 W for 5 seconds. Centrifugation, distilled water wash, and microultrasonic cell disrupter were repeated three times. The distilled water was removed, and the pellet was resuspended in 5 to 10 ml of distilled water. Drops of 10 µl of the final suspension were placed on nickel formvar and carbon-coated locator grids and air-dried. Transmission electron microscopy to identify particles and their size was performed. The identity of the particles was determined by energy-dispersive spectroscopy and confirmed by electron diffraction. Grids were viewed at both 10,000 and 19,000 diameters. All talc particles observed were counted. Cytospin slides for polarized light microscopy were prepared from the same final suspension as the electron microscopy grids. Polarized light microscopy counted larger talc particles (limits of detection approximately 1 µm), whereas electron microscopy detected smaller ones (limits of detection approximately 0.5 nm).

Routinely, all solutions are checked for detectable limits of contaminating particles; all places where particles could have contaminated the specimen, such as paraffin, are also controlled for.

Associations between talc exposure and talc particle count in the 12 exposed subjects were assessed with Spearman's rank correlation coefficient.

**Results**

Detailed results can be seen in Tables I and II. The mean age of the patients was 49 years (range 29 to 66

years). For eight exposed subjects, a control was found who was within 4 years of her age. Talc particle counts were not related to age in either the exposed or unexposed subjects ($p > 0.25$). The mean number of lifetime exposures for the women reporting perineal talc use was 14,820 (range 4784 to 39,312). Talc was detected in all ovaries by either polarized light or electron microscopy. There was a wide range of values, as shown by the large SDs. Table III shows that talc particles were observed to a similar extent with both exposed and unexposed subjects.

Neither the light microscopic nor electron microscopic values correlated with reported perineal talc usage ($p$ values 0.37 and 0.45). There was a negative correlation between the values obtained by light microscopy and electron microscopy ($r = -0.34$, $p = 0.05$). An attempt to contact mothers of subjects was successful for 11 of the 24 subjects. Ten of these reported using talc to diaper their babies, which indicates that lifetime talc exposure may be underestimated for nearly all the subjects. Analyses of two fetal ovaries and a pair of surgical gloves was completely negative for talc.

In one subject we studied both ovaries; on the right side we detected no talc by electron microscopy and 556 particles by light microscopy, and on the left side we detected 1,669,000 particles per gram of wet weight by electron microscopy and 6 particles by light microscopy. Hematoxylin-eosin stained slides from the analyzed sections of tissue were examined. There was no evidence of response to talc, such as foreign body giant cell reactions or fibrosis in the tissue. Asbestos was detected in ovaries of five of the subjects with no talc exposure and in four ovaries of the talc-exposed subjects.

**Comment**

If transvaginal transport of perineally applied talc occurs, we would expect women with the heaviest exposures to show the largest talc particle burden in their ovaries.

Volume 174, Number 5
Am J Obstet Gynecol

**Table II.** Talc particle counts in women without history of perineal cosmetic talc usage

| Subject No. | Age (yr) | Reported exposure history | EM talc particle count* | Polarized light microscopic talc particle counts* | Asbestos detected | Talc use with diapering |
|---|---|---|---|---|---|---|
| 1 | 63 | 0 | 1,350,000 | 89 | No | Yes |
| 2 | 57 | 0 | 315,250 | 111 | No | Yes |
| 3 | 29 | 0 | 0 | 42 | No | Unknown |
| 4 | 48 | 0 | 1,669,000 | 6 | Yes | Unknown |
| 5 | 59 | 0 | 315,208 | 166 | Yes | Yes |
| 6 | 40 | 0 | 0 | 69 | Yes | Yes |
| 7 | 43 | 0 | 0 | 566 | Yes | Unknown |
| 8 | 64 | 0 | 0 | 420 | Yes | Yes |
| 9 | 49 | 0 | 0 | 53 | No | Unknown |
| 10 | 54 | 0 | 0 | 1139 | No | Unknown |
| 11 | 32 | 0 | 63,042 | 2200 | No | Unknown |
| 12 | 58 | 0 | 472,813 | 0 | No | Unknown |

*EM*, Electron microscopy.
*Per gram wet tissue weight.

**Table III.** Comparison of particle burdens between reported exposed and nonexposed subjects

| Talc exposure | No. of subjects with talc by EM | No. of subjects with talc by light microscopy | Mean EM particle count* | SD | Mean light microscopic particle count* | SD |
|---|---|---|---|---|---|---|
| Reported talc use (n = 12) | 5/12 | 12/12 | 927,416 | 2,174,888 | 190 | 144 |
| No reported talc use (n = 12) | 6/12 | 11/12 | 348,776 | 570,055 | 405 | 655 |

*EM*, Electron microscopy.
*Per gram wet tissue weight.

