# Exhibit 91

# Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis

Andrew J. Ghio[1], Joleen M. Soukup[1], Lisa A. Dailey[1], Judy H. Richards[1], Jennifer L. Turi[2], Elizabeth N. Pavlisko[3], and Victor L. Roggli[3]

[1]National Health and Environmental Effects Research Laboratory, United States Environmental Protection Agency, Research Triangle Park, North Carolina; and [2]Department of Pediatrics, and [3]Department of Pathology, Duke University Medical Center, Durham, North Carolina

The mechanism for biological effects after exposure to particles is incompletely understood. One postulate proposed to explain bio logical effects after exposure to particles involves altered iron homeostasis in the host. The fibro inflammatory properties of mineral oxide particles are exploited therapeutically with the instil lation of massive quantities of talc into the pleural space, to provide sclerosis. We tested the postulates that (1) in vitro exposure to talc induces a disruption in iron homeostasis, oxidative stress, and a biological effect, and (2) talc pleurodesis in humans alters iron homeostasis. In vitro exposures of both mesothelial and airway epithelial cells to 100 μg/ml talc significantly increased iron impor tation and concentrations of the storage protein ferritin. Using dichlorodihydrofluorescein, exposure to talc was associated with a time dependent and concentration dependent generation of oxi dants in both cell types. The expression of proinflammatory media tors was also increased after in vitro exposures of mesothelial and airway epithelial cells to talc. Relative to control lung tissue, lung tissue from patients treated with sclerodesis demonstrated an accu mulation of iron and increased expression of iron related proteins, including ferritin, the importer divalent metal transport 1 and the exporter ferroportin 1. Talc was also observed to translocate to the parenchyma, and changes in iron homeostasis were focally distrib uted to sites of retention. We conclude that exposure to talc disrupts iron homeostasis, is associated with oxidative stress, and results in a biological effect (i.e., a fibro inflammatory response). Talc pleu rodesis can function as a model of the human response to mineral oxide particle exposure, albeit a massive one.

Keywords: talc; iron; ferritin; pleurodesis; particulate matter

Humans are routinely exposed to the particulate matter (PM) in cluded in air pollution, cigarette smoke, environmental tobacco smoke, forest fires, gas and wood stoves, and the burning of biomass other than wood, as well as those particles contacted during the min ing and processing of coal and mineral oxides. Many of the major global causes of death reported by the World Health Organization (http://www.who.int/mediacentre/factsheets/fs310/en/index.html) are related to particle exposure, and contact with PM will in crease human morbidity and mortality. This particle related mor bidity and mortality include lower respiratory infections, chronic

(Received in original form May 27, 2011; accepted in final form August 5, 2011)

Disclaimer: This report was reviewed by the National Health and Environmental Effects Research Laboratory of the United States Environmental Protection Agency and was approved for publication. Approval does not signify that the contents necessarily reflect the views and policies of the Agency, nor does mention of trade names or commercial products constitute endorsement or recom mendation for use.

Correspondence and requests for reprints should be addressed to Andrew Ghio, Division of Environmental Public Health, Human Studies Facility, United States Environmental Protection Agency, Campus Box 7315, 104 Mason Farm Road, Chapel Hill, NC 27711. E-mail: ghio.andy@epa.gov

This article has an online supplement, which is accessible from this issue's table of contents at www.atsjournals.org

Am J Respir Cell Mol Biol  Vol 46, Iss. 1, pp 80–86, Jan 2012
Originally Published in Press as DOI: 10.1165/rcmb.2011-0168OC on November 17, 2011
Internet address: www.atsjournals.org

CLINICAL RELEVANCE

This research concerns the disruption in iron homeostasis that occurs in the pleura and lungs of patients treated with talc pleurodesis. The accumulation of this metal, the ac companying oxidative stress, and inflammatory events after exposure to talc are comparable to those with other forms of particulate matter. Pleurodesis can function as a model of particle related biological effect.

obstructive pulmonary disease, respiratory cancers, coronary heart disease, stroke, and other cerebrovascular diseases (1 3).

The production of reactive oxygen species (ROS) is fundamen tal to the biological effect of PM (4), but the specific mechanism of both the generation of oxidants and its relationship with the biological effect after exposure to particles is incompletely un derstood. One postulate to explain the biological effect after exposure to particles involves altered iron homeostasis in the host after exposure. Exposure to particles introduces a solid liquid interface into cells. Oxygen containing functional groups on the PM surface provide the capacity to complex cations, and as a re sult of its high affinity for oxygen donor ligands, iron is frequently preferred. Such functional groups can include alcohols, alde hydes, and carboxylates on incompletely combusted carbon (e.g., cigarette smoke, diesel exhaust, and ambient air pollution particles), and silanol groups on silica and silicates. Particles re tained in the lung consistently demonstrate a capacity to disrupt iron homeostasis and accumulate host metal (5). Endpoints reflecting oxidative stress and a biological effect can be corre lated with this accumulation of iron that follows in vivo expo sure to particles (6).

Pathologic processes observed in lungs among individuals ex posed to particles include both inflammation and fibrosis (4, 7). In patients with recurrent pleural effusions, the fibro inflammatory properties of mineral oxide particles are exploited therapeutically with the instillation of massive quantities (i.e., grams) of talc into the pleural space to provide sclerosis (8). This therapeutic use affords an opportunity to examine human tissue for evidence of a disruption in iron homeostasis after an extreme exposure to mineral oxide particles. We accordingly tested the postulates that (1) in vitro exposure to talc induces a disruption of iron homeo stasis, oxidative stress, and a biological effect, and (2) talc pleu rodesis in humans is also associated with altered iron homeostasis and an accumulation of metal.

## MATERIALS AND METHODS

### Iron Uptake in an Acellular Environment

Talc (Sclerosol, Bryan Corp., Woburn, MA) was agitated in either $H_2O$ or 1,000 μM ferric ammonium citrate for 1 hour, centrifuged, and washed with $H_2O$ (designated talc and talc Fe, respectively). Ionizable metal concentrations associated with talc and talc Fe were measured



**Figure 1.** Particle size, composition, and capacity for generation of oxidants. (*A*) Talc was examined in a JEOL (Peabody, MA) scanning electron microscope at a screening magnification of approximately ×1,000 and a diameter ranging between 10 and 50 μm. (*B*) Energy dispersive X ray spectroscopy confirmed two peaks consistent with magnesium and silicon. (C). Talc demonstrated a capacity to generate hydroxyl radical in an acellular environment. This generation of oxidants was increased with a further complexation of surface iron by the talc, and was inhibited by inclusion of the metal chelator deferoxamine or the hydroxyl radical scavenger dimethylthiourea (DMTU) during incubation. *Significantly increased relative to saline. **Significantly increased relative to both saline and talc.

using inductively coupled plasma optical emission spectroscopy (ICPOES; Model Optima 4300DV; Perkin Elmer, Norwalk, CT).

### Generation of Acellular Oxidants

The generation of acellular oxidants by talc and talc Fe particles was measured with the thiobarbituric acid reactive products of deoxyribose (9).

### Cell Culture

Mesothelial cells (MeT 5A; American Type Culture Collection, Manassas, VA) were cultured in complete growth medium. In addition, BEAS 2B cells on uncoated, plastic 12 well plates in keratinocyte growth medium (Lonza, Walkersville, MD) were used.

### RT PCR

Mesothelial and BEAS 2B cells were exposed to either medium alone or 100 μg/ml talc. Quantitative PCR was performed using Taqman

polymerase, with detection on an ABI Prism 7500 Sequence Detector (Applied Biosystems, Foster City, CA).

### Cell Iron Homeostasis

Mesothelial and BEAS 2B cells were exposed for 4 hours to 200 μM ferric ammonium citrate (FAC), 100 μg/ml talc, and both FAC and talc. Cells were then scraped into 1.0 ml 3 N HCl/10% trichloroacetic acid. After hydrolysis, concentrations of iron and zinc were determined using ICPOES. Cell incubations were repeated for 24 hours, scraped into 0.5 ml PBS, and disrupted, and ferritin concentrations in the lysates were measured using an enzyme immunoassay (Microgenics Corp., Concord, CA).

### Generation of Cellular Oxidants

Mesothelial and BEAS 2B cells were grown to confluence in 96 well, white walled, tissue culture treated plates (CoStar, Lowell, MA). We loaded 2′7′ dichlorodihydrofluorescein (DCF; 20 μM) diacetate (Sigma



**Figure 2.** Cellular concentrations of nonheme metal and ferritin after *in vitro* exposure to talc. Mesothelial (*A*) and BEAS 2B cells (*B*) both increased cell nonheme iron after exposure to 100 μg/ml talc and 200 μM iron. The co incubation of cells with both talc and iron further elevated nonheme iron. Cell zinc concentration showed no change after exposures to talc and iron. (C) Corresponding to concentrations of nonheme iron, concentrations of cell ferritin increased in both cell types after exposures to talc and iron. *Significantly increased, relative to PBS. FAC, ferric ammonium citrate.





**Figure 3.** Cellular generation of oxidants after *in vitro* exposure to talc. Using 2'7' dichlorodihydrofluorescein (DCF) diacetate fluorescence, mesothelial cells (*A*) and BEAS 2B cells (*B*) demonstrated a time dependent and concentration dependent generation of oxidants.

Chemical Co., St. Louis, MO), baseline readings were taken on a Perkin Elmer HTS 7000 fluorimeter using 485 nm excitation/535 nm emission filters, and PBS with and without talc was added. Fluorescence was measured at 0, 60, 120, and 180 minutes after addition.

### Cellular Release of IL 8 and IL 6

Cells were exposed to either medium or 100 µg/ml talc in medium for 24 hours. Concentrations of IL 8 and IL 6 in the cell medium were measured using commercially available ELISA kits (R&D Systems, Minneapolis, MN).

### Histochemistry and Immunohistochemisty

Our protocol was approved by the Institutional Review Board of the Duke University Health System. Staining was performed on six surgical specimens collected from patients who (*1*) had manifested talc pleurod esis 2 15 months previously (mean ± SD, 7 ± 6 months), followed by (*2*) an extrapleural pneumonectomy. Sections were stained for iron, using Perl's Prussian blue (Sigma). Immunohistochemistry for ferritin was performed using an human anti ferritin antibody (Dako, Carpinteria, CA) at a dilution of 1:100 (10) and antibodies to divalent metal transport 1 (DMT1) and ferroportin 1 (FPN1) at a dilution of 1:200 (11, 12). Control lung tissue was obtained from (*1*) patients who had undergone a pneumonectomy for lung cancer, and (*2*) individuals diagnosed with idiopathic pulmonary fibrosis (IPF) and undergoing an autopsy.

### Statistical Analysis

Data are expressed as mean values ± standard errors, unless specified otherwise. Differences between multiple groups were compared using ANOVA.

## RESULTS

Scanning electron microscopy of the talc showed significant variabil ity in PM size, with diameters of individual particles ranging from less than 10 µm to greater than 50 µm (Figure 1A). However, the majority of particles had diameters between 10 and 50 µm. No fibers were evident in the talc sample. Energy dispersive X ray spectroscopy revealed two peaks consistent with magnesium and silicon (Figure 1B). This finding is in agreement with the ideal molecular formula of talc ($Mg_3Si_4O_{10}(OH)_2$).

Comparable to numerous silicates (13), talc demonstrated a capacity for iron uptake in an acellular environment. Concen trations of ionizable iron were measured at 0.46 ± 0.11 ppm and 6.48 ± 1.08 ppm, respectively, for talc and talc Fe, whereas concentrations of ionizable zinc were measured at 0.03 ± 0.01 and 0.01 ± 0.00 ppm, respectively. The capacity of particles to support the *in vitro* generation of oxidants in an acellular envi ronment was significantly affected by the concentration of asso ciated iron, with talc Fe producing a significantly greater signal for malondialdehyde relative to talc (Figure 1C). This generation of oxidants was inhibited by the inclusion of either 1,000 µM deferoxamine, a metal chelator, or 1,000 µM dimethylthiourea, a hydroxyl radical scavenger (Figure 1C).

The *in vitro* exposure of mesothelial cells to talc for 4 hours resulted in an accumulation of nonheme iron. Cell zinc concen trations did not change (Figure 2A). The exposure to FAC alone confirmed the ability of mesothelial cells to import iron (Figure 2A). Co incubation with both talc and FAC was asso ciated with a greater accumulation of iron relative to FAC





**Figure 4.** Release of IL 8 and changes in RNA for IL 8 and IL 6 after *in vitro* exposure to talc. (*A*) Concentra tions of IL 8 were increased after exposure to 100 µg/ml talc in both cell types. (*B*) Changes in RNA for IL 8 and IL 6 were increased 4 hours after exposure to 100 µg/ml talc. * significantly increased relative to PBS (*A*) and media (*B*).

Ghio, Soukup, Dailey, *et al.*: Talc Pleurodesis and Iron    83



*Figure 5.* Stains for iron and ferritin in resected lung tissues. (*A*) Pleura from control lung tissue demonstrated no staining for iron by the pleura. Those tissue samples acquired after pleurodesis all showed positive iron staining. This staining included the parietal pleura (*B*) and visceral pleura (*C*). With translocation of the talc to both the subpleural region (*C*; *arrows* designate talc particles) and the parenchyma (*D*; *arrow* designates talc particle) of the lung, positive iron staining was evident in cells adjacent to the particle (*D*). (*E*) A small amount of uptake for the ferritin antibody by the pleura occurred in samples resected from patients treated with pneumonectomy. Specifically, this staining localized to the single cell layer of mesothelial cells and the loose fibrous tissue immediately beneath it. (*F*) Some expression of ferritin was also evident in chronic inflammatory cells resident in the lungs of patients with idiopathic pulmonary fibrosis (IPF; *arrows* designate areas of chronic inflammation distorting the alveolar and septal regions). (*G*) However, in patients with pleurodesis, talc was evident in the subpleural region, and uptake of the ferritin antibody by the pleura was very strong (*arrows* designate particles). (*H*) Talc was also detected in the lung parenchyma, and ferritin staining was similarly increased in cells adjacent to the particle (*arrow* designates particle). The expression of ferritin in the lungs of patients with pleurodesis was focally distributed to sites of talc retention. *Magnification*, approximately ×100.

exposure alone (Figure 2A). BEAS 2B cells exposed to talc and FAC revealed similar increases in cell nonheme metal. Again, co incubations revealed an increased cell iron import relative to either talc or FAC alone (Figure 2B). These results demonstrate that the capacity of talc to complex iron in an acellular environment is retained during *in vitro* mesothelial and airway epithelial cell exposures. In addition, these data suggest that talc

could deplete intracellular sources of iron, and resulting in the importation of greater quantities of metal. Comparable to cell nonheme iron concentration, an increase in cell ferritin occurred after exposures of mesothelial and airway epithelial cells to talc, and this increase was even greater after exposures to both FAC and talc (Figure 2C). RNA for ferritin, DMT1 (a major iron importer), and FPN1 (a major iron exporter) did not significantly change 4 hours after exposure of mesothelial cells to 100 μg/ml talc (Table E1 in the online supplement).

A fluorescence method using DCF diacetate demonstrated an increased generation of ROS by both mesothelial and BEAS 2B cells after exposure to talc (Figures 3A and 3B). This cellular generation of oxidants after exposure to particles was both time dependent and concentration dependent, supporting a capacity of cells to produce ROS after exposure to talc. RNA for heme oxygenase and cyclooxygenase, which are potential intracellular sources of oxidative stress, showed conflicting responses, with heme oxygenase significantly increasing in both mesothelial and airway epithelial cells 4 hours after exposure to 100 μg/ml talc, and the concentration of cyclooxygenase not changing (Table E1). Finally, mesothelial and BEAS 2B cells both increased the release of IL 8 after exposure to 100 μg/ml talc (Figure 4A). IL 6 demonstrated a trend toward increase after exposure to talc, but significant differences were not evident. RNA for IL 8 and IL 6 similarly increased after a 4 hour exposure to talc in both mesothelial cells and BEAS 2B cells (Figure 4B). This increased release of proinflammatory mediators reflects a relevant *in vitro* biological response in both cell types after talc exposure.

All patients with pleurodesis were male. Their mean age (± SD) was 56 ± 18 years. All but one manifested malignant mesothelioma (the exception underwent surgical intervention for repeated pneumothoraces). Tissue specimens, used as control samples, were collected at the time of pneumonectomy for lung cancer (*n* = 6) and at autopsy of patients with IPF (*n* = 6). These individuals manifested no pleurodesis. The specimens obtained during pneumonectomy reflected tissue uninvolved by fibrosis, whereas specimens from patients diagnosed with IPF included fibrotic specimens unrelated to mineral oxide exposure. Control tissue collected during pneumonectomy and autopsy were from men with mean ages (± SD) of 70 ± 15 years and 68 ± 9 years, respectively. Control lungs demonstrated no staining for iron in the pleura or parenchyma (Figure 5A). Significant iron staining occurred in all specimens collected after pleurodesis. Iron was localized to both the parietal (Figure 5B) and visceral (Figure 5C) pleura. Some of the talc was observed to be subpleural (Figure 5C), and particles were also evident in the parenchyma of the lungs (Figure 5D). When particles moved subpleurally and into the parenchyma, they retained their capacity to accumulate the metal (Figure 5D). Some uptake of the ferritin antibody by pleura occurred in the control specimens collected from patients with lung cancer (Figure 5E) and IPF, but this uptake was minimal. Among patients with IPF, uptake for the ferritin body corresponded to areas of inflammation (Figure 5F). After exposure to talc, the staining for ferritin was so intense that the visceral pleura appeared black (Figure 5G). After transport to the lung parenchyma, talc continued to demonstrate an association with an increased expression of ferritin protein (Figure 5H). The expression of this storage protein was focally distributed to the talc, with increased staining immediately adjacent to the particle.

Little staining for DMT1 was evident in the pleura of lungs resected from control patients, and this staining was limited to respiratory epithelia (Figures 6A and 6B). The expression of this major iron importer in the pleura increased enormously after pleurodesis with talc (Figure 6C). Uptake for the iron

**Figure 6.** Divalent metal transport 1 (DMT1) and ferroportin 1 (FPN1) staining in resected lung tissue. Some binding of the antibody to both DMT1 and FPN1 was evident in lung tissue resected from patients unexposed to talc (*A* and *D*, respectively). Similarly, the uptake of antibodies for DMT1 and FPN1 in autopsy samples from patients with IPF was low (*B* and *E*, respectively). However, the expression of the iron importer DMT1 and iron exporter FPN1 both increased significantly among patients treated with pleurodesis (*C* and *F*, respectively). Comparable to the expression of ferritin, increased uptake for the antibodies to DMT1 and FPN1 occurred after translocation of the particle to the lung parenchyma (*F; arrows* designate particles). *Magnification,* approximately ×100.

exporter FPN1 was negligible among lungs resected from control patients (Figures 6D and 6E). Among those patients with talc pleurodesis, the expression of FPN1 was greatly increased at the pleura and in the lung cells immediately adjacent to translocated particles (Figure 6F). Finally, trichrome staining for collagen demonstrated minuscule, subpleural staining in the control specimens taken during pneumonectomy for lung cancer (Figure 7A). In contrast, sheets of collagen were verified by trichrome staining in lung tissue resected after talc pleurodesis (Figure 7B). In the lungs of patients with pleurodesis, the talc appeared at the periphery of the fibrosis (Figure 7B).

## DISCUSSION

The surfaces of silica and silicate particles, including talc, contain some concentration of silanol groups (Si OH). $Si^{4+}$ has a high electron affinity, and the Si O bond consequently has a significant ionic character and an acidic dissociation constant favoring dissociation at physiologic pH (14). The dissociation of silanol groups contributes to a net negative charge on the particle surface, which generates a capacity for the adsorption and exchange of cations (15). The open network of negatively charged silanol groups on a silica and silicate surface presents spaces large enough to accommodate adsorbed metal cations. As a result of its electropositivity,

$Fe^{3+}$ has a high affinity for oxygen donor ligands (16, 17), and reacts with the silanol group to form a silicato iron coordination complex (18):

$$Fe^{3+} + m(\ SiOH) \rightarrow Fe(OSi)_m^{3\ m+} + mH^+.$$

The dose dependent adsorption of inorganic iron was demonstrated for surface silanol groups on crystalline silicates, with critical stability constants up to $1 \times 10^{17.15}$ (critical stability constant = 17.15) (19, 20). Our investigation confirmed the capacity of talc to complex iron from an acellular source comparable to other silica and silicate particles (13). The *in vitro* exposure to talc similarly affected an accumulation of nonheme iron in both mesothelial and airway epithelial cells. Although the source of this accumulated iron was not identified, the talc surface may complex host metal originally associated with ATP, ADP, GTP, citrate, DNA, free amino acids (21), and mitochondrial sources. However, the cell will recognize this loss of requisite iron, and subsequently increases metal import. After integration of the particle's capacity for complexation into the cell's requirement for iron, increased metal uptake and storage would occur. Reflecting these processes, concentrations of ferritin increased after *in vitro* exposure to talc. As a result of posttranscriptional control acting as a major contributor to expression (22 24), the



**Figure 7.** Masson's trichrome stain for collagen in resected lung tissue. (*A*) Control lungs demonstrated little trichrome staining (*blue*). (*B*) In contrast, tissue collected from patients with pleurodesis showed dense sheets of collagen. Talc was evident at the periphery of this collagen deposition, comparable to a silica nodule (*arrows* designate particles). *Magnification,* approximately ×100.

RNA for ferritin, DMT1, and FPN1 did not change in mesothelial and BEAS 2B cells.

Comparable to *in vitro* accumulation of iron after exposure to talc, significant metal accumulation occurred *in vivo* after pleurodesis. Perl's Prussian blue staining demonstrated metal in close proximity to retained talc particles in both the mesothelial cells of the pleura and the macrophages and airway epithelial cells of the parenchyma. Because the iron originally associated with the talc approximated normal cell and tissue concentrations, the accumulation of metal after pleurodesis had to originate from host sources of iron. Immunohisto chemistry for ferritin showed elevations in expression by mesothelial cells at the pleura and in parenchymal cells after the introduction of talc. The stain for ferritin suggested a very focal response, with cells either directly contacting or immediately adjacent to the particle demonstrating uptake of the anti body to this storage protein. Similarly, the expression of the iron importer DMT1 and the iron exporter FPN1 both in creased on staining in those patients treated with talc pleurod esis. In control tissue from patients with lung cancer and IPF, no positive staining for iron was evident. The uptake of the anti body to ferritin, DMT1, and FPN1 in these same tissues was minimal, but was evident in mesothelial cells of the visceral pleura, airway epithelial cells, and alveolar macrophages. In addition, ferritin was evident in the chronic inflammatory cells of autopsy samples from patients with IPF. The evidence for disrupted iron homeostasis in IPF was not compelling and this pathway is not proposed as a mechanism of biological effect in all fibrotic injuries.

Elevations in tissue concentrations of ferritin, DMT1, and FPN1 in tissues collected after pleurodesis challenge current understanding, because the controls of expression can be dia metrically opposite to each other (22). The expression of these three proteins involves the same posttranscriptional mecha nism, using the iron responsive element (IRE). For ferritin and FPN1, a specific sequence at the 5′ untranslated end of ferritin mRNA (i.e., the IRE) binds a cubane iron sulfur clus ter, referred to as the iron regulatory protein (IRP), when the IRP exists in the apoprotein form. Elevated concentrations of available iron react with IRP to alter its conformation, decrease affinity of the protein to the mRNA, and displace it from the mRNA, allowing translation to proceed. In contrast, DMT1 mRNA contains an IRE at the 3′ untranslated region that allows increased synthesis with iron depletion. The elevation in ex pression of all three of these proteins after pleurodesis supports an iron depletion that occurs after the complexation of essential cell metal by the surface of the endocytosed talc particle. This initiates an increase in intracellular iron as the cell elevates concentrations to meet the demands of a new equilibrium im posed by the talc. Subsequently, all three proteins can be ele vated, but such expression may involve temporal and regional variability.

The disruption of cell iron homeostasis is frequently associ ated with oxidative stress (25, 26). In a similar manner, *in vitro* exposure to talc increased the generation of oxidants, measured as DCF diacetate fluorescence, by mesothelial and airway epi thelial cells. The acellular assay for hydroxyl radical production suggests that surface functional groups on the talc complex a source of available iron in the cell, which then redox cycles, generating oxidant. An alternative proposal could involve talc sequestering cell iron and the host response involving superox ide generation as a ferrireductant to resecure the requisite metal. *In vitro* changes in heme oxygenase RNA after cellular exposures to talc also support oxidative stress.

The biological effect of talc was evaluated using indices of the fibro inflammatory response. The *in vitro* cellular response to talc included the increased release of IL 8 and an elevation of RNA for both IL 8 and IL 6, comparable to those for many particles (27). Among patients treated with talc pleurodesis, the deposition of collagen was obvious on trichrome staining, again analogous to numerous particle exposures (6). The indices of both inflammation and fibrosis after exposure to mineral oxide particles were demonstrated to correlate with changes in iron homeostasis. The release of inflammatory mediators can directly correspond to the concentration of metal com plexed to a particle surface (28). Regarding the relationship between iron and fibrotic injury, exposure to metal chelators such as bleomycin can increase the activity of prolyl hydroxy lase, resulting in a deposition of collagen (29). *In vitro* and *in vivo* exposures both confirm that biological effects after talc include those proinflammatory and fibrotic events previously associated with mineral oxide particles.

We conclude that exposure to talc disrupts iron homeostasis in mesothelial and airway epithelial cells, and is associated with both oxidative stress and a biological effect, comparable to those of other particles. The resultant accumulation of iron and alter ations in iron related proteins are evident among patients with pleurodesis. Sclerosis after exposure to talc can be regarded as a model of therapeutic benefit after a massive and focal expo sure to a mineral oxide particle.

**Author Disclosure**: A.J.G., J.M.S., L.A.D., J.H.R., J.L.T., and E.N.P. do not have a financial relationship with a commercial entity that has an interest in the subject of this manuscript. V.L.R. has testified in cases involving talc manufacturers in asbestos litigation.

## References

1. Brook RD, Rajagopalan S, Pope CA III, Brook JR, Bhatnagar A, Diez Roux AV, Holguin F, Hong Y, Luepker RV, Mittleman MA, *et al*. Particulate matter air pollution and cardiovascular disease: an update to the scientific statement from the American Heart Association. *Circulation* 2010;121:2331 2378.
2. Pelucchi C, Negri E, Gallus S, Boffetta P, Tramacere I, La Vecchia C. Long term particulate matter exposure and mortality: a review of European epidemiological studies. *BMC Public Health* 2009;9:453.
3. Zhang JJ, Smith KR. Household air pollution from coal and biomass fuels in China: measurements, health impacts, and interventions. *Environ Health Perspect* 2007;115:848 855.
4. Mossman BT, Churg A. Mechanisms in the pathogenesis of asbestosis and silicosis. *Am J Respir Crit Care Med* 1998;157:1666 1680.
5. Ghio AJ, Churg A, Roggli VL. Ferruginous bodies: implications in the mechanism of fiber and particle toxicity. *Toxicol Pathol* 2004;32:643 649.
6. Ghio AJ, Jaskot RH, Hatch GE. Lung injury after silica instillation is associated with an accumulation of iron in rats. *Am J Physiol* 1994; 267:L686 L692.
7. Vallyathan V, Castranova V, Pack D, Leonard S, Shumaker J, Hubbs AF, Shoemaker DA, Ramsey DM, Pretty JR, McLaurin JL, *et al*. Freshly fractured quartz inhalation leads to enhanced lung injury and inflammation: potential role of free radicals. *Am J Respir Crit Care Med* 1995;152:1003 1009.
8. Rodriguez Panadero F, Antony VB. Pleurodesis: state of the art. *Eur Respir J* 1997;10:1648 1654.
9. Ghio AJ, Kennedy TP, Stonehuerner JG, Crumbliss AL, Hoidal JR. DNA strand breaks following *in vitro* exposure to asbestos increase with surface complexed (Fe$^{3+}$). *Arch Biochem Biophys* 1994;311:13 18.
10. Wang X, Ghio AJ, Yang F, Dolan KG, Garrick MD, Piantadosi CA. Iron uptake and NRAMP2/DMT1/DCT1 in human bronchial epithelial cells. *Am J Physiol Lung Cell Mol Physiol* 2002;282:L987 L995.
11. Ghio AJ, Wang X, Silbajoris R, Garrick MD, Piantadosi CA, Yang F. DMT1 expression is increased in the lungs of hypotransferrinemic mice. *Am J Physiol Lung Cell Mol Physiol* 2003;284:L938 L944.
12. Yang F, Liu XB, Quinones M, Melby PC, Ghio A, Haile DJ. Regulation of reticuloendothelial iron transporter MTP1 (SLC11A3) by inflam mation. *J Biol Chem* 2002;277:39786 39791.
13. Ghio AJ, Kennedy TP, Whorton AR, Crumbliss AL, Hatch GE, Hoidal JR. Role of surface complexed iron in oxidant generation

and lung inflammation induced by silicates. *Am J Physiol* 1992;263: L511 L518.

14. Iler RK. The chemistry of silica. New York: John Wiley and Sons; 1979.

15. Grim RE. Clay mineralogy. New York: McGraw Hill Book Co.; 1968.

16. Kragten J. Atlas of metal ligand equilibria in aqueous solution. New York City: Halstead Press; 1978.

17. Crumbliss ALGJ. A comparison of some aspects of the coordination chemistry of aluminum (III) and iron (III). *Comm Inorg Chem* 1988;8: 1 26.

18. Dugger DLSJ, Irby BN, McConnell BL, Cummings WW, Mattman RW. The exchange of twenty metal ions with the weakly acidic silanol group of silica gel. *J Phys Chem* 1964;68:757 760.

19. Fordham AW. Sorption and precipitation of iron on kaolinite: factors involved in sorption equilibria. *Aust J Soil Res* 1969;7:185 197.

20. Herrara HRPM. Reaction of montmorillonite with iron (III). *Proc Soil Sci Soc Am* 1970;34:740 745.

21. Breuer W, Epsztejn S, Cabantchik ZI. Iron acquired from transferrin by K562 cells is delivered into a cytoplasmic pool of chelatable iron (II). *J Biol Chem* 1995;270:24209 24215.

22. Muckenthaler MU, Galy B, Hentze MW. Systemic iron homeostasis and the iron responsive element/iron regulatory protein (IRE/IRP) reg ulatory network. *Annu Rev Nutr* 2008;28:197 213.

23. Nunez MT. Regulatory mechanisms of intestinal iron absorption: uncovering of a fast response mechanism based on DMT1 and fer roportin endocytosis. *Biofactors* 2010;36:88 97.

24. Thomson AM, Rogers JT, Leedman PJ. Iron regulatory proteins, iron responsive elements and ferritin mRNA translation. *Int J Biochem Cell Biol* 1999;31:1139 1152.

25. Caporossi D, Ciafre SA, Pittaluga M, Savini I, Farace MG. Cellular responses to H(2)O(2) and bleomycin induced oxidative stress in l6C5 rat myoblasts. *Free Radic Biol Med* 2003;35:1355 1364.

26. Ghio AJ, Hilborn ED, Stonehuerner JG, Dailey LA, Carter JD, Richards JH, Crissman KM, Foronjy RF, Uyeminami DL, Pinkerton KE. Par ticulate matter in cigarette smoke alters iron homeostasis to produce a biological effect. *Am J Respir Crit Care Med* 2008;178:1130 1138.

27. Seagrave J. Mechanisms and implications of air pollution particle associ ations with chemokines. *Toxicol Appl Pharmacol* 2008;232:469 477.

28. Pritchard R, Ghio AJ, Lehmann J, Park P, Gilmour MI, Winsett DW, Dreher KL, Costa DL. Oxidant generation and lung injury after ex posure to particulate air pollutants are associated with concentration of complexed iron. *Inhal Toxicol* 1996;8:457 477.

29. Giri SN, Misra HP, Chandler DB, Chen ZL. Increases in lung prolyl hydroxylase and superoxide dismutase activities during bleomycin induced lung fibrosis in hamsters. *Exp Mol Pathol* 1983;39:317 326.

# Exhibit 92

# Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells

Mohd Javed Akhtar,[1,2] Maqusood Ahamed,[3] M. A. Majeed Khan,[3] Salman A. Alrokayan,[3] Iqbal Ahmad,[2] Sudhir Kumar[1]

[1]Fibre Toxicology Division, Indian Institute of Toxicology Research, Lucknow 226001, India

[2]Department of Zoology, University of Lucknow, Lucknow 226007, India

[3]King Abdullah Institute for Nanotechnology, King Saud University, Riyadh 11451, Saudi Arabia

Received 25 October 2012; revised 16 January 2012; accepted 21 January 2012

**ABSTRACT:** We have characterized the physicochemical properties of nanotalc particles from two different geographical regions and examined their toxicity mechanisms in human lung epithelial (A549) cells. Indigenous nanotalc (IN) of Indian origin and commercial nanotalc (CN) of American origin were used in this study. Physicochemical properties of nanotalc particles were characterized by X-ray diffraction (XRD), transmission electron microscopy (TEM), energy dispersive X-ray spectroscopy (EDS), Brunauer-Emmet-Teller (BET), and dynamic light scattering (DLS). Results showed that both IN and CN particles significantly induce cytotoxicity and alteration in cell cycle phases. Both IN and CN particles were found to induce oxidative stress indicated by induction of reactive oxygen species (ROS), lipid peroxidation, and depletion of antioxidant levels. DNA fragmentation and caspase-3 enzyme activation due to IN and CN particles exposure were also observed. We further showed that after iron chelation, IN and CN particles produce significantly less cytotoxicity, oxidative stress, and genotoxicity to A549 cells as compared with nonchelated particles. In conclusion, this study demonstrated that redox active iron plays significant role in the toxicity of IN and CN particles, which may be mediated through ROS generation and oxidative stress. © 2012 Wiley Periodicals, Inc. Environ Toxicol 29: 394  406, 2014.

**Keywords:** nanotalc particles; physicochemical characterization; iron chelation; toxicity; apoptosis

## INTRODUCTION

Talc is a mineral compound [$Mg_3Si_4O_{10}$ $(OH)_2$] with unique attributes and significant commercial importance.

*Correspondence to:* M. Ahamed; e mail: maqusood@gmail.com or mahamed@ksu.edu.sa

Contract grant sponsor: King Abdulaziz City for Science and Technology (KACST) under the National Plan for Science and Technology (NPST).

Contract grant number: 10 NAN1201 02

Contract grant sponsor: University Grants Commission (UGC), New Delhi, India (to M.J.A.)

Published online 13 February 2012 in Wiley Online Library (wileyonlinelibrary.com). DOI 10.1002/tox.21766

© 2012 Wiley Periodicals, Inc.

Talc is widely used due to its intrinsic properties such as high thermal stability, low electrical conductivity, good absorption and adsorption properties, and high crystallinity (Pérez-Maqueda et al., 2005; Nkoumbou et al., 2008). Talc is utilized in various applications including paper, paint, cosmetic, plastic, ceramic, pesticide, and pharmaceuticals (Carretero, 2002; Bizi et al., 2003; Petit et al., 2004). Hence, occupational and consumer exposures to talc particles are wide and complex (Jaynes and Zartman, 2005). It has been reported that talc mine workers show higher rates of lung cancer and other respiratory diseases (National Toxicology Program, 1993). Epidemiologic evidence also suggests a possible association between genital use of talcum powder and risk of ovarian cancer (Wild,

2006; Buz'Zard and Lau, 2007; Gates et al., 2008; Langseth et al., 2008). Talc also appears to induce reactive oxygen species (ROS) generation, oxidative stress, and inflammation (Harlow and Hartge, 1995; Buz'Zard and Lau, 2007).

Due to enhanced intrinsic properties, nanoscale talc particles are extensively utilized in many commercial and industrial products (Akhtar et al., 2008; Balamurugan and Maiti, 2010; Sakthivel and Pitchumani, 2011). Despite the wide-spread applications, there is a serious lack of information concerning the mechanisms of toxicity of nanotalc particles. Previously, we have observed that human cells exposed to nanotalc particles induce oxidative stress-mediated cytotoxicity (Akhtar et al., 2010a). However, physicochemical characterization of nanotalc particles and their association with the toxicological response in human cells is still remains unclear.

There are numerous reports suggesting that ROS are an important mediator of the toxicity of minerals such as asbestos and silica (Aung et al., 2007; Akhtar et al., 2010b). It has been known for years that the surface iron (II) or leachable iron (II) on mineral surfaces reduces molecular oxygen to superoxide anion, which is then dismutated to hydrogen peroxide (Shukla et al., 2003). In the presence of asbestos or silica, hydrogen peroxide and superoxide react via a Fenton reaction and/or Haber Weiss reaction driven by iron to form the potent hydroxyl radical in vitro leading to cellular oxidative damage (Persson et al., 2003).

The aim of this work was to characterize the physicochemical properties of nanotalc particles and to determine the role of iron in the toxicity mechanisms of nanotalc particles in human lung epithelial (A549) cells. We utilized two types of nanotalc particles from different geographical origins; indigenous nanotalc (IN) of Indian origin and commercial nanotalc (CN) of American origin. Cytotoxicity of IN and CN particles was examined by MTT and LDH assays. Oxidative stress response of IN and CN particles was assessed by measuring reactive oxygen species (ROS), lipid peroxidation (LPO), glutathione (GSH), superoxide dismutase (SOD), and catalase (CAT). Apoptotic response of IN and CN particles was evaluated by cell cycle analysis, DNA fragmentation, and caspase-3 enzyme activity. To explore the role of iron in the toxicity of IN and CN particles, we utilized deferoxamine mesylate (DFOM), a well-known iron chelator. The physicochemical properties of IN and CN particles were characterized by X-ray diffraction (XRD), transmission electron microscopy (TEM), energy dispersive X-ray spectroscopy (EDS), Brunauer-Emmet-Teller (BET), and dynamic light scattering (DLS). The A549 cells, derived from human lung carcinoma, have been widely utilized in toxicological studies (Zhang et al., 2010; Akhtar et al., 2010a,b; Ahamed et al., 2011a,b,c).

## MATERIALS AND METHODS

### Nanotalc Particles and Reagents

We have utilized the nanotalc particles from two different geographical regions. Indigenous nanotalc (IN) particles were collected from Rajasthan, India, as reported in our previous publication (Akhtar et al., 2010a). American origin commercial nanotalc (CN) particles (size 70 12 nm) were purchased from M.K. Impex (Mississauga, Canada).

Fetal bovine serum (FBS), penicillin-streptomycin, DMEM/F-12 medium, and HBSS were purchased from Invitrogen Co. (Carlsbad, CA). MTT [3-(4,5-dimethylthiazol-2-yl)-2,5 diphenyltetrazolium bromide], 2,7-dichlorofluorescin diacetate (DCFH-DA), deferoxamine mesylate (DFOM), glutathione (GSH), thiobarbituric acid (TBA), propidium iodide (PI), RNase A, diethylenetriaminepentaacetic acid (DETAPAC), N-acetyl-asp-glu-val-asp-7-amido-4-trifluoromethylcoumarin (Ac-DEVD-AFC), 7-amido-4-trifluoromethylcoumarin (AFC) standard, Bradford reagent, and bovine serum albumin (BSA) were obtained from Sigma-Aldrich (St. Louis, MO). Apoptotic DNA Ladder Kit was bought from Roche. All other chemicals used were of the highest purity available from commercial sources.

### Characterization of Nanotalc Particles

Crystalline nature of both IN and CN particles were examined by taking X-ray diffraction (XRD) pattern at room temperature with the help of PANalytical X'Pert X-ray diffractometer equipped with a Ni filtered using Cu-K$_\alpha$ ($\lambda =$ 1.54056 Å) radiations as X-ray source. Morphology and size of IN and CN particles were examined by field emission transmission electron microscopy (FETEM) (JEM-2100F, JEOL Inc., Tokyo, Japan) at an accelerating voltage of 200 kV. To check the purity of IN and CN particles, an energy dispersive X-ray spectroscopy (EDS) analysis was performed. Brunauer-Emmet-Teller (BET) surface area measurement of IN and CN particles was determined by multipoint nitrogen adsorption at 77 K using a Beckman Coulter SA3100 device.

Dynamic light scattering (DLS) and laser Doppler velocimetry (LDV) for the characterization of hydrodynamic size and zeta potential ($\zeta$) of IN and CN particles in distilled water and cell culture media were performed on a Malvern Instruments Zetasizer Nano-ZS instrument as described by Murdock et al. (2008).

### Treatment of Nanotalc Particles with Deferoxamine Mesylate

We treated both IN and CN particles with DFOM for iron chelation. In brief, IN and CN particles were incubated with 10 mM DFOM at a concentration of 1000 $\mu$g/mL for

20 h as described by Aung et al. (2007). Then particles were washed three times with cell culture medium by centrifuging at 4000 rpm for 10 min followed by resuspension.

## Cell Culture and Exposure to Nanotalc Particles

Human lung epithelial (A549) cells were obtained from National Centre for Science (NCCS), Pune, India. Cells were used between passages 10 and 20. Cells were cultured in DMEM/F-12 medium supplemented with 10% FBS and 100 U/mL penicillin-streptomycin at 5% $CO_2$ and $37^\circ C$. At 85% confluence, cells were harvested using 0.25% trypsin and were subcultured into 75 $cm^2$ flasks, 6-well plates, or 96-well plates according to selection of experiments. Cells were allowed to attach the surface for 24 h before treatment. IN and CN particles were suspended in cell culture medium and diluted to a appropriate concentration (200 $\mu$g/mL). Suspension of nanotalc particles were then sonicated using a sonicator bath at room temperature for 10 min at 40 W to avoid particles agglomeration before administration to the cells. The selection of the 200 $\mu$g/mL concentration of nanotalc particles was based on our previous publication (Akhtar et al., 2010a). All the data presented in this study was that of 48 h exposure. Cells not exposed to nanotalc particles served as controls in each experiment.

## Cell Viability Assay

Viability of A549 cells after exposure to nanotalc particles was assessed by MTT assay as described by Mossman (1983). The MTT assay assesses the mitochondrial function by measuring ability of viable cells to reduce MTT into blue formazan product. In brief, 10,000 cells per well were seeded in 96-well plate and exposed to IN and CN particles at the concentration of 200 $\mu$g/mL for 48 h. After the exposure completed, the medium was removed from each well to avoid interference of particles and replaced with new medium containing MTT solution in an amount equal to 10% of culture volume, and incubated for 3 h at $37^\circ C$ until a purple colored formazan product developed. The resulting formazan product was dissolved in acidified isopropanol. Further, the 96-well plate was centrifuged at 2500 rpm for 5 min to settle down the remaining particles present in the solution. Then, a 100 $\mu$L supernatant was transferred to other fresh wells of 96-well plate and absorbance was measured at 570 by using a microplate reader (FLUOstar-Omega).

## Lactate Dehydroganase Leakage Assay

Lactate dehydrogenase (LDH) is an enzyme widely present in cytosol that converts pyruvate to pyruvate. When plasma membrane integrity is disrupted, LDH leaks into culture media and its extracellular level is elevated. LDH assay was carried out with the method described earlier (Wroblewski and LaDue, 1955; Welder et al., 1991). In brief, 10,000 cells per well were seeded in 96-well plate and exposed to IN and CN particles at the concentration of 200 $\mu$g/mL for 48 h. After the exposure completed, the 96-well plate was centrifuged at 2500 rpm for 10 min to get the cell culture media. Then, a 100 $\mu$L of culture media transferred to new fresh tube containing 100 $\mu$L of sodium pyruvate (2.5 mg/mL phosphate buffer) and 100 $\mu$L of reduced nicotinamide adenine dinucleotide (NADH) (2.5 mg/mL phosphate buffer) in a total volume of 3.0 mL (0.1 M potassium phosphate buffer, pH 7.4). The rate of NADH oxidation was determined by following the decrease in absorbance at 340 nm for 3 min at 30-s interval using a spectrophotometer (Thermo-Spectronic).

## Cell Cycle Analysis

Cell cycle distribution was assayed by determining DNA content. Cells were treated with IN and CN particles for 48 h. After exposure, cells were fixed in 3% (w/v) paraformaldehyde for 10 min, permeabilized on ice in phosphate buffer saline-0.5% Triton X-100 for 15 min, washed and resuspended in 0.5 ml of phosphate buffer saline containing 1% FBS, 1 mg/ml RNaseA, and 50 $\mu$g/ml propidium iodide. The samples were incubated for 30 min at $37^\circ C$. The data were acquired and analyzed on FACS-Calibur flow cytometer (Becton-Dickinson LSR II, San Jose, CA) using Cell Quest 3.3 software.

## Measurement of Reactive Oxygen Species

For the measurement of ROS generation, cells were cultured in 12-well plate. The production of intracellular ROS was measured using 2,7-dichlorofluorescin diacetate (DCFH-DA) (Wang and Joseph, 1999). The DCFH-DA passively enters the cell where it reacts with ROS to form the highly fluorescent compound dichlorofluorescein (DCF). Briefly, 10 mM DCFH-DA stock solution (in methanol) was diluted in culture medium without serum or other additive to yield a 100 $\mu$M working solution. After exposure to IN and CN particles, cells were washed twice with HBSS and then incubated in 1 mL working solution of DCFH-DA at $37^\circ C$ for 30 min. Cells were lysed in alkaline solution and centrifuged at 3000 rpm for 10 min. Then, a 200 $\mu$L supernatant (from 12-well plate) was transferred to the fresh well of black 96-well plates and fluorescence was measured using 485 nm excitation and 520 nm emission using a microplate reader (FLUOstar-Omega). The values of ROS were expressed as percent of fluorescence intensity relative to controls.

*Environmental Toxicology* DOI 10.1002/tox

## Membrane Lipid Peroxidation Assay

The extent of membrane lipid peroxidation (LPO) was esti-mated by measuring the formation of thiobarbituric re-active species (TBARS) using the method of Ohkawa et al. (1979). Briefly, cells were cultured in 75 cm² culture flask and exposed to IN and CN particles at the concentration of 200 $\mu$g/mL for 48 h. After the treatment, a 200 $\mu$L of cell suspension was mixed with 800 $\mu$L of LPO assay cocktail containing TBA (0.4%, w/v), sodium dodecyl sulphate (0.5%, w/v), and acetic acid (5 %, v/v). Reaction mixture was then incubated at 95°C for 1 h. After cooling to room temperature the reaction mixture was centrifuged at 5000 rpm for 5 min. The absorbance of the supernatants was read at 532 nm against the standard. The amount of TBARS was expressed as nmol/mg protein.

## Intracellular Glutathione Assay

Intracellular GSH was quantified using the method of Hissin and Hilf (1976). Briefly, cells were cultured in 75 cm² culture flask and exposed to IN and CN particles at the concentration of 200 $\mu$g/mL for 48 h. After the expo-sure completed, cells were lysed in 20 mM Tris (pH 7.0) and the centrifuged at 10,000 rpm for 10 min at 4°C. Further, protein of the supernatant was precipitated using 1% perchloric acid and again centrifuged at 10,000 rpm for 5 min at 4°C to get supernatant. Then 20 $\mu$L of su-pernatant was mixed with 160 $\mu$L of 0.1M potassium phosphate-5 mM EDTA buffer (pH 8.3) and 20 $\mu$L $O$-phthalaldehyde (1 mg/mL in methanol) in a black 96-well plate. After 2 h of incubation at room tempera-ture in the dark, fluorescence was measured at emission wavelength of 460 nm and excitation wavelength of 350 nm. The amount of GSH was expressed as nmol GSH/mg protein.

## Antioxidant Enzymes Activity Assay

Cells were cultured in 75 cm² culture flask and exposed to IN and CN particles at the concentration of 200 $\mu$g/mL for 48 h. After the exposure completed, cells were har-vested in ice-cold phosphate buffer saline and washed twice with phosphate buffer saline at 4°C. The cell pellets were then lysed in cell lysis buffer. Following centrifuga-tion (10,000 rpm for 10 min 4°C) the supernatant (i.e. cell lysate) was maintained on ice until assayed for activ-ity of superoxide dismutase (SOD) and catalase (CAT) enzymes. The total SOD was determined using pyrogallol assay following the procedure described by Marklund and Marklund (1974), based on the competition between pyro-gallol oxidation by superoxide radicals and superoxide dismutation by SOD, and spectrophotometrically read at 420 nm. The amount of SOD inhibiting the reaction rate by 50% in the given assay conditions was defined as one

unit of SOD. The results were expressed as units/min/mg protein.

CAT activities were assayed by the method described by Claiborne (1985). One unit of CAT activity is defined as the amount of enzyme that decomposes 1 $\mu$mol $H_2O_2$/min. CAT activities were given as $\mu$mol $H_2O_2$ decomposed/min/mg protein.

## DNA Ladder Assay

Cells were cultured in 6-well plate and exposed to IN and CN particles at the concentration of 200 $\mu$g/mL for 48 h. At the end of exposure DNA was extracted using an apoptotic DNA Ladder Kit (Roche, Cat# 11835246001). The extracted DNA was then evaluated on a 1% agarose gel using ethidium bromide. DNA fragmentation pattern was documented by a gel documentation system.

## Assay of Caspase-3 Enzyme

Cells were cultured in 6-well plate and exposed to IN and CN particles at the concentration of 200 $\mu$g/mL for 48 h. Activity of caspase-3 enzyme was determined using a standard fluorometric microplate assay (Walsh et al., 2008) with some modifications. A reaction mixture containing 30 $\mu$L of cell lysate, 20 $\mu$L of Ac-DEVD-AFC (caspase-3 sub-strate), and 150 $\mu$L of protease reaction buffer (50 mM Hepes, 1 mM EDTA, and 1 mM DTT), pH 7.2, was incu-bated for 15 min. Fluorescence of reaction mixture was measured at 5 min interval for 15 min at excitation/emis-sion wavelengths of 430/535 nm using a microplate reader (FLUOstar-Omega). A standard of 7-amido-4-trifluorome-thylcoumarin (AFC) ranging from 5 to 15 $\mu$M was prepared and its fluorescence was recorded for calculation of cas-pase-3 activity in terms of pmol AFC released/min/mg protein.

## Estimation of Protein

The protein content was measured by the method of Brad-ford (1976) using Bradford reagent (Sigma-Aldrich, St. Louis, MO), along with bovine serum albumin as standard.

## Statistics

All the data represented in this study are means $\pm$ SD of three identical experiments made in three replicate. Statisti-cal significance was determined by one-way analysis of variance (ANOVA) followed by Dunnett's multiple com-parison test. Significance was ascribed at $p < 0.05$. All analyses were conducted using the Prism software package (GraphPad Software).

**398  AKHTAR ET AL.**



**Fig. 1.** XRD pattern of two types of nanotalc particles. IN; indigenous nanotalc particles, CN; commercial nanotalc particles. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

## RESULTS

### Characterization of IN and CN Particles

Characterization of IN and CN particles was performed using a combination of XRD, TEM, DLS, zeta-potential, and BET in order to provide clear insight into crystalline nature, morphology, particle size, surface property, and chemical composition. These properties are necessary for a better understanding of nanotoxicology.

Figure 1 represents the XRD pattern of IN and CN particles. Image clearly exhibits that the crystalline nature of both IN and CN particles were same. The average size of nanocrystals calculated from the XRD results using Scherrer's equation (Patterson, 1939) was found to be 93 and 89 nm for IN and CN particles, respectively. Figure 2(A,B) show the typical TEM images of IN and CN particles, respectively. Images show that particles are aggregated. We never found small independent crystals in the TEM images.



**Fig. 2.** TEM characterization of nanotalc particles. (A) FETEM of indigenous nanotalc particles, (B) FETEM of commercial nanotalc particles, (C) EDS spectrum of indigenous nanotalc particles, and (D) EDS spectrum of commercial nanotalc particles. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

**TABLE 1. Physicochemical properties of two types of nanotalc particles**

|  | Indigenous Nanotalc (IN) | Commercial Nanotalc (CN) |
|---|---|---|
| Average XRD size (nm) | 93 | 89 |
| Average TEM size (nm) | 94 | 91 |
| Surface area ($m^2$/g) | 15.4 | 15.7 |
| Hydrodynamic size (nm) |  |  |
|   Distilled water | 782 | 735 |
|   Cell culture medium | 671 | 643 |
| Zeta potential ( mV) | 20.3 | 20.8 |
| Iron content (%)[a] | 0.19 | 0.08 |

[a]This information is obtained from our previous publication (Akhtar et al., 2010a).

The average TEM size of IN and CN particles were 94 and 91 nm, respectively, which were consistent with the value observed by XRD. The EDS spectra of IN and CN particles are given in Figure 2(C,D), respectively. The presence of Cu and C signals was from the carbon-coated-copper TEM-grid. Presence of iron peaks in both IN and CN particles are in agreement with our previous reports where atomic absorption spectroscopy data showed that 0.19% and 0.08% of iron present in IN and CN particles, respectively (Akhtar et al., 2010 a). The specific surface area of IN and CN particles determined by BET was 15.4 and 15.7 $m^2$/g respectively.

The physicochemical properties of IN and CN particles are listed in Table 1. All the data from XRD, electron microscopy, and associated techniques was obtained under high vacuum and constitutes the size, morphology, and composition analysis characteristics of nanotalc particles. However, once the nanotalc particles were introduced aqueous media, the sizes changed to approximately 5 to 10 times of the primary size. The average hydrodynamic size of IN and CN particles in distilled water was 782 nm and 735 nm while in cell culture media was 671 and 643 nm, respectively. The higher size of IN and CN particles in aqueous state as compared to XRD and TEM results was due to the tendency of particles to aggregate in the aqueous state. This finding is supported by other investigators (Murdock et al., 2008) and has been briefly discussed in our previous publications (Ahamed et al., 2010a,b). The tendency of particles to form aggregates depends strongly on the surface charge. The particle charge, determined as zeta-potential by laser doppler velocimetry (LDV) was 20.3mV and 20.8 for IN and CN, respectively.

## IN and CN Particles Induced Cytotoxicity

We examined the cell viability (MTT assay) and membrane damage (LDH leakage) as cytotoxicity end points. MTT results demonstrated that both IN and CN particles induced significant reduction in cell viability. The MTT reduction




**Fig. 3.** Comparative effects of nanotalc particles and iron-chelated nanotalc particles on cell viability and LDH release in human lung epithelial A549 cells. Cells were treated with two types of nanotalc particles at the concentration of 200 $\mu$g/mL for 48 h. Iron chelator deferoxamine mesylate (DFOM) was co-exposed with nanotalc particles. At the end of treatment MTT and LDH assays were determined as described in materials and methods. (A) MTT assay and (B) LDH assay. Data represented are mean ± SD of three identical experiments made in three replicates. *Statistically significant difference in cell viability reduction and LDH release as compared with the controls ($p < 0.05$ for each). ᵃIron chelation by DFOM significantly reduces the cytotoxicity caused by nanotalc particles ($p < 0.05$ for each). IN; indigenous nanotalc particles, CN; commercial nanotalc particles, DFOM-IN; indigenous nanotalc particles treated with DFOM, DFOM-CN; commercial nanotalc particles treated with DFOM. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

**400** AKHTAR ET AL.



**Fig. 4.** Comparative effects of nanotalc particles and iron-chelated nanotalc particles on cell cycle in human lung epithelial A549 cells. Cells were treated with two types of nanotalc particles at the concentration of 200 µg/mL for 48 h. Iron chelator deferoxamine mesylate (DFOM) was coexposed with nanotalc particles. At the end of treatment cell cycle was analyzed as described in materials and methods. (A) Raw data generated by flow cytometric analysis of selected representative samples. The y-axis denotes cell count and the x-axis represents DNA content. M1, M2, M3, and M4 represent the SubG1, G1, S, and G2/M phase, respectively. (B) Percent of the distribution of cells in the G1, S, and G2/M phase of cell cycle. IN; indigenous nanotalc particles, CN; commercial nanotalc particles, DFOM-IN; indigenous nanotalc particles treated with DFOM, DFOM-CN; commercial nanotalc particles treated with DFOM. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

observed after 48 h at the concentration of 200 µg/mL was 49% and 64% for IN and CN particles, respectively [Fig. 3(A)]. Both IN and CN particles were also found to induce LDH leakage in A549 cells [Fig. 3(B)]. To determine whether our observed cytotoxicity was due iron content, we treated both IN and CN particles with an iron chelator DFOM and tested the cytotoxic effect of chelated nanotalc particles in A549 cells. Results showed that iron chelated IN and CN particles induce less cytotoxicity than those of non-chelated one (Fig. 3).

### IN and CN Particles Induced Cell Cycle Changes

Alteration in the cell cycle phases by IN and CN particles in A549 cells are shown in Figure 4. Both IN and CN par-

ticles induced significant S phase arrest. The S phase was 20% in the control. It was changed to 46% and 43% in the cells treated with IN and CN particles respectively. However, iron chelated IN and CN particles exert less effect on cell cycle arrest than those of nonchelated IN and CN particles.

### IN and CN Particles Induced Oxidative Stress

ROS generation leads to oxidative damage, which has been reported to be one of the important mechanisms of nanoparticles toxicity (Ahamed et al., 2010c; Ahamed et al., 2011a,b). The potential of IN and CN particles to induce oxidative stress was examined by measuring the ROS, LPO, GSH, SOD, and CAT in A549 cells. Results showed that both IN and CN particles induced the



**Fig. 5.** Comparative effects of nanotalc particles and iron-chelated nanotalc particles on oxidant generations in human lung epithelial A549 cells. Cells were treated with two types of nanotalc particles at the concentration of 200 $\mu$g/mL for 48 h. Iron chelator deferoxamine mesylate (DFOM) was coexposed with nanotalc particles. At the end of treatment ROS and LPO levels were determined as described in materials and methods. (A) ROS and (B) LPO. Data represented are mean $\pm$ SD of three identical experiments made in three replicates. *Statistically significant difference in ROS and LPO induction as compared with the controls ($p < 0.05$ for each). [a]Iron chelation by DFOM significantly reduces the ROS and LPO induction caused by nanotalc particles ($p < 0.05$ for each). IN; indigenous nanotalc particles, CN; commercial nanotalc particles, DFOM-IN; indigenous nanotalc particles treated with DFOM, DFOM-CN; commercial nanotalc particles treated with DFOM. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

intracellular ROS and LPO levels [Fig. 5(A,B)]. Nanotalc particles induced oxidative stress was further evidenced by depletion of GSH, SOD, and CAT [Fig. 6(A,B,C)]. Moreover, chelation of iron from IN and CN particles significantly reduced the oxidative stress due to these particles.

## IN and CN Particles Induced Apoptosis

Apoptosis is executed by series of cysteine proteases known as caspases (Takadera and Ohyashiki, 2007; Tang et al., 2010). Caspase-9 activation is dependent on the release of cytochrome c from mitochondria to form the apoptosome which in turn activates caspase-3. In the present study, significant higher activity of caspase-3 enzyme was observed suggesting the involvement of caspase cascade in IN and CN particles induced apoptosis in A549 cells [Fig. 7(B)]. Figure 7(B) shows that in untreated cells, the DNA was intact whereas the cells treated with IN and CN particles had started apoptotic DNA fragmentation. Besides, iron chelation from IN and CN particles induced less DNA fragmentation as compared with the nonchelated particles.

Taken together, our data highlight the role of iron contaminant present in IN and CN particles in causing the cytotoxicity, oxidative stress, and apoptosis in human lung epithelial cells.

## DISCUSSION

Characterization of physicochemical properties of nanoparticles has been suggested in the nanotoxicology research (Murdock et al., 2008; Li et al., 2011). Several parameters including shape, size, crystal structure, purity, hydrodynamic size, aggregation of particles, and aqueous stability have already been suggested (Nel et al., 2006; Yu et al., 2009). In this study, we employed XRD, TEM, EDS, BET, and DLS techniques to characterize the physicochemical properties of IN and CN particles. XRD and TEM results indicated that both IN and CN particles were crystalline, highly aggregated, and having the iron content as a contaminant. Aggregation and stability of nanoparticles in aqueous state are major concerns in nanotoxicity research. Both IN and CN particles were also aggregated in water and cell culture media as well. Zeta potential data also showed that the aqueous suspension of both IN and CN particles were not much stable in aqueous state. The hydrodynamic size of nanotalc particles was found to be approximately seven to eight times higher than those calculated from TEM and XRD. The higher size of nanoparticles in aqueous suspension as compared with XRD and TEM sizes might be due to the tendency of particles to aggregate in aqueous state. This finding is supported by other investigators (Bai et al., 2009) and has been briefly discussed in our previous publication (Ahamed et al., 2010b).



**Fig. 6.** Comparative effects of nanotalc particles and iron-chelated nanotalc particles on antoxidants reduction in human lung epithelial A549 cells. Cells were treated with two types of nanotalc particles at the concentration of 200 μg/mL for 48 h. Iron chelator deferoxamine mesylate (DFOM) was coexposed with nanotalc particles. At the end of treatment GSH, SOD, and CAT levels were determined as described in materials and methods. (A) GSH, (B) SOD, and (C) CAT. Data represented are mean ± SD of three identical experiments made in three replicates. *Statistically significant difference in GSH, SOD, and CAT reduction as compared to the controls ($p < 0.05$ for each). $^a$Iron chelation by DFOM significantly induces the GSH, SOD, and CAT depletion caused by nanotalc particles ($p < 0.05$ for each). IN; indigenous nanotalc particles, CN; commercial nanotalc particles, DFOM-IN; indigenous nanotalc particles treated with DFOM, DFOM-CN; commercial nanotalc particles treated with DFOM. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

In this study, we observed that IN and CN particles induced cell viability reduction and membrane damage in A549 cells. Both IN and CN particles also induced the cell cycle arrest in the S phase leading to apoptosis. In a previous study, S phase arrest was observed in mouse peritoneal macrophages (RAW264.7) exposed to silver nanoparticles (Park et al., 2010), and S phase arrest was also observed in human lung epithelial cells exposed to carbon black particles coated with benzo(a)pyrene (Mroz et al., 2007). Asharani et al. (2009) reported that starch-coated silver NPs induced G2/M phase arrest and DNA damage in human glioblastoma cells and fibroblasts. A perturbation of

the cell cycle preceded by a reduction in cell viability associated with accumulation of cells in S phase leading to cell death is typical of compounds inhibiting DNA synthesis (Binkova et al., 2000; Park et al., 2010).

Cellular integrity is affected by oxidative stress when the production of ROS overwhelms antioxidant defense mechanism (Halliwell and Gutteridge, 1990). Our results showed that both IN and CN particles induce oxidant levels and deplete the antioxidant levels in human lung epithelial (A549) cells. LPO and ROS were significantly higher while the antioxidant GSH was significantly lower in cells treated with IN and CN particles. Antioxidant enzymes SOD and



**Fig. 7.** Comparative effects of nanotalc particles and iron-chelated nanotalc particles on apoptotic markers in human lung epithelial A549 cells. Cells were treated with two types of nanotalc particles at the concentration of 200 $\mu$g/mL for 48 h. Iron chelator deferoxamine mesylate (DFOM) was coexposed with nanotalc particles. At the end of treatment DNA ladder and caspase-3 activity were determined as described in materials and methods. (A) Caspase-3 activity. Data represented are mean $\pm$ SD of three identical experiments made in three replicates. *Statistically significant difference in caspase-3 activation as compared with the controls ($p < 0.05$ for each). [a]Iron chelation by DFOM significantly reduces the activity of caspase-3 by nanotalc particles ($p < 0.05$ for each). (B) Representative image of DNA fragmentation. IN; indigenous nanotalc particles, CN; commercial nanotalc particles, DFOM-IN; indigenous nanotalc particles treated with DFOM, DFOM-CN; commercial nanotalc particles treated with DFOM. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

CAT levels were also significantly lower in exposed cells. GSH constitutes the first line of the cellular defense mechanism against oxidative injury and is the major intracellular redox buffer in ubiquitous cell types (Meister, 1989). GSH acts as a cosubstrate in the GSH peroxidase-catalyzed reduction of hydrogen peroxide or lipid peroxides (Forman et al., 1997) leading to its depletion. Previous studies demonstrated that ROS generation following GSH depletion caused mitochondrial damage (Martensson et al., 1989), which has been implicated in apoptosis (Green and Reed, 1998). Enzymes such as SOD and CAT are meant for nullifying cellular oxidative stress. SOD catalyzes the dismutation of superoxide anion ($O_2$ ) to hydrogen peroxide ($H_2O_2$). CAT reduces hydrogen peroxide ($H_2O_2$) to water ($H_2O$) and oxygen ($O_2$) (Claiborne, 1985).

The activity of caspase-3 enzyme was significantly higher in cells treated with IN and CN particles. Apoptotic DNA fragmentation was observed in cells exposed to IN and CN particles. Caspases are activated in response to diverse cell death stimuli and ultimately dismantle the cell through restricted proteolysis of numerous cellular proteins that (Timmer and Salvesen, 2007). The activated caspase-3 is capable of autocatalysis as well as cleaving and activating other members of the caspase family, leading to rapid and irreversible apoptosis (Wang et al., 1996). Our previous studies also reported that different types of nanoparticles have potential to induce apoptosis in different kind of cells (Ahamed et al., 2010a; 2010b; 2010c; Ahamed et al., 2010b,c; 2011a).

In the toxicity mechanism of minerals, the iron content has been a key factor. In the present study, EDS analysis showed the presence of iron contamination in both IN and CN particles. These results are in agreement with our previous report where atomic absorption spectroscopy showed the presence of 0.19% and 0.08% of iron in IN and CN particles respectively (Akhtar et al., 2010a). Iron-dependent

ROS generation from fibers results in the generation of hydroxyl radicals through the Fenton reaction and the Haber-Weiss cycle. Iron-dependent ROS generation requires redox cycling of iron and does not necessarily require $H_2O_2$ or ROS (Halliwell and Gutteridge, 1990). The differential amount of iron present in the two types of nanotalc particles prompted us to investigate the role of iron by sequestering them with an iron chelator, deferoxamine mesylate (DFOM). Sequestering of redox active iron from IN and CN particles by DFOM caused significantly less cytotoxicity, oxidative stress, and genotoxicity than those of the nonchelated IN and CN particles. Similarly, incubation of crocidolite or chrysotile fibers overnight with deferoxamine (5 mM) to inactivate iron catalyzed oxygen radical production also significantly decreased asbestos-induced apoptosis (Broaddus et al., 1996). The role of iron in minerals such as asbestos or silica has been well reported in inflammation and carcinogenesis (Ghio et al., 1992; Hardy and Aust. 1995). Zastawny et al. (1995) have reported on DNA base modifications and membrane damage in cultured mammalian cells treated with iron itself. Similarly, intracellular iron was found to play a critical role in hydrogen peroxide-induced DNA damage (Barbouti et al., 2001). It is also worth to mention that IN particles caused higher toxicity to A549 cells than those of CN particles. This might be due to higher amount of iron present in IN particles (0.19%) as compared with the CN particles (0.08%).

In conclusion, both IN and CN particles significantly induced cytotoxicity, oxidative stress, and apoptosis in human lung epithelial cells. Further, chelation of iron from IN and CN particles by deferoxamine mesylate treatment caused significantly less toxicity as compared to non-chelated IN and CN particles. Therefore, iron content plays a significant role in the toxicity of IN and CN particles, which may be mediated through ROS generation and oxidative stress. This study suggests that one must be very careful regarding the metal impurities like iron present in nanotalc particles before commercial and industrial applications.

# REFERENCES

Ahamed M, AlSalhi MS, Siddiqui MKJ. 2010a. Silver nanoparticle applications and human health. Clin Chim Acta 411:1841 1848.

Ahamed M, Posgai R, Gorey TJ, Nielsen M, Hussain S, Rowe J. 2010b. Silver nanoparticles induced heat shock protein 70, oxidative stress and apoptosis in *Drosophila melanogaster*. Toxicol Appl Pharmacol 242:263 269.

Ahamed M, Siddiqui MA, Akhtar MJ, Ahmad I, Pant AB, Alhadlaq HA. 2010c. Genotoxic potential of copper oxide nanoparticles in human lung epithelial cells. Biochem Biophys Res Commun 396:578 583.

Ahamed M. 2011a. Toxic response of nickel nanoparticles in human lung epithelial A549 cells. Toxicol In Vitro 25:930 936.

Ahamed M, Akhtar MJ, Raja M, Ahmad I, Siddiqui MKJ, AlSalhi MS, Alrokayan SA. 2011b. ZnO nanorod induced apoptosis via p53, survivin and bax/bcl 2 pathways mediated by oxidative stress in human alveolar adenocarcinoma cells. Nano medcine:NBM 7:904 913.

Ahamed M, Akhtar MJ, Siddiqui MA, Ahmad J, Musarrat J, Al Khedhairy AA, AlSalhi MS, Alrokayan SA. 2011c. Oxidative stress mediated apoptosis induced by nickel ferrite nanoparticles in cultured A549 cells. Toxicology 283:101 108.

Akhtar S, Shukla D, Kumar V. 2008. Studies on effect of nano talc filler on nucleation, crystal morphology and crystallization behaviour of semi crystalline plastics. Solid State Phenomena 136:161 174.

Akhtar MJ, Kumar S, Murthy RC, Ashquin M, Khan MI, Patil G, Ahmad I. 2010a. The primary role of iron mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid. Toxicol In Vitro 24:1139 1147.

Akhtar MJ, Ahamed M, Kumar S, Siddiqui H, Patil G, Ashquin M, Ahmad I. 2010b. Nanotoxicity of pure silica mediated through oxidant generation rather than glutathione depletion in human lung epithelial cells. Toxicology 276:95 102.

AshaRani PV, Mun G, Hande MP, Valiyaveettil S. 2009. Cytotoxicity and genotoxicity of silver nanoparticles in human cells. ACS Nano 3:279 290.

Aung W, Hasegawa S, Furukawa T, Saga T. 2007. Potential role of ferritin heavy chain in oxidative stress and apoptosis in human mesothelial and mesothelioma cells: Implications for asbestos induced oncogenesis. Carcinogenesis 28:2047 2052.

Balamurugan GP, Maiti SN. 2010. Effects of nanotalc inclusion on mechanical, microstructural, melt shear rheological, and crystallization behavior of polyamide 6 based binary and ternary nanocomposites. Polym Eng Sci 50:1978 1993.

Bai W, Zhang Z, Tian W, He X, Ma Y, Zhao Y, Chai Z. 2009. Toxicity of zinc oxide nanoparticles to zebrafish embryo: A physicochemical study of toxicity mechanism. J Nanopart Res 12:1645 1654.

Barbouti A, Doulias PT, Zhu BZ, Frei B, Galaris D. 2001. Intracellular iron, but not copper, plays a critical role in hydrogen peroxide induced DNA damage. Free Radical Biol Med 31:490 498.

Binkova B, Giguère Y, Rossner Jr P, Dost M, Srm RJ. 2000. The effect of dibenzo[a, 1]pyrene and benzo[a]pyrene on human diploid lung fibroblasts: The induction of DNA adducts, expression of p53 and p21(WAF1) proteins and cell cycle distribution. Mutat Res 471:57 70.

Bizi M, Flament MP, Leterne P, Baudet G, Gayot A. 2003. Relation between structural characteristics of talc and its properties as an antisticking agent in the production of tablets. Eur J Pharm Sci 19:373 379.

Bradford MM. 1976. A rapid and sensitive method for the quantitation of microgram quantities of protein utilizing the principle of protein dye binding. Anal Biochem 72:248 254.

Broaddus VC, Yang L, Scavo LM, Ernst JD, Boylan AM. 1996. Asbestos induces apoptosis of human and rabbit pleural mesothelial cells via reactive oxygen species. J Clin Invest 98:2050 2059.

Buz'Zard AR, Lau BH. 2007. Pycnogenol reduces talc induced neoplastic transformation in human ovarian cell cultures. Phyt other Res 21:579  286.

Carretero MI. 2002. Clay minerals and their beneficial effects upon human health. Appl Clay Sci 21:155  163.

Claiborne A. 1985. Catalase activity. In: Greenwald RA,  editor. Handbook of Methods for Oxygen Radical Research. CRC Press Inc. pp283  284.

Forman HJ, Liu R, Tian L. 1997. Glutathione cycling in oxidative stress. In: Clerch LB,  Massaro DJ, editors.Oxygen, Gene Expression, and Cellular Function: Lung Biology in Health and Disease, Vol. 105. New York: Marcel Dekker. pp99  112.

Gates MA, Tworoger SS, Terry KL, Titus Ernstoff L, Rosner B, De Vivo I, Cramer DW, Hankinson SE. 2008. Talc use,  variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. Cancer Epidemiol Biomar Prev 17: 2436  2444.

Green DG, Reed JC. 1998. Mitochodria and apoptosis. Science 281:1309  1312.

Halliwell B, Gutteridge JM. 1990. Role of free radicals and cata lytic metal ions in human disease: An overview. Methods Enzy mol 186:1  85.

Hardy JA, Aust AE. 1995. Iron in asbestos chemistry and carcino genicity. Chem Rev 95:97  118.

Harlow BL, Hartge PA. 1995. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 21: 254  260.

Hissin PJ, Hilf R. 1976. A fluorometric method for determination of oxidized and reduced glutathione in tissues. Anal Biochem 74:214  226.

Jaynes WF, Zartman RE. 2005. Origin of talc,  iron phosphates, and other minerals in biosolids. Soil Sci Soc Am J 69: 1047  1056.

Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. 2008. Perineal use of talc and risk of ovarian cancer. J Epidemiol Community Health 62:358  360.

Li Y, Sun L, Jin M, Du Z, Liu X, Guo C, Li Y, Huang P, Sun Z. 2011. Size dependent cytotoxicity of amorphous silica nanoparticles in human hepatoma HepG2 cells. Toxicol in Vitro 25:1343  1352.

Marklund S, Marklund G. 1974. Involvement of the superoxide anion radical in the autooxidation of pyrogallol and a convenient assay for superoxide dismutase. Euro J Biochem 47:469  474.

Martensson J, Jain A, Frayer ,W, Meister A. 1989. Glutathione metabolism in the lung: inhibition of its synthesis leads to lam mellar body and mitochondrial defects. Proc Natl Acad Sci USA 86:5296  5300.

Meister A. 1989. Taniguchi N,  Higashi T, Sakamoto Y, Meister A, eds. In: *Glutathione Centennial: Molecular Properties and Clinical Applications*. New York, NY: Academic Press.

Mroz RM, Schins RP, Li H, Drost EM, Macnee W, Donaldson K. 2007. Nanoparticle carbon black driven DNA damage induces growth arrest and AP 1 and NFkappaB DNA binding in lung epi thelial A549 cell line. J Physiol Pharmacol 58(Suppl 5):461  470.

Mossman T. 1983. Rapid colorimetric assay for cellular growth and survival: Application to proliferation and cytotoxicity assays. J Immunol Methods 65:55  63.

Murdock RC, Braydich Stolle L, Schrand AM, Schlager JJ, Hus sain SM. 2008. Characterization of nanomaterial dispersion in solution prior to in vitro exposure using dynamic light scatter ing technique. Toxicol Sci 101:239  253.

National Toxicology Program. 1993. NTP Toxicology and Carci nogenesis Studies of Talc (Non Asbestiform) in Rats and Mice (Inhalation Studies), Vol. 421. pp1  287.

Nel A, Xia T, Madler L, Li N. 2006. Toxic potential of materials at the nanolevel. Science 311:622  627.

Nkoumbou C, Villieras F, Njopwouo D, Ngoune CY, Barres O, Pelletier M, Razafitianamaharavo A, Yvon J. 2008. Physico chemical properties of talc ore from three deposits of Lamal Pougue area (Yaounde Pan African Belt,  Cameroon), in rela tion to industrial uses. Appl Clay Sci 41:113  132.

Ohkawa H, Ohisi N, Yagi Y. 1979. Assay for lipid peroxides in animal tissues by thiobarbituric acid reaction. Anal Biochem 95:351  358.

Park EJ, Yi J, Kim Y, Choi K, Park K. 2010. Silver nanoparticles induce cytotoxicity by a Trojan horse type mechanism. Toxicol In Vitro 24:872  878.

Patterson AL,  1939. The Scherrer formula for x ray particle size determination. Phys Rev 56:978  782.

Pérez Maqueda LA, Duran A, Pérez Rodriguez JL. 2005. Prepara tion of submicron talc particles by sonication. Appl Clay Sci 28:245  255.

Persson HL, Yu Z, Tirosh O, Eaton JW, Brunk UT. 2003. Preven tion of oxidant induced cell death by lysosomotropic iron chela tors. Free Radic Biol Med 34:1295  1305.

Petit S, Martin F, Wiewora A, De Parseval P, Decarreau A. 2004. Crystal chemistry of talc: A near infrared (NIR) spectroscopy study. Am Mineral 89:319  326.

Sakthivel S, Pitchumani B. 2011. Production of nano talc material and its applicability as filler in polymeric nanocomposites. Par ticle Sci Technol 29:441  449.

Takadera T, Ohyashiki T. 2007. Caspase dependent apoptosis induced by calcineurin inhibitors was prevented by glycogen synthase kinase 3 inhibitors in cultured rat cortical cells. Brain Res 1133:20  26.

Tang X, Guo Y, Nakamura K, Huang H, Hamblin M, Chang L, Villacorta L, Yin K, Ouyang ,H, Zhang J. 2010. Nitroalkenes induce rat aortic smooth muscle cell apoptosis via activation of caspase dependent pathways. Biochem Biophys Res Commun 397:239  244.

Timmer JC, Salvesen GS. 2007. Caspase substrates. Cell Death Differ 14:66  72.

Wang H, Joseph JA. 1999. Quantifying cellular oxidative stress by dichlorofluorescein assay using microplate reader. Free Radic Biol Med 27:612  616.

Wang X, Zelenski NG, Yang J, Sakai J, Brown MS, Goldstein JL. 1996. Cleavage of sterol regulatory element binding proteins (SREBPs) by cpp32 during apoptosis. EMBO J 15:1012  1020.

Welder AA, Grant R, Bradlaw J, Acosta D. 1991. A primary cul ture system of adult rat heart cells for the study of toxicologic agent. In Vitro Cell Dev Biol 27:921  926.

Wild P. 2006. Lung cancer risk and talc not containing asbesti form fibres: A review of the epidemiological evidence. Occup Environ Med 63:4  9.

**406** **AKHTAR ET AL.**

Wroblewski F, LaDue JS. 1955. Lactate dehydrogenase activity in blood. Proc Soc Exp Biol Med 90:210 213.

Yu KO, Grabinski CM, Schrand AM, Murdock RC, Wang W, Gu B, Schlager JJ, Hussain SM. 2009. Toxicity of amorphous silica nanoparticles in mouse keratinocytes. J Nanopart Res 11:15 24.

Zastawny TH, Altman SA, Randers Eichhorn L, Madurawe R, Lumpkin JA, Dizdaroglu M, Rao G. 1995. DNA base mod

ifications and membrane damage in cultured mammalian cells treated with iron ions. Free Radic Biol Med 18: 1013 1022.

Zhang J, Zhang T, Ti X, Shi J, Wu C, Ren X, Yin X. 2010. Curcu min promotes apoptosis in A549/DDP multidrug resistant human lung adenocarcinoma cells through an miRNA signaling pathway. Biochem Biophys Res Commun 6:1 6.

# Exhibit 93

# Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity

Arti Shukla[1]*, Maximilian B. MacPherson[1]*, Jedd Hillegass[1], Maria E. Ramos-Nino[1], Vlada Alexeeva[1], Pamela M. Vacek[2], Jeffrey P. Bond[3], Harvey I. Pass[4], Chad Steele[5], and Brooke T. Mossman[1]

Departments of [1]Pathology, [2]Medical Biostatistics, and [3]Microbiology and Molecular Genetics, University of Vermont College of Medicine, Burlington, Vermont; [4]Department of Cardiothoracic Surgery, NYU Langone Medical Center, New York, New York; and [5]Department of Medicine, University of Alabama at Birmingham School of Medicine, Birmingham, Alabama

Human mesothelial cells (LP9/TERT 1) were exposed to low and high (15 and 75 $\mu m^2/cm^2$ dish) equal surface area concentrations of crocidolite asbestos, nonfibrous talc, fine titanium dioxide ($TiO_2$), or glass beads for 8 or 24 hours. RNA was then isolated for Affymetrix microarrays, GeneSifter analysis and QRT PCR. Gene changes by asbestos were concentration and time dependent. At low nontoxic concentrations, asbestos caused significant changes in mRNA expression of 29 genes at 8 hours and of 205 genes at 24 hours, whereas changes in mRNA levels of 236 genes occurred in cells exposed to high concentrations of asbestos for 8 hours. Human primary pleural mesothelial cells also showed the same patterns of increased gene expression by asbestos. Nonfibrous talc at low concentrations in LP9/TERT 1 mesothelial cells caused increased expression of 1 gene Activating Transcription Factor 3 (ATF3) at 8 hours and no changes at 24 hours, whereas expression levels of 30 genes were elevated at 8 hours at high talc concentrations. Fine $TiO_2$ or glass beads caused no changes in gene expression. In human ovarian epithelial (IOSE) cells, asbestos at high concentrations elevated expression of two genes (NR4A2, MIP2) at 8 hours and 16 genes at 24 hours that were distinct from those elevated in mesothelial cells. Since ATF3 was the most highly expressed gene by asbestos, its functional importance in cytokine production by LP9/TERT 1 cells was assessed using siRNA approaches. Results reveal that ATF3 modulates production of inflammatory cytokines (IL 1β, IL 13, G CSF) and growth factors (VEGF and PDGF BB) in human mesothelial cells.

Keywords: mesothelioma; crocidolite asbestos; talc; titanium dioxide; gene profiling

A myriad of natural and synthetic fibers and particles, including nanomaterials, are being introduced into the workplace and environment, and *in vitro* screening tests on human cell types are needed to predict their toxicity and mechanisms of action, especially in target cells of disease. Asbestos is a group of well characterized fibrous minerals that are associated with the development of nonmalignant (asbestosis) and malignant (lung cancers, pleural, and peritoneal mesotheliomas) diseases in occupational cohorts (1 3), yet the molecular mechanisms of asbestos related diseases are poorly understood. Although it is widely acknowledged that fibrous geometry, surface and chemical composition, and durability are important features in the development

(Received in original form April 11, 2008 and in final form November 24, 2008)

* These authors contributed equally to this research.

This work was supported by NIEHS training grant T32ES007122 to B.T.M., a contract from EUROTALC and the Industrial Minerals Association of North America, and NCI P01 CA 114,047 (H.I.P. and B.T.M.).

Correspondence and requests for reprints should be addressed to Arti Shukla, Ph.D., Department of Pathology, University of Vermont College of Medicine, 89 Beaumont Avenue, Burlington, VT 05405. E-mail: Arti.Shukla@uvm.edu

This article contains microarray data which can be found as a repository using the accession number GSE14034.

Am J Respir Cell Mol Biol   Vol 41. pp 114–123, 2009
Originally Published in Press as DOI: 10.1165/rcmb.2008-0146OC on December 18, 2008
Internet address: www.atsjournals.org

## CLINICAL RELEVANCE

Results of work here suggest that transcriptional profiling can be used to reveal molecular events by mineral dusts that are predictive of their pathogenicity in mesothelioma.

of asbestos associated diseases, how these contribute to cell toxicity and transformation are unclear. Moreover, the early molecular events leading to injury by asbestos fibers and other pathogenic or innocuous particulates in human cells that may be targets for the development of disease remain enigmatic.

The objective of work here was to compare acute toxicity and gene expression profiles of crocidolite asbestos, the type of asbestos most pathogenic in the causation of human mesothelioma (3, 4), to nonfibrous talc, fine titanium dioxide ($TiO_2$), and glass beads in a contact inhibited, hTERT immortalized human mesothelial cell line (5). In comparative studies, we also evaluated toxicity of particulates and gene expression changes in a contact inhibited SV40 Tag immortalized human ovarian epithelial cell line (IOSE) (6). This cell type is not implicated in asbestos induced diseases, but is occasionally linked to inflammation and the development of ovarian cancer after use of talcum powder in the pelvic region, although such links are highly controversial (7).

Although most studies have evaluated the biological effects of particles and fibers on an equal mass or weight basis, the number, surface area, and reactivity of particulates at equal weight concentrations may be vastly different. Moreover, recent *in vitro* (8, 9) and *in vivo* (10 12), studies have confirmed that toxicity, oxidative stress, and inflammatory effects of ultrafine and other particles are related directly to surface area. For these reasons, and to avoid possible confounding alterations in gene expression or toxicity that might reflect or be masked in cells in different phases of the cell cycle, we introduced particulates at equal surface areas to confluent monolayers of human mesothelial (LP9/TERT 1) and human ovarian epithelial (IOSE) cells in a maintenance medium. Moreover, our studies included a nonfibrous talc sample and fine $TiO_2$ and glass particles, both traditionally used as nontoxic and nonpathogenic control particles in *in vitro* and animal experiments (reviewed in Refs. 13 and 14). Our studies provide novel insight into the early molecular events and responses occurring in human cells after exposure to asbestos and these materials.

## MATERIALS AND METHODS

### Human Mesothelial and Ovarian Epithelial Cell Cultures

Human mesothelial LP9/TERT 1 (LP9) cells, an hTERT immortalized cell line phenotypically and functionally resembling normal human mesothelial cells (5), were obtained from Dr. James Rheinwald (Dana Farber Cancer Research Institute, Boston, MA). Human pleural mesothelial cells (NYU474) were isolated surgically from

cancer free patients by Dr. Harvey Pass (New York University, New York, NY). Briefly, tissue sample $2 \times 2$ cm$^2$ was harvested into saline solution and rinsed immediately with PBS ($1\times$) and Dulbecco's modified Eagle's medium (DMEM) ($1\times$). The tissue was then digested with 0.2% Collagenase type 1 (MP Biomedical Inc., Solon, OH) for 3 hours at 37°C. Finally, the digested tissue was scraped and cells collected were centrifuged for 5 minutes at $300 \times g$. The cell pellet thus obtained was resuspended in DMEM containing 10% fetal bovine serum (FBS) and 2% penicillin streptomycin, transferred into 6 well plate, and allowed to grow at 5% CO$_2$ and 37°C. Mesothelial cells were characterized by staining with calretinin antibody. An SV40 Tag immortalized, anchorage dependent human ovarian epithelial cell line (IOSE 398) (6) was a kind gift from Dr. Nelly Auersperg (Canadian Ovarian Tissue Bank, University of British Columbia, Vancouver, BC, Canada). LP9/TERT 1 cells were maintained in 50:50 DMEM/F 12 medium containing 10% FBS, and supplemented with pen icillin (50 units/ml), streptomycin (100 μg/ml), hydrocortisone (100 μg/ml), insulin (2.5 μg/ml), transferrin (2.5 μg/ml), and selenium (2.5 μg/ml). IOSE cells were maintained in 50:50 199/MCB105 medium containing 10% FBS and 50 μg/ml gentamicin. Cells at near confluence were switched to maintenance medium containing 0.5% FBS for 24 hours before par ticulate exposure. NYU474 cells were grown to near confluence in DMEM containing 10% FBS and supplemented with penicillin (50 units/ml) and streptomycin (100 μg/ml).

### Characterization of Mineral Preparations

The physical and chemical characterization of the NIEHS reference sample of crocidolite asbestos has been reported previously (15). The surface area of asbestos fibers and particles was measured using nitrogen gas sorption analysis to allow computation of identical amounts of sur face areas of particulates to be added to cells. Fiber and particle size dimensions were determined by scanning electron microscopy (SEM) as described previously (16). In addition, talc was examined using field emis sion scanning electron microscopy (FESEM) and transmission electron microscopy (TEM). The chemical composition, surface area, mean size, and source of each particulate preparation is presented in Table 1.

### Introduction of Particulates to Cells

After sterilization under ultraviolet light overnight to avoid endotoxin and microbial contamination, particulates were suspended in HBSS at 1 mg/ml, sonicated for 15 minutes in a water bath sonicator, and triturated five times through a 22 gauge needle. This suspension was added to cells in medium.

### SEM to Determine Particulate/Cell Interactions

Cells were grown on Thermonox plastic cover slips (Nalge Nunc International, Naperville, IL), exposed to particulates for 24 hours, and then processed for SEM as described previously (16). After samples were critical point dried, they were mounted on aluminum specimen stubs and dried before being sputter coated with gold and palladium in a Polaron sputter coater (Model 5100; Quorum Technol ogies, Guelph, ON, Canada) and examined on a JSM 6060 scanning electron microscope (JEOL USA, Inc., Peabody, MA).

### Cell Viability Studies

After 24 hours, cells were collected with Accutase cell detachment reagent, and final cell suspensions in Accutase/complete medium/HBSS

were mixed with 0.4% trypan blue stain, which is retained by dead cells. After 5 minutes, unstained cells were counted using a hemocytometer to determine the total number of viable cells per dish.

Based on the results of cell viability studies, asbestos and nonfibrous talc were evaluated in LP9 mesothelial cells for changes in gene expression at both low and high concentrations (15 and 75 μm$^2$/cm$^2$ dish) at 8 hours, and at low concentrations of minerals (15 μm$^2$/cm$^2$ dish) at 24 hours. These concentrations did not cause morphologic or toxic cellular changes at these time points. Negative control groups included cells exposed to fine TiO$_2$ (15 μm$^2$/cm$^2$ dish) at 8 and 24 hours and glass beads (75 μm$^2$/cm$^2$) at 24 hours. In IOSE cells, gene expression of all particulates was evaluated at 75 μm$^2$/cm$^2$ at 8 and 24 hours, as preliminary experiments revealed that no significant changes in mRNA levels were observed at 15 μm$^2$/cm$^2$ dish of asbestos. In NYU474 human mesothelial cells, QRT PCR was used to validate a selected subset of gene expression changes identified by arrays in LP9/TERT 1 cells. Cells were exposed to 15 and 75 μm$^2$/cm$^2$ asbestos for 24 hours, and 8 genes highly expressed in LP9 cells were examined by QRT PCR (*see below*).

### RNA Preparation

Total RNA was prepared using an RNeasy Plus Mini Kit according to the manufacturers' protocol (Qiagen, Valencia, CA), as previously described (17).

### Affymetrix Gene Profiling

Microarrays were performed on samples from three independent experiments. All cell types, time points, and mineral types and con cenrations were included in all three experiments. For each experi ment, $n = 3$ dishes were pooled into one sample per treatment group. Each of the pooled samples was analyzed on a separate array (i.e., $n = 3$ arrays per condition [3 independent biological replicates]). All proce dures were performed by the Vermont Cancer Center DNA facility using standard Affymetrix protocol as previously described (14, 17). Each probe array, Human U133A 2.0 (Affymetrix, Santa Clara, CA) was scanned twice (Hewlett Packard GeneArray Scanner, Palo Alto, CA), the images overlaid, and the average intensities of each probe cell compiled. Microarray data were analyzed using GeneSifter software (VizX Labs, Seattle, WA). This program used a "*t* test" for pairwise comparison and a Benjamini Hochberg test for false discovery rate (FDR 5%) to adjust for multiple comparisons. A 2 fold cutoff limit was used for analysis.

### Quantitative Real Time PCR

Total RNA (1 μg) was reverse transcribed with random primers using the Promega AMV Reverse Transcriptase kit (Promega, Madison, WI) according to the recommendations of the manufacturer, as described previously (17). In NYU474 mesothelial cells, eight genes (*ATF3*, *SOD2*, *PTGS2*, *FOSB*, *TFPI2*, *PDK4*, *NR4A2*, and *IL 8*) most highly expressed in LP9 cells were evaluated using the $\Delta\Delta$Ct method. Duplicate or triplicate assays were performed with RNA samples isolated from at least three independent experiments. The values obtained from cDNAs and hypoxanthine phosphoribosyl transferase (*hprt*) controls provided relative gene expression levels for the gene locus investigated. The primers and probes used to validate gene expression as observed in microarrays were purchased from Applied Biosystems (Foster City, CA).

### TABLE 1. CHARACTERIZATION OF PARTICULATES

| Name | Chemical Composition | Mean Surface Area ± SE (m$^2$/g) | Mean Size (μm)* | Source |
|---|---|---|---|---|
| Crocidolite Asbestos | Na$_2$Fe$_3$$^{2+}$Fe$_2$$^{3+}$Si$_8$O$_{22}$(OH)$_2$ | $14.97 \pm 0.605$ | $7.4 \times 0.25$ | NIEHS Reference Sample |
| Talc (MP 10-52)† | Mg$_3$Si$_4$O$_{10}$(OH)$_2$ | $16.03 \pm 0.654$ | 1.1 | Barrett's Minerals, Inc. |
| Titanium Dioxide | TiO$_2$ | $9.02 \pm 0.185$ | 0.69 | Fisher Scientific |
| Glass Beads | SiO$_2$ | $2.78 \pm 0.215$ | 2.06 | Polysciences Inc. |

\* Length X width for crocidolite asbestos, and diameter for nonfibrous talc, TiO$_2$, and glass beads.

† Although standard reference samples of asbestos and some particulates are available for use by the scientific community, reference samples of talc currently do not exist. For these reasons, the nonfibrous talc sample was also characterized for physical properties, particle size distribution (0.70 μm minimum to 1.20 μm maximum), and chemical/mineralogical (talc 95%, chlorite 4.5–5%, dolomite 0.3%) composition. For complete analysis or obtaining samples, please contact Brooke Mossman, Mark Ellis (markellis@ima-na.org), or Michelle Wyart at EUROTALC (mwyart@ima-europe.eu).













*Figure 1.* Interaction of fibers and particles with (*A–E*) LP9/TERT 1 human mesothelial cells and (*F*) IOSE ovarian epithelial cells after 24 hours of exposure to (*B, E, F*) high and (*C, D*) low concentrations of particulates. (*G*) Field emission scanning electron microscopy (FESEM) and (*H*) transmission electron microscopy (TEM) show structure of nonfibrous talc. (*A*) Morphology of unexposed near confluent LP9/TERT 1 cells. (*B*) Membrane blebbing and piling up of cells in response to crocidolite asbestos (*arrows*). (*C*) Nonfibrous talc and (*D*) fine $TiO_2$ (*arrows*) on cell surface. (*E*) Single and small clumps of glass beads on plasma membrane. (*F*) Interaction of asbestos fibers (*arrows*) with IOSE cells that exhibit an exudate and membrane ruffling in response to fibers. *Bars* 10 μm. (*G*) FESEM and (*H*) TEM showing morphology of platy talc bulk material. *Bars* 2 μm.

### Transfection of LP9 Cells with siRNA

On Target plus Non targeting siRNA #1 (scrambled control), and On Target plus SMART pool human *ATF3* siRNA (100 nM; Dharmacon, Lafayette, CO) were transfected into LP9 cells at near confluence using Lipofectamine 2000 (Invitrogen, Carlsbad, CA), following the manufacturer's protocol. The efficiency of *ATF3* knockdown was determined by QRT PCR after 48 and 72 hours.

### Bio Plex Analysis of Cytokine and Chemokine Concentrations in Medium of LP9/TERT 1 Cells

To quantify cytokine and chemokine levels in conditioned medium of cells transfected with siATF3 or scrambled control and exposed to

asbestos for 24 hours, a multiplex suspension protein array was performed using the Bio Plex protein array system as described previously (17) and a Human Cytokine 27 plex panel (Bio Rad, Hercules, CA). Three biological replicates were used for each treatment group.

### Statistical Analysis

Data from QRT PCR and cell viability assays were evaluated by ANOVA using the Student Neuman Keul's procedure for adjustment of multiple pairwise comparisons between treatment groups or using the nonparametric Kruskal Wallis and Mann Whitney tests. Differences with $P$ values $\leqslant 0.05$ were considered statistically significant.

Shukla, MacPherson, Hillegass, *et al.*: Gene Profiling and Mineral Pathogenicity                                                                    117



***Figure 2.*** Cell viability after 24 hours of exposure to asbestos fibers and particles in (*A C*) LP9/TERT 1 and (*D*) IOSE (D). Mean $+/-$ SE of 1 (A, B) or 3 (C, D) individual experiments where *n* 3 per group per experiment. * $P \leqslant 0.05$ compared with untreated (0) groups.

## RESULTS

### Characterization of Particulate Preparations

Table 1 shows the major chemical formulas of crocidolite asbestos fibers (defined as having a greater than 3:1 length to width ratio) and particle samples used in experiments, although trace amounts of other elements occur in the NIEHS asbestos standards (15). In addition, we examined the morphology and cellular interactions of asbestos fibers, talc, and other particles using SEM (Figure 1). These studies revealed that only high (75 $\mu m^2/cm^2$) surface area concentrations of asbestos caused membrane blebbing and other toxic manifestations in cells (Figures 1B and 1F). In contrast, particles of nonfibrous talc (Figure 1C), fine $TiO_2$ (Figure 1D), and glass beads (Figure 1E) were nontoxic. Both asbestos fibers and particles were observed on the cell surface and were encompassed by cells. Nonfibrous talc occurred in platy particles that were uniform in appearance as viewed by FESEM (Figure 1G) and TEM (Figure 1H).

### Asbestos Fibers at High Concentrations Are Toxic to LP9/TERT 1 Human Mesothelial Cells and Less So to Ovarian Epithelial Cells in Contrast to Particle Preparations

Figure 2 shows the results of trypan blue exclusion tests in LP9/TERT 1 and IOSE cells. In LP9/TERT 1 cells (Figures 2A 2C), asbestos at high surface area concentrations (75 $\mu m^2/cm^2$) caused significant decreases (50 80%) in cell viability that were more striking than those observed in IOSE cells (Figure 2D). Nonfibrous talc at 75 $\mu m^2/cm^2$ was nontoxic, and significant increases in toxicity were only achieved with addition of talc at $\geqslant 3$ fold higher concentrations in LP9/TERT 1 cells (Figure 2A), but not in IOSE cells (data not shown). Neither $TiO_2$ nor glass beads were significantly toxic to either cell type over a range of concentrations (Figure 2B).

### Asbestos Fibers, but Not Particle Preparations, Cause Dose and Time Related Changes in Gene Expression in Human LP9 Mesothelial Cells

Figure 3 shows a summary of significantly increased or de creased ($> 2$ fold compared with untreated controls) gene expression by asbestos (Figures 3A 3C) and nonfibrous talc (Figure 3D) in LP9/TERT 1 cells as well as the classification of genes by ontology. These studies revealed that gene expression changes by low concentrations of asbestos were less (29 increases) than at high concentrations (236 alterations including decreases) at 8 hours. Moreover, numbers of significant mRNA level alterations (205) at low concentrations of asbestos in creased over time. In contrast, fewer numbers (30) of gene expression increases were observed at high concentrations of talc at 8 hours compared with identical surface areas of asbestos (236 changes), and no decreases in gene expression were observed. No significant alterations in gene expression were observed with low concentrations of talc at 24 hours or with $TiO_2$ or glass beads at either concentration or time point (data not shown). The major genes affected by asbestos or talc in LP9/TERT 1 cells are listed in Tables 2 4. This information reveals that the fold increases in common genes expressed by asbestos treated cells increase in a dose related fashion at 8 hours. Although dose responses were observed with talc at 8 hours, the numbers of significant gene increases as well as fold in creases were less than that observed with asbestos and decreased over time. Since mRNA expression of *ATF3* and *IL8* were increased by either asbestos or talc in LP9/TERT 1 cells, the increased expression of these genes was verified by QRT PCR in mineral exposed cells as compared with untreated control cells (Figure 4).

In NYU474 cells, QRT PCR was used to validate that eight asbestos induced genes in LP9 cells were up regulated in



*Figure 3.* Numbers of changes ($P \leqslant 0.05$) in gene expression and classification by ontology in LP9/TERT 1 cells after exposure to (*A C*) crocidolite asbestos or (*D*) nonfibrous talc.

normal human mesothelial cells (*ATF3*, *PTGS2* or *COX2*, *FOSB*, *IL8*, *NR4A2*, and *TFPI2*). Results showed that mRNA levels of six of the eight genes evaluated were increased in a dose responsive fashion after exposure to asbestos for 24 hours (Figure 5).

### IOSE Ovarian Epithelial Cells Exhibit Few Gene Expression Changes in Response to Asbestos

In contrast to LP9/TERT 1 and NYU474 mesothelial cells, IOSE cells showed no significant gene up regulation or down regulation in response to lower concentrations of asbestos at 8 or 24 hours (data not shown). At high concentrations of asbestos at 8 hours, mRNA levels of only two genes (*NR4A2* and *CXCL2* or *MIP2*) were increased in comparison to untreated IOSE cells (Table 4). At 24 hours, high concentrations of asbestos caused less than 4 fold increases in expression of only 16 genes, and decreased expression of 1 gene, *Profilin 1* (data not shown). No significant mRNA changes were observed with nonfibrous talc, fine TiO₂ or glass beads at either time point.

### Inhibition of *ATF3* by siRNA Alters Asbestos Induced Cytokines in LP9/TERT 1 Cells

Since *ATF3* was a common gene up regulated by asbestos in mesothelial cells its functional role in cytokine production in LP9 cells was evaluated. As shown in Figure 6A, *ATF3* was success fully inhibited in LP9/TERT 1 cells using siATF3 as described in MATERIALS AND METHODS. Cells transfected with control siRNA or siATF3 were then exposed to asbestos (75 µm²/cm² $n = 3$) for 24 hours, and medium was collected and analyzed for cytokines and growth factors using Bio Plex analyses. Inhibition of *ATF3* altered levels of asbestos induced inflammatory cytokines (IL 1β, IL 13, G CSF) and the growth factor (PGDF BB) in LP9/TERT 1 cells (Figure 6B). Trends in diminishing levels of VEGF were also observed, although not statistically significant.

### DISCUSSION

Gene expression analysis has been used for the classification of soluble toxicants in rodent and human cells *in vitro*. Models of

Shukla, MacPherson, Hillegass, *et al.*: Gene Profiling and Mineral Pathogenicity                                                                 119

**TABLE 2. TOP 10 GENES AFFECTED BY CROCIDOLITE ASBESTOS AT 8 AND 24 H IN LP9/TERT 1 HUMAN MESOTHELIAL CELLS**

| | Low ($15\ \mu m^2/cm^2$) | | High ($75\ \mu m^2/cm^2$) |
|---|---|---|---|
| Concentration | | | |
| Time | 8 h | 24 h | 8 h |
| | Fold Change | | |
| **Up-regulated** | | | |
| Activating transcription factor 3 (*ATF3*) | 9 | 9 | 27 |
| Prostaglandin-endoperoxide synthase 2 (PTGS2) | 7 | 8 | 16 |
| Superoxide Dismutase 2 (SOD2) | 6 | 6 | 2 |
| Chemokine (C-X-C motif) ligand 3 (CXCL3) | 4 | NC | 16 |
| FBJ murine osteosarcoma viral oncogene homolog B (FOSB) | 4 | NC | NC |
| Tissue factor pathway inhibitor 2 (TFPI2) | 4 | 14 | 11 |
| Pyruvate dehydrogenase kinase, isozyme 4 (PDK4) | 3 | 9 | 15 |
| Chemokine (C-X-C motif) ligand 2 (CXCL2) | 3 | NC | NC |
| Angiopoietin-like 4 (ANGPLT4) | 3 | NC | NC |
| Kruppel-like factor 4 (gut) (KLF4) | 3 | NC | NC |
| Interleukin 8 C-terminal variant, 211506 s t (IL8) | NC | 8 | 12 |
| Interleukin 1 receptor-like 1 (IL1R1) | NC | 6 | 11 |
| Nuclear receptor subfamily 4 (NR4A2) | NC | NC | 11 |
| Solute carrier family 7 (SLC7A2) | NC | 6 | 10 |
| Pleckstrin homology-like domain (PHLDA1) | NC | 7 | NC |
| Interleukin 8 (IL8) | NC | 6 | NC |
| **Down-regulated** | | | |
| Inhibitor of DNA binding 3 (ID3) | NC | NC | 5 |
| Inhibitor of DNA binding 1 (ID1) | NC | NC | 3 |
| Cytochrome P450, family 24 (CYP24A1) | NC | NC | 3 |
| Basic helix-loop-helix domain (BHLHB3) | NC | NC | 3 |
| SMAD family member 6 (SMAD6) | NC | NC | 3 |
| S-phase kinase associated protein 2 (SKP2) | NC | NC | 3 |
| Cadherin 10, type 2 (CDH10) | NC | NC | 3 |
| START domain containing 5 (STARD5) | NC | NC | 3 |
| 211042 x at | NC | NC | 2 |
| Interferon-induced protein with tetratricopeptide (IFIT1) | NC | NC | 2 |
| Oxytocin receptor (OXTR) | NC | 6 | NC |
| Transcribed locus | NC | 5 | NC |
| Chromosome 5 open reading frame (C5orf13) | NC | 5 | NC |
| Cytochrome P450, family 24 (CYP24A1) | NC | 4 | NC |
| Chromosome 21 open reading frame (C21orf7) | NC | 3 | NC |
| KIAA1199 | NC | 3 | NC |
| Methyltransferase like 7A (METTL7A) | NC | 3 | NC |
| PDZ domain containing RING finger 3 (PDZRN3) | NC | 3 | NC |
| Periplakin (PPL) | NC | 3 | NC |
| Phospholipase-C-like 1 (PLCL1) | NC | 3 | NC |

*Definition of abbreviation*: NC, no significant ($P \le 0.05$) change > 2-fold from control.

transcript profiling for discrimination of toxic and nontoxic compounds in liver and other organs have also been developed in rodents (18), confirming the hypothesis that predictive modeling for classification of toxic agents and carcinogens is feasible. Here we used toxicogenomic approaches in human mesothelial cells, a cell type exquisitely sensitive to asbestos (19) and human contact inhibited ovarian epithelial cells, a cell type not linked to carcinogenesis by asbestos, to determine whether the magnitude of altered gene expression by insoluble particulates correlated with their toxicity to cells and documented pathogenicity in humans. Although a recent study has examined gene expression profiles comparatively in crocidolite asbestos exposed human lung adenocarcinoma (A549) and SV40 immortalized bronchial (BEAS 2B) or pleural mesothelial cell lines (MET5A) by cluster analysis (20), our studies are the first to examine gene expression changes by asbestos in comparison to other well characterized particles in a human cell line that exhibits features of normal mesothelial cells (5). Although strict comparisons between cell types are not justified because SV40 Tag was used to immortalize the IOSE ovarian epithelial cell line (6), and SV40 infection is known to decrease sensitivity of human mesothelial cell lines to toxicity by asbestos

(21), our studies suggest that the increased numbers of gene expression alterations observed in LP9/TERT 1 human mesothelial cells reflect elevated sensitivity of this cell type to asbestos. NYU474 human mesothelial cells were more resistant that LP9/TERT 1 cells to asbestos toxicity, permitting us to perform QRT PCR studies at both concentrations of asbestos at 24 hours. These results confirmed common dose related patterns of gene expression in mesothelial cells versus ovarian epithelial (IOSE) cells.

It is generally recognized that geometry and length and width (i.e., aspect ratio) of durable fibers such as amphibole asbestos types (crocidolite, amosite) are important properties determining toxicity, transforming potential, and carcinogeniciy in rodents and humans (13, 22, 23). Since talc can occur in various geometries (nonfibrous and fibrous) and can be contaminated with other minerals, including amphiboles, in some mining deposits (reviewed in Ref. 24), we used a well characterized, nonfibrous talc sample here to allow evaluation of a particle not causing mesotheliomas or pleural sarcomas in rodents (23). Moreover, nonfibrous talc is regarded as noncarcinogenic in humans (25). Since talc is a magnesium silicate, and $Mg^{2+}$ may interact with negatively charged molecules on the cell surface to

## TABLE 3. GENES UP REGULATED BY NONFIBROUS TALC IN LP9/TERT 1 HUMAN MESOTHELIAL CELLS

| Gene | Fold Increase |
|---|---|
| **8 h Low (15 $\mu$m$^2$/cm$^2$)** | |
| Activating transcription factor 3 (*ATF3*) | 3 |
| **8 h High (75 $\mu$m$^2$/cm$^2$)** | |
| Activating transcription factor 3 (*ATF3*) | 13 |
| Inhibin, beta A (INHBA) | 9 |
| Chemokine (C-X-C motif) ligand 3 (CXCL3) | 7 |
| Superoxide dismutase 2 (SOD2) | 7 |
| Interleukin 8 C-terminal variant, 211506 s t (IL8) | 6 |
| Prostaglandin-endoperoxide synthase 2 (PTGS2) | 5 |
| Interleukin 8 (IL8) | 5 |
| FBJ murine osteosarcoma viral oncogene homolog B (FOSB) | 5 |
| Tumor necrosis factor alpha-induced protein 6 (TNFAIP6) | 4 |
| Tissue factor pathway inhibitor 2 (TFPI2) | 4 |
| Chemokine (C-X-C motif) ligand 2 (CXCL2) | 3 |
| Intercellular adhesion molecule 4 (CICAM4) | 3 |
| ChaC, cation transport regulator homolog 1 (ChaC 1) | 3 |
| Nuclear receptor subfamily 4, group A, member 3 (NR4A3) | 3 |
| Pleckstrin homology-like domain, family A, member 1 (PHLDA1) | 3 |
| Interleukin 6 (IL-6) | 3 |
| Phorbol -12-myristate-13-acetate-induced protein 1 (PMA1P1) | 3 |
| Oxidized low density lipoprotein (lectin-like) receptor 1 (OLR1) | 3 |
| Chemokine (C-C motif) ligand 20 (CCL20) | 3 |
| v-maf musculoaponeurotic fibrosarcoma oncogene homolog F | 3 |
| Interleukin 1, alpha (IL-1$\alpha$) | 2 |
| Tumor necrosis factor-$\alpha$ induced protein 3 (TNFA1P3) | 2 |
| Interleukin 1 receptor-like 1 (IL1RL1) | 2 |
| Angiopoieten-like 4 (ANGPLT4) | 2 |
| Kruppel-like factor 4 (KLF4) | 2 |
| GTP binding protein overexpressed in skeletal muscle (GEM) | 2 |
| Pentraxin-related gene, rapidly induced by IL-1 beta (PTX3) | 2 |
| Interleukin 1 beta (IL-1$\beta$) | 2 |
| HSPB (heat shock 27 kD) associated protein 1 (HSPBAP1) | 2 |
| Kynureninase (KYNU) | 2 |



**Figure 4.** QRT PCR confirms significant increases in *ATF3* and *IL8* expression by crocidolite asbestos at low concentrations and non fibrous talc at high concentrations in LP9/TERT 1 mesothelial cells. *P < 0.05 as compared to untreated (0) groups.

disturb cell homeostasis (reviewed in Ref. 26), this may explain the few mRNA expression increases that were observed initially with talc at 8 hours. However, these changes were not observed at 24 hours, suggesting that human mesothelial cells adapt to or undergo repair after exposure to this mineral.

Our gene profiling data here and in inhalation studies using chrysotile asbestos (14) also support the concept that fine TiO$_2$ is nontoxic and nonpathogenic to mesothelial or other cell

## TABLE 4: GENES UPREGULATED BY CROCIDOLITE ASBESTOS IN IOSE HUMAN OVARIAN CELLS

| Gene | Fold increase |
|---|---|
| **8 h High (75 $\mu$m$^2$/cm$^2$)** | |
| Nuclear receptor subfamily 4 (NR4A2) | 4 |
| Chemokine (C-X-C motif) ligand 2 (MIP2) | 2 |
| **24 h High (75 $\mu$m$^2$/cm$^2$)** | |
| Nuclear receptor subfamily 4 (NR4A2) | 4 |
| DNA-damage-inducible transcript 3 (DDIT3) | 3 |
| Stromal cell-derived factor 2-like 1(SDF2L1) | 3 |
| Heat shock 70 kD protein 1A (HSPA1A) | 3 |
| DnaJ (Hsp40) homolog, subfamily C (DNAJC3) | 2 |
| Paraspeckle component 1 | 2 |
| Heat shock 70 kD protein 1B (HSPA1B) | 2 |
| Homocysteine-inducible, endoplasmic reticulum stress-inducible, ubiquitin-like domain member (HERPUD1) | 2 |
| Serum/glucocorticoid regulated kinase family, member 3 (SKG3) | 2 |
| DnaJ (Hsp40) homolog, subfamily B, member 9 (DNAJB9) | 2 |
| Arginine-rich, mutated in early stage tumors (ARMET) | 2 |
| Syntaxin 1A (brain) (STX1A) | 2 |
| Heat shock 70 kD protein 5 (HSPA5) | 2 |
| ADAM metallopeptidase with thrombospondin type 1 motif | 2 |
| Heat shock protein 90kDa beta (Grp94), member 1 (HSP90B1) | 2 |

types. Likewise, in the rat, inhalation of fine TiO$_2$ (defined as particles > 0.1 $\mu$m in diameter), in contrast to ultrafine (particles < 0.1 $\mu$m in diameter) does not give rise to predictive markers of toxicity, inflammation, pulmonary fibrosis, or oxidative stress, as indicated by elevated levels of Mn containing superoxide dismutase (*SOD2*) in cells from bronchopulmonary lavage (27). The increased reactivity and toxicity of ultrafine particles as compared with larger fine or coarse particles have also been confirmed in a number of *in vitro* and *in vivo* experiments and is often attributed to their increased surface area and/or ability to penetrate lung cells.

Our studies reveal a number of novel genes induced by asbestos in LP9/TERT 1 cells. As previously described in a lung epithelial cell line (C10) or mouse lungs after inhalation of crocidolite asbestos (28), increases in expression of the early response gene, *FOSB*, that encodes a dimer of the activator protein 1 transcription factor, were seen. Increases in expression of several other genes linked to cell signaling proteins and transcription factor activation were observed in asbestos exposed cells, including *NR4A2* and *PDK4*. A novel gene up regulated at all time points and concentrations of asbestos or talc in human mesothelial cells was activating transcription factor 3 (*ATF3*), a member of the cAMP responsive element binding (CREB) transcription factor family that encodes two different isoforms leading to repression or activation of genes. Silencing of *ATF3* in the present study by siRNA significantly altered expression of a number of asbestos induced inflammatory cytokines and growth factors documented in malignant mesotheliomas (29, 30). In support of our results here, other studies using *ATF3* deficient mice and *in vitro* approaches have shown that *ATF3* is a negative regulator of pulmonary inflammation, eosinophilia, and airway responsiveness (31). Moreover, *ATF3* also negatively regulates IL 6 gene transcription in an NF κB model of up regulation using melanoma cells (32). In addition, trends in production of VEGF, a known important angiogenic peptide and independent prognostic factor in human mesotheliomas (33), were observed. We have recently shown that an extracellular signal related

Shukla, MacPherson, Hillegass, *et al.*: Gene Profiling and Mineral Pathogenicity                    121



**Figure 5.** QRT PCR confirms that human primary pleural mesothelial cells (NYU474) show similar patterns of asbestos induced gene expression when compared with LP9/TERT 1 mesothelial cells. NYU474 cells were exposed to crocidolite asbestos (15 or 75 $\mu m^2/cm^2$) for 24 hours and cDNA was used for QRT PCR. *$P \leq 0.05$ as compared with untreated cells (0).

CREB pathway in C10 lung epithelial cells modulates apoptosis after asbestos exposure (34), and recent studies are focusing on the effects of silencing *CREB* or *ATF3* on other functional and phenotypic changes in human mesothelial and mesothelioma cells (A. Shukla and colleagues, unpublished data).

Several other genes up regulated by talc at 8 hours or affected by asbestos at both 8 and 24 hours may be important in repair from mineral induced responses. For example, *SOD2*, (Mn containing superoxide dismutase) is an antioxidant protein occurring in the mitochondria, a target cell organ of asbestos induced apoptosis (35). *PTGS2* (prostaglandin endoperoxide syntase or cyclooxyge nase) is a key enzyme in prostenoid biosynthesis associated with modulation of mitogenesis and inflammation. More recently, this pathway has been explored after interaction of ultrafine particles with alveolar macrophages (9). *ANG PTL4* (angiopoietin 4) encodes a serum hormone directly involved in regulating glucose homeostasis and lipid metabolism and is an apoptosis survival factor for vascular endothelial cells. The up regulation of angio

poietin 4 is also thought to play a role in inhibition of tumor cell motility and metastasis. *KLF4* (Kruppel like factor 4) is a negative regulator of cell proliferation and can be a positive or negative modulator of DNA transcription.

Increased expression of genes encoding different cytokines/chemokines (i.e., *IL8*) and their receptors or ligands (e.g., IL 8 C terminal variant, *IL1R1*, *CXCL2* or *MIP2*, *CXCL3*, and *TFPI2*) by asbestos or talc suggests that the mesothelial cell also may play a role in chemotaxis, inflammation, and blood coagulation. A number of gene expression changes by asbestos also support the hypothesis that this fibrous mineral affects calcium depen dent processes including related protein kinase cascades, cell adhesion, and protein/lipid metabolism (Table 2). Although numbers of changes were more modest in IOSE cells, with the exception of *NR4A2* and *CXCL2*, a unique subset of genes was induced by asbestos in this cell type (Table 4).

Results of work here suggest that transcriptional profiling can be used to reveal molecular events by mineral dusts that are



**Figure 6.** *ATF3* inhibition using siRNA approaches alters asbestos induced production of inflammatory cytokines and growth factors. (*A*) LP9/TERT 1 cells transfected with siATF3 show significant inhibition of *ATF3* mRNA levels (untreated control [siC] versus siATF3 and asbestos treated [siC Asb versus siATF3 Asb] groups). *$P \leqslant 0.05$ as compared with siC; †$P \leqslant 0.05$ as compared with siC Asb group. (*B*) siATF3 altered asbestos induced cytokine levels as detected in medium at 24 hours using Bio Plex analyses. *$P \leqslant 0.05$ as compared with control groups (siC and siATF3), respectively; †$P \leqslant 0.05$ as compared with asbestos exposed scrambled control group (siC).

predictive of their pathogenicity in mesothelioma. Moreover, they reveal early and novel gene responses, including calcium dependent transcription factors and antioxidant enzymes that may be pursued for their functional significance using RNA silencing or other approaches.

*Conflict of Interest Statement*: B.T.M. received support from EUROTALC and The Industrial Minerals Association (IMA) (11/1/05–10/31/06) for $90,000 for research. None of the other authors has a financial relationship with a commercial entity that has an interest in the subject of this manuscript.

*Acknowledgments*: The authors thank the Vermont Cancer Center DNA Analysis Facility for performing oligonucleotide microarray and real-time quantitative PCR, and Gary Tomiano (Minteg International, Inc./Specialty Minerals, Inc., Easton, PA) for talc characterization.

### References

1. Mossman BT, Gee JB. Asbestos related diseases. *N Engl J Med* 1989; 320:1721 1730.
2. Mossman BT, Churg A. Mechanisms in the pathogenesis of asbestosis and silicosis. *Am J Respir Crit Care Med* 1998;157:1666 1680.
3. Robinson BW, Lake RA. Advances in malignant mesothelioma. *N Engl J Med* 2005;353:1591 1603.
4. Mossman BT, Bignon J, Corn M, Seaton A, Gee JB. Asbestos: scientific developments and implications for public policy. *Science* 1990;247: 294 301.
5. Dickson MA, Hahn WC, Ino Y, Ronfard V, Wu JY, Weinberg RA, Louis DN, Li FP, Rheinwald JG. Human keratinocytes that express hTERT and also bypass a p16(INK4a) enforced mechanism that limits life span become immortal yet retain normal growth and differentiation characteristics. *Mol Cell Biol* 2000;20:1436 1447.
6. Choi JH, Choi KC, Auersperg N, Leung PC. Overexpression of follicle stimulating hormone receptor activates oncogenic pathways in pre neoplastic ovarian surface epithelial cells. *J Clin Endocrinol Metab* 2004;89:5508 5516.
7. Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer* 2008;122:170 176.
8. Mossman BT, Shukla A, Fukagawa NK. Highlight Commentary on "Oxidative stress and lipid mediators induced in alveolar macro phages by ultrafine particles". *Free Radic Biol Med* 2007;43:504 505.
9. Beck Speier I, Dayal N, Karg E, Maier KL, Schumann G, Schulz H, Semmler M, Takenaka S, Stettmaier K, Bors W, *et al.* Oxidative stress and lipid mediators induced in alveolar macrophages by ultrafine particles. *Free Radic Biol Med* 2005;38:1080 1092.
10. Oberdorster G, Ferin J, Gelein R, Soderholm SC, Finkelstein J. Role of the alveolar macrophage in lung injury: studies with ultrafine par ticles. *Environ Health Perspect* 1992;97:193 199.
11. Brown DM, Wilson MR, MacNee W, Stone V, Donaldson K. Size dependent proinflammatory effects of ultrafine polystyrene particles: a role for surface area and oxidative stress in the enhanced activity of ultrafines. *Toxicol Appl Pharmacol* 2001;175:191 199.
12. Donaldson K, Tran CL. Inflammation caused by particles and fibers. *Inhal Toxicol* 2002;14:5 27.
13. Health Effects Institute   Asbestos Research. Asbestos in public and commercial buildings: a literature review and synthesis of current knowledge. Cambridge, MA: The Health Effects Institute; 1991.
14. Sabo Attwood T, Ramos Nino M, Bond J, Butnor KJ, Heintz N, Gruber AD, Steele C, Taatjes DJ, Vacek P, Mossman BT. Gene expression profiles reveal increased mClca3 (Gob5) expression and mucin pro duction in a murine model of asbestos induced fibrogenesis. *Am J Pathol* 2005;167:1243 1256.
15. Campbell WJ, Huggins CW, Wylie AG. Chemical and physical charac terization of amosite, chrysotile, crocidolite, and nonfibrous tremolite for oral ingestion studies Washington, DC: National Institute of Environmental Health Sciences; 1980. No. 8542.
16. Blumen SR, Cheng K, Ramos Nino ME, Taatjes DJ, Weiss DJ, Landry CC, Mossman BT. Unique uptake of acid prepared mesoporous spheres by lung epithelial and mesothelioma cells. *Am J Respir Cell Mol Biol* 2007;36:333 342.
17. Shukla A, Lounsbury KM, Barrett TF, Gell J, Rincon M, Butnor KJ, Taatjes DJ, Davis GS, Vacek P, Nakayama KI, *et al.* Asbestos induced peribronchiolar cell proliferation and cytokine production are attenuated in lungs of protein kinase C delta knockout mice. *Am J Pathol* 2007;170:140 151.
18. Steiner G, Suter L, Boess F, Gasser R, de Vera MC, Albertini S, Ruepp S. Discriminating different classes of toxicants by transcript profiling. *Environ Health Perspect* 2004;112:1236 1248.
19. Lechner JF, Tokiwa T, LaVeck M, Benedict WF, Banks Schlegel S, Yeager H Jr, Banerjee A, Harris CC. Asbestos associated chromo somal changes in human mesothelial cells. *Proc Natl Acad Sci USA* 1985;82:3884 3888.
20. Nymark P, Lindholm PM, Korpela MV, Lahti L, Ruosaari S, Kaski S, Hollmen J, Anttila S, Kinnula VL, Knuutila S. Gene expression profiles in asbestos exposed epithelial and mesothelial lung cell lines. *BMC Genomics* 2007;8:62.
21. Cacciotti P, Barbone D, Porta C, Altomare DA, Testa JR, Mutti L, Gaudino G. SV40 dependent AKT activity drives mesothelial cell transformation after asbestos exposure. *Cancer Res* 2005;65:5256 5262.
22. Davis JM, Addison J, Bolton RE, Donaldson K, Jones AD, Smith T. The pathogenicity of long versus short fibre samples of amosite asbestos administered to rats by inhalation and intraperitoneal in jection. *Br J Exp Pathol* 1986;67:415 430.
23. Stanton MF, Layard M, Tegeris A, Miller E, May M, Morgan E, Smith A. Relation of particle dimension to carcinogenicity in amphibole asbes toses and other fibrous minerals. *J Natl Cancer Inst* 1981;67:965 975.
24. Guthrie GD Jr, Mossman BT. Health effects of mineral dusts. Wash ington, DC: Mineralogical Society of America; 1993.
25. IARC. Silica and some silicates. *IARC Monogr Eval Carcinog Risk Chem Hum* 1987;42:185.
26. Mossman B, Light W, Wei E. Asbestos: mechanisms of toxicity and carcinogenicity in the respiratory tract. *Annu Rev Pharmacol Toxicol* 1983;23:595 615.
27. Janssen YM, Heintz NH, Mossman BT. Induction of c fos and c jun proto oncogene expression by asbestos is ameliorated by N acetyl L cysteine in mesothelial cells. *Cancer Res* 1995;55:2085 2089.

28. Ramos Nino ME, Heintz N, Scappoli L, Martinelli M, Land S, Nowak N, Haegens A, Manning B, Manning N, MacPherson M, *et al.* Gene profiling and kinase screening in asbestos exposed epithelial cells and lungs. *Am J Respir Cell Mol Biol* 2003;29:S51 S58.

29. Yoshimoto A, Kasahara K, Saito K, Fujimura M, Nakao S. Granulocyte colony stimulating factor producing malignant pleural mesothelioma with the expression of other cytokines. *Int J Clin Oncol* 2005;10:58 62.

30. Vogelzang NJ, Herndon JE II, Miller A, Strauss G, Clamon G, Stewart FM, Aisner J, Lyss A, Cooper MR, Suzuki Y, *et al.* High dose paclitaxel plus G CSF for malignant mesothelioma: CALGB phase II study 9234. *Ann Oncol* 1999;10:597 600.

31. Gilchrist M, Henderson WR Jr, Clark AE, Simmons RM, Ye X, Smith KD, Aderem A. Activating transcription factor 3 is a negative regulator of allergic pulmonary inflammation. *J Exp Med* 2008;205:2349 2357.

32. Karst AM, Gao K, Nelson CC, Li G. Nuclear factor kappa B subunit p50 promotes melanoma angiogenesis by upregulating interleukin 6 ex pression. *Int J Cancer* 2009;124:494 501.

33. Demirag F, Unsal E, Yilmaz A, Caglar A. Prognostic significance of vascular endothelial growth factor, tumor necrosis, and mitotic activity index in malignant pleural mesothelioma. *Chest* 2005;128: 3382 3387.

34. Barlow CA, Barrett TF, Shukla A, Mossman BT, Lounsbury KM. Asbestos mediated CREB phosphorylation is regulated by protein kinase A and extracellular signal regulated kinases 1/2. *Am J Physiol Lung Cell Mol Physiol* 2007;292:L1361 L1369.

35. Shukla A, Stern M, Lounsbury KM, Flanders T, Mossman BT. Asbestos induced apoptosis is protein kinase C delta dependent. *Am J Respir Cell Mol Biol* 2003;29:198 205.

# Exhibit 94

PHYTOTHERAPY RESEARCH
*Phytother. Res.* **21**, 579–586 (2007)
Published online 14 March 2007 in Wiley InterScience
(www.interscience.wiley.com) DOI: 10.1002/ptr.2117



# Pycnogenol® reduces Talc-induced Neoplastic Transformation in Human Ovarian Cell Cultures

### Amber R. Buz'Zard* and Benjamin H. S. Lau

Department of Biochemistry and Microbiology, School of Medicine, Loma Linda University, Loma Linda, CA 92350, USA

Talc and poor diet have been suggested to increase the risk of developing ovarian cancer; which can be reduced by a diet rich in fruit and vegetables. Talc is ubiquitous despite concern about its safety, role as a possible carcinogen and known ability to cause irritation and inflammation. It was recently shown that Pycnogenol® (Pyc; a proprietary mixture of water-soluble bioflavonoids extracted from French maritime pine bark) was selectively toxic to established malignant ovarian germ cells. This study investigated talc-induced carcinogenesis and Pyc-induced chemoprevention. Normal human epithelial and granulosa ovarian cell lines and polymorphonuclear neutrophils (PMN) were treated with talc, or pretreated with Pyc then talc. Cell viability, reactive oxygen species (ROS) generation and neoplastic transformation by soft agar assay were measured. Talc increased proliferation, induced neoplastic transformation and increased ROS generation time-dependently in the ovarian cells and dose-dependently in the PMN. Pretreatment with Pyc inhibited the talc-induced increase in proliferation, decreased the number of transformed colonies and decreased the ROS generation in the ovarian cells. The data suggest that talc may contribute to ovarian neoplastic transformation and Pyc reduced the talc-induced transformation. Taken together, Pyc may prove to be a potent chemopreventative agent against ovarian carcinogenesis. Copyright © 2007 John Wiley & Sons, Ltd.

*Keywords:* ovarian cancer; talc; Pycnogenol®; human neutrophils.

## INTRODUCTION

Ovarian cancer is the sixth most commonly occurring cancer and ranks fifth in cancer deaths among women, accounting for more deaths than any other cancer of the female reproductive system. Epidemiological studies have suggested that diet, talc, industrial pollutants, smoking, asbestos and infectious agents may increase the risk of developing ovarian cancer (American Cancer Society, 2000) and may do so by causing localized inflammation (Ness and Cottreau, 1999). Specifically, talc exposure has been cited as a risk factor because of its similarity to asbestos (Cramer *et al.*, 1999).

Talc is a layered magnesium silicate $[Mg_3Si_4O_{10}(OH)_2]$. It is used in cosmetics (as the primary ingredient in talcum powder), pharmaceuticals (as an excipient in tablets) and in many other industrial applications (Bremmell and Addai-Mensah, 2005). Talc is used medically to induce pleurodesis because of its known ability to cause irritation and inflammation (Holthouse and Chleboun, 2001). Animal studies showed a systemic migration of talc particles to various organs despite route of entry (Henderson *et al.*, 1986; Werebe *et al.*, 1999). Exposure of rat ovaries to talc leads to cyst formation (Hamilton *et al.*, 1984). Talc was also shown to cause superoxide anion generation and release from murine macrophages (Van Dyke *et al.*, 2003). Thus controversy

* Correspondence to: Dr Amber R. Buz'Zard, Department of Biochemistry and Microbiology, School of Medicine, Loma Linda University, Loma Linda, CA 92350, USA.
E mail: abuzzard03b@llu.edu

Contract/grant sponsor: Horphag Research, Geneva, Switzerland.

continues to surround the topic of talc, its safety (Janssen, 2004) and its role as a possible carcinogen (Cramer *et al.*, 1999; Wong *et al.*, 1999).

Lifestyle factors are important in the etiology of ovarian cancer and current evidence suggests the risk can be reduced by eating a diet rich in fruit and vegetables, among other lifestyle choices (Hanna and Adams, 2006). For the past 20 years, researchers have proposed that nutritional factors play one of the most important roles in the etiology of human cancer. It is estimated that 35% (range 10–70%) of all cancers are diet related and that consumption of certain fruits and vegetables is inversely associated with the incidence of specific forms of cancer. Past research has indicated that a large number of bioactive components, which proved to be protective on different stages of cancer formation, have been identified in nutrients that are of plant origin (Knasmuller and Verhagen, 2002).

Pycnogenol® (Pyc) is a proprietary mixture of water-soluble bioflavonoids extracted from the bark of French maritime pine (*Pinus maritima* Aiton; currently known as *Pinus pinaster* Aiton). The main constituents of Pyc are phenolic compounds, broadly divided into monomers (catechin, epicatechin and taxifolin) and condensed flavonoids (classified as procyanidins and proanthocyanidins). Pyc is known to possess potent antioxidant activity, it not only scavenges the free radicals but it also enhances the endogenous antioxidant systems (Nelson *et al.*, 1998; Wei *et al.*, 1997). Pyc has also been shown to selectively induce apoptosis in breast cancer cells (Huynh and Teel, 2000) and induce differentiation and apoptosis in human promyeloid leukemia cells (Huang *et al.*, 2005). It was previously

*Received 4 October 2006*
*Revised 1 January 2007*
*Accepted 8 January 2007*

Copyright © 2007 John Wiley & Sons, Ltd.

shown that Pyc selectively induced cell death in established malignant ovarian germ cells *in vitro* (Buz'Zard and Lau, 2004). This study now reports that Pyc prevents talc-induced neoplastic transformation of normal ovarian cells, *in vitro*.

## MATERIALS AND METHODS

**Reagents and chemicals.** Pycnogenol® was supplied by Horphag Research (Geneva, Switzerland). Talc, crystal violet, Giemsa stain, RPMI-1640 medium and other miscellaneous chemicals were purchased from Sigma (St Louis, MO). Polymorphoprep™ was purchased from Greiner Bio-One, Inc. (Longwood, FL). Dulbecco's modification of Eagle's Medium (DMEM), Ham's F-12 medium and penicillin–streptomycin (P-S) were purchased from Cellgro (Herndon, VA). Fetal bovine serum (FBS) was purchased from HyClone (Logan, UT). The CellTiter 96® AQueous One Solution Cell Proliferation Assay was purchased from Promega (Madison, WI). High strength analytical grade agarose was purchased from Bio-Rad (Hercules, CA). Ionagar No. 2 was purchased from Oxoid (London, UK). 5-(and-6)-Carboxy-2′,7′-dichlorodihydrofluorescein diacetate (carboxy-H$_2$DCFDA) was purchased from Molecular Probes (Carlsbad, CA).

**Water soluble extraction of Pycnogenol®.** Pyc was incubated at 56 °C for 5 h in double distilled water, allowed to cool to room temperature and filtered using a Steriflip® Vacuum Filtration System (0.22 μm Durapore PVDF membrane; Millipore Corporation, Bedford, MA).

**Cell culture and treatments.** Two cell cultures of human origin were maintained at 37 °C in a humidified atmosphere containing 5% CO$_2$. OSE2a (immortalized normal ovarian epithelial) and GC1a (immortalized normal ovarian granulosa) cell cultures were donated by Dr Hitoshi Okamura at Kumamoto University, Japan (Okamura *et al.*, 2003). The cell lines were maintained in a 1:1 mixture of DMEM and Ham's F-12 medium supplemented with 10% FBS and 100 IU/mL P-S. In preparation for either talc or Pyc + talc treatments, each cell line was seeded (1 × 10$^5$ cells/ml) and grown to 80% confluence, unless otherwise specified. Cells were incubated with 0–500 μg/mL talc from 24 to 120 h; or 0–500 μg/mL Pyc for 24 h followed by 5 μg/mL talc for 24 or 72 h.

**Neutrophil isolation and culture.** Peripheral blood polymorphonuclear neutrophils (PMN) and monocytes were obtained from heparinized venous blood from healthy volunteers (protocol approved by Loma Linda University Institutional Review Board for Human Studies) and isolated by Polymorphoprep™ density gradient centrifugation followed by the hypotonic lysis of erythrocytes. The purity of PMNs was determined by Giemsa staining as greater than 95%. Purified cells were suspended at 5 × 10$^5$ cells/mL in RPMI-1640 containing 2 mM L-glutamine, 1 mM sodium pyruvate, supplemented with 10% FBS and 100 IU/mL P-S; and treated with varying concentrations of talc for 24 or 72 h. ROS generation was detected as detailed below.

**Cell viability assay.** The CellTiter 96® AQueous One Solution Cell Proliferation Assay was used to measure cell viability (Buz'Zard and Lau, 2004). The MTS [3-(4,5-dimethylthiazolyl-2-yl)-5-(3-carboxymethoxyphenyl)-2-(4-sulfophenyl)-2H-tetrazolium, inner salt] solution was used according to manufacturer's instructions. The absorbance was read at 490 nm using a model 3550 Microplate Reader (Bio-Rad). The percent cell viability was calculated as the absorbance of the treated cells divided by the absorbance of the untreated-control cells multiplied by 100.

**Neoplastic transformation assay.** A characteristic of cancer cells is their ability to grow and to divide when held in suspension without attachment or with minimal attachment to a rigid surface (Leung *et al.*, 2004). Thus, growth in soft agar demonstrates *in vitro* transformation of cells to their neoplastic counterparts (Morales *et al.*, 2003). After 72 h of incubation in the presence of talc; or in the presence of 0–500 μg/mL Pyc for 24 h followed by 5 μg/mL talc for 72 h, cells were collected, washed and suspended in 0.35% agarose at 5000 cells/well and layered on top of a base of 0.5% agar. The plates were incubated at 37 °C in a humidified incubator for 14 days. The cells were stained with 0.005% crystal violet and colonies were counted using an inverted microscope (Cory *et al.*, 1987).

**Reactive oxygen species (ROS) detection.** Carboxy-H$_2$DCFDA is a non-fluorescent dye that permeates the cells where it is deacetylated by viable cells to 2′,7′-dichlorofluorescin (DCFH), which is then oxidized to fluorescent 2′,7′-dichlorofluorescein (DCF) by endogenous hydrogen peroxide (H$_2$O$_2$) (Wan *et al.*, 1993). The cells were seeded in Optilux™ 96-well plates (BD Falcon, Bedford, MA) and treated with 0 to 500 μg/mL Pyc for 24 h. H$_2$O$_2$ (100 μM) was used as a positive control. Carboxy-H$_2$DCFDA (5 μM) was added and incubated for 1 h. The fluorescence intensity (excitation 485 nm/emission 530 nm) was measured as arbitrary fluorescent units (AFU) using a model 7600 Microplate Fluorometer (Cambridge Technology, Inc., Watertown, MA). The percent AFU (a.k.a. % ROS generation) was calculated as the 'treated cell-AFU' divided by the 'untreated cell-AFU' multiplied by 100. Immediately following the fluorescence detection, the fluorescence intensity was normalized by the cell viability assay.

**Statistical analysis.** Data were reported as mean ± SE. Statistical analysis was performed with the Student's paired *t*-test.

## RESULTS

All experiments were performed a minimum of three times with reproducible results.

### Effect of talc on cell viability of normal ovarian cells

Talc caused a bell-shaped curve response in OSE2a cells, with a statistically significant increase seen at 5 μg/mL (24 h) and a statistically significant decrease at 200 μg/mL (72 h) and 500 μg/mL (24 and 72 h) (Fig. 1).

Copyright © 2007 John Wiley & Sons, Ltd.

Case 3:16-md-02738-MAS-RLS    Document 9899-1    Filed 05/30/19    Page 37 of 218 PageID: 75108



**Figure 1.** Effect of talc on the cell viability of ovarian cells. Normal ovarian epithelial (OSE2a) and normal ovarian stromal (GC1a) cells were treated with various concentrations of talc for 24 and 72 h. Cell viability was measured by the MTS assay and the percent cell viability was calculated as the absorbance of the treated cell divided by the absorbance of the untreated-control cells multiplied by 100. Each data point represents mean ± SE of five determinations. Statistical significance was determined by the Student's paired *t*-test. * $p < 0.05$, ** $p < 0.01$ comparing the treatment with the respective untreated control.

Also seen in Fig. 1, talc caused a bell-shaped curve response in GC1a cells, with a statistically significant increase seen at 5, 20, 50 and 100 µg/mL (72 h) and a statistically significant decrease at 500 µg/mL (24 h).

### Effect of talc on neoplastic transformation of normal ovarian cells

Since the ability to grow suspended in soft agar is a characteristic of cells being transformed to their neoplastic counterparts (Leung *et al.*, 2004; Morales *et al.*, 2003), the study determined whether talc would be able to induce such a transformation. As shown in Fig. 2, talc caused a statistically significant increase in the number of transformed colonies in the OSE2a cells at 5 and 20 µg/mL talc and in the GC1a cells at 5, 20 and 100 µg/mL talc, compared with the untreated control. An exception was seen in the 100 µg/mL talc treatment in the OSE2a cells in which the number of transformed colonies was reduced significantly.



**Figure 2.** Neoplastic transformation of ovarian cells by talc. Normal ovarian epithelial (OSE2a) and normal ovarian stromal (GC1a) cells were incubated with various concentrations of talc for 72 h, collected, washed, seeded in soft agar suspension and grown for 14 days before colonies were counted. Each data point represents mean ± SE of three determinations. Statistical significance was determined by the Student's paired *t*-test. * $p < 0.05$, ** $p < 0.01$ and *** $p < 0.001$ comparing the treatment with the respective untreated control (0 µg/mL talc).

Copyright © 2007 John Wiley & Sons, Ltd.

*Phytother. Res.* **21**, 579–586 (2007)
DOI: 10.1002/ptr



**Figure 3.** ROS generation of ovarian cells in response to talc treatments. Normal ovarian epithelial (OSE2a) and normal ovarian stromal (GC1a) cells were treated with various concentrations of talc for 24, 72 and 120 h and $H_2O_2$ during the last 90 min of each respective time point. $H_2O_2$ was used as a positive control for this assay. Fluorescence intensity were measured as arbitrary fluorescent units (AFU) at ex 485 nm/em 530 nm and normalized with the cell viability assay. Percent AFU (a.k.a. % ROS generation) was calculated as the average AFU of the treated cell divided by the average AFU of the untreated-control cells multiplied by 100. (A) ROS generation in OSE2a cells in response to talc treatments. (B) ROS generation of GC1a cells in response to talc treatments. Each data point represents mean ± SE of three determinations. Statistical significance was determined by the Student's paired $t$-test. * $p < 0.05$, ** $p < 0.01$ and *** $p < 0.001$  comparing the treatment with the respective untreated control (as demonstrated by the horizontal brackets).

### Effect of talc on ROS generation in normal ovarian cells

Talc caused an initial dose-dependent decrease in ROS generation (24 h) which increased with time in OSE2a cells (Fig. 3A). However, as time increased, ROS generation rebounded and increased compared with the values at 24 h. A statistically significant increase was seen at 20 µg/mL (72 and 120 h) and 50 µg/mL (120 h). Talc also caused an initial dose-dependent decrease in ROS generation (24 h) in GC1a cells (Fig. 3B), but

ROS generation increased with time in the talc treated cells. A statistically significant increase was seen with 0.5, 20 and 50 µg/mL (72 and 120 h), as well as 5 and 100 µg/ mL (120 h) compared with the respective 24 h value.

### Effect of talc on ROS generation in PMN

Since oxidative stress is often a component of the tumor microenvironment (Valko *et al.*, 2004), the study tested whether talc was capable of inducing ROS generation

Copyright © 2007 John Wiley & Sons, Ltd.

*Phytother. Res.* **21**, 579  586 (2007)
DOI: 10.1002/ptr



**Figure 4.** ROS generation of polymorphonuclear neutrophils (PMN) in response to talc treatments. PMNs were treated with various concentrations of talc for 24 and 72 h and $H_2O_2$ during the last 90 min of each respective time point. $H_2O_2$ was used as a positive control for this assay. Fluorescence intensity were measured as arbitrary fluorescent units (AFU) at ex 485 nm/em 530 nm and normalized with the cell viability assay. Percent AFU (a.k.a. % ROS generation) was calculated as the average AFU of the treated cell divided by the average AFU of the untreated-control cells multiplied by 100. ROS generation of PMNs in response to talc treatments. Each data point represents mean ± SE of three determinations. Statistical significance was determined by the Student's paired $t$-test. * $p < 0.05$, ** $p < 0.01$ and *** $p < 0.001$ comparing the treatment with the respective untreated control.

in human PMNs. Talc caused a dose-dependent increase in ROS generation at both time points (Fig. 4). The increase was statistically significant at 0.5, 5, 20, 50 µg/mL (24 h) and 100 and 500 µg/mL (24 and 72 h). The maximum ROS generation was seen at 500 µg/mL and was increased over 4-fold at 24 h and 3.5-fold at 72 h, compared with the respective untreated cells.

(Fig. 5A). Pretreatment with Pyc caused a general decrease in cell viability in the GC1a cells (Fig. 5B) compared with the respective untreated GC1a cells. One exception is that of a slight, but statistically significant, increase in cell viability at 100 µg/mL Pyc + 5 µg/mL talc (72 h) compared with the respective untreated GC1a cells (Fig. 5B).

**Effect of pretreatment with Pyc on talc-induced cell viability changes in normal ovarian cells**

Pretreatment with Pyc did not cause a statistically different change in cell viability in the OSE2a cells

**Effect of pretreatment with Pyc on talc-induced neoplastic transformation of normal ovarian cells**

Pretreatment with Pyc decreased the number of neoplastically transformed colonies induced by talc in



**Figure 5.** Effect of Pyc + talc treatments on the cell viability of ovarian cells. Normal ovarian epithelial (OSE2a) and stromal (GC1a) cells were treated with 0–500 µg/mL Pyc for 24 h followed by 5 µg/mL talc for 24 and 72 h. Cell viability was measured by the MTS assay and percent cell viability was calculated as the absorbance of the treated cell divided by the absorbance of the untreated-control cells multiplied by 100. (A) OSE2a cells. (B) GC1a cells. Each data represent mean ± SE of four determinations. Statistical significance was determined by the Student's paired $t$-test. * $p < 0.05$ comparing the treatment with the respective untreated control.



**Figure 6.** Pyc-induced protection against neoplastic transformation of ovarian cells by talc. Normal ovarian epithelial (OSE2a) and stromal (GC1a) cells were incubated with 0–500 μg/mL Pyc for 24 h followed by 5 μg/mL talc for 72 h, collected, washed, seeded in soft agar suspension and grown for 14 days before colonies were counted. (A) OSE2a cells. (B) GC1a cells. Each data represent mean ± SE of three determinations. Statistical significance was determined by the Student's paired $t$-test. ** $p < 0.01$ comparing the treatment with the respective control.

the OSE2a cells, but not in a statistically significant manner (Fig. 6A). Pretreatment with Pyc (5, 100 and 500 μg/mL; 24 h) caused a statistically significant decrease in the number of talc-induced neoplastically transformed colonies in the GC1a cells (Fig. 6B).

**Effect of pretreatment with Pyc on talc-induced ROS generation in normal ovarian cells**

Pretreatment with Pyc caused a statistically significant decrease in ROS generation at 5, 20, 50, 100 and 200 μg/mL Pyc + 5 μg/mL talc (24 h); and 500 μg/mL Pyc + 5 μg/mL talc (24 and 72 h) in the OSE2a cells (Fig. 7A). Pretreatment with Pyc caused a statistically significant decrease in ROS generation at 5, 20, 50, 200 and 500 μg/mL Pyc + 5 μg/mL talc (24 h) in the GC1a cells (Fig. 7B). Pretreatment with Pyc caused a statistically significant decrease in ROS generation at 5, 20, 50, 100, 200 and 500 μg/mL Pyc + 5 μg/mL talc (72 h) in the GC1a cells (Fig. 7B). The decrease seen at 100 μg/mL Pyc + 5 μg/mL talc (24 h) was not statistically significant (Fig. 7B).

**DISCUSSION**

Cancer development is a multi-step process comprising a series of cellular and molecular changes that are mediated by various endogenous and exogenous stimuli, such as aberrantly expressed ROS (Storz, 2005).

Although ROS are a byproduct of endogenous biochemical processes, ROS (such as $H_2O_2$) at high concentrations or expressed in a chronic nature can damage cellular macromolecules and contribute to neoplastic transformation and tumor growth (Nicco *et al.*, 2005). A characteristic of neoplastically transformed cells is their ability to grow and to divide when held in suspension without attachment or with minimal attachment to a rigid surface (Leung *et al.*, 2004; Morales *et al.*, 2003). Our data show that talc not only increased cell viability (Fig. 1A), but also caused an increase in transformed cells in both the stromal and epithelial ovarian cells by their ability to grow, divide and form colonies while being suspended in soft agar (Fig. 2A).

It is known that substances that raise the intracellular level of $H_2O_2$ are able to trigger normal cell proliferation and abolish tumor cell proliferation (Ness and Cottreau, 1999; Nicco *et al.*, 2005). In normal cells, the basal level of $H_2O_2$ is low and its increase is initially associated with cell growth. $H_2O_2$ at high concentrations or expressed in a chronic nature in normal cells, can damage cellular macromolecules and contribute to neoplastic transformation and tumor growth (Nicco *et al.*, 2005). In this study, talc was shown to increase the ROS generation, after an initial suppression, in a time-dependent manner in the normal stromal cells (Fig. 3B) and less strongly in the normal epithelial cells (Fig. 3A).

Recent studies have expanded the concept that inflammation is a critical component of tumor progression. The neoplastic process (proliferation, survival and

Copyright © 2007 John Wiley & Sons, Ltd.



**Figure 7.** ROS generation of ovarian cells in response to Pyc + talc. Normal ovarian epithelial (OSE2a) and stromal (GC1a) cells were treated with 0–500 µg/mL Pyc for 24 h, followed by 5 µg/mL talc for 24 or 72 h and $H_2O_2$ (the last 90 min of each time point) as a positive control. Fluorescence intensity (AFU) was measured at ex 485 nm/em 530 nm and normalized by cell viability assay. The percent ROS generation was calculated as the average AFU of treated divided by AFU of untreated-control multiplied by 100. (A) OSE2a cells. (B) GC1a cells. Each data point represents mean ± SE of three determinations. Statistical significance was determined by the Student's paired *t*-test. * $p < 0.05$, ** $p < 0.01$ and *** $p < 0.001$ comparing the treatment with the respective untreated control.

migration) is linked with the tumor microenvironment and synchronized with inflammatory cells (Valko *et al.*, 2004). Polymorphonuclear neutrophils and macrophages are a main source of exogenous ROS in that they release large quantities of ROS in response to a variety of stimuli. This exogenously produced ROS is crucial in the innate immune system of the host for killing invading bacteria but may also be responsible for tissue injury, when expressed excessively or inappropriately (Lewis and Pollard, 2006). Inflammatory cells are prominent in the stromal compartment of virtually all types of malignancy. These highly versatile cells respond to the presence of stimuli in different parts of tumors (Balkwill and Mantovani, 2001). In an *in vitro* study of rat cells, both macrophages and neutrophils were found to be mutagenic in response to alpha-quartz dust, talc and diesel soot; however, neutrophils appeared to have a greater mutagenic effect (Driscoll *et al.*, 1997). This study found that talc not only increased the ROS generation in the ovarian cells (Fig. 3), but also increased the expression of ROS by the neutrophils (Fig. 4).

Talc has been shown to be ubiquitous in our modern environment (Bremmell and Addai-Mensah, 2005) despite concerns raised about its safety (Janssen, 2004), its role as a possible carcinogen (Cramer *et al.*, 1999; Wong *et al.*, 1999), and its known ability to cause irritation and inflammation (Holthouse and Chleboun, 2001). The data show that talc is capable of increasing

cell proliferation, inducing neoplastic transformation of both the normal stromal and epithelial ovarian cells *in vitro*; and increasing ROS generation in these cells as well as the PMN cells.

Cancer chemoprevention is regarded as an efficient strategy to prevent cancer. The most useful cancer chemopreventive compounds will have minimal long-term toxicity, while significantly reducing tumor incidence, delaying tumor onset or preventing tumor progression (Kapadia *et al.*, 2003). It was hypothesized that Pyc, shown to induce apoptosis in various malignant cells (Huang *et al.*, 2005; Huynh and Teel, 2000), could prevent talc-induced neoplastic transformation of normal ovarian cells. It was recently shown that Pyc selectively induced cell death in established malignant ovarian germ cells *in vitro* (Buz'Zard and Lau, 2004). The present study showed that Pyc was capable of inhibiting the above mentioned talc-induced changes. Pretreatment with Pyc prevented the characteristic talc-induced increase in cell viability of GC1a cells (Fig. 5B). Pretreatment with Pyc was able to decrease the ROS generation compared with the respective controls both in a dose- and time-dependent manner (Fig. 7). The data show that pretreatment with Pyc reduced the number of talc-induced transformed colonies in both cell lines (Fig. 6). In the GC1a cells, the decrease in the number of transformed colonies was statistically significant at all concentrations of Pyc (Fig. 6B).

Copyright © 2007 John Wiley & Sons, Ltd.

*Phytother. Res.* **21**, 579–586 (2007)
DOI: 10.1002/ptr

A. R. BUZ'ZARD AND B. H. S. LAU

In conclusion, our *in vitro* data suggest that: (1) talc may contribute to ovarian carcinogenesis in humans by way of inducing aberrant ROS generation and (2) Pyc reduces talc-induced neoplastic transformation of ovarian cells. Taken together, Pyc may prove to be a chemopreventative agent against ovarian carcinogenesis.

## Acknowledgements

This study was partially supported by a grant from Horphag Research, Geneva, Switzerland (Otherwise, there is no conflict of interest). We thank Dr Hitoshi Okamura for the cell lines. We thank El Chay for his guidance. We thank Vandana Shah, Marsha Yarnell and Christina Wright for their assistance.

## REFERENCES

American Cancer Society. 2000. *Ovarian Cancer*, 1–29.

Balkwill F, Mantovani A. 2001. Inflammation and cancer: back to Virchow? *Lancet* **357**: 539–545.

Bremmell KE, Addai-Mensah J. 2005. Interfacial-chemistry mediated behavior of colloidal talc dispersions. *J Colloid Interface Sci* **283**: 385–391.

Buz'Zard AR, Lau BHS. 2004. Selective toxicity of Pycnogenol for malignant ovarian germ cells *in vitro*. *Int J Cancer Prev* **1**: 207–212.

Cory S, Bernard O, Bowtell D, Schrader S, Schrader JW. 1987. Murine c-myc retroviruses alter the growth requirements of myeloid cell lines. *Oncogene Res* **1**: 61–76.

Cramer DW, Liberman RF, Titus-Ernstoff L *et al.* 1999. Genital talc exposure and risk of ovarian cancer. *Int J Cancer* **81**: 351–356.

Driscoll KE, Deyo LC, Carter JM, Howard BW, Hassenbein DG, Bertram TA. 1997. Effects of particle exposure and particle-elicited inflammatory cells on mutation in rat alveolar epithelial cells. *Carcinogenesis* **18**: 423–430.

Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K. 1984. Effects of talc on the rat ovary. *Br J Exp Pathol* **65**: 101–106.

Hanna L, Adams M. 2006. Prevention of ovarian cancer. *Best Pract Res Clin Obstet Gynaecol* **20**: 339–362.

Henderson WJ, Hamilton TC, Baylis MS, Pierrepoint CG, Griffiths K. 1986. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. *Environ Res* **40**: 247–250.

Holthouse DJ, Chlebtoun JO. 2001. Talc serodesis – report of four cases. *J R Coll Surg Edinb* **46**: 244–245.

Huang WW, Yang JS, Lin CF, Ho WJ, Lee MR. 2005. Pycnogenol induces differentiation and apoptosis in human promyeloid leukemia HL-60 cells. *Leukemia Res* **29**: 685–692.

Huynh HT, Teel RW. 2000. Selective induction of apoptosis in human mammary cancer cells (MCF-7) by pycnogenol. *Anticancer Res* **20**: 2417–2420.

Janssen JP. 2004. Is thoracoscopic talc pleurodesis really safe? *Monaldi Arch Chest Dis* **61**: 35–38.

Kapadia GJ, Azuine MA, Sridhar R *et al.* 2003. Chemoprevention of DMBA-induced UV-B promoted, NOR-1-induced TPA promoted skin carcinogenesis, and DEN-induced phenobarbital promoted liver tumors in mice by extract of beetroot. *Pharmacol Res* **47**: 141–148.

Knasmuller S, Verhagen H. 2002. Impact of dietary factors on cancer causes and DNA integrity: new trends and aspects. *Food Chem Toxicol* **40**: 1047–1050.

Leung DW, Tompkins C, Brewer J *et al.* 2004. Phospholipase C delta-4 overexpression upregulates ErbB1/2 expression, Erk signaling pathway, and proliferation in MCF-7 cells. *Mol Cancer* **3**: 15.

Lewis CE, Pollard JW. 2006. Distinct role of macrophages in different tumor microenvironments. *Cancer Res* **66**: 605–612.

Morales CP, Gandia KG, Ramirez RD, Wright WE, Shay JW, Spechler SJ. 2003. Characterisation of telomerase immortalised normal human oesophageal squamous cells. *Gut* **52**: 327–333.

Nelson AB, Lau BHS, Ide N, Rong Y. 1998. Pycnogenol inhibits macrophage oxidative burst, lipoprotein oxidation and hydroxyl radical-induced DNA damage. *Drug Dev Indust Pharm* **24**: 139–144.

Ness RB, Cottreau C. 1999. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst* **91**: 1459–1467.

Nicco C, Laurent A, Chereau C, Weill B, Batteux F. 2005. Differential modulation of normal and tumor cell proliferation by reactive oxygen species. *Biomed Pharmacother* **59**: 169–174.

Okamura H, Katabuchi H, Ohba T. 2003. What we have learned from isolated cells from human ovary? *Mol Cell Endocrinol* **202**: 37–45.

Storz P. 2005. Reactive oxygen species in tumor progression. *Front Biosci* **10**: 1881–1896.

Valko M, Izakovic M, Mazur M, Rhodes CJ, Telser J. 2004. Role of oxygen radicals in DNA damage and cancer incidence. *Mol Cell Biochem* **266**: 37–56.

Van Dyke K, Patel S, Vallyathan V. 2003. Lucigenin chemiluminescence assay as an adjunctive tool for assessment of various stages of inflammation: a study of quiescent inflammatory cells. *J Biosci* **28**: 115–119.

Wan CP, Myung E, Lau BH. 1993. An automated microfluorometric assay for monitoring oxidative burst activity of phagocytes. *J Immunol Methods* **159**: 131–138.

Wei ZH, Peng QL, Lau BHS. 1997. Pycnogenol enhances endothelial cell antioxidant defenses. *Redox Rep* **3**: 219–224.

Werebe EC, Pazetti R, Milanez DC, Jr *et al.* 1999. Systemic distribution of talc after intrapleural administration in rats. *Chest* **115**: 190–193.

Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. 1999. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol* **93**: 372–376.

Copyright © 2007 John Wiley & Sons, Ltd.

Exhibit 95

Toxicology in Vitro 24 (2010) 1139–1147



Contents lists available at ScienceDirect

# Toxicology in Vitro

journal homepage: www.elsevier.com/locate/toxinvit



# The primary role of iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid

Mohd Javed Akhtar [a], Sudhir Kumar [b], Ramesh Chandra Murthy [c], Mohd Ashquin [a], Mohd Imran Khan [a], Govil Patil [a], Iqbal Ahmad [a,*]

[a] Fibre Toxicology Division, Indian Institute of Toxicology Research (CSIR), Lucknow 226 001, UP, India
[b] Department of Zoology, University of Lucknow, Lucknow 226 001, UP, India
[c] Analytical Chemistry Division, Indian Institute of Toxicology Research (CSIR), Lucknow 226 001, UP, India

## ARTICLE INFO

Article history:
Received 8 October 2009
Accepted 3 March 2010
Available online 10 March 2010

Keywords:
Talc nanoparticles
Cytotoxicity
Lipid peroxidation
Reactive oxygen species
Glutathione
Oxidative stress
Iron contamination

## ABSTRACT

Talc particles, the basic ingredient in different kinds of talc based cosmetic and pharmaceutical products, pose a health risk to pulmonary and ovarian systems due to domestic and occupational exposures. Two types of talc nanoparticles depending on the source of geographical origin  indigenous and commercial talc nanoparticles were assessed for their potential *in vitro* toxicity on A549 cells; along with indigenous conventionally used microtalc particles. Cell viability, determined through live/dead staining and 3 (4,5 dimethyl thiazol 2 yl) 2,5 diphenyl tetrazolium bromide (MTT) assay, decreased as a function of concen tration, origin and size of particles. Both varieties of talc nanoparticles differentially induced lipid perox idation (LPO), which was correlated with the pattern of lactate dehydrogenase (LDH) leakage, reactive oxygen species (ROS) generation, and glutathione (GSH) depletion. Relatively higher cytotoxicity of indig enous nanotalc could be attributed to its higher content of iron as compared to commercial nanotalc. The known scavenger of ROS, L ascorbic acid significantly inhibited LPO induction due to talc particles. Data suggest that nanotalc toxicity on A549 cells was mediated through oxidative stress, wherein role of iron mediated LPO was much pronounced in differential cytotoxicity.

© 2010 Elsevier Ltd. All rights reserved.

## 1. Introduction

Talc is a magnesium silicate mineral with chemical formula written as $3MgO\ 4SiO_2H_2O$ which corresponds to 4.8% $H_2O$, 31.7% MgO, and 63.5% $SiO_2$. It is chemically inert to acids and alkalis and can withstand temperatures up to 1300 °C. In pulverized form it is whiter in appearance. Talc is valued for its extreme softness, smoothness, high lubricating and hiding power and ability to ab sorb oil and grease. Talc is, therefore, used by organized sector of industries because of its valuable properties. Pulverized talc has wide industrial applications in cosmetics as body and face powder; filler in rubber, textile, plastic, asbestos products, polishes and soaps; as a loading agent for paper of all kinds; used in pharmaceu ticals as a carrier of insecticidal and pesticidal dusts.

Since, talc products are marketed in a multitude of grades which have physical or functional characteristics especially suited for particular applications and products, so occupational and con

sumer exposures to talc are complex. Talc miners have shown higher rates of lung cancer and other respiratory illnesses from exposure to industrial grade talc, which contains dangerous silica and asbestos (Hollinger, 1990; National Toxicology Program, 1993). The common household hazard posed by talc is inhalation of baby powder by infants (Hollinger, 1990). Talc particles have been found to be translocated after intrapleural administration in rats (Werebe and Pazetti, 1999). Talc particles are able to move through the human reproductive system and become imbedded in the lining of the ovary. Researchers have found talc particles in ovarian tumors and have found that women with ovarian cancer have used talcum powder in their genital area more frequently than healthy women (Henderson et al., 1971; Harlow et al., 1992; Harlow and Hartge, 1995). Numerous studies have shown a strong link between frequent use of talc in the female genital area and ovarian cancer (Heller et al., 1996; Chang and Risch, 1997; Cook et al., 1997; Cramer et al., 1999; Mills et al., 2004; Wild, 2006). In an epidemiologic study aimed to analyze the interactions between talc use and genes involved in detoxification pathway, (viz; glutathione S transferase M1 (GSTM1), glutathione S trans ferase T1 (GSTT1), and N acetyltransferase 2 (NAT2), suggest that women with certain genetic variants may have a higher risk of

* Corresponding author. Address: Fibre Toxicology Division, Indian Institute of Toxicology Research, P.O. Box No. 80, Mahatma Gandhi Marg, Lucknow 226 001, UP, India. Tel.: +91 522 2620207/2227586; fax: +91 522 2628227.
E-mail addresses: iqbal@iitr.res.in, ahmadi@sify.com (I. Ahmad).

0887-2333/$ – see front matter © 2010 Elsevier Ltd. All rights reserved.
doi:10.1016/j.tiv.2010.03.002

1140                          M.J. Akhtar et al./Toxicology in Vitro 24 (2010) 1139–1147

ovarian cancer associated with genital use of talc (Gates et al., 2008).

Nanopowder of talc is a recent introduction and is used for improving quality of many industrial products. Nanopowder of talc is being used in plastics for higher strength and stiffness, better thermal and creep resistance; in papers for higher opacity, better gloss and printing quality; in cosmetics and paints for better gloss, smoother surface, resistance to water and cracking, etc. Owing to their unique nano size, nanoparticles are provided with many special physicochemical properties, and thereby may yield extraordinary hazards for human health (Donaldson et al., 2002; Kipen and Laskin, 2005; Holsapple et al., 2005; Nel et al., 2006; Borm et al., 2006). Since, talc with a multitude of physical and functional characteristics is used for particular applications, so occupational and consumer exposures to talc are likely to vary accordingly. Risk of occupational and environmental exposure to nanoparticles of talc has obviously increased.

Since, physical and functional characteristics of talc and other minerals depend, in part, from one geographical region/source to other, therefore, the first objective of the present study was to evaluate cytotoxicity of talc nanoparticles from the two sources indigenous nanotalc (Indian origin) and commercial nanotalc (American origin) using human bronchoalveolar carcinoma derived cells (A$_{549}$). Indigenous micro scale talc particle was used for comparative size dependent toxicity with the two types of nanotalc. The second objective was to study the mechanism of cytotoxicity induced by talc nano and micro particles. In the present study, different types of talc particles were dispersed in the cell culture medium at varying concentrations and then exposed to cells. Cyto toxicity was measured by determining cell viability using MTT assay and live dead staining method. To elucidate the possible mechanisms of cytotoxicity, biomarkers for cytotoxicity and oxidative stress, namely lactate dehydrogenase (LDH) leakage in cell culture medium, reactive oxygen species (ROS) generation, intracellular reduced glutathione (GSH) level, and malondialdehyde (MDA) as an indicator of lipid peroxidation and membrane damage, were measured. Antioxidant, ascorbic acid, was used to delineate further the potential mechanism of oxidative stress and as a potential preventive measure. In the toxicity of minerals, the iron content has been a key factor, acting through Fenton reaction and the Haber Weiss cycle. Some metals like Fe, Pb, and Cr was measured in the talc from two sources. A role of differential amount of iron present in indigenous and commercial talc, in the perspective of cytotoxicity and oxidative stress has, therefore, also been established.

## 2. Materials and methods

### 2.1. Nanoparticles

Indigenous cosmetic grade talc was collected from Udaipur, Rajasthan, India and prepared into micro and nanoparticles. As a standard reference, Nanopowder of talc (i.e. commercial nanotalc) was purchased from (M.K. Impex Canada, Catalpa Road, Mississauga, Canada). As per the information provided by the supplier, the powder size was 70 120 nm and the country of origin was USA. For indigenous nanotalc a stone of talc was crushed into fine particles and fed into a ball mill (PM 100, Retsch, Germany) and grinded for 5 days at an alternative cycles of grinding (10 min) and halt (30 min) at 350 rpm using a mixture of different sizes of balls. The sizes of nanoparticles were measured by transmission electron microscopy (TEM) and found to be 80 130 nm. Indian talc particles (i.e. indigenous micro talc) 50 65 μm served as negative control for a comparative study on nanotoxicity of indigenous and commercial varieties of nanotalc.

### 2.2. Chemicals

Fetal bovine serum, Penicillin streptomycin, DMEM F 12 medium, HBSS was purchased from Invitrogen Co. (Carlsbad, CA, USA). MTT [3 (4,5 dimethylthiazol 2 yl) 2,5 diphenyltetrazolium bromide], NADH, Pyruvic acid, L ascorbic acid, glutathione reduced (GSH), o phthalaldehyde (OPT), 2′,7′ dichlorofluorescin diacetate (DCFH DA), 1,1,3,3 tetraethoxypropane (TEP), 2 thiobarbituric acid (TBA), sodium dodecyl sulphate (SDS), Na$_2$HPO$_4$, NaH$_2$PO$_4$, were obtained from Sigma Aldrich. Ultrapure DI water was prepared using a Milli Q system (Millipore, Bedford, MA, USA). All other chemicals used were of reagent grade.

### 2.3. Estimation of heavy metals in indigenous and commercial talc

Talc samples were digested in digesting mixture (HNO$_3$ and perchloric acid in a ratio of 4:1) for 24 h on hot plate in a fume hood. The digested samples were dissolved in 1% HNO$_3$ and filtered. The filtrate was used for metal analysis by atomic absorption spectroscopy (AAS). Before analysis, AAS was calibrated every time by running at least three standard concentration (1, 3 and 5 mg/L) of each metal. Values have been expressed as% metal content in talc samples.

### 2.4. Measurement of hydrodynamic size of nanotalc

These particles were suspended in complete cell culture media, ultrasonicated at 30 W for 2 min (Sonics Vibra Cell, India) and a dynamic light scattering (DLS Malvern Instruments USA) performed for particle size distribution in culture media.

### 2.5. Cell culture and treatment with talc particles

The A$_{549}$ cell line has been established in permanent culture from a human lung adenocarcinoma (Lieber et al., 1976). In vitro, these cells are largely differentiated as alveolar epithelial cells, type II (Croute et al., 1990). The A$_{549}$ cells were obtained from National Centre For Cell Science (NCCS), Pune, India. Cells were maintained in DMEM F 12 medium supplemented with 10% fetal bovine serum, 100 U/ml penicillin, and 100 μg/ml streptomycin, and grown at 37 °C in a humidified, 5% CO$_2$ incubator. For the determination of GSH, MDA, and LDH levels, A$_{549}$ cells were plated into 75 cm$^2$ flasks at a density of $2.0 \times 10^6$ cells per flask in 12 ml culture medium and allowed to attach for 24 h. Then, the freshly dispersed talc nanoparticles suspensions in cell culture medium were prepared and diluted to appropriate concentrations (50, 100, and 200 μg/ml) and immediately applied to the cells in 15 ml culture medium. Cells not exposed to particles served as controls in each experiment. The selection of the 50 200 μg/ml dosage range of talc nanoparticles was based on a preliminary dose response study (data not shown). A dosage level lower than 50 μg/ml did not result cytotoxicity significantly. The 48 h exposure time was chosen for investigation; the responses at 24 h exposure were not as pronounced as that at 48 h. Therefore, all the data presented here is that of 48 h exposure. Throughout the studies presented in this paper, we utilized a particle dose of 20 μg/cm$^2$ = 100 μg/ml.

### 2.6. Cell viability assay

Cytotoxicity was measured by determining cell viability using MTT assay and live dead staining method.

#### 2.6.1. MTT assay

Cell proliferation/viability was assessed by the MTT assay as first described by Mossman (1983) and later modified by Hansen et al. (1989). This assay is based on the ability of viable cells, but

M.J. Akhtar et al./Toxicology in Vitro 24 (2010) 1139–1147    1141

not of dead cells, to reduce soluble, yellow 3 (4,5 dimethyl thiazol 2 yl) 2,5 diphenyl tetrazolium bromide (MTT) into insoluble, blue formazon product. Briefly, around 10,000 $A_{549}$ cells per well were plated in 96 well microtiter plates in a 100 µl of medium. The next day, the medium was changed and the cells were treated with talc nanoparticles at 50 , 100 , and 200 µg/ml for 48 h. After the exposure time completed, the medium was aspirated off and 100 µl MTT laden media (0.5 mg MTT/ml of media without phenol red and serum, filtered through 0.22 µm filter) added and incubated for 2 h. The reaction was stopped and formazan crystal thus formed was solubilised by mixing an equal volume of stop mix solution containing 20% SDS in 50% N,N dimethylformamide and left overnight on a shaker. To minimize the interference in absorbance caused by previously dosed talc particles (at concentrations like 50  200 µg/ml obviously resulting in turbidity!), the plates were centrifuged at 3000 rpm for 5 min to settle down the particles and a clear 100 µl supernatant was transferred to other fresh wells of microtiter plate and then absorbance at 570 nm was taken by a microplate reader (Omega Fluostar). Following noncellular back ground (blank consisting of yellow MTT  and stop mix solutions) subtraction, all data were normalized to the MTT conversion activity of media  treated control cells. This value corresponds to 0% decrease in  MTT conversion activity and represents 100% cell viability.

### 2.6.2. Live dead staining (trypan blue exclusion) assay

In addition to the MTT assay, the cell viability was also determined by the trypan blue exclusion method. The percentage of non stained live cells was evaluated using a haemocytometer. A total of 200 cells were counted for each measurement.

### 2.7. LDH leakage

The activity of cytoplasmic LDH released into the culture media was determined with the method described elsewhere (Wroblewski and LaDue, 1955; Welder et al., 1991). A 100 µl sample from the centrifuged culture media was collected after the cells were treated for 48 h. The LDH activity was assayed in 3.0 ml of reaction mixture with 100 µl of pyruvic acid (2.5 mg/ml phosphate buffer) and 100 µl of NADH (2.5 mg/ml phosphate buffer) and the rest of the volume adjusted with phosphate buffer (0.1 M, pH 7.4). The rate of NADH oxidation was determined by following the decrease in absorbance at 340 nm for 3 min at 30 s interval at 25 °C using a spectrophotometer (Thermo Spectronic). The amount of LDH released is represented as LDH activity (IU/L) in culture media.

### 2.8. Intracellular ROS measurement

The generation of intracellular ROS was measured using 2′,7′ dichlorofluorescin diacetate (DCFH DA) probe (Wang and Joseph, 1999). DCFH DA passively enters the cell where it is broken down into cell impermeable, non fluorescent reduced dichlorofluorescin (DCFH) and diacetate by cellular esterases. Now DCFH becomes oxidized with intracellular ROS to form the highly fluorescent compound dichlorofluorescein (DCF) that may be cell permeable. Briefly, 10 mM  DCFH DA stock solution made in dimethyl sulfoxide (DMSO) was diluted in culture medium without serum or other additive to yield a 100 µM working solution. After 48 h of exposure to talc nanoparticles, the cells in the 12 well plate were washed twice with HBSS and then incubated in 1 ml working solution of DCFH DA at 37 °C for 30 min. The cells were lysed in alkaline solution and centrifuged at 3000 rpm. A 200 µl supernatant was transferred to black 96 well plate and fluorescence was then read at 480 nm excitation and 520 nm emission using a microplate reader (Omega Fluostar). The intensity of untreated control well was assumed to be 100% and data is represented in percent of control.

### 2.9. Determination of intracellular GSH

The cellular content of GSH was quantified by the fluorometric assay of Hissin and Hilf (1976). After exposure, cells were lysed in 20 mM Tris (pH 7.0) by repeated cycles of freeze  thaw and centrifuged at 10,000 rpm for 10 min at 4 °C. The supernatant was transferred to another tube and protein content was measured. For the determination of intracellular GSH, protein in this supernatant was precipitated at 1% perchloric acid and again centrifuged at 10,000 rpm for 5 min at 4 °C. Now 20 µl sample was mixed with 160 µl of 0.1 M phosphate 5 mM EDTA buffer, pH 8.3 and 20 µl o phthalaldehyde (OPT, 1 mg/ml in methanol) in a black 96 well plate. After 2 h incubation at room temperature in the dark, fluorescence was measured at an emission wavelength of 460 nm and an excitation wavelength of 355 nm, along with similarly prepared standards of GSH in 1% perchloric acid. Results are expressed as nmol GSH/mg of cellular protein.

### 2.10. Determination of thiobarbituric acid  reactive substances (TBARS)

LPO was assessed by the TBARS assay, which detects mainly malondialdehyde (MDA), an end product of the peroxidation of polyunsaturated fatty acids and related esters. TBARS was measured by slight modification of the method of Ohkawa et al. (1979). Subconfluent cells were scraped in 75 cm² flasks, washed two times by isotonic trace element free Tris HCl buffer (400 mM, pH 7.3). A 200 µl aliquot of cell suspension was subsequently mixed with 800 µl of LPO assay cocktail containing (0.4% (w/v) thiobarbituric acid, 0.5% (w/v) SDS, 5% (v/v) acetic acid, pH 3.5 and incubated for 60 min at 95 °C. The sample was cooled using tap water and centrifuged at 5000 rpm for 5 min. The absorbance of the supernatants was read at 532 nm against a standard curve prepared using the MDA standard (10 mM 1,1,3,3 tetramethoxy propane in 20 mM Tris HCl, pH 7.4). Results were calculated as nmol of MDA/mg of cellular protein.

### 2.11. Addition of ʟ ascorbic acid

To test the potential antioxidant effects afforded by ascorbic acid, 1.5 mM was applied to cell culture 30 min before exposure with particles. A dosage of 200 µg/ml of the two varieties of talc was then exposed for 48 h and MDA level was measured as illustrated above.

### 2.12. Estimation of protein

The total protein concentration was measured by the Bradford method (Bradford, 1976) using a ready to use Bradford reagent (Sigma  Aldrich, USA) and bovine serum albumin as the standard.

### 2.13. Statistics

Data were expressed as the mean ± SD from three independent experiments. One  way ANOVA and Dunnett's Multiple Comparison Test was applied using Graph Pad prism (Version 5.0) software for significance testing, using a $p$ value $\leqslant 0.05$.

## 3. Results

### 3.1. Iron contamination in talc samples

Indigenous and commercial talc samples were analyzed for contamination of heavy metals (Fe, Pb, and Cr). The results are given in Table 1. Indigenous talc contained almost 2.3 times higher iron level in comparison to commercial talc. Pb was not in detectable

M.J. Akhtar et al. / Toxicology in Vitro 24 (2010) 1139–1147

**Table 1**
Metal contamination in talc samples.

| Name of metal | % Metal content | |
|---|---|---|
| | Indigenous talc | Commercial talc |
| Fe | 0.19 | 0.08 |
| Cr | Not detectable | 0.0046 |
| Pd | Not detectable | Not detectable |

limit in both the samples. However Cr was present in trace amount in commercial nanotalc.

### 3.2. Hydrodynamic size of talc nanoparticles in culture media

The size measured by a dynamic light scattering method was the particles hydrodynamic size, which indicates the extent of aggregation of particles in suspension. The measurements have been given in Table 2. Results show that aggregation occurred and the aggregation was not uniform.

### 3.3. The concentration , size , and origin dependent cytotoxicity of talc particles

The $A_{549}$ cells were exposed with indigenous microtalc (50 65 μm) particles, indigenous talc nanoparticles (80 130 nm) and commercial talc nanoparticles (70 120 nm) for 48 h exposure, and the cell viability was assessed by MTT assay. Cell viability de creased as a function of concentration, size and geographical origin of particles. Cell viability decreased to 93.0%, 91.6%, and 83.6% for indigenous microtalc and 81.6%, 67.0%, and 47.30% for indigenous nanotalc and 88.3%, 77.6%, and 64.0% for commercial nanotalc par ticles when exposed at 50 , 100 , and 200 μg/ml, respectively (Fig. 1). Fig. 2 shows the results on cell viability obtained by trypan blue exclusion test for similar experiment. Cell viability decreased to about 93.0%, 90.6%, and 83.6% for indigenous microtalc and 83.6%, 73.6%, and 57.30% for indigenous nanotalc and 88.6%, 78.6%, and 69.6% for commercial nanotalc particles exposed at 50 , 100 , and 200 μg/ml, respectively. The $IC_{50}$s evaluated by MTT and trypan blue assay is given in Table 3.

### 3.4. Cell membrane damage

LDH release, a marker of cell membrane damage, was measured at 50, 100, and 200 μg/ml for the 48 h exposure (Fig. 3). Following exposure to talc particles at concentrations mentioned above, the LDH activity in the culture media is increased in a concentration dependent manner and found to 18.1%, 32.9%, and 61.3%, respec tively for indigenous microtalc and 99.2%, 193.6%, and 275.6%, respectively for indigenous nanotalc and 46.2%, 103.7%, and 178.7%, respectively for commercial nanotalc. The indigenous nan otalc induced a significantly higher ($p < 0.05$) cell membrane dam age when compared with its micro scale size and commercial nanotalc for a particular concentration. For instance, 50 , 100 , and 200 μg/ml exposure of indigenous nanotalc induced 1.4 , 1.44 , and 1.3 fold higher membrane damage when compared with the same concentrations of commercial nanotalc induced mem brane damage. Similarly indigenous nanotalc induced membrane

**Table 2**
Actual and hydrodynamic sizes of Indigenous and Commercial nanotalc in culture media.

| Type of nanoparticles | Actual size (nm) | Hydrodynamic size (nm) |
|---|---|---|
| Commercial nanotalc | 70–120 | $800 \pm 100$ |
| Indigenous nanotalc | 80–130 | $750 \pm 120$ |



Fig. 1. Viability of $A_{549}$ cells after 48-h exposure to indigenous microtalc, indigenous nanotalc and commercial nanotalc particles evaluated by MTT assay at indicated concentrations. Values are mean ± SD from three independent exper iments. Triplicates of each treatment group were used in each independent experiment. *Denotes a significant difference from the control ($p < 0.05$).



Fig. 2. Viability of $A_{549}$ cells after 48-h exposure to indigenous microtalc, indigenous nanotalc and commercial nanotalc particles evaluated by trypan blue assay at indicated concentrations. Values are mean ± SD from three independent experiments. Triplicates of each treatment group were used in each independent experiment. *Denotes a significant difference from the control ($p < 0.05$).

damage was 1.6 , 2.2 , and 2.3 times higher than that of indigenous microtalc.

### 3.5. ROS generation

The ability of talc micro and nanoparticles to induce intracellu lar oxidant production in $A_{549}$ cells was assessed by measuring DCF fluorescence as a reporter of ROS generation. DCF fluorescence intensity significantly ($p < 0.05$) increased after 48 h exposure to all examined micro and nanoparticles at concentrations of 50 ,

**Table 3**
$IC_{50}$ values of different talc particles measured by MTT and trypan blue.

| Types of talc nanoparticles | $IC_{50}$ by MTT assay ($\mu$g/ml) | $IC_{50}$ by trypan blue assay ($\mu$g/ml) |
|---|---|---|
| Indigenous microtalc (50–65 $\mu$m) | 600 | 630 |
| Indigenous nanotalc (80–130 nm) | 190 | 255 |
| Commercial nanotalc (70–120 nm) | 277.5 | 325 |



Fig. 4. DCF-fluorescence intensity after 48-h exposure to indigenous microtalc, indigenous nanotalc and commercial nanotalc particles at indicated concentrations. Values are mean ± SD from three independent experiments. *Denotes a significant difference from the control ($p < 0.05$).



Fig. 3. The LDH activities in the cell culture medium after 48-h exposure to indigenous microtalc, indigenous nanotalc and commercial nanotalc particles at indicated concentrations. Values are mean ± SD from three independent experiments. *Denotes a significant difference from the control ($p < 0.05$).

100 , and 200 $\mu$g/ml, and evaluated to be 136%, 155%, and 175%, respectively for indigenous microtalc and 150%, 203%, and 265%, respectively for indigenous nanotalc and 136%, 175%, and 205%, respectively for commercial nanotalc (Fig. 4). The highest fluores cence obtained was that for indigenous nanotalc at 200 $\mu$g/ml.

### 3.6. Cellular GSH level and LPO induced by talc nanoparticles

Following exposure to talc particles at concentrations 50, 100, and 200 $\mu$g/ml for 48 h, the intracellular GSH level exhibited a con centration dependent decrease (Fig. 5). The GSH levels were re duced by 3%, 11.56%, and 18.8% for indigenous microtalc and 14.2%, 18.8%, and 25.4% for indigenous nanotalc and 6.6%, 11.5%, and 20.8%, respectively for commercial nanotalc.

In order to elucidate the lipid peroxidation induced by talc par ticles, the MDA concentration was measured. Each type of nano particles elevated the intracellular MDA concentration which was dependent on dosage and source of talc particle origins (Fig. 6). The MDA levels were elevated by 1.3 fold, 1.4 fold, and 1.9 fold, respectively for indigenous microtalc, and 1.6 fold, 2.3 fold, and 3.1 fold, respectively for indigenous nanotalc and 1.4 fold, 1.7 fold, and 2.1 fold, respectively for commercial nanotalc, compared to the control untreated groups.

### 3.7. Inhibitory effect afforded by ascorbic acid on LPO induced by talc nanoparticles

In an additional set of studies, L ascorbic acid was added to the cells during exposure to micro and nanotalc, each group ex



Fig. 5. Cellular GSH levels of $A_{549}$ cells after 48-h exposure to indigenous microtalc, indigenous nanotalc and commercial nanotalc particles at indicated concentrations. Values are mean ± SD from three independent experiments. *Denotes a significant difference from the control ($p < 0.05$).

posed at 200 $\mu$g/ml, as a test to determine if the oxidative damage to $A_{549}$ cells could be prevented. Results show that L ascorbic acid effectively prevented the generation of MDA level induced by talc particles (Fig. 7). MDA level was reduced up to control level for indigenous microtalc in the presence of ascorbic acid. When indigenous nanotalc induced MDA was 3.1 fold, in the presence of ascorbic acid it was reduced and found to be 2.1 fold of control. When commercial nanotalc induced MDA was 2.1 fold, in the presence of ascorbic acid it was 1.3 fold of control.

*M.J. Akhtar et al./Toxicology in Vitro 24 (2010) 1139–1147*



**Fig. 6.** Cellular MDA levels of $A_{549}$ cells after 48-h exposure to indigenous microtalc, indigenous nanotalc and commercial nanotalc particles at indicated concentrations. Values are mean ± SD from three independent experiments. *Denotes a significant difference from the control ($p < 0.05$).



**Fig. 7.** Showing the inhibitory effect of ascorbic acid on cellular MDA levels of $A_{549}$ cells under indicated conditions of 48-h exposure. #AA (1.5 mM L-ascorbic acid); IM (200 μg/ml indigenous microtalc); IN (200 μg/ml indigenous nanotalc); CN (200 μg/ml commercial nanotalc) Values are mean ± SD from three independent experiments. *Denotes a significant difference from the control ($p < 0.05$). α indicates the significant inhibitory effect of ascorbic acid (AA) on lipid peroxidation versus either, IM, IN or CN.

## 4. Discussion

At present, an *in vitro* toxicological study of talc nanoparticles is lacking. In this study, the cytotoxicity of two types of talc nanoparticles was investigated in cultured human bronchoalveolar carcinoma derived cells ($A_{549}$). This cell line has been widely used in *in vitro* cytotoxicity studies (Huang et al., 2004; Bakand et al., 2006). Present study showed that the two types of talc nanoparticles caused significant reduction in cell viability as a function of concentration and their iron content. The talc nanoparticles from two sources induced the enhanced generation of ROS and MDA

production. Consequently, redundant free radicals would interact with biomolecules including proteins, enzymes, membrane lipids and even DNA which could be oxidized, modified, destructured and ultimately dysfunctioned (Marnett, 2000; Hensley and Floyd, 2002).

Oxidative stress has been suggested to play an important role in the mechanism of toxicity of a number of compounds whether by production of free radicals or by depleting cellular antioxidant capacity. Cellular integrity is affected by oxidative stress when the production of ROS overwhelms antioxidant defense mechanism (Halliwell et al., 1992; Chen and Yu, 1994). ROS are oxygen containing molecules, such as hydrogen peroxide ($H_2O_2$), superoxide anion ($O_2^-$), and hydroxyl radical (HO·), that have a greater chemical activity than molecular oxygen. ROS are generated in many inflammatory conditions in the lung and have been associated with cell injury and apoptosis (Anderson et al., 1994; Meyer et al., 1993). Many other studies have shown that nanoparticles may produce toxicity by generating ROS. Recently, Buz'Zard and Lau (2007) have reported enhanced ROS generation in human ovarian cell culture and have found an increased cell proliferation and neoplastic transformation of human ovarian stromal and epithelial cells exposed with talc. In the present study too, talc micro and nanoparticles induced significantly higher ROS generation compared with untreated $A_{549}$ cells when using the fluorescent dichlorofluorescin probe. Moreover, indigenous nanotalc resulted higher ROS generation than commercial nanotalc.

GSH is the most abundant nonproteinous tripeptide containing a sulfhydryl group in virtually all cells, and it plays a significant role in many biological processes. It also constitutes the first line of the cellular defense mechanism against oxidative injury and is the major intracellular redox buffer in ubiquitous cell types (Meister, 1989). GSH acts as a cosubstrate in the GSH peroxidase catalyzed reduction of hydrogen peroxide or lipid peroxides (Forman et al., 1997) leading to its depletion. Previous studies demonstrated that ROS generation following GSH depletion caused mitochondrial damage (Martensson et al., 1989; Meister, 1995), which has been implicated in apoptosis (Green and Reed, 1998). There was a significant depletion of GSH between the control and the treated groups except for indigenous microtalc at 50 μg/ml. In terms of GSH depletion, indigenous nanotalc was found to be the most toxic.

In the toxicity mechanism of minerals, the iron content has been a key factor. Iron dependent ROS generation from fibers results in the generation of hydroxyl radicals through the Fenton reaction and the Haber Weiss cycle. Iron dependent LPO could be important, since this process requires redox cycling of iron and does not necessarily require $H_2O_2$ or ROS (Halliwell and Gutteridge, 1990). Indeed, iron has a key role in both the initiation and propagation of LPO, leading to the generation of peroxyl and alkoxyl radicals as well as lipid peroxides (Halliwell and Gutteridge, 1990). It has been known for several years that the surface iron (II) or leachable iron (II) on mineral surfaces reduces molecular oxygen to superoxide anion, which then dismutates to hydrogen peroxide. In the presence of asbestos or silica, hydrogen peroxide and superoxide react via a Fenton like reaction driven by iron to form the potent hydroxyl radical *in vitro* leading to cellular LPO (Mossman et al., 1996). Since, LPO is a sensitive parameter for toxic effects of various environmental pollutants with oxidative properties (Krug and Culig, 1991; Beck Speier et al., 2001; Oberdorster, 2004; Sayes et al., 2005); the authors suspected that the relatively high iron content in both the nanotalc may play a key role to yield higher ROS and in turn caused higher LPO. There are other nanomaterials, such as $C_{60}$, which mediates cytotoxicity primarily through lipid peroxidation (Sayes et al., 2005; Isakovic et al., 2006) whereas carboxyfullerenes (made by certain surface modifications of $C_{60}$) have been shown to impart cytoprotective activity by eliminating reactive oxygen species (ROS) and antago

M.J. Akhtar et al./Toxicology in Vitro 24 (2010) 1139–1147                                    1145

nizing the effects of the oxidative stress dependent cytotoxicity (Dugan et al., 1997, 2001; Bogdanovic et al., 2004; Isakovic et al., 2006). Recently Scarfi et al. (2009) has reported that plasma mem brane contact with quartz, a kind of silica, is sufficient to trigger membrane LPO, TNF α release and cell death in mouse macro phage cell line RAW 264.7. The authors hypothesize that contact of particles with cell membranes initiate ROS generation and LPO in a ratio of amount of iron present in talc nanoparticles.

For a given mass compared with larger particles, the ratio of surface to total atoms or molecules increases exponentially with decreasing particle size. Particle size is thereby an essential deter minant of the fraction of reactive groups on particle surface (Ober dorster et al., 2005; Nel et al., 2006). For example, several studies found that ultrafine particles of titania are more toxic than its lar ger counterparts having the same chemical composition (Donald son et al., 1998; Gilmour et al., 1997; Oberdorster et al., 1992, 1995; Oberdorster, 1996, 2000). Similarly, surface area dependent induction of oxidative stress and consequently, proinflammatory effects have been found to correlate in case of polystyrene particles by Brown et al. (2001) and Lin et al. (2006) have reported higher toxicity of the two sizes (15 and 46 nm) of silica nanoparticles than micro silica (5 $\mu$m) on A$_{549}$ cells. Here two sizes (15 and 46 nm) of silica nanoparticles induced no significant differences in the toxic ity and similar was the case in a study done by Sayes et al. (2006), where smaller nanoparticles of titania had effects comparable to larger nanoparticles of titania but showed a phase dependent dif ferential toxicity where anatase titania (photoactive phase), able to generate ROS more strongly, was 100 times more toxic than an equivalent sample of rutile titania. In the present study, both nano particles would have been resulted differential surface iron activity per given mass resulting in differential toxicity. When indigenous nanotalc induced toxicity is compared with indigenous microtalc, size dependent factor becomes apparent because all the composi tional factors are constant. But when commercial nanotalc (having larger surface area but lower iron content) induced toxicity is com pared with indigenous microtalc, the results show a complex func tion of size and impurities. Since, micro talc size is very large (50 65 $\mu$m), than commercial nanotalc (70 120 nm), perhaps size be comes the primary determinant of toxicity, resulting in higher tox icity of commercial nanotalc than indigenous micro talc.

Another pathway of free radical generation by asbestos, silica or particulates like these (e.g. talc particles) occurs via an oxidative burst when fibers and particles are phagocytised by AMs or other cell types, including alveolar epithelial cells and fibroblasts (Churg, 1996). Phagocytic cells can endocytose small particles, whereas bigger crystals and fibers are subject to so called "frustrated phago cytosis". Experimental studies suggest that in in vivo conditions "frustrated phagocytosis" appears to have a dramatic influence on the sustained generation of ROS (Hansen and Mossman, 1987; Vallyathan et al., 1992). Repeated "frustrated phagocytosis" would be expected to attract more phagocytes, resulting in chronic en hanced generation of ROS, which in turn contribute to inflamma some activation, resulting in the secretion of IL 1β leading to the initiation of pulmonary fibrosis (Dostert et al., 2008; Cassel et al., 2008). Since, talc and asbestos are physically and chemically simi lar, found together in nature and being particulate structure like silica and asbestos, talc particles may also generate ROS through activation of NADPH oxidase by frustrated phagocytosis, leading to the initiation of so called talcosis particularly in occupationally exposed workers.

Antioxidants, such as α tocopherol, uric acid and L ascorbic acid, typically prevent cellular damages caused by oxygen radicals by acting as ROS scavengers (Packer et al., 1979; Burton and Ingold, 1981). Ascorbic acid (or vitamin C) acts as a potent water soluble antioxidant in biological fluids (Frei et al., 1989, 1990) by scaveng ing physiologically relevant ROS and reactive nitrogen species

(RNS) (Halliwell, 1996). However, it should be noted that antioxi dative potential of ascorbic acid has not been validated in certain conditions (Bowry et al., 1992; Poulsen et al., 1998; Levine et al., 1998). Ascorbic acid contributes significantly to cellular antioxida tion as a water soluble chain breaking radical scavenger (Asard, 2008) and to the recycling of plasma membrane α tocopherol (vitamin E) via the reduction of the α tocopheroxyl radical (Aguirre and May, 2008). The latter activity may assist ascorbic acid to pro tect against LPO in membranes (May et al., 1998). We, therefore, tested the LPO preventive potential of antioxidant L ascorbic acid, on nanotalc and microtalc challenged A$_{549}$ cells. Results show that 1.5 mM L ascorbic acid effectively, but not completely, inhibited MDA level induced by talc nanoparticles. Determining the opti mum concentration of ascorbic acid that might completely sup press LPO without causing any side effect is a matter of concern (Halliwell, 1999) and the evaluation of interrelationship between LPO and chelating effect of iron present on the surface of talc par ticles by deferoxamine mesylate on LPO is under investigation. Oxidative stress is known to elicit varying effects on the activity of antioxidant enzymes. The three primary scavenger enzymes in volved in detoxifying ROS in mammalian systems are catalase, superoxide dismutase and glutathione peroxidase (MatÉs et al., 1999). For example the activity of GPx can provide important clue about the consumption rate of GSH in enzymatic detoxification of ROS. The activity of antioxidant enzymes can therefore provide fur ther insight in understanding the mechanism of toxicity caused by talc particles and is currently under investigation.

## 5. Conclusion

We have presented a preliminary data on the toxicity response elicited by the two types of talc nanoparticles, depending on their different geological origin. Since, talc with a multitude of physical and functional characteristics due to different geological context and deposits, is used for particular applications, so occupational and consumer exposures to talc and its toxic effects are likely to vary accordingly, which is obvious in this study. The cytotoxicity seems to be due to primarily through induction of LPO, as a poten tial mechanism of toxicity discussed above. Addition of 1.5 mM of L ascorbic acid, a ROS scavenger, significantly, though not com pletely, reduced LPO. Data clearly suggest that exposure of talc, particularly nanopowder, should be protected in humans at risk of occupational as well as domestic exposure.

### Acknowledgments

One of the authors (MJA) gratefully acknowledges the financial support provided by University Grants Commission (UGC), Govt. of India and CSIR networked project (NWP 17). The authors thank Dr. Alok Dhawan (In Vitro Toxicology Division, IITR, Lucknow, India) for providing DLS measurements. The IITR Communication no. of this article is 2782.

## References

Aguirre, R., May, J.M., 2008. Inflammation in the vascular bed: importance of vitamin C. Pharmacology and Therapeutics 119, 96–103.
Anderson, M.T., Staal, F.J., Gitler, C., Herzenberg, L.A., 1994. Separation of oxidant-initiated and redox-regulated steps in the NF-κB signal transduction pathway. Proceedings of the National Academy of Sciences USA 91, 11527–11531.
Asard, H., 2008. Ascorbate. In: Banerjee, R. (Ed.), Redox Biochemistry. A John Wiley and Sons Inc., Hoboken, pp. 22–27.
Bakand, S., Winder, C., Khalil, C., Hayes, A., 2006. A novel in vitro exposure technique for toxicity testing of selected volatile organic compounds. Journal of Environmental Monitoring 8, 100–105.
Beck-Speier, I., Dayal, N., Karg, E., Maier, K.L., Roth, C., Ziesenis, A., Heyder, J., 2001. Agglomerates of ultrafine particles of elemental carbon and TiO₂ induce generation of lipid mediators in alveolar macrophages. Environmental Health Perspective 109, 613–618.

*M.J. Akhtar et al. / Toxicology in Vitro 24 (2010) 1139–1147*

Bogdanovic, G., Kojic, V., Dordevic, A., Canadanovic-Brunet, J., Vojinovic-Miloradov, M., Baltic, V.V., 2004. Modulating activity of fullerol C-60 (OH)$_{(22)}$ on doxorubicin-induced cytotoxicity. Toxicology in Vitro 18, 629–637.

Borm, P.J., Robbins, D., Haubold, S., Kuhlbusch, T., Fissan, H., Donaldson, K., Schins, R., Stone, V., Kreyling, W., Lademann, J., 2006. The potential risks of nanomaterials: a review carried out for ECETOC. Particle and Fibre Toxicology 3, 11.

Bowry, V.W., Ingold, K.U., Stocker, R., 1992. Vitamin-E in human low density-lipoprotein—when and how this antioxidant becomes a prooxidant. Biochemical Journal 4, 288–341.

Bradford, M.M., 1976. A rapid and sensitive method for the quantitation of microgram quantities of protein utilizing the principle of protein-dye binding. Analytical Biochemistry 72, 248–254.

Brown, D.M., Wilson, M.R., MacNee, W., Stone, V., Donaldson, K., 2001. Size-dependent proinflammatory effects of ultrafine polystyrene particles: a role for surface area and oxidative stress in the enhanced activity of ultrafines. Toxicology and Applied Pharmacology 175, 191–199.

Burton, G.W., Ingold, K.U., 1981. Autoxidation of biological molecules. 1. The antioxidant activity of vitamin-E and related chain-breaking phenolic antioxidants in vitro. Journal of the American Chemical Society 103, 6472–6477.

Buz'Zard, A.R., Lau, B.H., 2007. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. Phytotherapy Research 21, 579–586.

Cassel, S.L., Eisenbarth, S.C., Iyer, S.S., Sadler, J.J., Colegio, O.R., Tephly, L.A., Carter, A.B., Rothman, P.B., Flavell, R.A., Sutterwala, F.S., 2008. The Nalp3 inflammasome is essential for the development of silicosis. Proceedings of the National Academy of Sciences USA 105, 9035–9040.

Chang, S., Risch, H.A., 1997. Perineal talc exposure and risk of ovarian carcinoma. Cancer 79, 2396–2401.

Chen, J.J., Yu, B.P., 1994. Alteration in mitochondrial membrane fluidity by lipid peroxidation products. Free Radical Biology and Medicine 17, 411–418.

Churg, A., 1996. The uptake of mineral particles by pulmonary epithelial cells. American Journal of Respiratory and Critical Care Medicine 154, 1124–1140.

Cook, L.S., Kamb, M.L., Weiss, N.S., 1997. Perineal powder exposure and the risk of ovarian cancer. American Journal of Epidemiology 145, 459–465.

Cramer, D.W., Liberman, R.E., Titus-Ernstoff, L., Welch, W.R., Greenberg, E.R., Baron, J.A., Harlow, B.L., 1999. Genital talc exposure and risk of ovarian cancer. International Journal of Cancer 81, 351–356.

Croute, F., Gaubin, Y., Prevost, M.C., Beaupain, R., Pianezzi, B., Soleihavoup, J.P., 1990. Effects of hypergravity on lung carcinoma cells maintained in continuous organotypic culture. Aviation, Space, and Environmental Medicine, 1002–1006.

Donaldson, K., Li, X.Y., MacNee, W., 1998. Ultrafine (nanometre) particle mediated lung injury. Journal of Aerosol Science 29, 553–560.

Donaldson, K., Brown, D., Clouter, A., Duffin, R., MacNee, W., Renwick, L., Tran, L., Stone, V., 2002. The pulmonary toxicology of ultrafine particles. Journal of Aerosol Medicine 15, 213–220.

Dostert, C., Pétrilli, V., Bruggen, R.V., Steele, C., Mossman, B.T., Tschopp, J., 2008. Innate immune activation through Nalp3 inflammasome sensing of asbestos and silica. Science 320, 674–677.

Dugan, L.L., Lovett, E.G., Quick, K.L., Lotharius, J., Lin, T.T., O'Malley, K.L., 2001. Fullerene-based antioxidants and neurodegenerative disorders. Parkinsonism and Related Disorders 7, 243–246.

Dugan, L.L., Turetsky, D.M., Du, C., Lobner, D., Wheeler, M., Almli, C.R., Clifton, K.F., Shen, C.K.F., Luh, T.Y., Choi, D.W., Lin, T.S., 1997. Carboxyfullerenes as neuroprotective agents. Proceedings of the National Academy of Sciences USA 94, 9434–9439.

Forman, H.J., Liu, R., Tian, L., 1997. Glutathione cycling in oxidative stress. In: Clerch, L.B., Massaro, D.J. (Eds.), Oxygen, Gene Expression, and Cellular Function: Lung Biology in Health and Disease, vol. 105. Marcel Dekker, New York, pp. 99–112.

Frei, B., England, L., Ames, B.N., 1989. Ascorbate is an outstanding antioxidant in human blood plasma. Proceedings of the National Academy of Sciences USA 86, 6377–6381.

Frei, B., Stocker, R., England, L., Ames, B.N., 1990. Ascorbate: the most effective antioxidant in human blood plasma. Advances in Experimental Medicine and Biology 264, 155–163.

Gates, M.A., Tworoger, S.S., Terry, K.L., Titus-Ernstoff, L., Rosner, B., Vivo, I.D., Cramer, D.W., Hankinson, S.E., 2008. Talc use, variants of the $GSTM1$, $GSTT1$, and $NAT2$ genes, and risk of epithelial ovarian cancer. Cancer Epidemiology, Biomarkers and Prevention 17, 2436–2444.

Gilmour, P., Brown, D.M., Beswick, P.H., Benton, E., MacNee, W., Donaldson, K., 1997. Surface free radical activity of PM10 and ultrafine titanium dioxide: A unifying factor in their toxicity? The Annals of Occupational Hygiene 41 (Suppl. 1), 32–38.

Green, D.G., Reed, J.C., 1998. Mitochondria and apoptosis. Science 281, 1309–1312.

Halliwell, B., Gutteridge, J.M., 1990. Role of free radicals and catalytic metal ions in human disease: an overview. Methods in Enzymology 186, 1–85.

Halliwell, B., 1996. Vitamin C: antioxidant or pro-oxidant in vivo? Free Radical Research 25, 439–454.

Halliwell, B., 1999. Establishing the significance and optimal intake of dietary antioxidants: the biomarker concept. Nutrition Reviews 57, 104–113.

Halliwell, B., Gutteridge, J.M., Cross, C.E., 1992. Free radicals, antioxidants, and human disease: where are we now? The Journal of Laboratory and Clinical Medicine 119, 598–620.

Hansen, K., Mossman, B.T., 1987. Generation of superoxide (O$^2$) from alveolar macrophages exposed to asbestiform and non-asbestiform particles. Cancer Research 47, 1681–1686.

Hansen, M.B., Nielsen, S.E., Berg, K., 1989. Re-examination and further development of a precise and rapid dye method for measuring cell growth/kill. Journal of Immunological Methods 119, 203–210.

Harlow, B.L., Cramer, D.W., Bell, D.A., Welch, W.R., 1992. Perineal exposure to talc and ovarian cancer risk. Obstetrics and Gynecology 80, 19–26.

Harlow, B.L., Hartge, P.A., 1995. A review of perineal talc exposure and risk of ovarian cancer. Regulatory Toxicology and Pharmacology 21, 254–260.

Heller, D.S., Westhoff, C., Gordon, R.E., Katz, N., 1996. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. American Journal of Obstetrics and Gynecology 174, 1507–1510.

Henderson, W.J., Joslin, C.A., Turnbull, A.C., Griffiths, K., 1971. Talc and carcinoma of the ovary and cervix. The Journal of Obstetrics and Gynaecology of the British Commonwealth 78, 266–272.

Hensley, K., Floyd, R.A., 2002. Reactive oxygen species and protein oxidation in aging: a look back, a look ahead. Archives of Biochemistry and Biophysics 397, 377–383.

Hissin, P.J., Hilf, R., 1976. A fluorometric method for determination of oxidized and reduced glutathione in tissues. Analytical Biochemistry 74, 214–226.

Hollinger, M.A., 1990. Pulmonary toxicity of inhaled and intravenous talc. Toxicology Letters 52, 121–127.

Holsapple, M.P., Farland, W.H., Landry, T.D., Monteiro-Riviere, N.A., Carter, J.M., Walker, N.J., Thomas, K.V., 2005. Research strategies for safety evaluation of nanomaterials, part II: toxicological and safety evaluation of nanomaterials, current challenges and data needs. Toxicological Sciences 88, 12–17.

Huang, M., Khor, E., Lim, L.Y., 2004. Uptake and cytotoxicity of chitosan molecules and nanoparticles: effects of molecular weight and degree of deacetylation. Pharmaceutical Research 21, 344–353.

Isakovic, A., Markovic, Z., Todorovic-Markovic, B., Nikolic, N., Vranjes-Djuric, S., Mirkovic, M., Dramicanin, M., Harhaji, L., Raicevic, N., Nikolic, Z., Trajkovic, V., 2006. Distinct cytotoxic mechanisms of pristine versus hydroxylated fullerene. Toxicological Sciences 91, 173–183.

Kipen, H.M., Laskin, D.L., 2005. Smaller is not always better: nanotechnology yields nanotoxicology. American Journal of Physiology-Lung Cellular and Molecular Physiology 289, L696–L697.

Krug, H.F., Culig, H., 1991. Directed shift of fatty-acids from phospholipids to triacylglycerols in HL-60 cells induced by nanomolar concentrations of triethyl lead chloride – involvement of a pertussis toxin-sensitive pathway. Molecular Pharmacology 39, 511–516.

Levine, M.A., Daruwala, R.C., Park, J.B., Rumsey, S.C., Wang, Y., 1998. Does vitamin C have a pro-oxidant effect? Nature (London) 395, 231.

Lieber, M., Smith, B., Szakal, A., Nelson-Rees, W., Todoro, G., 1976. A continuous tumor cell line from a human lung carcinoma with properties of type II alveolar epithelial cells. International Journal of Cancer 17, 62–70.

Lin, W., Huang, Y.W., Zhou, X.D., Ma, Y., 2006. In vitro toxicity of silica nanoparticles in human lung cancer cells. Toxicology and Applied Pharmacology 217, 252–259.

Marnett, L.J., 2000. Oxyradicals and DNA damage. Carcinogenesis 21, 361–370.

Martensson, J., Jain, A., Frayer, W., Meister, A., 1989. Glutathione metabolism in the lung: inhibition of its synthesis leads to lamellar body and mitochondrial defects. Proceedings of the National Academy of Sciences USA 86, 5296–5300.

Matés, J.M., Pérez-Gómez, C., DeCastro, I.N., 1999. Antioxidant enzymes and human diseases. Clinical Biochemistry 32, 595–603.

May, J.M., Qu, Z.-C., Mendiratta, S., 1998. Protection and recycling of α-tocopherol in human erythrocytes by intracellular ascorbic acid. Archives of Biochemistry and Biophysics 349, 281–289.

Meister, A., 1989. Molecular properties and clinical applications. In: Glutathione Centennial. Academic Press, New York.

Meister, A., 1995. Mitochondrial changes associated with glutathione deficiency. Biochemica et Biophysica Acta 1271, 35–42.

Meyer, M., Schreck, R., Baeuerle, P.A., 1993. H$_2$O$_2$ and antioxidants have opposite effects on activation of NF-κB and AP-1 in intact cells: AP-1 as secondary antioxidant-responsive factor. The EMBO Journal 12, 2005–2015.

Mills, P.K., Riordan, D.G., Cress, R.D., Young, H.A., 2004. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. International Journal of Cancer 112, 458–464.

Mossman, T., 1983. Rapid colorimetric assay for cellular growth and survival: application to proliferation and cytotoxicity assays. Journal of Immunological Methods 65, 55–63.

Mossman, B.T., Kamp, D.W., Weitzman, S.A., 1996. Mechanisms of carcinogenesis and clinical features of asbestos-associated cancers. Cancer Investigation 14, 466–480.

National Toxicology Program, 1993. NTP Toxicology and Carcinogenesis Studies of Talc (Non-asbestiform) in Rats and Mice (Inhalation Studies), vol. 421, pp. 1–287.

Nel, A., Xia, T., Madler, L., Li, N., 2006. Toxic potential of materials at the nanolevel. Science 311, 622–627.

Oberdorster, G., Ferin, J., Gelein, R., Soderholm, S., Finkelstein, J., 1992. Role of alveolar macrophage in lung injury: studies with ultrafine particles. Environmental Health Perspective 97, 193–199.

Oberdorster, G., Gelein, R., Ferin, J., Weiss, B., 1995. Association of particulate air pollution and acute mortality: involvement of ultrafine particles? Inhalation Toxicology 7, 111–124.

Oberdorster, G., 1996. Significance of particle parameters in the evaluation of exposure–dose–response relationships of inhaled particles. Inhalation Toxicology 8, 73–89.

Oberdorster, G., 2000. Toxicology of ultrafine particles: in vivo studies. Philosophical Transactions of the Royal Society 358, 2719–2740.

Oberdorster, E., 2004. Manufactured nanomaterials (fullerenes, C-60) induce oxidative stress in the brain of juvenile largemouth bass. Environmental Health Perspective 112, 1058–1062.

Oberdorster, G., Oberdorster, E., Oberdorster, J., 2005. Nanotoxicology: an emerging discipline evolving from studies of ultrafine particles. Environmental Health Perspective 113, 823–839.

Ohkawa, H., Ohisi, N., Yagi, Y., 1979. Assay for lipid peroxides in animal tissues by thiobarbituric acid reaction. Analytical Biochemistry 95, 351–358.

Packer, J.E., Slater, T.F., Willson, R.L., 1979. Direct observation of a free radical interaction between vitamin E and vitamin C. Nature (London) 278, 737–738.

Poulsen, H.E., Weimann, A., Salonen, J.T., Nyyssonen, K., Loft, S., Cadet, J., Douki, T., Ravanat, J., 1998. Does vitamin C have a pro-oxidant effect? Nature (London) 395, 231–232.

Sayes, C.M., Gobin, A.M., Ausman, K.D., Mendez, J., West, J.L., Colvin, V.L., 2005. Nano-C (60) cytotoxicity is due to lipid peroxidation. Biomaterials 26, 7587–7595.

Sayes, C.M., Wahi, R., Kurian, P.A., Liu, Y., West, J.L., Ausman, K.D., Warheit, D.B., Colvin, V.L., 2006. Correlating nanoscale titania structure with toxicity: a cytotoxicity and inflammatory response study with human dermal fibroblasts and human lung epithelial cells. Toxicological Sciences 92, 174–185.

Scarfi, S., Magnone, M., Ferraris, C., Pozzolini, M., Benvenuto, F., Benatti, U., Giovine, M., 2009. Ascorbic acid pre-treated quartz stimulates TNF-α release in RAW 264.7 murine macrophages through ROS production and membrane lipid peroxidation. Respiratory Research 10, 25.

Vallyathan, V., Mega, J.F., Shi, X., Dalal, N.S., 1992. Enhanced generation of free radicals from phagocytes induced by mineral dusts. American Journal of Respiratory Cell and Molecular Biology 6, 404–413.

Wang, H., Joseph, J.A., 1999. Quantifying cellular oxidative stress by dichlorofluorescin assay using microplate reader. Free Radical Biology and Medicine 27, 612–616.

Welder, A.A., Grant, R., Bradlaw, J., Acosta, D., 1991. A primary culture system of adult rat heart cells for the study of toxicologic agent. In Vitro Cellular and Developmental Biology 27A, 921–926.

Wild, P., 2006. Lung cancer risk and talc not containing asbestiform fibres: a review of the epidemiological evidence. Occupational and Environmental Medicine 63, 4–9.

Werebe, E.C., Pazetti, R., 1999. Systemic distribution of talc after intrapleural administration in rats. Chest 115, 190–193.

Wroblewski, F., LaDue, J.S., 1955. Lactate dehydrogenase activity in blood. Proceedings of the Society for Experimental Biology and Medicine 90, 210–213.

Exhibit 96

*Original Article*

# Molecular Basis Supporting the Association of Talcum Powder Use With Increased Risk of Ovarian Cancer

Reproductive Sciences
1-10
© The Author(s) 2019
Article reuse guidelines:
sagepub.com/journals-permissions
DOI: 10.1177/1933719119831773
journals.sagepub.com/home/rsx

⑤SAGE

Nicole M. Fletcher, PhD[1], Amy K. Harper, MD[2], Ira Memaj, BS[1], Rong Fan, MS[1], Robert T. Morris, MD[2], and Ghassan M. Saed, PhD[1,2]

## Abstract

Genital use of talcum powder and its associated risk of ovarian cancer is an important controversial topic. Epithelial ovarian cancer (EOC) cells are known to manifest a persistent prooxidant state. Here we demonstrated that talc induces significant changes in key redox enzymes and enhances the prooxidant state in normal and EOC cells. Using real-time reverse transcription polymerase chain reaction and enzyme-linked immunosorbent assay, levels of CA-125, caspase-3, nitrate/nitrite, and selected key redox enzymes, including myeloperoxidase (MPO), inducible nitric oxide synthase (iNOS), superoxide dismutase (SOD), catalase (CAT), glutathione peroxidase (GPX), and glutathione reductase (GSR), were determined. TaqMan genotype analysis utilizing the QuantStudio 12K Flex was used to assess single-nucleotide polymorphisms in genes corresponding to target enzymes. Cell proliferation was determined by MTT proliferation assay. In all talc-treated cells, there was a significant dose-dependent increase in prooxidant iNOS, nitrate/nitrite, and MPO with a concomitant decrease in antioxidants CAT, SOD, GSR, and GPX ($P < .05$). Remarkably, talc exposure induced specific point mutations that are known to alter the activity in some of these key enzymes. Talc exposure also resulted in a significant increase in inflammation as determined by increased tumor marker CA-125 ($P < .05$). More importantly, talc exposure significantly induced cell proliferation and decreased apoptosis in cancer cells and to a greater degree in normal cells ($P < .05$). These findings are the first to confirm the cellular effect of talc and provide a molecular mechanism to previous reports linking genital use to increased ovarian cancer risk.

## Keywords

talc, epithelial ovarian cancer, oxidative stress, single-nucleotide polymorphism, cell proliferation

## Introduction

Ovarian cancer is the most lethal gynecologic malignancy and ranks fifth in cancer deaths among women diagnosed with cancer.[1] Epithelial ovarian cancer (EOC) has long been considered a heterogeneous disease with respect to histopathology, molecular biology, and clinical outcome.[1,2] Although surgical techniques and treatments have advanced over the years, the prognosis of EOC remains poor, with a 5-year survival rate of 50% in advanced stage.[2] This is largely due to the lack of early warning symptoms and screening methods and the development of chemoresistance.[1,2] Moreover, ovarian cancer is known to be associated with germline mutations in the *BRCA1* or *BRCA2* genes, but with a rate of only 20 % to 40%, suggesting the presence of other unknown mutations in other predisposition genes.[3] Additional genetic variations including single-nucleotide polymorphisms (SNPs) have been hypothesized to act as low to moderate penetrant alleles that contribute to ovarian cancer risk.[3,4]

The pathophysiology of EOC is not fully understood but has been strongly associated with inflammation and the resultant oxidative stress.[5] We have previously characterized EOC cells to manifest a persistent prooxidant state as evident by the upregulation of key oxidants and downregulation of key antioxidants, which is further enhanced in chemoresistant EOC cells.[6] The expression of key prooxidant/inflammatory enzymes such as inducible nitric oxide synthase (iNOS), nicotinamide adenine dinucleotide phosphate (NAD(P)H) oxidase, and myeloperoxidase (MPO), as well as an increase in nitric oxide (NO) levels, was increased in EOC tissues and cells.[6] Additionally, we have shown that EOC cells manifest lower apoptosis, which

[1] Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, USA
[2] Department of Gynecologic Oncology, Karmanos Cancer Institute, Detroit, MI, USA

**Corresponding Author:**
Ghassan M. Saed, Departments of Obstetrics and Gynecology and Oncology, Karmanos Cancer Institute, Wayne State University School of Medicine, Detroit, MI 48201, USA.
Email: gsaed@med.wayne.edu

was markedly induced by inhibiting iNOS, indicating a strong link between apoptosis and NO/iNOS pathways in these cells.[6]

The cellular redox balance is maintained by key antioxidants including catalase (CAT), superoxide dismutase (SOD), or by glutathione peroxidase (GPX) coupled with glutathione reductase (GSR).[5] Other important scavengers include thioredoxin coupled with thioredoxin reductase, and glutaredoxin, which utilizes glutathione (GSH) as a substrate.[7] We have previously reported that a genotype switch in key antioxidants is a potential mechanism leading to the acquisition of chemoresistance in EOC cells.[7] We have studied the effects of genetic polymorphisms in key redox genes on the acquisition of the oncogenic phenotype in EOC cells, including genes that control the levels of cellular reactive oxygen species and oxidative damage and SNPs for genes involved in carcinogen metabolism (detoxification and/or activation), antioxidants, and DNA repair pathways.[4,6] Several function-altering SNPs have been identified in key antioxidants, including CAT, GPX, GSR, and SOD.[4]

Several studies have suggested the possible association between genital use of talcum powder and risk of EOC.[7-12] Association between the use of cosmetic talc in genital hygiene and ovarian cancer was first described in 1982 by Cramer et al, and many subsequent studies supported this finding.[7-12] Talc and asbestos are both silicate minerals; the carcinogenic effects of asbestos have been extensively studied and documented in the medical literature.[7-12] Asbestos fibers in the lung initiate an inflammatory and scarring process, and it has been proposed that ground talc, as a foreign body, might initiate a similar inflammatory response.[7] The objective of this study was to determine the effects of talcum powder on the expression of key redox enzymes, CA-125 levels, and cell proliferation and apoptosis in normal and EOC cells.

## Material and Methods

### Cell Lines

Ovarian cancer cells SKOV-3 (ATCC), A2780 (Sigma Aldrich, St Louis, Missouri), and TOV112D (a kind gift from Gen Sheng Wu at Wayne State University, Detroit, Michigan) and normal cells human macrophages (EL-1; ATCC, Manassas, Virginia), human primary normal ovarian epithelial cells (Cell Biologics, Chicago, Illinois), human ovarian epithelial cells (HOSEpiC; ScienCell Research Laboratories, Inc, Carlsbad, California), and immortalized human fallopian tube secretory epithelial cells (FT33; Applied Biological Materials, Richmond, British Columbia, Canada) were used. All cells were grown in media and conditions following manufacturer's protocol. EL-1 cells were grown in IMDM media (ATCC) supplemented with 0.1 mM hypoxanthine and 0.1 mM thymidine solution (H-T, ATCC) and 0.05 mM β-mercaptoethanol. SKOV-3 EOC cells were grown in HyClone McCoy's 5A medium (Fisher Scientific, Waltham, Massachusetts), A2780 EOC cells were grown in HyClone RPMI-1640 (Fisher Scientific), and both TOV112D EOC cells were grown in MCDB105

(Cell Applications, San Diego, California) and Medium 199 (Fisher Scientific; 1:1). All media were supplemented with fetal bovine serum (Innovative Research, Novi, Michigan) and penicillin/streptomycin (Fisher Scientific), per their manufacturer specifications. Human primary normal ovarian epithelial cells were grown in complete human epithelial cell medium (Cell Biologics).

### Treatment of Cells

Talcum baby powder (Johnson & Johnson, New Brunswick, NJ, #30027477, Lot#13717RA) was dissolved in dimethyl sulfoxide (DMSO; Sigma Aldrich) at a concentration of 500 mg in 10 mL and was filtered with a 0.2 μm syringe filter (Corning). Sterile DMSO was used as a control for all treatments. Cells were seeded in 100-mm cell culture dishes ($3 \times 10^6$) and were treated 24 hours later with 5, 20, or 100 μg/mL of talc for 72 hours. Cell pellets were collected for RNA, DNA, and protein extraction. Cell culture media were collected for CA-125 analysis by enzyme-linked immunosorbent assay (ELISA).

### Real-Time Reverse Transcription Polymerase Chain Reaction

Total RNA was extracted from all cells using the RNeasy mini kit (Qiagen, Valencia, California). Measurement of the amount of RNA in each sample was performed using a Nanodrop spectrophotometer (Thermo Fisher Scientific, Waltham, Massachusetts). A 20 μL complementary DNA reaction volume containing 0.5 μg RNA was prepared using the SuperScript VILO Master Mix Kit (Life Technologies, Carlsbad, California). Optimal oligonucleotide primer pairs were selected for each target using Beacon designer (Premier Biosoft, Inc; Table 1). Quantitative reverse transcription polymerase chain reaction (RT-PCR) was performed using the EXPRESS SYBR GreenER qPCR supermix kit (Life Technologies) and the Cepheid 1.2f detection system (Sunnyvale, CA) previously described.[6] Standards with known concentrations and lengths were designed specifically for β-*actin* (79 bp), *CAT* (105 bp), *NOS2* (89 bp), *GSR* (103 bp), *GPX1* (100 bp), *MPO* (79 bp), and *SOD3* (84 bp), allowing for construction of a standard curve using a 10-fold dilution series.[6] All samples were normalized to β-*actin*. A final melting curve analysis was performed to demonstrate specificity of the PCR product.

### Protein Detection

Cell pellets were lysed utilizing cell lysis buffer (20 mM Tris–HCl [pH 7.5], 150 mM NaCl, 1 mM $Na_2EDTA$, 1 mM EGTA, 1% Triton, 2.5 sodium pyrophosphate, 1 mM β-glycerophosphate, 1 mM $Na_3VO_4$, 1 μg/mL leupeptin) containing a cocktail of protease inhibitors. Samples were centrifuged at 13 000 rpm for 10 minutes at 4°C. Total protein concentration of cell lysates from control and talc-treated cells was measured with the Pierce BCA protein assay kit (Thermo Scientific, Rockford, Illinois).

**Table 1.** Real Time RT PCR Oligionucleotide Primers.

| Accession Number | Gene | Sense (5′ 3′) | Antisense (3′ 5′) | Amplicon (bp) | Annealing Time (seconds) and Temperature (°C) |
|---|---|---|---|---|---|
| NM 001101 | β actin | ATGACTTAGTTGCGTTACAC | AATAAAGCCATGCCAATCTC | 79 | 10, 64 |
| NM 001752 | CAT | GGTTGAACAGATAGCCTTC | CGGTGAGTGTCAGGATAG | 105 | 10, 63 |
| NM 003102 | SOD3 | GTGTTCCTGCCTGCTCCT | TCCGCCGAGTCAGAGTTG | 84 | 60, 64 |
| NM 000637 | GSR | TCACCAAGTCCCATATAGAAATC | TGTGGCGATCAGGATGTG | 116 | 10, 63 |
| NM 000581 | GPX1 | GGACTACACCCAGATGAAC | GAGCCCTTGCGAGGTGTAG | 91 | 10, 66 |
| NM 000625 | NOS2 | GAGGACCACATCTACCAAGGAGGAG | CCAGGCAGGCGGAATAGG | 89 | 30, 59 |
| NM 000250 | MPO | CACTTGTATCCTCTGGTTCTTCAT | TCTATATGCTTCTCACGCCTAGTA | 79 | 60, 63 |

Abbreviation: RT-PCR, reverse transcription polymerase chain reaction.

## Detection of Protein/Activity by ELISA

The following ELISA kits were used (Cayman Chemical, Ann Arbor, Michigan): CAT, SOD, GSR, GPX, and MPO. Nitrite ($NO_2^-$)/nitrate ($NO_3^-$) were determined spectrophotometrically by Griess assay as previously reported.[6] CA-125 protein levels were measured in cell media by ELISA (Ray Biotech, Norcross, Georgia).

## TaqMan SNP Genotyping Assay

DNA was isolated utilizing the EZ1 DNA tissue kit (Qiagen) for EOC cells. The TaqMan SNP genotyping assay set (Applied Biosystems, Carlsbad, California; NCBI dbSNP genome build 37, MAF source 1000 genomes) was used to genotype the SNPs (Table 1). The Applied Genomics Technology Center (AGTC, Wayne State University) performed these assays. Analysis was done utilizing the QuantStudio 12 K Flex real-time PCR system (Applied Biosystems).

## Cell Proliferation and Apoptosis

Cell proliferation was assessed with the TACS MTT cell proliferation assay (Trevigen, Gaithersburg, Maryland) after treatment with talc (100 µg/mL) for 24 hours. The Caspase-3 Colorimetric Activity Assay Kit (Chemicon, Temecula, California) was used to determine levels of caspase-3 activity after treatment of normal and EOC cells with various doses of talc as previously described.[6] Equal concentrations of cell lysate were used. The assay is based on spectrophotometric detection of the chromophore p-nitroaniline (pNA) after cleavage from the labeled substrate DEVD-pNA. The free pNA can be quantified using a spectrophotometer or a microtiter plate reader at 405 nm. Comparison of the absorbance of pNA from an apoptotic sample with its control allows determination of the percentage increase in caspase-3 activity.

## Statistical Analysis

Normality was examined using the Kolmogorov-Smirnov test and by visual inspection of quantile–quantile plots. Because most of the data were not normally distributed, differences in distributions were examined using the Kruskal-Wallis test. Generalized linear models were fit to examine pairwise differences in estimated least squares mean expression values by exposure to 0, 5, 20, or 100 µg/mL of talc. We used the Tukey-Kramer adjustment for multiple comparisons, and the regression models were fit using log2 transformed analyte expression values after adding a numeric constant "1" to meet model assumptions while avoiding negative transformed values. P values below .05 are statistically significant.

## Results

### Talc Treatment Decreased the Expression of Antioxidant Enzymes SOD and CAT in Normal and EOC Cells

Real-time RT-PCR and ELISA assays were utilized to determine the CAT and SOD messenger RNA (mRNA) and protein levels in cells before and after 72 hours talc treatment, respectively (Figure 1). The CAT (Figure 1A and C) and SOD (Figure 1B and D) mRNA and protein levels were significantly decreased in a dose-dependent manner in talc-treated cells compared to controls ($P < .05$).

### Talc Treatment Increased the Expression of Prooxidants iNOS, $NO_2$ /$NO_3^-$, and MPO in Normal and EOC Cells

Real-time RT-PCR and $NO_2^-$/$NO_3^-$ assays were utilized to determine the iNOS mRNA and NO levels in cells before and after 72 hours talc treatment, respectively (Figure 2). The iNOS mRNA and NO levels were significantly increased in a dose-dependent manner in talc-treated cells as compared to their controls (Figure 2A and C, $P < .05$). As expected, there was no detectable MPO in normal ovarian and fallopian tube cells, and thus, talc treatment did not have any effect. However, MPO mRNA and protein levels were significantly increased in a dose-dependent manner in talc-treated ovarian cancer cells and macrophages compared to controls (Figure 2B and D, $P < .05$).

### Talc Treatment Decreased the Expression of Antioxidant Enzymes, GPX and GSR, in Normal and EOC Cells

Real-time RT-PCR and ELISA assays were utilized to determine the GPX and GSR mRNA and protein levels in cells before and



**Figure 1.** Decreased expression and activity of key antioxidant enzymes, CAT and SOD3. The mRNA (real time RT PCR) and protein/activity levels (ELISA) of CAT (A and C) and SOD3 (B and D) were determined in macrophages (EL 1), human primary ovarian epithelial cells (normal ovarian), fallopian tube (FT33), and ovarian cancer (SKOV 3, TOV112D, and A2780) cell lines before and after treatment with various doses of talc over 72 hours. Experiments were performed in triplicate. Expression is depicted as the mean, with error bars representing standard deviation. All changes in response to talc treatment were significant ($P < .05$) in all cells and in all doses as compared to controls. CAT indicates catalase; SOD3, superoxide dismutase 3; mRNA, messenger RNA; RT PCR, reverse transcription polymerase chain reaction; ELISA, enzyme linked immunosorbent assay.

after 72 hours of talc treatment, respectively (Figure 3). The GPX (Figure 3A and C) and GSR (Figure 3B and D) mRNA and protein levels were significantly decreased in a dose-dependent manner in talc-treated cells compared to controls ($P < .05$).

### Talc Exposure Induced Known Genotype Switches in Key Oxidant and Antioxidant Enzymes

Talc treatment was associated with a genotype switch in *NOS2* from the common C/C genotype in untreated cells to T/T, the SNP genotype, in talc-treated cells, except in A2780 and TOV112D (Table 2). Additionally, the observed decrease in CAT expression and activity was associated with a genotype switch from common C/C genotype in CAT in untreated cells to C/T, the SNP genotype, in TOV112D and all normal talc-treated cells. However, there was no detectable genotype switch in CAT in A2780, SKOV3, and TOV112D (Table 2). Remarkably, there was no observed genotype switch in the selected SNP for SOD3 and GSR in all talc-treated cells. All cells, except for HOSEPiC cells, manifest the SNP genotype of

*GPX1* (C/T). Intriguingly, talc treatment reversed this SNP genotype to the normal genotype (Table 2).

### Talc Treatment Increased CA-125 Levels in Normal and EOC Cells

CA-125 ELISA assay was performed in protein isolated from cell media before and after talc treatment. CA-125 levels were significantly increased in a dose-dependent manner in all cells (Figure 4, $P < .05$). There was no detectable CA-125 protein in macrophages.

### Talc Treatment Increased Cell Proliferation and Decreased Apoptosis

MTT cell proliferation assay was used to determine cell viability, and caspase-3 activity assay was utilized to determine apoptosis of all cell lines after 24 hours of talc treatment (Figure 5). Cell proliferation was significantly increased from the baseline in all talc-treated cells ($P < .05$), but to a greater degree in normal



**Figure 2.** Increased expression and activity of key prooxidants, iNOS, $NO_2^-/NO_3^-$, and MPO. The mRNA (real time RT PCR) and protein/activity levels (ELISA) of iNOS (A and C) and MPO (B and D) were determined in macrophages (EL 1), human primary ovarian epithelial cells (normal ovarian), fallopian tube (FT33), and ovarian cancer (SKOV 3, TOV112D, and A2780) cell lines before and after treatment with various doses of talc over 72 hours. As expected, there was no detectable MPO in normal ovarian and fallopian tube cells, and thus, talc treatment did not have any effect. Experiments were performed in triplicate. Expression is depicted as the mean, with error bars representing standard deviation. All changes in response to talc treatment were significant ($P < .05$) in iNOS and MPO positive cells and in all doses as compared to controls. iNOS indicates inducible nitric oxide synthase; MPO, myeloperoxidase; mRNA, messenger RNA; RT PCR, reverse transcription polymerase chain reaction; ELISA, enzyme linked immunosorbent assay.

as compared to cancer cells. As anticipated, caspase-3 was significantly reduced in cancer as compared to normal cells. Talc treatment resulted in decreased caspase-3 activity in all cells as compared to controls (Figure 6, $P < .05$), indicating a decrease in apoptosis.

## Discussion

The claim that regular use of talcum powder for hygiene purpose is associated with an increased risk of ovarian cancer is based on several reports confirming the presence of talc particles in the ovaries and other parts of the female reproductive tract as well as in lymphatic vessels and tissues of the pelvis.[7-12] The ability of talc particles to migrate through the genital tract to the distal fallopian tube and ovaries is well accepted.[10] To date, the exact mechanism is not fully understood, though several studies have pointed toward the peristaltic pump feature of the uterus and fallopian tubes, which is known to enhance transport of sperm into the oviduct ipsilateral to the ovary bearing the dominant follicle.[8-12]

There are reports supporting the epidemiologic association of talc use and risk of ovarian cancer.[11,12] Recent studies have shown that risks for EOC from genital talc use vary by histologic subtype, menopausal status at diagnosis, hormone therapy use, weight, and smoking. These observations suggest that estrogen and/or prolactin may play a role via macrophage activity and inflammatory response to talc. There has been debate as to the significance of the epidemiologic studies based on the fact that the reported epidemiologic risk of talc use and risk of ovarian cancer, although consistent, are relatively modest (30%-40%), and there is inconsistent increase in risk with duration of use. This observation is due, in part, to the challenges in quantifying exposure as well as the failure of epidemiological studies to obtain necessary information about the frequency and duration of usage.[11-13]

In this study, we have shown beyond doubt that talc alters key redox and inflammatory markers, enhances cell proliferation, and inhibits apoptosis, which are hallmarks of ovarian cancer. More importantly, this effect is also manifested by talc in normal cells, including surface ovarian epithelium,



**Figure 3.** Decreased expression and activity of key antioxidant enzymes, GSR and GPX. The mRNA (real time RT PCR) and protein/activity levels (ELISA) of GSR (A and C) and GPX (B and D) were determined in macrophages (EL 1), human primary ovarian epithelial cells (normal ovarian), fallopian tube (FT33), and ovarian cancer (SKOV 3, TOV112D, and A2780) cell lines before and after treatment with various doses of talc over 72 hours. Experiments were performed in triplicate. Expression is depicted as the mean, with error bars representing standard deviation. All changes in response to talc treatment were significant ($P < .05$) in all cells and in all doses as compared to controls. GSR indicates glutathione reductase; GPX, glutathione peroxidase; mRNA, messenger RNA; RT PCR, reverse transcription polymerase chain reaction; ELISA, enzyme linked immunosorbent assay.

fallopian tube, and macrophages. Oxidative stress has been implicated in the pathogenesis of ovarian cancer, specifically by increased expression of several key prooxidant enzymes such as iNOS, MPO, and NAD(P)H oxidase in EOC tissues and cells as compared to normal cells indicating an enhanced redox state, as we have recently demonstrated (Figure 7).[6] This redox state is further enhanced in chemoresistant EOC cells as evident by a further increase in iNOS and $NO_2$ /$NO_3$ and a decrease in GSR levels, suggesting a shift toward a prooxidant state.[6] Antioxidant enzymes, key regulators of cellular redox balance, are differentially expressed in various cancers, including ovarian.[6,14] Specifically, GPX expression is reduced in prostate, bladder, kidney, and estrogen receptor negative breast cancer cell lines, though GPX is increased in other cancerous tissues from breast.[14] Glutathione reductase levels, on the other hand, are elevated in lung cancer, although differentially expressed in breast and kidney cancer.[5,15] Similarly, CAT was decreased in breast, bladder, and lung cancer while increased in brain cancer.[16-18] Superoxide dismutase is expressed in lung, colorectal, gastric ovarian, and breast

cancer, while decreased activity and expression have been reported in colorectal carcinomas and pancreatic cancer cells.[18-21] Collectively, this differential expression of antioxidants demonstrates the unique and complex redox microenvironment in cancer. Glutathione reductase is a flavoprotein that catalyzes the NADPH-dependent reduction of oxidized glutathione (GSSG) to GSH. This enzyme is essential for the GSH redox cycle that maintains adequate levels of reduced cellular GSH. A high GSH to GSSG ratio is essential for protection against oxidative stress (Figure 5). Treatment with talc significantly reduced GSR in normal and cancer cells, altering the redox balance (Figure 3A and C). Likewise, GPX is an enzyme that detoxifies reactive electrophilic intermediates and thus plays an important role in protecting cells from cytotoxic and carcinogenic agents. Overexpression of GPX is triggered by exogenous chemical agents and reactive oxygen species and is thus thought to represent an adaptive response to stress.[15] Indeed, treatment of normal and cancer cells with talc significantly reduced GPX, which compromised the overall cell response to stress (Figure 3B and D).

**Table 2.** SNP Characteristics (A) and SNP Genotyping of Key Redox Enzymes in Untreated and Talc Treated (100 µg/mL) Human Primary Ovarian Epithelial Cells (Normal Ovarian), Human Ovarian Surface Epithelial Cells (HOSEpiC), Fallopian Tube (FT33), and Ovarian Cancer (A2780, SKOV 3, TOV112D) Cell Lines (B).

| | Gene (rs Number) | | | | |
|---|---|---|---|---|---|
| | CAT (rs769217) | NOS₂ (rs2297518) | GSR (rs8190955) | GPX1 (rs3448) | SOD3 (rs2536512) |
| A | | | | | |
| MAF | 0.123 | 0.173 | 0.191 | 0.176 | 0.476 |
| SNP | C 262T | C2087T | G201T | C 1040T | A377T |
| Chromosome location | 11p13 | 17q11.2 | 8p12 | 3q21.31 | 4p15.2 |
| Amino acid switch | Isoleucine to Threonine | Serine to Leucine | Unknown | Unknown | Alanine to threonine |
| Effect on activity | Decrease | Increase | Unknown | Unknown | Decrease |
| B | | | | | |
| A2780: Control | C/C | C/C | G/G | C/T | A/A |
| A2780: Talc | C/C | C/C | G/G | C/C | A/A |
| SKOV 3: Control | C/C | C/C | G/G | C/T | A/A |
| SKOV 3: Talc | C/C | T/T | G/G | C/C | A/A |
| TOV112D: Control | C/C | C/C | G/G | C/T | A/A |
| TOV112D: Talc | C/T | C/C | G/G | C/C | A/A |
| HOSEpiC: Control | C/C | C/C | G/G | C/T | A/A |
| HOSEpiC: Talc | C/T | T/T | G/G | C/T | A/A |
| FT33: Control | C/C | C/C | G/G | C/T | A/A |
| FT33: Talc | C/T | T/T | G/G | C/C | A/A |
| Normal ovarian: Control | C/C | C/C | G/G | C/T | A/A |
| Normal ovarian: Talc | C/T | T/T | G/G | C/C | A/A |

Abbreviation: SNP, single-nucleotide polymorphism.



**Figure 4.** Increased CA 125 levels in response to talc treatment. The level of ovarian cancer biomarker CA 125 was determined by ELISA before and after 72 hours of talc treatment (100 µg/mL) in macrophages (EL 1), human primary ovarian epithelial cells (normal ovarian), fallopian tube (FT33), and ovarian cancer (SKOV 3, TOV112D, and A2780) cells. Experiments were performed in triplicate. Expression is depicted as the mean, with error bars representing standard deviation. All changes in response to talc treatment were significant ($P < .05$) in all cells as compared to controls. ELISA indicates enzyme linked immunosorbent assay.

We have previously reported that EOC cells manifest increased cell proliferations and decreased apoptosis.[6] In this study, we have shown that talc enhances cell proliferation and induces an inhibition in apoptosis in EOC cells, but more importantly in normal cells, suggesting talc is a stimulus to the development of the oncogenic phenotype. We also previously reported a cross talk between iNOS and MPO in ovarian cancer, which contributed to the lower apoptosis observed in ovarian cancer cells.[6,22] Myeloperoxidase, an abundant hemoprotein, previously known to be present solely in neutrophils and monocytes, is a key oxidant enzyme that utilizes NO produced by iNOS as a 1-electron substrate generating NO⁺, a labile nitrosylating species.[6,23,24] We were the first to report that MPO was expressed by EOC cells and tissues and that silencing MPO gene expression utilizing MPO-specific siRNA induced apoptosis in EOC cells through a mechanism that involved the S-nitrosylation of caspase-3 by MPO.[22] Additionally, we have compelling evidence that MPO serves as a source of free iron under oxidative stress, where both NO⁺ and superoxide are elevated.[6] Iron reacts with hydrogen peroxide ($H_2O_2$) and catalyzes the generation of highly reactive hydroxy radical (HO•), thereby increasing oxidative stress, which in turn increases free iron concentrations by the Fenton and Haber-Weiss reaction.[6,24] We have previously highlighted the potential benefits of the combination of serum MPO and free iron as biomarkers for early detection and prognosis of ovarian cancer.[25] Collectively, we now have substantial evidence demonstrating that altered oxidative stress may play a role in maintaining the oncogenic phenotype of EOC cells. Treatment of normal or ovarian cancer cells with talc resulted in a significant increase in MPO and iNOS, supporting the role of talc in the enhancement of a prooxidant state that is a major cause in the development and maintenance of the oncogenic phenotype (Figure 2).

Furthermore, CA-125, which exists as a membrane-bound and secreted protein in EOC cells, has been established as a



**Figure 5.** Increased cell proliferation in response to talc treatment. Cell proliferation was determined by MTT cell proliferation assay after 24 hours of talc treatment (100 μg/mL) in macrophages (EL 1), human primary ovarian epithelial cells (normal ovarian), fallopian tube (FT33), and ovarian cancer (SKOV 3, TOV112D, and A2780) cells. Experiments were performed in triplicate. Cell proliferation is depicted as the mean, with error bars representing standard deviation. All changes in response to talc treatment were significant ($P < .05$) in all cells as compared to controls.



**Figure 6.** Decreased apoptosis in response to talc treatment. Caspase 3 activity was used to measure the degree of apoptosis in all cells. Caspase 3 activity assay was utilized to determine caspase 3 activity in macrophages (EL 1), human primary ovarian epithelial cells (normal ovarian), fallopian tube (FT33), and ovarian cancer (SKOV 3, TOV112D, and A2780) cell lines before and after treatment with various doses of talc over 72 hours. Experiments were performed in triplicate. Expression is depicted as the mean, with error bars representing standard error. All changes in response to talc treatment were significant ($P < .05$) in all cells and in all doses as compared to controls.



**Figure 7.** Epithelial ovarian cancer (EOC) cells have been reported to manifest a persistent prooxidant state as evident by the upregulation (green arrows) of key oxidants iNOS, NO, NO$^+$, ONOO$^-$, OH$^-$, O$_2^+$, and MPO (blue) and downregulation (red arrows) of key anti oxidants SOD, CAT, GPX, and GSR (orange). This redox state was also shown to be further enhanced in chemoresistant EOC cells. In this study, talcum powder altered the redox state, as indicated by the arrows, of both normal and EOC cells to create an enhanced prooxidant state. iNOS indicates inducible nitric oxide synthase; MPO, mye loperoxidase; SOD, superoxide dismutase; CAT, catalase; GPX, glutathione peroxidase; GSR, glutathione reductase.

biomarker for disease progression and response to treatment.[2] CA-125 expression was significantly increased from nearly undetectable levels in controls to values approaching clinical significance (35 U/mL in postmenopausal women[26]) in talc-treated cells (Figure 4, $P < .05$) without the physiologic effects on the tumor microenvironment one would expect to be present in the human body, thus highlighting the implications of the prooxidant states caused by talc alone.

To elucidate the mechanism by which talc alters the redox balance to favor a prooxidant state not only in ovarian cancer cells, but more importantly in normal cells, we have examined selected known gene mutations corresponding to SNPs known to be associated with altered enzymatic activity and increased cancer risk.[6,27] Our results show that the *CAT* SNP (rs769217) resulting in decreased enzymatic activity was induced in all normal cell lines tested and in TOV112D EOC lines, but was not detected in A2780 or SKOV-3 cell lines (Table 2). Nevertheless, our results confirm a decrease in CAT expression and enzymatic activity in all talc-treated cells (Figure 1), indicating the existence of other *CAT* SNPs. The *SOD3* (rs2536512) and *GSR* (rs8190955) SNP genotypes were not detected in any cell line, yet SOD3 and GSR activity and expression were decreased in all talc-treated cells, again suggesting the presence of other SNPs. Our results have also shown that all cells, except for HOSEpiC cells, manifest the SNP genotype of *GPX1* (C/T) before talc treatment. Intriguingly, talc treatment reversed this SNP genotype to the normal genotype (Table 2). Consistent with this finding, we have previously reported that acquisition

of chemoresistance by ovarian cancer cells is associated with a switch from the *GPX1* SNP genotype to the normal *GPX1* genotype.[6] It is not understood why a *GPX1* SNP genotype predominates in untreated normal and ovarian cancer cells. Our results showed that talc treatment was associated with a genotype switch from common C/C genotype in *NOS2* in untreated cells to T/T, the SNP genotype, in talc-treated cells, except in A2780 and TOV112D (Table 2). Nevertheless, our results confirm an increase in iNOS expression and enzymatic activity in all talc-treated cells (Figure 2), again suggesting the existence of other *NOS2* SNPs. Collectively, these findings support the notion that talc treatment induced gene point mutations that happen to correspond to SNPs in locations with functional effects, thus altering overall redox balance for the initiation and development of ovarian cancer. Future studies examining such SNPs are important to fully elucidate a genotype switch mechanism induced by talc exposure.

In summary, this is the first study to clearly demonstrate that talc induces inflammation and alters the redox balance favoring a prooxidant state in normal and EOC cells. We have shown a dose-dependent significant increase in key prooxidants, iNOS, NO$_2$ /NO$_3$ , and MPO, and a concomitant decrease in key antioxidant enzymes, CAT, SOD, GPX, and GSR, in all talc-treated cells (both normal and ovarian cancer) compared to their controls. Additionally, there was a significant increase in CA-125 levels in all the talc-treated cells compared to their controls, except in macrophages. The mechanism by which talc alters the cellular redox and inflammatory balance involves the induction of specific mutations in key oxidant and antioxidant enzymes that correlate with alterations in their activities. The fact that these mutations happen to correspond to known SNPs of these enzymes indicate a genetic predisposition to developing ovarian cancer with genital talcum powder use.

### Authors' Note

Ghassan M. Saed is also affiliated with Department of Gynecologic Oncology, Karmanos Cancer Institute, Detroit, MI, USA.

### Acknowledgment

Special thanks to Imaan Singh for her technical contributions in acquiring the data and in development of graphics.

### Declaration of Conflicting Interests

The author(s) declared the following potential conflicts of interest with respect to the research, authorship, and/or publication of this article: Dr. Saed has served as a paid consultant and expert witness in the talcum powder litigation.

### Funding

The author(s) received no financial support for the research, author ship, and/or publication of this article.

### References

1. Berek JS, Bertelsen K, du Bois A, et al. Epithelial ovarian cancer (advanced stage): consensus conference (1998) [in French]. *Gynecol Obstet Fertil*. 2000;28(7 8):576 583.

*Reproductive Sciences XX(X)*

2. Jelovac D, Armstrong DK. Recent progress in the diagnosis and treatment of ovarian cancer. *CA Cancer J Clin*. 2011;61(3):183 203.

3. Prat J, Ribe A, Gallardo A. Hereditary ovarian cancer. *Hum Pathol*. 2005;36(8):861 870.

4. Ramus SJ, Vierkant RA, Johnatty SE, et al. Consortium analysis of 7 candidate SNPs for ovarian cancer. *Int J Cancer*. 2008; 123(2):380 388.

5. Reuter S, Gupta SC, Chaturvedi MM, Aggarwal BB. Oxidative stress, inflammation, and cancer: how are they linked? *Free Radic Biol Med*. 2010;49(11):1603 1616.

6. Fletcher NM, Belotte J, Saed MG, et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithe lial ovarian cancer. *Free Radic Biol Med*. 2016;102:122 132.

7. Cramer DW, Welch WR, Scully RE. Wojciechowski CA. Ovarian cancer and talc: a case control study. *Cancer*. 1982;50:372 376.

8. Cramer DW, Liberman RF, Titus Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *Int J Cancer*. 1999;81: 351 356.

9. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflam mation of the ovarian epithelium and risk of ovarian cancer. *Epi demiology*. 2000;11:111 117.

10. Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Com monw*. 1971;78:266 272.

11. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res (Phila)*. 2013;6(8):811 821.

12. Penninkilampi R, Eslick GD. Perineal talc use and ovarian cancer: a systematic review and meta analysis. *Epidemiology*. 2018; 29(1):41 49.

13. Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian can cer: a review. *Cancer Biol Med*. 2017;14(1):9 32.

14. Brigelius Flohe R, Kipp A. Glutathione peroxidases in different stages of carcinogenesis. *Biochim Biophys Acta*. 2009;1790(11): 1555 1568.

15. Sun Y. Free radicals, antioxidant enzymes, and carcinogenesis. *Free Radic Biol Med*. 1990;8(6):583 599.

16. Popov B, Gadjeva V, Valkanov P, Popova S, Tolekova A. Lipid peroxidation, superoxide dismutase and catalase activities in brain tumor tissues. *Arch Physiol Biochem*. 2003;111(5):455 459.

17. Ray G, Batra S, Shukla NK, et al. Lipid peroxidation, free radical production and antioxidant status in breast cancer. *Breast Cancer Res Treat*. 2000;59(2):163 170.

18. Chung man Ho J, Zheng S, Comhair SA, Farver C, Erzurum SC. Differential expression of manganese superoxide dismutase and catalase in lung cancer. *Cancer Res*. 2001;61(23):8578 8585.

19. Radenkovic S, Milosevic Z, Konjevic G, et al. Lactate dehydro genase, catalase, and superoxide dismutase in tumor tissue of breast cancer patients in respect to mammographic findings. *Cell Biochem Biophys*. 2013;66(2):287 295.

20. Hu Y, Rosen DG, Zhou Y, et al. Mitochondrial manganese superoxide dismutase expression in ovarian cancer: role in cell proliferation and response to oxidative stress. *J Biol Chem*. 2005; 280(47):39485 39492.

21. Svensk AM, Soini Y, Paakko P, Hirvikoski P, Kinnula VL. Differential expression of superoxide dismutases in lung cancer. *Am J Clin Pathol*. 2004;122(3):395 404.

22. Saed GM, Ali Fehmi R, Jiang ZL, et al. Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer. *Gynecol Oncol*. 2010;116(2):276 281.

23. Galijasevic S, Saed GM, Hazen SL, Abu Soud HM. Myeloperox idase metabolizes thiocyanate in a reaction driven by nitric oxide. *Biochemistry*. 2006;45(4):1255 1262.

24. Galijasevic S, Maitra D, Lu T, Sliskovic I, Abdulhamid I, Abu Soud HM. Myeloperoxidase interaction with peroxynitrite: chlor ide deficiency and heme depletion. *Free Radic Biol Med*. 2009; 47(4):431 439.

25. Fletcher NM, Jiang Z, Ali Fehmi R, et al. Myeloperoxidase and free iron levels: potential biomarkers for early detection and prog nosis of ovarian cancer. *Cancer Biomark*. 2011;10(6):267 275.

26. Scholler N, Urban N. CA125 in ovarian cancer. *Biomark Med*. 2007;1(4):513 523.

27. Belotte J, Fletcher NM, Saed MG, et al. A single nucleotide polymorphism in catalase is strongly associated with ovarian can cer survival. *PLoS One*. 2015;10(8):e0135739.

Exhibit 97

Shawn Levy, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

_____

IN RE:  JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION
                              Case No. 16-2738
THIS DOCUMENT RELATES TO     (FLW)  (LHG)
ALL CASES

MDL Docket No. 2738
_____


Friday, January 11, 2019

- - - - -


          The video deposition of SHAWN LEVY, Ph.D.,

          taken pursuant to notice, was held at the

          Embassy Suites Huntsville, 850 Monroe Street

          S.W., Huntsville, Alabama, commencing at

          approximately 9:04 a.m., on the above date,

          before Lois Anne Robinson, Registered Diplomate

          Reporter, Certified Realtime Reporter, and

          Notary Public for the State of Alabama.

Shawn Levy, Ph.D.

Page 2

```
 1          A P P E A R A N C E S
 2   COUNSEL FOR PLAINTIFFS' STEERING COMMITTEE:
 3        BEASLEY ALLEN, P C
          218 Commerce Street
 4        Montgomery, Alabama  36104
          BY:  P LEIGH O'DELL, Esquire
 5           Leigh odell@beasleyallen com
          JENNIFER K  EMMEL, ESQUIRE
 6           Jennifer emmel@beasleyallen com
 7        BURNS CHAREST, LLP
          900 Jackson Street, Suite 500
 8        Dallas, Texas  75202
          BY:  MARTIN D  BARRIE, J D , Ph D
 9           Mbarrie@burnscharest com
10        NAPOLI SHKOLNIK PLLC
          400 Broadhollow Road, Suite 305
11        Melville, New York  11747
          BY:  ALASTAIR J M  FINDEIS, ESQUIRE
12           Afindeis@napolilaw com
13   FOR THE DEFENDANT, JOHNSON & JOHNSON:
14        WEIL, GOTSHAL & MANGES, LLP
          17 Hulfish Street, Suite 201
15        Princeton, NJ  08542-3792
          BY:  ALLISON M  BROWN, ESQUIRE
16           Allison brown@weil com
17        WEIL, GOTSHAL & MANGES, LLP
          767 Fifth Avenue
18        New York, New York  10153-0119
          BY:  ALEXIS KELLERT, ESQUIRE
19           Alexis kellert@weil com
20        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
          4 Times Square
21        New York, New York  10036
          BY:  Benjamin Halperin, Esquire
22           Benjamin halperin@skadden com
23
24
```

Page 3

```
 1          A P P E A R A N C E S - (continued)
 2
     FOR THE DEFENDANT, IMERYS TALC AMERICA:
 3
          GORDON & REES SCULLY MANSUKHANI, LLP
 4        816 Congress Avenue, Suite 1510
          Austin, Texas  78701
 5        BY:  KENNETH J. FERGUSON, ESQUIRE
             Kferguson@gordonrees.com
 6
 7   COUNSEL FOR PTI:
 8        TUCKER ELLIS, LLP
          233 S. Wacker Drive, Suite 6950
 9        Chicago, Illinois  60606-9997
          BY:  JAMES W. MIZGALA, ESQUIRE
10           James.mizgala@tuckerellis.com
11
     COUNSEL FOR PERSONAL CARE PRODUCTS COUNCIL:
12
          SEYFARTH SHAW LLP
13        975 F Street N.W.
          Washington, D.C. 20004-1454
14        BY:  RENÉE B. APPEL, ESQUIRE
             Rappel@seyfarth.com
15
16
17
18   VIDEOGRAPHER:
          JULIE ROBINSON
19
20
21
          LOIS ANNE ROBINSON, RPR, RDR, CRR
22        COURT REPORTER
23
24
```

Page 4

```
 1                I N D E X
 2   EXAMINATION                    PAGE
 3
 4   By Ms. Brown                      7
 5   By Mr. Ferguson                 307
 6   By Ms. O'Dell                   357
 7   By Ms. Brown                    372
 8   By Ms. O'Dell                   389
 9
10              * * * * * *
11
12   EXHIBITS
13   Deposition Exhibit Number 1       14
14     Notice of Deposition
15   Deposition Exhibit Number 2       33
16     Levy expert report
17   Deposition Exhibit Number 3       16
18     Levy invoices of 5/2/18 and 1/8/19
19   Deposition Exhibit Number 4       19
20     Government of Canada document regarding draft screening
21     assessment of talc
22   Deposition Exhibit Number 5       21
23     Government of Canada document regarding potential risk of
24     lung effects and ovarian cancer from talc
```

Page 5

```
 1             I N D E X - (Continued)
 2   Deposition Exhibit Number 6       23
 3     Draft manuscript regarding systematic review and
 4     meta-analysis of the association between perineal use of talc
 5     and risk of ovarian cancer
 6   Deposition Exhibit Number 7       30
 7     Hamilton article
 8   Deposition Exhibit Number 8       49
 9     Judith Zelikoff expert report
10   Deposition Exhibit Number 9       59
11     Mayo Clinic website article entitled "Cancer"
12   Deposition Exhibit Number 10      72
13     Wikipedia page
14   Deposition Exhibit Number 11      75
15     Coussens and Werb article
16   Deposition Exhibit Number 12      82
17     Preprint manuscript of "Molecular Basis Supporting the
18     Association of Talcum Powder Use With Increased Risk of
19     Ovarian Cancer"
20   Deposition Exhibit Number 13      82
21     December 26 Email to Dr. Saed
22   Deposition Exhibit Number 14     142
23     "Evaluating Biological Plausibility in Supporting Evidence
24     For Action Through Systematic Reviews in Public Health"
```

2 (Pages 2 to 5)

Shawn Levy, Ph.D.

Page 6

1          I N D E X - (continued)
2     Deposition Exhibit Number 15          190
3        NTP study
4     Deposition Exhibit Number 16          192
5        2014 Citizens Petition to FDA
6     Deposition Exhibit Number 17          208
7        BuzZard study
8     Deposition Exhibit Number 18          218
9        "Perineal Talc Use and Ovarian Cancer," by Ross Penninkilampi
10    Deposition Exhibit Number 19          249
11       Heller article
12    Deposition Exhibit Number 20          270
13       Merritt paper - "Talcum Powder Chronic Pelvic Inflammation
14       and NSAIDs in Relation to the Risk of Epithelial Ovarian
15       Cancer"
16    Deposition Exhibit Number 21          326
17       Nunes article
18    Deposition Exhibit Number 22          367
19       Park article
20
21
22
23
24

Page 7

1    VIDEOGRAPHER:
2         We are now on the record.  My name is
3    Julie Robinson.  I'm a videographer representing
4    Golkow Litigation Services.
5         Today's date is January 11th, 2019, and
6    the time is 9:04 a.m.
7         This video deposition is being held in
8    Huntsville, Alabama, in the matter of
9    Johnson & Johnson Talcum Power Product Marketing,
10   Sales Practices, and Products Liability
11   Litigation, MDL Docket Number 2738.
12        The deponent is Dr. Shawn Levy.
13        Counsel will be noted on the
14   stenographic record.
15        The court reporter is Lois Robinson,
16   who will now swear in the witness.
17        SHAWN LEVY, Ph.D.,
18        the witness, after having first been
19   duly sworn to tell the truth, the whole truth,
20   and nothing but the truth, was examined and
21   testified as follows:
22             EXAMINATION
23   BY MS. BROWN:
24   Q       Good morning, Dr. Levy.

Page 8

1    A       Good morning.
2    Q       My name is Alli Brown.  I represent
3    Johnson & Johnson, and I'll start with some
4    questions for you here today.
5         Dr. Levy, have you ever been deposed
6    before?
7    A       Yes.
8    Q       And tell me, how many times?
9    A       In a setting like this, once.
10   Q       Okay.  What was the nature of that
11   deposition?
12   A       It was a patent litigation case.
13   Q       Were you serving as an expert witness
14   in that case?
15   A       I was.
16   Q       Were you hired by the plaintiffs or the
17   defendants?
18   A       The plaintiffs.
19   Q       And, just generally, what were the
20   issues in that case?
21   A       It was entirely focused on evaluation
22   of prior art in the genomic space.
23   Q       And any time --
24        And do you remember the name of that

Page 9

1    case, by the way?
2    A       I don't.  It was, gosh, twelve years
3    ago or so.
4    Q       I see.
5         Did that case go to trial?
6    A       Not that I'm aware of.
7    Q       Have you ever testified at trial?
8    A       I have not.
9    Q       Okay.  And other than that one patent
10   case you just described for us, were there other
11   depositions that you've given?
12   A       No.
13   Q       And I think, when you started to answer
14   the question in the beginning, you said "in a
15   setting like this."  Is there another time, in
16   your mind, where you've given testimony under
17   oath?
18   A       No, not under oath.  That's why I
19   was --
20        So I've had a number of meetings, all
21   limited to the patent space of mainly prior art
22   discussions, where there's been representatives
23   from both sides where we were having a
24   discussion.  But it wasn't a formal deposition

3 (Pages 6 to 9)

Shawn Levy, Ph.D.

Page 10

1     with a court reporter, under oath, et cetera.
2     Q     Understood.
3           So this would then be the second time
4     you've been deposed in a setting like this.
5     A     Correct.
6     Q     Is that fair?
7           Okay.  So a few ground rules that you
8     may already be familiar with from your prior
9     experience.  First, we'll try not to speak over
10    each other.  Is that fair?
11    A     That's fair.
12    Q     That way, our court reporter can get
13    down all my questions and all your answers.
14    Okay?
15    A     (Nods affirmatively.)
16    Q     If you don't understand a question of
17    mine, will you let me know?
18    A     I will.
19    Q     Okay.  Try to verbalize your answers,
20    too, so our court reporter can take them down.
21    Okay?
22    A     Understood.
23    Q     Okay.  If you need a break, let me
24    know, and we'll be happy to accommodate you.

Page 11

1           Do you understand you're under oath
2     here today, same as if you were in a court of
3     law?
4     A     I do.
5     Q     Okay.  I am --
6           And, before we get started, Doctor, I
7     see you have a couple of items in front of you,
8     and I want to identify what we have for the
9     record.
10          To your right is an iPad that is
11    showing the realtime of my questions and your
12    answers.  Will you be using that to assist you in
13    your testimony here today?
14    A     Yes.
15    Q     Okay.  In front of you you have a
16    laptop computer.
17    A     (Nods affirmatively.)
18    Q     Will you be using that to assist you in
19    your testimony?
20    A     Yes.
21    Q     And tell me, is this your laptop?
22    A     It is not.
23    Q     Okay.  Whose laptop is it?
24    A     The -- the attorneys I've been working

Page 12

1     with.
2     Q     Okay.  In front of you is the
3     plaintiffs' lawyer's laptop.  Is that right?
4     A     That's right.
5     Q     Okay.  And what is contained on the
6     plaintiffs' lawyer's laptop?
7     MS. O'DELL:
8           I think I'd probably be better to speak
9     to it.
10    MS. BROWN:
11          No, no.  Let's get it from the witness,
12    and then if you want to make a statement for the
13    record, of course.
14    Q     Let's -- let's get your understanding
15    of what's on this laptop in front of you.
16    A     Other than what's on the USB drive that
17    I've been using, I -- I don't have any knowledge
18    of what's on it.
19    Q     Okay.  Do you know what's on the USB
20    drive?
21    A     I do.
22    Q     What's that?
23    A     It's a collection of literature cited
24    in reliance literature list that -- from

Page 13

1     my -- from my report.
2     Q     Did you put together the items that are
3     contained on the USB drive that you have in front
4     of you?
5     MS. O'DELL:
6           Object to the form.
7     A     Yes.
8     MS. BROWN:
9     Q     Is that your USB drive?
10    A     No.  I put together the list.
11          As far as who moved the files and
12    organized the files on the USB, that, I don't
13    know.
14    Q     Okay.  Are all of the files on that USB
15    drive documents that you considered in connection
16    with your opinion in this case?
17    A     They are.
18    Q     Any other materials in front of you
19    that you'll be using to assist you in your
20    testimony here today?
21    A     There's a -- I have a hard copy of my
22    report.
23    Q     Did you prepare that hard copy binder?
24    A     No.

4 (Pages 10 to 13)

Shawn Levy, Ph.D.

Page 14

```
 1   Q      Who -- who did?
 2   A      My -- the -- the attorneys I've been
 3   working with.  So I -- they -- they provided the
 4   printout and the nice binder that it's in.
 5   Q      Okay.  Did you, Doctor, make any notes
 6   on the report that you have in front of you?
 7   A      No.
 8   Q      Okay.  I'm gonna hand you what we have
 9   marked as Exhibit 1 to your deposition, which is
10   a notice of your deposition.
11          (DEPOSITION EXHIBIT NUMBER 1
12           WAS MARKED FOR IDENTIFICATION.)
13   MS. BROWN:
14   Q      And I'll ask, is this something that
15   you have ever seen before?
16   A      Yes.
17   Q      When did you see it?
18   A      I'd have to review my email, but it was
19   some -- sometime ago, some weeks ago.
20   Q      Okay.  Have you brought any --
21          And you understand that this Notice of
22   Deposition that we've marked as Exhibit 1
23   requests that you bring certain documents with
24   you here today?
```

Page 15

```
 1   A      Yes.
 2   Q      Okay.
 3   MS. O'DELL:
 4          Let me just insert for the record,
 5   we've objected to certain requests contained in
 6   the notice, and objections have been served, and
 7   materials have been brought to this deposition
 8   consistent with those objections.
 9   MS. BROWN:
10          And we are in receipt of your
11   objections.
12   Q      And your counsel for the plaintiffs
13   represented that some materials have been brought
14   to the deposition.  Do you have any materials
15   with you responsive to this notice?
16   A      Well --
17   MS. O'DELL:
18          I'll provide to you invoices that are
19   responsive to the Notice, and there are materials
20   that Dr. Levy has seen since his report was
21   served, and -- and those are copies.
22   MS. BROWN:
23          Thank you, counsel.
24   Q      So, Doctor, let's start --
```

Page 16

```
 1          Thank you.
 2          -- by marking these, and I'll ask you
 3   some questions about what we have.
 4          (DEPOSITION EXHIBIT NUMBER 3
 5           WAS MARKED FOR IDENTIFICATION.)
 6   MS. BROWN:
 7   Q      I'll mark as Exhibit 3 to your
 8   deposition two invoices counsel for plaintiffs
 9   just handed me, one dated May 2nd, 2018, and the
10   other dated January 8th, 2019.  And we only have
11   one copy, so let me hand it to you and ask you,
12   are these invoices that you created, Doctor?
13   A      They are.
14   Q      Okay.  And I want to take that back for
15   one second.
16          Looks like the first entry on your
17   invoice is dated May 16th, 2017.  Does that sound
18   right to you?
19   A      That sounds right.
20   Q      When were you first approached about an
21   involvement in this case?
22   A      Earlier in 2017.
23   Q      Okay.  And who approached you?
24   A      Leigh and Jennifer.  I'd have to verify
```

Page 17

```
 1   in my email whom I may have heard from first.
 2   Q      Okay.  And Leigh and Jennifer are
 3   counsel for plaintiffs in this litigation; is
 4   that right?
 5   A      That's right.
 6   Q      And did they -- had you known them
 7   prior to receiving contact early in 2017 --
 8   A      No.
 9   Q      -- from plaintiffs' lawyers?
10   A      I -- I did not know them.
11   Q      Did they call you at your place of
12   business?
13   A      I believe the first contact was email.
14   But, ultimately, yes.
15   Q      Okay.  And was there any connection,
16   meaning did someone refer the plaintiffs' lawyers
17   to you, or do you know?
18   A      I don't know.
19   Q      Do you have any idea how the
20   plaintiffs' lawyers found you?
21   A      I do not.
22   Q      Okay.  It looks like, Doctor, that
23   these two invoices have a total of 33 hours.
24   Does that sound right to you?
```

5 (Pages 14 to 17)

Shawn Levy, Ph.D.

Page 18

1    A    It does.
2    Q    Looks like something's blacked out on
3    the second page of the invoices.  Do you know
4    what that is?
5    MS. O'DELL:
6        I'll just say that redactions were made
7    by counsel.  They referenced the subject matter
8    of conversations between Dr. Levy and counsel,
9    and those have been redacted because of work
10   product privilege.
11   MS. BROWN:
12       Okay.
13   Q    Is it fair, Doctor, that you've spent a
14   total of 33 hours forming your opinions in this
15   case?
16   A    That's fair.
17   Q    Okay.  Do you have any additional
18   invoices that you plan to submit to the lawyers
19   for the plaintiffs?
20   A    Yes.
21   Q    Okay.  And can you ballpark for me how
22   much additional time you've spent since the last
23   entry here, which appears to be December 12th,
24   2018?

Page 19

1    A    There's probably another -- not
2    including this morning -- roughly 15 hours.
3        Okay.  I'll hand you, Doctor, what we
4    have marked as Exhibit 4 to your deposition.
5    This is another document counsel for the
6    plaintiffs just handed me.
7        (DEPOSITION EXHIBIT NUMBER 4
8        WAS MARKED FOR IDENTIFICATION.)
9    MS. BROWN:
10   Q    Would you identify that for the record,
11   please.
12   A    This is a printed copy from a website
13   from the government of Canada discussing their
14   draft screening assessment of talc.
15   Q    Okay.  Is that something you've seen
16   before today?
17   A    Yes.
18   Q    When did you see it first?
19   A    Sometime in December.
20   Q    Did the lawyers for plaintiffs give it
21   to you?
22   A    They did.
23   Q    Okay.  Your report in this case --
24       Can I have that back?

Page 20

1        Your report in this case was served in
2    November of 2018; correct?
3    A    Correct.
4    Q    Fair to say, then, that Exhibit 4,
5    which you saw for the first time in December of
6    2018, did not inform the opinions contained in
7    your report?
8    A    That's correct.
9    Q    Okay.  Did the -- does Exhibit 4
10   contain any information regarding chronic
11   inflammation as the proposed mechanism of ovarian
12   cancer induced by talc?
13   A    I don't believe it does.  I'd have to
14   review -- take a look at it to be sure.
15   MS. O'DELL:
16       And if you need to look at it, I'm sure
17   counsel will hand it to you.
18   MS. BROWN:
19   Q    I'm handing you, Doctor --
20   MS. O'DELL:
21       Excuse me.  If you need to look at it
22   to answer that question, you may.
23   A    To be sure I'm accurate in my answer,
24   I'd like to take a look at that.

Page 21

1    MS. BROWN:
2    Q    Sure.  Sitting here --
3        Hold on.
4        Sitting here today, you're not aware if
5    Exhibit 4 contains any information regarding the
6    proposed mechanism of chronic inflammation as a
7    cause for ovarian cancer?
8    MS. O'DELL:
9        Object to the question.
10       If you need to see the document,
11   Doctor, you may ask for it.
12   A    Yeah.  I'm not -- I'm not able to
13   answer it accurately without seeing the document.
14       (DEPOSITION EXHIBIT NUMBER 5
15       WAS MARKED FOR IDENTIFICATION.)
16   MS. BROWN:
17   Q    Okay.  Handing you what we've marked as
18   Exhibit 5, would you tell me what that is,
19   Doctor?
20   A    This is another document from the
21   government -- government of Canada discussing the
22   potential risk of lung effects and ovarian cancer
23   from talc.
24   Q    Is Exhibit 5 a final document, do you

6 (Pages 18 to 21)

Shawn Levy, Ph.D.

Page 22

```
 1    know?
 2    MS. O'DELL:
 3          Object to the form.
 4    A      Yeah.  That -- I don't -- I don't have
 5    the information available to answer that
 6    accurately.
 7    MS. BROWN:
 8    Q      Have you seen Exhibit 5 prior to this
 9    morning?
10    A      I have.
11    Q      When did you first see Exhibit 5?
12    A      Similar in time to the earlier report
13    or this -- yes.  Similar in time to the
14    earlier -- to the same document from Exhibit 4.
15    Q      To the best of your recollection,
16    Doctor, you first saw Exhibit 5 after completing
17    your report in this matter; is that right?
18    A      That is right.
19    Q      Fair to say, then, that Exhibit 5 did
20    not inform the opinions contained in your MDL
21    report?
22    A      That's correct.
23    Q      Handing you, Doctor, what we've marked
24    as Exhibit 6 to your deposition, another document
```

Page 23

```
 1    counsel provided, counsel for plaintiffs provided
 2    in response to your deposition notice.
 3          (DEPOSITION EXHIBIT NUMBER 6
 4          WAS MARKED FOR IDENTIFICATION.)
 5    MS. BROWN:
 6    Q      Would you identify for the record
 7    Exhibit 6?
 8    A      So this is a draft manuscript or
 9    preprint manuscript that's been submitted for
10    peer review discussing the systematic review and
11    meta-analysis of the association between perineal
12    use of talc and risk of ovarian cancer.
13    Q      Had you seen Exhibit 6 prior to this
14    morning?
15    A      Yes.
16    Q      When did you first see Exhibit 6?
17    A      It was in December as well.
18    Q      Exhibit 6 did not inform your opinions
19    in this matter.  Fair?
20    A      They did not inform the content of the
21    report.
22    Q      Have you reviewed and analyzed Exhibit
23    6 since December?
24    A      I have.
```

Page 24

```
 1    Q      Does Exhibit 6 contain any information
 2    regarding the proposed mechanism of chronic
 3    inflammation?
 4    A      It does in reference, I believe.  I'm
 5    reminding myself if -- if it shared the same
 6    materials that I had referenced in my report.
 7          So, yes, it does.
 8    Q      Are you looking at a particular page,
 9    Doctor?
10    A      I am.
11    Q      And would you identify that for the
12    record.
13    A      I'm looking at page 23, beginning at
14    line 220.
15    Q      And what information does Exhibit 6 at
16    page 23 contain regarding chronic inflammation?
17    A      It discusses inflammation of the
18    epithelial ovarian surfaces in animal models and
19    provides two different references.
20    Q      And were those references information
21    you considered in forming your opinions in this
22    case?
23    A      Let me make sure of that.
24          Yes.
```

Page 25

```
 1    Q      And would you state what they are for
 2    the record, please?
 3    A      One reference is T.C. Hamilton, et al.,
 4    The British Journal of Experimental Pathology,
 5    from 1984.
 6          And the other reference is "The
 7    Pathology of Ovarian" -- "The Pathology of
 8    Ovarian Cancer Precursors," which is a review of
 9    R.E. Scully in the Journal of Cellular
10    Biochemistry, and that is a supplement from 1995.
11    The latter is not referenced in my report.
12    Q      Have you reviewed the Scully paper in
13    connection with your opinions in this matter?
14    A      Not specifically, no.
15    Q      You have, however, reviewed the
16    Hamilton paper?
17    A      Yes.
18    Q      You would agree that the Hamilton paper
19    does not show inflammation leading to neoplastic
20    changes in animals?
21    MS. O'DELL:
22          Object to the form.
23    A      I'd have to see the manu- -- or the
24    manuscript to answer your specific question
```

7 (Pages 22 to 25)

Shawn Levy, Ph.D.

Page 26

1   regarding neoplasm.
2   MS. BROWN:
3        Q        Does the Hamilton paper support your
4   view that chronic inflammation is a plausible
5   mechanism for talc-induced ovarian cancer?
6        A        It supports my opinion that
7   inflammation is a component in the progression to
8   ovarian cancer.
9        Q        Is it your testimony that the Hamilton
10  paper supports your opinion that chronic
11  inflammation leads to neoplastic changes?
12       A        No, not necessarily.
13       Q        Okay.  Tell me how it is that the
14  Hamilton paper supports your opinion that chronic
15  inflammation can cause ovarian cancer.
16       A        Well, the -- so my opinion regarding --
17  that the role of inflammation in ovarian cancer
18  is not based on a single study, particularly one
19  that is now approaching or is now over 30 years
20  old.
21       Q        Okay.  Does --
22       A        So it's a -- I reviewed the -- that
23  paper as well as a large number or the totality
24  of the available evidence stretching across many

Page 27

1   years to develop the opinion that's represented
2   in my report.
3        Q        Sure.
4        A        And to that opinion is -- no one study
5   or one singular piece of information is the basis
6   of that opinion.
7        Q        Okay.  But, you know, having reviewed
8   Hamilton, that what Hamilton shows is that the
9   inflammation they saw in the animals was not
10  associated with neoplastic changes.  Right?
11  MS. O'DELL:
12       Excuse me.
13       Doctor, if you'd like to -- to pull up
14  Hamilton, you may do that.
15  MS. BROWN:
16       Q        And we'll certainly give you time to do
17  that, Doctor.
18       Sitting here today, do you recall that
19  to be the conclusion of Hamilton?
20  MS. O'DELL:
21       Object to the form.
22       You don't -- if you need to see the --
23  MS. BROWN:
24       Counsel --

Page 28

1   MS. O'DELL:
2        -- paper in order to answer the
3   question --
4   MS. BROWN:
5        Counsel --
6   MS. O'DELL:
7        -- you may do that.
8   MS. BROWN:
9        Counsel, he is absolutely entitled to
10  get the paper.  We're going to do that.
11       Q        Sitting here today, do you recall --
12  MS. O'DELL:
13       But he is not --
14  MS. BROWN:
15       It's a fair question.
16  MS. O'DELL:
17       Is it not a fair question.
18  MS. BROWN:
19       I'm not gonna --
20  MS. O'DELL:
21       He's asking --
22  MS. BROWN:
23       -- do this with you.
24  MS. O'DELL:

Page 29

1        Yes, you are.  If he's asked to see the
2   paper, he gets to look at the paper.  Because
3   this is not a situation where you can say, "Oh,
4   I'll show it to you later," ask all these
5   questions, try to get him to answer when he said
6   I want to see the paper and review it.  That's
7   the way this works.
8   MS. BROWN:
9        Q        Dr. Levy, can you answer the question
10  without looking at the paper?
11  MS. O'DELL:
12       Would you repeat the question just to
13  make sure we've got it?
14  MS. BROWN:
15       Yes.  Would you please keep your
16  objections to form in accordance with the federal
17  rules?
18  MS. O'DELL:
19       My objections have been in accordance
20  with the federal rules.
21  MS. BROWN:
22       Q        Dr. Levy, my question to you was
23  whether the Hamilton paper, the findings of the
24  Hamilton paper show that chronic inflammation led

8  (Pages 26 to 29)

Shawn Levy, Ph.D.

1    to neoplastic changes. Do you recall that
2    question?
3        A    I do recall the question.
4        Q    Can you answer that question without
5    looking at the paper?
6        A    I would need to look at the paper to
7    accurately answer your question.
8        Q    Absolutely. Do you have a copy on your
9    computer?
10       A    I do.
11       Q    Okay. We'll mark it, so we're all on
12   the same page, as Exhibit 7.
13           (DEPOSITION EXHIBIT NUMBER 7
14           WAS MARKED FOR IDENTIFICATION.)
15   MS. BROWN:
16       Q    Here's a hard copy, Doctor, if that
17   assists you.
18           Doctor, looking at the Hamilton article
19   that you have in front of you, does that refresh
20   you that the authors found no association between
21   the talc-induced changes and neoplasm?
22       A    No. Their -- their conclusions were
23   that the talc-induced changes -- specifically
24   fibrosis and the papillary changes -- did not

1    appear to be a reaction to talc, but they -- I
2    don't see the specific inclusion that you asked
3    in the question regarding neoplasm.
4        Q    I'm looking at page 103, Doctor, the
5    first full paragraph that begins "no evidence."
6            You with me?
7        A    One moment. "No evidence of cellular,"
8    that paragraph?
9        Q    Yes.
10           And, for the record, that paragraph
11   reads, "No evidence of cellular atypia or mitotic
12   activity was seen in the nonpapillary areas of
13   the surface epithelium of the injected ovaries
14   and in no ovary was there any evidence of frank
15   neoplasia."
16           Correct?
17       A    It does read that way, yes.
18       Q    And that was a conclusion of the
19   Hamilton article. Correct?
20   MS. O'DELL:
21           Object to the form.
22       A    That was an observation of the Hamilton
23   article.
24   MS. BROWN:

1        Q    The Hamilton article does not support
2    the theory that chronic inflammation leads to
3    neoplastic changes in the ovary. Fair?
4    MS. O'DELL:
5            Object to the form.
6        A    The Hamilton article looked at an
7    interval of one month, eighteen months, in a rat
8    model. And, so, in the constraints of that
9    particular experimental design and given the
10   state of the art of the technology at the time,
11   the authors did not conclude of a significant
12   progression of ovarian cancer. But there's
13   clearly limitations in both their experimental
14   design and time course of the study to draw wide
15   conclusions.
16   MS. BROWN:
17       Q    The conclusions of the Hamilton
18   article, Dr. Levy, do not support the hypothesis
19   that chronic inflammation from talcum powder
20   causes ovarian cancer. Would you agree?
21       A    I would not.
22       Q    The authors did not find that the
23   inflammation seen in Hamilton led to neoplastic
24   changes. True?

1        A    The authors did not report observing
2    neoplastic change over the time course of the
3    given study.
4        Q    Doctor, I'm handing you the report that
5    you've served in this case, which we'll mark as
6    Exhibit 2.
7            (DEPOSITION EXHIBIT NUMBER 2
8            WAS MARKED FOR IDENTIFICATION.)
9    MS. BROWN:
10       Q    And I'd like you to -- I'd like to
11   direct you to page 14. I'd like to direct your
12   attention to the last paragraph of -- the last
13   sentence -- excuse me -- of the second full
14   paragraph that begins "additional studies."
15           Do you see that sentence, Doctor?
16       A    What's the beginning of that paragraph
17   so I make sure I'm looking at the right one?
18       Q    Sure. I'd like to direct you on page
19   14 of your report to the second full paragraph
20   that begins "In addition to epidemiologic
21   evidence."
22           Do you see that?
23       A    I do.
24       Q    The last paragraph, or the last

9 (Pages 30 to 33)

Shawn Levy, Ph.D.

Page 34

1    sentence of that paragraph in your report reads,
2    "Additional studies have also shown the effects
3    of talc on the immune response."
4        Do you see that sentence?
5    A    I do.
6    Q    And you cite the Hamilton article for
7    that proposition that we were just reviewing?
8    A    Uh-huh.
9    Q    True?
10   A    True.
11   Q    And the talc effects on the immune
12   response that were shown in Hamilton were not
13   effects that the authors observed led to
14   neoplastic changes.  Correct?
15   MS. O'DELL:
16        Object to the form.
17   A    I'm sorry.  I'm not sure I understand
18   your question.
19   MS. BROWN:
20   Q    Sure.
21   A    Are you asking, if I could clarify, are
22   you -- are you asking if Hamilton is an
23   appropriate reference for the effects of talc on
24   the immune response or are you asking if

Page 35

1    Hamilton's an appropriate reference for something
2    else?
3    Q    In your report, you state that studies,
4    such as Hamilton, have shown effects of talc on
5    the immune response.  Correct?
6    A    That is correct.
7    Q    And you said Hamilton as one of the
8    articles that supports that proposition.  True?
9    A    Of the immune response, that's true.
10   Q    Okay.  The immune response that was
11   observed in Hamilton was not an immune response
12   that led to cancer.  Right?
13   A    As -- as I stated earlier, on the time
14   course of the Hamilton study, the authors did not
15   report specifically to neoplastic change in the
16   rat or conclude or make that conclusion, nor did
17   they conclude that that was not a possibility
18   either.
19   Q    And on page 14 of your report you have
20   two additional cites for that proposition;
21   correct?
22   A    Correct.
23   Q    And you know, Doctor, that neither of
24   those cites, Keskin or NTP, support the

Page 36

1    hypothesis that chronic inflammation leads to
2    cancer in animals.  Right?
3    A    The --
4    MS. O'DELL:
5        Object to the form.
6    A    The -- those two references were not
7    included in the report to provide the opinion or
8    conclusions that you just described.
9    MS. BROWN:
10   Q    Because you know, Doctor, that there's
11   not a single animal study that shows that talc
12   causes changes in animals that leads to cancer;
13   right?
14   MS. O'DELL:
15       Object to the form.
16   A    Could you -- could you phrase that
17   question again?  Sorry.
18   MS. BROWN:
19   Q    There is not a single animal study,
20   Doctor, that supports the opinion that chronic
21   inflammation caused by talc causes ovarian
22   cancer.  Is that correct?
23   MS. O'DELL:
24       Object to the form.

Page 37

1    A    In my review of the literature, there
2    are a number of animal studies that support the
3    opinions in the report regarding the biological
4    plausibility of talc leading to or contributing
5    to neoplastic change.
6    MS. BROWN:
7    Q    Are you aware of any animal studies,
8    Doctor, that show talc causing chronic
9    inflammation in animals that leads to neoplastic
10   or cancerous changes in the animals?
11   MS. O'DELL:
12       Object to the form.  Compound.
13   A    There is one 1971 study that I'm aware
14   of.  I would have to review to remember the
15   author.  That was an earlier seminal -- or a
16   earlier study that described the role of talcum
17   powder and the inflammatory change within the
18   ovary.
19   MS. BROWN:
20   Q    Who's the author of that study, Doctor?
21   A    I'm trying to think of where I have
22   that reference.
23   Q    Why don't we put that to the side and
24   at a break we'll see if we can find that article

10  (Pages 34 to 37)

Shawn Levy, Ph.D.

Page 38

1  and then we can take a look at it. Okay?
2       A    Uh-huh.
3       Q    Okay. Getting back, then, Doctor, to
4  what we had marked as Exhibit 6, which is the
5  Taher paper, fair to say you reviewed that paper
6  after your report was submitted in this case?
7       A    Yes.
8       Q    Okay. And did you notice throughout
9  Taher's paper he makes reference to a number of
10  supplemental materials?
11      A    Not specifically.
12      Q    Are you in receipt from plaintiffs'
13  counsel of those supplemental materials?
14      A    I'd have to -- you'd have to give me a
15  specific example, and I would be able to answer
16  you.
17      Q    So, throughout the paper, the authors
18  make reference to a set of supplemental materials
19  that support their opinions. Do you recall that?
20      A    I certainly recall the reference
21  materials to support their opinion. Whether they
22  were supplemental or otherwise, that doesn't
23  stand out to me.
24      Q    Okay. And I'm not trying to be tricky.

Page 39

1  I just want to know if you have those materials,
2  and, if so, I'm gonna request production of them.
3       A    No. I -- I -- I don't believe that I
4  have the full list of reference -- of literature
5  cited from that -- from this paper --
6       Q    Okay.
7       A    -- now --
8       Q    Now, Taher --
9       A    -- but I'd have to check.
10      Q    Sorry.
11           The Taher paper did not inform your --
12  the opinions contained in your report dated
13  November of 2018; correct?
14      A    Correct, as written.
15      Q    Okay. Are there any additional
16  documents that either you or your counsel have
17  brought with you here today in response to
18  Exhibit 1, the Notice of Deposition?
19      A    So I'm not sure how to answer that
20  accurately, but I would say there's a -- I've
21  been provided with -- since the completion of my
22  report, I've been provided with reports from
23  other experts in the -- in the case.
24      Q    Okay.

Page 40

1       A    And I have those on the -- available
2  electronically.
3       Q    Okay. Were you provided with completed
4  versions of all the plaintiff experts in the MDL
5  proceeding?
6       A    I can't speak to whether it was all,
7  but I have been provided with several.
8       Q    Will you list for me the expert reports
9  you've been provided with?
10      A    Sure.
11      Q    Thank you.
12      A    There are four on -- on this drive,
13  three -- I'm sorry. Two. Crowley and Longo.
14      Q    Two reports from Dr. Crowley and two
15  reports from Dr. Longo?
16  MS. O'DELL:
17           I don't think that's what he said.
18      A    No. I think there are two, two expert
19  reports, one from Dr. Crowley and one from
20  Dr. Longo.
21  MS. BROWN:
22      Q    Okay. And the date of the Crowley
23  report, please?
24      A    The -- according to the file, the

Page 41

1  date -- the modified date is November 28, 2018.
2       Q    And --
3       A    Whether that was the written date, I --
4  I don't know.
5       Q    And the Longo report, do you know the
6  date of that?
7       A    It is listed as August 2nd, 2017, in
8  the title. And then there's a -- sorry. There's
9  a second Longo report, 2018, which has a
10  November 28, 2018, date. So my -- my apologies.
11  To correct, there are two expert reports from
12  Dr. Longo.
13      Q    Got it.
14  MS. O'DELL:
15           So when you were talking about --
16  MS. BROWN:
17           Counsel, no. Huh-uh. No. We -- I'm
18  gonna ask questions, and he's gonna answer. We
19  are not going to have you testify. You are not
20  to testify about the expert reports.
21  MS. O'DELL:
22           I'm not gonna --
23           You asked him what the date of the
24  report was.

Shawn Levy, Ph.D.

|  | Page 42 |
|---|---|
| 1 | MS. BROWN: |
| 2 | He -- then he will answer, counsel. |
| 3 | You can't testify. |
| 4 | MS. O'DELL: |
| 5 | He gave you the date of the file -- the |
| 6 | file date -- |
| 7 | MS. BROWN: |
| 8 | That's fine. |
| 9 | MS. O'DELL: |
| 10 | -- not the date -- |
| 11 | MS. BROWN: |
| 12 | On redirect, you are welcome to clean |
| 13 | up whatever you need to. But we're not gonna |
| 14 | have your testimony on the record about dates of |
| 15 | expert reports. |
| 16 | A    So, looking at the report itself, the |
| 17 | date of the Longo report is November 14th, 2018. |
| 18 | MS. BROWN: |
| 19 | Q    And were you provided -- |
| 20 | A    The -- would you like the date of the |
| 21 | earlier report? |
| 22 | Q    That would be terrific. |
| 23 | A    It's August 2nd, 2017. |
| 24 | Q    Great. |

|  | Page 44 |
|---|---|
| 1 | MS. BROWN: |
| 2 | Q    How did you receive them? Was it email |
| 3 | or hard copy? |
| 4 | A    Neither. They were made available |
| 5 | through a shared storage. |
| 6 | Q    And would you have received an email |
| 7 | alerting you to their existence on a shared file? |
| 8 | MS. O'DELL: |
| 9 | Dr. Levy, communications between |
| 10 | counsel are -- are subject to the work product |
| 11 | privilege. |
| 12 | So to the degree you're asking him to |
| 13 | convey what was in a communication, then I'll |
| 14 | object to that and instruct you not to discuss |
| 15 | communications between counsel. |
| 16 | MS. BROWN: |
| 17 | Q    Which the question does not ask for, |
| 18 | Doctor. |
| 19 | MS. O'DELL: |
| 20 | I believe it does. |
| 21 | MS. BROWN: |
| 22 | Q    Here's what I want to know. Did you |
| 23 | rely on any other expert reports in forming your |
| 24 | opinions in this case? |

|  | Page 43 |
|---|---|
| 1 | Were you provided the two Longo reports |
| 2 | and the Dr. Crowley report by plaintiffs' |
| 3 | counsel? |
| 4 | A    Yes. |
| 5 | Q    Do you recall when? |
| 6 | A    Not specifically. It was, obviously, |
| 7 | by their date, sometime after their completion. |
| 8 | So the Crowley report and the later 2018 Longo |
| 9 | report were sometime in November or December |
| 10 | 2018. |
| 11 | There's -- I've also had an opportunity |
| 12 | to review a number of -- several other expert |
| 13 | reports which are not with me today. |
| 14 | Q    Do you have a listing of the additional |
| 15 | expert reports you were provided with? |
| 16 | A    I'd have to -- I could certainly -- I'd |
| 17 | have to provide it. I don't, off the top of my |
| 18 | head, recall all of them. There was probably |
| 19 | approximately a dozen. |
| 20 | Q    Were all of the plaintiff expert |
| 21 | reports sent to you at once? |
| 22 | MS. O'DELL: |
| 23 | Object to the form. |
| 24 | A    I'm not -- I'm not certain. |

|  | Page 45 |
|---|---|
| 1 | A    To -- to my -- the content of my |
| 2 | report, no. |
| 3 | Q    Did you receive the Crowley and two |
| 4 | Longo reports after you had already completed |
| 5 | your report in this case? |
| 6 | MS. O'DELL: |
| 7 | Object to the form. |
| 8 | A    No. There was -- if I recall -- and |
| 9 | the -- at least the earlier Longo report -- and |
| 10 | I'd have to review the specifics -- at least the |
| 11 | earlier Longo report was reviewed and was |
| 12 | included in the content in the report. |
| 13 | And I would have to -- since the later |
| 14 | Longo report and then the final version of this |
| 15 | report were quite close together, I don't recall |
| 16 | if they overlapped or not. I'd have to review |
| 17 | the -- which references I used in here, which |
| 18 | will just take a moment. |
| 19 | So, yes, the -- I did include both |
| 20 | Longo reports. |
| 21 | Q    The second Longo report was finalized |
| 22 | two days prior to your report. Is that right? |
| 23 | A    Finalized, yes. |
| 24 | Q    Did you see a draft of Longo's 2018 |

12 (Pages 42 to 45)

Shawn Levy, Ph.D.

| | |
|---|---|
| Page 46 | Page 48 |

**Page 46**

1  report?
2  A      Yes.  And the --
3  Q      And did you --
4  A      And as to when I saw the draft, I
5  believe it was -- and it was sometime in the fall
6  and/or when reports were being revised and
7  expanded as more literature became available.
8  Q      Prior to Longo finalizing and signing
9  his expert report in the MDL, you had access to a
10  draft of that report; is that right?
11  MS. O'DELL:
12          Object to the form.
13  A      I can't speak to -- that accurately.
14  MS. BROWN:
15  Q      I thought you just testified you saw a
16  version of the Longo 2018 report that was not
17  final.  Is that correct?
18  MS. O'DELL:
19          Object to the form.
20  A      I'd have to -- I'd have to review
21  my -- the -- the literature that I used for the
22  report to accurately answer your question.
23  MS. BROWN:
24  Q      Well, your report doesn't say a draft,

**Page 47**

1  and I'm wondering if you ever saw a non-finalized
2  copy of the Longo report.
3  A      I didn't have an opportunity to compare
4  the finalized Longo report to a -- what may be a
5  draft or not to accurately answer your question
6  if I saw a draft that was substantially different
7  than what's referenced as the final.
8  Q      There were two days between Longo
9  serving his report and you serving your report.
10  Does that help orient you as to whether you saw a
11  draft or you saw the final version?
12  A      Certainly possible I saw the final
13  version.
14  Q      How many hours did you spend on your
15  report in this case, Doctor?
16  A      The initial draft of the report?  The
17  initial writing of the report?
18  Q      In total, how many hours did you spend
19  writing your report?
20  A      It was 20 hours initially, and then it
21  would be -- it would be difficult to provide an
22  accurate answer for the rest of that.  I would
23  say an additional few hours that I counted as
24  revision.

**Page 48**

1  Q      Did you type the expert report that
2  we've marked as Exhibit 2 yourself?
3  A      I did.
4  Q      Did you write all contents of Exhibit 2
5  yourself?
6  A      I did.
7  Q      Were there parts of your report that
8  you lifted from other published articles?
9  MS. O'DELL:
10          Object to the form.
11  A      Could you describe "lifted"?
12  MS. BROWN:
13  Q      Did you take the words of other authors
14  and put them in your expert report as Exhibit 2?
15  MS. O'DELL:
16          Object to the form.
17  A      No.  My -- my -- so my report is a
18  review of the available literature at the time
19  that the report was being developed.  So, as
20  such, it describes that -- that literature.
21          As far as did I specifically copy words
22  from other reports, no.
23  MS. BROWN:
24  Q      Did you work with another plaintiff

**Page 49**

1  expert on the report that we've marked as
2  Exhibit 2?
3  A      I did not.
4  Q      Do you know who Dr. Zelikoff is?
5  A      The name's not familiar to me.
6  Q      Did you review a draft of
7  Dr. Zelikoff's report before submitting your own?
8  A      I did not.
9  Q      Do you think that --
10  A      Not that I'm aware of.
11  Q      Do you have any explanation as to why a
12  paragraph in your report is the same as a
13  paragraph in Dr. Zelikoff's report?
14  MS. O'DELL:
15          Object to the form.
16  A      I -- without knowing -- without seeing
17  the paragraph in both reports would be -- I can't
18  comment.
19  MS. BROWN:
20  Q      Let's mark as Exhibit 8 the expert
21  report of Dr. Judith Zelikoff, Ph.D.
22          (DEPOSITION EXHIBIT NUMBER 8
23          WAS MARKED FOR IDENTIFICATION.)
24  MS. BROWN:

13 (Pages 46 to 49)

Shawn Levy, Ph.D.

| Page 50 |
| --- |

1   Q      Is this something you've seen --
2          Oh, sorry.  Can I --
3          It's okay, actually.  It will flag it
4   for you?
5          Is this a report that you've seen
6   before, Doctor?
7   A      I'll have to see it before I answer.
8   Q      I'm handing you what we've marked as
9   Exhibit 8, which is the expert report of
10  Dr. Judith Zelikoff.  Is this one of the reports
11  that you reviewed prior -- you reviewed at all?
12  A      I would have -- I would actually have
13  to review my -- the literature that I reviewed
14  in -- the totality of the literature that I
15  reviewed, which I could answer that after a
16  break, if necessary.  But I don't recall,
17  specifically recall, this report under
18  Dr. Zelikoff's name.  But it is certainly
19  possible that I may have seen...
20  Q      Let's look at page 5 of your report,
21  Doctor.
22  A      Okay.
23  Q      And why don't you put that side by side
24  with page 20 of Dr. Zelikoff's report.  And the

| Page 51 |
| --- |

1   paragraph in Dr. Zelikoff's report that I want to
2   direct you to is the first full paragraph on
3   page 20 that begins "Genetic mutations."
4          Do you see that?
5   A      I do.
6   Q      And the paragraph of your report I want
7   to direct you to is the paragraph on page 5 that
8   begins "Both inherited."
9          Do you see that?
10  A      I do.
11  Q      Okay.  The first sentence of that
12  paragraph in your report reads, "Both inherited
13  and acquired gene -- and acquired gene mutations
14  work together to cause cancer."
15         Do you see that?
16  A      I do.
17  Q      The third sentence of the paragraph I
18  directed you to in Dr. Zelikoff's report is
19  identical and reads, "Both inherited and acquired
20  gene mutations work together to cause cancer."
21         Do you see that?
22  A      I do.
23  Q      Those two sentences are exactly the
24  same, are they not?

| Page 52 |
| --- |

1   A      They are --
2   Q      The next sentence --
3   A      Just one moment, please.  I'm just
4   making sure.  Your question was are they exactly
5   the same, and I'm just confirming if they're
6   exactly the same.
7          So, yes, I agree they're exactly the
8   same.
9   Q      You have reviewed them and satisfied
10  yourself that that -- those two sentences are
11  exactly the same; correct?
12  MS. O'DELL:
13         Object to the form.
14  A      There's a single sentence in each
15  report that is exactly the same.  But important
16  to comment that this single sentence is a -- is a
17  basic biological premise of cancer, and, so,
18  there's no surprise that two expert witnesses
19  offering opinions on the role of -- or the
20  biological plausibility or mechanisms of
21  development of cancer would introduce a
22  fundamental premise in the same manner.
23  MS. BROWN:
24  Q      No surprise that you experts would have

| Page 53 |
| --- |

1   one sentence that's the same?  Is that what
2   you're saying?
3   MS. O'DELL:
4          Objection.  That's not what he said.
5   Misrepresents his testimony.
6   A      I'm saying that both would -- both
7   reports detail a fundamental aspect as they
8   would -- based on the current understanding of
9   the -- that both inherited and acquired gene
10  mutations work in concert to cause cancer.
11  MS. BROWN:
12  Q      Look at the next sentence on page 20 of
13  Dr. Zelikoff's report.  It reads as follows:
14  "Even if one has inherited a genetic mutation
15  that predisposes one to cancer," comma, "that
16  doesn't mean he or she is certain to get cancer."
17         Did I read that correctly?
18  A      You did.
19  Q      And let's go back to page 5 of your
20  report.  Skip ahead, if you would -- one, two,
21  three -- four sentences to where you were and
22  find the sentence that begins "Even."
23         Are you with me?
24  A      I am.

14 (Pages 50 to 53)

Shawn Levy, Ph.D.

Page 54

1    Q      And your report at page 5 reads, "Even
2  if one has inherited a genetic mutation that
3  predisposes one to cancer," comma, "that doesn't
4  mean he or she is certain to get cancer."
5        Did I read that correctly?
6    A      You did.
7    Q      That's the exact same sentence we just
8  read in Dr. Zelikoff's report; correct?
9    A      It is.
10   Q      So now we have two sentences that are
11 exactly the same in your report and
12 Dr. Zelikoff's report.  Correct?
13 MS. O'DELL:
14        Object to the form.
15   A      You have two sentences that are written
16 the same but certainly not in precisely the same
17 context or organization in the total report.
18 MS. BROWN:
19   Q      We have two sentences that are
20 word-for-word identical in two of the plaintiffs'
21 expert reports in this litigation.  Is that fair?
22 MS. O'DELL:
23        Objection.  Asked and answered.
24   A      So reading your earlier question, you

Page 55

1  asked, "Is that the same exact sentence we just
2  read in Dr. Zelikoff's report; correct?"  And my
3  answer was "It is."  And it remains the same.
4    Q      Let's keep going.
5        Next sentence, at page 20 in
6  Dr. Zelikoff's report, states as follows:
7  "Rather," comma, "one or more additional gene
8  mutations may be needed to cause cancer."
9        Did I read that correctly?
10   A      You did.
11   Q      Let's go back to page 4 -- excuse me --
12 page 5 of your report where we just were.  And
13 you write:  "Rather," comma, "one or more
14 additional gene mutations may be needed to cause
15 cancer."  Correct?
16   A      Correct.
17   Q      That is the identical sentence from
18 Dr. Zelikoff's report.  Correct?
19   A      Starting with "Rather, one or more
20 additional gene mutations may be needed to cause
21 cancer."
22        Yes, correct.
23   Q      So we now have identified three
24 sentences in Dr. Zelikoff's report that are

Page 56

1  identical to your report; correct?
2    A      We have.
3    Q      Do you have any explanation for why
4  that would be?
5    A      I do.
6    Q      What's that?
7    A      That these -- each of these sentences
8  are describing basic introductory information
9  around the relationship between cancer and
10 genetic mutation.
11   Q      And each of you described it with the
12 exact same words?
13   A      Apparently so.
14   Q      Let's keep going.
15        Page 20 of Dr. Zelikoff's report,
16 picking up where we left off, Dr. Zelikoff
17 writes:  "The inherited gene mutation could
18 instead make one more likely to develop cancer
19 when exposed to certain cancer-causing
20 substances."
21        Do you see that?
22   A      I do.
23   Q      And let's go back to where we were in
24 your report, on page 5.  "The inherited gene

Page 57

1  mutation could instead make one more likely to
2  develop cancer when exposed to a certain
3  cancer-causing substance."
4        Do you see that?
5    A      I do.
6    Q      And other than the tense in that last
7  sentence, they, too, are identical.  Correct?
8    A      So they're -- they're certainly similar
9  sentences, but that -- I believe the tense is an
10 important difference between them.
11        Again, as I stated, that these are
12 introductory and fundamental perspectives on
13 cancer and that, in this case, two expert
14 witnesses have summarized those things in a
15 similar fashion.
16   Q      It doesn't strike you as odd that four
17 sentences are identical from two expert reports?
18 MS. O'DELL:
19        Object to the form.
20   A      Four sentences are not identical.
21 MS. BROWN:
22   Q      There's one small change in a tense.
23 That's it.  Right, Doctor?
24 MS. O'DELL:

15 (Pages 54 to 57)

Shawn Levy, Ph.D.

Page 58

1           Object to the form.
2      A    There -- there are -- there are three
3  sentences which are, when considered
4  individually, they are the same words.  When you
5  consider the -- now the group of those four
6  sentences together between the two reports, they
7  are clearly different organization with
8  significantly more information between those
9  identical sentences in one or the other.
10          So the suggestion that they were -- one
11 report was copied into the other, I would say it
12 is equally interesting that they are more
13 different than they are alike, other than the
14 wording of three sentences.
15 MS. BROWN:
16     Q    Did someone other than you write the
17 sentences we've just been looking at in your
18 report?
19     A    No.
20     Q    Did you consult the Mayo Clinic's
21 website in connection with writing your report?
22     A    I don't believe so.
23     Q    Do you consider the Mayo Clinic's
24 website to be authoritative -- an authoritative

Page 59

1  source, in your view?
2  MS. O'DELL:
3           Object to the form.
4      A    I have no basis for that opinion.  I --
5  I haven't reviewed the Mayo Clinic website to
6  determine that.
7           (DEPOSITION EXHIBIT NUMBER 9
8            WAS MARKED FOR IDENTIFICATION.)
9  MS. BROWN:
10     Q    Handing you, Doctor, what we've marked
11 as Exhibit 9 to your deposition, which is a
12 printout from the Mayo Clinic website entitled
13 "Cancer."
14     A    Uh-huh.
15     Q    I'll hand it to you.  And let me know
16 if this is something that you've ever seen
17 before.
18     A    Not that I recall.
19     Q    Did you take any language from the Mayo
20 Clinic website to use in your report?
21     A    No.
22     Q    Let's take a -- I want you to put the
23 Mayo Clinic, which we've marked as Exhibit 9 --
24     A    Uh-huh.

Page 60

1      Q    -- next to your report, which remains
2  Exhibit 2.  And I will direct you to the second
3  page of the Mayo Clinic printout, the section
4  titled "Causes."
5           Are you with me?
6      A    Second page.
7      Q    Double-sided.  Flip it over.
8      A    Yes.
9      Q    Okay.  And I'll direct you to page 3 of
10 your report entitled "The Role of Gene Mutations
11 in the Development of Cancer."
12     A    Uh-huh.
13     Q    Starting with Exhibit 9, the Mayo
14 Clinic website, under a section entitled
15 "Causes," the Mayo Clinic writes, "Cancer is
16 caused by changes" -- parentheses --
17 "(mutations) to the DNA within cells."
18          Do you see that?
19     A    I do.
20     Q    And, looking at page 3 of your report,
21 Doctor, that same sentence or sentence fragment
22 appears in the eight sentence:  "Cancer is caused
23 by changes" -- parentheses -- "(mutations) to the
24 DNA within cells."

Page 61

1           Correct?
2  MS. O'DELL:
3           Object to the form.
4      A    Say your question again.  Are you
5  asking --
6  MS. BROWN:
7      Q    It's the same; right, Doctor?
8  MS. O'DELL:
9           Object to the form.
10     A    There are eight words or ten words that
11 are the same in this first sentence, again, both
12 describing some of the fundamental premise of
13 cancer and its -- in its description.
14 MS. BROWN:
15     Q    Let's go to the second sentence in the
16 Mayo Clinic website, which reads, "The DNA inside
17 a cell is packaged into a large number of
18 individual genes, each of which contains a set of
19 instructions telling the cell what functions to
20 perform," comma, "as well as how to grow and
21 divide."
22          Do you see that?
23     A    I do.
24     Q    And a nearly identical version of that

16 (Pages 58 to 61)

Shawn Levy, Ph.D.

Page 62

1    sentence appears in your report at page 3 where
2    you state, "The DNA that makes up our genetic
3    code is organized into a large number of
4    individual genes, each of which contains a
5    specific subset of instructions telling the cell
6    what functions to perform," comma, "as well as
7    how to grow and divide."
8         Do you see that?
9    A    I do.
10   Q    Do you notice that nearly all the words
11   are the same as the Mayo Clinic's?
12   MS. O'DELL:
13        Objection to form.
14   A    I, again -- we -- we have another
15   example of similar language describing
16   introductory and fundamental aspects surrounding
17   the basics of cancer biology.
18   MS. BROWN:
19   Q    Back to the Mayo Clinic next sentence.
20   Quote: "Errors in the instructions can cause the
21   cell to stop its normal function and may allow a
22   cell to become cancerous."
23        Do you see that?
24   A    I do.

Page 63

1    Q    Back to your report at page 3.  An
2    identical sentence:  "Errors in the instruction
3    can cause the cell to stop its normal function
4    and may allow a cell to become cancerous."
5         Do you see that?
6    A    I do.
7    Q    Does that strike you as strange?
8    MS. O'DELL:
9         Object to the form.
10   A    Strange in what way?
11   MS. BROWN:
12   Q    That your expert report in this
13   litigation contains identical sentences to the
14   Mayo Clinic's website.
15   MS. O'DELL:
16        Objection.  Misstates the report.
17   A    I -- I don't find it surprising in the
18   least.
19   MS. BROWN:
20   Q    Let's turn to page 4 of your report,
21   please.  And I'll direct you to the final bullet
22   on the same page of the Mayo Clinic website you
23   were just looking at.  The section of your report
24   on page 4 I'd like to direct you to is the

Page 64

1    subparagraph titled "Loss of DNA Repair."
2         Are you with me?
3    A    Yes.
4    Q    I'm gonna read you two sentences from
5    the Mayo Clinic.  Tell me if I read them
6    correctly.
7         "DNA repair genes look for errors in a
8    cell's DNA and make corrections.  A mutation in a
9    DNA repair gene may mean that other errors aren't
10   corrected, leading cells to become cancerous."
11        Do you see those two sentences, Doctor?
12   A    I do.
13   Q    Those are two sentences written by the
14   folks who produce the Mayo Clinic's website;
15   correct?
16   A    I -- I have no knowledge of who wrote
17   that.
18   Q    The same two sentences appear in your
19   report on page 4.  Quote:  "DNA repair genes look
20   for errors in a cell's DNA and make corrections.
21   A mutation in a DNA repair gene may mean that
22   other errors aren't corrected, leading cells to
23   become cancerous."
24        Do you see that?

Page 65

1    A    I do.
2    Q    Those two sentences are identical in
3    the Mayo Clinic's website and your report.  True?
4    MS. O'DELL:
5         Object to the form.
6    A    Again, we have fund- -- basic
7    information that provides an introductory
8    description of the basics of cancer which is used
9    as -- as an inform- -- informatory foundation for
10   latter opinions in the report but is not germane
11   to the -- to the opinion in my report.
12        And, again, as stated before, that
13   succinct fundamental information regarding cancer
14   biology in two sources that state things
15   succinctly and clearly in layman's language
16   are -- are similar or even identical, again, does
17   not surprise me.
18   MS. BROWN:
19   Q    We read at least four sentences that
20   are identical to the Mayo Clinic.  Would you
21   agree?
22   MS. O'DELL:
23        Objection to form.  The sentences are
24   not identical.

17 (Pages 62 to 65)

Shawn Levy, Ph.D.

|  | Page 66 |
|---|---|

1    MS. BROWN:
2        Counsel, form.
3    A      There are some similar -- there are
4    some similarly stated sentences that
5    you're -- that you've taken out of context in
6    both cases to find them identical.  So I -- I
7    agree that they're identical, but, again,
8    don't -- don't necessarily am surprised since I
9    have no knowledge of where the information from
10   the Mayo website was taken from.
11   MS. BROWN:
12   Q      You agree a number of sentences in your
13   report are identical to a number of sentences on
14   the Mayo Clinic's website.  True?
15   MS. O'DELL:
16       Object to the form.
17   A      No.  I agree that they're -- I don't
18   agree.  There are specific wordings that are the
19   same.
20   MS. BROWN:
21   Q      Doctor, do you not agree that a number
22   of the sentences we just read are identical to a
23   number of sentences that appear on the Mayo
24   Clinic's website?

|  | Page 67 |
|---|---|

1    MS. O'DELL:
2        Object to the form.
3    A      I think we've -- we've specifically
4    gone over those individually and answered those
5    questions.
6    MS. BROWN:
7    Q      And you'll agree the sentences are
8    identical?
9    MS. O'DELL:
10       Object to the form.
11   A      Again, I -- I've answered -- I've
12   answered those when we went through them
13   individually.
14   MS. BROWN:
15   Q      Well, I want you to answer my question
16   now.
17       You'll agree we've looked at a number
18   of sentences that are identical in your report to
19   the information on the Mayo Clinic's website;
20   correct?
21   MS. O'DELL:
22       Object to the form.  Misstates his
23   testimony.
24   A      I'd have to go back to the transcript

|  | Page 68 |
|---|---|

1    from our conversation to comment on those.
2    MS. BROWN:
3    Q      You have it right in front of you.  We
4    just looked at them.
5    A      We did.
6    Q      Right?
7    A      Yes.
8    Q      You recall reading a number of
9    sentences in the Mayo Clinic website that match
10   word for word a number of sentences in your
11   report.  True?
12   MS. O'DELL:
13       Object to the form.
14   A      We've -- we've read information that
15   is -- that is similar between the two documents.
16   And, as answered, given the, again, basic
17   fundamental introduction in lay language for
18   these concepts, it is no surprise that it's the
19   same.
20   MS. BROWN:
21   Q      You're not surprised to find identical
22   sentences in your report and Dr. Zelikoff's
23   report?
24   A      I'm not surprised.

|  | Page 69 |
|---|---|

1    MS. O'DELL:
2        Object to the form.
3    MS. BROWN:
4    Q      You are not surprised to find identical
5    sentences in your report and the Mayo Clinic?
6    MS. O'DELL:
7        Objection to form.  Asked and answered.
8    A      No.  I -- I've answered that.
9    MS. BROWN:
10   Q      You need to answer it again.
11       Are you --
12   A      I'm not surprised.
13   Q      -- surprised?
14       Did you consult Wikipedia in writing
15   your expert report?
16   A      I don't recall.
17   Q      Do you think it's possible you might
18   have looked at Wikipedia when writing your expert
19   report in this litigation?
20   A      I've -- I've looked -- I've looked at a
21   large number of sources in published literature
22   and others.
23   Q      Did one of those sources include
24   Wikipedia?

18 (Pages 66 to 69)

Shawn Levy, Ph.D.

Page 70

1    A     I don't recall.
2    Q     Do you consider Wikipedia to be a
3    scientifically reliable source?
4    A     What do you mean by scientifically
5    reliable.
6    Q     Do you understand the concept of
7    scientific reliability when answering a
8    scientific question?
9    MS. O'DELL:
10         Object to the form.
11   A     Again, you'd have to -- that's -- you'd
12   have to explain your -- what scientific
13   reliability means in the context of your
14   question.
15   MS. BROWN:
16   Q     What does it mean to you?
17   A     Scientific reliability?  In general
18   terms, it would mean information that comes from
19   a peer-reviewed source.
20   Q     And Wikipedia is not peer-reviewed;
21   correct?
22   A     Wikipedia generally reso- -- uses
23   a -- is a summary of commonly -- at least in
24   scientific terms, a number of peer-reviewed

Page 71

1    sources, but it is --
2         So from a true peer-review perspective,
3    Wikipedia actually is peer-reviewed in the sense
4    that anyone can contribute and edit the
5    information in Wikipedia.
6    Q     Including our kids; right?
7    MS. O'DELL:
8         Object to the form.
9    A     Possible.
10   MS. BROWN:
11   Q     Anyone in the world could edit a
12   Wikipedia page.  True?
13   A     I believe so.
14   Q     Is it your testimony, Doctor, that
15   information from Wikipedia is a reliable resource
16   when answering a scientific question?
17   A     No, that is not my testimony.  That is
18   not my testimony, no.
19   Q     Do you -- do you think you used
20   Wikipedia here in writing your report?
21   A     Again, I -- I -- I don't recall using
22   Wikipedia specifically.
23   Q     Okay.  Let's take a look at your report
24   at page 7, Doctor.

Page 72

1         And we'll mark a Wikipedia page as
2    Exhibit 10.
3         (DEPOSITION EXHIBIT NUMBER 10
4         WAS MARKED FOR IDENTIFICATION.)
5    MS. BROWN:
6    Q     I would like to direct you, Dr. Levy,
7    to the first full paragraph in your expert report
8    at page 7.
9    A     Uh-huh.
10   Q     Do you see that?
11   A     I do.
12   Q     And I want to direct your attention to
13   the sentence in the middle of that paragraph that
14   begins "BRCA1 combined."
15        Do you see that?
16   A     Yes.
17   MS. BROWN:
18   Q     And I want to, side by side with
19   Wikipedia, direct your attention to the third
20   full paragraph that begins, as well, "BRCA1
21   combined."
22        You with me?
23   A     I am.
24   Q     Wikipedia writes, "BRCA1 combines with

Page 73

1    other tumor suppressors, DNA damage sensors, and
2    single transducers to form a large multi-subunit
3    protein complex known as BRCA1-associated genome
4    surveillance complex" -- parens --
5    "BAC-" -- excuse me -- "(BASC)," end parens.
6         Do you see that?
7    A     I do.
8    Q     Turning to your report, page 7, you
9    write, "BRCA1 combines with other tumor
10   suppressors," comma, "DNA damage sensors, and
11   signal transducers to form a large multi-subunit
12   protein complex known as the BRCA1-associated
13   genome surveillance complex" -- parens --
14   (BASC)."
15        Correct?
16   A     That is correct.
17   Q     Those two sentences, Doctor, are
18   identical.
19   A     It appears so, yes.
20   Q     Okay.
21   A     Except for a -- the reference included
22   on the Wikipedia page is not included in my
23   report.
24   Q     Wikipedia has cited a reference, and

19 (Pages 70 to 73)

Shawn Levy, Ph.D.

Page 74

1  your sentence stands without a reference.  Is
2  that right?
3  A      That's right.
4  Q      Other than the footnote, the two
5  sentences we just read are identical.  True?
6  A      Both sentences state the same fact in
7  the same way.  So, similar to our earlier
8  discussions, we've now seen a large collection of
9  fundamental factual information with -- with
10  accurate information from now a number of sources
11  that are stated in similar ways through
12  Wikipedia, other expert reports, and websites all
13  about the fundamentals of cancer.
14  Q      The two sentences we just read, Doctor,
15  are identical.  Correct?
16  MS. O'DELL:
17         Object to the form.
18  A      We read one sentence in Wikipedia.
19  MS. BROWN:
20  Q      And it is identical.  True?
21  A      Yes.  The wording is the same.  With,
22  of course, Wikipedia, as you already stated,
23  being editable by anybody and can pull that
24  content from anywhere, and it's the -- I'd have

Page 75

1  to review -- I'd have to look to see what
2  reference 16 in Wikipedia is.  But it's certainly
3  possible that I and Wikipedia summarized the same
4  information from the same source.
5  Q      Let's go to page 9 of your report.  One
6  of the articles that you relied on is an article
7  by Lisa Coussens and Zena Werb.  Do you recall
8  that?
9  A      That does sound familiar, but I'll have
10  to verify.
11  Q      Handing you what we've marked as
12  Exhibit 12 [sic] to your report, the Coussens and
13  Werb article.
14         (DEPOSITION EXHIBIT NUMBER 11
15         WAS MARKED FOR IDENTIFICATION.)
16  A      Yes, this is a -- this is a review.
17  This is an insight review article, which, similar
18  to my report, is likely consolidating information
19  from the research knowledge.
20  MS. BROWN:
21  Q      I'd like to direct you to the last two
22  sentences of Exhibit 10, the Coussens' article,
23  the last two sentences in the first paragraph.
24  A      Exhibit 10 or 12?

Page 76

1  Q      I'm sorry.  What did we mark the
2  Coussens as?  12?
3  A      Twelve.
4  Q      That should have been 11.
5         We have marked the Coussens' article
6  now correctly as Exhibit 11, and I'll direct you
7  to the last two sentences of the first full
8  paragraph.  Put that, if you would, Doctor, side
9  by side with your report at page 9, sentence that
10  begins "in contrast," both sentences that begin
11  "in contrast."
12         Are you with me?
13  A      I am.
14  Q      All right.  So, in this published
15  article, Ms. or Dr. Coussens writes, "In
16  contrast, proliferating cells that sustain
17  DNA" --
18  MS. O'DELL:
19         Excuse me, Alli.  Sorry.  Tell me, are
20  you in the second paragraph?
21  MS. BROWN:
22         I'm on the end of the first full
23  paragraph.
24  MS. O'DELL:

Page 77

1         Sorry.  I thought you were in the first
2  full paragraph.
3  MS. BROWN:
4         Begins "In contrast."
5  MS. O'DELL:
6         Okay.
7  MS. BROWN:
8         And we have that side by side with
9  Dr. Levy's report, page 9, the paragraph that
10  also begins "In contrast."
11  MS. O'DELL:
12         Thank you.
13  MS. BROWN:
14  Q      Dr. Coussens writes, "In contrast,
15  proliferating cells that sustain DNA damage
16  and/or mutagenic assault" -- parens -- "(for
17  example, initiated cells), continue to
18  proliferate in microenvironments rich in
19  inflammatory cells and growth/survival factors
20  that support their growth."
21         Do you see that sentence?
22  A      I do.
23  Q      The next sentence reads, "In a sense,"
24  comma, "tumors act as wounds that fail to heal."

20  (Pages 74 to 77)

Shawn Levy, Ph.D.

Page 78

1    See that?
2  A    I do.
3  Q    Directing your attention to page 9 of
4  your report, Doctor, you write, "In contrast,"
5  comma, "proliferating cells that sustain DNA
6  damage and/or mutagenic insult -- parens -- "(for
7  example," comma, "initiated cells)," end paren,
8  "continue to proliferate in microenvironments
9  rich in inflammatory cells and growth/survival
10  factors that support their growth," period. "In
11  a sense, tumors act as wounds that fail to heal."
12    Do you see that?
13  A    I do.
14  Q    Except for one word, Doctor, those two
15  sentences, including the slashes and the
16  parentheses, are identical. Correct?
17  MS. O'DELL:
18    Object to the form.
19  A    Those two sentences are similar.
20  MS. BROWN:
21  Q    Except for one word, those two
22  sentences are identical. True?
23  MS. O'DELL:
24    Object to the form. Asked and

Page 79

1  answered.
2  A    Yeah. I'd certainly appreciate the
3  similarity between the -- between the two. But
4  that's -- again, as we've been discussing now for
5  an extensive amount of time, in the introductory
6  review content of the report --
7    In fact, I reference the Coussens and
8  Werb paper, so certainly it's not a surprise that
9  wording is similar between them and used similar
10  language to describe, again, these factual
11  aspects of fundamental cancer biology, including
12  similar references.
13  MS. O'DELL:
14    Excuse me. My microphone is broken.
15  VIDEOGRAPHER:
16    It's still working. You're good. You
17  can just lay it on the table and we'll fix it at
18  a break.
19  MS. O'DELL:
20    And we've been going about an hour and
21  13 minutes.
22  MS. BROWN:
23    I'm about to finish up this section.
24  We'll take a break.

Page 80

1  Q    My question, Doctor, was: Except for
2  one word, the two sentences we just read from
3  Coussens are identical to the two sentences in
4  your report. Is that correct?
5  MS. O'DELL:
6    Object to the form.
7  A    So, I -- as -- as stated, the two
8  sentences are similar.
9  MS. BROWN:
10  Q    Except for one word, they are
11  identical. Is that correct?
12  MS. O'DELL:
13    Object to the form. He's asked --
14  you've asked the question. He's answered your
15  question.
16  A    Again, the two sentences are similar.
17  MS. BROWN:
18  Q    Do you understand "identical," what
19  "identical" means?
20  A    Yes. Exactly the same.
21  Q    Okay. Except for one word, those two
22  sentences are exactly the same in the Coussens
23  article and your report. True?
24  MS. O'DELL:

Page 81

1    Object to the form. Asked and
2  answered.
3  A    And we're -- we're saying the same
4  thing in different ways, which is that the two
5  sentences are similar, stating factual
6  information about fundamental cancer biology and
7  in two similar review articles.
8  MS. BROWN:
9  Q    And the only difference is one word.
10  Correct?
11  A    Two sentences are similar.
12  Q    My question was: The only difference
13  is one word. True?
14  A    Let me review again to be sure that we
15  would -- before answering.
16    Taken out of context, those two
17  sentences are similar.
18  Q    My question was, Doctor, the only
19  difference is one word. Is that correct?
20  MS. O'DELL:
21    Objection to the form. Asked and
22  answered.
23  A    You know, I think we've -- we've
24  answered this a number of times, that the two

21 (Pages 78 to 81)

Shawn Levy, Ph.D.

Page 82

1   sentences are different in their context and in
2   terms of paragraph, but they are similar in
3   structure and similar in wording.
4           But, as you stated, with the exception
5   of the -- so they're not.  So in a language
6   perspective, they're not identical.  They're
7   similar.
8   MS. BROWN:
9           Let's take a break.
10  VIDEOGRAPHER:
11          Going off -- going off the record.  The
12  time is 10:15 a.m.
13          (OFF THE RECORD.)
14  VIDEOGRAPHER:
15          We're back on the record.  The time is
16  10:25 a.m.
17  MS. BROWN:
18  Q       Doctor, I am handing you what I have
19  marked as Deposition Exhibit 12 and 13.  These
20  are additional documents your counsel identified
21  for us this morning as something you have seen
22  since your report.
23          (DEPOSITION EXHIBITS 12 AND 13
24          WERE MARKED FOR IDENTIFICATION.)

Page 83

1   MS. BROWN:
2   Q       Would you tell us what those two
3   exhibits are, please.
4   A       Exhibit -- Exhibit 13 is a printed copy
5   of an email dated December 26th informing
6   Dr. Saed that a manuscript --
7           Is it helpful to identify the
8   manuscript?
9           -- titled "Molecular Basis Supporting
10  the Association of Talcum Powder Use With
11  Increased Risk of Ovarian Cancer," submitted to
12  Reproductive Sciences, has been reviewed.  The
13  comments were included in the letter.
14  Q       Have you seen --
15  A       And I'm just reading the --
16  Q       Sure.
17  A       It -- it appears that the -- so,
18  summarizing the letter, the manuscript has been
19  reviewed, the comments from the reviewers were
20  provided back, and the journal has informed
21  Dr. Saed that they'll accept a revised document
22  for potential publication.
23  Q       Have you seen Exhibit 13 prior to this
24  morning?

Page 84

1   A       I have.
2   Q       Have you seen the reviewer comments
3   referenced in Exhibit 13?
4   A       I have not seen the reviewer comments.
5   Q       Okay.  Exhibit 13 does not inform the
6   opinions of your report dated November of 2018.
7   True?
8   A       Exhibit 13, being the letter, that is
9   correct.  It does not.
10  Q       Okay.  And what's Exhibit 12?
11  A       Exhibit 12 appears to be a preprint
12  version of the previously mentioned paper,
13  "Molecular Basis Supporting the Association of
14  Talcum Powder Use With Increased Risk of Ovarian
15  Cancer," with the first author, Nicole Fletcher,
16  and Dr. Saed is listed as the senior or
17  corresponding author.
18  Q       Did the lawyers provide you with this
19  manuscript, Doctor?
20  A       Yes, in a -- but that's -- yes, they
21  did.
22  Q       Do you recall when you were provided
23  with a copy of the manuscript by the plaintiffs'
24  lawyers?

Page 85

1   A       It was sometime in December toward --
2   late in the year.  The exact date, I'd have to
3   review when it came in.  And I believe it was --
4   and the version you have here is a more formal
5   preprint version from the -- from Manuscript
6   Central, whereas the version I received
7   was a -- it appeared to be more of a submission
8   version.
9           So commenting whether it's
10  exact -- precisely the same content, I -- I
11  wouldn't be able to say.
12  Q       Fair to say, though, Doctor, since you
13  received the manuscript in December of 2018, the
14  contents of the manuscript did not inform the
15  expert report that you wrote in November of 2018;
16  correct?
17  A       Actually, I would say the -- the -- I
18  would not agree, from the perspective of Dr. Saed
19  has a number of similar studies, as well as a
20  number of abstracts that I had the opportunity to
21  review that did inform some of the opinions in
22  the report.  Those same information and data were
23  included in this manuscript and expanded upon
24  actually significantly.

22 (Pages 82 to 85)

Shawn Levy, Ph.D.

Page 86

1    So the basis of my opinion includes
2  some of the information from this manuscript, but
3  I -- but the report does not contain the totality
4  of this.
5    Q    Right. Because the manuscript wasn't
6  available to you until after you wrote your
7  report. Right?
8    A    No, that's not the case. The -- the --
9  the research, some of the research information
10 from this study was available in abstract form,
11 and -- and some -- I believe a preprint from
12 Dr. Saed.
13    So it was -- so it was available.
14 Portions of it were available for the report.
15    Q    Other than the abstract, did you have
16 access to an earlier version of what we've marked
17 as Exhibit 12?
18    A    I can't accurately answer that without
19 comparing them.
20    Q    Where do you have stored the earlier
21 version that you're referring to?
22    A    Let's see if I -- what I have here.
23    So, from Dr. Saed, I have a -- used a
24 book chapter which describes some of his

Page 87

1  oxidative stress experiments that are also
2  consistent with the information that's in the --
3  in Exhibit 12, as well as some of his earlier
4  review articles, and that's --
5    Let me make sure I'm not missing
6  anything from Fletcher, who's been...
7    But, otherwise, the -- the experiments
8  that were expanded upon in the formal manuscript
9  were described in -- in abstract or, I should
10 say, summarized form, meaning an abstract that
11 included methods, results, and conclusions from
12 Fletcher and colleagues in Dr. Saed's group.
13    Q    At the time you wrote your report, you
14 had an abstract of the 2018 paper that we've
15 marked as Exhibit 12; correct?
16 MS. O'DELL:
17    Object to the form. He said plural.
18    A    Yes. I had two abstracts and then
19 possibly --
20    I'd have to review when I received this
21 preprint versus the final version of my report to
22 see if they overlapped, if they're -- if I had an
23 opportunity to review this or not.
24 MS. BROWN:

Page 88

1    Q    Okay. And I'll ask if you'd be kind
2  enough to do that at a break. Just let us know
3  if you had access to something other than the
4  abstract of Dr. Saed's 2018 report at the time
5  you wrote your report. Fair enough?
6    A    I'll make a note.
7  MS. O'DELL:
8    Excuse me. Object to the form.
9  Abstracts, not one.
10 MS. BROWN:
11    Q    Dr. Levy, you are a Ph.D.; is that
12 correct?
13    A    Correct.
14    Q    Okay. You are not an M.D.; correct?
15    A    That's correct.
16    Q    What's your Ph.D. in, sir?
17    A    Biochemistry and genetics.
18    Q    You're not an epidemiologist. Fair?
19    A    I am not.
20    Q    Okay. And the focus of your work at
21 HudsonAlpha is on genome sequencing. Is that
22 right?
23    A    No. The -- the -- genome sequencing is
24 a tool that we apply in -- in the work of my

Page 89

1  laboratory and in my responsibilities at
2  HudsonAlpha.
3    Q    HudsonAlpha has a team known as the
4  Breakthrough Breast and Ovarian Cancer Team. Is
5  that right?
6    A    I'm not familiar with that name.
7    Q    Okay.
8    A    There is a -- a group of faculty who
9  have some funding related to breast and ovarian
10 cancer. It's -- it's certainly possible that
11 name was used in -- in press for some title.
12    Q    Since you're not familiar with that
13 team, fair to say you're not a member of the
14 Breakthrough Breast and Ovarian Cancer Team?
15 MS. O'DELL:
16    Object to the form.
17    A    Again, I don't -- my involvement with
18 breast and ovarian cancer at HudsonAlpha is
19 specific to some projects. And whether or not I
20 was named on that team, I -- I don't know.
21 MS. BROWN:
22    Q    There are folks at HudsonAlpha,
23 scientists and doctors at HudsonAlpha whose
24 practice is devoted to studying ovarian cancer.

23 (Pages 86 to 89)

Shawn Levy, Ph.D.

|  | Page 90 |
|---|---|

1  Correct?
2  A     No, that's not correct.
3  Q     Your practice is not devoted to ovarian
4  cancer; correct?
5  MS. O'DELL:
6        Object to the form.
7  A       No.  My -- my practice is not devoted
8  to ovarian cancer.  And -- but that was
9  irrelevant to what I was asked to do in
10 this -- in this particular case for
11 the -- regarding the content of my report.
12 MS. BROWN:
13 Q     I think I saw you've published one
14 article regarding ovarian cancer over the course
15 of your career.  Is that right?
16 A     That sounds correct.
17 Q     You have not given any presentations
18 regarding ovarian cancer.  Is that true?
19 A     I would say that's accurate.
20 Q     You have not received any government
21 funding to study ovarian cancer.  True?
22 A     I received government funding to study
23 breast and ovarian cancer -- this was in 2002,
24 from the Department of Defense -- and then,

|  | Page 91 |
|---|---|

1  subsequent to that, participated in at least one
2  review for the Department of Defense in reviewing
3  ovarian cancer research grants.  So that is --
4        And then my membership in the
5  Vanderbilt Cancer Center as well as the
6  University of Alabama Birmingham Comprehensive
7  Cancer Center certainly have been involved in a
8  number of projects across a diversity of cancer
9  types, including ovarian and breast cancer.
10 Q     Prior to being hired by the plaintiffs'
11 lawyers in this litigation, you had not
12 investigated the potential mechanisms by which
13 talcum powder could cause ovarian cancer.  Is
14 that fair?
15 MS. O'DELL:
16       Object to the form.
17 A     Specific -- as in terms of a specific
18 fundamental research project?
19 MS. BROWN:
20 Q     At all.
21 MS. O'DELL:
22       Object to the form.
23 A     So my research has included the role of
24 inflammation and a number of biological processes

|  | Page 92 |
|---|---|

1  dating back to my early Ph.D. work, and those
2  include cancer.  So certainly the subject of
3  inflammatory response in -- both chronic and
4  acute, in controlling cancer has been a subject
5  of my research for some time and certainly
6  bridged into ovarian cancer as well as other
7  cancer types.
8  MS. BROWN:
9  Q     You've never published on chronic
10 inflammation as a potential mechanism by which
11 talcum powder causes ovarian cancer.  Correct?
12 A     Not specific to talcum powder, no.
13 Q     You have never given a presentation on
14 chronic inflammation as a mechanism for causing
15 ovarian cancer at all; right?
16 MS. O'DELL:
17       Object to the form.
18 A     I'm thinking through my --
19       I don't recall a specific presentation
20 with regards to talcum powder and its role in
21 ovarian cancer.  As far as my discussions or
22 presentations around the role of inflammation in
23 cancer, including ovarian, it -- it is -- it is
24 possible, but I can't think of a specific

|  | Page 93 |
|---|---|

1  presentation.
2  MS. BROWN:
3  Q     Okay.  Since you've been hired by
4  plaintiffs' lawyers, you have done some research
5  into the potential role of inflammation and
6  ovarian cancer.  Is that right?
7  MS. O'DELL:
8        Object to the form.
9  A     Since -- since my -- what was requested
10 of me from the plaintiffs' attorneys was to
11 provide a review of the biological plausibility
12 and a connection between talcum powder and
13 inflammation and then discuss the relationship
14 between inflammation and cancer.
15 MS. BROWN:
16 Q     Okay.  As I understand you, Dr. Levy,
17 you were asked by the plaintiffs' lawyers to
18 provide a review of the literature as it relates
19 to the biological plausibility of talcum powder
20 and ovarian cancer.  Is that right?
21 MS. O'DELL:
22       Object to the form.
23 A     No, that's not correct.  What I was --
24 I was asked to provide an opin- -- expert opinion

Shawn Levy, Ph.D.

Page 94

1  on the biological plausibility of the mechanism
2  that -- of the ability of exposure of talc and
3  its constituent components to cause inflammation
4  and/or cancer.
5  MS. BROWN:
6      Q     Do you see those as two different
7  things?
8      A     Yes.
9      Q     Okay.  So you were asked to provide a
10  mechanism by which talcum powder could cause
11  cancer?
12     A     No, that's not correct.
13  MS. O'DELL:
14         Objection to form.
15  MS. BROWN:
16     Q     Okay.  Explain it to me.
17     A     I -- I was asked to provide a -- an
18  opinion on the biological plausibility --
19     Q     Of talcum powder causing cancer?
20     A     -- of talcum powder leading to the
21  biological changes necessary to cause cancer.
22     Q     Okay.  As I understand what you just
23  said, you were asked to re- -- to provide an
24  opinion on the biological plausibility of talcum

Page 95

1  powder leading to biologic changes that are
2  needed to cause cancer.  Is that fair?
3  MS. O'DELL:
4         Object to the form.
5      A     So I was asked from -- by the attorneys
6  to review the available literature across the
7  spectrum of cancer and talcum powder and
8  constituent literature to develop an opinion
9  around the biological plausibility that exposure
10  of -- exposure to talcum powder is
11  biologically -- that there is a biologically
12  plausible mechanism that that can cause cancer.
13  MS. BROWN:
14     Q     Okay.  And that is not something that
15  you had done prior to being hired by the
16  plaintiffs' lawyers.  Fair?
17     A     Developing such an opinion?
18     Q     Correct.
19     A     Or -- or -- so writing such a report,
20  no, that is not something I -- I had done prior
21  to -- to this.  My research has been primarily in
22  data integration and the examination of
23  mechanistic effects in cancer, rare disease,
24  and -- and in diabetes specifically, as well as

Page 96

1  some neurological diseases.
2         So this was a similar review as -- of
3  those topics when asked to examine the biological
4  plausibility of a cause and effect; in this case,
5  cause being exposure to talcum powder and effect
6  being progression to cancer.
7      Q     Prior to being hired by the plaintiffs'
8  lawyers, you had not considered the biological
9  plausibility of talcum powder causing ovarian
10  cancer.  Correct?
11     A     No.  I would say that's not true in
12  isolation.  And the reason I say that's not true
13  is I had been aware of some of the literature and
14  certainly some of the press that surrounded the
15  suspected associations between talcum powder
16  exposure and cancer.  So I was familiar with the
17  concept, but I had not at the time, until hired
18  by the plaintiffs' attorney, spent a significant
19  amount of time reviewing the literature and
20  developing a written opinion as to that
21  biological plausibility.
22     Q     You have not published your opinion
23  contained in -- your opinions contained in the
24  report that we marked as Exhibit 2.  Is that

Page 97

1  correct?
2      A     That is correct.
3      Q     You have not presented the opinions
4  contained in Exhibit 2 at any medical or
5  scientific conference; correct?
6      A     That's correct.
7      Q     You have not disclosed the opinions
8  contained in Exhibit 2 to any of your colleagues;
9  correct?
10  MS. O'DELL:
11         Object to the form.
12     A     Not at this time, no.  Considering I
13  had -- I had just finalized the report a short
14  time ago, I haven't had the opportunity to
15  consider publication, presentation, or -- or
16  discussion with colleagues.
17  MS. BROWN:
18     Q     Do you plan to seek publication of the
19  information contained in your report in Exhibit
20  2?
21     A     I -- I haven't made a determination at
22  this time.  It's been a fascinating area to
23  research.  Certainly there's -- that would
24  certainly be a future possibility.

25 (Pages 94 to 97)

Shawn Levy, Ph.D.

Page 98

1   Q       Does HudsonAlpha --
2          First of all, what's your position at
3   HudsonAlpha, Doctor?
4   A       So I'm a faculty investigator, which
5   would be analogous to a faculty member at a
6   research institution, similar to -- or I should
7   take a step back and just --
8          To be accurate, HudsonAlpha is a
9   private nonprofit research institution, similar
10  to Broad Institute, Stowers, et cetera.  So we
11  are academic in nature, meaning that most of our
12  funding or the vast majority of our funding comes
13  from grants and contracts.  So that's why I say
14  it's analogous to faculty at a research
15  institution.
16         My other responsibilities are the
17  management and oversight of the production and
18  research laboratories, so that provides us an
19  opportunity to work with approximately 1200
20  different laboratories from around the world in
21  support of roughly 5,000 projects over the last
22  nine and a half years.  And that's -- it's
23  provided a broad spectrum of activities and
24  abilities to work in these types of projects.

Page 99

1          And then I also oversee the clinical
2   laboratories as well.  And adult oncology is a
3   major focus of that research.  I currently lead
4   the largest profiling effort in adult cancer in
5   the nation, which involves 15 national cancer
6   institutes.  And ovarian cancer is a component of
7   that research, although not the only cancer that
8   we research in that -- in that's -- in that
9   program.
10  Q       None of the 5,000 projects you just
11  mentioned have dealt with talc.  Is that fair?
12  A       That is fair.
13  Q       And none of the work at the clinical
14  labs that you just mentioned have dealt with
15  talc; correct?
16  MS. O'DELL:
17         Object.
18  A       I am -- I would say there's a
19  statistical probability that some of the ovarian
20  cancer samples that have been observed in the
21  clinical laboratory may very well have
22  been -- have come from patients exposed to talcum
23  powder.  But I have no direct knowledge of that,
24  nor have we performed any testing to confirm

Page 100

1   or -- or -- or dispute whether or not those
2   ovarian cancer or other cancer types may have had
3   a relationship with talcum powder.  So the short
4   answer being I -- I don't have the information to
5   answer that.
6   MS. BROWN:
7   Q       HudsonAlpha has a Code of Ethics.  Are
8   you familiar with it?
9   A       Yes.
10  Q       Are you familiar with the financial
11  disclosure requirements of HudsonAlpha?
12  A       I am.
13  Q       Have you complied with those in
14  connection with your work as an expert witness
15  for plaintiffs in this case?
16  A       I have.
17  Q       And tell us what you've done to comply
18  with HudsonAlpha's Code of Ethics and financial
19  disclosure requirements.
20  A       Their Code of Ethics and financial
21  requirement is requirement to disclose any
22  relationships that have a financial component
23  over -- I don't recall the minimum amount, but it
24  is -- it is fairly modest, hundreds of dollars.

Page 101

1          And that reporting requirement is the -- is -- is
2   for the previous year, and it is due in July, I
3   believe is the time frame, although I'd have to
4   make sure.  It's -- I know it's not the end of
5   the calendar year.  So on my next disclosure,
6   this, of course, activity would be disclosed.
7          In addition to that, via
8   conversation -- regular review with the president
9   of the institution, I provide a general report on
10  consulting activities; for example, these
11  activities.
12         HudsonAlpha's policy is faculty members
13  are allowed up to 20 percent of your time towards
14  consulting activities that have a relationship to
15  your research area, such as the evaluation of the
16  biologically plausible mechanism of talc in
17  ovarian cancer.  So based on both the timing of
18  the Code of Ethics with regards to the financial
19  disclosure as well as the ad hoc reporting of
20  consulting engagements with the president of the
21  institution, I'm in compliance with the current
22  policies of HudsonAlpha.
23  Q       The president of HudsonAlpha is aware
24  of your opinions in this case?

26  (Pages 98 to 101)

Shawn Levy, Ph.D.

Page 102

1   A    I have not discussed my opinions
2   specifically to this case with him; just the
3   general knowledge that I was asked to participate
4   as an expert witness.  He didn't ask, and I
5   didn't provide the content.
6   Q    No one at HudsonAlpha is aware of your
7   opinion that talcum powder causes chronic
8   inflammation which can cause ovarian cancer?  Is
9   that right?
10  A    I have -- I have not specifically
11  shared the contents of the report or -- or my
12  opinions widely at HudsonAlpha.
13  Q    Did you disclose last July that you had
14  already been hired and submitted invoices to the
15  plaintiffs' lawyers?
16  A    I'm sure I did.
17  Q    Do you have that documentation?
18  A    No.  It's -- it's an electronic
19  disclosure.  It's not actually done on paper.
20  Q    One of the things that HudsonAlpha does
21  is it partners with the University of Alabama in
22  a comprehensive cancer center; correct?
23  A    No, that wouldn't be correct.
24  HudsonAlpha is very specific --

Page 103

1         And you may be more familiar with this
2   than I.
3         They're very specific with their use of
4   the word "partnership" and they're, in fact, very
5   specific that they do not engage in a -- anything
6   titled "a partnership."  So they -- I would not
7   characterize them as a partner of the University
8   of Alabama Cancer Center.
9         We certainly have -- there are faculty
10  members at University of Alabama Birmingham who
11  are -- have adjunct appointments at HudsonAlpha,
12  just as I have appointments at University of
13  Alabama Birmingham and I am a member of their
14  cancer center.
15  Q    Are you aware of the work that
16  HudsonAlpha does with the University of Alabama's
17  Comprehensive Cancer Center?
18  MS. O'DELL:
19         Object to the form.  Asked and
20  answered.
21  A    I'm aware of some of the work, but I --
22  certainly I -- I don't -- I don't necessarily
23  have knowledge of the full spectrum of those
24  projects, given that they involve many faculty

Page 104

1   members on both institutions.
2   MS. BROWN:
3   Q    Fair to say, then, Doctor, you have not
4   participated in any work with the University of
5   Alabama's Comprehensive Cancer Center?
6   MS. O'DELL:
7         Object to the form.
8   A    No, that's not true.
9   MS. BROWN:
10  Q    Have you worked with the University of
11  Alabama's Comprehensive Cancer Center on projects
12  involving ovarian cancer?
13  MS. O'DELL:
14         Objection.  Asked and answered.
15  A    I would -- I would have to review the
16  specific projects that we've -- we've done to
17  answer that.
18         As the codirector of a core facility
19  for the University of Alabama Comprehensive
20  Cancer Center, it is likely that we've worked on
21  some projects related to ovarian cancer, but I
22  can't specifically name them.  They are -- I
23  would -- I would characterize them as infrequent.
24  MS. BROWN:

Page 105

1   Q    Have any of those projects attempted to
2   research the potential causes of ovarian cancer?
3   A    Again, I'd have -- I'd have to review
4   the projects.  They're certainly --
5   fundamentally, most of the questions regarding
6   the analysis of cancer samples are routinely to
7   investigate their cause or their treatment.  So I
8   would -- I would answer that question as highly
9   likely.
10  Q    Would you agree the cause of ovarian
11  cancer remains unknown today?
12  MS. O'DELL:
13         Object to the form.
14  A    No, I would -- I would -- I would not
15  agree that it -- I would not agree to that
16  general statement.
17  MS. BROWN:
18  Q    What are the causes of ovarian cancer
19  in your mind, Doctor?
20  A    Well, the -- the causes of -- of
21  a -- of any number of cancers, including ovarian
22  cancer, are probably more well understood now
23  than ever, and their complexities I think now are
24  just beginning to be appreciated in the sense

27 (Pages 102 to 105)

Shawn Levy, Ph.D.

Page 106

1    that cancer is a disease of unregulated cell
2    growth.
3         Back to our earlier con- -- earlier
4    conversation, some of the fundamental facts that
5    we had discussed and, in fact, I think well
6    replicated in a number of sources, as you pointed
7    out to me, you know, illustrate that there's a
8    milieu of genetic change leading to cellular
9    transformation, and that cellular damage, if we
10   consolidate that as cellular damage, then has to
11   work in concert with a number of other events
12   providing the right environment for a tumor to
13   grow, such as inflammation, chronic or acute.
14   And, so, the -- you know, the -- the -- you know,
15   giving a singular cause would be inappropriate.
16        But I would say the mechanistic causes
17   of cancer are reasonably well understood, but how
18   those apply to the wide diversity of cancer types
19   remains an area of active investigation.
20        I think what's interesting on cancer in
21   general is that there's no -- really no longer a
22   bucket diagnosis.  It is -- it -- lung cancer is
23   more complex than lung cancer and ovarian cancer,
24   certainly with the --

Page 107

1         As I'm sure you're well aware, with the
2    molecular subtypes and other things, it's a
3    complicated disease as well.
4         So to summarize that is -- to summarize
5    all of that complexity by saying that the cause
6    is known or unknown I think would vastly
7    underestimate the -- our current state of the art
8    or knowledge of how complex cancer is as a
9    condition.
10   Q    Sure.
11        Scientists, researchers, public health
12   authorities continue to investigate the mechanism
13   by which ovarian cancer is caused.  Correct?
14   A    That's correct.
15   Q    We do not, sitting here today in 2019,
16   have a complete understanding of the etiology of
17   ovarian cancer.  Correct?
18   MS. O'DELL:
19        Object to the form.
20   A    I would say we have substantial
21   knowledge of factors and exposures that either
22   predispose or directly cause cancer in a large
23   number of -- large number of cancer areas,
24   including ovarian cancer.

Page 108

1         Now, the -- whether that represents the
2    complete milieu of possibilities is -- is what is
3    currently under research.
4    MS. BROWN:
5    Q    Were you aware that the University of
6    Alabama Comprehensive Cancer Center is an NCI
7    center, National Cancer Institute?
8    A    Yes.  It's -- it's not only an
9    NCI-designated center; it's an NCI-designated
10   comprehensive cancer center, which is a slightly
11   different classification.  It's a -- there's more
12   criteria for a cancer center to meet to become
13   comprehensive.
14   Q    What does it mean to be an NCI center,
15   to you, if you know?
16   A    Stated very simply, it means you have
17   a -- your cancer center is funded by a support
18   grant directly from the National Cancer Institute
19   to provide -- that supports not only patient care
20   but also supports basic research, epidemiology
21   and -- and health outcomes research in cancer.
22        So, in a nutshell, it is a fairly
23   comprehensive grant that supports a wide variety
24   of work within a cancer center that extends

Page 109

1    beyond basic -- basic care.
2    Q    The National Cancer Institute has
3    funded a number of projects that the scientists
4    at HudsonAlpha are working on.  Is that fair?
5    A    I'd have to certainly review the grant
6    portfolio.  But I'm certain that, since I myself
7    have funding from that cancer center, yes, the
8    NCI does fund some -- some number of
9    investigators at HudsonAlpha.
10   Q    And you consider the NCI to be a
11   reputable public health authority; correct?
12   A    No, not necessarily.  The NCI is really
13   not a public health authority.  The N -- the NCI
14   is a -- is a scientific administration center
15   within the National Institutes of Health.
16        Now, I'm speaking of their extramural
17   programs.  The NCI also have intramural programs,
18   where they have their own researchers and their
19   own projects.  I'm less familiar with those
20   activities.
21        But together, I would state that the
22   NCI is a -- I don't have -- I guess I have not
23   had any experience with the NCI that would lead
24   me to say that they are an authoritative public

28 (Pages 106 to 109)

Shawn Levy, Ph.D.

Page 110

1  health authority.
2  Q        Before forming your opinions in this
3  case, Dr. Levy, did you look to see what the NCI
4  states about whether talcum powder causes ovarian
5  cancer?
6  A        I believe I did see, from a number of
7  statements, certainly potentially from the NCI,
8  regarding the complete opinion and -- and
9  knowledge base for the role of talcum powder in
10  ovarian cancer.
11  Q        Do you recall that the NCI has
12  concluded that there's inadequate evidence that
13  talcum powder increases the risk of ovarian
14  cancer?
15  MS. O'DELL:
16        Object to the form.
17  A        Which -- what specifically are you
18  referring to? I -- I wouldn't be able to answer
19  that accurately without knowing which specific
20  report or statement that you're referring to.
21  MS. BROWN:
22  Q        I'm wondering if, sitting here today,
23  you recall looking at information about the
24  classification of risk factors for ovarian cancer

Page 111

1  as done by the NCI.
2  A        I don't recall that specifically. I
3  don't also recall seeing any statements from the
4  NCI regarding safety of any product.
5  Q        In forming your opinions in this case,
6  Dr. Levy, did you consider the conclusions of
7  public health authorities like the FDA, the NCI,
8  NIH as it relates to talcum powder in ovarian
9  cancer?
10  A        So I certainly considered information
11  from each of those entities. But I would make a
12  statement I don't -- I don't recall from any of
13  those entities seeing a single conclusion.
14  Q        Is it your opinion, Dr. Levy, that
15  talcum powder causes ovarian cancer?
16  A        I wasn't asked to provide an opinion if
17  talcum powder causes cancer. I was -- I was
18  asked to develop an opinion as to the biological
19  plausibility of -- of talcum powder leading
20  to -- leading to change.
21        Now, that's what I was asked from the
22  attorneys. If you're asking -- are you asking me
23  what my opinion is --
24  Q        Well, I want to know if, in this case,

Page 112

1  you are prepared to offer the opinion that talcum
2  powder causes ovarian cancer.
3  A        I don't -- I don't think we have the
4  complete information for a sing- -- you know, to
5  have the opinion of a singular cause. But, at
6  the same time, my opinions are that, as stated in
7  the report, there's a clear and well-evidenced
8  biologically plausible role for talcum powder
9  leading to ovarian cancer.
10  Q        On page 2 of your report, the second
11  full paragraph that begins "My report
12  consists" --
13        You with me?
14  A        Yes.
15  Q        -- you state -- you reference your
16  conclusions regarding this cause-and-effect
17  relationship.
18        Do you see that?
19  A        I do.
20  Q        Do you mean by that that you have an
21  opinion that talcum powder causes the effect of
22  ovarian cancer?
23  A        No. That -- that wasn't the meaning of
24  that statement of cause and effect. It was -- it

Page 113

1  was a -- more of a general statement of a cause
2  being exposure to talc and effect being that
3  biologically plausible mechanism.
4  Q        You mentioned a moment ago that you
5  don't think we have the complete info on a
6  singular cause of ovarian cancer. Is that right?
7  MS. O'DELL:
8        Objection to form.
9  A        Sorry. Let me read your question
10  again.
11        I have -- I have not seen any evidence
12  that suggests that there is a singular cause of
13  ovarian cancer.
14  MS. BROWN:
15  Q        You have not seen sufficient evidence
16  to suggest that talcum powder could be one of the
17  causes of ovarian cancer; correct?
18  MS. O'DELL:
19        Object to the form.
20  A        I would disagree. As -- as stated,
21  the -- I have not seen evidence that there's a
22  singular cause of ovarian cancer. I think there
23  is ample evidence that there are a multitude of
24  mechanisms that you can get cellular damage and

29 (Pages 110 to 113)

Shawn Levy, Ph.D.

Page 114

1  cellular change within the ovary which then leads
2  to malignant transformation, and that, as stated
3  in the report, there's a biologically plausible
4  mechanism that exposure to talcum powder and its
5  constituents can create those necessary changes.
6  MS. BROWN:
7  Q     Do you believe, Doctor, there's
8  sufficient evidence that talcum powder, through
9  chronic inflammation, causes ovarian cancer in
10  some individuals?
11  A     No.  That -- that was not my -- not my
12  opinion or statement.  And I would say
13  specifically chronic inflammation is, again,
14  narrowing the focus in an inappropriate way, and
15  the evidence doesn't illustrate that chronic
16  inflammation is a singular sufficient detail or,
17  I should say, effect to result in ovarian cancer.
18  It's certainly a factor, as -- as well described
19  in the -- in the literature.
20     And -- and, again, I would defer to
21  other expert reports that have similar opinions
22  regarding inflammation, chronic inflammation
23  being one of them.
24     And it may be important to provide an

Page 115

1  important distinction that cellular damage or
2  what we can refer to as acute inflammation can
3  cause -- certainly has been shown and is
4  well-evidenced that it causes -- can lead to
5  molecular changes that can lead to cancer.
6     Chronic inflammation is a slightly --
7  is in a slightly different biological perspective
8  in that it provides the correct environment for
9  those cancerous changes to take hold and allow
10  malignant transformation, as I mentioned.
11     So I -- I do view them as working in
12  concert but not necessarily independent.  So when
13  you ask a question that specifically narrows it
14  to chronic inflammation or even acute
15  inflammation in a singular fashion, you know, my
16  answers will largely be the same, that that's, in
17  and of itself, is too limited to describe as a
18  specific cause, singular or otherwise, of ovarian
19  cancer or of cancer in general.
20  Q     You'd agree that the research regarding
21  whether chronic inflammation can cause ovarian
22  cancer is ongoing?
23  A     Yes, I would agree it is -- it is
24  ongoing research.  But there are a large number

Page 116

1  of observations and studies that
2  have -- certainly exist.  And, again, their
3  review and -- and content is what went to the
4  opinions in my report.
5  Q     And most of the studies that you cite,
6  Dr. Levy, talking about chronic inflammation
7  refer to chronic inflammation as a hypothesis of
8  one of the ways cancer might form in the ovary.
9  Correct?
10  MS. O'DELL:
11     Object to the form.
12  A     Let me -- sorry.  Let me read your
13  question.
14     No.  I would disagree.  At least,
15  certainly not most of the studies that I cite.
16  MS. BROWN:
17  Q     Do you believe chronic inflammation is
18  an established mechanism of ovarian cancer?
19  A     Yes, in the sense that chronic
20  inflammation is a well-established mechanism of
21  cancer in general, including ovarian cancer.
22  This is first observed in the 1800s and has since
23  been -- become well-established in the -- in the
24  cancer field that inflammation plays a

Page 117

1  significant role in both the initiation as well
2  as progression of cancer.
3  Q     What methodology did you employ for
4  coming to the opinion that chronic inflammation
5  is a well-established cause of ovarian cancer?
6  A     Just general mechanism in terms of
7  evaluating biological plausibility.
8  Q     I understand, Dr. Levy, you have a
9  general opinion that chronic inflammation can
10  lead to some cancer.  Is that right?
11  MS. O'DELL:
12     Objection to form.  Misstates his
13  testimony.
14  A     I -- I have an opinion regarding the
15  role and importance of inflammation in the
16  initiation and progression of cancer.
17  MS. BROWN:
18  Q     And, as it relates to ovarian cancer,
19  what methodology did you employ to arrive at your
20  conclusion that chronic inflammation is an
21  established cause of ovarian cancer?
22  A     I -- I did not arrive at that specific
23  conclusion, nor was I asked to.
24  Q     You do not believe that chronic

30 (Pages 114 to 117)

Shawn Levy, Ph.D.

Page 118

```
 1   inflammation has been established as a cause of
 2   ovarian cancer; correct?
 3   MS. O'DELL:
 4        Object to the form.
 5   A    No, that -- that's not what I said.
 6   MS. BROWN:
 7   Q    Explain it to me.
 8   A    I've stated that chronic inflammation
 9   or inflammation in general, including chronic and
10   acute infor -- inflammation, is a component and a
11   necessary component for the initiation and
12   progression of -- of cancer as we understand it
13   today. And, in that, cancer, certainly ovarian
14   cancer as well as a variety of other cancer
15   types, is included.
16   Q    What methodology did you employ to
17   arrive at the conclusion that ovarian cancer is
18   one of the cancers that can be caused by chronic
19   inflammation?
20   MS. O'DELL:
21        Object to the form. Misstates his
22   testimony.
23   A    Yeah. Again, we're not -- I'm not
24   making a specific causal opinion with respect to
```

Page 119

```
 1   any -- whether -- whether inflammation, talcum
 2   powder use or other exposures. I -- my -- my
 3   opinion in the report is -- is -- was not asked
 4   to be a causal opinion.
 5   MS. BROWN:
 6   Q    You reference on page 2 of your report
 7   that your opinions are based on assessing and
 8   weighing the totality of the evidence, including
 9   relevant literature and available documentation
10   and your experience as a geneticist and
11   scientific researcher. Do you see that?
12   A    Yes.
13   Q    What do you mean by "the totality of
14   the evidence"?
15   A    All of the evidence available at the
16   time that I was researching this report.
17   Q    All of the evidence concerning what?
18   A    Concerning a variety of subjects
19   surrounding ovarian cancer, talcum powder use,
20   and then inflammation and related subjects as my
21   literature review and review of available
22   information progressed.
23        So there was a, I guess, a large number
24   of tangential directions that -- that I examined,
```

Page 120

```
 1   from animal models to in vitro studies, in vivo
 2   studies, cohort studies, case-control studies.
 3   There was quite a broad spectrum of information
 4   across a large number of years.
 5   Q    Do you believe you reviewed the
 6   totality of the epidemiology on talcum powder use
 7   and ovarian cancer?
 8   MS. O'DELL:
 9        Object to the form.
10   A    I -- I reviewed the available studies
11   that appeared to be relevant for the -- for the
12   opinions that are expressed in my report.
13   MS. BROWN:
14   Q    And when you say "available," what do
15   you mean?
16   A    Meaning that I could -- I could
17   discover in the scientific literature.
18   Q    Did you conduct your own literature
19   searches in connection with your work in this
20   case?
21   A    I did.
22   Q    How did you go about finding the
23   totality of the evidence relating to whether
24   talcum powder causes ovarian cancer?
```

Page 121

```
 1   A    So the -- my methodology for the
 2   literature review in establishing my opinion
 3   regarding the biological plausibility of talcum
 4   powder exposure inflammation and its potential
 5   role in ovarian cancer was based on, you know, my
 6   activities and many other literature searches, so
 7   using a variety of computational tools and -- and
 8   web-based resources, from journals to, I would
 9   say, primarily PubMed being a resource, but also
10   ISI, Web of Science, Google Scholar and a variety
11   of -- bioRxiv and I'm sure a number of other
12   sources. But those were probably the more
13   primary resources for establishing what
14   literature was available.
15   Q    Did you ask the plaintiffs' lawyers for
16   any scientific literature that you used in
17   forming your opinions in this case?
18   A    What do you mean by "ask"? There
19   is -- as far as did I ask for their similar
20   process, no.
21        There were some papers that I had
22   identified but was not able to access the full
23   content via the libraries that I have access to.
24   So in some of those cases, specific references
```

Shawn Levy, Ph.D.

Page 122

1    that I provided, those full -- that full content
2    was provided by the plaintiffs' lawyer to allow
3    me to review it.
4        Q      Did the plaintiffs' lawyers give you a
5    set of epidemiology on which you're relying on to
6    form your opinion?
7        A      No, they did not.
8        Q      If I look at your report, I see a
9    reference list and then a separate Exhibit B.  Is
10   that right?
11       A      Yes.
12       Q      So, for example, on page 18 of your
13   report, you have a list of literature cited.
14   Correct?
15       A      Yes.
16           Let me make sure I have the page
17   correct.
18           Yes, beginning on page 18.
19       Q      Is everything that appears in the
20   literature-cited list something that you found on
21   your own, Dr. Levy?
22       A      I would have to review the -- the list.
23   But there are certainly --
24           Let me --

Page 123

1           I believe the Saed abstracts, as an
2    example --
3           Let me see if there are --
4           No.  I -- I believe, in the literature
5    cited, there are certainly some number of
6    examples of information that was provided during
7    the course of the development of my report from
8    the plaintiffs' attorneys in terms of literature
9    for my consideration, but that in no case -- in
10   every case it was provided as a -- as
11   information.
12           The vast majority or nearly the
13   totality of this was information that I had --
14   that I indeed discovered myself and shared with
15   the -- the attorneys, but certainly not complete.
16       Q      On page 18 you cite an article by
17   Blount.
18           Do you see that?
19       A      Yes.
20       Q      Was that given to you by the
21   plaintiffs' lawyers?
22       A      I'd have to look at my records.  I
23   don't recall.
24       Q      Off of the top of your head, are you

Page 124

1    relying on information in that article to form
2    your opinions in this case?
3        A      No.  I'm not relying on any singular
4    article or source to form my opinion on the case.
5        Q      Are you relying in part on the
6    information contained in the Blount article?
7        A      Since I include it in the cited
8    literature, certainly in some -- in some part.
9        Q      What information are you relying on in
10   the Blount article?
11       A      I would have to review the article to
12   remind myself where the --
13       Q      Take a look at it.  We'll pull it right
14   now.
15           What about Paoletti on page 22?  Was
16   that something you found on your own or did the
17   lawyers give you that?
18       A      So Paoletti --
19       Q      Uh-huh.
20       A      Page 22?
21       Q      Uh-huh.
22       A      Actually, the Paoletti one is familiar.
23   That's an interesting one because it's in
24   Italian.

Page 125

1        Q      Are you relying on the information in
2    the Paoletti article to form your opinions in the
3    case?
4        A      Again, the -- I wasn't relying on any
5    singular article but instead tried to present and
6    provide reference to as comprehensive a
7    collection of relevant literature in this -- in
8    this space as possible, of which Paoletti,
9    although being in Italian, there were some --
10   enough translated aspects of that that it was
11   worthy to include in the -- in that cited
12   literature as being relevant to the -- to
13   those -- to those opinions.
14       Q      Just to make sure we get on the same
15   page here, Dr. Levy, when I ask are you relying
16   on something, I don't mean by that question to
17   suggest it's the only thing you're relying on.
18   And I'll try to say "in part" to make it easy for
19   us.  Okay?
20       A      Right.  Just want to be -- make sure
21   we're clear.
22       Q      Absolutely.  So do I.
23           And I want to know are you relying in
24   part on anything in the Paoletti article to form

Shawn Levy, Ph.D.

Page 126

1  your opinions in this case?
2  A      I would say in -- in part.  As far as
3  my opinions regarding the biologically plausible
4  mechanism that was presented, no, it does not
5  rely on that specific conclusions of that paper
6  but, rather, that paper was included because of
7  its results regarding asbestos contamination in
8  industrial talc, which only support -- add
9  support to the mechanism that I presented in the
10  report.
11  Q      Is your opinion in this case, Doctor,
12  based on an assumption that baby powder contains
13  asbestos?
14  A      No, it is not.
15  MS. O'DELL:
16         Object to the form.
17  MS. BROWN:
18  Q      Is your opinion in this case based on
19  an assumption that baby powder contains
20  fragrances?
21  MS. O'DELL:
22         Objection to form.
23  A      My -- my opinion considers the totality
24  of the constituent components of baby powder,

Page 127

1  Shower to Shower, you know, under -- either, as
2  we've been referring to it simply as talc or
3  talcum powder or by trade names such as
4  Johnson & Johnson or Shower to Shower, so the --
5  my opinions, as stated in the report, being
6  reasonably -- or trying to be reasonably
7  comprehensive.  Therefore, it's not, you know,
8  limited to any -- any singular component, whether
9  it be majority or minority, in the -- in the
10  talcum powder products, as I just stated.
11  MS. BROWN:
12  Q      Is your opinion in this case based on
13  an assumption that Johnson & Johnson baby powder
14  products contain heavy metals?
15  MS. O'DELL:
16         Objection to form.
17  A      Again, similar to the earlier
18  statement, the opinion is not subject to
19  any -- any singular component.  I think the
20  information regarding the -- in deferring to some
21  of the other experts regarding the knowledge of
22  constituent components, whether they be heavy
23  metals or asbestos, only helps to support the
24  biological plausibility of the mechanism I

Page 128

1  presented.
2  MS. BROWN:
3  Q      Do you believe that baby talc alone can
4  cause inflammation that may lead to ovarian
5  cancer?
6  A      Based on my review of the literature,
7  there are a number of studies, both of those
8  involving human studies in terms of case
9  controls, as well as a number of animal studies
10  and then, more specifically, in vitro studies
11  that look at talcum powder and its ability to
12  produce clear markers of inflammation.
13        I am -- the -- I am not aware of any
14  specific testing that looked at platy talc
15  individually as a singular component without
16  the -- or out of the context of the products we
17  were just describing in a similar analysis.  So I
18  don't -- I don't know that answer.
19  Q      Is it your opinion that
20  Johnson & Johnson baby powder products are
21  contaminated with asbestos?
22  MS. O'DELL:
23         Object to the form.  Asked and
24  answered.

Page 129

1  A      I -- I -- I have -- I have been
2  provided expert report, and some of those are
3  referenced in the -- in the report, as we were
4  describing, that describe testing of a number
5  of -- number of samples,
6  included -- Johnson & Johnson included in that,
7  that showed how they -- that the results of those
8  reports showed contamination by asbestos or --
9  or -- or asbestos-like fiber.  So, therefore,
10  I've been presented with that evidence.
11  MS. BROWN:
12  Q      Have you relied on that evidence in
13  forming your opinions in this case?
14  A      Again, no, not -- not as a singular
15  evidence.  So, as we just discussed a moment ago,
16  that is a component piece of evidence that
17  leads -- and is supportive of the biologically
18  plausible mechanism described in the report.
19        You know, certainly, it is inarguable
20  that asbestos and asbestos-like fibers cause
21  inflammation.  There's also ample evidence of the
22  inflammatory effects of talc.  And -- and talc
23  pleurodesis, for example, is -- is designed to
24  produce inflammatory response as a treatment.

Shawn Levy, Ph.D.

Page 130

1          So I think, again, similar to the
2    relationship of asbestos and inflammation, it's a
3    well-established scientific fact that talc has an
4    inflammatory role now.  Or I should say as of
5    today.
6        Q      Have you attempted to quantify, based
7    on the reports of Dr. Longo that you reviewed,
8    how much asbestos contamination is in
9    Johnson & Johnson baby powder products?
10   MS. O'DELL:
11          Objection.  Vague as to form.
12       A    I --
13   MS. O'DELL:
14          As to the volume and time contained,
15   et cetera.
16       A      My -- my answer is simply that I wasn't
17   asked to quantify that as part of my report.
18   MS. BROWN:
19       Q      Whether there is asbestos in Johnson &
20   Johnson baby powder products or not does not
21   impact your opinions in this case; is that right?
22   MS. O'DELL:
23          Object to the form.
24       A      The opinions regarding the biological

Page 131

1    plausibility described in my report and its
2    relationship to asbestos are somewhat separate,
3    meaning that I have -- I was not able to discover
4    what the contamination rate or content of
5    asbestos was in any of the referenced studies
6    through the course of my report, so, therefore, I
7    can't comment on the likelihood or -- of -- of
8    how many or any -- or any or all of those samples
9    contain asbestos.
10   MS. BROWN:
11       Q      And sounds like you did some work
12   attempting to see if you could calculate a
13   contamination rate.  Is that what you were
14   describing?
15   MS. O'DELL:
16          Object -- object to the form.
17   Misstates his testimony.
18       A      No.  No, not at all.  I stated that I
19   didn't have information available to assess
20   either -- either way.
21   MS. BROWN:
22       Q      Tell me what you meant when you
23   testified that you were not able to discover what
24   the contamination rate or content of asbestos was

Page 132

1    in any of the above-referenced studies.
2    MS. O'DELL:
3          Objection.  Misstates his testimony.
4        A      So reading -- reading back my
5    testimony --
6    MS. BROWN:
7        Q      So, Doctor, I see that you're looking
8    at the realtime?
9        A      Yes.
10       Q      To get clarification on the question?
11       A      No.  To -- to remem- -- to -- you asked
12   me a question about my statement.
13       Q      Correct.
14       A      And I was reviewing specifically what I
15   had stated so I could answer your question
16   accurately.
17       Q      Terrific.  So I want to know what you
18   were talking about when you said you were unable
19   to discover the contamination rate.
20       A      To clarify, I was not asked to estimate
21   or determine the contamination rate, and my
22   statement regarding that was in reference to the
23   material I reviewed and the literature that is
24   referenced in my report.  I don't recall any

Page 133

1    of those studies observing a specific statement
2    of amount of asbestos in the talcum powder
3    products that were under study.  So, therefore, I
4    am not able to form an opinion surrounding that
5    contamination rate.
6        Q      Would the same be true, Doctor, for
7    heavy metals?
8        A      Yes, that's correct.
9        Q      And when I say the same would be true,
10   that means you were not able to calculate a rate
11   of heavy metal contamination of any of the talcum
12   powder products in the studies you reviewed?
13   MS. O'DELL:
14          Objection.  Vague.
15       A      I was not asked to.
16   MS. BROWN:
17       Q      Did you attempt to quantify the amount
18   of heavy metals?
19   MS. O'DELL:
20          Objection.
21       A      I certainly reviewed the literature to
22   understand what information was available
23   regarding the products that may have been used
24   and what testing may have been done on

34 (Pages 130 to 133)

Shawn Levy, Ph.D.

Page 134

1    those -- on those products.
2    MS. BROWN:
3        Q    And, as it relates to fragrances, have
4    you calculated the amount of fragrances that are
5    present in Johnson & Johnson's baby powder
6    products?
7    MS. O'DELL:
8            Objection to form.
9        A    I -- I wasn't asked to -- to make those
10   calculations.  And I would defer to other expert
11   reports that I had an opportunity to review
12   recently that did perform those calculations.
13   MS. BROWN:
14       Q    Your opinions in this case are not
15   dependent on whether or not --
16       A    I think that was --
17       Q    -- there are fragrances in
18   Johnson & Johnson's baby powder; correct?
19   MS. O'DELL:
20           Objection.
21       A    Sorry.  Let me read that.
22           Sorry.  Could you rephrase your
23   question?  The question that appears on the
24   monitor is that there are fragrances in

Page 135

1    Johnson & Johnson baby powder, question mark.
2    MS. BROWN:
3        Q    That's why it's tricky when you read
4    the realtime.  Just listen to my question.  It'll
5    be more helpful.
6            Your opinion in this case is not
7    dependent on whether or not there are fragrances
8    in Johnson & Johnson baby powder.  Correct?
9    MS. O'DELL:
10           Excuse me.  Objection to form.
11           You may refer to realtime any time you
12   want to, Doctor.
13           But I object to the form of the
14   question.
15       A    So my -- my -- I was -- what was
16   requested of me, again, stating for clarity, was
17   to describe a biologically plausible mechanism
18   for talc and all of its constituent components
19   having a role in inflammation and progression to
20   ovarian cancer based on -- on the information at
21   hand.
22           Certainly the fact, as we've been
23   provided later, the ex- -- the recent review of
24   some other expert reports regarding the

Page 136

1    fragrances as well as asbestos, I would say my
2    opinion now is that that information continues to
3    support the biologically plausible mechanism
4    presented in my report.
5    MS. BROWN:
6        Q    Your opinion that chronic inflammation
7    is a biologically plausible mechanism by which
8    talcum powder could cause ovarian cancer is not
9    dependent on heavy metals being present in talcum
10   powder; correct?
11   MS. O'DELL:
12           Object to the form.  Asked and
13   answered.
14       A    My -- my opinions are not based on --
15   on any singular component or constituent because
16   the -- the available information did not
17   scientifically test any singular components
18   or -- or allow --
19           I'm not aware of any studies that
20   examine the inflammatory or other effects of
21   talcum powder that contained heavy metals versus
22   did not.
23   MS. BROWN:
24       Q    So, for purposes of your opinions in

Page 137

1    this case, for your piece of the puzzle, so to
2    speak, it is not important to you whether or not
3    there are heavy metals in baby powder; correct?
4    MS. O'DELL:
5            Objection to form.  Asked and answered.
6        A    No, that's not correct.  I would say
7    the presence of all of the constituent components
8    is very important for -- from the -- from the
9    perspective of that biologically plausible
10   mechanism, and that includes the type of talc,
11   the structure of the talc, you know, its -- any
12   potential contaminants that are there, as well as
13   the complete spectrum of other constituent
14   components, fragrances, heavy metals.
15           And, of course, fragrances have their
16   own milieu of constituent components that, again,
17   I was not asked to comment on or describe in
18   detail but certainly are part of the overall
19   studies.
20   MS. BROWN:
21       Q    You have a conclusion in your report on
22   page 17, Doctor, conclusion number 2, that talcum
23   powder products cause chronic inflammation.
24           Do you see that?

35 (Pages 134 to 137)

Shawn Levy, Ph.D.

| Page 138 | Page 140 |
|---|---|

**Page 138**

1    A      Yes.
2         And I would -- and then my conclu- --
3    Q      Hold on.  No question yet.
4    A      Okay.
5    Q      And what I want to know, Doctor, is how
6    do you define the talcum powder products that
7    you've listed here on page 17 of your report?
8    A      Primarily the products that are -- when
9    I consider the totality of everything that I've
10   been examining, the talcum powder products,
11   including Johnson & Johnson and Shower to Shower
12   as, you know, I refer to those consumer products
13   under the term "talcum powder."
14   Q      What about other consumer talcum powder
15   products?  Are they included in your conclusions
16   here on page 17?
17   MS. O'DELL:
18         Object to the form.
19   A      So my -- my conclusions are based on
20   the -- on the literature review.  And, similar to
21   our discussions regarding contaminants and the
22   ability to quantitate those, many of the studies
23   did not specifically delineate which product or
24   the timing of that product.

**Page 139**

1         In contrast, some of the more recent
2    information available specific to the
3    constituents did meet that definition, so I would
4    say these conclusions apply to both the specific
5    products that I mentioned, Johnson & Johnson and
6    Shower to Shower, as well as potentially other
7    products.  But quant- -- quantifying which study,
8    I would have to go through study by study to
9    answer any questions about which specific may be
10   included.
11   MS. BROWN:
12   Q      Do you include talc-containing
13   deodorizing sprays in your definition of a talcum
14   powder product?
15   A      None of the literature that -- that I
16   reviewed or can recall was limited to those
17   deodorant sprays in terms of a -- as a study
18   variable that I can -- that I can think of.
19   Q      I'm not sure what you mean by that.
20   A      So the -- the basis of this report was
21   on the talcum powder products, and I don't recall
22   any of the studies that delineated talcum powder
23   as a powder versus a talc-containing deodorant
24   spray as a -- as a variable in the study.  So I

**Page 140**

1    don't know if any of the studies used -- used
2    that.  I'd have to, again, would have to review
3    some of that information to determine if there
4    was a -- if that was a variable in any of the
5    given studies that are the basis of the report.
6    Q      What methodology did you employ here in
7    coming to your conclusion that chronic
8    inflammation is caused by talcum powder products?
9    MS. O'DELL:
10         Objection.  Asked and answered.
11   A      Yeah.  Again, to restate, similar to
12   the earlier questions, the -- my methodology was
13   based on standard methodology for establishing
14   biological plausibility, which is a, in a
15   summary, a review of the totality of the evidence
16   and then a summary of that to establish if, based
17   on established or -- or known or factual
18   principles, is there a -- can -- can a mechanism
19   described go from cause to effect in a -- again,
20   in an evidence-supported biologically plausible
21   manner.
22         There's a few references I can provide
23   you that describe that method in a published
24   manner, if that's helpful.

**Page 141**

1    MS. BROWN:
2    Q      That would be helpful.
3    A      They are -- these are our --
4    MS. O'DELL:
5         These are mine.
6    THE WITNESS:
7         Yeah.
8         There's a -- I can get them --
9    MS. BROWN:
10   Q      Are the published methods referenced in
11   your report, Doctor?
12   A      No, actually, those are not.
13   Q      Okay.  How would you go about finding
14   the published methods that contain a description
15   of the methodology you employed in this case?
16   A      No.  It's that I was just saying that
17   there's a published -- peer-reviewed published
18   article that is the same as the method I used, if
19   you -- if you wanted to review and.  I didn't
20   reference this specific paper in the report.
21   Q      Okay.  And you have a -- do you have a
22   copy of that in front of you right now, Doctor?
23   A      I do.
24   Q      Okay.  So let's mark that as Exhibit

36 (Pages 138 to 141)

Shawn Levy, Ph.D.

Page 142

1    14.
2         (DEPOSITION EXHIBIT NUMBER 14
3         WAS MARKED FOR IDENTIFICATION.)
4    MS. BROWN:
5    Q     The title of the document is
6    "Evaluating Biological Plausibility in Supporting
7    Evidence For Action Through Systematic Reviews in
8    Public Health."
9         When is the first time you reviewed
10   this document, Doctor?
11   A     In the last -- the last day or so.
12   Q     Was the document provided to you by the
13   lawyers for plaintiffs?
14   A     Yes.
15   Q     The document is not referenced in your
16   report. True?
17   A     It is not referenced. That's correct.
18   Q     You did not review the document prior
19   to writing your report; correct?
20   A     That's right.
21   Q     The document was something the lawyers
22   for plaintiffs gave you after you had already
23   written and authored your report; correct?
24   A     That's correct. I provided that as an

Page 143

1    example of the -- of a published example of the
2    methodology that I employed.
3    Q     You didn't endeavor to research the
4    scientific literature to find a published --
5    published example of your methodology, did you?
6    MS. O'DELL:
7         Objection to form.
8    A     I -- it wasn't -- that wasn't what I
9    was -- I wasn't asked to reference the
10   methodology in my report. I was, again, asked to
11   provide an opinion on a biologically plausible
12   mechanism and then, since our discussion has
13   transferred to methodology, to be complete, I
14   wanted to provide an example of a published
15   version of the methodology that -- that is
16   similar to or at least describes in a summary or
17   really in that particular paper an exemplary
18   fashion of the criteria for biological
19   plausibility and the methods used therein.
20   MS. BROWN:
21   Q     Exhibit 14 is the product of research
22   the lawyers for plaintiffs conducted on a
23   published article regarding your methodology.
24   True?

Page 144

1    MS. O'DELL:
2         Object to the form.
3    A     No, that's not true.
4    MS. BROWN:
5    Q     The lawyers for plaintiffs found
6    Exhibit 14 in the scientific literature; correct?
7    A     That's correct.
8    Q     In reviewing the scientific literature,
9    did you pay attention to the articles that
10   classify different types of talcum powder
11   products?
12   MS. O'DELL:
13        Object to the form.
14   A     Could you give a specific example, and
15   then I --
16        I wouldn't be able to answer without
17   knowing.
18   MS. O'DELL:
19   Q     Sure.
20        Do you understand that some of the talc
21   epidemiology separates use by type of talcum
22   powder product?
23   MS. O'DELL:
24        Objection to form.

Page 145

1    A     Again, do you have a specific example
2    of one of the studies so I could -- so I'd be
3    able to accurately answer your question?
4    MS. BROWN:
5    Q     Here's what I want to know. Did you
6    look at the studies that separated deodorizing
7    sprays from powder products from cornstarch, for
8    example?
9    A     Certainly in my review I made as
10   comprehensive a review of available literature
11   as -- as possible. And, again, if you can name a
12   specific study or one of the references, I can
13   confirm if that was -- if that was part of
14   the -- my review of the epidemiology.
15   Q     Do you hold the opinion that talcum
16   powder-containing deodorant sprays causes
17   inflammation?
18   MS. O'DELL:
19        Objection to form. Vague.
20   A     So if the --
21        Again, I was asked to provide an
22   opinion on the biologically plausible mechanism
23   regarding talc and talcum powder. So,
24   presumably, any product that contains talcum

37 (Pages 142 to 145)

Shawn Levy, Ph.D.

Page 146

1  powder could possibly follow that same
2  biologically plausible mechanism.
3  MS. BROWN:
4      Q    Is there a certain amount of talcum
5  powder that a product must contain to cause
6  inflammation?
7  MS. O'DELL:
8          Objection to form.
9      A    That wasn't something I was asked
10  to -- to quantify, similar to the discussions we
11  had about metals, fragrances, and asbestos.
12  MS. BROWN:
13      Q    In forming your opinion that talcum
14  powder products cause inflammation, you have not
15  attempted to quantify how much talcum powder is
16  in those products; is that right?
17  MS. O'DELL:
18          Objection to form.  Asked and answered.
19      A    So my -- my review included a number of
20  studies that looked at exposure rates, and my
21  review also included the review of some studies
22  that did not include use frequency as well as
23  duration.  And, so, both of those considerations
24  in terms of my review of the epidemiology were

Page 147

1  undertaken, but I did not attempt to quantify
2  those relationships specifically.
3  MS. BROWN:
4      Q    Okay.  So there's two different issues
5  there that I want to ask you about.  One, I want
6  to talk to you about whether the talcum powder
7  products you've described on page 17 of your
8  report have a specific composition, in your mind.
9  Okay?
10          Two, I want to talk to you about what
11  you were just answering, which is is there a
12  specific amount of the product that you believe
13  causes inflammation.
14          Do you understand the difference?
15      A    I do.
16  MS. O'DELL:
17          Objection to form.
18  MS. BROWN:
19      Q    Okay.  So let's start, one, with the
20  product.  In forming the opinion that talcum
21  powder products cause inflammation, is there a
22  particular chemical composition that you are
23  relying on?
24  MS. O'DELL:

Page 148

1          Objection to form.  Vague.
2      A    My -- my opinions are based on the
3  available scientific literature regarding the
4  testing performed on talcum powder and talcum
5  powder products.
6          I -- in my review of those results, I
7  did not see a specific enumeration of any one
8  particular chemical composition that was -- had a
9  greater or lesser cause or effect relationship.
10  MS. BROWN:
11      Q    Do you know how much talcum powder is
12  in the Shower to Shower product?
13      A    No.  I wasn't -- I wasn't asked to
14  quantify that, and I would defer to some of the
15  other expert reports regarding the composition of
16  those products.
17      Q    Do you include cornstarch as a talcum
18  powder product?
19  MS. O'DELL:
20          Object to the form.
21      A    Cornstarch was included in some of the
22  epidemiology studies, as you -- as you mentioned
23  a moment ago.
24  MS. BROWN:

Page 149

1      Q    Do you consider cornstarch to be a
2  talcum powder product that also causes
3  inflammation?
4  MS. O'DELL:
5          Object to the form.
6      A    My -- my review of the literature
7  doesn't -- I'm thinking through the available
8  studies, and I don't recall which studies that
9  may -- may have been a dependent variable in
10  terms of the determination.  So I -- I can't
11  answer that.  I -- I don't have the information
12  to answer that accurately.
13  MS. BROWN:
14      Q    So, sitting here today, you're not sure
15  if cornstarch would be a talcum powder product
16  that causes inflammation as you described on page
17  17?
18  MS. O'DELL:
19          Objection.
20      A    No.  So --
21  MS. O'DELL:
22          Misstates the testimony.
23          But you may answer if you understand
24  the question.

38 (Pages 146 to 149)

Page 150

1  A    So corn -- cornstarch and -- and talcum
2  powder are -- are -- when I'm referring to talcum
3  powder and talcum powder products, cornstarch, as
4  a singular component -- or singular product, is
5  not included in that definition.
6     Now, whether products that contain talc
7  also contain cornstarch, I -- I'm not able to
8  say.
9  MS. BROWN:
10  Q    Right.  And so that's my question.
11  What about a product like Shower to Shower that
12  contains talc and cornstarch?  How have
13  you -- what methodology have you employed to
14  arrive at the conclusion that the Shower to
15  Shower product causes inflammation?
16  MS. O'DELL:
17     Object to the form.
18  A    So my -- what I was requested was to
19  write an opinion as to the, again, the
20  biologically plausible mechanism that exposure to
21  talc and its constituents can lead to
22  inflammation.
23     I wasn't asked to provide as to what
24  the minimum or maximum thresholds are of any

Page 151

1  product or of any component of that product or
2  constituent.
3     The information I was provided was the
4  analysis of products like Shower to Shower and
5  Johnson & Johnson's product, to evaluate the
6  spectrum of talc and asbestos contamination in
7  some of the constituent components, and then --
8  and, therefore, develop an opinion as to
9  the -- whether or not that those products are
10  supported by the same mechanism that I developed
11  the opinion on, meaning they have the constituent
12  components to cause inflammation.
13  MS. BROWN:
14  Q    You have not made a determination of a
15  particular amount of talcum powder that is
16  required to be in a product for it to cause
17  chronic inflammation; correct?
18  MS. O'DELL:
19     Object to the form.
20  A    I wasn't asked to provide such an
21  opinion.
22  MS. BROWN:
23  Q    Your opinion that talcum powder
24  products cause chronic inflammation is not based

Page 152

1  on knowledge of how much talcum powder is
2  actually in the product; correct?
3  MS. O'DELL:
4     Objection.  Misstates his testimony.
5  A    Again, not a -- it wasn't part of -- it
6  wasn't an opinion I was asked to provide.
7     The -- the only -- or, I should say,
8  a -- a study that looked at the -- summarizing
9  the epidemiology literature that I reviewed, some
10  of those studies had a duration and component as
11  far as general talcum powder and talcum powder
12  product use.
13  MS. BROWN:
14  Q    And I want to --
15  A    I don't --
16  MS. O'DELL:
17     Excuse me.  Let him finish.
18  A    I was -- I was going to say I don't
19  recall those quantitating the percentage of
20  talcum powder in a -- in a given product in the
21  study.
22  MS. BROWN:
23  Q    Right.  And, so, you're getting a
24  little into the second question, which I do want

Page 153

1  to talk about, which is how much people are
2  exposed to.
3     But sticking with just what's in the
4  product, have you made a determination that there
5  is a threshold amount of talcum powder that is
6  required to be in a product before you can
7  conclude that that product will cause chronic
8  inflammation?
9  MS. O'DELL:
10     Objection to form.  Asked and answered.
11  A    I -- again, I wasn't asked to provide
12  that -- that threshold opinion.
13  MS. BROWN:
14  Q    And understanding whether or not there
15  is a threshold of how much talcum powder has to
16  be in a product to cause inflammation is not
17  necessary for you to opine that talcum powder
18  products cause chronic inflammation?
19  MS. O'DELL:
20     Objection.  Misstates his testimony.
21  A    So my -- my use of the terminology
22  "talcum powder products" includes the product and
23  all of its constituent components, which would
24  be, as we earlier discussed, talcum powder,

Shawn Levy, Ph.D.

Page 154

1    fragrances, and any contaminating substances,
2    such as asbestos or -- or heavy metals.
3          And, so, therefore, to -- to more -- to
4    answer -- to be able to answer your question
5    accurately, we would -- I think we would have to
6    have some discussions as to the type of talcum
7    powder and the level of exposure to be able to
8    answer that regarding my opinion in terms of
9    level.
10         You know, the -- to clarify, the --
11   during this research and the -- and having the
12   opportunity to review much of the literature in
13   talcum powder, it's a -- it's a fascinating field
14   because it is similar to asbestos.  It appears
15   that the diversity of products and the diversity
16   of talc sources are like having a thorn bush with
17   different size thorns, and, depending on the
18   constituent components, you know, those thorns
19   are bigger or smaller or otherwise.  And -- but
20   my opinion is based on the fact that the presence
21   of any of those thorns is sufficient to cause
22   some inflammatory response.
23   MS. BROWN:
24   Q      Does a talcum powder product with 10

Page 155

1    percent talc cause chronic inflammation, in your
2    view?
3    MS. O'DELL:
4          Object to the form.  Incomplete
5    hypothetical.
6    A      I -- I don't have the information to
7    answer that.
8    MS. BROWN:
9    Q      Does a talcum powder product with
10   50 percent talc cause chronic inflammation, in
11   your view?
12   A      Again, I don't have the information to
13   answer that.
14   MS. O'DELL:
15         Object to the form.
16   MS. BROWN:
17   Q      Is it necessary for you to determine
18   the level of talc in a product before determining
19   that it can cause chronic inflammation?
20   MS. O'DELL:
21         Objection.  Asked and answered.
22   A      No.  My -- my -- so my opinion was
23   asked to answer the question of can -- is there a
24   biologically plausible mechanism from talc

Page 156

1    exposure to inflammation to the initiation of
2    core progression of cancer.  And that's -- that's
3    been the focus of my opinion.
4    MS. BROWN:
5    Q      Have you attempted to quantify talc
6    exposure as it relates to individuals?
7    A      No, I have not.
8          Again, my -- my opinions are primarily
9    limited to the -- to the biological mechanism.
10   Q      Well, isn't that dependent, though, on
11   how much talc a person is exposed to?
12   MS. O'DELL:
13         Objection.
14   A      No.  Again, separating the -- so the
15   question of the mechanism is --
16         Can an exposure result in a mechanism
17   is separate from how much of an exposure is
18   required to cause that mechanism.
19   MS. BROWN:
20   Q      So you've identified two questions for
21   us.  One, can exposure result in a mechanism.
22   Correct?
23   A      (Nods affirmatively.)
24   Q      And, two, how much of an exposure do

Page 157

1    you need to produce a mechanism.  Correct?
2    MS. O'DELL:
3          Objection to form.
4    A      Correct.
5    MS. BROWN:
6    Q      And, in this case, you have answered
7    question number one, can exposure to talc cause
8    chronic inflammation.  Correct?
9    A      So my -- yeah.  My -- my report details
10   the -- that opinion regarding a biologically
11   plausible mechanism.
12   Q      You have not, in this case, answered
13   question number two, which is how much exposure
14   to talc is needed to cause chronic inflammation.
15   Is that right?
16   MS. O'DELL:
17         Objection to form.
18   A      I wasn't asked to provide such a
19   mechanism or such a -- such an opinion.
20         Part of my review included some of the
21   epidemiology studies that examine that question,
22   but I certainly would defer to the -- the number
23   of -- of epidemiologists who are -- who are
24   providing testimony in this case, rather than try

40 (Pages 154 to 157)

Shawn Levy, Ph.D.

Page 158

1    and paraphrase or opine on their work.
2    MS. BROWN:
3    Q       Do you believe --
4    MS. O'DELL:
5            Excuse me.  We've been going about an
6    hour and 15 minutes.  I'd love to take a break in
7    the next two or three minutes and --
8    MS. BROWN:
9            It will probably take me a little
10   longer than that, but I'm mindful of the time,
11   and I'll just finish this subject and take a
12   break --
13   MS. O'DELL:
14           Well, Dr. Levy, would you like a break
15   now?
16   THE WITNESS:
17           I think we can finish this subject.
18   MS. BROWN:
19           Thank you.
20   THE WITNESS:
21           I -- I'd rather conclude it than break
22   it up.
23   MS. BROWN:
24   Q       So, Doctor, as it relates to how much

Page 159

1    talc is needed to cause inflammation that can
2    cause cancer, that wasn't what you were asked to
3    figure out in this case.  Is that right?
4    MS. O'DELL:
5            Objection to form.
6    A       No.  Well, I -- I was -- I was asked to
7    provide a review of the literature in terms of
8    talc exposure and inflammation and, in that
9    review, identified a number of studies that
10   examined some relationships to dose.
11           But I -- as you -- as you see in my
12   conclusions, none of them speak to dose or
13   duration in terms of that -- of that mechanism.
14   MS. BROWN:
15   Q       You are not offering an opinion in this
16   case, Doctor, that perineal use of talcum powder
17   exposes an individual to enough talc to cause
18   chronic inflammation than can cause cancer;
19   correct?
20   MS. O'DELL:
21           Objection to form.
22   A       My review of studies that attempted to
23   answer that specific question found a -- or a
24   number of studies, both -- or a number of

Page 160

1    epidemiology studies found that conclusion and,
2    as -- as reviewed in the report, you know, found
3    an increased risk with increasing -- increasing
4    exposure appears, with the current knowledge in
5    the literature, to increase risk.  But my opinion
6    was not to further quantify or further describe
7    that.
8    MS. BROWN:
9    Q       Many of the studies you looked at did
10   not show a dose response; correct?
11   MS. O'DELL:
12           Objection to form.
13   A       The limitation of several of the
14   studies I reviewed was that they did not examine
15   a dose response, so that, therefore, the study
16   was unable -- unable to make that conclusion
17   because they didn't look.
18   MS. BROWN:
19   Q       And some of the studies that did
20   attempt to look at duration and/or frequency did
21   not show a linear dose response.  Correct?
22   A       I would have to look at the specific
23   studies.  But in -- in summary, studies that did
24   look at dose response, particularly more recent

Page 161

1    studies with larger numbers of participants, the
2    meta-analysis studies, found a significant
3    relationship between duration of use as well as
4    frequency of use in terms of their -- their risk
5    ratios.
6    Q       And you are not going to offer the
7    opinion in this case that a woman using Johnson's
8    Baby Powder products perineally is exposed to
9    enough talcum powder to cause chronic
10   inflammation that can cause cancer.  True?
11   MS. O'DELL:
12           Object to the form.
13   A       I -- I wasn't asked to -- to provide
14   that opinion.
15   MS. BROWN:
16   Q       And so, as such, you haven't attempted
17   to quantify how much talcum powder, as used
18   perineally, might get to the ovary.  Is that
19   fair?
20   A       Again, wasn't -- wasn't asked.  I was
21   able to review some of the literature that
22   is -- appears to be long -- longstanding, well
23   established over the last greater than 40 years
24   that show a clear -- and I believe the FDA

41 (Pages 158 to 161)

Shawn Levy, Ph.D.

Page 162

1    statement is -- is describing it as inarguable --
2    that talc can migrate either from perineal
3    exposure or even from inhalation exposure and be
4    found in the ovary.
5            A quantitation of how much exposure is
6    required for that migration to occur and -- or
7    how many times of exposure that migration needs
8    to occur, I think it's been a fairly wide
9    diversity of -- of studies on that subject.
10           And, so, based on that, I'm not able to
11   offer an opinion as to a minimal or maximum dose
12   required to get there, other than -- but,
13   instead, state that there is enough evidence to
14   say factually that migration through the -- or
15   through at least two mechanisms of exposure, talc
16   can be found in the ovary.  And I would suggest
17   that -- or I'm not aware of any study that
18   quantitates that further.
19   Q      Is it essential to your opinion that
20   talc causes chronic inflammation that can lead to
21   ovarian cancer that some amount of talc be
22   present in the actual ovary?
23   MS. O'DELL:
24           Object to the form.

Page 163

1    A      So my -- my -- my opinion regarding the
2    biologically plausible mechanism, again, does not
3    rely on duration of exposure or amount of
4    exposure.
5            So, therefore, I would -- I would
6    answer your question directly that it would be
7    no, it does not -- it would not necessarily
8    require talc to be present at the ovary at any
9    given time point for there to be the potential
10   that she had some inflammatory injury due to talc
11   exposure at a previous time.
12           That would, of course, be two different
13   questions, one being effect of exposure and
14   second question being is there clearance of that
15   exposure over time if use is discontinued.
16           So that's, again, two different -- two
17   very different scientific studies would be --
18   would be necessary.
19   MS. BROWN:
20   Q      And you have not undertaken either of
21   those studies.  Is that fair?
22   A      That's fair.
23   Q      And -- but essential to your theory,
24   though, Doctor, at some point, some amount of

Page 164

1    talc has to reach the ovary for the chronic
2    inflammation to occur.  Is that right?
3    MS. O'DELL:
4            Objection.
5    A      Not -- specific to your question,
6    chronic inflammation, no, not necessarily.
7    MS. BROWN:
8    Q      Is it your opinion in this case,
9    Doctor, that a woman can develop ovarian cancer
10   from chronic inflammation from talc without any
11   particle of talc ever reaching the ovary?
12   MS. O'DELL:
13           Objection to form.
14   A      No, I didn't -- I -- I certainly did
15   not make that statement.  And the --
16           Again, restating the -- this summary of
17   my -- my opinion, that the biologically plausible
18   mechanism for talc exposure to inflammation to
19   cellular damage and then potentially creating the
20   correct environment is based on evidence showing
21   talc exposure in the ovary.
22   MS. BROWN:
23   Q      Okay.  So critical to your opinion,
24   then, some talc has to get to the ovary at some

Page 165

1    time; right?
2    A      Well, the -- again, the -- my opinion
3    is not based on how talc migrates or -- or when
4    it can migrate.  It's simply based on, the, again,
5    that biological premise, that exposure to talc.
6            So I wasn't asked to opine whether or
7    not talc exposure in a neighboring tissue could
8    cause enough of an inflammatory response to
9    affect the ovary.
10           So there is the, certainly, the
11   uninvestigated secondary effects that perhaps
12   talc did not -- is not necessary or -- and
13   required to get to the ovary to cause that
14   effect.  I'm -- I'm just not aware of any studies
15   that have made that delineation of talc exposure
16   to neighboring or surrounding organs.
17           There is limited or some suggestion
18   regarding the inflammatory response related to
19   talc exposure in the lung that suggests that any
20   talc exposure causes an inflammatory response.
21   Again, but I can't point you to evidence that
22   would take that inflammatory response and tie it
23   specifically to ovarian cancer.
24           So, again, my answer is there is not

42 (Pages 162 to 165)

Shawn Levy, Ph.D.

Page 166

1  enough evidence to -- to support nor refute that
2  any talc exposure can lead to an increased risk
3  of ovarian cancer.  What I do know from my review
4  of the literature is the studies that looked at
5  that specific exposure --
6       And, to be clear, none of the
7  epidemiology studies in humans quantitated the
8  amount of talc reaching the ovary.  It was simply
9  the exposure and the -- and the perineal use of
10  talc.  So I think any discussion about how much
11  did it reach the ovary and how long was it in the
12  ovary is all hypothetical.
13  Q     Why don't we go off the record and take
14  a break.
15       Thank you, Doctor.
16  VIDEOGRAPHER:
17       Going off the record.  The time is
18  11:51 a.m.
19            (LUNCH RECESS.)
20  VIDEOGRAPHER:
21       We're back on the record.  The time is
22  12:52 p.m.
23  MS. BROWN:
24  Q     Welcome back, Doctor.

Page 167

1       You were asked in this case to assess
2  whether perineal use of talcum powder products
3  induces a biologically plausible mechanism or
4  mechanisms that result in ovarian cancer.
5  Correct?
6  A     Correct.
7  Q     And define for us, if you will,
8  "biologically plausible mechanism" as you used it
9  in that sentence.
10  A     Excuse me.  A mechanism that is
11  biologically plausible, I mean that it is
12  supported by either well-established biological
13  facts or supported by at least a single line of
14  evidence in published literature -- you know,
15  generally speaking, peer-reviewed literature but
16  certainly not limited to that -- where when you
17  take -- when you consider the totality of the
18  mechanism, that, essentially, each of the steps
19  makes sense and is -- is supported by -- through
20  either direct or indirect observations.
21  Q     Okay.  And, in this case, as it relates
22  to talcum powder, do you believe that the
23  biologically plausible mechanism of chronic
24  inflammation causing ovarian cancer is supported

Page 168

1  by well-established biological facts?
2  A     I would say the -- that chronic
3  inflammation as a component of causing ovarian
4  cancer is well established by biologically
5  plausible facts.
6  Q     And what are those facts?
7  A     I think a number of studies that
8  include the, first, the -- that talc or talcum
9  powder causes inflammation.  These exist in a
10  number of forms, including very recent -- recent
11  research by Dr. Saed, as we were -- touched on a
12  little bit earlier in the -- in his paper, as
13  well as classical studies with talc pleurodesis
14  where there's -- you know, the fundamentals of
15  that treatment is the inflammatory response
16  caused by talc.
17  Q     Uh-huh.
18  A     And, so, that would be the -- some of
19  the -- two examples of where factual information
20  or at least observations that are supportive
21  of -- of that information, you know, being
22  considered as a bio- -- part of a biologically
23  plausible mechanism.
24  Q     You would agree, Doctor, that not all

Page 169

1  inflammation causes cancer; correct?
2  A     I would say inflammation is not
3  singularly responsible for cancer.  However, I
4  would clarify that the progression from cellular
5  transformation to malignant cancer, at least with
6  our current understanding of cancer biology,
7  appears to have an inflammatory requirement,
8  meaning that all cases of chronic inflammation
9  don't necessarily cause cancer.  However, our
10  understanding of malignant transformation appears
11  to have, universally, an inflammatory component.
12  Q     Okay.  You would agree, though, that
13  not all types of inflammation that the body
14  experiences is inflammation that will lead to
15  cancer.  Correct?
16  MS. O'DELL:
17       Object to the form.
18  A     So I would -- taking a step back
19  and -- and -- or to orient us to some of the
20  basis of my opinions and some statements on
21  general cancer biology --
22  MS. BROWN:
23  Q     Well, let's start with just the
24  question, though, Doctor.

Shawn Levy, Ph.D.

Page 170

1   A      Okay.
2   Q      Okay.  Let's just keep it to an answer
3   to the question.  And then if you need an
4   opportunity to make another statement on the
5   record, that's fine.
6   MS. O'DELL:
7            Excuse me.  Just object to the
8   direction of the witness.
9            Dr. Levy, you can answer a question
10   however you'd like.
11   MS. BROWN:
12   Q      And, just to orient you, Doctor, what
13   I'm after, the question was:  Not all
14   inflammation that takes place in the body is
15   inflammation that leads to cancer; correct?
16   MS. O'DELL:
17            Object to the form.
18   A      So that, yeah, it's really too general
19   a question.  So you're -- you're -- what you're
20   asking is does all inflammation have the
21   potential to have -- have a relationship to
22   cancer, and the answer to that is -- is yes, it
23   does.
24            Now, does every inflammatory response

Page 171

1   directly cause cancer?  And that's a question
2   that I would say would be reasonable to -- in
3   layperson's terms, in terms of general
4   inflammation, is unlikely.
5            But there -- their distinction
6   between -- is -- you know, stated simply, is
7   inflammation is a -- by our current knowledge of
8   cancer, is a necessary component of cancer
9   progression.  That does not equate to all
10   inflammation causing cancer.
11   MS. BROWN:
12   Q      Does acute inflammation cause cancer,
13   in your mind, Doctor?
14   A      It is a component of the cancer
15   progression process.  And, so, in my -- to
16   provide a simplistic distinction between them is
17   a --
18            Acute inflammation which results in
19   either an inflammatory response or direct
20   cellular insult or injury can be viewed as having
21   a -- causing cellular damage that results
22   in -- in cellular transformation.
23            Now, that is not sufficient for that --
24   for those transformed cells to then go on to

Page 172

1   cause cancer.  The -- you need a contribution of
2   other factors.  And what those factors are is --
3   some are understood.  Some are areas of active
4   research.
5            In the -- in the specific case of
6   ovarian cancer, it does appear, given the
7   late- -- given the observations about latency
8   period, that some level of chronic inflammation
9   appears to be critical, but there is no
10   definition of it being required to then having
11   acute inflammation, again, in summary, causing
12   cellular damage and then chronic inflammation
13   providing a -- a supportive environment for that
14   transformation.
15            And, again, I'm -- I'm generalizing,
16   which, as we discussed earlier in the day, cancer
17   is very complex, and so we have to be cautious
18   with generalizations.
19   Q      Talc pleurodesis is a medical procedure
20   by which talc is injected into the pleura;
21   correct?
22   A      Correct.
23   Q      And it is done that purposefully to
24   elicit an inflammatory response.  Correct?

Page 173

1   A      That's correct.
2   Q      And have you looked in consid- --
3   forming your opinions in this case at the body of
4   epidemiology that has followed folks who received
5   talc pleurodesis to see if they developed cancer?
6   MS. O'DELL:
7            Object.
8   A      Somewhat, yes.
9   MS. BROWN:
10   Q      And are you familiar with the findings
11   of those studies that talc, when injected
12   directly into the pleura for the purpose of
13   causing inflammation, had not caused cancer?
14   MS. O'DELL:
15            Object to the form.
16   A      I would disagree with your conclusions.
17   And, in fact, the literature I reviewed has, I
18   think, two fundamental concerns.  One is the time
19   period that these patients were followed post
20   pleurodesis, and the other that there -- there
21   have been at least one report, perhaps two -- I
22   would have to review to make sure I'm speaking
23   accurately -- where there was indeed a
24   asbestos-like response in the formation of a

44 (Pages 170 to 173)

Shawn Levy, Ph.D.

Page 174

1    mesothelioma-like event in the -- in the -- in
2    the pleural space following talc pleurodesis.
3         However, you know, taking a step back,
4    given the relative rarity of that as a procedure,
5    particularly today, I think drawing conclusions
6    from that as its -- as its relationship to cancer
7    would be difficult, but I -- I do think
8    fundamentally the -- my use of that as an example
9    was not necessarily to tie talc specifically to
10   cancer.  It was more to state that it's well
11   established that platy talc individually as it --
12   used in those procedures causes an inflammatory
13   response.  And so, you know -- and that is the
14   primary reason I used or reviewed that literature
15   for that purpose.
16   MS. BROWN:
17        Q     Is it your opinion, Doctor, that talc
18   pleurodesis leads to cancer?
19   MS. O'DELL:
20             Object to the form.
21        A     It is my opinion that talc pleurodesis
22   creates an environment supportive of cancer.  And
23   whether or not some number of individuals may
24   progress, could progress or have progressed to

Page 175

1    cancer is -- you know, is -- is of limited
2    knowledge right now.
3    MS. BROWN:
4         Q     What scientific support do you have for
5    your opinion that talc pleurodesis creates an
6    environment supportive of cancer?
7         A     Oh, just that it causes an inflammatory
8    response.  And, as we've been discussing, there
9    is ample evidence surrounding the role of
10   inflammation in cancer.  There's a -- you know,
11   in a number of both reference studies and I think
12   generally, I would -- I would state that it's a
13   generally accepted fact in cancer biology.
14        Q     What scientific support do you have for
15   your opinion that talc pleurodesis patients later
16   can and do develop cancer?
17   MS. O'DELL:
18             Object to the form.  Misstate his
19   testimony.
20        A     I'd have to review my -- review some of
21   the literature.  And I can take a look if we want
22   to pause for a moment.
23             But there was -- I recall one study
24   involving talc pleurodesis that was maybe

Page 176

1    mid-'80s to early '90s.  I'd have to, again, have
2    to review that --
3         Q     I gave that specific example of a
4    patient or cohort of patients that were found to
5    have, again, asbestos-like effects in the lung
6    leading to, at least in a case or more than
7    perhaps more than one case, a mesothelioma-like
8    effect like we -- like I just mentioned.
9             But, again, to point you to the exact
10   reference, I'd have to review.
11   MS. BROWN:
12        Q     Are you relying on that reference in
13   forming your opinions in this case?
14        A     No.  Specifically -- again, to restate
15   the -- my description of the pleurodesis process
16   was to support the early part of the biological
17   mechanism that talc causes inflammation.  So
18   that -- and, so, in the lung as a tissue, that
19   progression to cancer is -- is -- I think is a --
20   is a -- is a supportive observation to the -- to
21   my overall principle.  But, again, it's a
22   separate -- separate exposure type, certainly a
23   very different dosing, potentially, and, again, a
24   very different patient, or the patient is a very

Page 177

1    different individual in the sense that they
2    obviously have reasons for going through the talc
3    pleurodesis which are -- which are -- which are
4    potentially compounding to the overall phenotype.
5         Q     Have you endeavored to quantify the
6    difference between exposure to talc from
7    pleurodesis versus perineal use of cosmetic
8    talcum powder products?
9    MS. O'DELL:
10             Object to the form.
11        A     I have -- I have not attempted to
12   delineate those two simply from the perspective
13   that, again, to the biological mechanism, the
14   initial premise is talc causes inflammation.  And
15   when I examined literature to look for evidence
16   of that historically, talc pleurodesis is one
17   example of inflammation.  There's now others, and
18   there's, subsequent to that, there's been
19   a -- now a number of -- or, you know, probably
20   a --
21             Dr. Saed is one example of a reasonably
22   comprehensive molecular study examining specific
23   inflammatory markers tied specifically to
24   cellular exposure to, in the case of that paper,

45 (Pages 174 to 177)

Shawn Levy, Ph.D.

Page 178

1  specific products, you know, such as the Shower
2  to Shower and the -- and baby powder.
3  MS. BROWN:
4      Q      Do you believe the inflammation caused
5  by talc pleurodesis is chronic inflammation that
6  leads to cancer?
7  MS. O'DELL:
8          Objection to form.  Asked and answered.
9      A      Again, I believe the inflammatory
10 response to talc exposure, which would include
11 talc pleurodesis, induces an inflammatory
12 response that would be supportive of cancer
13 development and/or progression.
14 MS. BROWN:
15     Q      And what scientific literature other
16 than the one study you just referenced for us do
17 you rely on for your opinion that talc
18 pleurodesis induces an inflammatory response that
19 would be supportive of cancer development and/or
20 progression?
21 MS. O'DELL:
22          Object to the form.
23     A      All my -- my opinion is based on
24 connecting two basic concepts.  Talc exposure

Page 179

1  causes inflammation.  Inflammation has a
2  significant role in cancer development.
3          And, so, as far as -- each of those is
4  supported by individual -- individual studies,
5  and -- and now as -- as I mentioned, there are now
6  studies that directly tie those together in
7  observation.
8  MS. BROWN:
9      Q      What is the scientific basis for your
10 support that talc exposure causes the type of
11 inflammation that has been linked to cancer?
12     A      The most recent is the Saed publication
13 that we discussed and -- or at least has been
14 mentioned.  In that study, looking at -- there
15 was a assessment and, in some cases, a
16 quantitation of the specific molecular markers
17 for inflammation that were induced, and many
18 of -- some of those markers are shared with known
19 markers for -- for cancer progression, such as
20 CA 125, as well as others.
21     Q      Are you referring to Saed's 2018 paper,
22 Dr. Levy?
23     A      Yes.
24     Q      And you formed the opinions that talcum

Page 180

1  powder products cause chronic inflammation in
2  your November 2018 report before having seen the
3  Saed paper from 2018; correct?
4  MS. O'DELL:
5          Object -- object to the form.
6  Misstates his testimony.
7      A      The -- so, as we discussed -- we
8  discussed earlier, I had seen abstract
9  information as well as earlier publication from
10 Dr. Saed's group and that the current 2018 paper,
11 while not necessary for the opinions described in
12 the report, certainly support those opinions,
13 given that it was a direct assessment of specific
14 products, specific -- in specific doses applied
15 to cellular material and then measurements for
16 inflammation made directly on that material.
17         So while that particular study was
18 not --
19         And, again, the -- the earlier studies
20 that were used to inform the 2018 paper were
21 certainly used in this report and referenced
22 the --
23         And I'm just recalling when.  Or if
24 we've refer- -- had the opportunity to reference

Page 181

1  the --
2          Yeah.  So we reference primarily the
3  abstracts and then, again, as well as some of the
4  other Saed work, which is the foundation of the
5  directed studies that are described in the
6  Reproductive Sciences paper that is Exhibit 12.
7  MS. BROWN:
8      Q      Do you know that Dr. Saed is a paid
9  expert for the plaintiffs' lawyers in this
10 litigation?
11     A      I am aware.  Yes.
12     Q      Have you considered that fact in
13 evaluating Dr. Saed's work?
14     A      I did.
15     Q      Other than Dr. Saed's work from 2017
16 and 2018, what evidence are you relying on to
17 support your opinion that talcum powder produces
18 the type of inflammation that can lead to cancer?
19     A      There has been -- looking through
20 the -- there's the Buz'Zard and Lau, 2007.  We
21 were discussing the Hamilton -- Hamilton paper in
22 terms of immune response but then, more
23 specifically, the NTP reference in 1993.  And in
24 those cases, that was either looking at increases

46 (Pages 178 to 181)

Shawn Levy, Ph.D.

Page 182

1    in reactive oxygen species generation --
2    THE COURT REPORTER:
3        Wait a minute.  You have to slow down
4    when you read, please.
5    MS. O'DELL:
6        You may continue.
7    A    Just to -- before I left off, I think,
8    in those mentioned references, the reactive
9    oxygen species generation, increased cell
10   proliferation, and the use of -- in the specific
11   case of Buz'Zard and Lau, was looking at the
12   transformation in human ovarian cancer cells that
13   were treated with talcum powder -- sorry -- human
14   ovarian cells treated with talcum powder.
15   MS. BROWN:
16   Q    Other than Buz'Zard, Hamilton, and NTP,
17   is there anything else that you are relying on to
18   support your opinion that the inflammation caused
19   by talcum powder is the type of inflammation that
20   causes cancer?
21   A    So there's additional references
22   mentioned in the report; Gates, Belot, Harper and
23   Saed.  And then, in addition to that, there was
24   a --

Page 183

1        Make sure I'm referring to the right
2    one.
3        So those were the -- those were the
4    primary references.  And then, of course, there
5    were supporting materials and other earlier-cited
6    work.
7        But for the opinion regarding the type
8    of inflammation that is caused by exposure to
9    talc and as far as its specific relationship to
10   cancer, there's -- there's -- I would point to
11   the, at least in the Saed work, the specific
12   quantitation of a very well-known tumor marker,
13   CA 125, also known as mucin-16 elevation in that
14   work, and then, in the case of Gates, some of the
15   fundamental glutathione S-transferase has been
16   associated or has been observed as a higher risk.
17       And, so, that would -- those would be
18   some examples.
19   Q    Are you aware of any animal study,
20   Dr. Levy, that shows the inflammation caused by
21   talcum powder causing precancerous changes?
22   MS. O'DELL:
23       Object to the form.
24   A    I would have to review the -- a few of

Page 184

1    the details, and I -- there -- I am aware
2    of -- mentioned earlier the Woodruff or Woodford,
3    the earlier 1971 paper where I couldn't remember
4    the author, is one of the earliest studies that I
5    came across that had -- it has an animal model
6    study.
7    MS. BROWN:
8    Q    Doctor, is it your testimony that --
9        First of all, do you think it's -- that
10   in opining that there is a biologically plausible
11   mechanism by which talcum powder causes chronic
12   inflammation that can cause ovarian cancer, is it
13   necessary, in your mind, to be able to show in
14   animals that talcum powder does just that?
15   A    That talcum powder causes inflammation?
16   Q    That causes ovarian cancer.
17   A    No, I don't -- I don't think that
18   that's -- that's certainly not a requirement.
19   And the reason I -- the reason I give that answer
20   is -- is quite simple; that there is a wide
21   diversity of animal model studies that have not
22   been able to mimic specifically or correctly
23   human cancer for both -- both from a detection
24   and most often from a treatment perspective,

Page 185

1    meaning that, fundamentally, humans and most --
2    or at least the animal systems used as -- in
3    scientific modeling are different.  Some of their
4    differences are due to different pathways, and
5    others of the differences are due to actually,
6    you know, fundamental immune system differences.
7    Q    The Hamilton article that you
8    identified for me, we marked earlier in the
9    deposition as Exhibit 7.  Do you recall that?
10   MS. O'DELL:
11       Counsel, would you mind just placing
12   the exhibits by the witness so he can refer to
13   them as he'd like, please.
14   A    Yes, I recall this.
15   MS. BROWN:
16   Q    And you would agree with me, Doctor,
17   that the Hamilton study that we discussed this
18   morning concluded that there were no neoplastic
19   changes in the animals that were injected with
20   talcum powder; correct?
21   MS. O'DELL:
22       Object to the form.  Asked and
23   answered.
24   A    No.  No, I -- I wouldn't agree.

47 (Pages 182 to 185)

Shawn Levy, Ph.D.

Page 186

1  MS. BROWN:
2      Q      What evidence in Hamilton, Doctor, are
3  you relying on to support your position that
4  Hamilton showed neoplastic changes in animals
5  injected with talc?
6      A      Well, I'm not -- I'm not stating that
7  Hamilton specifically showed that.
8           What I'm stating is that -- that there
9  is a Hamilton study as an animal model system to
10  make the conclusion that, in this animal model
11  system, that talc or talcum powder does not -- or
12  that causes or does not cause ovarian cancer is
13  not -- it's -- it is -- it has limitations.
14          And, as we discussed a bit earlier, the
15  two limitations are the very limited time points
16  of the animals.  And if we look at the relative
17  and observed time points that we know now, as far
18  as latency period, these are well short of
19  those -- of those periods, even by rat standards,
20  and then the number of treated animals is
21  relatively small at ten.  So the...
22      Q      Doctor, do you rely on the Hamilton
23  article to support your opinion that talcum
24  powder produces chronic inflammation that causes

Page 187

1  ovarian cancer?
2      A      No, I don't rely -- again, I don't rely
3  on any -- there's not a reliance on any singular
4  article.
5      Q      Did not mean to suggest that, Doctor.
6           I asked you for the scientific support
7  that you have for the opinions you're giving in
8  this litigation, and one of the articles you
9  identified was the Hamilton article.  Correct?
10      A      Uh-huh.  Yes.
11      Q      And I -- and this Hamilton article, as
12  we discussed, at page 103, found no evidence of
13  neoplasm in the rats injected with talc.  Right?
14      A      They -- I -- I don't -- they did
15  not -- I don't recall seeing a description of
16  neoplasm in the Hamilton article.
17      Q      Page 103, second column, begins with
18  "No evidence."
19      A      "No evidence of cellular atypia."
20      Q      Uh-huh.  "And concludes that in no
21  ovary was there any evidence of frank neoplasia";
22  right?
23      A      Yes.  That's what's written in the
24  paper.

Page 188

1      Q      So this article looked at talc that was
2  injected into animals and found no evidence of
3  changes that lead to cancer.  Correct?
4  MS. O'DELL:
5           Objection to form.
6      A      Over the time period that they -- that
7  the study was performed, they did -- they did
8  not -- they did not report, and, in fact, as you
9  said, their statements are "no evidence of
10  cellular atypia or mitotic activity."
11  MS. BROWN:
12      Q      So in opining, as you do in this case,
13  that talcum powder can biologically induce
14  chronic inflammation that causes ovarian cancer,
15  what methodology did you employ to consider the
16  findings of the Hamilton article?
17      A      Well, I considered the findings of the
18  Hamilton article, as -- as referenced in the
19  report, primarily showing that talc has an
20  inflammatory or an immune response.  And that was
21  the primary inclusion of the -- of the Hamilton
22  paper.
23      Q      Not all inflammatory or immune
24  responses lead to cancer; right?

Page 189

1  MS. O'DELL:
2           Objection.  Asked and answered.
3      A      As -- as we discussed, not -- not all
4  inflammatory responses have been shown to
5  conclusively lead to cancer.  And, so...
6  MS. BROWN:
7      Q      And Hamilton does not support the
8  opinion that the type of inflammatory response
9  that talc causes is the type that causes cancer.
10  Fair enough?
11  MS. O'DELL:
12           Object to the form.
13      A      No.  I would say that's unfair.
14  Because, again, the limitation of the Hamilton
15  study at the time it was performed was -- is a
16  very short timeline.  So there is -- it is an
17  incomplete study in the sense that there is
18  certainly the possibility that the first aspect
19  or the first event that we're -- that we've been
20  discussing in cancer biology, the cellular damage
21  to lead to transformation, could have occurred in
22  some of the rat tissues but had not progressed
23  enough or had -- or had taken hold enough to
24  cause or to have that be detected in this

48 (Pages 186 to 189)

Shawn Levy, Ph.D.

Page 190

1  particular study performed in the early '80s.
2      And, furthermore, rat -- the rat model
3  for human cancer, since this study has been in
4  other cases, has some limitations as it relates
5  to how applicable it is to the human condition.
6  MS. BROWN:
7      Q     The NTP study that you identified as
8  supporting your opinion, Doctor, that also does
9  not show evidence of neoplastic changes; is that
10  right?
11  MS. O'DELL:
12      Object to the form.
13      Doctor, please feel free to refer to
14  the study if you need to.
15      A     Yeah. I'll do that now.
16      (DEPOSITION EXHIBIT NUMBER 15
17      WAS MARKED FOR IDENTIFICATION.)
18  MS. BROWN:
19      Q     Doctor, we'll mark as Exhibit 15 to
20  your deposition the NTP study to which you were
21  referring.
22      A     Uh-huh.
23      Q     And this study, as well, does not show
24  evidence of neoplastic changes.

Page 191

1  MS. O'DELL:
2      Object to the form.
3      Do you have a copy for me?
4      It's what number?
5  MS. BROWN:
6      Fifteen.
7      A     I think the -- the important
8  distinction in this particular study is this was
9  an aerosol-based -- based study. It certainly
10  was longer than the Hamilton but was -- was not a
11  study that mimics the perineal use of talc.
12  MS. BROWN:
13      Q     And, so, as it relates to your opinion
14  in this case, Doctor, that talc induces a chronic
15  inflammation that can lead to ovarian cancer, the
16  NTP study does not support that, does it?
17  MS. O'DELL:
18      Object to the form.
19      A     I would say the study does support my
20  opinion regarding talc and its role in
21  inflammation. And if we refer to page 6 within
22  the first -- the first paragraph, beginning with
23  "Accumulations of macrophages."
24  MS. BROWN:

Page 192

1      Q     Did you review, Doctor, the --
2      And -- and what about the findings of
3  NTP support your opinion?
4      A     Well, first, the inflammatory response,
5  given the evidence by the accumulation of
6  macrophages, and then, secondly, that in the
7  female rats, the incidences of alveolar and
8  bronchial or adenoma, carcinoma, and adenoma in
9  the 18-milligram-per-meter group were
10  significantly greater than those of controls.
11      Q     So did you consider the FDA's findings
12  as it relates to the evaluation of the NTP study?
13  MS. O'DELL:
14      Object to the form. Vague.
15      A     Which -- which FDA?
16  MS. BROWN:
17      Q     Have you considered, in connection with
18  this case, the FDA's response to the 2014
19  citizens petition?
20      A     Yes. That's familiar. And if I recall
21  correctly --
22      Or do you have -- is that handy?
23      Q     We'll mark that as Exhibit 16, Doctor.
24      (DEPOSITION EXHIBIT NUMBER 16

Page 193

1      WAS MARKED FOR IDENTIFICATION.)
2  MS. BROWN:
3      Q     The reason I want to talk to you about
4  this is it contains a review of the NTP study we
5  were just discussing.
6      First of all, did you consider this
7  document in connection with your opinions in this
8  case?
9      A     Yes, this document's familiar.
10      Q     Okay. And do you recall that a cancer
11  prevention coalition wrote the FDA requesting
12  that a warning label be placed on talcum powder
13  products?
14      A     Yes.
15      Q     And do you recall, as evidenced on
16  page 1, the FDA reviewed the data as it related
17  to that question?
18      A     I -- I recall that the FDA reviewed the
19  data and determined that it was insufficient, and
20  they did not identify any new compelling
21  literature at the time. But this was in 2014.
22      Q     And the NTP --
23  MS. O'DELL:
24      Excuse me, counsel.

49 (Pages 190 to 193)

Shawn Levy, Ph.D.

Page 194

1    Were you finished?  If you're finished,
2  that's fine.  I just didn't know if you completed
3  your --
4    A    I'm just reading.  There was one
5  other -- I recall --
6  MS. BROWN:
7    Q    Doctor, the NTP study that you pointed
8  us to was from 1993.  Is that right?
9    A    I believe that's correct.
10    Q    All right.  And one of the things that
11  the FDA did in this letter of 2014 is reviewed
12  that study; correct?
13    A    Yes.
14    Q    And I'll direct you to page 3 of 7.
15  And what the FDA concluded was that the study
16  lacked convincing scientific support because of
17  serious flaws in its design and conduct.
18    Do you see that?
19  MS. O'DELL:
20    Where are you reading?  Sorry.
21  MS. BROWN:
22    Page 3.  Page 3.
23  MS. O'DELL:
24    Oh.  Page 3.  Sorry.  I thought you

Page 195

1  said page 2.  I'm sorry.
2  MS. BROWN:
3    Q    Do you see that, Doctor?
4    A    Starting with --
5    Q    Bottom of page 3 --
6    A    -- under toxicology findings?
7    Q    So, to orient us here, Doctor, you
8  pointed, as evidence of support of your opinions
9  in this case, to the NTP study.  Right?
10    A    Correct.
11    Q    And the folks who wrote to the FDA
12  requesting a warning on talc, they, too, pointed
13  to that study; right?
14    A    Yes.
15    Q    All right.  And, so, the FDA reviewed
16  that study and, in the letter denying the
17  citizens petition, included its critique of that
18  study; correct?
19    A    Correct.
20    Q    And one of the things the FDA concluded
21  was that the study had serious flaws.  True?
22  MS. O'DELL:
23    Objection to form.
24    A    I don't -- do you -- I don't see where

Page 196

1  the FDA claimed serious flaws.
2  MS. BROWN:
3    Q    At the bottom of page 3 --
4    A    I see.
5    Q    -- the sentence that begins, "However,
6  this study lacks convincing scientific support
7  because of serious flaws in its design and
8  conduct -- and conduct."
9    Do you see that?
10    A    I do.
11    Q    And one of the things the FDA points to
12  is that the investigators used micronized talc
13  instead of consumer grade talc, resulting in the
14  experimental protocol not being reflective of
15  human exposure conditions in terms of particle
16  size.
17    Do you see that?
18    A    I do.
19    Q    Have you made a determination in this
20  case, sir, about the size of the particles in
21  talcum powder products?
22    A    I -- I've not made that distinction.
23  And --
24    Q    There's --

Page 197

1    A    And, furthermore, I think the --
2  importantly, the -- the flaws that the FDA points
3  out are, you know, not in disagreement with
4  our -- with our discussions surrounding both the
5  inflammatory response and then some of the
6  results there.  I don't -- I don't see as a
7  concern --
8    In fact, the -- it appears the FDA does
9  not disagree with the observation of the evidence
10  of carcinogenic activity in the non-asbestiform
11  talc.  I think they --
12    I share --
13    Q    Let's focus back on the question,
14  Doctor.
15  MS. O'DELL:
16    Excuse me.  Let him finish his answer.
17  He's not finished.
18    A    So, the, you know, the serious flaws
19  were the, I think, in this case, the specific
20  inclusion of nonasbestos talc and use of
21  micronized talc instead of consumer grade.  So I
22  think in that -- in that sense, it's not
23  surprising that it had a different -- perhaps a
24  different response than may be observed with

Shawn Levy, Ph.D.

Page 198

1    consumer products or talc that have -- may have
2    contaminants, whether it be asbestos or other.
3    MS. BROWN:
4    Q     Do you remember the question I asked,
5    Doctor?
6    A     Perhaps it would be helpful to restate.
7    Q     I think, probably.
8          I asked if you had made a determination
9    in this case about the size of the particles in
10   talcum powder products.
11   A     I -- so as far -- a determination, no.
12   I would -- I would say I have had an opportunity
13   to, you know, review or become more educated in
14   the diversity of talc products and the
15   interesting geographic relationship to different
16   size particles and -- in the presence or absence
17   of asbestiform particles in talc, which was a,
18   you know, fascinating area to become educated in.
19         As far as examining that in each of the
20   individual studies, I certainly was able to pay
21   attention to earlier or later studies as it
22   applied to when there was a specific description
23   of the talc, such as in the NTP study where
24   there -- that was one of the few that had a

Page 199

1    specific determination.
2          But I was basing my opinions on the
3    general behavior, summarized behavior of talc
4    based on the available evidence.
5    Q     In forming your opinions in this case,
6    Doctor, have you concluded that a particular
7    route of exposure is more likely when women are
8    using talcum powder products perineally?
9    MS. O'DELL:
10         Object to the form.
11   A     Certainly it would seem logical that
12   the route of talc exposure would be related to
13   the area that the talc is used.
14   MS. BROWN:
15   Q     As such, do you believe and have you
16   assumed for purposes in your -- of your opinions
17   in this case that talc more likely migrates from
18   the perineum to the ovaries, as opposed to talc
19   being inhaled and then traveling down to the
20   ovaries?
21   A     The evidence I've seen would suggest
22   that that migration that you described from the
23   perineum through the vagina into the fallopian
24   tubes into the ovary is certainly far more likely

Page 200

1    when -- when used in the perineum compared to
2    inhalation.
3          But I have not seen a study that tried
4    to distinguish that in terms of having an exposed
5    group who inhaled talc only and then looked for
6    evidence of the presence in the ovary.
7    Q     Back to the FDA document we were
8    discussing, Doctor, the FDA's critique of the NTP
9    study continues on page 4, where the FDA
10   identifies that the investigators conceded they
11   have problems with the aerosol generation system
12   and that the study did not include positive and
13   negative dust controls.
14         Did you consider those critiques in
15   evaluating the NTP study in this case?
16   MS. O'DELL:
17         Object to the form.
18   A     Well, I -- I certainly considered --
19   you know, considered them in -- as -- as I would
20   consider any -- any other evidence or opinion
21   on -- on these relevant subjects.
22   MS. BROWN:
23   Q     The FDA went on to conclude, Doctor,
24   that, in light of the shortcoming, a panel of

Page 201

1    experts at the 1994 ISRTP/FDA workshop declared
2    that the 1993 NTP study has no relevance to human
3    risk.
4          Do you share that conclusion?
5    MS. O'DELL:
6          Object to the form.
7    A     I do not. And I think, importantly,
8    you know, even there at the bottom of page 4,
9    their point number 4 saying a cogent biological
10   mechanism by which talc might lead to ovarian
11   cancer is lacking.
12   MS. BROWN:
13   Q     Uh-huh.
14   A     I believe, as we're discussing today,
15   subsequent research and subsequent studies
16   have -- and including my report, have helped
17   define that plausible biological mechanism
18   which -- by which talc may lead to ovarian
19   cancer.
20   Q     In answering my question, Doctor, you
21   pointed to a different portion of the same page
22   we were discussing; correct?
23   A     Correct.
24   Q     And what you pointed to was the FDA's

51 (Pages 198 to 201)

Shawn Levy, Ph.D.

Page 202

1  conclusion here in 2014 that a cogent biological
2  mechanism by which talc might lead to ovarian
3  cancer is lacking.  Correct?
4  MS. O'DELL:
5       Object to the form.
6  A     I -- I would disagree in the general
7  nature of your statement and clarify it by saying
8  the FDA found a lack of that mechanism based on
9  the submitted literature of the citizen petition.
10  MS. BROWN:
11  Q     So do you understand, Doctor, in
12  evaluating the FDA's response, that they, in
13  fact, did their own investigation in addition to
14  the literature that was provided to them at the
15  time?
16  MS. O'DELL:
17       Objection.  Misstates the record.
18  A     Well, my reading of it, it says
19  they -- that their -- that the scientific
20  literature considered was submitted in support of
21  both citizen petitions.  And...
22  MS. BROWN:
23  Q     Are you finished, Doctor?
24  A     Yes.  I was just looking to see if

Page 203

1  there was a notation about further --
2  Q     I'll direct you, Doctor, to page 4, the
3  second full paragraph that begins "In addition,
4  the FDA stated."
5       "In addition, we reviewed relevant
6  toxicity literature (consisting of 15 articles
7  from 1980 to 2008) not cited in your petition to
8  determine if there was additional support at this
9  point in time for your suggested warning label."
10       Do you see that?
11  A     I do.
12  Q     And, based on the FDA's review of all
13  the literature that they investigated at the
14  time, they concluded that a cogent biological
15  mechanism by which talc might lead to ovarian
16  cancer was lacking.  Right?
17  MS. O'DELL:
18       Objection to form.
19  MS. BROWN:
20  Q     That was their conclusion; correct?
21  A     Yes, as written, that was their -- that
22  was the FDA's conclusion.
23  Q     And you, Dr. Levy, disagree with that
24  conclusion; correct?

Page 204

1  A     I -- I disagree with the -- or I -- I
2  have found, based on a review of the literature,
3  that there are now additional supporting studies
4  that would -- that would refute some of these
5  conclusions of -- by the FDA review.
6  Q     And explain to us, then, Doctor, what
7  methodology you employed or what research you
8  conducted to reach a conclusion different from
9  the FDA's conclusion in 2014.
10  A     I think, similar to what the FDA
11  described, my review is of the literature now,
12  you know, through 2018, examining the available
13  information regarding inflammatory response to
14  talc and then talc exposure as it relates
15  to -- to the initiation of progression of cancer.
16  Q     Dr. Leavy -- Dr. Levy, do you think
17  that the FDA, in concluding, as they did in 2014,
18  that a cogent biological mechanism by which talc
19  might lead to ovarian cancer is lacking, do you
20  think they were wrong at that time?
21  A     I would -- I -- I would say that they
22  were incomplete at that time.  And, in fact, you
23  know, one of the --
24       If we -- if we look at page 5 in the

Page 205

1  one, two -- third full paragraph beginning with
2  "while there exists," where the FDA does agree
3  about the -- that it's plausible that perineal
4  talc and other particulates reach the endometrial
5  cavity and -- and associated organs and may
6  elicit a foreign-body-type reaction and
7  inflammatory response that in some exposed women
8  may progress to epithelial cancers.  What they do
9  state, "However, there has been no conclusive
10  evidence to support causality."
11       So I would suggest that this paragraph
12  is in support of the biologically plausible
13  mechanism that I included in the report and
14  that -- and, as we've been discussing, I
15  haven't -- we -- we've not been discussing a
16  causal or a formal causal evaluation.
17  Q     What information did you rely on,
18  Doctor, in reaching the conclusion that there is
19  a biological mechanism that the FDA did not?
20  MS. O'DELL:
21       Object to the form.  Misstates his
22  testimony.
23  A     I'm stating that the -- as we
24  discussed, as we've been discussing today, the --

Shawn Levy, Ph.D.

Page 206

1 the response to talc -- the response to talc
2 exposure as an inflammatory response is supported
3 by a number of studies, including the NTP study,
4 which, although the FDA had some concerns with,
5 the FDA also made statements regarding the
6 exposure to talc and other particulates having an
7 inflammatory response and that some exposed
8 women's may have progressed to epithelial
9 cancers.
10        So, again, they're -- I think
11 they -- they're in agreement there. So even the
12 concerns with the study withstanding, there's --
13 there's -- there's -- I still -- I still think
14 the FDA report is in support of the mechanism
15 that we've been discussing.
16 MS. BROWN:
17    Q     The FDA concludes that a cogent
18 biological mechanism by which talc might lead to
19 ovarian cancer is lacking, do they not?
20 MS. O'DELL:
21        Objection to form. Asked and answered.
22    A     But I would al- -- I would say the FDA
23 contr- -- perhaps contradicts itself later in the
24 same document, stating that there is both an

Page 207

1 inflammatory response and that in some exposed
2 women they may progress to epithelial cancer.
3 MS. BROWN:
4    Q     Other than the Woodruff article,
5 Doctor, are you aware of any other study in
6 animals that shows inflammation leading to
7 cancer?
8 MS. O'DELL:
9        Objection to form. Other than those
10 he's mentioned?
11    A     Yeah. I -- I would have to -- that
12 would -- that would require review of the
13 literature to -- to speak generally to animal
14 studies and inflammation leading to cancer.
15 MS. BROWN:
16    Q     Let me rephrase.
17        In terms of your opinion here that talc
18 causes chronic inflammation that causes ovarian
19 cancer, you identified the Hamilton study, the
20 NTP study, and the Woodruff study as animal
21 studies that support that view. True?
22    A     I identified those studies as
23 supportive of my -- my opinion, yes.
24    Q     Are you aware of any additional animal

Page 208

1 studies on which you're relying?
2    A     Not -- not for the contents of the
3 report. Not that I'm aware of. I think we've --
4 we've already discussed some of the other
5 references contained in the report
6 below and -- or at least by mention and Gates.
7        (DEPOSITION EXHIBIT NUMBER 17
8        WAS MARKED FOR IDENTIFICATION.)
9 MS. BROWN:
10    Q     I'm gonna mark as Exhibit 17 to your
11 deposition the Buz'Zard study that you mentioned
12 a moment ago. Do you recall that?
13    A     Yes.
14    Q     Do you rely on the Buz'Zard study in
15 supporting your view that chronic inflammation
16 from talcum powder use can cause ovarian cancer?
17 MS. O'DELL:
18        17?
19 MS. BROWN:
20        Yes.
21    A     Sorry. Can you restate your question?
22 It wasn't...
23 MS. BROWN:
24    Q     Do you rely on what we've marked as

Page 209

1 Exhibit 17, the Buz'Zard study, to support your
2 view that talcum powder causes chronic
3 inflammation that leads to ovarian cancer?
4 MS. O'DELL:
5        Object to the form.
6    A     As we've discussed, not singularly, but
7 the -- as part -- as part of a complete picture
8 of talc causing reactive oxygen species
9 generation and other inflammatory responses,
10 certainly this is a study that supports that
11 opinion.
12 MS. BROWN:
13    Q     Did you consider the type of cells that
14 were evaluated in the Buz'Zard study?
15 MS. O'DELL:
16        Objection to form. Vague.
17    A     Certainly in terms of the overall
18 experimental design.
19 MS. BROWN:
20    Q     Did those -- were those normal human
21 ovarian cells?
22    A     The -- the author has labeled them as
23 normal human ovarian cells. But the -- you know,
24 one of the key characteristics and similar to our

53 (Pages 206 to 209)

Shawn Levy, Ph.D.

Page 210

1    comments on -- on animal systems is all -- all
2    in vitro or in vivo studies that are using cell
3    lines or animals have limitations.  And in this
4    case, you know, cell lines are particularly
5    notorious in research in general for
6    their -- for -- having to use care in extending
7    findings to, you know, broad mechanisms in a --
8    in a complex organism or in the human body.
9    Q    Sure.
10        What you're -- what you're saying is
11   you've got to be careful taking the findings from
12   one cell study and extrapolating that to humans.
13   Fair?
14   MS. O'DELL:
15        Object to the form.
16   A    The -- I think you have to be careful
17   in evaluating each study in using the relevant
18   components of that study and observations in that
19   study as part of an overall mechanism and whether
20   it's supportive or refutes such a mechanism.
21   So --
22   MS. BROWN:
23   Q    Did -- did you exercise that care here
24   as it relates to the Buz'Zard study?

Page 211

1    A    So the Buz'Zard study, you know,
2    primarily, as -- as referenced, was to illustrate
3    a study that showed an increase in reactive
4    oxygen species generation, and that's the --
5    primary purpose, or I should say primary
6    observation on the -- from this.
7        Now, certainly, the study contained
8    more observations than that and certainly had
9    some -- you know, a number of other components.
10   Q    How does the Buz'Zard study support
11   your view that talcum powder causes chronic
12   inflammation that causes ovarian cancer?
13   A    So the Buz'Zard study supports the view
14   that exposure to talcum powder causes an
15   inflammatory response.
16   Q    And that inflammatory response you saw
17   in the Buz'Zard study does not increase with
18   increasing doses of talcum powder.  Correct?
19   A    I have to review.  I believe that -- I
20   believe their figures suggest --
21        You know, are you referring
22   specifically to their reaction -- reactive oxygen
23   specie generation?
24   Q    Correct.

Page 212

1    MS. O'DELL:
2        Figure 3.
3    A    Figure 3?
4        The one interesting observation in
5    these two figures, both Figure 3A and Figure 3B,
6    being the percentage of reactive oxygen specie
7    generation in two different cell types, one in --
8    one in Panel A and one in Panel B, is -- what I
9    did not see included, if I --
10       And I'm reading to see if I recall
11   correctly.
12       -- was a -- the -- the cell viability
13   assay that they use for normalization has
14   a -- somewhat of a limitation in that it -- it
15   doesn't measure cell senescence.  It only
16   measures cell death.  And, so, they -- not to
17   dis- -- not that I disagree with your observation
18   that it did not show the sig- -- significant
19   increase, but there is the possibility that the
20   reason that you see an actual decrease in the RS
21   generation at the higher doses of talc is that
22   cells have gone senescent and are essentially no
23   longer responding to that increased dose.
24       So I think there's at least two

Page 213

1    different ways to interpret some of these
2    results.  But I don't disagree with your
3    observations regarding Figure 3.
4    MS. BROWN:
5    Q    This study was conducted in a
6    nutritional lab, not a cancer lab.  True?
7    A    I'm -- I'm not aware of the type of
8    laboratory or even the...
9    Q    And the study was -- the purpose of the
10   study was to assess whether there was a certain
11   effect of pine bark supplement?  Is that right?
12   MS. O'DELL:
13       Objection to form.
14   A    They were looking at the -- effect
15   of a proprietary -- as stated by the authors, a
16   proprietary mixture of water soluble
17   bioflavonoids extracted from French maritime pine
18   bark.
19   MS. BROWN:
20   Q    Uh-huh.
21       And did you investigate whether the
22   ovarian cells that they used here were
23   genetically altered?
24   A    No, I did not investigate that.

54 (Pages 210 to 213)

Shawn Levy, Ph.D.

Page 214

1  Q     Did you --
2        I'm sorry.  Were you done?
3  A     No.  I would say it's fair -- it's fair
4  to say that, you know, that the -- whether
5  they're genetically altered or not, the -- the --
6  you know, the same potential limitations as far
7  as extrapolation to the human system would apply
8  for any signs.
9        But, again, the purpose of the Buz'Zard
10 study, as -- as referenced in the report, was to
11 indicate that there are studies that have shown
12 an increase in reactive oxygen specie generation
13 under exposure to -- to talc.  And I think the
14 study is reasonably clear on that increase
15 relative to control.
16 Q     Except what this study showed, Doctor,
17 is the more talc you give, the decrease from
18 baseline in the reactive oxygen species.
19 Correct?
20 MS. O'DELL:
21        Object to the form.  Asked and
22 answered.  Misstates the testimony.
23 MS. BROWN:
24 Q     Take a look at Figure 3; right, Doctor?

Page 215

1  A     No.  I agree.  But, as stated, and an
2  important clarification is whether that decrease
3  is significant relative to the biology is -- is
4  unknown.
5  Q     Right.
6        This study certainly does not
7  conclusively show that the more talc you give,
8  the more ROS is generated.  Correct?
9  MS. O'DELL:
10        Object to the form.
11 A     In these particular cell lines under
12 these conditions, the -- the study certainly did
13 not draw that conclusion.
14 MS. BROWN:
15 Q     In fact, what this study shows is the
16 more talc you give, the less of -- of ROS
17 generation you have.  Doesn't it?
18 MS. O'DELL:
19        Object to the form.
20 A     I think importantly in this study, the
21 time dependency for each of the doses is more
22 important at the doses rather than comparing dose
23 to dose.
24 MS. BROWN:

Page 216

1  Q     My question was, Doctor, what this
2  study shows is the more talc you give, the less
3  ROS generation there is.  True?
4  MS. O'DELL:
5        Objection to form.
6  A     Again, under -- under the conditions of
7  this particular study.
8  MS. BROWN:
9  Q     Do you think the Buz'Zard study is
10 scientifically reliable?
11 A     I have no basis to -- to suggest that
12 it's -- that it's not reliable.
13 Q     Do you think that --
14 A     But I think there -- it does -- if
15 there is a -- as we discussed earlier, an
16 importance to not overgeneralize conclusions or
17 lack of conclusions as, you know, outside of the
18 system under study.
19 Q     If -- I want you to assume that the
20 Buz'Zard study used genetically altered ovarian
21 cells that did not have the p53 protein.  Would
22 that affect your analysis of Buz'Zard?
23 MS. O'DELL:
24        Object to the form.

Page 217

1  A     Well, that's -- that's an impossible
2  question.  Like you can't have --
3        Well, you can't call a cell type a
4  normal ovarian cell and -- absent p53 protein.
5  You're -- it'd be -- you're fundamentally
6  changing the biology of the cell as it relates to
7  ovarian cancer or cancer in general.
8  MS. BROWN:
9  Q     Because p53 is something that you have
10 in your genes that prevents against ovarian
11 cancer.  True?
12 MS. O'DELL:
13        Objection.
14 A     So p5-- p53 is a well-known, often
15 mutated gene in a number of human cancers.
16 MS. BROWN:
17 Q     And, so, if the ovarian cells that were
18 studied in Buz'Zard did not have p53, it will
19 call into question the study.  Fair?
20 MS. O'DELL:
21        Object to the form.
22 A     It would be difficult to answer.  From
23 the perspective of the presence or absence
24 of -- of p53 having an effect on the ability of a

Shawn Levy, Ph.D.

Page 218

1    cell to generate reactive oxygen species under --
2    under exposure to a substance like talcum powder
3    would need to be tested directly.
4    MS. BROWN:
5    Q      Fair to say, in your mind, a cell
6    missing p53 is not a normal human ovarian cell.
7    True?
8    A      That is true.
9           (DEPOSITION EXHIBIT NUMBER 18
10          WAS MARKED FOR IDENTIFICATION.)
11   MS. BROWN:
12   Q      Handing you what we've marked as
13   Exhibit 18 to your deposition, it's a review
14   article titled "Perineal Talc Use and Ovarian
15   Cancer," by Ross Penninkilampi.
16          Do you see that?
17   A      I do.
18   Q      This is an article that you cited in
19   your report; correct?
20   A      Correct.
21   Q      Does this article support your view
22   that there is a biolo -- in part --
23          Strike that.
24          Does this article, in part, support

Page 219

1    your opinion in this case that there is a
2    biologically plausible mechanism by which talcum
3    powder can cause ovarian cancer which can
4    cause --
5           Strike that.  Gonna do it again.
6           Does this article support your view, in
7    part, that talcum powder can cause chronic
8    inflammation that can cause ovarian cancer?
9    A      This is an article I considered in
10   the -- in the overall review and, in the
11   conclusions of this article, found a -- an
12   association between perineal talc use and ovarian
13   cancer, according to the authors.
14          So it was supportive of the proposed
15   mechanism but was, again, in part.
16   Q      And, on page 13 and 14 of your report,
17   you, in fact, reference the Penninkilampi study
18   and some of its conclusions; correct?
19   A      Correct.  On the -- on the bottom of
20   page 13, yes.
21   Q      And what was the purpose of including
22   this description of Penninkilampi in your expert
23   report, Doctor?
24   A      Just to be sure to be -- to include

Page 220

1    available literature and, in this case, review a
2    meta-analysis of some reasonably large-scale
3    studies to try to bring the proposed biologically
4    plausible mechanism and include the -- the
5    available epidemiological information for those,
6    such as the Penninkilampi and Eslick paper we're
7    discussing.
8    Q      What methodology did you employ in
9    terms of reviewing the Penninkilampi findings as
10   it relates to the question you addressed in your
11   report?
12   MS. O'DELL:
13          Object to the form.
14   A      I -- I used the same methodology for
15   the other studies as a review of the paper and
16   its -- and its methods and conclusions.
17   MS. BROWN:
18   Q      Do you believe this review, systematic
19   review and meta-analysis, provides evidence that
20   there's a biologically plausible mechanism by
21   which talc can cause ovarian cancer?
22   A      Yes.  It provided -- it shows an
23   association between talc use and ovarian cancer.
24   I don't -- I don't believe this particular study

Page 221

1    goes on to specifically elucidate causation, but
2    it certainly shows the association.
3    Q      Well, the study specifically says that
4    causation cannot be found, based on the results.
5    Right?
6    MS. O'DELL:
7           Objection to form.
8    MS. BROWN:
9    Q      If you look at page 42, Doctor, the
10   very end of that first paragraph, "A certain
11   causal link between talc use and ovarian cancer
12   has not been established."
13          Do you see that?
14   MS. O'DELL:
15          Where are you?  Page 42.  Where are you
16   reading, please?
17   MS. BROWN:
18          Page 42, the end of the first
19   paragraph.
20   A      Yes, I see that.
21   MS. BROWN:
22   Q      Do you agree with that statement,
23   Doctor, that a causal link between talc use and
24   ovarian cancer has not yet been established?

56 (Pages 218 to 221)

Shawn Levy, Ph.D.

Page 222

1   MS. O'DELL:
2         Objection.
3   A      No, I wouldn't. But, again, my review
4   of this was to tie the biologically plausible
5   mechanism to, you know, human observation, not
6   provide a evaluation of the -- of the causal
7   link.
8         And I think the -- I would suspect that
9   the --
10        I'm also not aware of a study that has
11  been able to -- or a -- or a -- what would be
12  necessary --
13        I'm not aware of a study that has been
14  able to provide all of the recognized and
15  established methodology for causation and have
16  that applied in -- in talc.
17  MS. BROWN:
18  Q     You're not aware of any study in the
19  talc epidemiology that has concluded that talcum
20  powder causes ovarian cancer; correct?
21  MS. O'DELL:
22        Objection to form.
23  A     I'm aware of a number of studies that
24  have shown a strong correlation between the two.

Page 223

1   But I would have to defer to the epidemiology
2   expert witnesses as to their opinion on
3   causation.
4   MS. BROWN:
5   Q     One of the things you told us that you
6   reviewed in connection with your opinion was the
7   talc epidemiology. Is that right?
8   A     That's right.
9   Q     Did you conduct a review of all of the
10  available epidemiology on talcum powder use and
11  ovarian cancer?
12  A     I certainly tried to review it as
13  comprehensively as -- as possible.
14  Q     And, in connection with that review,
15  you'll agree there is not a single study that
16  concludes there is a causal association between
17  talcum powder use and ovarian cancer; correct?
18  MS. O'DELL:
19        Objection to form.
20  A     So I would -- I would -- interestingly,
21  there -- it's -- it becomes a -- as more -- as
22  more and more information has become available
23  over the last few years, that becomes a more and
24  more difficult bar to meet, simply because, to

Page 224

1   examine that comprehensively, when you consider
2   the etiology of a disease and the latency periods
3   that have been observed in ovarian cancer in
4   general and the meta review by both this earlier
5   paper by Penninkilampi and then their subsequent
6   later work, you have a challenge of a -- in a
7   cohort study, a disease that is somewhat rare,
8   coupled with a exposure and latency period that's
9   been, in the -- in the limited number of studies
10  that have looked at this, appears to be quite
11  long, and then when you couple in the -- the
12  ethical concerns of actually performing a trial,
13  where it becomes a very difficult causation bar
14  to reach.
15        And, so, instead, we rely on the
16  case -- the available case-control data and then
17  systematic and meta-analysis reviews such as some
18  of the epidemiologists have performed to make
19  assessments into the likelihood that -- and the
20  strength of the association between talc use and
21  ovarian cancer.
22  Q     Are you intending to provide an opinion
23  on the strength of the association between talc
24  use and ovarian cancer as evidenced in the

Page 225

1   epidemiology?
2   MS. O'DELL:
3         Object to the form.
4   A     No. My -- my opinions are limited to
5   the biologically plausible mechanism and then
6   examining whether that biologically plausible
7   mechanism presented is supported by observations
8   in -- in available human studies.
9   MS. BROWN:
10  Q     And when you say your opinion is
11  limited to a biological plausible mechanism, are
12  you talking of the theoretical concept or are you
13  talking about in the context of women using
14  talcum powder perineally?
15  A     In the context --
16  MS. O'DELL:
17        Object to the form.
18  THE WITNESS:
19        Sorry.
20  MS. O'DELL:
21        Excuse me.
22  A     In the -- in the context of women using
23  talcum powder perineally specifically, and
24  then -- and then certainly also the -- some of

Shawn Levy, Ph.D.

Page 226

1    the fundamental aspects of that mechanism may
2    apply to other exposures as well.
3    MS. BROWN:
4    Q    Like what?
5    A    Well, the -- the other exposure we've
6    been discussing, in -- in that some of the
7    studies looked at inhalation exposure, et cetera.
8         But the primary review and the primary
9    opinion is based on the perineal use of talcum
10   powder and that exposure that, as -- as we
11   discussed earlier, has a -- certainly a strong
12   association with perineal use and an exposure --
13   exposure in the ovaries.
14   Q    Your opinion is that if a woman uses
15   talcum powder perineally, there is a biologically
16   plausible mechanism by which enough talcum powder
17   can migrate from outside of her vagina to her
18   ovary to cause chronic inflammation that can lead
19   to ovarian cancer?
20   MS. O'DELL:
21        Object to the form.
22   A    So I'd say that the first part of your
23   question is well established and included in the
24   statements from FDA and others that that

Page 227

1    migration does occur.
2         And then the next step in the -- in the
3    mechanism is that that causes inflammation which,
4    again, as we've discussed, in a number of
5    studies, that the inflammation occurs and then,
6    in these human studies, in their systematic
7    review, that there is a clear association or a --
8    a observed association between perineal use of
9    talc and the detection of ovarian cancer at some
10   point in the -- in the women's lives and, in the
11   case of the Penninkilampi, with a relationship to
12   the number of lifetime applications.
13        So considering those things together,
14   yes, there is a biologically plausible mechanism
15   for perineal talc use through to ovarian cancer.
16   MS. BROWN:
17   Q    Have you -- is -- is your opinion that
18   there's a biologically plausible mechanism
19   dependent on a particular number of years of
20   perineal use?
21   MS. O'DELL:
22        Objection to form.
23   A    The -- so the -- as we just discussed,
24   there's no -- I can't point to a formal clinical

Page 228

1    trial that would examine that in a well-powered
2    fashion to answer that question directly.  And,
3    certainly, as of today, there would be some
4    significant ethical concerns with that design.
5         So, instead, we rely on the cohort and
6    case-control studies that are available.  And
7    those, again, studies are supporting an
8    association between talc use and ovarian cancer.
9    MS. BROWN:
10   Q    Right.  But I'm talking about for your
11   opinion that it's biologically plausible for
12   perineal use of talc to cause ovarian cancer,
13   have you made a determination, in your mind, of
14   how long that perineal use has to take place for?
15   MS. O'DELL:
16        Object to the form.
17   A    I wasn't asked to provide -- to provide
18   that opinion on -- and it -- on that length or
19   exposure or duration.
20        Again, it was -- the focus was on the
21   biologically plausible mechanism that if you have
22   a single exposure and that -- that that single
23   exposure through to any other may be sufficient
24   to trigger that mechanism.

Page 229

1    MS. BROWN:
2    Q    That's helpful, Doctor.
3         So, as I understand your opinion, your
4    piece of the puzzle here was to look at whether
5    one single application of talcum powder to the
6    perineum could lead to chronic inflammation that
7    could cause ovarian cancer.
8    MS. O'DELL:
9         Objection.
10   MS. BROWN:
11   Q    Correct?
12   A    No, no.
13   MS. O'DELL:
14        Object to the form of the question.
15   A    No.  That's not my -- my statement.
16        My statement was that, based on the
17   evidence available, that there's a biologically
18   plausible mechanism for the -- for the cellular
19   changes that -- that is independent of the
20   exposure.
21   MS. BROWN:
22   Q    You've made a determin---
23   A    But certainly a single exposure would
24   be the physically minimum number.  And I

58 (Pages 226 to 229)

Shawn Levy, Ph.D.

1  believe -- I think we --
2  Q     That's what I want to understand.  And
3  how you -- how you make this biological
4  plausibility determination is to evaluate a
5  single exposure?  Is that right?
6  MS. O'DELL:
7        Object to the form.
8  A     No.
9  MS. O'DELL:
10       Misstates his testimony.
11 A     That's -- that's not what I'm stating.
12       My -- my statement is that the -- the
13 biologically plausible mechanism is a mechanism
14 that is independent of the exposure and that, as
15 part of the description of that mechanism and the
16 evaluation of the studies supporting that
17 mechanism through an inflammatory response, the
18 question of exposure, number, and duration,
19 length of time, et cetera, would be a separate
20 evaluation.
21 MS. BROWN:
22 Q     Is your opinion that talcum powder
23 products cause chronic inflammation that cause
24 ovarian cancer limited to perineal use, or have

1  you also evaluated body use of talcum powder
2  products?
3  MS. O'DELL:
4        Object to the form.
5  A     My -- my focus was on the perineal use,
6  and that's where the majority of the studies
7  have -- have examined.  So the focus was on
8  perineal use of talcum powder.
9  MS. BROWN:
10 Q     And in conducting that evaluation, the
11 results of which are contained in your report,
12 you did not endeavor to quantify how much talcum
13 powder used perineally could possibly migrate to
14 the ovaries; is that right?
15 MS. O'DELL:
16       Object to the form.  Asked and answered
17 maybe ten times already today.
18       But you may answer the question.
19 A     Yeah.  I -- I wasn't asked to -- to
20 provide that opinion or attempt that
21 quantitation.
22 MS. BROWN:
23 Q     So when you conduct your analysis of
24 whether something can biologically cause an

1  effect, it doesn't matter at all how much of the
2  product is used?
3  MS. O'DELL:
4        Objection.
5  MS. BROWN:
6  Q     Do you see what I'm struggling with?
7  Can you help me understand?  If I'm trying to
8  figure out does X cause Y, it sounds like what
9  you're saying is it doesn't matter how much X you
10 have.
11 MS. O'DELL:
12       Objection to form.
13 A     So we're -- we're talking about
14 mech-- -- so mechanistic action --
15 MS. BROWN:
16 Q     Okay.
17 A     -- which means the -- you set aside the
18 "how much."  And the question is, from -- on a
19 molecular level, can the presence of a particular
20 compound in a particular location cause a
21 biological effect.  And, so, that is the primary
22 focus of the opinion in the -- in the paper or --
23 sorry -- in my report.
24       And then extending that to how much,

1  how long, and the dur- -- and then the intensity
2  or duration of the biological effect, again, is a
3  separate -- would be a separate discussion or
4  separate study.
5        So, again, to clarify, the focus had
6  been on that -- some of the fundamental
7  mechanisms, talc -- a talcum powder exposure to
8  an inflammatory response to the inflammatory
9  response causing cancer.
10       Again, the -- I would refer to and
11 defer to the other experts in epidemiology
12 regarding their opinions on the validity of
13 the asso- -- validity and strength of the
14 associations, again, from a formal epidemiology
15 perspective.
16       My review of those studies has ind-- --
17 has relied on their conclusions, and, then, in my
18 own review of their -- of their methodology
19 showing a increasing association, that is the
20 bookends of my -- of the mechanism I proposed.
21       So what this study is looking at is
22 perineal use of talc, getting cancer.
23       The -- what I've proposed is in the
24 middle.  But this, again, the epidemiology

Shawn Levy, Ph.D.

Page 234

1    studies are asking how many times, what, and
2    where, but there's been no evaluation that I'm
3    aware of that looks at exactly how the talc was
4    applied, when and where.  Instead, it was asked
5    number of lifetime applications, duration of use,
6    and examining latency period.
7           And when I examine that information
8    from the perspective of that biological
9    mechanism, I, you know, notice some parallels in
10   between latency period averaging roughly twenty
11   years, which -- which mimics somewhat what's
12   observed in the asbestos field as far as, you
13   know, lung effect latency.
14          And then that continues into the
15   constituent -- or the other constituent
16   components of some of the products, including
17   testing into asbestos and some of the -- and
18   heavy metal exposure, et cetera, that those are,
19   again, supportive and offer a potential
20   amplifying effect in that -- in that mechanism,
21   given the nature of those other components.
22   Q     What's the scientific support for the
23   amplification effect you just described?
24   A     Just that the presence of

Page 235

1    more -- the --
2           So if we extend beyond the opinion that
3    talc, as a com- -- as a singular compound, causes
4    inflammation and then also, based on the reviewed
5    expert reports, find that testing of talc has
6    been shown to contain asbestos or asbestos
7    fibers, that the presence of now two potential
8    insulting --
9           I'm making a hypothesis or making a
10   statement that the -- you can have -- the more
11   biologically active compounds you have in an
12   exposure such as talc plus asbestos plus chromium
13   and then plus a milieu of chemicals that are in
14   fragrances may have an amplification effect on
15   that exposure and as part of that overall
16   biological mechanism.
17   Q     Are you relying on a particular article
18   or any published scientific support for the
19   amplification argument?
20   MS. O'DELL:
21          Object to the form.  He's answered the
22   question.
23   A     No.  I -- I don't know of a study that
24   is delineated.  The -- it would be synthesizing

Page 236

1    that opinion from the observations of a couple of
2    different studies, including the recent Saed
3    paper that did look at the specific consumer
4    product every -- you know, showing a -- if we do
5    it by way of comparison, between the Buz'Zard
6    paper and the recent Saed, seemingly a larger
7    magnitude of reactive oxygen species generation.
8    But, again, that is a -- extrapolating against
9    two different studies.
10   Q     Do you --
11   MS. O'DELL:
12          Excuse me.  We've been going about an
13   hour and 20 minutes, maybe a little more.
14   MS. BROWN:
15          I think a little less.  But I'm gonna
16   finish up.  Then we'll take a quick break.
17   Q     Does that work for you, Doctor?
18          I just want to finish Penninkilampi if
19   we can.
20   MS. O'DELL:
21          How much more do you have to go?
22   MS. BROWN:
23          About five or ten minutes.
24   MS. O'DELL:

Page 237

1           If you need a break, we can break now.
2    Or we can keep -- if you would like to wait five
3    or ten minutes, that's fine.  Whatever's best for
4    you, Doctor.
5    THE WITNESS:
6           Yeah, if we could break now, that would
7    be great.
8    VIDEOGRAPHER:
9           Going off the record.  The time is
10   2:10 p.m.
11          (OFF THE RECORD.)
12   VIDEOGRAPHER:
13          We're back on the record.  The time is
14   2:26 p.m.
15   MS. BROWN:
16   Q     Welcome back, Doctor.
17          Before we took a break, we were
18   discussing the Penninkilampi article.  Do you
19   remember that?
20   A     I do.
21   Q     And one of the things the authors of
22   this very recent meta-analysis discussed is the
23   potential mechanism of ovarian cancer.  Correct?
24          And I'll direct your attention to the

60 (Pages 234 to 237)

Shawn Levy, Ph.D.

Page 238

1    discussion that begins on page 45. In the second
2    sentence, the authors conclude here that the
3    mechanism by which perineal talc use may increase
4    the risk of ovarian cancer is uncertain.
5         Do you see that?
6    A    I see that sentence, yes.
7    Q    And they go on to discuss the theory
8    that talc could produce a chronic inflammatory
9    response which could predispose to the
10   development of ovarian cancer.
11        Do you see that?
12   A    Yes.
13   Q    Okay. And they go on to explain a
14   little bit more about the theory. Do you see
15   that?
16   MS. O'DELL:
17        Object to the form.
18   A    Specifically the sentence beginning
19   with "it is argued"?
20   MS. BROWN:
21   Q    Uh-huh. "It is argued that cellular
22   injury, oxidative stress, and local increase in
23   inflammatory mediators such as cytokines,
24   prostaglandins may be mutagenic and, hence,

Page 239

1    promote carcinogenesis."
2         Do you see that?
3    A    I see that.
4    Q    This sentence refers to chronic
5    inflammation promoting cancer. Correct?
6    MS. O'DELL:
7         Object to the form.
8    A    No. This -- this refers to that the
9    presence of -- proposed that talc as a
10   foreign -- that the presence of a foreign body
11   would instigate a chronic inflammatory response.
12   That's the statement in the paper.
13   MS. BROWN:
14   Q    Is it your opinion that talcum powder
15   can cause chronic inflammation that initiates
16   cancer?
17   A    It's -- so it is -- it is my opinion
18   is, part of the mechanism, that talcum powder can
19   have two effects related to inflammation. The
20   first effect is an acute effect resulting in
21   cellular damage, and that is supported by the
22   study showing increase in reactive oxygen species
23   related to talc.
24        The -- beyond that, the continued

Page 240

1    presence of the talc or a continued chronic
2    immune response or chronic inflammatory response,
3    again, either directly or indirectly related to
4    the exposure, would help support a environment
5    that would allow the cancer progression to occur.
6         So that is simply delineating those --
7    those two things as it relates to inflammation
8    and talc exposure.
9    Q    So you described two potential
10   responses to talc right now. Correct?
11   MS. O'DELL:
12        Objection to form.
13   A    At least two, yes.
14   MS. BROWN:
15   Q    Okay. And one is an acute inflammatory
16   response; correct?
17   A    Yes.
18   Q    And for that you point to the Saed data
19   on reactive oxygen species; is that right?
20   MS. O'DELL:
21        Objection to form.
22   A    That is one example, yes.
23   MS. BROWN:
24   Q    Okay. Are there -- is there other

Page 241

1    scientific support for your opinion that talc can
2    cause acute inflammation?
3    A    So it's any of the similar studies to
4    Saed. And I would have to double-check the
5    references, but they would have -- you know, any
6    of the --
7    MS. O'DELL:
8         Feel free to --
9    MS. BROWN:
10   Q    Buz'Zard?
11   A    So Buz'Zard would be one. Harper and
12   Saed is -- is another.
13   Q    In your --
14   A    And so -- yeah. Yes, Buz'Zard and Lau
15   and then -- yeah. So that would --
16   Q    Okay. So for your opinion that talc
17   causes an acute inflamm- -- inflammatory
18   response, you rely on the cell studies done by
19   Saed and Buz'Zard; correct?
20   MS. O'DELL:
21        Object to the form.
22   A    Yes, among others.
23   MS. BROWN:
24   Q    In your opinion, Doctor, does that

61 (Pages 238 to 241)

Shawn Levy, Ph.D.

Page 242

```
1   acute inflammatory response resolve?
2       A    I don't -- I don't have any evidence to
3   suggest it resolves or not.  The --
4           Again, getting back to the mechanism
5   that has been -- that I've described and is
6   supported by the literature we've been discussing
7   is that there is a acute response as well as
8   evidence for talc causing a more chronic
9   inflammatory response.  And so I've proposed a
10  mechanism by which both of those can contribute
11  to or enhance the development of cancer.
12      Q    Can both of those inflammatory
13  responses that you just described initiate
14  cancer?
15  MS. O'DELL:
16          Object to the form.  Asked and
17  answered.
18      A    They are certainly a component of that.
19          And so, again, to restate the
20  mechanism, the acute inflammatory response or
21  the -- the formation of reactive oxygen species
22  has been known for decades to cause cellular
23  damage, and then cellular damage can result in
24  mutation of -- of DNA.
```

Page 243

```
1           And then when you also consider the
2   full constituents of the products, the potential
3   presence --
4           And this gets back to our earlier
5   discussions about amplification.
6           Components such as chromium, which have
7   a direct DNA-damaging effect, can also
8   ampli- -- again, add to the level of cellular
9   damage present.
10          And then the continued inflammatory
11  response, whether it is a -- related to the
12  initial acute response and a continuation of that
13  or is a separate chronic inflammatory response
14  would then support the environment necessary for
15  the malignant transformation or the malignancy of
16  the cancer to become what we -- what we would
17  generally refer to as ovarian cancer.
18      Q    In your opinion, the chronic
19  inflammation promotes the cancer but does not
20  initiate it?
21  MS. O'DELL:
22          Object to the form.  Asked and
23  answered.
24      A    No.  So I wouldn't -- I would say
```

Page 244

```
1   they're not -- I don't have evidence to -- to
2   delineate those specifically, other than -- other
3   than the supported mechanism that an acute
4   response can cause cellular damage, and then a
5   chronic response can cause cellular damage and be
6   supportive of that continued -- that continued
7   transformation.
8           So they are -- they -- those -- those
9   two delineated immune responses can either work
10  in -- in concert with each other, but there is no
11  evidence to suggest that one is insufficient
12  relative to the other in terms of progression of
13  the disease.
14          And I think specific to the -- to the
15  supported mechanism is that there -- I'm not
16  making that distinction in the -- in the report.
17  MS. BROWN:
18      Q    Right.  In your report, you don't talk
19  about acute versus chronic inflammation.
20  Correct?
21      A    That's correct.  I don't delineate the
22  two.  Right.
23      Q    But, here today, as we discuss in more
24  detail your opinions, you're explaining that
```

Page 245

```
1   you're -- in your mind, you see two potential
2   inflammatory responses from talc.  Right?
3   MS. O'DELL:
4           Object to the form.
5       A    I would disagree.  I would say that
6   I -- I -- based on the information and studies,
7   the -- the review of other expert reports, that
8   it presents a supported opinion that talc has an
9   ability to cause an acute response as well as a
10  chronic response.
11          And, so, then, today we are discussing
12  using that data in support of the -- of the
13  mechanism as to how those -- those two responses
14  can work together or separately in the
15  progression of ovarian cancer.
16  MS. BROWN:
17      Q    At the time you wrote your report in
18  November of 2018, were you of the view that talc
19  can cause both acute and chronic inflammatory
20  response?
21      A    Yes.  I mean, it was -- I was of the
22  view it causes an inflammatory response.  And
23  then, as I continued to review information
24  available, it became clear that the talc
```

62 (Pages 242 to 245)

Shawn Levy, Ph.D.

Page 246

1    response, being an inflammatory response in
2    totality, may have the ability to have
3    those -- to -- to have two independent responses
4    in tissues.
5        Q      And, in your opinion, can both the
6    acute inflammatory response and the chronic
7    inflammatory response separately cause ovarian
8    cancer?
9        A      Under the -- the mechanism I've
10   proposed, yes, that would be a -- a possibility
11   that they could separately cause, given that
12   they -- they're both inflammatory responses, they
13   both cause cellular damage.
14          And in the case -- in this case,
15   delineating the acute from chronic was more to
16   clarify the cellular damage aspect, the
17   transformative aspect of cancer from the -- the
18   necessary tumor progression aspects of cancer to
19   actually progress to disease.
20       Q      In your opinion, Doctor, does talc
21   always first cause an acute reaction and then a
22   chronic reaction?
23   MS. O'DELL:
24          Object to the form.

Page 247

1        A      I -- I -- I don't have evidence
2    to -- to state that and would defer to some of
3    the other expert witnesses, like Dr. Saed, for
4    opinions on acute response versus chronic.
5    MS. BROWN:
6        Q      In your opinion, though, you have at
7    least delineated in your mind two different types
8    of inflammatory responses.  Correct?
9    MS. O'DELL:
10          Objection to form.
11       A      I've -- I have described two mechanisms
12   for inflammation that -- that both can -- are
13   both supportive of the overall mechanism that
14   we're discussing.
15   MS. BROWN:
16       Q      And is it -- is there a length of time
17   that differentiates an acute inflammatory
18   response from a chronic inflammatory response?
19       A      Certainly I would say there -- in my
20   opinion, there would -- it would be a potential
21   time dependency or a magnitude dependency to
22   delineate an acute versus chronic response.  But,
23   again, for the purpose of the biological
24   mechanism, separating them on those lines is not

Page 248

1    important.
2        Q      So there is a length of time or an
3    amount of exposure that would cause a chronic
4    inflammation that is different from the length of
5    time and the magnitude of exposure that will
6    cause an acute inflammation?
7    MS. O'DELL:
8          Object to the form.  Misstates his
9    testimony.
10       A      Yeah, no.  Not -- that's not what
11   I -- that's not what I've stated.
12          I've simply stated that if we -- if we
13   look at the -- what is known about inflammation
14   and the biological response to foreign bodies,
15   you can have an initial acute response mediated
16   by the immune system and mediated by some of the
17   cellular damage that takes place, and then that
18   same response may continue in a chronic form for
19   some period of time and at some level of
20   magnitude.
21          Now, certainly there is likely a
22   dependency or, I should say, likely a
23   relationship to the amount of exposure and the
24   magnitude of that response.

Page 249

1          But, again, the -- the opinions here
2    are specific to the mechanism and the initial
3    elucidation of that response and, you know,
4    not -- not on a quantitation of a -- a
5    dose-response relation -- or a dose-response
6    curve or relationship.
7    MS. BROWN:
8        Q      Do you believe that every time a talc
9    particle enters the human body, it produces a
10   inflammatory response?
11       A      All of the evidence would suggest yes.
12       Q      Have you considered Heller's 1996 study
13   on that score?
14       A      I would have to --
15          On the score of inflammatory response?
16       Q      Do you recall that Heller looked at
17   benign ovarian tissue and identified the
18   potential presence of talc?
19       A      Sounds familiar.
20       Q      I'll hand it to you.
21          (DEPOSITION EXHIBIT NUMBER 19
22          WAS MARKED FOR IDENTIFICATION.)
23   MS. BROWN:
24       Q      Handing you, Doctor, what we've marked

63 (Pages 246 to 249)

Shawn Levy, Ph.D.

Page 250

1   Heller's '96 article as Exhibit 19.
2           And what I want to ask you about is
3   Heller's finding as it relates to no reaction to
4   the talc particle.  Did you consider that --
5   MS. O'DELL:
6           Object to the form.
7   MS. BROWN:
8   Q       -- in forming your opinion here?
9   MS. O'DELL:
10          Excuse me.  Object to the form.
11  MS. BROWN:
12  Q       I'll direct you, Doctor.
13          On page 1508 of the Heller article,
14  right above the comments section, "The
15  investigators on this study concluded no evidence
16  or response to talc, such as foreign body giant
17  cell reactions or fibrosis in the tissue."
18          My question is whether, in your
19  opinion, every time talc is -- enters the body,
20  it necessarily produces an inflammatory response.
21  MS. O'DELL:
22          Object to the form.
23  A       No.  My opinion is that every time talc
24  enters the body, that has the potential to cause

Page 251

1   an immune response.
2   MS. BROWN:
3   Q       Have you made a determination about
4   whether or not that always happens?
5   A       I'll have --
6   MS. O'DELL:
7           Object to the form.  It's vague.
8   A       I'm not aware of any --
9           There -- there -- these -- none of the
10  studies that have been reviewed have been
11  designed to answer the question of "if ever."
12  MS. BROWN:
13  Q       So, in your view, then, it's an open
14  question about whether talc can be inside the
15  body and not produce an inflammatory response.
16  MS. O'DELL:
17          Object.
18  MS. BROWN:
19  Q       Is that fair?
20  MS. O'DELL:
21          Excuse me.  Objection to form.
22  Misstates his testimony.
23  A       So my -- my -- my testimony regarding
24  the mechanism is that there is a well-supported

Page 252

1   mechanism that talc causes inflammation and then
2   inflammation has a role in ovarian cancer.
3           Extending that to circumstances where
4   an exposure would not cause inflammation is -- is
5   not germane to that -- to that mechanism and, in
6   fact, again, not supported by literature to show
7   that, you know, that a single exposure or some
8   number of exposures are necessary or sufficient
9   for a particular phenotype.
10  MS. BROWN:
11  Q       So this Heller study purports to have
12  found talc in ovarian tissue without an
13  inflammatory response; right?
14  MS. O'DELL:
15          Object to the form.
16  A       In looking at their --
17          Just one moment.
18          So this was a --
19          So is your -- is your question that
20  the -- if the -- if the author showed talc being
21  present in normal ovarian tissue?
22  Q       Well, first my question is did you
23  consider this article in connection with your
24  opinions in the case?

Page 253

1   A       I don't recall this article
2   specifically, and I don't believe I cited it.
3           I guess there's -- no.
4   Q       And then my second question, Doctor, is
5   is it your opinion that every time the human body
6   is exposed to particles of talc, it necessarily
7   produces an inflammatory response that can either
8   promote or initiate cancer of the ovaries?
9   MS. O'DELL:
10          Object to the form.
11  A       No.  My --
12  MS. O'DELL:
13          Vague.
14  A       My comment was that the -- that any
15  exposure to talc, particularly the perineal
16  exposure to talc, has the potential to cause an
17  inflammatory reaction.
18          I don't have any evidence that all of
19  the studies that we've been reviewing are in
20  support -- are in support of that mechanism, but
21  I don't know of a study that perhaps has been
22  able to draw a conclusion, from a similar size
23  study, to show that you can get significant talc
24  accumulation without an inflammatory response.

64 (Pages 250 to 253)

Shawn Levy, Ph.D.

Page 254

1    MS. BROWN:
2    Q      Do you think you need significant talc
3    accumulation in the human body to cause or
4    promote ovarian cancer?
5    MS. O'DELL:
6         Objection to form.
7    A      I wasn't asked to -- to provide --
8    provide that opinion.
9         And, again, referring to the studies
10   that have -- that were reviewed and included in
11   the report, there is a relationship between
12   lifetime exposure and an increased risk in the
13   epidemiology reports.
14        But more detail on that in this
15   discussion, I would defer to the epidemiology
16   experts.  But the -- there -- there does appear
17   to be a -- more of a response based on more talc
18   in the -- in the studies referenced.
19   MS. BROWN:
20   Q      So on --
21        Do you have any reason to dispute the
22   findings of Heller here of talc in the ovaries
23   without a foreign body reaction?
24   MS. O'DELL:

Page 255

1         Objection.
2    A      I guess my -- I have some -- I guess I
3    have some concerns with some of the methodology
4    as it relates to the detection of the...
5    MS. BROWN:
6    Q      Do you think it's possible, Doctor, for
7    talc to enter the body and -- and be completely
8    inert and not cause any reaction?
9    MS. O'DELL:
10        Object to the form.
11   A      So my -- the -- the mechanism I've
12   proposed is -- is based -- you know, based on the
13   literature, is that talc causes an inflammatory
14   response and that inflammatory response is
15   supportive of progression to ovarian cancer.
16   MS. BROWN:
17   Q      Does that happen 100 percent of the
18   time?
19   MS. O'DELL:
20        Object to the form.  In terms of
21   inflammatory response or in terms of cancer?
22   MS. BROWN:
23   Q      If you don't understand the question,
24   you'll let me know.

Page 256

1    A      In -- in terms of cancer, the
2    epidemiology would suggest -- or I would say
3    the -- the evidence in the literature is -- does
4    not allow that question to be answered, and the
5    reason being is when you look at the latency of
6    the disease and the progression of the disease
7    and the challenges in detecting it, there just
8    has not been enough time with the, perhaps, rigor
9    of analysis that is undergoing now to make that
10   assessment of is it 100 percent of the time or is
11   it something less than 100 percent of the time.
12        I think, statistically speaking,
13   there -- the only data that -- that is available
14   for review is -- what is contained in some of
15   the meta-analysis and epidemiology studies
16   showing a significant increased risk to ovarian
17   cancer based on exposure to talc.  And it
18   would -- it would only be -- I think it would be
19   inappropriate at this time to try to infer what
20   percentage of time that would be indicative of
21   for exposure.
22   Q      Have the plaintiffs' lawyers shared
23   with you expert reports from their expert
24   pathologists who have looked at ovarian tissue of

Page 257

1    plaintiffs in this litigation, purported to find
2    talc with no foreign body reaction?
3    MS. O'DELL:
4         Objection.  There have been no
5    case-specific pathology reports disclosed in the
6    litigation we're here about today.  And if
7    there's something else you're talking about, you
8    should be specific.
9    A      The -- I don't recall a pathology
10   report.  I've seen expert reports from
11   epidemiologists, OB-GYN and -- and some -- and
12   other scientists.  But I don't recall a specific
13   pathology report.
14   MS. BROWN:
15   Q      If the biologically plausible mechanism
16   that you posit in your report is true, would you
17   expect that the pathology slides of women with
18   ovarian cancer who have used talc would evidence
19   talcum powder with a foreign body reaction?
20   MS. O'DELL:
21        Object to the form.  Incomplete
22   hypothetical.
23   A      That, I would have to ask how you're
24   defining a foreign body reaction.

65 (Pages 254 to 257)

Shawn Levy, Ph.D.

Page 258

1  MS. BROWN:
2      Q      Well, would you expect to see some
3  evidence of inflammation in the ovarian tissue of
4  women who used talcum powder products?
5  MS. O'DELL:
6          Object to the form.  Incomplete
7  hypothetical.
8      A      Overall, speaking to, as we were
9  discussing earlier, the potential for that
10  inflammatory response remains.  But given the
11  heterogeneity in individuals, their overall
12  health, their natural variation in the levels of
13  activities of antioxidants, et cetera, I -- I
14  would state that I would expect a variety of
15  magnitude of response to a foreign body like talc
16  among the individuals exposed to it.
17  MS. BROWN:
18      Q      You'd expect to see something; right?
19  MS. O'DELL:
20          Object to the form.
21      A      No, not necessarily, because it -- it
22  very much depends on the timing that's -- that is
23  observed, how -- what methodology is used to
24  detect the presence of talc or detect the

Page 259

1  presence of the inflammatory response, if it's,
2  you know, done histopathologically, if it is
3  based on a reactive oxygen species assay.
4          So given the -- speaking in general
5  terms, I think it's just inappropriate to make a
6  conclusion as to that, yes, you would always
7  expect to see something.
8          I would -- again, to restate what was
9  stated earlier, any -- any exposure has the
10  potential to cause that inflammatory response,
11  and then the time, scale, and magnitude of that
12  response is going to vary by person.  Therefore,
13  I would expect there would be a variability in
14  individuals exposed to talc.
15  MS. BROWN:
16      Q      Uh-huh.  Is your opinion related to all
17  the different histologic types of epithelial
18  ovarian cancer?
19      A      My -- my opinion is not exclusive to
20  any -- any one type.  Certainly, the epithelial
21  serous being the more common and most virulent
22  type of cancers I think represents the most
23  common.
24          From a mechanistic perspective, I

Page 260

1  mentioned some of the other subtypes and the
2  common gene mutations that go along with them and
3  as, again, supportive of the same mechanism.  And
4  I think, if anything, the -- the current data
5  would suggest a -- a higher prevalence of a
6  particular subtype of cancer but certainly not
7  the -- the mechanism doesn't -- is not exclusive
8  to any one type.
9      Q      In your view, all types of epithelial
10  ovarian cancer can be caused by inflammation?
11      A      No.  That's -- that's not my statement.
12  I would say all types of ovarian cancer are
13  supported by an inflammatory response but that,
14  as from a causative perspective, that's not what
15  the mechanism is provided as an opinion as to
16  cause.  It's more that the -- an inflammatory
17  response plays a role in disease initiation
18  and/or progression.
19      Q      In your view, Dr. Levy, it is
20  biologically plausible for inflammation to cause
21  all types of epithelial ovarian cancer; true?
22      A      Again, I'm not -- I've not been
23  speaking to inflammation as a causative -- as a
24  cause of ovarian cancer.  It is a factor in --

Page 261

1  in -- in disease progression.
2      Q      So when you conclude, as you do in your
3  report, that talcum powder products cause chronic
4  inflammation, you do not conclude that that
5  chronic inflammation causes ovarian cancer?
6  MS. O'DELL:
7          Object to the form.
8      A      I wasn't asked to provide a causation.
9  MS. BROWN:
10      Q      Your opinion here is limited to the
11  potential for talcum powder products to produce
12  inflammation; correct?
13  MS. O'DELL:
14          Object to the form.
15      A      No.  My -- so my opinion is a -- is a
16  supported plausible biological mechanism by which
17  the exposure to talc can lead to ovarian cancer.
18  And, in my opinion, as supported in the -- in the
19  report, that is through an inflammatory response.
20  MS. BROWN:
21      Q      I must be missing you, Doctor.  So are
22  you of the opinion that inflammation can cause
23  ovarian cancer?
24      A      I'm of the opinion that inflammation is

66 (Pages 258 to 261)

Shawn Levy, Ph.D.

Page 262

1    a component of ovarian cancer.
2        Q    Well, I'm not sure what you mean by
3    that. Can inflammation cause ovarian cancer?
4    MS. O'DELL:
5            Object to the form. Asked and
6    answered.
7        A    I'm asked -- I suppose -- again, the
8    opinion here is of a mechanistic opinion, not a
9    causation. I would defer to some of the
10   epidemiology experts to have opinions on
11   causation.
12   MS. BROWN:
13       Q    You don't have an opinion on whether or
14   not inflammation can cause ovarian cancer?
15   MS. O'DELL:
16           Different question.
17       A    Correct. That's a --
18           As we've been discussing, my opinions
19   are that inflammation is a component of ovarian
20   cancer and can be attributed to aspects, not
21   exclusively, but contributing to aspects of its
22   initiation and aspects of its progression. But I
23   did not say that ovarian cancer is caused by
24   inflammation.

Page 263

1    MS. BROWN:
2        Q    And what scientific support do you have
3    for your opinion that inflammation is a component
4    of ovarian cancer and can be attributed to
5    aspects of ovarian cancer, including its
6    initiation?
7        A    So, again, the synthesis of the -- of
8    the papers we've been discussing, including Saed
9    and others, showing the reactive oxygen species
10   produced from talc. And, then, as far as
11   inflammation and its role in cancer, there
12   are -- and it's a fundamentally accepted aspect
13   of cancer biology that's been around for -- for
14   quite some time. And we mentioned earlier that
15   there's a variety of review articles, including
16   the ones we were comparing sentences to earlier
17   today, that describe that in great detail.
18       Q    It's not generally accepted, though,
19   that ovarian cancer is caused by inflammation.
20   Fair?
21   MS. O'DELL:
22           Object to the form.
23       A    I think there's a number of studies
24   that --

Page 264

1            Well, first, we're -- I want to be
2    cautious with our use of the word "cause"
3    and -- because that's, as we've been discussing,
4    this is a -- it is -- it is not controversial
5    that ovarian cancer -- inflammation plays a role
6    in ovarian cancer and -- and, again, my opinion
7    is not towards causation.
8    MS. BROWN:
9        Q    Well, I mean, tumors themselves elicit
10   inflammatory responses; right?
11       A    What -- so what -- specifically, what
12   are you referring to?
13       Q    Well, you talk about tumor-activated
14   macrophages in your report; right?
15       A    Yes.
16       Q    There is an inflammatory response
17   that's produced by the tumor itself; correct?
18       A    Yes. There are -- there -- there --
19   there are absolutely cancer progression markers
20   that are associated with continued inflammation.
21       Q    And that has nothing to do necessarily
22   with the events that cause the cancer. Right?
23   MS. O'DELL:
24           Object to the form.

Page 265

1        A    Well, so the -- we -- we would be going
2    down a slightly different road. And if
3    we're -- so cancer as a complex disorder, you
4    know, begins with an initiating event. But there
5    is -- there is absolutely tumor evolution from
6    that initial event through the progression of the
7    disease.
8            So to state that the -- in the initial
9    inflammatory response to the tumor is -- is not
10   causative to the continuation of the disease I
11   think would be incorrect.
12   MS. BROWN:
13       Q    The Penninkilampi authors -- to
14   conclude our discussion here -- concluded that
15   the paragraph you were looking at with the
16   sentence "The potential mechanism by which
17   genital talc is associated with an increased risk
18   of ovarian cancer, hence, remains unclear," do
19   you see that?
20       A    Yes.
21       Q    And this meta-analysis was published in
22   January of 2018; correct?
23       A    Correct.
24       Q    And it is, in fact, cited in the

67 (Pages 262 to 265)

Shawn Levy, Ph.D.

Page 266

1    majority of the plaintiff expert reports in this
2    litigation.  Did you see that?
3    MS. O'DELL:
4         Object to the form.  If you know that.
5    Don't speculate.
6    MS. BROWN:
7    Q    That's why I asked "Did you see that?"
8    A    So I didn't specifically look at if
9    this was referenced.  I -- I certainly referenced
10   it.  But I would also point out another important
11   part of the -- of this same reference, a -- about
12   halfway down the following paragraph, beginning
13   with "If chronic inflammation due to ascending
14   foreign bodies is indeed the mechanism by which
15   talc use is associated with ovarian cancer risks,
16   then these results fit the picture."
17        So I think the authors were both
18   describing some things that remain unclear but
19   also offering some comments that are supportive
20   of our earlier discussions today on this
21   mechanism.
22   Q    And your opinion here today, Doctor, is
23   limited to the potential mechanism; right?
24   MS. O'DELL:

Page 267

1         Object to the form.
2    A    So my -- my opinion is -- is -- is
3    regarding a biologically plausible mechanism.
4    But, then -- and, in doing so, have reviewed some
5    of these studies that we're discussing now.
6    MS. BROWN:
7    Q    Good.
8         And, as it relates to that potential
9    mechanism, these Penninkilampi authors conclude
10   that the potential mechanism remains unclear.
11   Right?
12   MS. O'DELL:
13        Objection to form.
14   A    They -- the article makes a statement,
15   "The potential mechanism by which genital talc is
16   associated with an increased risk of ovarian
17   cancer, hence, remains unclear."
18        However, as we've been discussing, they
19   go on to state, "If chronic inflammation due to
20   ascending foreign body is indeed the mechanism,"
21   then there -- the results in this paper
22   are -- fit that model.
23        So I think they're making reason- --
24   making reasonable statements based on the

Page 268

1    available data that there is a biologically
2    plausible mechanism surrounding and, indeed, in
3    the previous paragraph at the end of it where
4    they discuss use of -- or expression of
5    cyclooxygenase 1 and 2 as well as the action of
6    NSAIDs, again, supportive of -- somewhat
7    supportive of the inflammatory model.  But...
8    MS. BROWN:
9    Q    Well, as it relates to the NSAIDs,
10   Doctor, they point to the fact that the NSAID
11   data is inconsistent, at best, as evidence
12   supportive of their conclusions that the
13   mechanism is unclear; right?
14   A    No.  They point to it as -- they
15   actually try to clarify that the -- the seemingly
16   contradictory data regarding the NSAID use can be
17   explained by the relatively low expression of
18   cyclooxygenase 1 and cyclooxygenase 2, which are
19   the targets of most common NSAIDs.
20   Q    What they say is that the use of
21   nonsteroidal anti-inflammatory drugs, NSAIDs, is
22   not inversely associated with the incidence of
23   ovarian cancer as may be expected if the etiology
24   was related to chronic inflammation.  Right?

Page 269

1    MS. O'DELL:
2         Objection to form.
3    A    Yes, that statement is made.  But,
4    importantly, it is incomplete without the next
5    sentence, again, explaining that -- that
6    apparent -- that apparent question.
7         So if the -- if NSAIDs are not
8    effective in ovarian cancer and the -- and, in
9    turn -- and if the observation is also made that
10   ovarian cancer cells don't express cyclooxygenase
11   1 and 2, then they would not -- they would be
12   nonresponsive to NSAIDs.
13   Q    You state on page 12 of your report,
14   Doctor, in the last paragraph, the second-to-last
15   sentence that begins "moreover," that the effect
16   of nonsteroidal anti-inflammatory drugs, NSAIDs,
17   to reduce the risk of ovarian cancer provides
18   additional support for what you're discussing
19   here, which is that chronic inflammation plays a
20   key role in the development of ovarian cancer.
21        Right?
22   A    Correct.
23   Q    And that is, in fact, the opposite of
24   what the authors in Penninkilampi report as

68 (Pages 266 to 269)

Shawn Levy, Ph.D.

Page 270

1  relates to NSAIDs; right?
2  MS. O'DELL:
3        Object to the form.
4  A      Not -- not necessarily.  So there's --
5  getting back to the -- the specific cells under
6  question and the inflammatory response being
7  examined.  And, so, if we are lowering overall
8  chronic inflammation through the use of an NSAID
9  is -- is one question.  A separate question is
10  a -- is a ovarian cancer cell responsive to
11  NSAIDs.  So they're two separate biological
12  phenomenon.
13        And, in one case, if those cells are
14  not expressing the cyclooxygenase 1 and 2,
15  they'll be nonresponsive.
16        I would speculate that NSAID use in the
17  rest of the body would still result in the --
18  expected effect due to, you know, the -- due to
19  the inhibition of cyclooxygenase 1 and 2.
20        So I don't think they're necessarily in
21  conflict with each other.
22        (DEPOSITION EXHIBIT NUMBER 20
23            WAS MARKED FOR IDENTIFICATION.)
24  MS. BROWN:

Page 271

1  Q      Handing you what we've marked as
2  Defense Exhibit 20 to your deposition, this is a
3  paper by Merritt entitled "Talcum Powder Chronic
4  Pelvic Inflammation and NSAIDs in Relation to the
5  Risk of Epithelial Ovarian Cancer."
6        Do you see that?
7  A      I do.
8  Q      And, in fact, on page 12 of your
9  report, you cite this Merritt article.  Correct?
10  A      Yes.  Uh-huh.
11  Q      And you cite it for the proposition
12  that studies have found a relationship between
13  pelvic inflammatory disease and ovarian cancer
14  risk.  Correct?
15  A      Correct.
16  MS. O'DELL:
17        Object to the form.
18  MS. BROWN:
19  Q      And you point to Merritt when you
20  determine here as a finding of a relationship
21  between pelvic inflammatory disease and ovarian
22  cancer in support of your opinion that
23  inflammation can cause ovarian cancer.  True?
24  A      I'd have to double-check that

Page 272

1  statement.
2        And then there was, I think,
3  importantly, the Lin 2011 paper is also relevant.
4  Q      Well, as it relates to the Merritt
5  paper, this cite is wrong; right?
6  A      I need a moment to --
7  Q      Let's look at what Merritt actually
8  found about pelvic inflammatory disease.
9        If you look --
10  MS. O'DELL:
11        If you need a moment --
12        Excuse me.  I'm sorry.  I didn't mean
13  to interrupt you.
14        If you need a moment to refresh
15  yourself, Dr. Levy, please do.
16  MS. BROWN:
17  Q      Sure.  And if you -- when you're ready,
18  Doctor, I'll direct you to the second column on
19  page 174, and I want to talk about the last
20  paragraph there that begins "if inflammation."
21  A      Page?
22  Q      And I'll read it into the record while
23  you orient yourself.  It's page 174, right-hand
24  column.  Final paragraph states, "If inflammation

Page 273

1  plays a role in the etiology of ovarian cancer,
2  then it would be expected that PID would be
3  associated with increased risks of ovarian
4  cancer.  PID is not associated with elevated risk
5  of ovarian tumors in our data, confirming several
6  previous reports of no association with PID in
7  studies of all subtypes of ovarian cancer."
8        Did I read that correctly?
9  A      You did.
10  Q      All right.  So you cited this study for
11  the proposition that studies have found a
12  relationship between PID and ovarian cancer risk.
13  Right?
14  A      No.  I said -- I cited -- I said
15  studies have found a relationship, yes, between
16  PID and ovarian cancer risk.
17  Q      And, in fact, this study did not find a
18  relationship between PID and ovarian cancer risk.
19  Right?
20  A      I think this study found a -- I'm just
21  looking at the...
22        So -- I'm sorry.  Would you ask your
23  question again?  This -- this study did not
24  find your --

69 (Pages 270 to 273)

Shawn Levy, Ph.D.

Page 274

1    Yes, I --
2    Q    Sure.  I just -- you cited this study
3    for the proposition that it showed there was a
4    relationship between pelvic inflammatory disease
5    and ovarian cancer risk, but, in fact, the study
6    showed the opposite.  Correct?
7    A    Well, to be clear on the wording,
8    stated that the studies have found a
9    relationship.  I didn't indicate whether it was
10   positive or negative.
11        But I think, importantly, the study
12   also has an important paragraph that is probably
13   more related to its inclusion, which is on the
14   same page we were just on, 174, second full
15   paragraph in the discussion.
16   Q    One of the things on this page,
17   Doctor --
18   MS. O'DELL:
19        Are you finished, Doctor?
20   A    I think important to at least finish
21   that thought.
22        That paragraph reads, "Focusing on talc
23   use, we found that any use of perineal talc was
24   associated with a small but significantly

Page 275

1    increased risk of ovarian cancer overall and
2    specifically amongst the invasive and LNP serous
3    tumors, although no clear dose response with
4    increase in duration of use was identified.  This
5    finding is consistent with results of previous
6    studies."
7        So in the case of the report and the
8    biologically plausible mechanism that's been
9    supported by these studies, these studies
10   differentiating the process of pelvic
11   inflammatory disease doesn't ex- -- doesn't
12   exclude or refute the inflammatory role or the
13   role inflammation may play in ovarian cancer.
14   Q    What this study concludes is that, on
15   balance, chronic inflammation does not play a
16   major role in the development of ovarian cancer.
17   Do you recall reviewing this in connection with
18   your opinions in this case?
19   MS. O'DELL:
20        Object to the form.  Misstates the
21   exhibit.
22   MS. BROWN:
23        Counsel, I'll direct you to the last
24   paragraph of the abstract on page 1 which reads,

Page 276

1    quote, "We conclude that, on balance, chronic
2    inflammation does not play a major role in the
3    development of ovarian cancer."
4    Q    Do you see that, Doctor?
5    A    I see that.
6    Q    And what this study did was it
7    endeavored to look into factors potentially
8    associated with ovarian inflammation to see if it
9    could support the theory that chronic
10   inflammation plays a role in ovarian cancer;
11   right?
12   MS. O'DELL:
13        Object to the form.
14   A    I would need to -- this one limitation
15   of this particular paper is that it is connecting
16   inflammation as evidenced by pelvic inflammatory
17   disease and assuming that that source and type of
18   inflammation would be -- the fact that there's
19   not a direct association between -- or an
20   increased risk of ovarian cancer in the presence
21   of pelvic inflammatory disease; therefore,
22   inflammation must not play a role in ovarian
23   cancer.  So that is their conclusions.
24   MS. BROWN:

Page 277

1    Q    Well, they looked at a bunch of
2    different inflammatory conditions, didn't they?
3    That was the focus of the study.  The authors
4    endeavored to look at a number of different
5    pro-inflammatory factors and see if they
6    influenced ovarian cancer.  Do you recall
7    reviewing that?
8    A    I do.  I think -- but, more
9    importantly, when we look at the -- their
10   specific statements that are surrounding the
11   mechanism we're discussing today, which has to do
12   with talc exposure and perineal talc use, I think
13   their -- their statements in that sense, which
14   have already been read, quite stand on their own.
15        So what this may indicate is a variety
16   of types of inflammation do -- as present in
17   other diseases, those individually do not or may
18   not have a specific role in the progression of
19   ovarian cancer.
20        But it does not -- again, it does not
21   mean that ovarian inflammation at the site of
22   talc exposure in the ovary can't have a role in
23   the progression of disease where -- again, as we
24   were discussing earlier, with inflammation, we're

70 (Pages 274 to 277)

Shawn Levy, Ph.D.

Page 278

```
 1   now connecting independent biological processes.
 2       And I think you're -- I want to be sure
 3   we're clear and not drawing the use of the word
 4   "chronic inflammation" as meaning any
 5   inflammation and, therefore, if it's not
 6   associated with ovarian cancer, that inflammation
 7   can't have a role.
 8       What we're speaking about in terms of
 9   this mechanism is inflammation caused by the
10   perineal use of talcum powder in the ovary and
11   the -- and the -- to explain that increased risk
12   of ovarian cancer, what is a plausible mechanism.
13   Q    The authors write, on page 74 -- 174,
14   Doctor, second column, paragraph that begins with
15   "It has been hypothesized," "It has been
16   hypothesized that talc is linked to ovarian
17   cancer development through inflammation," comma,
18   "however evidence linking an inflammatory
19   response with talc contamination of the ovaries
20   is lacking."
21       Do you see that?
22   A    I do.
23   Q    And you disagree with that statement?
24   A    I would -- I would suggest that a
```

Page 279

```
 1   number of studies in the literature since the
 2   publication of this paper would -- would suggest
 3   that these conclusions may have been premature.
 4   Q    Do you think that, at the time this
 5   paper was published in 2008, that Merritt was
 6   accurately representing the data as it related to
 7   whether chronic inflammation could play a role in
 8   the development of ovarian cancer?
 9   MS. O'DELL:
10       Object to the form.
11   A    I would say that Merritt has an
12   unresolved -- has a number of unresolved
13   conclusions or partial conclusions in their
14   paper, again, including the paragraph we've
15   discussed where they comment on the talc use with
16   an increased risk of ovarian cancer.
17   MS. BROWN:
18   Q    Did you see the confidence interval on
19   that finding, Doctor?
20   A    I'd have to -- in --
21       Is this in this paper or in the number
22   of the --
23   Q    You reference the finding of an
24   association between talc use and ovarian cancer a
```

Page 280

```
 1   couple times, and that's a 1.17 relative risk
 2   that you're referring to.  Is that right?
 3   A    Where is that?
 4   Q    I'm looking at -- in the abstract.
 5   A    Yes.
 6   Q    Right.  And the confidence interval is
 7   1.01 to 1.36.  Right?
 8   A    Correct.
 9   MS. O'DELL:
10       As to what finding?
11   MS. BROWN:
12       The one we're discussing.
13   Q    And, Doctor, you know that one -- a
14   confidence interval that begins with one is not
15   statistically significant?
16   MS. O'DELL:
17       Object to the form.
18   MS. BROWN:
19   Q    Did you know that?
20   MS. O'DELL:
21       Object to the form.
22   A    Well, I would say the authors have
23   stated in that abstract that it is statistically
24   significant.
```

Page 281

```
 1   MS. BROWN:
 2   Q    Sure, because it's 1.01.  My question
 3   to you was do you know that a confidence interval
 4   that begins with one is not statistically
 5   significant?
 6       This finding, Doctor, is barely
 7   statistically significant, isn't it?
 8   MS. O'DELL:
 9       Object to the form.
10   A    Again -- again, it's a -- whether it's
11   barely or whether it's tremendously statistically
12   significant, it -- it's still a finding that I
13   would say is in support of -- has been supported
14   by other studies with similar relative risk
15   numbers in the -- in the 1.2 range and above, as
16   indicated.
17   MS. BROWN:
18   Q    Finally, Doctor, at the very -- the
19   very last sentence of this Merritt study we're
20   discussing, on page 175, concludes, "However,
21   experimental evidence that perineal talc use
22   elicits an inflammatory response in the ovaries
23   is lacking, and overall we conclude that chronic
24   inflammation does not play a major role in the
```

71 (Pages 278 to 281)

Shawn Levy, Ph.D.

Page 282

1   development of ovarian cancer."
2           And my question for you is what
3   methodology did you employ to consider the
4   findings of the Merritt paper in coming to your
5   opinions contained in your report?
6   MS. O'DELL:
7           Object to the form.
8   A       Again, as we've discussed earlier here
9   today, the -- there's been no singular paper that
10  had a specific role in -- in developing the
11  biologically plausible mechanism contained in the
12  report.  And, so, this -- this paper, among many
13  others, was -- was used.
14  MS. BROWN:
15  Q       Right.  But the findings of this paper
16  is that talcum powder doesn't produce an
17  inflammatory response that leads to cancer.
18  Right?
19  A       The -- the findings of this paper was
20  that there's not an association of pelvic
21  inflammatory disease and risk of ovar- -- of
22  epithelial ovarian cancer.
23  Q       They conclude that chronic inflammation
24  doesn't play a role in the development of ovarian

Page 283

1   cancer; right?
2   A       I think they've -- they've extended
3   that observation regarding pelvic inflammatory
4   disease to that conclusion.
5           But I think the studies that have come
6   after this and other -- certainly other areas of
7   review would suggest that those specific -- the
8   wording of those specific statements may not be
9   the most appropriate representation of the -- of
10  the observations made in the -- in the Merritt
11  paper.
12  Q       So did you weight the Merritt paper
13  less than some other papers that came after it?
14  Or how did you --
15          What I'm trying to understand is your
16  methodology for considering this paper, which
17  seems to squarely conclude talc doesn't cause
18  inflammation.
19  MS. O'DELL:
20          Object to the form.
21  A       I'm not -- so I would -- I would
22  disagree that -- this paper does not make those
23  conclusions that talc does not cause
24  inflammation.  What they --

Page 284

1           Again, the observations in this paper
2   are regarding chronic inflammation and its -- and
3   its major role in the development of ovarian
4   cancer; and, again, in this -- in the specific
5   individuals that they've looked at, it's in
6   regards to pelvic inflammatory disease.
7           And, so, as far as weighting that
8   paper, it would be similar to other papers and
9   other observations in the sense that it was --
10  that the mechanism that is supported by a wide
11  variety of work considers a history of -- history
12  of work in the talc, inflammation, and ovarian
13  cancer fields both in basic research and
14  epidemiology to come up -- to come to the
15  conclusions and mechanisms that are proposed.
16          I don't -- I can't give you a specific
17  weighting algorithm that was used on any -- any
18  given paper.
19  MS. BROWN:
20  Q       Did you consider Merritt's finding that
21  evidence linking an inflammatory response with
22  talc of the ovaries is lacking?
23  A       I certainly considered their -- I
24  considered their statements in the -- in the

Page 285

1   paper.  And I would question the dichotomy of
2   the -- of some of their statements regarding talc
3   risk to cancer.
4           And the first question that would come
5   to mind for this particular study is how they
6   assessed talc-related inflammation in --
7   specifically in the ovary.  I don't recall seeing
8   how they made that assessment.
9           It, instead, seemed to me that their
10  assessments were based on chronic inflammation as
11  it related to other biological conditions and
12  then extrapolating that to rate of ovarian
13  cancer.
14  Q       How do you think one should measure
15  talc-related inflammation in the ovary?
16  MS. O'DELL:
17          Object to the form.
18  A       Again, I wasn't asked to -- to provide
19  that opinion.  But I would reference the more
20  recent Saed paper which -- and other molecular --
21  and other molecular studies and certainly defer
22  to Dr. Saed as an expert witness to discuss
23  appropriate measurements for talc-related
24  inflammation in the -- in the ovary or ovarian

72 (Pages 282 to 285)

Shawn Levy, Ph.D.

Page 286

1    cells.
2    MS. BROWN:
3    Q      Have you spoken with Dr. Saed?
4    A      I have not.
5    Q      Have you requested any information from
6    Dr. Saed?
7    A      No, I have not.
8    Q      Have you -- would you hold to the same
9    opinion if you did not consider the work of
10   Dr. Saed?
11   MS. O'DELL:
12          Objection to form. Vague.
13   A      I -- the work of Dr. Saed is -- is a
14   consideration among the wide variety of other
15   literature contained in here. And Dr. Saed's
16   work for in vitro analysis and the quantitation
17   of specific reactive oxygen species is -- is a
18   factor in and it is in support of the mechanism
19   that I've proposed, which is that that mechanism
20   does not rely on that study or any singular study
21   for it to be valid.
22   MS. BROWN:
23   Q      The mechanism you proposed, Doctor, is
24   not yet generally accepted in the scientific

Page 287

1    community. Would you agree?
2    MS. O'DELL:
3           Object to the form.
4    A      I wouldn't have a basis for that
5    opinion. As -- as we talked about earlier, I
6    haven't shared this mechanism to ask for that
7    opinion.
8    MS. BROWN:
9    Q      You haven't published the proposed
10   mechanism that is the subject of your report. Is
11   that right?
12   A      That's right.
13   Q      You haven't discussed the proposed
14   mechanism that is the subject of your report with
15   any of your colleagues at HudsonAlpha; correct?
16   A      That's correct.
17   Q      So whether or not the proposed
18   mechanism that is the subject of your report
19   would be accepted by your peers in the scientific
20   community, that's not something you have yet
21   evaluated; correct?
22   MS. O'DELL:
23          Object to the form.
24   A      My -- I wasn't requested to provide a

Page 288

1    biologically plausible mechanism that was also
2    peer-reviewed, and I would rely on or point you
3    to a number of other expert reports, particularly
4    in the epidemiology space from this case, where
5    you'll find a great many parallels to -- to this
6    case.
7           So I, instead, would state
8    independently myself and other respected
9    scientists have essentially developed the same
10   opinions regarding mechanism in this -- in this
11   particular space.
12   MS. BROWN:
13   Q      Is there another plaintiffs' expert
14   that you're aware of who holds the same opinion
15   as you do on biological plausibility?
16   A      Yes.
17   Q      Who's that?
18   A      Patricia Moorman, who is an
19   epidemiologist whose report I had the opportunity
20   to read yesterday.
21   Q      Is there -- and -- and even though
22   she's an epidemiologist, Dr. Moorman has a view
23   on biological plausibility? Is that right?
24   MS. O'DELL:

Page 289

1           Object to the form.
2    A      She has a view on --
3           In her report was a -- a view on
4    mechanism -- on mechanism, which included the
5    discussion of inflammatory response and its role
6    in ovarian cancer, which parallels this report.
7    MS. BROWN:
8    Q      Do you consider your proposed mechanism
9    that is the subject of your report to be a novel
10   concept in the scientific world?
11   MS. O'DELL:
12          Object to the form.
13   A      Which part?
14   MS. BROWN:
15   Q      Any part.
16   MS. O'DELL:
17          Object to the form.
18   A      Again, I -- my -- the -- what was
19   requested of me was not to develop a novel
20   concept or even to describe an untested
21   hypothesis. What was requested of me was to
22   review the available literature and provide a
23   biologically plausible mechanism for talc
24   exposure to ovarian cancer. And, so, that's

73 (Pages 286 to 289)

Shawn Levy, Ph.D.

Page 290

1    what -- that's what my report provides.
2    MS. BROWN:
3        Q    Do you think there could be other
4    biologically plausible mechanisms by which talcum
5    powder would be associated with ovarian cancer?
6        A    I haven't been asked to -- to make a
7    review related to other biological mechanisms. I
8    was asked to develop a biologically plausible
9    mechanism. And upon review of the totality of
10   the literature, this mechanism that -- that I've
11   presented and provided in the report is, in my
12   opinion, the correct mechanism.
13       Q    Did you have complete autonomy in your
14   task to develop a biologically plausible
15   mechanism?
16       A    Yes.
17       Q    Were there any limitations on how you
18   should go about developing this biologically
19   plausible limita- -- mechanism?
20   MS. O'DELL:
21           Object to the form of the question to
22   the degree that the question seeks --
23   MS. BROWN:
24           Form.

Page 291

1    MS. O'DELL:
2            No, no. If it goes to conversations
3    with counsel, it is not form. It is
4    attorney-client privilege and it's protected.
5    Work product privilege is protected.
6            And, so, Dr. Levy --
7    MS. BROWN:
8            No. Counsel --
9    MS. O'DELL:
10           Excuse me. Excuse me. I'm directing
11   my witness based on privilege, and I can do that.
12           To the degree that counsel is trying to
13   seek the substance of discussions you had with
14   counsel, those are protected, and I direct you
15   not to answer.
16           To the degree there's something in your
17   mind to respond that's not that, you may -- you
18   may respond.
19   MS. BROWN:
20       Q    And as -- as counsel well knows,
21   because we've had this discussion earlier this
22   week, the federal rules allow discovery of any
23   material you relied on in forming your opinions.
24           And, so, my answer here -- my question

Page 292

1    for you here, Doctor, is, were -- was there any
2    limitation placed on you that you relied on in
3    trying to develop your biologically plausible
4    mechanism?
5    MS. O'DELL:
6            What's allowed -- you're well aware of
7    this, counsel, I know -- that what's discoverable
8    is are there materials considered -- you can ask
9    him that -- was there assumptions that he was
10   asked to make -- that's discoverable -- and the
11   compensation. Those are the three things. Not
12   conversations between counsel and Dr. Levy.
13   So --
14   MS. BROWN:
15           Counsel, you can instruct or we'll get
16   the judge. We do not have time for your
17   speeches. We're trying to finish up and let
18   other people -- other people ask questions.
19   MS. O'DELL:
20           That's straight from the rules. You're
21   well aware of that.
22   MS. BROWN:
23           So here's the question. If you want to
24   instruct, we'll take a break and get the judge.

Page 293

1        Q    Did you rely on any instruction from
2    counsel regarding any limitations on how you were
3    to attempt to develop your biologically plausible
4    mechanism?
5        A    No. I was -- I was not provided --
6    there were no --
7            I'm trying to make sure I answer to be
8    correct. But my very simple and direct answer is
9    the requests for the report were very succinct
10   and were given without limitation.
11       Q    Did you try to develop any mechanism
12   that you rejected in connection with your report?
13   MS. O'DELL:
14           Object to the form. Vague.
15       A    So I would best answer that by saying I
16   did not develop an initial mechanism and,
17   instead, began a literature review looking at the
18   available literature in talcum powder
19   inflammation in cancer, ovarian cancer, and then
20   in related subjects, and, then, through the course
21   of that review, was able to synthesize the
22   opinion that you have, that we've been
23   discussing, in the report.
24   MS. BROWN:

Shawn Levy, Ph.D.

Page 294

1  Q      Do you consider the biologically
2  plausible mechanism that is the subject of your
3  report to be a hypothesis?
4  MS. O'DELL:
5          Object to the form.  Asked and
6  answered.
7  A      No, no.  In fact, it is not.  And
8  it's -- I think it's very fundamentally different
9  than a hypothesis.
10         Because, again, to state, the
11 activities that were undertaken was a review of
12 the literature and then, based on that review, a
13 mechanism that was biologically plausible.  It is
14 not hypothetical.
15 MS. BROWN:
16 Q      Have you tested your biologically
17 plausible mechanism?
18 MS. O'DELL:
19         Object to the form.
20 A      Tested in the sense of --
21         So I would -- I would answer that as --
22 in -- in my opinion, I would suggest that this
23 has been tested based on following the completion
24 of the report and reading other similarly derived

Page 295

1  or similarly requested both literature, some of
2  the publications that we've been discussing, as
3  well as other expert reports that have, as we've
4  just discussed, some parallel aspects.
5          So, from a formal scientific process,
6  that is -- would not, I think, be considered a
7  formal test.  But from the perspective of this
8  biologically plausible mechanism, other
9  scientists undertaking similar methodology came
10 up with similar results.
11         And, so, therefore, I would say that
12 this report is -- continues to be supported by
13 independent reviews and content.
14 MS. BROWN:
15 Q      The other scientists that you just
16 referenced are also paid experts for the
17 plaintiffs; is that right?
18 MS. O'DELL:
19         Object to the form.
20 A      I don't have knowledge of that
21 specifically.
22 MS. BROWN:
23 Q      Well, when you said other experts
24 looking at the same thing came up with a similar

Page 296

1  mechanism, you mean other experts in this
2  litigation?
3  MS. O'DELL:
4          Object to the form.  Misstates his
5  testimony.
6  A      Other -- other material -- the
7  materials that I was -- that I was provided.
8  MS. BROWN:
9  Q      And those materials are in the form of
10 other expert reports like yours; right?
11 MS. O'DELL:
12         Object to the form.
13 A      They are.
14 MS. BROWN:
15 Q      Are you aware of any nonlitigation
16 expert that has arrived at the same biologically
17 plausible proposed mechanism as you?
18 MS. O'DELL:
19         Object to the form.
20 A      Well, I think -- yeah, in the sense --
21 in the sense of the number of publications we've
22 been discussing and some of the more recent both
23 reviews and -- and Saed's paper, I suppose, as
24 we've been discussing, Dr. Saed has been funded

Page 297

1  for some of this work, but I would counter that
2  with sponsorship of -- of studies that are
3  subsequently peer-reviewed, I think are generally
4  held to a scientific standard and rigor, and
5  would suggest that his most recent work would
6  fall under that and -- and, therefore, I would
7  not consider that in the same realm as an expert
8  report.
9  MS. BROWN:
10 Q      Are you aware that the plaintiffs'
11 lawyers funded Dr. Saed's studies?
12 A      I am.
13 Q      How do you know that?
14 MS. O'DELL:
15         Don't speculate.  If you know it,
16 testify to it.
17 A      No.  I'm thinking of --
18         That was disclosed during the
19 discussion of the -- of the paper, and the
20 question I asked and actually looked on the paper
21 was to --
22         And this -- this was getting to my own
23 opinion as to the appropriateness and the
24 potential scientific rigor of the paper, and that

75 (Pages 294 to 297)

Shawn Levy, Ph.D.

Page 298

1   was whether or not Dr. Saed disclosed that
2   relationship, which is, of course, ethically a
3   requirement for sponsored research. And, indeed,
4   that sponsorship is made in the paper.
5   MS. BROWN:
6   Q       Was it important to you --
7           Did you ask Dr. Saed about the funding
8   for his paper?
9   A       I did not. As we -- as we discussed, I
10  haven't spoken with him.
11  Q       Were you troubled by the fact that
12  Dr. Saed's disclosure does not reference which
13  side of the litigation he's working for?
14  MS. O'DELL:
15          Object to the form.
16  A       Are you asking for my opinion on if it
17  troubled me?
18  MS. BROWN:
19  Q       Yeah.
20  A       No.
21  Q       It sounds like you did a little
22  investigation and you were satisfied with the
23  disclosure. Was that your testimony?
24  MS. O'DELL:

Page 299

1           Object to the form. He didn't use the
2   word "investigation."
3   A       I was satisfied seeing a disclosure
4   made regarding funding, which, again, in the
5   scientific climate I would -- or I would state
6   simply I viewed the support of that study which
7   subsequently goes out to peer review functionally
8   equivalent to pharmaceutical support of a study
9   involving a drug or a condition or a treatment.
10          The reality of the scientific space
11  is -- is -- is funding sponsorship comes from a
12  variety of cases. And in each institution,
13  HudsonAlpha certainly, I'm positive Wayne State
14  has a conflict of interest review board which
15  Dr. Saed has to report to as far as the -- how he
16  manages that potential conflict of interest. And
17  given that he's at a reputable institution that
18  I've actually done a fair amount of review work
19  with over the years, being Wayne State, I'm
20  reasonably -- or I would say I'm quite confident
21  that his conflict of interest has been managed
22  appropriately for the -- for the study that was
23  reviewed.
24  MS. BROWN:

Page 300

1   Q       Why is it important, in your mind, to
2   disclose funding for a study?
3   A       Well, it's, you know, ethical premise
4   of -- of most scientific research or really all
5   extramurally funded research that the funding
6   sources are -- are always disclosed. And that's
7   true for publication as well as presentation.
8           And, so, I think most -- most
9   scientists, during presentation, will present a
10  slide that shows their -- their funning support
11  and all of its sources regard- -- whether it's
12  public or private.
13          And then you'll notice in vast majority
14  of publications, if they are grant supported,
15  again, whether that grant is from a public or a
16  private institution, those things are referenced.
17  And, in fact, the U. S. Government has a
18  requirement that grants be referenced in their --
19  in any publications that were supported by that
20  money.
21  Q       Do you have any critiques of either of
22  Saed's papers?
23  A       No. Not at this time.
24  Q       Do you have any questions or anything

Page 301

1   that doesn't make sense to you, having reviewed
2   the most recent one or the 2017 one?
3   A       No. My focus, particularly on the most
4   recent one, I actually found his molecular
5   studies to be quite comprehensive and --
6           So there was -- there was no specific
7   concerns that -- that I was able to identify.
8   And, again, the -- in the -- in the version of
9   the paper that -- that I -- that I was given.
10  Q       And did you have any opportunity to
11  check to see if you had an earlier version of
12  that paper?
13  A       Oh, I -- I'll be sure and do that at
14  the next break.
15  Q       Okay. Why don't we go ahead and take a
16  break now. You'll take a look, if you wouldn't
17  mind, to see if you have something other than
18  what we've marked at the deposition.
19          I'm going to renew -- review my notes.
20  I'm close to finishing, and then I'll hand it
21  over to my colleague, Mr. Ferguson, who I think
22  will have some questions for you as well. Okay,
23  Doctor?
24  A       Uh-huh.

76 (Pages 298 to 301)

Shawn Levy, Ph.D.

Page 302

1    Q      Thank you, Doctor.
2    VIDEOGRAPHER:
3          Going off the record.  The time is 3:33
4    p.m.
5          (OFF THE RECORD.)
6    VIDEOGRAPHER:
7          We're back on the record.  The time is
8    3:48 p.m.
9    MS. BROWN:
10   Q      Welcome back, Doctor.
11         Did you have an opportunity to take a
12   look if you had an earlier version of Dr. Saed's
13   manuscript?
14   A      I did.
15         I did not.
16   Q      Okay.  And, so, during this deposition,
17   you've referred from time to time to Dr. Saed's
18   2018 paper.  Is that right?
19   A      (Nods affirmatively.)
20   MS. O'DELL:
21         Object to the form.  Excuse me.
22   MS. BROWN:
23   Q      And you received that paper after you
24   authored your report in this case; right?

Page 303

1    MS. O'DELL:
2          Object to the form.
3    A      So I was referring --
4          Yes.  I -- I -- the manuscript we were
5    discussing was received after the completion of
6    this.  But, as we discussed earlier, the
7    materials in the paper were presented in abstract
8    form or long abstract form, and those are
9    referenced in the report.
10   MS. BROWN:
11   Q      And just to close the loop on one thing
12   before I hand it over to my colleague,
13   Mr. Ferguson, you had referenced an animal study
14   by Woodruff earlier in the day.  Do you remember
15   that?
16   A      Yes.
17   Q      That paper doesn't have anything to do
18   with talc; right?
19   MS. O'DELL:
20         Object to the form.
21   A      Let me --
22         Yes, I -- you're -- the Woodruff 1979
23   paper is not the one I was -- I was wrong on the
24   author.  Give me a moment to...

Page 304

1    MS. BROWN:
2    Q      And if that's not the one you were
3    thinking of, Doctor, we can move on.
4    A      I was thinking Henderson 1971.
5    Q      And that's not an animal study; right?
6    A      Maybe this -- this isn't the same one,
7    then.  I can certainly find it at the end if --
8          The -- it was a 1971 study involving a
9    rat model that the major point and conclusion of
10   the study was perhaps something that we've
11   discussed that's been now well accepted that the
12   talc can migrate, after exposure, into the
13   ovarian tissue.
14   Q      Are you aware of any study, Doctor,
15   that talc on the exterior of a woman's vagina can
16   migrate up the fallopian tubes to the ovary?
17   MS. O'DELL:
18         Object to the form.
19   A      I am not aware of a study that tested
20   that specifically.
21   MS. BROWN:
22   Q      And did you consider, in connection
23   with your opinions here, IARC's finding that the
24   science regarding migration is, quote, "weak"?

Page 305

1    MS. O'DELL:
2          Object to the form.
3    A      My -- my primary consideration of IARC
4    was their classification of the talc and the --
5    and the fibrous talc, and I don't recall their
6    conclusions of the migration science being weak.
7          And, in fact, it appears, as stated by
8    the FDA, that the -- the migration question is --
9    is well resolved.
10   MS. BROWN:
11   Q      Finally, Doctor, in connection with
12   your opinions in this case, did you consider
13   articles regarding whether stick lesions evidence
14   inflammation?
15   A      I'd have to review some of the
16   literature for stick lesions specifically.  But
17   that --
18         Can you -- what are you referring to by
19   stick lesions?
20   Q      So do you understand that it's now
21   believed, in terms of the -- where ovarian cancer
22   begins, that it begins in the fallopian tubes,
23   epithelial ovarian cancer?
24   A      I certainly would agree that a -- the

Shawn Levy, Ph.D.

Page 306

1    site of initiation, whether -- that it can begin
2    in the fallopian tubes, yes, that there's been
3    studies that have shown that evidence.
4    Q       And some of the early lesions that have
5    been found in the fallopian tubes are sometimes
6    referred to as stick lesions.  Are you familiar
7    with that?
8    MS. O'DELL:
9             Object to the form.
10   A       I'm not.
11   MS. BROWN:
12            So you haven't looked at any studies
13   that have looked at stick lesions that have been
14   removed from women to see if there was any
15   evidence of inflammation?
16   MS. O'DELL:
17            Object to the form.
18   A       That -- that -- I don't recall that as
19   part of the review.
20   MS. BROWN:
21   Q       Fair enough.
22            No further questions.  I'll hand it
23   over to Mr. Ferguson.
24   MR. FERGUSON:

Page 307

1             Thank you.
2                  EXAMINATION
3    BY MR. FERGUSON:
4    Q       Good afternoon, Dr. Levy.  My -- my
5    name is Ken Ferguson, and I represent Imerys in
6    this matter.  Do you know who Imerys is?
7    A       Only that they're a mining company.
8    Q       Okay.  And I have some questions for
9    you.  I apologize for my voice.  I've kind of had
10   my allergies and then going into a cold, so it's
11   kind of -- kind of stuffy.  So I apologize.
12            If you have trouble hearing me or
13   understanding me, let me know.  Okay?
14   A       Okay.
15   Q       And -- and just -- I know you've been
16   at this with Miss Brown for a little while, but
17   if there's any question that you don't understand
18   that I'm asking you, just let me know, and I'll
19   restate it so I can make sure that we're
20   communicating.  Okay?
21   A       Okay.
22   Q       I want to talk to you, first of all,
23   about a little bit more about what you do at
24   HudsonAlpha Institute.  So in the what's called

Page 308

1    the Genomic Services Laboratory --
2             Right?  There's one of those at
3    HudsonAlpha; right?
4    A       There is.
5    Q       Do you perform services there such as
6    running clinical samples to report results to
7    healthcare providers?  Is that the kind of things
8    you do?
9    A       To be -- to be clear and to,
10   importantly, differentiate the regulated lab
11   versus the research laboratory, the Genomic
12   Services Laboratory is a -- is a entity of
13   HudsonAlpha that is responsible for research
14   activities.
15            There is a separate wholly owned
16   subsidiary of HudsonAlpha creatively named the
17   Clinical Services Laboratory.  So that laboratory
18   is the laboratory that performs the testing.  And
19   to hopefully not provide a level of confusion,
20   but the two laboratories coexist in the same
21   space.  And what this means is I have staff and
22   equipment.  Some is dedicated to clinical, some
23   is dedicated to research, and some are shared
24   between the two.

Page 309

1             So, in summary, the best way to
2    consider the laboratory is that it's a clinical
3    regulated laboratory that also performs research.
4             Any projects under that research
5    umbrella are referred to as being in the Genomic
6    Services Laboratory.  Anything clinical is
7    referred to the Clinical Services Laboratory.
8    That lab has been CLIA-licensed now for going on
9    five -- just past four years and has been
10   CAP-accredited for three and a half.
11   Q       So is it the Clinical Services
12   Laboratory, then, that would perform services
13   like running clinical samples to get results to
14   healthcare providers?
15   A       That's correct.
16   Q       And -- and among those things that the
17   Clinical Services Laboratory does, is that
18   restricted to whole genome sequencing?
19   A       Our currently -- the only publicly
20   disclosed and validated test for the Clinical
21   Services Laboratory is whole genome sequencing.
22            We have two other laboratory-developed
23   tests, or commonly referred to as LDTs, that are
24   run in a -- as a private assay for some clinical

78 (Pages 306 to 309)

Shawn Levy, Ph.D.

Page 310

1    trials, so they're not publicly available and to
2    date have not been publicly disclosed. They're
3    protected under confidentiality agreement.
4           And the Clinical Services Laboratory
5    this year will launch a number of other tests
6    that we have publicly disclosed. Those include
7    whole exome sequencing, an oncology panel known
8    as the TruSight Tumor 170, which profiles 170
9    genes with -- that have been -- that have known
10   involvement in cancer risk and progression, and
11   as well as a 500 panel of similar form.
12   Q      So let me talk to you a little bit
13   about your prior position. You were at
14   Vanderbilt University Medical Center; correct?
15   A      Correct.
16   Q      And you were an assistant professor?
17   Is that correct?
18   A      The titles I held there was research
19   assistant professor and then assistant professor,
20   and then I was a associate professor as an
21   adjunct faculty for a number of years after
22   joining HudsonAlpha. So I had to progress
23   through a few of the academic ranks at
24   Vanderbilt, but all of them in the professor

Page 311

1    realm.
2    Q      As an assistant professor, were you
3    appointed on a tenure track?
4    A      Yes.
5    Q      And do you know generally how many
6    years after appointment as an assistant professor
7    is a tenure decision at Vanderbilt typically made
8    in that department?
9    A      It varies from probably five to nine.
10   Q      Did you ever achieve tenure at
11   Vanderbilt?
12   A      Actually, I was up for tenure the year
13   that I moved to HudsonAlpha.
14   Q      So --
15   A      So, technically, I, which will sound
16   odd, I was promoted to associate professor upon
17   leaving.
18   Q      Okay.
19   A      In an adjunct role.
20   Q      So were you turned down for tenure
21   or --
22   A      I was not. I never -- I -- the
23   opportunity at HudsonAlpha predated the time that
24   I would have gone up for tenure. I had a number

Page 312

1    of pre-reviews for tenure. There were no
2    concerns with that progress. But, based on both
3    funding as well as publication records, I wasn't
4    overly concerned with that.
5           But the opportunity to be able to do --
6    and the scale of operations at HudsonAlpha was --
7    was too good to turn down, as far as remaining at
8    Vanderbilt.
9    Q      So you were neither granted tenure nor
10   denied tenure. Is that fair to say?
11   A      That's fair to say.
12          I think the best evidence for the
13   relationship at Vanderbilt after my leaving was I
14   continued as an adjunct faculty in the same
15   department, again with change in title, for a
16   number of years after joining HudsonAlpha. So it
17   was a -- certainly, I wouldn't characterize it as
18   a negative departure from the institution. And I
19   still remain a collaborator with a number of
20   colleagues there.
21   Q      Do you have a copy of your report in
22   front of you?
23   A      I do.
24   Q      Okay. What I'm gonna do is I'm gonna

Page 313

1    try to go through, probably in -- in order,
2    portions of your report that I want to ask about
3    and try to make sure I don't cover things that
4    Miss Brown's already covered.
5           Can you look at page 5 of your report?
6    A      Yes.
7    Q      So there -- and I'm looking at number 2
8    on page 5, Acquired Somatic Gene Mutation.
9           Do you see that?
10   A      I do.
11   Q      And you say there that --
12          I'm skipping the sentences. If you
13   need to go back, feel free.
14          -- "Biological and lifestyle exposures,
15   such as viruses, obesity, hormones and chronic
16   inflammation, are also known to result in
17   cancer-causing mutations."
18          Right?
19   A      I see that sentence.
20   Q      Okay. Wouldn't you agree that the
21   association between obesity and cancer risk is
22   just that, an association and not a known
23   cause-and-effect relationship?
24   MS. O'DELL:

Shawn Levy, Ph.D.

Page 314

1        Object to the form.
2    A      I would state that it is known that
3    cancer rates increase in a number of unhealthy
4    conditions, including obesity. But I am not
5    aware of a -- of any studies that have
6    illustrated a causal effect directly between
7    obesity and cancer.
8    MR. FERGUSON:
9    Q      And, specifically, isn't it true that
10   there is no direct in vivo experimental evidence
11   that obesity causes cancer-causing mutations?
12   A      I would have to review the literature
13   to -- before answering that question. But the
14   relationship between obesity and cancer risk
15   is -- is quite well established. And I think for
16   us to discuss that in more detail, we'd have to
17   start delving into some of the specifics around
18   the physiological changes related to obesity and
19   whether those specific physiological changes play
20   a role in cancer.
21   Q      And, just below that, the last sentence
22   in that paragraph, you say, "These mechanisms may
23   be direct, such as radiation directly damaging
24   DNA, as well as indirect, such as an external

Page 315

1    agent causing a cellular -- cellular reaction or
2    inflammatory response that then leads to DNA
3    damage or mutation."
4        What cellular reactions are you
5    referring to that result in DNA damage or
6    mutation?
7    A      So the presence of reactive -- so a few
8    different things. Primarily, along the
9    discussions for today, the presence of reactive
10   oxygen species which can directly -- which are a
11   cellular reaction that can then cause -- directly
12   cause DNA damage.
13       There's protein oxidation effects that
14   are similar to that, in the sense that you have a
15   chemical change and a cellular component that
16   results in a -- in a protein activity change,
17   again leading to potential DNA damage.
18       And then you can have --
19       So those are two -- two examples of
20   cellular reactions to that.
21   Q      And -- and maybe you just explained it,
22   but I wanted to make sure I'm clear. What is the
23   mechanism by which an inflammatory response
24   results in DNA damage?

Page 316

1    A      It varies. So the -- the --
2    "inflammatory response" is a bit general. So
3    depending on specific type of cellular
4    recruitment and cellular damage through the
5    release of cytokines, the release of oxidative
6    damaging materials from cells like granulocytes,
7    you know, or the -- even the cell's own
8    production of reaction to -- reactive oxygen
9    species, such as from the mitochondria, which is
10   the most common sync -- or most common source of
11   reactive oxygen species in the cell.
12       And, so, those are some examples of --
13   of that relationship between an inflammatory
14   response and that cellular reaction.
15   Q      Reactive oxygen species are not the
16   same thing as inflammation; correct?
17   A      I would say reactive oxygen species are
18   a hallmark of inflammation.
19   Q      But they're not the same thing.
20   MS. O'DELL:
21       Object to the form.
22   A      The -- well, they are --
23       Again, reactive oxygen species are a
24   component of inflammation. So they're -- the

Page 317

1    words are two -- two different definitions, but
2    they are a component.
3    MR. FERGUSON:
4    Q      Would you agree that reactive oxygen
5    species are a normal part of cell physiology?
6    A      Yes, absolutely.
7    Q      And the major source of reactive oxygen
8    species comes from inside the cell and is
9    produced in mitochondria?
10   A      A source, and depending on the site of
11   the physiology. So a normal, healthy cell not
12   under stress or injury would be -- then, yes,
13   that's a true statement.
14       Under different physiological
15   conditions, that statement may not be true.
16   Q      Can you distinguish reactive oxygen
17   species produced inside a cell from reactive
18   oxygen species produced outside the cell?
19   A      What do you mean? So by -- by
20   "distinguish," you mean --
21   Q      Can you tell the difference?
22   A      I'm just thinking if there's a way to
23   measure.
24       So you can measure the effects of

Shawn Levy, Ph.D.

Page 318

1    exogenously introduced reactive oxygen species
2    and then compare that to the measurement of
3    endogenously produced reactive oxygen species.
4          But as far as determining the
5    difference if the cellular integrity is not
6    intact, I'm not aware of a method to do that.
7    Q      Would you agree that generation of
8    reactive oxygen species is an inevitable
9    consequence of aging in aerobic organisms?
10   MS. O'DELL:
11         Object to the form.
12   A      So reactive oxygen species are a --
13   are present at all stages of life.  And aging, as
14   a biological phenomenon, is probably one of the
15   most variable phenomenon that exists.
16         And specific to reactive oxygen
17   species, the diet, lifestyle, and genetics of
18   that individual will drastically change that.
19         And a new area of research that my
20   laboratory has been undertaking for a short
21   time --
22         And, so, I don't have specific
23   publications, and it's really not -- I promise
24   it's not taking us too far afield.

Page 319

1          -- but is the concept of your annual
2    age versus biological age.  And my lab has some
3    assays that are based on epigenetics as well as
4    some metabolomic markers.  And what we found --
5    now, in very, again, preliminary data -- that
6    individuals will vary by plus or minus 15 years
7    from physiological age to annual age based on,
8    again, a number of lifestyle factors not
9    important for this study.
10         But the point I'm making is the
11   discussion about level of reactive oxygen species
12   and its association with age is actually quite
13   variable based on the long -- or based on the
14   current physiological activity of that person.
15         Stated very simply, which is probably
16   something we all know, the better shape you're
17   in, the younger your physiology will appear.  And
18   you can actually modulate that quite quickly,
19   meaning that a person who's 60 and has made poor
20   lifestyle choices can actually gain back quite a
21   bit of that physiological age quite quickly.
22         And so, again, to directly answer your
23   question, a annual age-related conclusion
24   regarding production of reactive oxygen species

Page 320

1    would be very difficult.
2    MR. FERGUSON:
3    Q      In your report, on this same page, you
4    discuss the fact that, even if someone has a
5    genetic mutation that predisposes them to cancer
6    doesn't mean that he or she is certain to get
7    cancer.  Correct?
8    A      That is correct.
9    Q      So there is a -- a random component to
10   the effects of known cancer-causing agents.
11   Right?
12   MS. O'DELL:
13         Objection to form.
14   A      There is a complicated relationship
15   between genetics, environment, and expose -- or
16   environment, including exposure and lifestyle,
17   and the progression of cancer.
18         Perhaps the -- a summary analogy is the
19   more predisposing mutations that an individual
20   has, it's -- it's equivalent to their body is
21   rolling the dice more often to collect a mutation
22   sufficient to cause cancer than somebody who does
23   not have the same genetic background.
24         And there's -- there's many, many lines

Page 321

1    of evidence.  Probably the most prominent is
2    BRCA1 and 2 mutation and the role it plays in
3    increased risk of breast and ovarian cancer.
4    MR. FERGUSON:
5    Q      Wouldn't you agree that even the
6    inherited susceptibility cannot entirely explain
7    this random component of some people getting
8    cancer when exposed and some people not?
9    MS. O'DELL:
10         Objection to form.
11   A      DNA -- so that, it's very
12   gene-dependent.  So BRCA1 and 2 is the example
13   given.  That is correct, that if you have a BRCA1
14   and -- 1 or 2 mutation, you are not guaranteed to
15   get cancer.
16         Corollary to that is if you do not have
17   a BRCA1 and 2 mutation, your relative risk for
18   canner does not change, meaning that you're at no
19   less of a risk than somebody -- somebody else who
20   doesn't have that mutation.
21         I should state that there are other
22   genes.  P53 is a good example that was mentioned
23   earlier.  If you carry a mutation in that gene,
24   the probability that you'll get cancer, assuming

81 (Pages 318 to 321)

Shawn Levy, Ph.D.

Page 322

1  you don't die from something else, is almost
2  certain, meaning that it's in the mid to high 90
3  percents if you -- if you live until a late age.
4  MR. FERGUSON:
5       Q       Further down this paragraph, you
6  indicate that "An inherited gene mutation could
7  instead make one more likely to develop cancer
8  when exposed to certain cancer-causing
9  substances."
10      Correct?  That's your statement?
11      A       Yes.
12      Q       Can you provide any examples in which a
13  woman with an inherited mutation in a particular
14  gene has been demonstrated to have more
15  sensitivity to developing ovarian cancer as a
16  result of exposure to an environmental agent?
17      A       Not for ovarian cancer specifically.  I
18  would need to review --
19      There is a -- I've seen report of a
20  single gene related to ovarian cancer, which,
21  again, I would have to do a bit of searching to
22  be sure I'm naming the correct gene, but I --
23  where that has a much high-- -- increased risk
24  specific to ovarian cancer, but I do not recall

Page 323

1  if there was a measurement of any exogenous
2  exposure risk that amplified that effect or not.
3       But I think the -- as a general
4  premise, it is a -- well established in cancer
5  biology that any mu-- -- any mutation that results
6  in a burden related to DNA repair, related to
7  cell cycle control, you are more susceptible to
8  cancer.
9       In one of our lines of research where
10  we do have some publications, in pediatric
11  cancer, I would simply point to in approximately
12  50 percent of adults who are survivors of
13  childhood cancer will develop a second cancer
14  event primarily because their -- the fact that
15  they developed a childhood cancer generally means
16  you are predisposed to that condition.
17      And -- and, as evidenced in the
18  observations we've done in the analysis of
19  thousands of patients in collaboration with
20  St. Jude and the children's oncology group, we've
21  identified now a ability to do genetic counseling
22  in those individuals and predict with very high
23  accuracy what their secondary cancer is likely to
24  be.

Page 324

1       And the point of my mentioning this is
2  to illustrate that an early predisposition to --
3  or a significant predisposition to cancer that
4  results in a early cancer event, those
5  individuals show a lifetime increase in risk of
6  approximately -- they're -- they're approximately
7  six times, depending on the disease, to 13 times
8  more likely to get that -- to get a secondary
9  disease.
10      So there clearly is a relationship to
11  predisposition in -- in oncology -- or in rate of
12  cancer event.
13      Q       Okay.  And I appreciate your response.
14  But remember that my question was related to
15  ovarian cancer, and -- and we went a little
16  afield from ovarian cancer.
17      And I want to ask you another question
18  in that regard.  Can you provide any example in
19  which a woman with an inherited mutation in a
20  particular gene has been demonstrated to have
21  more sensitivity to developing ovarian cancer as
22  a result of exposure to talcum powder?
23  MS. O'DELL:
24      Object to the form.

Page 325

1       Answer the question.
2       A       So the mechanism we proposed would be
3  independent of -- of that predisposition.  But I
4  would have the opinion that an individual with
5  any predisposition mutation, regardless of the
6  gene but -- and -- in ovarian cancer, that they
7  would be a more fragile individual as -- when it
8  comes to this exposure under the mechanism that
9  we've been discussing today.
10  MR. FERGUSON:
11      Q       Okay.  And what I'm looking for is some
12  example or some literature in that regard.
13      A       I would -- I would have to -- I would
14  have to look --
15      Q       Okay.
16      A       -- to see.
17      Q       So what you've told me is that's your
18  opinion, but you don't have any references for it
19  as you sit here?
20  MS. O'DELL:
21      Objection to form.
22      A       So my -- what was -- I was requested to
23  provide this biologically plausible mechanism,
24  and part of that request was not necessarily

Shawn Levy, Ph.D.

Page 326

1  include the influence on that mechanism that
2  specific gene mutations or inherited risks may
3  have within relation to ovarian cancer.
4       So I'd certainly be delighted to pause
5  for a moment and take -- you know, and -- and
6  work on that -- give you that -- see if I can
7  give you that specific example.
8  MR. FERGUSON:
9       Q     But you can't as you sit here?
10      A     I cannot.
11      Q     Okay.  So let's look at -- further down
12  on page 5, you have a section entitled "The Role
13  of Genetics in Ovarian Cancer."  Correct?
14      A     Correct.
15      Q     And I want to look at a reference that
16  you -- you have cited.  And let me mark this as
17  an exhibit, please.  I guess I can mark it.
18           (DEPOSITION EXHIBIT NUMBER 21
19           WAS MARKED FOR IDENTIFICATION.)
20  MR. FERGUSON:
21      Q     Exhibit 21 is the Nunes article.  Have
22  you seen that?
23      A     I have, yes.
24      Q     Okay.  So if we look at page 5, at top

Page 327

1  of the page, you indicate that ovarian cancer is
2  the major cause of death from gynecologic disease
3  and the second most common gynecologic malignancy
4  worldwide; correct?
5       A     Correct.
6       Q     And then in your report you cite Nunes
7  and Serpa, the article we've just marked as
8  Exhibit 21, as well as Siegel and Torre; correct?
9       A     Yes.
10      Q     If we look at page 2 of the Nunes
11  article, the exact same sentence appears on -- at
12  the bottom of page 2 under the heading of
13  "Ovarian Cancer, an Overview"; correct?
14      A     Correct.
15      Q     Right.
16      A     That's correct.
17      Q     Okay.  And it's --
18      A     It's not quite the same sentence, given
19  that it's that same initial statement, not an
20  identical sentence.
21      Q     Very close to identical?
22      A     Well, they -- they both -- they both
23  introduce the same facts.
24      Q     Okay.  Then if we go down a little bit

Page 328

1  further and you have a sentence that starts
2  "epithelial ovarian cancer."  Correct?
3  MS. O'DELL:
4       On page 6 there?
5  MR. FERGUSON:
6       Yeah.  I apologize.  Yeah, it is.
7       A     Yep.
8  MR. FERGUSON:
9       Q     It's on page 6.  It's the, I believe,
10  the last sentence of the partial paragraph at the
11  top of 6.  See it?
12      A     I do.
13      Q     Okay.  And you say, "Epithelial ovarian
14  cancer (EOC) includes most malignant ovarian
15  neoplasms" -- you cite Chan, 2006 -- "that can be
16  classified based on morphologic and molecular
17  genetic features into the following types:
18  Serous" -- and, in parentheses, "(OSC) low and
19  high grade); endometrioid (EC), clear cell,
20  (OCCC), and mucinous (MC) carcinomas."
21           Correct?
22      A     Correct.
23      Q     Okay.  And then if we look back at page
24  2 of Nunes, in the second sentence of the first

Page 329

1  paragraph under "Ovarian Cancer, an Overview,"
2  the nearly identical sentence appears there.
3  Correct?
4  MS. O'DELL:
5       Object to the form.
6       A     The two sentences stating the same
7  fundamental facts regarding ovarian cancer and
8  the histological types are -- yes, I agree.
9  MR. FERGUSON:
10      Q     With almost the same wording.
11  MS. O'DELL:
12      Object to the form.
13      A     They have similar wording.
14  MR. FERGUSON:
15      Q     Remarkably similar; correct?
16  MS. O'DELL:
17      Object to the form.
18      A     I wouldn't call it -- so they --
19           Again, we're stating fundamental basic
20  facts around histological type and following a
21  number of, again, factual observations for what
22  the state of the art for genetic knowledge
23  in -- in different genes and different proteins
24  is as it relates to our understanding of -- of

83 (Pages 326 to 329)

Shawn Levy, Ph.D.

|  | Page 330 |
|---|---|
| 1 | cancer with, again, appropriate reference for |
| 2 | those -- for those studies. |
| 3 | MR. FERGUSON: |
| 4 | Q    And then if we look at the following |
| 5 | paragraphs, the first full paragraph there on |
| 6 | page 6, in your report you have a sentence that |
| 7 | starts "low grade OSC cases generally have |
| 8 | genetic alterations" in a number of items you've |
| 9 | listed; correct? |
| 10 | A    Correct. |
| 11 | Q    Okay.  And that sentence ends with the |
| 12 | words or "p13/Ras/Notch/FOXM1."  Correct? |
| 13 | A    Correct. |
| 14 | Q    Okay.  And then if we go back to Nunes, |
| 15 | if you look at that same paragraph we've been |
| 16 | talking about -- and those -- there's an |
| 17 | introductory phrase that you don't have, and then |
| 18 | it starts with "low grade OSC generally |
| 19 | comprising."  Slightly different wording, but you |
| 20 | list the same types of receptors and the same |
| 21 | types of items.  Correct? |
| 22 | A    Yes.  That's providing a review of, |
| 23 | again, the known associations between specific |
| 24 | ovarian subtypes and their most commonly referred |

|  | Page 331 |
|---|---|
| 1 | genetic information or genetic predis- -- |
| 2 | sorry -- mutated genes.  So I'm -- that's right. |
| 3 | Q    Okay. |
| 4 | A    They are -- they are similar in that |
| 5 | both are, again, introducing factual information |
| 6 | about the current knowledge in ovarian cancer in |
| 7 | this literature, again pointing out that |
| 8 | referencing the papers that they both came from, |
| 9 | being the Nunes as well as the appropriate |
| 10 | references. |
| 11 | Q    Okay.  And, then, the paragraph below |
| 12 | that starts endo- -- "endometrioid carcinoma," |
| 13 | paren, "(EC)."  Correct? |
| 14 | A    Correct. |
| 15 | Q    If we look -- |
| 16 |      And then that goes all the way to the |
| 17 | word "mucin-coding genes" with two citations; |
| 18 | correct? |
| 19 | A    Correct. |
| 20 | Q    If we look at 2 and the top of page 3 |
| 21 | in Nunes, there's a sentence that starts "EC." |
| 22 | It does not spell out endometrioid carcinoma.  Do |
| 23 | you see that four lines from the top?  I'm sorry. |
| 24 | Four lines from the bottom -- |

|  | Page 332 |
|---|---|
| 1 | MS. O'DELL: |
| 2 |      I'm sorry. |
| 3 | MR. FERGUSON: |
| 4 | Q    -- on page 2. |
| 5 | A    Yes. |
| 6 | MR. FERGUSON: |
| 7 |      Sorry.  Leigh, it's on page -- the |
| 8 | bottom of page 2. |
| 9 | MS. O'DELL: |
| 10 |      Oh, I'm there.  When you said the top, |
| 11 | I got -- |
| 12 | MR. FERGUSON: |
| 13 |      No worries.  That's -- my mistake. |
| 14 | Q    Okay.  It says "EC subtypes," and then |
| 15 | it goes to mucin-coding genes on the top of page |
| 16 | 3.  Correct? |
| 17 | A    Correct. |
| 18 | Q    Again, that paragraph is nearly |
| 19 | identical to the one in your report.  Correct? |
| 20 | MS. O'DELL: |
| 21 |      Object to the form. |
| 22 | MR. FERGUSON: |
| 23 | Q    Same word, same order, same citations; |
| 24 | correct? |

|  | Page 333 |
|---|---|
| 1 | MS. O'DELL: |
| 2 |      Object to the form. |
| 3 | A    So my -- my report is similar to the |
| 4 | review article.  It -- it's listing the subtypes |
| 5 | of ovarian cancer and -- based on the Nunes |
| 6 | paper, which is a 2018 publication, so a more |
| 7 | current review.  I'm, again, providing that |
| 8 | referenced information about the -- the -- this |
| 9 | observation. |
| 10 | Q    You're citing the same references as |
| 11 | Nunes; correct? |
| 12 | A    Yes. |
| 13 | Q    You cite the -- the various gene -- |
| 14 | expression of gene in the same order they do, |
| 15 | so -- |
| 16 |      Correct? |
| 17 | A    Yes. |
| 18 | Q    And is that just coincidental?  That's |
| 19 | just happened?  You happened to have put this |
| 20 | paragraph in the same order with the same |
| 21 | notations as -- as Nunes? |
| 22 | MS. O'DELL: |
| 23 |      Object to the form. |
| 24 | A    Well, I'm listing the same information |

84 (Pages 330 to 333)

Shawn Levy, Ph.D.

Page 334

1  that's contained in the Nunes paper. And seeing
2  as that -- this was a review of the literature
3  with -- you know, based on the state of the art,
4  the Nunes review is exactly that. And, again,
5  I'm -- I'm repeating the information regarding
6  the specific gene information as it relates to
7  this -- this ovarian cancer risk and -- and --
8  and, again, appropriately citing the basic
9  studies as Nunes did.
10  MR. FERGUSON:
11  Q      With virtually the same wording?
12  A      With similar wording, yes.
13  Q      Let's look at page -- page 7.
14  MS. O'DELL:
15         His report?
16  MR. FERGUSON:
17  Q      Yeah. I apologize. Your report.
18         We can set Nunes aside now.
19         You have a paragraph starts -- that
20  starts "individuals can inherit mutations in
21  BRCA1, BRCA2 or p53."
22         See it?
23  A      Uh-huh.
24  Q      And you say, "These defects allow

Page 335

1  additional mutations to accumulate in cells and
2  lead to a higher probability of cells being
3  cancerous."
4         Correct?
5  A      Correct.
6  Q      And you've indicated earlier in your
7  report that cancer is caused by mutations.
8  Correct?
9  A      Correct.
10  Q      And you say here that mutations in
11  BRCA1, BRCA2 or p53 can result in the
12  accumulation of additional mutations in cells.
13  Correct?
14  MS. O'DELL:
15         Object to the form.
16  A      Yeah. I made the statement that BRCA1,
17  BRCA2 and p53, they can be inherited and then, in
18  turn, positive for those gene mutations.
19  MR. FERGUSON:
20  Q      Okay. Would you --
21  A      So I guess if you could ask the
22  question again to make sure I understand it.
23  Q      Well, let me -- doesn't this paragraph
24  mean, in your comments here, that BRCA1, BRCA2,

Page 336

1  or p53 mutations can be considered causes of
2  cancer?
3  MS. O'DELL:
4         Object to the form.
5  A      No. Not -- not specifically causal. I
6  think the -- each of these -- as we've discussed,
7  each of these genes, BRCA1 and BRCA2, or starting
8  with BRCA1 and BRCA2, increase the probability of
9  a -- of a person -- generally women -- getting
10  breast or ovarian cancer but do not exclusively
11  mean somebody with that mutation will get cancer.
12         So, with that knowledge, I would not
13  consider BRCA1 and BRCA2 mutation alone
14  sufficient to cause cancer. It increased the
15  risk.
16         And, as we talked about, p53 is a bit
17  more of a higher-risk gene, and the question as
18  to whether or not it is possible for someone to
19  have a -- what the rate of someone having a p53
20  mutation and not getting cancer, I believe, is
21  currently unknown. But there, again, is a much
22  higher probability of developing -- developing
23  cancer.
24  MR. FERGUSON:

Page 337

1  Q      And then the last line there of page 7,
2  you say, "The lifetime risk for ovarian cancer is
3  approximately 40 percent for BRCA1 carriers and
4  15 to 20 percent for BRCA2 carriers."
5         Correct?
6  A      Correct. Based on -- based on the
7  study that I referenced, yes.
8  Q      Right.
9         And -- and the -- the -- if we look at
10  the increased risk of 40 percent as compared to
11  the risk of cancer in the -- of ovarian cancer in
12  the general population, that's a 25-fold increase
13  for BRCA1 and about a 7- or 8-fold increase for
14  BRCA2; correct?
15  MS. O'DELL:
16         Object to the form.
17  A      I -- I would have to -- to determine
18  that. But I would say so. I'm certainly
19  comfortable stating that the lifetime risk for
20  ovarian cancer is approximately 40 percent. I'd
21  have to verify your -- your math about that
22  indicating a 25-fold increase.
23  MR. FERGUSON:
24  Q      Do you know what the rate in the

85 (Pages 334 to 337)

Shawn Levy, Ph.D.

Page 338

1   general population of ovarian cancer is?
2   A      It's fairly low.  If I -- thinking of
3   the cohort studies that were reviewed as part of
4   this, it was roughly a hundred to 200 cases per
5   30- to 40,000 women in those -- in those studies,
6   so relatively low.
7   Q      And if we go to the top of the next
8   page, you say -- it's page 8 -- "Therefore, the
9   presence of mutations in the BRCA genes do not
10  guarantee that carriers will get cancer.  The
11  presence of these mutations increases a person's
12  risk of developing cancer when exposed to a
13  carcinogen."
14          Correct?
15  A      Correct.
16  Q      And you cite Park, Vitonis, and Wu for
17  that.  Is that correct?
18  A      That's correct.
19  Q      Looking at Park, isn't it true that
20  Park does not supply any evidence to support your
21  claim that mutations in BRCA1, BRCA2 and/or p53
22  increase a person's risk of developing cancer
23  when exposed to a carcinogen?
24  A      I'd have to remind myself of what's in

Page 339

1   Park.
2   Q      Are you going through the entirety of
3   the article?
4   A      I'm just reminding myself the content
5   to see if I could find something that was
6   specifically related to your question about the
7   presence of a BRCA1 or 2 mutation.
8   Q      Okay.  Is the BRCA1, BRCA2, p53, any of
9   those even mentioned in the article?
10          And -- and I'm not sure we'll have time
11  for you to go through each one of them in this
12  much --
13          You've got -- you cited them for these
14  propositions.  I'm trying to ask you why you
15  cited them for this proposition.
16  A      I -- I'd have to look in more detail.
17  I don't have a specific answer regarding the --
18  regarding BRCA1 --
19  Q      Okay.
20  A      -- I'm sorry -- BRCA genes.
21          I would suspect the Park reference was
22  more in the discussion of overall relative risk
23  of developing cancer and not necessarily
24  exclusive to the presence of a mutation.

Page 340

1          So the -- the Park paper does discuss
2   the relationship of ovarian cancer risk relative
3   to benign gynecological conditions.
4   Q      And -- and your comment that you've
5   cited these studies for is the presence of these
6   mutations increases a person's risk of developing
7   cancer when exposed to a carcinogen.  And these
8   mutations would be what you've been talking about
9   in this paragraph, the B -- the BRCA1, BRCA2, and
10  p53; correct?
11  MS. O'DELL:
12          Object to the form.
13  A      The sentence is worded, "The presence
14  of these mutations increases a person's risk of
15  developing cancer when exposed to a carcinogen."
16  MR. FERGUSON:
17  Q      Right.  Right.
18          And, for example, in Vitonis, isn't it
19  true that BRCA1, BRCA2 and p53 were not even
20  determined in that study and, instead, Jewish
21  ethnicity was used as a surrogate for a woman's
22  risk of having a mutation in one of these genes?
23          Do you recall that --
24  A      Again, I would have --

Page 341

1   Q      -- one way or the other?
2   MS. O'DELL:
3          Objection.
4   A      I would have to review the -- review
5   the paper.  Because part of the review is to
6   be -- include appropriate references with regards
7   to ovarian cancer risk, and those may -- I think
8   those publications provide some information in
9   that space.
10  MR. FERGUSON:
11  Q      All right.  But when you cite studies
12  for a statement in your report, shouldn't the
13  studies relate to that statement?
14  MS. O'DELL:
15          Object to the form.
16  A      Well, the studies relate to a person's
17  risk of developing cancer.  But I -- I think
18  it -- it doesn't change the accuracy of the
19  presence of the mutation relative to that risk.
20  But the -- I don't have a -- a good answer as far
21  as relationship of BRCA1 and 2 to the Park paper.
22  MR. FERGUSON:
23  Q      And -- and, then --
24          Well, we talked about Vitonis, too.

86 (Pages 338 to 341)

Shawn Levy, Ph.D.

Page 342

1    And then let's get to Wu.
2    MS. O'DELL:
3         Object to the form.  You didn't comment
4    specifically about Vitonis, if you've got an
5    issue with Vitonis.  You know, it's not fair to
6    assume that because I don't think you asked a
7    direct question.
8    MR. FERGUSON:
9         Okay.  I thought I did, but I could be
10   mistaken.
11   MS. O'DELL:
12        You mentioned it, but I don't think
13   you -- I think it was more you rather than asking
14   a question.
15   MR. FERGUSON:
16   Q      With regard to Wu, do you recall that,
17   in Wu, BRCA1, BRCA2, and p53 inherited carrier
18   mutation status were not even determined in that
19   study?  Do you recall that --
20   A      The --
21   Q      -- one way or the other?
22   MS. O'DELL:
23        Object to the form.
24   A      The Wu paper specifically discussed

Page 343

1    nongenetic risk factors.
2    MR. FERGUSON:
3    Q      Let's go to the next paragraph, and
4    there you talk about single nucleotide variance,
5    SNVs; correct?
6    A      Towards the bottom of the paragraph.
7    As -- in terms of modifiers, yes.
8    Q      Yeah.  Are -- are single nucleotide
9    variants mutations?
10   A      Yes.
11   Q      Do most SNVs result in functionally
12   defective proteins?
13   A      Statistically speaking on a genome-wide
14   basis, no.
15        So a -- a single nucleotide variant is
16   a variant at any point.  And if we consider
17   statistically that about 1 percent of the genome
18   encodes proteins, again, it's statistically less
19   likely that any SNV would affect a protein.
20   Q      Okay.  Let's look at the next
21   paragraph.  There you talk about Lynch syndrome;
22   correct?
23   A      Correct.
24   Q      And you make a statement that Lynch

Page 344

1    syndrome patients have an increased risk of
2    cancer when exposed to a carcinogen.  Correct?
3    A      Correct.
4    Q      What carcinogens are you referring to?
5    A      I'm not -- not referring to a specific
6    carcinogen.  I'm using the term "carcinogen" to
7    refer to an insult that would result in DNA
8    damage specifically because, similar to the BRCA
9    mutations, Lynch syndrome impairs DNA mismatch
10   repair.
11        So that defect alone is not sufficient
12   to result in a cellular transformation, so
13   something else has to occur.  And when we
14   consider that carcinogens are -- the term
15   "carcinogen" generally refers to something that
16   has the potential to damage cellular components
17   or DNA, it's putting the --
18        Inability to repair along with the
19   presence of a carcinogen is where that sentence
20   comes from.
21   Q      So -- and I want to make sure I
22   understand what you're saying.  Are you saying
23   that Lynch syndrome patients have an increased
24   risk of developing cancer after exposure to a

Page 345

1    carcinogen, just like everyone else?
2    A      No.  I'm stating that Lynch syndrome --
3    MS. O'DELL:
4         Object to the form.  Excuse me.
5    A      Lynch syndrome is a hereditary
6    condition that increases the overall risk of
7    cancer to an individual, similar to BRCA1 and 2
8    mutation.
9    MR. FERGUSON:
10   Q      So you -- are you claiming that Lynch
11   syndrome patients have a greater increase in
12   relative risk when exposed to a particular
13   carcinogen than do people without Lynch syndrome?
14   MS. O'DELL:
15        Object to the form.
16   A      No, I'm not making that statement, to a
17   specific carcinogen.
18   MR. FERGUSON:
19   Q      In your next paragraph you talk of --
20   you start with "Myriad Genetics," and you say,
21   "As with all inherited traits, a positive family
22   history is the strongest indicator of the
23   presence of genetic risk alleles in an
24   individual."

87 (Pages 342 to 345)

Shawn Levy, Ph.D.

| Page 346 | Page 348 |
|---|---|

**Page 346**

1    Correct?
2    A    Correct.
3    Q    Isn't it true that many women who have
4    inherited mutations like BRCA1 or BRCA2 and genes
5    that predispose to ovarian cancer development do
6    not have a family history of breast or ovarian
7    cancer?
8    A    So the -- your -- your question is a
9    little bit different than the statement.  So
10   the -- if I could clarify the statement in the
11   report, it is more that a positive family history
12   would be a likely indicator that someone has a
13   genetic risk variant such as BRCA1 and 2.
14   Q    Isn't it true that family history is
15   not a sensitive or specific indicator of
16   whether -- of whether a particular woman has
17   inherited a mutation in a gene associated with
18   increased risk of ovarian cancer?
19   MS. O'DELL:
20       Object to the form.
21   A    I would say that family -- I would ask
22   to define "sensitive" or "specific," because in
23   genetics overall, family history remains a
24   valuable and important characteristic in terms of

**Page 347**

1    determining the genetic component of -- of any
2    disease, cancer included.  And, so, if there's
3    something exact regarding its sensitivity or
4    specificity that I can comment on, I will if I
5    know the answer.  But...
6    MR. FERGUSON:
7    Q    In -- in the top of the page -- of
8    page 9, the next page, you indicate, "Because of
9    the large number of individuals tested and the
10   ability to trace their genetic inheritance, the
11   genes involved in cancer development are well
12   established."
13       Is that correct?
14   A    Correct.  That's what I state.  I did
15   make that statement.
16   Q    And given that they're well
17   established, can you name all of the inherited
18   genes that have been identified as being
19   associated with an increased risk of ovarian
20   cancer?
21   A    No, not -- I can't name them all off
22   the top of my head, no.  There's something in the
23   neighborhood of 500 to -- 500 genes of strong
24   association of cancer risk and progression, some

**Page 348**

1    number higher than that if you're looking at
2    indirect or genetic complex formation.
3        You know, depends how far down the
4    cellular control and signal transduction and
5    growth and proliferation road that we go as far
6    as how many genes.  But I'm sure, as everyone
7    well appreciates, everything in biology is
8    interrelated in some form.
9        And, so, it -- but I would say this
10   statement here is that our ability to look at
11   large-scale genetic analysis in individuals of a
12   variety of cancer types, given the number of
13   individuals affected by cancer and the analysis
14   of their genetics, we've been able to identify
15   many of -- many of the fundamental or most --
16   perhaps most of the fundamental genes involved in
17   that initial disease initiation or progression.
18       It's important that it is not a
19   comprehensive list.  Hence, it is not "all," but
20   there are a large number of genes that are well
21   established.
22   Q    Okay.  Let's look at the next page, 10.
23   And you have a paragraph that starts
24   "Macrophages."

**Page 349**

1    A    Uh-huh.
2    Q    And the last sentence says, "Generally
3    speaking, macrophages can increase inflammation
4    or decrease inflammation, depending on the
5    cytokines released."
6        Correct?
7    A    Correct.
8    Q    So, with that statement, do you agree
9    that inflammation can have both protumorigenic
10   and antitumorigenic effects, depending on
11   context, just as you state here for macrophages?
12   MS. O'DELL:
13       Object to the form.
14   A    No, I -- I would not agree with that.
15   I -- I don't know of any evidence of that, that
16   inflammation, as a physiological phenomenon, acts
17   as an antitumor effect.
18   MR. FERGUSON:
19   Q    Going to the next page, the page 11 --
20       I'm trying to get through this
21   hopefully within the next 15 minutes.
22       -- under the role of inflammation in
23   ovarian cancer --
24       Are you with me there?

Shawn Levy, Ph.D.

Page 350

1    A    I am.
2    Q    And you're obviously talking about the
3    role of inflammation there. Isn't it true that
4    no published animal model has ever shown that
5    inducing inflammation induces the development of
6    ovarian cancer?
7    MS. O'DELL:
8         Object to the form.
9    A    We've been -- earlier today we were
10   discussing some animal models as it relates to --
11   MR. FERGUSON:
12   Q    Yeah. You and Miss Brown talked about
13   a number of animal models.
14   A    Yeah.
15   Q    And -- and what I'm trying to ask you,
16   is there any of those animal models or any others
17   that have ever shown that inducing inflammation
18   induces the development of ovarian cancer?
19   A    I didn't -- I didn't look specifically
20   for an animal study of that type in the process
21   of developing the report.
22   Q    Later down that page, you talk about
23   two models. "The literature reviews as well as
24   many direct studies feature the immune system as

Page 351

1    being an important mediator of ovarian
2    carcinogenesis via two models, chronic
3    inflammation and incessant ovulation."
4         Correct?
5    A    Correct.
6    Q    Is it your opinion that incessant
7    ovulation is a form of chronic inflammation?
8    A    It is not.
9    Q    Isn't it true that there's no
10   pathological evidence in humans that perineal
11   talc users have ovarian inflammation?
12   MS. O'DELL:
13        Object to the form.
14   A    I'm thinking.
15        I would have to review the --
16        I'm sorry. That's -- it's --
17   MR. FERGUSON:
18   Q    Okay.
19   A    I would -- again, I would have to look
20   more carefully for that. I can't -- I can't name
21   a study of that type right now.
22   Q    So I think you've said previously --
23        Are you done looking?
24        I understood you couldn't give me

Page 352

1    anything on that, so that's -- that's fine.
2    Let's move on.
3    A    Okay.
4    Q    I think you've stated earlier that your
5    opinion in this case is based on the totality of
6    what is included in the product, the talcum
7    powder products. Is that correct?
8    A    Correct.
9    Q    So you're -- you cannot distinguish
10   the -- the carcinogenicity of the constituent
11   parts of the talcum powder products, correct,
12   including the fragrance?
13   MS. O'DELL:
14        Object to the form.
15   A    I -- I was -- I was not asked to -- to
16   provide that delineation. And, so, instead,
17   subsequent to seeing some of the other expert
18   reports, we began with talcum powder as a product
19   and then have since learned more about the
20   constituent components, including asbestos,
21   fragrance, potential for heavy metals, which I
22   understand or I've observed that there's a
23   variety of testing documents that -- that show a
24   variety of results.

Page 353

1         So, to answer your question, I did not
2    specifically evaluate the individual specific
3    components in any -- in any individual product as
4    it relates. Instead, remained focused on the
5    mechanism for the complete -- complete product.
6    MR. FERGUSON:
7    Q    And you've made reference to heavy
8    metals throughout your testimony on occasion. Do
9    you recall that?
10   A    I do.
11   Q    Do you have any opinions that any of
12   these heavy metals contribute to the inflammation
13   process that you've been talking about?
14   A    The -- to the inflammation --
15        I'm not aware of any direct evidence
16   for heavy metal contribution to the inflammation
17   process that we've been discussing. Instead, the
18   heavy metals, particularly chromium, caught my
19   attention because of its well-established ability
20   to directly damage DNA and, therefore, you know,
21   potentially play a role in carcinogenesis.
22   Q    Do you have any knowledge or opinion
23   about how much chromium you claim is in the -- in
24   the body powder products?

89 (Pages 350 to 353)

Shawn Levy, Ph.D.

Page 354

1    MS. O'DELL:
2         Object to the form.
3    A    I wasn't asked to evaluate the amount
4    of chromium or whether it was sufficient for
5    damage.  It was more reviewing.  I would have to
6    defer to other experts who have done the testing
7    on the products.
8    MR. FERGUSON:
9    Q    So you have no opinion on that?
10   MS. O'DELL:
11        Object to the form.
12   A    I'm sorry.  An opinion on the amount of
13   chromium?
14   MR. FERGUSON:
15   Q    Correct.
16   A    Again, I wasn't asked to generate such
17   an opinion.
18   Q    I think -- I think I'm almost done.
19        Isn't it true that published data have
20   demonstrated that talc is not genotoxic and does
21   not cause mutations?
22   MS. O'DELL:
23        Object to the form.
24   A    I'm not aware of a study that

Page 355

1    specifically looked at the genotoxicity of -- of
2    talc.  And I think it would certainly warrant
3    defining which type of talc and components
4    therein.  But I'm -- I'm not aware of a study
5    that has concluded that there are no genotoxic
6    effects of any type of talc.
7    MR. FERGUSON:
8    Q    Would you agree there's no evidence
9    that talc causes sister chromatid exchange or
10   unscheduled DNA synthesis?
11   MS. O'DELL:
12        Object to the form.
13   A    I didn't -- I didn't review the
14   literature for those two specific phenomenon.  I
15   would have to, again, specifically look or review
16   for that.
17   MR. FERGUSON:
18   Q    So, as you sit here, you have no
19   opinion as to whether talc is or is not
20   mutagenic?
21   MS. O'DELL:
22        Object to the form.
23   A    No.  We've -- so talc in general,
24   particularly in its -- in its form of fibrous

Page 356

1    talc with asbestiform bodies, I think would be
2    very reasonable to state that it has mutagenic
3    properties.
4    MR. FERGUSON:
5    Q    And can you cite me any literature for
6    that?
7    A    I would simply refer to the -- much of
8    the body of asbestos literature for the -- for
9    that.
10   MR. FERGUSON:
11        I think that's all I have.  I'll turn
12   it over to someone else to ask some questions.
13   MS. BROWN:
14        Anybody with some more?
15   MS. O'DELL:
16        I'm going to take a break for a few
17   minutes.
18   VIDEOGRAPHER:
19        Going off the record.  The time is
20   4:54 p.m.
21        (OFF THE RECORD.)
22   VIDEOGRAPHER:
23        We're back on the record.  The time is
24   5:20 p.m.

Page 357

1              EXAMINATION
2    BY MS. O'DELL:
3    Q    Dr. Levy, I have just a few follow-up
4    questions for you.
5        I'm gonna ask you to turn to page 14 of
6    your report.
7        And earlier today --
8        I'm going to ask, Doctor, if you could
9    put the exhibits in front of you, and we'll pull
10   those out.
11        But earlier today you were asked about
12   a letter from the FDA that was marked as Exhibit
13   Number 16, and if you could pull that out of your
14   stack there.  And, specifically, if you'll turn
15   to page 4 of the letter.
16        And you'll recall that this letter was
17   written in 2014.  Do you remember that?
18   A    Yes.
19   Q    And if you look, however, at page 4 of
20   the letter, it appears that the FDA's review of
21   the relevant toxicity literature stopped at the
22   year 2008.  Fair?
23   MS. BROWN:
24        Objection to the form.

90 (Pages 354 to 357)

Shawn Levy, Ph.D.

Page 358

1  MS. O'DELL:
2  Q      Did the FDA's review of the toxicity
3  literature stop in 2008?
4  A      Yes.
5  Q      And if you look at page 14 of -- of
6  your report, your review of the literature
7  included multiple references that were published
8  after 2008?
9  MS. BROWN:
10        Form.
11  A      That's correct.
12  MS. O'DELL:
13  Q      And, in fact, you cited Shukla that was
14  published in --
15        Was Shukla published in 2009?
16  A      Yes.  The reference is in the report to
17  2009.
18  Q      Yes.
19        And, in addition to that, did you cite
20  other references in support of your opinion that
21  talc powder causes inflammation that were dated
22  and published after 2008?
23  A      I did.
24  Q      And, so, the suggestion by counsel for

Page 359

1  Johnson & Johnson that somehow the FDA had
2  reviewed the literature for toxicity up until the
3  date of this letter would have been incorrect?
4  MS. BROWN:
5        Objection to the form of the question.
6  A      As -- as we discussed, the -- the
7  letter from the FDA dated April 1st, 2014, states
8  to include literature from 1980 to 2008.
9  MS. O'DELL:
10  Q      Let me ask you --
11        You can put that aside, Dr. Levy.
12  Thank you.
13        And I want to ask you to pull out of
14  the stack the Exhibit 17, which is the Buz'Zard
15  paper.
16  A      I have it.
17  Q      And if you'll turn to page 581.
18  A      Okay.
19  Q      And just to orient our discussion,
20  counsel for Johnson & Johnson suggested that --
21  that this paper showed a decrease in reaction or
22  reactive oxygen species at the longest time
23  interval.  Do you recall that discussion?
24  MS. BROWN:

Page 360

1        Objection to the form of the question.
2  A      Yes, we -- we had a discussion
3  regarding the results shown in Figure 3, the
4  level of exposure of talc as well as its
5  duration.  Sorry.  The talc dose as well as
6  duration.
7  MS. O'DELL:
8  Q      And in the -- if you'll look at
9  Figure 1, Doctor, explain to us, please, what
10  Figure 1 describes in terms of the viability of
11  the cells at the 72-hour mark.
12  A      So the -- so Figure 1 is a graph
13  describing percent cell viability versus the
14  different normal or variant cells at a 24-hour
15  and 72-hour time point, two different ovarian
16  cancer cell lines, as well as doses of talc from
17  zero micrograms per milliliter up to 500
18  micrograms per milliliter, and each of those is
19  applied.
20        And at the 72-hour time point in both
21  cell lines, OSE2a and GCA1 -- GC1a shows a
22  decrease in cellular viability that is
23  dose-dependent in each of the four cell lines.
24  Q      Okay.  And --

Page 361

1  A      Sorry.  Each of the two cell lines.
2  Q      And is it fair to say that the reason
3  you don't see dose response, you know, at the --
4  at the greatest magnitude is because the cells
5  essentially die?
6  MS. BROWN:
7        Objection to the form.
8  A      Well, I would say if we consider the
9  results displayed in Figure 1 in relation to the
10  results displayed in Figure 3, an ex- -- an
11  explanation for the concentrating on the 500 --
12  the highest dose, the 500 micrograms per
13  milliliter, in the talc exposure, the decrease in
14  cellular viability is an -- is an explanation --
15  could be an explanation for the decrease in
16  reactive oxygen species.
17  MS. O'DELL:
18  Q      Okay.  Thank you, Doctor.
19        And if you'll put that aside and turn
20  to Exhibit 7, which was the Hamilton paper we
21  spent quite a lot of time on earlier.
22        Do you recall the -- that discussion
23  regarding the Hamilton paper?
24  A      I do.

91 (Pages 358 to 361)

Shawn Levy, Ph.D.

Page 362

1    Q       And what was the purpose for which you
2    cited the Hamilton paper?
3    A       That it was one of the available animal
4    studies looking at the effects of talc on a rat
5    ovary.
6    Q       And did the paper show that there was a
7    increase in inflammation as result of talc?
8    A       Yes, in the form of foreign body
9    granulomas observed in five of the injected
10   ovaries.
11   Q       And you're looking at, I guess, that
12   last sentence on page 103 and carrying over to
13   the -- to the narrative on page 105?
14   A       Cellular foreign body?
15   Q       Yes.
16   A       Foreign body granulomas without any
17   surrounding inflammation were seen in five of the
18   injected ovaries.  And similar lesions were not
19   uncommonly noted in the supracapsular fat in the
20   connective tissue matrix of the capsule.
21   Q       And if you'll look down in the
22   discussion section, Dr. Levy, the first paragraph
23   there in your -- where -- beginning
24   "Unfortunately," does it appear that talc also

Page 363

1    induced fibrosis --
2    MS. BROWN:
3           Objection to form.
4    MS. O'DELL:
5    Q       -- in the rats?
6    A       The manuscript makes the statement
7    that, "Unfortunately, bursal distention occurred
8    as an unforeseen complication" and further states
9    that this probably resulted from talc-induced
10   fibrosis and obliteration of the small channel
11   which normally allows communication between the
12   cavity where the ovary lies and the perineum.
13   Q       And though the authors concluded that
14   neoplastic changes were not seen, the authors did
15   find evidence of inflammation in their study?
16   A       That's correct.
17   Q       Prior to becoming involved in the
18   litigation, Dr. Levy, did you hold the opinion
19   that inflammation is a cause of cancer?
20   A       As -- as we've discussed earlier, I
21   certainly held the opinion that, you know,
22   inflammation is a significant and necessary
23   component of cancer progression.
24   Q       And has that been -- that general

Page 364

1    principle been published in the peer-reviewed
2    literature?
3    A       It has.
4    Q       And, in regard to ovarian cancer, prior
5    to becoming involved in the litigation, did you
6    hold the opinion that inflammation was a part of
7    the development of ovarian cancer?
8    A       Yes.
9    Q       And has that been researched and that
10   research published in the peer-reviewed
11   literature?
12   A       It has.
13   Q       In the same way, has the fact that
14   talc, talcum powder, induces inflammation been
15   published in the peer-reviewed literature?
16   MS. BROWN:
17          Objection to the form.
18   A       Yes.
19   MS. O'DELL:
20   Q       And you were asked whether there was
21   evidence that talc caused inflammation in humans.
22   Do you recall that question?
23   A       I do.
24   Q       And based on your exhaustive review of

Page 365

1    the literature, what evidence would you point to
2    undergirding your opinion that talc causes
3    inflammation in humans?
4    A       I think considering the molecular
5    mechanism we were discussing of the recent paper
6    by Saed, et al., again, that we discussed earlier
7    today is a fairly in-depth set of experiments to
8    examine the specific inflammatory response
9    of -- of human cells to -- to talcum powder.
10   Q       In addition to the Saed publications,
11   would you -- would you include the Shukla 2009
12   paper in your consideration of talc causing
13   inflammation in humans?
14   A       Yes.
15   MS. BROWN:
16          Form.
17   MS. O'DELL:
18   Q       You were asked about your methodology
19   numerous times today, and can -- would you
20   describe in -- in general the methodology you
21   have used in reaching your opinions in this case?
22   A       Yes.  To clarify or perhaps expand on
23   the earlier discussions, my methodology involved
24   a literature review to examine the totality of

Shawn Levy, Ph.D.

Page 366

1    the information available to the role that talcum
2    powder plays in inflammation in ovarian cancer.
3         And, so, that methodology involved,
4    first, a review of the literature and then a
5    development of a report and then a synthesis of a
6    biologically plausible mechanism where the basis
7    of that plausibility was to ask if each of the
8    different component steps that are described in
9    that mechanism was supported by peer-reviewed
10   research.  First, does talc cause inflammation?
11   Second, does inflammation cause cancer?  And
12   then, third -- or does inflammation cause ovarian
13   cancer?  And then, third, is there -- is that
14   supportive of a overall mechanism of cancer
15   progression and metastasis?
16   Q       Can that methodology be replicated?
17   A       Certainly.  I think, you know, anyone
18   with a similar -- similar background and
19   experience who -- who undertook the same
20   activities would likely -- certainly likely come
21   up with the same -- same conclusions.
22   Q       Did you rely on the IARC monograph in
23   relation to nickel, chromium, and cobalt in
24   reaching your opinions in this case?

Page 367

1    MS. BROWN:
2         Objection to the form.
3    A       I -- so the -- the number of IARC
4    publications were certainly in the material that
5    was reviewed for -- for my -- for my report.
6    MS. O'DELL:
7    Q       Based on your review of the literature,
8    is it your opinion that nickel causes
9    inflammation?
10   A       Yes.  The IARC -- the -- the
11   characterization of those compounds, nickel as
12   well as chromium, among others, are -- would have
13   an inflammatory response.
14   Q       You were asked questions earlier
15   today -- actually, not so much earlier -- a few
16   minutes ago regarding the Park paper.  And you
17   cited the Park paper on page -- I think it was 8
18   of your report.
19   A       Yes.
20   Q       And let me show you what I'm marking as
21   Exhibit 22 to your deposition.
22       (DEPOSITION EXHIBIT NUMBER 22
23        WAS MARKED FOR IDENTIFICATION.)
24   MS. O'DELL:

Page 368

1    Q       Is this the Park paper that you
2    referenced --
3    MS. BROWN:
4         Counsel, do you have a copy for us?
5    MS. O'DELL:
6         I don't.  I'm assuming -- I don't think
7    Ken marked it, but I'm assuming he has a copy.
8    Q       Is that the Park paper that you
9    referenced in your report, Dr. Levy?
10   A       It is.
11   Q       And if you'll turn to page 8 of the
12   paper, about midway down the first column, maybe
13   a little bit less, see the paragraph starting "We
14   did find an association"?  Page 8.
15   A       I'm looking for the page number.
16   Q       Sorry.  Let me give you a page number.
17   I'm not sure it has a page number.
18   A       No, it doesn't.
19   Q       Do you see the paragraph beginning "We
20   did find associations between overall cancer and
21   history of fibroid or ovarian cysts"?  Do you see
22   that paragraph?
23   A       Well, actually -- yes, I see that
24   paragraph.

Page 369

1    Q       If you'll look further, the sentence
2    beginning "This observation may suggest," do you
3    see that?
4    A       Yes.  Uh-huh.
5    Q       And the paper says, "This observation
6    may suggest a possible additive or synergistic
7    effect on tumor- -- tumorigenesis influenced by
8    the proinflammatory milieu from an increased
9    burden in the number of benign conditions.
10   Increased risk of serous cancer, ovarian cancer,
11   women with other proinflammatory risk factors has
12   been reported -- reported, most notably in talc
13   users."
14       Do you see that?
15   A       I do.
16   Q       Is that the section you were thinking
17   of when you cited it in your report?
18   MS. BROWN:
19       Objection to the form.
20   A       Yes, it is.
21   MS. O'DELL:
22   Q       Let me ask you to -- a couple of other
23   final questions, Dr. Levy.
24       Excuse me.  Give me one moment.

93 (Pages 366 to 369)

Shawn Levy, Ph.D.

Page 370

1        In regard to opinions in relation to
2   the pathology of ovarian tissue, would you defer
3   to a gynecologist or gynecologic oncologist or a
4   pathologist regarding that matter?
5        A       Yes, of course.
6        Q       You testified earlier today that you
7   relied on the Longo testing in -- in reaching
8   your opinions in this case.
9   MS. BROWN:
10          Objection to the form.
11  MS. O'DELL:
12       Q       Did you rely on Dr. Longo's testing
13  in -- in reaching your opinions in this case?
14       A       Yes.  They were -- they were one of
15  the -- among many of the manuscripts we've been
16  discussing.
17       Q       Yeah.
18          In fact, you cite Dr. Longo's report on
19  page 15 of your report.  Is that right?
20  MS. BROWN:
21          Objection to the form.
22       A       Yes.
23  MS. O'DELL:
24       Q       And -- and in terms of Dr. Longo's

Page 371

1   report, his findings of 37 of 56 historical talc
2   samples being positive for asbestos and 41 of the
3   42 samples tested containing fibrous talc,
4   was -- was that information you had prior to
5   reaching your opinions and finalizing your
6   report?
7   MS. BROWN:
8          Objection to the form.
9        A       Yes.
10  MS. O'DELL:
11       Q       And in relation to Dr. Crowley's report
12  regarding the fragrance chemicals, do you defer
13  to Dr. Crowley regarding his analysis of the
14  fragrance chemicals?
15       A       Yes.
16       Q       And did you rely on the opinions he
17  reached in relation to the fragrance chemicals in
18  reaching your opinions in this case?
19       A       Yes.  My -- my review of that just, in
20  addition to deferring it, was -- just made the
21  general -- or made the statement that I was in
22  general agreement with his opinions in those
23  matters, seeing as that's not a -- not an area of
24  expertise of mine.

Page 372

1        Q       And did you have the opportunity to
2   consider his report prior to finalizing your
3   report?
4        A       I did.
5        Q       I have nothing further.  Thank you.
6             EXAMINATION
7   BY MS. BROWN:
8        Q       Dr. Levy, would you take Exhibit 16
9   out, please, the FDA's response to the citizens
10  petition?
11       A       I have it.
12       Q       Counsel asked you some questions that
13  involved questions that I asked you.  Remember
14  she asked you the lawyer for J & J didn't point
15  out the articles that were reviewed from 1980 to
16  2008 on page 4?  Do you recall those questions
17  from plaintiffs' counsel?
18       A       Yes.
19       Q       Would you look at the last page of the
20  letter, page 6 of 7?  I'd like to direct your
21  attention to the second sentence on this page
22  that begins "In consideration of your request."
23  Do you see that?
24       A       I do.

Page 373

1        Q       And it states, "In consideration of
2   your request, we conducted an expanded literature
3   search dating from the filing of the petition in
4   2008 through January 2014.  The results of this
5   search failed to identify any new compelling
6   literature data or new scientific data."
7          Do you see that?
8        A       I see that.
9        Q       And putting together, then, the
10  information from page 4 and page 6, you see that
11  the FDA considered literature from 1980 to 2014.
12  Is that correct?
13  MS. O'DELL:
14          Object to the form.
15       A       Yes, that is correct.
16  MS. BROWN:
17       Q       And what the FDA concluded, contrary to
18  your opinion here, Doctor, is that a cogent
19  biological mechanism by which talc might lead to
20  ovarian cancer is lacking; correct?
21  MS. O'DELL:
22          Object to the form.
23       A       That's in this --
24  MS. BROWN:

Shawn Levy, Ph.D.

Page 374

1    Q    Directing your attention to page 4,
2    number 4, the conclusion regarding a cogent
3    biological mechanism lacking.  Do you see that?
4    MS. O'DELL:
5        Object to the form.
6    A    Yes.  I see where they -- they made the
7    statement that cogent biological mechanism by
8    which talc might lead to ovarian cancer is
9    lacking and that exposure to talc does not
10   account for all cases of ovarian cancer.
11   MS. BROWN:
12   Q    Next, Doctor, do you rely on the
13   findings of the Hamilton article in forming your
14   opinions in this case?
15   A    Similar to as we've discussed, in a
16   portion, yes.
17   Q    You, Dr. Levy, cannot point us to a
18   single paper showing an inflammatory response
19   leading to ovarian cancer in humans from talc
20   use.  True?
21   A    There is -- I do not know of a single
22   paper that -- in a controlled fashion in humans
23   provided talc exposure that then was --
24   subsequently led to cancer in humans.  That's

Page 375

1    correct.
2    Q    Controlled aside, you're not aware of
3    any observational case report, any kind of study
4    that shows talcum powder use causing an
5    inflammatory response leading to cancer in
6    humans; correct?
7    MS. O'DELL:
8        Object to the form.
9    A    I would -- my review and development of
10   the biological plausibly -- plausible mechanism
11   examined literature that led to the conclusions
12   described in the report.  I'm not aware of a --
13       The human-based studies were all case
14   cohort and -- or case-controlled and cohort
15   studies that showed an association with talc
16   exposure and cancer, but I'm not aware of a
17   direct study.
18   MS. BROWN:
19   Q    There have been some reports of alleged
20   findings of talc in tissues or in other parts of
21   the body.  Are you familiar with those?
22   A    Yes.
23   Q    And you're not aware of any one of them
24   demonstrating an inflammatory response that the

Page 376

1    talc was causing in the body.  True?
2    MS. O'DELL:
3        Object to the form.
4    A    I'm aware of a number of studies that
5    looked at inflammatory response in model systems
6    and cell lines, and additional studies that
7    looked at inflammation in humans I believe were
8    referenced.
9        Certainly the Penninkilampi manuscripts
10   described inflammatory observations and -- as
11   well as the Buz'Zard and Lau were on human cells.
12   Q    Dr. Levy, is it your testimony that the
13   Penninkilampi meta-analysis of prior
14   case-controlled studies demonstrated a
15   inflammatory response of -- from perineal use of
16   talc that led to ovarian cancer?
17   MS. O'DELL:
18       Object to the form.
19   A    No.  That's not my statement.  It was
20   that those -- those papers reported an
21   inflammatory observation as part of those
22   studies.
23   MS. BROWN:
24   Q    Not in the tissue from talc; right,

Page 377

1    Doctor?
2    MS. O'DELL:
3        Object to the form.
4    A    It would be those studies in the meta
5    review were not examining the tissue content for
6    talc.  So they're unable to make that
7    determination.
8    MS. BROWN:
9    Q    So we must be missing.  I'm -- what I'm
10   asking you is for any study at all in the whole
11   world that shows that talcum powder in somebody's
12   body causing an inflammatory response that led to
13   ovarian cancer.  Can you name one?
14   MS. O'DELL:
15       Object to the form.
16   A    I mean, we've -- we've discussed a
17   number of studies that described the risk and
18   association of talc in ovarian cancer.  But the
19   limitation of the -- of your question or the
20   limitation of the studies relative to your
21   question is those particular studies may not have
22   also assessed the inflammatory response or an
23   inflammatory response, given the nature of the
24   studies.

Shawn Levy, Ph.D.

Page 378

1    MS. BROWN:
2    Q      Well, we got one.  We got the Heller
3    study that purported to find talc in ovarian
4    tissue; right?
5    MS. O'DELL:
6          Object to the form.  Different --
7    MS. BROWN:
8          Counsel, it's form, please.
9    MS. O'DELL:
10         Object to the form.
11   A      Yeah.  What was the -- the Heller
12   study, here it is.
13         Yes, I recall our discussion of this
14   paper.
15   MS. BROWN:
16   Q      Right.
17         And this study reported that there was
18   no inflammatory response around the talc that
19   they claimed to have found in the ovarian tissue.
20   True?
21   A      They make those statements in the
22   paper, but the -- the -- I would have some
23   concern with the histological methods, but I
24   would certainly defer to a pathologist in the

Page 379

1    sense of being able to determine the both
2    presence of talc and the inflammatory response in
3    that.
4    Q      So you have some critiques of the
5    Heller study.  Is that fair?
6    MS. O'DELL:
7          Object to the form.
8    A      I would say I would need a -- I would
9    need a -- a -- I would need a further evaluation
10   of the methodology for detecting both talc as
11   well as inflammation in the same materials using
12   the methods of the Heller paper.
13   MS. BROWN:
14   Q      Are you aware of any other paper that
15   you think is methodologically superior that shows
16   the presence of talc in ovarian tissue exhibiting
17   an inflammatory response?
18   MS. O'DELL:
19         Object to the form.
20   A      Well, we've discussed the rat studies.
21   MS. BROWN:
22   Q      Human tissue.  That's my question.
23   A      Human --
24   Q      Human tissue.

Page 380

1    MS. O'DELL:
2          Actually, that wasn't your question.
3    But you've clarified it, so --
4    A      The -- so you're excluding -- are you
5    excluding cell lines?
6    MS. BROWN:
7    Q      Yeah.  Human beings.  Do you know of
8    any study like Heller in human beings that
9    purports to find talc in human women ovarian
10   tissue that shows an inflammatory response?
11   MS. O'DELL:
12         Objection to form.
13   A      I'm not aware of a study showing that
14   specifically.
15   MS. BROWN:
16   Q      Counsel asked you some questions about
17   nickel causing inflammation that leads to ovarian
18   cancer.  Do you recall those?
19   MS. O'DELL:
20         Object to the form.
21   A      No.  I was asked if -- if heavy
22   metal -- or components like nickel have been
23   shown to have a potential inflammatory response.
24   MS. BROWN:

Page 381

1    Q      Uh-huh.  Because you're not aware of
2    any published scientific literature that shows
3    heavy metals cause inflamma-- -- inflammation that
4    leads to ovarian cancer; right?
5    A      I wasn't asked to -- to review for
6    that.  I would state that there's a number of
7    studies that show the role of metals --
8    particularly chromium -- and its -- and its
9    damaging effect on DNA, which I think by -- would
10   certainly have both an inflammatory as well as
11   carcinogenic effect.
12   Q      And we're here on an issue of ovarian
13   cancer.  And, as it relates to ovarian cancer,
14   you're not aware of any scientific support for
15   the proposition that heavy metals can lead to
16   inflammation that causes ovarian cancer.  Fair
17   enough?
18   A      Well, I was -- certainly, I was asked
19   to review the literature to develop a -- and
20   develop conclusions of that literature as it
21   related to a -- a potential or possible
22   biological mechanism.
23         In doing that, in part of that review,
24   we certainly made the observation that talc and

96 (Pages 378 to 381)

Shawn Levy, Ph.D.

Page 382

1    its components, as we discussed earlier, may
2    have -- there's the possibility of having
3    additional component effects, such as heavy
4    metals and their effects, asbestiform and their
5    effects and the like; therefore, really
6    considering the complete components of the
7    product overall.
8         Q      And, as it relates to the testimony you
9    just gave, you're talking about just a
10   theoretical possibility; right?
11   MS. O'DELL:
12        Objection to form.
13   A      Sure.  And, then, from that review
14   developing a -- a conclusion of a biologically
15   plausible mechanism.
16   MS. BROWN:
17        Q      Has that conclusion been published in
18   the peer-reviewed literature, Doctor?
19   A      No, it has not.
20        Q      And, in fact, as you -- all of the
21   opinions that you gave here today, those opinions
22   have not been published in the peer review
23   literature.  True?
24   MS. O'DELL:

Page 383

1         Object to the form.
2    A      Not at this time.
3         Q      Counsel asked you some questions about
4    Dr. Longo.  Do you recall that?
5    A      Yes.
6         Q      You've done nothing to validate the
7    findings that Dr. Longo writes about in his
8    reports.  Is that fair?
9    A      No, I have not done any experiments to
10   validate those findings.
11        Q      Okay.  Are you aware that some of the
12   samples that Dr. Longo tests and purports to find
13   asbestos were purchased off of eBay?
14   MS. O'DELL:
15        Misstates -- well --
16   A      My review of the report, I was -- did
17   not include the -- I guess the specific history
18   of each of the samples.
19   MS. BROWN:
20        Q      Do you understand that asbestos -- that
21   minerals like tremolite or anthophyllite, they
22   exist in both the asbestiform and nonasbestiform
23   way?
24   A      I would defer to other experts on the

Page 384

1    mineralogy of talc.
2         Q      And whether what Dr. Longo is finding
3    in the samples that he tested is the asbestiform
4    or nonasbestiform variety of the minerals, you
5    would defer to others?  Is that fair?
6    A      I'd certainly defer to Dr. Longo.
7         Q      And have you looked at any other
8    testing of the samples that Dr. Longo has tested?
9    MS. O'DELL:
10        Object to the form.  Vague.
11   A      Within the literature, there's -- there
12   was a number of tables describing testing,
13   described tests from previous testimony.
14   MS. BROWN:
15        Q      Have you looked at the testing that
16   public health authorities like the FDA have done
17   on Johnson & Johnson's baby powder?
18   A      I believe some of that was provided,
19   yes.
20        Q      Are you relying on any finding of
21   asbestos from Dr. Longo in forming your opinions
22   here today?
23   A      The --
24   MS. O'DELL:

Page 385

1         Object to the form.
2    A      The inclusion of the asbestos, again,
3    as -- as -- as we've discussed a few times today,
4    the conclusion I developed from the report were
5    not dependent or independent of any one or
6    another component of -- of the talcum powder.
7         As we discussed a bit ago, the presence
8    of asbestos as a known inflammatory mediator, as
9    well as potential carcinogen, I think just helps
10   lend additional support to the biological
11   plausibility of the mechanism.  But I think that
12   biological mechanism is not dependent on the
13   presence of asbestos.
14   MS. BROWN:
15        Q      Other than plaintiffs' expert,
16   Dr. Longo, are you relying on anything else to
17   support the potential for asbestos in baby
18   powder?
19   MS. O'DELL:
20        Object to the form.
21   A      There's -- so I saw reference to
22   asbestos content in some of the other literature
23   that was reviewed during the time, and, so, there
24   were other publications that made mention of the

97 (Pages 382 to 385)

Shawn Levy, Ph.D.

Page 386

1  asbestos content in talc during the overall
2  review.
3  MS. BROWN:
4      Q      Sitting here today, are you aware
5  whether or not that was Johnson & Johnson's
6  cosmetic talc?
7  MS. O'DELL:
8           Object to the form.
9      A      I would have to look closely.  I'm not
10  aware of that specifically.
11  MS. BROWN:
12     Q      Counsel asked you some questions about
13  Dr. Crowley and whether or not you were relying
14  on the opinions he reached.  Do you remember
15  those questions?
16     A      I do.
17     Q      What opinions did Dr. Crowley reach on
18  which you rely?
19     A      Dr. Crowley performed an analysis of
20  the fragrance components and made assessments of
21  the individual chemical components and their
22  relationship to -- or I should say their -- their
23  inclusion on various lists for their -- their
24  chemical properties or safety.  And in most -- in

Page 387

1  the majority of cases, the chemicals were not
2  listed.  In a number of cases, there were large
3  numbers of chemicals listed as either irritants
4  and, therefore, able to cause inflammation, or,
5  in a few cases, as potential carcinogens.
6           And, so, it was that review of that
7  information, similar to our discussions around
8  asbestos, that I included or agreed with his
9  opinions regarding that on the last paragraph or
10  close to the last paragraph of the report that
11  stated I was just in agreement that these -- that
12  those chemicals contribute to the inflammatory
13  properties observed.
14     Q      Do you know in what quantity the
15  chemicals Dr. Crowley identifies are present, if
16  at all, in Johnson & Johnson's products?
17     A      No.  I wasn't asked to provide that
18  review.  I would defer to Dr. Crowley's report
19  regarding any quantitative analysis of those
20  chemicals.
21     Q      And, as it relates to your opinion,
22  Dr. Levy, it makes no difference whether
23  Dr. Crowley's list has ten chemicals in
24  Quantity X or five chemicals in Quantity Y.  Your

Page 388

1  opinion is independent of Dr. Crowley's findings.
2  Is that fair?
3  MS. O'DELL:
4           Objection to form.  Vague.
5      A      Well, my -- my -- my opinion, again,
6  similar to -- as we've been discussing that, it
7  considers the totality of the information
8  available, including Dr. Crowley's report, but
9  does not rely on any one specific report or
10  otherwise.
11          And, so, the -- again, restating
12  similar to the asbestos, the presence of
13  potential irritants as another component in
14  the -- in the product just provides additional
15  support for that inflammatory mechanism playing a
16  significant role.
17  MS. BROWN:
18     Q      If none of the chemicals Dr. Crowley
19  identified were present in baby powder, would you
20  hold the same opinion of biological plausibility?
21     A      I would.
22     Q      If no asbestos was present in baby
23  powder, would you hold the same opinion on
24  biological plausibility?

Page 389

1      A      Yes.
2  MS. BROWN:
3           No further questions.  Thank you.
4  MS. O'DELL:
5           I have just one follow-up.
6           Or do you have anything --
7  MR. FERGUSON:
8           Nothing further.
9  MS. O'DELL:
10          Excuse me.  I'm sorry.
11               EXAMINATION
12  BY MS. O'DELL:
13     Q      Dr. Crowley, are your opinions in this
14  case contained in your report as well as in the
15  testimony that you've given here today?
16     A      You said Dr. Crowley.
17     Q      Oh.  Excuse me.  Sorry.  I had
18  Dr. Crowley on my mind.
19          Dr. Levy --
20          It's getting late in the day.
21          Dr. Levy, are your opinions in this
22  case expressed in your report and your testimony
23  today?
24     A      Yes.

Shawn Levy, Ph.D.

Page 390

1    Q       And do you hold those opinions to a
2    reasonable degree of scientific certainty?
3    A       Yes.
4    MS. O'DELL:
5           I have nothing further.
6    MS. BROWN:
7           Thanks for your time, Doctor.
8           I think we're off the record.
9    VIDEOGRAPHER:
10          We're off the record.  The time is
11   6 p.m.
12          (Deposition concluded at 6:00 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24

Page 391

1              C E R T I F I C A T E
2
3           I do hereby certify that the above and
4    foregoing transcript of proceedings in the matter
5    aforementioned was taken down by me in machine
6    shorthand, and the questions and answers thereto
7    were reduced to writing under my personal
8    supervision, and that the foregoing represents a
9    true and correct transcript of the proceedings
10   given by said witness upon said hearing.
11          I further certify that I am neither of
12   counsel nor of kin to the parties to the action,
13   nor am I in anywise interested in the result of
14   said cause.
15
16
17
18              LOIS ANNE ROBINSON, RPR, RMR
19              REGISTERED DIPLOMATE REPORTER
                CERTIFIED REALTIME REPORTER
20
21
22
23
24

Page 392

1              E R R A T A   P A G E
2
3           I, SHAWN LEVY, Ph.D., the witness herein,
     have read the transcript of my testimony, and the
4    same is true and correct, to the best of my
     knowledge, with the exceptions of the following
5    changes noted below, if any:
6    Page/Line  Word(s) to be changed/reason Correct Word
7    _____  _____  _____
8    _____  _____  _____
9    _____  _____  _____
10   _____  _____  _____
11   _____  _____  _____
12   _____  _____  _____
13   _____  _____  _____
14   _____  _____  _____
15   _____  _____  _____
16   _____  _____  _____
17   _____  _____  _____
18   _____  _____  _____
19   _____  _____  _____
20   _____  _____  _____
21
                _____
22              SHAWN LEVY, Ph.D.
23
24

Page 393

1         DECLARATION OF WITNESS
2
3           I, the undersigned, declare under penalty
4    of perjury that I have read the foregoing
5    transcript, and I have made any corrections,
6    additions, or deletions that I was desirous of
7    making; that the foregoing is a true and correct
8    transcript of my testimony contained herein.
9           EXECUTED this _____ day of _____,
10   2019, at _____, _____.
          (City)          (State)
11
12
13
14
15
16              _____
                SHAWN LEVY, Ph.D.
17
18
19
20
21
22
23
24

99  (Pages 390 to 393)

Shawn Levy, Ph.D.

**A**

**a.m** 1:18 7:6
   82:12,16
   166:18
**abilities** 98:24
**ability** 94:2
   128:11 138:22
   217:24 245:9
   246:2 323:21
   347:10 348:10
   353:19
**able** 21:12 38:15
   85:11 110:18
   121:22 131:3
   131:23 133:4
   133:10 144:16
   145:3 150:7
   154:4,7 161:21
   162:10 184:13
   184:22 198:20
   222:11,14
   253:22 293:21
   301:7 312:5
   348:14 379:1
   387:4
**above-referen...**
   132:1
**absence** 198:16
   217:23
**absent** 217:4
**absolutely** 28:9
   30:8 125:22
   264:19 265:5
   317:6
**abstract** 86:10
   86:15 87:9,10
   87:14 88:4
   180:8 275:24
   280:4,23 303:7
   303:8
**abstracts** 85:20
   87:18 88:9
   123:1 181:3
**academic** 98:11
   310:23
**accept** 83:21

**accepted** 175:13
   263:12,18
   286:24 287:19
   304:11
**access** 46:9
   86:16 88:3
   121:22,23
**accommodate**
   10:24
**account** 374:10
**accumulate**
   335:1
**accumulation**
   192:5 253:24
   254:3 335:12
**Accumulations**
   191:23
**accuracy** 323:23
   341:18
**accurate** 20:23
   47:22 74:10
   90:19 98:8
**accurately**
   21:13 22:6
   30:7 39:20
   46:13,22 47:5
   86:18 110:19
   132:16 145:3
   149:12 154:5
   173:23 279:6
**achieve** 311:10
**acquired** 51:13
   51:13,19 53:9
   313:8
**act** 77:24 78:11
**action** 5:24
   142:7 232:14
   268:5 391:12
**active** 106:19
   172:3 235:11
**activities** 98:23
   101:10,11,14
   109:20 121:6
   258:13 294:11
   308:14 366:20
**activity** 31:12
   101:6 188:10

**accepted** 197:10 315:16
   319:14
**acts** 349:16
**actual** 162:22
   212:20
**acute** 92:4
   106:13 115:2
   115:14 118:10
   171:12,18
   172:11 239:20
   240:15 241:2
   241:17 242:1,7
   242:20 243:12
   244:3,19 245:9
   245:19 246:6
   246:15,21
   247:4,17,22
   248:6,15
**ad** 101:19
**add** 126:8 243:8
**addition** 33:20
   101:7 182:23
   202:13 203:3,5
   358:19 365:10
   371:20
**additional** 18:17
   18:22 33:14
   34:2 35:20
   39:15 43:14
   47:23 55:7,14
   55:20 82:20
   182:21 203:8
   204:3 207:24
   269:18 335:1
   335:12 376:6
   382:3 385:10
   388:14
**additions** 393:6
**additive** 369:6
**addressed**
   220:10
**adenoma** 192:8
   192:8
**adjunct** 103:11
   310:21 311:19
   312:14
**administration**

**accepted** 109:14
**adult** 99:2,4
**adults** 323:12
**aerobic** 318:9
**aerosol** 200:11
**aerosol-based**
   191:9
**affect** 165:9
   216:22 343:19
**affirmatively**
   10:15 11:17
   156:23 302:19
**afield** 318:24
   324:16
**Afindeis@nap...**
   2:12
**aforementioned**
   391:5
**afternoon** 307:4
**age** 319:2,2,7,7
   319:12,21
   322:3
**age-related**
   319:23
**agent** 315:1
   322:16
**agents** 320:10
**aging** 318:9,13
**ago** 9:3 14:19,19
   97:14 113:4
   129:15 148:23
   208:12 367:16
   385:7
**agree** 25:18
   32:20 52:7
   65:21 66:7,12
   66:17,18,21
   67:7,17 85:18
   105:10,15,15
   115:20,23
   168:24 169:12
   185:16,24
   205:2 215:1
   221:22 223:15
   287:1 305:24
   313:20 317:4
   318:7 321:5

**accepted** 329:8 349:8,14
   355:8
**agreed** 387:8
**agreement**
   206:11 310:3
   371:22 387:11
**ahead** 53:20
   301:15
**al** 25:3 365:6
**al-** 206:22
**Alabama** 1:17
   1:21 2:4 7:8
   91:6 102:21
   103:8,10,13
   104:19 108:6
**Alabama's**
   103:16 104:5
   104:11
**ALASTAIR**
   2:11
**alerting** 44:7
**ALEXIS** 2:18
**Alexis.kellert...**
   2:19
**algorithm**
   284:17
**alike** 58:13
**alleged** 375:19
**alleles** 345:23
**ALLEN** 2:3
**allergies** 307:10
**Alli** 8:2 76:19
**ALLISON** 2:15
**Allison.brown...**
   2:16
**allow** 62:21 63:4
   115:9 122:2
   136:18 240:5
   256:4 291:22
   334:24
**allowed** 101:13
   292:6
**allows** 363:11
**alterations**
   330:8
**altered** 213:23
   214:5 216:20

alveolar 192:7
**AMERICA** 3:2
**amount** 79:5
   96:19 100:23
   133:2,17 134:4
   146:4 147:12
   151:15 153:5
   162:21 163:3
   163:24 166:8
   248:3,23
   299:18 354:3
   354:12
**ample** 113:23
   129:21 175:9
**ampli-** 243:8
**amplification**
   234:23 235:14
   235:19 243:5
**amplified** 323:2
**amplifying**
   234:20
**analogous** 98:5
   98:14
**analogy** 320:18
**analysis** 105:6
   128:17 151:4
   216:22 231:23
   256:9 286:16
   323:18 348:11
   348:13 371:13
   386:19 387:19
**analyzed** 23:22
**and/or** 46:6
   77:16 78:6
   94:4 160:20
   178:13,19
   260:18 338:21
**animal** 24:18
   36:11,19 37:2
   37:7 120:1
   128:9 183:19
   184:5,21 185:2
   186:9,10
   207:13,20,24
   210:1 303:13
   304:5 350:4,10
   350:13,16,20

362:3
**animals** 25:20
   27:9 36:2,12
   37:9,10 184:14
   185:19 186:4
   186:16,20
   188:2 207:6
   210:3
**Anne** 1:19 3:21
   391:18
**annual** 319:1,7
   319:23
**answer** 9:13
   20:22,23 21:13
   22:5 25:24
   28:2 29:5,9
   30:4,7 38:15
   39:19 41:18
   42:2 46:22
   47:5,22 50:7
   50:15 55:3
   67:15 69:10
   86:18 100:4,5
   104:17 105:8
   110:18 128:18
   130:16 132:15
   139:9 144:16
   145:3 149:11
   149:12,23
   154:4,4,8
   155:7,13,23
   159:23 163:6
   165:24 170:2,9
   170:22 184:19
   197:16 217:22
   228:2 231:18
   251:11 291:15
   291:24 293:7,8
   293:15 294:21
   319:22 325:1
   339:17 341:20
   347:5 353:1
**answered** 54:23
   67:4,11,12
   68:16 69:7,8
   79:1 80:14
   81:2,22,24

103:20 104:14
   128:24 136:13
   137:5 140:10
   146:18 153:10
   155:21 157:6
   157:12 178:8
   185:23 189:2
   206:21 214:22
   231:16 235:21
   242:17 243:23
   256:4 262:6
   294:6
**answering** 70:7
   71:16 81:15
   147:11 201:20
   314:13
**answers** 10:13
   10:19 11:12
   115:16 391:6
**anthophyllite**
   383:21
**anti-inflamma...**
   268:21 269:16
**antioxidants**
   258:13
**antitumor**
   349:17
**antitumorigenic**
   349:10
**anybody** 74:23
   356:14
**anywise** 391:13
**apologies** 41:10
**apologize** 307:9
   307:11 328:6
   334:17
**apparent** 269:6
   269:6
**Apparently**
   56:13
**appear** 31:1
   64:18 66:23
   172:6 254:16
   319:17 362:24
**appeared** 85:7
   120:11
**appears** 18:23

60:22 62:1
   73:19 83:17
   84:11 122:19
   134:23 154:14
   160:4 161:22
   169:7,10 172:9
   197:8 224:10
   305:7 327:11
   329:2 357:20
**APPEL** 3:14
**applicable** 190:5
**application**
   229:5
**applications**
   227:12 234:5
**applied** 180:14
   198:22 222:16
   234:4 360:19
**apply** 88:24
   106:18 139:4
   214:7 226:2
**appointed** 311:3
**appointment**
   311:6
**appointments**
   103:11,12
**appreciate** 79:2
   324:13
**appreciated**
   105:24
**appreciates**
   348:7
**approached**
   16:20,23
**approaching**
   26:19
**appropriate**
   34:23 35:1
   283:9 285:23
   330:1 331:9
   341:6
**appropriately**
   299:22 334:8
**appropriateness**
   297:23
**approximately**
   1:18 43:19

98:19 323:11
   324:6,6 337:3
   337:20
**April** 359:7
**area** 97:22
   101:15 106:19
   198:18 199:13
   318:19 371:23
**areas** 31:12
   107:23 172:3
   283:6
**argued** 238:19
   238:21
**argument**
   235:19
**ARPS** 2:20
**arrive** 117:19,22
   118:17 150:14
**arrived** 296:16
**art** 8:22 9:21
   32:10 107:7
   329:22 334:3
**article** 5:7,11,15
   6:11,17,19
   30:18 31:19,23
   32:1,6,18 34:6
   37:24 75:6,13
   75:17,22 76:5
   76:15 80:23
   90:14 123:16
   124:1,4,6,10
   124:11 125:2,5
   125:24 141:18
   143:23 185:7
   186:23 187:4,9
   187:11,16
   188:1,16,18
   207:4 218:14
   218:18,21,24
   219:6,9,11
   235:17 237:18
   250:1,13
   252:23 253:1
   267:14 271:9
   326:21 327:7
   327:11 333:4
   339:3,9 374:13

Shawn Levy, Ph.D.

**articles** 35:8
48:8 75:6 81:7
87:4 144:9
187:8 203:6
263:15 305:13
372:15
**asbestiform**
198:17 356:1
383:22 384:3
**asbestiforms**
382:4
**asbestos** 126:7
126:13 127:23
128:21 129:8
129:20 130:2,8
130:19 131:2,5
131:9,24 133:2
136:1 146:11
151:6 154:2,14
198:2 234:12
234:17 235:6,6
235:12 352:20
356:8 371:2
383:13,20
384:21 385:2,8
385:13,17,22
386:1 387:8
388:12,22
**asbestos-like**
129:9,20
173:24 176:5
**ascending**
266:13 267:20
**aside** 232:17
334:18 359:11
361:19 375:2
**asked** 29:1 31:2
41:23 54:23
55:1 69:7
78:24 80:13,14
81:1,21 90:9
93:17,24 94:9
94:17,23 95:5
96:3 102:3
103:19 104:14
111:16,18,21
117:23 119:3

128:23 130:17
132:11,20
133:15 134:9
136:12 137:5
137:17 140:10
143:9,10
145:21 146:9
146:18 148:13
150:23 151:20
152:6 153:10
153:11 155:21
155:23 157:18
159:2,6 161:13
161:20 165:6
167:1 178:8
185:22 187:6
189:2 198:4,8
206:21 214:21
228:17 231:16
231:19 234:4
242:16 243:22
254:7 261:8
262:5,7 266:7
285:18 290:6,8
292:10 294:5
297:20 342:6
352:15 354:3
354:16 357:11
364:20 365:18
367:14 372:12
372:13,14
380:16,21
381:5,18 383:3
386:12 387:17
**asking** 28:21
34:21,22,24
44:12 61:5
111:22,22
170:20 234:1
298:16 307:18
342:13 377:10
**aspect** 53:7
189:18 246:16
246:17 263:12
**aspects** 62:16
79:11 125:10
226:1 246:18

262:20,21,22
263:5 295:4
**assault** 77:16
**assay** 212:13
259:3 309:24
**assays** 319:3
**assess** 131:19
167:1 213:10
**assessed** 285:6
377:22
**assessing** 119:7
**assessment** 4:21
19:14 179:15
180:13 256:10
285:8
**assessments**
224:19 285:10
386:20
**assist** 11:12,18
13:19
**assistant** 310:16
310:19,19
311:2,6
**assists** 30:17
**asso-** 233:13
**associate** 310:20
311:16
**associated** 27:10
183:16 205:5
264:20 265:17
266:15 267:16
268:22 273:3,4
274:24 276:8
278:6 290:5
346:17 347:19
**association** 5:4
5:18 23:11
30:20 83:10
84:13 219:12
220:23 221:2
223:16 224:20
224:23 226:12
227:7,8 228:8
233:19 273:6
276:19 279:24
282:20 313:21
313:22 319:12

347:24 368:14
375:15 377:18
**associations**
96:15 233:14
330:23 368:20
**assume** 216:19
342:6
**assumed** 199:16
**assuming**
276:17 321:24
368:6,7
**assumption**
126:12,19
127:13
**assumptions**
292:9
**attempt** 133:17
147:1 160:20
231:20 293:3
**attempted** 105:1
130:6 146:15
156:5 159:22
161:16 177:11
**attempting**
131:12
**attention** 33:12
72:12,19 78:3
144:9 198:21
237:24 353:19
372:21 374:1
**attorney** 96:18
**attorney-client**
291:4
**attorneys** 11:24
14:2 93:10
95:5 111:22
123:8,15
**attributed**
262:20 263:4
**atypia** 31:11
187:19 188:10
**August** 41:7
42:23
**Austin** 3:4
**author** 37:15,20
84:15,17 184:4
209:22 252:20

303:24
**authored** 142:23
302:24
**authoritative**
58:24,24
109:24
**authorities**
107:12 111:7
384:16
**authority**
109:11,13
110:1
**authors** 30:20
32:11,22 33:1
34:13 35:14
38:17 48:13
213:15 219:13
237:21 238:2
265:13 266:17
267:9 269:24
277:3 278:13
280:22 363:13
363:14
**autonomy**
290:13
**available** 22:5
26:24 40:1
44:4 46:7
48:18 86:6,10
86:13,14 95:6
119:9,15,21
120:10,14
121:14 131:19
133:22 136:16
139:2 145:10
148:3 149:7
199:4 204:12
220:1,5 223:10
223:22 224:16
225:8 228:6
229:17 245:24
256:13 268:1
289:22 293:18
310:1 362:3
366:1 388:8
**Avenue** 2:17 3:4
**averaging**

Shawn Levy, Ph.D.

234:10
**aware** 9:6 21:4
37:7,13 49:10
96:13 101:23
102:6 103:15
103:21 107:1
108:5 128:13
136:19 162:17
165:14 181:11
183:19 184:1
207:5,24 208:3
213:7 222:10
222:13,18,23
234:3 251:8
288:14 292:6
292:21 296:15
297:10 304:14
304:19 314:5
318:6 353:15
354:24 355:4
375:2,12,16,23
376:4 379:14
380:13 381:1
381:14 383:11
386:4,10

**B**
**B** 3:14 122:9
212:8 340:9
**baby** 126:12,19
126:24 127:13
128:3,20 130:9
130:20 134:5
134:18 135:1,8
137:3 161:8
178:2 384:17
385:17 388:19
388:22
**BAC-** 73:5
**back** 16:14
19:24 38:3
53:19 55:11
56:23 62:19
63:1 67:24
82:15 83:20
92:1 98:7
106:3 132:4

166:21,24
169:18 174:3
197:13 200:7
237:13,16
242:4 243:4
270:5 302:7,10
313:13 319:20
328:23 330:14
356:23
**background**
320:23 366:18
**balance** 275:15
276:1
**ballpark** 18:21
**bar** 223:24
224:13
**barely** 281:6,11
**bark** 213:11,18
**BARRIE** 2:8
**BASC** 73:5,14
**base** 110:9
**based** 26:18
53:8 101:17
119:7 121:5
126:12,18
127:12 128:6
130:6 135:20
136:14 138:19
140:13,16
148:2 151:24
154:20 162:10
164:20 165:3,4
178:23 191:9
199:4 202:8
203:12 204:2
221:4 226:9
229:16 235:4
245:6 254:17
255:12,12
256:17 259:3
267:24 285:10
291:11 294:12
294:23 312:2
319:3,7,13,13
328:16 333:5
334:3 337:6,6
352:5 364:24

367:7
**baseline** 214:18
**basic** 52:17 56:8
65:6 68:16
108:20 109:1,1
178:24 284:13
329:19 334:8
**basics** 62:17
65:8
**basing** 199:2
**basis** 5:17 27:5
59:4 83:9
84:13 86:1
139:20 140:5
169:20 179:9
216:11 287:4
343:14 366:6
**BEASLEY** 2:3
**becoming**
363:17 364:5
**began** 293:17
352:18
**beginning** 9:14
24:13 33:16
105:24 122:18
191:22 205:1
238:18 266:12
362:23 368:19
369:2
**begins** 31:5
33:14,20 51:3
51:8 53:22
72:14,20 76:10
77:4,10 112:11
187:17 196:5
203:3 238:1
265:4 269:15
272:20 278:14
280:14 281:4
305:22,22
372:22
**behavior** 199:3
199:3
**beings** 380:7,8
**believe** 17:13
20:13 24:4
39:3 44:20

46:5 57:9
58:22 71:13
85:3 86:11
101:3 110:6
114:7 116:17
117:24 120:5
123:1,4 128:3
147:12 158:3
161:24 167:22
178:4,9 194:9
199:15 201:14
211:19,20
220:18,24
230:1 249:8
253:2 328:9
336:20 376:7
384:18
**believed** 305:21
**Belot** 182:22
**benign** 249:17
340:3 369:9
**Benjamin** 2:21
**Benjamin.hal...**
2:22
**best** 22:15 237:3
268:11 293:15
309:1 312:12
392:4
**better** 12:8
319:16
**beyond** 109:1
235:2 239:24
**bigger** 154:19
**binder** 13:23
14:4
**bio-** 168:22
**Biochemistry**
25:10 88:17
**bioflavonoids**
213:17
**biolo** 218:22
**biologic** 95:1
**biological** 5:23
37:3 52:17,20
91:24 93:11,19
94:1,18,21,24
95:9 96:3,8,21

111:18 115:7
117:7 121:3
127:24 130:24
140:14 142:6
143:18 156:9
165:5 167:12
168:1 176:16
177:13 201:9
201:17 202:1
203:14 204:18
205:19 206:18
225:11 230:3
232:21 233:2
234:8 235:16
247:23 248:14
261:16 270:11
278:1 285:11
288:15,23
290:7 313:14
318:14 319:2
373:19 374:3,7
375:10 381:22
385:10,12
388:20,24
**biologically**
95:11,11
101:16 112:8
113:3 114:3
126:3 129:17
135:17 136:3,7
137:9 140:20
143:11 145:22
146:2 150:20
155:24 157:10
163:2 164:17
167:3,8,11,23
168:4,22
184:10 188:13
205:12 219:2
220:3,20 222:4
225:5,6 226:15
227:14,18
228:11,21
229:17 230:13
231:24 235:11
257:15 260:20
267:3 268:1

275:8 282:11
288:1 289:23
290:4,8,14,18
292:3 293:3
294:1,13,16
295:8 296:16
325:23 366:6
382:14
**biology** 62:17
65:14 79:11
81:6 169:6,21
175:13 189:20
215:3 217:6
263:13 323:5
348:7
**bioRxiv** 121:11
**Birmingham**
91:6 103:10,13
**bit** 168:12
186:14 238:14
307:23 310:12
316:2 319:21
322:21 327:24
336:16 346:9
368:13 385:7
**blacked** 18:2
**Blount** 123:17
124:6,10
**board** 299:14
**bodies** 248:14
266:14 356:1
**body** 169:13
170:14 173:3
210:8 231:1
239:10 249:9
250:16,19,24
251:15 253:5
254:3,23 255:7
257:2,19,24
258:15 267:20
270:17 320:20
353:24 356:8
362:8,14,16
375:21 376:1
377:12
**book** 86:24
**bookends**

233:20
**bottom** 195:5
196:3 201:8
219:19 327:12
331:24 332:8
343:6
**BRCA** 338:9
339:20 344:8
**BRCA1** 72:14
72:20,24 73:9
321:2,12,13,17
334:21 335:11
335:16,24
336:7,8,13
337:3,13
338:21 339:7,8
339:18 340:9
340:19 341:21
342:17 345:7
346:4,13
**BRCA1-assoc...**
73:3,12
**BRCA2** 334:21
335:11,17,24
336:7,8,13
337:4,14
338:21 339:8
340:9,19
342:17 346:4
**break** 10:23
37:24 50:16
79:18,24 82:9
88:2 158:6,12
158:14,21
166:14 236:16
237:1,1,6,17
292:24 301:14
301:16 356:16
**Breakthrough**
89:4,14
**breast** 89:4,9,14
89:18 90:23
91:9 321:3
336:10 346:6
**bridged** 92:6
**bring** 14:23
220:3

**British** 25:4
**broad** 98:10,23
120:3 210:7
**Broadhollow**
2:10
**broken** 79:14
**bronchial** 192:8
**brought** 14:20
15:7,13 39:17
**Brown** 2:15 4:4
4:7 7:23 8:2
12:10 13:8
14:13 15:9,22
16:6 18:11
19:9 20:18
21:1,16 22:7
23:5 26:2
27:15,23 28:4
28:8,14,18,22
29:8,14,21
30:15 31:24
32:16 33:9
34:19 36:9,18
37:6,19 40:21
41:16 42:1,7
42:11,18 44:1
44:16,21 46:14
46:23 48:12,23
49:19,24 52:23
53:11 54:18
57:21 58:15
59:9 61:6,14
62:18 63:11,19
65:18 66:1,11
66:20 67:6,14
68:2,20 69:3,9
70:15 71:10
72:5,17 74:19
75:20 76:21
77:3,7,13
78:20 79:22
80:9,17 81:8
82:8,17 83:1
87:24 88:10
89:21 90:12
91:19 92:8
93:2,15 94:5

94:15 95:13
97:17 100:6
104:2,9,24
105:17 108:4
110:21 113:14
114:6 116:16
117:17 118:6
119:5 120:13
126:17 127:11
128:2 129:11
130:18 131:10
131:21 132:6
133:16 134:2
134:13 135:2
136:5,23
137:20 139:11
141:1,9 142:4
143:20 144:4
145:4 146:3,12
147:3,18
148:10,24
149:13 150:9
151:13,22
152:13,22
153:13 154:23
155:8,16 156:4
156:19 157:5
158:2,8,18,23
159:14 160:8
160:18 161:15
163:19 164:7
164:22 166:23
169:22 170:11
171:11 173:9
174:16 175:3
176:11 178:3
178:14 179:8
181:7 182:15
184:7 185:15
186:1 188:11
189:6 190:6,18
191:5,12,24
192:16 193:2
194:6,21 195:2
196:2 198:3
199:14 200:22
201:12 202:10

202:22 203:19
206:16 207:3
207:15 208:9
208:19,23
209:12,19
210:22 213:4
213:19 214:23
215:14,24
216:8 217:8,16
218:4,11
220:17 221:8
221:17,21
222:17 223:4
225:9 226:3
227:16 228:9
229:1,10,21
230:21 231:9
231:22 232:5
232:15 236:14
236:22 237:15
238:20 239:13
240:14,23
241:9,23
244:17 245:16
247:5,15 249:7
249:23 250:7
250:11 251:2
251:12,18
252:10 254:1
254:19 255:5
255:16,22
257:14 258:1
258:17 259:15
261:9,20
262:12 263:1
264:8 265:12
266:6 267:6
268:8 270:24
271:18 272:16
275:22 276:24
279:17 280:11
280:18 281:1
281:17 282:14
284:19 286:2
286:22 287:8
288:12 289:7
289:14 290:2

290:23 291:7
291:19 292:14
292:22 293:24
294:15 295:14
295:22 296:8
296:14 297:9
298:5,18
299:24 302:9
302:22 303:10
304:1,21
305:10 306:11
306:20 307:16
350:12 356:13
357:23 358:9
359:4,24 361:6
363:2 364:16
365:15 367:1
368:3 369:18
370:9,20 371:7
372:7 373:16
373:24 374:11
375:18 376:23
377:8 378:1,7
378:15 379:13
379:21 380:6
380:15,24
382:16 383:19
384:14 385:14
386:3,11
388:17 389:2
390:6
**Brown's** 313:4
**bucket** 106:22
**bullet** 63:21
**bunch** 277:1
**burden** 323:6
369:9
**BURNS** 2:7
**bursal** 363:7
**bush** 154:16
**business** 17:12
**Buz'Zard** 6:7
181:20 182:11
182:16 208:11
208:14 209:1
209:14 210:24
211:1,10,13,17

214:9 216:9,20
216:22 217:18
236:5 241:10
241:11,14,19
359:14 376:11

_____
**C**
**C** 2:1 3:1 391:1
391:1
**CA** 179:20
183:13
**calculate** 131:12
133:10
**calculated** 134:4
**calculations**
134:10,12
**calendar** 101:5
**call** 17:11 217:3
217:19 329:18
**called** 307:24
**Canada** 4:20,23
19:13 21:21
**cancer** 4:24 5:5
5:11,19 6:9,15
20:12 21:7,22
23:12 25:8
26:5,8,15,17
32:12,20 35:12
36:2,12,22
51:14,20 52:17
52:21 53:10,15
53:16 54:3,4
55:8,15,21
56:9,18 57:2
57:13 59:13
60:11,15,22
61:13 62:17
65:8,13 74:13
79:11 81:6
83:11 84:15
89:4,10,14,18
89:24 90:4,8
90:14,18,21,23
91:3,5,7,8,9,13
92:2,4,6,7,11
92:15,21,23
93:6,14,20

94:4,11,19,21
95:2,7,12,23
96:6,10,16
99:4,5,6,7,20
100:2,2 101:17
102:8,22 103:8
103:14,17
104:5,11,12,20
104:21 105:2,6
105:11,18,22
106:1,17,18,20
106:22,23,23
107:8,13,17,22
107:23,24
108:6,7,10,12
108:17,18,21
108:24 109:2,7
110:5,10,14,24
111:9,15,17
112:2,9,22
113:6,13,17,22
114:9,17 115:5
115:19,19,22
116:8,18,21,21
116:24 117:2,5
117:10,16,18
117:21 118:2
118:12,13,14
118:14,17
119:19 120:7
120:24 121:5
128:5 135:20
136:8 156:2
159:2,18
161:10 162:21
164:9 165:23
166:3 167:4,24
168:4 169:1,3
169:5,6,9,15
169:21 170:15
170:22 171:1,8
171:8,10,12,14
172:1,6,16
173:5,13 174:6
174:10,18,22
175:1,6,10,13
175:16 176:19

178:6,12,19
179:2,11,19
181:18 182:12
182:20 183:10
184:12,16,23
186:12 187:1
188:3,14,24
189:5,9,20
190:3 191:15
193:10 201:11
201:19 202:3
203:16 204:15
204:19 206:19
207:2,7,14,19
208:16 209:3
211:12 213:6
217:7,7,11
218:15 219:3,8
219:13 220:21
220:23 221:11
221:24 222:20
223:11,17
224:3,21,24
226:19 227:9
227:15 228:8
228:12 229:7
230:24 233:9
233:22 237:23
238:4,10 239:5
239:16 240:5
242:11,14
243:16,17,19
245:15 246:8
246:17,18
252:2 253:8
254:4 255:15
255:21 256:1
256:17 257:18
259:18 260:6
260:10,12,21
260:24 261:5
261:17,23
262:1,3,14,20
262:23 263:4,5
263:11,13,19
264:5,6,19,22
265:3,18

266:15 267:17
268:23 269:8
269:10,17,20
270:10 271:5
271:13,22,23
273:1,4,7,12
273:16,18
274:5 275:1,13
275:16 276:3
276:10,20,23
277:6,19 278:6
278:12,17
279:8,16,24
282:1,17,22
283:1 284:4,13
285:3,13 289:6
289:24 290:5
293:19,19
305:21,23
310:10 313:21
314:3,7,14,20
320:5,7,17,22
321:3,8,15,24
322:7,15,17,20
322:24 323:4,8
323:11,13,13
323:15,23
324:3,4,12,15
324:16,21
325:6 326:3,13
327:1,13 328:2
328:14 329:1,7
330:1 331:6
333:5 334:7
335:7 336:2,10
336:11,14,20
336:23 337:2
337:11,11,20
338:1,10,12,22
339:23 340:2,7
340:15 341:7
341:17 344:2
344:24 345:7
346:5,7,18
347:2,11,20,24
348:12,13
349:23 350:6

350:18 360:16
363:19,23
364:4,7 366:2
366:11,13,14
368:20 369:10
369:10 373:20
374:8,10,19,24
375:5,16
376:16 377:13
377:18 380:18
381:4,13,13,16
**cancer-causing**
56:19 57:3
313:17 314:11
320:10 322:8
**cancerous** 37:10
62:22 63:4
64:10,23 115:9
335:3
**cancers** 105:21
118:18 205:8
206:9 217:15
259:22
**canner** 321:18
**CAP-accredited**
309:10
**capsule** 362:20
**carcinogen**
338:13,23
340:7,15 344:2
344:6,6,15,19
345:1,13,17
385:9
**carcinogenesis**
239:1 351:2
353:21
**carcinogenic**
197:10 381:11
**carcinogenicity**
352:10
**carcinogens**
344:4,14 387:5
**carcinoma**
192:8 331:12
331:22
**carcinomas**
328:20

**care** 3:11 108:19
109:1 210:6,23
**career** 90:15
**careful** 210:11
210:16
**carefully** 351:20
**carrier** 342:17
**carriers** 337:3,4
338:10
**carry** 321:23
**carrying** 362:12
**case** 1:7 8:12,14
8:20 9:1,5,10
13:16 16:21
18:15 19:23
20:1 24:22
33:5 38:6
39:23 44:24
45:5 47:15
57:13 86:8
90:10 96:4
100:15 101:24
102:2 110:3
111:5,24
120:20 121:17
123:9,10 124:2
124:4 125:3
126:1,11,18
127:12 128:8
129:13 130:21
134:14 135:6
137:1 141:15
157:6,12,24
159:3,16 161:7
164:8 167:1,21
172:5 173:3
176:6,7,13
177:24 182:11
183:14 188:12
191:14 192:18
193:8 195:9
196:20 197:19
198:9 199:5,17
200:15 210:4
219:1 220:1
224:16 227:11
246:14,14

252:24 270:13
275:7,18 288:4
288:6 302:24
305:12 352:5
365:21 366:24
370:8,13
371:18 374:14
375:3,13
389:14,22
**case-control**
120:2 224:16
228:6
**case-controlled**
375:14 376:14
**case-specific**
257:5
**cases** 1:8 66:6
121:24 169:8
179:15 181:24
190:4 299:12
330:7 338:4
374:10 387:1,2
387:5
**caught** 353:18
**causal** 118:24
119:4 205:16
205:16 221:11
221:23 222:6
223:16 314:6
336:5
**causality** 205:10
**causation** 221:1
221:4 222:15
223:3 224:13
261:8 262:9,11
264:7
**causative**
260:14,23
265:10
**cause** 21:7 26:15
51:14,20 53:10
55:8,14,20
62:20 63:3
91:13 94:3,10
94:21 95:2,12
96:4,5 102:8
105:7,10

106:15 107:5
107:22 112:5
112:24 113:1,6
113:12,22
115:3,18,21
117:5,21 118:1
128:4 129:20
136:8 137:23
140:19 146:5
146:14 147:21
148:9 151:12
151:16,24
153:7,16,18
154:21 155:1
155:10,19
156:18 157:7
157:14 159:1,2
159:17,18
161:9,10 165:8
165:13 169:9
171:1,12 172:1
180:1 184:12
186:12 189:24
208:16 219:3,4
219:7,8 220:21
226:18 228:12
229:7 230:23
230:23 231:24
232:8,20
239:15 241:2
242:22 244:4,5
245:9,19 246:7
246:11,13,21
248:3,6 250:24
252:4 253:16
254:3 255:8
259:10 260:16
260:20,24
261:3,22 262:3
262:14 264:2
264:22 271:23
283:17,23
315:11,12
320:22 327:2
336:14 354:21
363:19 366:10
366:11,12

381:3 387:4
391:14
**cause-and-eff...**
112:16 313:23
**caused** 36:21
60:16,22
107:13 118:18
140:8 168:16
173:13 178:4
182:18 183:8
183:20 260:10
262:23 263:19
278:9 335:7
364:21
**causes** 32:20
36:12,21 60:4
60:15 92:11
102:7 105:2,18
105:20 106:16
110:4 111:15
111:17 112:2
112:21 113:17
114:9 115:4
120:24 145:16
147:13 149:2
149:16 150:15
162:20 165:20
168:9 169:1
174:12 175:7
176:17 177:14
179:1,10
182:20 184:11
184:15,16
186:12,24
188:14 189:9,9
207:18,18
209:2 211:11
211:12,14
222:20 227:3
235:3 241:17
245:22 252:1
255:13 261:5
314:11 336:1
355:9 358:21
365:2 367:8
381:16
**causing** 37:8

92:14 94:19
96:9 167:24
168:3 171:10
171:21 172:11
173:13 183:21
209:8 233:9
242:8 315:1
365:12 375:4
376:1 377:12
380:17
**cautious** 172:17
264:2
**cavity** 205:5
363:12
**cell** 61:17,19
62:5,21,22
63:3,4 106:1
182:9 210:2,4
210:12 212:7
212:12,15,16
215:11 217:3,4
217:6 218:1,5
218:6 241:18
250:17 270:10
316:11 317:5,8
317:11,17,18
323:7 328:19
360:13,16,21
360:23 361:1
376:6 380:5
**cell's** 64:8,20
316:7
**cells** 60:17,24
64:10,22 76:16
77:15,17,19
78:5,7,9
171:24 182:12
182:14 209:13
209:21,23
212:22 213:22
216:21 217:17
269:10 270:5
270:13 286:1
316:6 335:1,2
335:12 360:11
360:14 361:4
365:9 376:11

**cellular** 25:9
31:7,11 106:8
106:9,10
113:24 114:1
115:1 164:19
169:4 171:20
171:21,22
172:12 177:24
180:15 187:19
188:10 189:20
229:18 238:21
239:21 242:22
242:23 243:8
244:4,5 246:13
246:16 248:17
315:1,1,4,11
315:15,20
316:3,4,14
318:5 344:12
344:16 348:4
360:22 361:14
362:14
**center** 91:5,7
102:22 103:8
103:14,17
104:5,11,20
108:6,7,9,10
108:12,14,17
108:24 109:7
109:14 310:14
**Central** 85:6
**certain** 14:23
15:5 43:24
53:16 54:4
56:19 57:2
109:6 146:4
213:10 221:10
320:6 322:2,8
**certainly** 27:16
38:20 43:16
47:12 50:18
54:16 57:8
75:2 79:2,8
89:10 91:7
92:2,5 96:14
97:23,24 103:9
103:22 105:4

106:24 109:5
110:7 111:10
114:18 115:3
116:2,15
118:13 122:23
123:5,15 124:8
129:19 133:21
135:22 137:18
145:9 157:22
164:14 165:10
167:16 176:22
180:12,21
184:18 189:18
191:9 198:20
199:11,24
200:18 209:10
209:17 211:7,8
215:6,12 221:2
223:12 225:24
226:11 228:3
229:23 242:18
247:19 248:21
259:20 260:6
266:9 283:6
284:23 285:21
299:13 304:7
305:24 312:17
326:4 337:18
355:2 363:21
366:17,20
367:4 376:9
378:24 381:10
381:18,24
384:6
**certainty** 390:2
**Certified** 1:20
391:19
**certify** 391:3,11
**cetera** 10:1
98:10 130:15
226:7 230:19
234:18 258:13
**challenge** 224:6
**challenges** 256:7
**Chan** 328:15
**change** 33:2
35:15 37:5,17

57:22 106:8
111:20 114:1
312:15 315:15
315:16 318:18
321:18 341:18
**changed/reason**
392:6
**changes** 25:20
26:11 27:10
30:1,21,23,24
32:3,24 34:14
36:12 37:10
60:16,23 94:21
95:1 114:5
115:5,9 183:21
185:19 186:4
188:3 190:9,24
229:19 314:18
314:19 363:14
392:5
**changing** 217:6
**channel** 363:10
**chapter** 86:24
**characteristic**
346:24
**characteristics**
209:24
**characterizati...**
367:11
**characterize**
103:7 104:23
312:17
**CHAREST** 2:7
**check** 39:9
301:11
**chemical** 147:22
148:8 315:15
386:21,24
**chemicals**
235:13 371:12
371:14,17
387:1,3,12,15
387:20,23,24
388:18
**Chicago** 3:9
**childhood**
323:13,15

**children's**
323:20
**choices** 319:20
**chromatid**
355:9
**chromium**
235:12 243:6
353:18,23
354:4,13
366:23 367:12
381:8
**chronic** 6:13
20:10 21:6
24:2,16 26:4
26:10,14 29:24
32:2,19 36:1
36:20 37:8
92:3,9,14
102:7 106:13
114:9,13,15,22
115:6,14,21
116:6,7,17,19
117:4,9,20,24
118:8,9,18
136:6 137:23
140:7 151:17
151:24 153:7
153:18 155:1
155:10,19
157:8,14
159:18 161:9
162:20 164:1,6
164:10 167:23
168:2 169:8
172:8,12 178:5
180:1 184:11
186:24 188:14
191:14 207:18
208:15 209:2
211:11 219:7
226:18 229:6
230:23 238:8
239:4,11,15
240:1,2 242:8
243:13,18
244:5,19
245:10,19

246:6,15,22
247:4,18,22
248:3,18 261:3
261:5 266:13
267:19 268:24
269:19 270:8
271:3 275:15
276:1,9 278:4
279:7 281:23
282:23 284:2
285:10 313:15
351:2,7
**circumstances**
252:3
**citations** 331:17
332:23
**cite** 34:6 116:5
116:15 123:16
271:9,11 272:5
327:6 328:15
333:13 338:16
341:11 356:5
358:19 370:18
**cited** 12:23 39:5
73:24 122:13
123:5 124:7
125:11 203:7
218:18 253:2
265:24 273:10
273:14 274:2
326:16 339:13
339:15 340:5
358:13 362:2
367:17 369:17
**cites** 35:20,24
**citing** 333:10
334:8
**citizen** 202:9,21
**citizens** 6:5
192:19 195:17
372:9
**City** 393:10
**claim** 338:21
353:23
**claimed** 196:1
378:19
**claiming** 345:10

**clarification**
132:10 215:2
**clarified** 380:3
**clarify** 34:21
132:20 154:10
169:4 202:7
233:5 246:16
268:15 346:10
365:22
**clarity** 135:16
**classical** 168:13
**classification**
108:11 110:24
305:4
**classified** 328:16
**classify** 144:10
**clean** 42:12
**clear** 112:7
125:21 128:12
161:24 166:6
214:14 227:7
245:24 274:7
275:3 278:3
308:9 315:22
328:19
**clearance**
163:14
**clearly** 32:13
58:7 65:15
324:10
**CLIA-licensed**
309:8
**climate** 299:5
**Clinic** 5:11 59:5
59:12,20,23
60:3,14,15
61:16 62:19
63:22 64:5
65:20 68:9
69:5
**Clinic's** 58:20
58:23 62:11
63:14 64:14
65:3 66:14,24
67:19
**clinical** 99:1,13
99:21 227:24

308:6,17,22
309:2,6,7,11
309:13,17,20
309:24 310:4
**close** 45:15
301:20 303:11
327:21 387:10
**closely** 386:9
**coalition** 193:11
**cobalt** 366:23
**code** 62:3 100:7
100:18,20
101:18
**codirector**
104:18
**coexist** 308:20
**cogent** 201:9
202:1 203:14
204:18 206:17
373:18 374:2,7
**cohort** 120:2
176:4 224:7
228:5 338:3
375:14,14
**coincidental**
333:18
**cold** 307:10
**collaboration**
323:19
**collaborator**
312:19
**colleague**
301:21 303:12
**colleagues** 87:12
97:8,16 287:15
312:20
**collect** 320:21
**collection** 12:23
74:8 125:7
**column** 187:17
272:18,24
278:14 368:12
**com-** 235:3
**combined** 72:14
72:21
**combines** 72:24
73:9

**come** 99:22
283:5 284:14
284:14 285:4
366:20
**comes** 70:18
98:12 299:11
317:8 325:8
344:20
**comfortable**
337:19
**coming** 117:4
140:7 282:4
**comma** 53:15
54:3 55:7,13
61:20 62:6
73:10 77:24
78:5,7 278:17
**commencing**
1:17
**comment** 49:18
52:16 68:1
131:7 137:17
253:14 279:15
340:4 342:3
347:4
**commenting**
85:9
**comments** 83:13
83:19 84:2,4
210:1 250:14
266:19 335:24
**Commerce** 2:3
**COMMITTEE**
2:2
**common** 259:21
259:23 260:2
268:19 316:10
316:10 327:3
**commonly**
70:23 309:23
330:24
**communicating**
307:20
**communication**
44:13 363:11
**communicatio...**
44:9,15

**community**
287:1,20
**company** 307:7
**compare** 47:3
318:2
**compared** 200:1
337:10
**comparing**
86:19 215:22
263:16
**comparison**
236:5
**compelling**
193:20 373:5
**compensation**
292:11
**complete** 107:16
108:2 110:8
112:4 113:5
123:15 137:13
143:13 209:7
290:13 353:5,5
382:6
**completed** 40:3
45:4 194:2
**completely**
255:7
**completing**
22:16
**completion**
39:21 43:7
294:23 303:5
**complex** 73:3,4
73:12,13
106:23 107:8
172:17 210:8
265:3 348:2
**complexities**
105:23
**complexity**
107:5
**compliance**
101:21
**complicated**
107:3 320:14
**complication**
363:8

Shawn Levy, Ph.D.

complied 100:13
comply 100:17
component 26:7
  99:6 100:22
  118:10,11
  127:8,19
  128:15 129:16
  136:15 150:4
  151:1 152:10
  168:3 169:11
  171:8,14
  242:18 262:1
  262:19 263:3
  315:15 316:24
  317:2 320:9
  321:7 347:1
  363:23 366:8
  382:3 385:6
  388:13
components
  94:3 126:24
  127:22 135:18
  136:17 137:7
  137:14,16
  151:7,12
  153:23 154:18
  210:18 211:9
  234:16,21
  243:6 344:16
  352:20 353:3
  355:3 380:22
  382:1,6 386:20
  386:21
composition
  147:8,22 148:8
  148:15
compound
  37:12 232:20
  235:3
compounding
  177:4
compounds
  235:11 367:11
comprehensive
  91:6 102:22
  103:17 104:5
  104:11,19

108:6,10,13,23
  125:6 127:7
  145:10 177:22
  301:5 348:19
comprehensiv...
  223:13 224:1
comprising
  330:19
computational
  121:7
computer 11:16
  30:9
con- 106:3
conceded
  200:10
concentrating
  361:11
concept 70:6
  96:17 225:12
  289:10,20
  319:1
concepts 68:18
  178:24
concern 197:7
  378:23
concerned 312:4
concerning
  119:17,18
concerns 173:18
  206:4,12
  224:12 228:4
  255:3 301:7
  312:2
concert 53:10
  106:11 115:12
  244:10
conclu- 138:2
conclude 32:11
  35:16,17 153:7
  158:21 200:23
  238:2 261:2,4
  265:14 267:9
  276:1 281:23
  282:23 283:17
concluded
  110:12 185:18
  194:15 195:20

199:6 203:14
  222:19 250:15
  265:14 355:5
  363:13 373:17
  390:12
concludes
  187:20 206:17
  223:16 275:14
  281:20
concluding
  204:17
conclusion
  27:19 31:18
  35:16 111:13
  117:20,23
  118:17 137:21
  137:22 140:7
  150:14 160:1
  160:16 186:10
  201:4 202:1
  203:20,22,24
  204:8,9 205:18
  215:13 253:22
  259:6 283:4
  304:9 319:23
  374:2 382:14
  382:17 385:4
conclusions
  30:22 32:15,17
  36:8 87:11
  111:6 112:16
  126:5 138:15
  138:19 139:4
  159:12 173:16
  174:5 204:5
  216:16,17
  219:11,18
  220:16 233:17
  268:12 276:23
  279:3,13,13
  283:23 284:15
  305:6 366:21
  375:11 381:20
conclusive 205:9
conclusively
  189:5 215:7
condition 107:9

190:5 299:9
  323:16 345:6
conditions
  196:15 215:12
  216:6 277:2
  285:11 314:4
  317:15 340:3
  369:9
conduct 120:18
  194:17 196:8,8
  223:9 231:23
conducted
  143:22 204:8
  213:5 373:2
conducting
  231:10
conference 97:5
confidence
  279:18 280:6
  280:14 281:3
confident
  299:20
confidentiality
  310:3
confirm 99:24
  145:13
confirming 52:5
  273:5
conflict 270:21
  299:14,16,21
confusion
  308:19
Congress 3:4
connecting
  178:24 276:15
  278:1
connection
  13:15 17:15
  25:13 58:21
  93:12 100:14
  120:19 192:17
  193:7 223:6,14
  252:23 275:17
  293:12 304:22
  305:11
connective
  362:20

consequence
  318:9
consid- 173:2
consider 58:5,23
  70:2 97:15
  109:10 111:6
  138:9 149:1
  167:17 188:15
  192:11 193:6
  200:14,20
  209:13 224:1
  243:1 250:4
  252:23 282:3
  284:20 286:9
  289:8 294:1
  297:7 304:22
  305:12 309:2
  336:13 343:16
  344:14 361:8
  372:2
consideration
  123:9 286:14
  305:3 365:12
  372:22 373:1
considerations
  146:23
considered
  13:15 24:21
  58:3 96:8
  111:10 168:22
  181:12 188:17
  192:17 200:18
  200:19 202:20
  219:9 249:12
  284:23,24
  292:8 295:6
  336:1 373:11
considering
  97:12 227:13
  283:16 365:4
  382:6
considers
  126:23 284:11
  388:7
consistent 15:8
  87:2 275:5
consisting 203:6

Shawn Levy, Ph.D.

consists 112:12
consolidate
  106:10
consolidating
  75:18
constituent 94:3
  95:8 126:24
  127:22 135:18
  136:15 137:7
  137:13,16
  151:2,7,11
  153:23 154:18
  234:15,15
  352:10,20
constituents
  114:5 139:3
  150:21 243:2
constraints 32:8
consult 58:20
  69:14
consulting
  101:10,14,20
consumer
  138:12,14
  196:13 197:21
  198:1 236:3
contact 17:7,13
contain 20:10
  24:1,16 86:3
  127:14 131:9
  141:14 146:5
  150:6,7 235:6
contained 12:5
  13:3 15:5 20:6
  22:20 39:12
  96:23,23 97:4
  97:8,19 124:6
  130:14 136:21
  208:5 211:7
  231:11 256:14
  282:5,11
  286:15 334:1
  389:14 393:8
containing
  371:3
contains 21:5
  61:18 62:4

63:13 126:12
  126:19 145:24
  150:12 193:4
contaminants
  137:12 138:21
  198:2
contaminated
  128:21
contaminating
  154:1
contamination
  126:7 129:8
  130:8 131:4,13
  131:24 132:19
  132:21 133:5
  133:11 151:6
  278:19
content 23:20
  45:1,12 74:24
  79:6 85:10
  90:11 102:5
  116:3 121:23
  122:1 131:4,24
  295:13 339:4
  377:5 385:22
  386:1
contents 48:4
  85:14 102:11
  208:2
context 54:17
  66:5 70:13
  81:16 82:1
  128:16 225:13
  225:15,22
  349:11
continuation
  243:12 265:10
continue 77:17
  78:8 107:12
  182:6 248:18
continued 3:1
  5:1 6:1 239:24
  240:1 243:10
  244:6,6 245:23
  264:20 312:14
continues 136:2
  200:9 234:14

295:12
contr- 206:23
contracts 98:13
contradictory
  268:16
contradicts
  206:23
contrary 373:17
contrast 76:10
  76:11,16 77:4
  77:10,14 78:4
  139:1
contribute 71:4
  242:10 353:12
  387:12
contributing
  37:4 262:21
contribution
  172:1 353:16
control 214:15
  323:7 348:4
controlled
  374:22 375:2
controlling 92:4
controls 128:9
  192:10 200:13
controversial
  264:4
conversation
  68:1 101:8
  106:4
conversations
  18:8 291:2
  292:12
convey 44:13
convincing
  194:16 196:6
copied 58:11
copies 15:21
copy 13:21,23
  16:11 19:12
  30:8,16 44:3
  47:2 48:21
  83:4 84:23
  141:22 191:3
  312:21 368:4,7
core 104:18

156:2
corn 150:1
cornstarch
  145:7 148:17
  148:21 149:1
  149:15 150:1,3
  150:7,12
Corollary
  321:16
correct 10:5
  20:2,3,8 22:22
  31:16,19 34:14
  35:5,6,21,22
  36:22 39:13,14
  41:11 46:17
  52:11 54:8,12
  55:2,15,16,18
  55:22 56:1
  57:7 61:1
  64:15 67:20
  70:21 73:15,16
  74:15 78:16
  80:4,11 81:10
  81:19 84:9
  85:16 87:15
  88:12,13,14,15
  90:1,2,4,16
  92:11 93:23
  94:12 95:18
  96:10 97:1,2,5
  97:6,9 99:15
  102:22,23
  107:13,14,17
  109:11 113:17
  115:8 116:9
  118:2 122:14
  122:17 132:13
  133:8 134:18
  135:8 136:10
  137:3,6 142:17
  142:19,23,24
  144:6,7 151:17
  152:2 156:22
  157:1,4,8
  159:19 160:10
  160:21 164:20
  167:5,6 169:1

169:15 170:15
  172:21,22,24
  173:1 180:3
  185:20 187:9
  188:3 194:9,12
  195:10,18,19
  201:22,23
  202:3 203:20
  203:24 211:18
  211:24 214:19
  215:8 218:19
  218:20 219:18
  219:19 222:20
  223:17 229:11
  237:23 239:5
  240:10,16
  241:19 244:20
  244:21 247:8
  261:12 262:17
  264:17 265:22
  265:23 269:22
  271:9,14,15
  274:6 280:8
  287:15,16,21
  290:12 293:8
  309:15 310:14
  310:15,17
  316:16 320:7,8
  321:13 322:10
  322:22 326:13
  326:14 327:4,5
  327:8,13,14,16
  328:2,21,22
  329:3,15 330:9
  330:10,12,13
  330:21 331:13
  331:14,18,19
  332:16,17,19
  332:24 333:11
  333:16 335:4,5
  335:8,9,13
  337:5,6,14
  338:14,15,17
  338:18 340:10
  343:5,22,23
  344:2,3 346:1
  346:2 347:13

347:14 349:6,7
351:4,5 352:7
352:8,11
354:15 358:11
363:16 373:12
373:15,20
375:1,6 391:9
392:4,6 393:7
**corrected** 64:10
64:22
**corrections** 64:8
64:20 393:5
**correctly** 53:17
54:5 55:9 64:6
76:6 184:22
192:21 212:11
273:8
**correlation**
222:24
**corresponding**
84:17
**cosmetic** 177:7
386:6
**COUNCIL** 3:11
**counsel** 2:2 3:7
3:11 7:13
15:12,23 16:8
17:3 18:7,8
19:5 20:17
23:1,1 27:24
28:5,9 38:13
39:16 41:17
42:2 43:3
44:10,15 66:2
82:20 185:11
193:24 275:23
291:3,8,12,14
291:20 292:7
292:12,15
293:2 358:24
359:20 368:4
372:12,17
378:8 380:16
383:3 386:12
391:12
**counseling**
323:21

**counted** 47:23
**counter** 297:1
**couple** 11:7
224:11 236:1
280:1 369:22
**coupled** 224:8
**course** 12:13
32:14 33:2
35:14 74:22
90:14 101:6
123:7 131:6
137:15 163:12
183:4 293:20
298:2 370:5
**court** 1:1 3:22
7:15 10:1,12
10:20 11:2
182:2
**Coussens** 5:15
75:7,12 76:2
76:15 77:14
79:7 80:3,22
**Coussens'** 75:22
76:5
**cover** 313:3
**covered** 313:4
**create** 114:5
**created** 16:12
**creates** 174:22
175:5
**creating** 164:19
**creatively**
308:16
**criteria** 108:12
143:18
**critical** 164:23
172:9
**critique** 195:17
200:8
**critiques** 200:14
300:21 379:4
**Crowley** 40:13
40:14,19,22
43:2,8 45:3
371:13 386:13
386:17,19
387:15 388:18

389:13,16,18
**Crowley's**
371:11 387:18
387:23 388:1,8
**CRR** 3:21
**current** 53:8
101:21 107:7
160:4 169:6
171:7 180:10
260:4 319:14
331:6 333:7
**currently** 99:3
108:3 309:19
336:21
**curve** 249:6
**cycle** 323:7
**cyclooxygenase**
268:5,18,18
269:10 270:14
270:19
**cysts** 368:21
**cytokines**
238:23 316:5
349:5

_____
**D**

**D** 2:8 4:1 5:1 6:1
**D.C** 3:13
**Dallas** 2:8
**damage** 73:1,10
77:15 78:6
106:9,10
113:24 115:1
164:19 171:21
172:12 189:20
239:21 242:23
242:23 243:9
244:4,5 246:13
246:16 248:17
315:3,5,12,17
315:24 316:4
344:8,16
353:20 354:5
**damaging**
314:23 316:6
381:9
**data** 85:22 95:22

193:16,19
224:16 240:18
245:12 256:13
260:4 268:1,11
268:16 273:5
279:6 319:5
354:19 373:6,6
**date** 1:18 7:5
40:22 41:1,1,3
41:6,10,23
42:5,6,10,17
42:20 43:7
85:2 310:2
359:3
**dated** 16:9,10,17
39:12 83:5
84:6 358:21
359:7
**dates** 42:14
**dating** 92:1
373:3
**day** 142:11
172:16 303:14
389:20 393:9
**days** 45:22 47:8
**dealt** 99:11,14
**death** 212:16
327:2
**decades** 242:22
**December** 5:21
18:23 19:19
20:5 23:17,23
43:9 83:5 85:1
85:13
**decision** 311:7
**DECLARATI...**
393:1
**declare** 393:3
**declared** 201:1
**decrease** 212:20
214:17 215:2
349:4 359:21
360:22 361:13
361:15
**dedicated**
308:22,23
**defect** 344:11

**defective** 343:12
**defects** 334:24
**DEFENDANT**
2:13 3:2
**defendants** 8:17
**Defense** 90:24
91:2 271:2
**defer** 114:20
134:10 148:14
157:22 223:1
233:11 247:2
254:15 262:9
285:21 354:6
370:2 371:12
378:24 383:24
384:5,6 387:18
**deferring**
127:20 371:20
**define** 138:6
167:7 201:17
346:22
**defining** 257:24
355:3
**definition** 139:3
139:13 150:5
172:10
**definitions**
317:1
**degree** 44:12
290:22 291:12
291:16 390:2
**deletions** 393:6
**delighted** 326:4
**delineate** 138:23
177:12 244:2
244:21 247:22
**delineated**
139:22 235:24
244:9 247:7
**delineating**
240:6 246:15
**delineation**
165:15 352:16
**delving** 314:17
**demonstrated**
322:14 324:20
354:20 376:14

Shawn Levy, Ph.D.

demonstrating 375:24
denied 312:10
denying 195:16
deodorant 139:17,23 145:16
deodorizing 139:13 145:6
department 90:24 91:2 311:8 312:15
departure 312:18
dependency 215:21 247:21 247:21 248:22
dependent 134:15 135:7 136:9 149:9 156:10 227:19 385:5,12
depending 154:17 316:3 317:10 324:7 349:4,10
depends 258:22 348:3
deponent 7:12
deposed 8:5 10:4
deposition 1:14 4:13,14,15,17 4:19,22 5:2,6,8 5:10,12,14,16 5:20,22 6:2,4,6 6:8,10,12,16 6:18 7:7 8:11 9:24 14:9,10 14:11,22 15:7 15:14 16:4,8 19:4,7 21:14 22:24 23:2,3 30:13 33:7 39:18 49:22 59:7,11 72:3 75:14 82:19,23

142:2 185:9 190:16,20 192:24 208:7 208:11 218:9 218:13 249:21 270:22 271:2 301:18 302:16 326:18 367:21 367:22 390:12
depositions 9:11
derived 294:24
describe 48:11 79:10 115:17 129:4 135:17 137:17 140:23 160:6 263:17 289:20 365:20
described 9:10 36:8 37:16 56:11 87:9 114:18 129:18 131:1 140:19 147:7 149:16 180:11 181:5 199:22 204:11 234:23 240:9 242:5,13 247:11 366:8 375:12 376:10 377:17 384:13
describes 48:20 86:24 143:16 360:10
describing 56:8 61:12 62:15 128:17 129:4 131:14 162:1 266:18 360:13 384:12
description 61:13 65:8 141:14 176:15 187:15 198:22 219:22 230:15
design 32:9,14 194:17 196:7 209:18 228:4

designed 129:23 251:11
desirous 393:6
detail 53:7 114:16 137:18 244:24 254:14 263:17 314:16 339:16
details 157:9 184:1
detect 258:24,24
detected 189:24
detecting 256:7 379:10
detection 184:23 227:9 255:4
determin- 229:22
determination 97:21 149:10 151:14 153:4 196:19 198:8 198:11 199:1 228:13 230:4 251:3 377:7
determine 59:6 132:21 140:3 155:17 203:8 271:20 337:17 379:1
determined 193:19 340:20 342:18
determining 155:18 318:4 347:1
develop 27:1 56:18 57:2 95:8 111:18 151:8 164:9 175:16 289:19 290:8,14 292:3 293:3,11,16 322:7 323:13 381:19,20
developed 48:19 151:10 173:5

288:9 323:15 385:4
developing 95:17 96:20 282:10 290:18 322:15 324:21 336:22,22 338:12,22 339:23 340:6 340:15 341:17 344:24 350:21 382:14
development 52:21 60:11 123:7 178:13 178:19 179:2 238:10 242:11 269:20 275:16 276:3 278:17 279:8 282:1,24 284:3 346:5 347:11 350:5 350:18 364:7 366:5 375:9
devoted 89:24 90:3,7
diabetes 95:24
diagnosis 106:22
dice 320:21
dichotomy 285:1
die 322:1 361:5
diet 318:17
difference 57:10 81:9,12,19 147:14 177:6 317:21 318:5 387:22
differences 185:4,5,6
different 24:19 47:6 58:7,13 81:4 82:1 94:6 98:20 108:11 115:7 144:10 147:4 154:17

163:12,16,17 176:23,24 177:1 185:3,4 197:23,24 198:15 201:21 204:8 212:7 213:1 236:2,9 247:7 248:4 259:17 262:16 265:2 277:2,4 294:8 315:8 317:1,14 329:23,23 330:19 346:9 360:14,15 366:8 378:6
differentiate 308:10
differentiates 247:17
differentiating 275:10
difficult 47:21 174:7 217:22 223:24 224:13 320:1
Diplomate 1:19 391:19
direct 33:11,11 33:18 51:2,7 60:2,9 63:21 63:24 72:6,12 72:19 75:21 76:6 99:23 167:20 171:19 180:13 194:14 203:2 237:24 243:7 250:12 272:18 275:23 276:19 291:14 293:8 314:10 314:23 342:7 350:24 353:15 372:20 375:17
directed 51:18 181:5
directing 78:3

291:10 374:1
direction 170:8
directions
  119:24
directly 107:22
  108:18 163:6
  171:1 173:12
  179:6 180:16
  218:3 228:2
  240:3 314:6,23
  315:10,11
  319:22 353:20
dis- 212:17
disagree 113:20
  116:14 173:16
  197:9 202:6
  203:23 204:1
  212:17 213:2
  245:5 278:23
  283:22
disagreement
  197:3
disclose 100:21
  102:13 300:2
disclosed 97:7
  101:6 257:5
  297:18 298:1
  300:6 309:20
  310:2,6
disclosure
  100:11,19
  101:5,19
  102:19 298:12
  298:23 299:3
discontinued
  163:15
discover 120:17
  131:3,23
  132:19
discoverable
  292:7,10
discovered
  123:14
discovery
  291:22
discuss 44:14
  93:13 238:7

244:23 268:4
285:22 314:16
320:4 340:1
discussed 102:1
  106:5 129:15
  153:24 172:16
  179:13 180:7,8
  185:17 186:14
  187:12 189:3
  205:24 208:4
  209:6 216:15
  226:11 227:4
  227:23 237:22
  279:15 282:8
  287:13 295:4
  298:9 303:6
  304:11 336:6
  342:24 359:6
  363:20 365:6
  374:15 377:16
  379:20 382:1
  385:3,7
discusses 24:17
discussing 19:13
  21:21 23:10
  79:4 175:8
  181:21 189:20
  193:5 200:8
  201:14,22
  205:14,15,24
  206:15 220:7
  226:6 237:18
  242:6 245:11
  247:14 258:9
  262:18 263:8
  264:3 267:5,18
  269:18 277:11
  277:24 280:12
  281:20 293:23
  295:2 296:22
  296:24 303:5
  325:9 350:10
  353:17 365:5
  370:16 388:6
discussion 9:24
  97:16 143:12
  166:10 233:3

238:1 254:15
265:14 274:15
289:5 291:21
297:19 319:11
339:22 359:19
359:23 360:2
361:22 362:22
378:13
discussions 9:22
  74:8 92:21
  138:21 146:10
  154:6 197:4
  243:5 266:20
  291:13 315:9
  365:23 387:7
disease 95:23
  106:1 107:3
  224:2,7 244:13
  246:19 256:6,6
  260:17 261:1
  265:7,10
  271:13,21
  272:8 274:4
  275:11 276:17
  276:21 277:23
  282:21 283:4
  284:6 324:7,9
  327:2 347:2
  348:17
diseases 96:1
  277:17
disorder 265:3
displayed 361:9
  361:10
dispute 100:1
  254:21
distention 363:7
distinction
  115:1 171:5,16
  191:8 196:22
  244:16
distinguish
  200:4 317:16
  317:20 352:9
DISTRICT 1:1
  1:2
diversity 91:8

106:18 154:15
154:15 162:9
184:21 198:14
divide 61:21
  62:7
DNA 60:17,24
  61:16 62:2
  64:1,7,8,9,19
  64:20,21 73:1
  73:10 76:17
  77:15 78:5
  242:24 314:24
  315:2,5,12,17
  315:24 321:11
  323:6 344:7,9
  344:17 353:20
  355:10 381:9
DNA-damaging
  243:7
Docket 1:9 7:11
Doctor 11:6
  14:5 15:24
  16:12 17:22
  18:13 19:3
  20:19 21:11,19
  22:16,23 24:9
  27:13,17 30:16
  30:18 31:4
  33:4,15 35:23
  36:10,20 37:8
  37:20 38:3
  44:18 47:15
  50:6,21 57:23
  59:10 60:21
  61:7 64:11
  66:21 71:14,24
  73:17 74:14
  76:8 78:4,14
  80:1 81:18
  82:18 84:19
  85:12 98:3
  104:3 105:19
  114:7 126:11
  132:7 133:6
  135:12 137:22
  138:5 141:11
  141:22 142:10

158:24 159:16
163:24 164:9
166:15,24
168:24 169:24
170:12 171:13
174:17 184:8
185:16 186:2
186:22 187:5
190:8,13,19
191:14 192:1
192:23 194:7
195:3,7 197:14
198:5 199:6
200:8,23
201:20 202:11
202:23 203:2
204:6 205:18
207:5 214:16
214:24 216:1
219:23 221:9
221:23 229:2
236:17 237:4
237:16 241:24
246:20 249:24
250:12 253:4
255:6 261:21
266:22 268:10
269:14 272:18
274:17,19
276:4 278:14
279:19 280:13
281:6,18
286:23 292:1
301:23 302:1
302:10 304:3
304:14 305:11
357:8 360:9
361:18 373:18
374:12 377:1
382:18 390:7
doctors 89:23
document 1:7
  4:20,23 19:5
  21:10,13,20,24
  22:14,24 83:21
  142:5,10,12,15
  142:18,21

193:7 200:7 206:24
**document's** 193:9
**documentation** 102:17 119:9
**documents** 13:15 14:23 39:16 68:15 82:20 352:23
**doing** 267:4 381:23
**dollars** 100:24
**dose** 159:10,12 160:10,15,21 160:24 162:11 212:23 215:22 215:23 275:3 360:5 361:3,12
**dose-dependent** 360:23
**dose-response** 249:5,5
**doses** 180:14 211:18 212:21 215:21,22 360:16
**dosing** 176:23
**double-check** 241:4 271:24
**Double-sided** 60:7
**dozen** 43:19
**Dr** 5:21 7:12,24 8:5 15:20 18:8 29:9,22 32:18 40:14,15,19,20 41:12 43:2 44:9 49:4,7,13 49:21 50:10,18 50:24 51:1,18 53:13 54:8,12 55:2,6,18,24 56:15,16 68:22 72:6 76:15 77:9,14 83:6 83:21 84:16

85:18 86:12,23 87:12 88:4,11 93:16 110:3 111:6,14 116:6 117:8 122:21 125:15 130:7 158:14 168:11 170:9 177:21 179:22 180:10 181:8,13,15 183:20 203:23 204:16,16 247:3 260:19 272:15 285:22 286:3,6,10,13 286:15 288:22 291:6 292:12 296:24 297:11 298:1,7,12 299:15 302:12 302:17 307:4 357:3 359:11 362:22 363:18 368:9 369:23 370:12,18,24 371:11,13 372:8 374:17 376:12 383:4,7 383:12 384:2,6 384:8,21 385:16 386:13 386:17,19 387:15,18,22 387:23 388:1,8 388:18 389:13 389:16,18,19 389:21
**draft** 4:20 5:3 19:14 23:8 45:24 46:4,10 46:24 47:5,6 47:11,16 49:6
**drastically** 318:18
**draw** 32:14 215:13 253:22
**drawing** 174:5

278:3
**drive** 3:8 12:16 12:20 13:3,9 13:15 40:12
**drug** 299:9
**drugs** 268:21 269:16
**due** 101:2 163:10 185:4,5 266:13 267:19 270:18,18
**duly** 7:19
**dur-** 233:1
**duration** 146:23 152:10 159:13 160:20 161:3 163:3 228:19 230:18 233:2 234:5 275:4 360:5,6
**dust** 200:13

---

## E

**E** 2:1,1 3:1,1 4:1 5:1 6:1 391:1,1 392:1,1
**earlier** 16:22 22:12,14 35:13 37:15,16 42:21 45:9,11 54:24 74:7 86:16,20 87:3 106:3,3 127:17 140:12 153:24 168:12 172:16 180:8,9 180:19 184:2,3 185:8 186:14 198:21 216:15 224:4 226:11 243:4 258:9 259:9 263:14 263:16 266:20 277:24 282:8 287:5 291:21 301:11 302:12 303:6,14 321:23 335:6

350:9 352:4 357:7,11 361:21 363:20 365:6,23 367:14,15 370:6 382:1
**earlier-cited** 183:5
**earliest** 184:4
**early** 17:7 92:1 176:1,16 190:1 306:4 324:2,4
**EASTERN** 1:2
**easy** 125:18
**eBay** 383:13
**EC** 328:19 331:13,21 332:14
**edit** 71:4,11
**editable** 74:23
**educated** 198:13 198:18
**effect** 96:4,5 112:21,24 113:2 114:17 140:19 148:9 163:13 165:14 176:8 213:11 213:14 217:24 232:1,21 233:2 234:13,20,23 235:14 239:20 239:20 243:7 269:15 270:18 314:6 323:2 349:17 369:7 381:9,11
**effective** 269:8
**effects** 4:24 21:22 34:2,11 34:13,23 35:4 95:23 129:22 136:20 165:11 176:5 239:19 315:13 317:24 320:10 349:10 355:6 362:4

382:3,4,5
**effort** 99:4
**eight** 61:10
**eighteen** 32:7
**either** 35:18 39:16 107:21 127:1 131:20 131:20 162:2 163:20 167:12 167:20 171:19 181:24 240:3 244:9 253:7 300:21 387:3
**electronic** 102:18
**electronically** 40:2
**elevated** 273:4
**elevation** 183:13
**elicit** 172:24 205:6 264:9
**elicits** 281:22
**ELLIS** 3:8
**elucidate** 221:1
**elucidation** 249:3
**email** 5:21 14:18 17:1,13 44:2,6 83:5
**Embassy** 1:16
**EMMEL** 2:5
**employ** 117:3,19 118:16 140:6 188:15 220:8 282:3
**employed** 141:15 143:2 150:13 204:7
**encodes** 343:18
**endeavor** 143:3 231:12
**endeavored** 177:5 276:7 277:4
**endo-** 331:12
**endogenously** 318:3

endometrial
  205:4
endometrioid
  328:19 331:12
  331:22
ends 330:11
engage 103:5
engagements
  101:20
enhance 242:11
enter 255:7
enters 249:9
  250:19,24
entirely 8:21
  321:6
entirety 339:2
entities 111:11
  111:13
entitled 5:11
  28:9 59:12
  60:10,14 271:3
  326:12
entity 308:12
entry 16:16
  18:23
enumeration
  148:7
environment
  106:12 115:8
  164:20 172:13
  174:22 175:6
  240:4 243:14
  320:15,16
environmental
  322:16
EOC 328:14
epidemiologic
  33:20
epidemiological
  220:5
epidemiologist
  88:18 288:19
  288:22
epidemiologists
  157:23 224:18
  257:11
epidemiology

108:20 120:6
122:5 144:21
145:14 146:24
148:22 152:9
157:21 160:1
166:7 173:4
222:19 223:1,7
223:10 225:1
233:11,14,24
254:13,15
256:2,15
262:10 284:14
288:4
epigenetics
  319:3
epithelial 6:14
  24:18 205:8
  206:8 207:2
  259:17,20
  260:9,21 271:5
  282:22 305:23
  328:2,13
epithelium
  31:13
equally 58:12
equate 171:9
equipment
  308:22
equivalent
  299:8 320:20
errors 62:20
  63:2 64:7,9,20
  64:22
Eslick 220:6
Esquire 2:4,5,11
  2:15,18,21 3:5
  3:9,14
essential 162:19
  163:23
essentially
  167:18 212:22
  288:9 361:5
establish 140:16
established
  116:18 117:21
  118:1 140:17
  161:23 168:4

174:11 221:12
221:24 222:15
226:23 314:15
323:4 347:12
347:17 348:21
establishing
  121:2,13
  140:13
estimate 132:20
et 10:1 25:3
  98:10 130:15
  226:7 230:19
  234:18 258:13
  365:6
ethical 224:12
  228:4 300:3
ethically 298:2
Ethics 100:7,18
  100:20 101:18
ethnicity 340:21
etiology 107:16
  224:2 268:23
  273:1
evaluate 151:5
  230:4 353:2
  354:3
evaluated
  209:14 231:1
  287:21
evaluating 5:23
  117:7 142:6
  181:13 200:15
  202:12 210:17
evaluation 8:21
  101:15 192:12
  205:16 222:6
  230:16,20
  231:10 234:2
  379:9
event 174:1
  189:19 265:4,6
  323:14 324:4
  324:12
events 106:11
  264:22
evidence 5:23
  26:24 31:5,7

31:11,14 33:21
110:12 113:11
113:15,21,23
114:8,15 119:8
119:14,15,17
120:23 129:10
129:12,15,16
129:21 140:15
142:7 162:13
164:20 165:21
166:1 167:14
175:9 177:15
181:16 186:2
187:12,18,19
187:21 188:2,9
190:9,24 192:5
195:8 197:9
199:4,21 200:6
200:20 205:10
220:19 229:17
242:2,8 244:1
244:11 247:1
249:11 250:15
253:18 256:3
257:18 258:3
268:11 278:18
281:21 284:21
305:13 306:3
306:15 312:12
314:10 321:1
338:20 349:15
351:10 353:15
355:8 363:15
364:21 365:1
evidence-supp...
  140:20
evidenced
  193:15 224:24
  276:16 323:17
evolution 265:5
ex- 135:23
  275:11 361:10
exact 54:7 55:1
  56:12 85:2,10
  176:9 327:11
  347:3
exactly 51:23

52:4,6,7,11,15
54:11 80:20,22
234:3 334:4
examination 4:2
  7:22 95:22
  307:2 357:1
  372:6 389:11
examine 96:3
  136:20 157:21
  160:14 224:1
  228:1 234:7
  365:8,24
examined 7:20
  119:24 159:10
  177:15 231:7
  270:7 375:11
examining
  138:10 177:22
  198:19 204:12
  225:6 234:6
  377:5
example 38:15
  62:15 77:17
  78:7 101:10
  122:12 123:2
  129:23 143:1,1
  143:5,14
  144:14 145:1,8
  174:8 176:3
  177:17,21
  240:22 321:12
  321:22 324:18
  325:12 326:7
  340:18
examples 123:6
  168:19 183:18
  315:19 316:12
  322:12
exception 82:4
exceptions
  392:4
exchange 355:9
exclude 275:12
excluding 380:4
  380:5
exclusive 259:19
  260:7 339:24

exclusively
262:21 336:10
excuse 20:21
27:12 33:13
55:11 73:5
76:19 79:14
88:8 135:10
152:17 158:5
167:10 170:7
193:24 197:16
225:21 236:12
250:10 251:21
272:12 291:10
291:10 302:21
345:4 369:24
389:10,17
EXECUTED
393:9
exemplary
143:17
exercise 210:23
exhaustive
364:24
exhibit 4:13,15
4:17,19,22 5:2
5:6,8,10,12,14
5:16,20,22 6:2
6:4,6,8,10,12
6:16,18 14:9
14:11,22 16:4
16:7 19:4,7
20:4,9 21:5,14
21:18,24 22:8
22:11,14,16,19
22:24 23:3,7
23:13,16,18,22
24:1,15 30:12
30:13 33:6,7
38:4 39:18
48:2,4,14 49:2
49:20,22 50:9
59:7,11,23
60:2,13 72:2,3
75:12,14,22,24
76:6 82:19
83:4,4,23 84:3
84:5,8,10,11

86:17 87:3,15
96:24 97:4,8
97:19 122:9
141:24 142:2
143:21 144:6
181:6 185:9
190:16,19
192:23,24
208:7,10 209:1
218:9,13
249:21 250:1
270:22 271:2
275:21 326:17
326:18,21
327:8 357:12
359:14 361:20
367:21,22
372:8
exhibiting
379:16
exhibits 4:12
82:23 83:3
185:12 357:9
exist 116:2
168:9 383:22
existence 44:7
exists 205:2
318:15
exogenous 323:1
exogenously
318:1
exome 310:7
expand 365:22
expanded 46:7
85:23 87:8
373:2
expect 257:17
258:2,14,18
259:7,13
expected 268:23
270:18 273:2
experience 10:9
109:23 119:10
366:19
experiences
169:14
experimental

25:4 32:9,13
196:14 209:18
281:21 314:10
experiments
87:1,7 365:7
383:9
expert 4:16 5:9
8:13 40:8,18
41:11,20 42:15
43:12,15,20
44:23 46:9
48:1,14 49:1
49:20 50:9
52:18 54:21
57:13,17 63:12
69:15,18 72:7
74:12 85:15
93:24 100:14
102:4 114:21
129:2 134:10
135:24 148:15
181:9 219:22
223:2 235:5
245:7 247:3
256:23,23
257:10 266:1
285:22 288:3
288:13 295:3
296:10,16
297:7 352:17
385:15
expertise 371:24
experts 39:23
40:4 52:24
127:21 201:1
233:11 254:16
262:10 295:16
295:23 296:1
354:6 383:24
explain 70:12
94:16 118:7
204:6 238:13
278:11 321:6
360:9
explained
268:17 315:21
explaining

244:24 269:5
explanation
49:11 56:3
361:11,14,15
expose 320:15
exposed 56:19
57:2 99:22
153:2 156:11
161:8 200:4
205:7 206:7
207:1 253:6
258:16 259:14
321:8 322:8
338:12,23
340:7,15 344:2
345:12
exposes 159:17
exposure 94:2
95:9,10 96:5
96:16 113:2
114:4 121:4
146:20 150:20
154:7 156:1,6
156:16,17,21
156:24 157:7
157:13 159:8
160:4 162:3,3
162:5,7,15
163:3,4,11,13
163:15 164:18
164:21 165:5,7
165:15,19,20
166:2,5,9
176:22 177:6
177:24 178:10
178:24 179:10
183:8 196:15
199:7,12
204:14 206:2,6
211:14 214:13
218:2 224:8
226:5,7,10,12
226:13 228:19
228:22,23
229:20,23
230:5,14,18
233:7 234:18

235:12,15
240:4,8 248:3
248:5,23 252:4
252:7 253:15
253:16 254:12
256:17,21
259:9 261:17
277:12,22
289:24 304:12
320:16 322:16
323:2 324:22
325:8 344:24
360:4 361:13
374:9,23
375:16
exposures
107:21 119:2
226:2 252:8
313:14
express 269:10
expressed
120:12 389:22
expressing
270:14
expression
268:4,17
333:14
extend 235:2
extended 283:2
extending 210:6
232:24 252:3
extends 108:24
extensive 79:5
exterior 304:15
external 314:24
extracted
213:17
extramural
109:16
extramurally
300:5
extrapolating
210:12 236:8
285:12
extrapolation
214:7

Shawn Levy, Ph.D.

**F**

**F** 3:13 391:1
**facility** 104:18
**fact** 74:6 79:7
　103:4 106:5
　130:3 135:22
　154:20 173:17
　175:13 181:12
　188:8 197:8
　202:13 204:22
　215:15 219:17
　252:6 265:24
　268:10 269:23
　271:8 273:17
　274:5 276:18
　294:7 298:11
　300:17 305:7
　320:4 323:14
　358:13 364:13
　370:18 382:20
**factor** 114:18
　260:24 286:18
**factors** 77:19
　78:10 107:21
　110:24 172:2,2
　276:7 277:5
　319:8 343:1
　369:11
**facts** 106:4
　167:13 168:1,5
　168:6 327:23
　329:7,20
**factual** 74:9
　79:10 81:5
　140:17 168:19
　329:21 331:5
**factually** 162:14
**faculty** 89:8
　98:4,5,14
　101:12 103:9
　103:24 310:21
　312:14
**fail** 77:24 78:11
**failed** 373:5
**fair** 10:6,10,11
　18:13,16 20:4

22:19 23:19
28:15,17 32:3
38:5 54:21
85:12 88:5,18
89:13 91:14
95:2,16 99:11
99:12 104:3
109:4 161:19
163:21,22
189:10 210:13
214:3,3 217:19
218:5 251:19
263:20 299:18
306:21 312:10
312:11 342:5
357:22 361:2
379:5 381:16
383:8 384:5
388:2
**fairly** 100:24
108:22 162:8
338:2 365:7
**fall** 46:5 297:6
**fallopian** 199:23
304:16 305:22
306:2,5
**familiar** 10:8
49:5 75:9 89:6
89:12 96:16
100:8,10 103:1
109:19 124:22
173:10 192:20
193:9 249:19
306:6 375:21
**family** 345:21
346:6,11,14,21
346:23
**far** 13:11 48:21
92:21 121:19
126:2 152:11
179:3 183:9
186:17 198:11
198:19 199:24
214:6 234:12
263:10 284:7
299:15 312:7
318:4,24

341:20 348:3,5
**fascinating**
97:22 154:13
198:18
**fashion** 57:15
115:15 143:18
228:2 374:22
**fat** 362:19
**FDA** 6:5 111:7
161:24 192:15
193:11,16,18
194:11,15
195:11,15,20
196:1,11 197:2
197:8 200:7,9
200:23 202:8
203:4 204:5,10
204:17 205:2
205:19 206:4,5
206:14,17,22
226:24 305:8
357:12 359:1,7
373:11,17
384:16
**FDA's** 192:11
192:18 200:8
201:24 202:12
203:12,22
204:9 357:20
358:2 372:9
**feature** 350:24
**features** 328:17
**federal** 29:16,20
291:22
**feel** 190:13
241:8 313:13
**female** 192:7
**Ferguson** 3:5
4:5 301:21
303:13 306:23
306:24 307:3,5
314:8 317:3
320:2 321:4
322:4 325:10
326:8,20 328:5
328:8 329:9,14
330:3 332:3,6

332:12,22
334:10,16
335:19 336:24
337:23 340:16
341:10,22
342:8,15 343:2
345:9,18 347:6
349:18 350:11
351:17 353:6
354:8,14 355:7
355:17 356:4
356:10 389:7
**fiber** 129:9
**fibers** 129:20
235:7
**fibroid** 368:21
**fibrosis** 30:24
250:17 363:1
363:10
**fibrous** 305:5
355:24 371:3
**field** 116:24
154:13 234:12
**fields** 284:13
**Fifteen** 191:6
**Fifth** 2:17
**figure** 159:3
212:2,3,5,5
213:3 214:24
232:8 360:3,9
360:10,12
361:9,10
**figures** 211:20
212:5
**file** 40:24 42:5,6
44:7
**files** 13:11,12,14
**filing** 373:3
**final** 21:24
45:14 46:17
47:7,11,12
63:21 87:21
272:24 369:23
**finalized** 45:21
45:23 47:4
97:13
**finalizing** 46:8

371:5 372:2
**Finally** 281:18
305:11
**financial** 100:10
100:18,20,22
101:18
**find** 32:22 37:24
53:22 63:17
66:6 68:21
69:4 143:4
235:5 257:1
273:17,24
288:5 304:7
339:5 363:15
368:14,20
378:3 380:9
383:12
**FINDEIS** 2:11
**finding** 120:22
141:13 150:3
271:20 275:5
279:19,23
280:10 281:6
281:12 284:20
304:23 384:2
384:20
**findings** 29:23
173:10 188:16
188:17 192:2
192:11 195:6
210:7,11 220:9
254:22 282:4
282:15,19
371:1 374:13
375:20 383:7
383:10 388:1
**fine** 42:8 170:5
194:2 237:3
352:1
**finish** 79:23
152:17 158:11
158:17 197:16
236:16,18
274:20 292:17
**finished** 194:1,1
197:17 202:23
274:19

Shawn Levy, Ph.D.

| | | | | |
|---|---|---|---|---|
| finishing 301:20 | Focusing 274:22 | 87:10,17 88:8 | 215:19 216:5 | 329:5,12,17 |
| first 7:18 10:9 | folks 64:14 | 89:16 90:6 | 216:24 217:21 | 332:21 333:2 |
| 16:16,20 17:1 | 89:22 173:4 | 91:16,22 92:17 | 220:13 221:7 | 333:23 335:15 |
| 17:13 19:18 | 195:11 | 93:8,22 94:14 | 222:22 223:19 | 336:4 337:16 |
| 20:5 22:11,16 | follow 146:1 | 95:4 97:11 | 225:3,17 | 340:12 341:15 |
| 23:16 31:5 | follow-up 357:3 | 103:19 104:7 | 226:21 227:22 | 342:3,23 345:4 |
| 51:2,11 60:22 | 389:5 | 105:13 107:19 | 228:16 229:14 | 345:15 346:20 |
| 61:11 72:7 | followed 173:4 | 110:16 113:8 | 230:7 231:4,16 | 348:8 349:13 |
| 75:23 76:7,22 | 173:19 | 113:19 116:8 | 232:12 235:21 | 350:8 351:7,13 |
| 77:1 84:15 | following 174:2 | 116:11 117:12 | 238:17 239:7 | 352:14 354:2 |
| 98:2 116:22 | 266:12 294:23 | 118:4,21 120:9 | 240:12,21 | 354:11,23 |
| 142:9 168:8 | 328:17 329:20 | 122:6 124:1,4 | 241:21 242:16 | 355:12,22,24 |
| 184:9 189:18 | 330:4 392:4 | 125:2,24 | 243:22 245:4 | 357:24 358:10 |
| 189:19 191:22 | follows 7:21 | 126:16,22 | 246:24 247:10 | 359:5 360:1 |
| 191:22 192:4 | 53:13 55:6 | 127:16 128:23 | 248:8,18 250:6 | 361:7 362:8 |
| 193:6 221:10 | footnote 74:4 | 130:11,23 | 250:10,22 | 363:3 364:17 |
| 221:18 226:22 | foregoing 391:4 | 131:16 133:4 | 251:7,21 | 365:16 367:2 |
| 239:20 246:21 | 391:8 393:4,7 | 134:8 135:10 | 252:15 253:10 | 369:19 370:10 |
| 252:22 264:1 | foreign 239:10 | 135:13 136:12 | 254:6 255:10 | 370:21 371:8 |
| 285:4 307:22 | 239:10 248:14 | 137:5 138:18 | 255:20 257:21 | 373:14,22 |
| 328:24 330:5 | 250:16 254:23 | 143:7 144:2,13 | 258:6,20 261:7 | 374:5 375:8 |
| 362:22 366:4 | 257:2,19,24 | 144:24 145:19 | 261:14 262:5 | 376:3,18 377:3 |
| 366:10 368:12 | 258:15 266:14 | 146:8,18 | 263:22 264:24 | 377:15 378:6,8 |
| fit 266:16 | 267:20 362:8 | 147:17 148:1 | 266:4 267:1,13 | 378:10 379:7 |
| 267:22 | 362:14,16 | 148:20 149:5 | 269:2 270:3 | 379:19 380:12 |
| five 236:23 | foreign-body-... | 150:17 151:19 | 271:17 275:20 | 380:20 382:12 |
| 237:2 309:9 | 205:6 | 153:10 155:4 | 276:13 279:10 | 383:1 384:10 |
| 311:9 362:9,17 | form 13:6 22:3 | 155:15 157:3 | 280:17,21 | 385:1,20 386:8 |
| 387:24 | 25:22 27:21 | 157:17 159:5 | 281:9 282:7 | 388:4 |
| fix 79:17 | 29:16 31:21 | 159:21 160:12 | 283:20 285:17 | formal 9:24 85:4 |
| flag 50:3 | 32:5 34:16 | 161:12 162:24 | 286:12 287:3 | 87:8 205:16 |
| flaws 194:17 | 36:5,15,24 | 164:13 169:17 | 287:23 289:1 | 227:24 233:14 |
| 195:21 196:1,7 | 37:12 43:23 | 170:17 173:15 | 289:12,17 | 295:5,7 |
| 197:2,18 | 45:7 46:12,19 | 174:20 175:18 | 290:21,24 | formation |
| Fletcher 84:15 | 48:10,16 49:15 | 177:10 178:8 | 291:3 293:14 | 173:24 242:21 |
| 87:6,12 | 52:13 54:14 | 178:22 180:5 | 294:5,19 | 348:2 |
| Flip 60:7 | 57:19 58:1 | 183:23 185:22 | 295:19 296:4,9 | formed 179:24 |
| FLOM 2:20 | 59:3 61:3,9 | 188:5 189:12 | 296:12,19 | forming 18:14 |
| FLW 1:7 | 62:13 63:9 | 190:12 191:2 | 298:15 299:1 | 24:21 44:23 |
| focus 88:20 99:3 | 65:5,23 66:2 | 191:18 192:14 | 302:21 303:2,8 | 110:2 111:5 |
| 114:14 156:3 | 66:16 67:2,10 | 195:23 199:10 | 303:8,20 | 121:17 129:13 |
| 197:13 228:20 | 67:22 68:13 | 200:17 201:6 | 304:18 305:2 | 146:13 147:20 |
| 231:5,7 232:22 | 69:2,7 70:10 | 202:5 203:18 | 306:9,17 | 173:3 176:13 |
| 233:5 277:3 | 71:8 73:2,11 | 205:21 206:21 | 310:11 314:1 | 199:5 250:8 |
| 301:3 | 74:17 78:18,24 | 207:9 209:5,16 | 316:21 318:11 | 291:23 374:13 |
| focused 8:21 | 80:6,13 81:1 | 210:15 213:13 | 320:13 321:10 | 384:21 |
| 353:4 | 81:21 86:10 | 214:21 215:10 | 324:24 325:21 | forms 168:10 |

Golkow Litigation Services - 877.370.DEPS

Shawn Levy, Ph.D.

**found** 17:20
  30:20 122:20
  124:16 144:5
  159:23 160:1,2
  161:2 162:4,16
  176:4 187:12
  188:2 202:8
  204:2 219:11
  221:4 252:12
  271:12 272:8
  273:11,15,20
  274:8,23 301:4
  306:5 319:4
  378:19
**foundation** 65:9
  181:4
**four** 40:12 53:21
  57:16,20 58:5
  65:19 309:9
  331:23,24
  360:23
**fragile** 325:7
**fragment** 60:21
**fragrance**
  352:12,21
  371:12,14,17
  386:20
**fragrances**
  126:20 134:3,4
  134:17,24
  135:7 136:1
  137:14,15
  146:11 154:1
  235:14
**frame** 101:3
**frank** 31:14
  187:21
**free** 190:13
  241:8 313:13
**French** 213:17
**frequency**
  146:22 160:20
  161:4
**Friday** 1:11
**front** 11:7,15
  12:2,15 13:3
  13:18 14:6

  30:19 68:3
  141:22 312:22
  357:9
**full** 31:5 33:13
  33:19 39:4
  51:2 72:7,20
  76:7,22 77:2
  103:23 112:11
  121:22 122:1,1
  203:3 205:1
  243:2 274:14
  330:5
**function** 62:21
  63:3
**functionally**
  299:7 343:11
**functions** 61:19
  62:6
**fund** 109:8
**fund-** 65:6
**fundamental**
  52:22 53:7
  57:12 61:12
  62:16 65:13
  68:17 74:9
  79:11 81:6
  91:18 106:4
  173:18 183:15
  185:6 226:1
  233:6 329:7,19
  348:15,16
**fundamentally**
  105:5 174:8
  185:1 217:5
  263:12 294:8
**fundamentals**
  74:13 168:14
**funded** 108:17
  109:3 296:24
  297:11 300:5
**funding** 89:9
  90:21,22 98:12
  98:12 109:7
  298:7 299:4,11
  300:2,5 312:3
**funning** 300:10
**further** 160:6,6

  162:18 203:1
  306:22 322:5
  326:11 328:1
  363:8 369:1
  372:5 379:9
  389:3,8 390:5
  391:11
**furthermore**
  190:2 197:1
**future** 97:24

─────────
**G**
─────────

**G** 392:1
**gain** 319:20
**Gates** 182:22
  183:14 208:6
**GC1a** 360:21
**GCA1** 360:21
**gene** 51:13,13
  51:20 53:9
  55:7,14,20
  56:17,24 60:10
  64:9,21 217:15
  260:2 313:8
  321:23 322:6
  322:14,20,22
  324:20 325:6
  326:2 333:13
  333:14 334:6
  335:18 336:17
  346:17
**gene-dependent**
  321:12
**general** 70:17
  101:9 102:3
  105:16 106:21
  113:1 115:19
  116:21 117:6,9
  118:9 152:11
  169:21 170:18
  171:3 199:3
  202:6 210:5
  217:7 224:4
  259:4 316:2
  323:3 337:12
  338:1 355:23
  363:24 365:20

  371:21,22
**generalizations**
  172:18
**generalizing**
  172:15
**generally** 8:19
  70:22 167:15
  175:12,13
  207:13 243:17
  263:18 286:24
  297:3 311:5
  323:15 330:7
  330:18 336:9
  344:15 349:2
**generate** 218:1
  354:16
**generated** 215:8
**generation**
  182:1,9 200:11
  209:9 211:4,23
  212:7,21
  214:12 215:17
  216:3 236:7
  318:7
**genes** 61:18 62:4
  64:7,19 217:10
  310:9 321:22
  329:23 331:2
  331:17 332:15
  336:7 338:9
  339:20 340:22
  346:4 347:11
  347:18,23
  348:6,16,20
**genetic** 51:3
  53:14 54:2
  56:10 62:2
  106:8 320:5,23
  323:21 328:17
  329:22 330:8
  331:1,1 345:23
  346:13 347:1
  347:10 348:2
  348:11
**genetically**
  213:23 214:5
  216:20

**geneticist**
  119:10
**genetics** 88:17
  318:17 320:15
  326:13 345:20
  346:23 348:14
**genital** 265:17
  267:15
**genome** 73:3,13
  88:21,23
  309:18,21
  343:17
**genome-wide**
  343:13
**genomic** 8:22
  308:1,11 309:5
**genotoxic**
  354:20 355:5
**genotoxicity**
  355:1
**geographic**
  198:15
**germane** 65:10
  252:5
**getting** 38:3
  152:23 233:22
  242:4 270:5
  297:22 321:7
  336:9,20
  389:20
**giant** 250:16
**give** 19:20 27:16
  38:14 122:4
  124:17 144:14
  184:19 214:17
  215:7,16 216:2
  284:16 303:24
  326:6,7 351:24
  368:16 369:24
**given** 9:11,16
  32:9 33:3
  68:16 90:17
  92:13 103:24
  123:20 140:5
  152:20 163:9
  172:6,7 174:4
  180:13 192:5

234:21 246:11
258:10 259:4
284:18 293:10
299:17 301:9
321:13 327:18
347:16 348:12
377:23 389:15
391:10
**giving** 106:15
187:7
**glutathione**
183:15
**go** 9:5 53:19
55:11 56:23
61:15 67:24
75:5 120:22
139:8 140:19
141:13 166:13
171:24 236:21
238:7,13 260:2
267:19 290:18
301:15 313:1
313:13 327:24
330:14 338:7
339:11 343:3
348:5
**goes** 221:1 291:2
299:7 331:16
332:15
**going** 28:10
41:19 55:4
56:14 79:20
82:11,11
152:18 158:5
161:6 166:17
177:2 236:12
237:9 259:12
265:1 301:19
302:3 307:10
309:8 339:2
349:19 356:16
356:19 357:8
**Golkow** 7:4
**gonna** 14:8
28:19 39:2
41:18,18,22
42:13 64:4

208:10 219:5
236:15 312:24
312:24 357:5
**good** 7:24 8:1
79:16 267:7
307:4 312:7
321:22 341:20
**Google** 121:10
**GORDON** 3:3
**gosh** 9:2
**GOTSHAL**
2:14,17
**government**
4:20,23 19:13
21:21,21 90:20
90:22 300:17
**grade** 196:13
197:21 328:19
330:7,18
**grant** 108:18,23
109:5 300:14
300:15
**granted** 312:9
**grants** 91:3
98:13 300:18
**granulocytes**
316:6
**granulomas**
362:9,16
**graph** 360:12
**great** 42:24
237:7 263:17
288:5
**greater** 148:9
161:23 192:10
345:11
**greatest** 361:4
**ground** 10:7
**group** 58:5
87:12 89:8
180:10 192:9
200:5 323:20
**grow** 61:20 62:7
106:13
**growth** 77:20
78:10 106:2
348:5

**growth/survival**
77:19 78:9
**guarantee**
338:10
**guaranteed**
321:14
**guess** 109:22
119:23 153:3
255:2,2 326:17
335:21 362:11
383:17
**gynecologic**
327:2,3 370:3
**gynecological**
340:3
**gynecologist**
370:3

―――――――――

**H**
**half** 98:12
309:10
**halfway** 266:12
**hallmark**
316:18
**Halperin** 2:21
**Hamilton** 5:7
25:3,16,18
26:3,9,14 27:8
27:8,14,19
29:23,24 30:18
31:19,22 32:1
32:6,17,23
34:6,12,22
35:4,7,11,14
181:21,21
182:16 185:7
185:17 186:2,4
186:7,9,22
187:9,11,16
188:16,18,21
189:7,14
191:10 207:19
361:20,23
362:2 374:13
**Hamilton's** 35:1
**hand** 14:8 16:11
19:3 20:17

59:15 135:21
249:20 301:20
303:12 306:22
**handed** 16:9
19:6
**handing** 20:19
21:17 22:23
33:4 50:8
59:10 75:11
82:18 218:12
249:24 271:1
**handy** 192:22
**happen** 255:17
**happened**
333:19,19
**happens** 251:4
**happy** 10:24
**hard** 13:21,23
30:16 44:3
**Harper** 182:22
241:11
**head** 43:18
123:24 347:22
**heading** 327:12
**heal** 77:24 78:11
**health** 5:24
107:11 108:21
109:11,13,15
110:1 111:7
142:8 258:12
384:16
**healthcare**
308:7 309:14
**healthy** 317:11
**heard** 17:1
**hearing** 307:12
391:10
**heavy** 127:14,22
133:7,11,18
136:9,21 137:3
137:14 154:2
234:18 352:21
353:7,12,16,18
380:21 381:3
381:15 382:3
**held** 1:15 7:7
297:4 310:18

363:21
**Heller** 6:11
249:16 250:13
252:11 254:22
378:2,11 379:5
379:12 380:8
**Heller's** 249:12
250:1,3
**help** 47:10 232:7
240:4
**helped** 201:16
**helpful** 83:7
135:5 140:24
141:2 198:6
229:2
**helps** 127:23
385:9
**Henderson**
304:4
**hereditary**
345:5
**heterogeneity**
258:11
**high** 322:2
323:22 328:19
**high-** 322:23
**higher** 183:16
212:21 260:5
335:2 336:22
348:1
**higher-risk**
336:17
**highest** 361:12
**highly** 105:8
**hired** 8:16 91:10
93:3 95:15
96:7,17 102:14
**histologic**
259:17
**histological**
329:8,20
378:23
**histopathologi...**
259:2
**historical** 371:1
**historically**
177:16

**history** 284:11
284:11 345:22
346:6,11,14,23
368:21 383:17
**hoc** 101:19
**hold** 21:3 115:9
138:3 145:15
189:23 286:8
363:18 364:6
388:20,23
390:1
**holds** 288:14
**hopefully**
308:19 349:21
**hormones**
313:15
**hour** 79:20
158:6 236:13
**hours** 17:23
18:14 19:2
47:14,18,20,23
**HudsonAlpha**
88:21 89:2,3
89:18,22,23
98:1,3,8 100:7
100:11 101:22
101:23 102:6
102:12,20,24
103:11,16
109:4,9 287:15
299:13 307:24
308:3,13,16
310:22 311:13
311:23 312:6
312:16
**HudsonAlpha's**
100:18 101:12
**Huh-uh** 41:17
**Hulfish** 2:14
**human** 128:8
182:12,13
184:23 190:3,5
196:15 201:2
209:20,23
210:8 214:7
217:15 218:6
222:5 225:8

227:6 249:9
253:5 254:3
365:9 376:11
379:22,23,24
380:7,8,9
**human-based**
375:13
**humans** 166:7
185:1 210:12
351:10 364:21
365:3,13
374:19,22,24
375:6 376:7
**hundred** 338:4
**hundreds**
100:24
**Huntsville** 1:16
1:17 7:8
**hypothesis**
32:18 36:1
116:7 235:9
289:21 294:3,9
**hypothesized**
278:15,16
**hypothetical**
155:5 166:12
257:22 258:7
294:14

**I**

**IARC** 305:3
366:22 367:3
367:10
**IARC's** 304:23
**idea** 17:19
**identical** 51:19
54:20 55:17
56:1 57:7,17
57:20 58:9
61:24 63:2,13
65:2,16,20,24
66:6,7,13,22
67:8,18 68:21
69:4 73:18
74:5,15,20
78:16,22 80:3
80:11,18,19

82:6 327:20,21
329:2 332:19
**IDENTIFICA...**
14:12 16:5
19:8 21:15
23:4 30:14
33:8 49:23
59:8 72:4
75:15 82:24
142:3 190:17
193:1 208:8
218:10 249:22
270:23 326:19
367:23
**identified** 55:23
82:20 121:22
156:20 159:9
185:8 187:9
190:7 207:19
207:22 249:17
275:4 323:21
347:18 388:19
**identifies** 200:10
387:15
**identify** 11:8
19:10 23:6
24:11 83:7
193:20 301:7
348:14 373:5
**Illinois** 3:9
**illustrate** 106:7
114:15 211:2
324:2
**illustrated** 314:6
**Imerys** 3:2
307:5,6
**immune** 34:3,11
34:24 35:5,9
35:10,11
181:22 185:6
188:20,23
240:2 244:9
248:16 251:1
350:24
**impact** 130:21
**impairs** 344:9
**importance**

117:15 216:16
**important** 52:15
57:10 114:24
115:1 137:2,8
191:7 215:2,22
248:1 266:10
274:12,20
298:6 300:1
319:9 346:24
348:18 351:1
**importantly**
197:2 201:7
215:20 269:4
272:3 274:11
277:9 308:10
**impossible**
217:1
**in-depth** 365:7
**Inability** 344:18
**inadequate**
110:12
**inappropriate**
106:15 114:14
256:19 259:5
**inarguable**
129:19 162:1
**incessant** 351:3
351:6
**incidence**
268:22
**incidences** 192:7
**include** 45:19
69:23 92:2
124:7 125:11
139:12 146:22
148:17 168:8
178:10 200:12
219:24 220:4
310:6 326:1
341:6 359:8
365:11 383:17
**included** 36:7
45:12 73:21,22
83:13 85:23
87:11 91:23
118:15 126:6
129:6,6 138:15

139:10 146:19
146:21 148:21
150:5 157:20
195:17 205:13
212:9 226:23
254:10 289:4
347:2 352:6
358:7 387:8
**includes** 86:1
137:10 153:22
328:14
**including** 19:2
71:6 78:15
79:11 91:9
92:23 105:21
107:24 116:21
118:9 119:8
138:11 168:10
201:16 206:3
219:21 234:16
236:2 263:5,8
263:15 279:14
314:4 320:16
352:12,20
388:8
**inclusion** 31:2
188:21 197:20
274:13 385:2
386:23
**incomplete**
155:4 189:17
204:22 257:21
258:6 269:4
**inconsistent**
268:11
**incorrect** 265:11
359:3
**increase** 160:5
211:3,17
212:19 214:12
214:14 238:3
238:22 239:22
275:4 314:3
324:5 336:8
337:12,13,22
338:22 345:11
349:3 362:7

increased 5:18
  83:11 84:14
  160:3 166:2
  182:9 212:23
  254:12 256:16
  265:17 267:16
  273:3 275:1
  276:20 278:11
  279:16 321:3
  322:23 336:14
  337:10 344:1
  344:23 346:18
  347:19 369:8
  369:10
increases 110:13
  181:24 338:11
  340:6,14 345:6
increasing 160:3
  160:3 211:18
  233:19
ind- 233:16
independent
  115:12 229:19
  230:14 246:3
  278:1 295:13
  325:3 385:5
  388:1
independently
  288:8
indicate 214:11
  274:9 277:15
  322:6 327:1
  347:8
indicated
  281:16 335:6
indicating
  337:22
indicative
  256:20
indicator 345:22
  346:12,15
indirect 167:20
  314:24 348:2
indirectly 240:3
individual 61:18
  62:4 159:17
  177:1 179:4,4

198:20 318:18
  320:19 325:4,7
  345:7,24 353:2
  353:3 386:21
individually
  58:4 67:4,13
  128:15 174:11
  277:17
individuals
  114:10 156:6
  174:23 258:11
  258:16 259:14
  284:5 319:6
  323:22 324:5
  334:20 347:9
  348:11,13
induce 188:13
induced 20:12
  179:17 363:1
induces 167:3
  178:11,18
  191:14 350:5
  350:18 364:14
inducing 350:5
  350:17
industrial 126:8
inert 255:8
inevitable 318:8
infer 256:19
inflamm-
  241:17
inflamma-
  381:3
inflammation
  6:13 20:11
  21:6 24:3,16
  24:17 25:19
  26:4,7,11,15
  26:17 27:9
  29:24 32:2,19
  32:23 36:1,21
  37:9 91:24
  92:10,14,22
  93:5,13,14
  94:3 102:8
  106:13 114:9
  114:13,16,22

114:22 115:2,6
  115:14,15,21
  116:6,7,17,20
  116:24 117:4,9
  117:15,20
  118:1,8,9,10
  118:19 119:1
  119:20 121:4
  128:4,12
  129:21 130:2
  135:19 136:6
  137:23 140:8
  145:17 146:6
  146:14 147:13
  147:21 149:3
  149:16 150:15
  150:22 151:12
  151:17,24
  153:8,16,18
  155:1,10,19
  156:1 157:8,14
  159:1,8,18
  161:10 162:20
  164:2,6,10,18
  167:24 168:3,9
  169:1,2,8,13
  169:14 170:14
  170:15,20
  171:4,7,10,12
  171:18 172:8
  172:11,12
  173:13 175:10
  176:17 177:14
  177:17 178:4,5
  179:1,1,11,17
  180:1,16
  181:18 182:18
  182:19 183:8
  183:20 184:12
  184:15 186:24
  188:14 191:15
  191:21 207:6
  207:14,18
  208:15 209:3
  211:12 219:8
  226:18 227:3,5
  229:6 230:23

235:4 239:5,15
  239:19 240:7
  241:2 243:19
  244:19 247:12
  248:4,6,13
  252:1,2,4
  258:3 260:10
  260:20,23
  261:4,5,12,22
  261:24 262:3
  262:14,19,24
  263:3,11,19
  264:5,20
  266:13 267:19
  268:24 269:19
  270:8 271:4,23
  272:20,24
  275:13,15
  276:2,8,10,16
  276:18,22
  277:16,21,24
  278:4,5,6,9,17
  279:7 281:24
  282:23 283:18
  283:24 284:2
  284:12 285:6
  285:10,15,24
  293:19 305:14
  306:15 313:16
  316:16,18,24
  349:3,4,9,16
  349:22 350:3,5
  350:17 351:3,7
  351:11 353:12
  353:14,16
  358:21 362:7
  362:17 363:15
  363:19,22
  364:6,14,21
  365:3,13 366:2
  366:10,11,12
  367:9 376:7
  379:11 380:17
  381:3,16 387:4
inflammatory
  37:17 77:19
  78:9 92:3

129:22,24
  130:4 136:20
  154:22 163:10
  165:8,18,20,22
  168:15 169:7
  169:11 170:24
  171:19 172:24
  174:12 175:7
  177:23 178:9
  178:11,18
  188:20,23
  189:4,8 192:4
  197:5 204:13
  205:7 206:2,7
  207:1 209:9
  211:15,16
  230:17 233:8,8
  238:8,23
  239:11 240:2
  240:15 241:17
  242:1,9,12,20
  243:10,13
  245:2,19,22
  246:1,6,7,12
  247:8,17,18
  249:10,15
  250:20 251:15
  252:13 253:7
  253:17,24
  255:13,14,21
  258:10 259:1
  259:10 260:13
  260:16 261:19
  264:10,16
  265:9 268:7
  270:6 271:13
  271:21 272:8
  274:4 275:11
  275:12 276:16
  276:21 277:2
  278:18 281:22
  282:17,21
  283:3 284:6,21
  289:5 315:2,23
  316:2,13 365:8
  367:13 374:18
  375:5,24 376:5

Shawn Levy, Ph.D.

376:10,15,21
377:12,22,23
378:18 379:2
379:17 380:10
380:23 381:10
385:8 387:12
388:15
**influence** 326:1
**influenced**
277:6 369:7
**info** 113:5
**infor** 118:10
**inform** 20:6
22:20 23:18,20
39:11 84:5
85:14,21
180:20
**inform-** 65:9
**information**
20:10 21:5
22:5 24:1,15
24:20 27:5
56:8 58:8 65:7
65:13 66:9
67:19 68:14
70:18 71:5,15
74:9,10 75:4
75:18 81:6
85:22 86:2,9
87:2 97:19
100:4 110:23
111:10 112:4
119:22 120:3
123:6,11,13
124:1,6,9
125:1 127:20
131:19 133:22
135:20 136:2
136:16 139:2
140:3 149:11
151:3 155:6,12
168:19,21
180:9 204:13
205:17 220:5
223:22 234:7
245:6,23 286:5
331:1,5 333:8

333:24 334:5,6
341:8 366:1
371:4 373:10
387:7 388:7
**informatory**
65:9
**informed** 83:20
**informing** 83:5
**infrequent**
104:23
**inhalation** 162:3
200:2 226:7
**inhaled** 199:19
200:5
**inherit** 334:20
**inheritance**
347:10
**inherited** 51:8
51:12,19 53:9
53:14 54:2
56:17,24 321:6
322:6,13
324:19 326:2
335:17 342:17
345:21 346:4
346:17 347:17
**inhibition**
270:19
**initial** 47:16,17
177:14 243:12
248:15 249:2
265:6,8 293:16
327:19 348:17
**initially** 47:20
**initiate** 242:13
243:20 253:8
**initiated** 77:17
78:7
**initiates** 239:15
**initiating** 265:4
**initiation** 117:1
117:16 118:11
156:1 204:15
260:17 262:22
263:6 306:1
348:17
**injected** 31:13

172:20 173:11
185:19 186:5
187:13 188:2
362:9,18
**injury** 163:10
171:20 238:22
317:12
**insert** 15:4
**inside** 61:16
251:14 317:8
317:17
**insight** 75:17
**instigate** 239:11
**Institute** 98:10
108:7,18 109:2
307:24
**institutes** 99:6
109:15
**institution** 98:6
98:9,15 101:9
101:21 299:12
299:17 300:16
312:18
**institutions**
104:1
**instruct** 44:14
292:15,24
**instruction** 63:2
293:1
**instructions**
61:19 62:5,20
**insufficient**
193:19 244:11
**insult** 78:6
171:20 344:7
**insulting** 235:8
**intact** 318:6
**integration**
95:22
**integrity** 318:5
**intending**
224:22
**intensity** 233:1
**interest** 299:14
299:16,21
**interested**
391:13

**interesting**
58:12 106:20
124:23 198:15
212:4
**interestingly**
223:20
**interpret** 213:1
**interrelated**
348:8
**interrupt**
272:13
**interval** 32:7
279:18 280:6
280:14 281:3
359:23
**intramural**
109:17
**introduce** 52:21
327:23
**introduced**
318:1
**introducing**
331:5
**introduction**
68:17
**introductory**
56:8 57:12
62:16 65:7
79:5 330:17
**invasive** 275:2
**inversely** 268:22
**investigate**
105:7 107:12
213:21,24
**investigated**
91:12 203:13
**investigation**
106:19 202:13
298:22 299:2
**investigator**
98:4
**investigators**
109:9 196:12
200:10 250:15
**invoice** 16:17
**invoices** 4:18
15:18 16:8,12

17:23 18:3,18
102:14
**involve** 103:24
**involved** 91:7
347:11 348:16
363:17 364:5
365:23 366:3
372:13
**involvement**
16:21 89:17
310:10
**involves** 99:5
**involving**
104:12 128:8
175:24 299:9
304:8
**iPad** 11:10
**irrelevant** 90:9
**irritants** 387:3
388:13
**ISI** 121:10
**isolation** 96:12
**ISRTP/FDA**
201:1
**issue** 342:5
381:12
**issues** 8:20
147:4
**it'd** 217:5
**It'll** 135:4
**Italian** 124:24
125:9
**items** 11:7 13:2
330:8,21

_____
**J**
_____
**J** 2:11 3:5
372:14,14
**J.D** 2:8
**Jackson** 2:7
**JAMES** 3:9
**James.mizgal...**
3:10
**January** 1:11
7:5 16:10
265:22 373:4
**Jennifer** 2:5

16:24 17:2
**Jennifer.emm...**
2:6
**JERSEY** 1:2
**Jewish** 340:20
**Johnson** 1:4,4
2:13,13 7:9,9
8:3,3 127:4,4
127:13,13
128:20,20
129:6,6 130:9
130:9,19,20
134:5,18 135:1
135:1,8,8
138:11,11
139:5,5 151:5
359:1,1,20,20
384:17 386:5
387:16
**Johnson's** 134:5
134:18 151:5
161:7 384:17
386:5 387:16
**joining** 310:22
312:16
**journal** 25:4,9
83:20
**journals** 121:8
**Jude** 323:20
**judge** 292:16,24
**Judith** 5:9 49:21
50:10
**Julie** 3:18 7:3
**July** 101:2
102:13

————————
**K**
**K** 2:5
**keep** 29:15 55:4
56:14 170:2
237:2
**KELLERT** 2:18
**Ken** 307:5 368:7
**KENNETH** 3:5
**Keskin** 35:24
**key** 209:24
269:20

**Kferguson@g...**
3:5
**kids** 71:6
**kin** 391:12
**kind** 88:1 307:9
307:11,11
308:7 375:3
**know** 10:17,24
12:19 13:13
17:10,17,18
18:3 22:1 27:7
35:23 36:10
39:1 41:4,5
44:22 49:4
59:15 81:23
88:2 89:20
101:4 106:7,14
106:14 108:15
111:24 112:4
115:15 121:5
125:23 127:1,7
128:18 129:19
132:17 137:11
138:5,12 140:1
145:5 148:11
154:10,18
160:2 166:3
167:14 168:14
168:21 171:6
174:3,13 175:1
175:10 177:19
178:1 181:8
185:6 186:17
194:2 197:3,18
198:13,18
200:19 201:8
204:12,23
209:23 210:4,7
211:1,9,21
214:4,6 216:17
222:5 234:9,13
235:23 236:4
241:5 249:3
252:7 253:21
255:12,24
259:2 265:4
266:4 270:18

280:13,19
281:3 292:7
297:13,15
300:3 307:6,13
307:15,18
311:5 316:7
319:16 326:5
334:3 337:24
342:5 347:5
348:3 349:15
353:20 361:3
363:21 366:17
374:21 380:7
387:14
**knowing** 49:16
110:19 144:17
**knowledge**
12:17 64:16
66:9 75:19
99:23 102:3
103:23 107:8
107:21 110:9
127:21 152:1
160:4 171:7
175:2 295:20
329:22 331:6
336:12 353:22
392:4
**known** 17:6 73:3
73:12 89:3
107:6 140:17
179:18 183:13
242:22 248:13
310:7,9 313:16
313:22 314:2
320:10 330:23
385:8
**knows** 291:20

————————
**L**
**lab** 213:6,6
308:10 309:8
319:2
**label** 193:12
203:9
**labeled** 209:22
**laboratories**

98:18,20 99:2
308:20
**laboratory** 89:1
99:21 213:8
308:1,11,12,17
308:17,18
309:2,3,6,7,12
309:17,21
310:4 318:20
**laboratory-de...**
309:22
**labs** 99:14
**lack** 202:8
216:17
**lacked** 194:16
**lacking** 201:11
202:3 203:16
204:19 206:19
278:20 281:23
284:22 373:20
374:3,9
**lacks** 196:6
**language** 59:19
62:15 65:15
68:17 79:10
82:5
**laptop** 11:16,21
11:23 12:3,6
12:15
**large** 26:23
61:17 62:3
69:21 73:2,11
74:8 107:22,23
115:24 119:23
120:4 347:9
348:20 387:2
**large-scale**
220:2 348:11
**largely** 115:16
**larger** 161:1
236:6
**largest** 99:4
**late** 85:2 322:3
389:20
**late-** 172:7
**latency** 172:7
186:18 224:2,8

234:6,10,13
256:5
**Lau** 181:20
182:11 241:14
376:11
**launch** 310:5
**law** 11:3
**lawyer** 122:2
372:14
**lawyer's** 12:3,6
**lawyers** 17:9,16
17:20 18:18
19:20 84:18,24
91:11 93:4,17
95:16 96:8
102:15 121:15
122:4 123:21
124:17 142:13
142:21 143:22
144:5 181:9
256:22 297:11
**lay** 68:17 79:17
**layman's** 65:15
**layperson's**
171:3
**LDTs** 309:23
**lead** 99:3 109:23
115:4,5 117:10
128:4 150:21
162:20 166:2
169:14 181:18
188:3,24 189:5
189:21 191:15
201:10,18
202:2 203:15
204:19 206:18
226:18 229:6
261:17 335:2
373:19 374:8
381:15
**leading** 25:19
37:4 64:10,22
94:20 95:1
106:8 111:19
111:20 112:9
176:6 207:6,14
315:17 374:19

375:5
leads 26:11 32:2
  36:1,12 37:9
  114:1 129:17
  170:15 174:18
  178:6 209:3
  282:17 315:2
  380:17 381:4
learned 352:19
leaving 311:17
  312:13
Leavy 204:16
led 29:24 32:23
  34:13 35:12
  374:24 375:11
  376:16 377:12
left 56:16 182:7
Leigh 2:4 16:24
  17:2 332:7
Leigh.odell@...
  2:5
lend 385:10
length 228:18
  230:19 247:16
  248:2,4
lesions 305:13
  305:16,19
  306:4,6,13
  362:18
lesser 148:9
let's 12:11,14,14
  15:24 49:20
  50:20 53:19
  55:4,11 56:14
  56:23 59:22
  61:15 63:20
  71:23 75:5
  82:9 86:22
  141:24 147:19
  169:23 170:2
  197:13 272:7
  326:11 334:13
  342:1 343:3,20
  348:22 352:2
letter 83:13,18
  84:8 194:11
  195:16 357:12

357:15,16,20
359:3,7 372:20
level 154:7,9
  155:18 172:8
  232:19 243:8
  248:19 308:19
  319:11 360:4
levels 258:12
Levy 1:14 4:16
  4:18 7:12,17
  7:24 8:5 15:20
  18:8 29:9,22
  32:18 44:9
  72:6 88:15
  93:16 110:3
  111:6,14 116:6
  117:8 122:21
  125:15 158:14
  170:9 179:22
  183:20 203:23
  204:16 260:19
  272:15 291:6
  292:12 307:4
  357:3 359:11
  362:22 363:18
  368:9 369:23
  372:8 374:17
  376:12 387:22
  389:19,21
  392:3,22
  393:16
Levy's 77:9
LHG 1:7
Liability 1:6
  7:10
libraries 121:23
lies 363:12
life 318:13
lifestyle 313:14
  318:17 319:8
  319:20 320:16
lifetime 227:12
  234:5 254:12
  337:5 337:2,19
lifted 48:8,11
light 200:24
likelihood 131:7

224:19
limita- 290:19
limitation
  160:13 189:14
  212:14 276:14
  292:2 293:10
  377:19,20
limitations
  32:13 186:13
  186:15 190:4
  210:3 214:6
  290:17 293:2
limited 9:21
  115:17 127:8
  139:16 156:9
  165:17 167:16
  175:1 186:15
  224:9 225:4,11
  230:24 261:10
  266:23
Lin 272:3
line 24:14
  167:13 337:1
linear 160:21
lines 210:3,4
  215:11 247:24
  320:24 323:9
  331:23,24
  360:16,21,23
  361:1 376:6
  380:5
link 221:11,23
  222:7
linked 179:11
  278:16
linking 278:18
  284:21
Lisa 75:7
list 12:24 13:10
  39:4 40:8
  122:9,13,20,22
  330:20 348:19
  387:23
listed 41:7 84:16
  138:7 330:9
  387:2,3
listen 135:4

listing 43:14
  333:4,24
lists 386:23
literature 12:23
  12:24 37:1
  39:4 46:7,21
  48:18,20 50:13
  50:14 69:21
  93:18 95:6,8
  96:13,19
  114:19 119:9
  119:21 120:17
  120:18 121:2,6
  121:14,16
  122:13 123:4,8
  124:8 125:7,12
  128:6 132:23
  133:21 138:20
  139:15 143:4
  144:6,8 145:10
  148:3 149:6
  152:9 154:12
  159:7 160:5
  161:21 166:4
  167:14,15
  173:17 174:14
  175:21 177:15
  178:15 193:21
  202:9,14,20
  203:6,13 204:2
  204:11 207:13
  220:1 242:6
  252:6 255:13
  256:3 279:1
  286:15 289:22
  290:10 293:17
  293:18 294:12
  295:1 305:16
  314:12 325:12
  331:7 334:2
  350:23 355:14
  356:5,8 357:21
  358:3,6 359:2
  359:8 364:2,11
  364:15 365:1
  365:24 366:4
  367:7 373:2,6

373:11 375:11
381:2,19,20
382:18,23
384:11 385:22
literature-cited
  122:20
litigation 1:6 7:4
  7:11 8:12 17:3
  54:21 63:13
  69:19 91:11
  181:10 187:8
  257:1,6 266:2
  296:2 298:13
  363:18 364:5
little 152:24
  158:9 168:12
  236:13,15
  238:14 298:21
  307:16,23
  310:12 324:15
  327:24 346:9
  368:13
live 322:3
lives 227:10
LLP 2:7,14,17
  2:20 3:3,8,12
LNP 275:2
local 238:22
location 232:20
logical 199:11
Lois 1:19 3:21
  7:15 391:18
long 161:22
  166:11 224:11
  228:14 233:1
  303:8 319:13
longer 106:21
  158:10 191:10
  212:23
longest 359:22
Longo 40:13,15
  40:20 41:5,9
  41:12 42:17
  43:1,8 45:4,9
  45:11,14,20,21
  46:8,16 47:2,4
  47:8 130:7

| | | | | |
|---|---|---|---|---|
| 370:7 383:4,7 | 249:16 256:24 | **machine** 391:5 | 302:13 303:4 | 367:4 |
| 383:12 384:2,6 | 277:1 284:5 | **macrophages** | 363:6 | **materials** 13:18 |
| 384:8,21 | 297:20 306:12 | 191:23 192:6 | **manuscripts** | 15:7,13,14,19 |
| 385:16 | 306:13 355:1 | 264:14 348:24 | 370:15 376:9 | 24:6 38:10,13 |
| **Longo's** 45:24 | 376:5,7 384:7 | 349:3,11 | **maritime** | 38:18,21 39:1 |
| 370:12,18,24 | 384:15 | **magnitude** | 213:17 | 183:5 292:8 |
| **longstanding** | **looking** 24:8,13 | 236:7 247:21 | **mark** 16:7 30:11 | 296:7,9 303:7 |
| 161:22 | 29:10 30:5,18 | 248:5,20,24 | 33:5 49:20 | 316:6 379:11 |
| **look** 20:14,16,21 | 31:4 33:17 | 258:15 259:11 | 72:1 76:1 | **math** 337:21 |
| 20:24 29:2 | 42:16 58:17 | 361:4 | 135:1 141:24 | **matrix** 362:20 |
| 30:6 38:1 | 60:20 63:23 | **major** 99:3 | 190:19 192:23 | **matter** 7:8 18:7 |
| 50:20 53:12 | 110:23 132:7 | 275:16 276:2 | 208:10 326:16 | 22:17 23:19 |
| 64:7,19 71:23 | 179:14 181:19 | 281:24 284:3 | 326:17 360:11 | 25:13 232:1,9 |
| 75:1 110:3 | 181:24 182:11 | 304:9 317:7 | **marked** 14:9,12 | 307:6 370:4 |
| 122:8 123:22 | 202:24 213:14 | 327:2 | 14:22 16:5 | 391:4 |
| 124:13 128:11 | 233:21 252:16 | **majority** 98:12 | 19:4,8 21:15 | **matters** 371:23 |
| 145:6 160:17 | 265:15 273:21 | 123:12 127:9 | 21:17 22:23 | **maximum** |
| 160:20,22,24 | 280:4 293:17 | 231:6 266:1 | 23:4 30:14 | 150:24 162:11 |
| 175:21 177:15 | 295:24 313:7 | 300:13 387:1 | 33:8 38:4 48:2 | **Mayo** 5:11 |
| 186:16 204:24 | 325:11 338:19 | **making** 52:4 | 49:1,23 50:8 | 58:20,23 59:5 |
| 214:24 221:9 | 348:1 351:23 | 118:24 235:9,9 | 59:8,10,23 | 59:12,19,23 |
| 229:4 236:3 | 362:4,11 | 244:16 267:23 | 72:4 75:11,15 | 60:3,13,15 |
| 248:13 256:5 | 368:15 | 267:24 319:10 | 76:5 82:19,24 | 61:16 62:11,19 |
| 266:8 272:7,9 | **looks** 16:16 | 345:16 393:7 | 86:16 87:15 | 63:14,22 64:5 |
| 276:7 277:4,9 | 17:22 18:2 | **malignancy** | 96:24 142:3 | 64:14 65:3,20 |
| 301:16 302:12 | 234:3 | 243:15 327:3 | 185:8 190:17 | 66:10,14,23 |
| 313:5 325:14 | **loop** 303:11 | **malignant** 114:2 | 193:1 208:8,24 | 67:19 68:9 |
| 326:11,15,24 | **Loss** 64:1 | 115:10 169:5 | 218:10,12 | 69:5 |
| 327:10 328:23 | **lot** 361:21 | 169:10 243:15 | 249:22,24 | **Mbarrie@bur...** |
| 330:4,15 | **love** 158:6 | 328:14 | 270:23 271:1 | 2:9 |
| 331:15,20 | **low** 268:17 | **managed** 299:21 | 301:18 326:19 | **MC** 328:20 |
| 334:13 337:9 | 328:18 330:7 | **management** | 327:7 357:12 | **MDL** 1:9 7:11 |
| 339:16 343:20 | 330:18 338:2,6 | 98:17 | 367:23 368:7 | 22:20 40:4 |
| 348:10,22 | **lowering** 270:7 | **manages** 299:16 | **marker** 183:12 | 46:9 |
| 350:19 351:19 | **LUNCH** 166:19 | **MANGES** 2:14 | **markers** 128:12 | **MEAGHER** |
| 355:15 357:19 | **lung** 4:24 21:22 | 2:17 | 177:23 179:16 | 2:20 |
| 358:5 360:8 | 106:22,23 | **manner** 52:22 | 179:18,19 | **mean** 53:16 54:4 |
| 362:21 369:1 | 165:19 176:5 | 140:21,24 | 264:19 319:4 | 64:9,21 70:4 |
| 372:19 386:9 | 176:18 234:13 | **MANSUKHA...** | **Marketing** 1:5 | 70:16,18 |
| **looked** 32:6 | **Lynch** 343:21 | 3:3 | 7:9 | 108:14 112:20 |
| 67:17 68:4 | 343:24 344:9 | **manu-** 25:23 | **marking** 16:2 | 119:13 120:15 |
| 69:18,20,20 | 344:23 345:2,5 | **manuscript** 5:3 | 367:20 | 121:18 125:16 |
| 128:14 146:20 | 345:10,13 | 5:17 23:8,9 | **MARTIN** 2:8 | 139:19 167:11 |
| 152:8 160:9 | | 25:24 83:6,8 | **match** 68:9 | 187:5 245:21 |
| 166:4 173:2 | **M** | 83:18 84:19,23 | **material** 132:23 | 262:2 264:9 |
| 188:1 200:5 | **M** 2:11,15 | 85:5,13,14,23 | 180:15,16 | 272:12 277:21 |
| 224:10 226:7 | **M.D** 88:14 | 86:2,5 87:8 | 291:23 296:6 | 296:1 317:19 |

Shawn Levy, Ph.D.

317:20 320:6
335:24 336:11
377:16
**meaning** 17:16
87:10 98:11
112:23 120:16
131:3 151:11
169:8 185:1
278:4 319:19
321:18 322:2
**means** 70:13
80:19 108:16
133:10 232:17
308:21 323:15
**meant** 131:22
**measure** 212:15
285:14 317:23
317:24
**measurement**
318:2 323:1
**measurements**
180:15 285:23
**measures**
212:16
**mech-** 232:14
**mechanism**
20:11 21:6
24:2 26:5
92:10,14 94:1
94:10 95:12
101:16 107:12
113:3 114:4
116:18,20
117:6 126:4,9
127:24 129:18
135:17 136:3,7
137:10 140:18
143:12 145:22
146:2 150:20
151:10 155:24
156:9,15,16,18
156:21 157:1
157:11,19
159:13 163:2
164:18 167:3,8
167:10,18,23
168:23 176:17

177:13 184:11
201:10,17
202:2,8 203:15
204:18 205:13
205:19 206:14
206:18 210:19
210:20 219:2
219:15 220:4
220:20 222:5
225:5,7,11
226:1,16 227:3
227:14,18
228:21,24
229:18 230:13
230:13,15,17
233:20 234:9
234:20 235:16
237:23 238:3
239:18 242:4
242:10,20
244:3,15
245:13 246:9
247:13,24
249:2 251:24
252:1,5 253:20
255:11 257:15
260:3,7,15
261:16 265:16
266:14,21,23
267:3,9,10,15
267:20 268:2
268:13 275:8
277:11 278:9
278:12 282:11
284:10 286:18
286:19,23
287:6,10,14,18
288:1,10 289:4
289:4,8,23
290:9,10,12,15
290:19 292:4
293:4,11,16
294:2,13,17
295:8 296:1,17
315:23 325:2,8
325:23 326:1
353:5 365:5

366:6,9,14
373:19 374:3,7
375:10 381:22
382:15 385:11
385:12 388:15
**mechanisms**
52:20 91:12
113:24 162:15
167:4 210:7
233:7 247:11
284:15 290:4,7
314:22
**mechanistic**
95:23 106:16
232:14 259:24
262:8
**mediated**
248:15,16
**mediator** 351:1
385:8
**mediators**
238:23
**medical** 97:4
172:19 310:14
**meet** 108:12
139:3 223:24
**meetings** 9:20
**Melville** 2:11
**member** 89:13
98:5 103:13
**members**
101:12 103:10
104:1
**membership**
91:4
**mention** 208:6
385:24
**mentioned**
84:12 99:11,14
113:4 115:10
139:5 148:22
176:8 179:5,14
182:8,22 184:2
207:10 208:11
260:1 263:14
321:22 339:9
342:12

**mentioning**
324:1
**Merritt** 6:13
271:3,9,19
272:4,7 279:5
279:11 281:19
282:4 283:10
283:12
**Merritt's** 284:20
**mesothelioma...**
174:1 176:7
**meta** 224:4
377:4
**meta-analysis**
5:4 23:11
161:2 220:2,19
224:17 237:22
256:15 265:21
376:13
**metabolomic**
319:4
**metal** 133:11
234:18 353:16
380:22
**metals** 127:14
127:23 133:7
133:18 136:9
136:21 137:3
137:14 146:11
154:2 352:21
353:8,12,18
381:3,7,15
382:4
**metastasis**
366:15
**method** 140:23
141:18 318:6
**methodologic...**
379:15
**methodology**
117:3,19
118:16 121:1
140:6,12,13
141:15 143:2,5
143:10,13,15
143:23 150:13
188:15 204:7

220:8,14
222:15 233:18
255:3 258:23
282:3 283:16
295:9 365:18
365:20,23
366:3,16
379:10
**methods** 87:11
141:10,14
143:19 220:16
378:23 379:12
**microenviron...**
77:18 78:8
**micrograms**
360:17,18
361:12
**micronized**
196:12 197:21
**microphone**
79:14
**mid** 322:2
**mid-'80s** 176:1
**middle** 72:13
233:24
**midway** 368:12
**migrate** 162:2
165:4 226:17
231:13 304:12
304:16
**migrates** 165:3
199:17
**migration** 162:6
162:7,14
199:22 227:1
304:24 305:6,8
**milieu** 106:8
108:2 137:16
235:13 369:8
**milliliter** 360:17
360:18 361:13
**mimic** 184:22
**mimics** 191:11
234:11
**mind** 9:16
105:19 147:8
171:13 184:13

185:11 218:5
228:13 245:1
247:7 285:5
291:17 300:1
301:17 389:18
**mindful** 158:10
**mine** 10:17
141:17 371:24
**mineralogy**
384:1
**minerals** 383:21
384:4
**minimal** 162:11
**minimum**
100:23 150:24
229:24
**mining** 307:7
**minority** 127:9
**minus** 319:6
**minute** 182:3
**minutes** 79:21
158:6,7 236:13
236:23 237:3
349:21 356:17
367:16
**mismatch** 344:9
**Misrepresents**
53:5
**missing** 87:5
218:6 261:21
377:9
**Misstate** 175:18
**Misstates** 63:16
67:22 117:12
118:21 131:17
132:3 149:22
152:4 153:20
180:6 202:17
205:21 214:22
230:10 248:8
251:22 275:20
296:4 383:15
**mistake** 332:13
**mistaken** 342:10
**mitochondria**
316:9 317:9
**mitotic** 31:11

188:10
**mixture** 213:16
**MIZGALA** 3:9
**model** 32:8
184:5,21 186:9
186:10 190:2
267:22 268:7
304:9 350:4
376:5
**modeling** 185:3
**models** 24:18
120:1 350:10
350:13,16,23
351:2
**modest** 100:24
**modified** 41:1
**modifiers** 343:7
**modulate**
319:18
**molecular** 5:17
83:9 84:13
107:2 115:5
177:22 179:16
232:19 285:20
285:21 301:4
328:16 365:4
**moment** 31:7
45:18 52:3
113:4 129:15
148:23 175:22
208:12 252:17
272:6,11,14
303:24 326:5
369:24
**money** 300:20
**monitor** 134:24
**monograph**
366:22
**Monroe** 1:16
**Montgomery**
2:4
**month** 32:7
**months** 32:7
**Moorman**
288:18,22
**morning** 7:24
8:1 19:2 22:9

23:14 82:21
83:24 185:18
**morphologic**
328:16
**move** 304:3
352:2
**moved** 13:11
311:13
**mu-** 323:5
**mucin-16**
183:13
**mucin-coding**
331:17 332:15
**mucinous**
328:20
**multi-subunit**
73:2,11
**multiple** 358:7
**multitude**
113:23
**mutagenic**
77:16 78:6
238:24 355:20
356:2
**mutated** 217:15
331:2
**mutation** 53:14
54:2 56:10,17
57:1 64:8,21
242:24 313:8
315:3,6 320:5
320:21 321:2
321:14,17,20
321:23 322:6
322:13 323:5
324:19 325:5
336:11,13,20
339:7,24
340:22 341:19
342:18 345:8
346:17
**mutations** 51:3
51:13,20 53:10
55:8,14,20
60:10,17,23
260:2 313:17
314:11 320:19

326:2 334:20
335:1,7,10,12
335:18 336:1
338:9,11,21
340:6,8,14
343:9 344:9
346:4 354:21
**Myriad** 345:20

_____

**N**

**N** 2:1 3:1 4:1 5:1
6:1 109:13
**N.W** 3:13
**name** 7:2 8:2,24
50:18 89:6,11
104:22 145:11
307:5 347:17
347:21 351:20
377:13
**name's** 49:5
**named** 89:20
308:16
**names** 127:3
**naming** 322:22
**NAPOLI** 2:10
**narrative**
362:13
**narrowing**
114:14
**narrows** 115:13
**nation** 99:5
**national** 99:5
108:7,18 109:2
109:15
**natural** 258:12
**nature** 8:10
98:11 202:7
234:21 377:23
**NCI** 108:6,14
109:8,10,12,13
109:17,22,23
110:3,7,11
111:1,4,7
**NCI-designated**
108:9,9
**nearly** 61:24
62:10 123:12

329:2 332:18
**necessarily**
26:12 66:8
103:22 109:12
115:12 163:7
164:6 169:9
174:9 250:20
253:6 258:21
264:21 270:4
270:20 325:24
339:23
**necessary** 50:16
94:21 114:5
118:11 153:17
155:17 163:18
165:12 171:8
180:11 184:13
222:12 243:14
246:18 252:8
363:22
**need** 10:23
20:16,21 21:10
27:22 30:6
42:13 69:10
157:1 170:3
172:1 190:14
218:3 237:1
254:2 272:6,11
272:14 276:14
313:13 322:18
379:8,9,9
**needed** 55:8,14
55:20 95:2
157:14 159:1
**needs** 162:7
**negative** 200:13
274:10 312:18
**neighborhood**
347:23
**neighboring**
165:7,16
**neither** 35:23
44:4 312:9
391:11
**neoplasia** 31:15
187:21
**neoplasm** 26:1

30:21 31:3
187:13,16
**neoplasms**
328:15
**neoplastic** 25:19
26:11 27:10
30:1 32:3,23
33:2 34:14
35:15 37:5,9
185:18 186:4
190:9,24
363:14
**neurological**
96:1
**never** 92:9,13
311:22
**new** 1:2 2:11,18
2:18,21,21
193:20 318:19
373:5,6
**nice** 14:4
**nickel** 366:23
367:8,11
380:17,22
**Nicole** 84:15
**NIH** 111:8
**nine** 98:22 311:9
**NJ** 2:15
**Nods** 10:15
11:17 156:23
302:19
**non-asbestifor...**
197:10
**non-finalized**
47:1
**nonasbestiform**
383:22 384:4
**nonasbestos**
197:20
**nongenetic**
343:1
**nonlitigation**
296:15
**nonpapillary**
31:12
**nonprofit** 98:9
**nonresponsive**

269:12 270:15
**nonsteroidal**
268:21 269:16
**normal** 62:21
63:3 209:20,23
217:4 218:6
252:21 317:5
317:11 360:14
**normalization**
212:13
**normally** 363:11
**notably** 369:12
**Notary** 1:21
**notation** 203:1
**notations**
333:21
**note** 88:6
**noted** 7:13
362:19 392:5
**notes** 14:5
301:19
**notice** 1:15 4:14
14:10,21 15:6
15:15,19 23:2
38:8 39:18
62:10 234:9
300:13
**notorious** 210:5
**novel** 289:9,19
**November** 20:2
39:13 41:1,10
42:17 43:9
84:6 85:15
180:2 245:18
**NSAID** 268:10
268:16 270:8
270:16
**NSAIDs** 6:14
268:6,9,19,21
269:7,12,16
270:1,11 271:4
**NTP** 6:3 35:24
181:23 182:16
190:7,20
191:16 192:3
192:12 193:4
193:22 194:7

195:9 198:23
200:8,15 201:2
206:3 207:20
**nucleotide** 343:4
343:8,15
**number** 4:13,15
4:17,19,22 5:2
5:6,8,10,12,14
5:16,20,22 6:2
6:4,6,8,10,12
6:16,18 7:11
9:20 14:11
16:4 19:7
21:14 23:3
26:23 30:13
33:7 37:2 38:9
43:12 49:22
59:7 61:17
62:3 66:12,13
66:21,23 67:17
68:8,10 69:21
70:24 72:3
74:10 75:14
81:24 85:19,20
91:8,24 105:21
106:6,11
107:23,23
109:3,8 110:6
115:24 119:23
120:4 121:11
123:5 128:7,9
129:4,5 137:22
142:2 146:19
157:7,13,22
159:9,24,24
168:7,10
174:23 175:11
177:19 186:20
190:16 191:4
192:24 201:9
206:3 208:7
211:9 217:15
218:9 222:23
224:9 227:4,12
227:19 229:24
230:18 234:5
249:21 252:8

263:23 270:22
277:4 279:1,12
279:21 288:3
296:21 310:5
310:21 311:24
312:16,19
313:7 314:3
319:8 326:18
329:21 330:8
347:9 348:1,12
348:20 350:13
357:13 367:3
367:22 368:15
368:16,17
369:9 374:2
376:4 377:17
381:6 384:12
387:2
**numbers** 161:1
281:15 387:3
**numerous**
365:19
**Nunes** 6:17
326:21 327:6
327:10 328:24
330:14 331:9
331:21 333:5
333:11,21
334:1,4,9,18
**nutritional**
213:6
**nutshell** 108:22

_____
**O**

**O'Dell** 2:4 4:6,8
12:7 13:5 15:3
15:17 18:5
20:15,20 21:8
22:2 25:21
27:11,20 28:1
28:6,12,16,20
28:24 29:11,18
31:20 32:4
34:15 36:4,14
36:23 37:11
40:16 41:14,21
42:4,9 43:22

44:8,19 45:6
46:11,18 48:9
48:15 49:14
52:12 53:3
54:13,22 57:18
57:24 59:2
61:2,8 62:12
63:8,15 65:4
65:22 66:15
67:1,9,21
68:12 69:1,6
70:9 71:7
74:16 76:18,24
77:5,11 78:17
78:23 79:13,19
80:5,12,24
81:20 87:16
88:7 89:15
90:5 91:15,21
92:16 93:7,21
94:13 95:3
97:10 99:16
103:18 104:6
104:13 105:12
107:18 110:15
113:7,18
116:10 117:11
118:3,20 120:8
126:15,21
127:15 128:22
130:10,13,22
131:15 132:2
133:13,19
134:7,19 135:9
136:11 137:4
138:17 140:9
141:4 143:6
144:1,12,18,23
145:18 146:7
146:17 147:16
147:24 148:19
149:4,18,21
150:16 151:18
152:3,16 153:9
153:19 155:3
155:14,20
156:12 157:2

157:16 158:4
158:13 159:4
159:20 160:11
161:11 162:23
164:3,12
169:16 170:6
170:16 173:6
173:14 174:19
175:17 177:9
178:7,21 180:4
182:5 183:22
185:10,21
188:4 189:1,11
190:11 191:1
191:17 192:13
193:23 194:19
194:23 195:22
197:15 199:9
200:16 201:5
202:4,16
203:17 205:20
206:20 207:8
208:17 209:4
209:15 210:14
212:1 213:12
214:20 215:9
215:18 216:4
216:23 217:12
217:20 220:12
221:6,14 222:1
222:21 223:18
225:2,16,20
226:20 227:21
228:15 229:8
229:13 230:6,9
231:3,15 232:3
232:11 235:20
236:11,20,24
238:16 239:6
240:11,20
241:7,20
242:15 243:21
245:3 246:23
247:9 248:7
250:5,9,21
251:6,16,20
252:14 253:9

253:12 254:5
254:24 255:9
255:19 257:3
257:20 258:5
258:19 261:6
261:13 262:4
262:15 263:21
264:23 266:3
266:24 267:12
269:1 270:2
271:16 272:10
274:18 275:19
276:12 279:9
280:9,16,20
281:8 282:6
283:19 285:16
286:11 287:2
287:22 288:24
289:11,16
290:20 291:1,9
292:5,19
293:13 294:4
294:18 295:18
296:3,11,18
297:14 298:14
298:24 302:20
303:1,19
304:17 305:1
306:8,16
313:24 316:20
318:10 320:12
321:9 324:23
325:20 328:3
329:4,11,16
332:1,9,20
333:1,22
334:14 335:14
336:3 337:15
340:11 341:2
341:14 342:2
342:11,22
345:3,14
346:19 349:12
350:7 351:12
352:13 354:1
354:10,22
355:11,21

356:15 357:2
358:1,12 359:9
360:7 361:17
363:4 364:19
365:17 367:6
367:24 368:5
369:21 370:11
370:23 371:10
373:13,21
374:4 375:7
376:2,17 377:2
377:14 378:5,9
379:6,18 380:1
380:11,19
382:11,24
383:14 384:9
384:24 385:19
386:7 388:3
389:4,9,12
390:4
**oath** 9:17,18
  10:1 11:1
**OB-GYN**
  257:11
**obesity** 313:15
  313:21 314:4,7
  314:11,14,18
**object** 13:6 21:9
  22:3 25:22
  27:21 31:21
  32:5 34:16
  36:5,15,24
  37:12 43:23
  44:14 45:7
  46:12,19 48:10
  48:16 49:15
  52:13 54:14
  57:19 58:1
  59:3 61:3,9
  63:9 65:5
  66:16 67:2,10
  67:22 68:13
  69:2 70:10
  71:8 74:17
  78:18,24 80:6
  80:13 81:1
  87:17 88:8

89:16 90:6
91:16,22 92:17
93:8,22 95:4
97:11 99:17
103:19 104:7
105:13 107:19
110:16 113:19
116:11 118:4
118:21 120:9
126:16 128:23
130:23 131:16
131:16 135:13
136:12 138:18
144:2,13
148:20 149:5
150:17 151:19
155:4,15
161:12 162:24
169:17 170:7
170:17 173:7
173:15 174:20
175:18 177:10
178:22 180:5,5
183:23 185:22
189:12 190:12
191:2,18
192:14 199:10
200:17 201:6
202:5 205:21
209:5 210:15
214:21 215:10
215:19 216:24
217:21 220:13
225:3,17
226:21 228:16
229:14 230:7
231:4,16
235:21 238:17
239:7 241:21
242:16 243:22
245:4 246:24
248:8 250:6,10
250:22 251:7
251:17 252:15
253:10 255:10
255:20 257:21
258:6,20 261:7

261:14 262:5
263:22 264:24
266:4 267:1
270:3 271:17
275:20 276:13
279:10 280:17
280:21 281:9
282:7 283:20
285:17 287:3
287:23 289:1
289:12,17
290:21 293:14
294:5,19
295:19 296:4
296:12,19
298:15 299:1
302:21 303:2
303:20 304:18
305:2 306:9,17
314:1 316:21
318:11 324:24
329:5,12,17
332:21 333:2
333:23 335:15
336:4 337:16
340:12 341:15
342:3,23 345:4
345:15 346:20
349:13 350:8
351:13 352:14
354:2,11,23
355:12,22
373:14,22
374:5 375:8
376:3,18 377:3
377:15 378:6
378:10 379:7
379:19 380:20
383:1 384:10
385:1,20 386:8
**objected** 15:5
**Objection** 53:4
  54:23 62:13
  63:16 65:23
  69:7 81:21
  94:14 104:14
  113:8 117:12

Shawn Levy, Ph.D.

126:22 127:16
130:11 132:3
133:14,20
134:8,20
135:10 137:5
140:10 143:7
144:24 145:19
146:8,18
147:17 148:1
149:19 152:4
153:10,20
155:21 156:13
157:3,17 159:5
159:21 160:12
164:4,13 178:8
188:5 189:2
195:23 202:17
203:18 206:21
207:9 209:16
213:13 216:5
217:13 221:7
222:2,22
223:19 227:22
229:9 232:4,12
240:12,21
247:10 251:21
254:6 255:1
257:4 267:13
269:2 286:12
320:13 321:10
325:21 341:3
357:24 359:5
360:1 361:7
363:3 364:17
367:2 369:19
370:10,21
371:8 380:12
382:12 388:4
**objections** 15:6
15:8,11 29:16
29:19
**obliteration**
363:10
**observation**
31:22 176:20
179:7 197:9
211:6 212:4,17

222:5 269:9
283:3 333:9
369:2,5 376:21
381:24
**observational**
375:3
**observations**
116:1 167:20
168:20 172:7
210:18 211:8
213:3 225:7
236:1 283:10
284:1,9 323:18
329:21 376:10
**observed** 34:13
35:11 99:20
116:22 183:16
186:17 197:24
224:3 227:8
234:12 258:23
352:22 362:9
387:13
**observing** 33:1
133:1
**obviously** 43:6
177:2 350:2
**occasion** 353:8
**OCCC** 328:20
**occur** 162:6,8
164:2 227:1
240:5 344:13
**occurred** 189:21
363:7
**occurs** 227:5
**odd** 57:16
311:16
**offer** 112:1
161:6 162:11
234:19
**offering** 52:19
159:15 266:19
**Oh** 29:3 50:2
175:7 194:24
301:13 332:10
389:17
**okay** 8:10 9:9
10:7,14,19,21

10:23 11:5,15
11:23 12:2,5
12:19 13:14
14:5,8,20 15:2
16:14,23 17:2
17:15,22 18:12
18:17,21 19:3
19:15,23 20:9
21:17 26:13,21
27:7 30:11
35:10 38:1,3,8
38:24 39:6,15
39:24 40:3,22
50:3,22 51:11
60:9 71:23
73:20 77:6
80:21 84:5,10
88:1,14,20
89:7 93:3,16
94:9,16,22
95:14 125:19
138:4 141:13
141:21,24
147:4,9,19
164:23 167:21
169:12 170:1,2
193:10 232:16
238:13 240:15
240:24 241:16
301:15,22
302:16 307:8
307:13,14,20
307:21 311:18
312:24 313:20
324:13 325:11
325:15 326:11
326:24 327:17
327:24 328:13
328:23 330:11
330:14 331:3
331:11 332:14
335:20 339:8
339:19 342:9
343:20 348:22
351:18 352:3
359:18 360:24
361:18 383:11

**old** 26:20
**once** 8:9 43:21
**oncologist** 370:3
**oncology** 99:2
310:7 323:20
324:11
**ones** 263:16
**ongoing** 115:22
115:24
**open** 251:13
**operations**
312:6
**opin-** 93:24
**opine** 153:17
158:1 165:6
**opining** 184:10
188:12
**opinion** 13:16
26:6,10,14,16
27:1,4,6 36:7
36:20 38:21
59:4 65:11
86:1 93:24
94:18,24 95:8
95:17 96:20,22
102:7 110:8
111:14,16,18
111:23 112:1,5
112:21 114:12
117:4,9,14
118:24 119:3,4
121:2 122:6
124:4 126:11
126:18,23
127:12,18
128:19 133:4
135:6 136:2,6
143:11 145:15
145:22 146:13
147:20 150:19
151:8,11,21,23
152:6 153:12
154:8,20
155:22 156:3
157:10,19
159:15 160:5
161:7,14

162:11,19
163:1 164:8,17
164:23 165:2
174:17,21
175:5,15
178:17,23
181:17 182:18
183:7 186:23
189:8 190:8
191:13,20
192:3 200:20
207:17,23
209:11 219:1
223:2,6 224:22
225:10 226:9
226:14 227:17
228:11,18
229:3 230:22
231:20 232:22
235:2 236:1
239:14,17
241:1,16,24
243:18 245:8
246:5,20 247:6
247:20 250:8
250:19,23
253:5 254:8
259:16,19
260:15 261:10
261:15,18,22
261:24 262:8,8
262:13 263:3
264:6 266:22
267:2 271:22
285:19 286:9
287:5,7 288:14
290:12 293:22
294:22 297:23
298:16 325:4
325:18 351:6
352:5 353:22
354:9,12,17
355:19 358:20
363:18,21
364:6 365:2
367:8 373:18
387:21 388:1,5

Shawn Levy, Ph.D.

388:20,23
**opinions** 18:14
20:6 22:20
23:18 24:21
25:13 37:3
38:19 39:12
44:24 52:19
65:10 84:6
85:21 96:23
97:3,7 101:24
102:1,12 110:2
111:5 112:6
114:21 116:4
119:7 120:12
121:17 124:2
125:2,13 126:1
126:3 127:5
129:13 130:21
130:24 134:14
136:14,24
148:2 156:8
169:20 173:3
176:13 179:24
180:11,12
187:7 193:7
195:8 199:2,5
199:16 225:4
233:12 244:24
247:4 249:1
252:24 262:10
262:18 275:18
282:5 288:10
291:23 304:23
305:12 353:11
365:21 366:24
370:1,8,13
371:5,16,18,22
374:14 382:21
382:21 384:21
386:14,17
387:9 389:13
389:21 390:1
**opportunity**
43:11 47:3
85:20 87:23
97:14 98:19
134:11 154:12

170:4 180:24
198:12 288:19
301:10 302:11
311:23 312:5
372:1
**opposed** 199:18
**opposite** 269:23
274:6
**order** 28:2 313:1
332:23 333:14
333:20
**organism** 210:8
**organisms** 318:9
**organization**
54:17 58:7
**organized** 13:12
62:3
**organs** 165:16
205:5
**orient** 47:10
169:19 170:12
195:7 272:23
359:19
**OSC** 328:18
330:7,18
**OSE2a** 360:21
**outcomes**
108:21
**outside** 216:17
226:17 317:18
**ovar-** 282:21
**ovarian** 4:24 5:5
5:19 6:9,14
20:11 21:7,22
23:12 24:18
25:7,8 26:5,8
26:15,17 32:12
32:20 36:21
83:11 84:14
89:4,9,14,18
89:24 90:3,8
90:14,18,21,23
91:3,9,13 92:6
92:11,15,21,23
93:6,20 96:9
99:6,19 100:2
101:17 102:8

104:12,21
105:2,10,18,21
106:23 107:13
107:17,24
110:4,10,13,24
111:8,15 112:2
112:9,22 113:6
113:13,17,22
114:9,17
115:18,21
116:18,21
117:5,18,21
118:2,13,17
119:19 120:7
120:24 121:5
128:4 135:20
136:8 162:21
164:9 165:23
166:3 167:4,24
168:3 172:6
182:12,14
184:12,16
186:12 187:1
188:14 191:15
201:10,18
202:2 203:15
204:19 206:19
207:18 208:16
209:3,21,23
211:12 213:22
216:20 217:4,7
217:10,17
218:6,14 219:3
219:8,12
220:21,23
221:11,24
222:20 223:11
223:17 224:3
224:21,24
226:19 227:9
227:15 228:8
228:12 229:7
230:24 237:23
238:4,10
243:17 245:15
246:7 249:17
252:2,12,21

254:4 255:15
256:16,24
257:18 258:3
259:18 260:10
260:12,21,24
261:5,17,23
262:1,3,14,19
262:23 263:4,5
263:19 264:5,6
265:18 266:15
267:16 268:23
269:8,10,17,20
270:10 271:5
271:13,21,23
273:1,3,5,7,12
273:16,18
274:5 275:1,13
275:16 276:3,8
276:10,20,22
277:6,19,21
278:6,12,16
279:8,16,24
282:1,22,24
284:3,12
285:12,24
289:6,24 290:5
293:19 304:13
305:21,23
321:3 322:15
322:17,20,24
324:15,16,21
325:6 326:3,13
327:1,13 328:2
328:13,14
329:1,7 330:24
331:6 333:5
334:7 336:10
337:2,11,20
338:1 340:2
341:7 346:5,6
346:18 347:19
349:23 350:6
350:18 351:1
351:11 360:15
364:4,7 366:2
366:12 368:21
369:10 370:2

373:20 374:8
374:10,19
376:16 377:13
377:18 378:3
378:19 379:16
380:9,17 381:4
381:12,13,16
**ovaries** 31:13
199:18,20
226:13 231:14
253:8 254:22
278:19 281:22
284:22 362:10
362:18
**ovary** 31:14
32:3 37:18
114:1 116:8
161:18 162:4
162:16,22
163:8 164:1,11
164:21,24
165:9,13 166:8
166:11,12
187:21 199:24
200:6 226:18
277:22 278:10
285:7,15,24
304:16 362:5
363:12
**overall** 137:18
176:21 177:4
209:17 210:19
219:10 235:15
247:13 258:8
258:11 270:7
275:1 281:23
339:22 345:6
346:23 366:14
368:20 382:7
386:1
**overgeneralize**
216:16
**overlapped**
45:16 87:22
**overly** 312:4
**oversee** 99:1
**oversight** 98:17

Shawn Levy, Ph.D.

**Overview** 327:13 329:1
**ovulation** 351:3 351:7
**owned** 308:15
**oxidation** 315:13
**oxidative** 87:1 238:22 316:5
**oxygen** 182:1,9 209:8 211:4,22 212:6 214:12 214:18 218:1 236:7 239:22 240:19 242:21 259:3 263:9 286:17 315:10 316:8,11,15,17 316:23 317:4,7 317:16,18 318:1,3,8,12 318:16 319:11 319:24 359:22 361:16

**P**

**P** 2:1,1,4 3:1,1 392:1
**P.C** 2:3
**p.m** 166:22 237:10,14 302:4,8 356:20 356:24 390:11 390:12
**p13/Ras/Notc...** 330:12
**p5-** 217:14
**p53** 216:21 217:4,9,14,18 217:24 218:6 321:22 334:21 335:11,17 336:1,16,19 338:21 339:8 340:10,19 342:17
**packaged** 61:17

**page** 4:2 5:13 18:3 24:8,13 24:16 30:12 31:4 33:11,18 35:19 50:20,24 51:3,7 53:12 53:19 54:1 55:5,11,12 56:15,24 60:3 60:6,9,20 62:1 63:1,20,22,24 64:19 71:12,24 72:1,8 73:8,22 75:5 76:9 77:9 78:3 112:10 119:6 122:12 122:16,18 123:16 124:15 124:20 125:15 137:22 138:7 138:16 147:7 149:16 187:12 187:17 191:21 193:16 194:14 194:22,22,24 195:1,5 196:3 200:9 201:8,21 203:2 204:24 219:16,20 221:9,15,18 238:1 250:13 269:13 271:8 272:19,21,23 274:14,16 275:24 278:13 281:20 313:5,8 320:3 326:12 326:24 327:1 327:10,12 328:4,9,23 330:6 331:20 332:4,7,8,15 334:13,13 337:1 338:8,8 347:7,8,8 348:22 349:19 349:19 350:22

357:5,15,19
358:5 359:17
362:12,13
367:17 368:11
368:14,15,16
368:17 370:19
372:16,19,20
372:21 373:10
373:10 374:1
**Page/Line** 392:6
**paid** 181:8 295:16
**panel** 200:24 212:8,8 310:7 310:11
**Paoletti** 124:15 124:18,22 125:2,8,24
**paper** 6:13 25:12,16,18 26:3,10,14,23 28:2,10 29:2,2 29:6,10,23,24 30:5,6 38:5,5,9 38:17 39:5,11 79:8 84:12 87:14 102:19 126:5,6 141:20 143:17 168:12 177:24 179:21 180:3,10,20 181:6,21 184:3 187:24 188:22 220:6,15 224:5 232:22 236:3,6 239:12 267:21 271:3 272:3,5 276:15 279:2,5 279:14,21 282:4,9,12,15 282:19 283:11 283:12,16,22 284:1,8,18 285:1,20 296:23 297:19 297:20,24 298:4,8 301:9

301:12 302:18
302:23 303:7
303:17,23
333:6 334:1
340:1 341:5,21
342:24 359:15
359:21 361:20
361:23 362:2,6
365:5,12
367:16,17
368:1,8,12
369:5 374:18
374:22 378:14
378:22 379:12
379:14
**papers** 121:21
263:8 283:13
284:8 300:22
331:8 376:20
**papillary** 30:24
**paragraph** 31:5
31:8,10 33:12
33:14,16,19,24
34:1 49:12,13
49:17 51:1,2,6
51:7,12,17
72:7,13,20
75:23 76:8,20
76:23 77:2,9
82:2 112:11
191:22 203:3
205:1,11
221:10,19
265:15 266:12
268:3 269:14
272:20,24
274:12,15,22
275:24 278:14
279:14 314:22
322:5 328:10
329:1 330:5,15
331:11 332:18
333:20 334:19
335:23 340:9
343:3,6,21
345:19 348:23
362:22 368:13

368:19,22,24
387:9,10
**paragraphs** 330:5
**parallel** 295:4
**parallels** 234:9 288:5 289:6
**paraphrase** 158:1
**paren** 78:7 331:13
**parens** 73:4,5,13 77:16 78:6
**parentheses** 60:16,23 78:16 328:18
**Park** 6:19 338:16,19,20 339:1,21 340:1 341:21 367:16 367:17 368:1,8
**part** 124:5,8 125:18,24 126:2 130:17 137:18 145:13 152:5 157:20 168:22 176:16 209:7,7 210:19 218:22,24 219:7,15 226:22 230:15 235:15 239:18 266:11 289:13 289:15 306:19 317:5 325:24 338:3 341:5 364:6 376:21 381:23
**partial** 279:13 328:10
**participants** 161:1
**participate** 102:3
**participated** 91:1 104:4
**particle** 164:11

Shawn Levy, Ph.D.

196:15 249:9 250:4
**particles** 196:20 198:9,16,17 253:6
**particular** 24:8 32:9 90:10 143:17 147:22 148:8 151:15 180:17 190:1 191:8 199:6 215:11 216:7 220:24 227:19 232:19,20 235:17 252:9 260:6 276:15 285:5 288:11 322:13 324:20 345:12 346:16 377:21
**particularly** 26:18 160:24 174:5 210:4 253:15 288:3 301:3 353:18 355:24 381:8
**particulates** 205:4 206:6
**parties** 391:12
**partner** 103:7
**partners** 102:21
**partnership** 103:4,6
**parts** 48:7 352:11 375:20
**patent** 8:12 9:9 9:21
**pathological** 351:10
**pathologist** 370:4 378:24
**pathologists** 256:24
**pathology** 25:4 25:7,7 257:5,9 257:13,17 370:2

**pathways** 185:4
**patient** 108:19 176:4,24,24
**patients** 99:22 173:19 175:15 176:4 323:19 344:1,23 345:11
**Patricia** 288:18
**pause** 175:22 326:4
**pay** 144:9 198:20
**pediatric** 323:10
**peer** 23:10 299:7 382:22
**peer-review** 71:2
**peer-reviewed** 70:19,20,24 71:3 141:17 167:15 288:2 297:3 364:1,10 364:15 366:9 382:18
**peers** 287:19
**pelvic** 6:13 271:4,13,21 272:8 274:4 275:10 276:16 276:21 282:20 283:3 284:6
**penalty** 393:3
**Penninkilampi** 6:9 218:15 219:17,22 220:6,9 224:5 227:11 236:18 237:18 265:13 267:9 269:24 376:9,13
**people** 153:1 292:18,18 321:7,8 345:13
**percent** 101:13 155:1,10 255:17 256:10

256:11 323:12 337:3,4,10,20 343:17 360:13
**percentage** 152:19 212:6 256:20
**percents** 322:3
**perform** 61:20 62:6 134:12 308:5 309:12
**performed** 99:24 148:4 188:7 189:15 190:1 224:18 386:19
**performing** 224:12
**performs** 308:18 309:3
**perineal** 5:4 6:9 23:11 159:16 162:2 166:9 167:2 177:7 191:11 205:3 218:14 219:12 226:9,12 227:8 227:15,20 228:12,14 230:24 231:5,8 233:22 238:3 253:15 274:23 277:12 278:10 281:21 351:10 376:15
**perineally** 161:8 161:18 199:8 225:14,23 226:15 231:13
**perineum** 199:18,23 200:1 229:6 363:12
**period** 78:10 172:8 173:19 186:18 188:6 224:8 234:6,10 248:19

**periods** 186:19 224:2
**perjury** 393:4
**person** 156:11 259:12 319:14 319:19 336:9
**person's** 338:11 338:22 340:6 340:14 341:16
**personal** 3:11 391:7
**perspective** 71:2 82:6 85:18 115:7 137:9 177:12 184:24 217:23 233:15 234:8 259:24 260:14 295:7
**perspectives** 57:12
**petition** 6:5 192:19 195:17 202:9 203:7 372:10 373:3
**petitions** 202:21
**Ph.D** 1:14 2:8 7:17 49:21 88:11,16 92:1 392:3,22 393:16
**pharmaceutical** 299:8
**phenomenon** 270:12 318:14 318:15 349:16 355:14
**phenotype** 177:4 252:9
**phrase** 36:16 330:17
**physically** 229:24
**physiological** 314:18,19 317:14 319:7 319:14,21 349:16

**physiology** 317:5,11 319:17
**picking** 56:16
**picture** 209:7 266:16
**PID** 273:2,4,6 273:12,16,18
**piece** 27:5 129:16 137:1 229:4
**pine** 213:11,17
**place** 17:11 170:14 228:14 248:17
**placed** 193:12 292:2
**placing** 185:11
**plaintiff** 40:4 43:20 48:24 266:1
**plaintiffs** 8:16 8:18 15:12 16:8 17:3 18:19 19:6,20 23:1 100:15 142:13,22 143:22 144:5 257:1 295:17
**plaintiffs'** 2:2 12:3,6 17:9,16 17:20 38:12 43:2 54:20 84:23 91:10 93:4,10,17 95:16 96:7,18 102:15 121:15 122:2,4 123:8 123:21 181:9 256:22 288:13 297:10 372:17 385:15
**plan** 18:18 97:18
**platy** 128:14 174:11
**plausibility** 5:23 37:4 52:20

93:11,19 94:1
94:18,24 95:9
96:4,9,21
111:19 117:7
121:3 127:24
131:1 140:14
142:6 143:19
230:4 288:15
288:23 366:7
385:11 388:20
388:24
plausible 26:4
95:12 101:16
112:8 113:3
114:3 126:3
129:18 135:17
136:3,7 137:9
140:20 143:11
145:22 146:2
150:20 155:24
157:11 163:2
164:17 167:3,8
167:11,23
168:5,23
184:10 201:17
205:3,12 219:2
220:4,20 222:4
225:5,6,11
226:16 227:14
227:18 228:11
228:21 229:18
230:13 257:15
260:20 261:16
267:3 268:2
275:8 278:12
282:11 288:1
289:23 290:4,8
290:14,19
292:3 293:3
294:2,13,17
295:8 296:17
325:23 366:6
375:10 382:15
plausibly 375:10
play 275:13,15
276:2,22 279:7
281:24 282:24

314:19 353:21
playing 388:15
plays 116:24
260:17 264:5
269:19 273:1
276:10 321:2
366:2
please 19:11
25:2 29:15
40:23 52:3
63:21 83:3
182:4 185:13
190:13 221:16
272:15 326:17
360:9 372:9
378:8
pleura 172:20
173:12
pleural 174:2
pleurodesis
129:23 168:13
172:19 173:5
173:20 174:2
174:18,21
175:5,15,24
176:15 177:3,7
177:16 178:5
178:11,18
PLLC 2:10
plural 87:17
plus 235:12,12
235:13 319:6
point 163:9,24
165:21 176:9
183:10 201:9
203:9 227:10
227:24 240:18
266:10 268:10
268:14 271:19
288:2 304:9
319:10 323:11
324:1 343:16
360:15,20
365:1 372:14
374:17
pointed 106:6
194:7 195:8,12

201:21,24
pointing 331:7
points 186:15,17
196:11 197:2
policies 101:22
policy 101:12
poor 319:19
population
337:12 338:1
portfolio 109:6
portion 201:21
374:16
portions 86:14
313:2
posit 257:16
position 98:2
186:3 310:13
positive 200:12
274:10 299:13
335:18 345:21
346:11 371:2
possibilities
108:2
possibility 35:17
97:24 189:18
212:19 246:10
382:2,10
possible 47:12
50:19 69:17
71:9 75:3
89:10 92:24
125:8 145:11
223:13 255:6
336:18 369:6
381:21
possibly 87:19
146:1 231:13
post 173:19
potential 4:23
21:22 83:22
91:12 92:10
93:5 105:2
121:4 137:12
163:9 170:21
214:6 234:19
235:7 237:23
240:9 243:2

245:1 247:20
249:18 250:24
253:16 258:9
259:10 261:11
265:16 266:23
267:8,10,15
297:24 299:16
315:17 344:16
352:21 380:23
381:21 385:9
385:17 387:5
388:13
potentially
110:7 139:6
164:19 176:23
177:4 276:7
353:21
powder 1:5 5:18
6:13 32:19
37:17 83:10
84:14 91:13
92:11,12,20
93:12,19 94:10
94:19,20 95:1
95:7,10 96:5,9
96:15 99:23
100:3 102:7
110:4,9,13
111:8,15,17,19
112:2,8,21
113:16 114:4,8
119:2,19 120:6
120:24 121:4
126:12,19,24
127:3,10,13
128:11,20
130:9,20 133:2
133:12 134:5
134:18 135:1,8
136:8,10,21
137:3,23 138:6
138:10,13,14
139:14,21,22
139:23 140:8
144:10,22
145:7,23 146:1
146:5,14,15

147:6,21 148:4
148:5,11,18
149:2,15 150:2
150:3,3 151:15
151:23 152:1
152:11,11,20
153:5,15,17,22
153:24 154:7
154:13,24
155:9 159:16
161:8,9,17
167:2,22 168:9
177:8 178:2
180:1 181:17
182:13,14,19
183:21 184:11
184:14,15
185:20 186:11
186:24 188:13
193:12 196:21
198:10 199:8
208:16 209:2
211:11,14,18
218:2 219:3,7
222:20 223:10
223:17 225:14
225:23 226:10
226:15,16
229:5 230:22
231:1,8,13
233:7 239:14
239:18 257:19
258:4 261:3,11
271:3 278:10
282:16 290:5
293:18 324:22
352:7,11,18
353:24 358:21
364:14 365:9
366:2 375:4
377:11 384:17
385:6,18
388:19,23
powder-conta...
145:16
Power 7:9
practice 89:24

90:3,7
**Practices** 1:5
7:10
**pre-reviews**
312:1
**precancerous**
183:21
**precisely** 54:16
85:10
**Precursors** 25:8
**predated** 311:23
**predict** 323:22
**predis-** 331:1
**predispose**
107:22 238:9
346:5
**predisposed**
323:16
**predisposes**
53:15 54:3
320:5
**predisposing**
320:19
**predisposition**
324:2,3,11
325:3,5
**preliminary**
319:5
**premature**
279:3
**premise** 52:17
52:22 61:12
165:5 177:14
300:3 323:4
**prepare** 13:23
**prepared** 112:1
**preprint** 5:17
23:9 84:11
85:5 86:11
87:21
**presence** 137:7
154:20 198:16
200:6 217:23
232:19 234:24
235:7 239:9,10
240:1 243:3
249:18 258:24

259:1 276:20
315:7,9 338:9
338:11 339:7
339:24 340:5
340:13 341:19
344:19 345:23
379:2,16 385:7
385:13 388:12
**present** 125:5
134:5 136:9
162:22 163:8
243:9 252:21
277:16 300:9
318:13 387:15
388:19,22
**presentation**
92:13,19 93:1
97:15 300:7,9
**presentations**
90:17 92:22
**presented** 97:3
126:4,9 128:1
129:10 136:4
225:7 290:11
303:7
**presents** 245:8
**president** 101:8
101:20,23
**press** 89:11
96:14
**presumably**
145:24
**prevalence**
260:5
**prevention**
193:11
**prevents** 217:10
**previous** 101:2
163:11 268:3
273:6 275:5
384:13
**previously**
84:12 351:22
**primarily** 95:21
121:9 138:8
156:8 181:2
188:19 211:2

315:8 323:14
**primary** 121:13
174:14 183:4
188:21 211:5,5
226:8,8 232:21
305:3
**Princeton** 2:15
**principle** 176:21
364:1
**principles**
140:18
**printed** 19:12
83:4
**printout** 14:4
59:12 60:3
**prior** 8:22 9:21
10:8 17:7 22:8
23:13 45:22
46:8 50:11
83:23 91:10
95:15,20 96:7
142:18 310:13
363:17 364:4
371:4 372:2
376:13
**private** 98:9
300:12,16
309:24
**privilege** 18:10
44:11 291:4,5
291:11
**pro-inflamma...**
277:5
**probability**
99:19 321:24
335:2 336:8,22
**probably** 12:8
19:1 43:18
105:22 121:12
158:9 177:19
198:7 274:12
311:9 313:1
318:14 319:15
321:1 363:9
**problems**
200:11
**procedure**

172:19 174:4
**procedures**
174:12
**proceeding** 40:5
**proceedings**
391:4,9
**process** 121:20
171:15 176:15
275:10 295:5
350:20 353:13
353:17
**processes** 91:24
278:1
**produce** 64:14
128:12 129:24
157:1 238:8
251:15 261:11
282:16
**produced**
263:10 264:17
317:9,17,18
318:3
**produces** 181:17
186:24 249:9
250:20 253:7
**product** 7:9
18:10 44:10
111:4 138:23
138:24 139:14
143:21 144:22
145:24 146:5
147:12,20
148:12,18
149:2,15 150:4
150:11,15
151:1,1,5,16
152:2,12,20
153:4,6,7,16
153:22 154:24
155:9,18 232:2
236:4 291:5
352:6,18 353:3
353:5 382:7
388:14
**production** 39:2
98:17 316:8
319:24

**products** 1:5,6
3:11 7:10
127:10,14
128:16,20
130:9,20 133:3
133:12,23
134:1,6 137:23
138:6,8,10,12
138:15 139:5,7
139:21 140:8
144:11 145:7
146:14,16
147:7,21 148:5
148:16 150:3,6
151:4,9,24
153:18,22
154:15 161:8
167:2 177:8
178:1 180:1,14
193:13 196:21
198:1,10,14
199:8 230:23
231:2 234:16
243:2 258:4
261:3,11 352:7
352:11 353:24
354:7 387:16
**professor**
310:16,19,19
310:20,24
311:2,6,16
**profiles** 310:8
**profiling** 99:4
**program** 99:9
**programs**
109:17,17
**progress** 174:24
174:24 205:8
207:2 246:19
310:22 312:2
**progressed**
119:22 174:24
189:22 206:8
**progression**
26:7 32:12
96:6 117:2,16
118:12 135:19

Shawn Levy, Ph.D.

156:2 169:4
171:9,15
176:19 178:13
178:20 179:19
204:15 240:5
244:12 245:15
246:18 255:15
256:6 260:18
261:1 262:22
264:19 265:6
277:18,23
310:10 320:17
347:24 348:17
363:23 366:15
proinflammat...
369:8,11
project 91:18
projects 89:19
91:8 98:21,24
99:10 103:24
104:11,16,21
105:1,4 109:3
109:19 309:4
proliferate
77:18 78:8
proliferating
76:16 77:15
78:5
proliferation
182:10 348:5
prominent
321:1
promise 318:23
promote 239:1
253:8 254:4
promoted
311:16
promotes
243:19
promoting
239:5
properties 356:3
386:24 387:13
proposed 20:11
21:6 24:2
219:14 220:3
233:20,23

239:9 242:9
246:10 255:12
284:15 286:19
286:23 287:9
287:13,17
289:8 296:17
325:2
proposition 34:7
35:8,20 271:11
273:11 274:3
339:15 381:15
propositions
339:14
proprietary
213:15,16
prostaglandins
238:24
protected 291:4
291:5,14 310:3
protein 73:3,12
216:21 217:4
315:13,16
343:19
proteins 329:23
343:12,18
protocol 196:14
protumorigenic
349:9
provide 15:18
36:7 43:17
47:21 84:18
93:11,18,24
94:9,17,23
101:9 102:5
108:19 111:16
114:24 125:6
140:22 143:11
143:14 145:21
150:23 151:20
152:6 153:11
157:18 159:7
161:13 171:16
222:6,14
224:22 228:17
228:17 231:20
254:7,8 261:8
285:18 287:24

289:22 308:19
322:12 324:18
325:23 341:8
352:16 387:17
provided 14:3
23:1,1 39:21
39:22 40:3,7,9
42:19 43:1,15
83:20 84:22
98:23 122:1,2
123:6,10 129:2
135:23 142:12
142:24 151:3
202:14 220:22
260:15 290:11
293:5 296:7
374:23 384:18
providers 308:7
309:14
provides 24:19
65:7 98:18
115:8 220:19
269:17 290:1
388:14
providing
106:12 157:24
172:13 330:22
333:7
PTI 3:7
public 1:21 5:24
107:11 109:11
109:13,24
111:7 142:8
300:12,15
384:16
publication
83:22 97:15,18
179:12 180:9
279:2 300:7
312:3 333:6
publications
295:2 296:21
300:14,19
318:23 323:10
341:8 365:10
367:4 385:24
publicly 309:19

310:1,2,6
published 48:8
69:21 76:14
90:13 92:9
96:22 140:23
141:10,14,17
141:17 143:1,4
143:5,14,23
167:14 235:18
265:21 279:5
287:9 350:4
354:19 358:7
358:14,15,22
364:1,10,15
381:2 382:17
382:22
PubMed 121:9
pull 27:13 74:23
124:13 357:9
357:13 359:13
purchased
383:13
purported 257:1
378:3
purports 252:11
380:9 383:12
purpose 173:12
174:15 211:5
213:9 214:9
219:21 247:23
362:1
purposefully
172:23
purposes 136:24
199:16
pursuant 1:15
put 13:2,10
37:23 48:14
50:23 59:22
76:8 333:19
357:9 359:11
361:19
putting 344:17
373:9
puzzle 137:1
229:4

**Q**

quant- 139:7
quantify 130:6
130:17 133:17
146:10,15
147:1 148:14
156:5 160:6
161:17 177:5
231:12
quantifying
139:7
quantitate
138:22
quantitated
166:7
quantitates
162:18
quantitating
152:19
quantitation
162:5 179:16
183:12 231:21
249:4 286:16
quantitative
387:19
quantity 387:14
387:24,24
question 9:14
10:16 20:22
21:9 25:24
28:3,15,17
29:9,12,22
30:2,3,4,7 31:3
34:18 36:17
44:17 46:22
47:5 52:4
54:24 61:4
67:15 70:8,14
71:16 80:1,14
80:15 81:12,18
105:8 113:9
115:13 116:13
125:16 132:10
132:12,15
134:23,23
135:1,4,14

138:3 145:3
149:24 150:10
152:24 154:4
155:23 156:15
157:7,13,21
159:23 163:6
163:14 164:5
169:24 170:3,9
170:13,19
171:1 193:17
197:13 198:4
201:20 208:21
216:1 217:2,19
220:10 226:23
228:2 229:14
230:18 231:18
232:18 235:22
250:18 251:11
251:14 252:19
252:22 253:4
255:23 256:4
262:16 269:6
270:6,9,9
273:23 281:2
282:2 285:1,4
290:21,22
291:24 292:23
297:20 305:8
307:17 314:13
319:23 324:14
324:17 325:1
335:22 336:17
339:6 342:7,14
346:8 353:1
359:5 360:1
364:22 377:19
377:21 379:22
380:2
**questions** 8:4
10:13 11:11
16:3 29:5
41:18 67:5
105:5 139:9
140:12 156:20
163:13 292:18
300:24 301:22
306:22 307:8

356:12 357:4
367:14 369:23
372:12,13,16
380:16 383:3
386:12,15
389:3 391:6
**quick** 236:16
**quickly** 319:18
319:21
**quite** 45:15
120:3 184:20
224:10 263:14
277:14 299:20
301:5 314:15
319:12,18,20
319:21 327:18
361:21
**quote** 62:20
64:19 276:1
304:24

————————
**R**
**R** 2:1 3:1 391:1
392:1,1
**R.E** 25:9
**radiation**
314:23
**random** 320:9
321:7
**range** 281:15
**ranks** 310:23
**Rappel@seyf...**
3:14
**rare** 95:23 224:7
**rarity** 174:4
**rat** 32:7 35:16
186:19 189:22
190:2,2 304:9
362:4 379:20
**rate** 131:4,13,24
132:19,21
133:5,10
285:12 324:11
336:19 337:24
**rates** 146:20
314:3
**ratios** 161:5

**rats** 187:13
192:7 363:5
**RDR** 3:21
**re-** 94:23
**reach** 164:1
166:11 204:8
205:4 224:14
386:17
**reached** 371:17
386:14
**reaching** 164:11
166:8 205:18
365:21 366:24
370:7,13 371:5
371:18
**reaction** 31:1
205:6 211:22
246:21,22
250:3 253:17
254:23 255:8
257:2,19,24
315:1,11 316:8
316:14 359:21
**reactions** 250:17
315:4,20
**reactive** 182:1,8
209:8 211:3,22
212:6 214:12
214:18 218:1
236:7 239:22
240:19 242:21
259:3 263:9
286:17 315:7,9
316:8,11,15,17
316:23 317:4,7
317:16,17
318:1,3,8,12
318:16 319:11
319:24 359:22
361:16
**read** 31:17
53:17 54:5,8
55:2,9 64:4,5
65:19 66:22
68:14 74:5,14
74:18 80:2
113:9 116:12

134:21 135:3
182:4 272:22
273:8 277:14
288:20 392:3
393:4
**reading** 54:24
68:8 83:15
132:4,4 194:4
194:20 202:18
212:10 221:16
294:24
**reads** 31:11 34:1
51:12,19 53:13
54:1 61:16
77:23 274:22
275:24
**ready** 272:17
**reality** 299:10
**really** 106:21
109:12 143:17
170:18 300:4
318:23 382:5
**realm** 297:7
311:1
**realtime** 1:20
11:11 132:8
135:4,11
391:19
**reason** 96:12
174:14 184:19
184:19 193:3
212:20 254:21
256:5 361:2
**reason-** 267:23
**reasonable**
171:2 267:24
356:2 390:2
**reasonably**
106:17 127:6,6
177:21 214:14
220:2 299:20
**reasons** 177:2
**recall** 27:18
28:11 30:1,3
38:19,20 43:5
43:18 45:8,15
50:16,17 59:18

68:8 69:16
70:1 71:21
75:7 84:22
92:19 100:23
110:11,23
111:2,3,12
123:23 132:24
139:16,21
149:8 152:19
175:23 185:9
185:14 187:15
192:20 193:10
193:15,18
194:5 208:12
212:10 249:16
253:1 257:9,12
275:17 277:6
285:7 305:5
306:18 322:24
340:23 342:16
342:19 353:9
357:16 359:23
361:22 364:22
372:16 378:13
380:18 383:4
**recalling** 180:23
**receipt** 15:10
38:12
**receive** 44:2
45:3
**received** 44:6
85:6,13 87:20
90:20,22 173:4
302:23 303:5
**receiving** 17:7
**receptors**
330:20
**RECESS** 166:19
**recognized**
222:14
**recollection**
22:15
**record** 7:2,14
11:9 12:13
15:4 19:10
23:6 24:12
25:2 31:10

42:14 82:11,13
82:15 166:13
166:17,21
170:5 202:17
237:9,11,13
272:22 302:3,5
302:7 356:19
356:21,23
390:8,10
**records** 123:22
312:3
**recruitment**
316:4
**redacted** 18:9
**redactions** 18:6
**redirect** 42:12
**reduce** 269:17
**reduced** 391:7
**REES** 3:3
**refer** 17:16
115:2 116:7
135:11 138:12
185:12 190:13
191:21 233:10
243:17 344:7
356:7
**refer-** 180:24
**reference** 24:4
25:3,6 34:23
35:1 37:22
38:9,18,20
39:4 73:21,24
74:1 75:2 79:7
112:15 119:6
122:9 125:6
132:22 141:20
143:9 175:11
176:10,12
180:24 181:2
181:23 219:17
266:11 279:23
285:19 298:12
326:15 330:1
339:21 353:7
358:16 385:21
**referenced** 18:7
24:6 25:11

47:7 84:3
129:3 131:5
132:24 141:10
142:15,17
178:16 180:21
188:18 211:2
214:10 254:18
266:9,9 295:16
300:16,18
303:9,13 333:8
337:7 368:2,9
376:8
**references** 24:19
24:20 36:6
45:17 79:12
121:24 140:22
145:12 182:8
182:21 183:4
208:5 241:5
325:18 331:10
333:10 341:6
358:7,20
**referencing**
331:8
**referred** 302:17
306:6 309:5,7
309:23 330:24
**referring** 86:21
110:18,20
127:2 150:2
179:21 183:1
190:21 211:21
254:9 264:12
280:2 303:3
305:18 315:5
344:4,5
**refers** 239:4,8
344:15
**reflective**
196:14
**refresh** 30:19
272:14
**refute** 166:1
204:4 275:12
**refutes** 210:20
**regard** 324:18
325:12 342:16

364:4 370:1
**regard-** 300:11
**regarding** 4:20
4:23 5:3 20:10
21:5 24:2,16
26:1,16 31:3
37:3 65:13
90:11,14,18
105:5 110:8
111:4 112:16
114:22 115:20
117:14 121:3
126:3,7 127:20
127:21 130:24
132:22 133:23
135:24 138:21
143:23 145:23
148:3,15 154:8
157:10 163:1
165:18 183:7
191:20 204:13
206:5 213:3
233:12 251:23
267:3 268:16
283:3 284:2
285:2 288:10
293:2 299:4
304:24 305:13
319:24 329:7
334:5 339:17
339:18 347:3
360:3 361:23
367:16 370:4
371:12,13
374:2 387:9,19
**regardless** 325:5
**regards** 92:20
101:18 284:6
341:6
**Registered** 1:19
391:19
**regular** 101:8
**regulated**
308:10 309:3
**rejected** 293:12
**relate** 341:13,16
**related** 89:9

104:21 119:20
165:18 193:16
199:12 239:19
239:23 240:3
243:11 259:16
268:24 274:13
279:6 285:11
290:7 293:20
314:18 322:20
323:6,6 324:14
339:6 381:21
**relates** 1:7 93:18
111:8 117:18
134:3 156:6
158:24 167:21
190:4 191:13
192:12 204:14
210:24 217:6
220:10 240:7
250:3 255:4
267:8 268:9
270:1 272:4
329:24 334:6
350:10 353:4
381:13 382:8
387:21
**relating** 120:23
**relation** 6:14
249:5 271:4
326:3 361:9
366:23 370:1
371:11,17
**relationship**
56:9 93:13
100:3 101:14
112:17 130:2
131:2 148:9
161:3 170:21
174:6 183:9
198:15 227:11
248:23 249:6
254:11 271:12
271:20 273:12
273:15,18
274:4,9 298:2
312:13 313:23
314:14 316:13

320:14 324:10
340:2 341:21
386:22
**relationships**
100:22 147:2
159:10
**relative** 174:4
186:16 214:15
215:3 244:12
280:1 281:14
321:17 339:22
340:2 341:19
345:12 377:20
**relatively**
186:21 268:17
338:6
**release** 316:5,5
**released** 349:5
**relevance** 201:2
**relevant** 119:9
120:11 125:7
125:12 200:21
203:5 210:17
272:3 357:21
**reliability** 70:7
70:13,17
**reliable** 70:3,5
71:15 216:10
216:12
**reliance** 12:24
187:3
**relied** 75:6
129:12 233:17
291:23 292:2
370:7
**rely** 44:23 126:5
163:3 178:17
186:22 187:2,2
205:17 208:14
208:24 224:15
228:5 241:18
286:20 288:2
293:1 366:22
370:12 371:16
374:12 386:18
388:9
**relying** 122:5

124:1,3,5,9
125:1,4,15,17
125:23 147:23
176:12 181:16
182:17 186:3
208:1 235:17
384:20 385:16
386:13
**remain** 266:18
312:19
**remained** 353:4
**remaining** 312:7
**remains** 55:3
60:1 105:11
106:19 258:10
265:18 267:10
267:17 346:23
**Remarkably**
329:15
**remem-** 132:11
**remember** 8:24
37:14 184:3
198:4 237:19
303:14 324:14
357:17 372:13
386:14
**remind** 124:12
338:24
**reminding** 24:5
339:4
**removed** 306:14
**RENÉE** 3:14
**renew** 301:19
**repair** 64:1,7,9
64:19,21 323:6
344:10,18
**repeat** 29:12
**repeating** 334:5
**rephrase** 134:22
207:16
**replicated** 106:6
366:16
**report** 4:16 5:9
13:1,22 14:6
15:20 19:23
20:1,7 22:12
22:17,21 23:21

24:6 25:11
27:2 33:1,4,19
34:1 35:3,15
35:19 36:7
37:3 38:6
39:12,22 40:23
41:5,9,24
42:16,17,21
43:2,8,9 45:2,5
45:9,11,12,14
45:15,21,22
46:1,9,10,16
46:22,24 47:2
47:4,9,9,15,16
47:17,19 48:1
48:7,14,17,19
49:1,7,12,13
49:21 50:5,9
50:17,20,24
51:1,6,12,18
52:15 53:13,20
54:1,8,11,12
54:17 55:2,6
55:12,18,24
56:1,15,24
58:11,18,21
59:20 60:1,10
60:20 62:1
63:1,12,16,20
63:23 64:19
65:3,10,11
66:13 67:18
68:11,22,23
69:5,15,19
71:20,23 72:7
73:8,23 75:5
75:12,18 76:9
77:9 78:4 79:6
80:4,23 82:22
84:6 85:15,22
86:3,7,14
87:13,21 88:4
88:5 90:11
95:19 96:24
97:13,19 101:9
102:11 110:20
112:7,10,11

114:3 116:4
119:3,6,16
120:12 122:8
122:13 123:7
126:10 127:5
129:2,3,18
130:17 131:1,6
132:24 136:4
137:21 138:7
139:20 140:5
141:11,20
142:16,19,23
143:10 147:8
157:9 160:2
173:21 180:2
180:12,21
182:22 188:8
188:19 201:16
205:13 206:14
208:3,5 214:10
218:19 219:16
219:23 220:11
231:11 232:23
244:16,18
245:17 254:11
257:10,13,16
261:3,19
264:14 269:13
269:24 271:9
275:7 282:5,12
287:10,14,18
288:19 289:3,6
289:9 290:1,11
293:9,12,23
294:3,24
295:12 297:8
299:15 302:24
303:9 308:6
312:21 313:2,5
320:3 322:19
327:6 330:6
332:19 333:3
334:15,17
335:7 341:12
346:11 350:21
357:6 358:6,16
366:5 367:5,18

368:9 369:17
370:18,19
371:1,6,11
372:2,3 375:3
375:12 383:16
385:4 387:10
387:18 388:8,9
389:14,22
**reported** 369:12
369:12 376:20
378:17
**reporter** 1:20,20
3:22 7:15 10:1
10:12,20 182:2
391:19,19
**reporting** 101:1
101:19
**reports** 39:22
40:8,14,15,19
41:11,20 42:15
43:1,13,15,21
44:23 45:4,20
46:6 48:22
49:17 50:10
53:7 54:21
57:17 58:6
74:12 114:21
129:8 130:7
134:11 135:24
148:15 235:5
245:7 254:13
256:23 257:5
257:10 266:1
273:6 288:3
295:3 296:10
352:18 375:19
383:8
**represent** 8:2
307:5
**representation**
283:9
**representatives**
9:22
**represented**
15:13 27:1
**representing** 7:3
279:6

**represents**
108:1 259:22
391:8
**Reproductive**
83:12 181:6
**reputable**
109:11 299:17
**request** 39:2
325:24 372:22
373:2
**requested** 93:9
135:16 150:18
286:5 287:24
289:19,21
295:1 325:22
**requesting**
193:11 195:12
**requests** 14:23
15:5 293:9
**require** 163:8
207:12
**required** 151:16
153:6 156:18
162:6,12
165:13 172:10
**requirement**
100:21,21
101:1 169:7
184:18 298:3
300:18
**requirements**
100:11,19
**research** 75:19
86:9,9 91:3,18
91:23 92:5
93:4 95:21
97:23 98:6,9
98:14,18 99:3
99:7,8 101:15
105:2 108:3,20
108:21 115:20
115:24 143:3
143:21 154:11
168:11 172:4
201:15 204:7
210:5 284:13
298:3 300:4,5

Shawn Levy, Ph.D.

308:11,13,23
309:3,4 310:18
318:19 323:9
364:10 366:10
**researched**
364:9
**researcher**
119:11
**researchers**
107:11 109:18
**researching**
119:16
**reso-** 70:22
**resolve** 242:1
**resolved** 305:9
**resolves** 242:3
**resource** 71:15
121:9
**resources** 121:8
121:13
**respect** 118:24
**respected** 288:8
**respond** 291:17
291:18
**responding**
212:23
**response** 23:2
34:3,12,24
35:5,9,10,11
39:17 92:3
129:24 154:22
160:10,15,21
160:24 165:8
165:18,20,22
168:15 170:24
171:19 172:24
173:24 174:13
175:8 178:10
178:12,18
181:22 188:20
189:8 192:4,18
197:5,24
202:12 204:13
205:7 206:1,1
206:2,7 207:1
211:15,16
230:17 233:8,9

238:9 239:11
240:2,2,16
241:18 242:1,7
242:9,20
243:11,12,13
244:4,5 245:9
245:10,20,22
246:1,1,6,7
247:4,18,18,22
248:14,15,18
248:24 249:3
249:10,15
250:16,20
251:1,15
252:13 253:7
253:24 254:17
255:14,14,21
258:10,15
259:1,10,12
260:13,17
261:19 264:16
265:9 270:6
275:3 278:19
281:22 282:17
284:21 289:5
315:2,23 316:2
316:14 324:13
361:3 365:8
367:13 372:9
374:18 375:5
375:24 376:5
376:15 377:12
377:22,23
378:18 379:2
379:17 380:10
380:23
**responses**
188:24 189:4
209:9 240:10
242:13 244:9
245:2,13 246:3
246:12 247:8
264:10
**responsibilities**
89:1 98:16
**responsible**
169:3 308:13

**responsive**
15:15,19
270:10
**rest** 47:22
270:17
**restate** 140:11
176:14 198:6
208:21 242:19
259:8 307:19
**restating** 164:16
388:11
**restricted**
309:18
**result** 114:17
156:16,21
167:4 242:23
270:17 313:16
315:5 322:16
324:22 335:11
343:11 344:7
344:12 362:7
391:13
**resulted** 363:9
**resulting** 196:13
239:20
**results** 87:11
126:7 129:7
148:6 171:18
171:21 197:6
213:2 221:4
231:11 266:16
267:21 275:5
295:10 308:6
309:13 315:16
315:24 323:5
324:4 352:24
360:3 361:9,10
373:4
**review** 5:3 14:18
20:14 23:10,10
25:8 29:6 37:1
37:14 43:12
45:10,16 46:20
48:18 49:6
50:13 75:1,16
75:17 79:6
81:7,14 85:3

85:21 87:4,20
87:23 91:2
93:11,18 95:6
96:2 101:8
104:15 105:3
109:5 116:3
119:21,21
121:2 122:3,22
124:11 128:6
134:11 135:23
138:20 140:2
140:15 141:19
142:18 145:9
145:10,14
146:19,21,21
146:24 148:6
149:6 154:12
157:20 159:7,9
159:22 161:21
166:3 173:22
175:20,20
176:2,10
183:24 192:1
193:4 198:13
203:12 204:2,5
204:11 207:12
211:19 218:13
219:10 220:1
220:15,18,19
222:3 223:9,12
223:14 224:4
226:8 227:7
233:16,18
245:7,23
256:14 263:15
283:7 289:22
290:7,9 293:17
293:21 294:11
294:12 299:7
299:14,18
301:19 305:15
306:19 314:12
322:18 330:22
333:4,7 334:2
334:4 341:4,4
341:5 351:15
355:13,15

357:20 358:2,6
364:24 365:24
366:4 367:7
371:19 375:9
377:5 381:5,19
381:23 382:13
382:22 383:16
386:2 387:6,18
**reviewed** 23:22
25:12,15 26:22
27:7 38:5
45:11 50:11,11
50:13,15 52:9
59:5 83:12,19
120:5,10 130:7
132:23 133:12
133:21 139:16
142:9 152:9
160:2,14
173:17 174:14
193:16,18
194:11 195:15
203:5 223:6
235:4 251:10
254:10 267:4
299:23 301:1
338:3 359:2
367:5 372:15
385:23
**reviewer** 84:2,4
**reviewers** 83:19
**reviewing** 34:7
91:2 96:19
132:14 144:8
220:9 253:19
275:17 277:7
354:5
**reviews** 5:24
142:7 224:17
295:13 296:23
350:23
**revised** 46:6
83:21
**revision** 47:24
**rich** 77:18 78:9
**right** 11:10 12:3
12:4 16:18,19

17:4,5,24
22:17,18 27:10
33:17 35:12
36:2,13 45:22
46:10 57:23
61:7 68:3,6
71:6 74:2,3
76:14 86:5,7
88:22 89:5
90:15 92:15
93:6,20 102:9
106:12 113:6
117:10 122:10
124:13 125:20
130:21 141:22
142:20 146:16
150:10 152:23
157:15 159:3
164:2 165:1
175:2 183:1
187:13,22
188:24 190:10
194:8,10 195:9
195:13,15
203:16 213:11
214:24 215:5
221:5 223:7,8
228:10 230:5
231:14 240:10
240:19 244:18
244:22 245:2
250:14 252:13
258:18 264:10
264:14,22
266:23 267:11
268:13,24
269:21 270:1
272:5 273:10
273:13,19
276:11 280:2,6
280:7 282:15
282:18 283:1
287:11,12
288:23 295:17
296:10 302:18
302:24 303:18
304:5 308:2,3

313:18 320:11
327:15 331:2
337:8 340:17
340:17 341:11
351:21 370:19
376:24 378:4
378:16 381:4
382:10
**right-hand**
272:23
**rigor** 256:8
297:4,24
**risk** 4:23 5:5,18
6:14 21:22
23:12 83:11
84:14 110:13
110:24 160:3,5
161:4 166:2
183:16 201:3
238:4 254:12
256:16 265:17
267:16 269:17
271:5,14 273:4
273:12,16,18
274:5 275:1
276:20 278:11
279:16 280:1
281:14 282:21
285:3 310:10
313:21 314:14
321:3,17,19
322:23 323:2
324:5 334:7
336:15 337:2
337:10,11,19
338:12,22
339:22 340:2,6
340:14,22
341:7,17,19
343:1 344:1,24
345:6,12,23
346:13,18
347:19,24
369:10,11
377:17
**risks** 266:15
273:3 326:2

**RMR** 391:18
**road** 2:10 265:2
348:5
**Robinson** 1:19
3:18,21 7:3,15
391:18
**role** 26:17 37:16
52:19 60:10
91:23 92:20,22
93:5 110:9
112:8 117:1,15
121:5 130:4
135:19 175:9
179:2 191:20
252:2 260:17
263:11 264:5
269:20 273:1
275:12,13,16
276:2,10,22
277:18,22
278:7 279:7
281:24 282:10
282:24 284:3
289:5 311:19
314:20 321:2
326:12 349:22
350:3 353:21
366:1 381:7
388:16
**rolling** 320:21
**ROS** 215:8,16
216:3
**Ross** 6:9 218:15
**roughly** 19:2
98:21 234:10
338:4
**route** 199:7,12
**routinely** 105:6
**RPR** 3:21
391:18
**RS** 212:20
**rules** 10:7 29:17
29:20 291:22
292:20
**run** 309:24
**running** 308:6
309:13

**S**
**S** 2:1 3:1,8
300:17
**S-transferase**
183:15
**S.W** 1:17
**Saed** 5:21 83:6
83:21 84:16
85:18 86:12,23
123:1 168:11
177:21 179:12
180:3 181:4,8
182:23 183:11
236:2,6 240:18
241:4,12,19
247:3 263:8
285:20,22
286:3,6,10,13
296:24 298:1,7
299:15 365:6
365:10
**Saed's** 87:12
88:4 179:21
180:10 181:13
181:15 286:15
296:23 297:11
298:12 300:22
302:12,17
**safety** 111:4
386:24
**Sales** 1:5 7:10
**samples** 99:20
105:6 129:5
131:8 308:6
309:13 371:2,3
383:12,18
384:3,8
**satisfied** 52:9
298:22 299:3
**saw** 20:5 22:16
27:9 46:4,15
47:1,6,10,11
47:12 90:13
211:16 385:21
**saying** 53:2,6
81:3 107:5

141:16 201:9
202:7 210:10
232:9 293:15
344:22,22
**says** 202:18
221:3 332:14
349:2 369:5
**scale** 259:11
312:6
**Scholar** 121:10
**science** 121:10
304:24 305:6
**Sciences** 83:12
181:6
**scientific** 70:7,8
70:12,17,24
71:16 97:5
109:14 119:11
120:17 121:16
130:3 143:4
144:6,8 148:3
163:17 175:4
175:14 178:15
179:9 185:3
187:6 194:16
196:6 202:19
234:22 235:18
241:1 263:2
286:24 287:19
289:10 295:5
297:4,24 299:5
299:10 300:4
373:6 381:2,14
390:2
**scientifically**
70:3,4 136:17
216:10
**scientists** 89:23
107:11 109:3
257:12 288:9
295:9,15 300:9
**score** 249:13,15
**screening** 4:20
19:14
**Scully** 3:3 25:9
25:12
**search** 373:3,5

Shawn Levy, Ph.D.

searches 120:19
121:6
searching
322:21
second 10:3
16:15 18:3
33:13,19 41:9
45:21 60:2,6
61:15 76:20
112:10 152:24
163:14 187:17
203:3 238:1
253:4 272:18
274:14 278:14
323:13 327:3
328:24 366:11
372:21
second-to-last
269:14
secondary
165:11 323:23
324:8
secondly 192:6
section 60:3,14
63:23 79:23
250:14 326:12
362:22 369:16
see 9:4 11:7
14:17 19:18
21:10 22:11
23:16 25:23
27:22 29:1,6
31:2 33:15,22
34:4 37:24
45:24 50:7
51:4,9,15,21
56:21 57:4
60:18 61:22
62:8,23 63:5
64:11,24 72:10
72:15 73:6
75:1 77:21
78:1,12 86:22
87:22 94:6
110:3,6 112:18
119:11 122:8
123:3,18

131:12 132:7
137:24 148:7
159:11 173:5
194:18 195:3
195:24 196:4,9
196:17 197:6
202:24 203:10
212:9,10,20
218:16 221:13
221:20 232:6
238:5,6,11,14
239:2,3 245:1
258:2,18 259:7
265:19 266:2,7
271:6 276:4,5
276:8 277:5
278:21 279:18
301:11,17
306:14 313:9
313:19 325:16
326:6 328:11
331:23 334:22
339:5 361:3
368:13,19,21
368:23 369:3
369:14 372:23
373:7,8,10
374:3,6
seeing 21:13
49:16 111:3,13
187:15 285:7
299:3 334:1
352:17 371:23
seek 97:18
291:13
seeks 290:22
seemingly 236:6
268:15
seen 14:15 15:20
19:15 22:8
23:13 31:12
32:23 50:1,5
50:19 59:16
74:8 82:21
83:14,23 84:2
84:4 113:11,15
113:21 180:2,8

199:21 200:3
257:10 322:19
326:22 362:17
363:14
seminal 37:15
senescence
212:15
senescent
212:22
senior 84:16
sense 71:3 77:23
78:11 105:24
116:19 167:19
177:1 189:17
197:22 277:13
284:9 294:20
296:20,21
301:1 315:14
379:1
sensitive 346:15
346:22
sensitivity
322:15 324:21
347:3
sensors 73:1,10
sent 43:21
sentence 33:13
33:15 34:1,4
51:11,17 52:2
52:14,16 53:1
53:12,22 54:7
55:1,5,17 57:7
60:21,21,22
61:11,15 62:1
62:19 63:2
72:13 74:1,18
76:9 77:21,23
167:9 196:5
238:2,6,18
239:4 265:16
269:5,15
281:19 313:19
314:21 327:11
327:18,20
328:1,10,24
329:2 330:6,11
331:21 340:13

344:19 349:2
362:12 369:1
372:21
sentences 51:23
52:10 53:21
54:10,15,19
55:24 56:7
57:9,17,20
58:3,6,9,14,17
63:13 64:4,11
64:13,18 65:2
65:19,23 66:4
66:12,13,22,23
67:7,18 68:9
68:10,22 69:5
73:17 74:5,6
74:14 75:22,23
76:7,10 78:15
78:19,22 80:2
80:3,8,16,22
81:5,11,17
82:1 263:16
313:12 329:6
separate 122:9
131:2 156:17
176:22,22
230:19 233:3,3
233:4 243:13
270:9,11
308:15
separated 145:6
separately
245:14 246:7
246:11
separates
144:21
separating
156:14 247:24
sequencing
88:21,23
309:18,21
310:7
serious 194:17
195:21 196:1,7
197:18
serous 259:21
275:2 328:18

369:10
Serpa 327:7
served 15:6,21
20:1 33:5
services 7:4
308:1,5,12,17
309:6,7,11,12
309:17,21
310:4
serving 8:13
47:9,9
set 38:18 61:18
122:5 232:17
334:18 365:7
setting 8:9 9:15
10:4
SEYFARTH
3:12
shape 319:16
share 197:12
201:4
shared 24:5 44:5
44:7 102:11
123:14 179:18
256:22 287:6
308:23
SHAW 3:12
Shawn 1:14 7:12
7:17 392:3,22
393:16
SHKOLNIK
2:10
short 97:13
100:3 186:18
189:16 318:20
shortcoming
200:24
shorthand 391:6
show 25:19 29:4
29:24 37:8
160:10,21
161:24 184:13
190:9,23
212:18 215:7
252:6 253:23
324:5 352:23
362:6 367:20

381:7
**showed** 129:7,8
    186:4,7 211:3
    214:16 252:20
    274:3,6 359:21
    375:15
**Shower** 127:1,1
    127:4,4 138:11
    138:11 139:6,6
    148:12,12
    150:11,11,14
    150:15 151:4,4
    178:1,2
**showing** 11:11
    164:20 188:19
    233:19 236:4
    239:22 256:16
    263:9 374:18
    380:13
**shown** 34:2,12
    35:4 115:3
    189:4 214:11
    222:24 235:6
    306:3 350:4,17
    360:3 380:23
**shows** 27:8
    36:11 183:20
    207:6 215:15
    216:2 220:22
    221:2 300:10
    360:21 375:4
    377:11 379:15
    380:10 381:2
**Shukla** 358:13
    358:15 365:11
**sic** 75:12
**side** 37:23 50:23
    50:23 72:18,18
    76:8,9 77:8,8
    298:13
**sides** 9:23
**Siegel** 327:8
**sig-** 212:18
**signal** 73:11
    348:4
**significant**
    32:11 96:18

117:1 161:2
179:2 212:18
215:3 228:4
253:23 254:2
256:16 280:15
280:24 281:5,7
281:12 324:3
363:22 388:16
**significantly**
    58:8 85:24
    192:10 274:24
**signing** 46:8
**signs** 214:8
**similar** 22:12,13
    57:8,15 62:15
    65:16 66:3
    68:15 74:7,11
    75:17 78:19
    79:9,9,12 80:8
    80:16 81:5,7
    81:11,17 82:2
    82:3,7 85:19
    96:2 98:6,9
    114:21 121:19
    127:17 128:17
    130:1 138:20
    140:11 143:16
    146:10 154:14
    204:10 209:24
    241:3 253:22
    281:14 284:8
    295:9,10,24
    310:11 315:14
    329:13,15
    331:4 333:3
    334:12 344:8
    345:7 362:18
    366:18,18
    374:15 387:7
    388:6,12
**similarity** 79:3
**similarly** 66:4
    294:24 295:1
**simple** 184:20
    293:8
**simplistic**
    171:16

**simply** 108:16
    127:2 130:16
    165:4 166:8
    171:6 177:12
    223:24 240:6
    248:12 299:6
    319:15 323:11
    356:7
**sing-** 112:4
**single** 26:18
    36:11,19 52:14
    52:16 73:2
    111:13 167:13
    223:15 228:22
    228:22 229:5
    229:23 230:5
    252:7 322:20
    343:4,8,15
    374:18,21
**singular** 27:5
    106:15 112:5
    113:6,12,22
    114:16 115:15
    115:18 124:3
    125:5 127:8,19
    128:15 129:14
    136:15,17
    150:4,4 187:3
    235:3 282:9
    286:20
**singularly** 169:3
    209:6
**sir** 88:16 196:20
**sister** 355:9
**sit** 325:19 326:9
    355:18
**site** 277:21
    306:1 317:10
**sitting** 21:2,4
    27:18 28:11
    107:15 110:22
    149:14 386:4
**situation** 29:3
**six** 324:7
**size** 154:17
    196:16,20
    198:9,16

253:22
**SKADDEN** 2:20
**Skip** 53:20
**skipping** 313:12
**slashes** 78:15
**SLATE** 2:20
**slide** 300:10
**slides** 257:17
**slightly** 108:10
    115:6,7 265:2
    330:19
**slow** 182:3
**small** 57:22
    186:21 274:24
    363:10
**smaller** 154:19
**SNV** 343:19
**SNVs** 343:5,11
**soluble** 213:16
**Somatic** 313:8
**somebody**
    320:22 321:19
    321:19 336:11
**somebody's**
    377:11
**something's**
    18:2
**somewhat** 131:2
    173:8 212:14
    224:7 234:11
    268:6
**sorry** 34:17
    36:17 39:10
    40:13 41:8
    50:2 76:1,19
    77:1 113:9
    116:12 134:21
    134:22 182:13
    194:20,24
    195:1 208:21
    214:2 225:19
    232:23 272:12
    273:22 331:2
    331:23 332:2,7
    339:20 351:16
    354:12 360:5
    361:1 368:16

389:10,17
**sound** 16:17
    17:24 75:9
    311:15
**sounds** 16:19
    90:16 131:11
    232:8 249:19
    298:21
**source** 59:1 70:3
    70:19 75:4
    124:4 276:17
    316:10 317:7
    317:10
**sources** 65:14
    69:21,23 71:1
    74:10 106:6
    121:12 154:16
    300:6,11
**space** 8:22 9:21
    125:8 174:2
    288:4,11
    299:10 308:21
    341:9
**speak** 10:9 12:8
    40:6 46:13
    137:2 159:12
    207:13
**speaking** 109:16
    167:15 173:22
    256:12 258:8
    259:4 260:23
    278:8 343:13
    349:3
**specie** 211:23
    212:6 214:12
**species** 182:1,9
    209:8 211:4
    214:18 218:1
    236:7 239:22
    240:19 242:21
    259:3 263:9
    286:17 315:10
    316:9,11,15,17
    316:23 317:5,8
    317:17,18
    318:1,3,8,12
    318:17 319:11

Shawn Levy, Ph.D.

319:24 359:22
361:16
**specific** 25:24
31:2 38:15
62:5 66:18
89:19 91:17,17
92:12,19,24
102:24 103:3,5
104:16 110:19
115:18 117:22
118:24 121:24
126:5 128:14
133:1 139:2,4
139:9 141:20
144:14 145:1
145:12 147:8
147:12 148:7
159:23 160:22
164:5 166:5
172:5 176:3
177:22 178:1
179:16 180:13
180:14,14
182:10 183:9
183:11 197:19
198:22 199:1
236:3 244:14
249:2 257:8,12
270:5 277:10
277:18 282:10
283:7,8 284:4
284:16 286:17
301:6 314:19
316:3 318:16
318:22 322:24
326:2,7 330:23
334:6 339:17
344:5 345:17
346:15,22
353:2 355:14
365:8 383:17
388:9
**specifically**
25:14 30:23
35:15 38:11
43:6 48:21
50:17 67:3

71:22 95:24
102:2,10
104:22 110:17
111:2 114:13
115:13 128:10
132:14 138:23
147:2 165:23
174:9 176:14
177:23 181:23
184:22 186:7
211:22 221:1,3
225:23 238:18
244:2 253:2
264:11 266:8
275:2 285:7
295:21 304:20
305:16 314:9
322:17 336:5
339:6 342:4,24
344:8 350:19
353:2 355:1,15
357:14 380:14
386:10
**specificity** 347:4
**specifics** 45:10
314:17
**spectrum** 95:7
98:23 103:23
120:3 137:13
151:6
**speculate** 266:5
270:16 297:15
**speeches** 292:17
**spell** 331:22
**spend** 47:14,18
**spent** 18:13,22
96:18 361:21
**spoken** 286:3
298:10
**sponsored** 298:3
**sponsorship**
297:2 298:4
299:11
**spray** 139:24
**sprays** 139:13
139:17 145:7
145:16

**Square** 2:20
**squarely** 283:17
**St** 323:20
**stack** 357:14
359:14
**staff** 308:21
**stages** 318:13
**stand** 38:23
277:14
**standard** 140:13
297:4
**standards**
186:19
**stands** 74:1
**start** 8:3 15:24
147:19 169:23
314:17 345:20
**started** 9:13
11:6
**starting** 55:19
60:13 195:4
336:7 368:13
**starts** 328:1
330:7,18
331:12,21
334:19,20
348:23
**state** 1:21 25:1
32:10 35:3
62:2 65:14
74:6 107:7
109:21 112:15
162:13 174:10
175:12 205:9
247:2 258:14
265:8 267:19
269:13 288:7
294:10 299:5
299:13,19
314:2 321:21
329:22 334:3
347:14 349:11
356:2 381:6
393:10
**stated** 35:13
57:11 65:12
66:4 74:11,22

80:7 82:4
108:16 112:6
113:20 114:2
118:8 127:5,10
131:18 132:15
171:6 203:4
213:15 215:1
248:11,12
259:9 274:8
280:23 305:7
319:15 352:4
387:11
**statement** 12:12
105:16 110:20
111:12 112:24
113:1 114:12
127:18 132:12
132:22 133:1
162:1 164:15
170:4 202:7
221:22 229:15
229:16 230:12
235:10 239:12
260:11 267:14
269:3 272:1
278:23 317:13
317:15 322:10
327:19 335:16
341:12,13
343:24 345:16
346:9,10
347:15 348:10
349:8 363:6
371:21 374:7
376:19
**statements**
110:7 111:3
169:20 188:9
206:5 226:24
267:24 277:10
277:13 283:8
284:24 285:2
378:21
**states** 1:1 55:6
110:4 272:24
359:7 363:8
373:1

**stating** 81:5
135:16 186:6,8
205:23 206:24
230:11 329:6
329:19 337:19
345:2
**statistical** 99:19
**statistically**
256:12 280:15
280:23 281:4,7
281:11 343:13
343:17,18
**status** 342:18
**STEERING** 2:2
**stenographic**
7:14
**step** 98:7 169:18
174:3 227:2
**steps** 167:18
366:8
**stick** 305:13,16
305:19 306:6
306:13
**sticking** 153:3
**stop** 62:21 63:3
358:3
**stopped** 357:21
**storage** 44:5
**stored** 86:20
**Stowers** 98:10
**straight** 292:20
**strange** 63:7,10
**Street** 1:16 2:3,7
2:14 3:13
**strength** 224:20
224:23 233:13
**stress** 87:1
238:22 317:12
**stretching** 26:24
**strike** 57:16
63:7 218:23
219:5
**strong** 222:24
226:11 347:23
**strongest** 345:22
**structure** 82:3
137:11

**struggling** 232:6
**studied** 217:18
**studies** 33:14
  34:2 35:3 37:2
  37:7 85:19
  116:1,5,15
  120:1,2,2,2,10
  128:7,8,9,10
  131:5 132:1
  133:1,12
  136:19 137:19
  138:22 139:22
  140:1,5 145:2
  145:6 146:20
  146:21 148:22
  149:8,8 152:10
  157:21 159:9
  159:22,24
  160:1,9,14,19
  160:23,23
  161:1,2 162:9
  163:17,21
  165:14 166:4,7
  168:7,13
  173:11 175:11
  179:4,6 180:19
  181:5 184:4,21
  198:20,21
  201:15 204:3
  206:3 207:14
  207:21,22
  208:1 210:2
  214:11 220:3
  220:15 222:23
  224:9 225:8
  226:7 227:5,6
  228:6,7 230:16
  231:6 233:16
  234:1 236:2,9
  241:3,18 245:6
  251:10 253:19
  254:9,18
  256:15 263:23
  267:5 271:12
  273:7,11,15
  274:8 275:6,9
  275:9 279:1

281:14 283:5
285:21 297:2
297:11 301:5
306:3,12 314:5
330:2 334:9
338:3,5 340:5
341:11,13,16
350:24 362:4
375:13,15
376:4,6,14,22
377:4,17,20,21
377:24 379:20
381:7
**study** 6:3,7
  26:18 27:4
  32:14 33:3
  35:14 36:11,19
  37:13,16,20
  86:10 90:21,22
  133:3 139:7,8
  139:8,17,24
  145:12 152:8
  152:21 160:15
  162:17 175:23
  177:22 178:16
  179:14 180:17
  183:19 184:6
  185:17 186:9
  188:7 189:15
  189:17 190:1,3
  190:7,14,20,23
  191:8,9,11,16
  191:19 192:12
  193:4 194:7,12
  194:15 195:9
  195:13,16,18
  195:21 196:6
  198:23 200:3,9
  200:12,15
  201:2 206:3,12
  207:5,19,20,20
  208:11,14
  209:1,10,14
  210:12,17,18
  210:19,24
  211:1,3,7,10
  211:13,17

213:5,9,10
214:10,14,16
215:6,12,15,20
216:2,7,9,18
216:20 217:19
219:17 220:24
221:3 222:10
222:13,18
223:15 224:7
233:4,21
235:23 239:22
249:12 250:15
252:11 253:21
253:23 273:10
273:17,20,23
274:2,5,11
275:14 276:6
277:3 281:19
285:5 286:20
286:20 299:6,8
299:22 300:2
303:13 304:5,8
304:10,14,19
319:9 337:7
340:20 342:19
350:20 351:21
354:24 355:4
363:15 375:3
375:17 377:10
378:3,12,17
379:5 380:8,13
**studying** 89:24
**stuffy** 307:11
**subject** 18:7
  44:10 92:2,4
  127:18 158:11
  158:17 162:9
  287:10,14,18
  289:9 294:2
**subjects** 119:18
  119:20 200:21
  293:20
**submission** 85:7
**submit** 18:18
**submitted** 23:9
  38:6 83:11
  102:14 202:9

202:20
**submitting** 49:7
**subparagraph**
  64:1
**subsequent** 91:1
  177:18 201:15
  201:15 224:5
  352:17
**subsequently**
  297:3 299:7
  374:24
**subset** 62:5
**subsidiary**
  308:16
**substance** 57:3
  218:2 291:13
**substances**
  56:20 154:1
  322:9
**substantial**
  107:20
**substantially**
  47:6
**subtype** 260:6
**subtypes** 107:2
  260:1 273:7
  330:24 332:14
  333:4
**succinct** 65:13
  293:9
**succinctly** 65:15
**sufficient**
  113:15 114:8
  114:16 154:21
  171:23 228:23
  252:8 320:22
  336:14 344:11
  354:4
**suggest** 113:16
  125:17 162:16
  187:5 199:21
  205:11 211:20
  216:11 242:3
  244:11 249:11
  256:2 260:5
  278:24 279:2
  283:7 294:22

297:5 369:2,6
**suggested** 203:9
  359:20
**suggestion**
  58:10 165:17
  358:24
**suggests** 113:12
  165:19
**Suite** 2:7,10,14
  3:4,8
**Suites** 1:16
**summarize**
  107:4,4
**summarized**
  57:14 75:3
  87:10 199:3
**summarizing**
  83:18 152:8
**summary** 70:23
  140:15,16
  143:16 160:23
  164:16 172:11
  309:1 320:18
**superior** 379:15
**supervision**
  391:8
**supplement**
  25:10 213:11
**supplemental**
  38:10,13,18,22
**supply** 338:20
**support** 26:3
  32:1,18 35:24
  37:2 38:19,21
  77:20 78:10
  98:21 108:17
  126:8,9 127:23
  136:3 166:1
  175:4,14
  176:16 179:10
  180:12 181:17
  182:18 186:3
  186:23 187:6
  189:7 191:16
  191:19 192:3
  194:16 195:8
  196:6 202:20

203:8 205:10
205:12 206:14
207:21 209:1
211:10 218:21
218:24 219:6
234:22 235:18
240:4 241:1
243:14 245:12
253:20,20
263:2 269:18
271:22 276:9
281:13 286:18
299:6,8 300:10
338:20 358:20
381:14 385:10
385:17 388:15
**supported**
151:10 167:12
167:13,19,24
179:4 206:2
225:7 239:21
242:6 244:3,15
245:8 252:6
260:13 261:16
261:18 275:9
281:13 284:10
295:12 300:14
300:19 366:9
**supporting** 5:17
5:23 83:9
84:13 142:6
183:5 190:8
204:3 208:15
228:7 230:16
**supportive**
129:17 168:20
172:13 174:22
175:6 176:20
178:12,19
207:23 210:20
219:14 234:19
244:6 247:13
255:15 260:3
266:19 268:6,7
268:12 366:14
**supports** 26:6
26:10,14 35:8

36:20 108:19
108:20,23
209:10 211:13
**suppose** 262:7
296:23
**suppressors**
73:1,10
**supracapsular**
362:19
**sure** 20:14,16,23
21:2 24:23
27:3 29:13
33:17,18 34:17
34:20 39:19
40:10 52:4
81:14 83:16
87:5 101:4
102:16 107:1
107:10 121:11
122:16 125:14
125:20 139:19
144:19 149:14
173:22 183:1
210:9 219:24
262:2 272:17
274:2 278:2
281:2 293:7
301:13 307:19
313:3 315:22
322:22 335:22
339:10 344:21
348:6 368:17
382:13
**surface** 31:13
**surfaces** 24:18
**surprise** 52:18
52:24 65:17
68:18 79:8
**surprised** 66:8
68:21,24 69:4
69:12,13
**surprising** 63:17
197:23
**surrogate**
340:21
**surrounded**
96:14

**surrounding**
62:16 119:19
133:4 165:16
175:9 197:4
268:2 277:10
362:17
**surveillance**
73:4,13
**survivors**
323:12
**susceptibility**
321:6
**susceptible**
323:7
**suspect** 222:8
339:21
**suspected** 96:15
**sustain** 76:16
77:15 78:5
**swear** 7:16
**sworn** 7:19
**sync** 316:10
**syndrome**
343:21 344:1,9
344:23 345:2,5
345:11,13
**synergistic**
369:6
**synthesis** 263:7
355:10 366:5
**synthesize**
293:21
**synthesizing**
235:24
**system** 185:6
186:9,11
200:11 214:7
216:18 248:16
350:24
**systematic** 5:3
5:24 23:10
142:7 220:18
224:17 227:6
**systems** 185:2
210:1 376:5

———————————
**T**
———————————

**T** 391:1,1 392:1
**T.C** 25:3
**table** 79:17
**tables** 384:12
**Taher** 38:5 39:8
39:11
**Taher's** 38:9
**take** 10:20 16:14
20:14,24 38:1
45:18 48:13
59:19,22 71:23
79:24 82:9
98:7 115:9
124:13 158:6,9
158:11 165:22
166:13 167:17
175:21 214:24
228:14 236:16
292:24 301:15
301:16 302:11
326:5 356:16
372:8
**taken** 1:15 66:5
66:10 81:16
189:23 391:5
**takes** 170:14
248:17
**talc** 3:2 4:21,24
5:4 6:9 19:14
20:12 21:23
23:12 31:1
34:3,11,23
35:4 36:11,21
37:4,8 94:2
99:11,15
101:16 113:2
126:8 127:2
128:3,14
129:22,22
130:3 135:18
137:10,11
144:20 145:23
150:6,12,21
151:6 154:16
155:1,10,18,24
156:5,11 157:7
157:14 159:1,8

159:17 162:2
162:15,20,21
163:8,10 164:1
164:10,11,18
164:21,24
165:3,5,7,12
165:15,19,20
166:2,8,10
168:8,13,16
172:19,20
173:5,11 174:2
174:9,11,17,21
175:5,15,24
176:17 177:2,6
177:14,16
178:5,10,11,17
178:24 179:10
183:9 186:5,11
187:13 188:1
188:19 189:9
191:11,14,20
195:12 196:12
196:13 197:11
197:20,21
198:1,14,17,23
199:3,12,13,17
199:18 200:5
201:10,18
202:2 203:15
204:14,14,18
205:4 206:1,1
206:6,18
207:17 209:8
212:21 214:13
214:17 215:7
215:16 216:2
218:14 219:12
220:21,23
221:11,23
222:16,19
223:7 224:20
224:23 227:9
227:15 228:8
228:12 233:7
233:22 234:3
235:3,5,12
238:3,8 239:9

Case 3:16-md-02738-MAS-RLS   Document 9899-1   Filed 05/30/19   Page 212 of 218 PageID: 75283
Shawn Levy, Ph.D.

Page 442

239:23 240:1,8
240:10 241:1
241:16 242:8
245:2,8,18,24
246:20 249:8
249:18 250:4
250:16,19,23
251:14 252:1
252:12,20
253:6,15,16,23
254:2,17,22
255:7,13
256:17 257:2
257:18 258:15
258:24 259:14
261:17 263:10
265:17 266:15
267:15 274:22
274:23 277:12
277:12,22
278:16,19
279:15,24
281:21 283:17
283:23 284:12
284:22 285:2
289:23 303:18
304:12,15
305:4,5 351:11
354:20 355:2,3
355:6,9,19,23
356:1 358:21
360:4,5,16
361:13 362:4,7
362:24 364:14
364:21 365:2
365:12 366:10
369:12 371:1,3
373:19 374:8,9
374:19,23
375:15,20
376:1,16,24
377:6,18 378:3
378:18 379:2
379:10,16
380:9 381:24
384:1 386:1,6
**talc-containing**

139:12,23
**talc-induced**
26:5 30:21,23
363:9
**talc-related**
285:6,15,23
**talcum** 1:5 5:18
6:13 7:9 32:19
37:16 83:10
84:14 91:13
92:11,12,20
93:12,19 94:10
94:19,20,24
95:7,10 96:5,9
96:15 99:22
100:3 102:7
110:4,9,13
111:8,15,17,19
112:1,8,21
113:16 114:4,8
119:1,19 120:6
120:24 121:3
127:3,10
128:11 133:2
133:11 136:8,9
136:21 137:22
138:6,10,13,14
139:13,21,22
140:8 144:10
144:21 145:15
145:23,24
146:4,13,15
147:6,20 148:4
148:4,11,17
149:2,15 150:1
150:2,3 151:15
151:23 152:1
152:11,11,20
153:5,15,17,22
153:24 154:6
154:13,24
155:9 159:16
161:9,17 167:2
167:22 168:8
177:8 179:24
181:17 182:13
182:14,19

183:21 184:11
184:14,15
185:20 186:11
186:23 188:13
193:12 196:21
198:10 199:8
208:16 209:2
211:11,14,18
218:2 219:2,7
222:19 223:10
223:17 225:14
225:23 226:9
226:15,16
229:5 230:22
231:1,8,12
233:7 239:14
239:18 257:19
258:4 261:3,11
271:3 278:10
282:16 290:4
293:18 324:22
352:6,11,18
364:14 365:9
366:1 375:4
377:11 385:6
**talk** 147:6,10
153:1 193:3
244:18 264:13
272:19 307:22
310:12 343:4
343:21 345:19
350:22
**talked** 287:5
336:16 341:24
350:12
**talking** 41:15
116:6 132:18
225:12,13
228:10 232:13
257:7 330:16
340:8 350:2
353:13 382:9
**tangential**
119:24
**targets** 268:19
**task** 290:14
**team** 89:3,4,13

89:14,20
**technically**
311:15
**technology**
32:10
**tell** 7:19 8:8
11:21 21:18
26:13 64:5
76:19 83:2
100:17 131:22
317:21
**telling** 61:19
62:5
**ten** 61:10 186:21
231:17 236:23
237:3 387:23
**tense** 57:6,9,22
**tenure** 311:3,7
311:10,12,20
311:24 312:1,9
312:10
**term** 138:13
344:6,14
**terminology**
153:21
**terms** 70:18,24
82:2 91:17
117:6 123:8
128:8 139:17
146:24 149:10
154:8 159:7,13
161:4 171:3,3
181:22 196:15
200:4 207:17
209:17 220:9
244:12 255:20
255:21 256:1
259:5 278:8
305:21 343:7
346:24 360:10
370:24
**terrific** 42:22
132:17
**test** 136:17
295:7 309:20
**tested** 218:3
294:16,20,23

304:19 347:9
371:3 384:3,8
**testified** 7:21 9:7
46:15 131:23
370:6
**testify** 41:19,20
42:3 297:16
**testimony** 9:16
11:13,19 13:20
26:9 42:14
53:5 67:23
71:14,17,18
117:13 118:22
131:17 132:3,5
149:22 152:4
153:20 157:24
175:19 180:6
184:8 205:22
214:22 230:10
248:9 251:22
251:23 296:5
298:23 353:8
376:12 382:8
384:13 389:15
389:22 392:3
393:8
**testing** 99:24
128:14 129:4
133:24 148:4
234:17 235:5
308:18 352:23
354:6 370:7,12
384:8,12,15
**tests** 309:23
310:5 383:12
384:13
**Texas** 2:8 3:4
**Thank** 15:23
16:1 40:11
77:12 158:19
166:15 302:1
307:1 359:12
361:18 372:5
389:3
**Thanks** 390:7
**theoretical**
225:12 382:10

| | | | | |
|---|---|---|---|---|
| **theory** 32:2 | 259:5,22 260:4 | **tie** 165:22 174:9 | 231:17 234:1 | 325:17 |
| 163:23 238:7 | 263:23 265:11 | 179:6 222:4 | 280:1 324:7,7 | **tool** 88:24 |
| 238:14 276:9 | 266:17 267:23 | **tied** 177:23 | 365:19 385:3 | **tools** 121:7 |
| **thereto** 391:6 | 270:20 272:2 | **time** 7:6 8:23 | **timing** 101:17 | **top** 43:17 123:24 |
| **thing** 81:4 | 273:20 274:11 | 9:15 10:3 | 138:24 258:22 | 326:24 328:11 |
| 125:17 295:24 | 274:20 277:8 | 18:22 20:5 | **tissue** 165:7 | 331:20,23 |
| 303:11 316:16 | 277:12 278:2 | 22:12,13 27:16 | 176:18 249:17 | 332:10,15 |
| 316:19 | 279:4 283:2,5 | 32:10,14 33:2 | 250:17 252:12 | 338:7 347:7,22 |
| **things** 57:14 | 285:14 290:3 | 35:13 48:18 | 252:21 256:24 | **topics** 96:3 |
| 65:14 94:7 | 294:8 295:6 | 79:5 82:12,15 | 258:3 304:13 | **Torre** 327:8 |
| 102:20 107:2 | 296:20 297:3 | 87:13 88:4 | 362:20 370:2 | **total** 17:23 |
| 194:10 195:20 | 300:8 301:21 | 92:5 96:17,19 | 376:24 377:5 | 18:14 47:18 |
| 196:11 223:5 | 312:12 314:15 | 97:12,14,22 | 378:4,19 | 54:17 |
| 227:13 237:21 | 323:3 336:6 | 101:3,13 112:6 | 379:16,22,24 | **totality** 26:23 |
| 240:7 266:18 | 341:7,17 342:6 | 119:16 130:14 | 380:10 | 50:14 86:3 |
| 274:16 292:11 | 342:12,13 | 135:11 142:9 | **tissues** 189:22 | 119:8,13 120:6 |
| 300:16 308:7 | 351:22 352:4 | 158:10 163:9 | 246:4 375:20 | 120:23 123:13 |
| 309:16 313:3 | 354:18,18 | 163:11,15 | **title** 41:8 89:11 | 126:23 138:9 |
| 315:8 | 355:2 356:1,11 | 165:1 166:17 | 142:5 312:15 | 140:15 167:17 |
| **think** 9:13 12:8 | 365:4 366:17 | 166:21 173:18 | **titled** 60:4 64:1 | 246:2 290:9 |
| 37:21 40:17,18 | 367:17 368:6 | 186:15,17 | 83:9 103:6 | 352:5 365:24 |
| 49:9 67:3 | 379:15 381:9 | 188:6 189:15 | 218:14 | 388:7 |
| 69:17 71:19 | 385:9,11 390:8 | 193:21 202:15 | **titles** 310:18 | **touched** 168:11 |
| 81:23 90:13 | **thinking** 92:18 | 203:9,14 | **today** 8:4 11:2 | **toxicity** 203:6 |
| 92:24 105:23 | 149:7 297:17 | 204:20,22 | 11:13 13:20 | 357:21 358:2 |
| 106:5,20 107:6 | 304:3,4 317:22 | 215:21 230:19 | 14:24 19:16 | 359:2 |
| 112:3 113:5,22 | 338:2 351:14 | 237:9,13 | 21:4 27:18 | **toxicology** 195:6 |
| 127:19 130:1 | 369:16 | 245:17 247:16 | 28:11 39:17 | **trace** 347:10 |
| 134:16 139:18 | **third** 51:17 | 247:21 248:2,5 | 43:13 105:11 | **track** 311:3 |
| 154:5 158:17 | 72:19 205:1 | 248:19 249:8 | 107:15 110:22 | **trade** 127:3 |
| 162:8 166:10 | 366:12,13 | 250:19,23 | 118:13 130:5 | **traits** 345:21 |
| 168:7 173:18 | **thorn** 154:16 | 253:5 255:18 | 149:14 174:5 | **transcript** 67:24 |
| 174:5,7 175:11 | **thorns** 154:17 | 256:8,10,11,19 | 201:14 205:24 | 391:4,9 392:3 |
| 176:19 182:7 | 154:18,21 | 256:20 259:11 | 228:3 231:17 | 393:5,8 |
| 184:9,17 191:7 | **thought** 46:15 | 263:14 279:4 | 244:23 245:11 | **transducers** |
| 197:1,11,19,22 | 77:1 194:24 | 292:16 300:23 | 257:6 263:17 | 73:2,11 |
| 198:7 201:7 | 274:21 342:9 | 302:3,7,17,17 | 266:20,22 | **transduction** |
| 204:10,16,20 | **thousands** | 311:23 318:21 | 277:11 282:9 | 348:4 |
| 206:10,13 | 323:19 | 339:10 356:19 | 315:9 325:9 | **transferred** |
| 208:3 210:16 | **three** 40:13 | 356:23 359:22 | 350:9 357:7,11 | 143:13 |
| 212:24 214:13 | 53:21 55:23 | 360:15,20 | 365:7,19 | **transformation** |
| 215:20 216:9 | 58:2,14 158:7 | 361:21 383:2 | 367:15 370:6 | 106:9 114:2 |
| 216:13,14 | 292:11 309:10 | 385:23 390:7 | 382:21 384:22 | 115:10 169:5 |
| 222:8 230:1 | **threshold** 153:5 | 390:10 | 385:3 386:4 | 169:10 171:22 |
| 236:15 244:14 | 153:12,15 | **timeline** 189:16 | 389:15,23 | 172:14 182:12 |
| 254:2 255:6 | **thresholds** | **times** 2:20 8:8 | **Today's** 7:5 | 189:21 243:15 |
| 256:12,18 | 150:24 | 81:24 162:7 | **told** 223:5 | 244:7 344:12 |

Shawn Levy, Ph.D.

transformative 246:17
transformed 171:24
translated 125:10
traveling 199:19
treated 182:13 182:14 186:20
treatment 105:7 129:24 168:15 184:24 299:9
tremendously 281:11
tremolite 383:21
trial 9:5,7 224:12 228:1
trials 310:1
tricky 38:24 135:3
tried 125:5 200:3 223:12
trigger 228:24
trouble 307:12
troubled 298:11 298:17
true 32:24 34:9 34:10 35:8,9 65:3 66:14 68:11 71:2,12 74:5,20 78:22 80:23 81:13 84:7 90:18,21 96:11,12 104:8 133:6,9 142:16 143:24 144:3 161:10 195:21 207:21 213:6 216:3 217:11 218:7,8 257:16 260:21 271:23 300:7 314:9 317:13,15 338:19 340:19 346:3,14 350:3 351:9 354:19 374:20 376:1

378:20 382:23 391:9 392:4 393:7
TruSight 310:8
truth 7:19,19,20
try 10:9,19 29:5 125:18 157:24 220:3 256:19 268:15 293:11 313:1,3
trying 37:21 38:24 127:6 232:7 283:15 291:12 292:3 292:17 293:7 339:14 349:20 350:15
tubes 199:24 304:16 305:22 306:2,5
TUCKER 3:8
tumor 73:1,9 106:12 183:12 246:18 264:17 265:5,9 310:8
tumor- 369:7
tumor-activated 264:13
tumorigenesis 369:7
tumors 77:24 78:11 264:9 273:5 275:3
turn 63:20 269:9 312:7 335:18 356:11 357:5 357:14 359:17 361:19 368:11
turned 311:20
Turning 73:8
twelve 9:2 76:3
twenty 234:10
two 16:8 17:23 24:19 35:20 36:6 40:13,14 40:14,18,18 41:11 43:1

45:3,22 47:8 51:23 52:10,18 53:20 54:10,15 54:19,20 57:13 57:17 58:6 64:4,11,13,18 65:2,14 68:15 73:17 74:4,14 75:21,23 76:7 78:14,19,21 79:3 80:2,3,7 80:16,21 81:4 81:7,11,16,24 83:2 87:18 94:6 147:4,10 156:20,24 157:13 158:7 162:15 163:12 163:16,16 168:19 173:18 173:21 177:12 178:24 186:15 205:1 212:5,7 212:24 222:24 235:7 236:9 239:19 240:7,9 240:13 244:9 244:22 245:1 245:13 246:3 247:7,11 270:11 308:20 308:24 309:22 315:19,19 317:1,1 329:6 331:17 350:23 351:2 355:14 360:15 361:1
type 48:1 137:10 144:21 154:6 176:22 179:10 181:18 182:19 183:7 189:8,9 209:13 213:7 217:3 259:20 259:22 260:8 276:17 316:3 329:20 350:20

351:21 355:3,6
types 91:9 92:7 98:24 100:2 106:18 118:15 144:10 169:13 212:7 247:7 259:17 260:9 260:12,21 277:16 328:17 329:8 330:20 330:21 348:12
typically 311:7

---
**U**
---

U 300:17
Uh-huh 34:8 38:2 59:14,24 60:12 72:9 124:19,21 168:17 187:10 187:20 190:22 201:13 213:20 238:21 259:16 271:10 301:24 334:23 349:1 369:4 381:1
ultimately 17:14
umbrella 309:5
unable 132:18 160:16,16 377:6
uncertain 238:4
unclear 265:18 266:18 267:10 267:17 268:13
uncommonly 362:19
underestimate 107:7
undergirding 365:2
undergoing 256:9
undersigned 393:3
understand 10:16 11:1

14:21 34:17 70:6 80:18 93:16 94:22 117:8 118:12 133:22 144:20 147:14 149:23 202:11 229:3 230:2 232:7 255:23 283:15 305:20 307:17 335:22 344:22 352:22 383:20
understanding 12:14 53:8 107:16 153:14 169:6,10 307:13 329:24
understood 10:2 10:22 105:22 106:17 172:3 351:24
undertaken 147:1 163:20 294:11
undertaking 295:9 318:20
undertook 366:19
unfair 189:13
unforeseen 363:8
Unfortunately 362:24 363:7
unhealthy 314:3
uninvestigated 165:11
UNITED 1:1
universally 169:11
University 91:6 102:21 103:7 103:10,12,16 104:4,10,19 108:5 310:14
unknown 105:11 107:6 215:4 336:21

unregulated 106:1
unresolved 279:12,12
unscheduled 355:10
untested 289:20
USB 12:16,19 13:3,9,12,14
use 5:4,18 6:9 23:12 59:20 83:10 84:14 103:3 119:2,19 120:6 144:21 146:22,22 152:12 153:21 159:16 161:3,4 163:15 166:9 167:2 174:8 177:7 182:10 191:11 197:20 208:16 210:6 212:13 218:14 219:12 220:23 221:11,23 223:10,17 224:20,24 226:9,12 227:8 227:15,20 228:8,12,14 230:24 231:1,5 231:8 233:22 234:5 238:3 264:2 266:15 268:4,16,20 270:8,16 274:23,23 275:4 277:12 278:3,10 279:15,24 281:21 299:1 374:20 375:4 376:15
users 351:11 369:13
uses 70:22 226:14

**V**
vagina 199:23 226:17 304:15
vague 130:11 133:14 145:19 148:1 192:14 209:16 251:7 253:13 286:12 293:14 384:10 388:4
valid 286:21
validate 383:6 383:10
validated 309:20
validity 233:12 233:13
valuable 346:24
Vanderbilt 91:5 310:14,24 311:7,11 312:8 312:13
variability 259:13
variable 139:18 139:24 140:4 149:9 318:15 319:13
variance 343:4
variant 343:15 343:16 346:13 360:14
variants 343:9
variation 258:12
varies 311:9 316:1
variety 108:23 118:14 119:18 121:7,10 258:14 263:15 277:15 284:11 286:14 299:12 348:12 352:23 352:24 384:4
various 333:13 386:23

vary 259:12 319:6
vast 98:12 123:12 300:13
vastly 107:6
verbalize 10:19
verify 16:24 75:10 337:21
version 45:14 46:16 47:11,13 61:24 84:12 85:4,5,6,8 86:16,21 87:21 143:15 301:8 301:11 302:12
versions 40:4
versus 87:21 136:21 139:23 177:7 244:19 247:4,22 308:11 319:2 360:13
viability 212:12 360:10,13,22 361:14
video 1:14 7:7
videographer 3:18 7:1,3 79:15 82:10,14 166:16,20 237:8,12 302:2 302:6 356:18 356:22 390:9
view 26:4 59:1 115:11 155:2 155:11 207:21 208:15 209:2 211:11,13 218:21 219:6 245:18,22 251:13 260:9 260:19 288:22 289:2,3
viewed 171:20 299:6
virtually 334:11
virulent 259:21

viruses 313:15
Vitonis 338:16 340:18 341:24 342:4,5
vitro 120:1 128:10 210:2 286:16
vivo 120:1 210:2 314:10
voice 307:9
volume 130:14

**W**
W 3:9
Wacker 3:8
wait 182:3 237:2
want 11:8 12:12 16:14 29:6 39:1 44:22 51:1,6 59:22 67:15 72:12,18 111:24 125:20 125:23 132:17 135:12 138:5 145:5 147:5,5 147:10 152:14 152:24 175:21 193:3 216:19 230:2 236:18 250:2 264:1 272:19 278:2 292:23 307:22 313:2 324:17 326:15 344:21 359:13
wanted 141:19 143:14 315:22
warning 193:12 195:12 203:9
warrant 355:2
Washington 3:13
wasn't 9:24 86:5 111:16 112:23 125:4 130:16 134:9 143:8,8 143:9 146:9

148:13,13 150:23 151:20 152:5,6 153:11 157:18 159:2 161:13,20,20 165:6 208:22 228:17 231:19 254:7 261:8 285:18 287:24 312:3 354:3,16 380:2 381:5 387:17
water 213:16
way 9:1 10:12 29:7 31:17 63:10 74:7 114:14 131:20 236:5 309:1 317:22 331:16 341:1 342:21 364:13 383:23
Wayne 299:13 299:19
ways 74:11 81:4 116:8 213:1
we'll 10:9,24 27:16 30:11 33:5 37:24 72:1 79:17,24 124:13 190:19 192:23 236:16 292:15,24 339:10 357:9
we're 28:10 30:11 42:13 81:3,3 82:15 118:23 125:21 166:21 189:19 201:14 220:6 232:13,13 237:13 247:14 257:6 264:1 265:3 267:5 277:11,24 278:3,8 280:12 281:19 292:17 302:7 307:19

329:19 356:23
381:12 390:8
390:10
**we've** 14:22 15:5
21:17 22:23
29:13 48:2
49:1 50:8
58:17 59:10,23
67:3,3,17
68:14,14 74:8
75:11 79:4,20
81:23,23 86:16
87:14 104:16
104:16,20
127:2 135:22
158:5 175:8
180:24 189:19
205:14,15,24
206:15 208:3,4
208:24 209:6
218:12 226:5
227:4 236:12
242:6 249:24
253:19 262:18
263:8 264:3
267:18 271:1
279:14 282:8
291:21 293:22
295:2,3 296:21
296:24 301:18
304:10 323:18
323:20 325:9
327:7 330:15
336:6 348:14
350:9 353:17
355:23 363:20
370:15 374:15
377:16,16
379:20 385:3
388:6
**weak** 304:24
305:6
**Web** 121:10
**web-based**
121:8
**website** 5:11
19:12 58:21,24

59:5,12,20
60:14 61:16
63:14,22 64:14
65:3 66:10,14
66:24 67:19
68:9
**websites** 74:12
**week** 291:22
**weeks** 14:19
**weighing** 119:8
**weight** 283:12
**weighting** 284:7
284:17
**WEIL** 2:14,17
**welcome** 42:12
166:24 237:16
302:10
**well-established**
116:20,23
117:5 130:3
167:12 168:1
353:19
**well-evidenced**
112:7 115:4
**well-known**
183:12 217:14
**well-powered**
228:1
**well-supported**
251:24
**went** 67:12
116:3 200:23
324:15
**Werb** 5:15 75:7
75:13 79:8
**Whatever's**
237:3
**wholly** 308:15
**wide** 32:14
106:18 108:23
162:8 184:20
284:10 286:14
**widely** 102:12
**Wikipedia** 5:13
69:14,18,24
70:2,20,22
71:3,5,12,15

71:20,22 72:1
72:19,24 73:22
73:24 74:12,18
74:22 75:2,3
**withstanding**
206:12
**witness** 7:16,18
8:13 12:11
100:14 102:4
141:6 158:16
158:20 170:8
185:12 225:18
237:5 285:22
291:11 391:10
392:3 393:1
**witnesses** 52:18
57:14 223:2
247:3
**woman** 161:7
164:9 226:14
322:13 324:19
346:16
**woman's** 304:15
340:21
**women** 199:7
205:7 207:2
225:13,22
257:17 258:4
306:14 336:9
338:5 346:3
369:11 380:9
**women's** 206:8
227:10
**wondering** 47:1
110:22
**Woodford** 184:2
**Woodruff** 184:2
207:4,20
303:14,22
**word** 68:10,10
78:14,21 80:2
80:10,21 81:9
81:13,19 103:4
264:2 278:3
299:2 331:17
332:23 392:6
**word-for-word**

54:20
**Word(s)** 392:6
**worded** 340:13
**wording** 58:14
74:21 79:9
82:3 274:7
283:8 329:10
329:13 330:19
334:11,12
**wordings** 66:18
**words** 48:13,21
56:12 58:4
61:10,10 62:10
317:1 330:12
**work** 18:9 44:10
48:24 51:14,20
53:10 88:20,24
92:1 98:19,24
99:13 100:14
103:15,21
104:4 106:11
108:24 120:19
131:11 158:1
181:4,13,15
183:6,11,14
224:6 236:17
244:9 245:14
284:11,12
286:9,13,16
291:5 297:1,5
299:18 326:6
**worked** 104:10
104:20
**working** 11:24
14:3 79:16
109:4 115:11
298:13
**works** 29:7
**workshop** 201:1
**world** 71:11
98:20 289:10
377:11
**worldwide**
327:4
**worries** 332:13
**worthy** 125:11
**wouldn't** 85:11

102:23 110:18
144:16 185:24
222:3 243:24
287:4 301:16
312:17 313:20
321:5 329:18
**wounds** 77:24
78:11
**write** 48:4 55:13
58:16 73:9
78:4 150:19
278:13
**writes** 56:17
60:15 72:24
76:15 77:14
383:7
**writing** 47:17,19
58:21 69:14,18
71:20 95:19
142:19 391:7
**written** 39:14
41:3 54:15
64:13 96:20
142:23 187:23
203:21 357:17
**wrong** 204:20
272:5 303:23
**wrote** 64:16
85:15 86:6
87:13 88:5
193:11 195:11
245:17
**Wu** 338:16
342:1,16,17,24

**X**
**X** 4:1 5:1 6:1
232:8,9 387:24

**Y**
**Y** 232:8 387:24
**yeah** 21:12 22:4
79:2 118:23
140:11 141:7
157:9 170:18
181:2 190:15
207:11 231:19

Shawn Levy, Ph.D.

| | | | | |
|---|---|---|---|---|
| 237:6 241:14 | 270:14,19 | 357:5 358:5 | **1st** 359:7 | 42:23 181:15 |
| 241:15 248:10 | 275:24 321:14 | **142** 5:22 | | 301:2 |
| 296:20 298:19 | 343:17 360:9 | **14th** 42:17 | **2** | **2018** 16:9 18:24 |
| 328:6,6 334:17 | 360:10,12 | **15** 6:2 19:2 99:5 | **2** 4:15 33:6,7 | 20:2,6 39:13 |
| 335:16 343:8 | 361:9 | 158:6 190:16 | 48:2,4,14 49:2 | 41:1,9,10 |
| 350:12,14 | **1.01** 280:7 281:2 | 190:19 203:6 | 60:2 96:24 | 42:17 43:8,10 |
| 370:17 378:11 | **1.17** 280:1 | 319:6 337:4 | 97:4,8,20 | 45:24 46:16 |
| 380:7 | **1.2** 281:15 | 349:21 370:19 | 112:10 119:6 | 84:6 85:13,15 |
| **year** 85:2 101:2 | **1.36** 280:7 | **1508** 250:13 | 137:22 195:1 | 87:14 88:4 |
| 101:5 310:5 | **1/8/19** 4:18 | **1510** 3:4 | 268:5,18 | 179:21 180:2,3 |
| 311:12 357:22 | **10** 5:12 72:2,3 | **16** 4:17 6:4 75:2 | 269:11 270:14 | 180:10,20 |
| **years** 9:2 26:19 | 75:22,24 | 192:23,24 | 270:19 313:7 | 181:16 204:12 |
| 27:1 98:22 | 154:24 348:22 | 357:13 372:8 | 321:2,12,14,17 | 245:18 265:22 |
| 120:4 161:23 | **10:15** 82:12 | **16-2738** 1:7 | 327:10,12 | 302:18 333:6 |
| 223:23 227:19 | **10:25** 82:16 | **16th** 16:17 | 328:24 331:20 | **2019** 1:11 7:5 |
| 234:11 299:19 | **100** 255:17 | **17** 2:14 6:6 | 332:4,8 339:7 | 16:10 107:15 |
| 309:9 310:21 | 256:10,11 | 137:22 138:7 | 341:21 345:7 | 393:10 |
| 311:6 312:16 | **10036** 2:21 | 138:16 147:7 | 346:13 | **208** 6:6 |
| 319:6 | **10153-0119** 2:18 | 149:17 208:7 | **2:10** 237:10 | **21** 4:22 6:16 |
| **Yep** 328:7 | **103** 31:4 187:12 | 208:10,18 | **2:26** 237:14 | 326:18,21 |
| **yesterday** | 187:17 362:12 | 209:1 359:14 | **20** 6:12 47:20 | 327:8 |
| 288:20 | **105** 362:13 | **170** 310:8,8 | 50:24 51:3 | **218** 2:3 6:8 |
| **York** 2:11,18,18 | **11** 1:11 5:14 | **174** 272:19,23 | 53:12 55:5 | **22** 6:18 124:15 |
| 2:21,21 | 75:14 76:4,6 | 274:14 278:13 | 56:15 101:13 | 124:20 367:21 |
| **younger** 319:17 | 349:19 | **175** 281:20 | 236:13 270:22 | 367:22 |
| | **11:51** 166:18 | **18** 6:8 122:12,18 | 271:2 337:4 | **220** 24:14 |
| ____ | **11747** 2:11 | 123:16 218:9 | **200** 338:4 | **23** 5:2 24:13,16 |
| **Z** | **11th** 7:5 | 218:13 | **20004-1454** 3:13 | **233** 3:8 |
| **Zelikoff** 5:9 49:4 | **12** 5:16 75:12,24 | **18-milligram-...** | **2002** 90:23 | **24-hour** 360:14 |
| 49:21 50:10 | 76:2 82:19,23 | 192:9 | **2006** 328:15 | **249** 6:10 |
| 56:16 | 84:10,11 86:17 | **1800s** 116:22 | **2007** 181:20 | **25-fold** 337:12 |
| **Zelikoff's** 49:7 | 87:3,15 181:6 | **19** 4:19 6:10 | **2008** 203:7 | 337:22 |
| 49:13 50:18,24 | 269:13 271:8 | 249:21 250:1 | 279:5 357:22 | **26** 5:21 |
| 51:1,18 53:13 | **12:52** 166:22 | **190** 6:2 | 358:3,8,22 | **26th** 83:5 |
| 54:8,12 55:2,6 | **1200** 98:19 | **192** 6:4 | 359:8 372:16 | **270** 6:12 |
| 55:18,24 56:15 | **125** 179:20 | **1971** 37:13 | 373:4 | **2738** 1:9 7:11 |
| 68:22 | 183:13 | 184:3 304:4,8 | **2009** 358:15,17 | **28** 41:1,10 |
| **Zena** 75:7 | **12th** 18:23 | **1979** 303:22 | 365:11 | **2nd** 16:9 41:7 |
| **zero** 360:17 | **13** 5:20 79:21 | **1980** 203:7 | **201** 2:14 | 42:23 |
| | 82:19,23 83:4 | 359:8 372:15 | **2011** 272:3 | |
| ____ | 83:23 84:3,5,8 | 373:11 | **2014** 6:5 192:18 | ____ |
| **0** | 219:16,20 | **1984** 25:5 | 193:21 194:11 | **3** |
| **08542-3792** 2:15 | 324:7 | **1993** 181:23 | 202:1 204:9,17 | **3** 4:17 16:4,7 |
| | **14** 4:13 5:22 | 194:8 201:2 | 357:17 359:7 | 60:9,20 62:1 |
| ____ | 33:11,19 35:19 | **1994** 201:1 | 373:4,11 | 63:1 194:14,22 |
| **1** | 142:1,2 143:21 | **1995** 25:10 | **2017** 16:17,22 | 194:22,24 |
| **1** 4:13 14:9,11 | 144:6 219:16 | **1996** 249:12 | 17:7 41:7 | 195:5 196:3 |
| 14:22 39:18 | | | | 212:2,3 213:3 |
| 193:16 268:5 | | | | |
| 268:18 269:11 | | | | |

Shawn Levy, Ph.D.

214:24 331:20 332:16 360:3 361:10
**3:33** 302:3
**3:48** 302:8
**30** 5:6 26:19
**30-** 338:5
**305** 2:10
**307** 4:5
**326** 6:16
**33** 4:15 17:23 18:14
**357** 4:6
**36104** 2:4
**367** 6:18
**37** 371:1
**372** 4:7
**389** 4:8
**3A** 212:5
**3B** 212:5

**4**
**4** 2:20 4:19 19:4 19:7 20:4,9 21:5 22:14 55:11 63:20,24 64:19 200:9 201:8,9 203:2 357:15,19 372:16 373:10 374:1,2
**4:54** 356:20
**40** 161:23 337:3 337:10,20
**40,000** 338:5
**400** 2:10
**41** 371:2
**42** 221:9,15,18 371:3
**45** 238:1
**49** 5:8

**5**
**5** 4:22 21:14,18 21:24 22:8,11 22:16,19 50:20 51:7 53:19

54:1 55:12 56:24 204:24 313:5,8 326:12 326:24
**5,000** 98:21 99:10
**5/2/18** 4:18
**5:20** 356:24
**50** 155:10 323:12
**500** 2:7 310:11 347:23,23 360:17 361:11 361:12
**56** 371:1
**581** 359:17
**59** 5:10

**6**
**6** 5:2 22:24 23:3 23:7,13,16,18 23:23 24:1,15 38:4 191:21 328:4,9,11 330:6 372:20 373:10 390:11
**6:00** 390:12
**60** 319:19
**60606-9997** 3:9
**6950** 3:8

**7**
**7** 4:4 5:6 30:12 30:13 71:24 72:8 73:8 185:9 194:14 334:13 337:1 361:20 372:20
**7-** 337:13
**72** 5:12
**72-hour** 360:11 360:15,20
**74** 278:13
**75** 5:14
**75202** 2:8
**767** 2:17
**78701** 3:4

**8**
**8** 5:8 49:20,22 50:9 338:8 367:17 368:11 368:14
**8-fold** 337:13
**80s** 190:1
**816** 3:4
**82** 5:16,20
**850** 1:16
**8th** 16:10

**9**
**9** 5:10 59:7,11 59:23 60:13 75:5 76:9 77:9 78:3 347:8
**9:04** 1:18 7:6
**90** 322:2
**900** 2:7
**90s** 176:1
**96** 250:1
**975** 3:13