Tissue digestion techniques have been used to identify and quantify particle burdens of various organic materials in human tissue. The most notable use of this technique is in the identification of asbestos in the lungs of occupationally exposed individuals.[14, 15] Other studies have examined other organs as well. In the 1979 report of Henderson et al.[11] ovaries were studied after an oxygen incineration procedure. They found 6900 to 55,100 talc particles per gram of wet weight in three normal ovaries, 17,400 to 24,300 in three cystic ovaries, and 6400 to 24,500 in three ovarian adenocarcinomas. No exposure histories were stated.

Our study attempted to correlate ovarian talc particle burden with exposure history. Our results do not support a linear dose-related ovarian talc particle burden. However, the mean electron microscopic particle count was much higher in talc users. Perhaps perineal talc does contribute to the ovarian particle burden; however, factors other than dosage may contribute. Other factors to consider include method of application, type of talc, and the possible contribution of inhaled talc particles. The range of talc particle values obtained in this study was wide, as evidenced by the large SDs. This spread of values was also present in the study of Henderson et al.[11] and in much of the asbestos fiber burden literature. Talc may be unevenly distributed throughout the ovarian paren-

chyma. This is supported by the discrepant counts we obtained on the one subject who had analysis of both ovaries. The lack of correspondence between polarized light and electron microscopy counts was due to measurement of different size particles.

Undocumented exposures to talc may partly explain the lack of correlation between adult histories of perineal cosmetic talc applications and ovarian burdens. Although both examination and surgical gloves in the past were dusted with talc, we cannot document this exposure. The gloves we currently use are talc free, according to the company and to our analyses. Ten of the 11 available mothers reported using talc while diapering their babies; this ubiquitous exposure may also contribute to the ovarian particle burdens.

Talc as a possible etiologic agent in the development of epithelial ovarian cancer may be related to asbestos exposure in several ways. Aside from the chemical similarities between the two, many cosmetic talcs contained significant amounts of asbestos, particularly before 1976.[1] Although tremolite asbestos has been documented as a containment of some talc preparations, the types of asbestos detected here are more commonly associated with an environmental (chrysotile) or occupational (chrysotile and crocidolite) exposure.[16]

The detection of talc in all the ovaries demonstrates

1510   Hellier et al.

May 1996
Am J Obstet Gynecol

that talc can reach the upper genital tract. However, the quantity detected in this study did not correlate well with the reported exposure. Further study is required to elucidate whether the presence of talc in ovarian tissue is pathogenic.

### REFERENCES

1. Cramer D, Welch W, Scully RE. Ovarian cancer and talc: a case control study. Cancer 1982;50:372-6.
2. Harlow B, Cramer D, Bell D, Welch W. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol 1992;80:19-26.
3. Harlow B, Weiss N. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol 1989;130:390-4.
4. Longo D, Young R. Cosmetic talc and ovarian cancer. Lancet 1979;2:349-51.
5. Scully RE. Ovarian tumors—a review. Am J Pathol 1977;87: 686-720.
6. Hartge P, Stewart P. Occupation and ovarian cancer: a case-control study in the Washington DC metropolitan area 1978-81. J Occup Med 1994;36:924-7.
7. Tzonou A, Polychronopoulou A, Hsieh CC, et al. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. Int J Cancer 1993;55:408-10.
8. Egli G, Newton M. The transport of carbon particles in the human female reproductive tract. Fertil Steril 1961;2:151-5.
9. Henderson W, Hamilton T, Baylis M, Pierrepoint CG, Griffiths K. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. Environ Res 1986;40:247-50.
10. Scully RE. Atlas of tumor pathology, second series, fascicle 16: tumors of the ovary and maldeveloped gonads. Washington, DC: Armed Forces Institute of Pathology, 1979.
11. Henderson W, Hamilton T, Griffith K. Talc in normal and malignant ovarian tissue. Lancet 1979;5:499.
12. Henderson W, Joslin C, Turnbull A, Griffiths K. Talc and carcinoma of the ovary and cervix. J Obstet Gynaecol Br Commonw 1971;78:266-72.
13. Henderson W, Melville-Jones C, Barr W, Griffiths K. Identification of talc on surgeons' gloves and in tissue for starch granulomas. Br J Surg 1975;62:941-4.
14. Heller D, Gordon R. Demonstration of asbestos fibers in a ten year old sputum sample. Am J Ind Med 1991;20:415-9.
15. Roggli V, Pratt P. Number of asbestos bodies on iron-stained tissue sections in relation to asbestos body counts in lung tissue digests. Hum Pathol 1983;14:355-61.
16. Heller D, Gordon RE, Westhoff C, Gerber S. Asbestos exposure and ovarian fiber burden. Am J Ind Med (in press).