# Exhibit 101

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY


------------------------ )
IN RE JOHNSON & JOHNSON  )
TALCUM POWDER PRODUCTS   )
MARKETING, SALES         )   MDL NO.
PRACTICES, AND PRODUCTS  )   16-2738 (FLW) (LHG)
LIABILITY LITIGATION     )
                         )
------------------------ )
                         )
THIS DOCUMENT RELATES TO )
ALL CASES                )
                         )
------------------------

— — —

Saturday, January 19, 2019
— — —


Videotaped Deposition of ARCH I. "CHIP"

CARSON, M.D., Ph.D., held at the Marriott

Houston Medical Center, 6580 Fannin Street,

Houston, Texas, commencing at 9:02 a.m., on

the above date, before Michael E. Miller,

Fellow of the Academy of Professional

Reporters, Certified Court Reporter,

Registered Diplomate Reporter, Certified

Realtime Reporter and Notary Public.


— — —

GOLKOW LITIGATION SERVICES
877.370.DEPS | fax 917.591.5672
deps@golkow.com

## Arch I. "Chip"  Carson, M.D., Ph.D.

Page 2

```
1    A P P E A R A N C E S :
2    BEASLEY ALLEN, PC
     BY:  P. LEIGH O'DELL, ESQUIRE
3       leigh.odell@beasleyallen.com
        MARGARET M. THOMPSON, ESQUIRE
4       margaret.thompson@beasleyallen.com
        234 Commerce Street
5       Montgomery, Alabama 36103-4160
        (334) 269-2343
6    Counsel for Plaintiffs' Steering
     Committee
7
8    BURNS CHAREST LLP
     BY:  AMANDA KLEVORN, ESQUIRE
9       aklevorn@burnscharest.com
        365 Canal Street
10      Suite 1170
        New Orleans, Louisiana 70130
11      (504) 799-2845
        Counsel for Plaintiffs
12
13   TUCKER ELLIS LLP
     BY:  MICHAEL C. ZELLERS, ESQUIRE
14      michael.zellers@tuckerellis.com
        515 South Flower Street
15      42nd Floor
        Los Angeles, California 90071
16      (213) 430-3400
        Counsel for Johnson & Johnson
17      Defendants
18
19   DRINKER BIDDLE & REATH, LLP
     BY:  KATHERINE MCBETH, ESQUIRE
20      katherine.mcbeth@dbr.com
        One Logan Square, Suite 2000
21      Philadelphia, Pennsylvania 19103
        (215) 988-2706
22      Counsel for Johnson & Johnson
        Defendants
23
24
```

Page 3

```
1    A P P E A R A N C E S :
2    DYKEMA GOSSETT PLLC
     BY:  JANE E. BOCKUS, ESQUIRE
3       jbockus@dykema.com
        112 East Pecan Street
4       Suite 1800
        San Antonio, Texas 78205
5       (210) 554-5500
        Counsel for Imerys Talc America
6
7    COUGHLIN DUFFY LLP
     BY:  JONATHAN F. DONATH, ESQUIRE
8       jdonath@coughlinduffy.com
        350 Mount Kemble Avenue
9       Morristown, New Jersey 07962
        (973) 267-0058
10      Counsel for Imerys Talc America
11
12   TUCKER ELLIS LLP
     BY:  CAROLINE M. TINSLEY, ESQUIRE
13      caroline.tinsley@tuckerellis.com
        100 South Fourth Street, Suite 600
14      St. Louis, MO 63102
        (216) 696-3675
15      Counsel for PTI Royston LLC and PTI
        Union LLC
16
17   SEYFARTH SHAW, LLP
     BY:  RENEE B. APPEL, ESQUIRE
18      rappel@seyfarth.com
        975 F Street, N.W.
19      Washington, D.C. 20004-1454
        (202) 463-2400
20      Counsel for Personal Care Products
21
22   VIDEOGRAPHER:
23      DOUG OVERSTREET,
        Golkow Litigation Services
24
```

Page 4

```
1                  INDEX
2
     APPEARANCES              2
3
     PROCEEDINGS              8
4
5
     EXAMINATION OF ARCH I. "CHIP" CARSON, M.D., Ph.D.:
6
7      BY MR. ZELLERS          9
7
       BY MS. BOCKUS         284
8
       BY MS. APPEL          343
9
10
11   CERTIFICATE              364
11
     ERRATA                   366
12
     ACKNOWLEDGMENT OF DEPONENT    367
13
     LAWYER'S NOTES           368
14
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
1            DEPOSITION EXHIBITS
         ARCH I. "CHIP" CARSON, M.D., Ph.D.
2            January 19, 2019
3    NUMBER        DESCRIPTION       PAGE
4    Exhibit 1   Notice of Deposition      10
5    Exhibit 2   11/16/18 Carson Expert    15
                 Report
6
     Exhibit 3   Carson Curriculum Vitae   21
7
     Exhibit 4   Listing of Literature     21
8                Reviewed
9    Exhibit 5   2019 Longo et al          26
                 Publication
10
     Exhibit 6   2019 Fletcher et al       26
11               Publication
12   Exhibit 7   Undated Taher et al       26
                 Publication
13
     Exhibit 8   1952 Graham et al         29
14               Publication
15   Exhibit 9   12/18 Health Canada Draft 30
                 Screening Assessment
16
     Exhibit 10  1/1/14 FDA Letter to      31
17               Epstein
18   Exhibit 11  1991 Blount et al         32
                 Publication
19
     Exhibit 12  1974 Parmley et al        32
20               Publication
21   Exhibit 13  USB Drive Containing      36
                 Materials Reviewed
22
     Exhibit 14  8/1/00 Health Canada      98
23               Decision-Making Framework
24
```

2 (Pages 2 to 5)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 6

DEPOSITION EXHIBITS

1
2
Exhibit 15  Handwritten List of         124
3           Materials Reviewed by
            Dr. Carson
4
Exhibit 16  1979 Chappell et al         130
5           Publication
6   Exhibit 17  2011 Reid et al Publication   159
7   Exhibit 18  2011 Camargo et al         163
            Publication
8
Exhibit 19  2013 Terry et al           192
9           Publication
10  Exhibit 20  2016 Cramer et al         195
            Publication
11
Exhibit 21  IARC Classification Groups  225
12          Document
13  Exhibit 22  2017 Berge et al          243
            Publication
14
Exhibit 23  2007 Langseth et al        247
15          Publication
16  Exhibit 24  2016 Schildkraut et al     271
            Publication
17
Exhibit 25  Excerpt from IARC           289
18          Monograph 93
19
20
21
22
23
24

Page 7

REFERENCED EXHIBITS

1
2
NUMBER                           PAGE
3
Exhibit        .................    148
4   Hopkins-28
5   Exhibit        .................    148
Pier-47
6
Exhibit        .................     28
7   P-346
8
9              --oOo--
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 8

PROCEEDINGS

1           PROCEEDINGS
2   (January 19, 2019 at 9:02 a.m.)
3           THE VIDEOGRAPHER:  We are now
4   on the record.  My name is Doug
5   Overstreet.  I'm the videographer for
6   Golkow Litigation Services.  Today is
7   January 19th, 2019.  The time is
8   9:02 a.m.
9           This video deposition is being
10  held in Houston, Texas in the matter
11  of Talcum Powder Litigation MDL
12  No. 2738.
13          The deponent is Dr. Chip
14  Carson.
15          Will counsel please identify
16  themselves for the record.
17          MS. O'DELL:  Leigh O'Dell,
18  Beasley Allen, for the plaintiffs.
19          DR. THOMPSON:  Margaret
20  Thompson, Beasley Allen, for the
21  plaintiffs.
22          MS. KLEVORN:  Amanda Klevorn,
23  Burns Charest, for the plaintiffs.
24          MR. ZELLERS:  Michael Zellers

Page 9

1   for the Johnson & Johnson defendants.
2           MS. McBETH:  Katherine McBeth,
3   Drinker Biddle & Reath, for the
4   Johnson & Johnson defendants as well.
5           MS. BOCKUS:  Jane Bockus for
6   Imerys.
7           MR. DONATH:  Jonathan Donath
8   from Coughlin Duffy for Imerys.
9           MS. APPEL:  Renée Appel from
10  Seyfarth Shaw for Personal Care
11  Products.
12          MS. TINSLEY:  Caroline Tinsley,
13  Tucker Ellis, for PTI Union, LLC and
14  PTI Royston, LLC.
15          THE VIDEOGRAPHER:  The court
16  reporter today is Mr. Mike Miller, and
17  he will now swear in the witness.
18  ARCH I. "CHIP" CARSON, M.D., Ph.D.,
19      having been duly sworn,
20      testified as follows:
21          EXAMINATION
22  BY MR. ZELLERS:
23      Q.   Can you state your name,
24  please.

3  (Pages 6 to 9)

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 10 |
|---|

1      A.   Arch Carson.
2      Q.   You are a physician; is that
3  right?
4      A.   I am.
5      Q.   A medical toxicologist?
6      A.   Yes.
7      Q.   We are here today to take your
8  deposition in the talc MDL litigation
9  proceedings; is that right?
10     A.   As far as I know, yes.
11     Q.   You are an expert witness for
12 the plaintiffs in that litigation; is that
13 right?
14     A.   Yes.
15     Q.   Did you receive a notice of
16 deposition, which we'll mark as Exhibit 1, to
17 appear here today?
18          (Carson Deposition Exhibit 1
19          marked.)
20     A.   Yes, I received a copy of this
21 document.
22          MS. O'DELL:  And, Michael, just
23     for the record, we just reassert all
24     our previously served objections to

| Page 11 |
|---|

1    the notice.
2          MR. ZELLERS:  Thank you.
3  BY MR. ZELLERS:
4      Q.   You have given deposition
5  testimony in the past; is that right?
6      A.   I have.
7      Q.   On how many occasions?
8      A.   Probably 30, 35.
9      Q.   You are familiar with the
10 procedures we're going to follow today?
11     A.   More or less, I think.
12     Q.   If at any time I ask you a
13 question and you don't understand it, tell me
14 you don't understand it and I'll repeat it or
15 rephrase it to try to make it clear to you.
16          Can you do that?
17     A.   Yes.
18     Q.   If you answer a question that I
19 ask or that any of the counsel ask, we're
20 going to assume that you understood it; is
21 that fair?
22          MS. O'DELL:  Object to form.
23     A.   That's fair.
24          ///

| Page 12 |
|---|

1  BY MR. ZELLERS:
2      Q.   As best we can, let me finish
3  my question before you start to give your
4  answer.  I'll do the same and allow you to
5  finish your answer before I ask you another
6  question so our court reporter can take down
7  what each of us say.
8          Can you do that?
9      A.   Yes.
10     Q.   In response to the notice of
11 deposition, which we've marked as Exhibit 1,
12 have you brought with you certain documents
13 here today?
14     A.   I have a collection of
15 documents that in part respond to these
16 requests, yes.
17     Q.   Do you have any documents in
18 your possession that are responsive to the
19 notice of deposition, Exhibit 1, that you
20 have not brought here today?
21     A.   I would have to go through
22 these things one by one, but --
23     Q.   You didn't do that before we
24 came here today?

| Page 13 |
|---|

1      A.   I did, but the plaintiffs'
2  attorneys --
3          MS. O'DELL:  Let me just stop
4     you, Dr. Carson, just because
5     discussing what we've discussed is not
6     within the purview of this deposition.
7     That's privileged.  Let me just say --
8          THE WITNESS:  All right.
9          MS. O'DELL:  -- Dr. Carson, in
10    response to the notice, has brought
11    with him copies of the cited materials
12    in his report, and that's in the
13    binder that is to his left.
14          He's brought with him copies of
15    certain documents that were listed on
16    his materials considered list.  He
17    doesn't have a physical copy of
18    everything on his materials considered
19    list.
20          I brought today a thumb drive
21    that has a copy of all the items on
22    his materials considered list.  If you
23    would like access to that, it's
24    available to you.

4 (Pages 10 to 13)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 14

1     And then in addition, he has
2  brought some additional materials that
3  he has reviewed since the service of
4  his report.
5     The only other item, as I
6  recall, on the notice of deposition
7  request for documents that has not
8  been brought to the deposition is
9  copies of invoices and Dr. Carson has
10 not sent us an invoice.  That's why we
11 don't have a copy.
12    So to try to short-circuit
13 this, just to make sure since we made
14 decisions about what's produced and
15 what's not, I'll just say all that for
16 the record.  And if you'd like that,
17 you're welcome to it.
18 BY MR. ZELLERS:
19    Q.   Dr. Carson, you heard
20 Ms. O'Dell describe what you brought here
21 today.  Is all of that accurate?
22    A.   It is.
23    Q.   Are you aware of there being
24 any documents or materials that are

Page 15

1  responsive to the deposition notice that you
2  have not brought with you here today?
3     A.   No.
4     Q.   I'm trying to understand what
5  counsel for plaintiffs, Ms. O'Dell, has said,
6  so let me ask you some questions.
7        You have brought with you today
8  in a binder some of the cited materials in
9  your report; is that right?
10    A.   Yes.  This is intended to be a
11 complete set of the cited references, with
12 one exception.
13    Q.   When you say cited
14 references --
15    A.   From my report.
16    Q.   Your expert report, we will
17 mark as Exhibit 2.
18       (Carson Deposition Exhibit 2
19 marked.)
20 BY MR. ZELLERS:
21    Q.   Is Deposition Exhibit 2 your
22 report in this matter?
23    A.   It is.  It also has
24 attachments.

Page 16

1     Q.   I'll ask you about the
2  attachments in a moment.
3        Does this report,
4  Deposition Exhibit 2, contain all of the
5  opinions that you intend to offer at any
6  trial or hearing of this matter?
7     A.   In general, it contains all of
8  my opinions.  I expect to expand on those
9  opinions possibly in this deposition or in
10 the future.
11    Q.   Today's my opportunity to ask
12 you what your opinions are in this matter.
13       As of today, are the opinions
14 that you expressed to us set forth at any
15 trial or hearing in this matter, are they
16 contained in your report, Exhibit 2?
17    A.   I have seen information that
18 has become available recently that I did not
19 have at that time this report was finalized,
20 and I have modified my opinions very slightly
21 as a result of that information.
22    Q.   How have you modified your
23 opinions?
24    A.   My opinions have essentially

Page 17

1  been strengthened as they relate to the
2  causation question between perineal talcum
3  powder use and the occurrence of ovarian
4  cancers.
5     Q.   Other than you believing that
6  your opinions are strengthened with respect
7  to the association between perineal talcum
8  powder use and ovarian cancer, have your
9  opinions changed at all since you prepared
10 your report, Exhibit 2?
11    A.   No.
12    Q.   Are there any new or additional
13 opinions as of today that you expect to
14 testify to at trial or any hearing of this
15 matter other than your report, Exhibit 2, and
16 as you have qualified that report by stating
17 that your opinions on association are
18 stronger today?
19    A.   No.
20       MS. O'DELL:  Object to the
21 form.
22 BY MR. ZELLERS:
23    Q.   Okay.  Your report has a list
24 of references that begin on page 11.

5 (Pages 14 to 17)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 18

1    Do you see that?
2    A.    Yes.
3    Q.    What are the references?  What
4  do they relate to?  And by that, I mean --
5  I'm just trying to understand what this list
6  is.
7    A.    This is a list of references
8  from which I gleaned information that were
9  important to my forming opinions regarding
10  the question that was given to me, and they
11  contribute to pieces of the report in various
12  ways.
13    They don't represent a complete
14  review that I made in preparing my report,
15  but all are important in some way in terms of
16  coming to my conclusions.
17    Q.    Are the references that you
18  list in your report from page 11 up and
19  through page 16, are those the materials that
20  you are relying on in terms of your opinions
21  that you're expressing in your report?
22    MS. O'DELL:  Objection to form.
23    A.    Yes.
24    ///

Page 19

1  BY MR. ZELLERS:
2    Q.    What, then, is the difference
3  between the references to your report and
4  Exhibit B, which has a caption, Literature?
5    A.    The Exhibit B represents a
6  larger set of documents, including scientific
7  literature, technical reports, and so forth
8  that I reviewed in preparation of my report
9  and the formation of my opinions; but they
10  did not contain information that I felt
11  necessary to cite in my report.
12    Q.    The literature that you cite to
13  as Appendix B of your report are materials
14  that you reviewed but are not the materials
15  that you're specifically relying on.  The
16  materials that you're specifically relying on
17  are set forth in your references list; is
18  that right?
19    MS. O'DELL:  Excuse me.  Object
20  to the form, misstates his testimony.
21    A.    My opinions are based on my
22  total review of the literature as well as my
23  training, my professional experience and many
24  other factors.

Page 20

1    I produced a report that I
2  thought was responsive to the question that
3  was given to me by the plaintiffs' attorneys,
4  and within that report I felt it necessary to
5  cite specific key references that contributed
6  to items in that report.
7  BY MR. ZELLERS:
8    Q.    And those are --
9    MS. O'DELL:  Excuse me, sir.
10  Are you finished, Dr. Carson?
11    THE WITNESS:  Yes.
12    MS. O'DELL:  Okay.  Sorry.
13  BY MR. ZELLERS:
14    Q.    Those are the items that you've
15  listed under References; is that right?
16    A.    Yes.
17    Q.    Literature are other materials
18  that you have reviewed but didn't rise to the
19  level of you citing them as a reference for
20  your report, correct?
21    A.    That is correct, but they do
22  contribute information that I utilize in
23  terms of the whole to formulate my opinions.
24    Q.    Let me mark several of the

Page 21

1  attachments to your report as separate
2  exhibits.
3    (Carson Deposition Exhibit 3
4  marked.)
5  BY MR. ZELLERS:
6    Q.    Exhibit 3 is your curriculum
7  vitae that was attached to your report; is
8  that right?
9    A.    Yes.
10    (Carson Deposition Exhibit 4
11  marked.)
12  BY MR. ZELLERS:
13    Q.    Exhibit 4 is a copy of your
14  literature list that we just discussed that
15  is in your report; is that right?
16    A.    Yes.
17    MS. O'DELL:  Thank you.
18  BY MR. ZELLERS:
19    Q.    The one difference with
20  Exhibit 4, your literature list that's
21  attached to your report as Appendix B is not
22  numbered.  I've gone ahead and numbered the
23  pages on Exhibit 4, your literature list, in
24  case we want to refer to a specific page.

6 (Pages 18 to 21)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 22

1    Today, when I refer to
2  products, talc products, baby powder or
3  Shower to Shower, I'm referring to the baby
4  powder product manufactured by Johnson &
5  Johnson Consumer Products Inc. and the Shower
6  to Shower product formerly manufactured by
7  Johnson & Johnson Consumer Products Inc.
8        Do you understand that?
9    A.   Yes.
10   Q.   Is your report, Exhibit 2,
11 accurate?
12   A.   I believe so.
13   Q.   Do you believe it's complete?
14   A.   In terms of its focus, yes.
15   Q.   What do you mean in terms of
16 its focus?
17   A.   It covers specific aspects of a
18 larger question, and regarding those specific
19 aspects, I believe it is complete.
20   Q.   It covers the aspects of the
21 question that you intend to offer opinions
22 on, correct?
23   A.   That is correct.
24   Q.   What is the question that was

Page 23

1  given to you by counsel for plaintiffs in
2  this litigation?
3    A.   The question is do the -- does
4  the habitual use of talcum powder products
5  cause ovarian cancer.
6    Q.   Were you given any other
7  questions to answer or opine on in this
8  litigation?
9    A.   Not specifically.
10   Q.   What do you understand habitual
11 use of talcum powder to refer to?
12   A.   It means routine use, periodic
13 use.
14   Q.   Over any period of time?
15   A.   Over an extended period of
16 time.
17   Q.   What is an extended period of
18 time?
19   A.   Months or years.
20   Q.   Any other definition that you
21 have of habitual use?
22   A.   No.
23   Q.   Today, in response to the
24 notice of deposition, you did bring the

Page 24

1  binder of materials; is that right?
2    A.   Yes.
3    Q.   The binder of materials, did
4  you prepare that, or was it prepared for you?
5    A.   Well, I uploaded documents to a
6  share file, and the plaintiffs' attorneys
7  were kind enough to print those for me and
8  assemble them in the binder.
9    Q.   In addition, you have brought
10 with you a stack of eight or so additional
11 references that you have on the table in
12 front of you; is that right?
13   A.   Yes.
14   Q.   Are those materials that were
15 cited either as references in your report or
16 in the literature section of your report?
17   A.   I think they're all included in
18 one or the other of those lists.
19   Q.   Your testimony under oath is
20 that all of the additional materials you
21 brought here today are referred to either in
22 your reference list, which is -- begins at
23 page 11 of your report, or your literature
24 list, which we've marked as Exhibit 4 and is

Page 25

1  Exhibit B to your report; is that right?
2       MS. O'DELL:  Objection to the
3  form.
4       Go ahead.
5    A.   There are a couple of new
6  articles here that were not available at the
7  time that I submitted my report, and I
8  believe the literature list was also created.
9  BY MR. ZELLERS:
10   Q.   Were those new materials
11 provided to you by plaintiffs' counsel or are
12 those materials that you did some type of
13 literature search and found?
14   A.   One of them was provided to me
15 by plaintiffs' counsel, but I was aware that
16 it was coming.  And -- actually, two of them
17 were provided by plaintiffs' counsel.
18   Q.   All right.  The two additional
19 documents that were provided to you by
20 plaintiffs' counsel, can you show those to
21 me?
22   A.   Okay.  One is the Longo report.
23   Q.   We will mark as
24 Deposition Exhibit 5 the Longo report dated

7 (Pages 22 to 25)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 26

1  January 15th of 2009 [sic].
2       (Carson Deposition Exhibit 5
3  marked.)
4       A.    The other is the recent
5  Fletcher, et al article.
6       (Carson Deposition Exhibit 6
7  marked.)
8  BY MR. ZELLERS:
9       Q.    The Fletcher article dated
10  January 3rd of 2019 we'll mark as Exhibit 6.
11  This is an article from Reproductive
12  Sciences; is that right?
13       A.    Yes.  And I actually have a
14  third.
15       Q.    All right.  You have a third
16  article that was provided to you by
17  plaintiffs' counsel?
18       A.    Yes.
19       (Carson Deposition Exhibit 7
20  marked.)
21  BY MR. ZELLERS:
22       Q.    Let's mark that as
23  Deposition Exhibit 7.  Can you tell us what
24  article that is?

Page 27

1       A.    This is a meta-analysis.
2  It's -- the title is Systematic Review and
3  Meta-Analysis of the Association Between
4  Perineal Use of Talc and Risk of Ovarian
5  Cancer.  The lead author is Mohamed Taher.
6       Q.    The Taher paper we have marked
7  as Exhibit 7; is that right?
8       A.    Yes.
9       Q.    This is something that you were
10  provided by plaintiffs' counsel; is that
11  right?
12       A.    Yes.
13       Q.    Exhibit 6, Reproductive
14  Sciences, are you familiar with that journal?
15       A.    I'm aware that it exists.
16       Q.    Do you review that journal on a
17  regular basis as a part of your clinical and
18  research activities?
19       A.    No, I don't.
20       Q.    Is Reproductive Sciences a
21  peer-reviewed journal?
22       A.    I believe it is.
23       Q.    The Exhibit 6 has as a
24  corresponding author, Dr. Saed, S-A-E-D, a

Page 28

1  Ph.D.; is that right?
2       A.    Yes.
3       Q.    What additional articles have
4  you brought here with you today separate and
5  apart from your binder of materials?
6       A.    There's a copy of the IARC
7  monographs preamble.
8       Q.    For what purpose did you bring
9  that article?
10       A.    This discusses the general
11  process that IARC uses in approaching a
12  putative carcinogenic material.
13       Q.    That has previously been marked
14  as Plaintiff Exhibit P-346 in another
15  proceeding; is that right?
16       A.    I don't know.
17       Q.    Well, the document we're
18  looking at has that exhibit sticker on it; is
19  that right?
20       A.    It does.
21       Q.    What else have you brought here
22  with you today?
23       A.    This is an article from
24  The Lancet from 1952 titled Value of Modified

Page 29

1  Starch as a Substitute for Talc, and the
2  first author is J.D.P. Graham.
3       Q.    Why did you bring that article?
4       A.    This is an older article that
5  discusses the suitability of substituting
6  cornstarch materials for talc due to
7  perceived issues with talc.
8       Q.    Is this an article that you had
9  cited previously, either in your references
10  or your list of literature?
11       A.    I did not cite it in my report.
12  I don't know -- I don't recall if it's in the
13  literature list or not.
14       (Carson Deposition Exhibit 8
15  marked.)
16  BY MR. ZELLERS:
17       Q.    Why did you decide to bring
18  that with you here today?
19       A.    It is in the literature list.
20       I ran across it last night, and
21  I thought I might need to refer to it during
22  the deposition.
23       Q.    What other documents or
24  materials have you brought other than your

8 (Pages 26 to 29)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 30

1  binder of materials?
2      A.    I have here a copy of the
3  recent Canadian position on the safety of
4  talcum powder and its relationship to ovarian
5  cancer.
6      Q.    When did you review that
7  document?
8      A.    A couple weeks ago, I think.
9      Q.    Is that a document that you
10 were provided by plaintiffs' counsel?
11     A.    It was.
12     Q.    Can I see the document, please?
13 We'll mark the draft screening assessment
14 from Health Canada dated December 18th of
15 2018 as Exhibit 9.
16         (Carson Deposition Exhibit 9
17     marked.)
18 BY MR. ZELLERS:
19     Q.    Any other documents?
20     A.    I have a copy of the letter
21 from the FDA from April 1st, 2014 responding
22 to positions -- petitions for labeling.
23     Q.    This is a letter that has a
24 stamp on it on the first page, April 1st,

Page 31

1  2014, from -- or strike that -- to
2  Dr. Epstein from the FDA; is that right?
3      A.    Yes.
4      Q.    Let's mark that as Exhibit 10.
5         (Carson Deposition Exhibit 10
6     marked.)
7  BY MR. ZELLERS:
8      Q.    What else?
9      A.    I have an article authored by
10 A.M. Blount which is titled Amphibole Content
11 of Cosmetic and Pharmaceutical Talcs that was
12 published in Environmental Health
13 Perspectives in 1991.
14     Q.    Is that a journal that you
15 review on a regular basis as part of either
16 your clinical practice or your research
17 activities?
18     A.    That one I do look at pretty
19 much.
20     Q.    Is this an article you were
21 aware of back in 1991?
22     A.    No.  At least I don't recall.
23     Q.    Is it fair that your review of
24 this literature, the literature relating to

Page 32

1  talcum powder and ovarian cancer, is
2  something that you undertook when you were
3  retained by plaintiffs' counsel and asked to
4  address the question they gave to you?
5      A.    Yes, it is.
6      Q.    We will mark the article by
7  Blount as Exhibit 11.
8         (Carson Deposition Exhibit 11
9     marked.)
10 BY MR. ZELLERS:
11     Q.    And you have one more; is that
12 right?
13     A.    Yes, one more, which is -- this
14 is an article from the American Journal of
15 Obstetrics and Gynecology from 1974 titled
16 The Ovarian Mesothelioma.  It's authored by
17 Parmley and Woodruff.
18     Q.    We'll mark that as Exhibit 12.
19         (Carson Deposition Exhibit 12
20     marked.)
21 BY MR. ZELLERS:
22     Q.    Exhibit 12, is this an article
23 that was cited previously by you in either
24 your references or your literature list?

Page 33

1      A.    Yes.
2      Q.    For what -- strike that.
3         Is this a document that you
4  chose to bring today or were you provided it
5  by plaintiffs' counsel?
6      A.    This is another one I ran
7  across last night and decided to bring along
8  to the depo.
9      Q.    Same questions with respect to
10 the Blount article, Exhibit 11:  Is this an
11 article you cite in your references or
12 literature?
13     A.    In the literature, yes.
14     Q.    For what purpose have you
15 brought this with you today?
16     A.    I thought I might want to refer
17 to it in response to questions here.
18     Q.    Exhibit 10, the letter from the
19 FDA to Dr. Epstein, April of 2014, for what
20 purpose have you brought that here with you
21 today?
22     A.    I thought I might want to refer
23 to it in response to questioning.
24     Q.    The documents that you have

9 (Pages 30 to 33)

Arch I. "Chip"  Carson, M.D., Ph.D.

1  brought here with you today are documents
2  that you wanted to have available to try to
3  respond to the questions that I may ask you?
4      A.    Yes.
5      Q.    These documents you all
6  believe -- strike that.
7          The documents that you've
8  identified and you've brought with you --
9  have brought with you today, you believe
10 those are supportive of the opinions that you
11 are rendering in this matter; is that right?
12     A.    Yes.
13     Q.    The documents on your
14 literature list, what we have marked as
15 Exhibit 4, are those documents that were
16 provided to you by plaintiffs' counsel?
17     A.    Some were.
18     Q.    The documents on this list that
19 were not provided by plaintiffs' counsel, did
20 you find those through a literature search?
21     A.    Yes.
22     Q.    Are you able to distinguish for
23 us which documents on your literature list,
24 Exhibit 4, came from plaintiffs' counsel and

1  which items on the literature list you came
2  up with?
3      A.    To some extent.
4      Q.    So if we went through item by
5  item, you believe you could distinguish
6  between what was provided to you by
7  plaintiffs and what you found on your own?
8      A.    For some, but not all of them.
9      Q.    Have you reviewed all of the
10 materials that are listed on your literature
11 list?
12     A.    I have reviewed all of them,
13 yes.
14     Q.    Have you reviewed all of the
15 materials that are on your reference list?
16     A.    Yes.
17     Q.    The materials on your reference
18 list, is it the same that some were provided
19 to you by plaintiffs' counsel and some you
20 found on your own?
21     A.    I think there may be one or two
22 references that I didn't have before I saw
23 them in the share file that may have been
24 provided by plaintiffs' counsel, but I

1  wouldn't be able to tell you for sure.  I'm
2  sure I ran across these in my own literature
3  search.
4      Q.    Deposition Exhibit 13, we will
5  mark the thumb drive that plaintiffs' counsel
6  has brought here today.
7          (Carson Deposition Exhibit 13
8  marked.)
9  BY MR. ZELLERS:
10     Q.    Do you, Dr. Carson, have an
11 understanding of what's on the thumb drive
12 we've marked as Exhibit 13?
13     A.    My understanding is this is
14 copies of the documents on the literature
15 list.
16     Q.    When were you first retained by
17 anyone regarding the talc/ovarian cancer
18 litigation?
19     A.    In October of 2018.
20     Q.    Who contacted you?
21     A.    I was contacted by an attorney
22 named Russ Abney.
23     Q.    Who is Mr. Abney, if you know?
24     A.    Mr. Abney is a lawyer who used

1  to work in the Houston area and with whom I
2  had some dealings years ago; and since that
3  time he has become involved in this talc
4  litigation in some way, was aware of me as a
5  potential expert witness, and contacted me
6  regarding my interest and availability.
7      Q.    What matters have you worked on
8  with Mr. Abney in the past?
9      A.    I think it would have been back
10 in the 1990s, and I frankly don't recall what
11 cases we worked on, but there were one or
12 maybe two cases.
13     Q.    When in October of 2018 were
14 you contacted by Mr. Abney?
15         MS. O'DELL:  Object to the
16 form.
17     A.    I believe it was either the
18 14th or 15th of October.
19 BY MR. ZELLERS:
20     Q.    How do you remember with that
21 precision?
22     A.    I have an e-mail that relates
23 to a phone call which was our initial
24 contact.

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 38

1    Q.   Mr. Abney at some point asked
2  you to address the question that you told us
3  before:  Does the habitual use of talcum
4  powder cause ovarian cancer?
5       Is that right?
6       MS. O'DELL:  Object to the
7  form.
8    A.   Well, he talked to me generally
9  about the case that was proceeding, and I
10  discussed with him what my understanding of
11  those things was and what the kind of
12  opinions I would be able to render would be.
13  And he suggested that he set up a meeting
14  between me and members of plaintiffs'
15  counsel.
16  BY MR. ZELLERS:
17    Q.   When Mr. Abney called you
18  middle of October of 2018, talcum powder and
19  any relationship or association that it may
20  have to ovarian cancer had not been a focus
21  of your research or study; is that right?
22    A.   That's right.
23    Q.   It had not been a part of your
24  clinical practice, right?

Page 39

1    A.   That's correct.
2    Q.   When did you meet with the
3  larger group of plaintiffs' counsel?
4    A.   I believe we had a telephone
5  meeting on the 16th of October.  I'm not
6  sure.  I have to --
7    Q.   That's -- right now I just want
8  estimates.
9    A.   Okay.
10    Q.   And so I don't -- as long as
11  you're reasonably comfortable that it was in
12  that time frame.
13    A.   It was mid October.
14    Q.   That's fine.
15       When were you asked the
16  question that the plaintiffs' lawyers wanted
17  you to try to answer in this litigation?
18    A.   Well, after the meeting we
19  parted ways and then made contact again a few
20  days later, and I was told that they were
21  interested in me going ahead and doing a
22  review and starting to establish opinions.
23    Q.   What do you mean by they
24  authorized you or were comfortable with you

Page 40

1  doing a review?  What does that mean?
2    A.   Well, I felt that I was hired
3  as a witness at that point and that's when I
4  would begin my billable hours on this case.
5    Q.   When was that?  Sometime in
6  later October of -- late October of 2018?
7    A.   It was within a few days after
8  our first meeting, still in October.
9    Q.   What did you do to answer the
10  question?  What was your methodology?
11    A.   Well, initially I decided to do
12  a general literature search on the question
13  to see what research had been performed, what
14  reports had been written, what the quality of
15  that research was.
16    Q.   When did you start that?
17    A.   Immediately.  I was curious.
18       I began to assemble the
19  available literature and review it on a
20  piecemeal basis through the subsequent time
21  period; the next couple of weeks I reviewed a
22  lot of it.
23    Q.   What did you search for when
24  you did this general literature search?

Page 41

1    A.   I searched under various search
2  terms, including "talc," including "ovarian
3  cancer," the relationship between the two.
4  As I became more familiar with the
5  literature, I expanded that search into other
6  topics.
7       As I became -- I was already
8  aware of issues related to the inclusion of
9  asbestos in talc deposits, and so I expanded
10  my search into that part of the literature
11  that relates to asbestos in talc or asbestos
12  in ovarian cancer.
13       As I felt my opinions would
14  need to extend into cancer and carcinogenesis
15  in general, I did some search into ovarian
16  cancer specifically and general
17  carcinogenesis to see what the current state
18  of the art was regarding that in the
19  literature.
20       I looked at some issues of
21  mining practices.
22       I looked at the Johnson &
23  Johnson website.  There's a webpage regarding
24  talc and ovarian cancer that I looked at.

11  (Pages 38 to 41)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 42

1   I looked through old notes and
2   lecture files that I had for information that
3   I've used or accessed previously in my
4   professional capacity for information that
5   was pertinent.
6        Just a very dendritic kind of
7   extensive search.
8        Q.    You reviewed these materials
9   that you have told us about and then did you
10  prepare your report?
11       A.    At that point I -- well, the
12  literature review took several stages.
13  Typically when you perform a review like
14  this, you end up with a -- I do a very
15  general sort of approach to a review, so I
16  get much more than will be pertinent to my
17  review eventually.
18       I find that a valuable approach
19  because it allows me to find things I
20  wouldn't otherwise find or look for or know
21  to look for.
22       And then I'm able to cull
23  through that information and discard pieces
24  of the search materials that are not relevant

Page 43

1   or interesting to me and then refine my
2   search and redo it, extending it into
3   different areas that have now become
4   pertinent in my opinion, until I satisfy
5   myself that I have pretty much covered the
6   waterfront so to speak in terms of a
7   literature review.
8        Q.    You did your literature review.
9   You reviewed the Johnson & Johnson website
10  and the other materials that you have told us
11  about.
12       Did you then formulate your
13  opinions and set them down in your report
14  which we marked as Exhibit 2?
15       A.    I did.  I began writing as I
16  reviewed the literature and continued to take
17  notes which, through a continuous editing
18  process, eventually became my report.
19       Q.    Did you prepare your report?
20       A.    I did.
21       Q.    Did anyone assist you in the
22  preparation of your report?
23       A.    No one assisted me in the
24  preparation of my report.  I did receive

Page 44

1   review of draft versions of my report and
2   comments, in particular --
3        Q.    Don't tell me about the
4   comments.
5        A.    Okay.
6        Q.    I don't want to know what the
7   lawyers may have told you.
8        Did the comments come from the
9   lawyers for plaintiffs or did they come from
10  other people?
11       A.    They came from the lawyers.
12  They also came from a few of my colleagues.
13       Q.    Did you share your report with
14  some of your colleagues?
15       A.    I let a few people read it and
16  I talked to them about it.
17       Q.    Are the opinions your opinions?
18       A.    Yes, they are.
19       Q.    Have you told me, you know,
20  generally what you have done to formulate
21  your opinions in this matter?
22       A.    Yes, I think so.
23       Q.    You did all of this over a
24  30-day period; is that right?

Page 45

1        A.    Yes.
2        Q.    All right.  You have no
3   invoices, correct?
4        A.    That's correct.
5        Q.    Is it typical that you'll work
6   on a matter for some number of months and not
7   generate any invoices?
8        A.    Yes.
9        Q.    You are billing your time at
10  what rate?
11       A.    $450 per hour.
12       Q.    Can you estimate for us the
13  number of hours that you have spent doing
14  your literature review, formulating your
15  opinions, and writing your report?
16       A.    There's still some tallying I
17  need to do from my calendar, but it's between
18  150 and 180 hours.
19       Q.    Does that include your meetings
20  and communications with plaintiffs' counsel?
21       A.    Yes, that's up until today.
22       Q.    Other than meeting with
23  Mr. Abney or talking with Mr. Abney -- did
24  you ever meet with Mr. Abney face-to-face?

12 (Pages 42 to 45)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 46

1    A.   No.
2    Q.   What other plaintiff lawyers
3  have you met with or talked with as part of
4  your formulating your opinions and doing your
5  literature review?
6    A.   We've had a number of
7  conference calls where there were several of
8  these attorneys' colleagues on the line, but
9  in terms of in-person meetings, those have
10  been with Ms. O'Dell and Ms. Thompson,
11  Dr. Thompson.
12    Q.   How many meetings have you had
13  with Ms. O'Dell?
14    A.   Three.
15    Q.   How many meetings have you had
16  with Dr. Thompson?
17    A.   Three.
18    Q.   Did you know Dr. Thompson
19  before you were retained in this matter?
20    A.   I did not.
21    Q.   Any other plaintiff lawyers in
22  this litigation that you are aware of --
23  strike that.
24         Any other plaintiff lawyers in

Page 47

1  this matter that you've had communications
2  with other than what you have told us?
3    A.   No.
4    Q.   Do you have any social
5  relationship with any of the plaintiffs'
6  counsel?
7    A.   No.
8    Q.   Your relationship with
9  Dr. Thompson is just the three meetings that
10  you have been involved in with her?
11    A.   Well, we've exchanged e-mail
12  communications, but other than that, no.
13    Q.   Have you met with or talked
14  with any other expert witness for plaintiffs?
15    A.   No, I have not.
16    Q.   Do you know who Thomas Dydek
17  is?
18    A.   Yes.
19    Q.   Who is Thomas Dydek?
20    A.   He is a toxicologist.
21    Q.   Where does he practice?
22    A.   I don't recall.
23    Q.   Have you had any discussions
24  with Dr. Dydek?

Page 48

1    A.   I have not had any discussions
2  with Dr. Dydek.  We may have met previously,
3  but I don't recall.
4    Q.   Any previous meeting with
5  Dr. Dydek, did it relate to this litigation?
6    A.   No.
7    Q.   Did it relate to expert witness
8  work that you were doing?
9    A.   No.
10    Q.   Do you know what the
11  relationship is, if any, between Dr. Thompson
12  and Dr. Dydek?
13    A.   I don't know of any
14  relationship outside of his work as an expert
15  witness in related litigation.
16    Q.   Dr. Crowley, do you know
17  Michael Crowley?
18    A.   I know of Dr. Crowley.
19    Q.   Did you know of Dr. Crowley
20  before you were retained in the talcum powder
21  litigation?
22    A.   No.
23    Q.   Have you ever met with
24  Dr. Crowley?

Page 49

1    A.   I have not.
2    Q.   Ever talked with Dr. Crowley?
3    A.   I have not.
4    Q.   You reviewed his report as part
5  of your review in this matter; is that right?
6    A.   That's correct.
7    Q.   Do you know who any of the
8  other experts are in this litigation for
9  plaintiffs?
10    A.   Well, I know there are a number
11  of people who have generated reports that I
12  have also reviewed.
13    Q.   What reports have you reviewed
14  from plaintiffs' other experts?
15    A.   Well, I've reviewed several
16  reports from Dr. Longo, who's done work on
17  the presence of asbestos in talc products and
18  related things.  I think he's the only other
19  expert that I'm aware of at this point.
20    Q.   Well, you're aware of
21  Dr. Crowley?
22    A.   Well, Dr. Crowley, Dr. Longo,
23  and Dr. Dydek that you mentioned before.
24    Q.   Have you reviewed any reports

13 (Pages 46 to 49)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 50

1    or transcripts from Dr. Dydek?
2        A.    Yes, I reviewed an expert
3    report that he provided before I got involved
4    in this case.
5        Q.    Did you review that report
6    before you prepared your report?
7        A.    Yes.
8        Q.    Did you review Dr. Crowley's
9    report before you prepared your report?
10        A.    Yes.
11        Q.    And you reviewed Dr. Longo's
12    report before you prepared your report; is
13    that right?
14        A.    I've reviewed one report.
15    There was another one that became available
16    after.
17        Q.    The second report is what you
18    brought here with you today and you marked as
19    Exhibit 5; is that right?
20        A.    Yes.
21        Q.    Any other plaintiff experts
22    that you're aware of?
23        A.    Not that I can think of, no.
24        Q.    Any other reports from

Page 51

1    plaintiffs' experts that you have reviewed?
2        A.    Well, there's a -- there is an
3    article that's been submitted for publication
4    which I consider a piece of the scientific
5    literature.  You mentioned Dr. Saed earlier,
6    and I know that he has a relationship with
7    this case as well.
8        Q.    What is his relationship with
9    this case, Dr. Saed?
10        A.    He's provided some work at the
11    request of the attorneys here.
12        Q.    Have you reviewed that work?
13        A.    That's the subject of several
14    articles he's published previously, he and
15    his colleagues, as well as the additional one
16    that I brought today.
17        Q.    Other than the articles that
18    you have listed on your reference and
19    literature list and the Saed article that you
20    brought with you today, are you aware of any
21    other work that Dr. Saed has done in this
22    matter?
23        A.    No.
24        Q.    Any other plaintiff experts

Page 52

1    that you're aware of?
2        A.    No.
3        Q.    Are you aware of any of the
4    experts for defendants in the talcum powder
5    litigation?
6        A.    No.
7        Q.    Have you reviewed any reports
8    from any of the experts in the talcum powder
9    litigation?
10        A.    I have not.
11        Q.    Have you reviewed any of the
12    transcripts of defense experts in the talcum
13    powder litigation?
14        A.    I've reviewed some deposition
15    transcripts of various witnesses.
16        Q.    Those witnesses are all listed
17    in either your references or your literature;
18    is that right?
19        A.    Yes.
20        Q.    Did you review the entire
21    transcripts of the witnesses that you've
22    identified?
23        A.    I think for the most part I
24    would say yes.

Page 53

1        Q.    Did you review the exhibits to
2    those depositions?
3        A.    Yes.  If they were provided to
4    me, I did, yes.
5        Q.    Did you believe that it was
6    your job to do an independent assessment as
7    to whether or not the habitual use of talcum
8    powder causes or can cause ovarian cancer?
9            MS. O'DELL:  Object to the
10        form.
11        A.    Could you repeat the question,
12    please.
13    BY MR. ZELLERS:
14        Q.    Sure.
15            Plaintiffs asked you to --
16    strike that.
17            Plaintiffs' counsel asked you
18    to answer that question; is that right?
19        A.    Yes.
20        Q.    You understood that they were
21    looking to develop an association or a causal
22    relationship between the habitual use of
23    talcum powder and ovarian cancer, correct?
24        A.    Yes.

14  (Pages 50 to 53)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 54

1      MS. O'DELL: Object to the
2  form.
3      Excuse me, I'm sorry,
4  gentlemen. Give me just one second to
5  object if I need to.
6      THE WITNESS: Sure.
7      MS. O'DELL: Thank you.
8  BY MR. ZELLERS:
9      Q.   Did you consider the literature
10 and the sources that refuted that association
11 or causal relationship?
12     A.   I tried to consider all the
13 available literature.
14     Q.   When you wrote your report
15 setting forth your opinions, did you set
16 forth the sources that refuted the
17 propositions you were making?
18     A.   I cited several sources that on
19 the surface might seem to refute my opinions.
20     Q.   And you believe that is
21 contained in your report which we marked as
22 Exhibit 2; is that right?
23     A.   Yes.
24     Q.   Have you been involved in any

Page 55

1  other talcum powder litigation other than
2  this talc MDL matter that Mr. Abney talked to
3  you about?
4      A.   No, I haven't.
5      Q.   In the 30 to 35 occasions that
6  you've testified in the past, have any of
7  those been on issues relating to talcum
8  powder and any association between talcum
9  powder and ovarian cancer?
10     A.   No.
11     Q.   You are not an expert in
12 asbestos, correct?
13     MS. O'DELL: Object to the
14 form.
15     A.   I'm an occupational medicine
16 physician, and I have a significant amount of
17 awareness and training regarding asbestos as
18 it relates to occupational exposures and
19 general environmental exposures, but I don't
20 consider myself an asbestos expert.
21 BY MR. ZELLERS:
22     Q.   What percentage of your time do
23 you spend working as a consultant? And I'm
24 talking about your professional time.

Page 56

1      A.   Probably 5%.
2      Q.   What percent of your income
3  comes from the work that you do as a
4  consultant?
5      A.   Of course it varies quite a bit
6  from moment to moment, but it would be less
7  than 10%.
8      Q.   Have you ever testified at
9  trial?
10     A.   Yes.
11     Q.   On how many occasions?
12     A.   Probably ten.
13     Q.   The 30 to 35 depositions that
14 you've given previously, those have been in
15 the context of you providing litigation
16 consulting services; is that right?
17     A.   In terms of expert testimony,
18 yes.
19     Q.   The trial appearances that
20 you've made, are those also in your capacity
21 as an expert witness?
22     A.   Yes.
23     Q.   Have you been involved in other
24 litigations?

Page 57

1      A.   Yes.
2      Q.   What other litigations have you
3  been involved in as an expert?
4      A.   Well, I've been asked to
5  provide opinions and testify in a number of
6  cases, most of which involved personal injury
7  in the occupational setting or environmental
8  exposures.
9      Q.   Has the majority of your expert
10 work in the occupational setting and for
11 environmental exposures been on behalf of
12 plaintiffs?
13     A.   No, it's been split about
14 50/50, plaintiff and defense.
15     Q.   Have you ever been retained in
16 a case involving cosmetic products?
17     A.   No.
18     Q.   Your curriculum vitae that we
19 marked as Exhibit 3, is it correct and up to
20 date?
21     A.   It was up to date at the time
22 of submission of my report in the end of
23 2018.
24     Q.   What additions need to be made

15 (Pages 54 to 57)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 58

1  or corrections need to be made to your CV,
2  Exhibit 3, to bring it up to date?
3       A.    Well, I've terminated a
4  relationship with the University of Texas
5  Medical Branch in Galveston where I was
6  their -- the medical director of their
7  Employee Health Services Clinic.  I continue
8  to be -- serve as an assistant clinical
9  professor of preventive medicine and family
10  medicine at that institution.
11          I have terminated my
12  relationship with the Enbridge Corporation as
13  their medical director.
14          The Spectra Energy entry, which
15  is about the seventh on the list of
16  professional activities, is also terminated
17  as that was a company that was merged and
18  became Enbridge.
19       Q.    Any other corrections or
20  updates to your curriculum vitae that we've
21  marked as Exhibit 3?
22       A.    No.
23       Q.    Why are you no longer serving
24  as medical director, Employee Health Services

Page 59

1  with the University of Texas?
2          MS. O'DELL:  Objection to form.
3       A.    That was a contract that I had
4  through the University of Texas Houston
5  College of Nursing that provided those
6  services to UTMB, and UTMB decided to make a
7  change and go with another contractor.
8  BY MR. ZELLERS:
9       Q.    Why are you no longer serving
10  as medical director for Spectra Energy
11  Corporation and Enbridge Corporation?
12       A.    Well, Spectra Energy no longer
13  exists; it became Enbridge Corporation.  And
14  in October of 2018, I determined that I did
15  not -- I no longer had sufficient time to
16  provide that service.
17       Q.    Your undergraduate degree was
18  in biologic sciences with a concentration in
19  engineering; is that right?
20       A.    Yes.
21       Q.    You received a Ph.D. in
22  toxicology; is that right?
23       A.    Yes.
24       Q.    And then later an M.D. degree;

Page 60

1  is that right?
2       A.    Yes.
3       Q.    What percentage of your time is
4  spent in the clinical practice of medicine?
5       A.    Currently I see patients
6  one-half day a week and work as a supervisor
7  of the occupational medicine residents for
8  additional time during the week, so clinical
9  activities would be about probably 12 hours a
10  week.
11       Q.    Do you see or treat women for
12  gynecologic cancer?
13       A.    I do not.
14       Q.    You have never worked for a
15  company that manufactures cosmetic products,
16  correct?
17       A.    That's correct.
18       Q.    You're not a gynecologist or an
19  oncologist, correct?
20       A.    That's correct.
21       Q.    You're not a cancer biologist?
22          MS. O'DELL:  Object to the
23  form.
24       A.    That's correct.

Page 61

1  BY MR. ZELLERS:
2       Q.    You are not a geologist,
3  mineralogist or microscopist?
4       A.    That's correct.
5       Q.    You're not an epidemiologist?
6       A.    Well, I may be considered an
7  epidemiologist simply by my appointment as an
8  associate professor in the Department of
9  Epidemiology at the School of Public Health
10  here in Houston.
11       Q.    Do you have any professional
12  education in the field -- well, strike that.
13          Have you ever published or
14  conducted a meta-analysis?
15       A.    I have conducted meta-analyses.
16  I've not published them.
17       Q.    You did not do any type of
18  fellowship in epidemiology, correct?
19       A.    That's correct.
20       Q.    You're not board certified in
21  epidemiology; is that right?
22       A.    I don't believe there is a
23  board certification in epidemiology.
24       Q.    You're not a biostatistician or

16  (Pages 58 to 61)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 62

1    a pulmonologist?
2        A.    That's correct.
3        Q.    You're not a material
4    scientist?
5        A.    That's correct.
6        Q.    Nor are you a pathologist?
7        A.    Correct.
8        Q.    You've never been involved in
9    any pathological exam or research relating to
10   ovarian cancer; is that right?
11           MS. O'DELL:  Object to the
12       form.
13       A.    I'm not sure exactly what you
14   mean by your question.
15   BY MR. ZELLERS:
16       Q.    Sure.  Let me withdraw that.
17           You've never been involved in
18   terms of the research relating to ovarian
19   cancer, correct?
20       A.    Not specifically, no.
21       Q.    You've never authored any
22   literature or publications relating to talcum
23   powder?
24       A.    No.

Page 63

1        Q.    Or relating to ovarian cancer,
2    correct?
3        A.    No.
4        Q.    Okay.  What journals -- well,
5    strike that.
6           You have never published on
7    fragrance chemicals; is that right?
8           MS. O'DELL:  Object to the
9        form.
10       A.    That's correct.
11   BY MR. ZELLERS:
12       Q.    Never done any research on
13   fragrance chemicals, correct?
14       A.    I've done some work with
15   fragrance chemicals and health effects that
16   are associated with them, but I have not -- I
17   would not classify that as research or
18   publication.
19       Q.    You had no opinions regarding
20   talcum powder or any of its constituent
21   components before getting involved in this
22   litigation; is that right?
23           MS. O'DELL:  Object to the
24       form.

Page 64

1        A.    I think I had opinions about
2    talcum powder and its constituents, but if
3    you could be more specific, I might be able
4    to give you a more specific answer.
5    BY MR. ZELLERS:
6        Q.    Did you ever, before getting
7    involved in this litigation in October of
8    2018, do research -- strike that.
9           You've never published on
10   talcum powder, correct?
11       A.    That's correct.
12       Q.    You have never published on the
13   constituent components of talcum powder,
14   correct?
15       A.    That may not be the case.  I've
16   done work in some other minerals which have
17   resulted in publications, for example,
18   vermiculite, which have touched the issues
19   of asbestos, association with talc,
20   association with other minerals, but never
21   specifically regarding talc.
22       Q.    Are those publications on your
23   CV?
24       A.    They are.

Page 65

1        Q.    That we marked as Exhibit 3?
2        A.    Yes.
3        Q.    Okay.  Have you ever
4    communicated with the FDA regarding talcum
5    powder?
6        A.    I've not.
7        Q.    Have you ever communicated with
8    Health Canada regarding talcum powder?
9        A.    No.
10       Q.    When did you first start
11   preparing your report which we've marked as
12   Exhibit 2?
13       A.    Well, I began a literature
14   review immediately after talking to
15   Mr. Abney.
16       Q.    My question, I guess, is:  When
17   did you start writing your report?
18       A.    Well, technically I started
19   writing my report after I was retained by
20   plaintiffs' counsel.
21       Q.    Late October, early
22   November 2018?
23           MS. O'DELL:  Object to the
24       form, misstates his prior testimony.

17 (Pages 62 to 65)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 66

1     A.   In October of 2018.
2   BY MR. ZELLERS:
3     Q.   Have you reviewed any of the
4   deposition transcripts of any of the experts
5   that have been deposed in this litigation?
6     A.   Yes.
7     Q.   What deposition transcripts of
8   experts have you reviewed?
9     A.   Oh, of experts?  No, I have not
10  reviewed -- well, I've reviewed -- I've
11  reviewed expert depositions, but I don't know
12  what case they were deposed in, but it
13  relates to talcum powder and ovarian cancer
14  issue.
15    Q.   What expert depositions have
16  you reviewed?
17    A.   They're all cited in the
18  literature exhibit.
19    Q.   All of the deposition
20  transcripts that you've reviewed are cited in
21  Exhibit 4?
22    A.   I think any of the transcripts
23  that I review are -- reviewed are probably
24  included in here.

Page 67

1     Q.   Are you aware of reviewing any
2   transcripts that you did not include in your
3   literature statement?
4     A.   I'm not aware, but I can't tell
5   you as I'm sitting here right now whether all
6   of those are included in this literature
7   statement or not.
8     Q.   You -- looking at page --
9          MS. O'DELL:  I'm sorry.  Go
10  ahead.
11  BY MR. ZELLERS:
12    Q.   Are there any that you believe
13  you have reviewed that are not included in
14  the literature statement?
15    A.   Well, let me just see here.
16         There are --
17         MS. O'DELL:  I think they're at
18  the end, Dr. Carson.
19         THE WITNESS:  At the very end.
20    A.   Beginning on page 27 is a list
21  of the depositions, transcripts and reports
22  that I've reviewed, which include some of the
23  expert witnesses, but again, I would have to
24  say I'm -- I'm sort of unaware of the nuts

Page 68

1   and bolts of what goes on legally in this
2   case.  I know there are multiple lawsuits,
3   and I'm not sure which ones those -- these
4   are pertinent to.
5   BY MR. ZELLERS:
6     Q.   My question is a little
7   different and I hope pretty simple:  In
8   addition to the depositions, transcripts and
9   reports that you have listed on pages 27 and
10  28 of Exhibit 4, your literature list, are
11  there any additional depositions or
12  transcripts that you've reviewed?
13    A.   Pardon me for a moment while I
14  review this.
15         (Document review.)
16    A.   No, I'm not aware that there
17  are.
18  BY MR. ZELLERS:
19    Q.   Your testimony earlier was that
20  you have reviewed each of those depositions
21  in their entirety; is that right?
22    A.   Yes.
23    Q.   You have also reviewed the
24  exhibits to those depositions; is that right?

Page 69

1     A.   If they were made available to
2   me, I've looked at all those exhibits as
3   well.
4     Q.   On page 27 of Exhibit 4, who is
5   Annie Yessaian?
6     A.   On page 24?
7     Q.   Strike that.  I'm sorry.  On
8   page 27 of Exhibit 4 --
9     A.   I see.
10    Q.   -- at the bottom, who is Annie
11  Yessaian?
12    A.   I don't recall.
13    Q.   You reviewed her entire
14  transcript and you don't recall who she is?
15    A.   I don't.
16    Q.   Well, go to the next page.  Who
17  is Pat Downey?
18    A.   I believe Pat Downey is an
19  operative of the Imerys company.
20    Q.   Do you know what Mr. Downey's
21  position is?
22    A.   It's a supervisory position
23  regarding -- regarding quality of the talc
24  product.

18 (Pages 66 to 69)

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 70 | Page 72 |
|---|---|

**Page 70**

1    Q.    Who is John Hopkins?
2    A.    John Hopkins is an official, I
3  believe, of -- I'm not sure -- of Johnson &
4  Johnson, I believe, who has some oversight of
5  talc quality as well.
6    Q.    Susan Nicholson, who is she?
7    A.    I don't recall.
8    Q.    Who is Julie Pier?
9    A.    Julie Pier is another scientist
10  who works for Imerys, who is responsible for
11  testing and quality.
12    Q.    In your clinical and academic
13  practice, do you typically rely upon
14  depositions of company witnesses or experts?
15    MS. O'DELL:  Object to the
16    form.
17    A.    If there's pertinent
18  information in there that leads me to other
19  areas or helps me formulate my opinions, then
20  yes.
21  BY MR. ZELLERS:
22    Q.    In the papers and publications
23  that you have identified in your curriculum
24  vitae, Exhibit 3, do you ever recall citing

**Page 71**

1  to company witness deposition testimony?
2    A.    I don't typically cite
3  deposition testimonies in published papers.
4    Q.    You cite to various company
5  documents.  This is on pages 29 to 30 of
6  Exhibit 4, your list of literature; is that
7  right?
8    A.    Yes.
9    Q.    Did you rely on these documents
10  in formulating your opinions?
11    A.    Yes.
12    Q.    Were these documents selected
13  for you by plaintiffs' counsel?
14    A.    Yes, they were.
15    Q.    Are you able to identify what
16  each of the documents are?
17    MS. O'DELL:  Based on the Bates
18    number?
19    MR. ZELLERS:  Based on the
20    Bates numbers.
21    A.    No, I am not.  I would have to
22  look at each individual document to refresh
23  my memory as to what it contains.
24    ///

**Page 72**

1  BY MR. ZELLERS:
2    Q.    Once you looked at these
3  documents, the Imerys documents and the
4  documents produced by the Johnson & Johnson
5  companies, did you ask plaintiffs' counsel
6  for any additional documents?
7    A.    I did not.  My understanding is
8  that most of these are reports, testing
9  reports, and most of them are positive
10  results regarding the presence of asbestos or
11  fibers in the product.  And I know that there
12  were many others that may not have shown
13  positive results that I did not look at.
14    Q.    Did you ask the plaintiff
15  attorneys to show you or provide you with the
16  testing documentation that showed an absence
17  of asbestos or asbestos fibers in the talcum
18  powder?
19    A.    Regarding the test results that
20  are equivalent to these that were negative,
21  no, I did not request those.
22    Q.    Did you review documents
23  relating to any fragrance chemicals that are
24  contained in or that you believe are

**Page 73**

1  contained in the talcum powder?
2    A.    Yes.  I did review some lists
3  and, of course, Dr. Crowley's report.
4    Q.    Do you have any idea or
5  understanding as to the amount or amounts of
6  the fragrance chemicals that are contained in
7  the talcum powder in either the Johnson &
8  Johnson Consumer company talcum powder that's
9  involved in this litigation?
10    MS. O'DELL:  Object to the
11    form.
12    MR. ZELLERS:  Let me withdraw
13    that.
14  BY MR. ZELLERS:
15    Q.    Do you know or have any
16  understanding as to the amounts of fragrance
17  chemicals that are in the talcum powder?
18    A.    I do not have the specific
19  formulation or quantities of those substances
20  that contributed to the products.
21    Q.    Do --
22    MS. O'DELL:  Excuse me.
23    MR. ZELLERS:  Ms. O'Dell,
24    please, I'm going to let the doctor

19 (Pages 70 to 73)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 74

1    finish.
2         MS. O'DELL:  In that instance,
3    I don't know that he was, and so if he
4    was, my apologies.
5         MR. ZELLERS:  It's okay.
6         MS. O'DELL:  I've been on my
7    best behavior today, as you know,
8    so -- but I don't want the witness to
9    feel as if they're being cut off, and
10   because Dr. Carson is a very polite
11   gentlemen, he would let you interrupt
12   him.
13        MR. ZELLERS:  Of course.
14        MS. O'DELL:  And I don't think
15   that's fair.
16        So, Dr. Carson, if you're
17   finished, great.  If you're not, you
18   may continue.
19        A.    Well, I was going to say that
20   my opinion is that there are very small
21   quantities of those substances that
22   contribute to the fragrance component.
23   BY MR. ZELLERS:
24        Q.    Do you know how those

Page 75

1    quantities of fragrance chemicals may have
2    changed over the years?
3         A.    My understanding is they have
4    not changed dramatically, but there have been
5    certain substitutions over time.
6         Q.    Do you agree that to the extent
7    that you have reviewed internal documents,
8    either of Imerys or from Johnson & Johnson
9    companies, that you have only reviewed the
10   documents that were hand-selected by the
11   plaintiff lawyers for you to review?
12        MS. O'DELL:  Object to the
13   form.
14        A.    I agree that the only documents
15   that I've reviewed regarding the internal
16   products of Johnson & Johnson or Imerys are
17   the ones that were provided by the
18   plaintiffs' attorneys.
19   BY MR. ZELLERS:
20        Q.    Do you know what percentage of
21   the documents that have been produced in this
22   litigation by the Johnson & Johnson companies
23   and by Imerys you have reviewed?
24        A.    Well, based on my general

Page 76

1    understanding of business practices and these
2    types of industries, I've reviewed an
3    extremely small percentage of those.
4         Q.    Is it your practice in your
5    academic work or your clinical research work
6    to rely on internal company documents?
7         A.    Yes, it is.
8         Q.    Do you rely on internal company
9    documents when you publish papers?
10        A.    In some cases.
11        Q.    Can you tell me in what cases
12   or instances you have relied on internal
13   company documents in your publications?
14        A.    Well, for example, I did -- I
15   was involved in some research work in
16   conjunction with NIOSH at the O.M. Scott
17   Company at Marysville, Ohio, where we did
18   a -- we performed a research in the company
19   and relied on some internal documents in
20   terms of gauging concentrations, industrial
21   hygiene records and so forth, in order to
22   draw conclusions that were pertinent to those
23   publications.
24        Q.    Was that data or were those

Page 77

1    internal communications that you relied on?
2         A.    They were both.
3         Q.    What is the publication on your
4    CV where you relied on those materials?
5         A.    Well, let me see here.  I think
6    the first author -- looking back here -- the
7    first author would be Jim Lockey.
8         Q.    Looking at page 6?
9         A.    It's on page 6, and the --
10   there are two publications there.  One is
11   Pulmonary Changes After Exposure to
12   Vermiculite Contaminated With Fibrous
13   Tremolite that appeared in the American
14   Review of Respiratory Disease in 1984.
15        There's another publication
16   which is a book chapter called Pulmonary
17   Hazards From Vermiculite that appeared in a
18   book titled Health Issues Related to Metal
19   and Nonmetallic Mining.
20        Q.    Do you agree that when you have
21   been provided only a small subset of the
22   documents of a company relating to a
23   particular product, that those documents can
24   potentially be misleading?

20  (Pages 74 to 77)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 78

```
 1              MS. O'DELL:  Object to the
 2      form.
 3      A.    I don't agree that that's the
 4  case because I am capable of understanding
 5  that it's a subset of available information,
 6  and I can make a reliable determination on
 7  the pertinence of that material regardless.
 8  BY MR. ZELLERS:
 9      Q.    Without looking at any other
10  documents or any documents that may put the
11  documents you were provided in context?
12              MS. O'DELL:  Object to the
13      form.
14      A.    It depends on the specific
15  case, but I would say in most cases, yes.
16  BY MR. ZELLERS:
17      Q.    In this case, it was not
18  necessary for you to look at any documents
19  other than those specific documents the
20  plaintiffs provided to you; is that your
21  testimony?
22              MS. O'DELL:  Object to the
23      form.
24      A.    Regarding the contribution to
```

Page 79

```
 1  my opinions, I would say, yes, it was not
 2  necessary.
 3  BY MR. ZELLERS:
 4      Q.    Did you do any independent
 5  investigation to reach your opinions, other
 6  than the literature search and review of
 7  websites that you told us about earlier?
 8      A.    Other than just general
 9  discussion with colleagues, no.
10      Q.    Did any of the colleagues that
11  you spoke with provide you with any
12  substantive support for your opinions?
13      A.    Not that I can recall.  It was
14  mostly just helpful feedback.
15      Q.    The colleagues that you spoke
16  with were who?
17      A.    Various colleagues in my
18  department or in the School of Public Health.
19      Q.    Who?
20      A.    Well, Dr. George Delclos, who
21  is a pulmonologist; Dr. Brett Perkison, who
22  is an occupational medicine physician;
23  Roberta Ness, who is an epidemiologist.
24      Q.    Roberta Ness is in your
```

Page 80

```
 1  department?
 2      A.    She's in my department, yes.
 3      Q.    You understand she's a
 4  lawyer -- strike that.
 5              You understand she's an expert
 6  for the plaintiffs in this litigation?
 7      A.    I didn't know that.
 8      Q.    Dr. Ness never told you that
 9  she was an expert witness for plaintiffs in
10  this matter?
11      A.    No, we didn't discuss this
12  case.  We only discussed the issue.
13      Q.    Any other colleagues that you
14  discussed your report and opinions with?
15              MS. O'DELL:  Object to the
16      form.
17      A.    I think I shared some of my
18  thinking with the occupational medicine
19  residents as a group and asked them to
20  consider certain issues in the case.
21  BY MR. ZELLERS:
22      Q.    Did they contribute to your
23  review and analysis and opinions?
24      A.    We had an interesting
```

Page 81

```
 1  discussion, but I don't think that changed my
 2  opinions in any way.
 3      Q.    The opinions that you're
 4  expressing in this case are your opinions; is
 5  that right?
 6      A.    That's correct.
 7      Q.    Your opinions you set forth in
 8  your report beginning on page 7; is that
 9  right?
10      A.    Let me refer to my report, if
11  you don't mind.
12              MS. O'DELL:  Object to the
13      form.
14      A.    I would say -- I would say in
15  answer to that question that, yes, my
16  opinions do begin on page 7 of the report.
17  BY MR. ZELLERS:
18      Q.    Your first opinion set forth on
19  page 7 is that talcum powder is immunogenic
20  and carcinogenic; is that right?
21      A.    Yes.
22              MS. O'DELL:  Excuse me.
23  BY MR. ZELLERS:
24      Q.    Your second opinion is that
```

21 (Pages 78 to 81)

Arch I. "Chip" Carson, M.D., Ph.D.

Page 82

1  perineal use of talcum powder results in
2  direct exposure to the ovaries either via
3  inhalation or migration through the female
4  reproductive tract, correct?
5      A.   I would not phrase the opinion
6  in that way, but in general, that is my
7  opinion, yes.
8      Q.   How would you phrase your
9  second opinion?
10     A.   I think my second opinion
11 relates mostly to the direct exposure to the
12 reproductive tract that perineal use of
13 talcum powder produces.
14     Q.   Are you opining as to
15 inhalation as an exposure of talcum powder to
16 women's ovaries?
17         MS. O'DELL:  Object to the
18 form.
19     A.   Only as a secondary route of
20 exposure.
21 BY MR. ZELLERS:
22     Q.   Is it part of your opinions or
23 do you defer to other experts on inhalation?
24     A.   I would include that as my

Page 83

1  opinion.
2      Q.   So you're testifying here today
3  that the perineal use of talcum powder
4  results in direct exposure to the ovaries
5  through migration through the female
6  reproductive tract and that inhalation also
7  results in exposure of talcum powder to the
8  ovaries; is that right?
9      A.   That is correct, but my basic
10 opinion is that perineal use of talcum powder
11 exposes the entire reproductive tract,
12 including the pelvic cavity.  So it's a bit
13 more extensive than your phrasing.
14     Q.   Your third opinion is very
15 similar to your first opinion, except that
16 here you add that it's your opinion that the
17 ovaries are particularly susceptible to the
18 carcinogenicity of talcum powder because they
19 have, in your words, "no intrinsic
20 elimination system"; is that right?
21     A.   That's correct.
22     Q.   Is that something you came up
23 with on your own, no intrinsic elimination
24 system?

Page 84

1          MS. O'DELL:  Object to the
2  form.
3      A.   It's an anatomical fact.  The
4  physiology of the reproductive system does
5  not provide the ovaries with the kind of
6  clearance system that, for example, the lungs
7  would have for inhaled exposures.
8  BY MR. ZELLERS:
9      Q.   The words "no intrinsic
10 elimination system," are those your words or
11 are those words that you've seen reported in
12 another study or another paper?
13     A.   I think that's a fairly generic
14 description, that those are my words.
15     Q.   Your fourth opinion is that you
16 believe that the epidemiological studies on
17 talcum powder and ovarian cancer show about a
18 30% increased risk; is that right?
19     A.   Correct.
20         MS. O'DELL:  Object to the
21 form.
22 BY MR. ZELLERS:
23     Q.   As you told us at the outset,
24 those are all still your opinions, although

Page 85

1  you do believe even stronger that there is a
2  causal association between talcum powder and
3  ovarian cancer; is that right?
4      A.   That's correct.
5      Q.   Have you published on your
6  theory that baby powder causes ovarian
7  cancer?
8      A.   No.
9      Q.   Do you have plans to do that?
10     A.   Not presently.
11     Q.   Have you conducted any tests or
12 experiments to confirm your theory that talc
13 migrates to the ovaries?
14         MS. O'DELL:  Object to the
15 form.
16     A.   These are conclusions that I
17 have drawn based on published literature.  I
18 wouldn't characterize them as a theory.  I
19 think they're pretty much established fact.
20 BY MR. ZELLERS:
21     Q.   I'm going to ask you about all
22 these opinions, and so we'll go through the
23 literature and determine -- or at least I'll
24 ask you questions about why you think that

22 (Pages 82 to 85)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 86

1     some of these matters are established fact.
2          My question is:  Did you do any
3     tests or experiments as part of your review
4     and analysis in this matter?
5          A.    I did not.
6          Q.    Did you do any tests or
7     experiments relating to your opinion that
8     talc causes cancer via inflammation?
9          A.    I did not.
10         Q.    Can you identify any article
11    that identifies inflammation anywhere in a
12    woman's reproductive tract that results from
13    external genital talc application?
14         MS. O'DELL:  Object to the
15    form.
16         A.    I think there are a number of
17    published articles that allude to that
18    relationship and draw a fairly strong
19    conclusion that it exists.
20         MS. O'DELL:  Mike, excuse me,
21    and I'm sorry to interrupt.  We've
22    been going over an hour and a half.
23    Are you at a point where we can take
24    just a short break for...

Page 87

1          MR. ZELLERS:  Sure, we can.
2     Let me just ask these couple of
3     questions, and then we'll take a
4     break.
5          MS. O'DELL:  Sure.
6     BY MR. ZELLERS:
7          Q.    So please identify for me any
8     articles that you have reviewed that identify
9     inflammation anywhere in a woman's
10    reproductive tract resulting from external
11    genital talc application.
12         MS. O'DELL:  Objection to form.
13         A.    I think -- I think the research
14    evidence that includes the epidemiology
15    piece, which is limited to external
16    application of talcum powder, has significant
17    enough correspondence with the biological
18    experimentation literature that it allows us
19    to draw those conclusions.
20    BY MR. ZELLERS:
21         Q.    I understand you've drawn some
22    conclusions here, and I'm going to ask you
23    about these conclusions.
24         But what my question is:  Are

Page 88

1     you aware of any article that identifies
2     inflammation in a woman's reproductive tract
3     resulting from external genital talc
4     application?
5          MS. O'DELL:  Object to the
6     form.
7          A.    I would say that the studies
8     which have looked at that have relied on the
9     result of internal application to show
10    migration.  There have been studies that have
11    shown inflammation as the result of talc, and
12    in my opinion, external application is the
13    same as internal application in the
14    reproductive tract.
15    BY MR. ZELLERS:
16         Q.    I don't mean to be
17    argumentative, and I don't want to be, but
18    can you name me an article that identifies
19    inflammation in a woman's reproductive tract
20    resulting from external genital talc
21    application?
22         MS. O'DELL:  Objection, asked
23    and answered.
24         A.    I can't specifically.

Page 89

1          MR. ZELLERS:  Let's take a
2     break.
3          THE VIDEOGRAPHER:  We're off
4     the record, 10:37, end of Tape 1.
5          (Recess taken, 10:37 a.m. to
6     10:55 a.m.)
7          THE VIDEOGRAPHER:  We're on the
8     record at 10:55, beginning of Tape 2.
9     BY MR. ZELLERS:
10         Q.    Dr. Carson, two of the things
11    that you have reviewed since authoring your
12    report in November of 2018 that you believe
13    support your conclusions in this matter and
14    your opinions in this matter are the draft
15    screening assessment from Health Canada,
16    which we marked as Exhibit 9, and the Taher
17    paper, which has been marked as Exhibit 7; is
18    that right?
19         A.    Yes.
20         Q.    Have you looked into what other
21    public health authorities, other than
22    Health Canada, have had to say about talc and
23    ovarian cancer?
24         A.    Yes, I have.

23 (Pages 86 to 89)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 90

1    Q.    Did you -- strike that.
2          Are you familiar with the
3    Center for Disease Control in the United
4    States?
5    A.    Yes.
6    Q.    Did you review the CDC and its
7    position on any relationship between talcum
8    powder and ovarian cancer?
9    A.    That may have been part of my
10   review, but I don't specifically recall now
11   what the CDC has on that issue.
12   Q.    CDC does not list talc or
13   talcum powder as a risk factor for ovarian
14   cancer, correct?
15   A.    It's quite possible.
16   Q.    Mayo Clinic and a number of
17   medical centers do not list talc as a risk
18   factor for ovarian cancer, correct?
19   A.    That may be true.
20   Q.    Did you consider, or are you
21   familiar with the National Cancer Institute?
22   A.    I am.
23   Q.    National Cancer Institute is a
24   leading health authority in the United

Page 91

1    States; is that right?
2    A.    Yes.
3    Q.    Particularly in the area of
4    cancer and materials that may or may not be
5    carcinogenic; is that right?
6    A.    Well, the National Cancer
7    Institute is responsible for guiding national
8    research policies as it relates to cancers,
9    and that's one of their considerations is
10   substances that may be related to cancer.
11   Q.    When you reviewed what the
12   National Cancer Institute has determined with
13   respect to talcum powder and whether or not
14   it is a risk factor for ovarian cancer, what
15   did you find?
16   A.    The most recent publication
17   that I viewed discounts the relationship.
18   Q.    In fact, the National Cancer
19   Institute has concluded that the weight of
20   the evidence does not support an association
21   between perineal talc exposure and increased
22   risk of ovarian cancer; is that right?
23         MS. O'DELL:  Are you reading a
24   quote from the document?

Page 92

1          MR. ZELLERS:  I'm asking the
2    doctor a question.
3          MS. O'DELL:  Okay.
4          MR. ZELLERS:  So --
5          MS. O'DELL:  That's specific
6    language, and if you have specific
7    language that you're reading from the
8    report or you've taken from the
9    report, I would just ask that you show
10   the doctor.
11         MR. ZELLERS:  Ms. O'Dell, I
12   have my question.  I'm asking my
13   question.  The doctor can either
14   answer my question or not answer my
15   question.  I'm not reading from a
16   document.  I'm reading from my notes.
17         MS. O'DELL:  I object to the
18   form of the question.  I think it's
19   unfair.
20         MR. ZELLERS:  Can you answer
21   that question, Doctor?
22   A.    I would agree that that
23   restates the general opinion of the NCI as
24   published, but in order to verify the

Page 93

1    specific wording, I would need to look at the
2    document.
3    BY MR. ZELLERS:
4    Q.    Why would you rely on
5    Health Canada but not these other public
6    health organizations, including Center for
7    Disease Control and the National Cancer
8    Institute?
9    A.    Well, there are a number of
10   reasons.  There are lots of public health
11   organizations.  Many of them have different
12   interests and different approaches in the way
13   that they address problems.  For example,
14   discussing the National Cancer Institute, its
15   primary focus is on research and treatments
16   regarding cancers, not necessarily causes,
17   but it is a funder of basic research in the
18   United States.
19         Health Canada is an
20   organization whose charge is to -- is to
21   synthesize public health-related positions
22   based on evidence and disseminate those to
23   public -- the public through various
24   healthcare organizations or agencies.  And

24 (Pages 90 to 93)

Arch I. "Chip"  Carson, M.D., Ph.D.

<table>
<tr><td>Page 94</td><td>Page 96</td></tr>
</table>

Page 94

1  for that reason, I think it's important to
2  look at the different focus.
3          Also, the Health Canada report
4  is a more contemporaneous report, which has
5  been based on more recent science than has
6  been considered either by the NCI or some of
7  the other public health organizations.
8      Q.   The NCI's most recent update to
9  its publication was January of 2019; is that
10  right?
11          MS. O'DELL:  Object to the
12  form.
13      A.   It's current in terms of its
14  publication.  I don't know that it's January
15  of '19; it may be.  But it's still not based
16  on the most recently available literature.
17  BY MR. ZELLERS:
18      Q.   But Health Canada is; is that
19  right?
20      A.   Health Canada is based on more
21  recent literature than the NCI position.
22      Q.   Health Canada and its
23  assessment is based upon the meta-analysis by
24  Taher that we've marked as Exhibit 7; is that

Page 95

1  right?
2      A.   It is.
3          MS. O'DELL:  Object to the
4  form.
5  BY MR. ZELLERS:
6      Q.   You have reviewed that paper
7  and you believe it supports and strengthens
8  your opinions in this case; is that right?
9      A.   Yes.
10      Q.   Does the National Cancer
11  Institute review the peer-reviewed literature
12  as it relates to risk factors for ovarian
13  cancer?
14      A.   They have a number of
15  committees that are set up for that purpose,
16  and it is -- it's a committee approach which
17  is handled by a committee chairperson.  The
18  National Cancer Institute itself has some
19  oversight of that process, but they defer to
20  the committee chairs.
21      Q.   You understand that the Health
22  Canada assessment is a draft; is that right?
23      A.   Yes.
24      Q.   You understand that it's at the

Page 96

1  very beginning of the public comment period,
2  correct?
3      A.   Yes.
4      Q.   You agree that Health Canada
5  can take up to two years to either take
6  action or no action at all; is that right?
7      A.   I don't know that to be the
8  case, but it very well could be.
9      Q.   How did you come to learn of
10  the Health Canada risk assessment?
11      A.   I believe the attorneys let me
12  know about it.
13      Q.   The attorneys for plaintiffs in
14  this matter that retained you?
15      A.   Yes.
16      Q.   Were you involved in the Health
17  Canada risk assessment prior to its
18  publication?
19      A.   No.
20      Q.   Have you submitted any comments
21  to Health Canada?
22      A.   Not yet.
23      Q.   Do you intend to submit
24  comments to Health Canada?

Page 97

1      A.   I might.
2      Q.   What comments do you intend to
3  submit to Health Canada?
4      A.   I haven't formulated them yet.
5      Q.   Outside of litigation, do you
6  generally rely on draft assessments by
7  regulatory agencies?
8          MS. O'DELL:  Object to the
9  form.
10      A.   Yes.
11  BY MR. ZELLERS:
12      Q.   Are you familiar with the
13  precautionary principle?
14      A.   I am.
15      Q.   What is the precautionary
16  principle?
17      A.   The precautionary principle
18  states that changes should take place in the
19  face of a potential hazard until that hazard
20  is proved not to exist.  It's a general
21  precept that's used in the EU, for example,
22  and very different from the one that operates
23  in this country.
24      Q.   The principle in this country

25  (Pages 94 to 97)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 98

1  is that there needs to be scientific evidence
2  in order to take action; is that right?
3          MS. O'DELL:  Object to the
4      form.
5      A.   Yes, that's correct.
6  BY MR. ZELLERS:
7      Q.   The precautionary principle
8  says even before there's full or complete
9  scientific demonstration of cause and effect,
10 it is appropriate to take a precautionary
11 approach; is that right?
12     A.   That's right.
13     Q.   The Health Canada follows --
14 strike that.
15         Health Canada follows and has
16 adopted a precautionary approach; is that
17 right?
18     A.   Yes.
19     Q.   Please review
20 Deposition Exhibit 14.
21         (Carson Deposition Exhibit 14
22     marked.)
23 BY MR. ZELLERS:
24     Q.   Deposition Exhibit 14 is the

Page 99

1  Health Canada Decision-Making Framework for
2  Identifying, Assessing and Managing Health
3  Risk.
4          Do you see that?
5      A.   Yes.
6      Q.   If you go to page 5 of
7  Exhibit 14 --
8          MS. O'DELL:  Feel free to
9      take -- review the document if you're
10     not familiar with it, Dr. Carson.
11 BY MR. ZELLERS:
12     Q.   One of the underlying
13 principles in the Health Canada
14 decision-making framework is use a
15 precautionary approach; is that right?
16     A.   That's right.
17     Q.   If we go to page 8, Health
18 Canada defines the use of a precautionary
19 approach, and looking at the second sentence:
20 A precautionary approach to decision-making
21 emphasizes the need to take timely and
22 appropriate preventative action, even in the
23 absence of a full scientific demonstration of
24 cause and effect.

Page 100

1          Did I read that correctly?
2      A.   You did.
3      Q.   Is that your understanding of
4  what a precautionary approach is?
5      A.   Yes.  In general, the
6  precautionary principle can be restated that
7  an ounce of prevention is worth a pound of
8  cure.
9      Q.   Health Canada does not require
10 a finding of causation such as required in
11 litigation matters in this country, the
12 United States; is that right?
13     A.   In order to adopt a document
14 that has a significant effect on general
15 public health practices, no, it does not.
16     Q.   The Taher paper, that's another
17 paper that you have reviewed since you
18 published your report; is that right?
19     A.   Which paper?  I'm sorry.
20     Q.   This is what we've marked as
21 Exhibit 7.  You brought it with you here
22 today?
23     A.   Okay.  Yes.
24     Q.   You've read the Taher 2018

Page 101

1  manuscript; is that right?
2      A.   Yes.
3      Q.   Where did you obtain that
4  manuscript from?
5      A.   This was obtained directly from
6  one of the coauthors on this study to the
7  plaintiffs' attorneys, who passed it along to
8  me.
9      Q.   So one of the coauthors on this
10 study gave it to the plaintiffs' counsel, who
11 then gave it to you; is that right?
12     A.   That's correct.
13     Q.   Who was the author of this
14 publication, Exhibit 7, that provided the
15 paper to plaintiffs' counsel, if you know?
16     A.   I don't recall.
17     Q.   But one of these authors; is
18 that right?
19     A.   It would -- yes.
20     Q.   Why did you not include this
21 paper on either your reliance list or your
22 literature list?
23     A.   I didn't have it at the time
24 that those were formulated.

26 (Pages 98 to 101)

Arch I. "Chip"  Carson, M.D., Ph.D.

1    Q.    Did you have access to the
2  appendices and supplemental tables that are
3  referred to in the Taher 2018 publication
4  which we've marked as Exhibit 7?
5    A.    The ones that are not in
6  this -- in this document or --
7    Q.    Yes.
8    A.    Those -- I have not thoroughly
9  examined those, but I do have access to them.
10   Q.    How do you have access to those
11  appendices and supplemental tables?
12   A.    They were also provided to me
13  by plaintiffs' counsel.
14   Q.    Has the Taher publication,
15  which we've marked as Exhibit 7, been peer
16  reviewed?
17   A.    It's in the process.  This is a
18  manuscript that's just been accepted for
19  publication, so it has gone through peer
20  review.
21   Q.    It has gone through peer
22  review --
23   A.    That's my understanding.
24   Q.    -- and Exhibit 7 is the article

1  that you believe will be published; is that
2  right?
3    A.    This is a -- this is a working
4  manuscript which has gone through at least
5  part of the peer-review process.  There may
6  be minor edits that occur to this, but this
7  is substantially the final article.
8    Q.    How do you know that?
9    A.    That's the general process of
10  submitting publications to peer-reviewed
11  article -- journals.
12   Q.    How do you know -- I'm sorry,
13  did you finish?
14   A.    I'm finished.
15   Q.    How did you know the status of
16  the peer-review process with respect to
17  Exhibit 7?
18   A.    Because it's been accepted for
19  publication.
20   Q.    How do you know that?
21   A.    That, I was told by the
22  plaintiffs' attorneys.
23   Q.    And you've accepted that; is
24  that right?

1    A.    Yes, I have.
2    Q.    Do you know any of the authors
3  of this paper, Exhibit 7?
4    A.    No, I don't.
5    Q.    Do you know the source of
6  funding for this paper?
7    A.    I -- I think the sources of
8  funding are mentioned in here.
9    Q.    Other than what's mentioned in
10  the paper, Exhibit 7, do you have any
11  knowledge as to the sources of funding?
12   A.    There's a combination of
13  sources.  In part, this work is funded
14  through the plaintiffs' attorneys.
15   Q.    Have you communicated with any
16  of the authors of this paper?
17   A.    No.
18   Q.    Do you know the credentials of
19  any of the authors of this paper?
20   A.    I haven't investigated that.
21   Q.    In your epidemiological work
22  outside of litigation, do you rely on
23  articles that are funded at least in part by
24  plaintiffs' counsel in litigation?

1    A.    If the articles represent good
2  science, I don't really pay much attention or
3  worry about the funding source.
4    Q.    Do you know what conflicts of
5  interest any of the authors have?
6    A.    I don't know specifically.  I
7  can't recall if they're outlined in here.
8  But the -- those are also evaluated based on
9  the peer-review process.
10   Q.    Do you know whether some of the
11  authors are serving as consultants to
12  plaintiffs' counsel in this litigation?
13   A.    I know that -- no, I don't know
14  that.  Excuse me, I gave an incorrect answer.
15   Q.    Sure.  Correct it, please.
16   A.    I mentioned that part of the
17  funding for this research came from
18  plaintiffs' counsel, and I'm not -- I don't
19  know that that's the case.  I was thinking of
20  another research report when I said that.
21   Q.    Do you know whether or not, at
22  least in part, funding for this paper, the
23  Taher paper, came from plaintiffs' counsel?
24   A.    No, I don't.

27 (Pages 102 to 105)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 106

1      Q.    Taher, this paper, Exhibit 7,
2  concludes that asbestos contamination does
3  not explain ovarian cancer, correct?
4      A.    It does come to that general
5  conclusion.
6      Q.    That's a different conclusion
7  than you have formulated in this matter; is
8  that right?
9      A.    No, it's not.
10     Q.    You agree that asbestos
11  contamination does not explain ovarian
12  cancer; is that right?
13     A.    It doesn't completely explain
14  ovarian cancer.
15     Q.    Does it explain ovarian cancer?
16         MS. O'DELL:  Objection, asked
17  and answered.
18     A.    I -- I don't believe it
19  completely explains ovarian cancer, no.
20  BY MR. ZELLERS:
21     Q.    Turn to page 41 of Exhibit 7.
22  Look at the last three lines of the paper.
23  The authors of the Taher publication state:
24  The similarity of findings between studies

Page 107

1  published prior to and after this point
2  suggest asbestos contamination does not
3  explain the positive association between
4  perineal use of talc powder and the risk of
5  ovarian cancer.
6         Did I correctly state their
7  conclusion?
8      A.    Well, there was a final clause
9  of the sentence, but yes, you correctly read
10  that.
11     Q.    The Taher authors also
12  discussed the lack of consistency among the
13  various talcum powder studies; is that right?
14         MS. O'DELL:  Object to the
15  form.
16     A.    I'm sorry, could you repeat
17  that question?
18  BY MR. ZELLERS:
19     Q.    Sure.
20         You looked at the Bradford Hill
21  factors in formulating your opinion; is that
22  right?
23     A.    Yes.
24     Q.    One of the Bradford Hill

Page 108

1  factors is consistency; is that right?
2      A.    Yes.
3      Q.    You, in fact, are opining in
4  this case that there is consistency among the
5  talcum powder ovarian cancer studies and
6  publications; is that right?
7      A.    Yes.
8      Q.    The authors of the Taher paper
9  disagree with that conclusion; is that right?
10         MS. O'DELL:  Object to the
11  form.
12     A.    I don't think they disagree
13  with that.
14  BY MR. ZELLERS:
15     Q.    Turn to page 25, Table 2.  This
16  is, again, something that you have reviewed
17  in preparation for your deposition; is that
18  right?
19     A.    Well, I didn't review it in
20  preparation for the deposition, but I've
21  reviewed it recently.
22     Q.    At the request of plaintiffs'
23  counsel, correct?
24     A.    Yes.

Page 109

1      Q.    Table 2 is a summary of
2  evidence for each of the Hill criteria of
3  causation as applied to perineal application
4  of talc and ovarian cancer.
5         Do you see that?
6      A.    Yes.
7      Q.    Under Consistency, they state
8  that 15 out of 30 studies reported positive
9  and significant associations; is that right?
10     A.    Yes.
11     Q.    15 out of 30, that's 50%,
12  right?
13     A.    Yes.
14     Q.    50% is no better than a coin
15  toss; is that right?
16         MS. O'DELL:  Object to the
17  form.
18     A.    Well, I would have to also
19  mention that the majority of those 30 studies
20  found positive associations.  These are the
21  ones that showed positive associations that
22  rose to the level of statistical
23  significance.
24         ///

28  (Pages 106 to 109)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 110

1    BY MR. ZELLERS:
2        Q.    If an association is not
3    statistically significant, then it can be due
4    to chance; is that right?
5        A.    But if it's due to chance over
6    and over and over again, and you keep getting
7    a positive association, that argues very
8    strongly against the chance as being the only
9    factor.
10       Q.    Can you answer my question:  A
11   lack of a statistically significant
12   association is consistent with or can be
13   consistent with no risk, correct?
14           MS. O'DELL:  Objection to form,
15       asked and answered.
16       A.    If you're referring to an
17   individual study, that might be the case;
18   however, when considering the Bradford Hill
19   criterion of consistency, you look at the
20   overall body of the literature and what it
21   tells you.
22           There's an obvious statistical
23   trend toward positive connection between
24   talcum powder perineal application and the

Page 111

1    occurrence of ovarian cancer, and the more
2    evidence that mounts, the more strongly that
3    association is proven.
4    BY MR. ZELLERS:
5        Q.    Would you say that 15 out of 30
6    means there are consistent results across
7    studies?
8        A.    I think I've just explained to
9    you how I believe there are consistent
10   results across studies.
11       Q.    The authors of the Taher paper
12   also conclude that they do not find a
13   consistent dose-response in the papers that
14   look at perineal application of talc and
15   ovarian cancer; is that right?
16           MS. O'DELL:  Object to the
17       form.
18       A.    Well, what they actually say is
19   that about half of the epidemiological
20   studies assess only one level of talc
21   exposure, ever versus never.  So it's not
22   possible from those studies to establish a
23   biological gradient.
24           However, there are a number of

Page 112

1    studies that have shown a biological gradient
2    at -- especially in relation to some of the
3    subtypes of ovarian cancer.
4    BY MR. ZELLERS:
5        Q.    And I'm going to ask you about
6    those questions, but right now I'm just
7    asking you about the Taher paper.
8        A.    Well, I'm trying to just
9    completely answer your question.
10       Q.    I'm asking you about the Taher
11   paper.  You understand?
12       A.    Yes.  This is all from the
13   Taher paper that I read you.
14       Q.    Section 3.3.1 talks about
15   evidence from human studies.  That's on
16   page 20; is that right?
17       A.    Yes.
18       Q.    This section talks about
19   whether or not there is a consistent
20   dose-response found in those studies; is that
21   right?
22           MS. O'DELL:  What sentence are
23       you pointing to?
24           MR. ZELLERS:  I'm asking the

Page 113

1    doctor questions based upon his review
2    of the paper, Ms. O'Dell.
3           MS. O'DELL:  Okay.  Feel free
4    to review it, Doctor, if you need to.
5           THE WITNESS:  I'm just taking a
6    look at this section.
7    BY MR. ZELLERS:
8        Q.    And if it helps you, look on
9    page 21, lines 174 through 177.
10           (Document review.)
11   BY MR. ZELLERS:
12       Q.    I only want to ask you about
13   two sentences.  Are you ready for me to ask
14   you my question?
15       A.    Just one moment, please.
16       Q.    Sure.
17           (Document review.)
18           THE WITNESS:  All right, I'm
19   ready for your question.
20   BY MR. ZELLERS:
21       Q.    The Taher paper states that
22   many of the studies only reported on the
23   ovarian cancer risk assessing one exposure
24   category and that exposure response analyses

29 (Pages 110 to 113)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 114

1    were not done in all studies; is that right?
2        A.   Yes.
3        Q.   When conducted, findings from
4    trend analyses were not consistent; is that
5    correct?
6            MS. O'DELL:  Object to the
7        form.
8        A.   Yes.
9    BY MR. ZELLERS:
10       Q.   All right.  With respect -- I'm
11   done with that paper.
12           You discuss your opinion
13   number 1 on page 7 of your report; is that
14   right?
15       A.   Yes.
16       Q.   You first state on page 7 that
17   you believe talcum powder is immunogenic and
18   produces chronic inflammation in the tissues;
19   is that right?
20       A.   Yes.
21       Q.   You state that other components
22   in talcum powder, including mineral fibers,
23   asbestos, fibrous talc, carcinogenic metals
24   and other chemicals intensify the

Page 115

1    inflammatory response and stimulate cell
2    growth and proliferation; is that right?
3        A.   Yes.
4        Q.   Other than asbestos, what
5    mineral fibers in talc intensify the
6    inflammatory response?
7        A.   Well, the endogenous fibrous
8    talc fibers also intensify the response.
9        Q.   Other than asbestos and fibrous
10   talc fibers, what mineral fibers in talc do
11   you believe intensify the inflammatory
12   response?
13       A.   I'm not really able to answer
14   that question because I don't have a specific
15   opinion about it.  I'm not a geologist.
16       Q.   Are the other chemicals that
17   you refer to in this section fragrance
18   chemicals?
19       A.   Yes.
20       Q.   Any others?
21       A.   None that are intentionally
22   added.
23       Q.   You claim, again on page 7,
24   that talcum powder produces chronic

Page 116

1    inflammation in the tissues in which it
2    sequesters; is that right?
3        A.   Yes.
4        Q.   Assuming for the moment that
5    talc can reach the ovaries, is it your
6    opinion that talc produces chronic
7    inflammation in the ovaries and that this
8    somehow leads to ovarian cancer?
9        A.   It is my opinion that talc
10   produces chronic inflammation in the
11   epithelial tissues of the ovaries and
12   surrounding epithelial tissues and leads to
13   both carcinogenesis initiation and promotion.
14       Q.   There are no reports in the
15   literature of externally applied talc leading
16   to inflammation, granulomas, fibrosis or
17   adhesions anywhere along a woman's
18   reproductive tract, correct?
19           MS. O'DELL:  Object to the
20       form, asked and answered.
21       A.   Well, that's similar to the
22   question that you asked earlier, and although
23   I'm not aware of experimental reports that
24   specifically jive with that condition,

Page 117

1    certainly there are a lot of theoretical
2    reports that have been published.
3            For example, Dr. Ness' article
4    from '99 lays out the theory of inflammation
5    and relates that to talc exposure from
6    perineal application.
7    BY MR. ZELLERS:
8        Q.   This is your colleague,
9    Dr. Ness; is that right?
10       A.   Ness, and Coussens, when she
11   was at Pittsburgh.
12       Q.   Dr. Ness, you showed her your
13   report and asked for her comments; is that
14   right?
15       A.   I didn't show her the report.
16       Q.   Well, you talked to her about
17   and showed her your conclusions and your
18   opinions; is that right?
19       A.   No, I talked to her about the
20   paper.
21       Q.   Her paper?
22       A.   Yes.
23       Q.   Did you share with her that you
24   were going to be an expert for the plaintiffs

30 (Pages 114 to 117)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 118

1    in this litigation?
2        A.    No, I didn't.
3        Q.    Did she wonder or ask why it
4    was that you were researching or looking into
5    this issue?
6        A.    She -- I think she may have,
7    yeah.
8        Q.    And what did you tell her?
9        A.    I told her I had been recently
10   asked to look into it.
11       Q.    Did you tell her that you'd
12   been asked to look into it by counsel for
13   plaintiffs in the talc litigation?
14       A.    No, I didn't.
15       Q.    And that never came up; is that
16   right?
17       A.    It didn't.
18       Q.    And she never talked to you or
19   told you about her experience and her work as
20   counsel -- strike that, as an expert for
21   plaintiffs; is that your testimony?
22       A.    Yes.  It was a very brief
23   conversation.
24       Q.    If up to 50% of all U.S. women

Page 119

1    have used genital talc, shouldn't there be
2    studies which have shown inflammation,
3    granulomas, fibrosis or adhesions in a
4    woman's reproductive tract?
5            MS. O'DELL:  Object to the
6        form.
7        A.    Well, there are studies that
8    show those things.
9    BY MR. ZELLERS:
10       Q.    Please, tell me the published
11   studies that demonstrate inflammation,
12   granulomas, fibrosis or adhesions in a
13   woman's reproductive tract from externally
14   applied talc?
15       A.    Well, you're adding a new
16   condition now.
17       Q.    I'm sorry if I didn't add that
18   before.
19       A.    There are multiple studies that
20   show inflammation and other inflammatory
21   reactions in connection with the occurrence
22   of ovarian cancer.
23           The piece that you're now
24   asking for is the external application of

Page 120

1    talc relating to that, and to my knowledge,
2    there are no experimental reports or case
3    reports that can document that at the current
4    time.
5        Q.    Granulomas, fibrosis and
6    adhesions do not cause ovarian cancer,
7    correct?
8            MS. O'DELL:  Object to the
9        form.
10       A.    The inflammatory process that
11   is intimately connected with granuloma
12   formation may well be the same process that
13   results in mutation and promotion of ovarian
14   cancer.  So I -- I could not agree completely
15   with your statement.
16   BY MR. ZELLERS:
17       Q.    Is there a good scientific
18   basis today to opine that granulomas,
19   fibrosis or adhesions cause ovarian cancer?
20           MS. O'DELL:  Object to the
21       form.
22       A.    No, I don't think they cause
23   ovarian cancer.
24           ///

Page 121

1    BY MR. ZELLERS:
2        Q.    Would you agree that not all
3    inflammatory conditions lead to cancer?
4        A.    Yes.
5        Q.    It's true that all of us
6    experience inflammatory reactions of one sort
7    or another, including chronic conditions,
8    that do not lead to cancer, correct?
9        A.    That's correct.  Although there
10   is a strong relationship between inflammatory
11   processes and the occurrence of cancers, and
12   some of those inflammatory diseases that
13   you're referring to also have associations
14   with increased rates of cancers.
15           MR. ZELLERS:  Move to strike as
16       nonresponsive.
17   BY MR. ZELLERS:
18       Q.    Rheumatoid arthritis is an
19   inflammatory condition; is that right?
20       A.    Yes, it is.
21       Q.    Does it increase the risk of
22   ovarian cancer?
23       A.    I think I -- it does -- it's
24   not associated with ovarian cancer, but I

31 (Pages 118 to 121)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 122

1    think it may be associated with other
2    cancers.
3        Q.   Does -- strike that.
4            Is psoriasis an inflammatory
5    condition?
6        A.   Generally, it is.
7        Q.   Is it associated with an
8    increased risk of ovarian cancer?
9        A.   Not that I'm aware.
10       Q.   In your report you state that
11   inflammation is a normal body process that
12   leads to the thwarting of infection and rapid
13   healing; is that right?
14       A.   That's correct.
15       Q.   If your inflammation theory is
16   correct, why doesn't inflammation generally,
17   such as in pelvic inflammatory disease, cause
18   ovarian cancer?
19       A.   It may do so.
20       Q.   You are opining under oath here
21   that pelvic inflammatory disease causes
22   ovarian cancer?
23       A.   I think there are experts who
24   have concluded that.

Page 123

1        Q.   What study are you relying on
2    for that opinion or statement?
3        A.   That's not part of the opinions
4    that I've been asked to consider in this --
5    in this case.
6        Q.   As you sit here, can you cite
7    me a publication or a study that finds that
8    pelvic inflammatory disease causes ovarian
9    cancer?
10           MS. O'DELL:  Object to the
11       form.
12       A.   Well, I have -- I have a list
13   of studies that relate inflammation to
14   ovarian cancer and other cancers.
15   BY MR. ZELLERS:
16       Q.   Can you name me a study or a
17   publication?
18       A.   Okay.  I think I have my list
19   here.
20       Q.   You brought other materials
21   with you?
22       A.   I brought this list.
23       Q.   All right.  Well, what list are
24   you pulling out of your pocket?

Page 124

1        A.   This is a list that I've put
2    together of some of the studies I've
3    considered and how they relate to things I
4    might testify to today.
5        Q.   Why did you not tell me about
6    your list that you brought with you today
7    before now?
8        A.   Well, I'm telling you about it
9    now.
10       Q.   My question is why did you not,
11   when I asked you what you brought to the
12   deposition today, not take the list out and
13   show us the list?
14       A.   I didn't think of it.
15       Q.   Okay.  We'll mark your list as
16   Deposition Exhibit 15.
17           (Carson Deposition Exhibit 15
18       marked.)
19   BY MR. ZELLERS:
20       Q.   These are a number of notes,
21   four pages of notes.  Are these all your
22   notes?
23       A.   Yes.
24       Q.   First page has got a section of

Page 125

1    articles on asbestos and ovarian cancer; is
2    that right?
3        A.   Yes.
4        Q.   It also has inflammation and
5    cancer and a number of studies; is that
6    right?
7        A.   Yes.
8        Q.   Second page has got cohort,
9    where you've listed out the four cohort
10   studies; is that right?
11       A.   Yes.
12       Q.   Beneath that are the
13   meta-analyses where you've listed those out
14   and made some notes on those, correct?
15       A.   Yes.
16       Q.   The back page of the second
17   page has got a listing of a number of the
18   case-control studies, correct?
19       A.   Yes.  Those are duplicated on
20   another page.
21       Q.   The third page has got a
22   section on migration and studies that you're
23   looking at for that proposition, correct?
24       A.   Correct.

32 (Pages 122 to 125)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 126

1      Q.    Underneath that, ovarian cancer
2   risk; is that right?
3      A.    Yes.
4      Q.    Underneath that, talc and other
5   cancer; is that right?
6      A.    Yes.
7      Q.    And then on the last page,
8   page 4, is a listing of the case-control
9   studies with the odds ratios and confidence
10  intervals; is that right?
11     A.    For the most part, yes.
12     Q.    All right.  So looking now at
13  your list of studies that you have prepared,
14  which study demonstrates or supports the
15  proposition that pelvic inflammatory disease
16  causes ovarian cancer?
17     A.    Looking through here, I don't
18  have that item specifically in my notes, but
19  I'm just using my notes to refresh my memory
20  about the individual research report.  I
21  think the Coussens and Werb paper from 2010
22  talks about general mechanisms of
23  inflammation in relation to the occurrence of
24  ovarian cancer.

Page 127

1           And there's the Ness and
2   Cottreau paper from '99.
3           Okada has discussed it in the
4   2007 paper.  And there's a paper from 2001
5   which is Balkwill and Mantovani which
6   discusses the relationship between talc and
7   ovarian cancer and also discusses the
8   relationship to other sources of
9   inflammation.
10     Q.    Each of those papers that
11  you've identified you believe state that
12  pelvic inflammatory disease is a cause of
13  ovarian cancer, correct?
14          MS. O'DELL:  Object to the
15      form.
16     A.    Well, I don't think they state
17  that in so many words, but if you read the
18  paper and you understand that -- what pelvic
19  inflammatory disease is and its relationship
20  to inflammatory processes in general, yes,
21  that's what they're saying.
22  BY MR. ZELLERS:
23     Q.    Doctor, my question to you was:
24  Are you aware of any papers in which the

Page 128

1   authors conclude that pelvic inflammatory
2   disease causes ovarian cancer?  Do you
3   believe each of the authors in the studies
4   that you've identified, that their studies
5   stand for that proposition?
6           MS. O'DELL:  Object to form,
7       asked and answered.
8      A.    I think all of the studies that
9   I've identified for this question do allude
10  to that, yes.
11  BY MR. ZELLERS:
12     Q.    That pelvic inflammatory
13  disease causes ovarian cancer, correct?
14     A.    That it is a -- it's a factor,
15  yes.
16     Q.    It's a cause.  That's what they
17  state in those papers, right?
18          MS. O'DELL:  Object to the
19      form.
20  BY MR. ZELLERS:
21     Q.    That's your testimony?
22          MS. O'DELL:  Excuse me,
23      misstates his testimony.  Object to
24      the form.

Page 129

1      A.    I would say it's a factor and
2   leave it at that.
3   BY MR. ZELLERS:
4      Q.    All right.  Are you familiar
5   with pleurodesis?
6      A.    I am.
7      Q.    Does a pleurodesis cause
8   cancer?
9      A.    It is not known to, although it
10  might.
11     Q.    Are you familiar with the
12  study, 1979, A survey of the long-term
13  effects of talc and kaolin pleurodesis?
14     A.    Can tell me who the author of
15  that was?
16     Q.    Sure.  The author is -- this is
17  from the Research Committee of the British
18  Thoracic Association.  The members of the
19  subcommittee were Chappell, Johnson, Charles,
20  Wagner, Seal, Berry and Nicholson.
21          Are you familiar with that
22  paper?
23     A.    I'm not familiar with the
24  paper.  I may have looked at it in the past.

33 (Pages 126 to 129)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 130

1      Q.   We'll take a look at it.  We'll
2    mark it as Deposition Exhibit 16.
3          (Carson Deposition Exhibit 16
4    marked.)
5      A.   Thank you.
6          MS. O'DELL:  Thank you.
7    BY MR. ZELLERS:
8      Q.   This was a study that looked at
9    the association between pleurodesis and lung
10   cancer; is that right?
11     A.   Yes.
12     Q.   It's a study that you cite on
13   page 1 of your literature list; is that
14   right?
15     A.   Okay.  Yes.
16     Q.   So you've read it; is that
17   right?
18     A.   I have.
19     Q.   You've considered it; is that
20   right?
21     A.   Yes.
22     Q.   They looked at 210 patients
23   that underwent a pleurodesis with talc or
24   kaolin 14 to 40 years before; is that right?

Page 131

1      A.   That's correct.
2      Q.   And they found that there was
3    no increased incidence of lung cancer and no
4    cases of mesothelioma; is that right?
5      A.   That's correct.
6      Q.   Why don't -- well, strike that.
7          You're aware of the studies
8    that have looked at antiinflammatory drugs
9    and aspirin use with respect to whether or
10   not they're associated with -- let me
11   withdraw that.
12         Are you familiar with the NSAID
13   and aspirin use studies relating to the
14   incidence of ovarian cancer in chronic users?
15     A.   I'm familiar with some of
16   those, yes.
17     Q.   If your theory is correct that
18   inflammation causes ovarian cancer, then you
19   would expect that the studies of NSAIDs and
20   aspirin use, antiinflammatory drugs that
21   reduce inflammation, would consistently
22   reduce the incidence of ovarian cancer,
23   correct?
24         MS. O'DELL:  Object to the

Page 132

1    form.
2      A.   I think that was the hypothesis
3    of those research reports.
4    BY MR. ZELLERS:
5      Q.   And, in fact, the NSAID studies
6    do not find a consistent causal reduction in
7    the risk of ovarian cancer; is that right?
8      A.   I think that's correct.
9      Q.   In your report you also state
10   that studies show that use of cornstarch
11   instead of talcum powder reduces the risk of
12   ovarian cancer; is that right?
13     A.   Yes.
14     Q.   If inflammation causes cancer,
15   why would cornstarch be a superior
16   alternative to talc?
17     A.   The reason is that cornstarch,
18   being a biological product, is much -- it
19   does have a rapid clearance from the body,
20   even when sequestered, in comparison with a
21   mineral substance like talc.
22     Q.   Well, in fact, cornstarch
23   causes or increases the risk of inflammation,
24   granulomas, fibrosis and adhesions, correct?

Page 133

1      A.   It may, yes.
2      Q.   Just like you claim talcum
3    powder increases the risk of inflammation,
4    granulomas, fibrosis and adhesions; is that
5    right?
6          MS. O'DELL:  Object to the
7    form.
8      A.   I think you are -- you're
9    parsing terms here.  That list of things were
10   your words.  I was agreeing with the
11   relationship between talc and inflammation in
12   ovarian epithelial tissue and the production
13   or granulomas.  I did not discuss the
14   relationship between talc and adhesions or
15   fibrosis.  There was one other thing on your
16   list.
17   BY MR. ZELLERS:
18     Q.   Well, in fact, the FDA has
19   banned the use of cornstarch as a powder for
20   lubricating surgical gloves; is that right?
21     A.   It has, but that's not the
22   reason.
23     Q.   Well, the reason that they
24   banned the use of cornstarch is because it

34 (Pages 130 to 133)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 134

1    presented an unreasonable and substantial
2    risk of illness or injury and that that risk
3    cannot be corrected or eliminated by
4    labeling, correct?
5         A.    I don't know the specific
6    language.  It looks like you're reading from
7    a Federal Register document.
8             The main reason that cornstarch
9    has been banned as a lubricant in gloves is
10   because of the potential for transmission of
11   primarily respiratory problems through
12   inhalation, mostly by co-workers, not by
13   patients.
14        Q.    You do agree that cornstarch
15   has been banned by the FDA for use in
16   surgical gloves; is that right?
17        A.    All powdered gloves have been
18   essentially banned from hospitals and
19   operating rooms now.
20        Q.    You also talk about
21   inflammation and oxidative stress; is that
22   right?
23        A.    Yes.
24        Q.    Does the presence of oxidative

Page 135

1    stress in a tissue indicate that cancer will
2    develop in that tissue?
3         A.    No.
4         Q.    If exposure to a substance
5    causes oxidative stress in certain tissue,
6    does that mean exposure of all other tissues
7    to that substance will cause oxidative stress
8    in those tissues?
9         A.    Not necessarily.
10        Q.    Does the body have protective
11   mechanisms that can limit tissue damage from
12   oxidative stress?
13        A.    Yes.
14        Q.    Do all substances that cause
15   oxidative stress also cause cancer?
16        A.    I'm not sure the answer to that
17   question is known.
18        Q.    Are there any studies or
19   publications that indicate that oxidative
20   stress is involved in the development of
21   ovarian cancer?
22        A.    If I can define the term
23   "oxidative stress," I could give you an
24   answer to that, that question.

Page 136

1         Q.    Why do you have to have a
2    special definition of "oxidative stress"?
3    I'm asking simply:  Is there a publication or
4    a study which documents that oxidative stress
5    is involved in the development of ovarian
6    cancer?
7             MS. O'DELL:  Object to the
8         form.
9         A.    Sure.
10   BY MR. ZELLERS:
11        Q.    And what paper are you going to
12   point me to?
13        A.    Well, I'll point you to the
14   Ness paper to begin with, because it was one
15   of the earlier papers that related oxidative
16   stress from talc to the occurrence of ovarian
17   cancer.  But the relationship between
18   inflammation, which essentially is the source
19   of the oxidative stress, and cancer goes all
20   the way back into the 19th Century in terms
21   of its proposal as a rationale.
22        Q.    Is oxidative stress a variation
23   of inflammation as you're using that term
24   relating to a potential cause of ovarian

Page 137

1    cancer?
2         A.    It's a component of
3    inflammation.
4         Q.    As a toxicologist, how would
5    you define fibrous talc?
6         A.    Fibrous talc is a form of talc
7    that is conformed into elongated structures
8    that have an aspect ratio of length greater
9    than width that is different from the
10   majority of talc which is the platy form.
11        Q.    Do you consider yourself to be
12   an expert on fibrous talc?
13        A.    No, I don't.
14        Q.    Do you consider yourself to be
15   an expert on oxidative stress?
16        A.    I have dealt a lot with issues
17   of oxidative stress and health effects
18   resulting from it.
19        Q.    Do you consider yourself to be
20   an expert in oxidative stress?
21             MS. O'DELL:  Objection, asked
22        and answered.
23        A.    I'm not a specific expert in
24   oxidative stress, but I can -- I can opine

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 138

1    regarding my professional understanding and
2    training.
3    BY MR. ZELLERS:
4        Q.    You've never been involved in
5    terms of any research or publication on the
6    subject of oxidative stress and any
7    association with ovarian cancer, correct?
8        A.    Not in terms of ovarian cancer,
9    no.
10       Q.    You have not been involved in
11   any research or publication relating to the
12   subject of inflammation and its association
13   with ovarian cancer, correct?
14       A.    No.  All right.  Yes, correct.
15       Q.    Yes, it is correct?  Okay.
16           You claim that the presence of
17   asbestos and fibrous talc further intensifies
18   the carcinogenic effect of talc; is that
19   right?
20       A.    Yes.
21       Q.    Is that statement different
22   from the statement directly above where you
23   allege that asbestos and mineral fibers
24   intensify the inflammatory response and

Page 139

1    stimulate the cell growth and proliferation?
2        A.    It's not different, no.
3        Q.    Are your opinions dependent on
4    talc containing carcinogenic asbestos and/or
5    fibrous talc?
6        A.    No.
7        Q.    Do you believe that talcum
8    powder without asbestos causes ovarian
9    cancer?
10       A.    I believe talcum powder causes
11   ovarian cancer.  I have not seen any research
12   done on talcum powder that has been shown not
13   to contain asbestos.
14       Q.    Your assumption that you have
15   made in formulating your opinions here is
16   that talcum powder contains asbestos; is that
17   right?
18       A.    No.
19       Q.    What assumption have you made
20   as to whether or not talcum powder contains
21   either asbestos or fibrous talc?
22           MS. O'DELL:  Object to the
23   form.
24       A.    Looking at the research

Page 140

1    reports, the epidemiology first, is looking
2    at the relationship between perineal use of
3    dusting powders, talcum powders and ovarian
4    cancer.
5            Although there have been
6    efforts in some of those studies to
7    characterize the proportion or the
8    ingredients that would be either asbestos or
9    fibers, that's not done in all cases, and
10   it's not ruled out in any cases.
11           The -- also, the research
12   studies that have been performed, the
13   testing, for example, of the products
14   themselves are replete with reports of
15   components of these powders that are fibrous
16   in nature.
17           MR. ZELLERS:  Move to strike as
18   nonresponsive.
19   BY MR. ZELLERS:
20       Q.    Do you believe that all talcum
21   powder products that are on the market
22   contain asbestos?
23           MS. O'DELL:  Object to the
24   form.

Page 141

1        A.    I don't know.
2    BY MR. ZELLERS:
3        Q.    Does it matter to your opinion
4    as to whether or not the talcum powder
5    products, and particularly the talcum powder
6    products involved in this case, contain
7    asbestos?
8        A.    I wouldn't have a way to be
9    able to answer that yes or no.
10       Q.    Do you -- strike that.
11           Have you reached a conclusion
12   as to whether or not the talcum powder
13   products involved in this case contain
14   fibrous talc?
15       A.    I think that most of them do.
16       Q.    Does all of the talcum powder
17   contain fibrous talc or just some of it?
18       A.    Certainly a lot of it does.
19       Q.    The basis for your conclusion
20   that the talcum powder at issue in this case
21   contains fibrous talc is the testing reports
22   that plaintiffs' attorneys gave you?
23           MS. O'DELL:  Object to the
24   form.

36 (Pages 138 to 141)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 142

1        A.    Yes.  Also Longo's publications
2    and reports.
3    BY MR. ZELLERS:
4        Q.    You have reviewed the Longo
5    reports; is that right?
6        A.    Yes.
7        Q.    Have you ever met with him?
8        A.    No.
9        Q.    Do you know his qualifications?
10       A.    I looked at his qualifications
11   at one point, but I don't recall exactly what
12   it is at this stage.
13       Q.    Ever hear of him before this
14   lawsuit, your getting involved in the talc
15   litigation back in October of 2018?
16       A.    No.
17       Q.    Have you reviewed any of
18   Longo's testing where he did not find
19   asbestos?
20       A.    I -- the only thing I've
21   reviewed are what's present in those reports
22   that I cited.
23       Q.    Were you provided by counsel
24   for plaintiffs with any testing reports from

Page 143

1    Longo where he did not find asbestos?
2        A.    There are some of those listed
3    in his reports.
4        Q.    Have you reviewed the FDA's
5    testing of talcum powder products?
6        A.    The FDA didn't really do much
7    testing of talcum powder products.
8        Q.    Have you reviewed the FDA's
9    testing of talcum powder products?
10       MS. O'DELL:  Objection, vague.
11       A.    The only FDA testing that I
12   looked at was the -- I have it referenced in
13   my list, but the FDA, based on a
14   recommendation, requested samples from
15   various companies, I think nine different
16   sources of talc.  They received four and
17   tested those.  And based on their test method
18   determined that there was not a -- not
19   evidence of a significant hazard.
20   BY MR. ZELLERS:
21       Q.    Have you made any effort to
22   quantify the amount of any alleged
23   contaminant in the Johnson & Johnson Consumer
24   talcum powder?

Page 144

1        MS. O'DELL:  Object to the
2    form.
3        A.    That wasn't my charge.  I defer
4    to the other experts in this case.
5    BY MR. ZELLERS:
6        Q.    Do you have an opinion on what
7    type of asbestos you believe is in the talcum
8    powder products at issue in this case?
9        A.    Well, there have been various
10   types shown, but I think for the most part
11   it's tremolite and anthophyllite.
12       Q.    Are you familiar with
13   crocidolite?
14       A.    Yes.
15       Q.    Is crocidolite found in talcum
16   powder or baby powder?
17       A.    It's not commonly found in it.
18       Q.    You believe that the
19   asbestos -- types of asbestos that may be in
20   the talcum powder at issue in this case is
21   tremolite and acidolite [sic]?
22       MS. O'DELL:  Objection.
23       A.    Anthophyllite.  There are
24   others found, but you asked for most common.

Page 145

1    BY MR. ZELLERS:
2        Q.    Most common you believe are
3    tremolite and anthophyllite?
4        A.    Anthophyllite.
5        Q.    Anthophyllite.  Those two; is
6    that right?
7        A.    Yes.
8        Q.    What types of asbestos are
9    associated with ovarian cancer?
10       A.    Well, I'll go back to my list
11   again.  Crocidolite is associated with
12   ovarian cancer in the Acheson report from
13   1982, which was from female gas mask
14   manufacturers in England who made gas masks
15   during the period of the Second World War,
16   and crocidolite is associated with that with
17   a fairly high relative risk of 2.96.
18   Chrysotile asbestos had also a positive
19   relative risk of 1.74.
20       There was a study of factory
21   workers and pipe laggers in east London,
22   which is the Berry report from 2000, that
23   showed a relative risk of 2.53, and those
24   workers were exposed to primarily asbestos

37 (Pages 142 to 145)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 146

1      cement products and plasters, so the --
2          Q.    What type of asbestos, if you
3      know?
4          A.    That would have been primarily
5      amphibole asbestos types, which would include
6      crocidolite and tremolite and anthophyllite,
7      amosite is in that category.
8              Bertolotti in 2008 published a
9      report -- actually, there were several
10     reports that resulted from the Eternit
11     factory studies in Casale Monferrato in
12     Italy, which was a plant that manufactured
13     cement sheet and corrugated tubing, and there
14     were a number of studies that showed elevated
15     relative risks in persons exposed to asbestos
16     in that work, and that would also have been
17     amphibole asbestos types.
18         Q.    The studies that you've recited
19     for us, those are all occupational studies;
20     is that right?
21         A.    Yes.  I've got a lot more.
22         Q.    Well, and it's on your list,
23     which we marked as Exhibit 15; is that right?
24         A.    That's correct.

Page 147

1          Q.    All right.  Those studies did
2      not involve the perineal application of
3      talcum powder products; is that right?
4              MS. O'DELL:  Object to the
5      form.
6          A.    It was not a factor in the
7      study.
8      BY MR. ZELLERS:
9          Q.    Crocidolite and chrysotile
10     asbestos has generally not been found in
11     talcum powder products, correct?
12         A.    In general, that's the case.
13         Q.    Was there ever a point in time
14     where you believe that the talcum powder
15     products involved in this case were not
16     contaminated with asbestos?
17             MS. O'DELL:  Objection to form,
18     vague as to time.
19         A.    My understanding is that Imerys
20     and their predecessors and Johnson & Johnson
21     made significant efforts to reduce components
22     of asbestos in their talc products over a
23     number of years and made step-wise progress
24     in doing that.

Page 148

1              But based on my current
2      understanding, I don't believe they've ever
3      been totally successful in doing so.
4              So in answer to your question,
5      which I think was, was there ever a point in
6      time where you believe the talcum powder
7      products involved in this case were not
8      contaminated with asbestos, no.
9      BY MR. ZELLERS:
10         Q.    You cite in your report,
11     page 5, to two exhibits to the depositions of
12     John Hopkins and Julie Pier in support of
13     your opinion that talcum powder products
14     contain asbestos; is that right?
15         A.    That's correct.
16         Q.    Looking at page 5, footnote 1,
17     you cite to Exhibit Hopkins-28 in the Hopkins
18     deposition and Exhibit Pier-47 in the Pier
19     deposition; is that right?
20         A.    That's correct.
21         Q.    Are you aware that those
22     exhibits were created by plaintiffs' counsel?
23             MS. O'DELL:  Objection to form.
24         A.    I didn't -- I -- I don't know

Page 149

1      that and doesn't matter to me.
2      BY MR. ZELLERS:
3          Q.    Do you know where the data in
4      those exhibits come from?
5          A.    Well, they come from the two
6      persons who are testifying who have produced
7      them from their -- mostly from their business
8      records.
9          Q.    Okay.  So you believe that
10     Exhibit Hopkins-28 to the Hopkins deposition
11     and Exhibit Pier-47 to the Pier deposition
12     come from the business records of the
13     Johnson & Johnson Company and Imerys?
14         A.    From the most part, there was
15     a -- there was a table that was constructed
16     during the deposition which was sort of a
17     piece of summary information.  I don't know
18     if it's an exhibit to the deposition or if
19     it's something separate from that, but it
20     would not have been from business records,
21     but occurred at the deposition itself.
22             MS. O'DELL:  Excuse me,
23     Dr. Carson, would you like to see a
24     copy of exhibit -- of the Hopkins

38 (Pages 146 to 149)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 150

1    Exhibit Hopkins-28 and Pier
2    Exhibit Pier-47 in answering these
3    questions?
4        THE WITNESS:  If that's easy to
5    do, yes.
6        MS. O'DELL:  It's very easy to
7    do.  This is a copy of
8    Exhibit Hopkins-28 of the Hopkins
9    deposition and Exhibit Pier-47 of the
10   Pier deposition.
11       THE WITNESS:  Okay.
12   BY MR. ZELLERS:
13       Q.    Dr. Carson?
14       A.    Yes, sir.
15       Q.    Did you make any effort to
16   investigate the alternative explanations for
17   the data that's contained in those two
18   exhibits, Exhibit Hopkins-28 and
19   Exhibit Pier-47?
20       A.    Alternative explanations, I'm
21   not sure what you mean by that.
22       Q.    If the Johnson & Johnson
23   company -- companies' scientists and Imerys'
24   scientists opined that those tests don't

Page 151

1    actually show asbestos, you have no expertise
2    to dispute that, do you?
3        MS. O'DELL:  Object to the
4        form.
5        A.    No, I don't have any personal
6    expertise to dispute that.
7    BY MR. ZELLERS:
8        Q.    Do you know whether or not any
9    of the talc product that is identified on
10   Exhibit Hopkins-28 and Exhibit Pier-47 was
11   actually used in the talcum powder products
12   that were sold by the Johnson & Johnson
13   Consumer Products company?
14       MS. O'DELL:  Objection to form.
15       A.    I -- it's my understanding that
16   some of these results, at least -- in
17   particular from the Pier deposition, that
18   some of these results were from testing that
19   was done on material that had already been
20   shipped and probably incorporated into
21   products.
22   BY MR. ZELLERS:
23       Q.    Do you know whether or not any
24   of the talc that is referred to on the two

Page 152

1    exhibits you're looking at,
2    Exhibit Hopkins-28 and Exhibit Pier-47, were
3    included in talcum powder product sold by J&J
4    Consumer Products?
5        MS. O'DELL:  Objection to the
6        form, asked and answered.
7        A.    No, I don't.
8    BY MR. ZELLERS:
9        Q.    Have you confirmed -- strike
10   that.
11       What amount of asbestos
12   exposure is associated with ovarian cancer?
13       A.    Any.
14       Q.    Your testimony under oath is
15   that any asbestos exposure is associated with
16   ovarian cancer?
17       A.    Any asbestos exposure and any
18   perineal application of talcum powder is
19   associated with an increased risk for ovarian
20   cancer.
21       Q.    The amount of asbestos
22   contained -- or allegedly contained within
23   the baby powder is of no consequence,
24   correct?

Page 153

1        MS. O'DELL:  Object to the
2        form.
3        A.    No, it is of consequence, and a
4    larger dose would be a greater hazard.  But
5    that doesn't mean that a low dose is not a
6    hazard.
7    BY MR. ZELLERS:
8        Q.    My question is:  Do you know
9    the amount of alleged asbestos exposure
10   that's associated with ovarian cancer?
11       A.    No.
12       Q.    Do you know the type of ovarian
13   cancer that asbestos is associated with?
14       MS. O'DELL:  Object to the
15       form.
16       A.    It's associated mostly with the
17   collection of epithelial ovarian cancers --
18   BY MR. ZELLERS:
19       Q.    What --
20       A.    -- primarily serous.
21       Q.    Does the type of ovarian cancer
22   vary based upon the type of asbestos?
23       A.    Not that I'm aware of.
24       Q.    You believe that all types of

39 (Pages 150 to 153)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 154

1  asbestos can produce all types of ovarian
2  cancer; is that correct?
3          MS. O'DELL:  Object to the
4  form.
5      A.    I suspect that some forms of
6  asbestos are much more carcinogenic than
7  others, and that would be true for the
8  ovaries as well as other structures in the
9  body.
10  BY MR. ZELLERS:
11      Q.    Are you able to distinguish for
12  us what types of asbestos cause or are
13  associated with what types of ovarian cancer?
14      A.    I don't think I'm able to make
15  those distinctions, but the studies I just
16  read to you regarding the relationship
17  between asbestos and ovarian cancer and the
18  others on my list do indicate that there are,
19  for example, in the Acheson study, there
20  were -- there was a positive relationship
21  between both crocidolite and chrysotile
22  exposure, and the crocidolite had a greater
23  effect on ovarian cancer than the chrysotile,
24  but did not have -- they were both positive.

Page 155

1      Q.    What type of ovarian cancer?
2      A.    That, I don't know at the
3  moment.  I could look in the paper and see if
4  it's listed.
5      Q.    There are a number of different
6  types of ovarian cancer; is that right?
7      A.    That's correct.
8      Q.    You are not familiar with J&J
9  Consumer Products' procedures for milling or
10  mining; is that right?
11          MS. O'DELL:  Object to the
12  form.
13      A.    I'm familiar with some of their
14  procedures, yes.
15  BY MR. ZELLERS:
16      Q.    Are you familiar with their
17  testing of source mines?
18      A.    To some extent.
19          MS. O'DELL:  Object to the
20  form.
21  BY MR. ZELLERS:
22      Q.    Is it set forth in your report,
23  or is that just background information that
24  you looked at?

Page 156

1      A.    That's background information
2  and my personal knowledge.
3      Q.    You are not going to give an
4  opinion on mines, mining or milling in this
5  case; is that right?
6      A.    Depends on the questions.
7      Q.    Well, as you sit here today, do
8  you intend to give opinions on talc mining,
9  mines or milling?
10      A.    It wasn't my intention, but if
11  asked a question that I think I'm qualified
12  to answer, I'll try to do it.
13      Q.    Are you an expert on talc
14  mining and milling?
15      A.    I'm an expert on industrial
16  processes in general, and if -- I have some
17  personal understanding of talc mining and
18  milling.
19      Q.    Have you been personally
20  involved in talc mining and milling?
21      A.    I haven't been involved in it;
22  I've observed it.
23      Q.    Do you consider yourself to be
24  an expert in talc mining and milling?

Page 157

1          MS. O'DELL:  Objection, asked
2  and answered.
3      A.    No, I don't.
4  BY MR. ZELLERS:
5      Q.    You have no independent basis
6  to say that cosmetic talc contains asbestos,
7  correct?
8          MS. O'DELL:  Object to the
9  form.
10      A.    What do you mean by independent
11  basis?
12  BY MR. ZELLERS:
13      Q.    You have not done any testing
14  of talcum powder to determine whether it
15  contains asbestos or not; is that right?
16      A.    No.  All of my understanding is
17  based on other sources.
18      Q.    And those other sources would
19  be, in part, the testing that was done by
20  Longo; is that right?
21      A.    Yes, as well as the testing
22  that's reported in the -- in the literature
23  section as the Imerys test results and
24  quality control materials.

40 (Pages 154 to 157)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 158

1     Q.    You're looking now back at the
2  Pier Exhibit Pier-47 and the Hopkins
3  Exhibit Hopkins-28; is that right?
4     A.    I was actually referring to the
5  Imerys documents that are referenced toward
6  the end of the literature exhibit to my
7  report, but certainly the Exhibit Pier-47
8  would be included there.
9     Q.    You have no independent basis
10  to say that cosmetic talcum powder contains
11  fibrous talc, correct?
12         MS. O'DELL:  Object to the
13     form.
14     A.    I have no independent basis,
15  no.
16  BY MR. ZELLERS:
17     Q.    You're familiar with the
18  limitations of the research on a potential
19  link between asbestos and ovarian cancer; is
20  that right?
21         MS. O'DELL:  Object to the
22     form.
23     A.    I'm familiar with some research
24  limitations in that question, yes.

Page 159

1  BY MR. ZELLERS:
2     Q.    You agree that research on the
3  potential relationship between asbestos and
4  ovarian cancer has only considered a small
5  number of cases; is that right?
6         MS. O'DELL:  Object to the
7     form.
8     A.    Well, it's considered thousands
9  of cases.  Certainly in terms of the number
10  of women who have experienced ovarian cancer
11  it's small, but it's significant, and that's
12  where we get research from that answers
13  important questions.
14  BY MR. ZELLERS:
15     Q.    Are you familiar with the Reid
16  paper, 2011?
17     A.    Yes, but it's been a while
18  since I've looked at it.
19     Q.    Well, I'll hand you a copy.
20  We'll mark it as Exhibit 17.
21         (Carson Deposition Exhibit 17
22     marked.)
23         MS. O'DELL:  Thank you.
24         ///

Page 160

1  BY MR. ZELLERS:
2     Q.    The Reid paper that I've handed
3  you, what we've marked as Exhibit 17, looks
4  at the issue:  Does exposure to asbestos
5  cause ovarian cancer.
6         Is that right?
7     A.    Yes.
8     Q.    They talk about in terms of
9  limitations on the first page, right-hand
10  column, they say:  Studies that have examined
11  this issue have been limited for two major
12  reasons.
13         Is that right?
14     A.    Yes.
15     Q.    Number one, small number of
16  cases, much fewer women than men have been
17  exposed to asbestos, particularly in more
18  heavily exposed occupational settings where
19  relative risks are higher; is that right?
20     A.    Yes.
21     Q.    How many of these studies --
22  well, strike that.
23         Would you agree that the
24  studies in this area have been primarily

Page 161

1  related to occupational exposure?
2     A.    Primarily, yes.
3     Q.    How many total women have been
4  studied?
5         MS. O'DELL:  Object to the
6     form.  In this study, in this paper,
7     or are you talking about in general?
8         MR. ZELLERS:  In general.
9     A.    I don't know the answer to
10  that.
11  BY MR. ZELLERS:
12     Q.    How many women have been
13  studied in nonoccupational studies?
14     A.    Well, very few in comparison to
15  the occupational studies.
16     Q.    Are you aware of the
17  difficulties that have existed over time in
18  distinguishing between peritoneal
19  mesothelioma and ovarian cancer?
20     A.    Yes.
21     Q.    What are those difficulties?
22     A.    There is a potential
23  misclassification of one as the other because
24  they have very common habits.  They look very

41 (Pages 158 to 161)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 162

1   similar under light microscopy, and they're
2   often difficult to distinguish, even by a
3   pathologist, unless special tests are used.
4           Often these cases occur in
5   places where they don't have the access to
6   special test equipment that can definitively
7   distinguish, and so they are classified and
8   we move on.
9       Q.   Another limitation of any
10  studies in this area relate to the inability
11  to account for nonoccupational risk factors
12  for ovarian cancer other than age; is that
13  right?
14      MS. O'DELL:  Object to the
15      form.
16      A.   Are you reading also from this
17  paper or --
18  BY MR. ZELLERS:
19      Q.   I was looking now at the
20  Camargo paper.  Are you familiar with the
21  Camargo paper?
22      A.   If you have a copy of that, I'd
23  like to look at it, if I'm going to answer
24  questions about it.

Page 163

1       Q.   All right.  This is a paper in
2   2011.  We'll mark it as Exhibit 18.
3           (Carson Deposition Exhibit 18
4       marked.)
5   BY MR. ZELLERS:
6       Q.   Here the authors also looked at
7   the issue of occupational exposure to
8   asbestos and ovarian cancer; is that right?
9       A.   Yes.
10      Q.   If you turn to page 216 -- I'm
11  sorry, 1216, second-to-last paragraph before
12  the conclusion:  A further limitation of our
13  analysis was its inability to account for
14  nonoccupational risk factors for ovarian
15  cancer other than age.
16          Is that identified by the
17  authors as a limitation?
18      A.   Yes, it is.
19      Q.   Under -- if you go a page back,
20  1215, under Discussion, in the second
21  paragraph, the authors talk about other
22  studies that have been done in this area,
23  including Edelman; is that right?
24      MS. O'DELL:  If you need to

Page 164

1   take a minute to refresh yourself on
2   the page --
3       MR. ZELLERS:  I'm looking under
4   Discussion.
5       MS. O'DELL:  -- please feel
6   free to do that.
7           Excuse me, sir, I was talking.
8   If you need to review the paper,
9   Dr. Carson, please feel free to do
10  that.
11      MR. ZELLERS:  This doctor has
12  given 35 depositions.  He is perfectly
13  capable of handling himself.  He does
14  not need your advice as we go along.
15      MS. O'DELL:  Nor do I, Michael.
16  So I'm going to deal with this witness
17  in the way I choose, which is
18  perfectly appropriate.  If Dr. Carson
19  needs to review the paper, he's going
20  to review the paper.  You may ask him
21  questions, he'll be happy to respond.
22      MR. ZELLERS:  Your job is not
23  to coach the witness; your job is to
24  make objections as to form or

Page 165

1   foundation, not to make speaking
2   objections and coaching of the
3   witness.
4       MS. O'DELL:  If you have a
5   question, I'm sure Dr. Carson would be
6   happy to address it.
7       MR. ZELLERS:  I've asked him
8   the question.
9       MS. O'DELL:  Would you mind
10  repeating the question, please?
11      MR. ZELLERS:  Sure.
12      THE WITNESS:  I don't remember
13  the question.
14      MR. ZELLERS:  Okay.  I'll be
15  happy to repeat it.
16  BY MR. ZELLERS:
17      Q.   Dr. Carson, you've looked at
18  this Camargo paper; is that right?
19      A.   Yes.
20      Q.   In their discussion, they talk
21  about other research, including research done
22  by Edelman; is that right?
23      A.   Are you at the top of the
24  middle column on --

42 (Pages 162 to 165)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 166

1      Q.    I'm looking under Discussion.
2      A.    Yes.
3      Q.    The first -- well, the second
4  paragraph.
5      A.    Second paragraph, yes.
6      Q.    The magnitude of the pooled
7  estimate is similar to that reported by
8  Edelman; is that right?
9      A.    Correct.  Correct.
10     Q.    Then they state:  They
11  concluded, however, that despite the positive
12  and significant association, there was
13  insufficient information to infer that
14  ovarian cancers were caused by occupational
15  exposure to asbestos because of concerns
16  about tumor misclassification, inappropriate
17  comparison populations and the failure to
18  take into account for known risk factors.
19        Did I read that --
20     A.    You read that correctly.
21     Q.    All right.  Are women who use
22  talc perineally at greater risk of
23  mesothelioma?
24     A.    I can't say that they are, but

Page 167

1  they may be.
2      Q.    Wouldn't you expect to find
3  higher rates of other cancers in women using
4  talc like mesothelioma if they are being
5  exposed to substantial amounts of asbestos?
6      A.    Well, we may -- we may be
7  seeing some mesotheliomas that are
8  misclassified as ovarian cancers, or we may
9  be seeing mesotheliomas and not relating talc
10  application as a pertinent contributor to
11  that case.
12     Q.    You told us earlier that you
13  thought that there may have been more
14  asbestos in talcum powders in the 1970s; is
15  that right?
16        MS. O'DELL:  Objection to form.
17     A.    I think I said there have been
18  step-wise improvements, and I -- but I agree
19  with that statement.
20  BY MR. ZELLERS:
21     Q.    Shouldn't we have seen higher
22  rates of ovarian cancer in the earlier
23  studies --
24        MS. O'DELL:  Object --

Page 168

1  BY MR. ZELLERS:
2      Q.    -- if your theory is correct?
3        MS. O'DELL:  Object to the
4  form.
5      A.    There may have been higher
6  rates of ovarian cancers, but you have to
7  also understand that the latency period for
8  ovarian cancer is pretty long.  It's greater
9  than 20 years, often as long as 40 years.
10  And so we're still dealing with cancers that
11  may have started back in the '70s.
12  BY MR. ZELLERS:
13     Q.    Would you agree that exposure
14  to asbestos through a perineal cosmetic talc
15  use is different from the heavy occupational
16  exposure that has primarily been researched?
17        MS. O'DELL:  Objection to form.
18     A.    Yes.  I agree with that.
19  BY MR. ZELLERS:
20     Q.    Are you an expert and
21  knowledgeable about cleavage fragments?
22     A.    I'm not.
23     Q.    If I went through a series of
24  questions and asked you to differentiate

Page 169

1  between cleavage fragments and asbestos
2  fibers, you would defer that to other
3  experts?
4      A.    I would.
5      Q.    You also claim that the
6  presence of carcinogenic metals, including
7  chromium, cobalt and nickel in talc, adds to
8  its carcinogenicity; is that right?
9      A.    That is right.
10     Q.    Do you have an opinion or
11  knowledge as to the amounts of chromium,
12  cobalt and nickel, if any, in talc?
13     A.    Those metal elements are
14  included as -- usually as impurities or in
15  very small quantities in some deposits and
16  are present in small amounts.
17     Q.    Do you have any idea how much
18  of these metals, if any, reaches a woman's
19  ovaries each time they use talc?
20     A.    I can't tell you how much, but
21  I can tell you that some does, and it is --
22  it remains in the talc until long after it
23  reaches the ovaries.
24     Q.    Chromium, cobalt and nickel are

43 (Pages 166 to 169)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 170

1    natural elements; is that right?
2        A.    Yes.
3        Q.    They are naturally in our
4    bodies; is that right?
5        A.    That's correct.
6        Q.    They are present in food,
7    drinking water, bottled water, vitamins; is
8    that right?
9        A.    To some extent.
10       Q.    Do you have any evidence that
11   the blood or tissue levels of any trace heavy
12   metals are higher in genital talc users
13   compared to nonusers?
14           MS. O'DELL:  Object to the
15       form.
16       A.    I do not.
17   BY MR. ZELLERS:
18       Q.    As we discussed when we talked
19   about asbestos, you cannot evaluate the
20   potential effects of exposure to a substance
21   without factoring in the amount of exposure;
22   is that right?
23           MS. O'DELL:  Object to the
24       form.

Page 171

1        A.    It's useful to factor in the
2    amount if the amount is known.  If the amount
3    is not known, it's not necessarily required
4    to draw conclusions.
5    BY MR. ZELLERS:
6        Q.    In this case, you do not know
7    the amount, be it chromium, cobalt and/or
8    nickel; is that right?
9            MS. O'DELL:  Objection to the
10       form.
11           Excuse me.  Dr. Carson, as you
12       know, is not being offered as a
13       case-specific expert, so that question
14       sounds like a specific patient, and so
15       I would -- that's my objection.
16       A.    I do not know the amount, but
17   my opinion is that any within the
18   microenvironment of the inflammatory process
19   that is occurring due to talc sequestration
20   is contributing to the carcinogenic
21   potential.
22   BY MR. ZELLERS:
23       Q.    But you don't know for any
24   individual plaintiff their level of exposure

Page 172

1    to chromium, cobalt or nickel or any other
2    heavy metal; is that right?
3        A.    That is correct.
4        Q.    That answer to that question
5    would be true if I asked you about the
6    different fragrance chemicals, correct?
7            MS. O'DELL:  Object to the
8        form.
9        A.    Also true.
10   BY MR. ZELLERS:
11       Q.    You did a risk assessment in
12   this matter; is that right?
13       A.    Yes.
14       Q.    Do you agree that a complete
15   and proper risk assessment involves four
16   elements?
17           MS. O'DELL:  Object to the
18       form.
19       A.    Not necessarily.
20   BY MR. ZELLERS:
21       Q.    Well, you have to identify a
22   potential hazard; is that right?
23       A.    Yes.
24       Q.    You've got to do some type of

Page 173

1    dose-response assessment; is that right?
2        A.    Not necessarily.
3        Q.    You --
4            MS. O'DELL:  Excuse me.  If you
5        finished -- if you need to,
6        Dr. Carson, if you're not finished.
7        If you're finished, fine.  Sorry.
8        A.    A qualitative risk assessment
9    does not necessarily require a dose-response
10   in order to reach valid conclusions.
11   BY MR. ZELLERS:
12       Q.    It is not necessary to do a
13   dose-response assessment as part of a risk
14   assessment.  Is that your testimony under
15   oath?
16       A.    It's not always necessary.
17       Q.    Was it necessary in this case?
18       A.    Well, I think there is an
19   aspect of dose-response that was performed in
20   the risk assessment process here.
21       Q.    What dose-response assessment
22   did you make with respect to chromium, cobalt
23   and nickel and any other heavy metal?
24       A.    There's no information

44 (Pages 170 to 173)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 174

1    available to do a dose-response estimate for
2    those metals.
3         Q.    What information did you rely
4    or use, if any, to make a dose-response
5    assessment with respect to any fragrance
6    chemicals?
7            MS. O'DELL:  Objection, form.
8         A.    There is no information
9    available to do a dose-response estimate for
10   the fragrances.
11   BY MR. ZELLERS:
12        Q.    Did you do any type of exposure
13   assessment in this case?
14           MS. O'DELL:  Object to the
15       form, vague.
16        A.    I'm not sure exactly what
17   you're -- what you're asking by exposure
18   assessment.
19   BY MR. ZELLERS:
20        Q.    Well, an exposure assessment is
21   also part of a risk assessment; is that
22   right?
23        A.    In this risk assessment, I
24   considered studies that are reported in the

Page 175

1    scientific and medical literature which have
2    reported the assessment of exposure in these
3    cases in various forms, and I considered
4    those exposure assessments as being valid as
5    reported and considered them as a whole.
6         Q.    Did you look at any exposure
7    assessment specific to the alleged heavy
8    metals contained in talcum powder?
9            MS. O'DELL:  Object to the
10       form.
11        A.    No, I did not.
12   BY MR. ZELLERS:
13        Q.    Did you look at any exposure
14   assessment with respect to any fragrance
15   chemicals contained within talcum powder?
16           MS. O'DELL:  Object to the
17       form.
18        A.    With respect to the fragrance
19   chemicals and the heavy metals, the only
20   exposure assessment that I was able to do was
21   verify that these things were present in
22   materials.
23           The fragrances are always
24   present in whatever form they were added in,

Page 176

1    and the metals were there as the baseline
2    component of the talc formation that they
3    came from.
4    BY MR. ZELLERS:
5         Q.    You do not know the amounts of
6    either the heavy metals or the fragrance
7    chemicals in the talcum powder at issue in
8    this case, correct?
9         A.    That's -- that's correct, I
10   don't.
11        Q.    You do not know -- well, strike
12   that.  I'll withdraw that.
13           You brought with you an IARC
14   monograph; is that right?
15        A.    I have a couple of them.
16        Q.    All right.
17           MS. O'DELL:  Are we going to --
18       are you going to move to --
19           MR. ZELLERS:  We can take a
20       break if you'd like.
21           MS. O'DELL:  Yeah, it's been
22       about an hour and a half.
23           MR. ZELLERS:  Sure.
24           THE VIDEOGRAPHER:  We're off

Page 177

1    the record 12:32, end of Tape 2.
2         (Recess taken, 12:32 p.m. to
3    1:38 p.m.)
4            THE VIDEOGRAPHER:  We're on the
5    record, 1:38, beginning of Tape 3.
6    BY MR. ZELLERS:
7         Q.    Dr. Carson, when we left, we
8    were talking about the trace metals and
9    fragrance chemicals in talcum powder,
10   correct?
11        A.    Yes.
12        Q.    You do not know how much of
13   these trace metals or fragrance chemicals
14   reach the ovaries, correct?
15        A.    I don't know specifically how
16   much reaches it, but if I know it's a
17   component of the talc, and if I know the talc
18   reaches it, then I know some of the metals
19   and the fragrances reach it.
20        Q.    You don't know the component or
21   the amount of either the trace metals or the
22   fragrance chemicals in the baby powder,
23   correct?
24        A.    That's correct.

45 (Pages 174 to 177)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 178

1    Q.    You do not know the exposure of
2  any of the women who are plaintiffs in this
3  litigation to the talcum powder, correct?
4         MS. O'DELL:  Individual women?
5         MR. ZELLERS:  Yes, individual
6  women.
7    A.   I don't, no.
8  BY MR. ZELLERS:
9    Q.    You brought with you an IARC
10  monograph, and I think you've got several
11  monographs that are on your literature list;
12  is that right?
13    A.   That's correct.
14    Q.    Generally, IARC classifies
15  chemicals and agents from Group 1,
16  carcinogenic to humans, down to Group 4,
17  probably not carcinogenic to humans; is that
18  right?
19    A.   That's correct.
20    Q.    Does the classification of a
21  substance as a known probable or possible
22  carcinogen by IARC, and IARC is International
23  Agency for Research on Cancer, or by the
24  National Toxicology Program or the U.S.

Page 179

1  Environmental Protection Agency, mean that
2  the substance can cause all types of cancers
3  in humans by any exposure route?
4         MS. O'DELL:  Object to the
5  form.
6    A.   No.
7  BY MR. ZELLERS:
8    Q.    There are different cancers
9  that may be associated with different
10  chemicals or agents; is that right?
11    A.   And different routes of
12  exposure.
13    Q.    You can have an agent that is a
14  carcinogen or a probable or possible
15  carcinogen for one type of cancer, but not
16  for another type of cancer, correct?
17    A.   That's correct.
18    Q.    You can have an agent or a
19  chemical that's a carcinogen for one route of
20  exposure for a chemical or agent but is not
21  carcinogenic for a different route of
22  exposure, correct?
23         MS. O'DELL:  Objection to form.
24    A.   Yes.

Page 180

1  BY MR. ZELLERS:
2    Q.    What -- would you agree that,
3  in general, metals can differ in their
4  toxicity and potential carcinogenicity based
5  on their form?
6    A.   Yes.
7    Q.    Do you know the forms of
8  chromium, nickel and cobalt detected in
9  cosmetic talc?
10    A.   There's -- metal ions are
11  usually incorporated in the mineral lattice,
12  and so they are part of the magnesium
13  silicate crystal.
14    Q.    I'm not sure if that answers my
15  question, and if it does, I don't understand,
16  so let me ask again.
17         Do you know the forms, and by
18  that I mean valence state, of chromium or
19  nickel or cobalt that have been detected in
20  cosmetic talc?
21    A.   Oh, the valence state?
22    Q.    Yes, sir.
23    A.   I don't know specifically, but
24  that's dependent on the surrounding structure

Page 181

1  that the metals are contained in, and metals
2  can assume a different valence state
3  depending on the redox environment.
4    Q.    You are not, at least in this
5  litigation today, expressing any opinion as
6  to the valence state of chromium that may be
7  found in cosmetic talc, correct?
8         MS. O'DELL:  Object to the
9  form.
10    A.   No, I'm not.
11  BY MR. ZELLERS:
12    Q.    Your second opinion is that the
13  perineal use of talcum powder results in
14  direct exposure to the ovaries either via
15  inhalation or migration through the female
16  reproductive tract; is that right?
17    A.   Well, it's primarily through
18  the female reproductive tract.  The
19  inhalation exposure would be a secondary
20  route.
21    Q.    Let me ask you a couple of
22  questions about inhalation exposure.
23         You do not cite any studies that
24  the body of your report evidencing that

46 (Pages 178 to 181)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 182

1  talcum powder can reach the ovaries through
2  inhalation, correct?
3          MS. O'DELL:  Object to the
4  form.
5      A.   That is correct, although
6  there -- yes, that's correct.
7  BY MR. ZELLERS:
8      Q.   You have never performed any
9  study yourself pertaining to whether inhaled
10 talc can migrate to the ovaries; is that
11 right?
12     A.   I have not, although it has
13 been used as an explanation of how talc
14 particles might have reached the ovaries in
15 persons who did not have another form of
16 exposure.
17     Q.   If inhalation is the exposure
18 path for talc, shouldn't the lungs bear more
19 of a burden?
20     A.   Yes.
21     Q.   Why, then, isn't there an
22 epidemic of mesothelioma in women who use
23 talcum powder?
24     A.   Because the primary route is

Page 183

1  perineal via the reproductive tract.
2      Q.   You discuss that on page 7 of
3  your report; is that right?
4      A.   Yes.
5      Q.   You cite a number of studies
6  for the proposition that talc can be
7  transported from the perineum to the upper
8  reproductive tract and body cavity; is that
9  right?
10     A.   That's correct.
11     Q.   None of the articles that you
12 cite actually looked at whether talc can
13 migrate from perineal application through the
14 fallopian tubes to the ovaries, did they?
15     A.   Let me just refresh my memory
16 for a moment here.  Egli was carbon black.
17 Venter was radioactive technetium labeled
18 albumin.  Let me see.  Blumenkrantz -- I have
19 my notes here.
20         Yeah, I can't remember what the
21 substance was in Blumenkrantz.  Sjösten,
22 starch -- yeah, Blumenkrantz was retrograde
23 menstruation.  Halme was talc.
24     Q.   Which study was talc?

Page 184

1      A.   The -- I'm sorry.  The Heller
2  study was talc, which I didn't cite here.
3  Halme was a retrograde menstruation study via
4  the fallopian tubes, and Sjösten was starch
5  particles.
6      Q.   The only study -- and this is
7  not one that you cited, but you've now
8  referred to that involved talc, was Heller;
9  is that right?
10     A.   Well, it looked at -- it didn't
11 look at transport inasmuch as it looked at
12 the presence of talc particles in the ovaries
13 and found them with or without the history of
14 talc powder use.
15     Q.   Heller looked at 24 patients;
16 is that right?
17     A.   I don't know, but that sounds
18 about right.
19     Q.   Half of them had a history of
20 using talc products, half did not?
21         MS. O'DELL:  Object to form.
22     A.   That's correct.
23 BY MR. ZELLERS:
24     Q.   Heller found talc in the

Page 185

1  tissues of all 24 patients; is that right?
2      A.   That is correct.
3      Q.   I believe we covered this
4  before, but just to confirm:  There are no
5  published articles that you're aware of that
6  show granulomas, fibrosis or adhesions
7  anywhere in the reproductive tract of a woman
8  as a result of external genital talc
9  application, correct?
10         MS. O'DELL:  Object to the
11 form.
12     A.   I believe that's the case,
13 although there have been granulomas found in
14 some cases of cancer where they reported
15 having used talc.
16 BY MR. ZELLERS:
17     Q.   Of the cases or the studies you
18 cited here, Egli, that involved just three
19 women, correct?
20     A.   That was just -- that was an
21 experimental study of the transport of carbon
22 particles.
23     Q.   The women were in a lithotomy
24 position; is that right?

47 (Pages 182 to 185)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 186

1      A.    That's correct.
2      Q.    And that means that they had
3  their legs up in the air, correct?
4      A.    Correct.
5      Q.    Those conditions -- well,
6  strike that.
7            They were injected with
8  oxytocin; is that right?
9      A.    It is.
10     Q.    That was to aid in the
11  transport of the particles, correct?
12           MS. O'DELL:  Object to the
13     form.
14     A.    I believe that was the author's
15  theory.
16  BY MR. ZELLERS:
17     Q.    Those are different
18  circumstances or conditions from a woman who
19  would apply a talc to her genital area
20  standing up, correct?
21     A.    Well, they are, but I'm not
22  sure that that position is really pertinent
23  to the migration of particles through the
24  reproductive tract.

Page 187

1      Q.    Is it your pos- -- is it your
2  testimony that if a woman is in a lithotomy
3  position with their legs up into the air,
4  that that is comparable with respect to the
5  migration of talc to a woman who's standing
6  up and using it in her perineal region?
7      A.    It may be.
8      Q.    Are you an expert on that?
9      A.    I'm not.
10     Q.    The authors in Egli, they
11  stated it was possible that the study
12  observed false positives due to sample
13  contamination because they failed to use
14  liquid or filter blanks as negative controls,
15  correct?
16     A.    I don't recall that, but that
17  may be the case.
18     Q.    You refer to a study by Venter.
19  That involved a radioactive particulate
20  matter, correct?
21     A.    Yes.
22     Q.    Did not involve talc particles,
23  correct?
24     A.    The point of the study was --

Page 188

1  of all these studies -- that they were using
2  various particles that could be detected at
3  the other end, and so this was an attempt to
4  do an experimental study which would cause no
5  harm that would give them an answer regarding
6  transport through the reproductive tract.
7      Q.    In this study, particles were
8  introduced into the reproductive tract, not
9  externally; is that right?
10           MS. O'DELL:  Object to the
11     form.
12     A.    That is correct.
13  BY MR. ZELLERS:
14     Q.    Women were given Pitocin to
15  stimulate uterine contractions; is that
16  right?
17     A.    That's the same as oxytocin.
18     Q.    And that's a yes, correct?
19     A.    Yes.
20     Q.    Again, as with the Egli study,
21  the women were inverted in the Trendelenburg
22  position with their head down, legs up when
23  the particles were administered; is that
24  right?

Page 189

1      A.    I believe so.
2      Q.    Is it possible that the
3  radionuclides can leach from the particles?
4      A.    I don't know the answer to
5  that, but it was radioactive technetium that
6  was bound to albumin.
7      Q.    The Sjösten study that you
8  cite, that did not use -- involve the
9  perineal use of talc, but an exam with a
10  force to the cervix; is that right?
11     A.    Excuse me.  An exam with what?
12     Q.    So it involved an exam with
13  force to the cervix?
14           MS. O'DELL:  Object to the
15     form.
16     A.    Well, this was -- this was done
17  as an experimental study on women who were
18  scheduled to get hysterectomies and they did
19  it on some women one day prior to the
20  hysterectomy and another group of women four
21  days prior to the hysterectomy, and they used
22  gloves that were powdered with starch and
23  gloves that were not powdered with starch.
24           And so they had what's called a

48 (Pages 186 to 189)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 190

1   Latin square design, and they were able at
2   the point of the hysterectomy of taking
3   samples of the fallopian tubes and washing
4   them to determine whether or not particles
5   were found in the tubes.
6   BY MR. ZELLERS:
7       Q.   What they actually found was
8   that, whether the women were examined with
9   gloves with the starch particles or not, they
10  found starch particles in both, both groups,
11  correct?
12      A.   It is true.
13      Q.   Tubal ligation, you refer to
14  tubal ligation and use that or purport to say
15  that that supports your migration theory,
16  correct?
17      A.   It does.
18      Q.   Your testimony is that for
19  patients who have had a tubal ligation, that
20  they are at a lesser risk of the talc -- let
21  me withdraw that.
22          Explain to us very briefly why
23  you believe that tubal ligation supports your
24  migration theory.

Page 191

1       A.   If the pathway of exposure of
2   the ovaries that results in ovarian cancer is
3   via the reproductive tract, then tubal
4   ligation, which closes off the fallopian
5   tubes, would interrupt that pathway and
6   result in reduced exposure; therefore, you
7   would expect a reduced incidence of cancer in
8   those women.
9       Q.   In fact, though, that is not
10  what has been reported or at least that has
11  not been consistently reported in the
12  studies; is that right?
13      A.   Well, it actually has been a
14  positive factor in a number of the
15  epidemiologic studies that have looked at the
16  ovarian cancer incidence and have been able
17  to include tubal ligation as a historical
18  factor in their analysis.
19      Q.   Did you look at the Terry 2013
20  meta-analysis?
21      A.   Yes.
22      Q.   You cite that in support of
23  your positions in this case; is that right?
24      A.   I did.

Page 192

1       Q.   In fact, in Terry -- well, and
2   let me mark it for you so you've got it in
3   front of you.
4           THE WITNESS:  Okay.  I'm going
5   to move this binder for the time
6   being, if you don't mind.
7           MR. ZELLERS:  Oh, yes, I'll
8   hand you the articles that I refer to,
9   but if you need it, just pull it out.
10          THE WITNESS:  Thank you.
11          (Carson Deposition Exhibit 19
12  marked.)
13  BY MR. ZELLERS:
14      Q.   Deposition Exhibit 19 is the
15  2013 Terry meta-analysis that you referred to
16  in your report; is that right?
17      A.   Yes.
18      Q.   That's a pooled analysis of
19  eight studies; is that right?
20      A.   Yes.
21      Q.   Okay.  This pooled analysis of
22  eight studies relating to genital powder use
23  and the risk of ovarian cancer shows no
24  variation in the risk in talc users based on

Page 193

1   whether they had a tubal ligation or
2   hysterectomy; is that right?
3       A.   I think that's the conclusion
4   of the authors here, but it's not the
5   conclusion of the individual authors of the
6   studies who did the original investigations.
7       Q.   Well, it is the conclusion of
8   the authors based upon their meta-analysis of
9   eight studies; is that right?
10          MS. O'DELL:  Object to the
11  form.
12      A.   Let me just check that.
13          (Document review.)
14      A.   Yes.
15  BY MR. ZELLERS:
16      Q.   If you look at pages 819,
17  carried over to 820, I'm reading:  Our
18  finding of slightly attenuated associations
19  following exclusion of women with powder
20  exposure after tubal ligation or hysterectomy
21  are not supportive of this hypothesis, but
22  risk estimates in this subgroup analysis may
23  have randomly differed from those including
24  all women because of the reduction in sample

49 (Pages 190 to 193)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 194

```
 1    size.
 2          Is that right?
 3      A.   Yes.
 4      Q.   Essentially, looking at these
 5    eight studies in this meta-analysis, Terry
 6    did not find that exposure to genital powder
 7    applications that occurred before tubal
 8    ligation or hysterectomy made any substantive
 9    difference in the results; is that right?
10      A.   Yes, but the point is that the
11    authors didn't find that it did not make a
12    difference either.  They -- they ended up
13    with a study with reduced numbers that they
14    couldn't make determinations about.
15      Q.   If, though, the migration
16    theory is correct, you would expect that
17    there would be a reduction in the incidence
18    of ovarian cancer for women who have had a
19    tubal ligation or hysterectomy; is that
20    right?
21          MS. O'DELL:  Object to the
22      form.
23      A.   Yes, that is correct.
24          ///
```

Page 195

```
 1    BY MR. ZELLERS:
 2      Q.   And that was not found in the
 3    Terry meta-analysis that you cite; is that
 4    right?
 5          MS. O'DELL:  Object to the
 6      form.
 7      A.   That is correct, but it was
 8    found in the baseline studies that were, in
 9    part, included in this meta-analysis.
10    BY MR. ZELLERS:
11      Q.   Are you -- you also cite the
12    Cramer study, 2016; is that right?
13      A.   Yes.
14      Q.   I've got a few questions for
15    you on the Cramer study, but let me just ask,
16    since we're at this part right now.
17          Do you have the Cramer study?
18    I'll hand it to you.
19      A.   If you have a copy, I'd
20    appreciate it.
21          MR. ZELLERS:  Sure.  We'll mark
22      the Cramer study as Exhibit 20.
23          (Carson Deposition Exhibit 20
24      marked.)
```

Page 196

```
 1          THE WITNESS:  Thank you.
 2          MS. O'DELL:  Thank you.
 3    BY MR. ZELLERS:
 4      Q.   This is also a study,
 5    Exhibit 20, Cramer 2016, that you cite as
 6    supportive of your opinions in this case,
 7    correct?
 8      A.   Correct.
 9      Q.   Cramer actually looked at
10    whether or not there was any greater
11    association of talc use and ovarian cancer
12    and whether or not women who had a tubal
13    ligation or hysterectomy had a reduced
14    incidence of the disease; is that correct?
15      A.   Yes.
16      Q.   Turn to page 337, and then it
17    carries over to 339.  They're talking --
18    they, being the authors -- of their results,
19    and I'm reading just at the very bottom of
20    337, carried over to 339:  By test for
21    interaction, column 3, the association was
22    significantly greater for women who were
23    African-American, had no personal history of
24    breast cancer, had a tubal ligation or
```

Page 197

```
 1    hysterectomy.
 2          Is that right?
 3          MS. O'DELL:  Object to the
 4      form.
 5      A.   Beginning on page 337?
 6    BY MR. ZELLERS:
 7      Q.   Yes.
 8      A.   I'm sorry, if you could --
 9      Q.   Sure.  At the very end of 337.
10      A.   Okay.
11      Q.   So they're looking at --
12      A.   Oh, by tests for interaction.
13      Q.   Yes.
14      A.   Yeah.
15      Q.   So if your migration theory is
16    correct, you would expect there to be a lower
17    incidence of ovarian cancer in women who have
18    had a tubal ligation or hysterectomy,
19    correct?
20          MS. O'DELL:  Object to the
21      form.
22      A.   That is correct.
23    BY MR. ZELLERS:
24      Q.   All right.  Cramer finds by
```

50 (Pages 194 to 197)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 198

1    test for interaction the association was
2    significantly greater for women who -- and
3    then I'm skipping African-American, but I'm
4    coming down to -- have a tubal ligation or
5    hysterectomy.
6            Is that correct?
7        A.   Yes.
8        Q.   All right.  If talcum powder
9    migrates from the perineal region to the
10   ovaries, shouldn't exposure to -- exposure to
11   talc be far greater in concentration in the
12   rectal, vulvar, vaginal, cervical and uterine
13   tissues which are closer to the area of
14   initial exposure?
15           MS. O'DELL:  Objection to form.
16       A.   Well, the acute exposure would
17   be greater.
18   BY MR. ZELLERS:
19       Q.   You would expect because the
20   acute exposure is greater, that there should
21   be inflammation caused in these organs and
22   areas, correct?
23       A.   No.  The inflammation and
24   oxidative stress is an ongoing process that

Page 199

1    has to develop over time, and it occurs on a
2    chronic basis in areas where foreign bodies
3    locate and reside.  And talc and talcum
4    powder are examples of foreign bodies that
5    have the right characteristics to cause
6    chemotaxis in reactive oxygen species and
7    oxidative status.
8        Q.   Well, in fact, there would be
9    chronic exposure, so if we're dealing with,
10   as you described in the very beginning, which
11   you were asked, to look at the habitual use
12   of talcum powder, that would create exposure
13   on a chronic basis to the rectal area and
14   tissues, vulvar, vaginal, cervical and
15   uterine tissues; is that right?
16           MS. O'DELL:  Object to the
17   form.
18       A.   I suspect if one doesn't bathe,
19   that would be more of an issue, but most
20   people bathe regularly as well.
21   BY MR. ZELLERS:
22       Q.   And bathing regularly
23   eliminates any exposure in the rectal,
24   vulvar, vaginal, cervical and uterine tissues

Page 200

1    to talcum powder?
2            MS. O'DELL:  Object to the
3    form.
4        A.   It doesn't -- it doesn't
5    eliminate exposure, but it does remove
6    residual exposure, as does sweating, other
7    body secretions and so forth.
8    BY MR. ZELLERS:
9        Q.   Are you aware of any studies
10   that show inflammation or oxidative stress as
11   a result of genital talc use in the rectal,
12   vulvar, vaginal, cervical and uterine
13   tissues?
14       A.   No, I'm not.
15       Q.   Under your theory or belief
16   that talcum powder travels from the perineal
17   region to the ovaries through the woman's
18   reproductive tract, talcum powder must travel
19   past the labia, through the vagina, through
20   the cervix, and then to the uterus; is that
21   right?
22       A.   That's correct.
23       Q.   And then the powder travels
24   through the uterus and into the fallopian

Page 201

1    tubes to reach the ovaries; is that right?
2        A.   Yes.
3        Q.   On what studies are you relying
4    to say that talcum powder affects the body
5    differently when it's applied to the perineal
6    region and travels to the cervix compared to
7    when it is applied directly to the cervix?
8        A.   I don't think --
9            MS. O'DELL:  Object to the
10   form.
11       A.   -- there is much of a
12   difference.
13   BY MR. ZELLERS:
14       Q.   You would expect there to be a
15   comparable similar result whether talcum
16   powder is applied directly to the cervix
17   through the use of dusting of a diaphragm as
18   there is to the use of talcum powder in the
19   genital areas; is that right?
20       A.   That is correct.  I think the
21   two differ probably in terms of quantity very
22   significantly.  But other than that, they
23   would be the same.
24       Q.   When applied to the perineal

51 (Pages 198 to 201)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 202

1  region, talcum powder would also be in close
2  contact with a woman's urethra; is that
3  right?
4       A.   Yes.
5       Q.   Substances, and in your view,
6  talcum powder, are capable of traveling up
7  the urethra; is that right?
8            MS. O'DELL:  Object to the
9       form.
10      A.   The urethra has a sphincter
11  which prevents transport beyond that point.
12  BY MR. ZELLERS:
13      Q.   Women get urinary tract
14  infections when bacteria travels up the
15  urethra; is that right?
16      A.   That's correct.
17      Q.   Studies, though, do not show an
18  increase in bladder cancer with talcum powder
19  use; is that right?
20      A.   I don't believe that talcum
21  powder transports in any appreciable amount
22  up the urethra into the bladder.
23      Q.   Studies do not show an increase
24  in rectal cancer with talcum powder use, do

Page 203

1  they?
2       A.   No.
3       Q.   Are you aware that that IARC --
4  and you're familiar with IARC, right?
5       A.   Yes.
6       Q.   Are you aware that IARC rejects
7  this migration theory and calls the evidence
8  weak?
9            MS. O'DELL:  Object to the
10      form.
11      A.   The IARC has made that
12  statement in their -- I think the 2006 review
13  that resulted in their recent monograph, but
14  I think they're about to reconsider that.
15  BY MR. ZELLERS:
16      Q.   Well, they also have stated
17  that in 2010; is that right?
18      A.   Well, that's the --
19           MS. O'DELL:  Object to the
20      form.
21      A.   That's the monograph from the
22  2006 review.
23  BY MR. ZELLERS:
24      Q.   Why do you believe that they're

Page 204

1  about to reconsider that?
2       A.   Because the chatter is that
3  this is something that's on their radar
4  screen currently.
5       Q.   What chatter are you aware of?
6  And what is chatter?
7       A.   It's discussion among -- within
8  the scientific and healthcare community of
9  things that are on the drawing board for
10  IARC.
11      Q.   Do you know whether or not
12  IARC -- well, strike that.
13           IARC has not changed its
14  position that the migration theory and
15  evidence for the migration theory is weak; is
16  that right?
17           MS. O'DELL:  Object to the
18      form.
19      A.   They have not changed their
20  position that was published in the 2010
21  monograph.
22  BY MR. ZELLERS:
23      Q.   All right.  You have heard
24  chatter that they may look at it again; is

Page 205

1  that right?
2       A.   Yes.
3       Q.   Other than this chatter, you're
4  unaware of any other -- well, strike that.
5           You're unaware of any change in
6  IARC's position with respect to migration,
7  correct?
8       A.   Well, an example of what I'm
9  talking about is the Health Canada report,
10  which has contradicted what is found in the
11  IARC monograph and is more current and
12  considers information that will probably go
13  into the next IARC review.
14           MR. ZELLERS:  Move to strike as
15      nonresponsive.
16  BY MR. ZELLERS:
17      Q.   Does IARC review and rely on
18  draft assessments in formulating their
19  positions?
20      A.   IARC relies on primary studies.
21      Q.   Not draft assessments, correct?
22      A.   Well, the draft assessment that
23  I guess you're referring to, the Health
24  Canada draft assessment, is derived from

52 (Pages 202 to 205)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 206

1  primary studies, the same ones that will be
2  considered by IARC.
3      Q.    All right.  As of today, IARC's
4  published position is that evidence of a
5  migration theory of talcum powder migrating
6  to the ovaries is weak, correct?
7      A.    Yes.
8      Q.    Have you conducted any tests or
9  experiments with respect to your theory or
10  position that talc migrates to the ovaries
11  through the reproductive tract?
12      A.    No, I haven't.
13      Q.    How much talc actually reaches
14  the ovaries in your opinion?
15      A.    I can't answer that question
16  because the dose has not been quantified.
17      Q.    Does it only reach the ovaries
18  during certain times?
19      A.    I don't believe so.  I think
20  there are many circumstances whereby that
21  migration pathway is functional, and in my
22  belief, the pathway from the perineum to the
23  cervix is pretty much an open channel, and
24  then it continues to be open pretty much all

Page 207

1  the way into the pelvic cavity.
2      Q.    You are not a specialist in
3  women's health issues, correct?
4          MS. O'DELL: Object to the
5      form.
6      A.    Well, I'm a doctor.  I've
7  examined a lot of women.
8  BY MR. ZELLERS:
9      Q.    Are you --
10          MS. O'DELL: Excuse me.  Are
11      you finished, sir?
12          THE WITNESS: Yes, I'm
13      finished.
14          MS. O'DELL: Okay.
15  BY MR. ZELLERS:
16      Q.    Are you an expert in the
17  women's reproductive tract?
18      A.    I've taken it apart and put it
19  back together again in medical school, and in
20  other settings I've done OB/GYN rotations.
21  I've participated in pelvic surgeries.  I
22  understand the anatomy.
23      Q.    There are physicians who are
24  specialists in the female reproductive tract;

Page 208

1  is that right?
2      A.    That is correct.
3      Q.    You are not one of those
4  physicians, correct?
5      A.    I don't claim to be a
6  specialist in gynecology.
7      Q.    Your third opinion is that the
8  ovaries lack an intrinsic elimination system;
9  is that right?
10      A.    That's correct.
11      Q.    Is "intrinsic elimination
12  system" a recognized term of art that's used
13  by gynecologists?
14      A.    I don't think so.  It was just
15  the term I used to describe the situation.
16      Q.    Is "intrinsic elimination
17  system" a term of art used by oncologists?
18      A.    The same answer.
19      Q.    Have you seen published studies
20  that use that term?
21      A.    I don't know.  I suspect I
22  could have.  It's apparently a small number
23  of ways to describe that in a few words.
24      Q.    You do not cite to any studies

Page 209

1  in the body of your report to support your
2  theory that the ovaries do not have an
3  intrinsic elimination system, correct?
4      A.    That's correct.
5      Q.    You have not conducted any
6  tests to show that exposure to the ovaries to
7  particulate matter, if any, is longer than
8  exposure to other parts of the female
9  anatomy; is that right?
10          MS. O'DELL: Object to the
11      form.
12      A.    I have not conducted any such
13  tests.
14  BY MR. ZELLERS:
15      Q.    Is the cervix more or less
16  sensitive to the impact of foreign particles
17  than the ovaries?
18          MS. O'DELL: Object to the
19      form.
20      A.    I think that the important
21  point is the residence time that exists, and
22  the cervix is not presented with things for
23  an extended time like the ovaries are in
24  relation to things like talc.  But it is

53 (Pages 206 to 209)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 210

1    sensitive.
2        BY MR. ZELLERS:
3        Q.   All right.  Your fourth
4    theory -- or strike that.
5            Your fourth opinion is that the
6    epidemiological studies show a positive
7    relationship between regular perineal
8    application of talcum powder and ovarian
9    cancer; is that right?
10       A.    That's correct.
11       Q.    The studies that you reference
12   in this opinion are referred to on pages 6
13   and 7 of your report; is that right?
14           MS. O'DELL:  Object to the
15       form.
16       A.    Most of them, yes.
17       BY MR. ZELLERS:
18       Q.    You conclude that when
19   confounding and bias are exhaustively
20   considered -- and do you believe you've done
21   that here?
22       A.    I am restating what authors of
23   the primary studies have done.  I'm
24   evaluating the consistency of the evidence,

Page 211

1    not the basic evidence itself.
2        Q.    The apparent cause and effect
3    relationship between perineal talcum powder
4    use and ovarian cancer amounts to about a 30%
5    increased risk of ovarian cancer in talcum
6    powder users.
7            Is that your opinion in this
8    case?
9        A.    It is.
10       Q.    And that is your opinion from
11   reviewing the epidemiologic studies that you
12   cite in your report?
13       A.    Yes.
14       Q.    When epidemiologists refer to
15   the statistical power of a study, what are
16   they referring to?
17       A.    Statistical power refers to the
18   ability of a study design, if carried out, to
19   detect a signal in the data of a particular
20   magnitude.
21       Q.    In plain English, statistical
22   power is the likelihood that a study will
23   detect an effect when there is an effect to
24   be detected; is that fair?

Page 212

1        A.    Yes.
2            MS. O'DELL:  Object to the
3        form.
4    BY MR. ZELLERS:
5        Q.    Are you familiar with the term
6    "person-years" as it relates to
7    epidemiological study?
8        A.    Yes, I am.
9        Q.    What is -- strike that.
10           How are person-years
11   calculated?
12       A.    They are calculated by -- in
13   relation to an exposure or to an existing
14   treatment, they're calculated by multiplying
15   the duration of the treatment or exposure in
16   years by the number of people being studied.
17   And that -- the result is person-years.
18       Q.    Can you explain the difference
19   between high-grade serous and low-grade
20   serous cancer?
21       A.    High-grade serous cancer has
22   a -- is less differentiated and has a greater
23   propensity for metastasis and invasion.
24       Q.    Are you aware that the

Page 213

1    epidemiological literature shows that these
2    are very different cancers?
3        A.    They behave quite differently,
4    yes.
5        Q.    Do you know what publication
6    bias is?
7        A.    Yes.
8        Q.    What is publication bias?
9        A.    Publication bias is the
10   tendency to -- to spin a certain argument
11   in -- in order to influence acceptance of
12   publications.
13       Q.    Is that a recognized issue in
14   the field of epidemiology, at least as you've
15   observed?
16       A.    It's a -- it's not necessarily
17   recognized in the field of epidemiology.  It
18   exists in all scientific endeavors.
19       Q.    Is it something that you and
20   other physicians and experts and scientists
21   need to be aware of?
22       A.    Yes.  I think we're all exposed
23   to the effects of that and warned about it as
24   we go through our careers.

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 214

1    Q.    When I asked you early on what
2  your methodology was, you looked at the
3  published literature, you looked at some
4  websites I think that you told us about
5  earlier, and then you performed a risk
6  assessment and considered whether perineal
7  use of talc products poses a safety risk to
8  consumers; is that right?
9         MS. O'DELL:  Object to the
10  form.
11    A.    Well, that's a gross
12  oversimplification of the risk assessment
13  process that I performed.
14         The review of the literature,
15  which was based on the question that I was
16  asked to address, was a fairly exhaustive one
17  which incorporated a search for every
18  pertinent publication that was available and
19  included multiple languages.
20         It then was -- proceeded into a
21  distillation of the facts that were -- that
22  were claimed based on those individual
23  studies and investigations, and a comparison
24  of those, one with another, eventually

Page 215

1  considering them all as a whole to arrive at
2  conclusions that addressed the question.
3  BY MR. ZELLERS:
4    Q.    That was your methodology; is
5  that right?
6    A.    That is the methodology, yes.
7    Q.    Did you consider the Bradford
8  Hill criteria or factors in reaching your
9  conclusions and opinions in this matter?
10    A.    That's part of the methodology
11  which is outlined in my report.
12    Q.    In analyzing the Bradford Hill
13  criteria, did you conduct a meta-analysis of
14  the available data to reach a conclusion
15  about the relative risk?
16    A.    No, I did not.
17    Q.    Why didn't you conduct a
18  meta-analysis for this case?
19    A.    I did not have the time to do a
20  meta-analysis in this case, first of all.
21  Secondly, there have been a number of other
22  meta-analyses performed, and I had those
23  results available to me in addition to
24  various reviews of the literature that have

Page 216

1  been published as well.  And I felt that was
2  sufficient to be able to produce this report
3  that addressed the question I was asked.
4    Q.    As you told us earlier, you
5  have never published a meta-analysis on any
6  topic; is that right?
7    A.    That's correct.
8    Q.    You cite to some of the
9  available studies on talcum powder use in
10  ovarian cancer, but not to all of the
11  studies, correct?
12         MS. O'DELL:  Object to the
13  form.
14    A.    That's true.
15  BY MR. ZELLERS:
16    Q.    What was your reasoning for
17  focusing on certain studies and excluding
18  other studies?
19    A.    The studies that I referenced
20  were those that had specific aspects that
21  directly influenced my report or my
22  conclusions or that I felt were illustrative
23  of comments I was making in the report, and
24  that's why they were referenced.

Page 217

1         All of the studies may not have
2  risen to that -- the level of requiring being
3  referenced, but pretty much all the studies
4  are included in the literature that I
5  reviewed.
6    Q.    You cite in the report the
7  studies that were favorable or supportive of
8  your opinions, correct?
9    A.    Well, I cited a number of
10  studies, not all of which were favorable to
11  my overall opinions, at least not on the
12  surface.
13    Q.    Did you cite all of the studies
14  that you believe in one way or another
15  support your opinions in this case?
16    A.    I don't think so.
17    Q.    You believe there are
18  additional studies that support your opinions
19  that you did not cite?
20    A.    They're in the literature list.
21    Q.    Did you cite the opinions that
22  refuted -- strike that.
23         Did you cite the studies that
24  refuted your opinions in this matter?

55 (Pages 214 to 217)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 218

1    A.   I cited some studies that had
2    opinions that -- or that had conclusions that
3    did not necessarily agree with mine, but I
4    don't think they refuted my conclusions.
5    Q.   Do you believe the standard for
6    proving causation in the scientific
7    literature is the same one that applies in
8    this litigation?
9         MS. O'DELL:  Object to the
10   form.
11   A.   I don't know that.
12   BY MR. ZELLERS:
13   Q.   A document you brought here
14   today was an FDA letter?
15   A.   Yeah, I think you marked it.
16   Q.   I did mark it.  Why don't you
17   see if you could find it so I can ask you a
18   couple of questions about it.
19   A.   There it is.  That one?
20   Q.   Yes.  Exhibit 10 is an FDA
21   letter dated April 1st of 2014 to a
22   Dr. Epstein; is that right?
23   A.   Yes.
24   Q.   That is a document that you

Page 219

1    reviewed and considered as part of your
2    analysis of this case; is that right?
3    A.   Yes.
4    Q.   Do you believe that that
5    exhibit, Exhibit 10, is supportive of your
6    opinions in this matter?
7    A.   I don't think it's very
8    supportive.  It's -- it's in response to a
9    proposal from a citizens voluntary agency to
10   provide more stringent labeling on talcum
11   powder products, and the agency rejected
12   the -- that petition.
13   Q.   The FDA is the regulatory body
14   in the United States that oversees food, drug
15   and cosmetics; is that right?
16        MS. O'DELL:  Object to the
17   form.
18   A.   Yes.
19   BY MR. ZELLERS:
20   Q.   This letter -- strike that.
21        In this letter the FDA goes
22   through and analyzes some of the Bradford
23   Hill factors; is that right?
24   A.   I'd have to look at this in

Page 220

1    more detail to be able to answer that
2    specifically.
3    Q.   Well, essentially, based upon
4    its analysis as of 2014, the FDA concluded
5    that causation had not been established as
6    between genital talcum powder use and ovarian
7    cancer or an increased risk of ovarian
8    cancer, correct?
9    A.   Well, it said that an updated
10   review failed to identify any new compelling
11   literature data or new scientific evidence.
12   I don't think they indicate here that they
13   actually did a standard review of that
14   literature.
15   Q.   Well, take a look, if you will,
16   at page 4.  The FDA sets forth its
17   epidemiology and etiology findings; is that
18   right?
19   A.   Yes.
20   Q.   The FDA has a number of very
21   capable physicians, scientists,
22   toxicologists, pharmacologists and medical
23   professionals; is that right?
24        MS. O'DELL:  Object to the

Page 221

1    form.
2    A.   I don't know if they're still
3    working, but they have good people on staff.
4    BY MR. ZELLERS:
5    Q.   And just so, a year or two or
6    three, if this transcript is ever reviewed,
7    we are in the midst of a shutdown of at least
8    portions of the government; is that right?
9    A.   That's correct.
10   Q.   And that is what your comment
11   was directed to, correct?
12   A.   That is correct.
13   Q.   On page 4 the FDA states:
14   After consideration of the scientific
15   literature submitted in support of both
16   citizens' petitions, FDA found.
17        And then, number 2, that
18   several of the studies acknowledge biases in
19   the study design and no single study has
20   considered all the factors that potentially
21   contribute to ovarian cancer, including
22   selection bias and/or uncontrolled
23   confounding that result in spurious positive
24   associations between talc use and ovarian

56 (Pages 218 to 221)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 222

1  cancer risk.
2       Did I read that correctly?
3    A.   You did read it correctly.
4    Q.   Does that appear to be at least
5  one of the conclusions of the FDA after
6  considering the scientific literature as of
7  early 2014?
8       MS. O'DELL:  Object to the
9    form.
10   A.   Yes, that is listed as an FDI
11  finding -- FDA finding.
12  BY MR. ZELLERS:
13   Q.   The FDA noted that a
14  dose-response -- strike that.
15       The FDA noted that
16  dose-response evidence is lacking; is that
17  right?
18   A.   A dose-response --
19   Q.   Two things.  The FDA notes that
20  there's a lack of consistency in the study
21  results, correct?
22       MS. O'DELL:  Where are you
23    reading?  I'm sorry.
24       MR. ZELLERS:  I'm looking at

Page 223

1       Conclusion 3.
2       THE WITNESS:  Point 3.
3    A.   They found that the
4  case-control studies did not demonstrate a
5  consistent positive association across
6  studies; although some studies have found
7  small positive associations between talc and
8  ovarian cancer, but lower confidence limits
9  are often close to 1, and dose-response
10  evidence is lacking.
11  BY MR. ZELLERS:
12   Q.   That was FDA's conclusion
13  number 3 based upon its review of the
14  scientific literature; is that right?
15       MS. O'DELL:  Object to the
16    form.
17   A.   It's correct.  It's not a valid
18  interpretation of the statistical results,
19  but that was one of their findings.
20  BY MR. ZELLERS:
21   Q.   Well, that was their finding.
22  You disagree at least in part with their
23  finding; is that right?
24       MS. O'DELL:  Object to the

Page 224

1  form.
2    A.   That is correct.
3  BY MR. ZELLERS:
4    Q.   You are a paid expert for the
5  plaintiffs in this litigation; is that right?
6    A.   That is correct.
7    Q.   To your knowledge, the FDA is
8  not paid -- well, let me withdraw that.
9    A.   I wouldn't go out on a limb
10  there.
11   Q.   Number 4, Conclusion 4, a
12  cogent biological mechanism by which talc
13  might lead to ovarian cancer is lacking.
14  Exposure to talc does not account for all
15  cases of ovarian cancer and there was no
16  scientific consensus on the proportion of
17  ovarian cancer cases that may be caused by
18  talc exposure.
19       Was that a conclusion of the
20  FDA based upon its review of the
21  epidemiologic literature?
22       MS. O'DELL:  Object to the
23    form.
24   A.   Yes, it was, and it's one that

Page 225

1  I also disagree with.
2  BY MR. ZELLERS:
3    Q.   IARC also considered the
4  Bradford Hill considerations; is that right?
5    A.   Yes, it did.
6    Q.   IARC rejected classification of
7  talc as a carcinogenic, instead assigning it
8  to the classification of possibly
9  carcinogenic to humans; is that correct?
10   A.   That's correct.
11   Q.   We've already discussed the
12  IARC categories briefly, but let's mark a
13  document from the IARC website as to the
14  classifications, Exhibit 21.
15       (Carson Deposition Exhibit 21
16    marked.)
17  BY MR. ZELLERS:
18   Q.   Tell me if you recognize that.
19   A.   Yes.
20   Q.   Exhibit 21 is from the IARC
21  website, and it goes through the
22  classifications of different agents that have
23  been made by the International Agency for
24  Research on Cancer; is that right?

57 (Pages 222 to 225)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 226

1      A.    Yes, that's correct.
2      Q.    It has studied and included 120
3  agents in the Group 1 category, which is
4  carcinogenic to humans, correct?
5      A.    That's correct.
6      Q.    That's the only category in
7  which IARC finds sufficient evidence in
8  humans, correct?
9          MS. O'DELL:  Object to the
10         form.
11     A.    That's the category that
12 represents substances for which there is
13 sufficient and irrefutable evidence of human
14 carcinogenesis.
15 BY MR. ZELLERS:
16     Q.    It lists 82 agents in Group 2A
17 as being probably carcinogenic to humans; is
18 that right?
19     A.    That's correct.
20     Q.    IARC is certainly willing to
21 declare agents as either a known or probable
22 carcinogen; is that right?
23     A.    That's correct.
24     Q.    There is only one agent in

Page 227

1  Group 4, probably not carcinogenic to humans,
2  correct?
3      A.    Yes.  I thought that number had
4  gone up recently, but the date here is
5  November 2018, so some may have been moved
6  back into Group 3.
7      Q.    So out of the over 1,000 agents
8  that IARC has reviewed, it's only placed one
9  agent in the Group 4 category, probably not
10 carcinogenic; is that right?
11     A.    That's correct.
12     Q.    There is no Group 5, not
13 carcinogenic; is that right?
14     A.    That's correct.
15     Q.    With genital talc, IARC
16 Group 2B designation -- well, strike that.
17        Genital talc is listed as an
18 IARC Group 2B designated substance; is that
19 right?
20     A.    That's correct.
21     Q.    That's based on limited
22 evidence in humans, which means that IARC
23 cannot rule out chance, bias or confounding
24 with reasonable confidence, correct?

Page 228

1          MS. O'DELL:  Object to the
2          form.
3      A.    I think limited evidence also
4  refers to just the number of studies that
5  have been performed as well as the quality of
6  the studies.
7  BY MR. ZELLERS:
8      Q.    Well, based upon the evidence
9  that is available, the studies that are
10 available, a 2B designation by IARC means
11 that IARC cannot rule out chance, bias or
12 confounding with reasonable confidence,
13 correct?
14         MS. O'DELL:  Objection, asked
15         and answered.
16     A.    Not always the case.
17 BY MR. ZELLERS:
18     Q.    That's part of the definition,
19 isn't it?
20     A.    I don't believe it applies to
21 every agent or every evaluation.
22     Q.    Well, I'll not take the time to
23 go through the IARC definitions; if we at the
24 end of the day have extra time, we'll go back

Page 229

1  and we'll take a look.
2          What else is in the Class 2B,
3  possibly carcinogenic.  Ginkgo biloba, is
4  that something you're aware of that's in that
5  category?
6          MS. O'DELL:  Object to the
7          form.
8      A.    That's a biological material.
9  BY MR. ZELLERS:
10     Q.    Pickled vegetables?
11     A.    That may be in Group 2B.
12     Q.    Occupational carpentry and
13 joinery?
14         MS. O'DELL:  Objection to form.
15     A.    That's wood dust exposure.
16 BY MR. ZELLERS:
17     Q.    Also 2B; is that right?
18     A.    Wood dust itself is Group 1.
19 The occupation is Group 2B.
20     Q.    Let me ask you about some
21 individual Bradford Hill criteria.  On
22 page 10 of your report, you state that you
23 gave the most weight to strength of
24 association, consistency and biologic

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 230

1    plausibility; is that right?
2        A.    That's correct.
3        Q.    How much weight did you give to
4    the other six factors?
5        A.    Sufficient.
6        Q.    Why did you put less weight on
7    those?
8        A.    Because the strength of
9    association, the consistency of the evidence
10   and the biological plausibility of perineal
11   talc, talcum powder application as
12   responsible for the occurrence of ovarian
13   cancer was compelling.
14       Q.    FDA focused on dose, correct?
15       A.    Yes.
16       Q.    You did not; is that right?
17       A.    That's right.
18       Q.    The first Bradford Hill factor
19   that you focused on was strength of
20   association.
21             What association does the
22   literature report between talc use and
23   ovarian cancer?
24       A.    Overall, evaluating the

Page 231

1    universe of research, epidemiologic research
2    that's been done on this, it shows an average
3    30% increase in ovarian cancer risk for those
4    who regularly apply talcum powder to the
5    perineum.
6        Q.    Regular application of talcum
7    powder means what?
8        A.    It -- I believe that it means
9    daily or thereabouts.
10       Q.    In what form of application?
11       A.    Talcum powder.
12       Q.    In what amount?
13       A.    Whatever is necessary or
14   desired by the user.
15       Q.    Does that vary from woman to
16   woman?
17       A.    It does.
18       Q.    Did you make any attempt to
19   assess what regular use of talcum powder was?
20       MS. O'DELL:  Object to the
21   form.
22       A.    There have been a couple of
23   attempts to try to quantify what -- what that
24   means.  I think for the most part they've

Page 232

1    been failed attempts, but they have been
2    attempts to estimate the quantity of powder
3    that you start with and the amount that
4    results in the application to the perineum by
5    using models and actually doing some
6    measurements and recording activities.
7    BY MR. ZELLERS:
8        Q.    You did not do any modeling or
9    any assessment of the quantity of baby powder
10   that was involved with daily use; is that
11   right?
12       A.    No, I relied on those others.
13       Q.    When you say 30% increased
14   risk, that's a 1.3 odds ratio; is that right?
15       A.    That's correct.
16       Q.    And that comes largely from the
17   case-control studies, correct?
18       MS. O'DELL:  Object to the
19   form.
20       A.    Yes, but it's also consistent
21   with some of the information from the cohort
22   studies.
23   BY MR. ZELLERS:
24       Q.    Epidemiologists consider a 1.3

Page 233

1    odds ratio in a case-control study to be a
2    weak or modest association; is that right?
3        MS. O'DELL:  Object to the
4    form.
5        A.    That's correct.
6    BY MR. ZELLERS:
7        Q.    Where here we're talking only
8    about statistical associations, not
9    causation, correct?
10       MS. O'DELL:  Object to the
11   form.
12       A.    Well, association eventually
13   becomes causation when the -- when the
14   evidence mounts to a point where it becomes
15   recognized by all of the players that this is
16   what's going on.
17             A 30% increase may be
18   classified by epidemiologists as weak or
19   modest, but if you look at the number of
20   women in this country who die each year from
21   this fatal disease, that represents about
22   3,000 lives that could potentially be saved
23   through prevention.
24       Q.    There is not a --

59 (Pages 230 to 233)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 234

1          MS. BOCKUS:  Excuse me, I need
2     to object as nonresponsive.
3          MR. ZELLERS:  Yes, join.
4     BY MR. ZELLERS:
5          Q.    There is not a consensus at
6     this time with respect to any causation
7     relating to genital talc and ovarian cancer,
8     is there?
9          MS. O'DELL:  Objection to the
10    form.
11         A.    I believe that that consensus
12    is building.
13    BY MR. ZELLERS:
14         Q.    FDA -- that's not FDA's
15    position, correct?
16         MS. O'DELL:  Object to the
17    form.
18         A.    Not at the moment.
19    BY MR. ZELLERS:
20         Q.    That's not the position of the
21    National Cancer Institute; is that right?
22         A.    That's correct.
23         Q.    That's not the position of the
24    CDC; is that correct?

Page 235

1          A.    That's correct.
2          Q.    IARC does not refer to any
3     association between perineal talc use and
4     ovarian cancer as a strong association, does
5     it?
6          MS. O'DELL:  Object to the
7     form.
8          A.    It calls it a Group 2B
9     carcinogen, which is fairly significant.
10    BY MR. ZELLERS:
11         Q.    Well, we discussed a few
12    minutes ago that if an agent is a Group 2B
13    carcinogen, that is based on limited evidence
14    in humans; is that right?
15         A.    That's correct.
16         Q.    All right.  Your opinions on
17    strength of association, do they apply
18    equally to all forms of ovarian cancer?
19         A.    No, they don't.  These apply to
20    the epithelial ovarian cancer spectrum.
21         Q.    Your opinions in terms of there
22    being a -- well, let me withdraw that.
23         We've agreed that 1.3 is not a
24    strong association, at least insofar as

Page 236

1     epidemiologists are concerned, correct?
2          MS. O'DELL:  Object to --
3     object to the form.
4          A.    It's an increased risk that
5     translates into human lives, so it depends on
6     your point of view.
7          MS. BOCKUS:  Object to form --
8     I mean, sorry, nonresponsive, move to
9     strike.
10         MR. ZELLERS:  Join.
11         MS. O'DELL:  Oppose.
12         DR. THOMPSON:  Agreed.
13    BY MR. ZELLERS:
14         Q.    The 1.3 relative risk that you
15    believe generally applies, that would relate
16    to epithelial cancers; is that right?
17         A.    Yes.
18         Q.    That's what you're limiting
19    your opinions to in this case, correct?
20         MS. O'DELL:  Object to the
21    form.
22         A.    Well, these opinions relate to
23    several of the cancers that have shown
24    increases in these background epidemiologic

Page 237

1     studies, which include the epithelial ovarian
2     cancers, including the serous; the borderline
3     cancers are also showing increases in some of
4     the studies.  So it's the group of those
5     cancers, yes.
6     BY MR. ZELLERS:
7          Q.    The cohort studies, prospective
8     cohort studies, have not shown an association
9     between talc and ovarian cancer, correct?
10         MS. O'DELL:  Object to the
11    form.
12         A.    They have in some subtypes.
13    BY MR. ZELLERS:
14         Q.    There was an initial
15    description with respect to the first Nurses'
16    study that was not supported in the update of
17    that study; is that correct?
18         A.    The Nurses' Health Study?
19         Q.    Yes.
20         A.    Yes, that's correct.
21         Q.    Let's look at a different
22    criteria, consistency.  The literature does
23    not show a consistent association between
24    talc use and ovarian cancer, correct?

60 (Pages 234 to 237)

Arch I. "Chip" Carson, M.D., Ph.D.

Page 238

1        MS. O'DELL:  Object to the
2    form.
3        A.    I believe that, in fact,
4    research shows -- does show a consistent
5    pattern.
6    BY MR. ZELLERS:
7        Q.    The cohort studies do not show
8    an association between talc use and ovarian
9    cancer as we just discussed, correct?
10       A.    The basic cohort studies that
11   look at all of the subjects and all of the
12   cancers together typically do not rise to the
13   level of significance.
14       Q.    The hospital-based case-control
15   studies collectively do not show an
16   association between talc use and ovarian
17   cancer, correct?
18       A.    I sort of discount the
19   distinction between the hospital-based
20   studies and the community-based studies.  I'm
21   not sure whether there are valid reasons to
22   consider those differently.
23       Q.    We've discussed earlier that
24   you are not an epidemiologist; is that right?

Page 239

1        MS. O'DELL:  Object to the
2    form, misstates his testimony.
3        A.    I don't think I necessarily
4    agreed to that characterization because I
5    deal a lot with epidemiologic work.  I'm a
6    faculty member in the Department of
7    Epidemiology at the University of Texas
8    School of Public Health, and some may
9    consider me an epidemiologist.
10   BY MR. ZELLERS:
11       Q.    Do you consider yourself an
12   expert in epidemiology?
13       A.    No.
14       Q.    Do you agree -- well, do you
15   agree that hospital-based case-control
16   studies are less susceptible to selection
17   bias than population-based case-control
18   studies?
19       A.    It depends on the methodology
20   that's used to recruit the study subjects.
21       Q.    With hospital-based
22   case-controlled studies, you're more likely
23   to be comparing hospitalized patients rather than comparing

Page 240

1    ill patients in the community to healthy
2    people in the community, correct?
3        A.    In some cases that might be
4    correct, but I'm not sure that's any -- in
5    any sort of world an advantage.
6        Q.    Well, shouldn't there be
7    consistency if the Bradford Hill criteria is
8    to be -- well, strike that.
9              In applying the Bradford Hill
10   criteria of consistency, there should be
11   consistency across different types of
12   studies, cohort studies, hospital-based
13   case-control studies, and population-based
14   case-control studies, correct?
15       MS. O'DELL:  Object to the
16   form.
17       A.    That's correct.
18   BY MR. ZELLERS:
19       Q.    Isn't the absence of an
20   association in the cohort studies especially
21   significant in that the study design for the
22   cohort studies reduces the likelihood of
23   recall bias?
24       A.    There are many forms of bias

Page 241

1    that study designers need to consider in the
2    process of designing a study, and there are
3    even more types of bias that are discovered
4    after a study has begun.
5              You can fault case-control
6    studies for being particularly sensitive to
7    recall bias, but many of these authors who
8    perform these studies indicated that they
9    were well aware of that bias potential and
10   took measures to avoid it.
11             The same thing can be said
12   about cohort studies.  They suffer from other
13   forms of bias, misclassification in
14   particular.  They may also suffer from the
15   fact that they are extremely expensive, have
16   long duration, and require very large numbers
17   of subjects in order to carry them out and
18   are frequently underpowered and unable to
19   arrive at the conclusions that they seek for
20   that reason.
21       MR. ZELLERS:  Move to strike as
22   nonresponsive.
23   BY MR. ZELLERS:
24       Q.    Is it possible that recall bias

61 (Pages 238 to 241)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 242

1  explains the difference between the cohort
2  studies and the retrospective case-control
3  studies?
4          MS. O'DELL:  Object to form,
5      asked and answered.
6      A.   I don't believe that that is
7  the case.
8  BY MR. ZELLERS:
9      Q.   Is it possible?
10          MS. O'DELL:  Objection.
11     A.   Theoretically it would be
12 possible.
13 BY MR. ZELLERS:
14     Q.   Are you familiar with the
15 Berge -- Berge 2017 study?
16     A.   Yes.
17     Q.   Is that a study that you cite
18 and reviewed and rely on?
19     A.   It was a meta-analysis.
20     Q.   Is that a meta-analysis that
21 you cite, review and have relied upon?
22     A.   Yes.
23     Q.   Take a look, if you will, at
24 Exhibit 22.

Page 243

1          (Carson Deposition Exhibit 22
2      marked.)
3          THE WITNESS:  Thank you.
4          MS. O'DELL:  Thank you.
5  BY MR. ZELLERS:
6      Q.   You're familiar with this
7  meta-analysis; is that right?
8      A.   Yes.
9      Q.   The authors conclude that
10 information bias from retrospective
11 self-report of talc use is a possible
12 explanation for the association detected in
13 case-control studies; is that right?
14         MS. O'DELL:  I'm sorry, are you
15     reading from a certain page?
16         MR. ZELLERS:  I am.
17         MS. O'DELL:  Can you direct it
18     to us, please?
19         THE WITNESS:  Could you tell us
20     where that is?
21         MR. ZELLERS:  Sure.
22 BY MR. ZELLERS:
23     Q.   Take a look if you will on
24 page 6, the right-hand column, third

Page 244

1  paragraph.  Reading from the second full
2  paragraph, the authors discuss the fact that
3  the association between genital talc use and
4  risk of ovarian cancer is present in
5  case-control but not in cohort studies, can
6  be attributed to bias in the former type of
7  studies; is that right?
8          MS. O'DELL:  Object to the
9      form.
10     A.   That's what it says.
11 BY MR. ZELLERS:
12     Q.   Then continuing down:
13 Information bias from retrospective
14 self-report of talc use is a possible
15 explanation for the association detected in
16 case-control studies.
17         Is that right?
18     A.   That's what it says.
19     Q.   What was your methodology for
20 discounting the effect of recall bias in the
21 population-based case-control studies?
22     A.   The fact that several authors
23 discussed the possibility of recall bias and
24 incorporated methodology for avoiding recall

Page 245

1  bias, for example, placing parallel questions
2  that should be affected in the same way, and
3  still showed a positive result for talc and
4  ovarian cancer is one reason.
5          The other has to do with
6  consistency of the results, and although
7  you've stated that from these various
8  documents, including this quotation, that the
9  case-control studies showed positive
10 associations but the cohort studies did not,
11 I would -- I would refute that by saying that
12 all of the -- the vast majority of all of the
13 studies show a positive odds ratio or
14 relative risk, even if they don't rise to the
15 level of significance.
16         If these results were obtained
17 simply by chance, you would expect an equal
18 number of positive results and negative
19 results, but we don't have that here.  We
20 have practically all positive results with
21 three or four outliers.
22         And so --
23     Q.   We looked at the Taher paper
24 early on in this deposition where Taher

62 (Pages 242 to 245)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 246

1    concluded that 15 out of the 30 case-control
2    studies reported a statistically significant
3    association between genital talc use and
4    ovarian cancer, correct?
5        A.    That's correct, but you're
6    not -- you're not talking about the other 15.
7        Q.    The hospital-based case-control
8    studies collectively do not show a
9    statistically significant association between
10   talc use and ovarian cancer, correct?
11           MS. O'DELL:  Object to the
12   form.
13       A.    I don't know that that is the
14   case.
15   BY MR. ZELLERS:
16       Q.    You don't know that it's not
17   the case; you'd have to go back and relook at
18   the studies, fair?
19       A.    I'd have to look through here,
20   which I'm happy to do if you want me to, but
21   I don't believe that that's the case.
22       Q.    In fact, the author, you cite
23   the Langseth paper, a 2008 paper, as
24   supportive of your position; is that right?

Page 247

1        A.    Yes.
2        Q.    I'll mark that
3    Deposition Exhibit 23.
4        A.    I think it was 2004, was it
5    not?
6        Q.    Well, I'm going to hand it to
7    you and we can look at it together.
8           (Carson Deposition Exhibit 23
9    marked.)
10       A.    Okay.
11   BY MR. ZELLERS:
12       Q.    You're familiar with the
13   Langseth paper; is that right?
14       A.    Yes.
15           (Comments off the stenographic
16   record.)
17   BY MR. ZELLERS:
18       Q.    Langseth and the authors
19   concluded that the current body of
20   experimental and epidemiological evidence is
21   insufficient to establish a causal
22   association between perineal use of talc and
23   ovarian cancer risk; is that right?
24           And I'm looking at the second

Page 248

1    page.
2           MS. O'DELL:  Object to the
3    form.
4    BY MR. ZELLERS:
5        Q.    Is that the conclusion of the
6    authors?
7        A.    What I'm reading here is on
8    balance, the epidemiological evidence
9    suggests that the use of cosmetic talc in the
10   perineal area may be associated with ovarian
11   cancer risk.  The mechanism of
12   carcinogenicity may be related to
13   inflammation.
14       Q.    Take a look at the paragraph on
15   the right-hand side under Proposal to
16   Research Community.  I'm looking at the
17   second page of the Langseth article.
18           Are you there?
19       A.    Yes, I am.
20       Q.    The authors state:  The current
21   body of experimental and epidemiological
22   evidence is insufficient to establish a
23   causal association between perineal use of
24   talc and ovarian cancer risk.

Page 249

1           Is that right?
2           MS. O'DELL:  Object to the
3    form.
4        A.    That's what it says.
5    BY MR. ZELLERS:
6        Q.    Experimental research is needed
7    to better characterize deposition, retention
8    and clearance of talc to evaluate the ovarian
9    carcinogenicity of talc.
10           Is that what the authors state?
11       A.    Well, that's what it says, but
12   it says much more.  In fact, the editors of
13   the journal, in the section on the next page
14   that is titled What This Study Adds, say:
15   Epidemiological evidence suggests that the
16   use of cosmetic talc in the perineal area may
17   be associated with ovarian cancer risk.  The
18   IARC has classified this use of talc as
19   possibly carcinogenic to human beings,
20   Group 2B.  The mechanism of carcinogenicity
21   may be related to inflammation.  This paper
22   focused on the high degree of consistency in
23   the studies accomplished so far and what
24   should be the focus in future studies.

63 (Pages 246 to 249)

Arch I. "Chip"  Carson, M.D., Ph.D.

1          So I --
2     Q.   And then the conclusion is what
3    I read, that:  The current body of
4    experimental and epidemiological evidence is
5    insufficient to establish a causal
6    association between perineal use of talc and
7    ovarian cancer risk.
8          Correct?
9          MS. O'DELL:  Object to the
10         form.
11    A.   That is what it says, but this
12   was accepted in 2007, which was now 12 years
13   ago.
14   BY MR. ZELLERS:
15    Q.   Let me ask you about the cohort
16   studies.  They involved a much greater number
17   of women than the case-controlled studies; is
18   that right?
19         MS. O'DELL:  Object to the
20         form.
21    A.   Well, they did not involve more
22   cases, but they involved more women because
23   in order to do a cohort study, you have to
24   start with a huge group of people and wait

1    doesn't happen.
2     Q.   Is it your testimony that the
3    cohort studies relating to genital talc use
4    and ovarian cancer are spinning the roulette
5    wheel?
6          MS. O'DELL:  Object to the
7          form.
8     A.   In terms of the power of the
9    studies to detect a meaningful difference
10   among the subjects, yes.
11   BY MR. ZELLERS:
12    Q.   That's your testimony as an
13   expert in this case; is that right?
14    A.   It is my testimony that cohort
15   studies, including these, are chronic -- or
16   quite often underpowered simply because of
17   the expense associated with performing these
18   studies.
19    Q.   What analysis did you do to
20   conclude that the cohort studies in this
21   area, the four cohort studies, are
22   underpowered?
23    A.   Like I just mentioned to you, I
24   read the studies and looked at their

1    for them to develop cancers, and then count
2    those cancers.
3    BY MR. ZELLERS:
4     Q.   What was your methodology for
5    weighing the power of the cohort studies
6    versus the case-control studies?
7     A.   The cohort studies, it wasn't
8    apparent in every research report exactly how
9    they had done their sample size calculations
10   and power determinations, but in many cases
11   the lack of arriving at conclusions was
12   simply due to an inability to detect an
13   effect in the cohort studies, not that they
14   detected that there was not an effect.  And
15   that's unfortunately a disadvantage of an
16   underpowered study.
17    Q.   Is it your testimony that the
18   cohort studies are underpowered?
19    A.   I think by and large most
20   cohort studies are underpowered and --
21   because power calculations are based on
22   chance.  Investigators are sort of spinning
23   the roulette wheel and hoping that the number
24   that they want comes up.  In some cases that

1    conclusions, and their conclusions were not
2    that the effect didn't exist, but they
3    couldn't detect it.
4          MR. ZELLERS:  Let's go off the
5    record because we need to change our
6    tape.
7          THE VIDEOGRAPHER:  We're off
8    the record at 3:06, end of Tape 3.
9          (Recess taken, 3:06 p.m. to
10   3:19 p.m.)
11         THE VIDEOGRAPHER:  We're on the
12   record at 3:19, beginning of Tape 4.
13   BY MR. ZELLERS:
14    Q.   Dr. Carson, you are not a
15   statistician, correct?
16    A.   That's correct.
17    Q.   You are not a biostatistician;
18   is that right?
19    A.   That's right.
20    Q.   Do you agree that some of the
21   case-control studies have shown statistically
22   significant findings and others have not?
23    A.   I do agree that.
24    Q.   If a study does not show a

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 254

1  statistically significant association, it
2  could mean that no risk exists, as we've
3  discussed; is that right?
4      A.    That's correct.
5      Q.    What methodology did you use to
6  weigh the lack of statistical significance
7  across studies?
8          MS. O'DELL:  Object to the
9  form.
10     A.    Across all of the case-control
11 studies?
12 BY MR. ZELLERS:
13     Q.    Yes.
14     A.    I simply treated them as
15 isolated research designs that were done on
16 different populations in different places
17 with different considerations.  They were not
18 necessarily comparable, like apples to apples
19 or oranges to oranges; they were very
20 different studies in most cases, and so I
21 felt it was important to allow their findings
22 to stand on their own.
23     Q.    I want to talk to you about
24 dose-response.  That's another of the

Page 255

1  Bradford Hill criteria; is that right?
2      A.    That's correct.
3      Q.    Which studies show a
4  dose-response, talc exposure and ovarian
5  cancer?
6      A.    Let me see here.  I'm looking
7  at my notes.  The Harlow study from 1992
8  showed a dose-response, and the Cramer 2016
9  study showed a dose trend with strong odds
10 ratios for premenopausal women and hormone
11 therapy-treated women with greater than
12 24 years of exposure.
13         The Schildkraut study, also a
14 case-controlled study of 2016, showed a
15 dose-response.
16     Q.    There are a number of studies
17 that did not show a dose-response; is that
18 right?
19     A.    It's correct.  They did not
20 necessarily show there was not a
21 dose-response.  They just, as I was
22 mentioning before, were unable to detect a
23 dose-response.
24     Q.    Do you have your report in

Page 256

1  front of you?
2      A.    I do.
3          I would also add that the
4  Penninkilampi meta-analysis also found a
5  dose-response.
6      Q.    Do you mention Penninkilampi at
7  all in your report?
8      A.    It's cited.
9      Q.    In the body of your report?
10     A.    I think it's in there
11 somewhere.
12     Q.    You believe it is; is that
13 right?
14     A.    I do.
15     Q.    Well, I'll ask you a couple of
16 questions about it then.
17         Before I do, let's talk a
18 little bit more about your report.  So go to
19 page 7.  You state at the very top of that
20 page that it has been difficult to estimate
21 dose in order to evaluate the dose-response
22 relationship for ovarian cancer; is that
23 right?
24     A.    That's correct.

Page 257

1      Q.    You state that it also has been
2  difficult to exactly estimate the quantity of
3  talcum powder administration during personal
4  hygiene activities; is that right?
5      A.    That's correct.
6      Q.    Let's look at a couple of the
7  studies that you believe do, in fact, show a
8  dose-response.  The Penninkilampi, that's a
9  meta-analysis, 2018; is that right?
10     A.    That's correct.
11     Q.    That study does not consider or
12 include the Gertic 2010 cohort study; is that
13 right?
14     A.    I -- I'd have to look at the
15 table, but yes, that one may be left out.
16     Q.    Well, that's a significant
17 study to leave out of an analysis, isn't it?
18         MS. O'DELL:  Object to the
19 form.
20         THE WITNESS:  I'm getting
21 there.
22         (Document review.)
23         THE WITNESS:  Apologies, I have
24 binder block here.

65 (Pages 254 to 257)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 258

1          MS. O'DELL:  You need help?
2          THE WITNESS:  Okay.
3  BY MR. ZELLERS:
4      Q.    And I misspoke.  I meant to
5  refer to Gates, the updated Nurses' study.
6  So Gates 2010.
7      A.    Yes, it appears that Gates is
8  not included in the -- in the spectrum of
9  studies considering; the Gertic study does
10  appear.
11      Q.    Gates 2010 is an important
12  cohort study in this area, would you agree?
13          MS. O'DELL:  Object to the
14      form.
15      A.    It's important, but I think it
16  may be considered one of the ones that
17  suffered from power issues.  It wasn't able
18  to determine a relative risk in the
19  population that it assessed.
20  BY MR. ZELLERS:
21      Q.    There are a number of the
22  case-control studies that did not determine a
23  relative risk, at least of statistical
24  significance, correct?

Page 259

1      A.    Well, they determined odds
2  ratios, which is the equivalent of relative
3  risk for a case-control study.
4      Q.    And in a number of those
5  case-control studies, at least 15 out of the
6  30 relative risk was not -- or strike that --
7  statistical significance was not achieved in
8  the study; is that right?
9          MS. O'DELL:  Object to the
10      form.
11      A.    That's correct.
12  BY MR. ZELLERS:
13      Q.    Let's look at the Cramer paper.
14  We've talked about this earlier.
15      A.    Which one, the 2016?
16      Q.    Exhibit 20, yes, 2016.
17      A.    Okay.
18      Q.    This is another study that you
19  cite as being supportive of your
20  dose-response opinion; is that right?
21      A.    Yes.
22      Q.    Tell me when you have it.
23      A.    I think you may have picked up
24  my copy or the copy that I was looking at.

Page 260

1      Q.    This is my highlighted copy, so
2  I'm sure it wasn't yours.
3      A.    I'm sorry.
4      Q.    That's all right.  We'll --
5  take your time.
6      A.    Here we are.
7      Q.    Got it, Exhibit 20?
8      A.    I think so.
9      Q.    Do you have the Cramer study in
10  front of you?
11      A.    I do.
12      Q.    It's a retrospective
13  case-control study published in 2016; is that
14  right?
15      A.    That's correct.
16      Q.    If we look at the table of
17  results on page 337, Table 1.
18          Do you see that?
19      A.    Yes.
20      Q.    This table shows the risk of
21  ovarian cancer for women who use talc, talcum
22  powder, daily; is that right?
23          MS. O'DELL:  Object to the
24      form.

Page 261

1      A.    It does.
2  BY MR. ZELLERS:
3      Q.    And it's four different periods
4  of time; one year, one to five years, five to
5  20 years and more than 20 years; is that
6  right?
7      A.    That's correct.
8      Q.    There was only statistical
9  significance found for the time period of one
10  to five years of use and more than 20 years
11  of use; is that right?
12      A.    For the first group, the -- for
13  those who reported months year of use --
14  months per year of use.
15      Q.    Well, for the first group,
16  which was equivalent to one year of daily
17  use, there was no statistical significance;
18  is that right?
19          MS. O'DELL:  Object to the
20      form.
21      A.    That -- well, the -- there was
22  a positive odds ratio with a nonsignificant
23  95% confidence interval.
24          ///

66 (Pages 258 to 261)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 262

1  BY MR. ZELLERS:
2      Q.   Meaning that if you look at
3  this study, that it is certainly possible
4  that because there is not statistical
5  significance, there could be a finding of no
6  risk, correct, no increased risk?
7      A.   That's a possibility.
8      Q.   Then if we go to the next
9  period, we do show a dose-response for talcum
10  powder use in the year -- years one to five;
11  is that right?
12      A.   Well, one to five years of
13  daily use, yes.
14      Q.   But then when we look at five
15  to 20 years of daily use, there is not a
16  statistically significant association; is
17  that right?
18      A.   That's correct.
19      Q.   But then when we go to greater
20  than 20 years, we do find a statistical
21  association; is that right?
22      A.   That's correct.
23      Q.   If, in fact, there was a true
24  dose-response relationship, you would expect

Page 263

1  to see that dose-response relationship in
2  each of these groups; is that right?
3          MS. O'DELL:  Object to the
4      form.
5      A.   It's more like we see in the
6  group directly below that, where you start
7  out with an odds ratio which is not
8  significant but positive, and then reach a
9  significant odds ratio at one to five years
10  of daily use and a higher amount of
11  significance with five to 20 years of daily
12  use, and still a significant odds ratio,
13  which is about the same level, at greater
14  than 20 years of daily use.
15  BY MR. ZELLERS:
16      Q.   Is that a yes to my question,
17  that if you do have a true dose-response
18  relationship, you would expect to see that
19  dose-response continue throughout each of the
20  periods?
21          MS. O'DELL:  Object to the
22      form.
23      A.   Well, it would be nice if you
24  did that, but epidemiologic data is very

Page 264

1  dirty, and it doesn't always work out quite
2  that cleanly.
3  BY MR. ZELLERS:
4      Q.   All right.  Do you -- well, let
5  me withdraw that.
6          Confounding.  You considered
7  and talk about confounding as another one of
8  the Bradford Hill criteria; is that right?
9          MS. O'DELL:  Object to the
10      form.
11      A.   Confounding, by that you mean
12  specificity?
13  BY MR. ZELLERS:
14      Q.   Well, I thought your -- I
15  thought you said in your methodology that you
16  applied the Bradford Hill criteria.
17      A.   That's correct.
18      Q.   Is confound -- strike that.
19          Is confounding an issue in
20  interpreting epidemiologic studies?
21      A.   Yes.
22      Q.   Do you agree that there is
23  confounding in these studies?
24      A.   I'm sure there's confounding in

Page 265

1  these studies.
2      Q.   You're familiar with that term,
3  right?
4      A.   Yes.
5      Q.   That's where the presence of
6  another association confuses the relationship
7  between the exposure and the disease being
8  studied; is that right?
9      A.   That's correct.
10      Q.   For example, if you're studying
11  the association between coffee and pancreatic
12  cancer, you need to be mindful of whether
13  cigarette smoking is more common in coffee
14  drinkers than the rest of the population,
15  fair?
16      A.   Yes.
17      Q.   Coffee -- or strike that.
18          Cigarette smoking could be a
19  confounder in that situation?
20      A.   Possible.
21      Q.   Because if more coffee drinkers
22  are smokers than non-coffee drinkers, an
23  association between coffee drinking and
24  pancreatic cancer might be due to the

67 (Pages 262 to 265)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 266

1 smoking, not the coffee drinking; fair?
2      A.    That would be a good
3 description of confounding.
4      Q.    Confounding can distort results
5 in epidemiological studies; is that right?
6      A.    It can.
7      Q.    Do you agree that residual
8 confounding is possible in every
9 observational study?
10      A.    Yes, I think there's some form
11 of confounding that's present in every
12 observational study.
13      Q.    It's possible that unmeasured
14 confounders may be present in every
15 observational study; is that right?
16      A.    That's correct.  Not just
17 unmeasured confounders, but unrecognized
18 confounders.
19      Q.    It's impossible to say that all
20 known and unknown confounding factors have
21 been controlled for in any given study; is
22 that right?
23      A.    I also agree with that.
24      Q.    Many new factors possibly

Page 267

1 involved in ovarian cancer risk are just
2 being published in the literature, correct?
3          MS. O'DELL:  Object to the
4      form.
5      A.    I believe that is true.
6 BY MR. ZELLERS:
7      Q.    For example, history of
8 chlamydia infection, have you read about that
9 possibly being involved in ovarian cancer
10 risk?
11      A.    I haven't read that
12 specifically.  I was thinking more about the
13 new information regarding genetic
14 susceptibilities.
15      Q.    Also, weight gain during
16 adolescence, is that another relatively new
17 possible ovarian cancer risk factor?
18          MS. O'DELL:  Object to the
19      form.
20      A.    It is, but obesity has been
21 recognized as a cofactor for many years.
22 BY MR. ZELLERS:
23      Q.    History of chlamydia infection,
24 weight gain during adolescence, those were

Page 268

1 not controlled for in any of the talc/ovarian
2 cancer studies, were they?
3      A.    Not that I'm aware of.
4      Q.    Are you aware that studies that
5 show a relationship between talc and ovarian
6 cancer did not account for confounders?
7      A.    I think it's possible that many
8 of those studies did not account for all
9 potential confounders, but they made attempts
10 to.
11      Q.    For example, Terry 2013, we
12 talked about that earlier; is that right?
13      A.    Yes.
14      Q.    Terry 2013, that meta-analysis
15 did not adjust for hormone replacement
16 therapy usage, correct?
17      A.    Yes.
18      Q.    If hormone replacement therapy
19 is a risk factor for ovarian cancer, then the
20 Terry 2013 meta-analysis did not account for
21 that potential confounding factor, correct?
22          MS. O'DELL:  Object to the
23      form.
24      A.    Correct.

Page 269

1 BY MR. ZELLERS:
2      Q.    You cannot say whether the odds
3 ratio of the Terry 2013 study would have been
4 lower if the authors had adjusted for hormone
5 replacement therapy usage, correct?
6      A.    I cannot say that.  Yes.
7      Q.    Recall bias.  You're familiar
8 with recall bias?
9      A.    I am.
10      Q.    That is also a concern in every
11 retrospective study, correct?
12      A.    Yes.
13      Q.    Recall bias can distort a
14 scientific evaluation of whether an exposure
15 is actually related to a disease; is that
16 right?
17      A.    Yes, it can.
18      Q.    For example, recall bias could
19 distort results if women with ovarian cancer
20 were more likely to remember their exposure
21 to talc than women without ovarian cancer; is
22 that right?
23          MS. O'DELL:  Object to the
24      form.

68 (Pages 266 to 269)

Arch I. "Chip" Carson, M.D., Ph.D.

Page 270

1      A.   That's correct.
2   BY MR. ZELLERS:
3      Q.   The effects of recall bias can
4   be very real; is that right?
5           MS. O'DELL:  Object to the
6   form.
7      A.   I'm not sure what you mean by
8   very real.
9   BY MR. ZELLERS:
10      Q.   Well, let's look at one of the
11   studies that you cite.  You cited the
12   Schildkraut study in your report and you
13   referred to it a bit earlier as supporting
14   dose-response; is that right?
15      A.   Yes.
16      Q.   That's a study by Schildkraut
17   and others titled Association Between Body
18   Powder Use and Ovarian Cancer, the
19   African-American Cancer Epidemiologic -- or
20   Epidemiology Study.
21           Is that right?
22      A.   Yes.
23      Q.   I've got it here for you.
24      A.   Okay.

Page 271

1           (Carson Deposition Exhibit 24
2       marked.)
3   BY MR. ZELLERS:
4      Q.   Deposition Exhibit 24 is the
5   Schildkraut study, 2016, correct?
6           (Pause.)
7   BY MR. ZELLERS:
8      Q.   Did you say correct?
9      A.   I think I did.  I'm sorry.
10      Q.   That's all right.  I may have
11   missed it.
12           Exhibit 24 is the Schildkraut
13   2016 study; is that right?
14      A.   Yes.
15      Q.   This is one of the studies that
16   you cite to and that you relied on in forming
17   your opinions; is that right?
18      A.   Yes.
19      Q.   The study looked at, among
20   other things, what impact, if any, lawsuit
21   filings in 2014 had on whether women recalled
22   using talc in the past, correct?
23      A.   I believe so.
24      Q.   The authors thought that the

Page 272

1   publicity from lawsuits might influence the
2   participants' recall of prior body powder
3   use; is that right?
4      A.   This was a recent study, so
5   that was more likely.
6      Q.   If you look on page 2,
7   right-hand side, last paragraph that starts
8   "Covariates include."
9           Do you see that?
10      A.   Yes.
11      Q.   And I'm reading about
12   two-thirds of the way down:  Two class action
13   lawsuits were filed in 2014 concerning
14   possible carcinogenic effects of body powder
15   which may have influenced recall of use;
16   therefore, year of interview 2014 or later,
17   yes/no, was concluded as a covariate in the
18   logistic regression models.
19           Is that correct?
20      A.   That's correct.
21      Q.   So go to page 4, Table 2.  This
22   is the adjusted odds ratio for the
23   associations between mode, frequency and
24   duration of body powder use in ovarian

Page 273

1   cancer; is that right?
2      A.   Yes.
3      Q.   The second column shows the
4   number of cases, and that would be women with
5   ovarian cancer; is that right?
6      A.   That's correct.
7      Q.   The third column shows the
8   controls; that's the women who do not have
9   ovarian cancer, correct?
10      A.   Yes.
11      Q.   Looking at this data before
12   2014, before the lawsuits, the percentage of
13   controls, meaning women without ovarian
14   cancer, said they used talc on their genitals
15   was 34%; is that right?
16           So those are women who were
17   interviewed before 2014.
18      A.   Yes.  Any genital use controls,
19   34%.
20      Q.   And the controls, again, are
21   women without ovarian cancer.
22      A.   That's correct.
23      Q.   The percentage of cases,
24   meaning women with ovarian cancer, that were

69 (Pages 270 to 273)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 274

1  interviewed before 2014 that said they used
2  talc on their genitals was 36.5%; is that
3  right?
4      A.    That's correct.
5      Q.    So roughly the same reporting
6  of genital talc use between women with and
7  without ovarian cancer occurred for those
8  women interviewed before the lawsuits were
9  filed; is that right?
10     A.    That's correct.
11     Q.    Then look at what happened
12 after the lawsuits were filed in 2014.  For
13 women interviewed after 2014, the percent of
14 women without ovarian cancer that said they
15 used talc on their genitals was 34.4%; is
16 that right?
17     A.    That's correct.
18     Q.    So based on this data, the
19 lawsuits had essentially no effect on how
20 many of the women without ovarian cancer, the
21 controls, remembered or recalled using baby
22 powder; is that right?
23     A.    Well, the percentage is the
24 same in both cases.

Page 275

1      Q.    It went from 34% to 34.4%; is
2  that right?
3      A.    That's correct.
4      Q.    For women with ovarian cancer,
5  before the lawsuits were filed, 36.5% of them
6  said they recalled using baby powder; is that
7  right?
8      A.    That's right.
9      Q.    But after the lawsuits were
10 filed, the percent of women with ovarian
11 cancer who said they used baby powder went up
12 to 51.5%; is that right?
13     A.    That is also correct.
14     Q.    Is that a significant increase
15 from 36.5%?
16     A.    I don't know, but it seems like
17 it might be.
18     Q.    So after the lawsuits were
19 filed, the percent of women with ovarian
20 cancer who said they used baby powder jumped
21 significantly; is that right?
22         MS. O'DELL:  Object to the
23     form.
24     A.    Well, that's -- that is true.

Page 276

1  BY MR. ZELLERS:
2      Q.    In this study, lawsuit filings
3  appears to have affected how many women with
4  ovarian cancer remembered using talc on their
5  genitals but basically had no effect on the
6  memory of women without ovarian cancer; is
7  that right?
8         MS. O'DELL:  Object to the
9     form.
10     A.    You can't say that this is --
11 this demonstrates recall bias.  It could.
12 BY MR. ZELLERS:
13     Q.    These findings could be an
14 example of the potential effect of recall
15 bias; is that right?
16         MS. O'DELL:  Object to the
17     form.
18     A.    That is correct.
19 BY MR. ZELLERS:
20     Q.    So pre-2014 there was an odds
21 ratio of 1.19 with the confidence interval
22 ranging from .87 to -- strike that --
23 from .87 to 1.63, so there is not statistical
24 significance pre-2014; is that right?

Page 277

1      A.    Probably not.
2      Q.    If the study had been
3  terminated as of 2014, prior to the lawsuits
4  being filed, then the results of the study
5  would have been that genital talc use was not
6  statistically significantly associated with
7  an increased risk of ovarian cancer; is that
8  right?
9         MS. O'DELL:  Object to the
10     form.
11     A.    Yes.
12 BY MR. ZELLERS:
13     Q.    Did you make an attempt to
14 account for this potential recall bias in
15 weighing the Schildkraut study?
16     A.    The authors did that for me by
17 including the period of the interview as a
18 cofactor in the logistic regression models.
19 It accounts for this difference that you see
20 on the table.
21     Q.    You do agree there was no
22 statistically significant finding of an odds
23 ratio prior to 2014, the data collected
24 through that time; is that right?

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 278

1      A.    In the -- in the data collected
2  on those -- let me see here.  In the data
3  collected on those 351 cases and
4  corresponding controls, there was not a
5  significant odds ratio.
6      Q.    I want to go back and ask you a
7  few questions about some of the things I had
8  talked to you before about.
9          In terms of this chatter about
10  IARC, who has told you this?
11      A.    There are a number of
12  environmental websites and -- that also
13  operate on social media that discuss this
14  kind of thing.
15      Q.    So there's social media
16  websites that have talked about at least the
17  possibility of IARC revisiting the issue?
18      A.    Yes, among many other things.
19      Q.    I asked you earlier about
20  cornstarch, and you believe that cornstarch
21  is rapidly cleared from the body, including
22  the ovaries; is that right?
23          MS. O'DELL:  Object to the
24      form.

Page 279

1      A.    Yes.
2  BY MR. ZELLERS:
3      Q.    What is the mechanism by which
4  you believe that cornstarch is rapidly
5  cleared from the body, including the ovaries?
6      A.    It's primarily composed of
7  carbohydrate with a small amount of
8  structural material, probably cellulose, and
9  those materials are broken down in body
10  fluids fairly rapidly and dissolved and
11  become part of the general milieu of the
12  body.
13      Q.    Does cornstarch create
14  inflammation in the body?
15      A.    Yes.
16      Q.    You testified that the latency
17  period for ovarian cancer is between 20 and
18  40 years; is that right?
19      A.    Roughly, yes.
20      Q.    What is the basis for you
21  saying that?
22      A.    There are a number of factors
23  that influence that, but there are
24  organizations that have determined latency

Page 280

1  factors -- or latency periods for a number of
2  different types of cancers and tumors based
3  on the incidence data and what is known about
4  the natural progression of those tumors over
5  time.
6          I can't recall at the moment
7  exactly where I determined the latency period
8  for ovarian cancer to be between 20 and
9  40 years.
10          We do have a paper that's
11  referenced here that discusses the
12  determination of latency periods and includes
13  ovarian cancer as one of the tumors that it
14  determines a latency period for, and it uses
15  a mathematical formula with various factors
16  plugged into it to calculate that.
17          In that particular article, the
18  latency factor -- period was very long.  I
19  think it was 44 years on the average.
20      Q.    You do not have personal
21  expertise in terms of the latency period for
22  ovarian cancer, correct?
23      A.    I have -- I've calculated
24  latency periods as an exercise when I was in

Page 281

1  graduate school, but that's not something I
2  normally do.  I usually defer to the -- those
3  who have published latency periods for that
4  information.
5      Q.    You are recalling that at least
6  in some of the study or studies that you've
7  reviewed that the latency period for ovarian
8  cancer is 20 to 40 years, correct?
9      A.    Yes.
10      Q.    Are you able to tell us which
11  study or studies you're relying on for that
12  information?
13      A.    I'd have to go through my list
14  to find it.  Do you mind if I take a moment
15  to do that?
16      Q.    Define "a moment."
17      A.    Well, however long it takes me
18  to find it in that list, but --
19      Q.    Let me see if I can shortcut
20  it.
21          Do you believe that the latency
22  period for ovarian cancer is something you've
23  written out in one of your handwritten notes?
24      A.    I don't believe so.

71 (Pages 278 to 281)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 282

1      Q.   It would be -- where would it
2   be?
3           MS. O'DELL:  If you need a
4   moment to review either your report or
5   your materials list, you know --
6           THE WITNESS:  I don't believe
7   that particular piece of information
8   is in my report, but it's -- I think I
9   could come up with it fairly quickly
10  if I --
11  BY MR. ZELLERS:
12      Q.   All right.  Go ahead.  Find for
13  us the study or studies you're relying on for
14  the latency period of ovarian cancer.
15      A.   Okay.  If I'm lucky, I may hit
16  on it here.
17          (Document review.)
18      A.   It's the Diana Nadler and Igor
19  Zurbenko paper Estimating Cancer Latency
20  Times Using the Weibull Model.
21  BY MR. ZELLERS:
22      Q.   You're looking at Exhibit 4,
23  your literature list; is that right?
24      A.   Yes.

Page 283

1      Q.   What page of Exhibit 4 are you
2   looking at?
3      A.   Page 17 in the Ns.
4      Q.   Are you finished?
5      A.   There may be others in the
6   list, but you asked me to cite one.  You want
7   me to continue looking?
8      Q.   No, I -- that is sufficient for
9   my purposes.  Thank you.
10          Dr. Carson, there have been
11  some studies where talc particles had been
12  observed or reported in the ovaries of women
13  who have had perineal talc use; is that
14  right?
15      A.   Yes.
16      Q.   Heller was one of the studies
17  that we talked about, correct?
18      A.   Correct.
19      Q.   In those studies, there has not
20  been inflammation noted; is that right?
21      A.   No, there -- that's not been an
22  important finding.
23          MR. ZELLERS:  I have no further
24  questions for you.

Page 284

1          MS. BOCKUS:  If you want to
2   pass me your microphone, I think I can
3   stay here.  I'm not going to pass him
4   that many exhibits.
5          MR. ZELLERS:  I'm happy to help
6   you.
7          MS. BOCKUS:  Thank you.
8          EXAMINATION
9   BY MS. BOCKUS:
10     Q.   Dr. Carson, my name is Jane
11  Bockus.  I'm not certain I actually
12  introduced myself to you this morning, but I
13  represent Imerys in this litigation.
14          Do you understand that?
15     A.   I do.
16     Q.   Before Mr. Abney contacted you
17  about preparing a report that would explain
18  the relationship between regular perineal use
19  of talc based on personal hygiene products
20  and subsequent development of ovarian cancer,
21  is that anything that you had researched
22  before that date?
23          MS. O'DELL:  Object to the
24  form.

Page 285

1      A.   I don't think Mr. Abney --
2   well, he may have been that detailed in our
3   discussion.  But in response to your
4   question, that's not a specific question I
5   had researched in the past, although I had
6   researched related kinds of issues.
7   BY MS. BOCKUS:
8      Q.   So would it be fair to say that
9   the opinions contained in your report are all
10  opinions that you have come to as a result of
11  doing the research at the request of
12  Mr. Abney and others in the plaintiffs'
13  lawyer group?
14          MS. O'DELL:  Object to the
15  form.
16     A.   Yes.
17  BY MS. BOCKUS:
18     Q.   Okay.  And I'm going to
19  apologize right now.  I'll be jumping around
20  because most of my outline has already been
21  covered, so let me just get you to look at
22  your report, if I could, and I'm going to ask
23  you some questions about it.
24          Turn to page 4, and

72 (Pages 282 to 285)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 286

1  paragraph (b), the first sentence reads:
2  Numerous studies have examined the
3  cancer-causing characteristics of talc.
4       Do you see that?
5  A.  Yes.
6  Q.  And you identified Wilde as
7  your source for that statement, correct?
8  A.  That is correct.
9  Q.  Isn't it correct that the Wild
10  study actually exonerated talc as having
11  cancer-causing characteristics?
12  A.  That was a conclusion of the
13  author, but the reason it's cited there is
14  because that's an example of the
15  investigation of the relationship.
16  Q.  Okay.  But in that study,
17  they -- he concluded that talc alone did not
18  cause cancer, correct?
19  A.  As I recall, that was the
20  general conclusion, yes.
21  Q.  Okay.  Then in the next couple
22  of sentences, you say that talc has caused
23  cancer when implanted in various tissues and
24  under the skin in laboratory animals.  It

Page 287

1  causes inflammation and fibrotic reaction,
2  including the chemotaxis of inflammatory
3  immune cells and accelerated growth and
4  division of cells in the involved tissue.
5       And you cite Okada 2007 for
6  that proposition; is that correct?
7  A.  That's correct.
8  Q.  But Okada wasn't even looking
9  at talc, was it?
10  A.  Let me see here.  Okada was
11  looking at inflammation as -- as the endpoint
12  in the various components of inflammation
13  which I talked about here, the chemotaxis of
14  inflammatory immune cells, accelerated growth
15  division in the involved tissues.
16  Q.  But what you say is that talc
17  causes.  When you say "it," you're referring
18  to talc, correct?  It causes inflammation and
19  fibrotic reaction; isn't that what you're
20  saying in this sentence?
21  A.  It is talc, yes.
22  Q.  Okay.  And yet, Okada, the
23  study that you cite for that proposition,
24  doesn't look at talc at all, does it?

Page 288

1  A.  No.
2  Q.  And then going on, you talk
3  about the fact that there in that same
4  paragraph, if you go down, you talk about
5  IARC and the fact that IARC concluded that
6  talcum powder use by women for feminine
7  hygiene is a possible human carcinogen;
8  that's not a classification of talc as a
9  carcinogen, correct?
10  MS. O'DELL:  Object to the
11  form.
12  A.  It is within the spectrum of
13  carcinogens.
14  BY MS. BOCKUS:
15  Q.  It's possible.
16  A.  That's correct.
17  Q.  And then you say that --
18  meaning that there is insufficient evidence
19  of carcinogenesis in humans, but strong
20  evidence in other mammalian species.
21       Can you tell me where in IARC
22  it says that there is strong evidence that
23  talc causes ovarian cancer in other mammalian
24  species?

Page 289

1  A.  I think the issue is not
2  specifically ovarian cancer; the issue is
3  cancer.  And that's the point of view of
4  IARC, and that's what's alluded to here.
5  Q.  So this is the one exhibit I'm
6  going to hand you, if I can get that one
7  marked by my assistant.
8  MR. ZELLERS:  Exhibit 25.
9  (Carson Deposition Exhibit 25
10  marked.)
11  MS. O'DELL:  This is a page out
12  of the monograph?
13  MS. BOCKUS:  Yes.
14  MS. O'DELL:  Are you going to
15  identify it?
16  MS. BOCKUS:  And he can look it
17  up in his whole monograph.  I just
18  pulled the page for simplicity.
19  MS. O'DELL:  So feel free to do
20  that, Doctor.
21  MS. BOCKUS:  Yes, page 412.
22  BY MS. BOCKUS:
23  Q.  So looking at Exhibit 25, this
24  is a page from the IARC monograph where it

73 (Pages 286 to 289)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 290

1    talks about the data -- the evidence that
2    they have and the evidence that they
3    reviewed.
4           Do you see that?
5       A.   That's correct.
6       Q.   And what they actually state
7    with regard to experimental evidence is that
8    there is limited evidence in experimental
9    animals for the carcinogenicity of talc not
10   containing asbestos or asbestiform fibers.
11          Correct?
12          MS. O'DELL:  Object to the
13      form.
14   BY MS. BOCKUS:
15      Q.   Did I read it incorrectly?
16      A.   No, I just lost you for a
17   moment.
18      Q.   It's one sentence.  Go ahead
19   and take your time and read it.
20      A.   Yes, I agree with that.  They
21   found that inhaled talc, which does not
22   contain asbestos or asbestiform fibers, is
23   Group 3.
24      Q.   That wasn't my question.  I'm

Page 291

1    talking about experimental animals because
2    that's what you state in your report that
3    IARC found strong evidence in animals, and
4    yet the part of IARC that I know of where
5    they're addressing the animal data with
6    regard to talc is what I handed you in
7    Section 6.2, and it states there's limited
8    evidence, correct?
9           MS. O'DELL:  Objection.
10      A.   It states that there's limited
11   evidence -- I need to find this section in
12   the monograph.  Just bear with me for a
13   moment.  It's page 412?
14          (Document review.)
15      A.   Okay.  I seem to be missing
16   that part of the monograph.
17          MS. O'DELL:  Do you have the 93
18      monograph?
19          THE WITNESS:  Where's the --
20      this is 100C, and this is 93.  Okay.
21      Here it is.  All right.  Okay.
22      A.   Okay.  The entire monograph is
23   designed to evaluate carcinogenic risk, and
24   it looks at three different species, carbon

Page 292

1    black, titanium dioxide and talc.
2           So regarding talc, the overall
3    point of view here is whether or not it
4    produces cancer, not just ovarian cancer, not
5    just lung cancer, but any cancer.
6           And so I'm not sure that that
7    responds to your question.
8    BY MS. BOCKUS:
9       Q.   No.  My question was:  You
10   state in your report that IARC found strong
11   evidence in animals, and I want to know where
12   you believe that statement occurs in the IARC
13   monograph, or do you know?
14          MS. O'DELL:  And if you need a
15      minute to look, feel free to do that.
16      A.   Well, I can say that it might
17   take me a while to look for it, but I can say
18   that that's the basic definition of Group 2B,
19   is limited evidence in humans and compelling
20   evidence in animals or other --
21   BY MS. BOCKUS:
22      Q.   Tell me where you're looking at
23   that definition of 2B.
24      A.   Let me see here.

Page 293

1       Q.   We earlier marked the...
2           Exhibit 21, I think.
3       A.   Well, I have this other
4    exhibit, which is the preamble from another
5    situation; it's Exhibit P-346, and...
6       Q.   Well, let me just ask a
7    different question, rather than looking at
8    the preamble.
9       A.   All right.
10      Q.   Because that's kind of
11   overarching.
12      A.   It is.
13      Q.   To know what IARC found with
14   regard to talc and the evidence in animal
15   models, wouldn't it be more appropriate to
16   look at what they actually said about talc in
17   the animal studies?
18      A.   Yes.
19          MS. O'DELL:  Objection, form.
20      A.   I would agree that that's the
21   case.
22   BY MS. BOCKUS:
23      Q.   And to your knowledge, nowhere
24   did they find strong evidence of

74 (Pages 290 to 293)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 294

1    cancer-causing potential of talc in animal
2    studies, correct?
3         MS. O'DELL: Objection to form.
4         A.    Well -- well, it says on that
5    page there's limited evidence in experimental
6    animals, so I'll agree that at least in this
7    location it does not say strong evidence.
8    BY MS. BOCKUS:
9         Q.    And without going through the
10   entire monograph, you don't know where that
11   language came from, is that fair, that you
12   used in your report?
13        MS. O'DELL: Object. Excuse
14   me. Object to the form. I think he
15   was pointing -- directing you to the
16   preamble and you withdrew your
17   question, but --
18        MS. BOCKUS: Well, let me just
19   ask a qualifying question.
20   BY MS. BOCKUS:
21        Q.    Does the preamble in any way
22   address their findings with regards to talc?
23        A.    No, the preamble addresses the
24   methodology that's used by the IARC agency in

Page 295

1    addressing all the substances that they
2    evaluate.
3         Q.    Okay.
4         A.    And that's usually where I pull
5    things like that.
6         MS. O'DELL: Are you finished,
7    Doctor?
8         THE WITNESS: Unless I'm going
9    to continue to search for this.
10   BY MS. BOCKUS:
11        Q.    I don't need for you to look in
12   the preamble, because I'm really only
13   interested in their findings as to talc, not
14   their overarching methodology, that sort of
15   thing.
16        A.    Okay. But it's important to
17   point out that this particular monograph is
18   an evaluation of the carcinogenicity of talc
19   that does not contain asbestos or asbestiform
20   fibers, so --
21        Q.    Correct. Which was, from their
22   view, the talc that was included in all of
23   the studies that they reviewed, correct?
24        MS. O'DELL: Objection,

Page 296

1    misstates the evidence.
2         A.    I believe that was their
3    assumption.
4    BY MS. BOCKUS:
5         Q.    Okay. The studies that you
6    reference in support of the notion that
7    asbestos in -- that may or may not exist in
8    body powder contributes to cause ovarian
9    cancer, none of the studies that you cite to
10   have referenced an application of a product
11   to the perineum of the women and girls study,
12   correct?
13        MS. O'DELL: Object to the
14   form.
15        THE WITNESS: I have a -- I
16   apologize greatly, but I lost the
17   track. Could you repeat that
18   question.
19        MS. BOCKUS: That's totally
20   understandable because it was a little
21   bit convoluted.
22        MS. O'DELL: Do you mind if we
23   get the realtime running again? We're
24   just off track here.

Page 297

1         MS. BOCKUS: That's okay.
2    BY MS. BOCKUS:
3         Q.    I'm looking on page 5. Do you
4    see on page 5 of your report, sir,
5    paragraph (c)?
6         A.    Yes.
7         Q.    And there you cite one, two,
8    three, four, five, six, seven, eight, nine,
9    10, 11, 12 studies, correct?
10        A.    Yes.
11        Q.    Do you speak Italian?
12        A.    I can read it pretty well.
13        Q.    Is that what you did for the
14   Bertolotti study?
15        A.    The Bertolotti study. Yes, I
16   read most of it. I may have kibitzed with
17   some of my colleagues about the meaning of a
18   few words.
19        Q.    At any rate, all of these
20   studies have to do with heavy occupational
21   exposure to asbestos, correct?
22        MS. O'DELL: Object to the
23   form.
24        A.    Yes.

75 (Pages 294 to 297)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 298

1    BY MS. BOCKUS:
2        Q.   And you don't have any
3    information how the dose of asbestos to which
4    these women were exposed during their heavy
5    occupational exposure compares to any
6    exposure to asbestos from the use of body
7    powder, correct?
8        A.   Well, I think these were not
9    all occupational exposures, but I do not have
10   information regarding things like the route
11   of exposure, no.
12       Q.   Do you have any information
13   regarding the dose?
14       A.   No, I don't.
15       Q.   Do you have any information
16   that would compare the dose of asbestos to
17   which the women in these studies were
18   exposed --
19       A.   Well, in some of the studies --
20       Q.   Wait, I haven't finished my
21   question.
22       A.   Sorry.
23       Q.   -- to any alleged dose of
24   asbestos in body powder?

Page 299

1            Can you make any comparison
2    whatsoever to the amount of asbestos to which
3    these women were exposed to any exposure by
4    any woman who has used a Johnson & Johnson
5    body powder?
6            MS. O'DELL:  Object to the
7        form.
8        A.   I don't think I'm able to make
9    that kind of comparison.
10   BY MS. BOCKUS:
11       Q.   Okay.  There are ways to study
12   whether two toxins combined increase a risk
13   more than exposure to a single toxin, whether
14   it -- whether one offsets the risk of one of
15   the toxins or whether you add them together,
16   even multiply them together, right?
17       A.   Yes.
18       Q.   Has any such study ever been
19   done with regard to talc and the heavy metals
20   that you identify in your report?
21       A.   Not specifically a study to
22   look at the combined contribution, but we
23   know a lot about the mechanism of action of
24   the metals in particular in the

Page 300

1    microenvironment, and based on what we know
2    about the mechanism of action of talc as well
3    and even asbestos, they're all similar, and
4    for that reason would be expected to be
5    additive.
6        Q.   But the study hasn't been done
7    even in a petri dish, has it?
8            MS. O'DELL:  Object to the
9        form.
10       A.   I don't know if there's
11   something in progress or not, but that's the
12   kind of study that is currently being looked
13   at.  Combined exposures is the -- sort of the
14   hallmark of research these days in
15   toxicology.
16   BY MS. BOCKUS:
17       Q.   Do you know of anyone who's
18   looking at that question?
19       A.   I don't.
20       Q.   Okay.  Have any of the heavy
21   metals that you have identified been
22   identified as carcinogenic to the ovary by
23   IARC?
24       A.   No.

Page 301

1        Q.   I want you to turn to page 7
2    now, if you would, please, on other evidence.
3    And you've talked about this paragraph a fair
4    amount already, and I don't want to repeat
5    any of the prior questions.
6            But I want to ask you about the
7    statement in that first sentence, where you
8    say that transport of talc-containing
9    materials from the perineum to the upper
10   reproductive tract and body cavities has been
11   shown to occur with startling regularity.
12   And I want to stop right there.
13           If I recall your testimony
14   correctly, none of these studies even look at
15   the transport of talc-containing materials
16   from the perineum to the upper reproductive
17   tract; isn't that correct?
18           MS. O'DELL:  Object to the
19       form.
20       A.   Well, it is true that most of
21   the research that's been done in this area
22   has been done on materials that have been
23   instilled into the vagina or the posterior
24   fornix, but I think and it's my opinion that

76 (Pages 298 to 301)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 302

1    application to the perineum is equivalent to
2    that.
3        Q.    Do you have an opinion as to
4    what percentage of the talcum powder applied
5    in a daily dusting to the perineum makes its
6    way to the vagina?
7        A.    No, I don't know.
8        Q.    Do you have an opinion as to
9    what percentage of the talc that, in your
10   opinion, would make its way to the vagina
11   would actually make its way to the cervix?
12       A.    I don't know that either.
13       Q.    And out of the talc that makes
14   its way to the cervix, what percentage makes
15   it past the cervix into the uterus?
16       A.    That, I don't know either.
17       Q.    Do you have any reason to
18   believe that talc would migrate with more
19   frequency or rapidity than sperm?
20           MS. O'DELL: Objection to form.
21       A.    No, I don't have reason to
22   believe that would be the case.
23   BY MS. BOCKUS:
24       Q.    Would you agree, in fact, that

Page 303

1    it is unlikely that talc, an inert particle,
2    would travel as quickly or in the same
3    percentages as sperm through the reproductive
4    tract?
5           MS. O'DELL: Object to the
6        form.
7        A.    I think the transport time is
8    roughly the same for any particulate matter,
9    including sperm.
10   BY MS. BOCKUS:
11       Q.    Do you have any studies to
12   support that opinion?
13       A.    Well, we know -- we know the --
14   we know the velocity of motile sperm; it's
15   very slow.  And we have studies that have
16   shown the progression of particles through
17   the fallopian tubes at at least that fast a
18   rate, possibly faster.
19           And so the motility of sperm is
20   slower than the rate at which it passes
21   through the female reproductive system, so
22   there are obviously other mechanisms at play
23   other than sperm motility.
24       Q.    To your knowledge, were any of

Page 304

1    those studies that you list here done in
2    women who were standing up?
3        A.    The studies that I list in
4    other evidence?
5        Q.    Yes.
6        A.    I think not.
7        Q.    In fact, were any of them done
8    in women who were inclined with their head
9    elevated over their hips?
10       A.    No.
11       Q.    So my question is:  Where do
12   you get the term "startling regularity" with
13   regard to the transport of talc from outside
14   a woman's body to the upper reproductive
15   tract?
16           MS. O'DELL:  Object to the
17       form.
18       A.    The propensity of evidence of
19   rapid transport of particulate material
20   regarding -- regardless of its composition.
21   BY MS. BOCKUS:
22       Q.    Particulate material inserted
23   well into a woman's vagina whose hips are
24   above her head, correct?

Page 305

1           MS. O'DELL:  Objection to form.
2        A.    Well, we have other studies
3    too.  We have the powdered glove examination
4    studies, things of that nature, that are a
5    little bit different.
6    BY MS. BOCKUS:
7        Q.    And you believe they support
8    your conclusion that talc is transported from
9    the perineum to the upper reproductive tract
10   with startling regularity?
11       A.    I think that's a valid
12   conclusion supported by the evidence, yes.
13       Q.    I'm turning to page 8 now, and
14   the number that you have here -- and you've
15   repeated it a couple of times today -- about
16   your opinion that the elimination of talc as
17   a risk could result in over 3,000 lives saved
18   in the U.S. each year.
19           How did you come to that
20   conclusion?
21       A.    Well, I'm referring to talcum
22   powder here --
23       Q.    Okay.  Sure.
24       A.    -- which is the complete

77 (Pages 302 to 305)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 306

1    product.
2         I came to that conclusion based
3    on the number of new cases of ovarian cancer
4    that are diagnosed in the United States each
5    year and the number of ovarian cancer deaths
6    that occur each year.
7         And essentially, of 21,000 or
8    so cases of -- new cases of ovarian cancer,
9    there are corresponding 14,000 or more deaths
10   each year, so that's a two-thirds fatality
11   rate if you look over time.
12        The -- at 30% increase in the
13   risk of -- or a 30% increase in the risk of
14   cancer applied in reverse, that is reducing
15   those -- that 30% increased risk from the use
16   of perineal application of talcum powder
17   could result in the prevention of as many as
18   3,000 lives, depending on the prevalence of
19   use.
20        Q.    Would that calculation require
21   that 100% of the women in the U.S. be using
22   talcum powder on a daily basis?
23        A.    It would require a hundred
24   percent of the women in the U.S. to stop

Page 307

1    using talcum powder on a daily basis.
2         Q.    That wasn't my question.
3         In order to attribute --
4         A.    Well, my answer to your
5    question then is no.
6         Q.    In order to attribute 30% of
7    all ovarian cancer deaths to the use of
8    talcum powder -- let me back up.
9         The data that you have that
10   you've cited is talking about the percentage
11   of women -- the percentage of women who use
12   talcum powder who are diagnosed with ovarian
13   cancer, correct?
14        MS. O'DELL:  Object to the
15   form.
16        A.    It is the total number of new
17   diagnoses per year.
18   BY MS. BOCKUS:
19        Q.    Okay.
20        A.    I think last year was
21   22,000-something.
22        Q.    But that number, 22,000, 100%
23   of those women did not use talcum powder,
24   correct?

Page 308

1         A.    There may not have been use of
2    talcum powder in all those women, that's
3    correct.
4         Q.    Do you have any notion as to
5    what percent of those women may have used
6    talcum powder?
7         A.    Based on these various studies,
8    it seems to vary between 30 and 60%.  It's
9    more so in the U.S., Australia and the U.K.
10        Q.    Do you have an opinion as to
11   how regularly a women needs to use talcum
12   powder before her risk of ovarian cancer is
13   increased by 30%?
14        A.    Well, based on the epidemiology
15   studies, that risk occurs in the population
16   in general from ever use as opposed to never
17   use, and so it would depend on the individual
18   woman.
19        Each person has an individual
20   susceptibility and individual characteristics
21   and would probably have an individual use
22   pattern.  So I couldn't say for any
23   individual woman.
24        Q.    And that's not what I'm asking

Page 309

1    for.  I'm really asking for in general,
2    because that's what epidemiology is, correct?
3    It's not talking about an individual woman,
4    right?
5         A.    That's correct, it's describing
6    it in the population.
7         Q.    So in the population, in the
8    studies that you've reviewed, what is the
9    minimum number of days per month, or however
10   you want to describe it, that a woman would
11   need to use talcum powder before she would be
12   included in the group that you believe have a
13   30% increased risk of ovarian cancer?
14        MS. O'DELL:  Object to the
15   form.
16        A.    The only qualifier that I've
17   been able to come up with and that I've used
18   in this report is the regular use of talcum
19   powder.
20   BY MS. BOCKUS:
21        Q.    Okay.
22        A.    And that is going to vary over
23   a broad range.  It would be periodically
24   daily to several times a week would be

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 310

1    regular use.
2        Q.    And over how many years must a
3    woman use talcum powder on a regular basis
4    before her risk of ovarian cancer is
5    increased to 30% --
6            MS. O'DELL:  Object to the
7        form.
8    BY MS. BOCKUS:
9        Q.    -- in your opinion?
10           MS. BOCKUS:  Sorry.
11       A.    Some of the studies have
12   focused on usage periods as short as one
13   year, but most have studied longer periods of
14   use and separated use into things like
15   decades or accumulated total person-years
16   based on reports of the women, multiplying
17   frequency by time.
18           So again, it would depend on
19   the individual, but the research reports
20   hover around five to ten years of regular
21   use, resulting in significant odds ratios.
22   BY MS. BOCKUS:
23       Q.    As I understand it in
24   toxicology, one of the basic tenets is that

Page 311

1    it's the dose that makes the poison, correct?
2        A.    That's correct.
3        Q.    That water can kill you if you
4    drink too much of it, right?
5        A.    Theoretically.
6        Q.    In a short period of time.
7            And so I'm trying to find out
8    what you have determined is the threshold of
9    risk is -- for talcum powder use by women.
10   Do you have an opinion as to at what point a
11   threshold has been reached where the use of
12   talcum powder by women in their perineal
13   region increases their risk?
14       A.    I think any use of carcinogenic
15   materials or any exposure to carcinogenic
16   materials increases the risk somewhat.  A
17   greater exposure, based on the
18   "dose makes the poison" principle, would
19   result in a greater risk.
20           And we know from toxicologic
21   studies that intense exposures can sometimes
22   accelerate the process and even shorten the
23   latency period of a carcinogenic event.
24           So my opinion is that there is

Page 312

1    no threshold of exposure for risk; that we
2    are -- we are right to use a zero threshold
3    approach until we know more about the
4    possibility of a threshold below which
5    exposure would be safe.  At the current time
6    we don't have that information.
7        Q.    Do you believe that there
8    probably is a threshold below which use is
9    safe?
10       A.    In the carcinogenic process,
11   which we haven't talked about in this
12   session today, there is an insult to a cell
13   which affects the genetic material, the DNA.
14   And there are built-in repair mechanisms that
15   the cell has for fixing that problem that
16   occurred, a mutation, for example.
17           These kinds of insults are
18   happening to cells all the time, not just
19   from carcinogens in our environment, but just
20   from natural occurrences, even endogenous
21   biochemical reactions cause these problems.
22           The question is:  Is the repair
23   process sufficient to undo what's been done?
24   And an exposure to environmental carcinogens,

Page 313

1    that repair process is often overwhelmed so
2    that it cannot catch up with the damage
3    that's being created, and a tumor is born,
4    basically.
5            That is where the concept of
6    threshold comes from.  Have we overwhelmed
7    the repair or not, and we don't have enough
8    research evidence or scientific evidence to
9    be able to define that line at this point.
10       Q.    Has there ever been a study
11   that showed that talcum powder caused DNA
12   damage in normal ovarian epithelial tissue?
13       A.    Well, we do have the studies
14   that have recently been produced by Fletcher
15   and Saed that show the inflammatory process
16   is influenced by talc, and this is nonfibrous
17   talc, that result in mutagenic events that
18   are available for promotion, and there are
19   biomarkers that have also been established
20   for that.
21       Q.    The studies by Saed did not
22   demonstrate DNA mutation, did they?
23           MS. O'DELL:  Object to the
24       form.

79  (Pages 310 to 313)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 314

1      A.   I think they actually did.
2 BY MS. BOCKUS:
3      Q.   That's your reading of them?
4      A.   Yes.
5      Q.   What Saed did is he placed talc
6 on cultured ovarian cancer cells, correct?
7      A.   Yes.
8      Q.   And that actually -- what he
9 recorded was an elevation in the CA-125?
10      A.   That's one of the things he
11 did.  He also measured -- he did a number of
12 genetic studies.  He did transcribed RNA.  He
13 located individual SNPs, which are single
14 nucleotide polymorphisms, in the genetic
15 material.
16           And he found that as a result
17 of that treatment, those mutations altered
18 the effectiveness of antioxidant enzymes that
19 are part of the protection mechanism and
20 shield the repair process of the cell from
21 further damage.
22      Q.   Let's go back to the CA-125.
23           MS. O'DELL:  If you need to
24 pull the paper out, Doctor, just, if

Page 315

1      you want to take a moment and do that.
2 I know you were searching for it while
3 you were talking.
4           THE WITNESS:  Yes, I think I
5 have it right here.
6           MS. BOCKUS:  These are just
7 general questions that I'm going to
8 ask you.
9           MS. O'DELL:  You still may get
10 the paper out.
11           MS. BOCKUS:  Do whatever you
12 want to do.
13           THE WITNESS:  You can go ahead.
14 I'm...
15 BY MS. BOCKUS:
16      Q.   What controls did Saed use?
17 Did he use any controls?  In other words, did
18 he place a known foreign object that was
19 not -- that was known not to be a carcinogen
20 on the cultured ovarian cells to see if there
21 was a difference?
22           MS. O'DELL:  Can you just pause
23 just for a minute, let the doctor pull
24 out the exhibit?

Page 316

1           THE WITNESS:  I'm sorry, it
2 appears that I do need to get the
3 original paper here.  There it is.
4 Okay.  Thank you.
5           (Document review.)
6 BY MS. BOCKUS:
7      Q.   Can you answer the question:
8 Did Saed have any either positive or negative
9 controls that he used in his experiments?
10           MS. O'DELL:  Object to the
11 form.
12      A.   I think he did, but I'd like to
13 actually find it in here so I can give you
14 the specifics.
15           Well, he used normal cells and
16 epithelial ovarian cancer cells, and one was
17 the control for the other.  He treated them
18 in the same way.
19 BY MS. BOCKUS:
20      Q.   Let me ask a different
21 question.
22           What I'm asking is:  Did he
23 use, say, glass beads to see if -- as a
24 control to the talc?  Did he have anything

Page 317

1      that he was controlling the cells' reaction
2 to against the talc?
3      A.   I don't believe so.
4      Q.   That would be important in an
5 experiment of this nature, would you not
6 agree with that?
7           MS. O'DELL:  Object to the
8 form.
9      A.   Well, he did utilize normal and
10 cancerous cells, which would theoretically
11 act as a control in that experiment.
12 BY MS. BOCKUS:
13      Q.   That's not my question.  I'm
14 really asking about another element that he
15 is exposing the cells to, both the normal and
16 the cancerous cells.
17           MS. O'DELL:  Objection to form.
18 BY MS. BOCKUS:
19      Q.   To see if the reaction was just
20 a reaction to a foreign body versus talc
21 specifically.
22           Did he do that?
23           MS. O'DELL:  Object to the
24 form.

80  (Pages 314 to 317)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 318

1      A.   I don't believe that he
2  provided a control exposure as part of this
3  experiment.
4  BY MS. BOCKUS:
5      Q.   And you would agree that there
6  are many things that will increase a CA-125,
7  correct?
8         MS. O'DELL:  Object to the
9  form.
10      A.   Yes, it's an acute-phase
11  reactant.
12  BY MS. BOCKUS:
13      Q.   Pregnancy can increase
14  somebody's CA-125?
15      A.   That's correct.
16      Q.   And with regard to the SNPs,
17  that is not the same thing as a test showing
18  mutation, correct?
19         MS. O'DELL:  Object to the
20  form.
21  BY MS. BOCKUS:
22      Q.   It's a surrogate.
23      A.   Well, it's because there was
24  transcribed RNA that was used to determine

Page 319

1  their presence, and the -- it's just part of
2  their procedure, but it identifies genetic
3  alterations.  And those genetic alterations
4  transformed into differential enzyme
5  activities.
6      Q.   Do you know whether there are
7  standard tests for genotoxicity and
8  mutagenicity?
9      A.   There are lots of standard
10  tests, yes.
11      Q.   And Saed didn't use any of
12  those, did he?
13         MS. O'DELL:  Object to the
14  form.
15      A.   Well, he went directly to cells
16  in culture to see what happened when they
17  were treated with talc.
18  BY MS. BOCKUS:
19      Q.   Does the amount of talc that
20  Saed used compare in any way to the amount of
21  talc that may reach a woman's ovary from
22  perineal application?
23         MS. O'DELL:  Object to the
24  form.

Page 320

1      A.   I don't specifically know.
2  BY MS. BOCKUS:
3      Q.   There's no way to know that, is
4  there?
5      A.   No, there's not.
6      Q.   Let me find my -- there we go.
7         The Saed paper that you were
8  looking at just a minute ago, it has
9  something printed across it.  What does that
10  say?
11      A.   In blue here?
12      Q.   Uh-huh.
13      A.   "For Peer Review."
14      Q.   Okay.  So it hasn't yet been
15  peer reviewed; is that correct?
16         MS. O'DELL:  Object to the
17  form.
18      A.   It's been submitted.
19  BY MS. BOCKUS:
20      Q.   So does that mean it has not
21  yet been peer reviewed?
22         MS. O'DELL:  Object to the
23  form.
24      A.   I think it's been accepted for

Page 321

1  publication.
2  BY MS. BOCKUS:
3      Q.   But the copy you have says on
4  it "For Peer Review," correct?
5      A.   That's correct.
6      Q.   In the paragraph that we were
7  looking at earlier, where you were talking
8  about the startling regularity, later on in
9  the paragraph you state that there
10  is clearly -- sufficient particulate
11  materials applied routinely to the perineum
12  have ready access and in sufficient
13  quantities to produce biologic responses in
14  internal tissues.
15         What internal tissues have you
16  seen any study recording a biologic response
17  to talc from?
18         That was such a bad question,
19  I'm going to ask it again.
20         What internal tissues are you
21  referring to there?
22      A.   Well, it says including --
23  including ovaries and surrounding structures.
24  By surrounding structures, I'm referring to

81 (Pages 318 to 321)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 322

1    the fallopian fimbriae and the epithelium of
2    the cavity.
3        Q.    So -- and I know we've been
4    through this already, but to your knowledge,
5    there are no studies reporting biologic
6    responses to talc in the vagina, correct?
7        A.    Not that I'm aware.
8        Q.    You're not aware of any studies
9    reporting biologic responses to talc in the
10   cervix, correct?
11       A.    Correct.
12       Q.    Are you aware of any studies
13   reporting biologic response to the uterus?
14       A.    No.
15       Q.    Are you aware of any studies
16   reporting a biologic response in the
17   fallopian tubes?
18            MS. O'DELL:  Object to the
19       form.
20       A.    Well, I don't -- I'm not aware
21   of studies that draws a direct correlation
22   between exposure to talc and reaction in the
23   fallopian tubes.
24            ///

Page 323

1    BY MS. BOCKUS:
2        Q.    Okay.  Is the ovary attached to
3    the fallopian tube?
4        A.    It is -- it's in the proximity.
5    It's not directly attached.
6        Q.    And what surrounds the ovary?
7        A.    There's a structure that -- the
8    ovary itself?
9        Q.    Yes.
10       A.    There's an epithelial membrane
11   around the ovary, and --
12       Q.    And then what touches the
13   epithelial membrane?
14       A.    Well, the fimbriae of the
15   fallopian tubes surround that and the rest of
16   it is just sort of space.
17       Q.    Space.  Is the space filled
18   with fluid?
19       A.    It is.
20       Q.    And is that fluid kind of
21   moving around?
22       A.    All the time.
23       Q.    All the time.
24            So things that come through the

Page 324

1    fallopian tube goes into that fluid and just
2    gets moved around all the time; is that
3    correct?
4            MS. O'DELL:  Objection.  Excuse
5        me.  Objection, form.
6        A.    Well, there's a fairly direct
7    presentation of the ovary, so there's not a
8    large space there, but there is a space.  And
9    whatever goes into that space remains there.
10   Some of it may come back out.
11   BY MS. BOCKUS:
12       Q.    Does the fallopian tube move
13   around during the month?
14            MS. O'DELL:  Object to the
15       form.
16       A.    I don't know.
17            MS. BOCKUS:  I'm almost
18       finished.  I'm going through all the
19       things that I've crossed off.
20   BY MS. BOCKUS:
21       Q.    So I understand you correctly,
22   you have not identified a nonthreshold dose
23   of talc; is that correct?
24            MS. O'DELL:  Object to the

Page 325

1        form.
2        A.    You mean a dose that is below a
3    safe threshold?
4    BY MS. BOCKUS:
5        Q.    Correct.
6        A.    No, I have not.
7        Q.    Did you make any attempt to
8    extrapolate a de minimis risk level?
9            MS. O'DELL:  Object to the
10       form.
11       A.    I did not.  It would be nice to
12   be able to do that, considering that most of
13   us have had talcum powder exposures of one
14   sort or another during our lives.  And it's
15   something that seems to have been felt to be
16   very useful.
17            So it would be nice to be able
18   to do that exercise, but I haven't -- I have
19   not been prevented -- presented with the
20   information to approach that, nor am I aware
21   of anyone else who's been able to do it.
22   BY MS. BOCKUS:
23       Q.    What information would you need
24   that you don't have?

82 (Pages 322 to 325)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 326

1     A.     Well, we'd need -- we'd need
2  dose information, first of all, which we
3  don't have, to combine with the epidemiologic
4  results.
5          We need to define the
6  mechanistic issues better than they are
7  currently, and at that point I think we would
8  be able to make some strong conclusions
9  regarding potential thresholds of hazardous
10  doses.
11     Q.     You would agree that the great
12  majority of women who use talcum powder on a
13  regular basis are never diagnosed with
14  ovarian cancer, correct?
15     A.     I think that's true.
16     Q.     And it's also true that the
17  majority of women diagnosed with ovarian
18  cancer have never used talcum powder on a
19  regular basis, correct?
20     MS. O'DELL:  Object to the
21     form.
22     A.     I think it's a majority, but
23  there's a significant number who have.
24           ///

Page 327

1  BY MS. BOCKUS:
2     Q.     But the majority have not,
3  correct?
4     A.     I would say more than 50% have
5  not.
6     Q.     And would you agree that -- let
7  me back up.
8          When is the last time you
9  conducted a pelvic exam?
10     A.     I haven't done one in a couple
11  of years.
12     Q.     Under what circumstances did
13  you do it two years ago?
14     A.     I see patients regularly, and
15  in some cases, pelvic exams are either
16  requested or indicated by the issue.
17     Q.     It's not something you do on a
18  regular basis, correct?
19     A.     It's not.
20     Q.     And you do not -- what
21  percentage of your patients are women?
22     A.     Probably half, maybe a little
23  less than half.
24     Q.     How do patients come to see

Page 328

1  you?  In other words, are they referred by
2  other people?
3     A.     I have primarily a referral
4  practice in toxicology.
5     Q.     In toxicology?  And so what
6  types of patients are referred to you?
7     A.     I have patients who are either
8  workplace-related patients who have had
9  chemical or other substance exposures.  I
10  also have a number of environmental exposure
11  patients that I see.
12          And I also have a number of --
13  I also see a number of patients for general
14  routine surveillance activities or required
15  exams by regulation, either for licensure or
16  certification.
17     Q.     Are you sent patients where the
18  patient is trying to figure out why they got
19  some disease?
20     A.     Sometimes.  Usually the patient
21  comes and tells me why they got the disease,
22  and I go -- I talk to them about the
23  possibilities, and we look at ways of
24  confirming that or refuting it, or in many

Page 329

1  cases, altering to a correct path of
2  diagnostic investigation.
3     Q.     So sometimes a patient comes to
4  you and says:  I was exposed to this chemical
5  and that's why I can't breathe?
6     A.     Yes.
7     Q.     And you do an investigation,
8  and sometimes you say:  You know what, that
9  chemical has nothing to do with why you can't
10  breathe?
11     A.     Sometimes that's the case.
12     MS. O'DELL:  Are you finished,
13     sir?  Are you finished?
14     A.     Well, I just wanted to add --
15  BY MS. BOCKUS:
16     Q.     Sure.
17     A.     -- that although many times it
18  is the case, and often the patient does
19  understand that connection quite well,
20  usually from a very closely connected cause
21  and effect kind of relationship.  It's when
22  things are stretched out much more in time,
23  and there is a likely suspect that may be an
24  innocent bystander, that they may get

83 (Pages 326 to 329)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 330

1  confused.
2      Q.   Have you ever been referred a
3  patient to determine why they have ovarian
4  cancer?
5      A.   No.
6      Q.   Do you know of any methodology
7  accepted in the medical community for
8  determining why an individual woman has
9  developed ovarian cancer?
10         MS. O'DELL:  Object to the
11  form.
12     A.   Other than genetic testing that
13  identifies specific risks and history taking
14  that might identify other known risk factors
15  for that woman, there is -- I don't believe
16  that there is any good or prescribed
17  procedure for making that determination, and
18  there is no reasonable screening test that
19  can find that cancer when it is at an early
20  stage.
21  BY MS. BOCKUS:
22     Q.   Do you believe that obesity
23  causes ovarian cancer?
24     A.   It certainly seems to be

Page 331

1  related to the occurrence of ovarian cancer
2  from a statistical point of view.
3      Q.   What is the increase in a
4  woman's risk of ovarian cancer if she's obese
5  compared to a nonobese woman?
6      A.   In terms of numbers?
7      Q.   Yes, sir.
8      A.   I don't know the -- I don't
9  know the numbers.
10     Q.   What other risk factors are you
11  familiar with for ovarian cancer?
12     A.   Well, certainly work with
13  asbestos is a risk factor, and we have a
14  number of studies that have shown women
15  working in the asbestos industry or women who
16  are married to asbestos workers and have
17  secondary exposure presumably from that are
18  at risk for ovarian cancer.
19         There are --
20     Q.   Let me stop you just one
21  second.
22     A.   Yes.
23     Q.   What percentage -- what is
24  their relative risk or what is the odds ratio

Page 332

1  for that population of women?
2      A.   Well, it varies depending on
3  the research study that has been done, but
4  I've seen odds ratios or relative risks all
5  the way from 1 or even below to very high
6  numbers, like 20 to 50.
7      Q.   20.0, is that what you're
8  saying?
9      A.   Yes, 20.0.
10     Q.   Not 1.2, but 20.0?
11     A.   Correct.
12     Q.   Okay.
13     A.   Which is a -- which would be 20
14  times the normal risk without the exposure.
15     Q.   Okay.  So we've got obesity and
16  heavy exposure to asbestos.  Any other risk
17  factors that you're familiar with?
18         MS. O'DELL:  Objection --
19  excuse me.  Objection, misstates the
20  doctor's testimony.
21         You may answer.
22         THE WITNESS:  Okay.
23     A.   Other risk factors for ovarian
24  cancer would include things like early

Page 333

1  menarche, late menopause, never being
2  pregnant.  These are some of the more common
3  risk factors that are identified.
4          There are genetic risk factors
5  that are known, like the BRCA mutations,
6  which confer an increased risk.  Family
7  history.
8  BY MS. BOCKUS:
9      Q.   Do you know the odds ratios of
10  any of the risk factors that you just
11  identified of never having children, having
12  early menarche or late menopause?
13     A.   Right offhand, I don't know
14  what those odds ratios -- the range of those
15  are.
16     Q.   Do you know if any of those
17  odds ratios exceed 1.3?
18     A.   I think they do.
19     Q.   Does that lead you to conclude
20  that those things cause ovarian cancer?
21     A.   It certainly argues for that.
22  The -- there's a risk factor that derives
23  from something.  You need a mechanism to fill
24  in the blank.

84 (Pages 330 to 333)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 334

1      But also, some of these risk
2  factors are so common in the population that
3  we can concoct large cohort studies that will
4  have -- can have very low relative risks,
5  like on the order of 1.3 or even lower, and
6  still a significant result.
7      So the more common a factor is,
8  the easier it is to do the research and the
9  more likely you'll get a finding that's
10  relevant to interpretation.
11      Q.   What pushes a talc particle
12  from the perineum into the vagina?
13      A.   Probably mostly the law of mass
14  action. It simply goes of its own volition.
15  These small particles are always in motion
16  through molecular forces, and they simply
17  move in all directions, and some of them move
18  in that direction.
19      Q.   Would that be true for any
20  small particles applied to a woman's
21  perineum?
22      A.   Yes.
23      Q.   Are you board certified in
24  medical toxicology?

Page 335

1      A.   I'm not. I started practicing
2  medical toxicology before there was a board
3  in the specialty, and I've been grandfathered
4  into the profession as a member of the
5  American College of Medical Toxicology.
6      Q.   How long did you talk to
7  Dr. Ness about her paper?
8      A.   About her paper, probably a
9  minute and a half. About all kinds of other
10  things, for a while.
11      Q.   What other kinds of things?
12      A.   Mostly personal things that had
13  nothing to do with talc or this case.
14      Q.   How long do you think that
15  conversation was?
16      A.   Well, with Dr. Ness, nothing
17  lasts very long, so I would say ten minutes
18  at the most.
19      Q.   Okay. Did you call her?
20      A.   No. She's -- she comes and
21  goes in the same building where I office, and
22  my office is just on the opposite side of the
23  floor of hers, and I see her sometimes in
24  passing or in the elevator.

Page 336

1      Q.   So you think you just ran into
2  her?
3      A.   Yeah.
4      Q.   The other people that you
5  identified that you discussed your report
6  with, did you ask them to read your report?
7      A.   I asked them to look at parts
8  of it, early drafts of it to let me know if
9  they thought I was making sense.
10      Q.   And did they offer you comments
11  and suggestions for changes in your paper?
12      A.   Not really. Mostly they gave
13  me a pat on the back and said: I think
14  you're doing a good job, just sort of beef
15  this part up, and what do you mean by this,
16  maybe I could rephrase that. That sort of
17  thing.
18      Q.   Did they give you written
19  suggestions?
20      A.   No, these were all verbal
21  comments.
22      Q.   Had you given them a hard copy
23  of the portions of your report that you
24  wanted them to comment on?

Page 337

1      A.   Yes.
2      Q.   And they didn't redline it or
3  make -- draw arrows or anything like that for
4  you?
5      A.   I think actually George Delclos
6  did draw some -- or make some notes on there
7  and hand it back to me, and I incorporated
8  those into my electronic version.
9      Q.   Do you still have George's
10  notes to you?
11      A.   No, I don't.
12      Q.   Is he the only one out of the
13  people that you asked to look at it who gave
14  you handwritten notes?
15      A.   Yes, I think so.
16      Q.   Have you seen the term
17  "intrinsic elimination system" regarding the
18  ovary in any of the publications that you've
19  read?
20      A.   I don't know, I may have.
21      Q.   Can you think of one in
22  particular that discusses that characteristic
23  of -- that you believe relates to the ovary?
24      A.   Well, the migration papers

85 (Pages 334 to 337)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 338

1 discuss migration to the ovary.  It would
2 probably be a talc paper, though.  I don't
3 recall seeing it anywhere.
4     Q.   Did you consult any gynecologic
5 textbooks?
6     A.   No, I didn't.  I may have
7 looked at some diagrams on the Internet.
8     Q.   Okay.  Did you consult any
9 gynecologic oncology textbooks?
10     A.   Not textbooks, no.
11     Q.   Do you know the position of the
12 Society of Gynecologic Oncologists on the
13 question of whether does talc increase a
14 woman's risk for ovarian cancer?
15     A.   No, I don't.
16     Q.   Would that be important to you
17 to know their position?
18     A.   No, I don't think so.
19     Q.   Do you know the position of
20 ACOG on whether the use of -- perineal use of
21 talc increases a woman's risk of ovarian
22 cancer?
23     A.   I don't know that either.
24 That's not something I've looked at.

Page 339

1     Q.   Would that be important to you?
2     A.   No.
3     Q.   Do you have any scientific text
4 that suggests that an inert particle resides
5 on the ovary longer than it does in the
6 cervix?
7     A.   Well, I have -- I have a paper
8 that relates to the time for dissolution of a
9 particle in biological fluids, which would go
10 to the length of time a particle of talc
11 remains in the ovary once it gets there.
12     But I don't have -- I don't
13 know that I have a scientific paper that
14 specifically says that it stays in the ovary
15 longer than it stays in the cervix.
16     Q.   You testified that you
17 understand there have been some attempts to
18 quantify the amount of talc, I guess from a
19 single use, that ends up on the perineum.
20     Did I understand that
21 correctly?
22     A.   Yes.
23     Q.   Can you tell me what those
24 attempts are, who did them, where did you see

Page 340

1 that?
2     A.   Well, I saw this actually when
3 I first started this process, and I think
4 Dr. Longo was involved in that activity,
5 where they modeled the -- the application of
6 talcum powder and did some calculations based
7 on the amount of substance that was used, and
8 they measured it in things like shakes and --
9 and then quantified the amount that was lost
10 from the container to determine what an
11 application amount was.
12     I don't think they were able to
13 go beyond that point in the modeling process.
14     Q.   You didn't see anything that
15 Dr. Longo did that attempted to quantify the
16 amount of talcum powder from a single shake
17 that ended up on a woman's perineum, did you?
18     MS. O'DELL:  Object to the
19 form.
20     A.   I -- you know, I don't know the
21 answer to that, simply because I don't
22 recall, but I wouldn't be surprised that
23 there was an attempt made to do that.  But
24 beyond that, I don't think anything would be

Page 341

1 successful.
2     These were clothed subjects, so
3 that adds another factor to the calculation.
4 BY MS. BOCKUS:
5     Q.   Is that the only experiment
6 that you're familiar with that you've seen
7 anywhere that attempts to quantify the amount
8 of talcum powder from a single use that ends
9 up actually on a woman's perineum?
10     A.   There was another part of that
11 study where they applied it to underwear with
12 the same sort of calculation process.  It was
13 all part of the same modeling process.
14     Q.   And do you recall what
15 percentage of the talc applied to the
16 underwear ended up adhered to the woman's
17 perineum?
18     MS. O'DELL:  Object to the
19 form.
20     A.   I don't think -- I don't think
21 they measured the amount that adhered to the
22 perineum.  I think what they were interested
23 in was proximity.
24     ///

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 342

BY MS. BOCKUS:
1
2     Q.    Okay.  Can you tell me the
3  names of the environmental websites that have
4  been talking about IARC revisiting their
5  classification of talc?
6     A.    There are -- there are a number
7  of Twitter feeds and websites that carry on
8  this kind of discussion.  Science Interest is
9  one of them.  I think IARC Watch is another
10  one.  I have -- I get e-mails about some of
11  these and end up going into them for a period
12  of time and seeing if they have anything
13  interesting going on.  Some of them are
14  searchable.
15        And then I get e-mails from the
16  ones that I visit about other ones.  So I
17  spend as much of my time deleting these
18  e-mails without reading them as I do actually
19  viewing the material.
20     Q.    So fair to say this is just
21  chatter you've seen on the Internet in these
22  different chat rooms or Twitter accounts that
23  you visit from time to time?
24     A.    It's all Internet based, yes.

Page 343

1        MS. BOCKUS:  Okay.  I think
2  that's all I have.  Thank you.
3        MS. O'DELL:  Why don't we take
4  a short break.  We've been going about
5  two hours.
6        MR. ZELLERS:  Do you have
7  questions?
8        MS. APPEL:  I do, but --
9        MS. O'DELL:  Yeah, do you
10  have --
11        MS. APPEL:  I don't have a lot.
12        MS. O'DELL:  Okay.  Sure.  Why
13  don't you go ahead, and then we'll
14  take a break.  We have been going
15  about two hours, but, Renée, please.
16        If you're okay, Doctor.
17        THE WITNESS:  I'm fine.
18            EXAMINATION
19  BY MS. APPEL:
20     Q.    It's been a while since we did
21  introductions, so just as a reminder, my name
22  is Renée Appel and I'm here on behalf of
23  Seyfarth Shaw and I represent Personal Care
24  Products, counsel.

Page 344

1     A.    Uh-huh.
2     Q.    And echoing what my colleagues
3  have said today, if there's at any point I
4  ask a question that you do not understand,
5  just stop me and ask me to rephrase it or let
6  me know otherwise, okay?
7     A.    I will.
8     Q.    Thanks.
9        So going back shortly to your
10  scope of work, do you teach any coursework on
11  talc or ovarian cancer?
12     A.    I teach some general courses.
13  Up until last spring I taught a general
14  environmental health course for graduate
15  students in the Master of Public Health
16  program at the School of Public Health, and
17  in that course we did touch on things like
18  environmental exposures that would include
19  minerals of various varieties, but it was
20  very cursory.
21     Q.    And was that curriculum
22  specific to environmental and industrial
23  products or minerals as opposed to consumer
24  products?

Page 345

1     A.    We actually did touch on other
2  consumer products as well in terms of the
3  significant environmental problem that we
4  have currently, but -- regarding the huge
5  volume of personal care products that goes
6  into our aqueous waste stream and how that's
7  affecting the aquatic environment as well as
8  groundwater and so forth.
9        As a matter of fact, in that
10  course, as part of the culmination of the
11  course, there are student workgroups that
12  develop presentations on a particular topic,
13  and the topic of personal care products has
14  been a favorite choice for the last several
15  years.
16     Q.    But your curriculum did not
17  include talc among those products?
18        MS. O'DELL:  Object to the
19  form.
20     A.    I think talc may have been
21  represented as an individual mineral on a
22  slide that listed many minerals.
23  BY MS. APPEL:
24     Q.    Earlier today you had mentioned

87 (Pages 342 to 345)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 346

1  a shared file.  Is that shared file something
2  that you created or plaintiffs' counsel
3  created?
4       A.   It's something that I think
5  plaintiffs' counsel created for me to be able
6  to send them documents and receive documents,
7  and it's a Dropbox share file.  It's -- at
8  this point I think it might be mine.  I'm not
9  sure just exactly who's in charge of that or
10  runs it, but it comes directly into my
11  Dropbox file.
12       I know I had to boost my
13  subscription to Dropbox in order to hold the
14  2 gigabytes of data from -- that we were
15  putting into there.
16       Q.   Is there anything from that
17  Dropbox file that you relied upon in forming
18  your opinion in your report that you have not
19  already provided to defense counsel?
20       A.   No, everything that was in that
21  Dropbox that I've relied upon has been
22  identified here.
23       Q.   Who prepared Exhibit B to your
24  report?

Page 347

1       A.   Exhibit B was a list of
2  articles from the research literature
3  included in the Dropbox that -- that I think
4  does not -- I don't know whether it includes
5  the referenced articles from my report or
6  not, but they were all part of the same
7  collection of research articles and
8  supplemental documents.
9       Q.   And my question, Dr. Carson,
10  was:  Who prepared that exhibit?
11       A.   The exhibit was prepared by the
12  plaintiffs' attorneys.
13       Q.   You testified earlier that you
14  have spent approximately 150 to 180 hours in
15  your expert retention work; is that correct?
16       A.   Correct.
17       Q.   Can you estimate what portion
18  of that time was spent researching versus
19  what portion of time was spent actually
20  drafting your expert report?
21       A.   Those two things are in some
22  ways difficult to separate because I would --
23  I was writing my report the entire time that
24  I was reviewing the research materials and

Page 348

1  accumulating information in the draft as a
2  result of my review of the literature.
3       So if I had to separate things
4  out, I would say that, by far, the -- most of
5  the time has been spent in reading articles
6  and reviewing them and comparing them with
7  other articles, and a comparatively small
8  amount of time has been spent in drafting the
9  report.
10       Although there were some
11  strings of activity which was all report
12  drafting basically, I would say probably 85
13  to 90% was research, seeking articles,
14  reading them, reviewing them, and comparing
15  them.
16       Q.   And you also testified earlier
17  today that you discarded information not
18  relevant or interesting to you.
19       How did you make that
20  determination?
21       MS. O'DELL:  Objection to the
22  form.
23       A.   The things that I discarded did
24  not seem to fit into my gestalt of the

Page 349

1  understanding of this question and the
2  opinions that I wanted to express.  They may
3  have been interesting information and useful
4  for some purposes, but not for this
5  particular report.
6  BY MS. APPEL:
7       Q.   Was some of that information
8  that you discarded based on relevancy or that
9  you determined was not of interest
10  information that may have been different than
11  your opinions?
12       A.   No.  I didn't discard any
13  research because the opinions provided
14  differed from my own.  These were things that
15  really were irrelevant to the question.
16       I remember finding an awful lot
17  of geological research stuff that just didn't
18  have any relevance to the question.
19       Because I used such broad
20  search terms, I ended up pulling in a whole
21  lot of things that were not necessary or
22  useful, and those just went in the trash.
23       Q.   You testified earlier that you
24  have not treated any patients with ovarian

88 (Pages 346 to 349)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 350

1  cancer; is that correct?
2      A.    Not knowingly, not because of
3  ovarian cancer.
4      Q.    Have you ever diagnosed any
5  patients with ovarian cancer?
6      A.    I think when I was in medical
7  school or residency, I probably participated
8  in that on several patients.
9      Q.    Have you ever instructed a
10 patient not to use talcum powder products?
11     A.    I hadn't up until a month or
12 two ago, but I've been asking people about --
13 about their talcum powder use just as sort of
14 a curiosity in mentioning that there might be
15 a risk.
16     Q.    Do you ask that of all your
17 patients?
18     A.    I would say no, I don't usually
19 ask the men that, but I probably should.
20     Q.    And have the responses to those
21 inquiries of your female patients and their
22 talcum product use, has that been used at all
23 to inform your opinions in this case?
24     A.    I don't think so.  There have

Page 351

1  been very few that I have asked that question
2  in the last month or so.  I've had a limited
3  clinic schedule during this period of time.
4  We had the holidays and other things, so I
5  haven't seen that many patients.
6          And of those I've asked about
7  it, it seems about half of the women have had
8  a history of using talcum powder.
9      Q.    And of those women that are
10 using -- have told you that they have used
11 talcum powder, are those women diagnosed with
12 ovarian cancer?
13     A.    No.
14     Q.    So suffice to say the inquiry
15 that you've asked of your female patients
16 concerning their talcum use has nothing to do
17 with the question that you've been posed in
18 this particular litigation?
19         MS. O'DELL:  Object to the
20     form.
21     A.    Actually, that's the only
22 reason I've been asking them.  It's not
23 something that came to mind earlier.  I have
24 an environmental exposure survey that I

Page 352

1  usually administer to my patients, and I have
2  plans to add that as a question in my
3  environmental exposure survey.  Which I
4  haven't done already, but will as soon as I
5  get the opportunity.
6  BY MS. APPEL:
7      Q.    You testified earlier today
8  that you do not believe there was ever a
9  point where talcum powder did not contain
10 asbestos, correct?
11     A.    Yes.
12     Q.    So in forming your opinion in
13 your report, you've assumed that the talcum
14 powder does contain asbestos, correct?
15         MS. O'DELL:  Object to the
16     form.
17     A.    Well, I think the asbestos
18 contribution to this whole issue is important
19 and significant.  I think there's good
20 evidence that whatever we call talcum powder
21 is carcinogenic and responsible for ovarian
22 cancer -- as a cause of ovarian cancer, but I
23 can't say -- I can't say based on looking at
24 a can of talcum powder whether or not it has

Page 353

1  asbestos in it or how much.
2  BY MS. APPEL:
3      Q.    Have you formed an opinion,
4  Dr. Carson, on whether there's a relationship
5  between pure talc and ovarian cancer?
6          MS. O'DELL:  Objection to form.
7      A.    My opinion is there is, but
8  that's based on the research reports that
9  have been done using so-called pure talc,
10 talcum powder, and I am -- I -- my opinion is
11 that it's unlikely that those test substances
12 actually are pure talc.
13 BY MS. APPEL:
14     Q.    So again, Dr. Carson, in
15 forming your opinions, you have done so on
16 the belief that all the talc powder products
17 or just pure talc do, in fact, contain
18 asbestos?
19         MS. O'DELL:  Objection to form.
20     A.    It is my opinion that all
21 talcum powder products do contain a certain
22 amount of asbestos, even if it's extremely
23 small.
24         My opinions have been formed

89 (Pages 350 to 353)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 354

1    based on research that has been done on
2    available talcum powder products, so I guess
3    the research would have been done using some
4    small quantity of asbestos in all of those
5    studies.
6    BY MS. APPEL:
7        Q.    You also testified today,
8    Dr. Carson, that you have found in your
9    research that there is a dose-response
10   relationship between talcum powder products
11   and ovarian cancer, correct?
12       A.    Well, a number of the research
13   studies, the epidemiology studies have shown
14   positive and statistically significant
15   trends.
16       Q.    And those trends that you're
17   relying on, Dr. Carson, actually only relate
18   to duration and frequency, correct?
19           MS. O'DELL:  Objection to form.
20       A.    Yes, they do relate to duration
21   and frequency, which is the only surrogate we
22   have for dose.
23   BY MS. APPEL:
24       Q.    So in forming your opinion,

Page 355

1    Dr. Carson, you have not determined a level
2    of harmful exposure to talcum powder products
3    that causes ovarian cancer?
4        A.    That's correct.
5        Q.    And you did not conduct a dose
6    assessment between talcum powder products and
7    ovarian cancer, correct?
8            MS. O'DELL:  Objection to form.
9        A.    Well, I did not conduct a
10   dose-response, but I am of the opinion that
11   there's no safe threshold for exposure to a
12   carcinogen until such a threshold is
13   identified.
14   BY MS. APPEL:
15       Q.    And does that include
16   Category 2B particles as well --
17           MS. O'DELL:  Objection.
18   BY MS. APPEL:
19       Q.    -- that it's a possible
20   carcinogen?
21           MS. O'DELL:  Objection to form.
22       A.    It includes the talc that was
23   discussed in the IARC report.  Those
24   conclusions have nothing to do with how it's

Page 356

1    classified by IARC.
2    BY MS. APPEL:
3        Q.    But it's your opinion that a
4    possible carcinogen -- strike that.
5            It's your opinion that any dose
6    of a possible carcinogen can cause cancer?
7            MS. O'DELL:  Objection to form.
8        A.    Yes, I think there is a
9    potential for any dose of a carcinogen to
10   cause a cancer.  There's also the principle
11   that the lower the dose, the less likely it
12   is, the lower the risk is for developing a
13   cancer.
14   BY MS. APPEL:
15       Q.    And your opinion extends to
16   those particles that have not been identified
17   as carcinogens, but may just be possible
18   carcinogens?
19       A.    I think talc has been
20   identified as a carcinogen.
21       Q.    So you disagree with the IARC
22   classification?
23       A.    The IARC 2B classification is a
24   carcinogenic classification.

Page 357

1        Q.    But you recognize and -- that
2    there are different types of categories that
3    IARC has?
4        A.    Yes.
5        Q.    And that -- it's that talc that
6    does not contain asbestos was not, in fact,
7    categorized as a Group 1, correct?
8        A.    That's correct.
9        Q.    So is it your opinion, then,
10   looking at other 2B-classified particles by
11   IARC, that any exposure to pickled vegetables
12   would cause cancer?
13       A.    We know that there are a number
14   of carcinogens that are regularly present in
15   things like the food that we eat.  We have a
16   rule that says that those things should not
17   be included in food items unless they have
18   passed a particular exemption process.
19           Pickled vegetables are
20   something that people have been familiar with
21   and have been using for hundreds of years,
22   and things like talcum powder are things that
23   have been used for -- well, at least a
24   hundred years, but probably considerably

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 358

1   longer.
2        And whether or not those things
3   are carcinogens, there are people who still
4   find enough value to offset that factor in
5   their own lives and they can make their own
6   decisions regarding their exposure.
7        It's a similar concept to
8   people who choose to smoke.  Although smoking
9   is an addictive behavior, people are aware
10  that it causes disease, including cancer, and
11  yet they continue to smoke.
12       We continue to eat grilled
13  meats, even -- most of us know now that
14  grilled meats contain polycyclic aromatic
15  hydrocarbons that are known carcinogens, some
16  of them Group 1 carcinogens, and, yet, we
17  continue that practice and revel in it even.
18  That's just part of what we do as human
19  beings.
20       The issue with talc is a
21  complicated question in my mind.  I think I'm
22  straying a bit from your -- from your
23  question, but baby powder, for example, is
24  something that has a very -- very dear sort

Page 359

1   of relationship to many people.
2        The experience with that from
3   the time you were a baby until you grow up
4   and have your own children involves a lot of
5   the use of baby powder in many, many
6   households.  That's a difficult relationship
7   to break.  It's psychological as much as it
8   is knowledge based.
9        So as we go through the
10  decades, we get a little safer and safer as
11  we begin to peel these habits, these
12  dangerous habits away from our lives and
13  accept better lifestyles.
14       MR. ZELLERS:  Move to strike as
15  nonresponsive.
16       MS. APPEL:  Respectfully --
17       MS. BOCKUS:  Is he finished?
18       MR. ZELLERS:  I don't think so.
19       THE WITNESS:  I can go on.
20  BY MS. APPEL:
21       Q.   Yeah.  My question was more
22  narrow, and I was analogizing your opinion as
23  to talcum powder and was asking about other
24  2B classifications, and my example --

Page 360

1        A.   Pickled vegetables.
2        Q.   -- I had was pickled
3   vegetables, and the question was whether or
4   not is your opinion that any consumption of
5   pickled vegetables causes cancer?
6        MS. O'DELL:  Objection to form.
7        A.   I believe the primary form of
8   cancer that's potentially related with
9   pickled vegetables is stomach cancer, and
10  there is a slight increase in risk with
11  consumption of pickled vegetables for
12  everybody who does it.
13  BY MS. APPEL:
14       Q.   Okay.  And what about gasoline
15  or exhaust?
16       A.   Gasoline meaning the fuel?
17       Q.   Yes.
18       A.   Well, gasoline used to contain
19  a significant amount of benzene, which was
20  a -- determined to be a carcinogenic
21  substance.  In recent years, most of the
22  benzene has been removed from gasoline, so
23  now there's very little benzene in vapors
24  that are expressed.

Page 361

1        But there's a small amount.  So
2   when you inhale gasoline vapors, you are also
3   exposing yourself to a very small amount of a
4   carcinogenic substance.
5        As far as exhaust is concerned,
6   diesel exhaust in particular has -- contains
7   particles that have been identified through
8   various bioassays to be carcinogenic.  So
9   diesel exhaust is regulated as a carcinogenic
10  material, even though we continue to be
11  exposed.
12       Q.   And it's your opinion that any
13  exposure that we all incur related to exhaust
14  will cause us cancer?
15       MS. O'DELL:  Objection to form.
16       A.   It will cause an increase in
17  risk of cancer.  Doesn't necessarily cause
18  cancer in everybody.
19  BY MS. APPEL:
20       Q.   Okay.  Are you aware that Saed
21  has been hired by plaintiffs' counsel in this
22  litigation?
23       A.   I am.  And when I misspoke
24  earlier today regarding the Taher paper, I

91 (Pages 358 to 361)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 362

1    was thinking of the Saed paper.
2        Q.   Okay.  Last question:  Counsel
3    was asking you about the migration process,
4    and you mentioned that in the course of
5    particles moving up the track, that some of
6    it may come back out even after it reaches
7    the fluid surrounding the ovaries, correct?
8        A.   Yes.
9        Q.   So if particles have the
10   ability to come back out, that means that
11   there is, in fact, some form of an intrinsic
12   elimination system.
13       A.    Well, if this is all based on
14   mass action, it would not necessarily be an
15   intrinsic elimination system, and I believe
16   that talc particles, once they produce an
17   inflammatory response, they become
18   sequestered within that inflammatory milieu
19   and no longer are available for movement back
20   out into the fluid.
21            I'm sure there's some small
22   percentage of them that are an exception to
23   that, but for the majority, that would be the
24   case.

Page 363

1            MS. APPEL:  Okay.  That's all I
2    have.  Thank you, Dr. Carson.
3            MS. TINSLEY:  I don't have any
4    questions.
5            MS. O'DELL:  Okay.  Why don't
6    we take a short break.
7            THE VIDEOGRAPHER:  Off the
8    record at 5:37, end of Tape 4.
9            (Recess taken, 5:37 p.m. to
10   5:44 p.m.)
11           THE VIDEOGRAPHER:  We're on the
12   record at 5:44, beginning of Tape 5.
13           MS. O'DELL:  Dr. Carson, I
14   don't have any questions, so this will
15   conclude your deposition.
16           MR. ZELLERS:  Thank you,
17   Doctor.
18           THE VIDEOGRAPHER:  Going off
19   the record, 5:44.  End of deposition,
20   end of Tape 5.
21           (Proceedings recessed at
22   5:45 p.m.)
23               --o0o--
24

Page 364

1                    CERTIFICATE
2        I, MICHAEL E. MILLER, Fellow of
     the Academy of Professional Reporters,
3    Registered Diplomate Reporter, Certified
     Realtime Reporter, Certified Court Reporter
4    and Notary Public, do hereby certify that
     prior to the commencement of the examination,
5    ARCH I. "CHIP" CARSON, M.D., Ph.D. was duly
     sworn by me to testify to the truth, the
6    whole truth and nothing but the truth
7        I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
8    testimony as taken stenographically and
     before me at the time, place and on the date
9    hereinbefore set forth, to the best of my
     ability
10
11       I DO FURTHER CERTIFY that pursuant
     to FRCP Rule 30, signature of the witness was
12   not requested by the witness or other party
     before the conclusion of the deposition
13       I DO FURTHER CERTIFY that I am
14   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
15   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
16   that I am not financially interested in the
     action
17
18   _____
     MICHAEL E. MILLER, FAPR, RDR, CRR
19   Fellow of the Academy of Professional Reporters
     NCRA Registered Diplomate Reporter
20   NCRA Certified Realtime Reporter
     Certified Court Reporter
21
     Notary Public in and for the
22   State of Texas
     My Commission Expires:  7/9/2020
23
     Dated: January 22, 2019
24

Page 365

1            INSTRUCTIONS TO WITNESS
2
3            Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the
6    appropriate space on the errata sheet for any
7    corrections that are made.
8            After doing so, please sign the
9    errata sheet and date it.
10           You are signing same subject to
11   the changes you have noted on the errata
12   sheet, which will be attached to your
13   deposition.
14           It is imperative that you return
15   the original errata sheet to the deposing
16   attorney within thirty (30) days of receipt
17   of the deposition transcript by you.  If you
18   fail to do so, the deposition transcript may
19   be deemed to be accurate and may be used in
20   court.
21
22
23
24

92 (Pages 362 to 365)

Arch I. "Chip" Carson, M.D., Ph.D.

| | Page 366 |
|---|---|
| 1 | ERRATA |
| 2 | PAGE LINE CHANGE |
| 3 | ___ ___ _____ |
| 4 | REASON: _____ |
| 5 | ___ ___ _____ |
| 6 | REASON: _____ |
| 7 | ___ ___ _____ |
| 8 | REASON: _____ |
| 9 | ___ ___ _____ |
| 10 | REASON: _____ |
| 11 | ___ ___ _____ |
| 12 | REASON: _____ |
| 13 | ___ ___ _____ |
| 14 | REASON: _____ |
| 15 | ___ ___ _____ |
| 16 | REASON: _____ |
| 17 | ___ ___ _____ |
| 18 | REASON: _____ |
| 19 | ___ ___ _____ |
| 20 | REASON: _____ |
| 21 | ___ ___ _____ |
| 22 | REASON: _____ |
| 23 | ___ ___ _____ |
| 24 | REASON: _____ |

| | Page 368 |
|---|---|
| 1 | LAWYER'S NOTES |
| 2 | |
| 3 | PAGE  LINE |
| 4 | ___ ___ _____ |
| 5 | ___ ___ _____ |
| 6 | ___ ___ _____ |
| 7 | ___ ___ _____ |
| 8 | ___ ___ _____ |
| 9 | ___ ___ _____ |
| 10 | ___ ___ _____ |
| 11 | ___ ___ _____ |
| 12 | ___ ___ _____ |
| 13 | ___ ___ _____ |
| 14 | ___ ___ _____ |
| 15 | ___ ___ _____ |
| 16 | ___ ___ _____ |
| 17 | ___ ___ _____ |
| 18 | ___ ___ _____ |
| 19 | ___ ___ _____ |
| 20 | ___ ___ _____ |
| 21 | ___ ___ _____ |
| 22 | ___ ___ _____ |
| 23 | ___ ___ _____ |
| 24 | ___ ___ _____ |

Page 367

1   ACKNOWLEDGMENT OF DEPONENT
2
3
4       I, ARCH I. "CHIP" CARSON, M.D.,
     Ph.D., do hereby certify that I have read the
5    foregoing pages and that the same is a
     correct transcription of the answers given by
6    me to the questions therein propounded,
     except for the corrections or changes in form
7    or substance, if any, noted in the attached
     Errata Sheet.
8
9
10
11
12   _____
     ARCH I. "CHIP" CARSON, M.D., Ph.D.  DATE
13
14
15   Subscribed and sworn to before me this
16   _____ day of _____, 20 _____.
17   My commission expires: _____
18
19   _____
20   Notary Public
21
22
23
24

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 369

**A**

**a.m**
1:16 8:2,8 31:10
89:5,6
**ability**
211:18 362:10
364:9
**able**
34:22 36:1 38:12
42:22 64:3 71:15
115:13 141:9
154:11,14 175:20
190:1 191:16
216:2 220:1
258:17 281:10
299:8 309:17
313:9 325:12,17
325:21 326:8
340:12 346:5
**Abney**
36:22,23,24 37:8
37:14 38:1,17
45:23,23,24 55:2
65:15 284:16
285:1,12
**absence**
72:16 99:23 240:19
**academic**
70:12 76:5
**Academy**
1:18 364:2,19
**accelerate**
311:22
**accelerated**
287:3,14
**accept**
359:13
**acceptance**
213:11
**accepted**
102:18 103:18,23
250:12 320:24
330:7
**access**
13:23 102:1,9,10
162:5 321:12

**accessed**
42:3
**accomplished**
249:23
**account**
162:11 163:13
166:18 224:14
268:6,8,20 277:14
**accounts**
277:19 342:22
**accumulated**
310:15
**accumulating**
348:1
**accurate**
14:21 22:11 365:19
**Acheson**
145:12 154:19
**achieved**
259:7
**acidolite**
144:21
**acknowledge**
221:18
**ACKNOWLED...**
4:12 367:1
**ACOG**
338:20
**act**
317:11
**action**
96:6,6 98:2 99:22
272:12 299:23
300:2 334:14
362:14 364:14,16
**activities**
27:18 31:17 58:16
60:9 232:6 257:4
319:5 328:14
**activity**
340:4 348:11
**acute**
198:16,20
**acute-phase**
318:10
**add**
83:16 119:17 256:3

**accessed**
299:15 329:14
352:2
**added**
115:22 175:24
**addictive**
358:9
**adding**
119:15
**addition**
14:1 24:9 68:8
215:23
**additional**
14:2 17:12 24:10
24:20 25:18 28:3
51:15 60:8 68:11
72:6 217:18
**additions**
57:24
**additive**
300:5
**address**
32:4 38:2 93:13
165:6 214:16
294:22
**addressed**
215:2 216:3
**addresses**
294:23
**addressing**
291:5 295:1
**adds**
169:7 249:14 341:3
**adhered**
341:16,21
**adhesions**
116:17 119:3,12
120:6,19 132:24
133:4,14 185:6
**adjust**
268:15
**adjusted**
269:4 272:22
**administer**
352:1
**administered**
188:23
**administration**

**257:3**
**adolescence**
267:16,24
**adopt**
100:13
**adopted**
98:16
**advantage**
240:5
**advice**
164:14
**African-American**
196:23 198:3
270:19
**age**
162:12 163:15
**agencies**
93:24 97:7
**agency**
178:23 179:1 219:9
219:11 225:23
294:24
**agent**
179:13,18,20
226:24 227:9
228:21 235:12
**agents**
178:15 179:10
225:22 226:3,16
226:21 227:7
**ago**
30:8 37:2 235:12
250:13 320:8
327:13 350:12
**agree**
75:6,14 77:20 78:3
92:22 96:4 106:10
120:14 121:2
134:14 159:2
160:23 167:18
168:13,18 172:14
180:2 218:3
239:14,15 253:20
253:23 258:12
264:22 266:7,23
277:21 290:20
293:20 294:6

**302:24 317:6**
318:5 326:11
327:6
**agreed**
235:23 236:12
239:4
**agreeing**
133:10
**ahead**
21:22 25:4 39:21
67:10 282:12
290:18 315:13
343:13
**aid**
186:10
**air**
186:3 187:3
**aklevorn@burns...**
2:9
**al**
5:9,10,12,13,18,19
6:4,6,7,8,10,13,14
6:16 26:5
**Alabama**
2:5
**albumin**
183:18 189:6
**allege**
138:23
**alleged**
143:22 153:9 175:7
298:23
**allegedly**
152:22
**Allen**
2:2 8:18,20
**allow**
12:4 254:21
**allows**
42:19 87:18
**allude**
86:17 128:9
**alluded**
289:4
**alterations**
319:3,3
**altered**

314:17
altering
329:1
alternative
132:16 150:16,20
Amanda
2:8 8:22
America
3:5,10
American
32:14 77:13 335:5
amosite
146:7
amount
55:16 73:5 143:22
  152:11,21 153:9
  170:21 171:2,2,2
  171:7,16 177:21
  202:21 231:12
  232:3 263:10
  279:7 299:2 301:4
  319:19,20 339:18
  340:7,9,11,16
  341:7,21 348:8
  353:22 360:19
  361:1,3
amounts
73:5,16 167:5
  169:11,16 176:5
  211:4
amphibole
31:10 146:5,17
analogizing
359:22
analyses
113:24 114:4
analysis
80:23 86:4 163:13
  191:18 192:18,21
  193:22 219:2
  220:4 252:19
  257:17
analyzes
219:22
analyzing
215:12
anatomical

84:3
anatomy
207:22 209:9
and/or
139:4 171:7 221:22
Angeles
2:15
animal
291:5 293:14,17
  294:1
animals
286:24 290:9 291:1
  291:3 292:11,20
  294:6
Annie
69:5,10
answer
11:18 12:4,5 23:7
  39:17 40:9 53:18
  64:4 81:15 92:14
  92:14,20 105:14
  110:10 112:9
  115:13 135:16,24
  141:9 148:4
  156:12 161:9
  162:23 172:4
  188:5 189:4
  206:15 208:18
  220:1 307:4 316:7
  332:21 340:21
answered
88:23 106:17
  110:15 116:20
  128:7 137:22
  152:6 157:2
  228:15 242:5
answering
150:2
answers
159:12 180:14
  367:5
anthophyllite
144:11,23 145:3,4
  145:5 146:6
antiinflammatory
131:8,20
antioxidant

314:18
Antonio
3:4
apart
28:5 207:18
apologies
74:4 257:23
apologize
285:19 296:16
apparent
211:2 251:8
apparently
208:22
appear
10:17 222:4 258:10
appearances
4:2 56:19
appeared
77:13,17
appears
258:7 276:3 316:2
Appel
3:17 4:8 9:9,9
  343:8,11,19,22
  345:23 349:6
  352:6 353:2,13
  354:6,23 355:14
  355:18 356:2,14
  359:16,20 360:13
  361:19 363:1
appendices
102:2,11
Appendix
19:13 21:21
apples
254:18,18
application
86:13 87:11,16
  88:4,9,12,13,21
  109:3 110:24
  111:14 117:6
  119:24 147:2
  152:18 167:10
  183:13 185:9
  210:8 230:11
  231:6,10 232:4
  296:10 302:1

306:16 319:22
  340:5,11
applications
194:7
applied
109:3 116:15
  119:14 201:5,7,16
  201:24 264:16
  302:4 306:14
  321:11 334:20
  341:11,15
applies
218:7 228:20
  236:15
apply
186:19 231:4
  235:17,19
applying
240:9
appointment
61:7
appreciable
202:21
appreciate
195:20
approach
42:15,18 95:16
  98:11,16 99:15,19
  99:20 100:4 312:3
  325:20
approaches
93:12
approaching
28:11
appropriate
98:10 99:22 164:18
  293:15 365:6
approximately
347:14
April
30:21,24 33:19
  218:21
aquatic
345:7
aqueous
345:6
Arch

1:13 4:5 5:1 9:18
  10:1 364:5 367:4
  367:12
area
37:1 91:3 160:24
  162:10 163:22
  186:19 198:13
  199:13 248:10
  249:16 252:21
  258:12 301:21
areas
43:3 70:19 198:22
  199:2 201:19
argues
110:7 333:21
argument
213:10
argumentative
88:17
aromatic
358:14
arrive
215:1 241:19
arriving
251:11
arrows
337:3
art
41:18 208:12,17
arthritis
121:18
article
26:5,9,11,16,24
  28:9,23 29:3,4,8
  31:9,20 32:6,14
  32:22 33:10,11
  51:3,19 86:10
  88:1,18 102:24
  103:7,11 117:3
  248:17 280:17
articles
25:6 28:3 51:14,17
  86:17 87:8 104:23
  105:1 125:1
  183:11 185:5
  192:8 347:2,5,7
  348:5,7,13

Arch I. "Chip"   Carson, M.D., Ph.D.

Page 371

asbestiform
290:10,22 295:19
asbestos
41:9,11,11 49:17
55:12,17,20 64:19
72:10,17,17 106:2
106:10 107:2
114:23 115:4,9
125:1 138:17,23
139:4,8,13,16,21
140:8,22 141:7
142:19 143:1
144:7,19,19 145:8
145:18,24 146:2,5
146:15,17 147:10
147:16,22 148:8
148:14 151:1
152:11,15,17,21
153:9,13,22 154:1
154:6,12,17 157:6
157:15 158:19
159:3 160:4,17
163:8 166:15
167:5,14 168:14
169:1 170:19
290:10,22 295:19
296:7 297:21
298:3,6,16,24
299:2 300:3
331:13,15,16
332:16 352:10,14
352:17 353:1,18
353:22 354:4
357:6
asked
32:3 38:1 39:15
53:15,17 57:4
80:19 88:22
106:16 110:15
116:20,22 117:13
118:10,12 123:4
124:11 128:7
137:21 144:24
152:6 156:11
157:1 165:7
168:24 172:5
199:11 214:1,16

216:3 228:14
242:5 278:19
283:6 336:7
337:13 351:1,6,15
asking
92:1,12 112:7,10
112:24 119:24
136:3 174:17
308:24 309:1
316:22 317:14
350:12 351:22
359:23 362:3
aspect
137:8 173:19
aspects
22:17,19,20 216:20
aspirin
131:9,13,20
assemble
24:8 40:18
assess
111:20 231:19
assessed
258:19
assessing
99:2 113:23
assessment
5:15 30:13 53:6
89:15 94:23 95:22
96:10,17 172:11
172:15 173:1,8,13
173:14,20,21
174:5,13,18,20,21
174:23 175:2,7,14
175:20 205:22,24
214:6,12 232:9
355:6
assessments
97:6 175:4 205:18
205:21
assigning
225:7
assist
43:21
assistant
58:8 289:7
assisted

43:23
associate
61:8
associated
63:16 121:24 122:1
122:7 131:10
145:9,11,16
152:12,15,19
153:10,13,16
154:13 179:9
248:10 249:17
252:17 277:6
association
17:7,17 27:3 38:19
53:21 54:10 55:8
64:19,20 85:2
91:20 107:3 110:2
110:7,12 111:3
129:18 130:9
138:7,12 166:12
196:11,21 198:1
223:5 229:24
230:9,20,21 233:2
233:12 235:3,4,17
235:24 237:8,23
238:8,16 240:20
243:12 244:3,15
246:3,9 247:22
248:23 250:6
254:1 262:16,21
265:6,11,23
270:17
associations
109:9,20,21 121:13
193:18 221:24
223:7 233:8
245:10 272:23
assume
11:20 181:2
assumed
352:13
Assuming
116:4
assumption
139:14,19 296:3
attached
21:7,21 323:2,5

365:12 367:7
attachments
15:24 16:2 21:1
attempt
188:3 231:18
277:13 325:7
340:23
attempted
340:15
attempts
231:23 232:1,2
268:9 339:17,24
341:7
attention
105:2
attenuated
193:18
attorney
36:21 364:13,15
365:16
attorneys
13:2 20:3 24:6
51:11 72:15 75:18
96:11,13 101:7
103:22 104:14
141:22 347:12
attorneys'
46:8
attribute
307:3,6
attributed
244:6
Australia
308:9
author
27:5,24 29:2 77:6,7
101:13 129:14,16
246:22 286:13
author's
186:14
authored
31:9 32:16 62:21
authoring
89:11
authorities
89:21
authority

90:24
authorized
39:24
authors
101:17 104:2,16,19
105:5,11 106:23
107:11 108:8
111:11 128:1,3
163:6,17,21
187:10 193:4,5,8
194:11 196:18
210:22 241:7
243:9 244:2,22
247:18 248:6,20
249:10 269:4
271:24 277:16
availability
37:6
available
13:24 16:18 25:6
34:2 40:19 50:15
54:13 69:1 78:5
94:16 174:1,9
214:18 215:14,23
216:9 228:9,10
313:18 354:2
362:19
Avenue
3:8
average
231:2 280:19
avoid
241:10
avoiding
244:24
aware
14:23 25:15 27:15
31:21 37:4 41:8
46:22 49:19,20
50:22 51:20 52:1
52:3 67:1,4 68:16
88:1 116:23 122:9
127:24 131:7
148:21 153:23
161:16 185:5
200:9 203:3,6
204:5 212:24

Arch I. "Chip"   Carson, M.D., Ph.D.

213:21 229:4
241:9 268:3,4
322:7,8,12,15,20
325:20 358:9
361:20
**awareness**
55:17
**awful**
349:16

---

## B

**b**
3:17 19:4,5,13
21:21 25:1 286:1
346:23 347:1
**baby**
22:2,3 85:6 144:16
152:23 177:22
232:9 274:21
275:6,11,20
358:23 359:3,5
**back**
31:21 37:9 77:6
125:16 136:20
142:15 145:10
158:1 163:19
168:11 207:19
227:6 228:24
246:17 278:6
307:8 314:22
324:10 327:7
336:13 337:7
344:9 362:6,10,19
**background**
155:23 156:1
236:24
**bacteria**
202:14
**bad**
321:18
**balance**
248:8
**Balkwill**
127:5
**banned**
133:19,24 134:9,15
134:18

**based**
19:21 71:17,19
75:24 85:17 93:22
94:5,15,20,23
105:8 113:1
143:13,17 148:1
153:22 157:17
180:4 192:24
193:8 214:15,22
220:3 223:13
224:20 227:21
228:8 235:13
251:21 274:18
280:2 284:19
300:1 306:2 308:7
308:14 310:16
311:17 340:6
342:24 349:8
352:23 353:8
354:1 359:8
362:13
**baseline**
176:1 195:8
**basic**
83:9 93:17 211:1
238:10 292:18
310:24
**basically**
276:5 313:4 348:12
**basis**
27:17 31:15 40:20
120:18 141:19
157:5,11 158:9,14
199:2,13 279:20
306:22 307:1
310:3 326:13,19
327:18
**Bates**
71:17,20
**bathe**
199:18,20
**bathing**
199:22
**beads**
316:23
**bear**
182:18 291:12

**Beasley**
2:2 8:18,20
**beef**
336:14
**began**
40:18 43:15 65:13
**beginning**
67:20 81:8 89:8
96:1 177:5 197:5
199:10 253:12
363:12
**begins**
24:22
**begun**
241:4
**behalf**
57:11 343:22
**behave**
213:3
**behavior**
74:7 358:9
**beings**
249:19 358:19
**belief**
200:15 206:22
353:16
**believe**
22:12,13,19 25:8
27:22 34:6,9 35:5
37:17 39:4 53:5
54:20 61:22 67:12
69:18 70:3,4
72:24 84:16 85:1
89:12 95:7 96:11
103:1 106:18
111:9 114:17
115:11 127:11
128:3 139:7,10
140:20 144:7,18
145:2 147:14
148:2,6 149:9
153:24 185:3,12
186:14 189:1
190:23 202:20
203:24 206:19
210:20 217:14,17
218:5 219:4

228:20 231:8
234:11 236:15
238:3 242:6
246:21 256:12
257:7 267:5
271:23 278:20
279:4 281:21,24
282:6 292:12
296:2 302:18,22
305:7 309:12
312:7 317:3 318:1
330:15,22 337:23
352:8 360:7
362:15
**believing**
17:5
**Beneath**
125:12
**benzene**
360:19,22,23
**Berge**
6:13 242:15,15
**Berry**
129:20 145:22
**Bertolotti**
146:8 297:14,15
**best**
12:2 74:7 364:9
**better**
109:14 249:7 326:6
359:13
**beyond**
202:11 340:13,24
**bias**
210:19 213:6,8,9
221:22 227:23
228:11 239:17
240:23,24 241:3,7
241:9,13,24
243:10 244:6,13
244:20,23 245:1
269:7,8,13,18
270:3 276:11,15
277:14
**biases**
221:18
**Biddle**

2:19 9:3
**billable**
40:4
**billing**
45:9
**biloba**
229:3
**binder**
13:13 15:8 24:1,3,8
28:5 30:1 192:5
257:24
**bioassays**
361:8
**biochemical**
312:21
**biologic**
59:18 229:24
321:13,16 322:5,9
322:13,16
**biological**
87:17 111:23 112:1
132:18 224:12
229:8 230:10
339:9
**biologist**
60:21
**biomarkers**
313:19
**biostatistician**
61:24 253:17
**bit**
56:5 83:12 256:18
270:13 296:21
305:5 358:22
**black**
183:16 292:1
**bladder**
202:18,22
**blank**
333:24
**blanks**
187:14
**block**
257:24
**blood**
170:11
**Blount**

5:18 31:10 32:7
33:10
**blue**
320:11
**Blumenkrantz**
183:18,21,22
**board**
61:20,23 204:9
334:23 335:2
**Bockus**
3:2 4:7 9:5,5 234:1
236:7 284:1,7,9
284:11 285:7,17
288:14 289:13,16
289:21,22 290:14
292:8,21 293:22
294:8,18,20
295:10 296:4,19
297:1,2 298:1
299:10 300:16
302:23 303:10
304:21 305:6
307:18 309:20
310:8,10,22 314:2
315:6,11,15 316:6
316:19 317:12,18
318:4,12,21
319:18 320:2,19
321:2 323:1
324:11,17,20
325:4,22 327:1
329:15 330:21
333:8 341:4 342:1
343:1 359:17
**bodies**
170:4 199:2,4
**body**
110:20 122:11
132:19 135:10
154:9 181:24
183:8 200:7 201:4
209:1 219:13
247:19 248:21
250:3 256:9
270:17 272:2,14
272:24 278:21
279:5,9,12,14

296:8 298:6,24
299:5 301:10
304:14 317:20
**bolts**
68:1
**book**
77:16,18
**boost**
346:12
**borderline**
237:2
**born**
313:3
**bottled**
170:7
**bottom**
69:10 196:19
**bound**
189:6
**Bradford**
107:20,24 110:18
215:7,12 219:22
225:4 229:21
230:18 240:7,9
255:1 264:8,16
**Branch**
58:5
**BRCA**
333:5
**break**
86:24 87:4 89:2
176:20 343:4,14
359:7 363:6
**breast**
196:24
**breathe**
329:5,10
**Brett**
79:21
**brief**
118:22
**briefly**
190:22 225:12
**bring**
23:24 28:8 29:3,17
33:4,7 58:2
**British**

129:17
**broad**
309:23 349:19
**broken**
279:9
**brought**
12:12,20 13:10,14
13:20 14:2,8,20
15:2,7 24:9,21
28:4,21 29:24
33:15,20 34:1,8,9
36:6 50:18 51:16
51:20 100:21
123:20,22 124:6
124:11 176:13
178:9 218:13
**building**
234:12 335:21
**built-in**
312:14
**burden**
182:19
**Burns**
2:8 8:23
**business**
76:1 149:7,12,20
**bystander**
329:24

--- C ---

**c**
2:1,13 3:1 297:5
**CA-125**
314:9,22 318:6,14
**calculate**
280:16
**calculated**
212:11,12,14
280:23
**calculation**
306:20 341:3,12
**calculations**
251:9,21 340:6
**calendar**
45:17
**California**
2:15

**call**
37:23 335:19
352:20
**called**
38:17 77:16 189:24
**calls**
46:7 203:7 235:8
**Camargo**
6:7 162:20,21
165:18
**Canada**
5:15,22 30:14 65:8
89:15,22 93:5,19
94:3,18,20,22
95:22 96:4,10,17
96:21,24 97:3
98:13,15 99:1,13
99:18 100:9 205:9
205:24
**Canadian**
30:3
**Canal**
2:9
**cancer**
17:8 23:5 27:5 30:5
32:1 36:17 38:4
38:20 41:3,12,14
41:16,24 53:8,23
55:9 60:12,21
62:10,19 63:1
66:13 84:17 85:3
85:7 86:8 89:23
90:8,14,18,21,23
91:4,6,10,12,14
91:18,22 93:7,14
95:10,13,18 106:3
106:12,14,15,19
107:5 108:5 109:4
111:1,15 112:3
113:23 116:8
119:22 120:6,14
120:19,23 121:3,8
121:22,24 122:8
122:18,22 123:9
123:14 125:1,5
126:1,5,16,24
127:7,13 128:2,13

129:8 130:10
131:3,14,18,22
132:7,12,14 135:1
135:15,21 136:6
136:17,19 137:1
138:7,8,13 139:9
139:11 140:4
145:9,12 152:12
152:16,20 153:10
153:13,21 154:2
154:13,17,23
155:1,6 158:19
159:4,10 160:5
161:19 162:12
163:8,15 167:22
168:8 178:23
179:15,16 185:14
191:2,7,16 192:23
194:18 196:11,24
197:17 202:18,24
210:9 211:4,5
212:20,21 216:10
220:7,8 221:21
222:1 223:8
224:13,15,17
225:24 230:13,23
231:3 234:7,21
235:4,18,20 237:9
237:24 238:9,17
244:4 245:4 246:4
246:10 247:23
248:11,24 249:17
250:7 252:4 255:5
256:22 260:21
265:12,24 267:1,9
267:17 268:2,6,19
269:19,21 270:18
270:19 273:1,5,9
273:14,21,24
274:7,14,20 275:4
275:11,20 276:4,6
277:7 279:17
280:8,13,22 281:8
281:22 282:14,19
284:20 286:18,23
288:23 289:2,3
292:4,4,5,5 296:9

Arch I. "Chip"  Carson, M.D., Ph.D.

306:3,5,8,14
307:7,13 308:12
309:13 310:4
314:6 316:16
326:14,18 330:4,9
330:19,23 331:1,4
331:11,18 332:24
333:20 338:14,22
344:11 350:1,3,5
351:12 352:22,22
353:5 354:11
355:3,7 356:6,10
356:13 357:12
358:10 360:5,8,9
361:14,17,18

**cancer-causing**
286:3,11 294:1

**cancerous**
317:10,16

**cancers**
17:4 91:8 93:16
121:11,14 122:2
123:14 153:17
166:14 167:3,8
168:6,10 179:2,8
213:2 236:16,23
237:2,3,5 238:12
251:1,2 280:2

**capable**
78:4 164:13 202:6
220:21

**capacity**
42:4 56:20

**caption**
19:4

**carbohydrate**
279:7

**carbon**
183:16 185:21
291:24

**carcinogen**
178:22 179:14,15
179:19 226:22
235:9,13 288:7,9
315:19 355:12,20
356:4,6,9,20

**carcinogenesis**

41:14,17 116:13
226:14 288:19

**carcinogenic**
28:12 81:20 91:5
114:23 138:18
139:4 154:6 169:6
171:20 178:16,17
179:21 225:7,9
226:4,17 227:1,10
227:13 229:3
249:19 272:14
291:23 300:22
311:14,15,23
312:10 352:21
356:24 360:20
361:4,8,9

**carcinogenicity**
83:18 169:8 180:4
248:12 249:9,20
290:9 295:18

**carcinogens**
288:13 312:19,24
356:17,18 357:14
358:3,15,16

**care**
3:20 9:10 343:23
345:5,13

**careers**
213:24

**carefully**
365:4

**Caroline**
3:12 9:12

**caroline.tinsley...**
3:13

**carpentry**
229:12

**carried**
193:17 196:20
211:18

**carries**
196:17

**carry**
241:17 342:7

**Carson**
1:14 4:5 5:1,5,6 6:3
8:14 9:18 10:1,18

13:4,9 14:9,19
15:18 20:10 21:3
21:10 26:2,6,19
29:14 30:16 31:5
32:8,19 36:7,10
67:18 74:10,16
89:10 98:21 99:10
124:17 130:3
149:23 150:13
159:21 163:3
164:9,18 165:5,17
171:11 173:6
177:7 192:11
195:23 225:15
243:1 247:8
253:14 271:1
283:10 284:10
289:9 347:9 353:4
353:14 354:8,17
355:1 363:2,13
364:5 367:4,12

**Casale**
146:11

**case**
21:24 38:9 40:4
50:4 51:7,9 57:16
64:15 66:12 68:2
78:4,15,17 80:12
80:20 81:4 95:8
96:8 105:19 108:4
110:17 120:2
123:5 141:6,13,20
144:4,8,20 147:12
147:15 148:7
156:5 167:11
171:6 173:17
174:13 176:8
185:12 187:17
191:23 196:6
211:8 215:18,20
217:15 219:2
228:16 236:19
242:7 246:14,17
246:21 252:13
293:21 302:22
329:11,18 335:13
350:23 362:24

**case-control**
125:18 126:8 223:4
232:17 233:1
238:14 239:15,17
240:13,14 241:5
242:2 243:13
244:5,16,21 245:9
246:1,7 251:6
253:21 254:10
258:22 259:3,5
260:13

**case-controlled**
239:22 250:17
255:14

**case-specific**
171:13

**cases**
1:8 37:11,12 57:6
76:10,11 78:15
131:4 140:9,10
159:5,9 160:16
162:4 175:3
185:14,17 224:15
224:17 240:3
250:22 251:10,24
254:20 273:4,23
274:24 278:3
306:3,8,8 327:15
329:1

**catch**
313:2

**categories**
225:12 357:2

**categorized**
357:7

**category**
113:24 146:7 226:3
226:6,11 227:9
229:5 355:16

**causal**
53:21 54:11 85:2
132:6 247:21
248:23 250:5

**causation**
17:2 100:10 109:3
218:6 220:5 233:9
233:13 234:6

**cause**
23:5 38:4 53:8 98:9
99:24 120:6,19,22
122:17 127:12
128:16 129:7
135:7,14,15
136:24 154:12
160:5 179:2 188:4
199:5 211:2
286:18 296:8
312:21 329:20
333:20 352:22
356:6,10 357:12
361:14,16,17

**caused**
166:14 198:21
224:17 286:22
313:11

**causes**
53:8 85:6 86:8
93:16 122:21
123:8 126:16
128:2,13 131:18
132:14,23 135:5
139:8,10 287:1,17
287:18 288:23
330:23 355:3
358:10 360:5

**cavities**
301:10

**cavity**
83:12 183:8 207:1
322:2

**CDC**
90:6,11,12 234:24

**cell**
115:1 139:1 312:12
312:15 314:20

**cells**
287:3,4,14 312:18
314:6 315:20
316:15,16 317:10
317:15,16 319:15

**cells'**
317:1

**cellulose**
279:8

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 375

cement
146:1,13
Center
1:15 90:3 93:6
centers
90:17
Century
136:20
certain
12:12 13:15 75:5
80:20 135:5
206:18 213:10
216:17 243:15
284:11 353:21
certainly
117:1 141:18 158:7
159:9 226:20
262:3 330:24
331:12 333:21
CERTIFICATE
4:10 364:1
certification
61:23 328:16
certified
1:19,20 61:20
334:23 364:3,3,20
364:20
certify
364:4,7,10,13
367:4
cervical
198:12 199:14,24
200:12
cervix
189:10,13 200:20
201:6,7,16 206:23
209:15,22 302:11
302:14,15 322:10
339:6,15
chairperson
95:17
chairs
95:20
chance
110:4,5,8 227:23
228:11 245:17
251:22

change
59:7 205:5 253:5
366:2
changed
17:9 75:2,4 81:1
204:13,19
changes
77:11 97:18 336:11
365:11 367:6
channel
206:23
Chappell
6:4 129:19
chapter
77:16
characteristic
337:22
characteristics
199:5 286:3,11
308:20
characterization
239:4
characterize
85:18 140:7 249:7
Charest
2:8 8:23
charge
93:20 144:3 346:9
Charles
129:19
chat
342:22
chatter
204:2,5,6,24 205:3
278:9 342:21
check
193:12
chemical
179:19,20 328:9
329:4,9
chemicals
63:7,13,15 72:23
73:6,17 75:1
114:24 115:16,18
172:6 174:6
175:15,19 176:7
177:9,13,22

178:15 179:10
chemotaxis
199:6 287:2,13
children
333:11 359:4
Chip
1:13 4:5 5:1 8:13
9:18 364:5 367:4
367:12
chlamydia
267:8,23
choice
345:14
choose
164:17 358:8
chose
33:4
chromium
169:7,11,24 171:7
172:1 173:22
180:8,18 181:6
chronic
114:18 115:24
116:6,10 121:7
131:14 199:2,9,13
252:15
chrysotile
145:18 147:9
154:21,23
cigarette
265:13,18
circumstances
186:18 206:20
327:12
cite
19:11,12 20:5
29:11 33:11 71:2
71:4 123:6 130:12
148:10,17 181:23
183:5,12 184:2
189:8 191:22
195:3,11 196:5
208:24 211:12
216:8 217:6,13,19
217:21,23 242:17
242:21 246:22
259:19 270:11

271:16 283:6
287:5,23 296:9
297:7
cited
13:11 15:8,11,13
24:15 29:9 32:23
54:18 66:17,20
142:22 184:7
185:18 217:9
218:1 256:8
270:11 286:13
307:10
citing
20:19 70:24
citizens
219:9
citizens'
221:16
claim
115:23 133:2
138:16 169:5
208:5
claimed
214:22
class
229:2 272:12
classification
6:11 178:20 225:6
225:8 288:8 342:5
356:22,23,24
classifications
225:14,22 359:24
classified
162:7 233:18
249:18 356:1
classifies
178:14
classify
63:17
clause
107:8
cleanly
264:2
clear
11:15
clearance
84:6 132:19 249:8

cleared
278:21 279:5
clearly
321:10
cleavage
168:21 169:1
clinic
58:7 90:16 351:3
clinical
27:17 31:16 38:24
58:8 60:4,8 70:12
76:5
close
202:1 223:9
closely
329:20
closer
198:13
closes
191:4
clothed
341:2
co-workers
134:12
coach
164:23
coaching
165:2
coauthors
101:6,9
cobalt
169:7,12,24 171:7
172:1 173:22
180:8,19
cofactor
267:21 277:18
coffee
265:11,13,17,21,23
266:1
cogent
224:12
cohort
125:8,9 232:21
237:7,8 238:7,10
240:12,20,22
241:12 242:1
244:5 245:10

Arch I. "Chip"  Carson, M.D., Ph.D.

250:15,23 251:5,7
251:13,18,20
252:3,14,20,21
257:12 258:12
334:3
**coin**
109:14
**colleague**
117:8
**colleagues**
44:12,14 46:8
51:15 79:9,10,15
79:17 80:13
297:17 344:2
**collected**
277:23 278:1,3
**collection**
12:14 153:17 347:7
**collectively**
238:15 246:8
**College**
59:5 335:5
**column**
160:10 165:24
196:21 243:24
273:3,7
**combination**
104:12
**combine**
326:3
**combined**
299:12,22 300:13
**come**
44:8,9 96:9 106:4
149:4,5,12 282:9
285:10 305:19
309:17 323:24
324:10 327:24
362:6,10
**comes**
56:3 232:16 251:24
313:6 328:21
329:3 335:20
346:10
**comfortable**
39:11,24
**coming**

18:16 25:16 198:4
**commencement**
364:4
**commencing**
1:16
**comment**
96:1 221:10 336:24
**comments**
44:2,4,8 96:20,24
97:2 117:13
216:23 247:15
336:10,21
**Commerce**
2:4
**commission**
364:22 367:17
**committee**
2:6 95:16,17,20
129:17
**committees**
95:15
**common**
144:24 145:2
161:24 265:13
333:2 334:2,7
**commonly**
144:17
**communicated**
65:4,7 104:15
**communications**
45:20 47:1,12 77:1
**community**
204:8 240:1,2
248:16 330:7
**community-based**
238:20
**companies**
72:5 75:9,22
143:15
**companies'**
150:23
**company**
58:17 60:15 69:19
70:14 71:1,4 73:8
76:6,8,13,17,18
77:22 149:13
150:23 151:13

**comparable**
187:4 201:15
254:18
**comparatively**
348:7
**compare**
298:16 319:20
**compared**
170:13 201:6 331:5
**compares**
298:5
**comparing**
239:23,24 348:6,14
**comparison**
132:20 161:14
166:17 214:23
299:1,9
**compelling**
220:10 230:13
292:19
**complete**
15:11 18:13 22:13
22:19 98:8 172:14
305:24
**completely**
106:13,19 112:9
120:14
**complicated**
358:21
**component**
74:22 137:2 176:2
177:17,20
**components**
63:21 64:13 114:21
140:15 147:21
287:12
**composed**
279:6
**composition**
304:20
**concentration**
59:18 198:11
**concentrations**
76:20
**concept**
313:5 358:7
**concern**

269:10
**concerned**
236:1 361:5
**concerning**
272:13 351:16
**concerns**
166:15
**conclude**
111:12 128:1
210:18 243:9
252:20 333:19
363:15
**concluded**
91:19 122:24
166:11 220:4
246:1 247:19
272:17 286:17
288:5
**concludes**
106:2
**conclusion**
86:19 106:5,6
107:7 108:9
141:11,19 163:12
193:3,5,7 215:14
223:1,12 224:11
224:19 248:5
250:2 286:12,20
305:8,12,20 306:2
364:12
**conclusions**
18:16 76:22 85:16
87:19,22,23 89:13
117:17 171:4
173:10 215:2,9
216:22 218:2,4
222:5 241:19
251:11 253:1,1
326:8 355:24
**concoct**
334:3
**condition**
116:24 119:16
121:19 122:5
**conditions**
121:3,7 186:5,18
**conduct**

215:13,17 355:5,9
**conducted**
61:14,15 85:11
114:3 206:8 209:5
209:12 327:9
**confer**
333:6
**conference**
46:7
**confidence**
126:9 223:8 227:24
228:12 261:23
276:21
**confirm**
85:12 185:4
**confirmed**
152:9
**confirming**
328:24
**conflicts**
105:4
**conformed**
137:7
**confound**
264:18
**confounder**
265:19
**confounders**
266:14,17,18 268:6
268:9
**confounding**
210:19 221:23
227:23 228:12
264:6,7,11,19,23
264:24 266:3,4,8
266:11,20 268:21
**confused**
330:1
**confuses**
265:6
**conjunction**
76:16
**connected**
120:11 329:20
**connection**
110:23 119:21
329:19

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 377

consensus
224:16 234:5,11
consequence
152:23 153:3
consider
51:4 54:9,12 55:20
80:20 90:20 123:4
137:11,14,19
156:23 215:7
232:24 238:22
239:9,11 241:1
257:11
considerably
357:24
consideration
221:14
considerations
91:9 225:4 254:17
considered
13:16,18,22 61:6
94:6 124:3 130:19
159:4,8 174:24
175:3,5 206:2
210:20 214:6
219:1 221:20
225:3 258:16
264:6
considering
110:18 215:1 222:6
258:9 325:12
considers
205:12
consistency
107:12 108:1,4
109:7 110:19
210:24 222:20
229:24 230:9
237:22 240:7,10
240:11 245:6
249:22
consistent
110:12,13 111:6,9
111:13 112:19
114:4 132:6 223:5
232:20 237:23
238:4
consistently

131:21 191:11
constituent
63:20 64:13
constituents
64:2
constructed
149:15
consult
338:4,8
consultant
55:23 56:4
consultants
105:11
consulting
56:16
consumer
22:5,7 73:8 143:23
151:13 152:4
155:9 344:23
345:2
consumers
214:8
consumption
360:4,11
contact
37:24 39:19 202:2
contacted
36:20,21 37:5,14
284:16
contain
16:4 19:10 139:13
140:22 141:6,13
141:17 148:14
290:22 295:19
352:9,14 353:17
353:21 357:6
358:14 360:18
contained
16:16 54:21 72:24
73:1,6 150:17
152:22,22 175:8
175:15 181:1
285:9
container
340:10
containing
5:21 139:4 290:10

contains
16:7 71:23 139:16
139:20 141:21
157:6,15 158:10
361:6
contaminant
143:23
contaminated
77:12 147:16 148:8
contamination
106:2,11 107:2
187:13
contemporaneous
94:4
Content
31:10
context
56:15 78:11
continue
58:7 74:18 263:19
283:7 295:9
358:11,12,17
361:10
continued
43:16
continues
206:24
continuing
244:12
continuous
43:17
contract
59:3
contractions
188:15
contractor
59:7
contradicted
205:10
contribute
18:11 20:22 74:22
80:22 221:21
contributed
20:5 73:20
contributes
296:8
contributing

171:20
contribution
78:24 299:22
352:18
contributor
167:10
control
90:3 93:7 157:24
316:17,24 317:11
318:2
controlled
266:21 268:1
controlling
317:1
controls
187:14 273:8,13,18
273:20 274:21
278:4 315:16,17
316:9
conversation
118:23 335:15
convoluted
296:21
copies
13:11,14 14:9
36:14
copy
10:20 13:17,21
14:11 21:13 28:6
30:2,20 149:24
150:7 159:19
162:22 195:19
259:24,24 260:1
321:3 336:22
cornstarch
29:6 132:10,15,17
132:22 133:19,24
134:8,14 278:20
278:20 279:4,13
Corporation
58:12 59:11,11,13
correct
20:20,21 22:22,23
39:1 45:3,4 49:6
53:23 55:12 57:19
60:16,17,19,20,24
61:4,18,19 62:2,5

62:7,19 63:2,10
63:13 64:10,11,14
81:6 82:4 83:9,21
84:19 85:4 90:14
90:18 96:2 98:5
101:12 105:15
106:3 108:23
110:13 114:5
116:18 120:7
121:8,9 122:14,16
125:14,18,23,24
127:13 128:13
131:1,5,17,23
132:8,24 134:4
138:7,13,14,15
146:24 147:11
148:15,20 152:24
154:2 155:7 157:7
158:11 166:9,9
168:2 170:5 172:3
172:6 176:8,9
177:10,14,23,24
178:3,13,19
179:16,17,22
181:7 182:2,5,6
183:10 184:22
185:2,9,19 186:1
186:3,4,11,20
187:15,20,23
188:12,18 190:11
190:16 194:16,23
195:7 196:7,8,14
197:16,19,22
198:6,22 200:22
201:20 202:16
205:7,21 206:6
207:3 208:2,4,10
209:3,4 210:10
216:7,11 217:8
220:8 221:9,11,12
222:21 223:17
224:2,6 225:9,10
226:1,4,5,8,19,23
227:2,11,14,20,24
228:13 230:2,14
232:15,17 233:5,9
234:15,22,24

Arch I. "Chip"  Carson, M.D., Ph.D.

235:1,15 236:1,19
237:9,17,20,24
238:9,17 240:2,4
240:14,17 246:4,5
246:10 250:8
253:15,16 254:4
255:2,19 256:24
257:5,10 258:24
259:11 260:15
261:7 262:6,18,22
264:17 265:9
266:16 267:2
268:16,21,24
269:5,11 270:1
271:5,8,22 272:19
272:20 273:6,9,22
274:4,10,17 275:3
275:13 276:18
280:22 281:8
283:17,18 286:7,8
286:9,18 287:6,7
287:18 288:9,16
290:5,11 291:8
294:2 295:21,23
296:12 297:9,21
298:7 301:17
304:24 307:13,24
308:3 309:2,5
311:1,2 314:6
318:7,15,18
320:15 321:4,5
322:6,10,11 324:3
324:23 325:5
326:14,19 327:3
327:18 329:1
332:11 347:15,16
350:1 352:10,14
354:11,18 355:4,7
357:7,8 362:7
367:5
**corrected**
134:3
**corrections**
58:1,19 365:4,7
367:6
**correctly**
100:1 107:6,9

166:20 222:2,3
301:14 324:21
339:21
**correlation**
322:21
**correspondence**
87:17
**corresponding**
27:24 278:4 306:9
**corrugated**
146:13
**cosmetic**
31:11 57:16 60:15
157:6 158:10
168:14 180:9,20
181:7 248:9
249:16
**cosmetics**
219:15
**Cottreau**
127:2
**Coughlin**
3:7 9:8
**counsel**
2:6,11,16,22 3:5,10
3:15,20 8:15
11:19 15:5 23:1
25:11,15,17,20
26:17 27:10 30:10
32:3 33:5 34:16
34:19,24 35:19,24
36:5 38:15 39:3
45:20 47:6 53:17
65:20 71:13 72:5
101:10,15 102:13
104:24 105:12,18
105:23 108:23
118:12,20 142:23
148:22 343:24
346:2,5,19 361:21
362:2 364:14,15
**count**
251:1
**country**
97:23,24 100:11
233:20
**couple**

25:5 30:8 40:21
87:2 176:15
181:21 218:18
231:22 256:15
257:6 286:21
305:15 327:10
**course**
56:5 73:3 74:13
344:14,17 345:10
345:11 362:4
**courses**
344:12
**coursework**
344:10
**court**
1:1,19 9:15 12:6
364:3,20 365:20
**Coussens**
117:10 126:21
**covariate**
272:17
**Covariates**
272:8
**covered**
43:5 185:3 285:21
**covers**
22:17,20
**Cramer**
6:10 195:12,15,17
195:22 196:5,9
197:24 255:8
259:13 260:9
**create**
199:12 279:13
**created**
25:8 148:22 313:3
346:2,3,5
**credentials**
104:18
**criteria**
109:2 215:8,13
229:21 237:22
240:7,10 255:1
264:8,16
**criterion**
110:19
**crocidolite**

144:13,15 145:11
145:16 146:6
147:9 154:21,22
**crossed**
324:19
**Crowley**
48:16,17,18,19,24
49:2,21,22
**Crowley's**
50:8 73:3
**CRR**
364:18
**crystal**
180:13
**cull**
42:22
**culmination**
345:10
**culture**
319:16
**cultured**
314:6 315:20
**cure**
100:8
**curiosity**
350:14
**curious**
40:17
**current**
41:17 94:13 120:3
148:1 205:11
247:19 248:20
250:3 312:5
**currently**
60:5 204:4 300:12
326:7 345:4
**curriculum**
5:6 21:6 57:18
58:20 70:23
344:21 345:16
**cursory**
344:20
**cut**
74:9
**CV**
58:1 64:23 77:4

| | D |
|---|---|

**D.C**
3:19
**daily**
231:9 232:10
260:22 261:16
262:13,15 263:10
263:11,14 302:5
306:22 307:1
309:24
**damage**
135:11 313:2,12
314:21
**dangerous**
359:12
**data**
76:24 149:3 150:17
211:19 215:14
220:11 263:24
273:11 274:18
277:23 278:1,2
280:3 290:1 291:5
307:9 346:14
**date**
1:17 57:20,21 58:2
227:4 284:22
364:8 365:9
367:12
**dated**
25:24 26:9 30:14
218:21 364:23
**day**
60:6 189:19 228:24
367:16
**days**
39:20 40:7 189:21
300:14 309:9
365:16
**de**
325:8
**deal**
164:16 239:5
**dealing**
168:10 199:9
**dealings**
37:2

**dealt**
137:16
**dear**
358:24
**deaths**
306:5,9 307:7
**decades**
310:15 359:10
**December**
30:14
**decide**
29:17
**decided**
33:7 40:11 59:6
**decision-making**
5:23 99:1,14,20
**decisions**
14:14 358:6
**declare**
226:21
**deemed**
365:19
**defendants**
2:17,22 9:1,4 52:4
**defense**
52:12 57:14 346:21
**defer**
82:23 95:19 144:3
169:2 281:2
**define**
135:22 137:5
281:16 313:9
326:5
**defines**
99:18
**definition**
23:20 136:2 228:18
292:18,23
**definitions**
228:23
**definitively**
162:6
**degree**
59:17,24 249:22
**Delclos**
79:20 337:5
**deleting**

342:17
**demonstrate**
119:11 223:4
313:22
**demonstrates**
126:14 276:11
**demonstration**
98:9 99:23
**dendritic**
42:6
**department**
61:8 79:18 80:1,2
239:6
**depend**
308:17 310:18
**dependent**
139:3 180:24
**depending**
181:3 306:18 332:2
**depends**
78:14 156:6 236:5
239:19
**depo**
33:8
**deponent**
4:12 8:13 367:1
**deposed**
66:5,12
**deposing**
365:15
**deposition**
1:13 5:1,4 6:1 8:9
10:8,16,18 11:4
12:11,19 13:6
14:6,8 15:1,18,21
16:4,9 21:3,10
23:24 25:24 26:2
26:6,19,23 29:14
29:22 30:16 31:5
32:8,19 36:4,7
52:14 66:4,7,19
71:1,3 98:20,21
98:24 108:17,20
124:12,16,17
130:2,3 148:18,19
149:10,11,16,18
149:21 150:9,10

151:17 159:21
163:3 192:11,14
195:23 225:15
243:1 245:24
247:3,8 249:7
271:1,4 289:9
363:15,19 364:12
365:3,13,17,18
**depositions**
53:2 56:13 66:11
66:15 67:21 68:8
68:11,20,24 70:14
148:11 164:12
**deposits**
41:9 169:15
**deps@golkow.com**
1:24
**derived**
205:24
**derives**
333:22
**describe**
14:20 208:15,23
309:10
**described**
199:10
**describing**
309:5
**description**
5:3 84:14 237:15
266:3
**design**
190:1 211:18
221:19 240:21
**designated**
227:18
**designation**
227:16 228:10
**designed**
291:23
**designers**
241:1
**designing**
241:2
**designs**
254:15
**desired**

231:14
**despite**
166:11
**detail**
220:1
**detailed**
285:2
**detect**
211:19,23 251:12
252:9 253:3
255:22
**detected**
180:8,19 188:2
211:24 243:12
244:15 251:14
**determination**
78:6 280:12 330:17
348:20
**determinations**
194:14 251:10
**determine**
85:23 157:14 190:4
258:18,22 318:24
330:3 340:10
**determined**
59:14 91:12 143:18
259:1 279:24
280:7 311:8 349:9
355:1 360:20
**determines**
280:14
**determining**
330:8
**develop**
53:21 135:2 199:1
251:1 345:12
**developed**
330:9
**developing**
356:12
**development**
135:20 136:5
284:20
**diagnosed**
306:4 307:12
326:13,17 350:4
351:11

**diagnoses**
307:17
**diagnostic**
329:2
**diagrams**
338:7
**Diana**
282:18
**diaphragm**
201:17
**die**
233:20
**diesel**
361:6,9
**differ**
180:3 201:21
**differed**
193:23 349:14
**difference**
19:2 21:19 194:9
194:12 201:12
212:18 242:1
252:9 277:19
315:21
**different**
43:3 68:7 93:11,12
94:2 97:22 106:6
137:9 138:21
139:2 143:15
155:5 168:15
172:6 179:8,9,11
179:21 181:2
186:17 213:2
225:22 237:21
240:11 254:16,16
254:17,20 261:3
280:2 291:24
293:7 305:5
316:20 342:22
349:10 357:2
**differential**
319:4
**differentiate**
168:24
**differentiated**
212:22
**differently**

Arch I. "Chip"  Carson, M.D., Ph.D.

201:5 213:3
238:22
**difficult**
162:2 256:20 257:2
347:22 359:6
**difficulties**
161:17,21
**dioxide**
292:1
**Diplomate**
1:20 364:3,19
**direct**
82:2,11 83:4
181:14 243:17
322:21 324:6
**directed**
221:11
**directing**
294:15
**direction**
334:18
**directions**
334:17
**directly**
101:5 138:22 201:7
201:16 216:21
263:6 319:15
323:5 346:10
**director**
58:6,13,24 59:10
**dirty**
264:1
**disadvantage**
251:15
**disagree**
108:9,12 223:22
225:1 356:21
**discard**
42:23 349:12
**discarded**
348:17,23 349:8
**discount**
238:18
**discounting**
244:20
**discounts**
91:17

**discovered**
241:3
**discuss**
80:11 114:12
133:13 183:2
244:2 278:13
338:1
**discussed**
13:5 21:14 38:10
80:12,14 107:12
127:3 170:18
225:11 235:11
238:9,23 244:23
254:3 336:5
355:23
**discusses**
28:10 29:5 127:6,7
280:11 337:22
**discussing**
13:5 93:14
**discussion**
79:9 81:1 163:20
164:4 165:20
166:1 204:7 285:3
342:8
**discussions**
47:23 48:1
**disease**
77:14 90:3 93:7
122:17,21 123:8
126:15 127:12,19
128:2,13 196:14
233:21 265:7
269:15 328:19,21
358:10
**diseases**
121:12
**dish**
300:7
**dispute**
151:2,6
**disseminate**
93:22
**dissolution**
339:8
**dissolved**
279:10

**distillation**
214:21
**distinction**
238:19
**distinctions**
154:15
**distinguish**
34:22 35:5 154:11
162:2,7
**distinguishing**
161:18
**distort**
266:4 269:13,19
**DISTRICT**
1:1,1
**division**
287:4,15
**DNA**
312:13 313:11,22
**doctor**
73:24 92:2,10,13
92:21 113:1,4
127:23 164:11
207:6 289:20
295:7 314:24
315:23 343:16
363:17
**doctor's**
332:20
**document**
1:7 6:12 10:21
28:17 30:7,9,12
33:3 68:15 71:22
91:24 92:16 93:2
99:9 100:13 102:6
113:10,17 120:3
134:7 193:13
218:13,24 225:13
257:22 282:17
291:14 316:5
**documentation**
72:16
**documents**
12:12,15,17 13:15
14:7,24 19:6 24:5
25:19 29:23 30:19
33:24 34:1,5,7,13

34:15,18,23 36:14
71:5,9,12,16 72:3
72:3,4,6,22 75:7
75:10,14,21 76:6
76:9,13,19 77:22
77:23 78:10,10,11
78:18,19 136:4
158:5 245:8 346:6
346:6 347:8
**doing**
39:21 40:1 45:13
46:4 48:8 147:24
148:3 232:5
285:11 336:14
365:8
**Donath**
3:7 9:7,7
**dose**
153:4,5 206:16
230:14 255:9
256:21 298:3,13
298:16,23 311:1
311:18 324:22
325:2 326:2
354:22 355:5
356:5,9,11
**dose-response**
111:13 112:20
173:1,9,13,19,21
174:1,4,9 222:14
222:16,18 223:9
254:24 255:4,8,15
255:17,21,23
256:5,21 257:8
259:20 262:9,24
263:1,17,19
270:14 354:9
355:10
**doses**
326:10
**Doug**
3:23 8:4
**Downey**
69:17,18
**Downey's**
69:20
**Dr**

6:3 8:13,19 13:4,9
14:9,19 20:10
27:24 31:2 33:19
36:10 46:11,16,18
47:9,24 48:2,5,11
48:12,16,18,19,24
49:2,16,21,22,22
49:23 50:1,8,11
51:5,9,21 67:18
73:3 74:10,16
79:20,21 80:8
89:10 99:10 117:3
117:9,12 149:23
150:13 164:9,18
165:5,17 171:11
173:6 177:7
218:22 236:12
253:14 283:10
284:10 335:7,16
340:4,15 347:9
353:4,14 354:8,17
355:1 363:2,13
**draft**
5:15 30:13 44:1
89:14 95:22 97:6
205:18,21,22,24
348:1
**drafting**
347:20 348:8,12
**drafts**
336:8
**dramatically**
75:4
**draw**
76:22 86:18 87:19
171:4 337:3,6
**drawing**
204:9
**drawn**
85:17 87:21
**draws**
322:21
**drink**
311:4
**Drinker**
2:19 9:3
**drinkers**

265:14,21,22
**drinking**
170:7 265:23 266:1
**drive**
5:21 13:20 36:5,11
**Dropbox**
346:7,11,13,17,21
347:3
**drug**
219:14
**drugs**
131:8,20
**due**
29:6 110:3,5
171:19 187:12
251:12 265:24
**Duffy**
3:7 9:8
**duly**
9:19 364:5
**duplicated**
125:19
**duration**
212:15 241:16
272:24 354:18,20
**dust**
229:15,18
**dusting**
140:3 201:17 302:5
**Dydek**
47:16,19,24 48:2,5
48:12 49:23 50:1
**DYKEMA**
3:2

___

**E**

**E**
1:17 2:1,1 3:1,1,2
364:2,18
**e-mail**
37:22 47:11
**e-mails**
342:10,15,18
**earlier**
51:5 68:19 79:7
116:22 136:15
167:12,22 214:5

216:4 238:23
259:14 268:12
270:13 278:19
293:1 321:7
345:24 347:13
348:16 349:23
351:23 352:7
361:24
**early**
65:21 214:1 222:7
245:24 330:19
332:24 333:12
336:8
**easier**
334:8
**east**
3:3 145:21
**EASTERN**
1:1
**easy**
150:4,6
**eat**
357:15 358:12
**echoing**
344:2
**Edelman**
163:23 165:22
166:8
**editing**
43:17
**editors**
249:12
**edits**
103:6
**education**
61:12
**effect**
98:9 99:24 100:14
138:18 154:23
211:2,23,23
244:20 251:13,14
253:2 274:19
276:5,14 329:21
**effectiveness**
314:18
**effects**
63:15 129:13

137:17 170:20
213:23 270:3
272:14
**effort**
143:21 150:15
**efforts**
140:6 147:21
**Egli**
183:16 185:18
187:10 188:20
**eight**
24:10 192:19,22
193:9 194:5 297:8
**either**
24:15,21 29:9
31:15 32:23 37:17
52:17 73:7 75:8
82:2 92:13 94:6
96:5 101:21
139:21 140:8
176:6 177:21
181:14 194:12
226:21 282:4
302:12,16 316:8
327:15 328:7,15
338:23
**electronic**
337:8
**element**
317:14
**elements**
169:13 170:1
172:16
**elevated**
146:14 304:9
**elevation**
314:9
**elevator**
335:24
**eliminate**
200:5
**eliminated**
134:3
**eliminates**
199:23
**elimination**
83:20,23 84:10

208:8,11,16 209:3
305:16 337:17
362:12,15
**Ellis**
2:13 3:12 9:13
**elongated**
137:7
**emphasizes**
99:21
**employee**
58:7,24 364:13,15
**Enbridge**
58:12,18 59:11,13
**endeavors**
213:18
**ended**
194:12 340:17
341:16 349:20
**endogenous**
115:7 312:20
**endpoint**
287:11
**ends**
339:19 341:8
**Energy**
58:14 59:10,12
**engineering**
59:19
**England**
145:14
**English**
211:21
**entire**
52:20 69:13 83:11
291:22 294:10
347:23
**entirety**
68:21
**entry**
58:14
**environment**
181:3 312:19 345:7
**environmental**
31:12 55:19 57:7
57:11 179:1
278:12 312:24
328:10 342:3

344:14,18,22
345:3 351:24
352:3
**enzyme**
319:4
**enzymes**
314:18
**epidemic**
182:22
**epidemiologic**
191:15 211:11
224:21 231:1
236:24 239:5
263:24 264:20
270:19 326:3
**epidemiological**
84:16 104:21
111:19 210:6
212:7 213:1
247:20 248:8,21
249:15 250:4
266:5
**epidemiologist**
61:5,7 79:23
238:24 239:9
**epidemiologists**
211:14 232:24
233:18 236:1
**epidemiology**
61:9,18,21,23
87:14 140:1
213:14,17 220:17
239:7,12 270:20
308:14 309:2
354:13
**epithelial**
116:11,12 133:12
153:17 235:20
236:16 237:1
313:12 316:16
323:10,13
**epithelium**
322:1
**Epstein**
5:17 31:2 33:19
218:22
**equal**

equal
245:17
equally
235:18
equipment
162:6
equivalent
72:20 259:2 261:16
302:1
errata
4:11 365:6,9,11,15
366:1 367:7
especially
112:2 240:20
ESQUIRE
2:2,3,8,13,19 3:2,7
3:12,17
essentially
16:24 134:18
136:18 194:4
220:3 274:19
306:7
establish
39:22 111:22
247:21 248:22
250:5
established
85:19 86:1 220:5
313:19
estimate
45:12 166:7 174:1
174:9 232:2
256:20 257:2
347:17
estimates
39:8 193:22
Estimating
282:19
et
5:9,10,12,13,18,19
6:4,6,7,8,10,13,14
6:16 26:5
Eternit
146:10
etiology
220:17
EU

97:21
evaluate
170:19 249:8
256:21 291:23
295:2
evaluated
105:8
evaluating
210:24 230:24
evaluation
228:21 269:14
295:18
event
311:23
events
313:17
eventually
42:17 43:18 214:24
233:12
everybody
360:12 361:18
evidence
87:14 91:20 93:22
98:1 109:2 111:2
112:15 143:19
170:10 203:7
204:15 206:4
210:24 211:1
220:11 222:16
223:10 226:7,13
227:22 228:3,8
230:9 233:14
235:13 247:20
248:8,22 249:15
250:4 288:18,20
288:22 290:1,2,7
290:8 291:3,8,11
292:11,19,20
293:14,24 294:5,7
296:1 301:2 304:4
304:18 305:12
313:8,8 352:20
evidencing
181:24
exactly
62:13 142:11
174:16 251:8

257:2 280:7 346:9
exam
62:9 189:9,11,12
327:9
examination
4:5 9:21 284:8
305:3 343:18
364:4
examined
102:9 160:10 190:8
207:7 286:2
example
64:17 76:14 84:6
93:13 97:21 117:3
140:13 154:19
205:8 245:1
265:10 267:7
268:11 269:18
276:14 286:14
312:16 358:23
359:24
examples
199:4
exams
327:15 328:15
exceed
333:17
exception
15:12 362:22
Excerpt
6:17
exchanged
47:11
excluding
216:17
exclusion
193:19
excuse
19:19 20:9 54:3
73:22 81:22 86:20
105:14 128:22
149:22 164:7
171:11 173:4
189:11 207:10
234:1 294:13
324:4 332:19
exemption

357:18
exercise
280:24 325:18
exhaust
360:15 361:5,6,9
361:13
exhaustive
214:16
exhaustively
210:19
exhibit
5:4,5,6,7,9,10,12
5:13,15,16,18,19
5:21,22 6:2,4,6,7
6:8,10,11,13,14
6:16,17 7:3,5,6
10:16,18 12:11,19
15:17,18,21 16:4
16:16 17:10,15
19:4,5 21:3,6,10
21:13,20,23 22:10
24:24 25:1,24
26:2,6,10,19,23
27:7,13,23 28:14
28:18 29:14 30:15
30:16 31:4,5 32:7
32:8,18,19,22
33:10,18 34:15,24
36:4,7,12 43:14
50:19 54:22 57:19
58:2,21 65:1,12
66:18,21 68:10
69:4,8 70:24 71:6
89:16,17 94:24
98:20,21,24 99:7
100:21 101:14
102:4,15,24
103:17 104:3,10
106:1,21 124:16
124:17 130:2,3
146:23 148:17,18
149:10,11,18,24
150:1,2,8,9,18,19
151:10,10 152:2,2
158:2,3,6,7
159:20,21 160:3
163:2,3 192:11,14

195:22,23 196:5
218:20 219:5,5
225:14,15,20
242:24 243:1
247:3,8 259:16
260:7 271:1,4,12
282:22 283:1
289:5,8,9,23
293:2,4,5 315:24
346:23 347:1,10
347:11
exhibits
5:1 6:1 7:1 21:2
53:1 68:24 69:2
148:11,22 149:4
150:18 152:1
284:4
exist
97:20 253:2 296:7
existed
161:17
existing
212:13
exists
27:15 59:13 86:19
209:21 213:18
254:2
exonerated
286:10
expand
16:8
expanded
41:5,9
expect
16:8 17:13 131:19
167:2 191:7
194:16 197:16
198:19 201:14
245:17 262:24
263:18
expected
300:4
expense
252:17
expensive
241:15
experience

19:23 118:19
121:6 359:2
**experienced**
159:10
**experiment**
317:5,11 318:3
341:5
**experimental**
116:23 120:2
185:21 188:4
189:17 247:20
248:21 249:6
250:4 290:7,8
291:1 294:5
**experimentation**
87:18
**experiments**
85:12 86:3,7 206:9
316:9
**expert**
5:5 10:11 15:16
37:5 47:14 48:7
48:14 49:19 50:2
55:11,20 56:17,21
57:3,9 66:11,15
67:23 80:5,9
117:24 118:20
137:12,15,20,23
156:13,15,24
168:20 171:13
187:8 207:16
224:4 239:12
252:13 347:15,20
**expertise**
151:1,6 280:21
**experts**
49:8,14 50:21 51:1
51:24 52:4,8,12
66:4,8,9 70:14
82:23 122:23
144:4 169:3
213:20
**expires**
364:22 367:17
**explain**
106:3,11,13,15
107:3 190:22

212:18 284:17
**explained**
111:8
**explains**
106:19 242:1
**explanation**
182:13 243:12
244:15
**explanations**
150:16,20
**exposed**
145:24 146:15
160:17,18 167:5
213:22 298:4,18
299:3 329:4
361:11
**exposes**
83:11
**exposing**
317:15 361:3
**exposure**
77:11 82:2,11,15
82:20 83:4,7
91:21 111:21
113:23,24 117:5
135:4,6 152:12,15
152:17 153:9
154:22 160:4
161:1 163:7
166:15 168:13,16
170:20,21 171:24
174:12,17,20
175:2,4,6,13,20
178:1 179:3,12,20
179:22 181:14,19
181:22 182:16,17
191:1,6 193:20
194:6 198:10,10
198:14,16,20
199:9,12,23 200:5
200:6 209:6,8
212:13,15 224:14
224:18 229:15
255:4,12 265:7
269:14,20 297:21
298:5,6,11 299:3
299:13 311:15,17

312:1,5,24 318:2
322:22 328:10
331:17 332:14,16
351:24 352:3
355:2,11 357:11
358:6 361:13
**exposures**
55:18,19 57:8,11
84:7 298:9 300:13
311:21 325:13
328:9 344:18
**express**
349:2
**expressed**
16:14 360:24
**expressing**
18:21 81:4 181:5
**extend**
41:14
**extended**
23:15,17 209:23
**extending**
43:2
**extends**
356:15
**extensive**
42:7 83:13
**extent**
35:3 75:6 155:18
170:9
**external**
86:13 87:10,15
88:3,12,20 119:24
185:8
**externally**
116:15 119:13
188:9
**extra**
228:24
**extrapolate**
325:8
**extremely**
76:3 241:15 353:22

------

**F**

**F**
3:7,18

**face**
97:19
**face-to-face**
45:24
**fact**
84:3 85:19 86:1
91:18 108:3 132:5
132:22 133:18
191:9 192:1 199:8
238:3 241:15
244:2,22 246:22
249:12 257:7
262:23 288:3,5
302:24 304:7
345:9 353:17
357:6 362:11
**factor**
90:13,18 91:14
110:9 128:14
129:1 147:6 171:1
191:14,18 230:18
267:17 268:19,21
280:18 331:13
333:22 334:7
341:3 358:4
**factoring**
170:21
**factors**
19:24 95:12 107:21
108:1 162:11
163:14 166:18
215:8 219:23
221:20 230:4
266:20,24 279:22
280:1,15 330:14
331:10 332:17,23
333:3,4,10 334:2
**factory**
145:20 146:11
**facts**
214:21
**faculty**
239:6
**fail**
365:18
**failed**
187:13 220:10

232:1
**failure**
166:17
**fair**
11:21,23 31:23
74:15 211:24
246:18 265:15
266:1 285:8
294:11 301:3
342:20
**fairly**
84:13 86:18 145:17
214:16 235:9
279:10 282:9
324:6
**fallopian**
183:14 184:4 190:3
191:4 200:24
303:17 322:1,17
322:23 323:3,15
324:1,12
**false**
187:12
**familiar**
11:9 27:14 41:4
90:2,21 97:12
99:10 129:4,11,21
129:23 131:12,15
144:12 155:8,13
155:16 158:17,23
159:15 162:20
203:4 212:5
242:14 243:6
247:12 265:2
269:7 331:11
332:17 341:6
357:20
**family**
58:9 333:6
**Fannin**
1:15
**FAPR**
364:18
**far**
10:10 198:11
249:23 348:4
361:5

fast
303:17
faster
303:18
fatal
233:21
fatality
306:10
fault
241:5
favorable
217:7,10
favorite
345:14
fax
1:23
FDA
5:16 30:21 31:2
  33:19 65:4 133:18
  134:15 143:6,11
  143:13 218:14,20
  219:13,21 220:4
  220:16,20 221:13
  221:16 222:5,11
  222:13,15,19
  224:7,20 230:14
  234:14
FDA's
143:4,8 223:12
  234:14
FDI
222:10
Federal
134:7
feedback
79:14
feeds
342:7
feel
74:9 99:8 113:3
  164:5,9 289:19
  292:15
Fellow
1:18 364:2,19
fellowship
61:18
felt

19:10 20:4 40:2
  41:13 216:1,22
  254:21 325:15
female
82:3 83:5 145:13
  181:15,18 207:24
  209:8 303:21
  350:21 351:15
feminine
288:6
fewer
160:16
fibers
72:11,17 114:22
  115:5,8,10,10
  138:23 140:9
  169:2 290:10,22
  295:20
fibrosis
116:16 119:3,12
  120:5,19 132:24
  133:4,15 185:6
fibrotic
287:1,19
fibrous
77:12 114:23 115:7
  115:9 137:5,6,12
  138:17 139:5,21
  140:15 141:4,17
  141:21 158:11
field
61:12 213:14,17
figure
328:18
file
24:6 35:23 346:1,1
  346:7,11,17
filed
272:13 274:9,12
  275:5,10,19 277:4
files
42:2
filings
271:21 276:2
fill
333:23
filled

323:17
filter
187:14
fimbriae
322:1 323:14
final
103:7 107:8
finalized
16:19
financially
364:15
find
34:20 42:18,19,20
  91:15 111:12
  132:6 142:18
  143:1 167:2 194:6
  194:11 218:17
  262:20 281:14,18
  282:12 291:11
  293:24 311:7
  316:13 320:6
  330:19 358:4
finding
100:10 193:18
  222:11,11 223:21
  223:23 262:5
  277:22 283:22
  334:9 349:16
findings
106:24 114:3
  220:17 223:19
  253:22 254:21
  276:13 294:22
  295:13
finds
123:7 197:24 226:7
fine
39:14 173:7 343:17
finish
12:2,5 74:1 103:13
finished
20:10 74:17 103:14
  173:5,6,7 207:11
  207:13 283:4
  295:6 298:20
  324:18 329:12,13
  359:17

first
29:2 30:24 36:16
  40:8 65:10 77:6,7
  81:18 83:15
  114:16 124:24
  140:1 160:9 166:3
  215:20 230:18
  237:15 261:12,15
  286:1 301:7 326:2
  340:3
fit
348:24
five
261:4,4,10 262:10
  262:12,14 263:9
  263:11 297:8
  310:20
fixing
312:15
Fletcher
5:10 26:5,9 313:14
floor
2:15 335:23
Flower
2:14
fluid
323:18,20 324:1
  362:7,20
fluids
279:10 339:9
FLW
1:5
focus
22:14,16 38:20
  93:15 94:2 249:24
focused
230:14,19 249:22
  310:12
focusing
216:17
follow
11:10
following
193:19
follows
9:20 98:13,15
food

170:6 219:14
  357:15,17
footnote
148:16
force
189:10,13
forces
334:16
foregoing
364:7 367:5
foreign
199:2,4 209:16
  315:18 317:20
form
11:22 17:21 18:22
  19:20 25:3 37:16
  38:7 53:10 54:2
  55:14 59:2 60:23
  62:12 63:9,24
  65:24 70:16 73:11
  75:13 78:2,13,23
  80:16 81:13 82:18
  84:2,21 85:15
  86:15 87:12 88:6
  92:18 94:12 95:4
  97:9 98:4 107:15
  108:11 109:17
  110:14 111:17
  114:7 116:20
  119:6 120:9,21
  123:11 127:15
  128:6,19,24 132:1
  133:7 136:8 137:6
  137:10 139:23
  140:24 141:24
  144:2 147:5,17
  148:23 151:4,14
  152:6 153:2,15
  154:4 155:12,20
  157:9 158:13,22
  159:7 161:6
  162:15 164:24
  167:16 168:4,17
  170:15,24 171:10
  172:8,18 174:7,15
  175:10,17,24
  179:5,23 180:5

181:9 182:4,15
184:21 185:11
186:13 188:11
189:15 193:11
194:22 195:6
197:4,21 198:15
199:17 200:3
201:10 202:9
203:10,20 204:18
207:5 209:11,19
210:15 212:3
214:10 216:13
218:10 219:17
221:1 222:9
223:16 224:1,23
226:10 228:2
229:7,14 231:10
231:21 232:19
233:4,11 234:10
234:17 235:7
236:3,7,21 237:11
238:2 239:2
240:16 242:4
244:9 246:12
248:3 249:3
250:10,20 252:7
254:9 257:19
258:14 259:10
260:24 261:20
263:4,22 264:10
266:10 267:4,19
268:23 269:24
270:6 275:23
276:9,17 277:10
278:24 284:24
285:15 288:11
290:13 293:19
294:3,14 296:14
297:23 299:7
300:9 301:19
302:20 303:6
304:17 305:1
307:15 309:15
310:7 313:24
316:11 317:8,17
317:24 318:9,20
319:14,24 320:17

320:23 322:19
324:5,15 325:1,10
326:21 330:11
340:19 341:19
345:19 348:22
351:20 352:16
353:6,19 354:19
355:8,21 356:7
360:6,7 361:15
362:11 367:6
**formation**
19:9 120:12 176:2
**formed**
353:3,24
**former**
244:6
**formerly**
22:6
**forming**
18:9 271:16 346:17
352:12 353:15
354:24
**forms**
154:5 175:3 180:7
180:17 235:18
240:24 241:13
**formula**
280:15
**formulate**
20:23 43:12 44:20
70:19
**formulated**
97:4 101:24 106:7
**formulating**
45:14 46:4 71:10
107:21 139:15
205:18
**formulation**
73:19
**fornix**
301:24
**forth**
16:14 19:7,17
54:15,16 76:21
81:7,18 155:22
200:7 220:16
345:8 364:9

**found**
25:13 35:7,20
109:20 112:20
131:2 144:15,17
144:24 147:10
181:7 184:13,24
185:13 190:5,7,10
195:2,8 205:10
221:16 223:3,6
256:4 261:9
290:21 291:3
292:10 293:13
314:16 354:8
**foundation**
165:1
**four**
124:21 125:9
143:16 172:15
189:20 245:21
252:21 261:3
297:8
**fourth**
3:13 84:15 210:3,5
**fragments**
168:21 169:1
**fragrance**
63:7,13,15 72:23
73:6,16 74:22
75:1 115:17 172:6
174:5 175:14,18
176:6 177:9,13,22
**fragrances**
174:10 175:23
177:19
**frame**
39:12
**framework**
5:23 99:1,14
**frankly**
37:10
**FRCP**
364:11
**free**
99:8 113:3 164:6,9
289:19 292:15
**frequency**
272:23 302:19

310:17 354:18,21
**frequently**
241:18
**front**
24:12 192:3 256:1
260:10
**fuel**
360:16
**full**
98:8 99:23 244:1
**functional**
206:21
**funded**
104:13,23
**funder**
93:17
**funding**
104:6,8,11 105:3
105:17,22
**further**
138:17 163:12
283:23 314:21
364:7,10,13
**future**
16:10 249:24

---
**G**

**gain**
267:15,24
**Galveston**
58:5
**gas**
145:13,14
**gasoline**
360:14,16,18,22
361:2
**Gates**
258:5,6,7,11
**gauging**
76:20
**general**
16:7 28:10 40:12
40:24 41:15,16
42:15 55:19 75:24
79:8 82:6 92:23
97:20 100:5,14
103:9 106:4

126:22 127:20
147:12 156:16
161:7,8 180:3
279:11 286:20
308:16 309:1
315:7 328:13
344:12,13
**generally**
38:8 44:20 97:6
122:6,16 147:10
178:14 236:15
**generate**
45:7
**generated**
49:11
**generic**
84:13
**genetic**
267:13 312:13
314:12,14 319:2,3
330:12 333:4
**genital**
86:13 87:11 88:3
88:20 119:1
170:12 185:8
186:19 192:22
194:6 200:11
201:19 220:6
227:15,17 234:7
244:3 246:3 252:3
273:18 274:6
277:5
**genitals**
273:14 274:2,15
276:5
**genotoxicity**
319:7
**gentlemen**
54:4 74:11
**geological**
349:17
**geologist**
61:2 115:15
**George**
79:20 337:5
**George's**
337:9

Arch I. "Chip"  Carson, M.D., Ph.D.

**Gertic**
257:12 258:9
**gestalt**
348:24
**getting**
63:21 64:6 110:6
142:14 257:20
**gigabytes**
346:14
**Ginkgo**
229:3
**girls**
296:11
**give**
12:3 54:4 64:4
135:23 156:3,8
188:5 230:3
316:13 336:18
**given**
11:4 18:10 20:3
23:1,6 56:14
164:12 188:14
266:21 336:22
367:5
**glass**
316:23
**gleaned**
18:8
**glove**
305:3
**gloves**
133:20 134:9,16,17
189:22,23 190:9
**go**
12:21 25:4 59:7
67:9 69:16 85:22
99:6,17 145:10
163:19 164:14
205:12 213:24
224:9 228:23,24
246:17 253:4
256:18 262:8,19
272:21 278:6
281:13 282:12
288:4 290:18
314:22 315:13
320:6 328:22

**339:9 340:13**
343:13 359:9,19
**goes**
68:1 136:19 219:21
225:21 324:1,9
334:14 335:21
345:5
**going**
11:10,20 39:21
73:24 74:19 85:21
86:22 87:22 112:5
117:24 136:11
156:3 162:23
164:16,19 176:17
176:18 192:4
233:16 247:6
284:3 285:18,22
288:2 289:6,14
294:9 295:8
309:22 315:7
321:19 324:18
342:11,13 343:4
343:14 344:9
363:18
**Golkow**
1:23 3:23 8:6
**good**
105:1 120:17 221:3
266:2 330:16
336:14 352:19
**GOSSETT**
3:2
**government**
221:8
**gradient**
111:23 112:1
**graduate**
281:1 344:14
**Graham**
5:13 29:2
**grandfathered**
335:3
**granuloma**
120:11
**granulomas**
116:16 119:3,12
120:5,18 132:24

**133:4,13 185:6,13**
**great**
74:17 326:11
**greater**
137:8 153:4 154:22
166:22 168:8
196:10,22 198:2
198:11,17,20
212:22 250:16
255:11 262:19
263:13 311:17,19
**greatly**
296:16
**grilled**
358:12,14
**gross**
214:11
**groundwater**
345:8
**group**
39:3 80:19 178:15
178:16 189:20
226:3,16 227:1,6
227:9,12,16,18
229:11,18,19
235:8,12 237:4
249:20 250:24
261:12,15 263:6
285:13 290:23
292:18 309:12
357:7 358:16
**groups**
6:11 190:10 263:2
**grow**
359:3
**growth**
115:2 139:1 287:3
287:14
**guess**
65:16 205:23
339:18 354:2
**guiding**
91:7
**gynecologic**
60:12 338:4,9,12
**gynecologist**
60:18

**gynecologists**
208:13
**gynecology**
32:15 208:6

---
**H**

**habits**
161:24 359:11,12
**habitual**
23:4,10,21 38:3
53:7,22 199:11
**half**
86:22 111:19
176:22 184:19,20
327:22,23 335:9
351:7
**hallmark**
300:14
**Halme**
183:23 184:3
**hand**
159:19 192:8
195:18 247:6
289:6 337:7
**hand-selected**
75:10
**handed**
160:2 291:6
**handled**
95:17
**handling**
164:13
**handwritten**
6:2 281:23 337:14
**happen**
252:1
**happened**
274:11 319:16
**happening**
312:18
**happy**
164:21 165:6,15
246:20 284:5
**hard**
336:22
**Harlow**
255:7

**harm**
188:5
**harmful**
355:2
**hazard**
97:19,19 143:19
153:4,6 172:22
**hazardous**
326:9
**Hazards**
77:17
**he'll**
164:21
**head**
188:22 304:8,24
**healing**
122:13
**health**
5:15,22 30:14
31:12 58:7,24
61:9 63:15 65:8
77:18 79:18 89:15
89:21,22 90:24
93:5,6,10,19 94:3
94:7,18,20,22
95:21 96:4,10,16
96:21,24 97:3
98:13,15 99:1,2
99:13,17 100:9,15
137:17 205:9,23
207:3 237:18
239:8 344:14,15
344:16
**health-related**
93:21
**healthcare**
93:24 204:8
**healthy**
240:1
**hear**
142:13
**heard**
14:19 204:23
**hearing**
16:6,15 17:14
**heavily**
160:18

heavy
168:15 170:11
172:2 173:23
175:7,19 176:6
297:20 298:4
299:19 300:20
332:16
held
1:14 8:10
Heller
184:1,8,15,24
283:16
help
258:1 284:5
helpful
79:14
helps
70:19 113:8
hereinbefore
364:9
high
145:17 249:22
332:5
high-grade
212:19,21
higher
160:19 167:3,21
168:5 170:12
263:10
highlighted
260:1
Hill
107:20,24 109:2
110:18 215:8,12
219:23 225:4
229:21 230:18
240:7,9 255:1
264:8,16
hips
304:9,23
hired
40:2 361:21
historical
191:17
history
184:13,19 196:23
267:7,23 330:13

333:7 351:8
hit
282:15
hold
346:13
holidays
351:4
hope
68:7
hoping
251:23
Hopkins
70:1,2 148:12,17
149:10,24 150:8
158:2
Hopkins-28
7:4 148:17 149:10
150:1,8,18 151:10
152:2 158:3
hormone
255:10 268:15,18
269:4
hospital-based
238:14,19 239:15
239:21 240:12
246:7
hospitalized
239:23,24
hospitals
134:18
hour
45:11 86:22 176:22
hours
40:4 45:13,18 60:9
343:5,15 347:14
households
359:6
Houston
1:15,16 8:10 37:1
59:4 61:10
hover
310:20
huge
250:24 345:4
human
112:15 226:13
236:5 249:19

288:7 358:18
humans
178:16,17 179:3
225:9 226:4,8,17
227:1,22 235:14
288:19 292:19
hundred
306:23 357:24
hundreds
357:21
hydrocarbons
358:15
hygiene
76:21 257:4 284:19
288:7
hypothesis
132:2 193:21
hysterectomies
189:18
hysterectomy
189:20,21 190:2
193:2,20 194:8,19
196:13 197:1,18
198:5

I

IARC
6:11,17 28:6,11
176:13 178:9,14
178:22,22 203:3,4
203:6,11 204:10
204:12,13 205:11
205:13,17,20
206:2 225:3,6,12
225:13,20 226:7
226:20 227:8,15
227:18,22 228:10
228:11,23 235:2
249:18 278:10,17
288:5,5,21 289:4
289:24 291:3,4
292:10,12 293:13
294:24 300:23
342:4,9 355:23
356:1,21,23 357:3
357:11
IARC's

205:6 206:3
idea
73:4 169:17
identified
34:8 52:22 70:23
127:11 128:4,9
151:9 163:16
286:6 300:21,22
324:22 333:3,11
336:5 346:22
355:13 356:16,20
361:7
identifies
86:11 88:1,18
319:2 330:13
identify
8:15 71:15 86:10
87:7,8 172:21
220:10 289:15
299:20 330:14
Identifying
99:2
Igor
282:18
ill
240:1
illness
134:2
illustrative
216:22
Imerys
3:5,10 9:6,8 69:19
70:10 72:3 75:8
75:16,23 147:19
149:13 157:23
158:5 284:13
Imerys'
150:23
immediately
40:17 65:14
immune
287:3,14
immunogenic
81:19 114:17
impact
209:16 271:20
imperative

365:14
implanted
286:23
important
18:9,15 94:1
159:13 209:20
254:21 258:11,15
283:22 295:16
317:4 338:16
339:1 352:18
impossible
266:19
improvements
167:18
impurities
169:14
in-person
46:9
inability
162:10 163:13
251:12
inappropriate
166:16
inasmuch
184:11
incidence
131:3,14,22 191:7
191:16 194:17
196:14 197:17
280:3
inclined
304:8
include
45:19 67:2,22
82:24 101:20
146:5 191:17
237:1 257:12
272:8 332:24
344:18 345:17
355:15
included
24:17 66:24 67:6
67:13 152:3 158:8
169:14 195:9
214:19 217:4
226:2 258:8
295:22 309:12

347:3 357:17
**includes**
87:14 280:12 347:4
355:22
**including**
19:6 41:2,2 83:12
93:6 114:22 121:7
163:23 165:21
169:6 193:23
221:21 237:2
245:8 252:15
277:17 278:21
279:5 287:2 303:9
321:22,23 358:10
**inclusion**
41:8
**income**
56:2
**incorporated**
151:20 180:11
214:17 244:24
337:7
**incorrect**
105:14
**incorrectly**
290:15
**increase**
121:21 202:18,23
231:3 233:17
275:14 299:12
306:12,13 318:6
318:13 331:3
338:13 360:10
361:16
**increased**
84:18 91:21 121:14
122:8 131:3
152:19 211:5
220:7 232:13
236:4 262:6 277:7
306:15 308:13
309:13 310:5
333:6
**increases**
132:23 133:3
236:24 237:3
311:13,16 338:21

**incur**
361:13
**independent**
53:6 79:4 157:5,10
158:9,14
**INDEX**
4:1
**indicate**
135:1,19 154:18
220:12
**indicated**
241:8 327:16
**individual**
71:22 110:17
126:20 171:24
178:4,5 193:5
214:22 229:21
308:17,19,20,21
308:23 309:3
310:19 314:13
330:8 345:21
**industrial**
76:20 156:15
344:22
**industries**
76:2
**industry**
331:15
**inert**
303:1 339:4
**infection**
122:12 267:8,23
**infections**
202:14
**infer**
166:13
**inflammation**
86:8,11 87:9 88:2
88:11,19 114:18
116:1,7,10,16
117:4 119:2,11,20
122:11,15,16
123:13 125:4
126:23 127:9
131:18,21 132:14
132:23 133:3,11
134:21 136:18,23

137:3 138:12
198:21,23 200:10
248:13 249:21
279:14 283:20
287:1,11,12,18
**inflammatory**
115:1,6,11 119:20
120:10 121:3,6,10
121:12,19 122:4
122:17,21 123:8
126:15 127:12,19
127:20 128:1,12
138:24 171:18
287:2,14 313:15
362:17,18
**influence**
213:11 272:1
279:23
**influenced**
216:21 272:15
313:16
**inform**
350:23
**information**
16:17,21 18:8
19:10 20:22 42:2
42:4,23 70:18
78:5 149:17
155:23 156:1
166:13 173:24
174:3,8 205:12
232:21 243:10
244:13 267:13
281:4,12 282:7
298:3,10,12,15
312:6 325:20,23
326:2 348:1,17
349:3,7,10
**ingredients**
140:8
**inhalation**
82:3,15,23 83:6
134:12 181:15,19
181:22 182:2,17
**inhale**
361:2
**inhaled**

84:7 182:9 290:21
**initial**
37:23 198:14
237:14
**initially**
40:11
**initiation**
116:13
**injected**
186:7
**injury**
57:6 134:2
**innocent**
329:24
**inquiries**
350:21
**inquiry**
351:14
**inserted**
304:22
**insofar**
235:24
**instance**
74:2
**instances**
76:12
**instilled**
301:23
**Institute**
90:21,23 91:7,12
91:19 93:8,14
95:11,18 234:21
**institution**
58:10
**instructed**
350:9
**INSTRUCTIONS**
365:1
**insufficient**
166:13 247:21
248:22 250:5
288:18
**insult**
312:12
**insults**
312:17
**intend**

16:5 22:21 96:23
97:2 156:8
**intended**
15:10
**intense**
311:21
**intensifies**
138:17
**intensify**
114:24 115:5,8,11
138:24
**intention**
156:10
**intentionally**
115:21
**interaction**
196:21 197:12
198:1
**interest**
37:6 105:5 342:8
349:9
**interested**
39:21 295:13
341:22 364:15
**interesting**
43:1 80:24 342:13
348:18 349:3
**interests**
93:12
**internal**
75:7,15 76:6,8,12
76:19 77:1 88:9
88:13 321:14,15
321:20
**International**
178:22 225:23
**Internet**
338:7 342:21,24
**interpretation**
223:18 334:10
**interpreting**
264:20
**interrupt**
74:11 86:21 191:5
**interval**
261:23 276:21
**intervals**

126:10
**interview**
272:16 277:17
**interviewed**
273:17 274:1,8,13
**intimately**
120:11
**intrinsic**
83:19,23 84:9
    208:8,11,16 209:3
    337:17 362:11,15
**introduced**
188:8 284:12
**introductions**
343:21
**invasion**
212:23
**inverted**
188:21
**investigate**
150:16
**investigated**
104:20
**investigation**
79:5 286:15 329:2
    329:7
**investigations**
193:6 214:23
**Investigators**
251:22
**invoice**
14:10
**invoices**
14:9 45:3,7
**involve**
147:2 187:22 189:8
    250:21
**involved**
37:3 47:10 50:3
    54:24 56:23 57:3
    57:6 62:8,17
    63:21 64:7 73:9
    76:15 96:16
    135:20 136:5
    138:4,10 141:6,13
    142:14 147:15
    148:7 156:20,21

184:8 185:18
    187:19 189:12
    232:10 250:16,22
    267:1,9 287:4,15
    340:4
**involves**
172:15 359:4
**involving**
57:16
**ions**
180:10
**irrefutable**
226:13
**irrelevant**
349:15
**isolated**
254:15
**issue**
66:14 80:12 90:11
    118:5 141:20
    144:8,20 160:4,11
    163:7 176:7
    199:19 213:13
    264:19 278:17
    289:1,2 327:16
    352:18 358:20
**issues**
29:7 41:8,20 55:7
    64:18 77:18 80:20
    137:16 207:3
    258:17 285:6
    326:6
**Italian**
297:11
**Italy**
146:12
**item**
14:5 35:4,5 126:18
**items**
13:21 20:6,14 35:1
    357:17

**J**

**J&J**
152:3 155:8
**J.D.P**
29:2

**Jane**
3:2 9:5 284:10
**January**
1:11 5:2 8:2,7 26:1
    26:10 94:9,14
    364:23
**jbockus@dykem...**
3:3
**jdonath@coughl...**
3:8
**Jersey**
1:1 3:9
**Jim**
77:7
**jive**
116:24
**job**
53:6 164:22,23
    336:14
**John**
70:1,2 148:12
**Johnson**
1:3,3 2:16,16,22,22
    9:1,1,4,4 22:4,5,7
    22:7 41:22,23
    43:9,9 70:3,4 72:4
    72:4 73:7,8 75:8,8
    75:16,16,22,22
    129:19 143:23,23
    147:20,20 149:13
    149:13 150:22,22
    151:12,12 299:4,4
**join**
234:3 236:10
**joinery**
229:13
**Jonathan**
3:7 9:7
**journal**
27:14,16,21 31:14
    32:14 249:13
**journals**
63:4 103:11
**Julie**
70:8,9 148:12
**jumped**
275:20

**jumping**
285:19

**K**

**kaolin**
129:13 130:24
**Katherine**
2:19 9:2
**katherine.mcbet...**
2:20
**keep**
110:6
**Kemble**
3:8
**key**
20:5
**kibitzed**
297:16
**kill**
311:3
**kind**
24:7 38:11 42:6
    84:5 278:14
    293:10 299:9
    300:12 323:20
    329:21 342:8
**kinds**
285:6 312:17 335:9
    335:11
**Klevorn**
2:8 8:22,22
**know**
10:10 28:16 29:12
    36:23 42:20 44:6
    44:19 46:18 47:16
    48:10,13,16,18,19
    49:7,10 51:6
    66:11 68:2 69:20
    72:11 73:15 74:3
    74:7,24 75:20
    80:7 94:14 96:7
    96:12 101:15
    103:8,12,15,20
    104:2,5,18 105:4
    105:6,10,13,13,19
    105:21 134:5
    141:1 142:9 146:3

148:24 149:3,17
    151:8,23 153:8,12
    155:2 161:9 171:6
    171:12,16,23
    176:5,11 177:12
    177:15,16,17,18
    177:20 178:1
    180:7,17,23
    184:17 189:4
    204:11 208:21
    213:5 218:11
    221:2 246:13,16
    275:16 282:5
    291:4 292:11,13
    293:13 294:10
    299:23 300:1,10
    300:17 302:7,12
    302:16 303:13,13
    303:14 311:20
    312:3 315:2 319:6
    320:1,3 322:3
    324:16 329:8
    330:6 331:8,9
    333:9,13,16 336:8
    337:20 338:11,17
    338:19,23 339:13
    340:20,20 344:6
    346:12 347:4
    357:13 358:13
**knowingly**
350:2
**knowledge**
104:11 120:1 156:2
    169:11 224:7
    293:23 303:24
    322:4 359:8
**knowledgeable**
168:21
**known**
129:9 135:17
    166:18 171:2,3
    178:21 226:21
    266:20 280:3
    315:18,19 330:14
    333:5 358:15

**L**

**labeled**
183:17
**labeling**
30:22 134:4 219:10
**labia**
200:19
**laboratory**
286:24
**lack**
107:12 110:11
208:8 222:20
251:11 254:6
**lacking**
222:16 223:10
224:13
**laggers**
145:21
**Lancet**
28:24
**Langseth**
6:14 246:23 247:13
247:18 248:17
**language**
92:6,7 134:6
294:11
**languages**
214:19
**large**
241:16 251:19
324:8 334:3
**largely**
232:16
**larger**
19:6 22:18 39:3
153:4
**lasts**
335:17
**late**
40:6 65:21 333:1
333:12
**latency**
168:7 279:16,24
280:1,7,12,14,18
280:21,24 281:3,7
281:21 282:14,19
311:23
**Latin**

190:1
**lattice**
180:11
**law**
334:13
**lawsuit**
142:14 271:20
276:2
**lawsuits**
68:2 272:1,13
273:12 274:8,12
274:19 275:5,9,18
277:3
**lawyer**
36:24 80:4 285:13
**LAWYER'S**
4:13 368:1
**lawyers**
39:16 44:7,9,11
46:2,21,24 75:11
**lays**
117:4
**leach**
189:3
**lead**
27:5 121:3,8
224:13 333:19
**leading**
90:24 116:15
**leads**
70:18 116:8,12
122:12
**learn**
96:9
**leave**
129:2 257:17
**lecture**
42:2
**left**
13:13 177:7 257:15
**legally**
68:1
**legs**
186:3 187:3 188:22
**Leigh**
2:2 8:17
**leigh.odell@beas...**

2:3
**length**
137:8 339:10
**lesser**
190:20
**let's**
26:22 31:4 89:1
225:12 237:21
253:4 256:17
257:6 259:13
270:10 314:22
**letter**
5:16 30:20,23
33:18 218:14,21
219:20,21
**level**
20:19 109:22
111:20 171:24
217:2 238:13
245:15 263:13
325:8 355:1
**levels**
170:11
**LHG**
1:5
**LIABILITY**
1:5
**licensure**
328:15
**lifestyles**
359:13
**ligation**
190:13,14,19,23
191:4,17 193:1,20
194:8,19 196:13
196:24 197:18
198:4
**light**
162:1
**likelihood**
211:22 240:22
**limb**
224:9
**limit**
135:11
**limitation**
162:9 163:12,17

**limitations**
158:18,24 160:9
**limited**
87:15 160:11
227:21 228:3
235:13 290:8
291:7,10 292:19
294:5 351:2
**limiting**
236:18
**limits**
223:8
**line**
46:8 313:9 366:2
368:3
**lines**
106:22 113:9
**link**
158:19
**liquid**
187:14
**list**
6:2 13:16,19,22
17:23 18:5,7,18
19:17 21:14,20,23
24:22,24 25:8
29:10,13,19 32:24
34:14,18,23 35:1
35:11,15,18 36:15
51:19 58:15 67:20
68:10 71:6 90:12
90:17 101:21,22
123:12,18,22,23
124:1,6,12,13,15
126:13 130:13
133:9,16 143:13
145:10 146:22
154:18 178:11
217:20 281:13,18
282:5,23 283:6
304:1,3 347:1
**listed**
13:15 20:15 35:10
51:18 52:16 68:9
125:9,13 143:2
155:4 222:10
227:17 345:22

**listing**
5:7 125:17 126:8
**lists**
24:18 73:2 226:16
**literature**
5:7 19:4,7,12,22
20:17 21:14,20,23
24:16,23 25:8,13
29:10,13,19 31:24
31:24 32:24 33:12
33:13 34:14,20,23
35:1,10 36:2,14
40:12,19,24 41:5
41:10,19 42:12
43:7,8,16 45:14
46:5 51:5,19
52:17 54:9,13
62:22 65:13 66:18
67:3,6,14 68:10
71:6 79:6 85:17
85:23 87:18 94:16
94:21 95:11
101:22 110:20
116:15 130:13
157:22 158:6
175:1 178:11
213:1 214:3,14
215:24 217:4,20
218:7 220:11,14
221:15 222:6
223:14 224:21
230:22 237:22
267:2 282:23
347:2 348:2
**lithotomy**
185:23 187:2
**litigation**
1:5,23 3:23 8:6,11
10:8,12 23:2,8
36:18 37:4 39:17
46:22 48:5,15,21
49:8 52:5,9,13
55:1 56:15 63:22
64:7 66:5 73:9
75:22 80:6 97:5
100:11 104:22,24
105:12 118:1,13

Arch I. "Chip"   Carson, M.D., Ph.D.

142:15 178:3
181:5 218:8 224:5
284:13 351:18
361:22
**litigations**
56:24 57:2
**little**
68:6 256:18 296:20
305:5 327:22
359:10 360:23
**lives**
233:22 236:5
305:17 306:18
325:14 358:5
359:12
**LLC**
3:15,15 9:13,14
**LLP**
2:8,13,19 3:7,12,17
**locate**
199:3
**located**
314:13
**location**
294:7
**Lockey**
77:7
**Logan**
2:20
**logistic**
272:18 277:18
**London**
145:21
**long**
39:10 168:8,9
169:22 241:16
280:18 281:17
335:6,14,17
**long-term**
129:12
**longer**
58:23 59:9,12,15
209:7 310:13
339:5,15 358:1
362:19
**Longo**
5:9 25:22,24 49:16

49:22 142:4 143:1
157:20 340:4,15
**Longo's**
50:11 142:1,18
**look**
31:18 42:20,21
71:22 72:13 78:18
93:1 94:2 106:22
110:19 111:14
113:6,8 118:10,12
130:1 155:3
161:24 162:23
175:6,13 184:11
191:19 193:16
199:11 204:24
219:24 220:15
229:1 233:19
237:21 238:11
242:23 243:23
246:19 247:7
248:14 257:6,14
259:13 260:16
262:2,14 270:10
272:6 274:11
285:21 287:24
289:16 292:15,17
293:16 295:11
299:22 301:14
306:11 328:23
336:7 337:13
**looked**
41:20,22,24 42:1
69:2 72:2 88:8
89:20 107:20
129:24 130:8,22
131:8 142:10
143:12 155:24
159:18 163:6
165:17 183:12
184:10,11,15
191:15 196:9
214:2,3 245:23
252:24 271:19
300:12 338:7,24
**looking**
28:18 53:21 67:8
77:6,8 78:9 99:19

118:4 125:23
126:12,17 139:24
140:1 148:16
152:1 158:1
162:19 164:3
166:1 194:4
197:11 222:24
247:24 248:19
255:6 259:24
273:11 282:22
283:2,7 287:8,11
289:23 292:22
293:7 297:3
300:18 320:8
321:7 352:23
357:10
**looks**
134:6 160:3 291:24
**Los**
2:15
**lost**
290:16 296:16
340:9
**lot**
40:22 117:1 137:16
141:18 146:21
207:7 239:5
299:23 343:11
349:16,21 359:4
**lots**
93:10 319:9
**Louis**
3:14
**Louisiana**
2:10
**low**
153:5 334:4
**low-grade**
212:19
**lower**
197:16 223:8 269:4
334:5 356:11,12
**lubricant**
134:9
**lubricating**
133:20
**lucky**

282:15
**lung**
130:9 131:3 292:5
**lungs**
84:6 182:18

---

## M

**M**
2:3 3:12
**M.D**
1:14 4:5 5:1 9:18
59:24 364:5 367:4
367:12
**magnesium**
180:12
**magnitude**
166:6 211:20
**main**
134:8
**major**
160:11
**majority**
57:9 109:19 137:10
245:12 326:12,17
326:22 327:2
362:23
**making**
54:17 216:23
330:17 336:9
**mammalian**
288:20,23
**Managing**
99:2
**Mantovani**
127:5
**manufactured**
22:4,6 146:12
**manufacturers**
145:14
**manufactures**
60:15
**manuscript**
101:1,4 102:18
103:4
**Margaret**
2:3 8:19
**margaret.thomp...**

2:4
**mark**
10:16 15:17 20:24
25:23 26:10,22
30:13 31:4 32:6
32:18 36:5 124:15
130:2 159:20
163:2 192:2
195:21 218:16
225:12 247:2
**marked**
10:19 12:11 15:19
21:4,11 24:24
26:3,7,20 27:6
28:13 29:15 30:17
31:6 32:9,20
34:14 36:8,12
43:14 50:18 54:21
57:19 58:21 65:1
65:11 89:16,17
94:24 98:22
100:20 102:4,15
124:18 130:4
146:23 159:22
160:3 163:4
192:12 195:24
218:15 225:16
243:2 247:9 271:2
289:7,10 293:1
**market**
140:21
**MARKETING**
1:4
**married**
331:16
**Marriott**
1:14
**Marysville**
76:17
**mask**
145:13
**masks**
145:14
**mass**
334:13 362:14
**Master**
344:15

**material**
28:12 62:3 78:7
   151:19 229:8
   279:8 304:19,22
   312:13 314:15
   342:19 361:10
**materials**
5:21 6:3 13:11,16
   13:18,22 14:2,24
   15:8 18:19 19:13
   19:14,16 20:17
   24:1,3,14,20
   25:10,12 28:5
   29:6,24 30:1
   35:10,15,17 42:8
   42:24 43:10 77:4
   91:4 123:20
   157:24 175:22
   279:9 282:5 301:9
   301:15,22 311:15
   311:16 321:11
   347:24
**mathematical**
280:15
**matter**
8:10 15:22 16:6,12
   16:15 17:15 34:11
   44:21 45:6 46:19
   47:1 49:5 51:22
   55:2 80:10 86:4
   89:13,14 96:14
   106:7 141:3 149:1
   172:12 187:20
   209:7 215:9
   217:24 219:6
   303:8 345:9
**matters**
37:7 86:1 100:11
**Mayo**
90:16
**McBETH**
2:19 9:2,2
**MDL**
1:4 8:11 10:8 55:2
**mean**
18:4 22:15 39:23
   40:1 62:14 88:16

135:6 150:21
   153:5 157:10
   179:1 180:18
   236:8 254:2
   264:11 270:7
   320:20 325:2
   336:15
**meaning**
262:2 273:13,24
   288:18 297:17
   360:16
**meaningful**
252:9
**means**
23:12 111:6 186:2
   227:22 228:10
   231:7,8,24 362:10
**meant**
258:4
**measured**
314:11 340:8
   341:21
**measurements**
232:6
**measures**
241:10
**meats**
358:13,14
**mechanism**
224:12 248:11
   249:20 279:3
   299:23 300:2
   314:19 333:23
**mechanisms**
126:22 135:11
   303:22 312:14
**mechanistic**
326:6
**media**
278:13,15
**medical**
1:15 10:5 58:5,6,13
   58:24 59:10 90:17
   175:1 207:19
   220:22 330:7
   334:24 335:2,5
   350:6

**medicine**
55:15 58:9,10 60:4
   60:7 79:22 80:18
**meet**
39:2 45:24
**meeting**
38:13 39:5,18 40:8
   45:22 48:4
**meetings**
45:19 46:9,12,15
   47:9
**member**
239:6 335:4
**members**
38:14 129:18
**membrane**
323:10,13
**memory**
71:23 126:19
   183:15 276:6
**men**
160:16 350:19
**menarche**
333:1,12
**menopause**
333:1,12
**menstruation**
183:23 184:3
**mention**
109:19 256:6
**mentioned**
49:23 51:5 104:8,9
   105:16 252:23
   345:24 362:4
**mentioning**
255:22 350:14
**merged**
58:17
**mesothelioma**
32:16 131:4 161:19
   166:23 167:4
   182:22
**mesotheliomas**
167:7,9
**met**
46:3 47:13 48:2,23
   142:7

**meta-analyses**
61:15 125:13
   215:22
**meta-analysis**
27:1,3 61:14 94:23
   191:20 192:15
   193:8 194:5 195:3
   195:9 215:13,18
   215:20 216:5
   242:19,20 243:7
   256:4 257:9
   268:14,20
**metal**
77:18 169:13 172:2
   173:23 180:10
**metals**
114:23 169:6,18
   170:12 174:2
   175:8,19 176:1,6
   177:8,13,18,21
   180:3 181:1,1
   299:19,24 300:21
**metastasis**
212:23
**method**
143:17
**methodology**
40:10 214:2 215:4
   215:6,10 239:19
   244:19,24 251:4
   254:5 264:15
   294:24 295:14
   330:6
**Michael**
1:17 2:13 8:24
   10:22 48:17
   164:15 364:2,18
**michael.zellers@...**
2:14
**microenvironment**
171:18 300:1
**microphone**
284:2
**microscopist**
61:3
**microscopy**
162:1

**mid**
39:13
**middle**
38:18 165:24
**midst**
221:7
**migrate**
182:10 183:13
   302:18
**migrates**
85:13 198:9 206:10
**migrating**
206:5
**migration**
82:3 83:5 88:10
   125:22 181:15
   186:23 187:5
   190:15,24 194:15
   197:15 203:7
   204:14,15 205:6
   206:5,21 337:24
   338:1 362:3
**Mike**
9:16 86:20
**milieu**
279:11 362:18
**Miller**
1:17 9:16 364:2,18
**milling**
155:9 156:4,9,14
   156:18,20,24
**mind**
81:11 165:9 192:6
   281:14 296:22
   351:23 358:21
**mindful**
265:12
**mine**
218:3 346:8
**mineral**
114:22 115:5,10
   132:21 138:23
   180:11 345:21
**mineralogist**
61:3
**minerals**
64:16,20 344:19,23

Arch I. "Chip"   Carson, M.D., Ph.D.

Page 393

345:22
**mines**
155:17 156:4,9
**minimis**
325:8
**minimum**
309:9
**mining**
41:21 77:19 155:10
156:4,8,14,17,20
156:24
**minor**
103:6
**minute**
164:1 292:15
315:23 320:8
335:9
**minutes**
235:12 335:17
**misclassification**
161:23 166:16
241:13
**misclassified**
167:8
**misleading**
77:24
**missed**
271:11
**missing**
291:15
**misspoke**
258:4 361:23
**misstates**
19:20 65:24 128:23
239:2 296:1
332:19
**MO**
3:14
**mode**
272:23
**Model**
282:20
**modeled**
340:5
**modeling**
232:8 340:13
341:13

**models**
232:5 272:18
277:18 293:15
**modest**
233:2,19
**modified**
16:20,22 28:24
**Mohamed**
27:5
**molecular**
334:16
**moment**
16:2 56:6,6 68:13
113:15 116:4
155:3 183:16
234:18 280:6
281:14,16 282:4
290:17 291:13
315:1
**Monferrato**
146:11
**monograph**
6:18 176:14 178:10
203:13,21 204:21
205:11 289:12,17
289:24 291:12,16
291:18,22 292:13
294:10 295:17
**monographs**
28:7 178:11
**Montgomery**
2:5
**month**
309:9 324:13
350:11 351:2
**months**
23:19 45:6 261:13
261:14
**morning**
284:12
**Morristown**
3:9
**motile**
303:14
**motility**
303:19,23
**motion**

334:15
**Mount**
3:8
**mounts**
111:2 233:14
**move**
121:15 140:17
162:8 176:18
192:5 205:14
236:8 241:21
324:12 334:17,17
359:14
**moved**
227:5 324:2
**movement**
362:19
**moving**
323:21 362:5
**multiple**
68:2 119:19 214:19
**multiply**
299:16
**multiplying**
212:14 310:16
**mutagenic**
313:17
**mutagenicity**
319:8
**mutation**
120:13 312:16
313:22 318:18
**mutations**
314:17 333:5

—————————
**N**
—————————
**N**
2:1 3:1
**N.W**
3:18
**Nadler**
282:18
**name**
8:4 9:23 88:18
123:16 284:10
343:21
**named**
36:22

**names**
342:3
**narrow**
359:22
**national**
90:21,23 91:6,7,12
91:18 93:7,14
95:10,18 178:24
234:21
**natural**
170:1 280:4 312:20
**naturally**
170:3
**nature**
140:16 305:4 317:5
**NCI**
92:23 94:6,21
**NCI's**
94:8
**NCRA**
364:19,20
**necessarily**
93:16 135:9 171:3
172:19 173:2,9
213:16 218:3
239:3 254:18
255:20 361:17
362:14
**necessary**
19:11 20:4 78:18
79:2 173:12,16,17
231:13 349:21
365:4
**need**
29:21 41:14 45:17
54:5 57:24 58:1
93:1 99:21 113:4
163:24 164:8,14
173:5 192:9
213:21 234:1
241:1 253:5 258:1
265:12 282:3
291:11 292:14
295:11 309:11
314:23 316:2
325:23 326:1,1,5
333:23

**needed**
249:6
**needs**
98:1 164:19 308:11
**negative**
72:20 187:14
245:18 316:8
**neither**
364:13,14
**Ness**
79:23,24 80:8
117:9,10,12 127:1
136:14 335:7,16
**Ness'**
117:3
**never**
60:14 62:8,17,21
63:6,12 64:9,12
64:20 80:8 111:21
118:15,18 138:4
182:8 216:5
308:16 326:13,18
333:1,11
**new**
1:1 2:10 3:9 17:12
25:5,10 119:15
220:10,11 266:24
267:13,16 306:3,8
307:16
**nice**
263:23 325:11,17
**Nicholson**
70:6 129:20
**nickel**
169:7,12,24 171:8
172:1 173:23
180:8,19
**night**
29:20 33:7
**nine**
143:15 297:8
**NIOSH**
76:16
**non-coffee**
265:22
**nonfibrous**
313:16

**Nonmetallic**
77:19
**nonobese**
331:5
**nonoccupational**
161:13 162:11
    163:14
**nonresponsive**
121:16 140:18
    205:15 234:2
    236:8 241:22
    359:15
**nonsignificant**
261:22
**nonthreshold**
324:22
**nonusers**
170:13
**normal**
122:11 313:12
    316:15 317:9,15
    332:14
**normally**
281:2
**Notary**
1:21 364:4,21
    367:20
**noted**
222:13,15 283:20
    365:11 367:7
**notes**
4:13 42:1 43:17
    92:16 124:20,21
    124:22 125:14
    126:18,19 183:19
    222:19 255:7
    281:23 337:6,10
    337:14 368:1
**notice**
5:4 10:15 11:1
    12:10,19 13:10
    14:6 15:1 23:24
**notion**
296:6 308:4
**November**
65:22 89:12 227:5
**Ns**

283:3
**NSAID**
131:12 132:5
**NSAIDs**
131:19
**nucleotide**
314:14
**number**
5:3 7:2 45:6,13
    46:6 49:10 57:5
    71:18 86:16 90:16
    93:9 95:14 111:24
    114:13 124:20
    125:5,17 146:14
    147:23 155:5
    159:5,9 160:15,15
    183:5 191:14
    208:22 212:16
    215:21 217:9
    220:20 221:17
    223:13 224:11
    227:3 228:4
    233:19 245:18
    250:16 251:23
    255:16 258:21
    259:4 273:4
    278:11 279:22
    280:1 305:14
    306:3,5 307:16,22
    309:9 314:11
    326:23 328:10,12
    328:13 331:14
    342:6 354:12
    357:13
**numbered**
21:22,22
**numbers**
71:20 194:13
    241:16 331:6,9
    332:6
**Numerous**
286:2
**Nurses'**
237:15,18 258:5
**Nursing**
59:5
**nuts**

67:24
_____

**O**
_____
**O'Dell**
2:2 8:17,17 10:22
    11:22 13:3,9
    14:20 15:5 17:20
    18:22 19:19 20:9
    20:12 21:17 25:2
    37:15 38:6 46:10
    46:13 53:9 54:1,7
    55:13 59:2 60:22
    62:11 63:8,23
    65:23 67:9,17
    70:15 71:17 73:10
    73:22,23 74:2,6
    74:14 75:12 78:1
    78:12,22 80:15
    81:12,22 82:17
    84:1,20 85:14
    86:14,20 87:5,12
    88:5,22 91:23
    92:3,5,11,17
    94:11 95:3 97:8
    98:3 99:8 106:16
    107:14 108:10
    109:16 110:14
    111:16 112:22
    113:2,3 114:6
    116:19 119:5
    120:8,20 123:10
    127:14 128:6,18
    128:22 130:6
    131:24 133:6
    136:7 137:21
    139:22 140:23
    141:23 143:10
    144:1,22 147:4,17
    148:23 149:22
    150:6 151:3,14
    152:5 153:1,14
    154:3 155:11,19
    157:1,8 158:12,21
    159:6,23 161:5
    162:14 163:24
    164:5,15 165:4,9
    167:16,24 168:3

168:17 170:14,23
    171:9 172:7,17
    173:4 174:7,14
    175:9,16 176:17
    176:21 178:4
    179:4,23 181:8
    182:3 184:21
    185:10 186:12
    188:10 189:14
    193:10 194:21
    195:5 196:2 197:3
    197:20 198:15
    199:16 200:2
    201:9 202:8 203:9
    203:19 204:17
    207:4,10,14
    209:10,18 210:14
    212:2 214:9
    216:12 218:9
    219:16 220:24
    222:8,22 223:15
    223:24 224:22
    226:9 228:1,14
    229:6,14 231:20
    232:18 233:3,10
    234:9,16 235:6
    236:2,11,20
    237:10 238:1
    239:1 240:15
    242:4,10 243:4,14
    243:17 244:8
    246:11 248:2
    249:2 250:9,19
    252:6 254:8
    257:18 258:1,13
    259:9 260:23
    261:19 263:3,21
    264:9 267:3,18
    268:22 269:23
    270:5 275:22
    276:8,16 277:9
    278:23 282:3
    284:23 285:14
    288:10 289:11,14
    289:19 290:12
    291:9,17 292:14
    293:19 294:3,13

295:6,24 296:13
    296:22 297:22
    299:6 300:8
    301:18 302:20
    303:5 304:16
    305:1 307:14
    309:14 310:6
    313:23 314:23
    315:9,22 316:10
    317:7,17,23 318:8
    318:19 319:13,23
    320:16,22 322:18
    324:4,14,24 325:9
    326:20 329:12
    330:10 332:18
    340:18 341:18
    343:3,9,12 345:18
    348:21 351:19
    352:15 353:6,19
    354:19 355:8,17
    355:21 356:7
    360:6 361:15
    363:5,13
**O.M**
76:16
**o0o--**
7:9 363:23
**oath**
24:19 122:20
    152:14 173:15
**OB/GYN**
207:20
**obese**
331:4
**obesity**
267:20 330:22
    332:15
**object**
11:22 17:20 19:19
    37:15 38:6 53:9
    54:1,5 55:13
    60:22 62:11 63:8
    63:23 65:23 70:15
    73:10 75:12 78:1
    78:12,22 80:15
    81:12 82:17 84:1
    84:20 85:14 86:14

88:5 92:17 94:11
95:3 97:8 98:3
107:14 108:10
109:16 111:16
114:6 116:19
119:5 120:8,20
123:10 127:14
128:6,18,23
131:24 133:6
136:7 139:22
140:23 141:23
144:1 147:4 151:3
153:1,14 154:3
155:11,19 157:8
158:12,21 159:6
161:5 162:14
167:24 168:3
170:14,23 172:7
172:17 174:14
175:9,16 179:4
181:8 182:3
184:21 185:10
186:12 188:10
189:14 193:10
194:21 195:5
197:3,20 199:16
200:2 201:9 202:8
203:9,19 204:17
207:4 209:10,18
210:14 212:2
214:9 216:12
218:9 219:16
220:24 222:8
223:15,24 224:22
226:9 228:1 229:6
231:20 232:18
233:3,10 234:2,16
235:6 236:2,3,7
236:20 237:10
238:1 239:1
240:15 242:4
244:8 246:11
248:2 249:2 250:9
250:19 252:6
254:8 257:18
258:13 259:9
260:23 261:19

263:3,21 264:9
267:3,18 268:22
269:23 270:5
275:22 276:8,16
277:9 278:23
284:23 285:14
288:10 290:12
294:13,14 296:13
297:22 299:6
300:8 301:18
303:5 304:16
307:14 309:14
310:6 313:23
315:18 316:10
317:7,23 318:8,19
319:13,23 320:16
320:22 322:18
324:14,24 325:9
326:20 330:10
340:18 341:18
345:18 351:19
352:15

**objection**
18:22 25:2 59:2
87:12 88:22
106:16 110:14
137:21 143:10
144:22 147:17
148:23 151:14
152:5 157:1
167:16 168:17
171:9,15 174:7
179:23 198:15
228:14 229:14
234:9 242:10
291:9 293:19
294:3 295:24
302:20 305:1
317:17 324:4,5
332:18,19 348:21
353:6,19 354:19
355:8,17,21 356:7
360:6 361:15
**objections**
10:24 164:24 165:2
**observational**
266:9,12,15

**observed**
156:22 187:12
  213:15 283:12
**odds**
126:9 232:14 233:1
  245:13 255:9
  259:1 261:22
  263:7,9,12 269:2
  272:22 276:20
  277:22 278:5
  310:21 331:24
  332:4 333:9,14,17
**offer**
16:5 22:21 336:10
**offered**
171:12
**offhand**
333:13
**office**
335:21,22
**official**
70:2
**offset**
358:4
**offsets**
299:14
**Oh**
66:9 180:21 192:7
  197:12
**Ohio**
76:17
**Okada**
127:3 287:5,8,10
  287:22
**okay**
17:23 20:12 25:22
  39:9 44:5 63:4
  65:3 74:5 92:3
  100:23 113:3
  123:18 124:15
  130:15 138:15
  149:9 150:11
  165:14 192:4,21
  197:10 207:14
  247:10 258:2
  259:17 270:24
  282:15 285:18
  286:16,21 287:22

64:7 65:21 66:1
  142:15
**odds**
126:9 232:14 233:1

**Obstetrics**
32:15
**obtain**
101:3
**obtained**
101:5 245:16
**obvious**
110:22
**obviously**
303:22
**occasions**
11:7 55:5 56:11
**occupation**
229:19
**occupational**
55:15,18 57:7,10
  60:7 79:22 80:18
  146:19 160:18
  161:1,15 163:7
  166:14 168:15
  229:12 297:20
  298:5,9
**occur**
103:6 162:4 301:11
  306:6
**occurred**
149:21 194:7 274:7
  312:16
**occurrence**
17:3 111:1 119:21
  121:11 126:23
  136:16 230:12
  331:1
**occurrences**
312:20
**occurring**
171:19
**occurs**
199:1 292:12
  308:15
**October**
36:19 37:13,18
  38:18 39:5,13
  40:6,6,8 59:14

291:15,20,21,22
295:3,16 296:5
297:1 299:11
300:20 305:23
307:19 309:21
316:4 320:14
323:2 332:12,15
332:22 335:19
338:8 342:2 343:1
343:12,16 344:6
360:14 361:20
362:2 363:1,5
**old**
42:1
**older**
29:4
**once**
72:2 339:11 362:16
**oncologist**
60:19
**oncologists**
208:17 338:12
**oncology**
338:9
**one-half**
60:6
**ones**
68:3 75:17 102:5
  109:21 206:1
  258:16 342:16,16
**ongoing**
198:24
**open**
206:23,24
**operate**
278:13
**operates**
97:22
**operating**
134:19
**operative**
69:19
**opine**
23:7 120:18 137:24
**opined**
150:24
**opining**

82:14 108:3
122:20
**opinion**
43:4 74:20 81:18
81:24 82:5,7,9,10
83:1,10,14,15,16
84:15 86:7 88:12
92:23 107:21
114:12 115:15
116:6,9 123:2
141:3 144:6
148:13 156:4
169:10 171:17
181:5,12 206:14
208:7 210:5,12
211:7,10 259:20
301:24 302:3,8,10
303:12 305:16
308:10 310:9
311:10,24 346:18
352:12 353:3,7,10
353:20 354:24
355:10 356:3,5,15
357:9 359:22
360:4 361:12
**opinions**
16:5,8,9,12,13,20
16:23,24 17:6,9
17:13,17 18:9,20
19:9,21 20:23
22:21 34:10 38:12
39:22 41:13 43:13
44:17,17,21 45:15
46:4 54:15,19
57:5 63:19 64:1
70:19 71:10 79:1
79:5,12 80:14,23
81:2,3,4,7,16
82:22 84:24 85:22
89:14 95:8 117:18
123:3 139:3,15
156:8 196:6 215:9
217:8,11,15,18,21
217:24 218:2
219:6 235:16,21
236:19,22 271:17
285:9,10 349:2,11

349:13 350:23
353:15,24
**opportunity**
16:11 352:5
**Oppose**
236:11
**opposed**
308:16 344:23
**opposite**
335:22
**oranges**
254:19,19
**order**
76:21 92:24 98:2
100:13 173:10
213:11 241:17
250:23 256:21
307:3,6 334:5
346:13
**organization**
93:20
**organizations**
93:6,11,24 94:7
279:24
**organs**
198:21
**original**
193:6 316:3 365:15
**Orleans**
2:10
**ounce**
100:7
**outliers**
245:21
**outline**
285:20
**outlined**
105:7 215:11
**outset**
84:23
**outside**
48:14 97:5 104:22
304:13
**ovarian**
17:3,8 23:5 27:4
30:4 32:1,16 38:4
38:20 41:2,12,15

41:24 53:8,23
55:9 62:10,18
63:1 66:13 84:17
85:3,6 89:23 90:8
90:13,18 91:14,22
95:12 106:3,11,14
106:15,19 107:5
108:5 109:4 111:1
111:15 112:3
113:23 116:8
119:22 120:6,13
120:19,23 121:22
121:24 122:8,18
122:22 123:8,14
125:1 126:1,16,24
127:7,13 128:2,13
131:14,18,22
132:7,12 133:12
135:21 136:5,16
136:24 138:7,8,13
139:8,11 140:3
145:9,12 152:12
152:16,19 153:10
153:12,17,21
154:1,13,17,23
155:1,6 158:19
159:4,10 160:5
161:19 162:12
163:8,14 166:14
167:8,22 168:6,8
191:2,16 192:23
194:18 196:11
197:17 210:8
211:4,5 216:10
220:6,7 221:21,24
223:8 224:13,15
224:17 230:12,23
231:3 234:7 235:4
235:18,20 237:1,9
237:24 238:8,16
244:4 245:4 246:4
246:10 247:23
248:10,24 249:8
249:17 250:7
252:4 255:4
256:22 260:21
267:1,9,17 268:5

268:19 269:19,21
270:18 272:24
273:5,9,13,21,24
274:7,14,20 275:4
275:10,19 276:4,6
277:7 279:17
280:8,13,22 281:7
281:22 282:14
284:20 288:23
289:2 292:4 296:8
306:3,5,8 307:7
307:12 308:12
309:13 310:4
313:12 314:6
315:20 316:16
326:14,17 330:3,9
330:23 331:1,4,11
331:18 332:23
333:20 338:14,21
344:11 349:24
350:3,5 351:12
352:21,22 353:5
354:11 355:3,7
**ovaries**
82:2,16 83:4,8,17
84:5 85:13 116:5
116:7,11 154:8
169:19,23 177:14
181:14 182:1,10
182:14 183:14
184:12 191:2
198:10 200:17
201:1 206:6,10,14
206:17 208:8
209:2,6,17,23
278:22 279:5
283:12 321:23
362:7
**ovary**
300:22 319:21
323:2,6,8,11
324:7 337:18,23
338:1 339:5,11,14
**overall**
110:20 217:11
230:24 292:2
**overarching**

293:11 295:14
**oversees**
219:14
**oversight**
70:4 95:19
**oversimplification**
214:12
**Overstreet**
3:23 8:5
**overwhelmed**
313:1,6
**oxidative**
134:21,24 135:5,7
135:12,15,19,23
136:2,4,15,19,22
137:15,17,20,24
138:6 198:24
199:7 200:10
**oxygen**
199:6
**oxytocin**
186:8 188:17

---
**P**

**P**
2:1,1,2 3:1,1
**P-346**
7:7 28:14 293:5
**p.m**
177:2,3 253:9,10
363:9,10,22
**page**
5:3 7:2 17:24 18:18
18:19 21:24 24:23
30:24 67:8,20
69:4,6,8,16 77:8,9
81:8,16,19 99:6
99:17 106:21
108:15 112:16
113:9 114:13,16
115:23 124:24
125:8,16,17,20,21
126:7,8 130:13
148:11,16 160:9
163:10,19 164:2
183:2 196:16
197:5 220:16

243:15,24 248:1
248:17 249:13
256:19,20 260:17
272:6,21 283:1,3
285:24 289:11,18
289:21,24 291:13
294:5 297:3,4
301:1 305:13
366:2 368:3
**pages**
21:23 68:9 71:5
124:21 193:16
210:12 367:5
**paid**
224:4,8
**pancreatic**
265:11,24
**paper**
27:6 84:12 89:17
95:6 100:16,17,19
101:15,21 104:3,6
104:10,16,19
105:22,23 106:1
106:22 108:8
111:11 112:7,11
112:13 113:2,21
114:11 117:20,21
126:21 127:2,4,4
127:18 129:22,24
136:11,14 155:3
159:16 160:2
161:6 162:17,20
162:21 163:1
164:8,19,20
165:18 245:23
246:23,23 247:13
249:21 259:13
280:10 282:19
314:24 315:10
316:3 320:7 335:7
335:8 336:11
338:2 339:7,13
361:24 362:1
**papers**
70:22 71:3 76:9
111:13 127:10,24
128:17 136:15

337:24
**paragraph**
163:11,21 166:4,5
244:1,2 248:14
272:7 286:1 288:4
297:5 301:3 321:6
321:9
**parallel**
245:1
**Pardon**
68:13
**Parmley**
5:19 32:17
**parsing**
133:9
**part**
12:15 27:17 31:15
38:23 41:10 46:3
49:4 52:23 82:22
86:3 90:9 103:5
104:13,23 105:16
105:22 123:3
126:11 144:10
149:14 157:19
173:13 174:21
180:12 195:9,16
215:10 219:1
223:22 228:18
231:24 279:11
291:4,16 314:19
318:2 319:1
336:15 341:10,13
345:10 347:6
358:18
**parted**
39:19
**participants'**
272:2
**participated**
207:21 350:7
**particle**
303:1 334:11 339:4
339:9,10
**particles**
182:14 184:5,12
185:22 186:11,23
187:22 188:2,7,23

189:3 190:4,9,10
209:16 283:11
303:16 334:15,20
355:16 356:16
357:10 361:7
362:5,9,16
**particular**
44:2 77:23 151:17
211:19 241:14
280:17 282:7
295:17 299:24
337:22 345:12
349:5 351:18
357:18 361:6
**particularly**
83:17 91:3 141:5
160:17 241:6
**particulate**
187:19 209:7 303:8
304:19,22 321:10
**parties**
364:14
**parts**
209:8 336:7
**party**
364:11
**pass**
284:2,3
**passed**
101:7 357:18
**passes**
303:20
**passing**
335:24
**pat**
69:17,18 336:13
**path**
182:18 329:1
**pathological**
62:9
**pathologist**
62:6 162:3
**pathway**
191:1,5 206:21,22
**patient**
171:14 328:18,20
329:3,18 330:3

350:10
**patients**
60:5 130:22 134:13
184:15 185:1
190:19 239:23,24
240:1 327:14,21
327:24 328:6,7,8
328:11,13,17
349:24 350:5,8,17
350:21 351:5,15
352:1
**pattern**
238:5 308:22
**pause**
271:6 315:22
**pay**
105:2
**PC**
2:2
**Pecan**
3:3
**peel**
359:11
**peer**
102:15,19,21
320:13,15,21
321:4
**peer-review**
103:5,16 105:9
**peer-reviewed**
27:21 95:11 103:10
**pelvic**
83:12 122:17,21
123:8 126:15
127:12,18 128:1
128:12 207:1,21
327:9,15
**Penninkilampi**
256:4,6 257:8
**Pennsylvania**
2:21
**people**
44:10,15 49:11
199:20 212:16
221:3 240:2
250:24 328:2
336:4 337:13

350:12 357:20
358:3,8,9 359:1
**perceived**
29:7
**percent**
56:2 274:13 275:10
275:19 306:24
308:5
**percentage**
55:22 60:3 75:20
76:3 273:12,23
274:23 302:4,9,14
307:10,11 327:21
331:23 341:15
362:22
**percentages**
303:3
**perfectly**
164:12,18
**perform**
42:13 241:8
**performed**
40:13 76:18 140:12
173:19 182:8
214:5,13 215:22
228:5
**performing**
252:17
**perineal**
17:2,7 27:4 82:1,12
83:3,10 91:21
107:4 109:3
110:24 111:14
117:6 140:2 147:2
152:18 168:14
181:13 183:1,13
187:6 189:9 198:9
200:16 201:5,24
210:7 211:3 214:6
230:10 235:3
247:22 248:10,23
249:16 250:6
283:13 284:18
306:16 311:12
319:22 338:20
**perineally**
166:22

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 398

**perineum**
183:7 206:22 231:5
  232:4 296:11
  301:9,16 302:1,5
  305:9 321:11
  334:12,21 339:19
  340:17 341:9,17
  341:22
**period**
23:14,15,17 40:21
  44:24 96:1 145:15
  168:7 261:9 262:9
  277:17 279:17
  280:7,14,18,21
  281:7,22 282:14
  311:6,23 342:11
  351:3
**periodic**
23:12
**periodically**
309:23
**periods**
261:3 263:20 280:1
  280:12,24 281:3
  310:12,13
**peritoneal**
161:18
**Perkison**
79:21
**person**
308:19
**person-years**
212:6,10,17 310:15
**personal**
3:20 9:10 57:6
  151:5 156:2,17
  196:23 257:3
  280:20 284:19
  335:12 343:23
  345:5,13
**personally**
156:19
**persons**
146:15 149:6
  182:15
**Perspectives**
31:13

**pertaining**
182:9
**pertinence**
78:7
**pertinent**
42:5,16 43:4 68:4
  70:17 76:22
  167:10 186:22
  214:18
**petition**
219:12
**petitions**
30:22 221:16
**petri**
300:7
**Ph.D**
1:14 4:5 5:1 9:18
  28:1 59:21 364:5
  367:4,12
**Pharmaceutical**
31:11
**pharmacologists**
220:22
**Philadelphia**
2:21
**phone**
37:23
**phrase**
82:5,8
**phrasing**
83:13
**physical**
13:17
**physician**
10:2 55:16 79:22
**physicians**
207:23 208:4
  213:20 220:21
**physiology**
84:4
**picked**
259:23
**pickled**
229:10 357:11,19
  360:1,2,5,9,11
**piece**
51:4 87:15 119:23

  149:17 282:7
**piecemeal**
40:20
**pieces**
18:11 42:23
**Pier**
70:8,9 148:12,18
  149:11 150:1,10
  151:17 158:2
**Pier-47**
7:5 148:18 149:11
  150:2,9,19 151:10
  152:2 158:2,7
**pipe**
145:21
**Pitocin**
188:14
**Pittsburgh**
117:11
**place**
97:18 315:18 364:8
**placed**
227:8 314:5
**places**
162:5 254:16
**placing**
245:1
**plain**
211:21
**plaintiff**
28:14 46:2,21,24
  50:21 51:24 57:14
  72:14 75:11
  171:24
**plaintiffs**
2:11 8:18,21,23
  10:12 15:5 23:1
  35:7 44:9 47:14
  49:9 53:15 57:12
  78:20 80:6,9
  96:13 117:24
  118:13,21 142:24
  178:2 224:5
**plaintiffs'**
2:6 13:1 20:3 24:6
  25:11,15,17,20
  26:17 27:10 30:10

  32:3 33:5 34:16
  34:19,24 35:19,24
  36:5 38:14 39:3
  39:16 45:20 47:5
  49:14 51:1 53:17
  65:20 71:13 72:5
  75:18 101:7,10,15
  102:13 103:22
  104:14,24 105:12
  105:18,23 108:22
  141:22 148:22
  285:12 346:2,5
  347:12 361:21
**plans**
85:9 352:2
**plant**
146:12
**plasters**
146:1
**platy**
137:10
**plausibility**
230:1,10
**play**
303:22
**players**
233:15
**please**
8:15 9:24 30:12
  53:12 73:24 87:7
  98:19 105:15
  113:15 119:10
  164:5,9 165:10
  243:18 301:2
  343:15 365:3,8
**pleurodesis**
129:5,7,13 130:9
  130:23
**PLLC**
3:2
**plugged**
280:16
**pocket**
123:24
**point**
38:1 40:3 42:11
  49:19 86:23 107:1

  136:12,13 142:11
  147:13 148:5
  187:24 190:2
  194:10 202:11
  209:21 223:2
  233:14 236:6
  289:3 292:3
  295:17 311:10
  313:9 326:7 331:2
  340:13 344:3
  346:8 352:9
**pointing**
112:23 294:15
**poison**
311:1,18
**policies**
91:8
**polite**
74:10
**polycyclic**
358:14
**polymorphisms**
314:14
**pooled**
166:6 192:18,21
**population**
258:19 265:14
  308:15 309:6,7
  332:1 334:2
**population-based**
239:17 240:13
  244:21
**populations**
166:17 254:16
**portion**
347:17,19
**portions**
221:8 336:23
**pos-**
187:1
**posed**
351:17
**poses**
214:7
**position**
30:3 69:21,22 90:7
  94:21 185:24

186:22 187:3
188:22 204:14,20
205:6 206:4,10
234:15,20,23
246:24 338:11,17
338:19
**positions**
30:22 93:21 191:23
205:19
**positive**
72:9,13 107:3
109:8,20,21 110:7
110:23 145:18
154:20,24 166:11
191:14 210:6
221:23 223:5,7
245:3,9,13,18,20
261:22 263:8
316:8 354:14
**positives**
187:12
**possession**
12:18
**possibilities**
328:23
**possibility**
244:23 262:7
278:17 312:4
**possible**
90:15 111:22
178:21 179:14
187:11 189:2
241:24 242:9,12
243:11 244:14
262:3 265:20
266:8,13 267:17
268:7 272:14
288:7,15 355:19
356:4,6,17
**possibly**
16:9 225:8 229:3
249:19 266:24
267:9 303:18
**posterior**
301:23
**potential**
37:5 97:19 134:10

136:24 158:18
159:3 161:22
170:20 171:21
172:22 180:4
241:9 268:9,21
276:14 277:14
294:1 326:9 356:9
**potentially**
77:24 221:20
233:22 360:8
**pound**
100:7
**powder**
1:4 8:11 17:3,8
22:2,4 23:4,11
30:4 32:1 38:4,18
48:20 52:4,8,13
53:8,23 55:1,8,9
62:23 63:20 64:2
64:10,13 65:5,8
66:13 72:18 73:1
73:7,8,17 81:19
82:1,13,15 83:3,7
83:10,18 84:17
85:2,6 87:16 90:8
90:13 91:13 107:4
107:13 108:5
110:24 114:17,22
115:24 132:11
133:3,19 139:8,10
139:12,16,20
140:21 141:4,5,12
141:16,20 143:5,7
143:9,24 144:8,16
144:16,20 147:3
147:11,14 148:6
148:13 151:11
152:3,18,23
157:14 158:10
175:8,15 176:7
177:9,22 178:3
181:13 182:1,23
184:14 192:22
193:19 194:6
198:8 199:4,12
200:1,16,18,23
201:4,16,18 202:1

202:6,18,21,24
206:5 210:8 211:3
211:6 216:9
219:11 220:6
230:11 231:4,7,11
231:19 232:2,9
257:3 260:22
262:10 270:18
272:2,14,24
274:22 275:6,11
275:20 288:6
296:8 298:7,24
299:5 302:4
305:22 306:16,22
307:1,8,12,23
308:2,6,12 309:11
309:19 310:3
311:9,12 313:11
325:13 326:12,18
340:6,16 341:8
350:10,13 351:8
351:11 352:9,14
352:20,24 353:10
353:16,21 354:2
354:10 355:2,6
357:22 358:23
359:5,23
**powdered**
134:17 189:22,23
305:3
**powders**
140:3,3,15 167:14
**power**
211:15,17,22 251:5
251:10,21 252:8
258:17
**practically**
245:20
**practice**
31:16 38:24 47:21
60:4 70:13 76:4
328:4 358:17
**practices**
1:5 41:21 76:1
100:15
**practicing**
335:1

**pre-2014**
276:20,24
**preamble**
28:7 293:4,8
294:16,21,23
295:12
**precautionary**
97:13,15,17 98:7
98:10,16 99:15,18
99:20 100:4,6
**precept**
97:21
**precision**
37:21
**predecessors**
147:20
**Pregnancy**
318:13
**pregnant**
333:2
**premenopausal**
255:10
**preparation**
19:8 43:22,24
108:17,20
**prepare**
24:4 42:10 43:19
**prepared**
17:9 24:4 50:6,9,12
126:13 346:23
347:10,11
**preparing**
18:14 65:11 284:17
**prescribed**
330:16
**presence**
49:17 72:10 134:24
138:16 169:6
184:12 265:5
319:1
**present**
142:21 169:16
170:6 175:21,24
244:4 266:11,14
357:14
**presentation**
324:7

**presentations**
345:12
**presented**
134:1 209:22
325:19
**presently**
85:10
**presumably**
331:17
**pretty**
31:18 43:5 68:7
85:19 168:8
206:23,24 217:3
297:12
**prevalence**
306:18
**preventative**
99:22
**prevented**
325:19
**prevention**
100:7 233:23
306:17
**preventive**
58:9
**prevents**
202:11
**previous**
48:4
**previously**
10:24 28:13 29:9
32:23 42:3 48:2
51:14 56:14
**primarily**
134:11 145:24
146:4 153:20
160:24 161:2
168:16 181:17
279:6 328:3
**primary**
93:15 182:24
205:20 206:1
210:23 360:7
**principle**
97:13,16,17,24
98:7 100:6 311:18
356:10

Arch I. "Chip"  Carson, M.D., Ph.D.

**principles**
99:13
**print**
24:7
**printed**
320:9
**prior**
65:24 96:17 107:1
189:19,21 272:2
277:3,23 301:5
364:4
**privileged**
13:7
**probable**
178:21 179:14
226:21
**probably**
11:8 56:1,12 60:9
66:23 151:20
178:17 201:21
205:12 226:17
227:1,9 277:1
279:8 308:21
312:8 327:22
334:13 335:8
338:2 348:12
350:7,19 357:24
**problem**
312:15 345:3
**problems**
93:13 134:11
312:21
**procedure**
319:2 330:17
**procedures**
11:10 155:9,14
**proceeded**
214:20
**proceeding**
28:15 38:9
**proceedings**
4:3 8:1 10:9 363:21
**process**
28:11 43:18 95:19
102:17 103:5,9,16
105:9 120:10,12
122:11 171:18

173:20 198:24
214:13 241:2
311:22 312:10,23
313:1,15 314:20
340:3,13 341:12
341:13 357:18
362:3
**processes**
121:11 127:20
156:16
**produce**
154:1 216:2 321:13
362:16
**produced**
14:14 20:1 72:4
75:21 149:6
313:14
**produces**
82:13 114:18
115:24 116:6,10
292:4
**product**
22:4,6 69:24 72:11
77:23 132:18
151:9 152:3
296:10 306:1
350:22
**production**
133:12
**products**
1:4,5 3:20 9:11
22:2,2,5,7 23:4
49:17 57:16 60:15
73:20 75:16
140:13,21 141:5,6
141:13 143:5,7,9
144:8 146:1 147:3
147:11,15,22
148:7,13 151:11
151:13,21 152:4
184:20 214:7
219:11 284:19
343:24 344:23,24
345:2,5,13,17
350:10 353:16,21
354:2,10 355:2,6
**Products'**

155:9
**profession**
335:4
**professional**
1:18 19:23 42:4
55:24 58:16 61:11
138:1 364:2,19
**professionals**
220:23
**professor**
58:9 61:8
**program**
178:24 344:16
**progress**
147:23 300:11
**progression**
280:4 303:16
**proliferation**
115:2 139:1
**promotion**
116:13 120:13
313:18
**propensity**
212:23 304:18
**proper**
172:15
**proportion**
140:7 224:16
**proposal**
136:21 219:9
248:15
**proposition**
125:23 126:15
128:5 183:6 287:6
287:23
**propositions**
54:17
**propounded**
367:6
**prospective**
237:7
**protection**
179:1 314:19
**protective**
135:10
**proved**
97:20

**proven**
111:3
**provide**
57:5 59:16 72:15
79:11 84:5 219:10
**provided**
25:11,14,17,19
26:16 27:10 30:10
33:4 34:16,19
35:6,18,24 50:3
51:10 53:3 59:5
75:17 77:21 78:11
78:20 101:14
102:12 142:23
318:2 346:19
349:13
**providing**
56:15
**proving**
218:6
**proximity**
323:4 341:23
**psoriasis**
122:4
**psychological**
359:7
**PTI**
3:15,15 9:13,14
**public**
1:21 61:9 79:18
89:21 93:5,10,21
93:23,23 94:7
96:1 100:15 239:8
344:15,16 364:4
364:21 367:20
**publication**
5:9,11,12,14,18,20
6:5,6,7,9,10,13,15
6:16 51:3 63:18
77:3,15 91:16
94:9,14 96:18
101:14 102:3,14
102:19 103:19
106:23 123:7,17
136:3 138:5,11
213:5,8,9 214:18
321:1

**publications**
62:22 64:17,22
70:22 76:13,23
77:10 103:10
108:6 135:19
142:1 213:12
337:18
**publicity**
272:1
**publish**
76:9
**published**
31:12 51:14 61:13
61:16 63:6 64:9
64:12 71:3 85:5
85:17 86:17 92:24
100:18 103:1
107:1 117:2
119:10 146:8
185:5 204:20
206:4 208:19
214:3 216:1,5
260:13 267:2
281:3
**pull**
192:9 295:4 314:24
315:23
**pulled**
289:18
**pulling**
123:24 349:20
**Pulmonary**
77:11,16
**pulmonologist**
62:1 79:21
**pure**
353:5,9,12,17
**purport**
190:14
**purpose**
28:8 33:14,20
95:15
**purposes**
283:9 349:4
**pursuant**
364:10
**purview**

Arch I. "Chip"   Carson, M.D., Ph.D.

Page 401

13:6
**pushes**
334:11
**put**
78:10 124:1 207:18
230:6
**putative**
28:12
**putting**
346:15

**Q**

**qualifications**
142:9,10
**qualified**
17:16 156:11
**qualifier**
309:16
**qualifying**
294:19
**qualitative**
173:8
**quality**
40:14 69:23 70:5
70:11 157:24
228:5
**quantified**
206:16 340:9
**quantify**
143:22 231:23
339:18 340:15
341:7
**quantities**
73:19 74:21 75:1
169:15 321:13
**quantity**
201:21 232:2,9
257:2 354:4
**question**
11:13,18 12:3,6
17:2 18:10 20:2
22:18,21,24 23:3
32:4 38:2 39:16
40:10,12 53:11,18
62:14 65:16 68:6
81:15 86:2 87:24
92:2,12,13,14,15

92:18,21 107:17
110:10 112:9
113:14,19 115:14
116:22 124:10
127:23 128:9
135:17,24 148:4
153:8 156:11
158:24 165:5,8,10
165:13 171:13
172:4 180:15
206:15 214:15
215:2 216:3
263:16 285:4,4
290:24 292:7,9
293:7 294:17,19
296:18 298:21
300:18 304:11
307:2,5 312:22
316:7,21 317:13
321:18 338:13
344:4 347:9 349:1
349:15,18 351:1
351:17 352:2
358:21,23 359:21
360:3 362:2
**questioning**
33:23
**questions**
15:6 23:7 33:9,17
34:3 85:24 87:3
112:6 113:1 150:3
156:6 159:13
162:24 164:21
168:24 181:22
195:14 218:18
245:1 256:16
278:7 283:24
285:23 301:5
315:7 343:7 363:4
363:14 367:6
**quickly**
282:9 303:2
**quite**
56:5 90:15 213:3
252:16 264:1
329:19
**quotation**

245:8
**quote**
91:24

**R**

**R**
2:1 3:1
**radar**
204:3
**radioactive**
183:17 187:19
189:5
**radionuclides**
189:3
**ran**
29:20 33:6 36:2
336:1
**randomly**
193:23
**range**
309:23 333:14
**ranging**
276:22
**rapid**
122:12 132:19
304:19
**rapidity**
302:19
**rapidly**
278:21 279:4,10
**rappel@seyfarth...**
3:18
**rate**
45:10 297:19
303:18,20 306:11
**rates**
121:14 167:3,22
168:6
**ratio**
137:8 232:14 233:1
245:13 261:22
263:7,9,12 269:3
272:22 276:21
277:23 278:5
331:24
**rationale**
136:21

**ratios**
126:9 255:10 259:2
310:21 332:4
333:9,14,17
**RDR**
364:18
**reach**
79:5 116:5 173:10
177:14,19 182:1
201:1 206:17
215:14 263:8
319:21
**reached**
141:11 182:14
311:11
**reaches**
169:18,23 177:16
177:18 206:13
362:6
**reaching**
215:8
**reactant**
318:11
**reaction**
287:1,19 317:1,19
317:20 322:22
**reactions**
119:21 121:6
312:21
**reactive**
199:6
**read**
44:15 100:1,24
107:9 112:13
127:17 130:16
154:16 166:19,20
222:2,3 250:3
252:24 267:8,11
290:15,19 297:12
297:16 336:6
337:19 365:3
367:4
**reading**
91:23 92:7,15,16
134:6 162:16
193:17 196:19
222:23 243:15

244:1 248:7
272:11 314:3
342:18 348:5,14
**reads**
286:1
**ready**
113:13,19 321:12
**real**
270:4,8
**really**
105:2 115:13 143:6
186:22 295:12
309:1 312:11
317:14 336:12
349:15
**realtime**
1:21 296:23 364:3
364:20
**reason**
94:1 132:17 133:22
133:23 134:8
241:20 245:4
286:13 300:4
302:17,21 351:22
365:5 366:4,6,8
366:10,12,14,16
366:18,20,22,24
**reasonable**
227:24 228:12
330:18
**reasonably**
39:11
**reasoning**
216:16
**reasons**
93:10 160:12
238:21
**reassert**
10:23
**Reath**
2:19 9:3
**recall**
14:6 29:12 31:22
37:10 47:22 48:3
69:12,14 70:7,24
79:13 90:10
101:16 105:7

Arch I. "Chip"  Carson, M.D., Ph.D.

142:11 187:16
240:23 241:7,24
244:20,23,24
269:7,8,13,18
270:3 272:2,15
276:11,14 277:14
280:6 286:19
301:13 338:3
340:22 341:14
**recalled**
271:21 274:21
275:6
**recalling**
281:5
**receipt**
365:16
**receive**
10:15 43:24 346:6
**received**
10:20 59:21 143:16
**Recess**
89:5 177:2 253:9
363:9
**recessed**
363:21
**recited**
146:18
**recognize**
225:18 357:1
**recognized**
208:12 213:13,17
233:15 267:21
**recommendation**
143:14
**reconsider**
203:14 204:1
**record**
8:4,16 10:23 14:16
89:4,8 177:1,5
247:16 253:5,8,12
363:8,12,19
**recorded**
314:9
**recording**
232:6 321:16
**records**
76:21 149:8,12,20

**recruit**
239:20
**rectal**
198:12 199:13,23
200:11 202:24
**redline**
337:2
**redo**
43:2
**redox**
181:3
**reduce**
131:21,22 147:21
**reduced**
191:6,7 194:13
196:13
**reduces**
132:11 240:22
**reducing**
306:14
**reduction**
132:6 193:24
194:17
**refer**
21:24 22:1 23:11
29:21 33:16,22
81:10 115:17
187:18 190:13
192:8 211:14
235:2 258:5
**reference**
20:19 24:22 35:15
35:17 51:18
210:11 296:6
**referenced**
7:1 143:12 158:5
216:19,24 217:3
280:11 296:10
347:5
**references**
15:11,14 17:24
18:3,7,17 19:3,17
20:5,15 24:11,15
29:9 32:24 33:11
35:22 52:17
**referral**
328:3

**referred**
24:21 102:3 151:24
184:8 192:15
210:12 270:13
328:1,6 330:2
**referring**
22:3 110:16 121:13
158:4 205:23
211:16 287:17
305:21 321:21,24
**refers**
211:17 228:4
**refine**
43:1
**refresh**
71:22 126:19 164:1
183:15
**refute**
54:19 245:11
**refuted**
54:10,16 217:22,24
218:4
**refuting**
328:24
**regard**
290:7 291:6 293:14
299:19 304:13
318:16
**regarding**
18:9 22:18 36:17
37:6 41:18,23
55:17 63:19 64:21
65:4,8 69:23,23
72:10,19 75:15
78:24 93:16 138:1
154:16 188:5
267:13 292:2
298:10,13 304:20
326:9 337:17
345:4 358:6
361:24
**regardless**
78:7 304:20
**regards**
294:22
**region**
187:6 198:9 200:17

201:6 202:1
311:13
**Register**
134:7
**Registered**
1:20 364:3,19
**regression**
272:18 277:18
**regular**
27:17 31:15 210:7
231:6,19 284:18
309:18 310:1,3,20
326:13,19 327:18
**regularity**
301:11 304:12
305:10 321:8
**regularly**
199:20,22 231:4
308:11 327:14
357:14
**regulated**
361:9
**regulation**
328:15
**regulatory**
97:7 219:13
**Reid**
6:6 159:15 160:2
**rejected**
219:11 225:6
**rejects**
203:6
**relate**
17:1 18:4 48:5,7
123:13 124:3
162:10 236:15,22
354:17,20
**related**
41:8 48:15 49:18
77:18 91:10
136:15 161:1
248:12 249:21
269:15 285:6
331:1 360:8
361:13
**relates**
1:7 37:22 41:11

55:18 66:13 82:11
91:8 95:12 117:5
212:6 337:23
339:8
**relating**
31:24 55:7 62:9,18
62:22 63:1 72:23
77:22 86:7 120:1
131:13 136:24
138:11 167:9
192:22 234:7
252:3
**relation**
112:2 126:23
209:24 212:13
**relationship**
30:4 38:19 41:3
47:5,8 48:11,14
51:6,8 53:22
54:11 58:4,12
86:18 90:7 91:17
121:10 127:6,8,19
133:11,14 136:17
140:2 154:16,20
159:3 210:7 211:3
256:22 262:24
263:1,18 265:6
268:5 284:18
286:15 329:21
353:4 354:10
359:1,6
**relative**
145:17,19,23
146:15 160:19
215:15 236:14
245:14 258:18,23
259:2,6 331:24
332:4 334:4
364:13,14
**relatively**
267:16
**relevance**
349:18
**relevancy**
349:8
**relevant**
42:24 334:10

Arch I. "Chip"   Carson, M.D., Ph.D.

348:18
reliable
78:6
reliance
101:21
relied
76:12,19 77:1,4
88:8 232:12
242:21 271:16
346:17,21
relies
205:20
relook
246:17
rely
70:13 71:9 76:6,8
93:4 97:6 104:22
174:3 205:17
242:18
relying
18:20 19:15,16
123:1 201:3
281:11 282:13
354:17
remains
169:22 324:9
339:11
remember
37:20 165:12
183:20 269:20
349:16
remembered
274:21 276:4
reminder
343:21
remove
200:5
removed
360:22
render
38:12
rendering
34:11
RENEE
3:17
Renée
9:9 343:15,22

repair
312:14,22 313:1,7
314:20
repeat
11:14 53:11 107:16
165:15 296:17
301:4
repeated
305:15
repeating
165:10
rephrase
11:15 336:16 344:5
replacement
268:15,18 269:5
replete
140:14
report
5:5 13:12 14:4 15:9
15:15,16,22 16:3
16:16,19 17:10,15
17:16,23 18:11,14
18:18,21 19:3,8
19:11,13 20:1,4,6
20:20 21:1,7,15
21:21 22:10 24:15
24:16,23 25:1,7
25:22,24 29:11
42:10 43:13,18,19
43:22,24 44:1,13
45:15 49:4 50:3,5
50:6,9,9,12,12,14
50:17 54:14,21
57:22 65:11,17,19
73:3 80:14 81:8
81:10,16 89:12
92:8,9 94:3,4
100:18 105:20
114:13 117:13,15
122:10 126:20
132:9 145:12,22
146:9 148:10
155:22 158:7
181:24 183:3
192:16 205:9
209:1 210:13
211:12 215:11

216:2,21,23 217:6
229:22 230:22
251:8 255:24
256:7,9,18 270:12
282:4,8 284:17
285:9,22 291:2
292:10 294:12
297:4 299:20
309:18 336:5,6,23
346:18,24 347:5
347:20,23 348:9
348:11 349:5
352:13 355:23
reported
84:11 109:8 113:22
157:22 166:7
174:24 175:2,5
185:14 191:10,11
246:2 261:13
283:12
reporter
1:19,20,21 9:16
12:6 364:3,3,3,19
364:20,20
Reporters
1:19 364:2,19
reporting
274:5 322:5,9,13
322:16
reports
19:7 40:14 49:11
49:13,16,24 50:24
52:7 67:21 68:9
72:8,9 116:14,23
117:2 120:2,3
132:3 140:1,14
141:21 142:2,5,21
142:24 143:3
146:10 310:16,19
353:8
represent
18:13 105:1 284:13
343:23
represented
345:21
represents
19:5 226:12 233:21

reproductive
26:11 27:13,20
82:4,12 83:6,11
84:4 86:12 87:10
88:2,14,19 116:18
119:4,13 181:16
181:18 183:1,8
185:7 186:24
188:6,8 191:3
200:18 206:11
207:17,24 301:10
301:16 303:3,21
304:14 305:9
request
14:7 51:11 72:21
108:22 285:11
requested
143:14 327:16
364:11
requests
12:16
require
100:9 173:9 241:16
306:20,23
required
100:10 171:3
328:14
requiring
217:2
research
27:18 31:16 38:21
40:13,15 62:9,18
63:12,17 64:8
76:5,15,18 87:13
91:8 93:15,17
105:17,20 126:20
129:17 132:3
138:5,11 139:11
139:24 140:11
158:18,23 159:2
159:12 165:21,21
178:23 225:24
231:1,1 238:4
248:16 249:6
251:8 254:15
285:11 300:14
301:21 310:19

313:8 332:3 334:8
347:2,7,24 348:13
349:13,17 353:8
354:1,3,9,12
researched
168:16 284:21
285:5,6
researching
118:4 347:18
reside
199:3
residence
209:21
residency
350:7
residents
60:7 80:19
resides
339:4
residual
200:6 266:7
respect
17:6 33:9 91:13
103:16 114:10
131:9 173:22
174:5 175:14,18
187:4 205:6 206:9
234:6 237:15
Respectfully
359:16
respiratory
77:14 134:11
respond
12:15 34:3 164:21
responding
30:21
responds
292:7
response
12:10 13:10 23:23
33:17,23 113:24
115:1,6,8,12
138:24 219:8
285:3 321:16
322:13,16 362:17
responses
321:13 322:6,9

350:20
**responsible**
70:10 91:7 230:12
352:21
**responsive**
12:18 15:1 20:2
**rest**
265:14 323:15
**restated**
100:6
**restates**
92:23
**restating**
210:22
**result**
16:21 88:9,11
185:8 191:6
200:11 201:15
212:17 221:23
245:3 285:10
305:17 306:17
311:19 313:17
314:16 334:6
348:2
**resulted**
64:17 146:10
203:13
**resulting**
87:10 88:3,20
137:18 310:21
**results**
72:10,13,19 82:1
83:4,7 86:12
111:6,10 120:13
151:16,18 157:23
181:13 191:2
194:9 196:18
215:23 222:21
223:18 232:4
245:6,16,18,19,20
260:17 266:4
269:19 277:4
326:4
**retained**
32:3 36:16 46:19
48:20 57:15 65:19
96:14

**retention**
249:7 347:15
**retrograde**
183:22 184:3
**retrospective**
242:2 243:10
244:13 260:12
269:11
**return**
365:14
**revel**
358:17
**reverse**
306:14
**review**
18:14 19:22 27:2
27:16 30:6 31:15
31:23 39:22 40:1
40:19 42:12,13,15
42:17 43:7,8 44:1
45:14 46:5 49:5
50:5,8 52:20 53:1
65:14 66:23 68:14
68:15 72:22 73:2
75:11 77:14 79:6
80:23 86:3 90:6
90:10 95:11 98:19
99:9 102:20,22
108:19 113:1,4,10
113:17 164:8,19
164:20 193:13
203:12,22 205:13
205:17 214:14
220:10,13 223:13
224:20 242:21
257:22 282:4,17
291:14 316:5
320:13 321:4
348:2
**reviewed**
5:8,21 6:3 14:3
19:8,14 20:18
35:9,12,14 40:21
42:8 43:9,16 49:4
49:12,13,15,24
50:2,11,14 51:1
51:12 52:7,11,14

66:3,8,10,10,11
66:16,20,23 67:13
67:22 68:12,20,23
69:13 75:7,9,15
75:23 76:2 87:8
89:11 91:11 95:6
100:17 102:16
108:16,21 142:4
142:17,21 143:4,8
217:5 219:1 221:6
227:8 242:18
281:7 290:3
295:23 309:8
320:15,21
**reviewing**
67:1 211:11 347:24
348:6,14
**reviews**
215:24
**revisiting**
278:17 342:4
**Rheumatoid**
121:18
**right**
10:3,9,13 11:5 13:8
15:9 19:18 20:15
21:8,15 24:1,12
25:1,18 26:12,15
27:7,11 28:1,15
28:19 31:2 32:12
34:11 38:5,21,22
38:24 39:7 44:24
45:2 49:5 50:13
50:19 52:18 53:18
54:22 56:16 59:19
59:22 60:1 61:21
62:10 63:7,22
67:5 68:21,24
71:7 81:5,9,20
83:8,20 84:18
85:3 89:18 91:1,5
91:22 94:10,19
95:1,8,22 96:6
98:2,11,12,17
99:15,16 100:12
100:18 101:1,11
101:18 103:2,24

106:8,12 107:13
107:22 108:1,6,9
108:18 109:9,12
109:15 110:4
111:15 112:6,16
112:21 113:18
114:1,10,14,19
115:2 116:2 117:9
117:14,18 118:16
121:19 122:13
123:23 125:2,6,10
126:2,5,10,12
128:17 129:4
130:10,14,17,20
130:24 131:4
132:7,12 133:5,20
134:16,22 138:14
138:19 139:17
142:5 145:6
146:20,23 147:1,3
148:14,19 155:6
155:10 156:5
157:15,20 158:3
158:20 159:5
160:6,13,19
162:13 163:1,8,23
165:18,22 166:8
166:21 167:15
169:8,9 170:1,4,8
170:22 171:8
172:2,12,22 173:1
174:22 176:14,16
178:12,18 179:10
181:16 182:11
183:3,9 184:9,16
184:18 185:1,24
186:8 188:9,16,24
189:10 191:12,23
192:16,19 193:2,9
194:2,9,20 195:4
195:12,16 197:2
197:24 198:8
199:5,15 200:21
201:1,19 202:3,7
202:15,19 203:4
203:17 204:16,23
205:1 206:3 208:1

208:9 209:9 210:3
210:9,13 214:8
215:5 216:6
218:22 219:2,15
219:23 220:18,23
221:8 222:17
223:14,23 224:5
225:4,24 226:18
226:22 227:10,13
227:19 229:17
230:1,16,17
232:11,14 233:2
234:21 235:14,16
236:16 238:24
243:7,13 244:7,17
246:24 247:13,23
249:1 250:18
252:13 253:18,19
254:3 255:1,18
256:13,23 257:4,9
257:13 259:8,20
260:4,14,22 261:6
261:11,18 262:11
262:17,21 263:2
264:4,8 265:3,8
266:5,15,22
268:12 269:16,22
270:4,14,21
271:10,13,17
272:3 273:1,5,15
274:3,9,16,22
275:2,7,8,12,21
276:7,15,24 277:8
277:24 278:22
279:18 282:12,23
283:14,20 285:19
291:21 293:9
299:16 301:12
309:4 311:4 312:2
315:5 333:13
**right-hand**
160:9 243:24
248:15 272:7
**rise**
20:18 238:12
245:14
**risen**

Arch I. "Chip"   Carson, M.D., Ph.D.

217:2
**risk**
27:4 84:18 90:13
90:17 91:14,22
95:12 96:10,17
99:3 107:4 110:13
113:23 121:21
122:8 126:2 132:7
132:11,23 133:3
134:2,2 145:17,19
145:23 152:19
162:11 163:14
166:18,22 172:11
172:15 173:8,13
173:20 174:21,23
190:20 192:23,24
193:22 211:5
214:5,7,12 215:15
220:7 222:1 231:3
232:14 236:4,14
244:4 245:14
247:23 248:11,24
249:17 250:7
254:2 258:18,23
259:3,6 260:20
262:6,6 267:1,10
267:17 268:19
277:7 291:23
299:12,14 305:17
306:13,13,15
308:12,15 309:13
310:4 311:9,13,16
311:19 312:1
325:8 330:14
331:4,10,13,18,24
332:14,16,23
333:3,4,6,10,22
334:1 338:14,21
350:15 356:12
360:10 361:17
**risks**
146:15 160:19
330:13 332:4
334:4
**RNA**
314:12 318:24
**Roberta**

79:23,24
**rooms**
134:19 342:22
**rose**
109:22
**rotations**
207:20
**roughly**
274:5 279:19 303:8
**roulette**
251:23 252:4
**route**
82:19 179:3,19,21
181:20 182:24
298:10
**routes**
179:11
**routine**
23:12 328:14
**routinely**
321:11
**Royston**
3:15 9:14
**rule**
227:23 228:11
357:16 364:11
**ruled**
140:10
**running**
296:23
**runs**
346:10
**Russ**
36:22

---
**S**

**S**
2:1 3:1
**S-A-E-D**
27:24
**Saed**
27:24 51:5,9,19,21
313:15,21 314:5
315:16 316:8
319:11,20 320:7
361:20 362:1
**safe**

312:5,9 325:3
355:11
**safer**
359:10,10
**safety**
30:3 214:7
**SALES**
1:4
**sample**
187:12 193:24
251:9
**samples**
143:14 190:3
**San**
3:4
**satisfy**
43:4
**Saturday**
1:11
**saved**
233:22 305:17
**saw**
35:22 340:2
**saying**
127:21 245:11
279:21 287:20
332:8
**says**
98:8 244:10,18
249:4,11,12
250:11 288:22
294:4 321:3,22
329:4 339:14
357:16
**schedule**
351:3
**scheduled**
189:18
**Schildkraut**
6:16 255:13 270:12
270:16 271:5,12
277:15
**school**
61:9 79:18 207:19
239:8 281:1
344:16 350:7
**science**

94:5 105:2 342:8
**sciences**
26:12 27:14,20
59:18
**scientific**
19:6 51:4 98:1,9
99:23 120:17
175:1 204:8
213:18 218:6
220:11 221:14
222:6 223:14
224:16 269:14
313:8 339:3,13
**scientist**
62:4 70:9
**scientists**
150:23,24 213:20
220:21
**scope**
344:10
**Scott**
76:16
**screen**
204:4
**screening**
5:15 30:13 89:15
330:18
**Seal**
129:20
**search**
25:13 34:20 36:3
40:12,23,24 41:1
41:5,10,15 42:7
42:24 43:2 79:6
214:17 295:9
349:20
**searchable**
342:14
**searched**
41:1
**searching**
315:2
**second**
50:17 54:4 81:24
82:9,10 99:19
125:8,16 145:15
163:20 166:3,5

181:12 244:1
247:24 248:17
273:3 331:21
**second-to-last**
163:11
**secondary**
82:19 181:19
331:17
**Secondly**
215:21
**secretions**
200:7
**section**
24:16 112:14,18
113:6 115:17
124:24 125:22
157:23 249:13
291:7,11
**see**
18:1 30:12 40:13
41:17 60:5,11
67:15 69:9 77:5
99:4 109:5 149:23
155:3 183:18
218:17 255:6
260:18 263:1,5,18
272:9 277:19
278:2 281:19
286:4 287:10
290:4 292:24
297:4 315:20
316:23 317:19
319:16 327:14,24
328:11,13 335:23
339:24 340:14
**seeing**
167:7,9 338:3
342:12
**seek**
241:19
**seeking**
348:13
**seen**
16:17 84:11 139:11
167:21 208:19
321:16 332:4
337:16 341:6

342:21 351:5
**selected**
71:12
**selection**
221:22 239:16
**self-report**
243:11 244:14
**send**
346:6
**sense**
336:9
**sensitive**
209:16 210:1 241:6
**sent**
14:10 328:17
**sentence**
99:19 107:9 112:22
  286:1 287:20
  290:18 301:7
**sentences**
113:13 286:22
**separate**
21:1 28:4 149:19
  347:22 348:3
**separated**
310:14
**sequestered**
132:20 362:18
**sequesters**
116:2
**sequestration**
171:19
**series**
168:23
**serous**
153:20 212:19,20
  212:21 237:2
**serve**
58:8
**served**
10:24
**service**
14:3 59:16
**services**
1:23 3:23 8:6 56:16
  58:7,24 59:6
**serving**

58:23 59:9 105:11
**session**
312:12
**set**
15:11 16:14 19:6
  19:17 38:13 43:13
  54:15 81:7,18
  95:15 155:22
  364:9
**sets**
220:16
**setting**
54:15 57:7,10
**settings**
160:18 207:20
**seven**
297:8
**seventh**
58:15
**Seyfarth**
3:17 9:10 343:23
**shake**
340:16
**shakes**
340:8
**share**
24:6 35:23 44:13
  117:23 346:7
**shared**
80:17 346:1,1
**Shaw**
3:17 9:10 343:23
**sheet**
146:13 365:6,9,12
  365:15 367:7
**shield**
314:20
**shipped**
151:20
**short**
86:24 310:12 311:6
  343:4 363:6
**short-circuit**
14:12
**shortcut**
281:19
**shorten**

311:22
**shortly**
344:9
**show**
25:20 72:15 84:17
  88:9 92:9 117:15
  119:8,20 124:13
  132:10 151:1
  185:6 200:10
  202:17,23 209:6
  210:6 237:23
  238:4,7,15 245:13
  246:8 253:24
  255:3,17,20 257:7
  262:9 268:5
  313:15
**showed**
72:16 109:21
  117:12,17 145:23
  146:14 245:3,9
  255:8,9,14 313:11
**Shower**
22:3,3,5,6
**showing**
237:3 318:17
**shown**
72:12 88:11 112:1
  119:2 139:12
  144:10 236:23
  237:8 253:21
  301:11 303:16
  331:14 354:13
**shows**
192:23 213:1 231:2
  238:4 260:20
  273:3,7
**shutdown**
221:7
**sic**
26:1 144:21
**side**
248:15 272:7
  335:22
**sign**
365:8
**signal**
211:19

**signature**
364:11
**significance**
109:23 238:13
  245:15 254:6
  258:24 259:7
  261:9,17 262:5
  263:11 276:24
**significant**
55:16 87:16 100:14
  109:9 110:3,11
  143:19 147:21
  159:11 166:12
  235:9 240:21
  246:2,9 253:22
  254:1 257:16
  262:16 263:8,9,12
  275:14 277:22
  278:5 310:21
  326:23 334:6
  345:3 352:19
  354:14 360:19
**significantly**
196:22 198:2
  201:22 275:21
  277:6
**signing**
365:10
**silicate**
180:13
**similar**
83:15 116:21 162:1
  166:7 201:15
  300:3 358:7
**similarity**
106:24
**simple**
68:7
**simplicity**
289:18
**simply**
61:7 136:3 245:17
  251:12 252:16
  254:14 334:14,16
  340:21
**single**
221:19 299:13

314:13 339:19
  340:16 341:8
**sir**
20:9 150:14 164:7
  180:22 207:11
  297:4 329:13
  331:7
**sit**
123:6 156:7
**sitting**
67:5
**situation**
208:15 265:19
  293:5
**six**
230:4 297:8
**size**
194:1 251:9
**Sjösten**
183:21 184:4 189:7
**skin**
286:24
**skipping**
198:3
**slide**
345:22
**slight**
360:10
**slightly**
16:20 193:18
**slow**
303:15
**slower**
303:20
**small**
74:20 76:3 77:21
  159:4,11 160:15
  169:15,16 208:22
  223:7 279:7
  334:15,20 348:7
  353:23 354:4
  361:1,3 362:21
**smoke**
358:8,11
**smokers**
265:22
**smoking**

Arch I. "Chip"   Carson, M.D., Ph.D.

265:13,18 266:1 358:8

**SNPs**
314:13 318:16

**so-called**
353:9

**social**
47:4 278:13,15

**Society**
338:12

**sold**
151:12 152:3

**somebody's**
318:14

**somewhat**
311:16

**soon**
352:4

**sorry**
20:12 54:3 67:9 69:7 86:21 100:19 103:12 107:16 119:17 163:11 173:7 184:1 197:8 222:23 236:8 243:14 260:3 271:9 298:22 310:10 316:1

**sort**
42:15 67:24 121:6 149:16 238:18 240:5 251:22 295:14 300:13 323:16 325:14 336:14,16 341:12 350:13 358:24

**sounds**
171:14 184:17

**source**
104:5 105:3 136:18 155:17 286:7

**sources**
54:10,16,18 104:7 104:11,13 127:8 143:16 157:17,18

**South**
2:14 3:13

**space**
323:16,17,17 324:8 324:8,9 365:6

**speak**
43:6 297:11

**speaking**
165:1

**special**
136:2 162:3,6

**specialist**
207:2 208:6

**specialists**
207:24

**specialty**
335:3

**species**
199:6 288:20,24 291:24

**specific**
20:5 21:24 22:17 22:18 64:3,4 73:18 78:14,19 92:5,6 93:1 115:14 134:5 137:23 171:14 175:7 216:20 285:4 330:13 344:22

**specifically**
19:15,16 23:9 41:16 62:20 64:21 88:24 90:10 105:6 116:24 126:18 177:15 180:23 220:2 267:12 289:2 299:21 317:21 320:1 339:14

**specificity**
264:12

**specifics**
316:14

**Spectra**
58:14 59:10,12

**spectrum**
235:20 258:8 288:12

**spend**
55:23 342:17

**spent**
45:13 60:4 347:14 347:18,19 348:5,8

**sperm**
302:19 303:3,9,14 303:19,23

**sphincter**
202:10

**spin**
213:10

**spinning**
251:22 252:4

**split**
57:13

**spoke**
79:11,15

**spring**
344:13

**spurious**
221:23

**square**
2:20 190:1

**St**
3:14

**stack**
24:10

**staff**
221:3

**stage**
142:12 330:20

**stages**
42:12

**stamp**
30:24

**stand**
128:5 254:22

**standard**
218:5 220:13 319:7 319:9

**standing**
186:20 187:5 304:2

**starch**
29:1 183:22 184:4 189:22,23 190:9 190:10

**start**
12:3 40:16 65:10 65:17 232:3 250:24 263:6

**started**
65:18 168:11 335:1 340:3

**starting**
39:22

**startling**
301:11 304:12 305:10 321:8

**starts**
272:7

**state**
9:23 41:17 106:23 107:6 109:7 114:16,21 122:10 127:11,16 128:17 132:9 166:10 180:18,21 181:2,6 229:22 248:20 249:10 256:19 257:1 290:6 291:2 292:10 321:9 364:22 365:5

**stated**
187:11 203:16 245:7

**statement**
67:3,7,14 120:15 123:2 138:21,22 167:19 203:12 286:7 292:12 301:7

**states**
1:1 90:4 91:1 93:18 97:18 100:12 113:21 219:14 221:13 291:7,10 306:4

**stating**
17:16

**statistical**
109:22 110:22 211:15,17,21 223:18 233:8

**start**
254:6 258:23 259:7 261:8,17 262:4,20 276:23 331:2

**statistically**
110:3,11 246:2,9 253:21 254:1 262:16 277:6,22 354:14

**statistician**
253:15

**status**
103:15 199:7

**stay**
284:3

**stays**
339:14,15

**Steering**
2:6

**stenographic**
247:15

**stenographically**
364:8

**step-wise**
147:23 167:18

**sticker**
28:18

**stimulate**
115:1 139:1 188:15

**stomach**
360:9

**stop**
13:3 301:12 306:24 331:20 344:5

**straying**
358:22

**stream**
345:6

**Street**
1:15 2:4,9,14 3:3 3:13,18

**strength**
229:23 230:8,19 235:17

**strengthened**
17:1,6

**strengthens**

Arch I. "Chip"  Carson, M.D., Ph.D.

95:7

**stress**
134:21 135:1,5,7
135:12,15,20,23
136:2,4,16,19,22
137:15,17,20,24
138:6 198:24
200:10

**stretched**
329:22

**strike**
31:1 33:2 34:6
46:23 53:16 61:12
63:5 64:8 69:7
80:4 90:1 98:14
118:20 121:15
122:3 131:6
140:17 141:10
152:9 160:22
176:11 186:6
204:12 205:4,14
210:4 212:9
217:22 219:20
222:14 227:16
236:9 240:8
241:21 259:6
264:18 265:17
276:22 356:4
359:14

**stringent**
219:10

**strings**
348:11

**strong**
86:18 121:10 235:4
235:24 255:9
288:19,22 291:3
292:10 293:24
294:7 326:8

**stronger**
17:18 85:1

**strongly**
110:8 111:2

**structural**
279:8

**structure**
180:24 323:7

**structures**
137:7 154:8 321:23
321:24

**student**
345:11

**students**
344:15

**studied**
161:4,13 212:16
226:2 265:8
310:13

**studies**
84:16 88:7,10
106:24 107:13
108:5 109:8,19
111:7,10,20,22
112:1,15,20
113:22 114:1
119:2,7,11,19
123:13 124:2
125:5,10,18,22
126:9,13 128:3,4
128:8 131:7,13,19
132:5,10 135:18
140:6,12 146:11
146:14,18,19
147:1 154:15
160:10,21,24
161:13,15 162:10
163:22 167:23
174:24 181:23
183:5 185:17
188:1 191:12,15
192:19,22 193:6,9
194:5 195:8 200:9
201:3 202:17,23
205:20 206:1
208:19,24 210:6
210:11,23 211:11
214:23 216:9,11
216:17,18,19
217:1,3,7,10,13
217:18,23 218:1
221:18 223:4,6,6
228:4,6,9 232:17
232:22 237:1,4,7
237:8 238:7,10,15

238:20,20 239:16
239:18,22 240:12
240:12,13,14,20
240:22 241:6,8,12
242:2,3 243:13
244:5,7,16,21
245:9,10,13 246:2
246:8,18 249:23
249:24 250:16,17
251:5,6,7,13,18
251:20 252:3,9,15
252:18,20,21,24
253:21 254:7,11
254:20 255:3,16
257:7 258:9,22
259:5 264:20,23
265:1 266:5 268:2
268:4,8 270:11
271:15 281:6,11
282:13 283:11,16
283:19 286:2
293:17 294:2
295:23 296:5,9
297:9,20 298:17
298:19 301:14
303:11,15 304:1,3
305:2,4 308:7,15
309:8 310:11
311:21 313:13,21
314:12 322:5,8,12
322:15,21 331:14
334:3 354:5,13,13

**study**
38:21 84:12 101:6
101:10 110:17
123:1,7,16 126:14
129:12 130:8,12
136:4 145:20
147:7 154:19
161:6 182:9
183:24 184:2,3,6
185:21 187:11,18
187:24 188:4,7,20
189:7,17 194:13
195:12,15,17,22
196:4 211:15,18
211:22 212:7

221:19,19 222:20
233:1 237:16,17
237:18 239:20
240:21 241:1,2,4
242:15,17 249:14
250:23 251:16
253:24 255:7,9,13
255:14 257:11,12
257:17 258:5,9,12
259:3,8,18 260:9
260:13 262:3
266:9,12,15,21
269:3,11 270:12
270:16,20 271:5
271:13,19 272:4
276:2 277:2,4,15
281:6,11 282:13
286:10,16 287:23
296:11 297:14,15
299:11,18,21
300:6,12 313:10
321:16 332:3
341:11

**studying**
265:10

**stuff**
349:17

**subcommittee**
129:19

**subgroup**
193:22

**subject**
51:13 138:6,12
365:10

**subjects**
238:11 239:20
241:17 252:10
341:2

**submission**
57:22

**submit**
96:23 97:3

**submitted**
25:7 51:3 96:20
221:15 320:18

**submitting**
103:10

**Subscribed**
367:15

**subscription**
346:13

**subsequent**
40:20 284:20

**subset**
77:21 78:5

**substance**
132:21 135:4,7
170:20 178:21
179:2 183:21
227:18 328:9
340:7 360:21
361:4 367:7

**substances**
73:19 74:21 91:10
135:14 202:5
226:12 295:1
353:11

**substantial**
134:1 167:5

**substantially**
103:7

**substantive**
79:12 194:8

**Substitute**
29:1

**substituting**
29:5

**substitutions**
75:5

**subtypes**
112:3 237:12

**successful**
148:3 341:1

**suffer**
241:12,14

**suffered**
258:17

**suffice**
351:14

**sufficient**
59:15 216:2 226:7
226:13 230:5
283:8 312:23
321:10,12

suggest
107:2
suggested
38:13
suggestions
336:11,19
suggests
248:9 249:15 339:4
suitability
29:5
Suite
2:10,20 3:4,13
summary
109:1 149:17
superior
132:15
supervisor
60:6
supervisory
69:22
supplemental
102:2,11 347:8
support
79:12 89:13 91:20
148:12 191:22
209:1 217:15,18
221:15 296:6
303:12 305:7
supported
237:16 305:12
supporting
270:13
supportive
34:10 193:21 196:6
217:7 219:5,8
246:24 259:19
supports
95:7 126:14 190:15
190:23
sure
14:13 36:1,2 39:6
53:14 54:6 62:13
62:16 68:3 70:3
87:1,5 105:15
107:19 113:16
129:16 135:16
136:9 150:21

165:5,11 174:16
176:23 180:14
186:22 195:21
197:9 238:21
240:4 243:21
260:2 264:24
270:7 292:6
305:23 329:16
343:12 346:9
362:21
surface
54:19 217:12
surgeries
207:21
surgical
133:20 134:16
surprised
340:22
surrogate
318:22 354:21
surround
323:15
surrounding
116:12 180:24
321:23,24 362:7
surrounds
323:6
surveillance
328:14
survey
129:12 351:24
352:3
Susan
70:6
susceptibilities
267:14
susceptibility
308:20
susceptible
83:17 239:16
suspect
154:5 199:18
208:21 329:23
swear
9:17
sweating
200:6

sworn
9:19 364:5 367:15
synthesize
93:21
system
83:20,24 84:4,6,10
208:8,12,17 209:3
303:21 337:17
362:12,15
Systematic
27:2

—————————

T
table
24:11 108:15 109:1
149:15 257:15
260:16,17,20
272:21 277:20
tables
102:2,11
Taher
5:12 27:5,6 89:16
94:24 100:16,24
102:3,14 105:23
106:1,23 107:11
108:8 111:11
112:7,10,13
113:21 245:23,24
361:24
take
10:7 12:6 43:16
86:23 87:3 89:1
96:5,5 97:18 98:2
98:10 99:9,21
124:12 130:1
164:1 166:18
176:19 220:15
228:22 229:1
242:23 243:23
248:14 260:5
281:14 290:19
292:17 315:1
343:3,14 363:6
taken
89:5 92:8 177:2
207:18 253:9
363:9 364:8

takes
281:17
talc
3:5,10 10:8 22:2
27:4 29:1,6,7 37:3
41:2,9,11,24
49:17 55:2 64:19
64:21 69:23 70:5
85:12 86:8,13
87:11 88:3,11,20
89:22 90:12,17
91:21 107:4 109:4
111:14,20 114:23
115:5,8,10,10
116:5,6,9,15
117:5 118:13
119:1,14 120:1
126:4 127:6
129:13 130:23
132:16,21 133:11
133:14 136:16
137:5,6,6,10,12
138:17,18 139:4,5
139:21 141:14,17
141:21 142:14
143:16 147:22
151:9,24 156:8,13
156:17,20,24
157:6 158:11
166:22 167:4,9
168:14 169:7,12
169:19,22 170:12
171:19 176:2
177:17,17 180:9
180:20 181:7
182:10,13,18
183:6,12,23,24
184:2,8,12,14,20
184:24 185:8,15
186:19 187:5,22
189:9 190:20
192:24 196:11
198:11 199:3
200:11 206:10,13
209:24 214:7
221:24 223:7
224:12,14,18

225:7 227:15,17
230:11,22 234:7
235:3 237:9,24
238:8,16 243:11
244:3,14 245:3
246:3,10 247:22
248:9,24 249:8,9
249:16,18 250:6
252:3 255:4
260:21 268:5
269:21 271:22
273:14 274:2,6,15
276:4 277:5
283:11,13 284:19
286:3,10,17,22
287:9,16,18,21,24
288:8,23 290:9,21
291:6 292:1,2
293:14,16 294:1
294:22 295:13,18
295:22 299:19
300:2 302:9,13,18
303:1 304:13
305:8,16 313:16
313:17 314:5
316:24 317:2,20
319:17,19,21
321:17 322:6,9,22
324:23 334:11
335:13 338:2,13
338:21 339:10,18
341:15 342:5
344:11 345:17,20
353:5,9,12,16,17
355:22 356:19
357:5 358:20
362:16
talc-containing
301:8,15
talc/ovarian
36:17 268:1
Talcs
31:11
talcum
1:4 8:11 17:2,7
23:4,11 30:4 32:1
38:3,18 48:20

52:4,8,12 53:7,23
55:1,7,8 62:22
63:20 64:2,10,13
65:4,8 66:13
72:17 73:1,7,8,17
81:19 82:1,13,15
83:3,7,10,18
84:17 85:2 87:16
90:7,13 91:13
107:13 108:5
110:24 114:17,22
115:24 132:11
133:2 139:7,10,12
139:16,20 140:3
140:20 141:4,5,12
141:16,20 143:5,7
143:9,24 144:7,15
144:20 147:3,11
147:14 148:6,13
151:11 152:3,18
157:14 158:10
167:14 175:8,15
176:7 177:9 178:3
181:13 182:1,23
198:8 199:3,12
200:1,16,18 201:4
201:15,18 202:1,6
202:18,20,24
206:5 210:8 211:3
211:5 216:9
219:10 220:6
230:11 231:4,6,11
231:19 257:3
260:21 262:9
288:6 302:4
305:21 306:16,22
307:1,8,12,23
308:2,6,11 309:11
309:18 310:3
311:9,12 313:11
325:13 326:12,18
340:6,16 341:8
350:10,13,22
351:8,11,16 352:9
352:13,20,24
353:10,21 354:2
354:10 355:2,6

357:22 359:23
**talk**
134:20 160:8
163:21 165:20
254:23 256:17
264:7 288:2,4
328:22 335:6
**talked**
38:8 44:16 46:3
47:13 49:2 55:2
117:16,19 118:18
170:18 259:14
268:12 278:8,16
283:17 287:13
301:3 312:11
**talking**
45:23 55:24 65:14
161:7 164:7 177:8
196:17 205:9
233:7 246:6 291:1
307:10 309:3
315:3 321:7 342:4
**talks**
112:14,18 126:22
290:1
**tallying**
45:16
**tape**
89:4,8 177:1,5
253:6,8,12 363:8
363:12,20
**taught**
344:13
**teach**
344:10,12
**technetium**
305:21 306:16,22
**technical**
19:7
**technically**
65:18
**telephone**
39:4
**tell**
11:13 26:23 36:1
44:3 67:4 76:11
118:8,11 119:10

124:5 129:14
169:20,21 225:18
243:19 259:22
281:10 288:21
292:22 339:23
342:2
**telling**
124:8
**tells**
110:21 328:21
**ten**
56:12 310:20
335:17
**tendency**
213:10
**tenets**
310:24
**term**
135:22 136:23
208:12,15,17,20
212:5 265:2
304:12 337:16
**terminated**
58:3,11,16 277:3
**terms**
18:15,20 20:23
22:14,15 41:2
43:6 46:9 56:17
62:18 76:20 94:13
133:9 136:20
138:5,8 159:9
160:8 201:21
235:21 252:8
278:9 280:21
331:6 345:2
349:20
**Terry**
6:8 191:19 192:1
192:15 194:5
195:3 268:11,14
268:20 269:3
**test**
72:19 143:17
157:23 162:6
196:20 198:1
318:17 330:18
353:11

**tested**
143:17
**testified**
9:20 55:6 56:8
279:16 339:16
347:13 348:16
349:23 352:7
354:7
**testify**
17:14 57:5 124:4
364:5
**testifying**
83:2 149:6
**testimonies**
71:3
**testimony**
11:5 19:20 24:19
56:17 65:24 68:19
71:1 78:21 118:21
128:21,23 152:14
173:14 187:2
190:18 239:2
251:17 252:2,12
252:14 301:13
332:20 364:8
**testing**
70:11 72:8,16
140:13 141:21
142:18,24 143:5,7
143:9,11 151:18
155:17 157:13,19
157:21 330:12
**tests**
85:11 86:3,6
150:24 162:3
197:12 206:8
209:6,13 319:7,10
**Texas**
1:16 3:4 8:10 58:4
59:1,4 239:7
364:22
**text**
339:3
**textbooks**
338:5,9,10
**Thank**
11:2 21:17 54:7

130:5,6 159:23
192:10 196:1,2
243:3,4 283:9
284:7 316:4 343:2
363:2,16
**Thanks**
344:8
**theoretical**
117:1
**theoretically**
242:11 311:5
317:10
**theory**
85:6,12,18 117:4
122:15 131:17
168:2 186:15
190:15,24 194:16
197:15 200:15
203:7 204:14,15
206:5,9 209:2
210:4
**therapy**
268:16,18 269:5
**therapy-treated**
255:11
**thereabouts**
231:9
**thing**
133:15 142:20
241:11 278:14
295:15 318:17
336:17
**things**
12:22 38:11 42:19
49:18 89:10 119:8
124:3 133:9
175:21 204:9
209:22,24 222:19
271:20 278:7,18
295:5 298:10
305:4 310:14
314:10 318:6
323:24 324:19
329:22 332:24
333:20 335:10,11
335:12 340:8
344:17 347:21

348:3,23 349:14
349:21 351:4
357:15,16,22,22
358:2
**think**
11:11 24:17 30:8
35:21 37:9 44:22
49:18 50:23 52:23
64:1 66:22 67:17
74:14 77:5 80:17
81:1 82:10 84:13
85:19,24 86:16
87:13,13 92:18
94:1 104:7 108:12
111:8 118:6
120:22 121:23
122:1,23 123:18
124:14 126:21
127:16 128:8
132:2,8 133:8
141:15 143:15
144:10 148:5
154:14 156:11
167:17 173:18
178:10 193:3
201:8,20 203:12
203:14 206:19
208:14 209:20
213:22 214:4
217:16 218:4,15
219:7 220:12
228:3 231:24
239:3 247:4
251:19 256:10
258:15 259:23
260:8 266:10
268:7 271:9
280:19 282:8
284:2 285:1 289:1
293:2 294:14
298:8 299:8
301:24 303:7
304:6 305:11
307:20 311:14
314:1 315:4
316:12 320:24
326:7,15,22

333:18 335:14
336:1,13 337:5,15
337:21 338:18
340:3,12,24
341:20,20,22
342:9 343:1
345:20 346:4,8
347:3 350:6,24
352:17,19 356:8
356:19 358:21
359:18
**thinking**
80:18 105:19
267:12 362:1
**third**
26:14,15 83:14
125:21 208:7
243:24 273:7
**thirty**
365:16
**Thomas**
47:16,19
**Thompson**
2:3 8:19,20 46:10
46:11,16,18 47:9
48:11 236:12
**Thoracic**
129:18
**thoroughly**
102:8
**thought**
20:2 29:21 33:16
33:22 167:13
227:3 264:14,15
271:24 336:9
**thousands**
159:8
**three**
46:14,17 47:9
106:22 185:18
221:6 245:21
291:24 297:8
**threshold**
311:8,11 312:1,2,4
312:8 313:6 325:3
355:11,12
**thresholds**

326:9
**thumb**
13:20 36:5,11
**thwarting**
122:12
**time**
8:7 11:12 16:19
23:14,16,18 25:7
37:3 39:12 40:20
45:9 55:22,24
57:21 59:15 60:3
60:8 75:5 101:23
120:4 147:13,18
148:6 161:17
169:19 192:5
199:1 209:21,23
215:19 228:22,24
234:6 260:5 261:4
261:9 277:24
280:5 290:19
303:7 306:11
310:17 311:6
312:5,18 323:22
323:23 324:2
327:8 329:22
339:8,10 342:12
342:17,23,23
347:18,19,23
348:5,8 351:3
359:3 364:8
**timely**
99:21
**times**
206:18 282:20
305:15 309:24
329:17 332:14
**Tinsley**
3:12 9:12,12 363:3
**tissue**
133:12 135:1,2,5
135:11 170:11
287:4 313:12
**tissues**
114:18 116:1,11,12
135:6,8 185:1
198:13 199:14,15
199:24 200:13

286:23 287:15
321:14,15,20
**titanium**
292:1
**title**
27:2
**titled**
28:24 31:10 32:15
77:18 249:14
270:17
**today**
8:6 9:16 10:7,17
11:10 12:13,20,24
13:20 14:21 15:2
15:7 16:13 17:13
17:18 22:1 23:23
24:21 28:4,22
29:18 33:4,15,21
34:1,9 36:6 45:21
50:18 51:16,20
74:7 83:2 100:22
120:18 124:4,6,12
156:7 181:5 206:3
218:14 305:15
312:12 344:3
345:24 348:17
352:7 354:7
361:24
**Today's**
16:11
**told**
38:2 39:20 42:9
43:10 44:7,19
47:2 79:7 80:8
84:23 103:21
118:9,19 167:12
214:4 216:4
278:10 351:10
**top**
165:23 256:19
**topic**
216:6 345:12,13
**topics**
41:6
**toss**
109:15
**total**

19:22 161:3 307:16
310:15
**totally**
148:3 296:19
**touch**
344:17 345:1
**touched**
64:18
**touches**
323:12
**toxicity**
180:4
**toxicologic**
311:20
**toxicologist**
10:5 47:20 137:4
**toxicologists**
220:22
**toxicology**
59:22 178:24
300:15 310:24
328:4,5 334:24
335:2,5
**toxin**
299:13
**toxins**
299:12,15
**trace**
170:11 177:8,13,21
**track**
296:17,24 362:5
**tract**
82:4,12 83:6,11
86:12 87:10 88:2
88:14,19 116:18
119:4,13 181:16
181:18 183:1,8
185:7 186:24
188:6,8 191:3
200:18 202:13
206:11 207:17,24
301:10,17 303:4
304:15 305:9
**training**
19:23 55:17 138:2
**transcribed**
314:12 318:24

**transcript**
69:14 221:6 364:7
    365:17,18
**transcription**
367:5
**transcripts**
50:1 52:12,15,21
    66:4,7,20,22 67:2
    67:21 68:8,12
**transformed**
319:4
**translates**
236:5
**transmission**
134:10
**transport**
184:11 185:21
    186:11 188:6
    202:11 301:8,15
    303:7 304:13,19
**transported**
183:7 305:8
**transports**
202:21
**trash**
349:22
**travel**
200:18 303:2
**traveling**
202:6
**travels**
200:16,23 201:6
    202:14
**treat**
60:11
**treated**
254:14 316:17
    319:17 349:24
**treatment**
212:14,15 314:17
**treatments**
93:15
**tremolite**
77:13 144:11,21
    145:3 146:6
**trend**
110:23 114:4 255:9

**Trendelenburg**
188:21
**trends**
354:15,16
**trial**
16:6,15 17:14 56:9
    56:19
**tried**
54:12
**true**
90:19 121:5 154:7
    172:5,9 190:12
    216:14 262:23
    263:17 267:5
    275:24 301:20
    326:15,16 334:19
**truth**
364:5,6,6
**try**
11:15 14:12 34:2
    39:17 156:12
    231:23
**trying**
15:4 18:5 112:8
    311:7 328:18
**tubal**
190:13,14,19,23
    191:3,17 193:1,20
    194:7,19 196:12
    196:24 197:18
    198:4
**tube**
323:3 324:1,12
**tubes**
183:14 184:4 190:3
    190:5 191:5 201:1
    303:17 322:17,23
    323:15
**tubing**
146:13
**Tucker**
2:13 3:12 9:13
**tumor**
166:16 313:3
**tumors**
280:2,4,13
**turn**

106:21 108:15
    163:10 196:16
    285:24 301:1
**turning**
305:13
**Twitter**
342:7,22
**two**
25:16,18 35:21
    37:12 41:3 77:10
    89:10 96:5 113:13
    145:5 148:11
    149:5 150:17
    151:24 160:11
    201:21 221:5
    222:19 272:12
    297:7 299:12
    327:13 343:5,15
    347:21 350:12
**two-thirds**
272:12 306:10
**type**
25:12 61:17 144:7
    146:2 153:12,21
    153:22 155:1
    172:24 174:12
    179:15,16 244:6
**types**
76:2 144:10,19
    145:8 146:5,17
    153:24 154:1,12
    154:13 155:6
    179:2 240:11
    241:3 280:2 328:6
    357:2
**typical**
45:5
**typically**
42:13 70:13 71:2
    238:12

_____
            **U**
_____
**U.K**
308:9
**U.S**
118:24 178:24
    305:18 306:21,24

308:9
**Uh-huh**
320:12 344:1
**unable**
241:18 255:22
**unaware**
67:24 205:4,5
**uncontrolled**
221:22
**Undated**
5:12
**undergraduate**
59:17
**underlying**
99:12
**Underneath**
126:1,4
**underpowered**
241:18 251:16,18
    251:20 252:16,22
**understand**
11:13,14 15:4 18:5
    22:8 23:10 80:3,5
    87:21 95:21,24
    112:11 127:18
    168:7 180:15
    207:22 284:14
    310:23 324:21
    329:19 339:17,20
    344:4
**understandable**
296:20
**understanding**
36:11,13 38:10
    72:7 73:5,16 75:3
    76:1 78:4 100:3
    102:23 138:1
    147:19 148:2
    151:15 156:17
    157:16 349:1
**understood**
11:20 53:20
**undertook**
32:2
**underwear**
341:11,16
**underwent**

130:23
**undo**
312:23
**unfair**
92:19
**unfortunately**
251:15
**Union**
3:15 9:13
**United**
1:1 90:3,24 93:18
    100:12 219:14
    306:4
**universe**
231:1
**University**
58:4 59:1,4 239:7
**unknown**
266:20
**unmeasured**
266:13,17
**unreasonable**
134:1
**unrecognized**
266:17
**update**
94:8 237:16
**updated**
220:9 258:5
**updates**
58:20
**uploaded**
24:5
**upper**
183:7 301:9,16
    304:14 305:9
**urethra**
202:2,7,10,15,22
**urinary**
202:13
**usage**
268:16 269:5
    310:12
**USB**
5:21
**use**
17:3,8 23:4,11,12

Arch I. "Chip"   Carson, M.D., Ph.D.

23:13,21 27:4
38:3 53:7,22 82:1
82:12 83:3,10
99:14,18 107:4
131:9,13,20
132:10 133:19,24
134:15 140:2
166:21 168:15
169:19 174:4
181:13 182:22
184:14 187:13
189:8,9 190:14
192:22 196:11
199:11 200:11
201:17,18 202:19
202:24 208:20
211:4 214:7 216:9
220:6 221:24
230:22 231:19
232:10 235:3
237:24 238:8,16
243:11 244:3,14
246:3,10 247:22
248:9,23 249:16
249:18 250:6
252:3 254:5
260:21 261:10,11
261:13,14,17
262:10,13,15
263:10,12,14
270:18 272:3,15
272:24 273:18
274:6 277:5
283:13 284:18
288:6 298:6
306:15,19 307:7
307:11,23 308:1
308:11,16,17,21
309:11,18 310:1,3
310:14,14,21
311:9,11,14 312:2
312:8 315:16,17
316:23 319:11
326:12 338:20,20
339:19 341:8
350:10,13,22
351:16 359:5

**useful**
171:1 325:16 349:3
  349:22
**user**
231:14
**users**
131:14 170:12
  192:24 211:6
**uses**
28:11 280:14
**usually**
169:14 180:11
  281:2 295:4
  328:20 329:20
  350:18 352:1
**uterine**
188:15 198:12
  199:15,24 200:12
**uterus**
200:20,24 302:15
  322:13
**utilize**
20:22 317:9
**UTMB**
59:6,6

_____
**V**
**vagina**
200:19 301:23
  302:6,10 304:23
  322:6 334:12
**vaginal**
198:12 199:14,24
  200:12
**vague**
143:10 147:18
  174:15
**valence**
180:18,21 181:2,6
**valid**
173:10 175:4
  223:17 238:21
  305:11
**valuable**
42:18
**value**
28:24 358:4

**vapors**
360:23 361:2
**variation**
136:22 192:24
**varies**
56:5 332:2
**varieties**
344:19
**various**
18:11 41:1 52:15
  71:4 79:17 93:23
  107:13 143:15
  144:9 175:3 188:2
  215:24 245:7
  280:15 286:23
  287:12 308:7
  344:19 361:8
**vary**
153:22 231:15
  308:8 309:22
**vast**
245:12
**vegetables**
229:10 357:11,19
  360:1,3,5,9,11
**velocity**
303:14
**Venter**
183:17 187:18
**verbal**
336:20
**verbatim**
364:7
**verify**
92:24 175:21
**vermiculite**
64:18 77:12,17
**version**
337:8
**versions**
44:1
**versus**
111:21 251:6
  317:20 347:18
**video**
8:9
**videographer**

3:22 8:3,5 9:15
  89:3,7 176:24
  177:4 253:7,11
  363:7,11,18
**Videotaped**
1:13
**view**
202:5 236:6 289:3
  292:3 295:22
  331:2
**viewed**
91:17
**viewing**
342:19
**visit**
342:16,23
**vitae**
5:6 21:7 57:18
  58:20 70:24
**vitamins**
170:7
**volition**
334:14
**volume**
345:5
**voluntary**
219:9
**vulvar**
198:12 199:14,24
  200:12

_____
**W**
**Wagner**
129:20
**wait**
250:24 298:20
**want**
21:24 33:16,22
  39:7 44:6 74:8
  88:17 113:12
  246:20 251:24
  254:23 278:6
  283:6 284:1
  292:11 301:1,4,6
  301:12 309:10
  315:1,12
**wanted**

34:2 39:16 329:14
  336:24 349:2
**War**
145:15
**warned**
213:23
**washing**
190:3
**Washington**
3:19
**wasn't**
144:3 156:10 251:7
  258:17 260:2
  287:8 290:24
  307:2
**waste**
345:6
**Watch**
342:9
**water**
170:7,7 311:3
**waterfront**
43:6
**way**
18:15 37:4 81:2
  82:6 93:12 136:20
  141:8 164:17
  207:1 217:14
  245:2 272:12
  294:21 302:6,10
  302:11,14 316:18
  319:20 320:3
  332:5
**ways**
18:12 39:19 208:23
  299:11 328:23
  347:22
**we'll**
10:16 26:10 30:13
  32:18 85:22 87:3
  124:15 130:1,1
  159:20 163:2
  195:21 228:24
  229:1 260:4
  343:13
**we're**
11:10,19 28:17

89:3,7 168:10
176:24 177:4
195:16 199:9
213:22 233:7
253:7,11 296:23
363:11
**we've**
12:11 13:5 24:24
36:12 46:6 47:11
58:20 65:11 86:21
94:24 100:20
102:4,15 160:3
225:11 235:23
238:23 254:2
259:14 322:3
332:15 343:4
**weak**
203:8 204:15 206:6
233:2,18
**webpage**
41:23
**website**
41:23 43:9 225:13
225:21
**websites**
79:7 214:4 278:12
278:16 342:3,7
**week**
60:6,8,10 309:24
**weeks**
30:8 40:21
**Weibull**
282:20
**weigh**
254:6
**weighing**
251:5 277:15
**weight**
91:19 229:23 230:3
230:6 267:15,24
**welcome**
14:17
**went**
35:4 168:23 275:1
275:11 319:15
349:22
**Werb**

**126:21**
**whatsoever**
299:2
**wheel**
251:23 252:5
**width**
137:9
**Wild**
286:9
**Wilde**
286:6
**willing**
226:20
**withdraw**
62:16 73:12 131:11
176:12 190:21
224:8 235:22
264:5
**withdrew**
294:16
**witness**
9:17 10:11 13:8
20:11 37:5 40:3
47:14 48:7,15
54:6 56:21 67:19
71:1 74:8 80:9
113:5,18 150:4,11
164:16,23 165:3
165:12 192:4,10
196:1 207:12
223:2 243:3,19
257:20,23 258:2
282:6 291:19
295:8 296:15
315:4,13 316:1
332:22 343:17
359:19 364:11,11
365:1
**witnesses**
52:15,16,21 67:23
70:14
**woman**
185:7 186:18 187:2
187:5 231:15,16
299:4 308:18,23
309:3,10 310:3
330:8,15 331:5

**woman's**
86:12 87:9 88:2,19
116:17 119:4,13
169:18 200:17
202:2 304:14,23
319:21 331:4
334:20 338:14,21
340:17 341:9,16
**women**
60:11 118:24
159:10 160:16
161:3,12 166:21
167:3 178:2,4,6
182:22 185:19,23
188:14,21 189:17
189:19,20 190:8
191:8 193:19,24
194:18 196:12,22
197:17 198:2
202:13 207:7
233:20 250:17,22
255:10,11 260:21
269:19,21 271:21
273:4,8,13,16,21
273:24 274:6,8,13
274:14,20 275:4
275:10,19 276:3,6
283:12 288:6
296:11 298:4,17
299:3 304:2,8
306:21,24 307:11
307:11,23 308:2,5
308:11 310:16
311:9,12 326:12
326:17 327:21
331:14,15 332:1
351:7,9,11
**women's**
82:16 207:3,17
**wonder**
118:3
**wood**
229:15,18
**Woodruff**
32:17
**wording**
93:1

**words**
83:19 84:9,10,11
84:14 127:17
133:10 208:23
297:18 315:17
328:1
**work**
37:1 45:5 48:8,14
49:16 51:10,12,21
56:3 57:10 60:6
63:14 64:16 76:5
76:5,15 104:13,21
118:19 146:16
239:5 264:1
331:12 344:10
347:15
**worked**
37:7,11 60:14
**workers**
145:21,24 331:16
**workgroups**
345:11
**working**
55:23 103:3 221:3
331:15
**workplace-related**
328:8
**works**
70:10
**world**
145:15 240:5
**worry**
105:3
**worth**
100:7
**wouldn't**
36:1 42:20 85:18
141:8 167:2 224:9
293:15 340:22
**writing**
43:15 45:15 65:17
65:19 347:23
**written**
40:14 281:23
336:18
**wrote**
54:14

**X**

**Y**

**yeah**
118:7 176:21
183:20,22 197:14
218:15 336:3
343:9 359:21
**year**
221:5 233:20 261:4
261:13,14,16
262:10 272:16
305:18 306:5,6,10
307:17,20 310:13
**years**
23:19 37:2 75:2
96:5 130:24
147:23 168:9,9
212:16 250:12
255:12 261:4,5,5
261:10,10 262:10
262:12,15,20
263:9,11,14
267:21 279:18
280:9,19 281:8
310:2,20 327:11
327:13 345:15
357:21,24 360:21
**yes/no**
272:17
**Yessaian**
69:5,11

**Z**

**Zellers**
2:13 4:6 8:24,24
9:22 11:2,3 12:1
14:18 15:20 17:22
19:1 20:7,13 21:5
21:12,18 25:9
26:8,21 29:16
30:18 31:7 32:10
32:21 36:9 37:19
38:16 53:13 54:8
55:21 59:8 61:1
62:15 63:11 64:5
66:2 67:11 68:5

Arch I. "Chip"   Carson, M.D., Ph.D.

Page 415

68:18 70:21 71:19
72:1 73:12,14,23
74:5,13,23 75:19
78:8,16 79:3
80:21 81:17,23
82:21 84:8,22
85:20 87:1,6,20
88:15 89:1,9 92:1
92:4,11,20 93:3
94:17 95:5 97:11
98:6,23 99:11
106:20 107:18
108:14 110:1
111:4 112:4,24
113:7,11,20 114:9
117:7 119:9
120:16 121:1,15
121:17 123:15
124:19 127:22
128:11,20 129:3
130:7 132:4
133:17 136:10
138:3 140:17,19
141:2 142:3
143:20 144:5
145:1 147:8 148:9
149:2 150:12
151:7,22 152:8
153:7,18 154:10
155:15,21 157:4
157:12 158:16
159:1,14 160:1
161:8,11 162:18
163:5 164:3,11,22
165:7,11,14,16
167:20 168:1,12
168:19 170:17
171:5,22 172:10
172:20 173:11
174:11,19 175:12
176:4,19,23 177:6
178:5,8 179:7
180:1 181:11
182:7 184:23
185:16 186:16
188:13 190:6
192:7,13 193:15

195:1,10,21 196:3
197:6,23 198:18
199:21 200:8
201:13 202:12
203:15,23 204:22
205:14,16 207:8
207:15 209:14
210:2,17 212:4
215:3 216:15
218:12 219:19
221:4 222:12,24
223:11,20 224:3
225:2,17 226:15
228:7,17 229:9,16
232:7,23 233:6
234:3,4,13,19
235:10 236:10,13
237:6,13 238:6
239:10 240:18
241:21,23 242:8
242:13 243:5,16
243:21,22 244:11
246:15 247:11,17
248:4 249:5
250:14 251:3
252:11 253:4,13
254:12 258:3,20
259:12 261:2
262:1 263:15
264:3,13 267:6,22
269:1 270:2,9
271:3,7 276:1,12
276:19 277:12
279:2 282:11,21
283:23 284:5
289:8 343:6
359:14,18 363:16
**zero**
312:2
**Zurbenko**
282:19

— **0** —
**07962**
3:9

— **1** —

**1**
5:4 10:16,18 12:11
  12:19 89:4 114:13
  130:13 148:16
  178:15 223:9
  226:3 229:18
  260:17 332:5
  357:7 358:16
**1,000**
227:7
**1.19**
276:21
**1.2**
332:10
**1.3**
232:14,24 235:23
  236:14 333:17
  334:5
**1.63**
276:23
**1.74**
145:19
**1/1/14**
5:16
**1:38**
177:3,5
**10**
5:4,16 31:4,5 33:18
  218:20 219:5
  229:22 297:9
**10%**
56:7
**10:37**
89:4,5
**10:55**
89:6,8
**100**
3:13
**100%**
306:21 307:22
**100C**
291:20
**11**
5:18 17:24 18:18
  24:23 32:7,8
  33:10 297:9
**11/16/18**

5:5
**112**
3:3
**1170**
2:10
**12**
5:19 32:18,19,22
  60:9 250:12 297:9
**12/18**
5:15
**12:32**
177:1,2
**120**
226:2
**1215**
163:20
**1216**
163:11
**124**
6:2
**13**
5:21 36:4,7,12
**130**
6:4
**14**
5:22 98:20,21,24
  99:7 130:24
**14,000**
306:9
**148**
7:3,5
**14th**
37:18
**15**
5:5 6:2 109:8,11
  111:5 124:16,17
  146:23 246:1,6
  259:5
**150**
45:18 347:14
**159**
6:6
**15th**
26:1 37:18
**16**
6:4 18:19 130:2,3
**16-2738**

1:5
**163**
6:7
**16th**
39:5
**17**
6:6 159:20,21
  160:3 283:3
**174**
113:9
**177**
113:9
**18**
6:7 163:2,3
**180**
45:18 347:14
**1800**
3:4
**18th**
30:14
**19**
1:11 5:2 6:8 8:2
  94:15 192:11,14
**19103**
2:21
**192**
6:8
**195**
6:10
**1952**
5:13 28:24
**1970s**
167:14
**1974**
5:19 32:15
**1979**
6:4 129:12
**1982**
145:13
**1984**
77:14
**1990s**
37:10
**1991**
5:18 31:13,21
**1992**
255:7

**19th**
8:7 136:20
**1st**
30:21,24 218:21

---

**2**

**2**
4:2 5:5 15:17,18,21
16:4,16 17:10,15
22:10 43:14 54:22
65:12 89:8 108:15
109:1 177:1
221:17 272:6,21
346:14
**2.53**
145:23
**2.96**
145:17
**20**
6:10 112:16 168:9
195:22,23 196:5
259:16 260:7
261:5,5,10 262:15
262:20 263:11,14
279:17 280:8
281:8 332:6,13
367:16
**20.0**
332:7,9,10
**2000**
2:20 145:22
**20004-1454**
3:19
**2001**
127:4
**2004**
247:4
**2006**
203:12,22
**2007**
6:14 127:4 250:12
287:5
**2008**
146:8 246:23
**2009**
26:1
**2010**

**126:21** 203:17
204:20 257:12
258:6,11
**2011**
6:6,7 159:16 163:2
**2013**
6:8 191:19 192:15
268:11,14,20
269:3
**2014**
30:21 31:1 33:19
218:21 220:4
222:7 271:21
272:13,16 273:12
273:17 274:1,12
274:13 277:3,23
**2016**
6:10,16 195:12
196:5 255:8,14
259:15,16 260:13
271:5,13
**2017**
6:13 242:15
**2018**
30:15 36:19 37:13
38:18 40:6 57:23
59:14 64:8 65:22
66:1 89:12 100:24
102:3 142:15
227:5 257:9
**2019**
1:11 5:2,9,10 8:2,7
26:10 94:9 364:23
**202**
3:19
**21**
5:6,7 6:11 113:9
225:14,15,20
293:2
**21,000**
306:7
**210**
3:5 130:22
**213**
2:16
**215**
2:21

**216**
3:14 163:10
**22**
6:13 242:24 243:1
364:23
**22,000**
307:22
**22,000-something**
307:21
**225**
6:11
**23**
6:14 247:3,8
**234**
2:4
**24**
6:16 69:6 184:15
185:1 255:12
271:1,4,12
**243**
6:13
**247**
6:14
**25**
6:17 108:15 289:8
289:9,23
**26**
5:9,10,12
**267-0058**
3:9
**269-2343**
2:5
**27**
67:20 68:9 69:4,8
**271**
6:16
**2738**
8:12
**28**
7:6 68:10
**284**
4:7
**289**
6:17
**29**
5:13 71:5
**2A**

**226:16**
**2B**
227:16,18 228:10
229:2,11,17,19
235:8,12 249:20
292:18,23 355:16
356:23 359:24
**2B-classified**
357:10

---

**3**

**3**
5:6 21:3,6 57:19
58:2,21 65:1
70:24 177:5
196:21 223:1,2,13
227:6 253:8
290:23
**3,000**
233:22 305:17
306:18
**3.3.1**
112:14
**3:06**
253:8,9
**3:19**
253:10,12
**30**
5:15 11:8 55:5
56:13 71:5 109:8
109:11,19 111:5
246:1 259:6 308:8
364:11 365:16
**30-day**
44:24
**30%**
84:18 211:4 231:3
232:13 233:17
306:12,13,15
307:6 308:13
309:13 310:5
**31**
5:16
**32**
5:18,19
**334**
2:5

**337**
196:16,20 197:5,9
260:17
**339**
196:17,20
**34%**
273:15,19 275:1
**34.4**
274:15 275:1
**343**
4:8
**35**
11:8 55:5 56:13
164:12
**350**
3:8
**351**
278:3
**36**
5:21
**36.5**
274:2 275:5,15
**36103-4160**
2:5
**364**
4:10
**365**
2:9
**366**
4:11
**367**
4:12
**368**
4:13
**3rd**
26:10

---

**4**

**4**
5:7 21:10,13,20,23
24:24 34:15,24
66:21 68:10 69:4
69:8 71:6 126:8
178:16 220:16
221:13 224:11,11
227:1,9 253:12
272:21 282:22

Arch I. "Chip"   Carson, M.D., Ph.D.

**283:1 285:24**
363:8
**40**
130:24 168:9
 279:18 280:9
 281:8
**41**
106:21
**412**
289:21 291:13
**42nd**
2:15
**430-3400**
2:16
**44**
280:19
**450**
45:11
**463-2400**
3:19

— **5** —
**5**
5:9 25:24 26:2
 50:19 99:6 148:11
 148:16 227:12
 297:3,4 363:12,20
**5%**
56:1
**5:37**
363:8,9
**5:44**
363:10,12,19
**5:45**
363:22
**50**
332:6
**50%**
109:11,14 118:24
 327:4
**50/50**
57:14
**504**
2:11
**51.5**
275:12
**515**

2:14
**554-5500**
3:5

— **6** —
**6**
5:10 26:6,10 27:13
 27:23 77:8,9
 210:12 243:24
**6.2**
291:7
**60%**
308:8
**600**
3:13
**63102**
3:14
**6580**
1:15
**696-3675**
3:14

— **7** —
**7**
5:12 26:19,23 27:7
 81:8,16,19 89:17
 94:24 100:21
 101:14 102:4,15
 102:24 103:17
 104:3,10 106:1,21
 114:13,16 115:23
 183:2 210:13
 256:19 301:1
**7/9/2020**
364:22
**70130**
2:10
**70s**
168:11
**78205**
3:4
**799-2845**
2:11

— **8** —
**8**
4:3 5:13 29:14

99:17 305:13
**8/1/00**
5:22
**819**
193:16
**82**
226:16
**820**
193:17
**85**
348:12
**87**
276:22,23
**877.370.DEPS**
1:23

— **9** —
**9**
4:6 5:15 30:15,16
 89:16
**9:02**
1:16 8:2,8
**90%**
348:13
**90071**
2:15
**917.591.5672**
1:23
**93**
6:18 291:17,20
**95%**
261:23
**973**
3:9
**975**
3:18
**98**
5:22
**988-2706**
2:21
**99**
117:4 127:2

Exhibit 102

Judith Zelikoff, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

-  -  -

IN RE:  JOHNSON &      :
JOHNSON TALCUM POWDER  :
PRODUCTS MARKETING,    :
SALES PRACTICES, AND   :   NO. 16-2738
PRODUCTS LIABILITY     :   (FLW) (LHG)
LITIGATION             :
                       :
THIS DOCUMENT RELATES  :
TO ALL CASES           :

-  -  -

January 21, 2019

-  -  -

Videotaped deposition of
JUDITH ZELIKOFF Ph.D., taken pursuant to
notice, was held at the Sheraton Mahwah
Hotel, 1 International Boulevard, Mahwah,
New Jersey, beginning at 9:11 a.m., on
the above date, before Michelle L. Gray,
a Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.

-  -  -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

Judith Zelikoff, Ph.D.

## Page 2

```
1   APPEARANCES:
2
    BEASLEY ALLEN, P C
3   BY:  P  LEIGH O'DELL, ESQ
    BY:  JENNIFER K  EMMEL, ESQ
4   234 Commerce Street
    Montgomery, Alabama 36103
5   (334) 269-2343
    leigh odell@beasleyallen com
6   Jennifer emmel@beasleyallen com
7       - and -
8   LEVIN PAPANTONIO THOMAS
    MITCHELL RAFFERTY & PROCTOR, PA
9   BY:  CHRISTOPHER V  TISI, ESQ
    316 South Baylen Street,
10  Suite 600
    Pensacola, Florida 32502
11  (888) 435-7001
    Ctisi@levinlaw com
12
        - and -
13
    GOLOMB & HONIK P C
14  BY:  RICHARD M  GOLOMB, ESQ
    1835 Market Street, Suite 2900
15  Philadelphia, PA 19103
    (215) 985 9177
16  Rgolomb@golombhonik com
17      - and -
18  NAPOLI SHKOLNIK, PLLC
    BY:  ALASTAIR J M  FINDEIS, ESQ
19  400 Broadhollow Road, Suite 305
    Melville, New York 11747
20  (631) 224-1133
    afindeis@napolilaw com
21  Representing the Plaintiffs'
    Steering Committee
22
23
24
```

## Page 4

```
1   APPEARANCES:  (Cont'd.)
2
3   SEYFARTH SHAW, LLP
    BY:  THOMAS T. LOCKE, ESQ.
4   975 F Street, NW
    Washington, D.C. 20004
5   (202) 463-2400
    tlocke@seyfarth.com
6   Representing the Defendant, PCPC
7
    TUCKER ELLIS, LLP
8   BY:  JAMES W. MIZGALA, ESQ.
    233 South Wacker Drive, Suite 6950
9   Chicago, Illinois 60606
    (312) 624-6307
10  james.mizgala@tuckerellis.com
    Representing the Defendant, PTI
11  Royston LLC and PTI Union LLC
12
13
14  ALSO PRESENT:
15
    VIDEOTAPE TECHNICIAN:
16    Henry Marte
17
18
19
20
21
22
23
24
```

## Page 3

```
1   APPEARANCES:  (Cont'd )
2
    SHOOK, HARDY & BACON, LLP
3   BY:  MARK C  HEGARTY, ESQ
    2555 Grand Boulevard
4   Kansas City, MO 64108
    (816) 474-6550
5   Mhegarty@shb com
6       - and -
7   SKADDEN ARPS, LLP
    BY:  BENJAMIN S  HALPERIN, ESQ
8   4 Times Square
    New York, New York 10036
9   (212) 735-2453
    Benjamin halperin@skadden com
10  Representing the Defendant, Johnson
    & Johnson entities
11
12  GORDON & REES, LLP
    BY:  KENNETH J  FERGUSON, ESQ
13  816 Congress Avenue, Suite 1510
    Austin, Texas 78701
14  (512) 391 0183
    kferguson@gordonrees com
15
        - and -
16
    COUGHLIN DUFFY, LLP
17  BY:  MARK K  SILVER, ESQ
    350 Mount Kemble Avenue
18  Morristown, New Jersey 07962
    (973) 267-0058
19  msilver@coughlinduffy com
    Representing the Defendant, Imerys
20  Talc America, Inc
21
22
23
24
```

## Page 5

```
1          - - -
2        I N D E X
3          - - -
4
    Testimony of:    JUDITH ZELIKOFF, Ph D
5
    By Mr  Hegarty   14, 464, 523, 576
6
    By Mr  Ferguson          442
7
    By Ms  O'Dell       486, 571
8
9
10
11
12
13
14  NO         DESCRIPTION        PAGE
15  Zelikoff-1  Compilation of     16
               Invoices of
16             Dr  Zelikoff
17  Zelikoff-2  Rule 26 Expert     35
               Report of Judith
18             Zelikoff, Ph D
               11/16/18
19
    Zelikoff-3  Longo & Rigler     36
20             Report
               1/15/19
21
    Zelikoff-4  Rule 26 Report     40
22             Of Michael Crowley
23  Zelikoff-5  Listing of Chemicals 43
24
```

Judith Zelikoff, Ph.D.

Page 6

```
 1            - - -
 2        E X H I B I T S  (Cont'd )
 3            - - -
 4
 5     NO      DESCRIPTION       PAGE
 6     Zelikoff-6  Notice of Deposition  50
                Of Dr  Zelikoff
 7
       Zelikoff-7  Thumb Drive      53
 8
       Zelikoff-8  Molecular Basis    55
 9          Supporting the
            Association of
10          Talcum Powder Use with
            Increased Risk of
11          Ovarian Cancer
            (Saed)
12
       Zelikoff-9  Data Screening    57
13          Assessment
            12/2018
14
       Zelikoff-10  Systematic      60
15          Review and Meta-Analysis
            Of the Association Between
16          Perineal Use of Talc
            And Risk of Ovarian
17          Caner
            (Taher)
18
19     Zelikoff-11  Exhibit C      62
            Listing of Bates
20          Numbered Documents
21     Zelikoff-12  Academic Integrity  78
            For Students at NYU
22
       Zelikoff-13  Comparison of    83
23          Quotes with Shawn Levy
24
```

Page 8

```
 1            - - -
 2        E X H I B I T S  (Cont'd )
 3            - - -
 4
 5     NO      DESCRIPTION       PAGE
 6     Zelikoff-23  Ovarian, Fallopian  393
            Tube, and Primary
 7          Peritoneal
            Cancer Prevention
 8          NCI
 9     Zelikoff-24  (Skipped)
10     Zelikoff-25  Comparison of    125
            Quotes with
11          Cancer Research
            How Cancer Starts
12
       Zelikoff-26  Comparison of    125
13          Quotes with
            Safety Assessment of
14          Talc as Used in
            Cosmetics
15
       Zelikoff-27  Comparison of    125
16          Quotes with
            CSEM
17
       Zelikoff-28  Comparison of    125
18          Quotes with
            NIH Public Access
19          Chromium Toxicity
20     Zelikoff-29  Comparison of    125
            Quotes with
21          IARC Monograph
22
23
24
```

Page 7

```
 1            - - -
 2        E X H I B I T S  (Cont'd )
 3            - - -
 4
 5     NO      DESCRIPTION       PAGE
 6     Zelikoff-14  Comparison of    88
            Quotes with Smith-Bindman
 7
       Zelikoff-15  Comparison of    92
 8          Quotes with Genetics
            Home Reference
 9
       Zelikoff-16  Comparison of    102
10          Quotes with
            Simone Reuter
11
12     Zelikoff-17  Comparison of    106
            Quotes with
13          Environmental
            Chemistry com
14
       Zelikoff-18  Comparison of    115
15          Quotes with
            Rakoff-Nahoum
16
       Zelikoff-19  Comparison of    119
17          Quotes with
            Health Effects
18
       Zelikoff-20  Why Cancer      118
19          Inflammation?
            (Rakoff-Nahoum)
20
       Zelikoff-21  Comparison of    121
21          Quotes with
            Kasprzak
22
       Zelikoff-22  Curriculum Vitae   175
23          Of Dr  Zelikoff
24
```

Page 9

```
 1            - - -
 2        E X H I B I T S  (Cont'd )
 3            - - -
 4
 5     NO      DESCRIPTION       PAGE
 6     Zelikoff-30  Comparison of    125
            Quotes with
 7          NIH Public Access
            Environmental
 8          Toxicants
 9     Zelikoff-31  Comparison of    125
            Quotes with
10          Peters
11
12     Zelikoff-32  Comparison of    125
            Quotes with
13          Trabert
14     Zelikoff-33  Response Letter   430
            To Citizen's Petition
15          4/1/14
16     Zelikoff-34  Perineal Talc Use  398
            And Ovarian
17          Cancer
            (Penninkilampi)
18     Zelikoff-35  Consumer Talcums   405
            And Powders
19          (Rohl)
20     Zelikoff-36  Arsenic, Metals   457
            Fibres
21          Excerpt
            (IARC Monograph)
22
       Zelikoff-37  Ingredients     454
23          Talc
24
```

Judith Zelikoff, Ph.D.

Page 10

```
 1           - - -
 2    E X H I B I T S  (Cont'd.)
 3           - - -
 4
 5    NO.      DESCRIPTION        PAGE
 6    Zelikoff-38  Talcum Powder    469
             Chronic Pelvic
 7           Inflammation
             (Merritt)
 8
      Zelikoff-39  Markers of      471
 9           Inflammation
             And Risk
10           (Wu)
11    Zelikoff-40  Binder Labeled   480
             Saad 2010 -
12           Zambelli 2013
13    Zelikoff-41  Binder Labeled   480
             Production Documents
14
      Zelikoff-42  Binder Labeled   480
15           Depositions
             ACGIH 2010 -
16           Frank & Jorge 2011
17    Zelikoff-43  Binder Labeled   480
             IARC 1977 -
18           IARC 2006
19    Zelikoff-44  Binder Labeled   480
             Gamble 1979 -
20           IARC 1976
21    Zelikoff-45  Binder Labeled   480
             Ingersoll 2011 -
22           Marconi 1990
23
24
```

Page 11

```
 1           - - -
 2    E X H I B I T S  (Cont'd.)
 3           - - -
 4
 5    NO.      DESCRIPTION        PAGE
 6    Zelikoff-46  Binder Labeled   480
             Mattenklott 2007 -
 7           Rossi 2009
 8    Zelikoff-47  Binder Labeled   480
             IARC 2009 -
 9           IARC, 2012
10    Zelikoff-48  Alterations in    481
             Gene Expression
11           In Human Mesothelial
             Cells
12           (Shukla)
13    Zelikoff-49  Experts of Transcript 549
             Of Robert Glenn
14           10/18/18
15    Zelikoff-50  Presence of      562
             Talc in Pelvic
16           Lymph Nodes of a Woman
             (Cramer)
17
      Zelikoff-51  Does Long-Term   567
18           Talc Exposure
             Have a Carcinogenic
19           Effect
             (Keskin)
20
21
22
23
24
```

Page 12

```
 1           - - -
 2    DEPOSITION SUPPORT INDEX
 3           - - -
 4
 5    Direction to Witness Not to Answer
 6    PAGE  LINE
      None.
 7
 8    Request for Production of Documents
 9    PAGE  LINE
      None.
10
11    Stipulations
12    PAGE  LINE
      None.
13
      Questions Marked
14
      PAGE  LINE
15    None.
16
17
18
19
20
21
22
23
24
```

Page 13

```
 1           THE VIDEOGRAPHER:  We are on
 2    the record.  My name is Henry
 3    Marte.  I am a videographer with
 4    Golkow Litigation Services.
 5           Today is January 21st, 2019,
 6    and the time is 9:11 a.m.
 7           This video deposition is
 8    being held in Mahwah, New Jersey,
 9    in the matter of Talcum Powder
10    Litigation.
11           The deponent today is Dr.
12    Judith Zelikoff.
13           All appearances will be
14    noted on the stenographic record.
15    Will the court reporter please
16    administer the oath to the
17    witness.
18           - - -
19           ... JUDITH ZELIKOFF, Ph.D.,
20    having been first duly sworn, was
21    examined and testified as follows:
22           - - -
23           EXAMINATION
24           - - -
```

4 (Pages 10 to 13)

Judith Zelikoff, Ph.D.

Page 14

BY MR. HEGARTY:
1
2      Q.   Good morning, Dr. Zelikoff.
3      A.   Good morning.
4      Q.   My name is Mark Hegarty.  I
5  represent the J&J defendants in this
6  action.  Can you please state your full
7  name for the record, please?
8      A.   Judith Terri Zelikoff.
9      Q.   Dr. Zelikoff, who is your
10  current employer?
11      A.   New York University School
12  of Medicine, also known as NYU Langone
13  Health.
14      Q.   What is your title at New
15  York University School of Medicine?
16      A.   Professor with tenure.
17      Q.   How long have you held that
18  position?
19      A.   Since 1982.
20      Q.   Do you have any separate
21  personal consulting business for
22  litigation purposes?
23      A.   I do not.
24      Q.   Where do the fees go that

Page 15

1  you earn as an expert witness in this
2  case?
3      A.   They go to household
4  expenses as well as charity.
5      Q.   But they go to you, correct?
6      A.   They go to me.
7      Q.   Other than your work at New
8  York University and the fees that you're
9  earning as part of this litigation, do
10  you have any other sources of income?
11      A.   Just income that I have from
12  advisory boards or -- when you -- when
13  you sit on panels, they also pay you.
14  But other than that, no.
15      Q.   Tell me an example of an
16  advisory board for which you receive
17  income.
18      A.   It's on a very sporadic
19  basis.  And it depends on what it is.
20  But the NIEHS, National Institute of
21  Environmental Health Sciences.  And it's
22  an NIH institute.  And I serve as a -- I
23  review grants for them.
24      Q.   What are you charging

Page 16

1  plaintiffs' counsel for your services in
2  this litigation?
3      A.   $350 per hour.
4      Q.   Is there any difference in
5  your rate depending on whether it's
6  literature review, sitting for a
7  deposition, trial testimony?
8      A.   Sitting for a deposition or
9  trial testimony is $450.
10      Q.   Did anyone outside of
11  plaintiffs' attorneys assist you in any
12  way with your expert report in this case?
13      A.   No one with my expert
14  report.
15      Q.   We were provided today a
16  copy of several invoices that you have
17  prepared for your work in this case.  I'm
18  going to mark as Exhibit Number 1 a copy
19  of those invoices.
20          (Document marked for
21          identification as Exhibit
22          Zelikoff-1.)
23  BY MR. HEGARTY:
24      Q.   Dr. Zelikoff, would you look

Page 17

1  at Exhibit Number 1 and tell me whether
2  those are all the invoices that you have
3  generated and provided to plaintiffs'
4  counsel in this case.
5      A.   It appears to be.
6      Q.   Thank you.  The last work
7  noted is December 24, 2018.
8          Have you spent any
9  additional time on this case for which
10  you intend to bill plaintiffs' counsel --
11      A.   Yes, I have.
12      Q.   -- that's not reflected in
13  the invoices?
14      A.   Yes, I have.
15      Q.   How much additional time?
16      A.   Approximately 25 to 30 hours
17  by the end of this deposition.  Not
18  including the deposition.
19      Q.   With regard to these
20  invoices, have they all been paid?
21      A.   Yes, they have.
22      Q.   Were you paid a retainer for
23  your work on this case?
24      A.   I don't recall.

5 (Pages 14 to 17)

Judith Zelikoff, Ph.D.

Page 18

1    Q.   Dr. Zelikoff, as you know
2  we're here to take your deposition in the
3  case of In Re Johnson & Johnson Talc
4  Litigation, which is an MDL setting.  Are
5  you aware you've been designated as an
6  expert in that case?
7    A.   I am aware.
8    Q.   When were you first
9  contacted about serving as an expert in
10  this case?
11    A.   Early 2017.  I was
12  requested -- I was requested if I had
13  interest in it.
14    Q.   The first invoice that you
15  provided has a date of April 5, 2017.
16  When in relation to the first invoice
17  entry was that initial contact?
18    A.   To the best of my knowledge,
19  it was January or February.
20    Q.   Of 2017?
21    A.   Of 2017, right.
22    Q.   Who contacted you?
23    A.   Jennifer Emmel.
24    Q.   Did you know her before she

Page 19

1  contacted you?
2    A.   Not at all.
3    Q.   How was the contact made, by
4  telephone?
5    A.   By telephone.
6    Q.   Apart from anything that
7  attorneys for plaintiffs may have told
8  you, do you know how she came to contact
9  you?
10    A.   I'm not aware as to how she
11  came to contact me.
12    Q.   Did you have any prior
13  litigation work with her?
14    A.   Not with Ms. Emmel, no.
15    Q.   How do you spell her name?
16    A.   How do I --
17    Q.   Yes.
18    A.   -- spell her name?
19    Q.   Yes.
20    A.   To the best of my knowledge,
21  it's E-M-M-E-L.
22    Q.   Have you had any prior
23  litigation work with any of the lawyers
24  with whom you have met that are

Page 20

1  representing plaintiffs?
2    A.   No, sir.
3    Q.   Did you agree to serve as an
4  expert witness at the time of Ms. Emmel's
5  first contact with you?
6    A.   No, sir.  I told her that I
7  would have to do some literature
8  searching myself and come up with a
9  conclusion as to whether or not I felt
10  comfortable based on the science in
11  serving in that capacity.
12    Q.   At one point -- at what
13  point between -- at what point did you
14  come to or did -- strike that.
15    At what point did you agree
16  to serve as an expert witness in this
17  litigation in relation to that first
18  call?
19    A.   Probably about a month
20  later.
21    Q.   What did Ms. Emmel tell you
22  at that first call about the litigation?
23    MS. O'DELL:  We just
24    instruct -- I mean conversations,

Page 21

1    in terms of -- let me just strike
2    that and say don't discuss
3    anything that you communicated to
4    us or we communicated to you after
5    you decided to become an expert in
6    the case.
7  BY MR. HEGARTY:
8    Q.   Correct.  I'm talking about,
9  right now I'm talking about that initial
10  phone call where you said you had not --
11  where you did not agree at that point in
12  time to serve as an expert witness.
13  That's the only call I'm talking about.
14    What did Ms. Emmel tell you
15  about the litigation or about what they
16  wanted you to do at that first call?
17    A.   Well, I don't remember the
18  details as it was about over a year ago.
19  But to the best of my knowledge and my
20  recollection, it was just that they
21  represented the plaintiffs in a case of
22  ovarian cancer and its relationship to
23  talcum powder products, and was I
24  familiar with it, did I know anything

6 (Pages 18 to 21)

Judith Zelikoff, Ph.D.

Page 22

1    about it, and did I have -- did I have
2    interest in being associated with, and I
3    responded to her that I follow the
4    science, that's all I do is I follow the
5    science.
6            And if the science leads me
7    in a direction that I would have interest
8    or that I felt comfortable in doing this,
9    then I would let her know.
10           Q.   What was your response when
11   she asked you if you were familiar with
12   the science of talc and ovarian cancer?
13           A.   I was familiar with it at
14   that time in a superficial manner.  I
15   work in a very high-powered department of
16   environmental medicine.  And we discuss
17   current events over lunch.
18           Q.   When you say in a
19   superficial manner, what do you mean?
20           A.   Certainly not to the depth
21   that I'm aware of the issue currently.
22           Q.   Is it correct that you had
23   not formed any opinions as to any link
24   between talc and ovarian cancer as of the

Page 23

1    time of that first call with Ms. Emmel?
2            A.   I had -- I had no opinion at
3    that time.
4            Q.   Did you have any discussions
5    with Ms. Emmel or any other lawyer
6    representing plaintiffs between that
7    initial phone call and when you agreed to
8    serve as an expert witness?
9            A.   To my -- to the best of my
10   knowledge, I had not spoken to
11   Ms. O'Dell.  So to the best of my
12   knowledge it was just Ms. Emmel.
13           Q.   Again, focusing on that
14   first phone call -- well, strike that.
15           Had you had any further
16   discussion with Ms. Emmel between the
17   time of that first call and the time you
18   agreed to serve as an expert witness?
19           A.   I'm sorry, between the time
20   of the first call and the time I agreed,
21   could you repeat the question please?
22           Q.   Sure.  Did you have any
23   additional discussions with Ms. Emmel
24   between the time of the first call and

Page 24

1    the time that you agreed to serve as an
2    expert witness in the case?
3            A.   No, not -- not to my
4    recollection.
5            Q.   Do you recall anything else
6    that you discussed with Ms. Emmel at that
7    first call besides what we talked about
8    already?
9            A.   No, sir.
10           Q.   Did Ms. Emmel at that first
11   call tell you anything about plaintiffs'
12   theory of causation or theory of
13   mechanism of action or biologic
14   plausibility?
15           A.   No, sir, not at all.
16           Q.   Did she send you any
17   documents before you agreed to serve as
18   an expert witness?
19           A.   Not to my knowledge.  I
20   think the -- I'm sure the literature
21   reviews that I did at that time were
22   solely my own.
23           Q.   Had you heard of lawsuits
24   involving talc and ovarian cancer before

Page 25

1    being contacted by Ms. Emmel?
2            A.   I actually had not.
3            Q.   What then were your sources
4    of knowledge about talc and ovarian
5    cancer as of the time of the first call?
6            A.   The media, whatever I might
7    have read in the paper and any
8    discussions that might have been brought
9    up by my colleagues.
10           Q.   Do you recall any colleague
11   who brought the -- anything up about talc
12   and ovarian cancer?
13           A.   I do not recall a specific
14   colleague.  Lunchroom chatter.
15           Q.   Did you form any opinions
16   from the material you did read in the
17   media or from discussion with your
18   colleagues?
19           A.   I had no opinion.
20           Q.   And you were ultimately
21   retained and asked to give expert
22   opinions in this case, correct?
23           A.   I was ultimately retained,
24   yes, correct.

7 (Pages 22 to 25)

Judith Zelikoff, Ph.D.

Page 26

```
 1          Q.   The lawyers for the
 2   plaintiffs in this case have paid you to
 3   review materials and offer opinions,
 4   correct?
 5          MS. O'DELL:  Objection to
 6      the form.
 7          THE WITNESS:  Do I answer
 8      the question?
 9   BY MR. HEGARTY:
10      Q.   Yes.
11          MS. O'DELL:  Yes.
12          THE WITNESS:  They have
13      remunerated me for my time and
14      effort in reading hundreds of
15      articles.
16   BY MR. HEGARTY:
17      Q.   The opinions that you've
18   formulated were ultimately set out in
19   your November 16, 2018, MDL report,
20   correct?
21      A.   That's correct.
22      Q.   The hours you spent in
23   preparing that report are reflected in
24   the invoices we marked as Exhibit
```

Page 27

```
 1   Number 1, correct?
 2      A.   I don't recall what exhibit
 3   number it is, but it is in one of the
 4   invoices.
 5      Q.   A description that you have
 6   in your invoices includes report
 7   preparation.  Is that a description which
 8   describes your -- the time you spent
 9   preparing your report?
10      A.   Yes, it is.
11      Q.   Every entry under report
12   preparation would be the time that you
13   spent preparing your report?
14      A.   Yes, that's true.  That
15   could include reading material, searching
16   for material or writing.
17      Q.   The invoices we marked as an
18   exhibit also reflect the time you spent
19   with lawyers for plaintiffs; is that
20   correct?
21      A.   It does.
22      Q.   With regard to your
23   deposition here today, how much time did
24   you spend preparing to come here and
```

Page 28

```
 1   testify today?
 2      A.   It would be in my invoice,
 3   but if I had to approximate that without
 4   the knowledge of having that in front of
 5   me, I would say 30 to 50 hours.
 6      Q.   What attorneys did you meet
 7   with to prepare for your deposition here
 8   today?
 9      A.   I met with Ms. O'Dell and
10   Ms. Emmel.
11      Q.   Anyone else?
12      A.   In a face-to-face.
13      Q.   Face-to-face.  There were
14   phone calls as well?
15      A.   There were -- one of -- one
16   of the phone calls, it may have been two.
17   I also -- Chris, and I'm not familiar
18   with your last name, sorry.
19          Chris from the --
20          MS. O'DELL:  Tisi.
21          THE WITNESS:  Tisi?  Chris
22   Tisi and Alistair --
23          MR. FINDEIS:  Findeis.
24          MS. O'DELL:  Findeis.
```

Page 29

```
 1          THE WITNESS:  Findeis -- was
 2      on the phone, and there may have
 3      been one or two others, but I
 4      don't recall.
 5   BY MR. HEGARTY:
 6      Q.   Have you spoken with any of
 7   your colleagues about your work in this
 8   litigation?
 9      A.   What -- can you explain what
10   you mean by colleagues?
11      Q.   Well, you mentioned
12   colleagues in discussing talc and ovarian
13   cancer.  So those colleagues.
14      A.   If -- do you mean other
15   faculty?
16      Q.   Correct.
17      A.   And the question again,
18   please?
19      Q.   Sure.  Have you spoken with
20   other faculty at New York University
21   regarding your work on this litigation?
22      A.   No, I have not.
23      Q.   Have you told any faculty at
24   New York University of your opinions in
```

8 (Pages 26 to 29)

Judith Zelikoff, Ph.D.

Page 30

1    this case?
2         A.   I have not.
3         Q.   Have you told anyone at NYU
4    School of Medicine of your opinions?
5         A.   I have not.  I have
6    discussed, not my opinion, but in my
7    class, my toxicology course, to graduate
8    students at NYU.
9         I have, in my course on
10   speaking about reproductive toxicology
11   and developmental toxicology, in
12   discussing risk factors, two graduate
13   students I have discussed -- I've
14   included talc as a potential risk factor.
15        Q.   When did you start including
16   talc as a potential risk factor in that
17   course?
18        A.   Prior -- if you're asking me
19   was it prior to or -- prior to my
20   retainment, it was prior to my
21   retainment.
22        Q.   So prior to your
23   retainment -- let me -- let me word it
24   differently.

Page 31

1         Prior to the call from
2    Ms. Emmel, you had included in your
3    course to -- your toxicology course a
4    discussion about talc and ovarian cancer?
5         A.   Not a discussion, just
6    didactic lecture saying that this is the
7    female reproductive tract.  Ovarian
8    cancer is part of an adverse outcome of
9    disease. It's very prevalent.  And there
10   are factors including early menarche,
11   late menopause, and there's some issues
12   currently on the table as to whether
13   cosmetic talc also plays a role.
14        No opinion was given to my
15   class.  Just information.
16        Q.   Do you have any materials
17   for your course, whether in PowerPoint
18   form or other form that sets out that
19   discussion you just had?
20        A.   No.
21        Q.   Is that the extent of the
22   discussion that you had with your
23   toxicology students about talc and
24   ovarian cancer?

Page 32

1         A.   Yes.
2         Q.   Does that continue to be the
3    extent of any discussion you had with any
4    students at New York University about
5    talc and ovarian cancer?
6         A.   Well, right now we're on
7    break.  I -- I probably will -- I will
8    continue after the deposition to also
9    talk -- talk with them and list it as
10   a -- as a risk factor for ovarian cancer.
11        Q.   What about -- strike that.
12        Did you have discussions,
13   that same discussion with toxicology
14   students between -- I should say before
15   you were contacted by Ms. Emmel and
16   today, have you had -- continued to have
17   that same discussion with your toxicology
18   students?
19        A.   I've not --
20        MS. O'DELL:  Objection to
21   form.
22        Doctor, give me just a
23   moment after the question if I
24   need to object.  Thank you.

Page 33

1         THE WITNESS:  Shall I
2    continue?
3    BY MR. HEGARTY:
4         Q.   Sure.
5         A.   Could you repeat the
6    question, please?
7         Q.   Sure.  You mentioned that
8    the discussion that we just went over was
9    before your contact by Ms. Emmel,
10   correct?
11        A.   I said that it started.  My
12   lectures started prior to my conversation
13   with Ms. Emmel.
14        Q.   What was -- what was the
15   name of the course that you had that
16   lecture?
17        A.   Organ system toxicology.
18        Q.   Have you taught that course
19   since your call with Ms. Emmel?
20        A.   Actually it's coming up
21   this -- this semester, starting the 30th
22   of January.
23        Q.   So between -- as of the
24   first part of 2017 through today you have

9 (Pages 30 to 33)

Judith Zelikoff, Ph.D.

Page 34

1  not taught that same course?
2      A.   It's taught every other
3  year.
4      Q.   Have you communicated with
5  anyone outside of plaintiffs' counsel in
6  this case about your opinions in your
7  report?
8      A.   Not about my opinions, no.
9      Q.   Have you talked with anyone
10  outside of plaintiffs' counsel in this
11  case about your report?
12      A.   Only to say that I -- to my
13  friends, when I refuse to go anywhere
14  with them, because I have to stay home
15  and work, only to say that I'm working on
16  a report.
17      Q.   Have you discussed the
18  litigation or your report with any other
19  experts retained by the plaintiffs in
20  this case?
21      A.   No, sir, I have not.
22      Q.   Have you reviewed any of the
23  other plaintiffs' experts' MDL reports in
24  this litigation besides those referenced

Page 35

1  in your report?
2      A.   I reviewed Dr. Dydek's.  I
3  reviewed -- did you say the plaintiffs'
4  witnesses?
5      Q.   Yeah, let me -- let me -- in
6  your report -- and I can -- we can get it
7  out here in a moment.  But you list
8  the -- in your list of reports, you list
9  the report of Michael Crowley.
10      A.   I'm sorry, sir.  Can you --
11      Q.   It's in Exhibit B at the end
12  of Exhibit B of your report.  If you need
13  a copy I can give it to you now.
14      A.   Can you give me a copy.
15          (Document marked for
16          identification as Exhibit
17          Zelikoff-2.)
18  BY MR. HEGARTY:
19      Q.   I'm marking Exhibit 2 Dr.
20  Zelikoff's report that was provided to us
21  in this case.
22      A.   Thank you.  And what page
23  are you referring to?
24      Q.   It is the last page of

Page 36

1  Exhibit B.  It should be the very last
2  page of that document.
3      A.   Thank you.
4      Q.   The very last page of
5  Exhibit B of your report, you list a
6  number of expert reports, correct?
7      A.   I do.  Deposition and
8  exhibits.
9      Q.   Have you reviewed any other
10  expert reports -- strike that.
11          Did you review any other
12  expert reports for purposes of your
13  expert report besides those listed here?
14      A.   No, sir.  Unless --
15  Dr. Longo, December 2018 supplement, that
16  was a report, and I did review that.
17      Q.   We were provided today with
18  a copy of a report of Longo and Rigler,
19  January 15, 2019.  And I'm going to mark
20  that as Exhibit 3.
21          (Document marked for
22          identification as Exhibit
23          Zelikoff-3.)
24  BY MR. HEGARTY:

Page 37

1      Q.   Is that the supplemental
2  report that you described for us?
3      A.   It is, sir.  It's an
4  analysis Johnson & Johnson Historical
5  Product Containers and Imerys' Historical
6  Railroad Car Samples, etc..
7      Q.   That report is dated
8  January 15th, 2019, correct?
9      A.   Yes, sir.
10      Q.   When did you receive this
11  report?
12      A.   In January.
13      Q.   When in relation to
14  January 15, 2019?
15      A.   Today is the --
16      Q.   Is the 21st.
17      A.   Today is the 21st.  I would
18  say somewhere between the 15th and the
19  21st.  Actually it was this past Saturday
20  as it was placed in my Dropbox and I
21  could not open my Dropbox.
22      Q.   When did you review Exhibit
23  Number 3?
24      A.   That same report?

10 (Pages 34 to 37)

Judith Zelikoff, Ph.D.

Page 38

1      Q.   Yes.
2      A.   I received it on Saturday.
3  I reviewed it on Sunday.
4      Q.   How much time did you spend
5  reviewing this additional Longo and
6  Rigler report?
7      A.   Sorry.  About three hours.
8      Q.   Did you read every page?
9      A.   I read -- I reviewed each
10  page but I did not scrutinize every page.
11      Q.   Did you read the entirety of
12  the text in this supplemental report?
13      A.   May I see the report,
14  please.
15          MS. O'DELL:  Objection.
16  Asked and answered.  That's the
17  same question.
18          THE WITNESS:  Should I
19  answer?
20          MS. O'DELL:  Yes, you may.
21          THE WITNESS:  I reviewed the
22  text going up to Page 32 with
23  greater rigor than I did the
24  tables.

Page 39

1  BY MR. HEGARTY:
2      Q.   When you say "reviewed,"
3  does that mean that you read every -- all
4  the words on every page up to Page 32?
5      A.   I did.
6      Q.   You included in the list of
7  reports that you reviewed, the report of
8  Michael Crowley, correct?
9      A.   Every one of the reports
10  were not read with the -- read with
11  the -- sorry, I'm caught up in the
12  microphone -- were not read with the same
13  intensity and duration of time put into
14  it.  I reviewed it.  To what extent, I'm
15  not clear at this moment.
16      Q.   The first report that you
17  list in the list of reports in Exhibit B
18  is the expert report of Michael M.
19  Crowley, correct?
20      A.   It's written that way, yes.
21      Q.   Did you prepare this list of
22  reports?
23      A.   I did not.
24      Q.   Who did?

Page 40

1      A.   The attorneys.
2      Q.   I'm going to show you --
3      A.   Plaintiffs' attorneys.
4          (Document marked for
5  identification as Exhibit
6  Zelikoff-4.)
7  BY MR. HEGARTY:
8      Q.   I'm going to show you what I
9  marked as Exhibit Number 4.  This is the
10  MDL report provided to us for Michael
11  Crowley.
12      A.   Mm-hmm.
13      Q.   Did you read the entirety of
14  that report?
15      A.   I cannot say that I read the
16  entirety of this report.  I reviewed the
17  report.
18      Q.   Okay.  Well, your report is
19  dated November 16, 2018.  And that report
20  is dated November 12, 2012, -- 2018.
21  When did you receive the report by
22  Dr. Crowley in relation to the date on
23  the first page, November 12th.
24      A.   I really cannot say with

Page 41

1  certainty.  It seems to me that I
2  received this prior to my report
3  conclusion.
4      Q.   There are 212 pages there.
5  Again, did you read every word of every
6  page?
7      A.   No, sir.  Did I look at
8  every word of every page?  Yes.
9      Q.   No, my question is did you
10  read every word of every page.
11      A.   My answer is --
12          MS. O'DELL:  She answered
13  your question.
14          THE WITNESS:  -- I looked at
15  every page.
16  BY MR. HEGARTY:
17      Q.   Did you read all the
18  references that he has in that report?
19      A.   I looked at the references.
20      Q.   Did you actually pull the
21  references and read the citations that he
22  refers to?
23      A.   No, sir.  I did my own -- my
24  own literature search in terms of

11 (Pages 38 to 41)

Judith Zelikoff, Ph.D.

Page 42

1  fragrance and chemicals within the
2  fragrances.  And I did receive that as an
3  exhibit this morning.
4      Q.   I'm sorry.  What did you
5  say?
6      A.   I said I did my own
7  literature search in terms of fragrances,
8  and I think you received a copy of that
9  this morning.  In that report that I did,
10  that I prepared, I was assessing
11  carcinogenicity of each of the compounds.
12      Q.   Going back to the Crowley
13  report, did you read all the tables in
14  that report?
15      A.   I did not read.  I reviewed.
16      Q.   What is --
17      A.   I looked at them.
18      Q.   Okay.  What is the
19  difference between reading and reviewing
20  to you?
21      A.   In my mind, reading is
22  in-depth assessment, and whereas
23  reviewing is looking over.  Reading is
24  more intense.

Page 43

1      Q.   You pointed to us -- pointed
2  to us -- strike that.
3          You pointed to the document
4  that was provided to us this morning,
5  which you say is -- what I think you said
6  reflects your own literature search with
7  regard to fragrances; is that correct?
8      A.   Mine and a student.
9      Q.   What student?
10      A.   A graduate student in my
11  laboratory.
12          (Document marked for
13          identification as Exhibit
14          Zelikoff-5.)
15  BY MR. HEGARTY:
16      Q.   I've marked as Exhibit
17  Number 5 the document that was produced
18  to us this morning.  Can you tell me what
19  Exhibit Number 5 is.
20      A.   Exhibit Number 5 is -- is a
21  list of the chemicals that -- part of
22  which, if not in its entirety, were taken
23  from the fragrances that were -- and the
24  chemicals that were listed in

Page 44

1  Dr. Crowley's report.  And with that I --
2  I used the case number.  I reviewed each
3  one of the chemicals in terms of their
4  potential carcinogenicity by, number one,
5  putting -- writing down the chemical,
6  looking to see if there were other
7  structures or chemicals -- or chemicals
8  that had similar names.
9          I reviewed through Google,
10  through PubMed and through Tox Lit and
11  IARC reports to see whether or not there
12  was a listing for them in terms of
13  carcinogenicity.  And that is the result.
14  This is the result.
15      Q.   When did you do all of that?
16      A.   I did that post the
17  report --
18      Q.   When -- sorry.
19      A.   -- as part of my preparation
20  for the deposition.
21      Q.   When did you do it post
22  report in relation to today?
23      A.   One to two weeks ago.
24      Q.   Did you review -- strike

Page 45

1  that.
2          Did you read all the MSDSes
3  that you list in Exhibit Number 5?
4      A.   I did not read all of the
5  MSDSes.  But I did look at them.  I
6  reviewed them to make sure they were
7  accurate.
8      Q.   Did you -- did you look at
9  and review every MSDS listed in Exhibit
10  Number 5?
11      A.   No, sir.
12      Q.   I'm sorry?
13      A.   No, sir.
14      Q.   Approximately how many did
15  you look at in review?
16      A.   I would say I looked at
17  perhaps half.  Looked -- looked at, not
18  reviewed.
19      Q.   But with regard to your
20  analysis of the fragrances that are
21  reportedly in Johnson's Baby Powder, you
22  did not do any of your own analysis as of
23  the time of your report, correct?
24      A.   I --

12  (Pages 42 to 45)

Judith Zelikoff, Ph.D.

Page 46

1        MS. O'DELL: Objection to
2    the form.
3        THE WITNESS: I did no
4    analysis except to gather the
5    information that is out there by
6    reputable organizations.
7    BY MR. HEGARTY:
8        Q.   Well, did you gather that
9    information before you completed your
10   expert report?
11       A.   I did this after my expert
12   report.
13       Q.   And my question was, before
14   your expert report, did you do any of
15   your own analysis of the fragrances that
16   we -- are listed in Exhibit Number 5?
17       MS. O'DELL: Objection to
18   form.
19       THE WITNESS: I'm not sure
20   what you mean by analysis.
21   BY MR. HEGARTY:
22       Q.   Well, did you do any of your
23   own research, review of the literature,
24   anything with regard to fragrances as of

Page 47

1    the time of your signing of your expert
2    report November 16, 2018?
3        A.   I very briefly looked up
4    limonene and eugenol. And it wasn't in
5    regards to this case. It was in regards
6    to work that I do with electronic
7    cigarettes. They are being used as
8    flavorants.
9        Q.   Was that the extent of your
10   review of the fragrances as of the time
11   of your expert report, November 16, 2018?
12       MS. O'DELL: Object to form.
13   You may answer.
14       THE WITNESS: Whatever is in
15   the report from Dr. Crowley that
16   listed, I looked at those.
17   BY MR. HEGARTY:
18       Q.   But as you indicated, you
19   did not read all the citations, the
20   literature resources that Dr. Crowley
21   cites in his report and review them
22   yourself?
23       MS. O'DELL: Object to the
24   form.

Page 48

1        THE WITNESS: I --
2    post-report, I did my own search.
3    BY MR. HEGARTY:
4        Q.   But my question was, before
5    your report, with regard to Dr. Crowley's
6    report, did you actually pull the
7    literature references that he cites and
8    read them yourself?
9        A.   No, sir.
10       Q.   You also make reference to
11   reviewing Dr. Longo's report, MDL report,
12   which is dated November 14, 2018. That's
13   in the last page of Exhibit Number B. Do
14   you see that?
15       A.   I -- I see that, yes.
16       Q.   Did you read every page of
17   that report?
18       A.   No, sir, I did not. But I
19   did read every page of the December 2018
20   Longo mass supplement report.
21       Q.   Well, focusing on the
22   November 14, 2018, report, that report is
23   over 2,000 pages. Are you aware of that?
24       A.   Yes, sir.

Page 49

1        Q.   Did you read all 2,000
2    pages?
3        A.   No, sir. I did not.
4        Q.   Did you read any of those
5    2,000 pages?
6        A.   I reviewed several of those
7    pages.
8        Q.   Okay. How about the rest of
9    the reports that are listed there? Did
10   you read every page of the reports that
11   are listed there?
12       A.   I read every page of the
13   Dr. Thomas Dydek's report. And I read
14   two-thirds of Dr. Plunkett's.
15       Q.   As to the rest, did you
16   review the remaining reports?
17       MS. O'DELL: Object to the
18   form.
19   BY MR. HEGARTY:
20       Q.   Or not look at them at all?
21       A.   I glanced over them.
22       Q.   Do you recall if you were
23   ever provided any draft reports from any
24   of the plaintiffs' experts in the MDL,

13 (Pages 46 to 49)

Judith Zelikoff, Ph.D.

Page 50

1  where you understood them to be drafts?
2       A.   I never received anything
3  that I understood to be a draft document.
4            (Document marked for
5       identification as Exhibit
6       Zelikoff-6.)
7  BY MR. HEGARTY:
8       Q.   Dr. Zelikoff, I'm marking
9  Exhibit Number 6 a copy of your
10  deposition notice for purposes of today's
11  deposition.
12       A.   Yes, sir.  I see it.
13       Q.   Did you have a chance to
14  look at that before today?
15       A.   I did not.
16       Q.   What materials did you bring
17  with you to the deposition today?
18            MS. O'DELL: I would just
19       reassert that the objections that
20       plaintiffs have served regarding
21       certain of the requests and would
22       state that Dr. Zelikoff has
23       brought binders of her cited
24       materials, and then I believe I

Page 51

1       gave you a jump drive of all the
2       reference materials.
3  BY MR. HEGARTY:
4       Q.   Let me go back to my
5  question.  Sitting to your right are
6  binders of materials.  Do you know what
7  those binders are, Dr. Zelikoff?
8       A.   I do know what those black
9  binders are to my right.
10       Q.   What are they?
11       A.   They are binders containing
12  materials, papers, literature --
13  literature, in alphabetical order of
14  papers that are relevant to my -- to my
15  testimony, as well as production
16  documents which include letters, reports
17  of internal documents.
18       Q.   Your Exhibit B in your
19  report starts with a page Materials and
20  Data Considered.  Do you see that?
21       A.   Page please?
22       Q.   It's Exhibit B.
23       A.   Materials and data
24  considered, I have it, yes, sir.

Page 52

1       Q.   Is it correct that the
2  binders to your right are copies of
3  everything in -- under the listing --
4  under the heading of Materials and Data
5  Considered?
6            MS. O'DELL:  Object to the
7       form.
8            THE WITNESS:  I cannot say
9       that every single paper in here is
10       in there.  Maybe in something that
11       I have looked up, but I can't say
12       with likely certainty that yes,
13       everything is in there.  Although
14       I cannot tell you that I reviewed
15       every single one and matched it to
16       this page.
17  BY MR. HEGARTY:
18       Q.   Who prepared -- who prepared
19  the document Materials and Data
20  Considered?
21       A.   What do you mean by
22  prepared?
23       Q.   Did you prepare it?
24            MS. O'DELL:  Object to the

Page 53

1       form.
2            THE WITNESS:  I supplied
3       data, references, and in
4       coordination and complementation
5       with the plaintiffs' attorneys,
6       they prepared this.
7            (Document marked for
8       identification as Exhibit
9       Zelikoff-7.)
10  BY MR. HEGARTY:
11       Q.   I'm marking as Exhibit
12  Number 7 a flash drive that we were
13  provided here today.  Do you know what
14  Exhibit Number 7 is?
15       A.   I do not.
16       Q.   Do you know what's contained
17  on the flash drive?
18       A.   I have not seen the data
19  within the flash drive.
20            MS. O'DELL: I'll just
21       represent that I prepared the
22       flash drive and the flash drive
23       has all the materials on
24       Exhibit B, on behalf of

14 (Pages 50 to 53)

Judith Zelikoff, Ph.D.

Page 54

1      Dr. Zelikoff.
2   BY MR. HEGARTY:
3      Q.   Are the materials you also
4   cited -- I'm sorry.  Are the references
5   you also cited in the body of your report
6   contained in those notebooks to your
7   knowledge?
8      A.   To my knowledge, they are.
9      Q.   Are the materials that --
10  that are in those notebooks materials you
11  reviewed or had access to prior to
12  completion of your expert report?
13     A.   Prior to the completion.
14  However I also prepared my own.  So in
15  going through -- in coming to my
16  conclusion and opinion, I also went
17  through the literature using various
18  websites including, as I said Tox Lit,
19  Google and PubMed.  And I arranged my
20  documents that I thought were relevant
21  after reviewing all of the ones that came
22  up in my literature search, and I
23  reviewed the abstracts and if I found
24  them to be relevant, I placed them in --

Page 55

1   in order and in bins, in silos, in
2   different areas, and I prepared my own.
3      Q.   We were also provided today,
4   this morning, what I've marked as Exhibit
5   Number 8 which is a manuscript from a
6   publication called Reproductive Sciences.
7   The lead author, Ghassam Saed.
8          (Document marked for
9          identification as Exhibit
10         Zelikoff-8.)
11  BY MR. HEGARTY:
12     Q.   Can you tell me when you
13  received that manuscript?
14     A.   I received the manuscript in
15  December.
16     Q.   Approximately when in
17  December?
18     A.   Let me say that it was
19  either December or early January.  I
20  cannot be more exact than that.
21     Q.   Have you read that
22  manuscript?
23     A.   Have I -- yes, I've read
24  this manuscript.

Page 56

1      Q.   You had not read that
2   manuscript though at the time you
3   completed your report, correct?
4      A.   No, I did not, sir.
5      Q.   So that manuscript did not
6   inform the opinions set out in your
7   report, correct?
8          MS. O'DELL:  Objection to
9   form.
10         THE WITNESS:  Do I answer?
11         MS. O'DELL:  Yes, you may
12  answer.
13         THE WITNESS:  Okay.
14         MS. O'DELL:  Yes.
15         THE WITNESS:  I -- I had
16  access to an abstract from the
17  same author with emerging results
18  that was brought forward in larger
19  context and in greater detail in
20  the publication.  So I had -- so
21  the abstract did go into my
22  thinking.
23  BY MR. HEGARTY:
24     Q.   The manuscript though we

Page 57

1   marked as Exhibit 8 did not go into your
2   thinking?
3      A.   The manuscript -- no, sir,
4   it did not.  It did post my report and it
5   added supplementary and compelling
6   evidence for my opinion.
7          (Document marked for
8          identification as Exhibit
9          Zelikoff-9.)
10  BY MR. HEGARTY:
11     Q.   I've also marked as Exhibit
12  Number 9 another document we were
13  provided this morning which is -- which
14  is called Draft Screening Assessment.
15         When did you receive this
16  draft screening assessment?
17     A.   January.
18     Q.   Approximately when in
19  January?
20     A.   About two weeks ago.
21     Q.   Who -- what was your source
22  for getting that document?
23     A.   Ms. Emmel.
24     Q.   Did Ms. Emmel also provide

15 (Pages 54 to 57)

Judith Zelikoff, Ph.D.

Page 58

1  the -- the Saed manuscript?
2      A.   Yes, sir, she did.
3      Q.   So neither the Canadian
4  assessment nor Dr. Saed's manuscript were
5  materials you found on your own, correct?
6      A.   Correct.
7      Q.   Do you know how Ms. Emmel
8  came to receive an unpublished
9  manuscript, apart from any discussions
10  that you had with plaintiffs' counsel?
11     A.   Actually, which manuscript
12  are you referring to?
13     Q.   Well, there's only one
14  manuscript in front of you?
15     A.   Reproductive Science --
16     Q.   Dr. -- yes.
17     A.   -- Dr. Saed?
18          To my knowledge, this has --
19  and seeing the cover letter that was
20  associated with this, this is not a
21  manuscript.  This is an in-press
22  manuscript, and there is a very large
23  difference.
24     Q.   Okay.  Apart from anything

Page 59

1  that counsel for plaintiffs may have told
2  you, do you know how this manuscript
3  became available for you to review?
4      A.   I have no knowledge.
5      Q.   With regard to the
6  Canadian -- sorry, the draft screening
7  assessment, did you read the entirety of
8  this assessment?
9      A.   I'm looking for it right
10  now.
11     Q.   Sorry.
12     A.   Thank you.  Except for the
13  references, I read the entirety of the
14  text.
15     Q.   Did you pull the references
16  and review the references themselves?
17     A.   No, sir, I did not.
18     Q.   There are also supplemental
19  materials associated with this -- or do
20  you know whether there are supplemental
21  materials associated with this draft, or
22  with this draft screening assessment?
23     A.   I was also provided a
24  document by Dr. Taher.  I'm not sure if

Page 60

1  that is a supplement of that or a -- an
2  adjacent document.
3      Q.   Do you have that document
4  with you?
5      A.   Perhaps.  I do, yes, sir.
6      Q.   May I see it, please.
7          (Document marked for
8          identification as Exhibit
9          Zelikoff-10.)
10  BY MR. HEGARTY:
11     Q.   I'm going to mark as Exhibit
12  Number 10 what you just handed to me,
13  which is titled "Systematic Review and
14  Meta-Analysis of the Association Between
15  Perineal Use of Talc and Risk of Ovarian
16  Cancer," lead author Taher.
17          When did you receive Exhibit
18  Number 10?
19          MS. O'DELL:  Did we skip
20  nine?
21          MR. HEGARTY:  Exhibit 9 is
22  the draft screening assessment.
23          MS. O'DELL:  Okay.  I'm
24  sorry.  I had that as Number 8.

Page 61

1          MR. HEGARTY:  Number 8 is
2  the manuscript by Dr. Saed.
3          MS. O'DELL:  Okay.  I'm
4  sorry.
5  BY MR. HEGARTY:
6      Q.   Going back to my question,
7  when did you receive the article by
8  Taher?
9      A.   At the same time that I
10  received the health -- the screening
11  health assessment from Health Canada.
12     Q.   Who provided it to you?
13     A.   Ms. Emmel.
14     Q.   Did you read the entirety of
15  that document?
16     A.   I read the entirety of this
17  document minus the references.
18     Q.   Did you pull the literature
19  cited in the Taher article and review it
20  yourself?
21     A.   I may have looked at
22  references that have -- were on the
23  reference list of the Saed document, but
24  I did not go through each individual

16 (Pages 58 to 61)

Judith Zelikoff, Ph.D.

Page 62

1  reference in the document and pull it
2  specifically.
3      Q.   The Taher article -- strike
4  that.
5          You were provided the Taher
6  article after you completed your expert
7  report in this case, correct?
8      A.   That's correct.
9      Q.   So it's correct that it did
10 not inform your opinions in your report,
11 correct?
12     A.   It informed my opinions --
13 let me say that it added to my opinions
14 following the writing of my report.  It
15 supported my position.
16     Q.   Did the assessment conclude
17 that talc use causes ovarian cancer?
18 Strike that.  Let me strike that
19 question.  We'll come back to that.
20         (Document marked for
21         identification as Exhibit
22         Zelikoff-11.)
23 BY MR. HEGARTY:
24     Q.   I'm going to mark next as

Page 63

1  Exhibit Number 11 a copy of the Exhibit C
2  that's referenced in your report.
3          Did you prepare Exhibit
4  Number C?
5      A.   If you mean by preparation,
6  did I write it, did I prepare the
7  summary, no, sir I did not.
8      Q.   Do you know who prepared it?
9      A.   From my reading, it appears
10 as though the attorneys may have prepared
11 it based upon -- to my knowledge, based
12 upon other deponents.
13     Q.   Other than the documents
14 that we have talked about that are laid
15 out before us, did you bring any other
16 documents with you to the deposition?
17     A.   Other than the documents
18 that are to my right in the folders, the
19 health assessment from the -- the
20 screening health assessment from Canada,
21 Dr. Taher's paper, a letter -- this is in
22 the documents to my right, a letter from
23 Luzenac to Dr. Al Wehner, my CV, the
24 expert report, Exhibit B, my CV, no, sir.

Page 64

1      Q.   Have you reviewed any
2  materials since completion of your report
3  for purposes of your work on this case
4  that we have not talked about this
5  morning?
6      A.   I reviewed -- since my
7  report, I reviewed Dr. Pier's deposition.
8  Is that what you mean?
9      Q.   Dr. Julie Pier's deposition?
10     A.   Yes.  Three-quarters of it.
11 It is a very long deposition.
12     Q.   The second-to-last page of
13 Exhibit Number B under depositions makes
14 reference to depositions and exhibits of
15 Julie Pier dated 9/12 to 9/13/2018.
16         Do you see that?
17     A.   Sorry, sir.  Fifth line
18 down, deposition/exhibits of Julie Pier.
19     Q.   Is that the deposition to
20 which you just referred?
21     A.   To the best of my knowledge.
22     Q.   Anything else that you have
23 reviewed for purposes of your work on
24 this case that we have not talked about

Page 65

1  this morning or made reference to?
2      A.   I reviewed Dr. Hopkins'
3  report.
4      Q.   Let me ask it different.
5  Anything that you have reviewed that's
6  either not listed somewhere in your
7  report or we have not marked as an
8  exhibit?
9      A.   To the best of my knowledge,
10 no.
11     Q.   With regard to Exhibit C,
12 did you review all the documents that are
13 referenced in Exhibit Number C?
14     A.   Can I see that, please.
15     Q.   I think you still have a
16 copy in front of you.
17     A.   Okay.
18     Q.   It's Exhibit Number 11,
19 which is marked Exhibit -- which is
20 Exhibit C.  Did you actually pull the
21 documents and confirm the accuracy of the
22 information --
23     A.   No, sir.
24     Q.   -- contained in Exhibit C?

17 (Pages 62 to 65)

Judith Zelikoff, Ph.D.

Page 66

1        A.   There are no -- there are no
2    references in here, as I understand it.
3        Q.   Well, there are Bates
4    numbers --
5        A.   Bates numbers.
6        Q.   -- that are listed at the
7    right, which correspond to documents,
8    correct?
9        A.   Yes, but when I -- when I
10   hear references I think of citations,
11   papers.
12       Q.   Did you actually pull the
13   documents whose Bates numbers are listed
14   and confirm the accuracy of the
15   information contained in Exhibit C?
16       A.   I did not pull them as part
17   of reviewing this exhibit, but I have
18   looked at them, because I have gone
19   through all of the production documents.
20       Q.   With regard to your expert
21   report in this case, is it correct that
22   you prepared that report -- strike that.
23            With regard to your expert
24   report it defines the scope of your

Page 67

1    testimony in this case, correct?
2            MS. O'DELL:  Objection to
3        form.
4            THE WITNESS:  Yes, it does.
5    BY MR. HEGARTY:
6        Q.   And is it correct that the
7    report was prepared with the same
8    methodology and approach as you would
9    have prepared an article for publication
10   in a scientific journal?
11       A.   An article, a grant, a
12   review, an advisory board report, with
13   the same rigor and the same scrutiny,
14   yes.
15       Q.   In other words, is it
16   correct that you prepared this report in
17   the same manner as you had prepared all
18   of your articles for publication?
19            MS. O'DELL:  Asked and
20       answered.
21            THE WITNESS:  I used the
22       same methodology, the same
23       scrutiny and the same rigor to
24       prepare this, yes.

Page 68

1    BY MR. HEGARTY:
2        Q.   You agree that the standard
3    for proving biologic plausibility or any
4    other scientific issue in the medical
5    literature is the same one that applies
6    in litigation, correct?
7            MS. O'DELL:  Object to the
8        form.  If you know.
9            THE WITNESS:  Can you repeat
10       that, please.
11   BY MR. HEGARTY:
12       Q.   Sure.  You agree that the
13   standard for proving biologic
14   plausibility or any other scientific
15   issue in a medical literature or in
16   science should be the same that is
17   applied in litigation?
18            MS. O'DELL:  Object to the
19       form.
20            THE WITNESS:  I will use the
21       same scrutiny and rigor, as I said
22       before.
23   BY MR. HEGARTY:
24       Q.   You would -- you intend to

Page 69

1    apply the same standards to your report
2    and your opinions in this case as you
3    would apply if you were looking at this
4    as simply a professor at New York
5    University?
6        A.   Well, I don't see simply a
7    professor.
8            If I were -- I review
9    papers.  I think I've answered this
10   already.  But I review papers and
11   literature with the same scrutiny as I
12   prepared this report.
13       Q.   Did you apply the same
14   standard for assessing biologic
15   plausibility as you apply in your work at
16   NY University?
17       A.   I do.
18       Q.   Did you sign your report
19   dated November 16, 2018, with the same
20   intent as if signed under penalty of
21   perjury?
22       A.   Could you repeat that
23   please.
24       Q.   Sure.  Did you sign your

18 (Pages 66 to 69)

Judith Zelikoff, Ph.D.

Page 70

1  expert report dated November 16, 2018,
2  with the same intent as if signed under
3  penalty of perjury?
4          MS. O'DELL:  Object to form.
5          THE WITNESS:  I'm not sure I
6      understand what that question
7      means.
8  BY MR. HEGARTY:
9      Q.   Well, did you -- by signing
10 this report, did you confirm to the
11 accuracy of everything contained in the
12 report?
13     A.   To the best of my knowledge,
14 I signed this report knowing that I
15 prepared this report and there is -- with
16 the same intent of accuracy and rigor.
17     Q.   You understand this is
18 supposed to be your testimony as if on a
19 stand before a judge or a jury, correct?
20         MS. O'DELL:  Object to the
21     form.
22         THE WITNESS:  My
23     understanding of the deposition is
24     that it is a legal document and

Page 71

1      testifying my -- my opinion.  And
2      that it has to be honest and
3      truthful and transparent.
4  BY MR. HEGARTY:
5      Q.   Well, this time I'm talking
6  about your report.  Do you understand
7  your report is supposed to be your
8  testimony as if you are before a judge
9  and a jury?
10         MS. O'DELL:  Object to the
11     form.
12         THE WITNESS:  I -- I
13     understand that this has to be
14     honest and truthful, and this will
15     be -- could be, will be, the basis
16     for my testimony in a court trial,
17     if that is what you're asking.
18 BY MR. HEGARTY:
19     Q.   You understand it's supposed
20 to set out your -- the entirety of your
21 opinions in this case?
22         MS. O'DELL:  Object to the
23     form.
24         THE WITNESS:  I understand

Page 72

1      that these are my -- my report
2      reflects my opinion.
3  BY MR. HEGARTY:
4      Q.   Are they -- are there any
5  necessary changes, or revisions to your
6  report?
7      A.   Not to my knowledge.
8      Q.   And all the opinions that
9  you intend to offer in this litigation
10 are set out in your report, as you just
11 said, correct?
12     A.   To come to my decision or my
13 opinion, prior to -- included all the
14 documents that I had in my possession and
15 were -- had access to prior to my report.
16     Q.   My question is a little bit
17 different, Doctor.  My question is, the
18 opinions that you intend to offer as you
19 just indicated, those are set out in your
20 report, correct?
21     A.   The opinions that I intend
22 to offer, yes.
23     Q.   As your report shows, you
24 don't intend to offer the opinion that

Page 73

1  use of Johnson's Baby Powder or Shower to
2  Shower causes ovarian cancer, correct?
3      A.   My mission, the question
4  that I was asked by plaintiff attorney
5  was to confer or to assess biological
6  plausibility in the causation of talc for
7  ovarian cancer.
8      Q.   And as your report shows,
9  you did not do a risk assessment or
10 Bradford Hill analysis of all the
11 literature looking at talc products and
12 ovarian cancer, correct?
13     A.   I think I answered that, but
14 I'm not an epidemiologist, and my -- my
15 question was to look at biological
16 plausibility.
17     Q.   And all the materials that
18 you intend to rely upon for purposes of
19 your opinions, are those set out in your
20 report, those we've talked about here
21 this morning, correct?
22     A.   Yes, including the
23 contributions that were made after my
24 report including Dr. Longo's supplement,

19 (Pages 70 to 73)

Judith Zelikoff, Ph.D.

Page 74

1   including Dr. Saed's paper.  They added
2   to my opinion, supplemented them.  But it
3   is -- but my -- my opinion stays the same
4   as the report.
5       Q.   Okay.
6            MR. HEGARTY:  The next
7   section I have is pretty long.  I
8   don't know if you want to take a
9   quick break now or just keep
10  going.  It's up to you.
11           MS. O'DELL:  We've been
12  going about an hour.  I think
13  that's probably a good idea.
14           MR. HEGARTY:  Because
15  otherwise it's not -- there's not
16  going to be a good break time.  So
17  we should probably do it now.
18           MS. O'DELL:  Well, we can
19  definitely do it now, but we'll --
20  of course we'll break when the
21  witness needs to break.
22           MR. HEGARTY:  Understood.
23  Understood.  But you know what I
24  mean.

Page 75

1            MS. O'DELL:  Yeah.
2            THE VIDEOGRAPHER:  Stand by
3   please.  The time is 10:11 a.m.
4   Off the record.
5            (Short break.)
6            THE VIDEOGRAPHER:  We are
7   back on the record.  The time is
8   10:26 a.m.
9   BY MR. HEGARTY:
10      Q.   Dr. Zelikoff, with regard to
11  your expert report, do you have that in
12  front of you?
13      A.   I do now.  Thank you.
14      Q.   We marked that as exhibit
15  what?
16      A.   Exhibit 2.
17      Q.   With regard to Exhibit
18  Number 2, is it your testimony that all
19  of the sentences in your report are your
20  own words and not copied from others,
21  except where you used quotations?
22      A.   Mm-hmm.  The way I report
23  and write publications is if something
24  is, I feel, common knowledge or provided

Page 76

1   by more than one investigator, and is a
2   compilation of different points, then
3   I -- I will use -- I will not necessarily
4   put quotations around it.  And I will not
5   necessarily reference it, because it's --
6   may have been taken from another document
7   but it's common knowledge.
8       Q.   What about --
9       A.   And it's --
10      Q.   I'm sorry.  I didn't mean to
11  interrupt.
12      A.   I couldn't -- I'm sorry.  I
13  couldn't write it any better than as it
14  was put.
15      Q.   What about if you take
16  materials from a published article for
17  purposes of your report, did you
18  reference those articles?
19      A.   In some cases, not.  Again,
20  it's my opinion that if there is
21  something that is stated by an
22  investigator and it's written extremely
23  well, and it's common knowledge for
24  scientists in that area, as well as

Page 77

1   others, then I will -- I will use it.
2       Q.   That's not how you prepare
3   your report -- that's not how you prepare
4   your articles for journals though,
5   correct?
6       A.   No, that's the same way I
7   prepare them.
8            If they are -- if they are,
9   again, common knowledge, I will not
10  necessarily cite them.
11      Q.   Is it not your approach that
12  authors are to cite material to which
13  they are relying on or referring to in
14  published articles?
15      A.   Again, I think you're asking
16  me the same question.  But again, if
17  something is well known, then I do not
18  necessarily reference it.
19      Q.   What is the definition --
20  what is your definition of well known?
21      A.   For example, if chromium --
22  let's use nickel instead.  If nickel is
23  being spoken about by IARC, by U.S. EPA,
24  by National Toxicology Program, and

20 (Pages 74 to 77)

Judith Zelikoff, Ph.D.

Page 78

1  they're all saying the same thing, I in
2  some cases may take what the IARC has
3  said and put it in my reference.
4        Q.   And it's your testimony that
5  you do that in all -- you've done that in
6  all the articles that you've ever
7  published?
8            MS. O'DELL:  Objection to
9  form.
10           THE WITNESS:  I can't say
11  about all the articles.  I
12  published over 130 --
13           MR. HEGARTY:  Mark --
14           THE WITNESS:  --
15  publications and book chapters.
16           (Document marked for
17  identification as Exhibit
18  Zelikoff-12.)
19  BY MR. HEGARTY:
20       Q.   Let me mark as Exhibit
21  Number 12 the academic integrity for
22  students at NYU policy.  Is this the
23  policy applicable to your university?
24       A.   It appears to be that you've

Page 79

1  taken it off the website in the academic
2  integrity for students at NYU.
3        Q.   If you turn to the second
4  page, there is a definition of
5  plagiarism, that says, "Presenting
6  others' works without adequate
7  acknowledgment of its source as though it
8  were one's own."
9        A.   I'm sorry.
10       Q.   Do you agree with that
11  definition?
12       A.   I'm sorry.  What --
13       Q.   Second page of Exhibit 12.
14       A.   You mean on the back?  Is it
15  under Number 2, Number 1?
16       Q.   Number 1.  The definition of
17  plagiarism by your university for your
18  students is, "Presenting others' work
19  without adequate acknowledgement of its
20  source as though it were one's own."
21           Do you agree with that --
22  that definition?
23       A.   I agree that there's many
24  different ways to interpret that.

Page 80

1        Q.   Is that not -- is that a
2  definition you agree with?
3        A.   I agree that there's ways to
4  interpret that.
5        Q.   Is that -- is that the
6  definition New York University applies to
7  its students?
8        A.   This sentence, "Presenting
9  others' work without adequate
10  acknowledgment of its source as though it
11  were one's own," that is for students.
12  That is not what I'm doing in my opinion.
13           In my opinion, I'm taking
14  common knowledge and presenting it.
15       Q.   Well, they go on to give
16  examples of plagiarism that include, "A
17  sequence of words incorporated without
18  quotation marks."
19           Do you see where I'm
20  reading?
21       A.   I do see it.  "A sequence of
22  words incorporated without quotation
23  marks."
24       Q.   It also says that,

Page 81

1  "Plagiarism is an unacknowledged passage
2  paraphrased from another's work."
3        Q.   Do you see that?
4        A.   Some examples of plagiarism,
5  "Unacknowledged passage rephrased from
6  another's work."
7        Q.   Do you agree those are --
8  the two definitions that I just read from
9  your university's own policy for students
10  are examples of plagiarism?
11       A.   This is the NYU
12  interpretation or what they've put on the
13  website, yes.
14       Q.   Should this be a policy --
15  strike that.
16           Is this a policy that
17  applies to students at NY university?
18       A.   It applies -- it's an
19  academic integrity for students at NYU.
20       Q.   Do you agree that professors
21  at NY university should also conform to
22  this policy?
23       A.   I believe that honesty,
24  transparency is the key factor for all

21 (Pages 78 to 81)

Judith Zelikoff, Ph.D.

Page 82

```
 1    scientists at any level.
 2        Q.   You would agree that this
 3    should apply to your work as well,
 4    correct?
 5        A.   I think that this definition
 6    is open to interpretation.
 7        Q.   Well, do you either agree or
 8    disagree that this -- well, strike that.
 9             Do you agree that this
10    policy should be applied to your work in
11    this case?
12        A.   I agree that plagiarism is
13    defined as presenting others' work
14    without adequate acknowledgment of its
15    source as though it were one's own.
16    That's the NYU policy for students.
17        Q.   Did you -- you did that in
18    your own report, correct?
19             MS. O'DELL:  Object to form.
20             THE WITNESS:  I did what in
21    my own report?
22    BY MR. HEGARTY:
23        Q.   You plagiarized portions of
24    other people's work without proper
```

Page 83

```
 1    acknowledgment, correct?
 2             MS. O'DELL:  Objection to
 3    form.
 4             THE WITNESS:  That is
 5    totally incorrect.
 6             I used sentences from other
 7    people's -- other people's papers
 8    because they were common knowledge
 9    and contributed by multiple
10    authors.  And it was --
11    BY MR. HEGARTY:
12        Q.   I'm going to mark -- sorry.
13        A.   And it was stated in a way
14    that I couldn't have stated better.
15        Q.   I'm going to mark as
16    Exhibit 13 a report -- a portion of your
17    report dated November 16, 2018.  And the
18    back of that is a portion of Rule 26
19    expert report of an expert by the name of
20    Shawn Levy.
21             (Document marked for
22             identification as Exhibit
23             Zelikoff-13.)
24    BY MR. HEGARTY:
```

Page 84

```
 1        Q.   Do you know who Shawn Levy
 2    is?
 3        A.   I do not.
 4        Q.   Did you review Dr. Levy's
 5    report for purposes of your -- preparing
 6    your report in this case?
 7        A.   I actually looked at it, but
 8    did not -- did not read it.
 9        Q.   When did you have a chance
10    to look at his expert report?
11        A.   I have looked at it -- I'm
12    trying to gather the knowledge.  I
13    actually do not recall when I looked at
14    it.
15        Q.   If you look at your report
16    on Page 20.  In that exhibit, Doctor.
17        A.   Oh okay.
18        Q.   Your report and the portion
19    of Dr. Levy's report is attached, and if
20    you look at your report Page 20 and his
21    report Page 5 --
22             MS. O'DELL:  I think, Mark,
23    I think there's confusion because
24    there's two documents put together
```

Page 85

```
 1    in this --
 2             MR. HEGARTY:  Right.  One is
 3    her report and one is Levy's
 4    report.
 5             MS. O'DELL:  I just think
 6    that that was the confusion.
 7             THE WITNESS:  Thank you.
 8    BY MR. HEGARTY:
 9        Q.   So the -- do you see that
10    sentences marked as 1 and 2 from
11    Dr. Levy's report are identical to
12    sentences marked 1 and 2 in your report?
13             MS. O'DELL:  Object to form.
14             And, Doctor, if you need to
15    take the documents apart and
16    compare them, rather than flipping
17    back and forth, if that would be
18    helpful to you, feel free to do
19    that.
20             THE WITNESS:  Good idea.  I
21    actually don't recall.  Could
22    you -- could you tell me when my
23    report is dated please?
24    BY MR. HEGARTY:
```

22 (Pages 82 to 85)

Judith Zelikoff, Ph.D.

Page 86

1      Q.   November 16.  His report is
2   also dated November 16.
3      A.   I did not actually see this
4   report until after mine.
5         However, let me address your
6   question to the best of my ability.
7         "Things stated as both
8   inherited and acquired gene mutations
9   work together to cause cancer."
10        Everyone from the time of
11  their scientific career back in college
12  knows that.
13        "While genetic testing" --
14  let me make sure I have both -- "both
15  inherited and acquired gene mutations
16  work together to cause cancer."
17        How -- there is no way for
18  me to say that differently.  This is a
19  very well statement, very well put
20  statement.  I used it without a
21  reference.  Even if one --
22     Q.   My question -- I'm sorry.  I
23  thought you were finished.
24     A.   "Even if one has inherited a

Page 87

1   genetic mutation that predisposes one's
2   chances, doesn't mean he or she has to
3   get cancer."  Again, common knowledge
4   from everyone.
5      Q.   Well, Dr. Zelikoff, my
6   question is different than that.
7         My question is, can you
8   explain to us here today, given that you
9   did not see Dr. Levy's report until after
10  you completed your report, how you have
11  several identical sentences between your
12  report and Dr. Levy's report?
13        MS. O'DELL:  Object to the
14     form.
15  BY MR. HEGARTY:
16     Q.   Dr. Levy's report.
17     A.   I cannot -- I -- I don't
18  know.  The only -- what I can say is that
19  there was likely a publication.  But that
20  is speculation, because I have not looked
21  that over.
22     Q.   But is it your testimony
23  here today that the words in your report
24  were solely your own words and not taken

Page 88

1   from either Dr. Levy's report or from
2   somewhere -- some other source?
3      A.   The thoughts are the same.
4   The words seem to be identical.  And
5   again, if you interpret that one way and
6   I interpret it another, I certainly do
7   not interpret it as plagiarism.
8      Q.   Let me show you another
9   example.
10        (Document marked for
11     identification as Exhibit
12     Zelikoff-14.)
13  BY MR. HEGARTY:
14     Q.   I'm going to mark as
15  Exhibit 14, again a portion of your
16  report Page 12 and a portion of a report
17  by Rebecca Smith-Bindman.  Do you know
18  who that is?
19     A.   Not at all.
20     Q.   Did you see her report in
21  this case before preparing your report?
22     A.   I never looked at her
23  report.
24     Q.   If you would look at the two

Page 89

1   reports side by side under the
2   definition -- under the heading
3   Fragrances --
4      A.   I'm sorry, I don't have her
5   report.
6      Q.   You have one page of her
7   report in that exhibit.  You have the --
8   the front page and the one page of her
9   report, and you have Page 12 of your
10  report, correct?
11     A.   I see.  Correct.
12     Q.   Do you see that the section
13  under the heading Fragrances is identical
14  between the two reports?
15     A.   Yes.  They are identical
16  wording.
17     Q.   And none of those sentences
18  are common knowledge, correct?
19        MS. O'DELL:  Object to the
20     form.
21        THE WITNESS:  It's a
22     statement.
23  BY MR. HEGARTY:
24     Q.   But it's not common

23  (Pages 86 to 89)

Judith Zelikoff, Ph.D.

Page 90

1    knowledge, correct, Doctor?
2        A.    But it's a -- it is -- there
3    are more than 150 different chemicals
4    added to Johnson's Baby Powder and Shower
5    to Shower products.  I reviewed the
6    expert report from Dr. Crowley that
7    concludes that some of these chemicals
8    may contribute to the inflammatory
9    response, toxicity, and potential
10   carcinogenicity.  I concur with his
11   opinion.
12            I say the same thing as
13   Dr. Smith-Bindman.
14       Q.    Is it your testimony that
15   you and Dr. Smith-Bindman came to the
16   exact same words just by coincidence?
17           MS. O'DELL:  Object to the
18       form.
19           THE WITNESS:  We came to the
20       same conclusions.
21   BY MR. HEGARTY:
22       Q.    That's not my question.  My
23   question is, is it your testimony here
24   today that you and Dr. Smith-Bindman came

Page 91

1    to the exact -- to say the exact same
2    thing under the section Fragrance simply
3    by coincidence?
4            MS. O'DELL:  Objection to
5        form.
6            THE WITNESS:  I don't do
7        anything usually by coincidence.
8    BY MR. HEGARTY:
9        Q.    Okay.  Is it your testimony
10   that the words that you wrote under the
11   section Fragrances on Page 12 are your
12   words and came from nowhere else?
13       A.    I don't quite understand
14   where they could have come from because I
15   did not review her report.
16       Q.    Is it your testimony that
17   the words in your report under the
18   section Fragrances are your words and
19   your words alone from no other source?
20           MS. O'DELL:  Object to the
21       form.
22           THE WITNESS:  Could you
23       please repeat the question?
24   BY MR. HEGARTY:

Page 92

1        Q.    Sure.  Is it your testimony
2    that the words in your report under
3    section -- under the section Fragrances
4    are your words and your words alone from
5    no other source?
6            MS. O'DELL:  Object to the
7        form.
8            THE WITNESS:  I don't quite
9        understand what you mean by no
10       other source.
11           These are my words.  They
12       confer my opinion.
13   BY MR. HEGARTY:
14       Q.    Well, did you copy those
15   words from some source besides
16   Smith-Bindman's report?
17       A.    I did not copy words.  I --
18   I don't know how this happened.
19           If I was in error, I own
20   that responsibility.
21           (Document marked for
22       identification as Exhibit
23       Zelikoff-15.)
24   BY MR. HEGARTY:

Page 93

1        Q.    I'm going to show you what
2    I'm next marking as Exhibit 15.
3            MS. O'DELL:  Is this one
4        exhibit?
5            MR. HEGARTY:  That's one
6        exhibit.
7    BY MR. HEGARTY:
8        Q.    Doctor, Exhibit Number 15 is
9    again a portion of your report, and also
10   attached to it is a reference from
11   Genetics Home Reference dated June 27,
12   2017.  Do you see both documents?
13       A.    I do see both documents.
14       Q.    We have highlighted and
15   numbered in Exhibit 15 the portions from
16   your report which are taken word for word
17   from Genetics Home Reference without a
18   single reference to that authority
19   anywhere in your report, including in the
20   materials considered or reviewed.
21           MS. O'DELL:  Objection.
22   BY MR. HEGARTY:
23       Q.    Do you see that?
24           MS. O'DELL:  Objection to

24 (Pages 90 to 93)

Judith Zelikoff, Ph.D.

Page 94

```
 1        form.
 2             And -- and, Doctor, take a
 3        moment to review both, because the
 4        way this is put together is a
 5        little confusing.
 6             THE WITNESS:  I see what
 7        you're referring to.
 8    BY MR. HEGARTY:
 9        Q.   And did you copy, for
10    purposes of your report, without citation
11    to this authority, the words that we've
12    identified from this reference to Genetic
13    Home Reference?
14             MS. O'DELL:  Objection to
15        the form.
16             THE WITNESS:  So when you
17        have things like, "Inherited
18        mutations are passed down from
19        parent to child and are present
20        throughout a person's life in
21        virtually in every cell of the
22        body."  Biology 101, basically,
23        where that came from.
24             "These mutations are called
```

Page 95

```
 1        germ line mutations because
 2        they're present in the parents'
 3        egg or sperm, a germ cell."
 4             Yes, some of these sentences
 5        appear to be the same as what is
 6        in here.
 7             However, again, I stand on
 8        the fact that all of these -- all
 9        of my statements are common
10        knowledge that have come from
11        numerous references.  Although the
12        words may be the same, the
13        thoughts are -- are said as well
14        as they can be said.
15    BY MR. HEGARTY:
16        Q.   Dr. Zelikoff, have you ever
17    seen this reference to Genetic Home
18    Reference before right now?
19        A.   Not to my knowledge.
20        Q.   So is it your testimony that
21    you did not copy the words from Genetic
22    Home Reference that we have highlighted
23    that correspond by number to the portions
24    in your report for purposes of preparing
```

Page 96

```
 1    your report in this case?
 2        A.   I may have used -- it
 3    appears that I have used the same words.
 4             And if I did that, which it
 5    appears that I have, then I've done it
 6    with the intent to get those same points
 7    across.
 8        Q.   But you do agree that you
 9    have included in your report a sequence
10    of words incorporated from another source
11    without quotation marks, correct?
12             MS. O'DELL:  Objection to
13        form.
14             THE WITNESS:  I don't use --
15        I don't usually use quotation
16        marks.
17    BY MR. HEGARTY:
18        Q.   Well, you have used other
19    people's words without acknowledging
20    where they came from, correct?
21             MS. O'DELL:  Object to the
22        form.
23             THE WITNESS:  I could have
24        used quotation marks.  And if I
```

Page 97

```
 1    were to do this over, I would use
 2    quotation marks.
 3    BY MR. HEGARTY:
 4        Q.   You're not telling us,
 5    Doctor, that if you prepared an article
 6    for publication in a journal, that you
 7    would take references from another source
 8    like Genetic Home Reference, include them
 9    in the article, verbatim, not use
10    quotation marks and not reference that
11    cite.  Is that what you're saying?
12             MS. O'DELL:  Objection to
13        form.
14             THE WITNESS:  I'm standing
15        on my interpretation, and that is
16        that in a reference that I would
17        prepare in a publication, it would
18        be accepted for peer review if
19        there was something that I felt
20        was common knowledge, that I would
21        not reference it.
22             To your point, if I had to
23        do this over, I would have put
24        quotation marks around this.
```

25  (Pages 94 to 97)

Judith Zelikoff, Ph.D.

Page 98

BY MR. HEGARTY:
2      Q.   You would have cited to the
3   authority, as well, from which that --
4   those passages were lifted, correct?
5           MS. O'DELL:  Objection to
6      form.
7           THE WITNESS:  I certainly
8      could if that was a concern from
9      the journal or from the reviewer,
10     then I would definitely put in the
11     reference.
12  BY MR. HEGARTY:
13     Q.   If a student had prepared
14  this, and you became aware that the
15  student had lifted portions from Genetic
16  Home Reference without any citation,
17  without acknowledging where it came from,
18  would that be okay with you?
19          MS. O'DELL:  Objection to
20     form.
21          THE WITNESS:  There are --
22     this is a large document.  And in
23     order for something to be copied
24     or, as you put it, plagiarized,

Page 99

1      there has to be a certain amount
2      or percentage of the document that
3      has to be the same.
4           And this document, my
5      report, is quite large.  So if a
6      student prepared this, and their
7      term paper, for example, was 50
8      pages, I would let them know that
9      if prepared the next time they
10     might want to put in a reference.
11          But I would have to look at
12     the entire size of the document
13     and the percentage of it which had
14     similar -- similar statements and
15     sentences.
16  BY MR. HEGARTY:
17     Q.   You do agree that under the
18  policy we marked, we're talking about
19  what you did with regard to this Genetics
20  Home Reference cite, meets the definition
21  of plagiarism?
22          MS. O'DELL:  Objection to
23     form.
24          THE WITNESS:  I certainly

Page 100

1      will not -- this is the -- what
2      you gave me was an interpretation,
3      was NYU policy, an interpretation
4      of that, which is not the same as
5      mine.
6   BY MR. HEGARTY:
7      Q.   Well, you do agree, though,
8   that between the -- your report, the
9   portions taken from your report and the
10  Genetic Home Reference reference are
11  identical?
12          MS. O'DELL:  Object to the
13     form.
14          THE WITNESS:  I agree that
15     there are sentences that are
16     identical.  Yes.
17  BY MR. HEGARTY:
18     Q.   You did not acknowledge that
19  source anywhere in your report, correct?
20     A.   If you say so.
21     Q.   Do you think that's okay to
22  do that?
23          MS. O'DELL:  Objection to
24     form.

Page 101

1           THE WITNESS:  If I had not
2      thought it was okay, I would not
3      have done it.
4   BY MR. HEGARTY:
5      Q.   Would that -- would that be
6   acceptable for purposes of publishing
7   your report?
8           MS. O'DELL:  Objection to
9      the form.
10          THE WITNESS:  My opinion
11     stands.  And that is my
12     interpretation of what is okay to
13     do based on common knowledge and
14     multiple sources, stands the same.
15  BY MR. HEGARTY:
16     Q.   If you were to publish your
17  report, as it is, would you go back and
18  use quotation marks and cite the
19  reference that we just looked at --
20     A.   If I had --
21     Q.   -- Exhibit Number 16?
22          MS. O'DELL:  Excuse me,
23     Doctor.  Just let him finish.
24          THE WITNESS:  Of course.

26 (Pages 98 to 101)

Judith Zelikoff, Ph.D.

Page 102

1    I'm sorry.
2        MS. O'DELL:  Thank you.  And
3    just give me a moment to object.
4    Thank you.
5    BY MR. HEGARTY:
6        Q.    Did you hear my question?
7        A.    Could you repeat your
8    question, please?
9        Q.    Sure.  If you were to
10   publish a report as it is, would you go
11   back and use quotation marks and cite the
12   reference that we just looked at in
13   Exhibit Number 16?
14       A.    Now that you've pointed out
15   your interpretation of it, I would
16   certainly consider that.
17           (Document marked for
18           identification as Exhibit
19           Zelikoff-16.)
20   BY MR. HEGARTY:
21       Q.    Let me show you what I'm
22   next marking as Exhibit Number 16.
23           MS. O'DELL:  I'll reach
24           over, instead of you throwing it.

Page 103

1    BY MR. HEGARTY:
2        Q.    This is another portion of
3    your report which we've correspondingly
4    referenced to an article by Simone
5    Reuter.  And you can see where we've
6    identified six different times where
7    sentences have been copied verbatim from
8    this article without any quotation or any
9    acknowledgment of its -- of the source.
10           Do you see that?
11           MS. O'DELL:  Object --
12   excuse me.  Object to the form.
13   Feel free to review it, the
14   reference or the exhibit.  There
15   are two things paper clipped
16   together, if you need to look at
17   it in more detail.
18           THE WITNESS:  Again, there
19   are sentences such as, "During
20   inflammation macrophages, mast
21   cells, and neutrophils were
22   recruited at the site of damage,
23   leads to a respiratory burst and
24   increased uptake of oxygen, and an

Page 104

1    increased release of ROS."
2        That is a very common --
3    commonly known point.
4    BY MR. HEGARTY:
5        Q.    How about Point Number 4 in
6    the abstract?
7        A.    As --
8        Q.    That's -- is it your
9    testimony that Point Number 4 in the
10   abstract is what you consider common
11   knowledge?
12       A.    "Activation of the
13   transcription factors can lead to the
14   expression of over 500 genes, including
15   more for growth factors."  And I'm going
16   to read the entire abstract.
17           Actually this is a review
18   paper.  And this is not a unique finding
19   to this particular author.
20           And thus "Activation of
21   transcription factors," again as I read,
22   is an outcome of many, many authors.  And
23   as I said, is a review paper, not a
24   unique investigator-initiated outcome.

Page 105

1        Q.    You keep referring to common
2    knowledge.  Who is -- who has this common
3    knowledge?
4        A.    People who read scientific
5    journals.
6        Q.    So is it your testimony that
7    someone who would read your report would
8    understand that that is not -- those are
9    not your words but taken from
10   somewhere -- somewhere else?
11           MS. O'DELL:  Object to the
12   form.
13           THE WITNESS:  It would
14   depend upon who is reading it.
15   BY MR. HEGARTY:
16       Q.    Can you cite for me any
17   publication that you have ever written
18   where you have cited another authority
19   word for word and did not use quotation
20   marks and did not reference that
21   authority?
22       A.    Not off the top of my head.
23       Q.    But you did do that in your
24   expert report in this case, correct?

27 (Pages 102 to 105)

Judith Zelikoff, Ph.D.

Page 106

1    MS. O'DELL:  Object to the
2    form.
3    THE WITNESS:  It appears
4    from what you're showing me, that
5    in my interpretation of common
6    knowledge and multiple -- multiple
7    investigators, I have done that,
8    yes.
9    (Document marked for
10    identification as Exhibit
11    Zelikoff-17.)
12    BY MR. HEGARTY:
13    Q.   I'm going to mark next
14    Exhibit Number 17, another portion of
15    your report where you, again, take
16    sentences from a publication called
17    EnvironmentalChemistry.com.
18    You cite them word for word
19    in your report and you make no reference
20    anywhere in your report to this
21    authority.
22    A.   I said --
23    MS. O'DELL:  Excuse me.
24    Excuse Me, Doctor.  Excuse me.

Page 107

1    MR. HEGARTY:  I'm not
2    finished with my question.
3    MS. O'DELL:  I thought you
4    were finished with your question.
5    MR. HEGARTY:  Because I just
6    made a statement.
7    MS. O'DELL:  Well, I object
8    to the statement.  You ask your
9    question, and I'll probably object
10    to that.
11    But give me a chance, the
12    two of you, please.
13    BY MR. HEGARTY:
14    Q.   Let me -- Doctor, this --
15    the reference that we have here in the
16    Exhibit Number 17 is to a website called
17    EnvironmentalChemistry.com.  Did you
18    review this website in preparing your
19    report?
20    A.   I don't recall.
21    Q.   Do you see where we make
22    reference to five different places where
23    you copied word for word from
24    EnvironmentalChemistry.com?

Page 108

1    MS. O'DELL:  Object to the
2    form.
3    THE WITNESS:  Yes, I see
4    what you're saying.
5    BY MR. HEGARTY:
6    Q.   And nowhere in your report
7    do you give acknowledgment to
8    EnvironmentalChemistry.com as a source of
9    the information that you copied, correct?
10    MS. O'DELL:  Object to the
11    form.
12    THE WITNESS:  I do say the
13    U.S. EPA defines asbestos by
14    limiting the term to six specific
15    fibrous minerals from two distinct
16    groups.  And I go on from there.
17    That is a referral to the U.S.
18    EPA.
19    BY MR. HEGARTY:
20    Q.   Doctor, nowhere in your
21    report, in those notebooks or anywhere do
22    you cite to EnvironmentalChemistry.com,
23    do you?
24    MS. O'DELL:  Object.  Object

Page 109

1    to the form.
2    THE WITNESS:  Not to my
3    knowledge.
4    EnvironmentalChemistry.com, I
5    don't even recall reviewing it.
6    BY MR. HEGARTY:
7    Q.   But don't you agree that you
8    would have had to review it based on the
9    fact that there are identical sentences
10    taken from -- that are identical
11    sentences, in Environmental Chemistry and
12    in your report?
13    MS. O'DELL:  Object to the
14    form.
15    THE WITNESS:  This -- again,
16    this information is common
17    knowledge.  This is not a creation
18    of EnvironmentalChemistry.com.
19    They are not an individual
20    investigator finding this data.
21    They are reporting this data on
22    the internet for people's review.
23    BY MR. HEGARTY:
24    Q.   Is

28 (Pages 106 to 109)

Judith Zelikoff, Ph.D.

Page 110

1    EnvironmentalChemistry.com a reliable
2    authority?
3            MS. O'DELL:  Object to the
4    form.
5            THE WITNESS:  I have no
6    idea -- sorry.
7            MS. O'DELL:  Go ahead.
8            THE WITNESS:  I have no idea
9    of the impact factor or the
10   reliability of this.  However, in
11   talking about this, and saying the
12   things that I -- that you have
13   said I have used identically,
14   which appear to be the case --
15   "while amphibole and serpentine
16   asbestos may have fibrous habits,
17   they have very different forms.
18   Amphibole are double-chain
19   silicates."
20       This is known in the
21   asbestos -- in the asbestos
22   literature.  And the basic
23   structural unit is silicone oxide.
24   This is not Environmental

Page 111

1    Chemistry's individual
2    investigator initiated.
3            I think you may be confusing
4    an individual paper where an
5    investigator sits down in the
6    laboratory and works out or comes
7    up with a fact and that it's his.
8    As opposed to data that's just out
9    there in the internet, out there
10   in the world, out there in book
11   chapters, out there everywhere,
12   that people know.
13       This is not an investigator
14   initiated, whether it's
15   EnvironmentalChemistry.com.
16       So I will -- I will say to
17   you that in many cases, I did use
18   the same sentence.  Certainly
19   EnvironmentalChemistry.com is not
20   an investigator-initiated point of
21   reference.  It's just facts that
22   are supported by other experts.
23   BY MR. HEGARTY:
24       Q.   Can you cite for me any

Page 112

1    published methodology which says that
2    your interpretation of what you are to
3    quote and what you are to cite in an
4    article is an accepted methodology in
5    publishing scientific literature?
6            A.   It's my professional opinion
7    after 30 years of work.
8            Q.   Well, can you cite for me
9    any published authority that says your
10   definition of what you are to cite and
11   what you are to reference is the
12   definition that's applicable to medical
13   literature?
14           MS. O'DELL:  Objection to
15   form.
16           THE WITNESS:  I have never
17   been accused or cited by any
18   publication in any of my 135
19   papers or my over 30 book chapters
20   of having anything that was of a
21   dubious nature, ever.
22   BY MR. HEGARTY:
23       Q.   That's not my question.  My
24   question was can you cite for me any

Page 113

1    written authority that says that in
2    publishing medical literature, if you're
3    citing what you call general knowledge
4    word for word from another source, you
5    don't have to quote it and you do not
6    have to give it any reference.
7            A.   Just my professional opinion
8    of 30 years of work.
9            Q.   Okay.  And in a -- and
10   you've never done that in any medical
11   article you -- any article you have
12   published, correct?
13           A.   I cannot -- I cannot speak
14   to all.
15           Q.   Well, if you were to write a
16   medical article -- a scientific article
17   today, and you were to quote something
18   from -- take something word for word from
19   EnvironmentalChemistry.com, is it your
20   testimony you wouldn't give any reference
21   to it or wouldn't use quotation marks?
22           MS. O'DELL:  Object to the
23   form.
24           THE WITNESS:  I -- I stand

29 (Pages 110 to 113)

Judith Zelikoff, Ph.D.

Page 114

1    on the opinion that I have, that
2    it would be common knowledge.
3  BY MR. HEGARTY:
4    Q.   That's not my question.  My
5  question is if you were to write an
6  article today and you were to cite
7  Environmental.com word for word, is it
8  your testimony you would not quote
9  that -- those words or give any reference
10 or acknowledgment to environmental --
11 to --
12    A.   EnvironmentalChemistry.com.
13    Q.   EnvironmentalChemistry.com?
14       MS. O'DELL:  Object to the
15  form.
16       THE WITNESS:  I would do the
17  same thing I've done for this
18  report.
19  BY MR. HEGARTY:
20    Q.   Okay.  And is that true for
21  every resource that we've looked at so
22  far?  You would -- if you were to write a
23  scientific journal today, you would --
24  and quoted from all those resources, you

Page 115

1  would not use quotation marks and you
2  would not give any acknowledgment in
3  any -- if you were to write a scientific
4  article today?
5       MS. O'DELL:  Object to form.
6  Misstates her testimony.
7       THE WITNESS:  I -- I did say
8  that there are certain cases that
9  if I had to do it over and based
10  upon your rigorous opinion of
11  this, that I would place quotation
12  marks or add a reference, yes.
13       (Document marked for
14  identification as Exhibit
15  Zelikoff-18.)
16  BY MR. HEGARTY:
17    Q.   I'm going to show you what
18  I'm next marking as Exhibit 18.
19       This is another portion of
20  your report.  In addition to that
21  exhibit -- or with that exhibit is a
22  reference to a publication by
23  Rakoff-Nahoum, where you again made
24  references to four different sentences

Page 116

1  that you have copied verbatim from that
2  publication without giving any
3  acknowledgment to Dr. Rakoff-Nahoum or
4  use any quotation marks.  Do you see
5  that?
6       MS. O'DELL:  Object to the
7  form.
8       THE WITNESS:  So on Page 124
9  of the review by Seth
10  Rakoff-Nahoum -- Nahoum, if you
11  look on -- under cancer and
12  inflammation, and one of the
13  points that you make here -- and
14  by the way, this is a review
15  paper, again not an independent
16  investigator-initiated data from
17  the laboratory -- "Epidemiological
18  evidence points to a connection
19  between inflammation and" -- "and
20  predisposition for the development
21  of cancer, i.e., long-term
22  inflammation leads to the
23  development of dysplasia," there's
24  no reference there.

Page 117

1       So this author also,
2  Dr. Rakoff-Nahoum -- sorry, I'm
3  murdering his name -- also gives
4  no reference to that.
5       Again, in this case, using
6  my analogy of something that has
7  been gathered by numerous other
8  investigators and is common
9  knowledge to the -- to the
10  scientific population, he did also
11  not use a reference.  And I did
12  not use a reference.
13  BY MR. HEGARTY:
14    Q.   But if -- but if you look at
15  his -- the last reference, Number 4, he
16  does acknowledge a resource for all of
17  those statements, Resource 20 in the
18  publication, correct?
19       MS. O'DELL:  Objection.
20       Could you provide, if you're
21  going to use this exhibit, provide
22  the full manuscript that
23  identifies Resource 20.
24       (Document marked for

30 (Pages 114 to 117)

Judith Zelikoff, Ph.D.

1    identification as Exhibit
2    Zelikoff-20.)
3  BY MR. HEGARTY:
4    Q.   I'll mark as 20, the
5  entirety of the Rakoff-Nahoum article,
6  which does include 20, which is a
7  reference to Hussain, "Radical Causes of
8  Cancer."
9    A.   Citation 20 in Exhibit 20 is
10  also a review paper, and none of these
11  references are going back to the
12  independent investigator who actually
13  said this.
14    So these are reviewed in.
15  Again, standing by my opinion that
16  oftentimes in review articles which --
17  in -- in review articles, they often take
18  the liberty, as seen in your first point,
19  that you do not use a reference.
20    Now, I would have to read
21  Reference 20 in order to see whether
22  that, in fact, reviews Points 2, 3 and 4
23  in your "Why Cancer and Inflammation"
24  paper.

1    I do not know that
2  Reference 20 actually reviews all of
3  these points and are the reference.
4    Also, many of these
5  points -- and again, another review
6  paper.
7    Many of these points, the
8  chronic inflammatory states associated
9  with infection, irritation, may lead to
10  environments that foster genomic lesions
11  in tumor initiation, no reference there.
12    One effect and mechanism, et
13  cetera, et cetera.  Hydroxyl radicals,
14  reactive oxygen species, no reference
15  there.  No quotation marks.
16    So I don't know whether he,
17  in fact, uses the same logic that I did.
18    (Document marked for
19    identification as Exhibit
20    Zelikoff-19.)
21  BY MR. HEGARTY:
22    Q.   I'm going to show you
23  Exhibit 19.  This is another reference
24  where you copied portions of a

1  publication by OSHA for purposes of your
2  report.  Do you see that?
3    MS. O'DELL:  Objection to
4  form.
5    THE WITNESS:  I do see what
6  you're pointing to.  I also will
7  tell you that Point 1 that you
8  point out in the OSHA United
9  States Department of Labor, on
10  hexavalent chromium, which is off
11  the internet, adverse health
12  effects associated, yes, I used
13  adverse health -- health effects
14  other than cancer, and then I had
15  these different words.
16    I'm just explaining what I
17  see.
18    With chromium-6, hexavalent
19  chromium exposure include
20  occupational asthma, eye
21  irritation and damage, perforated
22  ear drums, et cetera, et cetera.
23  This can be found in numerous,
24  numerous references.  This again

1  is common knowledge for anyone
2  doing chromium -- chromium
3  studies.
4    Again, did I use the same
5  words?  In many cases, I did here.
6    "Can also develop an
7  allergic skin reaction called
8  allergic contact dermatitis."  I'm
9  not quite sure how else you can
10  say that, that phrase.
11    So I still feel confident in
12  what I did was based upon my
13  professional judgment.
14    (Document marked for
15    identification as Exhibit
16    Zelikoff-21.)
17  BY MR. HEGARTY:
18    Q.   Okay.  I'll show you what I
19  next marked as Exhibit 21.  Exhibit 21 is
20  again a portion of your report where we
21  have identified statements that are taken
22  verbatim without acknowledgment from the
23  publication attached thereto by Kasprzak.
24    A.   Kasprzak.  I'm sorry, sir.

31 (Pages 118 to 121)

Judith Zelikoff, Ph.D.

1      MS. O'DELL:  Did you finish
2  your question?
3  BY MR. HEGARTY:
4      Q.   No.  Do you see where I'm
5  talk -- do you see where I'm referencing?
6      MS. O'DELL:  Object to form.
7      THE WITNESS:  I --
8      MS. O'DELL:  Take a moment
9  if you need to, Doctor.
10      THE WITNESS:  So what I see
11  in the abstract of a paper, a
12  review paper called Nickel
13  Carcinogenesis by Kasprzak and
14  Sunderman and Konstantine
15  Salnikow, you say -- you're
16  pointing to, "The exact mechanisms
17  of nickel-induced carcinogenesis
18  are not known and have been
19  subject of numerous
20  epidemiological and experimental
21  investigations."
22      That is not -- that -- okay.
23  And what's in my paper is, "The
24  exact mechanisms of nickel-induced

1  risks are primarily related to
2  exposure to soluble nickel
3  concentrations," et cetera, et
4  cetera.
5      But in many cases throughout
6  this reference, I can also -- it
7  being a review paper, I can also
8  tell you there's epidemiological
9  evidence on possible cancer risk
10  from general environment and
11  dietary nickel exposures not cited
12  as a reference, not quoted.
13  BY MR. HEGARTY:
14      Q.   Are you finished?
15      A.   I am, thank you.
16      THE WITNESS:  Excuse me.
17  May I just point out that it's
18  getting even colder in here and
19  I'm a bit uncomfortable.
20      (Whereupon, a discussion was
21  held off the record.)
22      THE WITNESS:  May I go get
23  my scarf?
24      MR. HEGARTY:  Off the

1  cainogenesis are not known but
2  likely involve genetic and
3  epigenetic routes."
4      That's not the same as this
5  sentence.  It has portions of the
6  same, but not the entire sentence
7  is the same.
8      "Are likely to evolve
9  genetic and epigenetic routes."
10  Not quite sure how else you would
11  say this.
12      And this again is a review
13  paper.  And going through it, here
14  I can cite a sentence.
15  "Occupational exposure to nickel
16  occurs predominately in mining,
17  refining, alloy production,
18  electroplating, and welding."
19  This is in the review by Kasprzak.
20  There's no reference there either.
21      In this sentence, "In 1990
22  the International Committee on
23  Nickel Carcinogenesis in Man
24  suggested that respiratory cancer

1  record.
2      THE VIDEOGRAPHER:  The time
3  is 11:11 a.m.  Off the record.
4      (Short break.)
5      THE VIDEOGRAPHER:  The time
6  is 11:23 a.m.  Back on record.
7      (Documents marked for
8  identification as Exhibits
9  Zelikoff-25 through 32.)
10      MR. HEGARTY:  We're back on
11  the record.  I'm going to mark --
12  I've marked as Exhibits 25 through
13  32, other examples taken from
14  Dr. Zelikoff's report where --
15  along with the references to which
16  they were taken.  And I'm just
17  going to mark those for purposes
18  of the deposition as those
19  exhibits.
20      MS. O'DELL:  What's the
21  exhibit number?
22      MR. HEGARTY:  Exhibits 25
23  through 32, and I did skip over
24  through 22 through 24, but I'll

Judith Zelikoff, Ph.D.

Page 126

1    come back to it.  So we did get
2    kind of out of order in the way I
3    marked those.
4         MS. O'DELL:  So plaintiff
5    objects to the Exhibit 25 through
6    32 being added to the record.
7    There's no testimony from
8    Dr. Zelikoff.  So any assertion
9    that counsel has made that those
10   are relevant, we would object
11   and -- and oppose their being
12   included.
13   BY MR. HEGARTY:
14       Q.   Doctor, if you would look at
15   your report which is Exhibit Number 2.
16       A.   Yes, sir.
17       Q.   On Page 2 of your report,
18   under the section Mandate and
19   Methodology?
20       A.   Yes, sir, I see it.
21       Q.   You say your mandate was to
22   look at the scientific literature and
23   assess whether there is biologic
24   plausibility for talc to cause ovarian

Page 127

1    cancer from perineal use; is that
2    correct?
3         MR. GOLOMB:  I'm sorry.
4    What page are you on?
5         MR. HEGARTY:  Page 2.
6         THE WITNESS:  Are you done?
7    BY MR. HEGARTY:
8        Q.   Yes.
9        A.   My mandate was to review the
10   scientific literature and assess whether
11   there was biological plausible
12   explanation for the increased risk of
13   ovarian cancer with perineal use of
14   talcum powder products, yes, that is
15   correct.
16       Q.   Who gave you that mandate?
17       A.   That was the plaintiff
18   attorney, Ms. Emory [sic] and Ms. O'Dell.
19       Q.   You say --
20       A.   They -- I -- but let me add
21   they -- when you say gave me that
22   mandate, can you explain what you mean by
23   gave me that mandate?
24       Q.   Well, from --

Page 128

1        A.   That was my -- that was --
2    the request was to assess biological
3    plausibility.
4        Q.   You say in that portion that
5    we just reviewed that -- you say for the
6    increased risk of ovarian cancer with
7    talc use.  Did you assume for purposes of
8    your report that there is, in fact, an
9    increased risk of ovarian cancer with
10   talc use?
11       A.   I'm sorry, sir, can you tell
12   me exactly which paragraph?
13       Q.   In the first paragraph under
14   the section Mandate and Methodology, you
15   say "assess whether there is biologic
16   plausibility" -- "biologically plausible
17   explanation for the increased risk of
18   ovarian cancer with the perineal use of
19   talcum powder products."
20            Do you see that?  See where
21   I'm reading?
22       A.   I am sorry, sir, I do not.
23       Q.   First paragraph under
24   page -- on Page 2 under mandate and

Page 129

1    methodology.
2        A.   Is that the notion of
3    biological plausibility paragraph, or are
4    you --
5        Q.   It's the first paragraph
6    under the section Mandate and
7    Methodology.
8        A.   Well, sir, there are two,
9    two paragraphs.  One says mandate.  I was
10   asked to review the scientific
11   literature.  Then there is another
12   paragraph that says the notion of
13   biological plausibility is
14   multifactorial.
15       Q.   Doctor, if you'd listen to
16   my question.  I said the first paragraph
17   under mandate and methodology.  Do you
18   understand that?
19       A.   I do not -- I do not see it
20   and you can --
21       Q.   You don't see the first
22   paragraph that begins mandate?
23       A.   I just read that to you,
24   sir.

33 (Pages 126 to 129)

Judith Zelikoff, Ph.D.

Page 130

1    Q.    And -- and you understand
2  that's the first paragraph of -- under
3  the section Mandate and Methodology?
4    A.    Under mandate it says, "I
5  was asked to review the scientific
6  literature and assess whether there is
7  biological plausible explanation for the
8  increased risk of ovarian cancer and the
9  perineal use of talcum powder products."
10   Q.    And for purposes of your
11 mandate, did you assume that there was,
12 in fact, an increased risk of ovarian
13 cancer with the perineal use of talcum
14 powder?
15   A.    I made no assumptions.
16   Q.    Did you individually assess
17 whether there is an increased risk of
18 ovarian cancer with the perineal use of
19 talcum powder products?
20   A.    Could you please slow down?
21 You are asking the question very quickly.
22   Q.    Okay.  Did you
23 individually -- did you do an analysis of
24 whether there's an increased risk of

Page 131

1  ovarian cancer with perineal use of
2  talcum powder products?
3    A.    No.  As you can see by the
4  mandate I was asked to assess the
5  biological plausibility.  I did no
6  analysis of causation.
7    Q.    You did no analysis of
8  whether there is, in fact, an increased
9  risk of ovarian cancer with the perineal
10 use of talcum powder products?
11   A.    I did no analysis of
12 causation.  I'm not an epidemiologist.
13   Q.    You also discuss in the
14 third paragraph, which begins "I
15 performed an independent comprehensive
16 literature review."
17   A.    I see that, yes.  Thank you.
18   Q.    That you did a literature
19 search, correct?
20   A.    I did do a literature
21 search, correct.
22   Q.    Did you do this yourself?
23   A.    I did do this myself along
24 with several graduate students.

Page 132

1    Q.    What graduate students
2  assisted you?
3    A.    Are you asking me for their
4  names?
5    Q.    Yes.
6    A.    Nick Lawrence who was a
7  master student.  And Catherine Fecchi who
8  was my master student.  Both of them have
9  which graduated.
10   Q.    Did you bill plaintiffs'
11 counsel for their time?
12   A.    I paid them out of my
13 pocket.
14   Q.    And how much did you pay
15 them per hour?
16   A.    $25 per hour.
17   Q.    Do you describe -- strike
18 that.
19        Anyone else assist you with
20 your literature search?
21   A.    I'm sorry, anyone else?
22   Q.    Assist you in your
23 independent comprehensive literature
24 review.

Page 133

1    A.    No, sir.
2    Q.    So doing the searches was
3  part of your methodology for preparing
4  your report, correct?
5    A.    Doing the searches were my
6  initial, my initial, yes.
7    Q.    Did you prepare in advance a
8  written protocol on how you were going to
9  do the searches?
10   A.    I followed the same protocol
11 that I used for papers, publications,
12 advisory boards, grant -- grant reviews
13 and grants that I write.
14   Q.    That's not my question.  My
15 question is, did you prepare a written
16 protocol as far as how you were going to
17 do the literature review for purposes of
18 your report?
19   A.    I did not do a written
20 outline as to how to do this.  I've been
21 doing this for over 35 years.
22   Q.    You agree that it was part
23 of your methodology is -- for your
24 literature search, to find and review all

34 (Pages 130 to 133)

Judith Zelikoff, Ph.D.

Page 134

```
1    literature that touch on talc and its
2    biologic effects, correct?
3             MS. O'DELL:  Object to the
4        form.
5             THE WITNESS:  My purpose was
6        to examine the literature, assess
7        the literature, first identify the
8        literature that I felt was --
9        well, all -- all the literature
10       that I could find or that the
11       students could find, and from me
12       to review them in terms of
13       relevancy and pertinence to the
14       question that I was being asked.
15   BY MR. HEGARTY:
16       Q.   Did you do any testing of
17   your methodology of doing searches to
18   ensure that you had captured all the
19   relevant literature?
20            MS. O'DELL:  Object to the
21       form.
22            THE WITNESS:  What do you
23       mean by testing?
24   BY MR. HEGARTY:
```

Page 135

```
1        Q.   Well, I don't know.  Did you
2    do any tests, having someone else do
3    searches, repeating the searches, to see
4    if your original searches captured all of
5    the relevant literature?
6        A.   We did several searches
7    doing -- using different words and
8    different aspects, so that we could -- we
9    got numerous duplicates because we came
10   in with different words, and key --
11   keywords and key phrases.
12       Q.   You do agree that it would
13   be necessary for a proper methodology to
14   reach opinions about biologic
15   plausibility, that you have reviewed all
16   the pertinent literature, correct?
17            MS. O'DELL:  Object to the
18       form.
19            THE WITNESS:  To my
20       knowledge I reviewed the
21       literature that was pertinent to
22       the question that I was being
23       asked.
24            I am not stating that I
```

Page 136

```
1        reviewed all of the literature out
2        there.  I have no way of knowing
3        that I reviewed or have not.
4             I gathered the literature in
5        a systematic fashion and I
6        reviewed that literature.
7    BY MR. HEGARTY:
8        Q.   Did you read every paper
9    that you found from your literature
10   search?
11       A.   Only those that were
12   relevant.  I read the abstracts to
13   determine whether it was in fact related
14   to the question that I was being asked.
15            When you do a literature
16   search, you come up with things that are
17   related and some that are not related at
18   all.
19       Q.   Does your report anywhere
20   describe or include a description of how
21   you weighed the various authorities that
22   you reviewed?
23       A.   My report talks about under
24   mandate and methodology how I -- the last
```

Page 137

```
1    paragraph, and that begins more than 300
2    publications, will -- talks about how
3    I -- how I looked at the publications and
4    how I decided how to cut down or dismiss
5    certain papers based on a closer
6    scrutiny.  And I focused specifically for
7    biological plausibility and being a
8    toxicologist on in vitro, in vivo, and ex
9    vivo studies as well as cell studies,
10   animal studies, and tissues.
11       Q.   Did you assign any numerical
12   value to each authority as they relate to
13   the importance to you?
14       A.   I did not assign any
15   numerical value.  There was no
16   quantitative measurement done.
17       Q.   Was it also part of your
18   methodology to review all expert reports
19   in the litigation that concerned biologic
20   plausibility?
21            MS. O'DELL:  Object to the
22       form.
23            THE WITNESS:  Can you ask me
24       that again, please.
```

35 (Pages 134 to 137)

Judith Zelikoff, Ph.D.

Page 138

```
 1   BY MR. HEGARTY:
 2       Q.   Sure.  Was it part of your
 3   methodology to review all expert reports
 4   in the litigation concerning biologic
 5   plausibility?
 6       A.   I -- I looked at reports
 7   that had relevancy in terms of animal
 8   models, in vitro cultures or ex vivo
 9   studies, yes.  My opinion was formed
10   primarily by the publications and the
11   science that I reviewed.
12       Q.   Was it part of your
13   methodology for purposes of your opinions
14   to review the expert witness reports from
15   the litigation that touch on biologic
16   plausibility?
17           MS. O'DELL:  Object to the
18       form.  Asked and answered.
19           THE WITNESS:  I reviewed the
20       publications and the book chapters
21       and information that I thought
22       would go towards my -- my opinion.
23   BY MR. HEGARTY:
24       Q.   Your expert report, as we
```

Page 139

```
 1   have looked at, includes references to
 2   several other experts' reports, correct?
 3   We looked at that earlier.
 4       A.   If you say so, yes.
 5       Q.   Did you select those expert
 6   reports for purposes of your review?
 7           MS. O'DELL:  Object to the
 8       form.
 9           THE WITNESS:  I formed my
10       opinion with contributions from
11       some of the reports that I had.
12       But it was primarily based upon
13       literature reviews.
14   BY MR. HEGARTY:
15       Q.   The reports that you had
16   were provided to you by plaintiffs'
17   counsel, correct?
18       A.   Reports that I received was
19   supplied to me by plaintiffs' counsel.
20       Q.   They selected the reports
21   that they were going to provide to you,
22   correct?
23           MS. O'DELL:  Object to the
24       form.
```

Page 140

```
 1           THE WITNESS:  To my
 2       knowledge, I have no knowledge as
 3       to how they selected the reports
 4       or which reports they selected to
 5       send.
 6   BY MR. HEGARTY:
 7       Q.   You didn't have -- get a
 8   list of all expert reports and decide
 9   which ones you wanted, correct?
10           MS. O'DELL:  Object to the
11       form.
12           THE WITNESS:  I -- no.  I
13       did not get a list of an entirety.
14   BY MR. HEGARTY:
15       Q.   Do you know plaintiffs'
16   counsel methodology for purposes of
17   selecting the reports to provide to you?
18       A.   I do not know their
19   methodology, but I would guess since
20   papers were supplied to me that had both
21   opinions and conclusions that led to
22   either positive associations or lack of
23   positive or data from scientific in vivo
24   studies, et cetera, that showed effects
```

Page 141

```
 1   and no effects, I would assume that I got
 2   all the literature both -- from both
 3   perceptions.
 4       Q.   Can you identify any medical
 5   literature that you had reviewed prior to
 6   being contacted by Ms. Emmel?
 7       A.   Medical literature on?
 8       Q.   Let me finish my question.
 9       A.   I'm sorry.
10       Q.   Can you identify any
11   scientific or medical literature that you
12   reviewed before being contacted by
13   Ms. Emmel concerning talc and ovarian
14   cancer?
15       A.   There is no literature that
16   I reviewed prior to me being contacted by
17   Ms. Emmel.
18       Q.   Also in Exhibit B --
19       A.   B as in boy?
20       Q.   -- boy -- to your report.
21   There is a listing of produced documents
22   by Bates number.
23       A.   Correct.  I see it,
24   "materials and data considered."
```

36 (Pages 138 to 141)

Judith Zelikoff, Ph.D.

Page 142

1    Q.   Did the plaintiffs' counsel
2  provide you with copies of those
3  documents?
4    A.   I have not gone through
5  every paper in those multiple binders.  I
6  would assume that many of them are in
7  there.
8    Q.   That's not my question,
9  Doctor.  My question was, were those
10 documents provided to you by counsel for
11 plaintiffs?
12         MS. O'DELL:  What documents
13    are you referring to?
14         MR. HEGARTY:  The documents
15    that are listed by Bates number in
16    Exhibit B.
17         THE WITNESS:  Oh, you're
18    talking about produced documents?
19 BY MR. HEGARTY:
20    Q.   Yes.
21    A.   Repeat your question,
22 please.
23    Q.   Sure.  Were the documents
24 listed by Bates number under produced

Page 143

1  documents provided to you by counsel for
2  plaintiffs?
3    A.   Produced documents were
4  supplied to me in the folder that is
5  listed, production documents.
6    Q.   Did you ask for those
7  specific documents?
8    A.   I did not.
9    Q.   Do you know what the
10 methodology was for selecting those
11 specific documents to send to you?
12    A.   I do not.
13         MS. O'DELL:  Object to the
14    form.
15         THE WITNESS:  Sorry.
16 BY MR. HEGARTY:
17    Q.   Did you ask for any
18 additional documents that would fall
19 under the definition of produced
20 documents besides those plaintiffs'
21 counsel provided to you?
22    A.   Not to my knowledge.
23    Q.   Did you review all the
24 documents that are listed under the

Page 144

1  section "produced documents"?
2    A.   I reviewed all of the
3  documents that are in the binder listed
4  as production documents.  I did not check
5  one for another, so I cannot say I did
6  all of these --
7    Q.   Did you receive --
8    A.   -- or they did not.
9    Q.   I'm sorry.  Did you receive
10 from counsel from plaintiffs all the
11 documents that have been produced in this
12 litigation that concerned biologic
13 plausibility?
14         MS. O'DELL:  Object to the
15    form.
16         THE WITNESS:  I have no
17    knowledge of whether I received
18    every single document there is out
19    there.
20 BY MR. HEGARTY:
21    Q.   Did you ask for -- did you
22 ask counsel for plaintiffs to provide you
23 all the documents that have been produced
24 in this case concerning biologic

Page 145

1  plausibility?
2         MS. O'DELL:  Object to the
3    form.
4         THE WITNESS:  Did not ask it
5    in that manner.
6         I did ask for in vitro
7    studies that they could find, ex
8    vivo studies, and I also did my
9    own literature search.  Yes.
10 BY MR. HEGARTY:
11    Q.   Were you -- did you
12 understand that -- or do you understand
13 that you've been provided with all the
14 produced documents that concern biologic
15 plausibility?
16         MS. O'DELL:  Object to form.
17         THE WITNESS:  I have no
18    knowledge of whether I received
19    all documents.
20 BY MR. HEGARTY:
21    Q.   With regard to the produced
22 documents, did you sign a protective
23 order before reviewing those documents?
24    A.   Regarding these produced

37 (Pages 142 to 145)

Judith Zelikoff, Ph.D.

Page 146

1   documents --
2       Q.   Yes.
3       A.   -- did I sign a protective
4   order?
5       Q.   Yes.
6            MS. O'DELL:  Object to the
7   form.  It's a confidentiality
8   order in this litigation.  You may
9   not be aware of it.
10           MR. HEGARTY:  Okay, well,
11  confidentiality order.
12           MS. O'DELL:  Just so it's
13  not unclear to the witness.
14  BY MR. HEGARTY:
15      Q.   Did you sign a
16  confidentiality order before reviewing
17  the Bates-stamped documents?
18      A.   I signed a confidentiality
19  agreement early on.
20      Q.   Do you rely on any tests for
21  purposes of your opinions that are not
22  reported in the medical literature?
23      A.   Again --
24           MS. O'DELL:  Object to the

Page 147

1   form.
2            THE WITNESS:  Please
3   describe "tests."
4   BY MR. HEGARTY:
5       Q.   Well, did you rely on any
6   testing or tests for purposes of your
7   opinions that are not contained in the
8   medical literature --
9            MS. O'DELL:  Objection to
10  form.
11  BY MR. HEGARTY:
12      Q.   -- that we wouldn't have
13  access to but that you did?
14           MS. O'DELL:  Object to the
15  form.  Besides those produced in
16  the litigation?
17           MR. HEGARTY:  Yeah, that
18  goes without saying.
19           MS. O'DELL:  It doesn't go
20  without saying.  It's an unfair
21  question.
22           THE WITNESS:  So if I
23  understand your question to mean
24  are there any laboratory

Page 148

1   experiments that I'm aware of that
2   were done that I have knowledge
3   of?  No I have no knowledge of any
4   laboratory testing or experimental
5   testing in this field.
6   BY MR. HEGARTY:
7       Q.   You did not do any testing
8   yourself for purposes of developing your
9   opinions in this case, correct?
10      A.   I did not do any laboratory
11  tests.
12      Q.   All the opinions that are
13  set out in your report about biologic
14  plausibility between talc and ovarian
15  cancer were formed after being contacted
16  by counsel for plaintiffs about
17  testifying as an expert in this case,
18  correct?
19           MS. O'DELL:  Objection to
20  form.
21           THE WITNESS:  After being
22  contacted by the plaintiffs I did
23  a literature search and followed
24  the science.

Page 149

1   BY MR. HEGARTY:
2       Q.   That's not my question,
3   Doctor.
4            My question is, all the
5   opinions set out in your report about
6   biologic plausibility as they relate to
7   talc and ovarian cancer were formed after
8   being contacted by counsel for
9   plaintiffs, correct?
10      A.   That is correct.
11      Q.   Can you cite for us any
12  occasion where you've done the exact same
13  thing that you have done here to prepare
14  your report; that is, do an analysis of
15  the literature on the biologic
16  plausibility between the exposure to a
17  substance and a disease?
18      A.   Nothing has been done
19  exactly like it's been here, but for
20  advisory boards that I've been on,
21  including the National Toxicology Board,
22  the Institute of Medicine, the Institute
23  of Engineering for the National Academies
24  of Science, we have -- we were requested

38 (Pages 146 to 149)

Judith Zelikoff, Ph.D.

Page 150

1    to do literature reviews on the question
2    that's in front of them and come up with
3    an opinion based upon our literature
4    reviews.
5         Q.   Have you ever published an
6    article in the medical literature where
7    you've done the same thing that you've
8    done here, which is to review all the
9    literature on a substance and a disease
10   and offer opinions as to whether there's
11   biologic plausibility between that
12   substance and a disease?
13        A.   I have written reviews that
14   are a culmination of all of the
15   literature that I reviewed on topics.
16   Never one on ovarian cancer and talc.
17        And to my knowledge, I have
18   not offered an opinion, but followed a
19   conclusion from the science.
20        Q.   I think my question is a
21   little bit different.  My question is,
22   have you published any article in the
23   literature where you have done
24   essentially the same thing that you have

Page 151

1    done here, which is review all the
2    literature on an exposure and a disease
3    and offer opinions as to whether there's
4    biologic plausibility between the
5    exposure and the disease?
6         A.   Most of the papers that I
7    publish will offer a potential, whether a
8    speculative potential or one that is
9    defined within other published literature
10   as a potential mechanism of action or as
11   potential plausible outcome.
12        So for any published paper
13   from the research that I've done or that
14   people do, we explain an observation that
15   has been found in our laboratory from
16   testing, as you call it.  And we will
17   explain the observation in terms of
18   biological plausibility, if that's what
19   you're referring to.
20        Q.   Well, have you ever used the
21   phrase "biologic plausibility" in any
22   published article?
23        A.   I cannot cite them for you,
24   but I -- I am confident that I have used

Page 152

1    the words "biological feasibility" or
2    "potential mechanisms" or "plausible" --
3    I may have used the word "plausibility,"
4    but I have used words that are similar to
5    those.
6         Q.   Doctor, when did you first
7    become aware of an alleged link between
8    ovarian cancer and talc use?
9              MS. O'DELL:  Object to the
10   form.
11             THE WITNESS:  When did I
12        first become aware of the alleged
13        link between ovarian cancer and
14        talc use?  From -- from the media.
15        I would say maybe a year prior to
16        being contacted by Ms. Emmel.
17   BY MR. HEGARTY:
18        Q.   Can you cite for me any
19   scientific or medical group, entity or
20   organization who has concluded that
21   genital talc use causes ovarian cancer?
22        A.   I -- really, my opinion is
23   based on biological plausibility.
24        Q.   I understand that.  But my

Page 153

1    question is simply from your knowledge,
2    here today, can you cite for me any
3    scientific or medical group, entity or
4    organization who has concluded that
5    genital talc use causes ovarian cancer?
6              MS. O'DELL:  Object to the
7        form.
8              THE WITNESS:  Well,
9        concluded is -- is a word for
10       discussion.
11            IARC in the 1993 report from
12       inhalation toxicology and
13       inhalation of talc did show that
14       there was tumor induction in
15       female rats in the lungs and that
16       there was adrenal gland tumors
17       that were formed.
18   BY MR. HEGARTY:
19        Q.   Well, IARC has never
20   concluded that the use of talc in the
21   genital area causes ovarian cancer,
22   correct?
23        A.   You asked me whether there
24   was any body of literature or any

Judith Zelikoff, Ph.D.

Page 154

 1    advisory boards or any institution which
 2    has concluded that there is a causal
 3    relationship.  And I've cited to you a
 4    study --
 5         Q.   That's not my question.  My
 6    question was can you cite for me any
 7    scientific or medical group, entity or
 8    organization who has concluded that
 9    genital talc use causes ovarian cancer.
10         MS. O'DELL:  Object to the
11    form.
12         THE WITNESS:  I have -- I
13    have given you information on a
14    study done at the national
15    toxicology program.
16    BY MR. HEGARTY:
17         Q.   Is that the extent of your
18    answer?
19         A.   There are -- to my
20    knowledge, that's the best study that I
21    can cite to you.
22         Q.   That's a study, correct?
23         A.   That was a study, and they
24    are also a body that makes conclusions.

Page 155

 1         Q.   That study did not involve
 2    any commentary on ovarian cancer,
 3    correct?
 4         A.   The study did not involve
 5    commentary on that.
 6         Q.   Can you name any regulatory
 7    body who has stated that talc use is a
 8    cause of ovarian cancer?
 9         A.   Not as I sit here right now.
10    But again, making conclusions on
11    causation was not my question, is not
12    my -- is not within my purview.
13         And there are different
14    levels of cancer conclusion.  For
15    instance, IARC has several
16    classifications.  And -- as you know, I,
17    II-A, II-B, et cetera.
18         Q.   And what is IARC's
19    classification of talc use in the genital
20    area?
21         MS. O'DELL:  Object to the
22    form.
23         THE WITNESS:  To my
24    knowledge, I think it's a II-B.

Page 156

 1    BY MR. HEGARTY:
 2         Q.   II-B is possibly
 3    carcinogenic, correct?
 4         A.   To humans.
 5         Q.   I'm sorry?
 6         A.   To humans.  Possibly
 7    carcinogenic to humans.  That doesn't
 8    exclude the fact that there is animal
 9    data supporting that conclusion.  If
10    there were no animal data it -- it would
11    not even be considered a II-B.  So
12    there -- there's evidence that the IARC
13    evaluated and came up with a II-B
14    classification.
15         Q.   Is it your opinion that the
16    biologic plausibility of talc products
17    causing ovarian cancer has been generally
18    accepted in the medical community?
19         A.   I think it depends on the
20    medical community.
21         Q.   Well, aside from any medical
22    community that has accepted that there is
23    biologic plausibility between the use of
24    talc products in -- in ovarian cancer.

Page 157

 1    Let me -- let me restate that.
 2         Can you cite for me any
 3    medical community that has accepted that
 4    there is biologic plausibility of talc
 5    products causing ovarian cancer?
 6         A.   I'm not knowledgeable at --
 7    about all the medical communities and
 8    what disciplines they are in.
 9         Q.   Well, can you cite for me
10    any medical or scientific community that
11    has accepted that there is biologic
12    plausibility of talcum powder products
13    causing ovarian cancer?
14         A.   I have no knowledge of that.
15    That doesn't mean it's not out there.  It
16    means that I have no knowledge of that.
17         Q.   You have no knowledge --
18    you -- so you cannot testify that the
19    medical or scientific communities have
20    accepted that there is biologic
21    plausibility of talcum powder products
22    causing ovarian cancer?
23         MS. O'DELL:  Object to the
24    form.

40 (Pages 154 to 157)

Judith Zelikoff, Ph.D.

| Page 158 | Page 160 |
|---|---|
| 1     THE WITNESS: What I'm<br>2 saying is I have no knowledge of<br>3 the documents they have put out<br>4 with a conclusion as a white paper<br>5 or any other published literature<br>6 that has made that conclusion.<br>7 BY MR. HEGARTY:<br>8    Q.  What does -- sorry.<br>9    A.  Or has not made that<br>10 conclusion.<br>11    Q.  What does general acceptance<br>12 mean to you?<br>13    A.  General acceptance -- for<br>14 example, benzine, it causes leukemia and<br>15 other blood cancers.  That is a general<br>16 acceptance by the medical community which<br>17 we all adhere to, abide by, based upon<br>18 the excessive amount of literature that<br>19 is out there showing -- proving and<br>20 addressing Hill's criteria and coming up<br>21 with the fact that it is a -- it is a<br>22 carcinogen for blood cancers.<br>23     That is general knowledge.<br>24 General knowledge is something saying | 1    Thank you.<br>2 BY MR. HEGARTY:<br>3    Q.  You don't -- you don't know<br>4 what a cosmetic is?<br>5    A.  I'm asking you what your<br>6 definition is.<br>7    Q.  Well, I -- what is your<br>8 definition?<br>9    A.  A definition of a cosmetic<br>10 is -- since I'm not in the cosmetic<br>11 field -- a cosmetic is something that is<br>12 used for hygiene or aesthetics and used<br>13 dermally.<br>14    Q.  Have you ever written any<br>15 scientific article about a cosmetic under<br>16 your definition?<br>17    A.  Not to my knowledge, but I<br>18 would have to look at all of my papers<br>19 again, if you'd like me to do that.<br>20    Q.  Can you cite for me any<br>21 publication of yours where you comment on<br>22 asbestos?<br>23    A.  I would have to look at my<br>24 references.  I go back from 1982. |

| Page 159 | Page 161 |
|---|---|
| 1 that nickel can be a carcinogen, nickel<br>2 is a carcinogen and is classified by IARC<br>3 as a I.  In that case, the general<br>4 population is aware of that.<br>5    Q.  Before being hired by the<br>6 plaintiffs' lawyers in this case, you had<br>7 never written anything about talc,<br>8 correct?<br>9    A.  That's correct.<br>10    Q.  Or commented on talc in any<br>11 setting, correct?<br>12    A.  Other than teaching?<br>13    Q.  Other than the teaching<br>14 reference you cited earlier?<br>15    A.  That's correct.<br>16    Q.  Before being hired by<br>17 plaintiffs' counsel you had never written<br>18 anything about any cosmetic, correct?<br>19    MS. O'DELL:  Object to the<br>20 form.<br>21    Could you please -- it's<br>22 vague in terms of cosmetic.  Do<br>23 you have a definition in mind?<br>24    THE WITNESS:  Exactly. | 1    Q.  Sitting here today, can you<br>2 cite for us, without looking at any<br>3 references, any article you've ever<br>4 written about asbestos?<br>5    MS. O'DELL:  Doctor, if you<br>6 need to look at your CV, you're<br>7 welcome to do that.<br>8 BY MR. HEGARTY:<br>9    Q.  Well, my question didn't ask<br>10 about the CV.  I said just simply sitting<br>11 here today, just based on your memory --<br>12    A.  Okay.<br>13    Q.  -- are you able to recall<br>14 any article you've ever written about<br>15 asbestos.<br>16    MS. O'DELL:  If you would<br>17 like to look at your CV, it's in<br>18 front of you.  You are welcome<br>19 to -- to do that.<br>20    MR. HEGARTY:  I'll withdraw<br>21 the question.<br>22 BY MR. HEGARTY:<br>23    Q.  Doctor, have you ever<br>24 written any article about a fragrance? |

41 (Pages 158 to 161)

Judith Zelikoff, Ph.D.

Page 162

1    A.   I would also like to look at
2  my CV.
3    Q.   Without looking at your CV,
4  you can't say one way or the other?
5    A.   I can't say conclusively.
6  My CV and my publications go back to
7  1982.  It was quite a while ago.
8    Q.   And you can't say
9  conclusively whether you've written an
10  article about asbestos?
11    A.   I would rather look at my --
12  my publications.
13    Q.   Okay.  Have you ever
14  written --
15    A.   Would you like me to do
16  that, sir?
17    Q.   No.  I'm not asking you to
18  do that right now.
19    A.   Thank you.
20    Q.   Sitting here today without
21  looking at your CV, can you cite for me
22  any article you've ever written about
23  asbestos?
24        MS. O'DELL:  Objection to

Page 163

1  form.
2        THE WITNESS:  To my
3        knowledge at this particular
4        moment, I cannot cite for you an
5        article that I specifically wrote
6        on asbestos.  Whether or not I was
7        a co-author on one, I cannot
8        recall.
9  BY MR. HEGARTY:
10    Q.   Would that be the same
11  answer as to a fragrance?
12    A.   I -- I would really rather
13  look at my CV and my publications and
14  book chapters.
15    Q.   Before being contacted by
16  counsel for plaintiffs in this case, you
17  had never developed or offered any
18  opinions about talc, correct?
19    A.   That is correct.
20    Q.   You've never written
21  anything about ovarian cancer, correct?
22    A.   Again, just to put on the
23  record, I would really like to look at my
24  CV and look at my publications.  We are,

Page 164

1  as scientists, involved as co-authors,
2  oftentimes.  And I do not recall back to
3  1982.
4    Q.   Well, for purposes of your
5  report, you do not cite to any of your
6  own work, correct?
7    A.   That is correct.
8    Q.   You've never written
9  anything about talc and ovarian cancer,
10  correct?
11    A.   I think I asked and answered
12  that.  I think I answered that.  But I
13  can repeat it.
14    Q.   No, you did not.  I did not
15  ask you that question, ma'am.
16    A.   So can --
17    Q.   I asked you had you ever
18  written anything about talc.  My question
19  that I just asked you is have you ever
20  written anything about talc and ovarian
21  cancer?
22    A.   To my knowledge, as I sit
23  here now without looking at my
24  publications, no.

Page 165

1    Q.   Prior to being contacted by
2  plaintiff's counsel have you ever
3  reviewed the body of literature on the
4  etiologies or biology related to ovarian
5  cancer?
6    A.   Not prior to being
7  contacted, no.
8    Q.   You've never published any
9  opinions about the causes of ovarian
10  cancer, correct?
11    A.   To my knowledge, sitting
12  here, no.
13    Q.   You never published any
14  opinions about the risk factors for
15  ovarian cancer, correct?
16    A.   I really -- I'm not sure.  I
17  know that I have given that information,
18  not an opinion, but have given that
19  information in teaching courses.
20    Q.   Have you ever taught any
21  courses on asbestos?
22    A.   Asbestos has been included.
23  I give lectures in my organ system
24  toxicology course as well as in my

42 (Pages 162 to 165)

Judith Zelikoff, Ph.D.

1    toxicology course for biology masters.  I
2    give courses in air pollutants and
3    cancer-causing agents and the toxicology
4    of -- of airborne.
5        Q.    Have you ever taught in your
6    courses any discussion about fragrances
7    and toxicity?
8        A.    It may have come up as a
9    minor point.  We talk about pesticides,
10   we talk about air pollutants.  We talk
11   about metals.  Fragrances, we talked
12   about limonene, eugenol, menthol and
13   other fragrances in that realm in the
14   discussion of electronic cigarettes and
15   the aerosols produced by them.
16       Q.    And you provided to us all
17   the lectures or the content of lectures
18   that you've given where you mentioned
19   talc, correct?
20       A.    I was not asked to --
21           MS. O'DELL:  Object to the
22   form.
23           THE WITNESS:  I was not
24   asked to provide them.  But please

1        let me explain my teaching style.
2            My teaching style is such
3        that I use few PowerPoints as
4        queues.  And much of my teaching
5        is done verbally, one-on-one.  And
6        they're not recorded.
7            So there is really not that
8        much -- there is nothing to supply
9        to counsel.
10   BY MR. HEGARTY:
11       Q.    Well, other than the
12   reference that you provided to us earlier
13   about talc and ovarian cancer, you have
14   not otherwise lectured regarding this
15   subject, correct?
16       A.    That is correct.
17       Q.    There are toxicologists who
18   focus on issues dealing with reproductive
19   medicine or reproductive sciences such as
20   ovarian cancer and uterine cancer,
21   correct?
22       A.    There are scientists whose
23   major focus is on talc and ovarian cancer
24   and there are OB/GYNs as well as

1    reproductive docs who do focus on this,
2    yes.
3        Q.    And that has not been an
4    area of your focus, correct?
5        A.    Not -- not in past.  Has not
6    been a primary focus.
7        Q.    You have provided for us
8    your CV, correct?
9        A.    That is correct.
10       Q.    That's included as part of
11   Exhibit B to your expert report, correct?
12           MS. O'DELL:  Objection to
13   form.
14           THE WITNESS:  I think it's
15   stated here as Exhibit A.
16   BY MR. HEGARTY:
17       Q.    It's Exhibit A to your
18   expert report.  Is that a current CV of
19   yours?
20       A.    It was updated in
21   August 2018.  So it is not completely
22   updated as of January 2019.
23       Q.    Did you bring an updated CV
24   to your deposition?

1        A.    I did not.
2        Q.    As you stated --
3        A.    I'm sorry.  I can provide
4    that.
5        Q.    Does your CV anywhere list
6    any professional experience on ovarian
7    cancer?
8        A.    Excuse me.  Not to my
9    knowledge, in briefly reviewing my CV,
10   and not to my knowledge as I sit here.
11       Q.    Does your CV list any
12   professional experience regarding
13   asbestos?
14       A.    Specifically, asbestos as I
15   review, no.  No, sir.
16       Q.    Does your CV list any
17   professional experience regarding
18   fragrances?
19       A.    Not to my knowledge, no,
20   sir.  But you're asking me only what's in
21   my CV.
22           I have -- I have worked -- I
23   have looked at or heard about from other
24   advisory boards things to do with

Judith Zelikoff, Ph.D.

Page 170

```
 1    flavorants, as I said with electronic
 2    cigarettes, hookah and smokeless tobacco.
 3    So I am familiar with other -- which may
 4    not be listed here in detail, which is
 5    not listed here in detail, on flavorants
 6    and some of those same flavors used in
 7    electronic cigarettes are also, I found,
 8    listed here.
 9         Q.   Has any entity or agency
10    consulted you with regard to diseases of
11    the female reproductive tract?
12         MS. O'DELL:  Object to the
13    form.
14         THE WITNESS:  Not to my
15    knowledge.
16    BY MR. HEGARTY:
17         Q.   And no one has ever asked
18    you to look into any of the issues set
19    out in your report besides plaintiffs'
20    counsel, correct?
21         A.   I'm sorry.  Again?
22         Q.   No one has asked you to look
23    at the issues set out in your expert
24    report in this case other than
```

Page 171

```
 1    plaintiffs' counsel, correct?
 2         A.   This specific ovarian cancer
 3    and asbestos, that is correct.
 4         Q.   You have not submitted your
 5    expert report in this case for peer
 6    review, correct?
 7         A.   The only ones who have seen
 8    my report have been the plaintiff
 9    attorneys, to my knowledge.
10         If that was given out to
11    others at that point, I do not -- I do
12    not have knowledge of that.
13         Q.   You certainly have not
14    submitted your report for peer review,
15    correct?
16         A.   I have not submitted my
17    report for peer review.
18         Q.   Have you spoken to any
19    physicians who treat ovarian cancer
20    regarding talc and ovarian cancer?
21         A.   I have not.
22         Q.   Other than experts
23    identified by plaintiffs in this
24    litigation, can you identify any doctor
```

Page 172

```
 1    or scientist who believes that there is
 2    biologic plausibility between use of
 3    talcum powder and ovarian cancer?
 4         MS. O'DELL:  Object to form.
 5         THE WITNESS:  I have not
 6    spoken to any doctors in that
 7    regard.
 8    BY MR. HEGARTY:
 9         Q.   How about any scientists?
10         A.   I have not spoke to any
11    scientists in that regard.
12         Q.   Have you --
13         A.   My opinion was specifically
14    based upon the scientific literature that
15    I had access to.
16         Q.   Have you ever had your
17    deposition taken before?
18         A.   I have.  Yes, sir.
19         Q.   How many times?
20         A.   One that I can recall.  Two
21    that I'm now recalling.  One that was
22    in -- for Dow Chemical on breast implants
23    and relationship with autoimmune disease
24    and one from a personal attorney who
```

Page 173

```
 1    was -- who had a client who was exposed
 2    to wood burning from a wood stove, an
 3    outdoor wood stove.
 4         Q.   As to the latter case, do
 5    you know where that case was pending or
 6    was filed?
 7         A.   I was deposed in New York
 8    City.
 9         Q.   Do you know the name of the
10    case?
11         A.   I'm afraid not, sir.
12         Q.   How long ago was it?
13         A.   15 years.
14         Q.   You were testifying on
15    behalf of the plaintiff in that case?
16         MS. O'DELL:  Object to form.
17         THE WITNESS:  I was not
18    testifying.  I was deposed for
19    the -- sorry, for the person who
20    was making the claim that they had
21    increased asthma as a result of
22    neighbors use of a wood boiler.
23    BY MR. HEGARTY:
24         Q.   In the Dow Chemical breast
```

44 (Pages 170 to 173)

Judith Zelikoff, Ph.D.

1   implant case, were you testifying as an
2   expert witness?
3        A.   I was.
4        Q.   On behalf of the plaintiffs?
5        A.   If you're talking about on
6   the part of Dow, yes.
7        Q.   Well, on the part of Dow who
8   was the defendant or the plaintiffs?
9        A.   Dow was the defendant.  I'm
10  sorry.
11       Q.   Were you testifying on
12  behalf of Dow?
13       A.   I was.
14       Q.   Any other cases you've been
15  deposed in?
16       A.   Not that I can recall.
17       Q.   Have you been identified in
18  any other cases as an expert witness
19  besides this one to your knowledge?
20       A.   I have done literature
21  reviews for a number of attorneys but
22  have not been deposed.
23       Q.   My question is specific to
24  whether you -- whether you are aware that

1   you've been designated, identified, in
2   the case as a testifying expert besides
3   this case.  Are you aware of any such
4   cases?
5        A.   Not to my knowledge.
6        Q.   I know I referred earlier to
7   your CV.  But I'm marking it as
8   Exhibit 22.  You can look at that one or
9   Exhibit 22.
10            (Document marked for
11       identification as Exhibit
12       Zelikoff-22.)
13  BY MR. HEGARTY:
14       Q.   Are there any publications
15  of yours that relate to any of the issues
16  in this case that are not included in
17  your CV?
18            MS. O'DELL:  Object to form.
19            THE WITNESS:  Let's talk
20       about the issues of the case.  Can
21       you define them a little better?
22  BY MR. HEGARTY:
23       Q.   Yeah, let me ask you a
24  different question.  Are there any

1   cases -- are there any articles on which
2   you rely for purposes of your opinions --
3   strike that.  Let me ask it a different
4   way.
5            How many articles have you
6   published since August of 2018?
7        A.   I'm going to look at the
8   last publication.
9            I have one that was accepted
10  in press on the Garfield community and
11  looking at chromium exposure and doing
12  community engagement for the community
13  and looking at blood level of
14  measurements -- or toenail measurements,
15  excuse me, toenail measurement of
16  chromium, as they're impacting
17  communities environmentally.
18            Also two publications have
19  come out with the lead author, my being a
20  corresponding author with the lead author
21  being from the University of Rochester in
22  the area of inhaled particulate matter
23  and -- during pregnancy and effects on
24  the -- on the offspring and on the fetus.

1        Q.   You are not a medical
2   doctor, correct?
3        A.   I am not a medical doctor,
4   although I did go to medical school for
5   my Ph.D. training.
6        Q.   You can't treat patients,
7   correct?
8        A.   I do not treat patients.
9        Q.   You are not an oncologist,
10  correct?
11       A.   I am not an oncologist.
12       Q.   You have no training in
13  oncology, correct?
14       A.   I have no training in
15  oncology.  I have training in pathology,
16  which is what I got my Ph.D. degree in at
17  a medical school.
18       Q.   You have never diagnosed or
19  treated a disease in a patient, including
20  cancer, correct?
21       A.   That is correct.
22       Q.   You have no expertise in
23  treating patients with ovarian cancer,
24  correct?

45 (Pages 174 to 177)

Judith Zelikoff, Ph.D.

Page 178

1          A.   I have no expertise in that,
2    no.
3          Q.   You have no expertise in
4    diagnosing ovarian cancer, correct?
5          A.   I do not.
6          Q.   You are not an expert on
7    asbestos, correct?
8          A.   I have not been classified
9    as an expert in asbestos, although as I
10   said, I do work in air pollution and if
11   asbestos is in the confines -- taken in
12   the confines of air pollution, I could
13   speak to that.  But I have not been
14   designated as an expert.
15         Q.   What's the difference
16   between amphibole and serpentine forms of
17   asbestos?
18         MS. O'DELL:  Object to form.
19   BY MR. HEGARTY:
20         Q.   You can answer.
21         A.   It depends on whether it's
22   asbestiform or non-asbestiform.
23         Q.   Okay.  Asbestiform.  What's
24   the difference between amphibole and

Page 179

1    serpentine forms?
2          A.   Well --
3          MS. O'DELL:  Object to the
4    form.
5          THE WITNESS:  Amphibole
6    lists serpentine which is
7    associated with chrysotile.  They
8    all have an aspect ratio of,
9    depending on who you are looking
10   at, whether it's three to one or
11   five to one.  Johnson & Johnson
12   includes it as five to one, which
13   is length-to-width ratio.  They
14   both have the same length-to-width
15   ratio.
16         If they're asbestiform, then
17   they are fibers that are made up
18   of fibrils.  They both have that.
19         And they go in a
20   longitudinal manner and they are
21   in one direction.
22         Amphibole includes within it
23   the crocidolite, and as well as
24   tremolite, amosite, and some of

Page 180

1    those forms can exist both in
2    crystalline form or in a
3    non-asbestiform.
4          So they are both -- both
5    concluded to be asbestos.
6    BY MR. HEGARTY:
7          Q.   Well, are there any
8    differences between --
9          A.   By the EPA.
10         Q.   Are there any differences
11   between amphibole and serpentine forms of
12   asbestos?
13         MS. O'DELL:  Object to form.
14         THE WITNESS:  Well, they are
15   different -- they are different
16   minerals.  But they are both
17   classified as asbestos.
18   BY MR. HEGARTY:
19         Q.   Any other differences?
20         A.   It -- both of which contain
21   carcinogenic -- classified I, as IARC.
22   Both have within them carcinogenic
23   asbestos.  To my knowledge, that is --
24   that is all I --

Page 181

1          Q.   What was the most
2    commercially used asbestos?
3          A.   Well, it -- it depends on
4    the time.  But for commercial use, in
5    paints and housing and insulation, it was
6    either chrysotile was used commercially
7    and crocidolite was also used
8    commercially.
9          Q.   Okay.  How did the supposed
10   toxicities various -- vary across the
11   various forms of asbestos?
12         MS. O'DELL:  Object to the
13   form.
14         THE WITNESS:  When you say
15   toxicity what do you mean?
16   BY MR. HEGARTY:
17         Q.   The -- the toxicities vary
18   across the various forms.
19         MS. O'DELL:  Object to the
20   form.
21         THE WITNESS:  Mm-hmm.  It
22   depends on the chemical
23   composition.  It depends on the
24   surface material.  It depends on

46 (Pages 178 to 181)

Judith Zelikoff, Ph.D.

1     the amount of iron.  It depends on
2     the size of the fiber or the
3     crystal.
4          And so depending upon those
5     factors you are going to have
6     differences in toxicity.
7     BY MR. HEGARTY:
8         Q.  Well, how does -- does
9     tremolite asbestos compare to chrysotile
10    asbestos in terms of toxicity?
11        A.  I don't really -- I don't
12    think I can answer that in terms of
13    ranking it.  I can tell you that
14    chrysotile is a well-known carcinogen,
15    well-established carcinogen by the
16    agencies.  That tremolite is an amphibole
17    and it can exist in both forms, either
18    asbestiform in the long longitudinal
19    fibriles, or it can exist as a mineral
20    that has dimensions in all different
21    directions.
22          So tremolite -- it's
23    difficult to rank, but chrysotile appears
24    to be -- when you say more toxic, you

1     have to understand what is the outcome
2     that you're looking at.  They can both
3     cause toxicity.  I don't know what you
4     exactly mean by more toxic.
5          Do you mean at a given
6     dose -- what -- what do you mean by --
7         Q.  I didn't -- I didn't use the
8     word "more toxic." I just -- I asked you
9     how does tremolite asbestos compare to
10    chrysotile asbestos in terms of toxicity.
11        A.  I think I -- yeah, that's a
12    very difficult question to a
13    toxicologist.  Because when you compare
14    toxicity across -- across lines, you have
15    to somehow rank them based on a
16    particular outcome.
17          So toxicity could be does it
18    produce more lactate dehydrogenase when
19    put in a macrophages culture of -- of
20    pulmonary cells, or does it produce more
21    apoptosis.  You can't just say toxicity
22    in my opinion.  You have to give me an
23    outcome.  Does this produce more toxicity
24    in this area.

1         Q.  You are not an expert in
2     fragrances, correct?
3             MS. O'DELL:  Object to form.
4             THE WITNESS:  I have -- I
5         have not been listed as an expert
6         in fragrances.
7     BY MR. HEGARTY:
8         Q.  Would you consider yourself
9     an expert in fragrances?
10        A.  I am a toxicologist so I can
11        review chemicals and make a decision or
12        assess their toxicity based on outcomes.
13        Q.  Before being contacted by
14    Ms. Emmel in this case, would you have
15    considered yourself an expert in
16    fragrances?
17            MS. O'DELL:  Objection.
18            THE WITNESS:  Expert in
19        fragrances.  It is not something I
20        studied in my own laboratory.
21            However, a toxicologist
22        should be able to go into the
23        literature and have a greater
24        knowledge than most people in

1         looking up different chemicals.
2     BY MR. HEGARTY:
3         Q.  You are not an expert on
4     talc, correct?
5             MS. O'DELL:  Object to the
6         form.
7             THE WITNESS:  I have done
8         much work in dust, including the
9         World Trade Center dust.  I've
10        done work on diesel exhaust and
11        other things that are powders.  So
12        particularly talc, I don't think I
13        am classified as a talc expert.
14            But as I said I've done much
15        work in other dusts, other
16        aerosols, vapors, gases,
17        particles, and I am an expert in
18        particles.
19    BY MR. HEGARTY:
20        Q.  You are not a geneticist,
21    correct?
22        A.  I'm -- if a geneticist is
23    someone who has been trained specifically
24    in genetics, I have not been trained in

47 (Pages 182 to 185)

Judith Zelikoff, Ph.D.

Page 186

1    genetics.  I have had courses in
2    molecular toxicology and I do teach some
3    molecular toxicology.
4         Q.   You are not a mineralogist,
5    correct?
6         A.   I am not a mineralogist.
7         Q.   You are not an expert on
8    testing for the presence of asbestos,
9    correct?
10        A.   I am not a chemist.
11        Q.   You are not an expert on
12   testing the air for asbestos, correct?
13        A.   We collect -- I collect
14   particles in the air.  I do air
15   measurements.  That is the basis of my
16   research.
17             When it comes to asbestos,
18   we will send those -- those filters out
19   to be analyzed by an expert laboratory,
20   and then we will help interpret the data.
21        Q.   You are not an industrial
22   hygienist, correct?
23        A.   I work with industrial
24   hygienists, but I do not have a degree in

Page 187

1    it.
2         Q.   You are not an expert on
3    Johnson's Baby Powder, correct?
4              MS. O'DELL:  Objection to
5    form.
6              THE WITNESS:  I am not an
7    expert on -- I -- could you
8    rephrase that?
9    BY MR. HEGARTY:
10        Q.   I don't think I can.
11        A.   I don't know what you mean
12   by expert.  I mean I need to have -- I
13   think I need to have some criteria that
14   would make me an expert.  If you are
15   talking about the number of publications
16   I have or whether I've testified.
17             I -- the word "expert"
18   throws me off a bit.
19        Q.   Well, where is the talc for
20   J&J's Baby Powder been mined over the
21   years?
22        A.   In Vermont, in Italy, and
23   also in Korea.
24        Q.   What are the current

Page 188

1    components by percentage of Johnson's
2    Baby Powder?
3              MS. O'DELL:  Object to the
4    form.  Vague.
5              THE WITNESS:  I cannot --
6    although I have looked at it, I
7    cannot tell you that off the top
8    of my head.  I would have to
9    look -- refresh my memory by
10   looking at an exhibit or a
11   document.
12   BY MR. HEGARTY:
13        Q.   What were the current
14   components of Johnson's Baby Powder by
15   percentage from the 19 -- 1900s through
16   the present?
17        A.   I cannot --
18             MS. O'DELL:  Excuse me.
19   Excuse me.  Object to the form.
20   Vague.
21             THE WITNESS:  I cannot give
22   you percentages off the top of my
23   head.  If you allow me to look at
24   a document I -- I could tell you.

Page 189

1    BY MR. HEGARTY:
2         Q.   Are the opinions in your
3    report specific to particular
4    formulations of talcum powder consumer
5    products?
6              MS. O'DELL:  Object to the
7    form.
8              THE WITNESS:  Are the
9    opinions in your report specific
10   to particular formulations.
11             My opinion is based on
12   biological plausibility based on
13   studies that have used talcum
14   powder or talc or fibrous talc or
15   nonfibrous talc.
16   BY MR. HEGARTY:
17        Q.   Did you analyze specifically
18   the biologic plausibility of the
19   components of Johnson's Baby Powder for
20   purposes of your opinions?
21             MS. O'DELL:  Object to the
22   form.
23             THE WITNESS:  I looked at
24   the individual components that I

48 (Pages 186 to 189)

Judith Zelikoff, Ph.D.

Page 190

1   was aware of.  And looked at their
2   ability to cause inflammation,
3   let's say, or their carcinogenic
4   potential.
5   BY MR. HEGARTY:
6       Q.   But did you look
7   specifically -- did you specifically
8   analyze biologic plausibility specific to
9   J&J's -- strike that.
10          Did you analyze biological
11  plausibility specific to Johnson's Baby
12  Powder in your report?
13      A.   If the literature was there,
14  there was some -- I'm sorry, I can't
15  remember the author now.  But there were
16  authors and investigators that did use
17  Johnson's Baby Powder in their studies,
18  and if they used those studies, and I
19  used that for -- to provide biological
20  plausibility, then yes.
21      Q.   What studies were done
22  specific to Johnson's Baby Powder?
23          MS. O'DELL:  Object to the
24      form.

Page 191

1           THE WITNESS:  Of course all
2   of the product documents.
3           Sorry, I'm having difficulty
4   recalling that -- the particular
5   name.  It's not a memory test.
6   I'm sorry.
7   BY MR. HEGARTY:
8       Q.   With regard to ovarian
9   cancer, what are the subtypes of the
10  disease?
11      A.   Well, as -- as --
12          MS. O'DELL:  Object to the
13      form.
14          THE WITNESS:  -- was pointed
15      out, I'm not an OB/GYN.  I can
16      tell you just from cursory
17      knowledge that there are serous,
18      high grade, low grade serous,
19      endometrioid, mucous cell,
20      epithelioid.
21  BY MR. HEGARTY:
22      Q.   What are the differences in
23  subtypes?
24      A.   Again, this is not in my --

Page 192

1   in the question that I was asked to
2   comment on, but from cursory knowledge
3   there are different cell types.
4       Q.   What's the difference
5   between a low grade and high grade tumor?
6       A.   The induction of
7   invasiveness and proliferation capacity.
8       Q.   What is thought to be the
9   primary origin of high-grade serous
10  ovarian cancer?
11          MS. O'DELL:  Object to the
12      form.
13          THE WITNESS:  Primary
14      origin.  I'm not sure what that
15      means.
16  BY MR. HEGARTY:
17      Q.   Well, what is -- what is
18  typically the primary location or origin
19  of high-grade serous?
20      A.   Do you mean in the ovary?
21      Q.   I don't think I can ask it
22  any different way.
23      A.   Well, I don't quite
24  understand your question.

Page 193

1       Q.   What is the primary origin
2   of clear cell carcinoma?
3           MS. O'DELL:  Object to the
4       form.
5           THE WITNESS:  If you're
6       asking me the types, I don't
7       recall the type of cell for clear
8       cell carcinoma.  Again, I'm not an
9       OB/GYN, and I'm not a histologist.
10  BY MR. HEGARTY:
11      Q.   For purposes of your report,
12  did you analyze biologic plausibility for
13  each subtype of ovarian cancer?
14      A.   No, sir.
15      Q.   Is it your opinion that the
16  etiology of each of the subtypes of
17  ovarian cancer is the same?
18      A.   There are many
19  commonalities.
20          As I said, from my cursory
21  knowledge and my background, early
22  background in 1980, of being a --
23  pathology when this was not even
24  considered or thought about, there is

Judith Zelikoff, Ph.D.

Page 194

1  etiologies -- I'm sorry, I had to refresh
2  my memory of your question.
3       There are different
4  etiologies. Many -- and many of the
5  same, and so I think that -- if I may
6  gather my thoughts and refresh your
7  question.
8       So as I said, in terms of my
9  opinion that the etiology in each of the
10 subtypes of ovarian cancer is the same,
11 there are many commonalities in --
12 etiology being the underlying reason.
13 There are many commonalities for the same
14 cancers, including things like cancer
15 stem cells in ovarian cancer, which are
16 now being identified in the literature as
17 a possibility for recurrence of ovarian
18 cancer.
19      So, yes, there are definite
20 commonalities in terms of the induction
21 of ovarian types of cancer.
22      Q.   Well, my question was, is it
23 your opinion that the etiologies of each
24 subtype are the same?

Page 195

1       MS. O'DELL:  Objection to
2  form.
3       THE WITNESS:  I have --
4       MS. O'DELL:  Asked and
5  answered.
6       THE WITNESS:  I have no
7  opinion on that.
8  BY MR. HEGARTY:
9       Q.   Is it your opinion --
10      MS. O'DELL:  Excuse me.
11      THE WITNESS:  Other than
12 what I --
13      MS. O'DELL:  Sorry.
14      THE WITNESS:  I'm sorry.
15      MS. O'DELL:  You may finish.
16 I didn't mean to cut you off.
17      THE WITNESS:  Other than
18 what I've just given.
19      MS. O'DELL:  So, Mark, we've
20 been going about an hour and ten
21 minutes, I think.
22      MR. HEGARTY:  Okay.  Take a
23 break.
24      THE VIDEOGRAPHER:  Stand by.

Page 196

1  Remove your microphones.  The time
2  is 12:22 p.m.  Off the record.
3       (Lunch break.)
4       THE VIDEOGRAPHER:  We are
5  back on the record.  The time is
6  1:17 p.m.
7  BY MR. HEGARTY:
8       Q.   Doctor, we're back on the
9  record.  I want to go back to something
10 we talked about at the beginning, that
11 is, the initial call that you had from
12 Ms. Emmel.
13      You mentioned that you
14 reviewed materials between the time of
15 the call and the time that you agreed to
16 serve as an expert witness.  Do you
17 recall saying that?
18      A.   I do recall.
19      Q.   What materials did you
20 review?
21      A.   Just random, whatever I got
22 from the -- that came out using keywords
23 of talc, talcum powder, ovarian cancer.
24 Those were my initial keywords.

Page 197

1       Q.   Do you recall, sitting here
2  today, any particular articles, whether
3  by author name or by name of that initial
4  search that you did before agreeing to
5  serve as an expert?
6       A.   I looked at Ghio, G-I --
7  G-H-I-O.  Did inhalation of talc and
8  airway cells in in vitro study.
9       I also looked at
10 Dr. De Boers and migration of carbon
11 black material.
12      I also looked at Dr. Venter
13 and Iturralde, who talked about
14 administered radiolabeled microspheres.
15      I read Dr. Weiner's --
16 Weiner's -- Dr. Weiner's publication.  I
17 read Dr. Epstein's letter.
18      Q.   Is that something that you
19 found on your own?
20      A.   Excuse me.  It wasn't
21 Dr. Epstein's letter.  I'm sorry.  I
22 stand corrected.
23      I read the National
24 Toxicology Report, the NTP 1993.

Judith Zelikoff, Ph.D.

Page 198

1    Q.   Did you do a more expansive
2  literature search and literature review
3  after agreeing to serve as an expert
4  witness?
5    A.   Of course.
6    Q.   Did you form any opinions,
7  though, from that initial search that you
8  performed?
9    A.   My opinion at that time was
10  that there was certainly -- I had a great
11  deal of interest in the topic, that there
12  was certainly enough information and
13  enough evidence to provide -- that was
14  provided by these publications that --
15  certainly that particles of the size of
16  talc can be -- can be translocated,
17  migrated, and that -- at least from the
18  lung, and so that there was biological
19  plausibility for movement within the
20  body.
21        And I found it convincing
22  that I could -- that I could get involved
23  in this case and that I believe that
24  there was, at that point with only

Page 199

1  superficial literature searching, that
2  there was indeed room for an opinion.
3  And that opinion being that there
4  certainly was information provided that
5  could lead me to provide biological
6  plausibility in that regard.  Otherwise,
7  I would not have taken the case.
8        What I would like to say is
9  that I would have done the same thing if
10  you had called me, sir, to answer the
11  question of what my beliefs are and where
12  the science is.
13    Q.   If you look at Page 2 again
14  of your expert report.
15    A.   Yes, sir.
16    Q.   That's Exhibit 2.  Again,
17  under the section mandate --
18    A.   Yes.
19    Q.   -- and methodology.
20    A.   I see it.
21    Q.   You say at the end of the
22  second paragraph that, "Biological
23  plausibility does not mean proof of
24  mechanism, but rather whether what is

Page 200

1  known about the product is consistent
2  with a cause-and-effect relationship."
3    Q.   Do you see that where I'm
4  reading?
5    A.   I see where you're reading.
6    Q.   Where does that definition
7  of biological plausibility come from?
8    A.   It is my professional
9  opinion.
10    Q.   Is there still biological
11  plausibility if what is known about a
12  substance and a disease is consistent
13  with no cause-and-effect relationship?
14        MS. O'DELL:  Object to the
15  form.
16        THE WITNESS:  Biological
17  plausibility, to me, as stated
18  here -- and I will state it a
19  different way, is that there is
20  actually literature and
21  information, reliable, sound
22  science that could -- that
23  provides evidence that there is a
24  mechanism or mechanisms as well as

Page 201

1  underlying information that could
2  prove the -- although it's not
3  necessary in Hill's criteria, that
4  could be used to prove a causal
5  relationship.
6        And in this case, that
7  talcum powder, in particular
8  Johnson & Johnson talcum powder,
9  can lead to ovarian cancer.
10  BY MR. HEGARTY:
11    Q.   Well, do you agree that the
12  finding of biologic plausibility by
13  itself does not mean causation?
14    A.   Biological plausibility is
15  used to supplement or to add on.  It is
16  actually one of Hill's criteria.  One
17  that he listed in his 1962 paper that is
18  not absolutely necessary but does provide
19  compelling evidence.  And I do believe
20  that biological plausibility is extremely
21  important, in my personal opinion, in
22  causal relationship.  And Hill agrees to
23  that as well.
24    Q.   You agree, though, that the

51 (Pages 198 to 201)

Judith Zelikoff, Ph.D.

Page 202

1    other Hill factors should be applied to
2    determine causality, other than -- in
3    addition to biological plausibility?
4         A.   Well, I really can't say.
5    Again, I know -- I know of Hill's work,
6    and I know of his groundbreaking
7    publication.  But again, I'm here to talk
8    about plausibility, not causation.
9         Q.   At the bottom of Page 2 you
10   say as part of your analysis you
11   reviewed, "Depositions and numerous
12   documents, internal memorandum and
13   published and unpublished studies and
14   testing results that I have found in my
15   own searches of documents, documents
16   provided by attorneys, and documents that
17   I requested."  That's carrying over to
18   Page 3.
19        Do you see that?
20        A.   Toxicological studies.  Are
21   we talking about toxicological studies
22   including in vivo and in vitro?
23        Q.   No.  I'm looking at the very
24   last sentence of the paragraph at the

Page 203

1    bottom of Page 2, carrying over to the
2    top of Page 3?
3         A.   In addition, I've reviewed
4    depositions and numerous documents
5    internal memorandum and published and
6    unpublished studies and testing results
7    that I have found in my own searches.
8         Q.   Correct.  In any scientific
9    analysis that you have done, have you
10   ever included as part of that analysis
11   documents provided by attorneys?
12        A.   In my -- when I publish, I
13   look at all relevant information that I
14   have access to.  It's about the science.
15        Q.   Not my question.  My
16   question is in any prior work that you
17   have done where you have published an
18   article, have you included in the review
19   for purposes of publishing that article,
20   documents provided by lawyers?
21        A.   No, sir, not to my
22   knowledge.
23        Q.   Have you ever included as
24   materials that you have reviewed for any

Page 204

1    publication of yours, depositions or
2    expert reports in a litigation?
3         A.   No.  However, there are
4    papers and regulatory -- regulatory
5    documents that are not considered
6    published, published.  If you mean
7    peer-reviewed literature, that's one way
8    of publishing.  So another way of
9    publishing is also documents that are in
10   a report.
11        And I have used reports in
12   my own publications, if they -- if they
13   are accessible to me.
14        Q.   Have you ever in a published
15   scientific article of yours cited to an
16   expert report from a doctor in a
17   litigation?
18        A.   I'm sorry.  I have to look
19   down at your question.
20        Not that I recall.  But
21   that's not to say that I would not.
22        If it was appropriate for
23   the paper that I was writing, I would
24   certainly use it.

Page 205

1         Q.   Can you identify any
2    scientific group -- strike that.
3         Before I ask you about
4    causation, now I want to ask you about
5    biological plausibility.  Can you cite
6    for me any scientific group, body, or
7    even paper that has concluded that there
8    is biological plausibility between
9    perineal talc use and ovarian cancer?
10        A.   Mm-hmm-hmm.  If you look at
11   -- I don't know what exhibit it is.  But
12   it is the Health Canada report.  And --
13   Canadian U.S. EPA.  And if you look at
14   Taher's paper, systemic review and
15   meta-analysis, in both of those -- okay.
16   So the environmental -- Health Canada and
17   Canadian EPA, they put out this -- this
18   document, which is an assessment, a
19   screening assessment document, to look at
20   biological plausibility as well as the
21   other epidemiological literature.
22        And they do speak to the
23   causation and they do speak to biological
24   plausibility of talc and its association

Judith Zelikoff, Ph.D.

Page 206

1  or talc and it's causation for ovarian
2  cancer. So they do in that document.
3       The systematic review and
4  meta-analysis 2018 of Taher also speaks
5  of it and reviews the 30 -- I think it's
6  30 -- 30 studies, of which there are 26
7  case-controls and -- studies, and I think
8  four cohort studies. And they do also
9  conclude that, by looking at the
10  meta-analysis, that there are -- that
11  there is causation associated -- that
12  there is causation for talcum powder and
13  ovarian cancer.
14       Q.  Actually, Doctor, both
15  documents to which you reference conclude
16  only that perineal use of talcum powder
17  is a possible cause of ovarian cancer,
18  correct?
19       MS. O'DELL:  Object to the
20  form.
21       THE WITNESS:  They state
22  cause. And if you give me a
23  moment, I can look for it, within
24  the document. So I'm looking at

Page 207

1       the Health Canada document.
2       Meta -- page -- I'm sorry.
3  Roman Numeral III, "Meta-analysis
4  of the available human studies in
5  the peer-reviewed literature
6  indicate a consistent and
7  statistically significant positive
8  association between perineal
9  exposure to talc and ovarian
10  cancer. Further available data
11  are indicative of causal effect."
12  BY MR. HEGARTY:
13       Q.  Okay. What is their
14  ultimate conclusion?
15       A.  This is part of their
16  conclusion.
17       Q.  Can I look at that document?
18       A.  Absolutely.
19       MR. TISI:  Is this marked as
20  an exhibit, Mark?
21       MR. HEGARTY:  Yes.
22       MR. FINDEIS:  Sorry, which
23  number is it marked? So the
24  record is clear.

Page 208

1       MS. O'DELL:  It's Exhibit 9.
2  BY MR. HEGARTY:
3       Q.  If you would look -- do you
4  have the Taher review?
5       A.  I do.
6       Q.  What's that marked as?
7       A.  That is Exhibit 10.
8       Q.  Exhibit 10?
9       A.  Based on your yellow mark,
10  yes.
11       Q.  If you look at the abstract
12  under the conclusion section, it
13  concludes that perineal use of talcum
14  powder is a possible cause of human
15  ovarian cancer.
16       Do you see that?
17       A.  Excuse me. I dropped my
18  microphone.
19       Okay. Please repeat your
20  question. Your comment.
21       Q.  Second page under the
22  conclusion section. The conclusion of
23  the Taher article is, "The perineal use
24  of talc powder is a possible cause of

Page 209

1  human ovarian cancer," correct?
2       MS. O'DELL:  Objection to
3  form.
4       THE WITNESS:  I see that
5  conclusion sentence.
6  BY MR. HEGARTY:
7       Q.  Nowhere in here do they say
8  that talcum powder causes ovarian cancer,
9  correct?
10       MS. O'DELL:  Objection to
11  form.
12       THE WITNESS:  If you're
13  looking for a specific sentence,
14  allow me to review.
15  BY MR. HEGARTY:
16       Q.  Well, are you going to need
17  to review the entirety of the paper?
18       A.  I may.
19       Q.  Okay. Well, I can't -- we
20  don't have time for you to review the
21  entirety of the paper so I'll withdraw
22  the question. If you need to review the
23  entirety of the paper.
24       Can you cite here without

53 (Pages 206 to 209)

Judith Zelikoff, Ph.D.

Page 210

1    reviewing it anywhere where they say
2    talcum powder causes ovarian cancer?
3         A.   I cannot --
4              MS. O'DELL:  Excuse me.  And
5    you're referring specifically to
6    Exhibit 10?
7              MR. HEGARTY:  Correct.
8              MS. O'DELL:  The Taher
9    paper?
10             THE WITNESS:  I can't say it
11   without looking at the paper.
12   BY MR. HEGARTY:
13        Q.   Has the Taher paper been
14   peer reviewed?
15        A.   The Taher paper has -- is a
16   document that, yes, has been peer
17   reviewed.  To my knowledge.
18        Q.   Okay.  What publication peer
19   reviewed that document?
20        A.   Excuse me?
21        Q.   Who peer reviewed that
22   document?
23        A.   I have -- I have no
24   knowledge of that.

Page 211

1         Q.   How do you know it's been
2    peer reviewed?
3         A.   The -- the plaintiff lawyers
4    have shown me a document, a cover letter,
5    information, I specifically asked that
6    question of them.
7         Q.   And are you relying on what
8    they provided to you for purposes of
9    saying it's peer reviewed?
10        A.   Please allow me to -- I'm
11   going to take a look into the document
12   again.  There may be evidence that's in
13   the document which says it's peer
14   reviewed.
15        Q.   Doctor, what are you looking
16   at for purposes of peer review?  I asked
17   you --
18        A.   I'm looking to see -- sorry,
19   please finish your question.
20        Q.   I asked you how do you know
21   it's been peer reviewed.
22        A.   And I stated that the
23   plaintiff lawyer -- the plaintiffs'
24   lawyers have shown me a document, a cover

Page 212

1    letter, information.  And I specifically
2    asked that same question.
3         Q.   Now, are you relying on the
4    fact it's been peer reviewed for your
5    opinions in this case?
6         A.   I'm relying on the science.
7         Q.   Well, are you relying on
8    whether -- on what plaintiffs' counsel
9    told you as far as whether it's been peer
10   reviewed?
11             MS. O'DELL:  Object to the
12   form.
13             THE WITNESS:  That is what
14   I'm trying to look, whether there
15   is an acknowledgment and whether
16   there is a statement within it
17   which says it's peer reviewed.
18             It -- it's stated that in
19   order for this -- in order for a
20   document such as this, and again
21   it depends on what you mean by
22   peer review, whether it's a
23   community or whether it's the
24   government.  The government has

Page 213

1    looked at this, and they were
2    submitted by Health Canada, and as
3    of now it's been submitted for
4    peer review, but it was looked at
5    by the Health Canada and by EPA.
6    BY MR. HEGARTY:
7         Q.   What document were you shown
8    that shows it's been peer reviewed?
9         A.   On the first page,
10   Exhibit 10, materials submitted to Health
11   Canada, materials submitted to journal
12   for peer review.
13        Q.   So it's not been peer
14   reviewed?
15        A.   To my knowledge, it has been
16   peer reviewed.  And again I'm relying on
17   plaintiffs' attorney with that
18   information.
19        Q.   Have you ever cited in a
20   scientific article of yours a publication
21   that's not been peer reviewed?
22        A.   All the time.
23        Q.   So that's something that --
24   that you have done as part of your

54 (Pages 210 to 213)

Judith Zelikoff, Ph.D.

Page 214

1    methodology?
2            MS. O'DELL:  Object to the
3    form.
4            THE WITNESS:  It's
5    something -- if there is -- based
6    on my opinion of the study design,
7    the information, the science, if
8    it -- if it needs to be stated, if
9    the science needs to be out there,
10    then I have cited numerous times
11    unpublished information.
12    BY MR. HEGARTY:
13        Q.   Do you understand that for
14    purposes -- that the -- strike that.
15            Do you understand that the
16    Health Canada risk assessment is a --
17    only a draft assessment at this point in
18    time?
19        A.   It is going to be reviewed,
20    yes.  I understand that it -- it is a
21    draft assessment.  I also understand that
22    it has gone through scrutiny by both
23    Health Canada and Canadian EPA.
24        Q.   Do you understand that

Page 215

1    there's a comment period that's going on
2    right now?
3        A.   I understand that, yes.
4        Q.   And that this is not a final
5    statement?
6        A.   Final statement.  In any
7    document, any regulatory document that --
8    those that are put out by the National
9    Academy of Science, whatever document
10    you're using, there's always a peer
11    review or comment period.
12            In my opinion, in my
13    professional career, documents do not
14    change that drastically based upon the
15    comments that come in.  Based upon
16    National Academy of Science, and the
17    National Toxicology Program.  There are
18    usually not -- there are no -- by the
19    time it reaches this point, there are no
20    substantive comments that allow for
21    extensive changes.
22        Q.   Other than the Canadian
23    documents you just cited, can you cite
24    for me any other scientific group, body

Page 216

1    or paper that has concluded that there is
2    biologic plausibility between talcum
3    powder use and ovarian cancer?
4        A.   Biological plausibility, in
5    my case, and for my review and for my
6    report, I'm looking at the inflammation
7    as a biological plausibility.
8            There is data going back and
9    scientific reviews and publications going
10    back to the '60s which implicate
11    inflammation as a biological mediator for
12    cancer.
13        Q.   Doctor, listen to my
14    question.  My question is very specific
15    to talc and the biologic plausibility
16    between talc and ovarian cancer.
17            Can you cite for me, besides
18    the Canadian documents you cited, any
19    scientific group, body or organization
20    that has concluded that there is biologic
21    plausibility between talcum powder use
22    and ovarian cancer?
23        A.   There is biological
24    plausibility and there is evidence that

Page 217

1    in Step 1, that talc causes inflammation.
2    In Step 2, that inflammation is a
3    well-known and well-established factor
4    in -- in cancer.
5        Q.   Doctor, you are not
6    answering my question.  Do you want to
7    read my question?  My question is very
8    specific.
9            Can you cite for me any
10    scientific body or group or organization,
11    other than what you say the Canadian
12    group or groups did, that has concluded
13    that there is biologic plausibility
14    between talcum powder use and ovarian
15    cancer?
16            MS. O'DELL:  Objection.
17    Objection to the question.  Asked
18    and answered.
19            THE WITNESS:  I stand by my
20    answer.  That, again, talc can
21    cause inflammation.  It's well
22    known.  And inflammation is an
23    underpinning for cancer.
24    BY MR. HEGARTY:

55 (Pages 214 to 217)

Judith Zelikoff, Ph.D.

Page 218

1    Q.   Okay.  Cite for me any
2  scientific group, body or organization
3  who has said that.
4    A.   That is throughout
5  literature.  If you go back to 1960 and
6  talk about the Vertel and the role of
7  inflammation in cancer, and numerous
8  other publications since that, if you
9  look at -- talc is used to induce
10  pleurodesis because of its inflammatory
11  responsiveness.
12    Q.   Doctor, you still are not
13  answering my question.  My question is
14  name a scientific body, organization or
15  group who has concluded, as you have
16  done, or you say you do in your paper,
17  that there is biologic plausibility
18  between talc and ovarian cancer.
19    MS. O'DELL:  Objection to
20  form.
21    THE WITNESS:  I gave you --
22  BY MR. HEGARTY:
23    Q.   Cite for me the groups.
24    MS. O'DELL:  Excuse me.  Let

Page 219

1  me -- objection to form.  Asked
2  and answered.  The doctor has
3  answered your question.  You may
4  not like the answer, but she's
5  answered it.
6  BY MR. HEGARTY:
7    Q.   Cite for me the groups by
8  name.
9    MS. O'DELL:  Objection to
10  form.
11    THE WITNESS:  Ask the
12  question again?
13  BY MR. HEGARTY:
14    Q.   Cite for me any name of any
15  group that has reached the same opinion
16  as you?
17    A.   Besides the Health Canada?
18    Q.   Correct.
19    A.   There are -- I -- you're
20  asking for something that is not -- I'm
21  answering the question by telling you
22  that you have talc which is an
23  inflamagogue, and you have talc and its
24  relationship with cancer.  And that is a

Page 220

1  biological mechanism that everyone
2  including the National Toxicology, the
3  IARC, the National Academy of Science,
4  EPA, all recognize.
5    Q.   Cite for me any group.
6  Again, you are not answering my question.
7    My answer --
8    A.   Okay.
9    Q.   -- my question is other than
10  the Canadian groups you've cited, cite
11  for me any group by name who has reached
12  the same opinion as you about biologic
13  plausibility.
14    MS. O'DELL:  Objection to
15  form.  Other than those she just
16  listed in her last answer?
17    MR. HEGARTY:  Well, she
18  didn't list any.  I think the
19  record shows that.
20    MS. O'DELL:  Yes, she did.
21    MR. HEGARTY:  Which ones did
22  she list?
23    MS. O'DELL:  NTP.  IARC.
24    MR. HEGARTY:  Okay.  Are you

Page 221

1  going on the record to say NTP has
2  concluded that talcum powder use
3  is a biologic
4  plausibility/plausible cause of
5  ovarian cancer?
6    THE WITNESS:  We're not --
7    MS. O'DELL:  She was talking
8  about inflammation and cancer, as
9  you well know.
10    MR. HEGARTY:  Right, which
11  is why she's not answering my
12  question.
13    MS. O'DELL:  No, no.  Your
14  question was not in relation to
15  specific talc and biologic
16  plausibility.
17    So the doctor has answered
18  your question.
19    MR. HEGARTY:  I think the
20  record will reflect otherwise.
21  BY MR. HEGARTY:
22    Q.   Doctor, listen to my
23  question --
24    MS. O'DELL:  No, it will

56 (Pages 218 to 221)

Judith Zelikoff, Ph.D.

Page 222

1    not.
2    BY MR. HEGARTY:
3        Q.   Listen to my question.
4            Can you cite for me any
5    group besides the Canadian group who has
6    concluded that there is biologic
7    plausibility, who has made a statement
8    that there is biologic plausibility
9    between talcum powder use and ovarian
10   cancer?
11       A.   I'm telling -- as I said
12   before, you're leaving out the word
13   "inflammation."
14       Q.   Doctor, you -- you need to
15   answer the question I ask.
16       A.   I -- I --
17       Q.   Your counsel can come back
18   and ask you that question.  I under -- I
19   want to know the name of any organization
20   by name who has concluded that there is
21   biologic plausibility between perineal
22   use of talc and ovarian cancer.
23       A.   Anyone --
24           MS. O'DELL:  Other than the

Page 223

1        ones she -- she's listed.
2            THE WITNESS:  Anyone that
3    you say -- any -- I'll do it
4    again.  National Toxicology
5    Program.  IARC.  Institute of
6    Medicine.
7            They may not say the
8    sentence you are -- you are
9    implying or you're stating.  But
10   they all show that talc has --
11   produces inflammation.
12           I don't think that the -- I
13   think that's a very common
14   knowledge that talc or talcum
15   powder products does produce
16   inflammation.
17   BY MR. HEGARTY:
18       Q.   Doctor, where have you ever
19   published a methodology for determining
20   whether there is biologic plausibility
21   between an exposure and a disease?
22       A.   Almost every paper that I
23   have in my CV talks about the biological
24   plausibility for the observations that

Page 224

1    I've shown, whether it's in air pollution
2    or whether it's in tobacco products or
3    nicotine products or World Trade Center
4    dust or metal inhalation or nanoparticle
5    inhalation.  They all give biological
6    plausibility statements for the
7    observations that have been found in my
8    laboratory.
9        Q.   Where have you ever
10   published step-by-step methodology for
11   how you go about determining whether
12   there is biological plausibility between
13   a substance and a disease?
14       A.   I use my professional
15   judgment.
16       Q.   Have you ever published that
17   professional judgment?
18           MS. O'DELL:  Objection to
19   form.
20           THE WITNESS:  I don't think
21   that would be publishable
22   material.
23   BY MR. HEGARTY:
24       Q.   In the end, Doctor, your

Page 225

1    report is your subjective take on the
2    studies, correct?
3            MS. O'DELL:  Objection to
4    form.
5    BY MR. HEGARTY:
6        Q.   I mean, you don't speak for
7    any scientific group, do you?
8        A.   I'm an expert toxicologist,
9    recognized clearly by the Society of
10   Toxicology as an expert in my field.
11   And -- I'm sorry.  I --
12       Q.   Well, is your report
13   speaking for the society --
14           MS. O'DELL:  Excuse me.
15   BY MR. HEGARTY:
16       Q.   Is your report speaking for
17   the Society of Toxicology?
18           MS. O'DELL:  She wasn't
19   finished.
20           THE WITNESS:  I wasn't.  I
21   was --
22           MS. O'DELL:  She wasn't
23   finished.  Please let the witness
24   finish.

57 (Pages 222 to 225)

Judith Zelikoff, Ph.D.

Page 226

1      MR. HEGARTY: I'll withdraw
2   the question.
3   BY MR. HEGARTY:
4      Q.   Doctor, do you speak for the
5   Society of Toxicology for purposes of
6   your opinions in your report?
7      A.   No.
8      Q.   Do you speak for any
9   society, any toxicology society --
10  society for purposes of your opinions?
11     A.   You didn't let me finish my
12  answer.
13       I do not speak for the
14  society of toxicology. But I am a
15  recognized toxicology expert, recognized
16  by the Society of Toxicology as an
17  expert. And I have written this report
18  based upon literature, scientific
19  evidence, and my professional judgment.
20     Q.   What society has recognized
21  you as an expert in talc and ovarian
22  cancer?
23     A.   I'm recognized as expert in
24  toxicology.

Page 227

1      Q.   What society has --
2      A.   Society of Toxicology.
3      Q.   Has the Society of
4   Toxicology recognized you as an expert in
5   talc and ovarian cancer?
6      MS. O'DELL: Objection to
7   form.
8      THE WITNESS: I was
9   recognized as an expert in tox and
10  ovarian cancer and talc by the
11  very basis that I'm sitting here.
12  BY MR. HEGARTY:
13     Q.   You don't speak for your
14  university, do you?
15     A.   No one -- no one speaks
16  directly for the university. But what we
17  say, we understand our paychecks come
18  from the university, and we follow within
19  the university and the medical school
20  guidelines.
21     Q.   Are your opinions in this
22  case the opinions of New York University?
23     A.   This is my --
24     MS. O'DELL: Objection to

Page 228

1   form.
2      You can answer.
3      THE WITNESS: This is my
4   opinion based upon my systematic
5   review of all the scientific
6   literature. And they -- by the
7   nature of hiring me, they have
8   approved of my -- my opinions.
9   Maybe not specifically in this
10  case, but they would not have
11  hired me or kept me for 35 years
12  if they did not agree that I was a
13  well-known established
14  toxicologist whose opinions are
15  based in my professional judgment.
16  BY MR. HEGARTY:
17     Q.   Did you tell the university,
18  New York University, of your opinions in
19  this case?
20     A.   I did not.
21     Q.   Have you told them that
22  you're an expert witness for plaintiffs
23  in this litigation?
24     A.   I have, yes.

Page 229

1      Q.   Have you reported, in your
2   financial disclosure, the money that
3   you've made in this litigation?
4      A.   Up until -- we are asked
5   that question -- we have to fill out
6   reports on transparency and conflicts of
7   interest. And I think the last time I
8   did it was in November of 2018. And I
9   reported up to that time, yes. We are
10  required to do that and, yes, I am
11  completely transparent.
12       So any money that I've made
13  since November, or since the filing of
14  the confidentiality agreement has not
15  been reported but will be coming in March
16  or April.
17     Q.   You don't speak for any
18  journal for the purpose of your report,
19  do you?
20     A.   For purposes of this report
21  I do not speak for journals. But I do
22  speak for journals because I'm an editor,
23  I'm an associate editor and on the
24  editorial boards for numerous

58 (Pages 226 to 229)

Judith Zelikoff, Ph.D.

Page 230

1    environmental health and toxicology
2    journals.
3         Q.   At the top of Page 3 of your
4    report, you say in the first full
5    paragraph that you considered the studies
6    that did not find an increased risk of
7    ovarian cancer with talc use.
8         Do you see that?
9         MS. O'DELL:  What page are
10   you on?  I'm sorry.
11   BY MR. HEGARTY:
12        Q.   Page 3.
13        A.   I'm sorry.  I know we're on
14   Page 3.
15        Q.   The first full paragraph.
16        A.   My opinions below?
17        Q.   The first full paragraph.
18        A.   My opinions below.  "My
19   opinions below" --
20        Q.   At the very -- at the very
21   end, you say you considered those studies
22   that did not find an increased risk.
23        Do you see that?
24        A.   I'm reading it.

Page 231

1         Yes, okay.  You were reading
2    in the middle of the sentence.  "To my
3    knowledge, I considered and evaluated the
4    majority of all available relevant
5    studies in the process of evaluating the
6    literature, including those that reported
7    an elevated risk of ovarian cancer with
8    exposure to talc and those where other
9    chemicals were reported within talc-based
10   body powders, including those that did
11   not find an increased risk."  Yes.
12        Q.   You did not cite a single
13   paper in your report that did not find an
14   increased risk of ovarian cancer with
15   talc use, did you?
16        MS. O'DELL:  Objection to
17   form.
18        THE WITNESS:  There were --
19   in reading over the meta-analysis
20   of -- I'm sorry, I'm probably
21   going to get his name wrong --
22   Penninkilampi.
23        In reading over the
24   meta-analysis of several -- from

Page 232

1    several, there are case-control
2    studies as well as cohort studies
3    which showed negative
4    associations.
5    BY MR. HEGARTY:
6         Q.   You did not cite any of
7    those in your report, though, did you?
8         A.   No.  What I said -- I'm
9    sorry.  Let me try and make it clear.
10        Yes, those meta-analyses
11   were included in the report or -- I need
12   to find the names.  Systematic review
13   that I cited was
14   P-E-N-N-I-N-K-I-L-A-M-P-I 2018.  And that
15   was a meta-analysis which reviewed the
16   epidemiological case-control and cohort
17   studies which showed that there were
18   studies that had negative associations.
19        Q.   Is that the only reference
20   that you included in your report, to
21   studies that did not find an increased
22   risk of ovarian cancer with talc use?
23        MS. O'DELL:  Object to the
24   form.

Page 233

1         THE WITNESS:  No.  No.
2         MS. O'DELL:  Excuse me.
3    Object to the form.
4         THE WITNESS:  No.  Under the
5    animal models on Page 13, there
6    were -- with rats that were
7    exposed by the peritoneum --
8    perineum, sorry, to either talc or
9    no treatment.  And while they did
10   find inflammatory response --
11   again, going back to my biological
12   plausibility -- they did not find
13   neoplasms.
14   BY MR. HEGARTY:
15        Q.   So that would be an example
16   of a study that did not show an increased
17   risk of ovarian cancer with talc use,
18   correct?
19        A.   That is --
20        MS. O'DELL:  Object to the
21   form.
22        Go ahead.
23   BY MR. HEGARTY:
24        Q.   Is that correct?

59 (Pages 230 to 233)

Judith Zelikoff, Ph.D.

Page 234

1         A.   Sorry.  Repeat the question.
2    Repeat the question, please.
3         Q.   Sure.  So that is an example
4    of a study that, in your opinion, does
5    not show an increased risk of ovarian
6    cancer with talc use?
7         MS. O'DELL:  Objection to
8    form.  Go ahead.  Sorry.
9         THE WITNESS:  Sorry.
10        This is a study which shows
11   biological plausibility by showing
12   that there is a foreign body
13   reaction and inflammatory
14   response.  However, it does not
15   show that there was any change in
16   neoplasm -- or any induction of
17   neoplasms or cancer.
18   BY MR. HEGARTY:
19        Q.   Did you read any cell study
20   that showed that talc is not cytotoxic?
21        A.   Can you please explain what
22   you mean by cytotoxic?  I want to answer
23   the question as you understand it.
24        Q.   What is your definition of

Page 235

1    cytotoxicity?
2         A.   I'd like to answer the
3    question that you're asking me.
4         Q.   I'm asking you your
5    definition.  The way a deposition works
6    is I ask you questions.  You don't ask me
7    questions.
8         MS. O'DELL:  Don't be -- be
9    courteous to the witness, please.
10        MR. HEGARTY:  I am.
11        THE WITNESS:  I appreciate
12   that.  I just want to, as a
13   toxicologist, the word
14   "cytotoxicity" carries many
15   meanings.
16   BY MR. HEGARTY:
17        Q.   What is your definition --
18   basic definition of cytotoxicity?
19        A.   There are many meanings.
20   Cytotoxicity taken literally meaning
21   toxicity to a cell.  Cyto, cell;
22   toxicity, toxic.  However, toxicity can
23   be measured by numerous endpoints.
24        Q.   Did you read any studies

Page 236

1    showing that talc was not toxic to cells?
2         A.   I read comparison studies.
3    Let me please find that, the exact names.
4         Q.   Let me withdraw the
5    question.  Doctor, in your opinion is
6    talc mutagenic?
7         A.   How do you define
8    "mutagenic"?
9         Q.   Doctor, what's your --
10   mutagenic is mutation to genes.  Does
11   talc mutate genes?
12        A.   Talc leads to changes in
13   gene expression which can be inferred as
14   a mutation.  However, when you talk about
15   mutation, you have many different
16   mechanisms of mutation.  Mutation can
17   occur as a result of a genotoxic or
18   direct impact on DNA, or it can occur as
19   a result of changes in the epigenome,
20   which leads to changes in expression of
21   the gene.
22        Q.   Does talc directly mutate
23   genes?
24        A.   Talc has been shown to

Page 237

1    cause -- to cause changes in particular
2    enzymes in the gene expression.  So a
3    mutation -- yes, it has been -- it has
4    been shown for mutation.  But I just
5    need -- I need the attorneys to
6    understand that there are many ways to
7    mutate a cell, not only can you do it by
8    chemical agent, but you can also -- it
9    occurs with aging.
10        So you do not need -- I'm
11   sorry.  You do not need genotoxicity to
12   produce mutagenesis.
13        Now, if you look at many
14   different assays such as the Ames assay
15   which uses bacteria to assess
16   mutagenicity, you are not going to see
17   that as a possibility for talc because
18   the bacteria cannot engulf the particle
19   and the particle needs to be ingested in
20   order to show mutagenesis.
21        Q.   Doctor, on Page 4 above your
22   section "fibrous talc" --
23        A.   I see it.
24        Q.   -- you refer to particle

60 (Pages 234 to 237)

Judith Zelikoff, Ph.D.

Page 238

1    size for talc.
2        A.    That's correct.
3        Q.    Is knowing particle size
4    part of your methodology for your
5    opinions in your report?
6        A.    I'm sorry.  I don't
7    understand what you mean by was it part
8    of my methodology.
9        Q.    Well, what is the threshold
10   size of a talc particle to establish
11   biologic plausibility?
12           MS. O'DELL:  Object to form.
13           THE WITNESS:  I don't think
14       you can answer that question.
15           In -- let me say this.
16           In doing my methodology and
17       accumulating literature, I -- as I
18       said, I binned or siloed
19       individual things.
20           And one of the silos and one
21       of the categories that I -- that I
22       wanted to read was size.  Size
23       makes a very big difference in
24       particles, and for example, if the

Page 239

1        particle is greater than
2    10 microns it's going to be what
3    we call inhalable as opposed to
4    respirable.  So where a particle
5    can go in terms of, and now I'm
6    using the lung as an example,
7    where the particle can go will
8    depend upon its size and how long
9    it will remain in a tissue.
10       So in my bins, in my silos
11   were -- certainly size was a
12   parameter.
13   BY MR. HEGARTY:
14       Q.    And what is the threshold
15   size of a talc particle to establish
16   biologic plausibility between talc and
17   ovarian cancer?
18           MS. O'DELL:  Objection to
19       the form.
20   BY MR. HEGARTY:
21       Q.    What size must the particle
22   be?
23           MS. O'DELL:  Objection to
24       form.

Page 240

1            THE WITNESS:  Establishing
2    my biological plausibility was --
3    was travel -- is traveling through
4    migration and the ability for a --
5    for the powder to migrate or the
6    constituents to migrate.  And --
7    and also the ability to be
8    inflammatory.
9    BY MR. HEGARTY:
10       Q.    Well, what size -- what size
11   of particle -- what size must the
12   particle be to cause inflammation that
13   leads to ovarian cancer?
14       A.    Particles of any --
15           MS. O'DELL:  Objection to
16       form.  You may go.
17           THE WITNESS:  Particles of
18       any size can cause inflammation.
19   BY MR. HEGARTY:
20       Q.    What about talc particles,
21   what size of talc particle must there be
22   to cause inflammation?
23       A.    Talc particles of any size
24   can cause inflammation.

Page 241

1        Q.    And is there --
2        A.    However, there are
3    differences, from reading the literature,
4    that indicates that the smaller the
5    particle the greater the inflammation.
6           And that's universally
7    known.
8        Q.    Was part of your analysis,
9    did you -- did that involve investigating
10   biologic plausibility as it relates to
11   particle size?
12       A.    That was -- that was part of
13   my reading and part of my -- my thought
14   process, my gathering of information,
15   yes.
16       Q.    And is there a certain size
17   of particle necessary to establish
18   biologic plausibility under your opinion?
19           MS. O'DELL:  Objection.
20       Asked and answered.
21           THE WITNESS:  Well, I do
22       think I answered that question.
23       But again there's really --
24       apart -- it is not just particle

61 (Pages 238 to 241)

Judith Zelikoff, Ph.D.

Page 242

```
 1    size which is important in
 2    producing an inflammation.  It is
 3    many parameters.  And so there was
 4    no one size or one cutoff that
 5    induces inflammation or does not.
 6    It's chemical composition, it's
 7    shape of the particle, it's
 8    bioavailability of the particle.
 9 BY MR. HEGARTY:
10    Q.   Can you cite for me the --
11 the particle size for Johnson's Baby
12 Powder over the last 120 years?
13         MS. O'DELL:  Objection to
14 form.
15         THE WITNESS:  I'm not sure I
16 can cite it over the last
17 120 years.  But I can tell you
18 from the information in the
19 documents that I -- that I
20 reviewed, that particle size goes
21 from above 50 microns,
22 micrometers, microns, down to
23 0.3 micron with an average size of
24 10.5 to 11.5 depending on the
```

Page 243

```
 1    document that you read.  So an
 2    average or median size.
 3 BY MR. HEGARTY:
 4    Q.   So did you -- did you do
 5 analysis for biologic plausibility
 6 purposes of every size of talc particle?
 7         MS. O'DELL:  Objection.
 8 Asked and answered.
 9         THE WITNESS:  Did I do
10 analysis -- I -- no, as I said, I
11 gave you the size of the -- of the
12 talcum that was reviewed, that I
13 reviewed within the documents.
14 BY MR. HEGARTY:
15    Q.   You, on -- on page -- strike
16 that.
17         Under the section Fibrous
18 Talc, you say that -- is it your
19 testimony that -- strike that.
20         Is it your opinion that
21 asbestiform talc is also called fibrous
22 talc?
23    A.   Talc and asbestos are -- are
24 different minerals.
```

Page 244

```
 1    Q.   Well, fibrous talc is only
 2 talc that grows in an -- in an
 3 asbestiform habit, correct?
 4    A.   Fibrous talc refers to the
 5 shape and the longitudinal direction of
 6 the fibers.  That's what fibrous talc is,
 7 and asbestiform refers to the same
 8 longitudinal pattern of the particular
 9 fibrils and -- to form a bundle or to
10 form a fiber.
11    Q.   So you don't agree that
12 fibrous talc is only talc that grows in
13 an asbestiform habit?
14         MS. O'DELL:  Objection to
15 form.
16         THE WITNESS:  Fibrous talc
17 by its very nature is saying that
18 it grows in an asbestiform-like
19 phenotype or asbestiform-like
20 morphology.  That's the nature of
21 asbestiform.
22         Asbestiform is a form.
23 BY MR. HEGARTY:
24    Q.   You state in the middle
```

Page 245

```
 1 paragraph, in that section, that talc in
 2 its fibrous form has been classified by
 3 IARC as Group I, a known carcinogen.
 4 That's not correct, is it?
 5         MS. O'DELL:  Objection to
 6 form.
 7         THE WITNESS:  I'm sorry,
 8 could you say again?
 9 BY MR. HEGARTY:
10    Q.   Well, you agree that only
11 talc containing asbestiform fibers has
12 been classified as Group I by IARC,
13 correct?
14    A.   Are you referring to in 2010
15 IARC expanded or -- I'm sorry, in its
16 fibrous form, talc has been classified as
17 a Group I known carcinogen?
18    Q.   Correct.
19    A.   Asbestiform fibers have been
20 listed by IARC as a carcinogen.
21    Q.   A talc containing
22 asbestiform fibers is the only form of
23 talc that's been designated as a class --
24 as a Category I carcinogen by IARC,
```

62 (Pages 242 to 245)

Judith Zelikoff, Ph.D.

Page 246

1  correct?
2       A.   It's not the only one that's
3  been associated with it, but for the
4  purpose of my report that I put down,
5  it's the asbestiform that has been
6  classified by the IARC.
7       Q.   Well, it's talc containing
8  asbestiform fibers, correct?
9            MS. O'DELL:  Objection to
10  form.
11           THE WITNESS:  It's -- it's
12  fibrous talc.
13  BY MR. HEGARTY:
14       Q.   Is that -- that's your --
15  your -- it's your opinion that IARC's
16  designation in 2012 is of asbestiform
17  talc?
18       A.   Their designations is
19  form -- is talc fibers, which are
20  asbestiform in nature.
21       Q.   Do you cite to any published
22  data in the medical literature that
23  asbestiform talc has been found in
24  Johnson's Baby Powder?

Page 247

1       A.   I'm sorry.
2            You cite -- do you cite to
3  any published data in the medical
4  literature that asbestiform talc...
5            The documents, the published
6  documents within Johnson & Johnson and
7  the Longo report, Longo's 2017, as well
8  as 2018 supplement from December, shows
9  asbestiform fibers.
10       Q.   My question though is can
11  you cite any data published in the
12  medical literature that has found
13  asbestiform talc in Johnson's Baby
14  Powder?
15       A.   I thought I just did in
16  terms of the Longo report.
17       Q.   Is the Longo report
18  published in the medical literature?
19       A.   It's -- I'm not sure whether
20  it's accessible in the medical -- medical
21  literature at this point.  But I'm sure
22  it could be gathered.
23       Q.   My -- my question is solely
24  as to the published medical literature.

Page 248

1  Can you cite for me any published medical
2  literature finding asbestiform talc in
3  Johnson's Baby Powder?
4       A.   Page 6 of my report speaks
5  of the Crowley report, and that the fiber
6  content ranged from 8 percent to
7  30 percent.  And that Pooley and Rohl
8  analyzed 27 talc powders and detected
9  tremolite fibers in three samples.
10       Q.   Is it your testimony that
11  Crowley -- Crowley's article refers to
12  Johnson's Baby Powder?
13       A.   I would have to see the
14  article.
15       Q.   How about Pooley and Rohl,
16  do they refer to Johnson's Baby Powder?
17       A.   I would have to see the
18  article.
19       Q.   In the end, for purposes of
20  your opinion as to asbestos and talc,
21  you're relying on the report of Longo and
22  Rigler, correct?
23            MS. O'DELL:  Objection to
24  form.

Page 249

1            THE WITNESS:  No, I rely on
2  the scientific literature, not on
3  any one paper.  I used weight of
4  evidence to come to my opinion.
5  BY MR. HEGARTY:
6       Q.   Did you include in your
7  weighing of evidence the expert reports
8  of Longo and Rigler?
9       A.   I read the Longo supplement
10  2018 after I wrote the report.
11       Q.   For purposes -- for purposes
12  of the opinions again in this case, do
13  you rely in any way on the Longo and
14  Rigler reports?
15            MS. O'DELL:  Objection to
16  form.
17            THE WITNESS:  I'm not sure I
18  understand your question.  As I
19  said, I wrote the report on
20  November 16th.  I read the Longo
21  supplement report in -- about two
22  weeks ago.
23  BY MR. HEGARTY:
24       Q.   But you cite in your report

63 (Pages 246 to 249)

Judith Zelikoff, Ph.D.

Page 250

1    the -- the MDL report of Longo and
2    Rigler, correct?
3        A.    What page is that please?
4        Q.    At the end of Exhibit B.
5        A.    I -- okay.
6              Excuse me.  I referred to
7    Longo on page -- there is no page.
8    Sorry.
9              The cosmetic talc in the
10   Lancet and cosmetic talc in -- and
11   ovarian cancer in the Lancet.  Those are
12   very early papers which I -- which I
13   reviewed.  Those papers were considered.
14   The latest papers from Longo were not
15   considered in my report.
16       Q.    Are you talking about the
17   latest --
18       A.    2017, 2018.  They were not
19   read until after the report was
20   finalized.
21       Q.    Do you know Longo and
22   Rigler?
23       A.    Not at all.
24             THE VIDEOGRAPHER:  Doctor,

Page 251

1              can you raise your microphone up?
2              THE WITNESS:  Oh, sure.
3    BY MR. HEGARTY:
4        Q.    Did you do anything to
5    assess their expertise in this area?
6        A.    I -- I --
7              MS. O'DELL:  Are you
8    referring to Dr. Longo and
9    Dr. Rigler?
10             MR. HEGARTY:  Yes.
11             THE WITNESS:  I read the --
12   the bio sketch, a brief, very
13   brief bio sketch of Ray Longo.
14   And I looked up his credentials in
15   terms of how long he's been in
16   the -- in this company, how he
17   started this company or at least
18   was president of this company for
19   a short period of time.
20             From what I know of my own
21   work in the laboratory and working
22   with other chemists and technical
23   instrumentation people in the
24   laboratory, I -- the XRD that they

Page 252

1    use, the polarized light
2    microscopy and the TEM all seem to
3    be the way he describes it.  His
4    methodologies were spot on in
5    terms of what other people do.
6    BY MR. HEGARTY:
7        Q.    Are you an expert in XRD?
8        A.    As I stated, I worked with
9    people who used the instrumentation.  An
10   expert, again, I'm not sure what you mean
11   by expert.  Have I done XRD on my own,
12   no.  But in our department we have
13   numerous people who -- who use that
14   instrumentation.
15       Q.    Are you an expert in TEM?
16       A.    I have done TEM for my Ph.D.
17   thesis.
18       Q.    Have you do TEM -- have you
19   ever done TEM to detect asbestos?
20       A.    I have not done TEM to
21   detect asbestos.  But I looked at his
22   methodologies, his study design, and the
23   instruments that he used.  And they are
24   state of the art.

Page 253

1        Q.    Have you ever performed the
2    test that he describes in his articles or
3    reports?
4        A.    I have used polarized light
5    microscopy.
6        Q.    That's not my question.  My
7    question is have you performed the same
8    tests in your lab or in any -- in your
9    experience that he has performed and
10   reported on in his reports?
11       A.    Personally, no.
12       Q.    Starting on Page 5, you talk
13   about asbestos.
14       A.    Page 5 of what?
15       Q.    Of your report.
16       A.    Thank you.
17       Q.    Is it your opinion that any
18   amount of exposure to asbestos, even to a
19   single fiber, can cause disease?
20       A.    From the scientific
21   literature it is -- it appears -- it
22   appears pretty conclusive that there is
23   no threshold for the amount of
24   asbestiform asbestos that is needed to at

64 (Pages 250 to 253)

Judith Zelikoff, Ph.D.

Page 254

1   least start a disease process.
2       Q.   Before being contacted by
3   counsel for plaintiffs in this case, had
4   you read any literature concerning
5   asbestos and ovarian cancer?
6       A.   I have not read literature
7   prior to that on asbestos and ovarian
8   cancer. However, I am familiar with, as
9   I said, other particles, other dusts,
10  other fibers that I have worked with in
11  the laboratory.
12      Q.   Had you even heard of a link
13  between asbestos and ovarian cancer
14  before being contacted by plaintiffs'
15  counsel?
16      A.   Yes.
17      Q.   Where did you hear that
18  from?
19      A.   Discussed it with my
20  colleagues. As I said, I've listened to
21  the media on discussing it. And my
22  colleagues are a very good source,
23  although they do not do this work in
24  their laboratory, we all try to keep up

Page 255

1   with the latest emerging scientific
2   debates.
3       Q.   What is the minimum number
4   of asbestos fibers necessary to cause
5   ovarian cancer?
6       A.   Can -- do you mean -- I said
7   that there is really no threshold. And
8   it can be one fiber. It depends on the
9   individual and the susceptibilities and
10  the vulnerabilities of that particular
11  individual.
12      Q.   So it's your opinion that
13  one fiber of asbestos can cause ovarian
14  cancer?
15      A.   Under certain conditions,
16  yes, it is my opinion.
17      Q.   Can you cite for me any
18  authority for that opinion specific to
19  one fiber?
20           MS. O'DELL: Object to form.
21  BY MR. HEGARTY:
22      Q.   And ovarian cancer.
23           MS. O'DELL: Object to the
24  form.

Page 256

1           THE WITNESS: I don't think
2   that's -- I don't think that's --
3   I don't personally think that's
4   the question.
5           The question is, asbestos is
6   well classified, well known as a
7   Class 1 carcinogen by IARC. And
8   one fiber has the potential to
9   initiate the biological processes
10  or provides biological
11  plausibility that there, in fact,
12  by producing inflammation and
13  producing reactive oxygen
14  intermediates, one fiber can start
15  the process for ovarian cancer.
16          And again, let me just
17  repeat that my mission, my
18  question that was asked, was to
19  provide biological plausibility
20  for talc, not to define causation
21  as an epidemiologist.
22  BY MR. HEGARTY:
23      Q.   So it's your opinion that a
24  single fiber of asbestos in talc can

Page 257

1   establish biological plausibility between
2   talc and ovarian cancer?
3       A.   My --
4           MS. O'DELL: Object to the
5   form.
6           THE WITNESS: My opinion is
7   that a single fiber can induce
8   inflammation and reactive oxygen
9   species and can change the cell
10  into a pro-oxidant cell that
11  starts the process for ovarian
12  cancer.
13  BY MR. HEGARTY:
14      Q.   Do you agree that there are
15  background rates of asbestos in certain
16  areas?
17      A.   Do you mean in the air?
18      Q.   In the air?
19      A.   In the air, it depends on
20  that area. If that's an area where
21  there's mining or there's a house being
22  redone from the 1970s or 19 -- early '80s
23  that might have used asbestos, then there
24  will be asbestos in the air. But not

65 (Pages 254 to 257)

Judith Zelikoff, Ph.D.

Page 258

1  sitting in this room, unless there is
2  asbestos in the walls, which I doubt
3  because it was only built about ten years
4  ago.
5      Q.   Do the background rates of
6  asbestos in certain areas cause ovarian
7  cancer?
8      A.   Asbestos has been shown to
9  cause ovarian cancer by inhalation, yes.
10     Q.   Is it your opinion that
11  background rates of asbestos in the air
12  can cause ovarian cancer?
13         MS. O'DELL:  Object to the
14     form.
15         THE WITNESS:  I don't --
16     again, background rates, it has
17     been shown that workers that are
18     in places where asbestos is made
19     have a higher incidence of lung
20     cancer as shown by Dr. Selikoff
21     many, many years ago.
22  BY MR. HEGARTY:
23     Q.   Doctor, you know what a
24  background rate of -- background level of

Page 259

1  a particle in air is, right?
2      A.   Yes, sir, I do.
3      Q.   Okay.  And is it your
4  opinion that background levels of
5  asbestos in the air can cause ovarian
6  cancer?
7          MS. O'DELL:  Objection to
8      form.
9          THE WITNESS:  As I said,
10     sitting in this room, there should
11     not be any background level of
12     asbestos.  So if you're talking
13     about background level in a
14     particular institute or industry
15     where they're developing it, those
16     levels are quite high, and yes, I
17     do believe that those levels
18     within a working environment can
19     indeed cause inflammation that can
20     lead to causation.
21  BY MR. HEGARTY:
22     Q.   There are background levels
23  of asbestos in the air in New York City,
24  correct?

Page 260

1      A.   It depends.  After the World
2  Trade Center, there was.
3      Q.   Are those background
4  levels -- do those background levels
5  cause ovarian cancer?
6          MS. O'DELL:  Objection to
7      the form.
8          THE WITNESS:  The studies
9      that have been done by my
10     colleagues in the aftermath of the
11     World Trade Center disaster where
12     asbestos was generated have not at
13     this time -- and New York City
14     Public Health has not at this time
15     looked at ovarian cancer.  Ovarian
16     cancer occurs within 10 to 30, up
17     to 40 years later.  So since 9/11
18     was only 2001, there is -- there
19     is not sufficient time to have
20     developed ovarian cancer.
21  BY MR. HEGARTY:
22     Q.   Doctor, before 9/11 there
23  were background levels of asbestos in
24  certain parts of New York City, correct?

Page 261

1      A.   When there are houses that
2  were built with it.  There is -- asbestos
3  is not just -- should not be -- unless
4  there's a source, asbestos should not --
5  it would not be coming from jet engines.
6  It would not be coming from other
7  sources.  If it's there, it came from a
8  specific source.  It's like we should not
9  have lead in our body at all.  But we do
10  because the lead came from the air where
11  there was lead in the gasoline.
12         So there shouldn't be
13  background levels of asbestos just
14  hanging around unless there's an adequate
15  source that produced it.
16     Q.   Does EPA allow background
17  levels of asbestos in water?
18     A.   I'm not familiar with that
19  information.  That's in water.  You asked
20  me about air.
21     Q.   I asked you a different
22  question.  I can ask you a different
23  question, Doctor.
24     A.   I understand the question,

66 (Pages 258 to 261)

Judith Zelikoff, Ph.D.

Page 262

```
 1    yes.
 2         Q.   Does EPA allow background
 3    levels of asbestos in water?
 4         A.   I have not reviewed that
 5    literature.
 6         Q.   As a toxicologist, you agree
 7    that dose or level of exposure determines
 8    the toxicity of substances, correct?
 9              MS. O'DELL:  Object to the
10    form.
11              THE WITNESS:  I believe that
12         dose as well as frequency,
13         duration, time of exposure are
14         all -- as well as dose contribute
15         to the toxicity of an agent.
16    BY MR. HEGARTY:
17         Q.   You agree that a substance
18    can produce a harmful effect only if it
19    reaches a susceptible biological system
20    within the body in high enough
21    concentration, correct?
22              MS. O'DELL:  Objection to
23    form.
24              THE WITNESS:  It depends on
```

Page 263

```
 1         the -- let me read your question
 2         over.  It was a lengthy question.
 3         It depends on the -- on the
 4         toxicant that you're talking
 5         about.  There is dose that you're
 6         exposed to, or concentration that
 7         you're supposed to, and dose to
 8         the target tissue.  And for every
 9         different -- every different
10         chemical, there is a different
11         target dose that could start a
12         biological process.
13    BY MR. HEGARTY:
14         Q.   And what is the target dose
15    that is necessary to start the biologic
16    process of talc and ovarian cancer?
17              MS. O'DELL:  Object to the
18    form.
19              THE WITNESS:  Well, if
20         you -- if you look at talc as a
21         whole, to give you a
22         concentration, a threshold
23         concentration, I'm not sure that
24         has been -- I don't -- that has
```

Page 264

```
 1    not been done.
 2         There are -- there is
 3    information on no observable
 4    adverse effect level that has been
 5    established using a dose-response
 6    by the NTP, National Toxicology
 7    Program.
 8         And two milligrams of talc
 9    that they used produced minimal --
10    minimal affects in the rats and
11    mice that they tested.  So
12    somewhere below at least, from an
13    inhalation perspective, is --
14    produces no effect.
15         However, they saw effects
16    even at the lowest, two milligrams
17    per.
18    BY MR. HEGARTY:
19         Q.   My question was specific to
20    ovarian cancer.  That study did not --
21    did not identify any ovarian cancers in
22    the mice -- in the mice or rats, correct?
23         A.   That's not what they looked
24    for.
```

Page 265

```
 1         Q.   My question is specific to
 2    ovarian cancer.
 3         A.   Let me read your question
 4    over again.  Could you repeat your
 5    question.  It's already gone past.
 6         Q.   What is the target dose that
 7    is necessary to start the biologic
 8    process of talc and ovarian cancer?
 9         A.   Well, as I talked about, one
10    fiber of asbestos could start the
11    biological process.  It is not clear if
12    there is a threshold dose or a
13    concentration, or whether one -- and
14    we're talking about the whole talcum
15    powder product.  We're not talking about
16    any one product.  You're talking about
17    the whole process and how much it will
18    start the biological process.
19         It's unknown, it's not in
20    the literature.  But I will tell you that
21    even small doses that are used of the
22    talcum -- of a talcum product, if you
23    take a woman who takes a handful, if you
24    take a woman that takes a little bit on a
```

67 (Pages 262 to 265)

Judith Zelikoff, Ph.D.

Page 266

1  powder puff, that amount could even,
2  depending upon the woman, the
3  susceptibility, the vulnerability, can
4  all start the process.
5       We're talking about the
6  process, in my opinion. What you're
7  talking about and in the opinion that I
8  report here, is that that can start an
9  inflammatory process.
10      Q.   And what is the number of
11  particles of talc necessary to start the
12  biologic process?
13          MS. O'DELL: Object to form.
14          THE WITNESS: That is not in
15  the scientific literature.
16  BY MR. HEGARTY:
17      Q.   Over Pages 6 through 8 of
18  your report you discuss asbestos. Is the
19  presence of asbestos in talc necessary
20  for your biologic plausibility opinions?
21      A.   I looked at the entire
22  product.
23      Q.   Well, do you intend to
24  testify that there is biologic

Page 267

1  plausibility between pure talc, the platy
2  talc, and ovarian cancer?
3          MS. O'DELL: Object to the
4  form.
5          THE WITNESS: I don't
6  think -- my opinion is that there
7  may not be anything such as platy
8  talc in a pure form.
9  BY MR. HEGARTY:
10      Q.   Okay. It's your opinion
11  that pure talc does not exist?
12          MS. O'DELL: I'm not sure
13  she -- she finished her answer.
14          Had you finished, Doctor,
15  before?
16          THE WITNESS: I actually
17  need a little water.
18          MS. O'DELL: Okay. Sure.
19          Had you finished your answer
20  before the second question was
21  asked?
22          THE WITNESS: No.
23          MS. O'DELL: Okay. You may
24  finish.

Page 268

1          THE WITNESS: Can -- can you
2  address the question again?
3  BY MR. HEGARTY:
4      Q.   Is it your opinion that pure
5  talc does not exist?
6          When I say pure talc, I mean
7  talc without asbestos, without heavy
8  metals, without fragrance.
9          MS. O'DELL: Objection to
10  form.
11          THE WITNESS: The idea of
12  talc is that it has, within its
13  lattice, metals.
14          So platy talc refers to the
15  structure or the morphology of the
16  talc, how it looks, what
17  dimensions it's in.
18          So, do I think there is
19  platy talc? Of course there is
20  platy talc.
21  BY MR. HEGARTY:
22      Q.   Is there platy talc without
23  asbestos?
24      A.   Well, according to the

Page 269

1  studies out of Mossman's laboratories,
2  they used asbestos, they used talc that
3  contained nonfibrous talc.
4      Q.   Do you have an opinion on
5  whether there is talc without asbestos?
6          MS. O'DELL: Object to the
7  form.
8          THE WITNESS: In many of the
9  documents from Johnson & Johnson,
10  they measured fibrous talc as well
11  as other forms, non-asbestiform,
12  and they -- they found that there
13  were samples, individual samples
14  that they reported as
15  nondetectable as having
16  asbestiform talc.
17  BY MR. HEGARTY:
18      Q.   Well, do you have an opinion
19  of whether there is talc without
20  asbestos?
21      A.   It depends where -- where
22  it's mined. If it's mined in an area
23  where people were extremely cautious,
24  there could be.

68 (Pages 266 to 269)

Judith Zelikoff, Ph.D.

Page 270

1    Q.   Did you do analysis of
2  biologic plausibility for talc without
3  asbestos?
4         MS. O'DELL:  Objection to
5  form.
6         THE WITNESS:  My biological
7  assessment, my -- my biological
8  plausibility was looking at the
9  entire product of talcum powder.
10 BY MR. HEGARTY:
11    Q.   And how do you define the
12 entire product?
13    A.   The entire product is
14 whatever are the ingredients or listed
15 within the documents or the test results
16 from Imerys that -- that indicate what
17 they measured, including the metals, the
18 asbestos, the -- the asbestiform fibers,
19 the fragrances.
20    Q.   So you did your biologic
21 plausibility analysis with -- based on
22 talc that has asbestos, heavy metals and
23 fragrance in it, correct?
24         MS. O'DELL:  Objection to

Page 271

1  form.
2         THE WITNESS:  I did my
3  biological plausibility on talcum
4  powder products.
5         I looked at individual
6  products, individual constituents
7  in adding to my -- to my report,
8  to my document.  But I looked at
9  the entire product.  And it is my
10 opinion that the entire product
11 causes inflammation and that
12 inflammation then goes on as a
13 triggering mechanism to turn on
14 certain genes and to bind iron
15 that can lead to the changes
16 needed for cancer in the ovary.
17 BY MR. HEGARTY:
18    Q.   You did not do a separate
19 analysis of talc without asbestos or
20 without -- and without heavy metals and
21 without fragrance, correct?
22         MS. O'DELL:  Object to the
23 form.
24         THE WITNESS:  I'm not even

Page 272

1  sure how that would be done or I
2  don't think it could be done.
3         What I did was I did it for
4  the entire product.
5  BY MR. HEGARTY:
6     Q.   And what do you -- what do
7  you think -- what is your opinion --
8  strike that.
9         What is in the entire
10 product in your opinion?
11    A.   Based upon the Johnson &
12 Johnson documents.  That's where my --
13 that's where I will tell you what is in
14 there.
15         As -- as far as the product
16 documents, it indicates that there are
17 metals, including -- not -- not totally
18 inclusive of, but to mention a few of the
19 more well-known ones, cobalt, chromium
20 and nickel.
21         There are also, according to
22 the Crowley report, there are also many
23 chemicals that make up a fragrance.  And
24 there -- and in many of the samples

Page 273

1  tested, there was asbestos or asbestiform
2  fibers, some of which were called fibrous
3  talc, others were called asbestiform and
4  others in which they were called asbestos
5  fibers, or amphiboles or anthophyllite.
6     Q.   Did you review all the
7  test --
8     A.   Anthophyllite.
9     Q.   I'm sorry.
10         Did you review all the
11 testing documents produced by Johnson &
12 Johnson and Imerys in this case?
13    A.   I reviewed the documents
14 that are in the production document black
15 binder to my right.
16    Q.   Those were provided to you
17 by plaintiffs' counsel, correct?
18    A.   That is correct.
19    Q.   Did you ask them if they
20 provided to you all testing documents
21 that had been produced in this case with
22 regard -- by Johnson & Johnson and
23 Imerys?
24    A.   I did not ask that question

69 (Pages 270 to 273)

Judith Zelikoff, Ph.D.

Page 274

1  specifically.
2      Q.   Do you know whether there
3  are additional documents of tests --
4  documents describing tests that were done
5  by Johnson & Johnson and/or Imerys with
6  regard to asbestos, heavy metals,
7  fragrances and talc?
8      MS. O'DELL:  Object to form.
9      THE WITNESS:  Plaintiff
10  counsels and myself did talk about
11  that, some of that information,
12  and --
13      MS. O'DELL:  Doctor,
14  don't -- in terms of our
15  conversations --
16      THE WITNESS:  I'm sorry.
17      MS. O'DELL:  -- those
18  conversations are our work
19  product.
20      But to the degree that your
21  answer doesn't depend on our
22  conversations, you may -- you may
23  answer.
24      THE WITNESS:  I -- I made it

Page 275

1      clear that I would like to see
2  documents that could go into my
3  assessment of biological
4  plausibility.
5  BY MR. HEGARTY:
6      Q.   Would you like to see
7  documents showing that there is no
8  asbestos in talcum powder, in particular
9  Johnson's Baby Powder?
10      A.   I will review any documents
11  that are provided to me, if asked to
12  review them.
13      Q.   Did you ask plaintiffs'
14  counsel to provide you documents of
15  testing showing no asbestos in Johnson's
16  Baby Powder?
17      A.   Many of those -- of the
18  documents that are in the product
19  production document show that there are
20  samples that do not contain asbestos, or
21  I will say asbestiform or talc fibers.
22  So there is information in there showing
23  when there is -- it is present and
24  information in there showing when it was

Page 276

1  not present.
2      Q.   You relied on plaintiffs'
3  counsel to select for you the testing
4  documents that you reviewed, correct?
5      A.   I -- I read and reviewed
6  whatever they sent me.
7      Q.   And did you do anything to
8  verify that you had all the documents
9  regarding the testing of Johnson's Baby
10  Powder?
11      A.   I did nothing personally
12  other than ask the -- the attorneys if
13  there was anything else I needed in
14  forming my opinion.  In -- of production
15  documents, if we're just referring to
16  that.
17      I have no access to
18  production documents on my own or through
19  the internet.  And I know none of the
20  other deposees.
21      Q.   Did you do a comparison of
22  biologic plausibility across various
23  brands of talcum powder products?
24      A.   I did not personally do any

Page 277

1  of that.  However many of the documents
2  and many of the studies including the
3  Longo supplement did compare, for
4  example, I think I misspoke when I said
5  one of the places that Johnson & Johnson
6  gets their talc is Korea.  What I meant
7  was China.  I should have said Asia.  So
8  Korea is also a mine that provided, but
9  not to Johnson & Johnson.
10      MS. O'DELL:  Hey, Mark,
11  we've been going about an hour and
12  15 minutes.
13      MR. HEGARTY:  Okay.
14      MS. O'DELL:  Can we take a
15  break?
16      MR. HEGARTY:  Yeah.
17      THE VIDEOGRAPHER:  The time
18  is 2:27 p.m.  Off the record.
19      (Short break.)
20      THE VIDEOGRAPHER:  We are
21  back on the record.  The time is
22  2:45 p.m.
23  BY MR. HEGARTY:
24      Q.   Doctor, if evidence was that

70 (Pages 274 to 277)

Judith Zelikoff, Ph.D.

Page 278

1  there is no asbestos in Johnson's Baby
2  Powder, would that change your opinions
3  as to biological plausibility?
4      A.   No, sir, it would not.
5      Q.   Same question with regard to
6  heavy metals.  If there were no heavy
7  metals in Johnson's Baby Powder, would
8  that change your opinions on biological
9  plausibility?
10     A.   I looked at the entire
11 product and it would not -- it would not
12 change my opinion, as it exists
13 currently, with biological plausibility
14 that it would cause ovarian cancer
15 through -- through inflammation, is my
16 opinion.
17     Q.   In looking at your heavy
18 metals section, beginning at Page 8 of
19 your report -- are you there?
20     A.   I'm not.  I had to put my
21 glasses on.  Thank you.
22     Q.   There are no studies that
23 have looked at the effects of these
24 metals in powder dusted on the perineum,

Page 279

1  correct?
2      A.   Your question is there are
3  no studies looking at these individual
4  metals?
5      Q.   Correct?
6      A.   Perineal studies in the
7  ovarian --
8      Q.   No, my question is, there
9  are no studies that looked at the effects
10 of these metals in powder dusted on the
11 perineum, correct?
12     A.   I'm not sure I understand
13 your question.
14     Q.   You don't cite any studies
15 that have looked at the effect of
16 applying these metals to the perineum,
17 correct?
18     A.   To my knowledge, there are
19 no specific animal studies that show
20 nickel was applied to the perineal.
21     Q.   There are no human studies
22 either, correct?
23     A.   To my knowledge, there are
24 no human studies.  That would be

Page 280

1  ludicrous actually.
2      Q.   None of the studies that you
3  cite in your heavy metals section link
4  the exposures that you discussed to
5  ovarian cancer risk, correct?
6      THE WITNESS:  I'm sorry.
7  This is not coming up.
8      (Whereupon, a discussion was
9  held off the stenographic record.)
10     THE WITNESS:  They -- the
11 studies that I list for the
12 individual metals talk about the
13 potential inflammatory and
14 carcinogenic potential of those
15 particular metals.  And based on
16 the Crowley report, there are, and
17 other production documents from
18 Johnson & Johnson, they list three
19 particular metals that are
20 associated with Johnson & Johnson
21 products, cobalt, nickel and
22 chromium.
23 BY MR. HEGARTY:
24     Q.   That was not my question.

Page 281

1  My question is, none of the studies that
2  you cite --
3      A.   On the --
4      Q.   -- in your section on heavy
5  metals, evaluate ovarian carcinogenicity
6  potentials of these metals, correct?
7      MS. O'DELL:  Object to the
8  form.
9      THE WITNESS:  I do not talk
10 about ovarian cancer in particular
11 relation to these three metals
12 that I cited --
13 BY MR. HEGARTY:
14     Q.   No studies --
15     A.   -- in the report.
16     Q.   -- that you cite refer to
17 risk of ovarian cancer with exposure to
18 these metals, correct?
19     A.   With my charge being
20 biological plausibility, I thought that
21 it was my opinion -- my professional
22 opinion is that it was more important to
23 discuss the potential for inflammatory
24 responsiveness and carcinogenic

71 (Pages 278 to 281)

Judith Zelikoff, Ph.D.

Page 282

1    potential.
2        Q.   Doctor, you don't cite any
3    studies that look at -- look at the
4    ovarian carcinogenicity potential of any
5    of these metals, correct?
6            MS. O'DELL:  Object to form.
7            THE WITNESS:  Not in my
8    report.
9    BY MR. HEGARTY:
10       Q.   What are the exposure levels
11   of these metals necessary to have
12   biologic plausibility of ovarian cancer?
13       A.   As far as biological
14   plausibility of these metals, these
15   metals are -- unless there are particular
16   standards for a particular metal, nothing
17   is really established for what it would
18   take for nickel to cause ovarian cancer.
19           However, the ability of
20   these metals to produce inflammation are
21   very, very low levels.  And if they
22   produce inflammation, then they have the
23   potential to go on to produce cancer.
24   And many of these metals do.

Page 283

1        Q.   Well, none of these studies
2    report a threshold level of exposure to
3    cobalt, chromium, or nickel to increase
4    the risk of ovarian cancer, correct?
5            MS. O'DELL:  Object to the
6    form.
7            THE WITNESS:  That was not
8    the purpose of my writing.
9            My -- my writing was to
10   exemplify the carcinogenic
11   potential and the inflammatory and
12   some of the human health effects
13   that are commonly seen.  Ovarian
14   cancer is not that common.  And so
15   it's not unusual that other --
16   that ovarian cancer was not looked
17   into in some of these studies.
18   BY MR. HEGARTY:
19       Q.   Well, you found no studies
20   looking at exposure to any of those
21   metals and risk of ovarian cancer,
22   correct?
23       A.   It's not that I didn't find
24   any.  I wasn't particularly looking for

Page 284

1    them.
2        Q.   Did you find any?
3        A.   Again, the purpose of
4    writing this section on heavy metals had
5    to do with bringing out the inflammatory
6    and the biological plausibility that in
7    my mind is linked to talc and ovarian
8    cancer.
9        Q.   Doctor, listen to my
10   question.  Did you find any studies
11   reporting on a risk of ovarian cancer
12   with exposure to any of those metals?
13           MS. O'DELL:  Objection to
14   form.
15           THE WITNESS:  I found in
16   cobalt, but it does not have to do
17   with ovarian cancer, but I did
18   find that the absorption of cobalt
19   is much higher in women than in
20   men.  And that many of these
21   studies show that you have
22   increased proliferation.  And as I
23   said, mine was -- my question that
24   I needed to address was biological

Page 285

1    plausibility.
2            So I did find many of these
3    factors, many of these metals, all
4    of these metals have the potential
5    to produce the changes that are in
6    the carcinogenic process.
7    BY MR. HEGARTY:
8        Q.   I'm going to ask the
9    question one more time.  And if we don't
10   get an answer I'm going to call Judge
11   Pisano.
12           Cite for me, which study did
13   you find that linked exposure to these
14   metals to ovarian cancer?
15           MS. O'DELL:  Objection to
16   the form.
17           Dr. Zelikoff has answered
18   your question multiple times.
19           But you may answer it again.
20   BY MR. HEGARTY:
21       Q.   Let me ask it differently.
22   Did you find any studies reporting on a
23   risk of ovarian cancer with exposure to
24   any of these metals, that being cobalt,

72 (Pages 282 to 285)

Judith Zelikoff, Ph.D.

Page 286

1    chromium, or nickel?
2        A.   I was not looking
3    specifically for that.  So, no, I did not
4    find that.
5        Q.   Which of the studies that
6    you report show that the exposure levels
7    evaluated in those studies are in any way
8    related to human exposure levels through
9    Johnson's Baby Powder?
10           MS. O'DELL:  Object to the
11       form.
12           THE WITNESS:  Are you
13       talking about inhalation or
14       perineal application?
15   BY MR. HEGARTY:
16       Q.   Either method of exposure.
17       A.   So many of the inhalation
18   numbers are concentrations, and looking
19   at the Johnson & Johnson documents in
20   terms of what is in the head and in the
21   face area after diapering as well as
22   during powdering, indicates that the
23   concentrations that are possibly inhaled
24   contain particles that can initiate a

Page 287

1    response.
2            Also, from looking at the
3    Johnson & Johnson documents, many of
4    those results indicate -- and I think we
5    have an exhibit here of the table of the
6    concentrations that were found.
7            Well, it's not at my local
8    fingertips here.  But --
9            MS. O'DELL:  Are you looking
10       for Exhibit C, Doctor, I think
11       it's right there with -- on
12       your -- on your paper clip.
13           MR. HEGARTY:  Let me
14       withdraw the question.
15   BY MR. HEGARTY:
16       Q.   Doctor, how much nickel,
17   cobalt and chromium reach the ovary with
18   one application of Johnson's Baby Powder
19   to the perineum?
20           MS. O'DELL:  Object to the
21       form.
22           THE WITNESS:  Since much of
23       the -- since Johnson's Baby Powder
24       has a high concentrations of some

Page 288

1    of these metals in terms of parts
2    per million, whatever talc reached
3    there, there's -- there is a
4    strong potential that that amount
5    of the concentration of the metal
6    would also reach the target organ.
7    BY MR. HEGARTY:
8        Q.   That's not my question,
9    Doctor.
10           How much nickel, cobalt and
11   chromium reached the ovary with a single
12   application of Johnson's Baby Powder to
13   the perineum?
14       A.   I don't have -- that
15   information is not available.
16           They did show in studies, in
17   a few studies, I think it was the
18   Hamilton study that -- or Henderson
19   study -- that there -- talc indeed does
20   reach the ovary from perineal application
21   or from intravaginal application.  And
22   whatever is -- whatever the concentration
23   is that reached the ovary, carried with
24   it these -- one -- one or more or all of

Page 289

1    these three metals.
2        Q.   You agree --
3        A.   So it was a similar
4    concentration.
5        Q.   You agree that all of the
6    metals you talk about are in -- are all
7    around us, they are in food, correct?
8        A.   The metals nickel, chromium,
9    cobalt can be in food, yes.
10       Q.   They are in the air,
11   correct?
12       A.   They are in certain ambient
13   environments.
14       Q.   These are metals that are
15   considered ubiquitous, correct?
16           MS. O'DELL:  Objection to
17       the form.
18           THE WITNESS:  They are --
19       chromium not as much -- I'm sorry,
20       cobalt not as much.  But chromium
21       and nickel, they are in the air,
22       and depending upon the environment
23       that is producing it, if you go to
24       Sundre, Canada, you can have lots

73 (Pages 286 to 289)

Judith Zelikoff, Ph.D.

Page 290

```
 1        of nickel in the air.  But if you
 2        go to New York City, concentrate
 3        as we've measured in my laboratory
 4        prior to this deposition, or prior
 5        to this case, my involvement in
 6        this case, you will see very small
 7        concentrations of nickel.  There
 8        should not be a lot in the air.
 9            And we also measured
10        chromium, and it should not be --
11        unless you have a polluted
12        environment there should not be a
13        lot of these metals in the air.
14   BY MR. HEGARTY:
15        Q.   Is the metal are not -- the
16   metals that are in the air, nickel and
17   chromium, sufficient to have biologic
18   plausibility between those metals and
19   ovarian cancer?
20        A.   Those -- those metals, yes,
21   the metals in the air can cause an
22   inflammatory response.  The
23   concentrations of the metals in the air
24   can cause an inflammatory response and
```

Page 291

```
 1   can start processes and change gene
 2   expression within cells.
 3        Q.   Cite for me any study that
 4   shows that inflammatory response has ever
 5   occurred in the ovary.
 6            MS. O'DELL:  Objection to
 7        form.
 8            THE WITNESS:  There are
 9        granulomas that have been found in
10        animal studies of -- in the lung.
11        You are talking about in the
12        ovary, I understand that.
13   BY MR. HEGARTY:
14        Q.   I'm talking about the
15   studies that have not looked at talc, but
16   have looked at cobalt, chromium --
17        A.   Okay.
18        Q.   -- nickel and cobalt without
19   regard to talc, cite for me any studies
20   that have shown that those metals have
21   caused inflammation in the ovary?
22        A.   By themselves, there are no
23   studies that demonstrate that, that I'm
24   aware of.
```

Page 292

```
 1        Q.   Did you do an analysis
 2   yourself of Johnson's Baby Powder for the
 3   presence of these heavy metals?
 4        A.   I did not do any
 5   instrumentation studies measuring the
 6   amount.  I -- I relied on the documents.
 7        Q.   But you are capable of doing
 8   that analysis, correct?
 9        A.   We are capable, in my
10   laboratory, along with colleagues, of
11   measuring by XRF, x-ray fluorescence, and
12   by ICP mass spec, measuring the amounts
13   of metals in tissues, correct.
14        Q.   But you did not do that
15   testing here, correct?
16        A.   My job was to define
17   biological plausibility based upon
18   literature, relevant literature and
19   documents, internal documents.
20        Q.   Nowhere in your report do
21   you identify the exposure levels of any
22   of these metals that are necessary to
23   cause ovarian cancer, correct?
24            MS. O'DELL:  Objection to
```

Page 293

```
 1        form.  Asked and answered.
 2            THE WITNESS:  There is no
 3        literature that says you need one
 4        particle or ten particles.
 5            The inflammatory response
 6        that nickel causes is extremely
 7        well established, even at very low
 8        concentrations.  And -- and the
 9        same is true for hexavalent
10        chromium and for chromium,
11        trivalent chromium.
12   BY MR. HEGARTY:
13        Q.   Are there any studies that
14   report on exposure of these metals to the
15   ovaries?
16        A.   Are you talking about alone?
17        Q.   Individually or together,
18   but the metals themselves.
19        A.   Just the metals --
20            MS. O'DELL:  Object --
21        objection to form.
22            THE WITNESS:  These metals
23        by themselves have been tested
24        extensively in cells and in -- in
```

74 (Pages 290 to 293)

Judith Zelikoff, Ph.D.

Page 294

1    animals to produce inflammation,
2    to change the epigenome of the
3    cells, to change gene expression.
4    And there was no -- there was no
5    reason to believe whether or not
6    there are specific studies
7    associated with the ovary.  There
8    are no reason to believe that it
9    would not do the same effects in
10   cells as well as in the ovary, in
11   the lung, and the kidney and the
12   liver.
13   BY MR. HEGARTY:
14       Q.   Doctor, you are not aware of
15   any studies that have looked at the
16   effects of these metals on human ovarian
17   cells, correct?
18       MS. O'DELL:  Object to the
19   form.
20       THE WITNESS:  Again, I'm not
21   an epidemiologist, so -- and I'm
22   not a clinical toxicologist.  So I
23   will have to stand by the -- the
24   data that I do know in -- in

Page 295

1    extensive -- have extensive
2    knowledge of.  And that's human ex
3    vivo and in vitro studies.  And I
4    am not aware.
5        That is not to say that they
6    are not out there.  And I
7    especially do not know about the
8    humans, because I focus as a
9    toxicologist.  I'm an animal
10   toxicologist.
11   BY MR. HEGARTY:
12       Q.   Did you do any comparison
13   between the doses of -- of the metals
14   reported in the studies that you cited to
15   those in women using talc?
16       A.   I did no calculations on --
17   on my own.
18       Q.   Did you do any calculations
19   that tested these metals in animals to
20   determine what the -- that -- that they
21   relate in any way to the dose that a
22   human would experience through Johnson's
23   Baby Powder use?
24       MS. O'DELL:  Objection to

Page 296

1    form.
2        THE WITNESS:  The exposures
3    are similar, or can be similar.
4        But as I stated before, for
5    these metals as well as for
6    asbestiform fibers, all it takes
7    is a small amount, if not just one
8    fiber, to cause the response and
9    to start the process of
10   inflammation, gene expression,
11   upregulation of genes that are
12   associated with biological
13   mediators, proinflammatory
14   cytokines.
15   BY MR. HEGARTY:
16       Q.   Yet you cite no study that
17   reports that response in human ovarian
18   cells, correct?
19       MS. O'DELL:  Object to the
20   form.
21       THE WITNESS:  I -- if you're
22   still talking about individual
23   metals, no.
24       But if you're talking about

Page 297

1    in vitro studies like those of
2    Saed who looked for oxidative
3    stress and -- and prooxidant
4    changes, and if you are talking
5    about Shukla study who also looked
6    at ovarian cells, human ovarian
7    cells, and looked at changes in
8    gene expression associated with
9    oxidant production and reactive
10   oxygen species production, then
11   yes, in cell culture using human
12   ovarian epithelial cells, because
13   that's what we are talking about
14   here.
15   BY MR. HEGARTY:
16       Q.   None of those studies
17   applied nickel to human ovarian cells,
18   did they?
19       A.   No, they did not.
20       Q.   None of those studies
21   applied cobalt to human ovarian cells,
22   correct?
23       A.   No, they did not.
24       Q.   None of those studies

75 (Pages 294 to 297)

Judith Zelikoff, Ph.D.

Page 298

1  applied chromium to ovarian -- human
2  ovarian cells, correct?
3       A.   Correct.  But what we're
4  talk -- what I'm talking about and the
5  basis of my opinion is the product in its
6  entirety, not breaking it down to
7  individual constituents.
8       Q.   Is it necessary for purposes
9  of your biologic plausibility opinion
10  that talc reach the ovary?
11      A.   Not necessarily.
12           Talc does -- talc and any
13  other particle does not have to reach the
14  site of deposition.  They can, and -- and
15  do, I believe that they not only migrate
16  to an area and they can get to an area
17  and then cause inflammation which then
18  can be -- the cytokines where there's
19  tumor necrosis factor, interleukin-1, or
20  any of the other proinflammatory
21  cytokines can then get to the air, the
22  site of this -- this target organ.
23           So you do not have to have,
24  in particle toxicology and in talc

Page 299

1  toxicology, you do not have to have the
2  presence.  Although, in early studies
3  they have found talc particles not only
4  in the ovary, but also in the lymph
5  node -- in the lymphatics that drain the
6  ovary.
7       Q.   Cite for me any study that
8  has reported inflammation in the ovaries
9  from inflammation of -- due to a particle
10  in the lung -- strike that.
11           Is it your contention that
12  inflammation in the lung due to a
13  particle will cause inflammation in the
14  ovaries?
15           MS. O'DELL:  Objection to
16  form.
17           THE WITNESS:  I'm telling
18  you that --
19           MS. O'DELL:  Go ahead.
20           THE WITNESS:  -- there's
21  biological plausibility to suggest
22  that.
23           When you have a particle
24  coming in and going to a local

Page 300

1  target site, let's say in the case
2  of inhalation or in the case of
3  direct application to the perineal
4  area, you will have the process of
5  impacting with those cells and
6  generating cell mediated reactions
7  and immunological reactions and
8  inflammatory responses.
9           And those inflammatory
10  responses and those reactive
11  oxygen species, except for
12  hydrogen peroxide which can't
13  travel a far distance, can get
14  into -- can and do get into the
15  blood circulation and then can
16  reach distant organs.
17  BY MR. HEGARTY:
18      Q.   Cite for me any published
19  authority that says that inflammation in
20  the lungs will cause inflammation in the
21  ovaries.
22           MS. O'DELL:  Object to the
23  form.  Misstates her testimony.
24           THE WITNESS:  To that

Page 301

1  specific question, no.  But I
2  can -- I can cite you many studies
3  that show in terms of other
4  particles for the lungs that has
5  been shown to cause inflammation
6  in other areas.
7           For example, in the case of
8  Ghio and other investigators, you
9  will find inflammation not only in
10  the blood by the measurement of
11  cytokines in the blood, even
12  though the first target organ was
13  the -- was the lungs.
14           Also, if you look at
15  obesity, obesity is a pro-oxidant
16  state, and that can generate --
17  the reason obesity causes other
18  health effects is because it's a
19  big mass of inflammation.  And the
20  inflammation in that particular
21  site of all those fatty cells,
22  they can release inflammatory
23  mediators that go all over.  And
24  that literature is out there.

76 (Pages 298 to 301)

Judith Zelikoff, Ph.D.

Page 302

1  BY MR. HEGARTY:
2      Q.   So is it your opinion for
3  purposes of your biological
4  plausibility -- strike that.
5          Is it -- is your biological
6  plausibility opinion that talc inhaled
7  and in the lungs causes inflammation in
8  the ovaries that can lead to ovarian
9  cancer?
10     A.   There's plausibility for
11  that, yes.
12     Q.   And can you cite for me any
13  published authority that says that talc
14  inhaled in the lungs will cause
15  inflammation in the ovaries that can lead
16  to ovarian cancer?
17     A.   There's multiple parts of
18  that question.
19     Q.   That's a very specific
20  question to that very specific subject
21  area.  Can you cite to me any published
22  literature that says that?
23          MS. O'DELL:  Would you mind
24      repeating the full question or

Page 303

1      read it.
2          THE WITNESS:  Any published
3      authority that says that -- that
4      says that talc inhaled in the
5      lungs will cause inflammation in
6      the ovaries that can lead to
7      ovarian cancer.
8          For that particular, and
9      that specific of a question, I
10     cannot cite you.
11  BY MR. HEGARTY:
12     Q.   You have published
13  extensively on particulates in the air
14  causing inflammation in the lungs,
15  correct?
16     A.   In the lungs and
17  systemically.
18     Q.   And those particulates
19  include?
20     A.   Air particulates;
21  particulate matter, called PM, ambient
22  PM; diesel exhaust particles.  I'm also
23  going to go to my CV.  Nanoparticles,
24  metal nanoparticles, specifically

Page 304

1  cadmium.
2      Q.   So in other words a lot of
3  particles besides talc, according to you,
4  can cause inflammation of the lungs,
5  correct?
6      A.   Many do.  There are others
7  that do not, like titanium dioxide which
8  were used in many studies as a control.
9      Q.   And those nanoparticles,
10  those air particles --
11     A.   In fact --
12     Q.   -- those diesel particles.
13     A.   I'm sorry.
14     Q.   Okay.  And those
15  nanoparticles, those diesel particles,
16  air particles that can cause inflammation
17  in the lungs, will also cause
18  inflammation in the ovaries, correct?
19          MS. O'DELL:  Objection to
20      form.
21          THE WITNESS:  I said they
22      will cause inflammation
23      systemically.  I did not indicate
24      the ovaries.

Page 305

1  BY MR. HEGARTY:
2      Q.   Well, there's no -- there's
3  nothing unique about talc particles
4  versus the other particles you mentioned,
5  correct?
6          MS. O'DELL:  Object to form.
7          THE WITNESS:  Size, chemical
8      composition, they -- they --
9      particles -- particles are -- they
10     can -- they can be different and
11     they can be the same.  So many
12     studies use model particles to
13     look at a negative effect like in
14     the Shukla study where they used
15     titanium dioxide particles of a
16     similar size in their -- as a
17     control and got no gene expression
18     changes.
19          Particles in the air, if
20     you're looking at -- there are
21     many factors that go into how a
22     particle behaves, including size,
23     including composition, including
24     morphology.

77 (Pages 302 to 305)

Judith Zelikoff, Ph.D.

Page 306

1  BY MR. HEGARTY:
2      Q.   Well, by your methodology,
3  any particle inhaled that causes
4  inflammation in the lungs is biologically
5  plausible, can lead to ovarian cancer,
6  correct?
7          MS. O'DELL:  Object to form.
8          THE WITNESS:  No, it can --
9  sorry.  It can lead to
10  inflammation systemically.
11  BY MR. HEGARTY:
12      Q.   That can lead to ovarian
13  cancer, correct?
14      A.   Inflammation --
15          MS. O'DELL:  Object to the
16  form.
17          Go ahead.
18          THE WITNESS:  Sorry.
19          MS. O'DELL:  Sorry.
20          THE WITNESS:  Inflammation
21  is responsible for -- in my
22  opinion, is the underlying
23  mechanism, a key underlying
24  mechanism for the association for

Page 307

1  ovarian cancer, yes.
2  BY MR. HEGARTY:
3      Q.   And that mechanism can be
4  initiated by any particle inhaled into
5  the lungs, correct?
6      A.   No, it's --
7          MS. O'DELL:  Objection to
8  form.
9          THE WITNESS:  Sorry.
10          Well, as -- again, as I
11  stated, it depends on the -- it
12  depends on the particle.  For
13  example, titanium dioxide will not
14  produce inflammation in the lungs.
15  However, other particles, many
16  other particles, including
17  cadmium, cadmium oxide particles
18  do cause inflammation, as well as
19  asbestos does, as well as talc has
20  been shown to.
21          They can all produce
22  inflammation or oxidative stress.
23  BY MR. HEGARTY:
24      Q.   Cadmium particles induce the

Page 308

1  same inflammation that you believe that
2  talc does, correct?
3      A.   Inflammation is
4  characterized by certain key components.
5  Inflammation -- whether it's an
6  inflammation in the ovary or an
7  inflammation in the lung or inflammation
8  in the kidney, inflammation is an immune
9  response.  And it's going to involve key
10  cells, including the macrophage, the
11  neutrophil, the natural killer cell, all
12  of which can produce reactive oxygen
13  species -- well, primarily the
14  macrophages and neutrophils produce
15  oxygen radicals.
16          However, the natural killer
17  cell, they all produce cytokines, which
18  can produce inflammation.  So
19  inflammation is characterized by the same
20  components.
21      Q.   And you can't cite for me
22  any different components of the
23  inflammation caused by cadmium as you
24  believe the inflammation that is caused

Page 309

1  by talc, correct?
2      A.   When I measured inflammatory
3  responses to the inhalation of cadmium
4  nanoparticles, I looked for the standard
5  inflammatory markers.  So I measured in
6  the lung and in the circulation.  I
7  measured the percentages of neutrophils,
8  which is a key indicator, key criteria
9  for inflammation.  I determined
10  macrophage numbers as well as function in
11  terms of their ability to phagocytose, in
12  their ability to produce reactive oxygen
13  species.  And I looked for lung injury,
14  as measured by lactose, lactate
15  dehydrogenase.
16          So when one looks for
17  inflammation in the body, whether it's an
18  animal or a human, C-reactive protein,
19  you are going to be looking for all the
20  same markers.
21      Q.   You identified, based on
22  your opinion, no difference in the
23  inflammation caused by talc and the
24  inflammation caused by cadmium, correct?

78 (Pages 306 to 309)

Judith Zelikoff, Ph.D.

Page 310

1    A.   I did not do talc inhalation
2  in my laboratory.  The studies
3  indicate -- looked for the same thing.
4  They look for changes in gene expression
5  of activating transcription factors.
6  They did in the Shukla study.
7        They look for the percentage
8  of neutrophils.  They look for macrophage
9  activation.  We all look at the same
10  thing when coming to the conclusion of
11  inflammation.
12       Q.   And according to you, talc
13  and cadmium act similarly with regard to
14  inducing inflammation in the lungs?
15       MS. O'DELL:  Objection to
16  form.
17       THE WITNESS:  Do they act
18  similarly?  Well, I think I
19  answered that question.
20       Inflammation is -- is the --
21  inflammation is modified by the
22  same components, the same soluble
23  factors, the same cell type
24  factors, including macrophages and

Page 311

1       neutrophils, dendritic cells,
2       whatever.  So inflammation,
3       whether it's acute or chronic
4       inflammation used the same
5       parameters.
6        We call inflammation -- we
7       call inflammation when you -- in a
8       tissue or in organs when you see
9       these characteristics.  And we say
10       these are markers indicative.
11       These are pathologies
12       indicative -- these are -- of an
13       inflammatory response.
14  BY MR. HEGARTY:
15       Q.   So according to your
16  opinion, that's biologic plausibility
17  between cadmium exposure and ovarian
18  cancer?
19       MS. O'DELL:  Objection to
20  form.
21       THE WITNESS:  I would have
22       to do more research on that to be
23       able to say that.  I would not say
24       biological plausibility, only

Page 312

1       because I haven't investigated
2       that literature.
3        But inflammation --
4       inflammation doesn't change.  It
5       can get out of the particular
6       local organ.  I don't think that
7       cadmium has been investigated in
8       terms of the ovary.  It's
9       certainly been investigated in
10       terms of the kidney, which is
11       local -- which is systemically a
12       distant organ from the local
13       target, which is the lung.  And it
14       can cause inflammation in the
15       kidney.
16  BY MR. HEGARTY:
17       Q.   You haven't identified any
18  differences between the inflammation
19  caused by other particulates and the
20  inflammation caused by talc, correct?
21       MS. O'DELL:  Objection to
22       form.
23       THE WITNESS:  Inflammation
24       is inflammation.

Page 313

1  BY MR. HEGARTY:
2       Q.   You referred to fragrances.
3       A.   I'm sorry.  Could you give
4  me a page?
5       Q.   Over on Page 12.  You cite
6  to a single study that discusses what
7  exposure levels of these fragrances have
8  been shown to induce a biologically
9  plausible effect in the ovary.
10       MS. O'DELL:  Object to the
11       form.
12       THE WITNESS:  Many of these
13       fragrances, many of these
14       chemicals within a specific
15       fragrance, it can consist of maybe
16       150 or even more chemicals within
17       any one given fragrance.  Many of
18       them have been shown to cause
19       inflammation.
20  BY MR. HEGARTY:
21       Q.   Have any of the chemicals in
22  the fragrances that you looked at been
23  reported in the medical literature to
24  induce inflammation in the ovaries?

79 (Pages 310 to 313)

Judith Zelikoff, Ph.D.

Page 314

1    A.   No one specifically -- to my
2  knowledge, no one specifically looked at
3  inflammation in the ovaries.  But again,
4  if you go back to the idea of
5  inflammation being caused by a particle
6  at a local site and then having the
7  potential -- or having the capacity I
8  should say, to -- to have that
9  inflammation go to a distant -- a more
10 distant site.
11       So the fact that no one has
12 looked at it does not delete the fact
13 that certainly inflammation can get to
14 distant sites, including the ovary.
15    Q.   Well, what is the dose of
16 nickel or -- and cobalt and chromium
17 individually that must -- that the woman
18 must be exposed to in vivo to induce
19 inflammation in the ovaries?
20       MS. O'DELL:  Object to the
21    form.  Asked and answered.
22       THE WITNESS:  There are --
23    as I said, there's really -- one
24    particle, one piece can start the

Page 315

1    process for inflammation.
2  BY MR. HEGARTY:
3    Q.   So it --
4    A.   It could be one.
5    Q.   -- it's your opinion that
6  one particle of nickel will induce
7  inflammation in the ovaries?
8       MS. O'DELL:  Objection.
9  BY MR. HEGARTY:
10    Q.   Is that correct?
11    A.   Will?  I can't -- I haven't
12 gone through the literature, but could,
13 certainly.
14    Q.   And what literature can you
15 cite that would say that one particle of
16 nickel could cause inflammation in the
17 ovary?
18    A.   It's my professional
19 judgment being an expert toxicologist in
20 the area of metals.
21    Q.   Okay.  Same question as to
22 cobalt and chromium.
23    A.   Well, metals can't be lumped
24 together like that.  Metals are indeed

Page 316

1  metals, but there's also -- if you look
2  at nickel and it's a micronutrient, so
3  you can have very, very, very tiny
4  amounts in the body -- very tiny.  And it
5  can be used as a micronutrient.
6       You can have lead, but that
7  should not be in the body at all.  And
8  there is no safe level of lead.  So
9  despite what the regulatory agencies say,
10 there is no safe level which is what
11 their conclusion is moving towards.
12       And -- so a metal is not a
13 metal is not a metal.
14       Now, when you look at these
15 three metals, so for example you have
16 nickel which is classified as a 1A
17 carcinogen, but --
18    Q.   I'll withdraw the question.
19 You're not -- Doctor, you're not
20 answering my question.
21       MS. O'DELL:  She is
22    answering your question.
23       MR. HEGARTY:  No, she is
24    not.

Page 317

1       MS. O'DELL:  Yes, she is.
2  And if you don't -- let her
3  finish.
4       MR. HEGARTY:  Okay.
5  We'll -- we'll call Judge Pisano
6  and he'll see if we're asking the
7  question -- if she's answering the
8  question.
9       MS. O'DELL:  Are you
10 threatening the witness by saying
11 that?
12       MR. HEGARTY:  No, I'm
13 talking to you.  We'll go off the
14 record --
15       MS. O'DELL:  You're
16 threatening the witness and -- no,
17 we're not going off the record.
18       MR. HEGARTY:  Go off the
19 record, let's go off the record.
20       MS. O'DELL:  No, we are not
21 going off the record.
22       MR. HEGARTY:  Yes, let's go
23 off the record.
24       MS. O'DELL:  If she's

80 (Pages 314 to 317)

Judith Zelikoff, Ph.D.

Page 318

```
1    answering your question, she --
2    she gets the right to finish her
3    answer.  You don't cut her off,
4    Mark.
5         MR. HEGARTY:  Let's go off
6    the record.
7         MS. O'DELL:  No, we're not
8    going off the record.  She's
9    finishing her answer.
10        MR. HEGARTY:  Let's go off
11   the record.  I'm not --
12        MS. O'DELL:  And then you
13   can ask her another question.
14        MR. HEGARTY:  Let's go off
15   the record.  It's my deposition.
16        MS. O'DELL:  No.  It's your
17   deposition, but it's not fair to
18   mistreat this witness if she is
19   answering your question.
20        MR. HEGARTY:  I'm not
21   mistreating the witness.
22        MS. O'DELL:  Yes, you are.
23        MR. HEGARTY:  We'll go off
24   the record and call Judge Pisano.
```

Page 319

```
1         MS. O'DELL:  You are
2    mistreating the witness by not
3    allowing her to finish her --
4         MR. HEGARTY:  I withdrew the
5    question.
6         MS. O'DELL:  Well, okay.
7    The with -- the question was
8    withdrawn.  Ask a question, let
9    her --
10        MR. HEGARTY:  No, we're off
11   the record.  We're going to call
12   Judge Pisano.
13        MS. O'DELL:  Okay.  Great.
14        THE VIDEOGRAPHER:  Off the
15   record.  The time is 3:21 p.m.
16   Off the record.
17        (Whereupon, a discussion was
18   held off the record.)
19        THE VIDEOGRAPHER:  We are
20   back on the record.  The time is
21   3:23 p.m.
22   BY MR. HEGARTY:
23        Q.   Dr. Zelikoff, is it your
24   opinion that one particle of nickel
```

Page 320

```
1    either inhaled or applied to the perineum
2    will induce inflammation in the ovaries?
3         A.   It's my opinion that it
4    could.
5         Q.   What literature do you have
6    to support that opinion?
7         A.   My professional opinion as a
8    toxicologist in metals with over
9    30 years.
10        Q.   Next question.  Is it your
11   opinion that one particle of cobalt,
12   either inhaled or applied to the
13   perineum, will induce inflammation in the
14   ovaries?
15        A.   Again, it's my opinion that
16   it -- it could.  It has the biological
17   plausibility to, because inflammation,
18   although not as toxic in many ways as
19   it's classified as a 2B -- 2B by IARC
20   is -- has the potential -- does cause
21   inflammation, and that inflammation can
22   leave the site of the target site.
23        Q.   What authority do you have
24   for that opinion?
```

Page 321

```
1         A.   My professional opinion.
2         Q.   Is it your opinion that one
3    particle of chromium, either inhaled or
4    applied to the perineum, will induce
5    inflammation in the ovaries?
6         MS. O'DELL:  Objection to
7    the form.
8         THE WITNESS:  It depends on
9    the form of the chromium.
10   BY MR. HEGARTY:
11        Q.   What form of chromium does
12   it need to be?
13        A.   A trivalent chromium
14   which -- I'm sorry, hexavalent chromium
15   which will then get into the cell, start
16   the process and -- and convert to
17   chromium-3, 4 and 5.
18        Q.   That's chromium-6, correct?
19        A.   Hexavalent chromium is
20   chromium-6, right.
21        Q.   Is it your opinion that one
22   particle of chromium-6, either inhaled or
23   applied to the perineum, will induce
24   inflammation in the ovaries?
```

81 (Pages 318 to 321)

Judith Zelikoff, Ph.D.

1          MS. O'DELL: Objection to
2     form.
3          THE WITNESS: It could,
4     because inflammation again could
5     leave the target site. And it
6     depends on the form of the metal.
7          So we have soluble metals --
8     I don't want to go on too long.
9     You have soluble metals and
10    insoluble metals. Some of them
11    are more toxic and more -- and
12    potentially more carcinogenic than
13    other forms. There are many salts
14    within those metals that you gave.
15 BY MR. HEGARTY:
16    Q.   And what authority do you
17 have for the statement that one particle
18 of chromium, either inhaled or applied to
19 the perineum, will induce inflammation in
20 the ovaries?
21    A.   My professional judgment.
22    Q.   Will one particle of the
23 fragrance of the chemicals that you list
24 from the fragrances, either inhaled or

1  applied to the perineum, cause
2  inflammation to the ovaries?
3          MS. O'DELL: Objection to
4     the form.
5          THE WITNESS: If -- I -- I
6     don't have the knowledge, I don't
7     have the literature knowledge to
8     answer that question.
9  BY MR. HEGARTY:
10    Q.   Will one -- will one
11 particle of -- of cadmium, either inhaled
12 or applied to the perineum, cause
13 inflammation in the ovaries?
14    A.   It can cause --
15         MS. O'DELL: Objection to
16    form. You can answer.
17         THE WITNESS: It can cause
18    inflammation in the area if it's
19    inhaled in the lung and that
20    inflammation can get out
21    systemically.
22         Now it depends, again, on
23    the size of the particle. Metals,
24    as I said before, cannot be

1     lumped. And particles oftentimes,
2     if they're different in size, if
3     they're different in chemical
4     structure, if they have iron or
5     don't have iron, you have -- you
6     may have differences.
7  BY MR. HEGARTY:
8     Q.   Will one particle from
9  diesel exhaust, inhaled or applied to the
10 perineum, cause inflammation in the
11 ovary?
12         MS. O'DELL: Object to the
13    form.
14         THE WITNESS: Again, same
15    answer, it could. Depends on the
16    particle size, the particle type,
17    the particle morphology. And it
18    has the potential to induce
19    inflammation as shown in cells.
20    And can produce an oxidant state.
21 BY MR. HEGARTY:
22    Q.   Doesn't inflammation just
23 reflect the body's normal response to the
24 presence of the particles?

1     A.   There are two -- there are
2  two forms of -- well, there are multiple
3  forms of inflammation. But the two that
4  are of concern and in -- in response to
5  your question, is that they are acute
6  inflammation and there is chronic
7  inflammation.
8          And with acute inflammation,
9  the first response to a foreign -- a
10 foreign particle or an antigen on a
11 bacterial cell or an infectious agent, is
12 for the body to mount an immune response.
13         How it does that is through
14 the same cell types that I just
15 mentioned. Polymorphonucleocytes, also
16 known as neutrophil. Macrophages, and
17 those are the two key players, but
18 natural killer cells all come into it.
19         That involves the innate
20 immune system. And so the first thing to
21 protect the body, whether it's a viral
22 infection or whether it's a bacterial
23 infection or whether it's a foreign
24 particle, is to mount that kind of immune

82 (Pages 322 to 325)

Judith Zelikoff, Ph.D.

Page 326

1 response to kill or negatively impact
2 that particular particle.
3        That will then -- that's an
4 innate immune response being active.
5 That will then, in some cases, upregulate
6 the T-cell and -- and humoral or -- and
7 cell-mediated immune response.
8        Now, that is, in terms of
9 cancers and in terms of tumors, that is
10 called immunosurveillance and that's the
11 first thing.  And you're absolutely
12 right.  The purpose of the immune system
13 is to protect the body.  That is the
14 function.
15        However, there are three
16 stages or three types of processes for
17 the immune system in carcinogenesis.  The
18 second being immuno equilibrium.  But the
19 part that is the last part is that the
20 tumor can actually quiet or cause
21 immunosenescence of the immune system.
22        So in a chronic
23 inflammation, it does not always act in
24 the best interest of the -- of the host

Page 327

1 but in the best interest of the tumor.
2        So your -- the answer to
3 your question is yes, that's the function
4 of it.  But it can behave, it's a
5 two-prong sword.
6        Q.   You said there are multiple
7 types of inflammation and you listed two
8 types:  Acute and chronic.  Are there any
9 other types besides those two?
10        A.   Well, you have the reactions
11 to those inflammation in terms of having
12 a foreign body reaction.  That is part of
13 an inflammatory response.  So in terms of
14 temporality or timing, inflammation is
15 acute and is chronic.
16        What occurs during that
17 time, such as a foreign body reaction
18 where macrophages all come together and
19 engulf the particle or the fiber and try
20 to keep it within a localized space, that
21 is a process that can occur within
22 inflammation.
23        So my answer to you is that
24 there are two major types of

Page 328

1 inflammation.  Not that they involve
2 different cell types or different
3 mechanisms.  But they are called, in
4 terms of timing or temporality, acute
5 which will kill whatever right away and
6 then chronic which unfortunately keeps
7 playing back on itself and the
8 inflammation will continue.
9        Q.   Granulomas which you just
10 mentioned don't cause cancer, correct?
11        A.   Granulomas do not -- I'm
12 sorry.
13        Q.   Granulomas which you just
14 mentioned don't cause cancer, correct?
15        A.   Granulomas are in response
16 to a foreign body.  In the case of
17 asbestos or in the case of another type
18 of fiber, macrophage will come over and
19 their normal process in what we call
20 innate immunity is to engulf the fiber.
21 And unfortunately, many times the fiber
22 cannot be engulfable or the particle
23 cannot be engulfable.
24        And so many macrophage will

Page 329

1 come over, and they will try to engulf it
2 as a body.  And that is called a
3 granulomatous reaction.
4        And that's what happens
5 during tuberculosis when the organism
6 forms, many macrophages come over to kill
7 the organism, but it can't, and so they
8 form granulomas.
9        Q.   Doctor, listen to my
10 question.  I didn't ask you what a
11 granuloma was.  I asked you, granulomas
12 don't cause cancer, correct?
13        MS. O'DELL:  Object to form.
14        THE WITNESS:  There is no
15 literature to my knowledge that
16 shows a granuloma, meaning immune
17 response, forming macrophages
18 engulfing, can cause cancer.
19 BY MR. HEGARTY:
20        Q.   And a reaction to
21 inflammation can include the development
22 of fibrosis or scar tissue, correct?
23        A.   That is a long-term chronic
24 response associated with chronic

83 (Pages 326 to 329)

Judith Zelikoff, Ph.D.

Page 330

1  inflammation.
2      Q.   And there's no literature
3  linking fibrosis to cancer, correct?
4          MS. O'DELL:  Object to the
5  form.
6      THE WITNESS:  My
7  professional opinion is that there
8  is literature -- let me just read
9  over the question, please.
10         So fibrosis is produced by
11 release of factors from the
12 macrophage.  And it causes
13 scarring within that particular
14 target organ.
15         Now, whether or not that --
16 those -- that scarring can
17 actually make that site more
18 vulnerable to cancer, like in the
19 case of hepatitis, where you get
20 scarring, and you get cancer as a
21 result of that particular
22 fibrosis, but they are two
23 different diseases.
24         But whether the area of

Page 331

1      fibrosis creates a more vulnerable
2      tissue base that can -- that can
3      progress or go to cancer is a
4      question that there is some
5      examples of, but -- in the liver
6      in particular.
7  BY MR. HEGARTY:
8      Q.   Well, there's no literature
9  reporting an increased risk of cancer in
10 any organ because there's fibrosis in
11 that organ, correct?
12     A.   What I'm saying is that in
13 terms of the liver and in terms of
14 fibrosis, let's say from ethanol or
15 acetaminophen ingestion, you get fibrosis
16 which is a whole disease or symptomology
17 by itself, and then you have cancer,
18 which is another disease.  But what I'm
19 saying is that in the area where the
20 injury and the fibrosis occurs, in the
21 liver there is a higher risk of getting
22 cancer.
23     Q.   Fibrosis doesn't morph or
24 turn into cancer?

Page 332

1      A.   Fibrosis does not morph or
2  turn into cancer.  That is correct.
3      Q.   In Section 12 -- I'm sorry.
4  On Page 12, under your section
5  "exposure," talc particle access to the
6  body.
7          Do you see that section?
8      A.   Is this Paragraph 1, 2, or
9  3?
10     Q.   Well, I'm looking just at
11 the Section Number 4 right now.
12     A.   Yes.  Okay.  Section Number
13 6 is on Page 12.
14     Q.   Section 6.  I'm sorry.  I
15 had those transposed.
16     A.   And please repeat your
17 question.
18     Q.   You never -- prior to being
19 contacted by counsel for plaintiffs, you
20 never looked at the studies reporting on
21 whether talc can reach the ovaries via
22 inhalation or perineal application,
23 correct?
24     A.   I did not study the

Page 333

1  literature or review the literature prior
2  to being contacted.  But I studied it and
3  reviewed it extensively after being
4  contacted.
5      Q.   On Page 12 of the last
6  paragraph -- I'm sorry -- second-to-last
7  paragraph, which begins, "A common
8  exposure route."
9          Do you see that paragraph?
10     A.   I do.  Thank you.
11     Q.   You write, "Again, a common
12 exposure route for cosmetic talc is via
13 the dermal route including vaginally
14 after perineal application."
15     A.   Yes.
16     Q.   Is it your testimony that
17 there's biologic plausibility with talc
18 applied to the skin?
19     A.   Applied to the skin, talc
20 does not -- is not absorbed into the skin
21 or through the skin, although there is
22 some question as to whether if there's
23 injury or scratch or openings in the
24 skin, whether the talc can penetrate.

84 (Pages 330 to 333)

Judith Zelikoff, Ph.D.

Page 334

1  But in and of itself talc cannot
2  penetrate through the skin.
3          However, we're not -- when
4  we're talking about perineal or vaginal
5  application, you are not talking about an
6  epidermal subcutaneous keratinized skin.
7      Q.   None of the studies that you
8  cite in this paragraph researched
9  particle transport through the
10  reproductive tract through perineal
11  application, correct?
12          MS. O'DELL: Object to the
13      form.
14          THE WITNESS: These -- it is
15      extremely technically difficult,
16      from my knowledge as an animal
17      toxicologist, to do perineal
18      application to a mouse.
19  BY MR. HEGARTY:
20      Q.   I'm going to withdraw the
21  question. Doctor, you will not respond
22  to my question. My question is simply,
23  none of the studies that you cite in this
24  paragraph researched particle transport

Page 335

1  through the reproductive tract through
2  perineal application. That's correct?
3      A.   There is a study, and I'm
4  afraid the name of the author does not
5  come to me. So allow me to look at my
6  report.
7      Q.   And I'm just talking about
8  the authorities that you cite in the
9  second paragraph beginning, "A common
10  exposure route."
11          MS. O'DELL: Feel free to
12      look at your report if you need
13      to, Doctor.
14          THE WITNESS: I understand.
15          On Page 13, animal models --
16  BY MR. HEGARTY:
17      Q.   Doctor, that's not my
18  question. My question is in the
19  paragraph that I referenced beginning a
20  common exposure route, none of those
21  authorities looked at transport of the
22  particles via application of those
23  particles to the perineum?
24          MS. O'DELL: Objection to

Page 336

1  the form.
2  BY MR. HEGARTY:
3      Q.   Correct?
4          MS. O'DELL: Excuse me. You
5      may answer his question any way
6      you'd want to, Doctor.
7          THE WITNESS: None of these
8      that I have stated on Page 12
9      refer to perineal exposure in the
10      second paragraph in terms of
11      Venter, Iturralde, Sjosten and
12      Heller.
13          However, on Page -- on Page
14      13, there is a study by Keskin,
15      who used rats and did a vaginal or
16      perineum to talc.
17  BY MR. HEGARTY:
18      Q.   I'm going to move to strike.
19  We're going to go off the record.
20          MR. HEGARTY: We're going to
21      call Judge Pisano. There's no
22      reason to add that additional part
23      to the answer to that question.
24      And I'm not -- I'm tired of that

Page 337

1  happening. So we'll call him
2  unless you're going to talk to the
3  witness.
4          MS. O'DELL: Is your
5      objection she didn't answer your
6      question? Because she -- you
7      asked her about the paragraph.
8      She said "no; however" --
9          MR. HEGARTY: We're off the
10      record.
11          MS. O'DELL: No, we're not
12      off the record.
13          MR. HEGARTY: We're off the
14      record.
15          MS. O'DELL: No, we --
16          MR. HEGARTY: We're going
17      off the record.
18          MR. LOCKE: We are off. Let
19      me throw out something. We've got
20      seven hours. I think there's a
21      plan here to stall, and we need to
22      do a better job of keeping things
23      moving, or we are going to have to
24      ask the court for more time.

85 (Pages 334 to 337)

Judith Zelikoff, Ph.D.

Page 338

1      MR. HEGARTY:  Let's go off
2  the record.
3      MS. O'DELL:  The suggestion
4  that there's -- let me just --
5  before we go off the record, the
6  suggestion that there's somehow a
7  plan to -- is incorrect, and
8  improper.  So if you want to go
9  off the record, I think you've got
10  an answer to your question, which
11  was, "No, not in the paragraph."
12      However, she has a right to
13  point to evidence in her report.
14  That's perfectly appropriate.
15      MR. HEGARTY:  We'll let
16  Judge Pisano decide.  We'll go off
17  the record.
18      THE VIDEOGRAPHER:  The time
19  is 3:39 p.m.  Going off the
20  record.
21      (Short break.)
22      THE VIDEOGRAPHER:  The time
23  is 4:04 p.m.  Back on the record.
24      MR. HEGARTY:  We're back on

Page 339

1  the record and we're going to
2  continue without calling Judge
3  Pisano at this time.  But we do
4  reserve the right to ask Judge
5  Pisano for more time based on our
6  belief that Dr. Zelikoff has many
7  occasions over the course of this
8  deposition not been responsive to
9  the questions asked and as a
10  result has -- has wasted the
11  defendant's time and to our
12  prejudice.
13      So -- but we're going to go
14  forward and see if we can finish
15  this deposition.
16      MS. O'DELL:  Plaintiffs will
17  obviously oppose that -- that
18  motion.  Dr. Zelikoff has been
19  responsive to your questions.
20  BY MR. HEGARTY:
21      Q.   Dr. Zelikoff, we're talking
22  about the section on talc particle's
23  access to the body.  There have been no
24  studies in either animals or humans that

Page 340

1  have looked at transport of dry powder
2  talc to the perineum showing that the --
3  that talc transports to the ovaries,
4  correct?
5      MS. O'DELL:  Object to the
6  form.
7      THE WITNESS:  When we say --
8  when you say talc, you're
9  referring to talcum powder
10  products?
11  BY MR. HEGARTY:
12      Q.   Correct, correct.
13      A.   That's correct to my
14  knowledge.
15      Q.   And are you aware that talc
16  is in toilet paper?
17      A.   Yes, I just learned that
18  recently.
19      Q.   Can talc in toilet paper
20  migrate to the ovaries?
21      MS. O'DELL:  Object to the
22  form.
23      THE WITNESS:  Can -- my
24  knowledge is that talc in toilet

Page 341

1  paper is -- is bound to the
2  other -- the other components
3  there.  So unless it becomes
4  bioavailable it cannot migrate
5  from the toilet paper.
6  BY MR. HEGARTY:
7      Q.   How about talc -- talc in
8  soap, is there talc in soaps?
9      A.   To my knowledge there is.
10      Q.   Can talc in soaps, if
11  applied to the perineum, migrate to the
12  ovaries?
13      A.   If it becomes --
14      MS. O'DELL:  Object to form.
15      THE WITNESS:  If it becomes
16  bioavailable.  Likely bound up to
17  the other components.
18  BY MR. HEGARTY:
19      Q.   When you say bioavailable,
20  what do you mean?
21      A.   To me, "bioavailable" means
22  that the body can see it, and it
23  becomes -- it becomes -- it has access to
24  biological responsiveness.

86 (Pages 338 to 341)

Judith Zelikoff, Ph.D.

Page 342

```
 1        Q.   And do you know a
 2   Dr. Benjamin Neel at NY University -- New
 3   York University?
 4        A.   Dr. Neel, isn't he the head
 5   of the cancer center?
 6        Q.   He is.
 7        A.   He is the head of the cancer
 8   center.
 9        Q.   Do you know him?
10        A.   I do not know him.
11        Q.   Does he know more about
12   cancer biology than you do?
13           MS. O'DELL:  Object to the
14        form.
15           THE WITNESS:  I've not seen
16        his CV.  I would assume as head of
17        the cancer center, that he
18        probably does.  Since that is not
19        my area of study.
20   BY MR. HEGARTY:
21        Q.   Are dose-response
22   relationships important in evaluating
23   potential carcinogenicity of a substance?
24        A.   Dose-response --
```

Page 343

```
 1   dose-responses are -- contribute to, as I
 2   said frequency, duration, exposure route.
 3   They all contribute to carcinogenicity.
 4        Q.   In other words, in
 5   evaluating the carcinogenicity of a
 6   substance, it's important to look at dose
 7   relationships, correct?
 8        A.   Are you speaking about
 9   dose-response, or more than one dose?
10        Q.   Let me ask it again.  In
11   evaluating the substance for
12   carcinogenicity purposes, it's important
13   to look at dose-response relationships,
14   correct?
15        A.   It's important to look at
16   dose-response relationships, but it's not
17   the only factor, is what I'm saying.
18        Q.   In your report, you cite a
19   number of reactions to talc that have
20   been reported, pleural inflammation,
21   granulomas, pulmonary
22   interstitial fibrosis --
23        A.   What page are you referring
24   to?
```

Page 344

```
 1        Q.   You need a specific page?
 2   Over on Page 16.  Over the course of this
 3   page and carrying over to the next page,
 4   you cite a number of studies that refer
 5   to talc causing pleural inflammation,
 6   correct?
 7        A.   Yes.
 8        Q.   Talc causing granulomas,
 9   correct?
10        A.   Yes.
11        Q.   Talc causing pulmonary
12   interstitial fibrosis, correct?
13        A.   Talcum powder can do those
14   things, yes.
15        Q.   And talc causing
16   carcinogenic activity in the lungs,
17   correct?
18        A.   Are you referring to a
19   specific line?
20        Q.   No, I'm not referring to a
21   specific line.  I'm talking about
22   generally from this part of your report.
23        A.   In general, this is the
24   section on inhalation.  I'm talking
```

Page 345

```
 1   about -- yes, I'm talking about talcum
 2   powder and its ability to bring about
 3   changes in the lungs that could lead to
 4   carcinogenic -- carcinogenesis.
 5        Q.   Of the reactions that we
 6   just talked about, have any of those been
 7   reported in women using talc on the
 8   perineum?
 9        A.   There have been no studies
10   to my knowledge showing that application
11   of perineal talc can produce -- produces
12   lesions in the lungs.
13        Q.   And there's been no studies
14   that you are -- of which you are aware
15   that have reported findings of granulomas
16   in women using talc in the perineum,
17   correct?
18        A.   There is evidence of
19   inflammation clearly, but there -- to my
20   knowledge, I have not seen any of the
21   literature which shows a granuloma in the
22   ovary.
23        Q.   What studies have you seen
24   that have reported seeing inflammation in
```

87 (Pages 342 to 345)

Judith Zelikoff, Ph.D.

Page 346

1  the ovaries of women using talc on the
2  perineum?
3        MS. O'DELL:  Object to the
4     form.
5        THE WITNESS:  I'm just
6     trying to find the section.
7        There were many studies, I
8     can't right now, without finding
9     it in my report, identify any one
10    in particular.
11 BY MR. HEGARTY:
12    Q.   Well, sitting here today,
13 can you cite any study that has reported
14 on finding inflammation of the ovaries
15 following perineal application of talc?
16    A.   As I said, there are many --
17 there are many examples in animal models
18 that was not perineal, that was vaginal,
19 as you stated.
20       There were studies --
21 study -- an early study which identified
22 talcum powder particles in the ovary with
23 inflammatory responsiveness or
24 inflammatory responses.  That was a

Page 347

1  very -- that was a very early study.  I'm
2  not sure if it was Hamilton or Henderson.
3  If I may.
4        I'm sorry it's not coming to
5     mind now.
6     Q.   Okay.  Over on Page 20 you
7  discuss the role of the immune system --
8     A.   Yes, sir.
9     Q.   -- correct?
10    A.   I see that, yes.
11    Q.   You agree that it's not
12 generally accepted by the medical or
13 scientific communities that all cancers
14 are caused by chronic inflammation,
15 correct?
16    A.   There are other mechanisms
17 that are associated with carcinogenesis
18 and the process of carcinogenesis.  If
19 you'd like, I can identify those.
20    Q.   You agree that there are
21 types of chronic inflammation that are
22 not related to cancer.  Rheumatoid
23 arthritis is one, correct?
24    A.   That's an autoimmune

Page 348

1  disease.
2     Q.   Okay.  Rheumatoid arthritis
3  does not increase the risk of cancer,
4  correct?
5     A.   Rheumatoid arthritis, for
6  what's known now, does not increase the
7  risk of cancer.
8     Q.   Psoriasis is another chronic
9  inflammatory process, correct?
10    A.   Another autoimmune disease
11 and another inflammatory process, yes.
12    Q.   Having psoriasis does not
13 increase the risk of any form of cancer,
14 correct?
15    A.   Not that -- not that we know
16 with the current knowledge.
17    Q.   So just having chronic
18 inflammation does not mean cancer will
19 develop, correct?
20       MS. O'DELL:  Object to the
21    form.
22       THE WITNESS:  Just having
23    chronic inflammation does not have
24    to indicate.  It's one -- again,

Page 349

1     it's one mechanism that provides
2     biological plausibility for the
3     cancer induction.
4        If I may give an example.
5  BY MR. HEGARTY:
6     Q.   Well, let me -- that's not
7  what I asked you for.
8     A.   Okay.  I thought I answered
9  your question.
10    Q.   Does having pelvic
11 inflammatory disease cause ovarian
12 cancer?
13    A.   The inflammation has been
14 linked with ovarian cancer, yes.
15    Q.   In your opinion is there a
16 biologically plausible mechanism between
17 PID and ovarian cancer?
18    A.   Well, PID is usually
19 associated with an infection.  And what's
20 related to cancer and why there's higher
21 risk in inflammatory diseases of
22 endometriosis and pelvic inflammatory
23 disease is through a mechanism of
24 inflammation.

88 (Pages 346 to 349)

Judith Zelikoff, Ph.D.

Page 350

1      Q.   Your biologically plausible
2  mechanism for talc and ovarian cancer is
3  inflammation, correct?
4      A.   That's primary, yes.
5      Q.   You make reference to MUC-1.
6  That's not your biological plausibility
7  mechanism, is it?
8      A.   You mean MUC-1 --
9      Q.   Yes.
10      A.   -- antibodies?
11      Q.   Correct?
12      A.   MUC-1, if I may explain it,
13  is mucin.  And --
14      Q.   I don't want to interrupt.
15  I'm not after an explanation.  I just
16  wanted to know whether it's part --
17  whether the references you include in
18  your report to MUC-1 are included in your
19  biologically plausible opinion?
20      A.   It is included in my -- in
21  reaching my opinion, yes.
22      Q.   Is that a separate mechanism
23  from inflammation?
24      A.   It is a separate mechanism

Page 351

1  from inflammation.  It's seen in ovarian
2  cancer as a marker.  And when you have --
3  evidence has shown that if you have
4  antibodies to MUC-1, and if they're
5  decreased as is seen in response to talc,
6  that you will have less of an immune
7  response and protection.
8      Q.   Can you cite for me any
9  study that has correlated MUC-1 levels
10  with ovarian cancer risk?
11          MS. O'DELL:  Object to form.
12          THE WITNESS:  They use it as
13      a marker.  The literature uses
14      MUC-1 as a marker of cancer.  Can
15      I cite you any studies that links
16      it with ovarian cancer?  No, I
17      cannot.
18  BY MR. HEGARTY:
19      Q.   Are there any studies that
20  link the levels of MUC-1 to ovarian
21  cancer risk?
22      A.   Do you mean human studies or
23  animal?
24      Q.   Yes, human studies only.

Page 352

1      A.   It's -- the only evidence
2  out there that addresses this is when
3  they do correlation studies with the
4  level of antibodies to MUC-1.  And when
5  the antibody levels are decreased, then
6  you have -- they found that you have an
7  increased risk of ovarian cancer.
8      Q.   There are no studies
9  reporting or correlating MUC-1 levels in
10  talcum powder users to ovarian cancer
11  risk, correct?
12          MS. O'DELL:  Object to form.
13          THE WITNESS:  Not to my
14      knowledge.
15          MS. O'DELL:  Sorry.
16  BY MR. HEGARTY:
17      Q.   And measuring MUC-1 is not
18  used to diagnose ovarian cancer, correct?
19      A.   MUC-1 is also known as
20  CA-125, and it is used as a marker.
21      Q.   My question is, is MUC-1
22  used to -- levels -- strike that.
23          Are MUC-1 levels used to
24  diagnose a woman with ovarian cancer?

Page 353

1      A.   My response to that is MUC-1
2  is synonymous with CA-125.  CA-125 is a
3  shed marker in the blood associated with
4  ovarian cancer, so yes.
5      Q.   Okay.  Is it your testimony
6  that for purposes of -- strike that.
7          Is it your testimony that
8  CA-125 levels are used to diagnose
9  ovarian cancer?
10          MS. O'DELL:  Object to the
11      form.
12          THE WITNESS:  I'm saying
13      that CA-125 is used as a
14      biological marker of progression,
15      extent, and intensity and whether
16      ovarian cancer is present.
17  BY MR. HEGARTY:
18      Q.   My question is, in a woman
19  who comes in complaining of symptoms that
20  might be ovarian cancer, is CA-125 used
21  to diagnose ovarian cancer?
22      A.   I'm sorry, I'm not a
23  physician.  I can't answer that question
24  in terms of what -- what an OB/GYN or an

89 (Pages 350 to 353)

Judith Zelikoff, Ph.D.

Page 354

1    oncologist would do.
2        Q.   And measuring CA-125 levels
3    does not give you any evidence of the
4    etiology of the ovarian cancer, correct?
5        A.   Not to the etiology.
6    However, it is an epithelial-associated
7    protein.
8        So if we are talking about
9    epithelial, and we are talking about
10   epithelial ovary carcinoma, it is related
11   to -- to that.
12       Q.   Does all types -- do all
13   types of inflammation irreparably damage
14   tissue?
15       A.   Irreparably.  Do you mean
16   persistently without -- is there
17   recovery?
18       Q.   No, my question is do all
19   types of inflammation, all acute, all
20   chronic inflammation, damage tissue where
21   it's not repaired?
22       A.   Where it's not repaired?
23       Q.   Yes.
24       A.   No, you can have -- with

Page 355

1    acute inflammation, of course you can
2    have repair of -- it's there to protect
3    against the invader.
4        Q.   Does having inflammation in
5    one organ or one tissue in the body
6    always mean that other tissues in the
7    body will be inflamed?
8        A.   It does not always mean
9    that.
10       Q.   The medical community has
11   not generally accepted that chronic
12   inflammation is a cause of ovarian
13   cancer, correct?
14       MS. O'DELL:  Objection to
15   form.
16       THE WITNESS:  Again, I'm not
17   quite sure what you mean by
18   generally accepted.  Everyone
19   has -- every medical community has
20   its own opinion.  I'm sure there
21   are many doctors who do embrace
22   it.  And I'm sure there are many
23   doctors who do not.  I'm not sure
24   whether they've done the extent of

Page 356

1    the systematic review of the
2    literature as I have.  But each
3    doctor, I'm sure, makes their own
4    opinion.
5    BY MR. HEGARTY:
6        Q.   Can you cite any doctor who
7    treats ovarian cancer or researches
8    ovarian cancer who believes that the
9    biological plausible mechanism of ovarian
10   cancer is inflammation?
11       A.   I have not spoken to any
12   doctors in that regard.
13       Q.   What does the inflammation
14   in the ovary look like in your opinion
15   from talc exposure?
16       A.   It looks like any other
17   local target of inflammation, in that
18   there are neutrophils, immune cells that
19   migrate into the area.  There are
20   macrophages that migrate into the area.
21   There can be higher levels of cytokines
22   like interleukin and chemotactic factor,
23   growth factor.
24       Q.   Such inflammation, if it was

Page 357

1    occurring would be visible, correct?
2        A.   Not necessarily.  In a -- in
3    a chronic -- first of all, you can get
4    different time periods.  So
5    inflammation -- if it's chronic
6    inflammation you are talking about one
7    thing.  And then you might see some
8    remnants of the inflammation.
9        But if you look at a period
10   of time, you can miss the inflammatory
11   response.  It can be there, impact the
12   cells and then be gone.
13       Q.   Even with chronic
14   inflammation?
15       A.   With chronic inflammation,
16   if you looked hard enough you would find
17   the remnants of its presence and you will
18   also likely find neutrophilic
19   infiltration.
20       Q.   Has that --
21       A.   That does not last forever.
22       Q.   Has that ever -- that --
23   those findings ever been reported in
24   women using talc in the perineum?

Judith Zelikoff, Ph.D.

Page 358

1    A.   The inflammatory response?
2    Q.   Correct.
3    A.   Or the infiltration?  Not
4  that I'm aware of.  Not in my report.
5    Q.   How many applications of
6  talc to the perineum does it take to
7  cause chronic inflammation in the
8  ovaries?
9    A.   That's -- that
10  information -- that is not known how many
11  applications, whether it could be one or
12  it needs to be over a period of three
13  years or a period of ten years.  Some of
14  the meta-analysis evaluations indicated
15  that there were some temporal
16  associations with it, and that it needed
17  to be used longer than ten years, where
18  you saw responsiveness.  And others
19  indicated less than ten years.
20        So it's -- it's difficult to
21  say, and it's also associated with the
22  woman.
23    Q.   Does acute inflammation
24  cause cancer?

Page 359

1    A.   Acute inflammation has not
2  been linked to my knowledge to cancer.
3  As I said, it's used as an immune
4  surveillance and protective mechanism as
5  you pointed out.
6    Q.   Over on Pages 20 and 21 of
7  your report you refer to CRP and other
8  inflammatory markers, cytokines,
9  inflammatory mediators.  Do you see the
10  section I'm referring to?
11    A.   I -- roles of the immune
12  system, and then Section E, ovarian
13  cancer inflammation?
14    Q.   Correct.
15    A.   Which section are you
16  referring to?
17    Q.   Well, the section ovarian
18  cancer inflammation at the bottom of
19  Page 20, carrying over to the top of
20  Page 21.
21    A.   I see that.
22    Q.   And there you talk about a
23  number of inflammatory markers, correct?
24    A.   Correct.

Page 360

1    Q.   None of those inflammatory
2  markers are tested to diagnose or monitor
3  a woman for developing ovarian cancer,
4  correct?
5    A.   To my knowledge, tumor
6  necrosis factors, C-reactive protein,
7  none of the interleukins are monitored.
8        But again, I have to say
9  that I'm not an OB/GYN and so I'm not --
10  I'm not familiar with what their -- what
11  they are using other than what's in the
12  literature.
13    Q.   And no study has clinically
14  correlated those markers with ovarian
15  cancer or ovarian cancer risk, correct?
16        MS. O'DELL:  Objection to
17  form.
18        THE WITNESS:  In looking at
19  biological plausibility, which
20  I'm -- which I'm focused on, the
21  indication of those elevated
22  levels as well as decreased levels
23  of antioxidants are associated
24  with inflammation and are

Page 361

1  associated with ovarian cancer.
2  BY MR. HEGARTY:
3    Q.   Well, can you cite for me
4  any study that has clinically correlated
5  those findings to ovarian cancer risk?
6        MS. O'DELL:  Objection.
7  Asked and answered.
8        THE WITNESS:  First of all,
9  I'm not -- and again, not an
10  OB/GYN.
11        I can tell you that those
12  risk factors, which are
13  inflammatory markers, are used as
14  an indicator of inflammation as a
15  biological plausible mechanism.
16  BY MR. HEGARTY:
17    Q.   Well, do you cite in your
18  paper any studies that have --
19    A.   I'm sorry, do you mean the
20  report?
21    Q.   In your report.  Do you cite
22  in your report any studies that have
23  found that women with these markers have
24  a higher -- higher or an increased risk

91 (Pages 358 to 361)

Judith Zelikoff, Ph.D.

Page 362

```
 1    of ovarian cancer?
 2         A.   Well, what I -- no.  But
 3    what I have found is that in women who
 4    have ovarian cancer, when they measure
 5    concurrently or subsequently, that the
 6    levels of certain inflammatory markers
 7    are elevated.
 8         Q.   My question was specific to
 9    women prior to being diagnosed with
10    ovarian cancer, has any study shown that
11    women with higher levels of these
12    inflammatory markers have an increased
13    risk of ovarian cancer?
14         MS. O'DELL:  Objection to
15    form.
16         THE WITNESS:  Not in that
17    particular context.  But again I'm
18    not an OB/GYN.
19    BY MR. HEGARTY:
20         Q.   Has any study shown that
21    these inflammatory factors are elevated
22    in women using talc on the perineum?
23         MS. O'DELL:  Objection to
24    the form.
```

Page 363

```
 1         THE WITNESS:  It's not a
 2    common thing to measure
 3    inflammatory mediators as a result
 4    of the common use of talcum powder
 5    products.  So there is no
 6    indication of that because there
 7    are no studies of that.
 8    BY MR. HEGARTY:
 9         Q.   If you look over on Page 24
10    of your report under the section Role of
11    Oxidants in Ovarian Cancer.  Do you see
12    that section?
13         A.   Section C on Page 24?
14         Q.   Correct.
15         A.   Yes.
16         Q.   All the processes that you
17    describe in this section occur in
18    everyone everyday, correct?
19         MS. O'DELL:  Object to the
20    form.
21         THE WITNESS:  To a degree,
22    yes.
23    BY MR. HEGARTY:
24         Q.   The reactive oxygen species
```

Page 364

```
 1    are a normal product of cell activity,
 2    correct?
 3         A.   That is correct --
 4         Q.   For example, for many --
 5         A.   -- for many cells.
 6         Q.   -- reactive oxygen species
 7    increase if we exercise, correct?
 8         A.   As well as antioxidants
 9    increase, yes.
10         Q.   The same is true for
11    reactive nitrogen species, correct?
12         A.   Yes.
13         Q.   These --
14         A.   It's a matter of degree.
15         Q.   Reactive oxygen species and
16    reactive nitrogen species increase if
17    we're under stress, correct?
18         A.   They have been shown to do
19    that, yes.
20         Q.   And the body has defense
21    mechanisms to handle this increase in
22    reactive oxygen species and reactive
23    nitrogen species, correct?
24         MS. O'DELL:  Objection to
```

Page 365

```
 1    form.
 2         THE WITNESS:  The body has
 3    antioxidant mechanisms, including
 4    superoxide dismutase, catalase, et
 5    cetera, that are -- that elevate
 6    in response to reactive oxygen
 7    species.  But they can be
 8    overwhelmed by the amount of ROS
 9    release.
10    BY MR. HEGARTY:
11         Q.   But it would be improper to
12    say that simply by the generation of
13    reactive oxygen species or reactive
14    nitrogen species, DNA mutations and tumor
15    development will occur, correct?
16         MS. O'DELL:  Object to form.
17         THE WITNESS:  One couldn't
18    say that just by the -- as you
19    point out, as the normal -- under
20    normal circumstances, endogenously
21    within the body, and not in
22    response to a particular agent
23    does produce these.  So one cannot
24    say, to answer your question, that
```

92 (Pages 362 to 365)

Judith Zelikoff, Ph.D.

Page 366

1    it -- just the presence of
2    reactive oxygen species will lead
3    to cancer.
4    BY MR. HEGARTY:
5        Q.   What data shows that the
6    body's response system to reactive oxygen
7    species and reactive nitrogen species is
8    unable to handle those species that might
9    be generated by talc exposure?
10       A.   Numerous cell studies and
11   numerous animal studies.  And you would
12   look at that by the level of antioxidants
13   that are also present.  And if a
14   substance such as talcum powder product
15   reduces antioxidants, then the cell or
16   the tissue is going to be overwhelmed by
17   that product.
18       Q.   Has that process ever been
19   shown in vivo?
20       A.   In a -- I'm not sure if this
21   answers your question.  I'll do my best
22   to answer it.  And your question was has
23   that process, meaning the process of
24   antioxidant change -- is that your

Page 367

1    question?
2        Q.   No.  The process where the
3    cell or the tissue is going to be
4    overwhelmed, has that process ever been
5    shown in vivo in women?
6        A.   In women?
7        Q.   Yes.
8            MS. O'DELL:  Object to the
9        form.  You can answer.
10           THE WITNESS:  Certainly in
11       animals, but not to my knowledge
12       in women.
13           I'm sorry.  I'm still
14       thinking.
15           Whenever the antioxidant
16       levels are decreased, that is an
17       indicator of being overwhelmed by
18       the reactive oxygen species or the
19       oxidation stress.
20   BY MR. HEGARTY:
21       Q.   And what studies have shown
22   the antioxidant levels are decreased in
23   women using talc?
24       A.   In women using talc -- most

Page 368

1    of the literature comes from in vivo
2    animal studies as well as in vitro cell
3    studies.  But my role is to -- is to look
4    at biological plausibility.  And so
5    studies that reveal or indicate that
6    response in an animal model and in cell
7    culture indicates to me that there's no
8    likely reason why it could not happen in
9    women.
10       Q.   Okay.  At the top of Page 25
11   of your report, you say that even a
12   single dose of a carcinogen can produce
13   effects that are adverse to cells and
14   tissue at the site of exposure.
15           Do you see where I'm
16   reading?
17       A.   Yes.
18       Q.   When you say dose, do you
19   mean exposure at a dose or volume of
20   exposure to a substance that studies have
21   proven are adverse to cells and tissues?
22           MS. O'DELL:  Object to the
23       form.
24           THE WITNESS:  That's a

Page 369

1    multiple question.  But when I
2    refer to even a single dose, I
3    mean even a single exposure.
4    BY MR. HEGARTY:
5        Q.   Are you saying there a
6    single molecule of the substance?
7        A.   What I meant in this report
8    is even a single exposure.  The
9    concentration of which could be unknown.
10   A single exposure to a certain
11   concentration, whatever that
12   concentration is, can produce effects.
13   I'm not saying can produce cancer.  What
14   I'm saying is can start the process of
15   either inflammation or oxidative stress.
16       Q.   And to what tissue does that
17   single dose need to reach to have the
18   adverse effects that you describe there?
19           MS. O'DELL:  Object to the
20       form.
21           THE WITNESS:  Whatever that
22       particular -- it depends upon the
23       carcinogen or the inflammagogue
24       that one is looking at in terms of

93 (Pages 366 to 369)

Judith Zelikoff, Ph.D.

Page 370

1    a single exposure.  And it depends
2    on the susceptibility of the
3    tissue.  So to answer your
4    question, doses or concentration
5    to the target tissue is unknown or
6    open.
7    BY MR. HEGARTY:
8         Q.   You're not saying that a
9    single application of talc to the
10   perineum can produce effects that are
11   adverse to cells and tissue in the
12   ovaries, correct?
13        MS. O'DELL:  Object to the
14   form.
15        THE WITNESS:  I'm not saying
16   that it can't.  I think I
17   testified earlier that a single
18   -- depending upon what that product
19   is -- in this case we're talking
20   about talcum powder product --
21   that one exposure, one
22   application, one perineal direct
23   exposure could in fact trigger the
24   cells to start a process leaning

Page 371

1    towards inflammation.
2    BY MR. HEGARTY:
3         Q.   And where the talc -- where
4    does the talc need to go in the body to
5    trigger that mechanism?
6         A.   Well, once it gets -- once
7    it's applied to the perineal region, it's
8    my belief that it then migrates up to
9    the -- to the vaginal area.  And in the
10   vaginal area, it could also start
11   mechanisms, gene expression changes in
12   the vaginal tissues that could lead to
13   inflammation, or it could get to the
14   point of the cervix or to the fallopian
15   tubes.  It causes changes in cells,
16   whether it's gene expression or an
17   inflammation, at any one of those
18   upward -- upward reproductive tract organ
19   systems or tissues.  They're all made up
20   of cells that are susceptible to oxidant
21   stress.
22        Q.   Can you cite to us any study
23   that has shown that process in women
24   using talc to the perineum?

Page 372

1         A.   In women?
2         Q.   Yes.
3         A.   I can -- I cannot off the
4    top of my head or looking at my report
5    tell you that.  Again, I just want to
6    repeat that my charge was to look at
7    biological plausibility and I -- I see
8    those effects or processes that you're
9    indicating in cells and animal models,
10   but I do not have that information with
11   humans.
12        Q.   Are you aware of any study
13   correlating the exposures used in those
14   cell and animal models to the exposures
15   that women would experience with perineal
16   application of talc?
17        MS. O'DELL:  Object to the
18   form.
19        THE WITNESS:  Well, in my
20   mind, and in reality, women use
21   different amounts, whether it's
22   different handfuls.  So I can't
23   really give you a concentration.
24   But there are studies, the in

Page 373

1    vitro studies, that did use more.
2         However, when you're looking
3    at toxicology and you're looking
4    to define a mechanism or a
5    potential mechanism, if you use
6    even a higher dose, you're
7    still -- you still can elicit the
8    same mechanism.
9         So perineal application --
10   to answer your question, perineal
11   application can put a lot or a
12   little.  But it also depends on
13   the frequency and the duration of
14   the use.
15   BY MR. HEGARTY:
16        Q.   Doctor, my question, though,
17   was, has any study correlated the
18   exposures in the animal or cell studies
19   to which you are referring to, to show
20   that those same exposures are occurring
21   in women applying talc to the perineum?
22        A.   No.
23        Q.   For purposes of your
24   opinions on biological plausibility, do

94 (Pages 370 to 373)

Judith Zelikoff, Ph.D.

Page 374

1  you rely on the studies that you cite in
2  your report done by Dr. Saed?
3      A.  I relied on the information
4  from Dr. Saed.  It went into making up my
5  opinion, yes.
6      Q.  If those studies were not
7  available to you, would your opinions
8  still be the same?
9      A.  As I said, one of the -- one
10  of the manuscripts came after my report.
11  And it was -- I looked at an abstract, so
12  I had information.  And other -- others
13  of Dr. Saed's I reviewed.  But I would
14  have come to the same conclusion.  That
15  was just -- that was supplemental and
16  complementary and compelling.
17      Q.  Have you ever cited an
18  abstract in any published article of
19  yours?
20      A.  Yes, I have.
21      Q.  Are you an expert in the
22  kinds of testing that Dr. Saed has
23  reported in the materials you reviewed?
24      A.  Yes, I am.

Page 375

1      Q.  Do you understand that
2  Dr. Saed is an expert for the plaintiffs
3  in this litigation?
4      A.  I do understand that from
5  looking at his publication.
6      Q.  Did you do anything yourself
7  to verify the reliability of the testing
8  that he performed whose results you have
9  read in his publications?
10      A.  I focused my review and
11  reading of the study design, which is --
12  and the experimental approach, which are
13  key factors for evaluating any study.
14  And I agree with the experimental
15  approach and the study design that he
16  used.
17          He used proper controls.  He
18  used a dose-response.  He used the proper
19  techniques in analyzing for cell
20  survivability as well as for oxidative
21  stress and gene expression changes.
22      Q.  Have you ever done studies
23  using epithelial cell lines?
24          MS. O'DELL:  Ovarian or

Page 376

1  just?
2  BY MR. HEGARTY:
3      Q.  Ovarian epithelial -- thank
4  you.
5          Have you ever done studies
6  using any type of ovarian epithelial cell
7  lines?
8      A.  I have not.
9      Q.  Have you ever done any study
10  using ovarian cancer cell lines?
11      A.  I have not.  Not personally.
12      Q.  What data shows that the
13  doses that Dr. Saed used in his studies
14  are comparable to those to which
15  epithelial ovarian cells would be exposed
16  to via perineal application of talc?
17          MS. O'DELL:  Objection to
18  form.
19          THE WITNESS:  There was no
20  comparison in his study directly.
21  But if I may, I just want to say,
22  when you're looking at biological
23  plausibility, which was the
24  question that I was asked,

Page 377

1  oftentimes higher doses in vitro
2  studies are used to provide a
3  mechanism or a plausibility or
4  feasibility that that can -- that
5  that product, in this case, talcum
6  powder product, can induce
7  inflammation, inflammatory
8  responses and changes in
9  antioxidant levels.
10          So it is not uncommon to use
11  higher doses in in vitro studies
12  than what might be seen in a human
13  for biological plausibility
14  studies.
15  BY MR. HEGARTY:
16      Q.  Can you cite any study that
17  has shown the results reported in
18  Dr. Saed's studies in vivo in women using
19  talc?
20          MS. O'DELL:  Objection to
21  form.
22          THE WITNESS:  May I get
23  Dr. Saed's paper?
24  BY MR. HEGARTY:

95 (Pages 374 to 377)

Judith Zelikoff, Ph.D.

Page 378

1      Q.   Well, I'm actually not
2   asking about Dr. Saed's paper.
3      A.   Okay.
4      Q.   But my question is -- you've
5   read Dr. Saed's papers, correct?
6      A.   Yes, I have.
7      Q.   Can you cite for me any
8   study that has shown the results he
9   reports in his studies in women using
10  talc?
11         MS. O'DELL:  Object to form.
12         THE WITNESS:  His studies
13     were in vitro studies.
14  BY MR. HEGARTY:
15     Q.   Are there any such studies
16  looking at the effects in vivo of talc?
17         MS. O'DELL:  Objection.
18         THE WITNESS:  In vivo in
19     humans or in vivo in animals?
20  BY MR. HEGARTY:
21     Q.   In humans.
22         MS. O'DELL:  Object to the
23     form.
24         THE WITNESS:  When you refer

Page 379

1      to such studies, can you tell me
2      which studies -- which types of
3      studies again are you referring
4      to?
5   BY MR. HEGARTY:
6      Q.   The cell studies that you
7   reference by Dr. Saed on Page 25 of your
8   report.
9      A.   And the question is are
10  there any?
11     Q.   Studies in humans showing
12  such effects following application of
13  talc to the perineum.
14         MS. O'DELL:  Objection to
15     form.
16         THE WITNESS:  Not to my
17     knowledge.
18         Excuse me.  You said that
19     was on Page 25 that you were
20     referring to?
21  BY MR. HEGARTY:
22     Q.   Correct.
23         Have you ever published a
24  paper discussing single nucleotide

Page 380

1   polymorphisms?
2      A.   I need to look at my CV
3   again, as being co-investigator.  I've
4   worked with other people.  I have not
5   performed studies looking at single
6   nucleotide polymorphisms.  But I have
7   worked with people who have -- have done
8   them.  And if I look at my curriculum
9   vitae, I can tell you if I've been on any
10  publications.
11     Q.   Okay.  Because of time, just
12  sitting here today, recognizing for the
13  record you haven't looked at your CV, do
14  any such studies come to mind?
15     A.   I don't -- I have not done
16  those studies in my own laboratory.
17  Although I'm -- I'm just saying that I
18  may have been on a publication where
19  colleagues of mine have used that -- that
20  method, those methods.
21     Q.   Do you have an opinion about
22  talc in single nucleotide polymorphisms
23  or SNPs?
24         MS. O'DELL:  Objection.

Page 381

1          THE WITNESS:  I think
2      there -- there is literature
3      showing, including in Dr. Saed's
4      papers, that there are single --
5      and in -- in a paper that looked
6      at women and looked at antioxidant
7      enzymes and they showed there was
8      single nucleotide polymorphism
9      changes in those women.
10         Looking at, I think it was
11     glutathione S-transferase M 1.
12         So what is my -- so if your
13     question is what is my opinion on
14     single nucleotide polymorphisms in
15     ovarian cancer?
16  BY MR. HEGARTY:
17     Q.   Well, let me ask a different
18  question.  Is your biologic mechanism --
19  I'm sorry.  Is your biologic plausibility
20  opinion between talc and ovarian cancer
21  the process or action that Dr. Saed
22  describes in his studies?
23     A.   I believe that it could be
24  adding to the -- the plausibility of the

96 (Pages 378 to 381)

Judith Zelikoff, Ph.D.

Page 382

1 relationship or of the causation between
2 ovarian cancer and talcum powder
3 products.
4        Q.   Well, is it your opinion
5 that the mechanism by which talc can be
6 biologically -- be a biological plausible
7 cause of ovarian cancer, that's cited by
8 Dr. Saed in his cell studies?
9        MS. O'DELL:  Objection to
10 form.
11        THE WITNESS:  I believe
12 that -- in my opinion and what I'm
13 stating here in the report, is
14 that inflammation is the
15 primary -- one of the primary
16 biological mechanisms.
17        Whether it appears from the
18 literature that single nucleotide
19 polymorphisms may, in fact, play a
20 role.
21 BY MR. HEGARTY:
22        Q.   Okay.  But is -- is that --
23 is it your opinion that -- not that they
24 play -- just that they play a role, but

Page 383

1 that is the mechanism for biologic
2 plausibility between talc and ovarian
3 cancer?
4        A.   I -- I do not believe it
5 is -- it is not my opinion that -- it is
6 my opinion that single nucleotide
7 polymorphisms, along with inflammation
8 and -- and perhaps other mechanisms may
9 be involved that talc is associated with.
10        I focused my -- my opinion
11 on the assessment of inflammation and its
12 role.
13        MR. HEGARTY:  Off the record
14 for a minute.
15        THE VIDEOGRAPHER:  The time
16 is 4:48 p.m.  We are off the
17 record.
18        (Short break.)
19        THE VIDEOGRAPHER:  We are
20 back on the record.  The time is
21 5:08 p.m.
22 BY MR. HEGARTY:
23        Q.   Dr. Zelikoff, I'm going to
24 jump around a little bit from topic to

Page 384

1 topic.  I'll introduce the topic each
2 time that I ask you a question.
3        Going back to the Canadian
4 health assessment that you provided to us
5 at the beginning of the day.
6        A.   Yes.
7        (Brief interruption.)
8 BY MR. HEGARTY:
9        Q.   Doctor, we talked earlier
10 about Canada's health assessment with
11 regard to talc.  Are you familiar with
12 the process by which the Canadian
13 authorities do that health assessment?
14        A.   I am -- only from what is in
15 the document.
16        Q.   Have you ever been a part of
17 that, of a Canadian health assessment
18 like the one shown with talc?
19        A.   I've worked with Health
20 Canada.
21        Q.   Okay.  Have you ever worked
22 with Health Canada on doing a health
23 assessment like that reflected in the
24 document we looked at earlier today?

Page 385

1        A.   No, I have not.
2        Q.   Do you know what kind of
3 standards that they apply in determining
4 whether to call -- whether to say whether
5 there's a potential for harm with a
6 substance?
7        A.   Just what is in the
8 document.  And then I use my own
9 professional judgment, whether I agree
10 with that or not.
11        Q.   Did plaintiff's counsel
12 provide you with some scientific and
13 medical literature with regard to talc or
14 ovarian cancer?
15        A.   So the question is whether I
16 was provided with some scientific and
17 medical literature with regard -- yes,
18 many of the articles in the binders were
19 provided to me by them.
20        Q.   Are you able to identify
21 which of those articles came from
22 plaintiffs' counsel versus which you
23 found on your own?
24        A.   I may be able to do that

97 (Pages 382 to 385)

Judith Zelikoff, Ph.D.

Page 386

1    with some, yes.  But this is over a
2    period of, as I said, 2017 to now.
3        Q.   With regard to your
4    invoices -- do you have your invoices
5    there?
6        A.   I do not.
7        Q.   They've been marked as an
8    exhibit.
9        A.   Oh.
10       Q.   Can someone help her find
11   those invoices?
12           MS. O'DELL:  Did you take
13       them back?  I don't know that --
14       there was only one copy.
15           MR. HEGARTY:  I don't think
16       I did.  I think it was Exhibit 1.
17           MS. O'DELL:  The reason I
18       say that is I did not see it
19       during the lunch break when I
20       looked at --
21           THE WITNESS:  I do have the
22       invoices in my binder here.
23   BY MR. HEGARTY:
24       Q.   Okay.  If you can turn to

Page 387

1    your binder, please.
2        A.   If I recall.
3        Q.   If we can find that exhibit,
4    that would be helpful?
5            MS. O'DELL:  I'm not sure
6        there are any invoices in her
7        binder.
8            Is it in the stack that's
9        right there?
10           MR. HEGARTY:  No, I don't
11       think so.
12   BY MR. HEGARTY:
13       Q.   Yeah invoices.  I found it.
14           Your invoices, Doctor,
15   reflect that you prepared a final report
16   delivered on February 4, 2018.
17           Do you see that?
18       A.   I do see that.
19       Q.   That was almost a year ago,
20   correct?
21           MS. O'DELL:  Objection to
22       form.
23           THE WITNESS:  Yes.
24   BY MR. HEGARTY:

Page 388

1        Q.   What are the differences
2    between your current report dated
3    November 16, 2018, and the final report
4    that you provided as shown here back in
5    February of 2018?
6        A.   It was -- I own that.  It
7    should have said draft report.  And the
8    difference is that that's more literature
9    and more time had gone by for the
10   emergence and review of more literature.
11       Q.   You go from a reference on
12   February 4, 2018, to the next reference
13   on September 20th -- I'm sorry.  Did I
14   say -- let me back up.
15           You go form a reference on
16   February 4, 2018, to the next cite for
17   time on September 20, 2018.  Did you
18   review any additional literature between
19   February 4th and September 20, 2018?
20       A.   Yes, I'm sure I did.  And I
21   also reviewed the production documents
22   within that time.  More of the production
23   documents.
24       Q.   Your report doesn't show any

Page 389

1    time invoiced between February 4, 2018,
2    and September 20, 2018.  Did you spend
3    time reviewing literature or otherwise
4    working on your report that's not
5    contained in your invoices?
6        A.   It -- I may have.  I did not
7    always invoice for something that I spent
8    maybe an hour on.
9        Q.   Are you able to cite for me
10   the sections in your report that you
11   added or changed between the report that
12   you prepared on February 4, 2018, and the
13   November 16, 2018, report?
14       A.   Not without seeing both
15   reports side by side.
16       Q.   Do you still have a copy of
17   the February 4, 2018, report?
18       A.   Not with me.
19       Q.   Does it exist?
20       A.   It likely does on my
21   computer, yes.
22       Q.   You mentioned that you
23   referred to -- that you reviewed Julie
24   Pier's deposition testimony?

98 (Pages 386 to 389)

Judith Zelikoff, Ph.D.

Page 390

1    A.   I said three-quarters of the
2  deposition, half to three-quarters.
3    Q.   That was provided to you by
4  counsel for plaintiffs, correct?
5    A.   Yes, correct.
6    Q.   Do you know how they went
7  about selecting the deposition
8  transcripts to provide to you for
9  purposes of your review in this case?
10    A.   I do not.
11    Q.   Did you ask for any
12  deposition -- did you ask for the
13  depositions of all experts who have
14  testified in this litigation?
15    MS. O'DELL:  Objection to
16  form.
17    THE WITNESS:  I did not ask
18  for depositions.
19    Let me -- let me retract
20  that, please.  If in reading my
21  literature there was something
22  that I thought might be in a
23  deposition of someone, I asked the
24  plaintiff attorneys if they had

Page 391

1  anything in that regard that would
2  lend to my opinion.
3  BY MR. HEGARTY:
4    Q.   And did you ever ask for any
5  additional depositions beyond those that
6  were provided?
7    A.   No, I did not.
8    Q.   Going back to the Health
9  Canada assessment.  Have you ever cited
10  to a Health Canada assessment in any
11  written publication of yours?
12    A.   Without looking at my
13  publications, I cannot.  But I can tell
14  you that coming to mind just sitting
15  here, as I said, I worked with Health
16  Canada, and I worked with them on my
17  research in fish immunology, and it is
18  possible that I cited Health Canada --
19  Health Canada literature in those
20  publications concerning fish.
21    Q.   Sitting here today, can you
22  recall at any point in time when you --
23  when your opinions were informed by a
24  draft screening assessment by Health

Page 392

1  Canada, like Exhibit Number 9?
2    A.   I'm sorry.
3    MS. O'DELL:  Objection to
4  form.
5    THE WITNESS:  All I can say
6  is that in working with Health
7  Canada on immunology in my early
8  career days, that I may have used
9  an assessment like that.
10  BY MR. HEGARTY:
11    Q.   Can you cite for me, sitting
12  here today, anytime that you -- your
13  opinions were informed by a Health Canada
14  safety assessment or screening
15  assessment?
16    MS. O'DELL:  Object to the
17  form.  Other than what she said?
18    THE WITNESS:  Except for
19  what I said, I cannot recall.
20  BY MR. HEGARTY:
21    Q.   Did you review for purposes
22  of your opinions in this case the current
23  National Cancer Institutes position --
24  healthcare -- healthcare -- health

Page 393

1  professional PDQ, or the NCI PDQ?
2    A.   I have seen that recently.
3    Q.   I'll mark as Exhibit Number
4  23, a copy of the NCI PDQ that mentions
5  talc.
6    (Document marked for
7  identification as Exhibit
8  Zelikoff-23.)
9  BY MR. HEGARTY:
10    Q.   Have you seen what I marked
11  as Exhibit 23 before -- or as of the time
12  that you drafted your report?
13    A.   No, sir.
14    Q.   Plaintiffs' counsel did not
15  provide you a copy of that?
16    A.   Not prior to my report, no.
17    Q.   How did you happen -- who --
18  strike that.
19    Did -- from where did you
20  receive a copy of Exhibit 23 after
21  preparing your report?
22    A.   From the plaintiff attorney.
23    Q.   Did you ask for it?
24    A.   In general, I asked for all

99 (Pages 390 to 393)

Judith Zelikoff, Ph.D.

Page 394

1  relevant literature and internal
2  information.  But I did not specifically
3  ask for the NCI report.
4      Q.   When you asked for all
5  relevant information, internal
6  information, was that prior to preparing
7  your expert report?
8      A.   That's pretty much on a
9  chronic level, in other words from the
10  time that I was recruited or asked to
11  participate in this, I always asked, "Is
12  there literature?  Is there more
13  literature?  Here is the literature that
14  I have found," which were quite a number.
15  "Is there anything else that you can add
16  to this?"  So I provided literature, and
17  they provided me with literature.
18      Q.   You did not find the NCI's
19  PDQ yourself?
20      A.   I did not find it myself.
21      Q.   Did the NCI PDQ statements
22  on perineal talc exposure inform your
23  opinions in this case?
24      A.   As I said, I only saw it

Page 395

1  within the last few days.
2      Q.   Understood.  But you also
3  reviewed the Saed manuscript, you
4  reviewed the Canadian health assessment.
5  You said both those documents informed
6  your opinions.
7          So my question is, did the
8  NCI PDQ also inform your opinions.
9          MS. O'DELL:  Object to the
10  form.
11          THE WITNESS:  Well, the --
12  the documents that you previously
13  mentioned do not inform my opinion
14  prior to my report of
15  November 16th.  However, it's
16  information that has added to me
17  to get to this place where I am
18  right now.
19          So my opinion has not
20  changed from my report until
21  sitting here today.
22  BY MR. HEGARTY:
23      Q.   Did the NCI PDQ add to your
24  opinions in this case?

Page 396

1      A.   I reviewed their opinions.
2  I have many questions about how they
3  reached their opinions and what studies
4  they used.
5          If we can just be on the
6  same page in terms of what their opinion
7  is?
8      Q.   I'm looking at the section
9  under perineal talc exposure.  And my --
10  my question is -- strike that.
11          I'm looking at the section
12  on perineal talc exposure which is about
13  four pages from the end.
14      A.   I see.
15      Q.   And my question is only
16  whether that section informed your
17  opinions in this case.
18          MS. O'DELL:  Object to the
19  form.
20          THE WITNESS:  I reviewed it.
21  It did not change my opinion.
22  Did -- did it inform my opinion?
23  It did not change my opinion.
24  BY MR. HEGARTY:

Page 397

1      Q.   Do you agree with the NCI
2  PDQ statement on perineal talc exposure?
3      A.   If we are talking about
4  their final conclusion?
5      Q.   I'm talking -- yes.  We can
6  talk about their final conclusion.
7      A.   Okay.  If I'm recalling
8  this, their final conclusion that -- was
9  that there was no causal relationship
10  between talc -- talcum powder exposure
11  and ovarian cancer.  Is that --
12      Q.   Well, the -- the weight of
13  the evidence does not support an
14  association between perineal talc
15  exposure and an increased risk of ovarian
16  cancer.  Do you agree with that
17  statement?
18      A.   I do not agree with that
19  statement.
20          And I find, in reading this
21  document, that I'm not sure how they
22  reached that conclusion.  On several
23  points, if you're interested.
24          One is --

100 (Pages 394 to 397)

Judith Zelikoff, Ph.D.

1      Q.   No, I'm just asking you
2   whether you agreed with it.
3      A.   I do not agree with their
4   final conclusion.
5      Q.   Neither FDA nor any
6   scientific regulatory or other group has
7   ever sought out your opinions with regard
8   to the biologic plausibility of talc and
9   ovarian cancer, correct?
10      A.   That is correct.
11      Q.   You made reference earlier
12   to the Penninkilampi article.  Do you
13   recall that?
14      A.   I recall mentioning it, yes.
15      Q.   I'm going to mark as
16   Exhibit 34 a copy of the Penninkilampi
17   article.  That's the article that you
18   were talking about earlier, correct?
19      A.   2018, correct.
20      (Document marked for
21      identification as Exhibit
22      Zelikoff-34.)
23   BY MR. HEGARTY:
24      Q.   If you turn over to page --

1   strike that.
2      This is an article that you
3   rely on for purposes of your opinions in
4   this case, correct?
5      A.   This is an article that I
6   reviewed and played into, yes, informed
7   my opinions.
8      Q.   Did you find it to be a
9   reliable source of information?
10      MS. O'DELL:  Object to the
11      form.
12      THE WITNESS:  I found no
13      problems in the study design as I
14      read it.
15      Again, I'm not an
16      epidemiologist.  So getting into
17      the nuances of this.  I'm a
18      toxicologist and I depend on my
19      epidemiology colleagues to fill in
20      the gaps.
21   BY MR. HEGARTY:
22      Q.   Over on Page 45, under the
23   section Discussion.  Do you see that
24   section?

1      A.   Yes, I do.
2      Q.   Third line down it says,
3   "The mechanism by which perineal talc use
4   may increase the risk of ovarian cancer
5   is uncertain."
6      Do you agree with that
7   statement?
8      MS. O'DELL:  Objection to
9      form.
10      THE WITNESS:  I think
11      there's no -- in providing
12      biological plausibility,
13      biological plausibility, in and of
14      itself, says that there is a
15      possible mechanism or action that
16      could provide evidence for the
17      causation.
18      So the mechanism by which
19      perineal talc use may increase the
20      risk of ovarian cancer is
21      uncertain.  It does not mean
22      it's -- it means it's uncertain,
23      that there are many viewpoints on
24      it.

1   BY MR. HEGARTY:
2      Q.   At the very -- in the very
3   last line of that article -- I'm sorry,
4   the very last line of that paragraph it
5   says, "The potential mechanism by which
6   genital talc is associated with an
7   increased risk of ovarian cancer hence
8   remains unclear."
9      Do you agree with that
10   statement?
11      A.   I think there is -- in -- in
12   regards to your previous questions that
13   asked me if it was -- if there was an
14   agreement among the medical population,
15   and I said that I didn't know that there
16   was agreement or was not agreement.  I
17   thought that there were not agreement.
18   So I agree with the statement that there
19   is still room for further study.
20      Unclear does not mean
21   unknown or that there are not biological
22   plausible mechanisms that could be
23   entertained.
24      Q.   Is inflammation part of a

101 (Pages 398 to 401)

Judith Zelikoff, Ph.D.

Page 402

1  normal mechanism of response to the
2  presence of particles in the lungs?
3      A.   Depending upon the particle,
4  inflammation can be a normal part of a
5  response, yes.
6      Q.   Can tumors occur in the
7  respiratory system with very high
8  exposure to particles that overwhelm the
9  body's clearance mechanisms and lead to
10  particle overload of lung macrophages?
11      A.   Are you referring to the NTP
12  study?
13      Q.   I'm not referring to any
14  study in particular.  That was just a
15  question in general.
16      A.   Okay.  Can you repeat the
17  question?
18      Q.   Yeah.  Can tumors occur in
19  the respiratory system with very high
20  exposure to particles that overwhelm the
21  body's clearance mechanisms and lead to
22  particle overload of lung macrophages?
23          MS. O'DELL:  Object to form.
24          THE WITNESS:  That is a --

Page 403

1          that has been seen as a
2      potential -- as a potential to
3      occur, yes.
4  BY MR. HEGARTY:
5      Q.   Are there any publications
6  that indicate such a mechanism of
7  particle overload can occur in the
8  ovaries?
9          MS. O'DELL:  Objection to
10      form.
11          THE WITNESS:  No studies
12      that I'm aware of that -- that
13      refer to particle overload in the
14      ovaries in this regard, in regard
15      to talcum powder.  There's
16      evidence, of course, as I said
17      that there is talcum powder in the
18      ovary.
19  BY MR. HEGARTY:
20      Q.   Over on Page 5 of your
21  report, Exhibit 2.
22      A.   Page headed by Section 4,
23  Asbestos?
24      Q.   Correct.  You make a

Page 404

1  statement in the third paragraph at the
2  end that says even incidental -- the
3  third paragraph at the end.
4      A.   I was looking for a pen.
5  Excuse me.
6          Okay.  Go ahead.
7      Q.   Says, "Even incidental
8  contamination by amphibole forms of
9  asbestos is hazard enough to cause
10  asbestos-related illnesses."
11          Do you see where I'm
12  reading?
13      A.   I'm sorry, are you in the
14  first paragraph?
15      Q.   Third paragraph.
16      A.   Third paragraph.
17      Q.   At the end.
18      A.   At the -- traces of these
19  types of asbestos are --
20      Q.   No, third paragraph.
21  Even -- the last line.  "Even incidental
22  contamination by amphibole forms of
23  asbestos is hazard enough to cause
24  cancer-related illnesses."

Page 405

1          Do you see where I'm
2  reading?
3      A.   Says, "Cause
4  asbestos-related illnesses."
5      Q.   I'm sorry.  "Can cause
6  asbestos-related illnesses."  You cite --
7      A.   I see where you are reading.
8      Q.   -- the Rohl and Langer
9  paper?
10      A.   Yes.
11      Q.   I'll mark as Exhibit 35 the
12  Rohl and Langer paper that you've cited.
13          (Document marked for
14      identification as Exhibit
15      Zelikoff-35.)
16  BY MR. HEGARTY:
17      Q.   Doctor, nowhere in that
18  paper did the author say that incidental
19  contamination by amphibole forms of
20  asbestos is hazard enough -- hazardous
21  enough to cause asbestos-related
22  illnesses, do they?
23          MS. O'DELL:  Objection to
24      form.

102 (Pages 402 to 405)

Judith Zelikoff, Ph.D.

Page 406

1      THE WITNESS: I'm sorry, I'm
2   not certain that this is the same
3   paper.  This is Rohl, et al.  The
4   paper that I cited is Rohl and
5   Langer.
6   BY MR. HEGARTY:
7      Q.   It's dated 1976 --
8      A.   1976.
9      Q.   -- correct?
10     A.   That's correct.
11     Q.   If you look in the abstract
12  of that paper --
13     A.   Yes.  The paper --
14     Q.   -- the paper that I marked
15  as Exhibit 35.
16     A.   Rohl, et al, yes.
17     Q.   Yes.  It says, "It's
18  possible adverse health effects from
19  intermittent use of these products,
20  especially those that contain asbestiform
21  and fragmented anthophyllite, tremolite,
22  chrysotile, quartz, and trace minerals
23  are presently unknown and warrant
24  evaluation."

Page 407

1      Did I read that correctly?
2      A.   I'm sorry, you are in the
3   abstract, but I don't know what line you
4   are on.
5      Q.   The very last line of the
6   abstract.
7      A.   "Possible adverse health
8   effects from intermittent use of these
9   products especially those that contain
10  asbestiform and fragmented anthophyllite,
11  tremolite, chrysotile, quartz, and trace
12  minerals are presently unknown and
13  warrant evaluation."
14     Yes.  This is also dated
15  1976.
16     Q.   Which is the date that you
17  cite to the Rohl and Langer paper?
18     A.   Yes, I -- I understand that,
19  sir.  However, because this is a Rohl et
20  al., it is certainly possible that I
21  miscited and it was Rohl et al.  But my
22  citation in there is Rohl and Langer.  So
23  it may have been an error on my part.
24  However, there's pause.

Page 408

1      Many investigators,
2   including myself, have papers that come
3   out the same year but with different
4   authors.
5      Q.   If you -- you turn over to
6   Page 6 of your report.
7      A.   Yes, sir.
8      Q.   At the end of the first
9   paragraph, at the top of the page.
10     A.   Yes.
11     Q.   You say that "the close
12  proximity of asbestos in talc and mineral
13  deposits makes extraction of either
14  material alone difficult, if not
15  impossible."
16     Do you see where I'm
17  reading?
18     A.   Yes, I do.
19     Q.   Is it your testimony that it
20  is impossible to extract talc from
21  mineral deposits without asbestos?
22     MS. O'DELL:  Objection to
23  form.
24     THE WITNESS:  I'm not a --

Page 409

1   I'm not a geologist.  I cannot --
2   I can only rely on the references
3   that are there.
4   BY MR. HEGARTY:
5      Q.   Can you list all the steps
6   used in the processing of pharmaceutical
7   grade talc?
8      A.   I can give you an overview.
9   But again, I'm not a commercial talc
10  production person, nor am I a geologist,
11  nor am I in the industry.  So I can only
12  give you a superficial glimpse.
13     Q.   Can you describe the
14  benefication for talc?
15     MS. O'DELL:  Objection to
16  form.  Asked and answered.
17     THE WITNESS:  Not in -- not
18  in detail.  I only know in general
19  that there is -- actually, I
20  prefer not to answer that at all
21  because I don't want to be
22  inaccurate.  It's not my field.
23  BY MR. HEGARTY:
24     Q.   Can you turn over to Page 7

103 (Pages 406 to 409)

Judith Zelikoff, Ph.D.

Page 410

1    of your report.
2          In the second paragraph you
3    refer to the deposition of Alice Blount.
4          Do you see that?
5        A.   Yes, I do.  Second sentence.
6        Q.   And you contend that the
7    sample she tested claimed to include
8    asbestos, including asbestos in Johnson's
9    Baby Powder.  Do you see where you make
10   that reference?
11       A.   Yes, I'm citing her
12   deposition.
13       Q.   Did you read the entirety of
14   her deposition?
15       A.   No, sir.
16       Q.   What testing method did she
17   use?
18       A.   I'd like to see the
19   deposition again.
20       Q.   Did you see from her
21   deposition where she testified that her
22   results published in 1991 came from a
23   Johnson's Baby Powder bottle purchased in
24   1996?

Page 411

1        A.   You know, I'm waiting for
2    the -- see the article, please.
3        Q.   Let me withdraw the
4    question.  I don't have time to cover
5    that.
6          If you turn over to -- if
7    you look at Page 7, the second-to-last
8    paragraph you make reference to the
9    testimony of Dr. Hopkins and the
10   testimony of Julie Pier.
11         Do you see that?
12       A.   I see reference to
13   Dr. Hopkins in the third sentence.  And
14   in the same paragraph, I see on the last
15   sentence, deposition of Julie Pier,
16   corporate representative of Imerys.
17       Q.   You've already testified
18   that you have not completed reading the
19   deposition of Julie Pier, correct?
20       A.   I have testified to that,
21   yes.
22       Q.   Did you read the entirety of
23   the deposition of Dr. Hopkins?
24       A.   I read the entirety, yes.

Page 412

1        Q.   You read every word of it?
2        A.   I reviewed it.  And I read
3    it to the best of my ability.
4        Q.   You make reference there to
5    Exhibits 47 and 28, 47 from Julie Pier
6    deposition and 28 from Dr. Hopkins'
7    deposition.
8          Do you see that?
9        A.   Yes, I do.
10       Q.   Do you know who prepared
11   those exhibits?
12       A.   I do not.  I would make an
13   assumption that it was attorneys.
14       Q.   Were you aware that they
15   were prepared by counsel for plaintiffs?
16         MS. O'DELL:  Objection to
17   form.
18         THE WITNESS:  As the
19   questions were asked by some of
20   the attorneys for the plaintiff, I
21   would make that assumption.
22   BY MR. HEGARTY:
23       Q.   Did you do anything yourself
24   to verify the accuracy of the information

Page 413

1    in any of those exhibits?
2        A.   I'm not sure what you mean
3    did I do anything myself.  I read them,
4    and I did not do any further literature
5    searching, if that's what you mean.
6        Q.   Did you review the test
7    results themselves that are supposedly
8    reported in those two exhibits?
9          MS. O'DELL:  Objection to
10   form.
11         THE WITNESS:  Did I review
12   the testing methodology?  I did
13   not review it in the sense that I
14   did further literature searching,
15   but I -- I looked at and reviewed
16   the testing methods that they --
17   that they said they used.
18   BY MR. HEGARTY:
19       Q.   Did you actually pull the
20   tests that are referenced in those
21   exhibits and look at the test results
22   yourself?
23       A.   I did not.
24       Q.   Are you aware that in 2009

104 (Pages 410 to 413)

Judith Zelikoff, Ph.D.

Page 414

1    FDA pulled -- did its own testing with
2    regard to asbestos and talc?
3        A.   I am aware of that.
4        Q.   Did you review the results
5    of those tests?
6        A.   I did review the results.
7    It doesn't come to mind right now.  I'd
8    like to see a copy of it, if I may.
9        Q.   Nowhere in your report do
10   you cite those test results, do you?
11       A.   Not that I can recall.
12            I do cite a paper or a
13   comment by Epstein writing to the FDA in
14   here.  And the FDA's response in terms of
15   migration.
16            But in answer to your
17   question -- can you repeat your question?
18       Q.   Sure.  Did you cite -- you
19   agree that you didn't cite anywhere --
20   strike that.
21            You did not cite anywhere in
22   your report the results of the FDA's
23   testing of talc in 2009, correct?
24       A.   It doesn't appear so, no.

Page 415

1        Q.   Did you have that
2    information before you finalized your
3    report?
4        A.   I'm not certain.  Probably
5    yes.
6        Q.   Did you review all the
7    epidemiologic literature looking at
8    asbestos exposure and ovarian cancer?
9        A.   Well, as I said, I'm not an
10   epidemiologist.  So I looked at several
11   of the meta-analyses, including
12   Dr. Taher.
13       Q.   Did you read all the
14   meta-analyses that had been published
15   with regard to asbestos and ovarian
16   cancer?
17       A.   No, I have not.
18       Q.   The medical literature
19   looking at asbestos exposure and ovarian
20   cancer was based on exposure to -- was
21   based on a heavy industrial exposure,
22   correct?
23            MS. O'DELL:  Objection to
24   form.

Page 416

1            THE WITNESS:  There are many
2    studies that IARC used, not just
3    worker study populations.
4    BY MR. HEGARTY:
5        Q.   But their conclusion with
6    regard to designating talc -- sorry,
7    designating asbestos as Category 1 was
8    based on five cohort studies involving
9    heavy industrial exposure, correct?
10       A.   The preponderance -- or the
11   weight -- the weight of evidence was
12   contributed among all studies, but it's
13   my -- it's my thought that the worker
14   studies were probably weighted as heavy
15   as any others.
16       Q.   You agree -- you agree that
17   nowhere in your report you analyze
18   what asbestos exposure levels had been
19   shown to induce a biologically plausible
20   effect in tissues, correct?
21            MS. O'DELL:  Object to the
22   form.
23            THE WITNESS:  Again, what do
24   you mean by analyze?

Page 417

1    BY MR. HEGARTY:
2        Q.   Well, nowhere do you cite
3    studies in your report reporting on the
4    effect of asbestos in tissues, correct?
5        A.   I certainly do talk about
6    asbestos.  If you give me a minute to
7    review.
8            I talk about it on Page 7
9    being listed as a Group 1 carcinogen.
10       Q.   My question is nowhere in
11   your report do you analyze the studies
12   that look at the toxicity or discuss the
13   toxicity of asbestos in human tissue,
14   correct?
15            MS. O'DELL:  Object to the
16   form.
17            THE WITNESS:  I -- I did not
18   look at -- I did not analyze in
19   depth, no, the studies that are
20   associated with the IARC report,
21   if that's what you're asking.
22   BY MR. HEGARTY:
23       Q.   What type of chromium --
24   strike that.

105 (Pages 414 to 417)

Judith Zelikoff, Ph.D.

Page 418

1    Is chromium-6 in Johnson's
2 Baby Powder?
3        A.    Chromium is in Johnson's
4 Baby Powder.
5        Q.    I'm sorry?
6        A.    Chromium is present.
7        Q.    Is chromium-6 present in
8 Johnson's Baby Powder?
9        A.    There are indications.  They
10 just discuss total chromium.
11       Q.    Can you testify here today
12 that Johnson's Baby Powder has chromium-6
13 in it?
14            MS. O'DELL:  Object to the
15 form.
16            THE WITNESS:  Again, not
17 being a geologist and only going
18 by the internal documents, and if
19 I may also look at one of the
20 exhibits that has the data for the
21 metals.  I'm sorry.
22            MS. O'DELL:  It's Exhibit C
23 that was marked.
24            THE WITNESS:  I don't want

Page 419

1 to go by my memory alone.  I'd
2 like to see that.
3            Thank you very much.
4            In the document prepared as
5 Exhibit C, chromium has not been
6 speciated and it's listed as total
7 chromium.  I would make the
8 assumption from my professional
9 opinion that in mining, you do get
10 both chromium-6 and chromium-3
11 when you have -- when you're
12 mining talc.  But I'm not a
13 geologist.
14 BY MR. HEGARTY:
15       Q.    Does chromium-6 only come
16 through industrial processing?
17       A.    No.  It can actually be
18 found in the soil as a product of
19 contamination.
20       Q.    If you look over --
21       A.    And it can be re-oxidized.
22 Yes.
23       Q.    If you look over on Page 9?
24       A.    Of?

Page 420

1        Q.    Of your report.  The third
2 paragraph from the bottom where it
3 begins, "Chromium-3."
4        A.    Yes.
5        Q.    You say, "Chromium-3 has
6 weak cell membrane permeability, allowing
7 it to cross the cell membrane in order to
8 bind to DNA and cause lesions."  That's
9 not correct, is it?
10       A.    That is not correct.  That
11 is an error on my part in the report.
12 Chromium-3 has strong membrane
13 permeability.  And when you asked me the
14 question initially whether there was an
15 error in my report, I should have looked
16 at it, and that is an error.  Yes.
17       Q.    In fact chromium-3 does not
18 cross the cell membrane, correct?  It's
19 unable to cross the cell membrane?
20       A.    Chromium-6 crosses the cell
21 membrane and then converts into -- is
22 oxidized to chromium-3.  And chromium-3
23 is the actual component which causes the
24 instability.

Page 421

1        Q.    But chromium-3 is unable to
2 cross the cell membrane, correct?
3        A.    Completely.  To some degree
4 it has -- it can cross to some -- some
5 minimal degree.  But it's hexavalent
6 chromium which can cross -- which has
7 great capacity to cross the cell
8 membrane, yes.
9            May I take a minute, please.
10           Let me -- let me restate
11 based upon the third paragraph that
12 starts, "Chromium-3 has weak cell
13 membrane permeability."
14           It has weak to no cell
15 membrane permeability.
16           It is the active oxidized
17 product of hexavalent chromium or
18 chromium-6, that along with chromium-4
19 and chromium-5 which is responsible for
20 genetic instability and oxidative stress.
21 So it's chromium-3.
22       Q.    If you turn over to Page
23 13 -- I'm sorry, Page 12 of your report.
24 Section entitled C, Fragrances?

106 (Pages 418 to 421)

Judith Zelikoff, Ph.D.

Page 422

1      A.   Yes.
2      Q.   As of the time you prepared
3  your report, your entire opinions with
4  regard to fragrances was based on the
5  report by Michael Crowley, correct?
6      A.   That is correct.
7      Q.   You understand --
8      A.   And, and what I know about
9  some of the components from other --
10  other studies.
11      Q.   Have you had any prior work
12  experience with him?
13      A.   Dr. Michael Crowley?
14      Q.   Yes.
15      A.   No.
16      Q.   Do you know anything about
17  his qualifications beyond -- beyond what
18  you read in his report?
19      A.   No.  Just in his report and
20  the information that he gives about
21  himself.  And the questions that were
22  asked to him and the responses.
23      Q.   You say that you concur --
24  "I concur with his opinion."  Does that

Page 423

1  mean that you agreed with everything that
2  he says in his report?
3          MS. O'DELL:  Object to the
4      form.
5          THE WITNESS:  I concur with
6      his statement which says that
7      "some of these chemicals in
8      fragrances may contribute to the
9      inflammatory response, toxicity
10      and potential carcinogenicity of
11      Johnson & Johnson talcum powder
12      products."
13          And that's based on the
14      knowledge of some of the chemicals
15      as I said that I've reviewed for
16      other studies and personal
17      studies.  And they are indeed
18      inflammatory and can cause
19      toxicity.
20  BY MR. HEGARTY:
21      Q.   Prior to reading
22  Dr. Crowley's report, had you ever
23  concurred with a finding as to toxicity
24  of a substance based on the reading of an

Page 424

1  expert witness report in litigation?
2          MS. O'DELL:  Object to the
3      form.
4          THE WITNESS:  I am trying to
5      recall whether or not I have ever
6      had that opportunity.
7  BY MR. HEGARTY:
8      Q.   Sitting here right now, can
9  you recall when you had such an
10  opportunity?
11      A.   In this particular setting
12  of being deposed?
13      Q.   Or in any -- in any setting
14  where you are concurring with the opinion
15  of someone who -- who comments on
16  toxicity in an expert witness report
17  written for litigation?
18          MS. O'DELL:  Objection to
19      form.
20          THE WITNESS:  I would --
21      I -- I would comment on it if I
22      agreed.
23          And in this case, you know,
24      having the knowledge base that I

Page 425

1  have, not on -- certainly not on
2  all 150 different chemicals, which
3  is why I did my own literature
4  search, but on the chemicals that
5  I do know, I did agree with the
6  fact that they -- they do
7  contribute to inflammatory
8  responses, toxicity, some are
9  cytotoxic and produce cell injury
10  and potential carcinogenicity.
11          So as ethyl benzene as one
12  of the ingredients or one of the
13  constituents in fragrances, is
14  listed as a type -- as a Class 2
15  carcinogen.  So I did agree with
16  it.
17          If I had any question, I did
18  my own search.
19  BY MR. HEGARTY:
20      Q.   Over on page -- Pages 12 and
21  13, again you discuss exposure routes of
22  talc either through perineal exposure or
23  through inhalation, correct?  And that
24  carries over to Pages 14 and 15, and 16

107 (Pages 422 to 425)

Judith Zelikoff, Ph.D.

Page 426

1    and 17.
2        A.   Okay.
3        Q.   So in that section, did you
4    in any way analyze whether the particles
5    that -- whether talc can transport in the
6    same way that the particles do in the
7    studies that you cite?
8        MS. O'DELL:  Objection to
9    form.
10   BY MR. HEGARTY:
11       Q.   In other words, did you cite
12   any authority showing that talc particles
13   transport in the same way as the
14   particles you reference in these studies?
15       A.   Not conclusively.  But as I
16   said, if the particles are of similar
17   sizes, which they are in these -- in
18   these animal studies, then I would have
19   no reason to believe that the talc
20   particles did not move in the same
21   manner.
22       Q.   Well, do you agree that it
23   is important when talking about transport
24   of particles, that -- strike that.  Let

Page 427

1    me ask it a different way.
2        You cite to an authority
3    that makes the following statement, I
4    don't want to ask you -- I want to ask
5    you if you agree with it.
6        A.   Okay.
7        Q.   In an experiment to
8    evaluate --
9        A.   I'm sorry.  What page?
10       Q.   It's -- it's not on -- it's
11   not in your report.  It's part of my
12   question.
13       A.   Okay.
14       Q.   Do you agree that in an
15   experiment to evaluate the translocation
16   of solid particles, the characteristics
17   of the particle, i.e., size and material,
18   should be considered carefully?
19       A.   I agree that the size should
20   be considered very carefully.
21       Q.   And did you do any
22   comparison with the size of particles
23   that are referenced in the literature
24   that you cite, to the size of particles

Page 428

1    that are applied to talc via the perineal
2    route?
3        A.   What I did was I looked at
4    the internal documents, found that the --
5    according to the -- the instrumentation
6    and the graphics that they did, as well
7    as Dr. Longo, and looked at the size
8    range of the particles.  As I said, the
9    median and the average is around 10.5 to
10   11.5, but there were particle size range
11   in the talc -- talcum powder products
12   that range all the way from 50 microns or
13   larger all the way down to 0.3 microns or
14   300 nanometers.
15       Q.   Well, did you do any
16   correlation to determine whether the --
17   the size of the particles studied in
18   the -- in the articles you cite in any
19   way correlate or relate to the particle
20   sizes in Johnson's Baby Powder?
21       MS. O'DELL:  Object to the
22   form.
23       THE WITNESS:  The size of
24   particles that were used in many

Page 429

1    of the animal studies certainly
2    fall within the range that I just
3    gave you.
4    BY MR. HEGARTY:
5        Q.   Well, a number of the animal
6    studies used nanoparticles, correct?
7        A.   They used .1 micron, but
8    they also used larger particles.
9        Q.   Is it your testimony that
10   there are nanoparticles of talc in
11   Johnson's Baby Powder?
12       A.   If a particle -- a particle
13   is considered an ultra fine particle if
14   it's .1 micron or less.
15       Q.   But my question is as to
16   nanoparticles.  Are there nanoparticles
17   in Johnson's Baby Powder?
18       A.   Not that your literature
19   showed.  But ultra fines are also -- can
20   be called nanoparticles because they go
21   as low as .1.
22       Q.   If you look over on Page 14
23   of your report, you cite in the second
24   paragraph a letter from FDA to

108 (Pages 426 to 429)

Judith Zelikoff, Ph.D.

Page 430

1    Dr. Epstein, correct?
2        A.   That's correct.
3        Q.   I marked as Exhibit
4    Number 33 a copy of that letter.
5            (Document marked for
6            identification as Exhibit
7            Zelikoff-33.)
8    BY MR. HEGARTY:
9        Q.   Is that a copy of the letter
10   that you are referencing in that
11   paragraph?
12       A.   If you could point me to the
13   paragraph, please.
14       Q.   Well, it's the second --
15   it's the second paragraph at the top of
16   Page 14.
17       A.   Stating "further evidence
18   for migration"?
19       Q.   Correct.
20       A.   Okay.  Yes.  This is the
21   letter that I'm referring to.
22       Q.   In the same paragraph that
23   you reference, where you make -- where
24   you -- in the same paragraph where you

Page 431

1    pull out the statement that you cite
2    here, "FDA states that while there exists
3    no direct proof of talc in ovarian
4    carcinogenesis" --
5        A.   Genesis?
6        Q.   Genesis, carcinogenesis.
7    It's getting late for me too.
8            Did you cite that finding by
9    FDA in this paragraph?
10       A.   No.  What I was trying to
11   cite was referring to migration through
12   the upper genital tract.  So citing the
13   information on carcinogenesis would not
14   have been appropriate in that paragraph.
15       Q.   If you turn over to Page 4
16   of the FDA's letter.  At the very bottom
17   FDA states, "A cogent biological
18   mechanism by which talc might lead to
19   ovarian cancer is lacking."
20           Do you see that?
21       A.   I do see that.
22       Q.   You do not cite that
23   statement anywhere in your report,
24   correct?

Page 432

1        A.   I did not.
2        Q.   Why not?
3        A.   And in terms of my report,
4    and talking about migration, again, the
5    ovarian cancer and cogent biological
6    mechanism was not appropriate for that,
7    where I cited the original statement.
8        Q.   But you cite elsewhere in
9    your report statements and studies you
10   contend support your opinion that there
11   is a biologically plausible mechanism
12   between talc and ovarian cancer, correct?
13       A.   Yes, I do.
14       Q.   This statement by FDA
15   concerns whether there's a biologically
16   plausible mechanism between talc and
17   ovarian cancer, correct?
18       A.   That is -- that is what the
19   FDA says, yes.
20       Q.   Did you cite FDA's statement
21   about -- as to its view of whether a
22   cogent biological mechanism exists
23   anywhere in your report?
24       A.   I did not cite this

Page 433

1    statement.
2        Q.   You cite one statement by
3    FDA that you believe they are correct
4    about?
5        A.   They put a lot of weight
6    into that statement and...
7        Q.   Well, how did you weigh that
8    statement versus the other statement that
9    I read at the bottom of Page 4?
10       A.   Sorry, I'd like to find it.
11           And repeat the question
12   please.
13       Q.   How did you weigh the
14   statements you cite about migration
15   versus the other statement that I read at
16   the bottom of Page 4 about a cogent
17   biologic mechanism?
18       A.   In terms of the migration,
19   this is something that not only has been
20   found by the FDA and -- and is being
21   reiterated as a result of numerous
22   studies, this, Number 4, a cogent
23   biological mechanism by which talc led to
24   ovarian cancer is lacking is the FDA's

109 (Pages 430 to 433)

Judith Zelikoff, Ph.D.

Page 434

1  opinion in 19 -- in 2014, and I did not
2  know at all how they came to that
3  conclusion.
4        So in terms of migration,
5  that's been ferreted out and it's well
6  known in the literature for migration of
7  particles.  But the -- their opinion, the
8  FDA's opinion on this, I could not
9  substantiate in terms of what they were
10 basing that conclusion on.
11      Q.   What methodology did you use
12 to determine which of the statements by
13 FDA in this letter you believed are
14 correct and which you believed are not
15 correct?
16          MS. O'DELL:  Object to the
17      form.
18          THE WITNESS:  Well, if it
19      was a common finding such as that
20      which particles can migrate which
21      has been shown since late 1990s,
22      versus information that is given
23      in this report and is the basis --
24      and is what the FDA is opining on,

Page 435

1      however, I don't know what the --
2      what the literature is that they
3      reached in that conclusion.
4  BY MR. HEGARTY:
5      Q.   IARC includes a citation in
6  its 2010 monograph saying essentially
7  that the evidence of migration to the
8  ovaries is weak.  Do you recall reading
9  that?
10     A.   I do not recall reading
11 that.  I've reviewed the IARC paper, but
12 I -- I do not recall.  And I could look
13 at it and tell you what I thought.
14     Q.   You made reference earlier
15 in the deposition to the 1992 NTP study,
16 correct?
17     A.   Yes.
18     Q.   Do you find that to be a
19 well-done study?
20     A.   For what it was, I do find
21 it to be a well-done study.  I've worked
22 with the NTP.  I've served as an advisory
23 board member.  And I think that the work
24 they do are -- is with rigor and

Page 436

1  scrutiny.  I think that for what they
2  did, they did a good study.
3      Q.   If you look at Page 3 of the
4  FDA letter.
5      A.   Okay.
6      Q.   At the bottom, do you see
7  they comment on the very NTP study --
8      A.   Yes.
9      Q.   -- that you just mentioned,
10 right?
11          MS. O'DELL:  Which page are
12      you on?
13          MR. HEGARTY:  Page 3.
14          THE WITNESS:  There were a
15      number --
16 BY MR. HEGARTY:
17     Q.   I'm not -- I'm haven't asked
18 a question.
19     A.   Oh, I'm sorry.
20     Q.   My question was simply, do
21 you see where they comment on that NTP
22 study?
23     A.   I see that, yes.
24     Q.   Do you cite anywhere in your

Page 437

1  report FDA's commentary on the NTP study?
2      A.   I can find it in my report.
3  I did comment on some of the other that
4  there's been some controversy by
5  Dr. Warheit and Dr. Goodman.  They had
6  some pushback on this.  I think I
7  commented on that, but I'd like to find
8  the page where I said that.
9      Q.   You agree that you didn't
10 cite to FDA's commentary about the NTP
11 study in its February 14, 2014, letter?
12     A.   Not -- not that I recall,
13 no.  But as I said, I did comment on
14 other -- their -- the FDA's comments are
15 very similar to those made by other
16 scientists.
17     Q.   You say the FDA's comments
18 are very similar to those made by other
19 scientists.  You are talking about the
20 comments on Page 3?
21     A.   I am.  And I'm talking about
22 the comments made by Dr. Jay Goodman and
23 Dr. David Warheit that pushed back on the
24 studies by the NTP and the conclusion.

110 (Pages 434 to 437)

Judith Zelikoff, Ph.D.

Page 438

1    Q.   For purposes of your
2  analysis in this case, did you review all
3  the studies on talc miners and millers?
4    A.   No, I did not.
5    Q.   For purposes --
6    A.   I am not an epidemiologist.
7    Q.   For purposes of your
8  analysis in this case, did you look at
9  all the studies looking at talc --
10  looking at long-term effects of talc
11  pleurodesis?
12       MS. O'DELL:  Object to the
13  form.
14       THE WITNESS:  It was -- it
15  was not my question to look at --
16  only to bring the pulmonary
17  aspects in in manners that relate
18  to ovarian effects and
19  inflammation and plausibility.
20       So, no, I did not.  I
21  reviewed several studies on
22  pleurodesis, in terms of
23  understanding it, why talcum
24  powder is used, and the effect of

Page 439

1       talcum powder on pleurodesis.
2  BY MR. HEGARTY:
3    Q.   What is the volume of talc
4  that gets introduced in vivo with a
5  single application to the perineum?
6       MS. O'DELL:  In pleurodesis?
7       THE WITNESS:  For
8  pleurodesis?
9  BY MR. HEGARTY:
10    Q.   No, just in women in
11  applying -- strike that.
12       MS. O'DELL:  I'm sorry.
13  BY MR. HEGARTY:
14    Q.   What is the volume of talc
15  that gets introduced in vivo with a
16  single application of talc to the
17  perineum?
18       MS. O'DELL:  Objection to
19  form.
20       THE WITNESS:  I do not know
21  the concentration.  It depends on
22  the person and how they're using
23  it.  It also depends on the
24  frequency that they are using it.

Page 440

1       So when you're looking at
2  toxicology, it's not just the
3  concentration that you use.  It's
4  also the length and duration and
5  frequency of the use and their
6  cumulative effects.
7  BY MR. HEGARTY:
8    Q.   Is it your opinion that a
9  single particle of talc is sufficient for
10  biologic plausibility?
11       MS. O'DELL:  Objection to
12  form.
13       THE WITNESS:  I'm pretty
14  sure I answered that question
15  before.  But I will -- again,
16  talcum powder is known to produce
17  inflammation, and inflammation is
18  known to be a biological mechanism
19  for cancer.
20  BY MR. HEGARTY:
21    Q.   My question is, is a single
22  particle of talc in vivo sufficient for
23  your biologic plausibility opinion in
24  this case?

Page 441

1    A.   If it produces inflammation,
2  it could be used that way.  As a matter
3  of relevancy, I don't think that there's
4  anyone who produces -- who uses a single
5  molecule.  But in answer to your
6  question, if that single talc -- talcum
7  powder product produced inflammation,
8  then yes, it could -- it could be related
9  to biological plausibility.
10    Q.   Can you cite any published
11  authority that supports that opinion?
12    A.   That shows me that one
13  particle could produce inflammation?
14    Q.   That could lead to cancer.
15    A.   That could lead to cancer.
16  I cannot show you.  It's not that I don't
17  know if it's there or not there.  I just,
18  to my knowledge, I am not aware.
19       MR. HEGARTY:  I'm going to
20  let Mr. Ferguson ask you some
21  questions for a little bit.  Then
22  I will come back and finish up.
23       THE WITNESS:  Okay.  Thank
24  you.

111 (Pages 438 to 441)

Judith Zelikoff, Ph.D.

Page 442

1    THE VIDEOGRAPHER:  The time
2  is 6:00 p.m.  Off the record.
3    (Short break.)
4    THE VIDEOGRAPHER:  The time
5  is 6:25 p.m.  Back on the record.
6    - - -
7    EXAMINATION
8    - - -
9  BY MR. FERGUSON:
10    Q.  Hello, Dr. Zelikoff.
11    A.  Hello.
12    Q.  How are you?
13    A.  Good, thank you.
14    Q.  My name is Ken Ferguson, and
15  I represent Imerys, one of the parties to
16  this litigation.  Do you understand that?
17    A.  I understand what you said,
18  yes.
19    Q.  Okay.  And I'm going to have
20  some questions for you, which I'm going
21  to maybe try to go through pretty
22  quickly.  But just stop me if I speed up
23  too much.  I'm told that I talk slowly.
24  So maybe I won't be speeding up too much.

Page 443

1    So first of all, let me just
2  go back briefly to your background and
3  qualifications.
4    A.  Okay.
5    Q.  Just briefly, do you
6  currently have a laboratory?
7    A.  I do have a laboratory.
8    Q.  And how many personnel do
9  you have employed in the laboratory?
10    A.  Today?
11    Q.  Yes, ma'am.
12    A.  Today I have no one
13  employed, but three graduate students.
14    Q.  And where does the funding
15  come from to support that laboratory?
16    A.  It comes from the NIEHS,
17  National Institute of Environmental
18  Health Sciences from a center grant.  And
19  that is the main source at this moment.
20    Q.  Are you the principal
21  investigator of any extramural or
22  intramural funding at the current time?
23    A.  I have -- as of today, I'm
24  not.

Page 444

1    Q.  Have you ever been elected
2  to membership in any of the national
3  academies, for example the National
4  Academy of Science?
5    A.  I've not been elected as a
6  member, but I have served on the advisory
7  body numerous times.
8    Q.  Okay.  But you haven't been
9  elected to membership; is that right?
10    A.  No, that is correct.
11    Q.  Dr. Zelikoff, have you
12  communicated with any regulatory bodies
13  of any country regarding the issue of
14  talc and ovarian cancer that we've been
15  discussing today?
16    A.  I have not.
17    Q.  Have you communicated with
18  any scientific journals or publications
19  regarding talc and ovarian cancer?
20    A.  I have not.
21    Q.  So, can you turn to your
22  report, which is Exhibit Number 2.
23    A.  I have it.
24    Q.  Okay.  Can you look at the

Page 445

1  top of Page 3, please.
2    A.  Yes, sir.
3    Q.  And in the first full
4  paragraph on that page, it says, "My
5  opinions below are based upon my
6  experience as a toxicologist and research
7  scientist and have been reached through
8  employing the same scientific methodology
9  and rigor that I employ in my academic
10  research and professional duties."
11  Correct?
12    A.  Yes, sir, I see that.
13    Q.  And is that true?
14    A.  That is true.
15    Q.  And in your professional
16  duties and academic research, do you
17  customarily rely on peer-reviewed
18  publications in the scientific literature
19  for your research?
20    A.  I do -- peer reviews, I rely
21  on.  Abstracts come into play.
22  Documents.  Whatever is needed, I will
23  use and cite in my publications.
24    Q.  Do you customarily rely on

112 (Pages 442 to 445)

Judith Zelikoff, Ph.D.

Page 446

1    non-peer-reviewed research that is paid
2    for by a party that has a direct
3    financial interest in the outcome of the
4    study?
5            MS. O'DELL:  Object to the
6    form.
7            THE WITNESS:  I go by the
8    science.  I don't look at the
9    funding.  Many scientists do.  But
10   I think if the science is sound, I
11   look at the science -- I go by the
12   science.
13   BY MR. FERGUSON:
14   Q.    Look at -- look at Page 8,
15   please.
16   A.    Yes, sir.
17   Q.    There in the first full
18   paragraph, you talk about recent TEM
19   testing on historic samples.
20           Do you see that sentence?
21   A.    Recent TEM testing on
22   historic samples, yes.
23   Q.    And you cite Longo and
24   Rigler from 2018, correct?

Page 447

1    A.    Mm-hmm-hmm, yes.
2    Q.    Okay.  And are you aware
3    that Longo and Rigler are paid expert
4    witnesses who were hired by plaintiffs'
5    counsel to testify in talc litigation,
6    including this matter you're working on?
7    A.    I understand -- I understand
8    today that they are plaintiffs'
9    witnesses, experts.
10   Q.    Can you cite any scientific
11   articles that you've authored in the past
12   in which you cited an unpublished paper
13   that was authored by expert witnesses
14   hired by a party in litigation on the
15   very topic that you're writing on?
16           MS. O'DELL:  Objection to
17   form.
18           THE WITNESS:  I relied
19   primarily on Longo.  But it is, as
20   I said, or as I will say, it's a
21   Johnson & Johnson product that
22   they are testing, so in my
23   opinion, who better to know what's
24   there than someone who did the

Page 448

1            testing from the company?
2    BY MR. FERGUSON:
3    Q.    And my question was, can you
4    cite any scientific articles that you've
5    authored in which you cited an
6    unpublished paper authored by an expert
7    witness who is being paid in the
8    litigation on the very topic that you're
9    writing on?
10   A.    I have not had that
11   opportunity so the answer is no.
12   Q.    So, you've never done that
13   in your academic writings, correct?
14   A.    If you mean that -- by that,
15   that I have never cited an unpublished
16   paper authored by an expert witness?
17   Q.    Yes, ma'am.
18   A.    I have not done -- I have
19   not had the opportunity to do that.  My
20   publications are primarily, if not
21   solely, based either on reviews or -- or
22   results that have emerged from my own
23   laboratory or a colleague's laboratory.
24           I've not had that

Page 449

1    opportunity.  So the answer is no.
2    Q.    If you look at Page 7.
3    A.    Of the report?
4    Q.    Of -- of your report.  Yes
5    please.
6            On Page 7 you say, "In 2004,
7    a television station reported that
8    Johnson's Baby Powder had been analyzed
9    and found anthophyllite asbestos at
10   0.2 percent," correct?
11   A.    I see that.  That's in the
12   last paragraph.  The second sentence:  In
13   2004, a television station reported
14   Johnson's Baby Powder had been analyzed
15   and found anthophyllite asbestos at
16   0.2 percent, yes.
17   Q.    In your previous academic
18   research, have you ever cited to stories
19   run on local television stations?
20   A.    I have.
21   Q.    And is that something that
22   you think shows scientific rigor?
23           MS. O'DELL:  Objection to
24   form.

113 (Pages 446 to 449)

Judith Zelikoff, Ph.D.

Page 450

1      THE WITNESS:  It depends on
2  the scientific paper.  And it --
3  it depends on the source of the
4  media.
5  BY MR. FERGUSON:
6      Q.   If we go to Pages 6 --
7      A.   If -- if I may add to that,
8  my recollection is that television
9  station data was given to Johnson &
10  Johnson and it was not -- I did not cite
11  television station itself, but the -- the
12  document that was turned over to Johnson
13  & Johnson.
14      Q.   If you go to Page 6 of
15  your --
16      A.   Page what, I'm sorry?
17      Q.   6.
18      A.   6?
19      Q.   So on Pages 6 to 8 you cite
20  documents or other sources that you claim
21  show the presence of asbestos in talc
22  powder, correct?  You --
23      A.   Pages 6 to 8?
24      Q.   Yeah.  Why don't you go to

Page 451

1  the top of 7.  Let me go to it
2  specifically.
3      One of the things you cite
4  to is Paoletti in 1984?
5      A.   Yes, sir.
6      Q.   Okay.  And the Paoletti
7  study was completed -- I don't know if I
8  can do my math very well, but is that
9  36 years ago?
10      A.   36, yes.
11      Q.   And you notice they have
12  assessed, according to your own report,
13  contamination in industrial and cosmetic
14  talcs, correct?
15      A.   9 of the 24 pharmaceutical
16  and cosmetic grade talcs contain
17  tremolite fibers.
18      Q.   And they are from the
19  Italian market, correct?
20      A.   From the Italian market.
21      MS. O'DELL:  Objection to
22  form.
23      THE WITNESS:  And the
24  European pharmacopeia.

Page 452

1  BY MR. FERGUSON:
2      Q.   And that's in your report,
3  correct?
4      A.   On Page 7 at the top.
5      Q.   Then you also cited
6  Dr. Blount's paper that you and
7  Mr. Hegarty talked about, correct?
8      A.   I'm sorry, can you give me a
9  location?
10      Q.   Sure.  It's the second
11  paragraph on Page 7.
12      A.   Van Gosen?
13      Q.   No, the second full
14  paragraph, cosmetic and pharmaceutical
15  talc products, et cetera --
16      A.   Yes, deposition of Alice
17  Blount.  Yes.
18      Q.   Correct.
19      A.   Sorry to interrupt.
20      Q.   And Dr. Blount's paper was
21  some 30 or so years ago, correct?
22      A.   1991.
23      Q.   And -- and I won't go
24  through this in detail, but Mr. Hegarty

Page 453

1  discussed with you the fact that U.S.
2  Food and Drug Administration conducted a
3  survey of cosmetic grade raw material
4  talc and some cosmetic products
5  containing talc.  And you were generally
6  aware of that, correct?
7      A.   The FDA report that he -- he
8  pointed me to, yes.
9      Q.   Okay.  You were aware but
10  you didn't cite it, correct?
11      A.   I was aware but I did not
12  cite it.
13      Q.   And that came from 2010 as
14  opposed to 1984 or 1991, correct?
15      MS. O'DELL:  Objection --
16      THE WITNESS:  Yes --
17      MS. O'DELL:  Excuse me.
18  Objection to form.
19      If you're going to ask a
20  specific -- about a specific date,
21  I would ask -- or a specific item
22  of that -- in that document I
23  would just ask that you show the
24  witness.

114 (Pages 450 to 453)

Judith Zelikoff, Ph.D.

Page 454

1    BY MR. FERGUSON:
2        Q.   Do you -- do you recall when
3    that survey was from?
4        A.   The FDA was 2014.  I don't
5    recall a specific.
6        Q.   Well, okay.  Counsel's
7    suggested it.  Why don't we go ahead and
8    mark as Exhibit 37.
9            (Document marked for
10           identification as Exhibit
11           Zelikoff-37.)
12   BY MR. FERGUSON:
13       Q.   And is this a document that
14   you've reviewed before?
15       A.   This is a document that I
16   have reviewed, yes.
17       Q.   Okay.  If you look at Page 2
18   at the top of the page, in the second
19   paragraph there, it says, "The study ran
20   from September 28, 2009, to September 27,
21   2010," correct?
22       A.   So I'm trying to put that
23   sentence into context.  So I need to read
24   the above sentences.

Page 455

1            I assume that the study they
2    are talking about was the contract with
3    the AMA analytical services to conduct
4    the laboratory survey.
5            Is that the study that they
6    are referring to?  It's unclear.
7        Q.   And in your review of this
8    document, did you read that there was no
9    asbestos detected by the survey by the
10   FDA in either the cosmetic grade raw
11   material talc, or the finished product
12   cosmetic products containing talc,
13   correct?
14       A.   I'm trying to find where
15   that was stated.
16       Q.   If you look at Page 3?
17       A.   Yes, sir.
18       Q.   See where it says at the top
19   of the page, "Cosmetic raw material
20   talc"?
21       A.   I see that, yes, sir.
22       Q.   Correct?
23           Then there is a list of
24   suppliers called Rio Tinto Minerals

Page 456

1    Luzenac America, correct?
2        A.   Correct.  On the left side.
3        Q.   On the left side.  And on
4    the right side there are two columns that
5    say percentage asbestos by PLM and
6    percentage asbestos by TEM, correct?
7        A.   I see that.
8        Q.   And each of those says NAD,
9    correct?
10       A.   They say NAD.
11       Q.   And from your review of
12   this, do you know that NAD means no
13   asbestos detected?
14       A.   Yes, I do.  That means that
15   the measurements that they had and the
16   scientific -- and the sensitivities that
17   they were using at the given time, they
18   did not see any, is my interpretation of
19   that.
20       Q.   According to the paper that
21   you said, NAD means no asbestos detected,
22   correct?
23       A.   In this study, yes, correct.
24       Q.   Let's take a look.  You've

Page 457

1    cited to IARC several times during
2    your -- in your report, correct?
3        A.   Yes, I did.
4        Q.   And let's look at the IARC
5    monograph 100 C, that was published in
6    2012 that I've marked as Exhibit 36.
7            (Document marked for
8            identification as Exhibit
9            Zelikoff-36.)
10           THE WITNESS:  Entitled
11           Arsenic Metals, Fibrous and Dusts?
12   BY MR. FERGUSON:
13       Q.   Correct.
14           And if you -- I've provided
15   you a page there, correct?
16       A.   You've provided me with
17   three pages.
18       Q.   Okay.  And was that
19   Page 225?
20       A.   225 starts 1.5 human
21   exposure.
22       Q.   Okay.  If you look at the
23   top of 225.  Do you have that page?
24       A.   Yes, sir.

115 (Pages 454 to 457)

Judith Zelikoff, Ph.D.

1      Q.   In an exposure it says,
2  "Inhalation and ingestion are the primary
3  routes of exposure to asbestos," correct?
4         MS. O'DELL:  Objection to
5  form.
6  BY MR. FERGUSON:
7      Q.   The very first sentence.
8      A.   Mm-hmm-hmm.  I cannot attest
9  to ingestion, but certainly inhalation is
10  a primary.
11      Q.   But you'd agree that -- that
12  this is what IARC said, correct?
13      A.   I agree that this is what's
14  in IARC, yes, 2012.
15      Q.   And then there's another
16  section called exposure of the general
17  population, correct?
18      A.   Yes, sir.
19      Q.   And in the second paragraph
20  under that, do you see that paragraph
21  starts in studies of asbestos
22  concentrations?
23      A.   I do.
24      Q.   Okay.  And -- and let's --

1  let's read it and see if it -- you and I
2  agree on what it says.
3         "In studies of asbestos
4  concentrations in outdoor air, chrysotile
5  is the predominant fiber detected.  Low
6  levels of asbestos have been measured in
7  outdoor air in rural locations; typical
8  concentration, 10 fibers per cubic meter.
9  Typical concentrations are about tenfold
10  higher in urban locations and about 1,000
11  times in close proximity to industrial
12  sources of exposure, e.g., asbestos mine
13  or factory demolition site, or improperly
14  protected asbestos-containing waste
15  site," correct?
16      A.   That's what's written here,
17  yes.
18      Q.   Okay.  And if you go down to
19  the first sentence of the next paragraph,
20  it says, "In indoor air, for example in
21  homes, schools and other buildings,
22  measured concentrations of asbestos are
23  in the range of 30 to 6,000 fibers per
24  cubic meter," correct?

1      A.   That's what's here, yes.
2      Q.   Okay.  So certainly based on
3  what IARC has said, a person could inhale
4  or ingest one or more asbestos fibers
5  from the air that they breathe, correct?
6         MS. O'DELL:  Objection to
7  form.
8         THE WITNESS:  Based on the
9  measurements, I can't really tell
10  where they took these, where they
11  took the measurements or how they
12  measured them, from this Page 225,
13  but based on what they are saying
14  here, they have measured in
15  outdoor air and rural locations,
16  10 fibers per cubic meter, yes.
17         As I said, if you look down
18  in that paragraph it also
19  indicates that asbestos has been
20  measured in the air in a disaster
21  such as the World Trade Center, in
22  higher concentrations by
23  Dr. Longo.
24  BY MR. FERGUSON:

1      Q.   And then if you look at
2  Page 229.  Are you with me?
3      A.   Yes, I am.
4      Q.   Under B, dietary exposure.
5      A.   Yes.
6      Q.   It says in the first
7  sentence under that paragraph heading,
8  "The general population can be exposed to
9  asbestos in drinking water," correct?
10      A.   It can happen under certain
11  conditions, yes.  It says, "The general
12  population can be exposed to asbestos in
13  drinking water."
14      Q.   And then below it says about
15  nine lines down, "In the U.S.A., the
16  concentration of asbestos in most
17  drinking water supplies is less than one
18  fiber per milliliter even in areas with
19  asbestos deposits or with asbestos cement
20  water supply pipes."  Correct?
21      A.   That's what it says here.
22      Q.   And then it says, "However,
23  in some locations the concentration in
24  water may be extremely high containing 10

116 (Pages 458 to 461)

Judith Zelikoff, Ph.D.

Page 462

1    to 300 million fibers per liter or even
2    higher." Correct?
3          MS. O'DELL:  Objection to
4    form.
5          THE WITNESS:  That's what it
6    says here.
7    BY MR. FERGUSON:
8          Q.   So --
9          A.   But it's talking about --
10   it's talking about specific locations and
11   it's also saying "can."  This is not a
12   normal situation.  Normal -- this is a
13   contaminated situation.
14         Q.   But as IARC said, in the
15   first line we talked about, inhalation
16   and ingestion can be routes of exposure
17   to asbestos for the general population,
18   correct?
19         A.   It can be.  Can being the
20   keyword.
21         Q.   I've got some more questions
22   that I could ask.  But I'm going to pass
23   it back to Mr. Hegarty.
24         THE WITNESS:  Hello again.

Page 463

1          MR. HEGARTY:  Hello again.
2          MS. O'DELL:  So are you
3    finished with your questions?
4          MR. FERGUSON:  I have other
5    questions that I could ask.  But
6    I'm trying to share the limited
7    time that we have.
8          MS. O'DELL:  I understand.
9    I'm just trying -- typically we
10   don't go back and forth between
11   the parties.  The plaintiffs' side
12   has had time to ask questions.  So
13   I guess I'm just trying to figure
14   out what y'all are doing.
15         MR. HEGARTY:  Let's go off
16   the record real quick and have a
17   discussion.  Because what we
18   planned to do, I took the time
19   that Ken was using to organize my
20   notes and to finish up the
21   remaining time.
22         Go off the record.
23         THE VIDEOGRAPHER:  The time
24   is 6:45 p.m.  Off the record.

Page 464

1          (Whereupon, a discussion was
2    held off the record.)
3          THE VIDEOGRAPHER:  The time
4    is 6:46 p.m.  Back on the record.
5          -  -  -
6          EXAMINATION
7          -  -  -
8    BY MR. HEGARTY:
9          Q.   Doctor, you have done a
10   number of studies looking at inhalation
11   of particles in animal species primarily,
12   correct?
13         A.   In animal species primarily,
14   but also I have done studies in cell
15   culture, yes.
16         Q.   In any of the studies where
17   you have looked at inhalation of
18   particles in animals, have you reported
19   finding those particles in the ovaries?
20         A.   I did not look in the
21   ovaries.
22         Q.   So have you ever evaluated
23   the ovaries in any study that you have
24   done?

Page 465

1          A.   I have evaluated -- in the
2    cadmium particle studies, we looked for
3    the soluble ions, that's what we
4    measured, using atomic absorption and ICT
5    mass spec.  And we did find cadmium --
6    sorry.  Sorry.  We did find soluble
7    cadmium ions in the -- in the tissue --
8    in the ovaries.
9          Q.   Of what animal?
10         A.   Mice.
11         Q.   So there's nothing unique
12   with regard to talc in your opinion with
13   regard to its ability to transport within
14   the body, correct?
15         MS. O'DELL:  Object to the
16   form.
17         THE WITNESS:  Talc is a
18   fiber and will transport as a
19   fiber.  It's also hydrophilic so
20   it will require some time for the
21   other products within the talc
22   molecule to be released.  I am not
23   sure if I answered your question.
24   BY MR. HEGARTY:

117 (Pages 462 to 465)

Judith Zelikoff, Ph.D.

Page 466

1    Q.   What about platy talc?  Will
2  platy talc travel in the body as cadmium
3  would travel?
4    A.   Cadmium is a -- has traveled
5  as a soluble ion.  So platy talc --
6  neither platy talc nor asbestos will
7  travel as a soluble ion.  They are
8  fibers.
9    Q.   Have you done --
10    A.   They are -- I'm sorry, platy
11  talc is a crystal with different forms.
12  But my understanding is that platy talc
13  can fracture and also form fragments and
14  they could travel, given their size.
15    Q.   Could they travel as cadmium
16  has traveled in your studies, if that
17  happens?
18    A.   No, in -- in my studies we
19  did not measure -- we did not look for
20  the presence of the particle -- of the
21  nanoparticle in the tissues.  We measured
22  for the metal in those tissues.
23        So we are of the opinion
24  that it was the soluble ion that was

Page 467

1  released, and in this case, I know of no
2  studies off the top of my head that
3  measured how much of the other components
4  were released.
5    Q.   Can any particle that's
6  inhaled reach the ovary?
7    A.   If it -- if it meets certain
8  size constituents.  There's no reason why
9  a particle could not reach the ovary or
10  the kidney or the liver or -- under
11  proper circumstances.
12    Q.   Is there a certain size
13  limitation?
14    A.   Well, something that's
15  inhaled, is that what you're talking
16  about?
17    Q.   Yes.
18    A.   Something that's inhaled, if
19  it's 10 micrometers or greater, it's
20  going to be caught in the upper airways
21  and probably dismissed through the
22  mucociliary escalator.  If it's of a
23  smaller nature, then depending on where
24  the impaction is for the lung, it's going

Page 468

1  to reach -- it can reach the deep lung,
2  if it's five micrometers or smaller.
3  And --
4    Q.   Go ahead.
5    A.   And in that case since it's
6  not disposed of through the mucociliary
7  escalator, then it is in the other parts
8  of the lung and it can reach the
9  capillaries.  And once it gets into the
10  bloodstream, it can be transported.
11  Certain particles have predilections for
12  where they go.
13    Q.   When you say it can be
14  transported, does that include to the
15  ovaries?
16    A.   Are you asking specifically
17  about talc or particles in general?
18    Q.   Particles in general that
19  meet the size standards that you just
20  referenced of getting into the deep lung?
21    A.   Mm-hmm-hmm.  There's no
22  reason not to believe that it couldn't
23  get into the ovaries.
24    Q.   Did you examine, for

Page 469

1  purposes of your biological plausibility
2  opinion, all the studies looking at
3  NSAIDs and use of aspirin in women with
4  ovarian cancer?
5    A.   I looked at several studies.
6  I'm sure I --
7        (Document marked for
8        identification as Exhibit
9        Zelikoff-38.)
10  BY MR. HEGARTY:
11    Q.   I'm going to show you what I
12  marked as Exhibit 38, which is a study
13  that you cited by Wu 2009.
14    A.   Actually, it's Merritt.
15    Q.   I'm sorry.  It's Merritt
16  2008, correct?
17    A.   Yes.  And let me find it in
18  my report.
19    Q.   You cite it on Page 26.
20  Above the italicized paragraph --
21  italicized paragraph at the bottom.
22    A.   I see it.  "At high
23  concentrations with chronic exposure,
24  reactive oxygen species, known as ROS,

118 (Pages 466 to 469)

Judith Zelikoff, Ph.D.

Page 470

1    can damage cellular macromolecules and
2    contribute to neoplastic transformation
3    and/or tumor growth.  Other likely
4    manifestations of talc." That's the
5    paragraph that you're referring to.
6        Q.   You do agree that a relevant
7    body of literature is whether NSAIDs or
8    aspirin have an effect on ovarian cancer
9    risk, if you're considering inflammation
10   as a biologically plausibility mechanism.
11       A.   NSAIDs being an -- one type
12   of anti-inflammatory, it could reduce
13   oxidative stress, yes, to different
14   degrees.
15       Q.   If you look at the abstract
16   on the first page of the Merritt paper.
17       A.   Yes.
18       Q.   At the very end, they say,
19   "We conclude that on balance chronic
20   inflammation does not play a major role
21   in the development of ovarian cancer."
22       Do you see where I'm
23   reading?
24       A.   I'm seeing the last

Page 471

1    sentence, yes.
2        Q.   Do you agree with that
3    statement in general?
4        A.   I do not agree with that
5    statement.  That's -- my biological
6    plausibility is associated with the
7    oxidative stress and inflammation.  Also
8    this paper was written in 2008.
9        Q.   Did you cite that finding
10   that I just read anywhere in your report?
11       A.   I cite Merritt.
12       Q.   Do you cite for the reader
13   of your report the statement that I just
14   read in the abstract?
15       A.   Not to my recollection.
16       (Document marked for
17   identification as Exhibit
18   Zelikoff-39.)
19   BY MR. HEGARTY:
20       Q.   I'm showing you what I've
21   marked as Exhibit Number 39.  That is the
22   Wu paper.
23       A.   Mm-hmm-hmm.
24       Q.   You cite the Wu paper over

Page 472

1    on Page 21 of your report?
2        A.   Can you direct me to it?
3    Oh, I see it.  Second paragraph.  "Wu, et
4    al, 2009, performed a study to determine
5    the role of talc in the development of
6    ovarian cancer considering the history of
7    endometriosis."
8        Q.   If you look at the abstract
9    of the Wu paper, about two-thirds of the
10   way down, it reads, "Contrary to the
11   hypothesis."
12       Do you see that start of the
13   sentence?
14       A.   I do.
15       Q.   "Contrary to the hypothesis
16   that risk of ovarian cancer may be
17   reduced by use of NSAIDs, risk increased
18   with increasing the frequency in years of
19   NSAID use," citing the relative risk, the
20   confidence intervals.  "This was
21   consistent across types of incident."
22       Do you see where I'm
23   reading?
24       A.   I do see where you're

Page 473

1    reading.
2        Q.   That finding is inconsistent
3    with inflammation as a mechanism by which
4    ovarian cancer can occur, correct?
5        MS. O'DELL:  Object to the
6    form.
7        THE WITNESS:  This -- NSAIDs
8    are known as antioxidants.  And
9    yes, that's true, but there are
10   other antioxidants from other
11   papers that demonstrate that it
12   does indeed reduce inflammation.
13   BY MR. HEGARTY:
14       Q.   Well, did you cite the
15   finding of the Wu paper with regard to
16   its data on NSAID use and the risk of
17   ovarian cancer?
18       A.   I did have a section, to my
19   recollection, on the papers of Wu and
20   Merritt.
21       Q.   Well, in the section that I
22   was referring to, in the middle of the
23   paragraph on Page 21, middle paragraph on
24   Page 21, you don't cite that study's

119 (Pages 470 to 473)

Judith Zelikoff, Ph.D.

Page 474

1   findings as to NSAIDs and risk of ovarian
2   cancer, correct?
3        A.   I do not cite that
4   particular sentence, no.
5        Q.   Over on Page 23, you refer
6   to the Shukla study?
7        A.   Yes, sir.
8        Q.   That's second to the last
9   paragraph?
10       A.   "In a molecular cell study
11  by Shukla"?
12       Q.   Yes.  The -- strike that.
13           Gene expressions like those
14  measured in the Shukla study occur
15  everyday in everyone, correct?
16           MS. O'DELL:  Objection to
17  form.
18           THE WITNESS:  There are
19  changes in genes per day.  But
20  I'm -- I'm not -- I do not know
21  nor do I have knowledge of whether
22  the gene for ATF3 or ATF1 is
23  changed everyday by no exposure.
24  BY MR. HEGARTY:

Page 475

1        Q.   But the -- the fact of gene
2   expression is not a -- strike that.
3           The fact that gene
4   expression occurs does not mean that
5   cancer will occur, correct?
6        A.   No.  My role is to look for
7   biological plausibility, and when you
8   have a transcription factor which is so
9   well immersed into oxidation and reactive
10  oxygen species and inflammation, and I
11  would say that changes or upregulation of
12  the -- of the ATF gene certainly is
13  linked with inflammation.
14       Q.   Can you cite for me any
15  studies that have used measurements of
16  level -- of the levels of ATF3 to assess
17  ovarian cancer risk?
18       A.   I cannot cite those studies
19  to you, but again, going back to
20  biological plausibility, I can tell you
21  that this gene is extremely important in
22  growth factors and proinflammatory
23  cytokines.  So an upregulation is going
24  to lead to the production of

Page 476

1   proinflammatory cytokines and oxidase,
2   yes.
3        Q.   Is there any study that
4   sites the clinical significance of ATF as
5   it relates to ovarian cancer risk?
6           MS. O'DELL:  Object to the
7   form.
8           THE WITNESS:  No study that
9   I'm currently aware of.  But there
10  are many studies that link ATF
11  upregulation to inflammation and
12  then inflammation to -- in the
13  process of carcinogenesis, both
14  progression and initiation.
15  BY MR. HEGARTY:
16       Q.   If you turn over to the
17  second to the last page of your report,
18  Page 27.
19           In Paragraph 3, you say that
20  exposure to talcs --
21       A.   Excuse me, Number 3?
22       Q.   I called it Paragraph 3.
23  You can call it Number 3.
24       A.   It's listed as Number 3.

Page 477

1        Q.   3.  You state that "exposure
2   to talcum powder products causes an
3   inflammatory tissue reaction which may
4   result in the following," and then you
5   list --
6        A.   Elevation.
7        Q.   -- a number of -- of events
8   that you label as A through F -- I'm
9   sorry, A through G carrying over to the
10  top of the next page.
11       A.   I see that, thank you.
12       Q.   Can you cite for me any
13  studies showing any of that activity in
14  women using talc on the perineum?
15           MS. O'DELL:  Object to the
16  form.
17           THE WITNESS:  If I can
18  recall the Health Canada study, I
19  think they looked at -- they also
20  included inflammatory responses
21  that are seen in some of their
22  meta-analysis.
23  BY MR. HEGARTY:
24       Q.   Well, the Health Canada

120 (Pages 474 to 477)

Judith Zelikoff, Ph.D.

Page 478

1    study, the Taher study, was a
2    meta-analysis, correct?
3        A.   Yes, correct.
4        Q.   Can you cite for me any
5    studies reporting that -- reporting these
6    events occurring in women using talc on
7    the perineum?
8            MS. O'DELL:  Object to the
9        form.
10           THE WITNESS:  If you're
11       asking me if gene alterations or
12       mutations or the level of
13       apoptosis has been measured in any
14       women exposed, no, I do not recall
15       that.
16   BY MR. HEGARTY:
17       Q.   Have any of the processes --
18       A.   Excuse me.  If I may add.
19   But inflammatory markers have been looked
20   at in women with ovarian cancer and they
21   are elevated.
22       Q.   And my question, as you'll
23   recall, is specific to talc users,
24   correct?

Page 479

1            MS. O'DELL:  Objection to
2        form.
3            THE WITNESS:  Talc -- yes,
4        talc products.
5    BY MR. HEGARTY:
6        Q.   Can you -- can you cite to
7    me any studies showing elevations of any
8    of these processes in women using talc?
9            MS. O'DELL:  Object to the
10       form.
11           THE WITNESS:  Well,
12       neoplastic transformation and
13       proliferation is clearly seen
14       in -- obviously if there's a
15       variant answer, you've had
16       neoplastic transformation
17       proliferation.
18   BY MR. HEGARTY:
19       Q.   Well, my question is
20   specific to women using talc prediagnosis
21   of ovarian cancer.
22       A.   I see.  No, sir.
23           MR. HEGARTY:  For purposes
24       of the deposition, we want to mark

Page 480

1    as exhibit -- Exhibits 40 through
2    48 -- I'm sorry, 47 -- the
3    notebooks that had been produced
4    for purposes of the deposition
5    here today.
6            (Documents marked for
7        identification as Exhibits
8        Zelikoff-40 through 47.)
9    BY MR. HEGARTY:
10       Q.   Over on Page 23, you --
11       A.   Of my report?
12       Q.   Of your report, with regard
13   to the Shukla study.
14           I'm sorry, over on Page 26.
15   You cite again the Shukla study.  Do you
16   see that where -- do you see where you
17   say "nonfibrous talc at low in vitro
18   exposure concentrations caused increased
19   expression of transcription factors
20   associated with the inflammatory process
21   in a time and dose dependent manner"?
22       A.   I'm sorry, I'm not clear
23   on --
24       Q.   Middle of the second full

Page 481

1    paragraph.
2        A.   Not -- after the Mori
3    citation?
4        Q.   Yes.
5        A.   "Nonfibrous talc at low in
6    vitro exposure concentrations caused
7    increased expression of transcription
8    factors associated with the inflammatory
9    process in a time and dose dependent
10   manner."  Yes, I see that.
11       Q.   What did you mean by say --
12   by time and dose manner?
13       A.   May I see the paper?
14           (Document marked for
15       identification as Exhibit
16       Zelikoff-48.)
17   BY MR. HEGARTY:
18       Q.   Marking as Exhibit 49 -- 48
19   that paper.
20       A.   Thank you.
21           MR. TISI:  We are at seven
22       hours by the way.
23           MS. O'DELL:  We are at seven
24       hours?

121 (Pages 478 to 481)

Judith Zelikoff, Ph.D.

Page 482

1      MR. TISI:  Yes, we are.
2      MS. O'DELL:  We're at seven
3  hours, Mark.
4      MR. HEGARTY:  Okay.  Are you
5  going to instruct her not to
6  answer that question?
7      MS. O'DELL:  Well, the
8  federal rules limit this
9  deposition to seven hours and --
10      MR. HEGARTY:  No, I
11  understand, but I also remember a
12  deposition where I think I let
13  Chris go over about two or
14  three minutes.
15      MR. TISI:  Yeah, but you are
16  using a whole new exhibit.
17      MS. O'DELL:  You just marked
18  it --
19      MR. HEGARTY:  I just want to
20  make sure that was --
21      MR. TISI:  Are you going to
22  suggest --
23      MR. HEGARTY:  No, I just
24  want to know if that -- if you

Page 483

1  want to end the deposition for me
2  right here?
3      MR. TISI:  That was a fact
4  witness, as you know.
5      I leave it to Leigh.  If
6  we're going to -- if we're going
7  to have this rule, we need to kind
8  of be consistent with it.
9      MR. HEGARTY:  No, I'm not
10  looking to apply another rule.
11  Just tell me whether you'll let
12  her answer the question or if the
13  time -- because the time is up,
14  that question will not be
15  answered.
16      MS. O'DELL:  The time -- the
17  time is up.  What is your -- what
18  was your question?
19      MR. HEGARTY:  My question
20  was, "What do you mean where you
21  say time and dose dependent
22  manner."  But I'm not going to
23  insist on any applicable rule.
24  I'll let you decide whether you

Page 484

1  want to let her answer or not.
2  It's simply up to you.  If you say
3  we're done, then I will -- I'm not
4  going to dispute it.
5      MS. O'DELL:  We are -- I
6  will let you answer that question.
7  But after that, we're -- we're
8  done.
9      MR. HEGARTY:  Okay.  Thank
10  you.
11      MS. O'DELL:  Do you recall
12  the question, Dr. Zelikoff?
13      THE WITNESS:  Yes.  The
14  question is -- what -- I'll repeat
15  it from here.
16      What did I mean by a time
17  and dose dependent manner?
18  BY MR. HEGARTY:
19  Q.   Yes.
20  A.   In the Shukla study?
21  Q.   Correct.
22  A.   Well, if we look at Figure 2
23  concerning cell viability in the Shukla
24  paper, Page 117.

Page 485

1      So we can see, I'm trying to
2  find the exact one that I want to refer
3  to.  Figure A, one can see that in terms
4  of the concentration and over time, that
5  the number -- total number of viable
6  cells were altered.  And in Figure 2, 15
7  and 75 -- no, scratch Figure 2, sorry.
8      So on Page 118, in looking
9  at number of genes that were
10  significantly changed, we can see looking
11  at the concentration -- and this is for
12  asbestos -- there was a change in effect
13  in asbestos.  If one looks at -- I think
14  that's it.  That's what I meant.
15      MR. HEGARTY:  Okay.  Thank
16  you.
17      MS. O'DELL:  Off the record.
18      THE VIDEOGRAPHER:  The time
19  is 7:07 p.m.  Off the record.
20      (Short break.)
21      THE VIDEOGRAPHER:  We are
22  back on the record.  The time is
23  7:30 p.m.
24      - - -

122 (Pages 482 to 485)

Judith Zelikoff, Ph.D.

Page 486

1    EXAMINATION
2         - - -
3    BY MS. O'DELL:
4         Q.   Dr. Zelikoff, I have a few
5    follow-up questions for you.
6              Prior to your involvement in
7    litigation, this litigation, did you hold
8    the opinion that inflammation causes
9    cancer?
10             MR. HEGARTY:  Objection to
11   form.
12             THE WITNESS:  Yes.  I held
13        the opinion for a very long time
14        that inflammation causes cancer.
15   BY MS. O'DELL:
16        Q.   And in terms of your
17   knowledge and opinion prior to your
18   involvement in the litigation, did you --
19   did you have an opinion regarding the
20   role of oxidative stress in the
21   development of cancer?
22        A.   Yes, I did.  My opinion was
23   that oxidative stress was closely
24   involved with the causation of cancer.

Page 487

1         Q.   So to the degree that your
2    work in this case addressed new
3    considerations, were those considerations
4    primarily focused on talc and its ability
5    to cause inflammation and oxidative
6    stress?
7              MR. HEGARTY:  Objection to
8         form.
9              THE WITNESS:  That is
10        correct.
11   BY MS. O'DELL:
12        Q.   Can you -- if I could ask
13   you to take your report.  I think it's
14   right to your left.  I'm going to ask
15   you -- if you'll turn to Page 12.  Do you
16   see that?  The subsection involving
17   fragrance, fragrance chemicals?
18        A.   Yeah.  C, fragrances.
19        Q.   And did you rely on
20   Dr. Crowley's report and his review of
21   the relevant literature and other
22   information regarding the chemicals that
23   are included in the fragrance for Baby
24   Powder and Shower to Shower?

Page 488

1         A.   I relied on his report, yes.
2         Q.   And did Dr. Crowley conclude
3    that the chemicals involved in the
4    fragrances for both Johnson & Johnson's
5    Baby Powder and Shower to Shower may
6    contribute to the inflammatory response,
7    toxicity and potential carcinogenicity of
8    Johnson & Johnson's talcum powder
9    products?
10             MR. HEGARTY:  Objection to
11   form.
12             THE WITNESS:  Yes.  I concur
13        with that whole opinion.
14   BY MS. O'DELL:
15        Q.   And in fact, that's the
16   specific opinion he included in his
17   report that you relied on?
18        A.   Yes, that's correct.
19             MR. HEGARTY:  Objection to
20   form.
21   BY MS. O'DELL:
22        Q.   And so if another expert was
23   also relying on Dr. Crowley's analysis,
24   it wouldn't be surprising that the same

Page 489

1    wording was used?
2              MR. HEGARTY:  Objection to
3         form.
4              THE WITNESS:  Absolutely
5         not.
6    BY MS. O'DELL:
7         Q.   Let me ask you other
8    questions about the general principles in
9    your report.  I think you testified, you
10   were asked a number of questions about
11   general principals.  And in your
12   judgment, is it generally accepted to --
13   to use common phrasing for general
14   principles in scientific publications?
15        A.   Yes.
16             MR. HEGARTY:  Objection to
17   form.
18             THE WITNESS:  I answered
19        that question before, and yes.
20        Common, well-publicized,
21        well-established concepts, yes.
22   BY MS. O'DELL:
23        Q.   You were asked during the
24   early part of the day certain questions

123 (Pages 486 to 489)

Judith Zelikoff, Ph.D.

Page 490

1    about whether you were an expert in areas
2    such as talc and inflammation?
3        A.   Yes.
4        Q.   And I think if you recall
5    the response you answered you were not
6    classified as an expert.  What did you
7    mean by that?
8            MR. HEGARTY:  Objection to
9    form.
10           THE WITNESS:  What I meant
11   was in terms of legal, whether --
12   one of the questions that arose
13   was, in the past, have I been
14   listed as an expert in other
15   cases.  And so I followed that
16   line of thought and thought that
17   we were still talking about
18   litigation and formal declaration
19   as an expert in that area.
20   BY MS. O'DELL:
21       Q.   Are you an expert in the
22   toxicological effects of minerals on
23   the -- on humans?
24           MR. HEGARTY:  Objection to

Page 491

1    form.
2            THE WITNESS:  I'm expert in
3    toxicology of environmental
4    chemicals, including mixtures,
5    including fibers, including
6    particles, including talc.
7    BY MS. O'DELL:
8        Q.   And would that -- would that
9    also include -- when you said fibers,
10   would that also include asbestos and
11   fibrous talc?
12           MR. HEGARTY:  Objection to
13   form.
14           THE WITNESS:  Yes.
15   BY MS. O'DELL:
16       Q.   Are you an expert in the
17   toxicological effects of heavy metals on
18   the humans?
19           MR. HEGARTY:  Objection to
20   form.
21           THE WITNESS:  Yes, I am.
22   BY MS. O'DELL:
23       Q.   And what do you base that
24   statement on?

Page 492

1        A.   My numerous publications in
2    that area of metal toxicology that I've
3    been doing for many, many, many years.
4        Q.   And in addition to your
5    training, experience, do you also make
6    those statements based on your review of
7    the available scientific and medical
8    literature?
9        A.   In regards to metals?
10       Q.   In all the environmental
11   exposures we've just discussed?
12       A.   Yes.  I rely on
13   literature --
14       Q.   You were asked questions --
15       A.   -- as well as my own
16   scientific research.
17       Q.   Excuse me.  I didn't mean to
18   cut you off, Doctor.
19           You were asked questions
20   about whether there were any studies or
21   evidence that you relied on involving
22   Johnson's Baby Powder.
23           Do you recall that?
24       A.   I do recall that question,

Page 493

1    yes.
2        Q.   And do the -- strike that
3    and start again.
4            Did Dr. Saed in the testing
5    that was done and reported in not only
6    the abstracts but also his manuscript,
7    involve Johnson's Baby Powder?
8            MR. HEGARTY:  Objection to
9    form.
10           THE WITNESS:  Yes.
11   Dr. Saed's did.  Thank you for
12   reminding me.
13   BY MS. O'DELL:
14       Q.   Was Dr. Longo and Rigler's
15   testing of historical samples of talcum
16   powder products produced in this
17   litigation, including Johnson's Baby
18   Powder and Shower to Shower?
19       A.   Dr. Longo stated he did use
20   products over time from Johnson & Johnson
21   talcum powders.
22       Q.   And was the evidence that
23   was presented in Hopkins Exhibit 28, did
24   it involve Johnson's talcum powder

124 (Pages 490 to 493)

Judith Zelikoff, Ph.D.

Page 494

1  products?
2      A.   Yes, it did.
3      Q.   Was evidence that you relied
4  on in the form of Pier Exhibit 47, did
5  those also involve talc that was taken
6  from sources used to supply Johnson's
7  talcum powder products?
8          MR. SILVER:  Objection to
9  form.
10         MR. HEGARTY:  Objection to
11 form.
12         THE WITNESS:  Dr. Pier?
13 BY MS. O'DELL:
14     Q.   Yes.
15     A.   To my recollection, yes.  If
16 you'd like, I can look at the paper and
17 confirm that.
18     Q.   Let me ask you about
19 Dr. Blount.  You were asked previously
20 about her publication in 1991.
21         Did Dr. Blount test
22 Johnson's Baby Powder?
23     A.   Yes.  But again, if I looked
24 at the reference I could give you -- I

Page 495

1  could give you specifics.
2      Q.   Okay.  And do you recall
3  that that -- did -- let me just ask it
4  this way.
5          Did Dr. Blount find that
6  there was asbestos in the Johnson's Baby
7  Powder samples that she tested?
8      A.   Yes.  To my recollection,
9  she did, yes.
10     Q.   You were asked about some
11 testing that had been done by the FDA on
12 certain cosmetic powders.  Do you
13 remember that?  It was Exhibit 37.
14         MS. O'DELL:  And is that in
15 the bottom of that stack, 37?
16         Thanks, Mark.  If you'll
17 hand those to me.  I appreciate
18 it.
19         THE WITNESS:  Sorry.  My
20 microphone.
21         MS. O'DELL:  Oh, did it come
22 off?
23         THE VIDEOGRAPHER:  Raise it
24 up as high as possible.  There you

Page 496

1  go.
2  BY MS. O'DELL:
3      Q.   Did the FDA conclude in
4  Exhibit 37 that -- well, let me just ask
5  the question this way.
6          If you'll turn to Page 2 of
7  Exhibit 37, what was the FDA's conclusion
8  regarding the testing that they had
9  performed on the cosmetic powders?
10         Doctor, I'll direct you to
11 the second-to-the-last paragraph at the
12 bottom of the page, the middle sentence.
13 Do you see that, "Beginning for these
14 reasons"?
15     A.   Yes, I see that.
16     Q.   And what was the FDA's
17 conclusion?
18     A.   "For these reasons, while
19 FDA finds these results informative, they
20 do not prove that most or all talc or
21 talc-containing cosmetic products that
22 are currently or currently marketed in
23 the United States are likely to be free
24 of asbestos contamination."

Page 497

1      Q.   You were also asked a number
2  of questions regarding the FDA response
3  to Dr. Epstein's letter in April of 2014,
4  Exhibit 33.
5          Do you recall those
6  questions?
7      A.   I recall that questions were
8  asked in this regard, yes.
9      Q.   While at this point in the
10 day, I wouldn't expect you to recall the
11 specific question, but you recall those
12 general discussions?
13     A.   Yes, I do.
14     Q.   All right.  Let me ask you,
15 if you wouldn't mind, to turn to Page 3
16 of -- of Exhibit 33.
17         And the second paragraph.
18     A.   Starting, "The survey
19 found"?
20     Q.   Yes.  Yes, ma'am.
21         And as of April 2014, was it
22 the FDA's conclusion that their testing
23 results did not prove that
24 talc-containing cosmetic powders

125  (Pages 494 to 497)

Judith Zelikoff, Ph.D.

Page 498

1  currently marketed in the U.S. are free
2  of asbestos contamination?
3          MR. HEGARTY:  Objection to
4      form.
5          THE WITNESS:  Yes.  I can
6      read the sentence, "While FDA
7      found this data informative, the
8      results were limited by the fact
9      that only four suppliers submitted
10     samples and the number of products
11     used.  They do not prove that all
12     talc containing cosmetic products
13     currently marketed in the United
14     States are free of asbestos
15     contamination."
16 BY MS. O'DELL:
17     Q.   Okay.  While we are on this
18 Exhibit 33, Doctor, if you'll turn to
19 Page 5 of the exhibit.  About two-thirds
20 of the way down, the paragraph beginning,
21 "While."
22     A.   "While there exists no
23 direct proof"?
24     Q.   Yes.  And would you mind

Page 499

1  reading, you know, the -- the -- those
2  first two sentences of that paragraph,
3  please?
4      A.   "While there exists no
5  direct proof of talc and ovarian
6  carcinogenesis, the potential for
7  particulates to migrate from the
8  peritoneum" -- "the perineum and vagina
9  to the peritoneal cavity is
10 indisputable."
11     Q.   And then if you'll read the
12 next sentence?
13     A.   "It is, therefore, plausible
14 that perineal talc and other particulate
15 that reaches the endometrial cavity, the
16 fallopian tubes and ovaries and the
17 peritoneum may elicit a foreign body-type
18 reaction and an inflammatory response
19 that in some exposed women may progress
20 to epithelial cancers."
21     Q.   And are those statements
22 written by the FDA consistent with your
23 opinions regarding the biologic
24 plausibility of talcum powder products

Page 500

1  causing ovarian cancer?
2          MR. HEGARTY:  Objection to
3      form.
4          THE WITNESS:  They are
5      consistent with my opinion, yes.
6  BY MS. O'DELL:
7      Q.   Let me ask you if you would,
8  Doctor, to -- I'll do it for you.
9  Because it was marked here.
10         I'm going to hand to you the
11 Health Canada draft screening assessment
12 that was marked previously as Exhibit 9.
13     A.   I see it.
14     Q.   And let me ask you if you
15 would please, Doctor, first, did you
16 submit your report in this case prior to
17 Health Canada issuing the draft causal
18 assessment?
19     A.   I submitted my -- my final
20 report November 15th or 16th.  I'm not
21 quite clear on the date.  And received
22 this or saw it for the first time in
23 January.  So it did not go into my -- it
24 was not cited in my report and was not

Page 501

1  reviewed for my report.
2      Q.   And by virtue of the fact
3  that came out after your report, did --
4  did the health -- strike that and start
5  again.
6          Did the Health Canada
7  assessment inform your opinions in this
8  case?
9      A.   It -- it could not have
10 informed my opinion that's written out in
11 the report.  It was compelling evidence
12 that helped support the opinion that I
13 came to.
14     Q.   Did it confirm your
15 opinions?
16         MR. HEGARTY:  Objection to
17     form.
18         THE WITNESS:  Yes.  It
19     confirmed my opinions on many
20     lines, including methodology.
21 BY MS. O'DELL:
22     Q.   If you'll look at Page 18 of
23 the assessment.
24     A.   Yes.  I see it.

126  (Pages 498 to 501)

Judith Zelikoff, Ph.D.

Page 502

```
 1        Q.   And looking at the
 2   literature that is cited in this section,
 3   did you cite in support of your opinions
 4   Keskin 2009?
 5        A.   Keskin 2009, yes.
 6        Q.   And did you -- of course we
 7   talked about it before.  You cited
 8   Penninkilampi 2018?
 9        A.   Yes, I did.
10        Q.   And did you cite other
11   references included in the mode of action
12   discussion that was undertaken by Health
13   Canada on Pages 18, 19 and, you know, 20
14   of the Health Canada assessment?
15        A.   Yes, I did.  Do you want me
16   to tell you which ones?
17        Q.   Just give us a few.  Just
18   give us a few.
19        A.   Henderson 1971.  These are
20   the ones that come to mind readily.
21   Edelstam 1997.  Egli and Newton 1961.  De
22   Boer in 1972.  Venter and Iturralde,
23   1979.  Heller 1996.  Cramer in 2007.
24            Would you like me to go on?
```

Page 503

```
 1        Q.   So it's fair to say that
 2   many of the references that you read,
 3   reviewed, relied on in your report are
 4   some of the same studies that Health
 5   Canada relied on in their causal
 6   assessment?
 7            MR. HEGARTY:  Objection to
 8        form.
 9            THE WITNESS:  Yes.  This was
10        very validating for my -- my
11        report in my opinion.
12   BY MS. O'DELL:
13        Q.   Were you aware of the -- of
14   the assessment prior to it being issued
15   to the public?
16        A.   Not at all.  It was -- it
17   came out in late 2018, in December.
18        Q.   In the assessment that was
19   undertaken by Health Canada, did they
20   assign any numerical weights in the
21   causal assessment to certain studies?
22        A.   No, they do not.
23        Q.   Did they discuss
24   inflammation as a sort of recognized
```

Page 504

```
 1   mechanism for the cause of cancer?
 2            MR. HEGARTY:  Objection to
 3        form.
 4            THE WITNESS:  Biological
 5        plausibility.
 6   BY MS. O'DELL:
 7        Q.   They -- let me ask a better
 8   question.  Did they -- did they discuss
 9   chronic inflammation, inflammation as a
10   biologically plausible mechanism for the
11   development of ovarian cancer?
12        A.   Yes, they did.
13        Q.   Did they discuss the role of
14   reactive oxygen species as part of the
15   biologically plausible mechanism of talc
16   in the development of ovarian cancer?
17            MR. HEGARTY:  Objection to
18        form.
19            THE WITNESS:  Oxidative
20        stress, yes.  Yeah.  React -- ROS.
21        Oxidative stress.
22            May I give the statement?
23   BY MS. O'DELL:
24        Q.   Yes.
```

Page 505

```
 1        A.   With respect to talc,
 2   specifically local chronic irritation
 3   leading to inflammatory response is one
 4   possible mechanism of tumor progression
 5   that is frequently hypothesized.
 6        Q.   And that's consistent with
 7   your -- with your opinion in this case?
 8            MR. HEGARTY:  Objection to
 9        form.
10            THE WITNESS:  Yes.
11   BY MS. O'DELL:
12        Q.   Is that consistent with your
13   opinion in this case?
14        A.   Yes, it is.
15        Q.   Did they discuss migration
16   as part of the biologically plausible
17   mechanism for the connection between
18   perineal use of talc and development of
19   ovarian cancer?
20        A.   Yes, they did.
21        Q.   Okay.  Did they, on Page 15
22   and 16, did they discuss some of the
23   animal studies that you reference and
24   rely on in reaching your opinions in this
```

127 (Pages 502 to 505)

Judith Zelikoff, Ph.D.

Page 506

1    case?
2         A.   Yes, they do.
3              MR. HEGARTY:  Objection to
4    form.
5              THE WITNESS:  And --
6    BY MS. O'DELL:
7         Q.   Excuse me.
8         A.   They include Hamilton et
9    al., 1984.  Keskin 2009.  Hamilton 1984
10   again.  Keskin again.
11        Q.   Okay.  And if you'll turn to
12   Page 21.  You'll see at the top of the
13   page, they have a section on biologic
14   plausibility.
15        A.   Yes, they do.
16        Q.   Is -- is their discussion of
17   biological plausibility as outlined on
18   Page 21 consistent with your opinions in
19   this case?
20             MR. HEGARTY:  Objection to
21   form.
22             THE WITNESS:  Definitely
23   consistent.  Particles of talc are
24   hypothesized to migrate into the

Page 507

1         pelvis and ovarian tissue causing
2         irritation and inflammation.  And
3         the presence of talc in the
4         ovaries as I discussed previously
5         has been documented by Heller in
6         1996.
7    BY MS. O'DELL:
8         Q.   Great.  Thank you.
9              Doctor, you were also asked
10   some questions about the Penninkilampi
11   paper.
12             Do you recall those?
13        A.   I do recall being asked,
14   yeah, from that.
15        Q.   Potentially the most
16   difficult name to pronounce in the
17   litigation.
18             The Penninkilampi paper
19   was -- was marked as Exhibit 34.  Do you
20   recall that?
21        A.   I see, I see it here.  Yes.
22        Q.   And if I can ask you to turn
23   to Page 45.
24        A.   I see Page 45.

Page 508

1         Q.   Counsel directed your
2    attention to the sentence -- counsel for
3    Johnson & Johnson -- direct -- directed
4    your attention to the sentence near the
5    bottom of the left column.
6         A.   An important finding of this
7    study is that talc use?
8         Q.   Yeah, the -- the potential
9    mechanism by which genital talc is
10   associated with an increased risk of
11   ovarian cancer --
12        A.   I'm sorry.  Again,
13   discussion on the left side?
14        Q.   Yes.  At the bottom of the
15   first paragraph, the last sentence.
16        A.   Okay.  I'm sorry.
17   "Potential mechanism by which general
18   talc associated with an increased risk of
19   ovarian cancer hence remains unclear."
20        Q.   And Johnson & Johnson's
21   counsel asked you about that sentence.
22        A.   Yes, they did.
23        Q.   But they didn't ask you
24   about other sentences in this -- this

Page 509

1    paper, fair?
2         A.   That's fair.
3         Q.   So if you'll look to the
4    right column on Page 45.  Do you see the
5    sentence beginning "if chronic
6    inflammation"?
7         A.   I do.  "If chronic
8    inflammation due to ascending foreign
9    bodies is indeed the mechanism by which
10   talc use is associated with increased
11   ovarian cancer risks, then the results
12   fit the picture."
13        Q.   Is -- is that statement that
14   the authors of the Penninkilampi study
15   included in their report, excuse me, in
16   their article, is that consistent with
17   your opinions in this case?
18        A.   It is consistent.
19        Q.   And does it confirm the
20   opinions that you reached in this case?
21        A.   It acts to confirm, yes, it
22   does.
23        Q.   Okay.  You were asked
24   about -- a number of questions about

128 (Pages 506 to 509)

Judith Zelikoff, Ph.D.

Page 510

1    asbestos and the specific amount of
2    asbestos that would be introduced with
3    the perineal application of -- of talc.
4         A.   Yes --
5         Q.   And let me ask you --
6         A.   -- I recall.
7         Q.   You recall those questions?
8         A.   Yes, I do.
9         Q.   Is there any safe level of
10   asbestos --
11        MR. HEGARTY:  Objection to
12   form.
13   BY MS. O'DELL:
14        Q.   -- in the perineum?
15        A.   My opinion and conclusion is
16   no.
17        Q.   Is asbestos a known potent
18   carcinogen?
19        A.   It is.  According --
20        Q.   Excuse me.  Please go ahead.
21        A.   According to the regulators
22   and the documents, it is, yes, a known
23   carcinogen, and it's extremely potent.
24   If you look at the effects that it causes

Page 511

1    and at the dose levels that it causes
2    these effects.
3         Q.   And of course IARC has --
4         A.   IARC has classified it as a
5    Class 1A.
6         Q.   And did you review and rely
7    on IARC's conclusion regarding asbestos?
8         A.   I did.
9         Q.   Excuse me.  And its
10   contribution to the -- to the development
11   of ovarian cancer?
12        A.   Yes, I did.
13        Q.   Did you review and rely on
14   IARC's conclusions regarding fibrous talc
15   or talc in an asbestiform habit regarding
16   its ability to cause ovarian cancer?
17        MR. HEGARTY:  Objection to
18   form.
19        THE WITNESS:  I did.
20   BY MS. O'DELL:
21        Q.   If you'll turn to Page 6 in
22   your report.
23        A.   Yes, I see it.
24        Q.   Did you -- did you cite the

Page 512

1    deposition of Robert Glenn in your
2    report?
3         A.   I'm sorry, the deposition of
4    who?
5         Q.   Robert Glenn.  Page 6, about
6    midway down.
7         A.   Yes, I did.  "Because
8    asbestos is a known carcinogen, its
9    presence in cosmetic talc is
10   unacceptable, FDA 2012, FDA 2015."
11        Q.   And do you recall that --
12   was Mr. Glenn a former director of the
13   National Institute for Occupational
14   Safety and Health or NIOSH?
15        A.   Yes.
16        Q.   And what did Mr. Glenn
17   testify to regarding the presence of
18   asbestos in talc-based products?
19        A.   He says, "As stated in a
20   recent deposition, that if there were a
21   fiber of asbestos in talcum-based
22   products, it would certainly 'provide a
23   biologically plausible mechanism for
24   increased lung disease' and that he

Page 513

1    suspected that it would also have a
2    similar mechanism of disease in other
3    tissues and organs."
4         Q.   And you were asked a number
5    of questions about the different
6    constituents of talcum powder products.
7         A.   Yes.
8         Q.   If talcum powder products
9    did not contain asbestos, would that
10   change your opinion about the biological
11   plausible mechanism of -- that explains
12   talc -- talc-based products causing
13   ovarian cancer?
14        A.   No, it would not.
15        Q.   You were asked questions
16   about a Dr. Neel from NYU.
17        A.   The NYU Cancer Center.
18        Q.   And you were asked if you
19   knew Dr. Neel.
20        A.   Yes, I recall the question.
21        Q.   And what's your
22   understanding of Dr. Neel's position?
23        A.   My understanding is that he
24   is the chair -- he may not be called the

Judith Zelikoff, Ph.D.

Page 514

1  chair -- but he is the director of the
2  cancer center for NYU Langone Health and
3  NYU Medical School.  It morphs into
4  different names.
5      Q.   And in regard to the
6  toxicity of talcum powder products and
7  its effects, toxicological effects,
8  would -- would you be more knowledgeable
9  about those particular effects than a
10  clinician who diagnoses and treats
11  ovarian cancer?
12          MR. HEGARTY:  Objection to
13      form.
14  BY MS. O'DELL:
15      Q.   Like Dr. Neel?
16      A.   I'm a toxicologist, and so
17  my main area of focus and understanding
18  and literature has to do with toxicology,
19  toxicological mechanisms, toxicological
20  effects.
21      Q.   So --
22      A.   So my knowledge base in
23  those areas would -- I would suspect very
24  strongly would exceed that of Dr. Neel's,

Page 515

1  who is a clinician.
2      Q.   You were asked some
3  questions about the Shukla paper.
4      A.   Yes.
5      Q.   And -- and the Shukla paper
6  involved the use of talcum powder?
7      A.   Yes.
8      Q.   And if the --
9      A.   Do you recall what exhibit
10  that was?
11      Q.   I think it was the last
12  exhibit.
13      A.   May I have a copy?
14      Q.   48.  And did the Shukla
15  study involve the testing of, or the use
16  of talcum powder?
17      A.   Yes.  As they call it,
18  non-fibrous talc.
19      Q.   And if the talcum powder
20  used in the Shukla study contained
21  nickel, that would be -- the data that
22  was reported in that study would be
23  relevant for the effects of nickel, fair?
24          MR. HEGARTY:  Objection to

Page 516

1      form.
2          THE WITNESS:  Could you
3      clarify that question?
4  BY MS. O'DELL:
5      Q.   Yeah.  It was a bad
6  question.  I'm sorry.  I'm getting tired.
7      A.   If you're asking -- would
8  you like to ask -- rephrase it, or should
9  I give you my thought of what you were
10  trying to ask?
11      Q.   Well, why don't you
12  interpret my question, and I'll follow
13  up.
14      A.   If you're asking me if
15  nickel was a component of the non-fibrous
16  talc, then was nickel also in place when
17  it was treated, when the cells were
18  treated?
19      Q.   That's correct.
20      A.   Yes, if nickel was in the
21  non-fibrous talc then, yes, it was also
22  there when the cells were being exposed.
23      Q.   And so -- and that would be
24  true of chromium and cobalt?

Page 517

1      A.   Yes.
2      Q.   And so, the results from the
3  Shukla study would have bearing on the
4  effect of those heavy metals if contained
5  in talcum powder?
6          MR. HEGARTY:  Objection to
7      form.
8          THE WITNESS:  Yes, if they
9      were -- yes, as constituents, they
10      would -- I would imagine and know
11      that they would play -- they could
12      be playing a role in the
13      toxicity -- the cell toxicity or
14      the gene expression changes that
15      were observed.
16  BY MS. O'DELL:
17      Q.   Thank you.  And in regard to
18  your opinions related to cobalt,
19  chromium, and nickel, you were asked a
20  number of questions about whether there
21  were any human studies measuring the
22  effect of -- of nickel at -- in the
23  ovary.  Do you recall that?
24      A.   I recall that question --

130 (Pages 514 to 517)

Judith Zelikoff, Ph.D.

Page 518

1    those questions.
2         Q.   Would it be possible to
3    design a study in humans where nickel was
4    deposited at their ovary to see if a
5    female would develop ovarian cancer?
6         A.   I think I answered and said
7    that would be ridiculous in the sense
8    that this would be totally unethical to
9    take a known carcinogen or a classified
10   1A carcinogen and use it for experimental
11   studies in humans by placing it in the
12   perineal -- or anywhere within the body
13   intentionally.
14        Q.   And would that also be true
15   for similar reasons for cobalt and
16   chromium?
17        A.   Yes.
18        Q.   Would the same also be true
19   of designing a study that applied
20   asbestos to a female's ovary for purposes
21   of seeing if she developed cancer?
22        A.   I'm smiling because it holds
23   true for any -- any known or suspected
24   carcinogen cannot be used intentionally

Page 519

1    on a human being for testing.  It's
2    unethical, and would probably in all
3    likelihood not be approved by the
4    institutional review board of academic
5    institutions or any reputable scientists.
6         Q.   Would that be true of
7    fibrous talc?
8         MR. HEGARTY:  Objection to
9         form.
10   BY MS. O'DELL:
11        Q.   You may answer.
12        A.   That would be true of
13   fibrous talc.
14        Q.   Would it be true of platy
15   talc, if there is such a thing as pure
16   platy talc?
17        A.   If there is a -- if there is
18   any suspicion that any product, including
19   platy talc, might be involved in
20   producing inflammation or any other type
21   of adverse health effect, then it would
22   be very unethical to go ahead and
23   intentionally use that in a human study,
24   in my opinion, and in the opinion of most

Page 520

1    IRBs.
2         Q.   Okay.  You looked at, as I
3    understand it, for your purposes of your
4    task in this case, you looked at the
5    issue of biologic plausibility for
6    perineal talc use and ovarian cancer.
7         A.   Yes, I did.
8         Q.   Did you -- did you -- was
9    that inquiry focused on epithelial
10   ovarian cancer in particular?
11        A.   It -- it was -- most, if not
12   all the studies I looked at in animals
13   and -- were associated with epithelial
14   ovarian cancer.
15             Some studies in humans did
16   look -- did break out the differences.
17        Q.   Let me ask you if you
18   wouldn't mind, to turn to Page 8 of your
19   report.  And you'll look at the top of
20   the page.  In the first full paragraph,
21   middle of the -- that paragraph discusses
22   Dr. Longo and Rigler's recent report that
23   reports that talcum powder products
24   manufactured by Johnson's Baby Powder and

Page 521

1    Shower to Shower have contained and
2    continue to contain asbestos.  Do you see
3    that sentence?
4         A.   Yes, I do.
5         Q.   And then it goes on, you go
6    on to report his results from test of
7    samples manufactured from the 1960s and
8    1990s.
9         A.   Through -- through the
10   1990s.
11        Q.   Through the 1990s, that's
12   correct.
13             And you -- you have a
14   footnote here to Footnote 7?
15        A.   Yes.
16        Q.   And Dr. Longo and Rigler's
17   report is noted in the footnote and it's
18   dated November 14, 2018.
19        A.   Yes.
20        Q.   Do you see that?
21        A.   Yes.
22        Q.   And just, did you have in
23   your possession and review Dr. Rigler and
24   Longo's November 14, 2018, report during

131 (Pages 518 to 521)

Judith Zelikoff, Ph.D.

Page 522

1  the completion of your own report?
2      A.   I had it available prior to
3  the submission of my final report, yes.
4          The only thing I did not
5  have was the December 2018 supplement.
6      Q.   His most recent supplement?
7      A.   His most recent supplement,
8  yes.
9      Q.   I think just to be clear,
10 that -- was his most recent supplemental
11 report you're referring to, was that the
12 report dated in January, I think 16th or
13 15th of this month?
14     A.   It was sometime in January.
15     Q.   Okay.
16     A.   Yes.  I could answer that
17 question specifically if I saw the
18 exhibit.
19     Q.   And I've handed you what's
20 been marked I think as Exhibit --
21     A.   3.
22     Q.   3.  And is Exhibit 3 the
23 supplemental report --
24     A.   Yes, it is.

Page 523

1      Q.   -- that you reviewed
2  recently?
3      A.   I'm sorry, yes.
4      Q.   And what's the date on the
5  report?
6      A.   January 15, 2019.
7          MS. O'DELL:  Okay.  I have
8  nothing further, Doctor.  Thank
9  you.
10         MR. HEGARTY:  Take a break.
11 I need to use the restroom.
12         THE VIDEOGRAPHER:  The time
13 is 8:10 p.m.  Going off the
14 record.
15     (Short break.)
16         THE VIDEOGRAPHER:  We are
17 back on the record.  The time is
18 8:16 p.m.
19         - - -
20         EXAMINATION
21         - - -
22 BY MR. HEGARTY:
23     Q.   Dr. Zelikoff, I have some
24 questions in follow-up to the questions

Page 524

1  that Ms. O'Dell asked you.
2          First of all, you were
3  referred to Page 12 of your report
4  under -- under Section C, Fragrances.
5  Would you go to that portion of your
6  report please?
7      A.   I will, thank you.  Yes.
8  I'm here.
9      Q.   You were asked about this
10 part of your report being identical to
11 the same part of Smith-Bindman's report.
12 Do you recall being asked those
13 questions?
14         MS. O'DELL:  Object to the
15 form.
16         THE WITNESS:  Smith --
17 Smith-Bindman report?  I'm sorry,
18 I don't recall -- oh, in the
19 beginning of the deposition?
20 BY MR. HEGARTY:
21     Q.   Yes.
22     A.   Okay.  That was a long time
23 ago.
24     Q.   First of all, are you aware

Page 525

1  that Dr. Crowley has been deposed in this
2  litigation?
3      A.   Yes.
4      Q.   Did you read his deposition?
5      A.   I did.
6      Q.   When did you read his
7  deposition?
8      A.   I'm sorry, I don't recall
9  the exact date.
10         May I see Dr. Crowley's
11 deposition?
12     Q.   Well, I just asked you if
13 you had read it.  That's my only
14 question.
15         Other than Dr. Crowley's
16 deposition, have you read the depositions
17 of any other plaintiffs' experts deposed
18 in the MDL, this litigation?
19     A.   Any of the other plaintiffs'
20 depositions?
21     Q.   Correct.
22     A.   Dr. Dydek.
23     Q.   Anybody else?
24     A.   I'm looking to see the

132 (Pages 522 to 525)

Judith Zelikoff, Ph.D.

1    others.
2         Q.    It's at the end of Exhibit
3    B.
4         A.    Okay.  Thank you.  Thank
5    you.
6         Q.    Well, my question -- let me
7    ask a different question.  Let me ask
8    whether you have reviewed the MDL
9    depositions; that is, the depositions
10   that plaintiffs' experts have taken in
11   this litigation over their expert reports
12   besides Dr. Crowley?
13             MS. O'DELL:  Object to form.
14             THE WITNESS:  Dr. Longo.
15   Sorry.
16   BY MR. HEGARTY:
17        Q.    Dr. Longo has not yet been
18   deposed in --
19        A.    I read his report.
20        Q.    -- for his MDL report.
21             No, I'm talking about the
22   deposition --
23        A.    I'm sorry.
24        Q.    -- of an expert who has

1    been -- who is being deposed about their
2    report in the MDL.
3             You said Dr. Crowley.  Have
4    you read anyone else's deposition that
5    have discussed their report in the MDL?
6             MS. O'DELL:  I think there
7    may be some confusion between
8    report and deposition.
9             THE WITNESS:  Yes.  There
10   was.
11   BY MR. HEGARTY:
12        Q.    Did you read Dr. Crowley's
13   deposition over his report?
14        A.    I read Dr. Crowley's report.
15   I'm sorry.  I stand corrected.
16        Q.    Dr. Crowley's report does
17   not contain the sentences that you've
18   included under your Section C,
19   fragrances, correct?
20             MS. O'DELL:  Object to the
21   form.
22             THE WITNESS:  What page are
23   we going back to, please?
24   BY MR. HEGARTY:

1         Q.    Page 12.
2         A.    "There are more than 150
3    different chemicals"?
4         Q.    Those four sentences, or
5    three -- or strike that.
6             The second sentence in that
7    section is not in Dr. Crowley's report.
8    He did not write, "I reviewed the expert
9    report of Dr. Michael Crowley that
10   concludes that some of these chemicals
11   may contribute to the inflammatory
12   response, toxicity, and potential
13   toxicity of Johnson & Johnson's talcum
14   powder products."
15             MS. O'DELL:  Objection.
16   BY MR. HEGARTY:
17        Q.    That sentence is not in
18   Dr. Crowley's report?
19             MS. O'DELL:  Objection.
20             THE WITNESS:  I'm terribly
21   sorry.  I'm going to silence that
22   or we can and talk over it.
23             MS. O'DELL:  Go ahead and
24   silence it.

1             (Brief interruption.)
2             MR. HEGARTY:  Let's go off
3    the record.
4             THE VIDEOGRAPHER:  The time
5    is 8:21 p.m.  Off the record.
6             (Whereupon, a discussion was
7    held off the record.)
8             THE VIDEOGRAPHER:  The time
9    is 8:21 p.m.  Back on the record.
10   BY MR. HEGARTY:
11        Q.    The second sentence under
12   your section fragrances is nowhere in
13   Dr. Crowley's report?
14        A.    That --
15             MS. O'DELL:  Objection to
16   form.
17             THE WITNESS:  That sentence
18   is not there, but I concluded that
19   when he talked about the
20   fragrances, I concluded that -- I
21   inferred from his -- from his
22   report, that these chemicals do
23   contribute to the inflammatory
24   response, toxicity and potential

133 (Pages 526 to 529)

Judith Zelikoff, Ph.D.

Page 530

1    carcinogenicity.
2    BY MR. HEGARTY:
3        Q.   The sentence, "I concur with
4    his opinion," is not in Dr. Crowley's
5    report, is it?
6        A.   No.  That was my opinion.
7        Q.   That same opinion, stated
8    exactly the same way, is in the
9    Dr. Smith-Bindman report, correct?
10       A.   Can I see that report?
11       Q.   Do you recall without
12   looking at it, that that same section is
13   in her report?
14       A.   I do not.  I do not recall.
15       Q.   Okay.  Did you -- do you
16   know -- have you ever spoken to
17   Dr. Smith-Bindman?
18       A.   Not at all.
19       Q.   Do you know who she is?
20       A.   I don't.
21       Q.   Do you know her expertise?
22       A.   I do not.
23       Q.   Have you ever heard her name
24   before today?

Page 531

1        A.   Not -- not to my knowledge.
2    But I would like to see -- to refresh my
3    memory, if it's available.
4        Q.   You were asked about your
5    expertise as it relates to talc and
6    inflammation.  Before you were contacted
7    by Ms. Emmel, you had no expertise in
8    talc, correct?
9            MS. O'DELL:  Objection to
10       form.
11           THE WITNESS:  I performed no
12       scientific studies in it.
13   BY MR. HEGARTY:
14       Q.   You also reviewed no
15   scientific studies concerning talc,
16   correct?
17           MS. O'DELL:  Objection to
18       form.
19           THE WITNESS:  I have
20       reviewed papers.  I am editor and
21       associate editor on an editorial
22       board so that in my past
23       experience, I likely reviewed
24       papers --

Page 532

1    BY MR. HEGARTY:
2        Q.   Doctor, you --
3        A.   -- that included talc.
4        Q.   Doctor, you testified
5    earlier in this deposition that your
6    information as it relates to talc and
7    ovarian cancer came from the media and
8    discussion with colleagues, correct?
9        A.   Prior to being contacted.
10       Q.   Right.  So prior to being
11   contacted for counsel for plaintiffs, you
12   had no expertise in talc and ovarian
13   cancer, correct?
14       A.   As a toxicologist -- I'm
15   sorry.  I'm getting hung up on the word
16   "expert" as you're using it.  As a
17   toxicologist, I am familiar with talc.  I
18   am familiar with much of the toxicity of
19   it.  But the primary -- in discussing
20   talc and its relationship to cancer, it
21   was through colleagues and the media,
22   yes, correct.
23       Q.   You had not studied, prior
24   to being contacted by plaintiffs'

Page 533

1    counsel, any issues reported in the
2    medical literature with regard to talc
3    and ovarian cancer, correct?
4        A.   I have not studied in my
5    laboratory, that's correct.
6        Q.   You also did not review any
7    literature discussing talc and ovarian
8    cancer prior to being contacted by
9    counsel for plaintiff?
10       A.   That is correct.
11       Q.   Prior to being contacted by
12   counsel for plaintiffs you had not
13   studied the toxicology -- toxic aspects,
14   if any, of talc, correct?
15           MS. O'DELL:  Object to the
16       form.
17           THE WITNESS:  I have -- as I
18       stated, I have reviewed papers
19       that have looked at it.  And I've
20       reviewed them for acceptance into
21       journals.
22   BY MR. HEGARTY:
23       Q.   Can you cite for us today
24   any such papers?

134 (Pages 530 to 533)

Judith Zelikoff, Ph.D.

Page 534

1      A.   Over my career, I cannot.
2  Sorry.
3      Q.   Can you identify any study
4  you have published that investigated or
5  discussed the toxicity of cobalt?
6      A.   I've written review articles
7  on the toxicology of metals in general
8  and cobalt was in there, and in book
9  chapters.
10     Q.   But it's your testimony that
11 you have written review papers where you
12 discussed the toxicity of cobalt?
13     A.   I did not say review papers.
14 I said book chapters.
15     Q.   So you had written a book
16 chapter to discuss the toxicity of
17 cobalt?
18         MS. O'DELL:  Objection to
19     form.
20         THE WITNESS:  I was an
21     editor of a book, several books --
22     two books actually, which looked
23     at the toxicity of cobalt --
24     looked at the toxicity of metals.

Page 535

1      And cobalt, to my recollection,
2  was in both of those books.
3  BY MR. HEGARTY:
4      Q.   Did you write those
5  chapters?
6      A.   I reviewed those chapters
7  for publication in those books.
8      Q.   My question was did you
9  write those chapters?
10     A.   I'm sorry.  Did I write
11 those chapters on cobalt?  No, I did not.
12     Q.   Have you ever written any
13 published chapter or article discussing
14 the toxicity of cobalt?
15     A.   I have not --
16         MS. O'DELL:  Objection.
17         THE WITNESS:  -- written an
18     article in the area of cobalt, but
19     I am familiar with metals, very
20     much so from the department and
21     the research that I do.
22 BY MR. HEGARTY:
23     Q.   Have you written any
24 published article discussing toxicity of

Page 536

1  nickel?
2      A.   Yes.
3      Q.   What published article have
4  you -- have you written discussing the
5  toxicity of nickel?
6      A.   One that comes to my mind,
7  without looking at my CV, is an early
8  publication associated with the
9  immunology and immunotoxicity of nickel
10 in fish.
11     Q.   What nickel -- was it a
12 nickel compound?
13     A.   It was a nickel chloride, a
14 soluble nickel compound.
15     Q.   Are nickel compounds in
16 Johnson's Baby Powder?
17     A.   Nickel -- according to the
18 J&J documents and other -- other internal
19 documents, yes.
20     Q.   Okay.  What nickel compounds
21 are in Johnson's Baby Powder?
22     A.   The report indicates nickel.
23 It does not break it down to a particular
24 salt or a particular compound of nickel.

Page 537

1      Q.   Have you written any papers
2  looking at the toxicity of chromium-3?
3      A.   I'm going to look in my --
4  in my CV.
5      Q.   Well, without looking at
6  your CV, for purposes of time, can you
7  recall any such article?
8          MS. O'DELL:  If you need to
9      take a moment, Doctor, feel free
10     to.
11         MR. HEGARTY:  We'll go off
12     the record if she needs to take a
13     moment.
14 BY MR. HEGARTY:
15     Q.   Because I qualified my
16 question by asking you, without looking
17 at your CV, are you able to cite an
18 article that you've written?
19     A.   I want to give actual data
20 to you.  In my mind, I recall a paper
21 that I wrote with Dr. Max Costa on
22 chromium.  And -- and possibly with Toby
23 Rossman.  But without looking, I can't be
24 absolutely sure.

135 (Pages 534 to 537)

Judith Zelikoff, Ph.D.

1    Q.   You refer over on pages --
2  or on Page 25 of your report --
3    A.   Yes.
4    Q.   -- to --
5    A.   Talc-induced inflammation.
6    Q.   Well, let me finish my
7  question.
8    A.   Oh, I'm sorry.
9    Q.   You refer over on Page 25 in
10  the fourth paragraph to an abstract and
11  other material by Dr. Harper and
12  Dr. Saed, correct?
13    A.   Yes.  In the last -- in the
14  last paragraph, in the last sentence.
15    Q.   And none of those
16  publications refer to testing using
17  Johnson's Baby Powder, correct?
18       MS. O'DELL:  Objection to
19    form.
20       THE WITNESS:  To my
21    knowledge, no, but I would have to
22    look at the paper to be absolutely
23    sure.  But they did use talc,
24    yes -- talcum powder.

1  BY MR. HEGARTY:
2    Q.   Can you cite for me any
3  animal or cell studies that you reviewed
4  for purposes of preparing your report
5  that tested Johnson's Baby Powder other
6  than Dr. Saed's recent manuscript?
7    A.   I know I have, I just can't
8  recall.
9       You are talking about
10  publications, correct?
11    Q.   Yes.  That you've cited in
12  your report.
13    A.   I can't find it at the
14  moment, so I would have to say no.
15    Q.   Did you find Exhibit 33, the
16  FDA's response letter to Dr. Epstein.
17    A.   Thank you.
18    Q.   You were referred to Page 3
19  in FDA's statement with regard to its
20  testing of samples of cosmetic grade raw
21  material talc and cosmetic products for
22  asbestos?
23    A.   Yes, I did.
24    Q.   You did not refer to any of

1  the statements that you were asked about
2  by plaintiffs' counsel in your expert
3  report, correct?
4       MS. O'DELL:  Object to form.
5       THE WITNESS:  Not without
6    checking my document, I can't
7    answer conclusively.
8  BY MR. HEGARTY:
9    Q.   You did not rely on this
10  portion of the FDA's letter for purposes
11  of your opinions in this case, correct?
12       MS. O'DELL:  Regarding the
13    asbestos testing?
14  BY MR. HEGARTY:
15    Q.   The portion that I just
16  referred you to, the top two paragraphs
17  at Page 3.
18    A.   They do not prove that all
19  talc-containing cosmetic products
20  currently marketed in the United States
21  are free of asbestos.  Is that --
22    Q.   Yes.
23    A.   Okay.  And the question was?
24    Q.   You did not refer to that

1  statement in your report, correct?
2    A.   That is correct, yes.
3    Q.   Also you did not cite on
4  Page 5 in your report the statement that
5  "it is, therefore, plausible that
6  perineal talc and other particulate that
7  reaches the endometrial cavity, et
8  cetera, may elicit foreign body-type
9  reaction and inflammatory response that
10  in some exposed women may progress to
11  epithelial cancers."
12       You did not cite that
13  sentence in your report either, correct?
14    A.   I did not --
15       MS. O'DELL:  Objection to
16    form.
17       THE WITNESS:  I did not cite
18    that sentence in my report either.
19    However, this document was in
20    my -- in my citations in the
21    overall reliance -- reliance
22    document.
23  BY MR. HEGARTY:
24    Q.   With regard to the draft

136 (Pages 538 to 541)

Judith Zelikoff, Ph.D.

Page 542

1   screening assessment by Canada, Canada
2   employs a precautionary principle.  Are
3   you aware of that?
4       A.   Yes.
5       Q.   Do you know what a
6   precautionary principle is?
7       A.   I do know what a
8   precaution --
9       Q.   What is it?
10      A.   A precautionary principle is
11  one where you -- in my -- in my opinion
12  and what -- to my knowledge, it's a
13  principle in which you use every
14  precaution in terms of assessment, in
15  terms of use in animal models and human
16  models.  You follow precaution.
17      Q.   Okay.  The draft screenings
18  assessment, Exhibit Number 9, contains
19  the following statement -- and I only --
20  I only have your copy.
21      A.   Oh okay.
22      Q.   I'm going to read it to you
23  and tell me whether you agree with it.
24      A.   Okay.

Page 543

1       Q.   "The etiology of most
2   ovarian tumors in general has not been
3   well established."
4       MS. O'DELL:  What page are
5   you on, please?
6       MR. HEGARTY:  Page 18.
7   BY MR. HEGARTY:
8       Q.   Do you agree with that
9   statement?
10      A.   Please read it again.
11      Q.   "The etiology of most
12  ovarian tumors in general has not been
13  well established."
14      A.   The etiology is -- has not
15  been well established.  But it has been
16  studied.  But there -- okay.  I'm done.
17      Q.   The -- on page -- strike
18  that.  On Page 21 --
19      A.   Of my report?
20      Q.   No, of the --
21      A.   Health Canada.
22      Q.   -- health assessment states
23  the following statement and tell me
24  whether you agree with it.

Page 544

1       "The specific mechanisms and
2   cascade of molecular events by which talc
3   might cause ovarian cancer have not been
4   identified."
5       MS. O'DELL:  Wait.  Do you
6   mind showing Dr. Zelikoff?
7       MR. HEGARTY:  Well, then I
8   won't have -- I'm just reading
9   this statement.
10      MS. O'DELL:  Well, but if
11  you're reading from the draft
12  assessment --
13      MR. HEGARTY:  You know what,
14  I -- this is the only copy I have.
15  If you want to hand me your copy.
16      MR. TISI:  I have my copy.
17  It has my notes on it.  If you...
18  Do you want it?
19      MS. O'DELL:  You're welcome
20  to my copy.
21      MR. HEGARTY:  Thank you.
22  BY MR. HEGARTY:
23      Q.   Page 18, second paragraph.
24  I was on Page 18, Doctor.

Page 545

1       A.   You handed it to me like
2   this, sir.
3       Q.   Right.  On page -- I'm
4   sorry, Page 21.
5       A.   This is Page 21.
6       Q.   Sorry.  Page 21, second
7   paragraph.  The statement at the end
8   reads, "However, the specific mechanisms
9   and cascade of molecular events by which
10  talc might cause ovarian cancer have not
11  been identified."
12      Do you agree with that
13  statement?
14      MS. O'DELL:  Objection to
15  form.
16      THE WITNESS:  That's a
17  statement here.
18  BY MR. HEGARTY:
19      Q.   Do you agree with that
20  statement?
21      A.   Oh, I'm sorry.  I'm sorry,
22  I've lost -- Page 21, what --
23      Q.   Page 21, second paragraph --
24      A.   -- what paragraph?

137 (Pages 542 to 545)

Judith Zelikoff, Ph.D.

| Page 546 | Page 548 |
|---|---|
| 1    Under -- <br> 2    Q.   Last two lines. <br> 3    A.   Under -- <br> 4    Q.   Under -- in the biologic <br> 5  plausibility section. <br> 6    A.   I see it.  Thank you. <br> 7    Q.   It read -- the statement <br> 8  reads: The specific mechanisms and <br> 9  cascade of molecular events by which talc <br> 10 might cause ovarian cancer have not been <br> 11 identified. <br> 12        Do you agree with that <br> 13 statement? <br> 14   A.   Yes, they have not been <br> 15 clearly and conclusively identified. <br> 16   Q.   But that's not what that <br> 17 sentence reads.  My question was do you <br> 18 agree with the sentence that I just read <br> 19 to you. <br> 20   A.   It is -- I think it's a <br> 21 sentence taken out of text. <br> 22        Do I agree with the sentence <br> 23 as it is written?  No.  I would have to <br> 24 add the words, "have not been clearly | 1  today it's not -- you're not using it to <br> 2  inform your opinions, correct? <br> 3    A.   It is -- it is support and <br> 4  validation of my opinions. <br> 5    Q.   You referenced IARC and its <br> 6  designation of asbestos.  What has IARC <br> 7  designated talc for genital uses as? <br> 8        MS. O'DELL:  Objection. <br> 9        THE WITNESS:  I -- in -- in <br> 10       terms of classification, may I <br> 11       look at the document? <br> 12 BY MR. HEGARTY: <br> 13   Q.   Well, they've designated <br> 14 talc used -- <br> 15   A.   Fibrous -- fibrous -- <br> 16   Q.   -- for perineal use as 2B, <br> 17 correct? <br> 18   A.   2B, yes.  Fibrous talc, <br> 19 correct. <br> 20   Q.   You were asked about the <br> 21 deposition of Robert Glenn, correct? <br> 22   A.   The past manager and <br> 23 director of NIOSH. <br> 24   Q.   Yes. |

| Page 547 | Page 549 |
|---|---|
| 1  identified." <br> 2    Q.   So you don't agree with <br> 3  everything in the -- <br> 4    A.   Or established. <br> 5    Q.   So you don't agree with <br> 6  everything in Health Canada's risk <br> 7  assessment, correct? <br> 8        MS. O'DELL:  Objection to <br> 9        form. <br> 10       THE WITNESS:  I -- I do not <br> 11       agree with this sentence, correct. <br> 12 BY MR. HEGARTY: <br> 13   Q.   You do rely on, for purposes <br> 14 of your opinions in this case, the draft <br> 15 screening assessment, correct? <br> 16       MS. O'DELL:  Objection. <br> 17       THE WITNESS:  No.  That came <br> 18       out well after I handed in my <br> 19       final report, so it was not used <br> 20       to inform my opinion.  It was <br> 21       supporting validation for my <br> 22       opinion. <br> 23 BY MR. HEGARTY: <br> 24   Q.   So still -- still through | 1    A.   Yes. <br> 2    Q.   Did you read the entirety of <br> 3  his deposition? <br> 4    A.   No, I did not. <br> 5    Q.   Did you agree with <br> 6  everything he said in his deposition? <br> 7    A.   I said I did not read the <br> 8  entirety.  I can't answer. <br> 9        (Document marked for <br> 10       identification as Exhibit <br> 11       Zelikoff-49.) <br> 12 BY MR. HEGARTY: <br> 13   Q.   I'm going to mark as <br> 14 Exhibit 49, portions of the deposition of <br> 15 Dr. Robert Glenn.  If you turn to the <br> 16 first page of that exhibit, Page 482. <br> 17   A.   Page 482, yes. <br> 18   Q.   Yes.  Mr. Glenn was asked in <br> 19 the middle of the page, Lines 12 to 14, <br> 20 "Has the data also showed that talcum <br> 21 powder is not cytotoxic, meaning it <br> 22 doesn't damage cells?" <br> 23       Mr. Glenn answer's, "Yes." <br> 24   A.   Yes. |

138 (Pages 546 to 549)

Judith Zelikoff, Ph.D.

Page 550

1    Q.   Did you cite that portion of
2  his testimony in your expert report?
3         MS. O'DELL:  Objection to
4  form.
5         THE WITNESS:  No.
6  BY MR. HEGARTY:
7    Q.   Did you read it?
8    A.   I said that I did not read
9  this in its -- in its entirety.
10   Q.   Do you agree with that
11 sentence?
12        I'm sorry, do you agree with
13 his answer to that question?
14        MS. O'DELL:  Objection to
15 form.
16        THE WITNESS:  To the
17 question, "Has the data also
18 showed that talcum powder is not
19 cytotoxic, meaning it doesn't
20 damage cells?"
21        So if the question is do I
22 agree with that sentence -- do I
23 agree with his answer of yes,
24 there have been data showing, in

Page 551

1    certain circumstances, in certain
2    cell lines, that talcum powder has
3    not been shown to be cytotoxic at
4    certain concentrations.
5  BY MR. HEGARTY:
6    Q.   Looking down at the next
7  question, 18 through 21, he's asked, "And
8  has the data also showed that talcum
9  powder is not mutagenic, meaning it
10 doesn't mutate genes?"
11        "Answer:  Yes."
12        Do you agree with his answer
13 to that question?
14   A.   I do not agree.  I think
15 that the -- I do not agree with his
16 answer.  I think that his -- that the
17 question has to be -- the question in my
18 opinion, it was ambiguous.  And I'm not
19 sure what he was basing that on in terms
20 of his response.
21        If you -- if he was looking
22 at mutagenicity in terms of Ames assays
23 or yes, they have not shown mutagenicity.
24        So is there data that also

Page 552

1    shows that talcum powder is not
2  mutagenic?  There is.
3    Q.   Did you cite that portion of
4  Mr. Glenn's testimony in your report?
5    A.   No, I did not.
6    Q.   If you look at the next page
7  at the top.  The question, 2 through 7,
8  with the answer on 8.
9    A.   Mm-hmm-hmm.
10   Q.   Did you cite that question
11 and answer in your report?
12        MS. O'DELL:  Object to the
13 form.
14        THE WITNESS:  I did not cite
15 any of Dr. Glenn's information
16 because I -- I did not read it in
17 detail.
18 BY MR. HEGARTY:
19   Q.   You can put that aside.
20        Is it your testimony that
21 you're more knowledgeable regarding talc
22 and ovarian cancer than Dr. Neel?
23   A.   No, what my testimony is to
24 is that I have extensive knowledge in

Page 553

1    toxicological aspects, the cytotoxicity
2  of it, and the inflammatory responses
3  from an -- from an academic perspective
4  and a biological mechanism perspective.
5    Q.   What is Dr. Neel's knowledge
6  of the toxicological aspects and the
7  toxicity of talc?
8    A.   I do not know.
9    Q.   What's his -- is he a
10 cancer -- strike that.
11        He is a cancer biologist,
12 correct?
13        MS. O'DELL:  Objection to
14 form.
15        THE WITNESS:  The only thing
16 I know about Dr. Neel is that he
17 is the director of the Cancer
18 Institute.  I am not familiar with
19 his research.
20 BY MR. HEGARTY:
21   Q.   Have you ever evaluated his
22 qualifications?
23   A.   No.  I was not on the search
24 committee nor do I have access to his CV.

139 (Pages 550 to 553)

Judith Zelikoff, Ph.D.

Page 554

1    Q.   You made statements
2  indicating that you believe that you are
3  more knowledgeable than Dr. Neel
4  regarding the toxicities of talc.  Is
5  that true?
6    A.   What I do know is that he is
7  not a toxicologist.
8    Q.   Do you know what his area of
9  expertise is?
10   A.   He's -- OB/GYN and oncology.
11   Q.   Do you know what his level
12 of knowledge is in the area of
13 toxicology?
14   A.   I do not.
15   Q.   Have you ever met him?
16   A.   Yes, I have met him.
17   Q.   Have you ever talked to him
18 about his qualifications in the area of
19 toxicology?
20   A.   No, I have not.  But I know
21 he is not a -- he is not considered a
22 toxicologist by his peers, by colleagues.
23 He is known as a cancer oncologist.  He
24 is not known or recognized as a

Page 555

1  toxicologist.
2    Q.   Who have you ever asked --
3  who have you ever spoken with regarding
4  to Dr. Neel's qualifications as it
5  relates to toxicology?
6    A.   I have not spoken to him
7  about his qualifications.  My answer
8  comes from the fact that I am an active
9  member in the Society of Toxicology, but
10 nationwide and internationally.  And also
11 I'm an active member in the International
12 Union of Toxicology and active member in
13 the other -- other toxicology programs
14 and societies.
15        And I have -- I have not
16 seen Dr. Neel at any of these, nor have I
17 heard of him being spoken at or about in
18 these -- in these meetings.
19   Q.   Do you go to OB/GYN
20 conferences?
21   A.   I do not.
22   Q.   Do you go to oncology
23 conferences?
24   A.   I do not.

Page 556

1    Q.   Are you a board-certified
2  oncologist?
3    A.   I am not, never claimed to
4  be.
5    Q.   Are you a board-certified
6  gynecologic oncologist?
7        MS. O'DELL:  Wait a minute.
8        THE WITNESS:  I am not, nor
9  have I ever claimed to be.
10       Because --
11 BY MR. HEGARTY:
12   Q.   You were asked -- you were
13 asked about whether you could do --
14 whether there could be studies looking at
15 risk of cancer in women exposed to
16 cobalt, chromium, and nickel.  Do you
17 recall those questions?
18   A.   I do.
19   Q.   Studies looking at exposures
20 of metals in humans are done all the
21 time.  They are called retrospective
22 case-control studies, correct?
23   A.   They are not done in a
24 laboratory nor is there insertion of

Page 557

1  those metals into humans.
2    Q.   That's not my question.  You
3  said -- you testified that there is no
4  way that you can do a study looking at
5  the effect of nickel in humans.  That's
6  not true, is it?
7        MS. O'DELL:  Objection to
8  form.  Misstates --
9        THE WITNESS:  I'm sorry.
10       MS. O'DELL:  -- the question
11 and the testimony.
12       Excuse me, Doctor.
13       THE WITNESS:  I was -- I was
14 talking about clinical studies and
15 studies in people.
16 BY MR. HEGARTY:
17   Q.   There are retrospective
18 case-control studies looking at exposure
19 of humans to nickel, correct?
20   A.   That is -- those are
21 epidemiological studies.  My
22 understanding of the question that was
23 asked of me had to do with laboratory
24 studies and intentional exposure.

140 (Pages 554 to 557)

Judith Zelikoff, Ph.D.

Page 558

1     Q.   Well, can you cite for me
2  any epidemiologic studies showing an
3  increased risk of ovarian cancer in women
4  exposed to nickel?
5     A.   Nickel alone, I have not
6  reviewed that.  But I do know the IARC
7  document talks about it as a Class 1
8  carcinogen.
9     Q.   Can you cite for me, any
10  retrospective case-control studies,
11  showing an increased risk of ovarian
12  cancer in women exposed to chromium?
13     A.   Chromium alone?
14     Q.   Yes.
15     A.   No, I cannot.
16     Q.   Same question as to cobalt?
17     A.   No, I cannot.
18     Q.   Can you cite for me any
19  case-control studies looking at whether
20  there's an increased risk of ovarian
21  cancer in women exposed to nickel,
22  chromium, and cobalt in combination?
23     A.   I hope I understand your
24  question right.  But what I am -- what

Page 559

1  I'm saying is yes, there is an increased
2  risk in exposure to talc because talc
3  contains, according to the J&J documents,
4  and according to other studies that just
5  looked at talcum powder products,
6  contains nickel, cobalt, and chromium in
7  elevated levels.
8     Q.   My question is specific to
9  looking only at exposure to cobalt,
10  nickel, and chromium.  Can you cite for
11  me any case-control studies showing an
12  increased risk of ovarian cancer in women
13  exposed to those three metals in
14  combination?
15     A.   No, I can't.
16     MS. O'DELL:  Objection.
17     Asked and answered.
18  BY MR. HEGARTY:
19     Q.   It would not be unethical to
20  do such a case-control study, correct?
21     MS. O'DELL:  Objection.
22     THE WITNESS:  A case-control
23     study or an epidemiological study
24     which uses data from populations

Page 560

1  is not unethical, but to use it in
2  a clinical study would be
3  extremely unethical.
4  BY MR. HEGARTY:
5     Q.   It would also be appropriate
6  to do cell studies looking at nickel,
7  cobalt, and chromium in ovarian cancer
8  cells, correct?
9     MS. O'DELL:  Objection to
10     form.
11     THE WITNESS:  Alone -- I'm
12     sorry.  Alone or in combination?
13  BY MR. HEGARTY:
14     Q.   Or all of the above.
15     A.   Your question was it would
16  be unethical to do cell culture studies?
17     Q.   Would it be unethical in
18  your opinion?
19     A.   Not to do cell culture
20  studies.
21     Q.   Have such studies been done?
22     A.   I'm not sure about the
23  combination.  There have been studies, a
24  number of studies that have been done in

Page 561

1  cell culture.  I can't cite them all,
2  because there are numerous that have
3  looked at nickel or cobalt or chromium in
4  cell culture studies, and many that have
5  been done in my own laboratory.
6     Q.   Can you cite to me any such
7  studies that have done those tests in
8  ovarian cells?
9     A.   I'm sorry.  When you say
10  "any such studies," do you mean cell
11  culture studies?
12     Q.   Yes.
13     A.   Well, the Shukla study, the
14  Saed studies.
15     Q.   So the Shukla and Saed
16  studies applied nickel, chromium and
17  cobalt to the cells?
18     A.   I'm sorry.  I'm sorry.  I
19  thought you said talcum powder.
20     Q.   Doctor, listen to my
21  question.  My question is can, you cite
22  for me any culture studies that have
23  applied nickel, cobalt, or chromium or
24  all three to ovarian cancer cells?

141 (Pages 558 to 561)

Judith Zelikoff, Ph.D.

1      A.   I cannot -- I have not seen
2  that literature, no.
3      Q.   Those studies could be done,
4  correct?
5      A.   Those studies could be done.
6      Q.   They could be done in your
7  laboratory, couldn't they?
8      A.   I have the facilities to
9  carry out those studies.
10     Q.   You have not done those
11 studies?
12         MS. O'DELL:  Objection to
13     form.
14         THE WITNESS:  Correct.
15 BY MR. HEGARTY:
16     Q.   You cited to the Cramer 2007
17 study, which I'm marking as Exhibit
18 Number 40.
19         (Whereupon, a discussion was
20     held off the stenographic record.)
21         (Document marked for
22     identification as Exhibit
23     Zelikoff-50.)
24 BY MR. HEGARTY:

1      Q.   I'm marking as Exhibit
2  Number 50 the Cramer 2007 study that you
3  referred to in response to counsel's
4  questions.
5      A.   Mm-hmm-hmm.
6         MS. O'DELL:  Objection.
7     That misstates the record.  I
8     never referred to the Cramer
9     study.
10         MR. HEGARTY:  She cited it
11     in response to your questions.
12         MS. O'DELL:  No, she did
13     not.  But you may ask questions
14     about it, but that's not a proper.
15         MR. HEGARTY:  Well, she
16     cited the Cramer 2007 article.
17 BY MR. HEGARTY:
18     Q.   Do you find this article to
19 be a credible source of information for
20 you?
21     A.   It was published in
22 Obstetrics and Gynecology.  That is good
23 journal, reputable journal.
24     Q.   And if you look at the top

1  of the first page on the right-hand
2  column.
3      A.   Yes.
4      Q.   The authors state that
5  the -- "First, the association is a
6  relatively weak" -- "a relatively weak
7  one; i.e., summary relative risk of
8  approximately 1.3."
9         Do you agree with that
10 statement?
11         MS. O'DELL:  Objection to
12     form.
13         THE WITNESS:  Number one, I
14     am not an epidemiologist so I'm
15     not testifying to epidemiological
16     odds ratio, whether that is weak
17     or not weak.
18 BY MR. HEGARTY:
19     Q.   The next sentence says,
20 "Second, no clear increase in risk or
21 duration of use has been found in most
22 studies."
23         Do you agree with that
24 sentence?

1         MS. O'DELL:  Objection to
2     form.
3         THE WITNESS:  There are many
4     studies that do show that duration
5     plays a role.
6  BY MR. HEGARTY:
7      Q.   That's not my question.  My
8  question is do you agree with that
9  sentence?
10     A.   I see.
11         MS. O'DELL:  Objection to
12     form.  Asked and answered.
13         THE WITNESS:  I do not agree
14     that there is no clear -- there is
15     some evidence that leads to an
16     increase in risk associated with
17     duration of use.
18 BY MR. HEGARTY:
19     Q.   So you don't agree with that
20 sentence?
21     A.   So I do not completely agree
22 with that sentence.
23     Q.   The next sentence reads,
24 "Third, the ability of talc used in the

142 (Pages 562 to 565)

Judith Zelikoff, Ph.D.

Page 566

1    genital area to enter the pelvic cavity
2    has not been conclusively proven."
3          Do you agree with that
4    sentence?
5          A.   None of these are -- none of
6    these sentences are cited or referenced
7    by the way.
8          It has not been conclusively
9    proven.  I agree with the sentence.
10         May I --
11         Q.   You cited as well to the
12   Keskin paper.  You cited that several
13   times, including in response to counsel's
14   questions.
15         A.   Yes, I did.  I recall that.
16         Q.   The Keskin paper was an
17   animal study that did not show tumor
18   formation from application of talc,
19   correct?
20         MS. O'DELL:  Object to the
21   form.
22         THE WITNESS:  If you allow
23   me to specifically look for that,
24   please.

Page 567

1    BY MR. HEGARTY:
2          Q.   I'll mark it as Exhibit 51.
3          (Document marked for
4          identification as Exhibit
5          Zelikoff, likely not.)
6    BY MR. HEGARTY:
7          Q.   The Keskin paper over in the
8    conclusion section on Page 927 says that
9    with regard to the reported effects of
10   talc, "This effect seems to be in the
11   form of foreign body reaction or
12   infection rather than a neoplastic
13   change."
14         A.   Which is inflammation.
15         Q.   And in this study it showed
16   no neoplastic changes in any of the
17   animal study, correct?
18         MS. O'DELL:  Object to the
19   form.
20         You may answer.
21         THE WITNESS:  It was -- he
22   did not find or they did not find
23   that there was neoplastic changes,
24   but they did find a number of

Page 568

1          findings that led to inflammation
2          including an increased number of
3          follicles, and that goes to
4          biological plausibility.
5    BY MR. HEGARTY:
6          Q.   Did you agree with that
7    finding?
8          A.   That there were increased
9    number of follicles?
10         Q.   Yes.
11         A.   And the histopathology?
12         That there was foreign body
13   reactions and that there were infections,
14   I agree with those studies.
15         Q.   Do you agree with the
16   statement that the author made that this
17   effect seems to be in the form of foreign
18   body reaction or infection rather than a
19   neoplastic change?
20         A.   I'm sorry, could you tell me
21   where that might be?
22         Q.   Again, in the conclusion
23   section that we have just been looking
24   at.

Page 569

1          A.   Mm-hmm-hmm.
2          Well, a foreign body
3    reaction can -- is an immunological
4    response.  Whether it's considered a
5    neoplastic change, likely not.  A foreign
6    body reaction does not necessarily -- is
7    not necessarily known as a neoplastic
8    response, correct.
9          Q.   And you -- you didn't cite
10   that statement from the Keskin paper in
11   your report, did you?
12         A.   Not that I recall.
13         Q.   Do you agree with the --
14         A.   But my -- my role was to
15   define biological plausibility.  So what
16   I did -- what I did put in my report were
17   the things that indicated to me that
18   there was inflammation.
19         Q.   You agree with the
20   conclusions from the Taher paper?
21         MS. O'DELL:  Object to the
22   form.
23         Doctor, it's in this stack.
24         THE WITNESS:  Okay.  Thank

143 (Pages 566 to 569)

Judith Zelikoff, Ph.D.

Page 570

1    you.  Oh, thank you.
2  BY MR. HEGARTY:
3      Q.   Second page, Line 34, on the
4  second page.
5      A.   In the abstract?
6      Q.   Yes.
7          MS. O'DELL:  Give me just a
8  moment, I'm sorry.  I'll pull out
9  my copy.
10         THE WITNESS:  I'm sorry,
11  should I wait?
12         MR. HEGARTY:  I think Leigh
13  wants you to wait.
14         MS. O'DELL:  Okay.  Go
15  ahead.  I'm sorry.
16  BY MR. HEGARTY:
17     Q.   Do you agree with the
18  statement made in Line 34?
19     A.   Perineal use of talc powder
20  is a possible cause of human ovarian
21  cancer?
22     Q.   Yes.
23     A.   I believe that it's more
24  than a possible cause.  I believe that

Page 571

1  there's biological plausibility which
2  shows that it -- it could be, it is
3  linked to human ovarian cancer.
4      Q.   So you don't -- you disagree
5  with that statement?
6      A.   One could say that, taking
7  it literally, that it is certainly a
8  possible cause.  I just believe that it
9  is greater than a possible cause.
10         MR. HEGARTY:  Okay.  Thank
11  you.  I think that's it for my
12  time.
13         MS. O'DELL:  Okay.
14             - - -
15         EXAMINATION
16             - - -
17  BY MS. O'DELL:
18     Q.   Doctor, I just have two
19  questions for you.
20         I think you had the causal
21  assessment in front of you.
22     A.   Do you mean the Taher?
23     Q.   No, ma'am.  The actual
24  causal assessment -- actually I think

Page 572

1  counsel has it.  I'll hand it to you.  If
2  you'll --
3      A.   Oh.  You mean the draft
4  screening assessment?
5      Q.   Yes.  Sorry, I was going to
6  it by the wrong name.  It is Exhibit --
7      A.   9.
8      Q.   Thank you.
9          If you'll turn to Page 16.
10     A.   I see that, Keskin et al.,
11  2009, it's the first statement under
12  human studies.
13     Q.   Yes.  Right above that when
14  it refers to the Keskin and colleagues
15  2009.  What was the conclusion that the
16  sentence beginning "while no cancer"?  Do
17  you see that above human studies on
18  Page 16?
19     A.   The conclusion, "while no
20  cancer"?
21     Q.   Yes.
22     A.   "While no cancer/precancer
23  effects were observed, Keskin and
24  colleagues noted the study's duration may

Page 573

1  have been too short to note these types
2  of effects."
3      Q.   And in regard to -- and
4  that -- that statement's consistent with
5  the statements that you've included in
6  your report, fair?
7          MR. HEGARTY:  Objection to
8  form.
9          THE WITNESS:  Yeah.
10  BY MS. O'DELL:
11     Q.   And then secondly you were
12  asked a question, several questions about
13  the actual Keskin paper itself.  And I
14  think it's still in front of you.  Do you
15  see that?  It's Exhibit 51.  Yeah,
16  Exhibit 51.
17     A.   This is it, thank you.
18     Q.   Okay.  And I'll turn you to
19  the conclusion please, Dr. Zelikoff.
20     A.   That is on Page 930?
21     Q.   It's 927 actually.  One of
22  the conclusions, at least the ones I -- I
23  was looking at.
24         927.  Do you see that?

144 (Pages 570 to 573)

Judith Zelikoff, Ph.D.

Page 574

1      A.   I see.
2      Q.   And counsel directed your
3  attention to the sentence that said,
4  "However this effect seems to be in the
5  form of foreign body reaction or
6  infection rather than neoplastic change."
7          Do you see that?  Recall
8  those questions --
9      A.   In the conclusion section?
10     Q.   Yes.
11     A.   On Page --
12     Q.   927.
13     A.   "However this effect seems
14 to be in the form of a foreign body
15 reaction or infection rather than a
16 neoplastic change."
17         Yes, I see that.
18     Q.   And if you'll look to the
19 next sentence, what also did the authors
20 conclude?
21     A.   "Results of previous studies
22 are in favor of a neoplastic effect,
23 particularly in the ovaries."
24         And they conclude that more

Page 575

1  experimental and clinical studies are
2  warranted.
3      Q.   All right.  And one other
4  question.  You were asked about the Saed
5  studies regarding talc and cell culture,
6  both ovarian cancer cells and regular
7  cells.
8      A.   Yes.  I recall.
9      Q.   And you were asked earlier
10 about the manuscript that's been marked
11 as --
12     A.   Exhibit 8.
13     Q.   -- Exhibit 8.
14         Is it -- is it -- turn to
15 Page 5 of the manuscript please.
16     A.   I see it.
17     Q.   And looking at the top, did
18 Dr. Saed use Johnson's Baby Powder as a
19 part of the -- his treatment of cells?
20     A.   Yes.  It's Page 5, top,
21 treatment of cells, talcum powder from
22 Fisher -- Fisher Scientific or Baby
23 Powder from Johnson & Johnson, and the
24 numbers of the lots are given were

Page 576

1  dissolved in DMSO.
2      Q.   Is -- is the data included
3  in this manuscript, was that part of
4  the -- the data you relied on in abstract
5  in reaching your opinions in this case?
6      A.   In abstract form, yes.  That
7  was all that was -- that was available
8  since this only came out a few weeks ago.
9          MS. O'DELL:  Okay.  I have
10     nothing further.
11         THE WITNESS:  Accepted for
12     E-press a few weeks ago.
13         MS. O'DELL:  Okay.  I have
14     nothing further.
15             - - -
16         EXAMINATION
17             - - -
18 BY MR. HEGARTY:
19     Q.   Dr. Zelikoff, in looking at
20 the Keskin paper, in -- in particular at
21 the portion of the conclusions section
22 that counsel asked you to read --
23     A.   Yes.
24     Q.   -- the results of previous

Page 577

1  studies, that sentence?
2      A.   Yes, I see it on Page 927.
3      Q.   Can you cite for me any
4  previous studies to Keskin which were in
5  favor of a neoplastic effect?
6      A.   Culture cell studies that
7  have looked at proliferation, increased
8  proliferation which was seen in the Saed
9  studies and in the abstract.
10 Proliferation is one hallmark of the
11 carcinogenic process.
12     Q.   Doctor, listen to my
13 question.  This publication was in 2008.
14     A.   Okay.  I'm sorry.
15         MS. O'DELL:  2009 I believe,
16     but go ahead.
17         THE WITNESS:  2009.
18 BY MR. HEGARTY:
19     Q.   Received December 2009.
20 Published 2009.
21         The sentence reads:  The
22 results of previous studies before 2009
23 are in favor of neoplastic effect.
24         What studies are they

145 (Pages 574 to 577)

Judith Zelikoff, Ph.D.

Page 578

1    referring to?
2         A.   I don't know because it's
3    not referenced.
4         MR. HEGARTY:  I don't have
5    any additional questions.
6         MS. O'DELL:  Nothing
7    further, Doctor.
8         THE VIDEOGRAPHER:  Stand by
9    please.  This marks the end of
10   today's deposition.  The time is
11   9:03 p m.  Off the record.
12        (Excused.)
13        (Deposition concluded at
14   approximately 9:03 p m.)
15
16
17
18
19
20
21
22
23
24

Page 580

1         INSTRUCTIONS TO WITNESS
2
3         Please read your deposition
4    over carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8         After doing so, please sign
9    the errata sheet and date it.
10        You are signing same subject
11   to the changes you have noted on the
12   errata sheet, which will be attached to
13   your deposition.
14        It is imperative that you
15   return the original errata sheet to the
16   deposing attorney within thirty (30) days
17   of receipt of the deposition transcript
18   by you.  If you fail to do so, the
19   deposition transcript may be deemed to be
20   accurate and may be used in court.
21
22
23
24

Page 579

1
2         CERTIFICATE
3
4
5         I HEREBY CERTIFY that the
     witness was duly sworn by me and that the
6    deposition is a true record of the
     testimony given by the witness.
7
          It was requested before
8    completion of the deposition that the
     witness, JUDITH ZELIKOFF Ph.D., have the
9    opportunity to read and sign the
     deposition transcript.
10
11
12   _____
     MICHELLE L. GRAY,
13   A Registered Professional
     Reporter, Certified Shorthand
14   Reporter, Certified Realtime
     Reporter and Notary Public
15   Dated:  January 23, 2019
16
17
18        (The foregoing certification
19   of this transcript does not apply to any
20   reproduction of the same by any means,
21   unless under the direct control and/or
22   supervision of the certifying reporter.)
23
24

Page 581

1         - - - - - -
          E R R A T A
2         - - - - - -
3
4    PAGE  LINE  CHANGE
5    ____  ____  _____
6         REASON:  _____
7    ____  ____  _____
8         REASON:  _____
9    ____  ____  _____
10        REASON:  _____
11   ____  ____  _____
12        REASON:  _____
13   ____  ____  _____
14        REASON:  _____
15   ____  ____  _____
16        REASON:  _____
17   ____  ____  _____
18        REASON:  _____
19   ____  ____  _____
20        REASON:  _____
21   ____  ____  _____
22        REASON:  _____
23   ____  ____  _____
24        REASON:  _____

146 (Pages 578 to 581)

Judith Zelikoff, Ph.D.

Page 582

```
 1
 2              ACKNOWLEDGMENT OF DEPONENT
 3
 4       I,_____, do
 5   hereby certify that I have read the
 6   foregoing pages, 1 - 583, and that the
 7   same is a correct transcription of the
 8   answers given by me to the questions
 9   therein propounded, except for the
10   corrections or changes in form or
11   substance, if any, noted in the attached
12   Errata Sheet.
13
14
15   _____
16   JUDITH ZELIKOFF Ph.D.        DATE
17
18
19   Subscribed and sworn
     to before me this
20   _____ day of _____, 20____.
21   My commission expires:_____
22
     _____
23   Notary Public
24
```

Page 583

```
 1              LAWYER'S NOTES
 2   PAGE  LINE
 3   ____ ____ _____
 4   ____ ____ _____
 5   ____ ____ _____
 6   ____ ____ _____
 7   ____ ____ _____
 8   ____ ____ _____
 9   ____ ____ _____
10   ____ ____ _____
11   ____ ____ _____
12   ____ ____ _____
13   ____ ____ _____
14   ____ ____ _____
15   ____ ____ _____
16   ____ ____ _____
17   ____ ____ _____
18   ____ ____ _____
19   ____ ____ _____
20   ____ ____ _____
21   ____ ____ _____
22   ____ ____ _____
23   ____ ____ _____
24   ____ ____ _____
```

147 (Pages 582 to 583)

Case 3:16-md-02738-MAS-RLS   Document 9899-3   Filed 05/30/19   Page 292 of 366 PageID: 75647
Judith Zelikoff, Ph.D.

Page 584

**A**

**a.m**
1:15 13:6 75:3,8
125:3,6
**abide**
158:17
**ability**
86:6 190:2 240:4,7
282:19 309:11,12
345:2 412:3
465:13 487:4
511:16 565:24
**able**
161:13 184:22
311:23 385:20,24
389:9 537:17
**absolutely**
201:18 207:18
326:11 489:4
537:24 538:22
**absorbed**
333:20
**absorption**
284:18 465:4
**abstract**
56:16,21 104:6,10
104:16 122:11
208:11 374:11,18
406:11 407:3,6
470:15 471:14
472:8 538:10
570:5 576:4,6
577:9
**abstracts**
54:23 136:12
445:21 493:6
**academic**
6:21 78:21 79:1
81:19 445:9,16
448:13 449:17
519:4 553:3
**academies**
149:23 444:3
**Academy**
215:9,16 220:3
444:4

**acceptable**
101:6
**acceptance**
158:11,13,16
533:20
**accepted**
97:18 112:4 156:18
156:22 157:3,11
157:20 176:9
347:12 355:11,18
489:12 576:11
**access**
8:18 9:7 54:11
56:16 72:15
147:13 172:15
203:14 276:17
332:5 339:23
341:23 553:24
**accessible**
204:13 247:20
**accumulating**
238:17
**accuracy**
65:21 66:14 70:11
70:16 412:24
**accurate**
45:7 580:20
**accused**
112:17
**acetaminophen**
331:15
**ACGIH**
10:15
**acknowledge**
100:18 117:16
**acknowledgement**
79:19
**acknowledging**
96:19 98:17
**acknowledgment**
79:7 80:10 82:14
83:1 103:9 108:7
114:10 115:2
116:3 121:22
212:15 582:2
**acquired**
86:8,15

**act**
310:13,17 326:23
**action**
14:6 24:13 151:10
381:21 400:15
502:11
**activating**
310:5
**activation**
104:12,20 310:9
**active**
326:4 421:16 555:8
555:11,12
**activity**
344:16 364:1
477:13
**acts**
509:21
**actual**
420:23 537:19
571:23 573:13
**acute**
311:3 325:5,8
327:8,15 328:4
354:19 355:1
358:23 359:1
**add**
115:12 127:20
201:15 336:22
394:15 395:23
450:7 478:18
546:24
**added**
57:5 62:13 74:1
90:4 126:6 389:11
395:16
**adding**
271:7 381:24
**addition**
115:20 202:3 203:3
492:4
**additional**
17:9,15 23:23 38:5
143:18 274:3
336:22 388:18
391:5 578:5
**address**
182:16 316:9

86:5 268:2 284:24
**addressed**
487:2
**addresses**
352:2
**addressing**
158:20
**adequate**
79:6,19 80:9 82:14
261:14
**adhere**
158:17
**adjacent**
60:2
**administer**
13:16
**administered**
197:14
**Administration**
453:2
**adrenal**
153:16
**advance**
133:7
**adverse**
31:8 120:11,13
264:4 368:13,21
369:18 370:11
406:18 407:7
519:21
**advisory**
15:12,16 67:12
133:12 149:20
154:1 169:24
435:22 444:6
**aerosols**
166:15 185:16
**aesthetics**
160:12
**afindeis@napolil...**
2:20
**afraid**
173:11 335:4
**aftermath**
260:10
**agencies**
182:16 316:9

**agency**
170:9
**agent**
237:8 262:15
325:11 365:22
**agents**
166:3
**aging**
237:9
**ago**
21:18 44:23 57:20
162:7 173:12
249:22 258:4,21
387:19 451:9
452:21 524:23
576:8,12
**agree**
20:3,15 21:11 68:2
68:12 79:10,21,23
80:2,3 81:7,20
82:2,7,9,12 96:8
99:17 100:7,14
109:7 133:22
135:12 201:11,24
228:12 244:11
245:10 257:14
262:6,17 289:2,5
347:11,20 375:14
385:9 397:1,16,18
398:3 400:6 401:9
401:18 414:19
416:16,16 425:5
425:15 426:22
427:5,14,19 437:9
458:11,13 459:2
470:6 471:2,4
542:23 543:8,24
545:12,19 546:12
546:18,22 547:2,5
547:11 549:5
550:10,12,22,23
551:12,14,15
564:9,23 565:8,13
565:19,21 566:3,9
568:6,14,15
569:13,19 570:17
**agreed**

23:7,18,20 24:1
24:17 196:15
398:2 423:1
424:22
**agreeing**
197:4 198:3
**agreement**
146:19 229:14
401:14,16,16,17
**agrees**
201:22
**ahead**
110:7 233:22 234:8
299:19 306:17
404:6 454:7 468:4
510:20 519:22
528:23 570:15
577:16
**air**
166:2,10 178:10,12
186:12,14,14
224:1 257:17,18
257:19,24 258:11
259:1,5,23 261:10
261:20 289:10,21
290:1,8,13,16,21
290:23 298:21
303:13,20 304:10
304:16 305:19
459:4,7,20 460:5
460:15,20
**airborne**
166:4
**airway**
197:8
**airways**
467:20
**al**
63:23 406:3,16
407:20,21 472:4
506:9 572:10
**Alabama**
2:4
**ALASTAIR**
2:18
**Alice**
410:3 452:16

**Alistair**
28:22
**alleged**
152:7,12
**ALLEN**
2:2
**allergic**
121:7,8
**allow**
188:23 209:14
211:10 215:20
261:16 262:2
335:5 566:22
**allowing**
319:3 420:6
**alloy**
123:17
**alphabetical**
51:13
**alterations**
11:10 478:11
**altered**
485:6
**AMA**
455:3
**ambient**
289:12 303:21
**ambiguous**
551:18
**America**
3:20 456:1
**Ames**
237:14 551:22
**amosite**
179:24
**amount**
99:1 158:18 182:1
253:18,23 266:1
288:4 292:6 296:7
365:8 510:1
**amounts**
292:12 316:4
372:21
**amphibole**
110:15,18 178:16
178:24 179:5,22
180:11 182:16

404:8,22 405:19
**amphiboles**
273:5
**analogy**
117:6
**analysis**
37:4 45:20,22 46:4
46:15,20 73:10
130:23 131:6,7,11
149:14 202:10
203:9,10 241:8
243:5,10 270:1,21
271:19 292:1,8
438:2,8 488:23
**analytical**
455:3
**analyze**
189:17 190:8,10
193:12 416:17,24
417:11,18 426:4
**analyzed**
186:19 248:8 449:8
449:14
**analyzing**
375:19
**and/or**
274:5 470:3 579:21
**animal**
137:10 138:7 156:8
156:10 233:5
279:19 291:10
295:9 309:18
334:16 335:15
346:17 351:23
366:11 368:2,6
372:9,14 373:18
426:18 429:1,5
464:11,13 465:9
505:23 539:3
542:15 566:17
567:17
**animals**
294:1 295:19
339:24 367:11
378:19 464:18
520:12
**another's**

81:2,6
**answer**
12:5 26:7 38:19
41:11 47:13 56:10
56:12 154:18
163:11 178:20
182:12 199:10
217:20 219:4
220:7,16 222:15
226:12 228:2
234:22 235:2
238:14 267:13,19
274:21,23 285:10
285:19 318:3,9
323:8,16 324:15
327:2,23 336:5,23
337:5 338:10
353:23 365:24
366:22 367:9
370:3 373:10
409:20 414:16
441:5 448:11
449:1 479:15
482:6 483:12
484:1,6 519:11
522:16 540:7
549:8 550:13,23
551:11,12,16
552:8,11 555:7
567:20
**answer's**
549:23
**answered**
38:16 41:12 67:20
69:9 73:13 138:18
164:11,12 195:5
217:18 219:2,3,5
221:17 241:20,22
243:8 285:17
293:1 310:19
314:21 349:8
361:7 409:16
440:14 465:23
483:15 489:18
490:5 518:6
559:17 565:12
**answering**

217:6 218:13
219:21 220:6
221:11 316:20,22
317:7 318:1,19
**answers**
366:21 582:8
**anthophyllite**
273:5,8 406:21
407:10 449:9,15
**anti-inflammatory**
470:12
**antibodies**
350:10 351:4 352:4
**antibody**
352:5
**antigen**
325:10
**antioxidant**
365:3 366:24
367:15,22 377:9
381:6
**antioxidants**
360:23 364:8
366:12,15 473:8
473:10
**Anybody**
525:23
**anytime**
392:12
**apart**
19:6 58:9,24 85:15
241:24
**apoptosis**
183:21 478:13
**appear**
95:5 110:14 414:24
**appearances**
2:1 3:1 4:1 13:13
**appears**
17:5 63:9 78:24
96:3,5 106:3
182:23 253:21,22
382:17
**applicable**
78:23 112:12
483:23
**application**

Case 3:16-md-02738-MAS-RLS   Document 9899-3   Filed 05/30/19   Page 294 of 366 PageID: 75649
Judith Zelikoff, Ph.D.

Page 586

288:12,20,21
300:3 332:22
333:14 334:5,11
334:18 335:2,22
345:10 346:15
370:9,22 372:16
373:9,11 376:16
379:12 439:5,16
510:3 566:18
**applications**
358:5,11
**applied**
68:17 82:10 202:1
279:20 297:17,21
298:1 320:1,12
321:4,23 322:18
323:1,12 324:9
333:18,19 341:11
371:7 428:1
518:19 561:16,23
**applies**
68:5 80:6 81:17,18
**apply**
69:1,3,13,15 82:3
385:3 483:10
579:19
**applying**
279:16 373:21
439:11
**appreciate**
235:11 495:17
**approach**
67:8 77:11 375:12
375:15
**appropriate**
204:22 338:14
431:14 432:6
560:5 580:6
**approved**
228:8 519:3
**approximate**
28:3
**approximately**
17:16 45:14 55:16
57:18 564:8
578:14
**April**

18:15 229:16 497:3
497:21
**area**
76:24 153:21
155:20 168:4
176:22 183:24
251:5 257:20,20
269:22 286:21
298:16,16 300:4
302:21 315:20
323:18 330:24
331:19 342:19
356:19,20 371:9
371:10 490:19
492:2 514:17
535:18 554:8,12
554:18 566:1
**areas**
55:2 257:16 258:6
301:6 461:18
490:1 514:23
**arose**
490:12
**ARPS**
3:7
**arranged**
54:19
**Arsenic**
9:20 457:11
**art**
252:24
**arthritis**
347:23 348:2,5
**article**
61:7,19 62:3,6 67:9
67:11 76:16 97:5
97:9 103:4,8
112:4 113:11,11
113:16,16 114:6
115:4 118:5 150:6
150:22 151:22
160:15 161:3,14
161:24 162:10,22
163:5 203:18,19
204:15 208:23
213:20 248:11,14
248:18 374:18

398:12,17,17
399:2,5 401:3
411:2 509:16
535:13,18,24
536:3 537:7,18
563:16,18
**articles**
26:15 67:18 76:18
77:4,14 78:6,11
118:16,17 176:1,5
197:2 253:2
385:18,21 428:18
447:11 448:4
534:6
**asbestiform**
178:22,23 179:16
182:18 243:21
244:3,7,13,21,22
245:11,19,22
246:5,8,16,20,23
247:4,9,13 248:2
253:24 269:16
270:18 273:1,3
275:21 296:6
406:20 407:10
511:15
**asbestiform-like**
244:18,19
**asbestos**
108:13 110:16,21
110:21 160:22
161:4,15 162:10
162:23 163:6
165:21,22 169:13
169:14 171:3
178:7,9,11,17
180:5,12,17,23
181:2,11 182:9,10
183:9,10 186:8,12
186:17 243:23
248:20 252:19,21
253:13,18,24
254:5,7,13 255:4
255:13 256:5,24
257:15,23,24
258:2,6,8,11,18
259:5,12,23

260:12,23 261:2,4
261:13,17 262:3
265:10 266:18,19
268:7,23 269:2,5
269:20 270:3,18
270:22 271:19
273:1,4 274:6
275:8,15,20 278:1
307:19 328:17
403:23 404:9,19
404:23 405:20
408:12,21 410:8,8
414:2 415:8,15,19
416:7,18 417:4,6
417:13 449:9,15
450:21 455:9
456:5,6,13,21
458:3,21 459:3,6
459:12,22 460:4
460:19 461:9,12
461:16,19,19
462:17 466:6
485:12,13 491:10
495:6 496:24
498:2,14 510:1,2
510:10,17 511:7
512:8,18,21 513:9
518:20 521:2
539:22 540:13,21
548:6
**asbestos-containi...**
459:14
**asbestos-related**
404:10 405:4,6,21
**ascending**
509:8
**Asia**
277:7
**aside**
156:21 552:19
**asked**
22:11 25:21 38:16
67:19 73:4 129:10
130:5 131:4
134:14 135:23
136:14 138:18
153:23 164:11,17

164:19 166:20,24
170:17,22 183:8
192:1 195:4 211:5
211:16,20 212:2
217:17 219:1
229:4 241:20
243:8 256:18
261:19,21 267:21
275:11 293:1
314:21 329:11
337:7 339:9 349:7
361:7 376:24
390:23 393:24
394:4,10,11
401:13 409:16
412:19 420:13
422:22 436:17
489:10,23 492:14
492:19 494:19
495:10 497:1,8
507:9,13 508:21
509:23 513:4,15
513:18 515:2
517:19 524:1,9,12
525:12 531:4
540:1 548:20
549:18 551:7
555:2 556:12,13
557:23 559:17
565:12 573:12
575:4,9 576:22
**asking**
30:14 71:17 77:15
130:21 132:3
160:5 162:17
169:20 193:6
219:20 235:3,4
317:6 378:2 398:1
417:21 468:16
478:11 516:7,14
537:16
**aspect**
179:8
**aspects**
135:8 438:17
533:13 553:1,6
**aspirin**

Judith Zelikoff, Ph.D.

469:3 470:8
**assay**
237:14
**assays**
237:14 551:22
**assertion**
126:8
**assess**
73:5 126:23 127:10
128:2,15 130:6,16
131:4 134:6
184:12 237:15
251:5 475:16
**assessed**
451:12
**assessing**
42:10 69:14
**assessment**
6:13 8:13 42:22
57:14,16 58:4
59:7,8,22 60:22
61:11 62:16 63:19
63:20 73:9 205:18
205:19 214:16,17
214:21 270:7
275:3 383:11
384:4,10,13,17,23
391:9,10,24 392:9
392:14,15 395:4
500:11,18 501:7
501:23 502:14
503:6,14,18,21
542:1,14,18
543:22 544:12
547:7,15 571:21
571:24 572:4
**assign**
137:11,14 503:20
**assist**
16:11 132:19,22
**assisted**
132:2
**associate**
229:23 531:21
**associated**
22:2 58:20 59:19
59:21 119:8

120:12 179:7
206:11 246:3
280:20 294:7
296:12 297:8
329:24 347:17
349:19 353:3
358:21 360:23
361:1 383:9 401:6
417:20 471:6
480:20 481:8
508:10,18 509:10
520:13 536:8
565:16
**association**
6:9,15 60:14
205:24 207:8
306:24 397:14
564:5
**associations**
140:22 232:4,18
358:16
**assume**
128:7 130:11 141:1
142:6 342:16
455:1
**assumption**
412:13,21 419:8
**assumptions**
130:15
**asthma**
120:20 173:21
**ATF**
475:12 476:4,10
**ATF1**
474:22
**ATF3**
474:22 475:16
**atomic**
465:4
**attached**
84:19 93:10 121:23
580:12 582:11
**attention**
508:2,4 574:3
**attest**
458:8
**attorney**

73:4 127:18 172:24
213:17 393:22
580:16
**attorneys**
16:11 19:7 28:6
40:1,3 53:5 63:10
171:9 174:21
202:16 203:11
237:5 276:12
390:24 412:13,20
**August**
168:21 176:6
**Austin**
3:13
**author**
55:7 56:17 60:16
104:19 117:1
176:19,20,20
190:15 197:3
335:4 405:18
568:16
**authored**
447:11,13 448:5,6
448:16
**authorities**
136:21 335:8,21
384:13
**authority**
93:18 94:11 98:3
105:18,21 106:21
110:2 112:9 113:1
137:12 255:18
300:19 302:13
303:3 320:23
322:16 426:12
427:2 441:11
**authors**
77:12 83:10 104:22
190:16 408:4
509:14 564:4
574:19
**autoimmune**
172:23 347:24
348:10
**available**
59:3 207:4,10
231:4 288:15

374:7 492:7 522:2
531:3 576:7
**Avenue**
3:13,17
**average**
242:23 243:2 428:9
**aware**
18:5,7 19:10 22:21
48:23 98:14 146:9
148:1 152:7,12
159:4 174:24
175:3 190:1
291:24 294:14
295:4 340:15
345:14 358:4
372:12 403:12
412:14 413:24
414:3 441:18
447:2 453:6,9,11
476:9 503:13
524:24 542:3

---

**B**

**B**
5:11 6:2 7:2 8:2 9:2
10:2 11:2 35:11
35:12 36:1,5
39:17 48:13 51:18
51:22 53:24 63:24
64:13 141:18,19
142:16 168:11
250:4 461:4 526:3
**Baby**
45:21 73:1 90:4
187:3,20 188:2,14
189:19 190:11,17
190:22 242:11
246:24 247:13
248:3,12,16 275:9
275:16 276:9
278:1,7 286:9
287:18,23 288:12
292:2 295:23
410:9,23 418:2,4
418:8,12 428:20
429:11,17 449:8
449:14 487:23

488:5 492:22
493:7,17 494:22
495:6 520:24
536:16,21 538:17
539:5 575:18,22
**back**
42:12 51:4 61:6
62:19 75:7 79:14
83:18 85:17 86:11
101:17 102:11
118:11 125:6,10
126:1 160:24
162:6 164:2 196:5
196:8,9 216:8,10
218:5 222:17
233:11 277:21
314:4 319:20
328:7 338:23,24
383:20 384:3
386:13 388:4,14
391:8 437:23
441:22 442:5
443:2 462:23
463:10 464:4
475:19 485:22
523:17 527:23
529:9
**background**
193:21,22 257:15
258:5,11,16,24,24
259:4,11,13,22
260:3,4,23 261:13
261:16 262:2
443:2
**BACON**
3:2
**bacteria**
237:15,18
**bacterial**
325:11,22
**bad**
516:5
**balance**
470:19
**base**
331:2 424:24
491:23 514:22

Judith Zelikoff, Ph.D.

**based**
20:10 63:11,11
101:13 109:8
115:9 121:12
137:5 139:12
150:3 152:23
158:17 161:11
172:14 183:15
184:12 189:11,12
208:9 214:5
215:14,15 226:18
228:4,15 270:21
272:11 280:15
292:17 309:21
339:5 415:20,21
416:8 421:11
422:4 423:13,24
445:5 448:21
460:2,8,13 492:6
**basic**
110:22 235:18
**basically**
94:22
**basing**
434:10 551:19
**basis**
6:8 15:19 71:15
186:15 227:11
298:5 434:23
**Bates**
6:19 66:3,5,13
141:22 142:15,24
**Bates-stamped**
146:17
**Baylen**
2:9
**bearing**
517:3
**BEASLEY**
2:2
**beginning**
1:15 196:10 278:18
335:9,19 384:5
496:13 498:20
509:5 524:19
572:16
**begins**

129:22 131:14
137:1 333:7 420:3
**behalf**
53:24 173:15 174:4
174:12
**behave**
327:4
**behaves**
305:22
**belief**
339:6 371:8
**beliefs**
199:11
**believe**
50:24 81:23 198:23
201:19 259:17
262:11 294:5,8
298:15 308:1,24
381:23 382:11
383:4 426:19
433:3 468:22
554:2 570:23,24
571:8 577:15
**believed**
434:13,14
**believes**
172:1 356:8
**benefication**
409:14
**Benjamin**
3:7 342:2
**Benjamin.halper...**
3:9
**benzene**
425:11
**benzine**
158:14
**best**
18:18 19:20 21:19
23:9,11 64:21
65:9 70:13 86:6
154:20 326:24
327:1 366:21
412:3
**better**
76:13 83:14 175:21
337:22 447:23

504:7
**beyond**
391:5 422:17,17
**big**
238:23 301:19
**bill**
17:10 132:10
**bind**
271:14 420:8
**binder**
10:11,13,14,17,19
10:21 11:6,8
144:3 273:15
386:22 387:1,7
**binders**
50:23 51:6,7,9,11
52:2 142:5 385:18
**binned**
238:18
**bins**
55:1 239:10
**bio**
251:12,13
**bioavailability**
242:8
**bioavailable**
341:4,16,19,21
**biologic**
24:13 68:3,13
69:14 126:23
128:15 134:2
135:14 137:19
138:4,15 144:12
144:24 145:14
148:13 149:6,15
150:11 151:4,21
156:16,23 157:4
157:11,20 172:2
189:18 190:8
193:12 201:12
216:2,15,20
217:13 218:17
220:12 221:3,15
222:6,8,21 223:20
238:11 239:16
241:10,18 243:5
263:15 265:7

266:12,20,24
270:2,20 276:22
282:12 290:17
298:9 311:16
333:17 381:18,19
383:1 398:8
433:17 440:10,23
499:23 506:13
520:5 546:4
**biological**
73:5,15 127:11
128:2 129:3,13
130:7 131:5 137:7
151:18 152:1,23
189:12 190:10,19
198:18 199:5,22
200:7,10,16
201:14,20 202:3
205:5,8,20,23
216:4,7,11,23
220:1 223:23
224:5,12 233:11
234:11 240:2
256:9,10,19 257:1
262:19 263:12
265:11,18 270:6,7
271:3 275:3 278:3
278:8,13 281:20
282:13 284:6,24
292:17 296:12
299:21 302:3,5
311:24 320:16
341:24 349:2
350:6 353:14
356:9 360:19
361:15 368:4
372:7 373:24
376:22 377:13
382:6,16 400:12
400:13 401:21
431:17 432:5,22
433:23 440:18
441:9 469:1 471:5
475:7,20 504:4
506:17 513:10
553:4 568:4
569:15 571:1

**biologically**
128:16 306:4 313:8
349:16 350:1,19
382:6 416:19
432:11,15 470:10
504:10,15 505:16
512:23
**biologist**
553:11
**biology**
94:22 165:4 166:1
342:12
**bit**
72:16 124:19
150:21 187:18
265:24 383:24
441:21
**black**
51:8 197:11 273:14
**blood**
158:15,22 176:13
300:15 301:10,11
353:3
**bloodstream**
468:10
**Blount**
410:3 452:17
494:19,21 495:5
**Blount's**
452:6,20
**board**
15:16 67:12 149:21
435:23 519:4
531:22
**board-certified**
556:1,5
**boards**
15:12 133:12
149:20 154:1
169:24 229:24
**bodies**
444:12 509:9
**body**
54:5 94:22 153:24
154:24 155:7
165:3 198:20
205:6 215:24

Case 3:16-md-02738-MAS-RLS   Document 9899-3   Filed 05/30/19   Page 297 of 366 PageID: 75652
Judith Zelikoff, Ph.D.

Page 589

216:19 217:10
218:2,14 231:10
234:12 261:9
262:20 309:17
316:4,7 325:12,21
326:13 327:12,17
328:16 329:2
332:6 339:23
341:22 355:5,7
364:20 365:2,21
371:4 444:7
465:14 466:2
470:7 518:12
567:11 568:12,18
569:2,6 574:5,14
**body's**
324:23 366:6 402:9
402:21
**body-type**
499:17 541:8
**Boer**
502:22
**Boers**
197:10
**boiler**
173:22
**book**
78:15 111:10
112:19 138:20
163:14 534:8,14
534:15,21
**books**
534:21,22 535:2,7
**bottle**
410:23
**bottom**
202:9 203:1 359:18
420:2 431:16
433:9,16 436:6
469:21 495:15
496:12 508:5,14
**Boulevard**
1:14 3:3
**bound**
341:1,16
**boy**
141:19,20

**Bradford**
73:10
**brands**
276:23
**break**
32:7 74:9,16,20,21
75:5 125:4 195:23
196:3 277:15,19
338:21 383:18
386:19 442:3
485:20 520:16
523:10,15 536:23
**breaking**
298:6
**breast**
172:22 173:24
**breathe**
460:5
**brief**
251:12,13 384:7
529:1
**briefly**
47:3 169:9 443:2,5
**bring**
50:16 63:15 168:23
345:2 438:16
**bringing**
284:5
**Broadhollow**
2:19
**brought**
25:8,11 50:23
56:18
**buildings**
459:21
**built**
258:3 261:2
**bundle**
244:9
**burning**
173:2
**burst**
103:23
**business**
14:21

——————
**C**

**C**
3:3 6:19 63:1,4
65:11,13,20,24
66:15 287:10
363:13 418:22
419:5 421:24
457:5 487:18
524:4 527:18
**C-reactive**
309:18 360:6
**CA-125**
352:20 353:2,2,8
353:13,20 354:2
**cadmium**
304:1 307:17,17,24
308:23 309:3,24
310:13 311:17
312:7 323:11
465:2,5,7 466:2,4
466:15
**cainogenesis**
123:1
**calculations**
295:16,18
**call**
20:18,22 21:10,13
21:16 23:1,7,14
23:17,20,24 24:7
24:11 25:5 31:1
33:19 113:3
151:16 196:11,15
239:3 285:10
311:6,7 317:5
318:24 319:11
328:19 336:21
337:1 385:4
476:23 515:17
**called**
55:6 57:14 94:24
106:16 107:16
121:7 122:12
199:10 243:21
273:2,3,4 303:21
326:10 328:3
329:2 429:20
455:24 458:16
476:22 513:24

556:21
**calling**
339:2
**calls**
28:14,16
**Canada**
61:11 63:20 205:12
205:16 207:1
213:2,5,11 214:16
214:23 219:17
289:24 384:20,22
391:9,10,16,18,19
392:1,7,13 477:18
477:24 500:11,17
501:6 502:13,14
503:5,19 542:1,1
543:21
**Canada's**
384:10 547:6
**Canadian**
58:3 59:6 205:13
205:17 214:23
215:22 216:18
217:11 220:10
222:5 384:3,12,17
395:4
**cancer**
6:11 7:18 8:7,11,11
9:16 21:22 22:12
22:24 24:24 25:5
25:12 29:13 31:4
31:8,24 32:5,10
60:16 62:17 73:2
73:7,12 86:9,16
87:3 116:11,21
118:8,23 120:14
123:24 124:9
127:1,13 128:6,9
128:18 130:8,13
130:18 131:1,9
141:14 148:15
149:7 150:16
152:8,13,21 153:5
153:21 154:9
155:2,8,14 156:17
156:24 157:5,13
157:22 163:21

164:9,21 165:5,10
165:15 167:13,20
167:20,23 169:7
171:2,19,20 172:3
177:20,23 178:4
191:9 192:10
193:13,17 194:10
194:14,15,18,21
196:23 201:9
205:9 206:2,13,17
207:10 208:15
209:1,8 210:2
216:3,12,16,22
217:4,15,23 218:7
218:18 219:24
221:5,8 222:10,22
226:22 227:5,10
230:7 231:7,14
232:22 233:17
234:6,17 239:17
240:13 250:11
254:5,8,13 255:5
255:14,22 256:15
257:2,12 258:7,9
258:12,20 259:6
260:5,15,16,20
263:16 264:20
265:2,8 267:2
271:16 278:14
280:5 281:10,17
282:12,18,23
283:4,14,16,21
284:8,11,17
285:14,23 290:19
292:23 302:9,16
303:7 306:5,13
307:1 311:18
328:10,14 329:12
329:18 330:3,18
330:20 331:3,9,17
331:22,24 332:2
342:5,7,12,17
347:22 348:3,7,13
348:18 349:3,12
349:14,17,20
350:2 351:2,10,14
351:16,21 352:7

Judith Zelikoff, Ph.D.

352:10,18,24
353:4,9,16,20,21
354:4 355:13
356:7,8,10 358:24
359:2,13,18 360:3
360:15,15 361:1,5
362:1,4,10,13
363:11 366:3
369:13 376:10
381:15,20 382:2,7
383:3 385:14
392:23 397:11,16
398:9 400:4,20
401:7 415:8,16,20
431:19 432:5,12
432:17 433:24
440:19 441:14,15
444:14,19 469:4
470:8,21 472:6,16
473:4,17 474:2
475:5,17 476:5
478:20 479:21
486:9,14,21,24
500:1 504:1,11,16
505:19 508:11,19
509:11 511:11,16
513:13,17 514:2
514:11 518:5,21
520:6,10,14 532:7
532:13,20 533:3,8
544:3 545:10
546:10 552:22
553:10,11,17
554:23 556:15
558:3,12,21
559:12 560:7
561:24 570:21
571:3 572:16,20
575:6
**cancer-causing**
166:3
**cancer-related**
404:24
**cancer/precancer**
572:22
**cancers**
158:15,22 194:14

264:21 326:9
347:13 499:20
541:11
**Caner**
6:17
**capable**
292:7,9
**capacity**
20:11 192:7 314:7
421:7
**capillaries**
468:9
**captured**
134:18 135:4
**Car**
37:6
**carbon**
197:10
**carcinogen**
158:22 159:1,2
182:14,15 245:3
245:17,20,24
256:7 316:17
368:12 369:23
417:9 425:15
510:18,23 512:8
518:9,10,24 558:8
**carcinogenesis**
122:13,17 123:23
326:17 345:4
347:17,18 431:4,6
431:13 476:13
499:6
**carcinogenic**
11:18 156:3,7
180:21,22 190:3
280:14 281:24
283:10 285:6
322:12 344:16
345:4 577:11
**carcinogenicity**
42:11 44:4,13
90:10 281:5 282:4
342:23 343:3,5,12
423:10 425:10
488:7 530:1
**carcinoma**

193:2,8 354:10
**career**
86:11 215:13 392:8
534:1
**carefully**
427:18,20 580:4
**carried**
288:23
**carries**
235:14 425:24
**carry**
562:9
**carrying**
202:17 203:1 344:3
359:19 477:9
**cascade**
544:2 545:9 546:9
**case**
15:2 16:12,17 17:4
17:9,23 18:3,6,10
21:6,21 24:2
25:22 26:2 30:1
34:6,11,20 35:21
44:2 47:5 62:7
64:3,24 66:21
67:1 69:2 71:21
82:11 84:6 88:21
96:1 105:24
110:14 117:5
144:24 148:9,17
159:3,6 163:16
170:24 171:5
173:4,5,10,15
174:1 175:2,3,16
175:20 184:14
198:23 199:7
201:6 212:5 216:5
227:22 228:10,19
249:12 254:3
273:12,21 290:5,6
300:1,2 301:7
328:16,17 330:19
370:19 377:5
390:9 392:22
394:23 395:24
396:17 399:4
424:23 438:2,8

440:24 467:1
468:5 487:2
500:16 501:8
505:7,13 506:1,19
509:17,20 520:4
540:11 547:14
576:5
**case-control**
232:1,16 556:22
557:18 558:10,19
559:11,20,22
**case-controls**
206:7
**cases**
1:8 76:19 78:2
111:17 115:8
121:5 124:5
174:14,18 175:4
176:1 326:5
490:15
**catalase**
365:4
**categories**
238:21
**Category**
245:24 416:7
**Catherine**
132:7
**caught**
39:11 467:20
**causal**
154:2 201:4,22
207:11 397:9
500:17 503:5,21
571:20,24
**causality**
202:2
**causation**
24:12 73:6 131:6
131:12 155:11
201:13 202:8
205:4,23 206:1,11
206:12 256:20
259:20 382:1
400:17 486:24
**cause**
86:9,16 126:24

155:8 183:3 190:2
206:17,22 208:14
208:24 217:21
221:4 237:1,1
240:12,18,22,24
253:19 255:4,13
258:6,9,12 259:5
259:19 260:5
278:14 282:18
290:21,24 292:23
296:8 298:17
299:13 300:20
301:5 302:14
303:5 304:4,16,17
304:22 307:18
312:14 313:18
315:16 320:20
323:1,12,14,17
324:10 326:20
328:10,14 329:12
329:18 349:11
355:12 358:7,24
382:7 404:9,23
405:3,5,21 420:8
423:18 487:5
504:1 511:16
544:3 545:10
546:10 570:20,24
571:8,9
**cause-and-effect**
200:2,13
**caused**
291:21 308:23,24
309:23,24 312:19
312:20 314:5
347:14 480:18
481:6
**causes**
62:17 73:2 118:7
152:21 153:5,21
154:9 158:14
165:9 209:8 210:2
217:1 271:11
293:6 301:17
302:7 306:3
330:12 371:15
420:23 477:2

Judith Zelikoff, Ph.D.

486:8,14 510:24
511:1
**causing**
156:17 157:5,13,22
303:14 344:5,8,11
344:15 500:1
507:1 513:12
**cautious**
269:23
**cavity**
499:9,15 541:7
566:1
**cell**
94:21 95:3 137:9
191:19 192:3
193:2,7,8 234:19
235:21,21 237:7
257:9,10 297:11
300:6 308:11,17
310:23 321:15
325:11,14 328:2
364:1 366:10,15
367:3 368:2,6
372:14 373:18
375:19,23 376:6
376:10 379:6
382:8 420:6,7,18
420:19,20 421:2,7
421:12,14 425:9
464:14 474:10
484:23 517:13
539:3 551:2 560:6
560:16,19 561:1,4
561:10 575:5
577:6
**cell-mediated**
326:7
**cells**
11:11 103:21
183:20 194:15
197:8 236:1 291:2
293:24 294:3,10
294:17 296:18
297:6,7,12,17,21
298:2 300:5
301:21 308:10
311:1 324:19

325:18 356:18
357:12 364:5
368:13,21 370:11
370:24 371:15,20
372:9 376:15
485:6 516:17,22
549:22 550:20
560:8 561:8,17,24
575:6,7,19,21
**cellular**
470:1
**cement**
461:19
**center**
185:9 224:3 260:2
260:11 342:5,8,17
443:18 460:21
513:17 514:2
**certain**
50:21 99:1 115:8
137:5 241:16
255:15 257:15
258:6 260:24
271:14 289:12
308:4 362:6
369:10 406:2
415:4 461:10
467:7,12 468:11
489:24 495:12
503:21 551:1,1,4
**certainly**
22:20 88:6 98:7
99:24 102:16
111:18 171:13
198:10,12,15
199:4 204:24
239:11 312:9
314:13 315:13
367:10 407:20
417:5 425:1 429:1
458:9 460:2
475:12 512:22
571:7
**certainty**
41:1 52:12
**CERTIFICATE**
579:2

**certification**
579:18
**Certified**
1:16,16 579:13,14
**certify**
579:5 582:5
**certifying**
579:22
**cervix**
371:14
**cetera**
119:13,13 120:22
120:22 124:3,4
140:24 155:17
365:5 452:15
541:8
**chair**
513:24 514:1
**chance**
50:13 84:9 107:11
**chances**
87:2
**change**
215:14 234:15
257:9 278:2,8,12
291:1 294:2,3
312:4 366:24
396:21,23 485:12
513:10 567:13
568:19 569:5
574:6,16 581:4
**changed**
389:11 395:20
474:23 485:10
**changes**
72:5 215:21 236:12
236:19,20 237:1
271:15 285:5
297:4,7 305:18
310:4 345:3
371:11,15 375:21
377:8 381:9
474:19 475:11
517:14 567:16,23
580:11 582:10
**chapter**
534:16 535:13

**chapters**
78:15 111:11
112:19 138:20
163:14 534:9,14
535:5,6,9,11
**characteristics**
311:9 427:16
**characterized**
308:4,19
**charge**
281:19 372:6
**charging**
15:24
**charity**
15:4
**chatter**
25:14
**check**
144:4
**checking**
540:6
**chemical**
44:5 172:22 173:24
181:22 237:8
242:6 263:10
305:7 324:3
**chemicals**
5:23 42:1 43:21,24
44:3,7,7 90:3,7
184:11 185:1
231:9 272:23
313:14,16,21
322:23 423:7,14
425:2,4 487:17,22
488:3 491:4 528:3
528:10 529:22
**chemist**
186:10
**Chemistry**
109:11
**Chemistry's**
111:1
**Chemistry.com**
7:13
**chemists**
251:22
**chemotactic**

356:22
**Chicago**
4:9
**child**
94:19
**China**
277:7
**chloride**
536:13
**Chris**
28:17,19,21 482:13
**CHRISTOPHER**
2:9
**chromium**
8:19 77:21 120:10
120:19 121:2,2
176:11,16 272:19
280:22 283:3
286:1 287:17
288:11 289:8,19
289:20 290:10,17
291:16 293:10,10
293:11 298:1
314:16 315:22
321:3,9,11,13,14
321:19 322:18
417:23 418:3,6,10
419:5,7 421:6,17
516:24 517:19
518:16 537:22
556:16 558:12,13
558:22 559:6,10
560:7 561:3,16,23
**chromium-3**
321:17 419:10
420:3,5,12,17,22
420:22 421:1,12
421:21 537:2
**chromium-4**
421:18
**chromium-5**
421:19
**chromium-6**
120:18 321:18,20
321:22 418:1,7,12
419:10,15 420:20
421:18

Judith Zelikoff, Ph.D.

**chronic**
10:6 119:8 311:3
325:6 326:22
327:8,15 328:6
329:23,24 347:14
347:21 348:8,17
348:23 354:20
355:11 357:3,5,13
357:15 358:7
394:9 469:23
470:19 504:9
505:2 509:5,7
**chrysotile**
179:7 181:6 182:9
182:14,23 183:10
406:22 407:11
459:4
**cigarettes**
47:7 166:14 170:2
170:7
**circulation**
300:15 309:6
**circumstances**
365:20 467:11
551:1
**citation**
94:10 98:16 118:9
407:22 435:5
481:3
**citations**
41:21 47:19 66:10
541:20
**cite**
77:10,12 97:11
99:20 101:18
102:11 105:16
106:18 108:22
111:24 112:3,8,10
112:24 114:6
123:14 149:11
151:23 152:18
153:2 154:6,21
157:2,9 160:20
161:2 162:21
163:4 164:5 205:5
209:24 215:23
216:17 217:9

218:1,23 219:7,14
220:5,10 222:4
231:12 232:6
242:10,16 246:21
247:2,2,11 248:1
249:24 255:17
279:14 280:3
281:2,16 282:2
285:12 291:3,19
296:16 299:7
300:18 301:2
302:12,21 303:10
308:21 313:5
315:15 334:8,23
335:8 343:18
344:4 346:13
351:8,15 356:6
361:3,17,21
371:22 374:1
377:16 378:7
388:16 389:9
392:11 405:6
407:17 414:10,12
414:18,19,21
417:2 426:7,11
427:2,24 428:18
429:23 431:1,8,11
431:22 432:8,20
432:24 433:2,14
436:24 437:10
441:10 445:23
446:23 447:10
448:4 450:10,19
451:3 453:10,12
469:19 471:9,11
471:12,24 473:14
473:24 474:3
475:14,18 477:12
478:4 479:6
480:15 502:3,10
511:24 533:23
537:17 539:2
541:3,12,17 550:1
552:3,10,14 558:1
558:9,18 559:10
561:1,6,21 569:9
577:3

**cited**
50:23 54:4,5 61:19
98:2 105:18
112:17 124:11
154:3 159:14
204:15 213:19
214:10 215:23
216:18 220:10
232:13 281:12
295:14 374:17
382:7 391:9,18
405:12 406:4
432:7 447:12
448:5,15 449:18
452:5 457:1
469:13 500:24
502:2,7 539:11
562:16 563:10,16
566:6,11,12
**cites**
47:21 48:7
**citing**
113:3 410:11
431:12 472:19
**Citizen's**
9:14
**City**
3:4 173:8 259:23
260:13,24 290:2
**claim**
173:20 450:20
**claimed**
410:7 556:3,9
**clarify**
516:3
**class**
30:7 31:15 245:23
256:7 425:14
511:5 558:7
**classification**
155:19 156:14
548:10
**classifications**
155:16
**classified**
159:2 178:8 180:17
180:21 185:13

245:2,12,16 246:6
256:6 316:16
320:19 490:6
511:4 518:9
**clear**
39:15 193:2,7
207:24 232:9
265:11 275:1
480:22 500:21
522:9 564:20
565:14
**clearance**
402:9,21
**clearly**
225:9 345:19
479:13 546:15,24
**client**
173:1
**clinical**
294:22 476:4
557:14 560:2
575:1
**clinically**
360:13 361:4
**clinician**
514:10 515:1
**clip**
287:12
**clipped**
103:15
**close**
408:11 459:11
**closely**
486:23
**closer**
137:5
**co-author**
163:7
**co-authors**
164:1
**co-investigator**
380:3
**cobalt**
272:19 280:21
283:3 284:16,18
285:24 287:17
288:10 289:9,20

291:16,18 297:21
314:16 315:22
320:11 516:24
517:18 518:15
534:5,8,12,17,23
535:1,11,14,18
556:16 558:16,22
559:6,9 560:7
561:3,17,23
**cogent**
431:17 432:5,22
433:16,22
**cohort**
206:8 232:2,16
416:8
**coincidence**
90:16 91:3,7
**colder**
124:18
**colleague**
25:10,14
**colleague's**
448:23
**colleagues**
25:9,18 29:7,10,12
29:13 254:20,22
260:10 292:10
380:19 399:19
532:8,21 554:22
572:14,24
**collect**
186:13,13
**college**
86:11
**column**
508:5 509:4 564:2
**columns**
456:4
**combination**
558:22 559:14
560:12,23
**come**
20:8,14 27:24
62:19 72:12 91:14
95:10 126:1
136:16 150:2
166:8 176:19

200:7 215:15
222:17 227:17
249:4 325:18
327:18 328:18
329:1,6 335:5
374:14 380:14
408:2 414:7
419:15 441:22
443:15 445:21
495:21 502:20
**comes**
111:6 186:17
353:19 368:1
443:16 536:6
555:8
**comfortable**
20:10 22:8
**coming**
33:20 54:15 158:20
229:15 261:5,6
280:7 299:24
310:10 347:4
391:14
**comment**
160:21 192:2
208:20 215:1,11
414:13 424:21
436:7,21 437:3,13
**commentary**
155:2,5 437:1,10
**commented**
159:10 437:7
**comments**
215:15,20 424:15
437:14,17,20,22
**Commerce**
2:4
**commercial**
181:4 409:9
**commercially**
181:2,6,8
**commission**
582:21
**committee**
2:21 123:22 553:24
**common**
75:24 76:7,23 77:9

80:14 83:8 87:3
89:18,24 95:9
97:20 101:13
104:2,10 105:1,2
106:5 109:16
114:2 117:8 121:1
223:13 283:14
333:7,11 335:9,20
363:2,4 434:19
489:13,20
**commonalities**
193:19 194:11,13
194:20
**commonly**
104:3 283:13
**communicated**
21:3,4 34:4 444:12
444:17
**communities**
157:7,19 176:17
347:13
**community**
156:18,20,22 157:3
157:10 158:16
176:10,12,12
212:23 355:10,19
**company**
251:16,17,18 448:1
**comparable**
376:14
**compare**
85:16 182:9 183:9
183:13 277:3
**comparison**
6:22 7:6,7,9,12,14
7:16,20 8:10,12
8:15,17,20 9:6,9
9:11 236:2 276:21
295:12 376:20
427:22
**compelling**
57:5 201:19 374:16
501:11
**compilation**
5:15 76:2
**complaining**
353:19

**complementary**
374:16
**complementation**
53:4
**completed**
46:9 56:3 62:6
87:10 411:18
451:7
**completely**
168:21 229:11
421:3 565:21
**completion**
54:12,13 64:2
522:1 579:8
**component**
420:23 516:15
**components**
188:1,14 189:19,24
308:4,20,22
310:22 341:2,17
422:9 467:3
**composition**
181:23 242:6 305:8
305:23
**compound**
536:12,14,24
**compounds**
42:11 536:15,20
**comprehensive**
131:15 132:23
**computer**
389:21
**concentrate**
290:2
**concentration**
262:21 263:6,22,23
265:13 288:5,22
289:4 369:9,11,12
370:4 372:23
439:21 440:3
459:8 461:16,23
485:4,11
**concentrations**
124:3 286:18,23
287:6,24 290:7,23
293:8 458:22
459:4,9,22 460:22

469:23 480:18
481:6 551:4
**concepts**
489:21
**concern**
98:8 145:14 325:4
**concerned**
137:19 144:12
**concerning**
138:4 141:13
144:24 254:4
391:20 484:23
531:15
**concerns**
432:15
**conclude**
62:16 206:9,15
470:19 488:2
496:3 574:20,24
**concluded**
152:20 153:4,9,20
154:2,8 180:5
205:7 216:1,20
217:12 218:15
221:2 222:6,20
529:18,20 578:13
**concludes**
90:7 208:13 528:10
**conclusion**
20:9 41:3 54:16
150:19 155:14
156:9 158:4,6,10
207:14,16 208:12
208:22,22 209:5
310:10 316:11
374:14 397:4,6,8
397:22 398:4
416:5 434:3,10
435:3 437:24
496:7,17 497:22
510:15 511:7
567:8 568:22
572:15,19 573:19
574:9
**conclusions**
90:20 140:21
154:24 155:10

511:14 569:20
573:22 576:21
**conclusive**
253:22
**conclusively**
162:5,9 426:15
540:7 546:15
566:2,8
**concur**
90:10 422:23,24
423:5 488:12
530:3
**concurred**
423:23
**concurrently**
362:5
**concurring**
424:14
**conditions**
255:15 461:11
**conduct**
455:3
**conducted**
453:2
**confer**
73:5 92:12
**conferences**
555:20,23
**confidence**
472:20
**confident**
121:11 151:24
**confidentiality**
146:7,11,16,18
229:14
**confines**
178:11,12
**confirm**
65:21 66:14 70:10
494:17 501:14
509:19,21
**confirmed**
501:19
**conflicts**
229:6
**conform**
81:21

Judith Zelikoff, Ph.D.

confusing
94:5 111:3
confusion
84:23 85:6 527:7
Congress
3:13
connection
116:18 505:17
consider
102:16 104:10
184:8
considerations
487:3,3
considered
51:20,24 52:5,20
93:20 141:24
156:11 184:15
193:24 204:5
230:5,21 231:3
250:13,15 289:15
427:18,20 429:13
554:21 569:4
considering
470:9 472:6
consist
313:15
consistent
200:1,12 207:6
472:21 483:8
499:22 500:5
505:6,12 506:18
506:23 509:16,18
573:4
constituents
240:6 271:6 298:7
425:13 467:8
513:6 517:9
consulted
170:10
consulting
14:21
consumer
9:18 189:4
Cont'd
3:1 4:1 6:2 7:2 8:2
9:2 10:2 11:2
contact

18:17 19:3,8,11
20:5 33:9 121:8
contacted
18:9,22 19:1 25:1
32:15 141:6,12,16
148:15,22 149:8
152:16 163:15
165:1,7 184:13
254:2,14 332:19
333:2,4 531:6
532:9,11,24 533:8
533:11
contain
180:20 275:20
286:24 406:20
407:9 451:16
513:9 521:2
527:17
contained
53:16 54:6 65:24
66:15 70:11 147:7
269:3 389:5
515:20 517:4
521:1
Containers
37:5
containing
51:11 245:11,21
246:7 453:5
455:12 461:24
498:12
contains
542:18 559:3,6
contaminated
462:13
contamination
404:8,22 405:19
419:19 451:13
496:24 498:2,15
contend
410:6 432:10
content
166:17 248:6
contention
299:11
context
56:19 362:17

454:23
continue
32:2,8 33:2 328:8
339:2 521:2
continued
32:16
contract
455:2
Contrary
472:10,15
contribute
90:8 262:14 343:1
343:3 423:8 425:7
470:2 488:6
528:11 529:23
contributed
83:9 416:12
contribution
511:10
contributions
73:23 139:10
control
304:8 305:17
579:21
controls
375:17
controversy
437:4
conversation
33:12
conversations
20:24 274:15,18,22
convert
321:16
converts
420:21
convincing
198:21
coordination
53:4
copied
75:20 98:23 103:7
107:23 108:9
116:1 119:24
copies
52:2 142:2
copy

16:16,18 35:13,14
36:18 42:8 50:9
63:1 65:16 92:14
92:17 94:9 95:21
386:14 389:16
393:4,15,20
398:16 414:8
430:4,9 515:13
542:20 544:14,15
544:16,20 570:9
corporate
411:16
correct
15:5 21:8 22:22
25:22,24 26:4,20
26:21 27:1,20
29:16 33:10 36:6
37:8 39:8,19 43:7
45:23 52:1 56:3,7
58:5,6 62:7,8,9,11
66:8,21 67:1,6,16
68:6 70:19 72:11
72:20 73:2,12,21
77:5 82:4,18 83:1
89:10,11,18 90:1
96:11,20 98:4
100:19 105:24
108:9 113:12
117:18 127:2,15
131:19,21 133:4
134:2 135:16
139:2,17,22 140:9
141:23 148:9,18
149:9,10 153:22
154:22 155:3
156:3 159:8,9,11
159:15,18 163:18
163:19,21 164:6,7
164:10 165:10,15
166:19 167:15,16
167:21 168:4,8,9
168:11 170:20
171:1,3,6,15
177:2,7,10,13,20
177:21,24 178:4,7
184:2 185:4,21
186:5,9,12,22

187:3 203:8
206:18 209:1,9
210:7 219:18
225:2 233:18,24
238:2 244:3 245:4
245:13,18 246:1,8
248:22 250:2
259:24 260:24
262:8,21 264:22
270:23 271:21
273:17,18 276:4
279:1,5,11,17,22
280:5 281:6,18
282:5 283:4,22
289:7,11,15 292:8
292:13,15,23
294:17 296:18
297:22 298:2,3
303:15 304:5,18
305:5 306:6,13
307:5 308:2 309:1
309:24 312:20
315:10 321:18
328:10,14 329:12
329:22 330:3
331:11 332:2,23
334:11 335:2
336:3 340:4,12,12
340:13 343:7,14
344:6,9,12,17
345:17 347:9,15
347:23 348:4,9,14
348:19 350:3,11
352:11,18 354:4
355:13 357:1
358:2 359:14,23
359:24 360:4,15
363:14,18 364:2,3
364:7,11,17,23
365:15 370:12
378:5 379:22
387:20 390:4,5
398:9,10,18,19
399:4 403:24
406:9,10 411:19
414:23 415:22
416:9,20 417:4,14

Judith Zelikoff, Ph.D.

Page 595

420:9,10,18 421:2
422:5,6 425:23
429:6 430:1,2,19
431:24 432:12,17
433:3 434:14,15
435:16 444:10
445:11 446:24
448:13 449:10
450:22 451:14,19
452:3,7,18,21
453:6,10,14
454:21 455:13,22
456:1,2,6,9,22,23
457:2,13,15 458:3
458:12,17 459:15
459:24 460:5
461:9,20 462:2,18
464:12 465:14
469:16 473:4
474:2,15 475:5
478:2,3,24 484:21
487:10 488:18
516:19 521:12
525:21 527:19
530:9 531:8,16
532:8,13,22 533:3
533:5,10,14
538:12,17 539:10
540:3,11 541:1,2
541:13 547:7,11
547:15 548:2,17
548:19,21 553:12
556:22 557:19
559:20 560:8
562:4,14 566:19
567:17 569:8
582:7
**corrected**
197:22 527:15
**corrections**
580:5,7 582:10
**correctly**
407:1
**correlate**
428:19
**correlated**
351:9 360:14 361:4

373:17
**correlating**
352:9 372:13
**correlation**
352:3 428:16
**correspond**
66:7 95:23
**corresponding**
176:20
**correspondingly**
103:3
**cosmetic**
31:13 159:18,22
160:4,9,10,11,15
250:9,10 333:12
451:13,16 452:14
453:3,4 455:10,12
455:19 495:12
496:9,21 497:24
498:12 512:9
539:20,21 540:19
**Cosmetics**
8:14
**Costa**
537:21
**COUGHLIN**
3:16
**counsel**
16:1 17:4,10 34:5
34:10 58:10 59:1
126:9 132:11
139:17,19 140:16
142:1,10 143:1,21
144:10,22 148:16
149:8 159:17
163:16 165:2
167:9 170:20
171:1 212:8
222:17 254:3,15
273:17 275:14
276:3 332:19
385:11,22 390:4
393:14 412:15
447:5 508:1,2,21
532:11 533:1,9,12
540:2 572:1 574:2
576:22

**counsel's**
454:6 563:3 566:13
**counsels**
274:10
**country**
444:13
**course**
30:7,9,17 31:3,3,17
33:15,18 34:1
74:20 101:24
165:24 166:1
191:1 198:5
268:19 339:7
344:2 355:1
403:16 502:6
511:3
**courses**
165:19,21 166:2,6
186:1
**court**
1:1 13:15 71:16
337:24 580:20
**courteous**
235:9
**cover**
58:19 211:4,24
411:4
**Cramer**
11:16 502:23
562:16 563:2,8,16
**creates**
331:1
**creation**
109:17
**credentials**
251:14
**credible**
563:19
**criteria**
158:20 187:13
201:3,16 309:8
**crocidolite**
179:23 181:7
**cross**
420:7,18,19 421:2
421:4,6,7
**crosses**

420:20
**Crowley**
5:22 35:9 39:8,19
40:11,22 42:12
47:15,20 90:6
248:5,11 272:22
280:16 422:5,13
488:2 525:1
526:12 527:3
528:9
**Crowley's**
44:1 48:5 248:11
423:22 487:20
488:23 525:10,15
527:12,14,16
528:7,18 529:13
530:4
**CRP**
359:7
**crystal**
182:3 466:11
**crystalline**
180:2
**CSEM**
8:16
**Ctisi@levinlaw.c...**
2:11
**cubic**
459:8,24 460:16
**culmination**
150:14
**culture**
183:19 297:11
368:7 464:15
560:16,19 561:1,4
561:11,22 575:5
577:6
**cultures**
138:8
**cumulative**
440:6
**current**
14:10 22:17 168:18
187:24 188:13
348:16 388:2
392:22 443:22
**currently**

22:21 31:12 278:13
443:6 476:9
496:22,22 498:1
498:13 540:20
**curriculum**
7:22 380:8
**cursory**
191:16 192:2
193:20
**customarily**
445:17,24
**cut**
137:4 195:16 318:3
492:18
**cutoff**
242:4
**CV**
63:23,24 161:6,10
161:17 162:2,3,6
162:21 163:13,24
168:8,18,23 169:5
169:9,11,16,21
175:7,17 223:23
303:23 342:16
380:2,13 536:7
537:4,6,17 553:24
**Cyto**
235:21
**cytokines**
296:14 298:18,21
301:11 308:17
356:21 359:8
475:23 476:1
**cytotoxic**
234:20,22 425:9
549:21 550:19
551:3
**cytotoxicity**
235:1,14,18,20
553:1

---
**D**

**D**
5:2
**D.C**
4:4
**damage**

Judith Zelikoff, Ph.D.

Page 596

103:22 120:21
354:13,20 470:1
549:22 550:20
**data**
6:12 51:20,23 52:4
52:19 53:3,18
109:20,21 111:8
116:16 140:23
141:24 156:9,10
186:20 207:10
216:8 246:22
247:3,11 294:24
366:5 376:12
418:20 450:9
473:16 498:7
515:21 537:19
549:20 550:17,24
551:8,24 559:24
576:2,4
**date**
1:15 18:15 40:22
407:16 453:20
500:21 523:4
525:9 580:9
582:16
**dated**
37:7 40:19,20
48:12 64:15 69:19
70:1 83:17 85:23
86:2 93:11 388:2
406:7 407:14
521:18 522:12
579:15
**David**
437:23
**day**
384:5 474:19
489:24 497:10
582:20
**days**
392:8 395:1 580:16
**De**
197:10 502:21
**deal**
198:11
**dealing**
167:18

**debates**
255:2
**December**
17:7 36:15 48:19
55:15,17,19 247:8
503:17 522:5
577:19
**decide**
140:8 338:16
483:24
**decided**
21:5 137:4
**decision**
72:12 184:11
**declaration**
490:18
**decreased**
351:5 352:5 360:22
367:16,22
**deemed**
580:19
**deep**
468:1,20
**defendant**
3:10,19 4:6,10
174:8,9
**defendant's**
339:11
**defendants**
14:5
**defense**
364:20
**define**
175:21 236:7
256:20 270:11
292:16 373:4
569:15
**defined**
82:13 151:9
**defines**
66:24 108:13
**definite**
194:19
**definitely**
74:19 98:10 506:22
**definition**
77:19,20 79:4,11

79:16,22 80:2,6
82:5 89:2 99:20
112:10,12 143:19
159:23 160:6,8,9
160:16 200:6
234:24 235:5,17
235:18
**definitions**
81:8
**degree**
177:16 186:24
274:20 363:21
364:14 421:3,5
487:1
**degrees**
470:14
**dehydrogenase**
183:18 309:15
**delete**
314:12
**delivered**
387:16
**demolition**
459:13
**demonstrate**
291:23 473:11
**dendritic**
311:1
**department**
22:15 120:9 252:12
535:20
**depend**
105:14 239:8
274:21 399:18
**dependent**
480:21 481:9
483:21 484:17
**depending**
16:5 179:9 182:4
242:24 266:2
289:22 370:18
402:3 467:23
**depends**
15:19 156:19
178:21 181:3,22
181:23,24 182:1
212:21 255:8

257:19 260:1
262:24 263:3
269:21 307:11,12
321:8 322:6
323:22 324:15
369:22 370:1
373:12 439:21,23
450:1,3
**deponent**
13:11 582:2
**deponents**
63:12
**deposed**
173:7,18 174:15,22
424:12 525:1,17
526:18 527:1
**deposees**
276:20
**deposing**
580:16
**deposited**
518:4
**deposition**
1:13 6:6 12:2 13:7
16:7,8 17:17,18
18:2 27:23 28:7
32:8 36:7 44:20
50:10,11,17 63:16
64:7,9,11,19
70:23 125:18
168:24 172:17
235:5 290:4
298:14 318:15,17
339:8,15 389:24
390:2,7,12,23
410:3,12,14,19,21
411:15,19,23
412:6,7 435:15
452:16 479:24
480:4 482:9,12
483:1 512:1,3,20
524:19 525:4,7,11
525:16 526:22
527:4,8,13 532:5
548:21 549:3,6,14
578:10,13 579:6,8
579:9 580:3,13,17

580:19
**deposition/exhibits**
64:18
**depositions**
10:15 64:13,14
202:11 203:4
204:1 390:13,18
391:5 525:16,20
526:9,9
**deposits**
408:13,21 461:19
**deps@golkow.com**
1:21
**depth**
22:20 417:19
**dermal**
333:13
**dermally**
160:13
**dermatitis**
121:8
**describe**
132:17 136:20
147:3 363:17
369:18 409:13
**described**
37:2
**describes**
27:8 252:3 253:2
381:22
**describing**
274:4
**description**
5:14 6:5 7:5 8:5 9:5
10:5 11:5 27:5,7
136:20
**design**
214:6 252:22
375:11,15 399:13
518:3
**designated**
18:5 175:1 178:14
245:23 548:7,13
**designating**
416:6,7
**designation**
246:16 548:6

designations
246:18
designing
518:19
despite
316:9
detail
56:19 103:17 170:4
170:5 409:18
452:24 552:17
details
21:18
detect
252:19,21
detected
248:8 455:9 456:13
456:21 459:5
determine
136:13 202:2
295:20 428:16
434:12 472:4
determined
309:9
determines
262:7
determining
223:19 224:11
385:3
develop
121:6 348:19 518:5
developed
163:17 260:20
518:21
developing
148:8 259:15 360:3
development
116:20,23 329:21
365:15 470:21
472:5 486:21
504:11,16 505:18
511:10
developmental
30:11
diagnose
352:18,24 353:8,21
360:2
diagnosed

177:18 362:9
diagnoses
514:10
diagnosing
178:4
diapering
286:21
didactic
31:6
diesel
185:10 303:22
304:12,15 324:9
dietary
124:11 461:4
difference
16:4 42:19 58:23
178:15,24 192:4
238:23 309:22
388:8
differences
180:8,10,19 182:6
191:22 241:3
312:18 324:6
388:1 520:16
different
55:2 65:4 72:17
76:2 79:24 87:6
90:3 103:6 107:22
110:17 115:24
120:15 135:7,8,10
150:21 155:13
175:24 176:3
180:15,15 182:20
185:1 192:3,22
194:3 200:19
236:15 237:14
243:24 261:21,22
263:9,9,10 305:10
308:22 324:2,3
328:2,2 330:23
357:4 372:21,22
381:17 408:3
425:2 427:1
466:11 470:13
513:5 514:4 526:7
528:3
differently

30:24 86:18 285:21
difficult
182:23 183:12
334:15 358:20
408:14 507:16
difficulty
191:3
dimensions
182:20 268:17
dioxide
304:7 305:15
307:13
direct
236:18 300:3
370:22 431:3
446:2 472:2
496:10 498:23
499:5 508:3
579:21
directed
508:1,3 574:2
direction
12:5 22:7 179:21
244:5
directions
182:21
directly
227:16 236:22
376:20
director
512:12 514:1
548:23 553:17
disagree
82:8 571:4
disaster
260:11 460:20
disciplines
157:8
disclosure
229:2
discuss
21:2 22:16 131:13
266:18 281:23
347:7 417:12
418:10 425:21
503:23 504:8,13
505:15,22 534:16

discussed
24:6 30:6,13 34:17
254:19 280:4
453:1 492:11
507:4 527:5 534:5
534:12
discusses
313:6 520:21
discussing
29:12 30:12 254:21
379:24 444:15
532:19 533:7
535:13,24 536:4
discussion
23:16 25:17 31:4,5
31:19,22 32:3,13
32:17 33:8 124:20
153:10 166:6,14
280:8 319:17
399:23 463:17
464:1 502:12
506:16 508:13
529:6 532:8
562:19
discussions
23:4,23 25:8 32:12
58:9 497:12
disease
31:9 149:17 150:9
150:12 151:2,5
172:23 177:19
191:10 200:12
223:21 224:13
253:19 254:1
331:16,18 348:1
348:10 349:11,23
513:2
disease'
512:24
diseases
170:10 330:23
349:21
dismiss
137:4
dismissed
467:21
dismutase

365:4
disposed
468:6
dispute
484:4
dissolved
576:1
distance
300:13
distant
300:16 312:12
314:9,10,14
distinct
108:15
DISTRICT
1:1,2
DMSO
576:1
DNA
236:18 365:14
420:8
docs
168:1
doctor
32:22 72:17 84:16
85:14 90:1 93:8
94:2 97:5 101:23
106:24 107:14
108:20 122:9
126:14 129:15
142:9 149:3 152:6
161:5,23 171:24
177:2,3 196:8
204:16 206:14
211:15 216:13
217:5 218:12
219:2 221:17,22
222:14 223:18
224:24 226:4
236:5,9 237:21
250:24 258:23
260:22 261:23
267:14 274:13
277:24 282:2
284:9 287:10,16
288:9 294:14
316:19 329:9

Judith Zelikoff, Ph.D.

334:21 335:13,17
336:6 356:3,6
373:16 384:9
387:14 405:17
464:9 492:18
496:10 498:18
500:8,15 507:9
523:8 532:2,4
537:9 544:24
557:12 561:20
569:23 571:18
577:12 578:7

**doctors**
172:6 355:21,23
356:12

**document**
1:8 16:20 35:15
36:2,21 40:4 43:3
43:12,17 50:3,4
52:19 53:7 55:8
57:7,12,22 59:24
60:2,3,7 61:15,17
61:23 62:1,20
70:24 76:6 78:16
83:21 88:10 92:21
98:22 99:2,4,12
102:17 106:9
115:13 117:24
119:18 121:14
144:18 175:10
188:11,24 205:18
205:19 206:2,24
207:1,17 210:16
210:19,22 211:4
211:11,13,24
212:20 213:7
215:7,7,9 243:1
271:8 273:14
275:19 384:15,24
385:8 393:6
397:21 398:20
405:13 419:4
430:5 450:12
453:22 454:9,13
454:15 455:8
457:7 469:7
471:16 481:14

540:6 541:19,22
548:11 549:9
558:7 562:21
567:3

**documented**
507:5

**documents**
6:20 10:13 12:8
24:17 51:16,17
54:20 63:13,16,17
63:22 65:12,21
66:7,13,19 72:14
84:24 85:15 93:12
93:13 125:7
141:21 142:3,10
142:12,14,18,23
143:1,3,5,7,11,18
143:20,24 144:1,3
144:4,11,23
145:14,19,22,23
146:1,17 158:3
191:2 202:12,15
202:15,16 203:4
203:11,20 204:5,9
206:15 215:13,23
216:18 242:19
243:13 247:5,6
269:9 270:15
272:12,16 273:11
273:13,20 274:3,4
275:2,7,10,14,18
276:4,8,15,18
277:1 280:17
286:19 287:3
292:6,19,19
388:21,23 395:5
395:12 418:18
428:4 445:22
450:20 480:6
510:22 536:18,19
559:3

**doing**
22:8 80:12 121:2
133:2,5,21 134:17
135:7 176:11
238:16 292:7
384:22 463:14

492:3 580:8

**dose**
183:6 262:7,12,14
263:5,7,11,14
265:6,12 295:21
314:15 343:6,9
368:12,18,19
369:2,17 373:6
480:21 481:9,12
483:21 484:17
511:1

**dose-response**
264:5 342:21,24
343:9,13,16
375:18

**dose-responses**
343:1

**doses**
265:21 295:13
370:4 376:13
377:1,11

**double-chain**
110:18

**doubt**
258:2

**Dow**
172:22 173:24
174:6,7,9,12

**Dr**
5:16 6:6 7:23 13:11
14:2,9 16:24 18:1
35:2,19 36:15
40:22 44:1 47:15
47:20 48:5,11
49:13,14 50:8,22
51:7 54:1 58:4,16
58:17 59:24 61:2
63:21,23 64:7,9
65:2 73:24 74:1
75:10 84:4,19
85:11 87:5,9,12
87:16 88:1 90:6
90:13,15,24 95:16
116:3 117:2
125:14 126:8
197:10,12,15,16
197:17,21 251:8,9

258:20 285:17
319:23 339:6,18
339:21 342:2,4
374:2,4,13,22
375:2 376:13
377:18,23 378:2,5
379:7 381:3,21
382:8 383:23
411:9,13,23 412:6
415:12 422:13
423:22 428:7
430:1 437:5,5,22
437:23 442:10
444:11 452:6,20
460:23 484:12
486:4 487:20
488:2,23 493:4,11
493:14,19 494:12
494:19,21 495:5
497:3 513:16,19
513:22 514:15,24
520:22 521:16,23
523:23 525:1,10
525:15,22 526:12
526:14,17 527:3
527:12,14,16
528:7,9,18 529:13
530:4,9,17 537:21
538:11,12 539:6
539:16 544:6
549:15 552:15,22
553:5,16 554:3
555:4,16 573:19
575:18 576:19

**draft**
49:23 50:3 57:14
57:16 59:6,21,22
60:22 214:17,21
388:7 391:24
500:11,17 541:24
542:17 544:11
547:14 572:3

**drafted**
393:12

**drafts**
50:1

**drain**

299:5

**drastically**
215:14

**drinking**
461:9,13,17

**drive**
4:8 6:7 51:1 53:12
53:17,19,22,22

**Dropbox**
37:20,21

**dropped**
208:17

**Drug**
453:2

**drums**
120:22

**dry**
340:1

**dubious**
112:21

**due**
299:9,12 509:8

**DUFFY**
3:16

**duly**
13:20 579:5

**duplicates**
135:9

**duration**
39:13 262:13 343:2
373:13 440:4
564:21 565:4,17
572:24

**dust**
185:8,9 224:4

**dusted**
278:24 279:10

**dusts**
185:15 254:9
457:11

**duties**
445:10,16

**Dydek**
525:22

**Dydek's**
35:2 49:13

**dysplasia**

Judith Zelikoff, Ph.D.

Page 599

116:23

**E**

**E**
5:2,11 6:2 7:2 8:2
9:2 10:2 11:2
359:12 581:1
**E-M-M-E-L**
19:21
**E-press**
576:12
**e.g**
459:12
**ear**
120:22
**earlier**
139:3 159:14
167:12 175:6
370:17 384:9,24
398:11,18 435:14
532:5 575:9
**early**
18:11 31:10 55:19
146:19 193:21
250:12 257:22
299:2 346:21
347:1 392:7
489:24 536:7
**earn**
15:1
**earning**
15:9
**EASTERN**
1:2
**Edelstam**
502:21
**editor**
229:22,23 531:20
531:21 534:21
**editorial**
229:24 531:21
**effect**
11:19 119:12
207:11 262:18
264:4,14 279:15
305:13 313:9
416:20 417:4

438:24 470:8
485:12 517:4,22
519:21 557:5
567:10 568:17
574:4,13,22 577:5
577:23
**effects**
7:17 120:12,13
134:2 140:24
141:1 176:23
264:15 278:23
279:9 283:12
294:9,16 301:18
368:13 369:12,18
370:10 372:8
378:16 379:12
406:18 407:8
438:10,18 440:6
490:22 491:17
510:24 511:2
514:7,7,9,20
515:23 567:9
572:23 573:2
**effort**
26:14
**egg**
95:3
**Egli**
502:21
**either**
55:19 65:6 82:7
88:1 123:20
140:22 181:6
182:17 233:8
279:22 286:16
320:1,12 321:3,22
322:18,24 323:11
339:24 369:15
408:13 425:22
448:21 455:10
541:13,18
**elected**
444:1,5,9
**electronic**
47:6 166:14 170:1
170:7
**electroplating**

123:18
**elevate**
365:5
**elevated**
231:7 360:21 362:7
362:21 478:21
559:7
**Elevation**
477:6
**elevations**
479:7
**elicit**
373:7 499:17 541:8
**ELLIS**
4:7
**else's**
527:4
**embrace**
355:21
**emerged**
448:22
**emergence**
388:10
**emerging**
56:17 255:1
**Emmel**
2:3 18:23 19:14
20:21 21:14 23:1
23:5,12,16,23
24:6,10 25:1
28:10 31:2 32:15
33:9,13,19 57:23
57:24 58:7 61:13
141:6,13,17
152:16 184:14
196:12 531:7
**Emmel's**
20:4
**Emory**
127:18
**employ**
445:9
**employed**
443:9,13
**employer**
14:10
**employing**

445:8
**employs**
542:2
**endogenously**
365:20
**endometrial**
499:15 541:7
**endometrioid**
191:19
**endometriosis**
349:22 472:7
**endpoints**
235:23
**engagement**
176:12
**Engineering**
149:23
**engines**
261:5
**engulf**
237:18 327:19
328:20 329:1
**engulfable**
328:22,23
**engulfing**
329:18
**ensure**
134:18
**enter**
566:1
**entertained**
401:23
**entire**
99:12 104:16 123:6
266:21 270:9,12
270:13 271:9,10
272:4,9 278:10
422:3
**entirety**
38:11 40:13,16
43:22 59:7,13
61:14,16 71:20
118:5 140:13
209:17,21,23
298:6 410:13
411:22,24 549:2,8
550:9

**entities**
3:10
**entitled**
421:24 457:10
**entity**
152:19 153:3 154:7
170:9
**entry**
18:17 27:11
**environment**
124:10 259:18
289:22 290:12
**environmental**
7:13 9:7 15:21
22:16 109:11
110:24 114:10
205:16 230:1
443:17 491:3
492:10
**Environmental.c...**
114:7
**EnvironmentalC...**
106:17 107:17,24
108:8,22 109:4,18
110:1 111:15,19
113:19 114:12,13
**environmentally**
176:17
**environments**
119:10 289:13
**enzymes**
237:2 381:7
**EPA**
77:23 108:13,18
180:9 205:13,17
213:5 214:23
220:4 261:16
262:2
**epidemiologic**
415:7 558:2
**epidemiological**
116:17 122:20
124:8 205:21
232:16 557:21
559:23 564:15
**epidemiologist**
73:14 131:12

256:21 294:21
399:16 415:10
438:6 564:14
**epidemiology**
399:19
**epidermal**
334:6
**epigenetic**
123:3,9
**epigenome**
236:19 294:2
**epithelial**
297:12 354:9,10
375:23 376:3,6,15
499:20 520:9,13
541:11
**epithelial-associa...**
354:6
**epithelioid**
191:20
**Epstein**
414:13 430:1
539:16
**Epstein's**
197:17,21 497:3
**equilibrium**
326:18
**errata**
580:6,9,12,15
582:12
**error**
92:19 407:23
420:11,15,16
**escalator**
467:22 468:7
**especially**
295:7 406:20 407:9
**ESQ**
2:3,3,9,14,18 3:3,7
3:12,17 4:3,8
**essentially**
150:24 435:6
**establish**
238:10 239:15
241:17 257:1
**established**
228:13 264:5

282:17 293:7
543:3,13,15 547:4
**Establishing**
240:1
**et**
119:12,13 120:22
120:22 124:3,3
140:24 155:17
365:4 406:3,16
407:19,21 452:15
472:3 506:8 541:7
572:10
**ethanol**
331:14
**ethyl**
425:11
**etiologies**
165:4 194:1,4,23
**etiology**
193:16 194:9,12
354:4,5 543:1,11
543:14
**eugenol**
47:4 166:12
**European**
451:24
**evaluate**
281:5 427:8,15
**evaluated**
156:13 231:3 286:7
464:22 465:1
553:21
**evaluating**
231:5 342:22 343:5
343:11 375:13
**evaluation**
406:24 407:13
**evaluations**
358:14
**events**
22:17 477:7 478:6
544:2 545:9 546:9
**everyday**
363:18 474:15,23
**evidence**
57:6 116:18 124:9
156:12 198:13

200:23 201:19
211:12 216:24
226:19 249:4,7
277:24 338:13
345:18 351:3
352:1 354:3
397:13 400:16
403:16 416:11
430:17 435:7
492:21 493:22
494:3 501:11
565:15
**evolve**
123:8
**ex**
137:8 138:8 145:7
295:2
**exact**
55:20 90:16 91:1,1
122:16,24 149:12
236:3 485:2 525:9
**exactly**
128:12 149:19
159:24 183:4
530:8
**EXAMINATION**
13:23 442:7 464:6
486:1 523:20
571:15 576:16
**examine**
134:6 468:24
**examined**
13:21
**example**
15:15 77:21 88:9
99:7 158:14
233:15 234:3
238:24 239:6
277:4 301:7
307:13 316:15
349:4 364:4 444:3
459:20
**examples**
80:16 81:4,10
125:13 331:5
346:17
**exceed**

514:24
**Excerpt**
9:21
**excessive**
158:18
**exclude**
156:8
**excuse**
101:22 103:12
106:23,24,24
124:16 169:8
176:15 188:18,19
195:10 197:20
208:17 210:4,20
218:24 225:14
233:2 250:6 336:4
379:18 404:5
453:17 476:21
478:18 492:17
506:7 509:15
510:20 511:9
557:12
**Excused**
578:12
**exemplify**
283:10
**exercise**
364:7
**exhaust**
185:10 303:22
324:9
**exhibit**
6:19 16:18,21 17:1
26:24 27:2,18
35:11,12,16,19
36:1,5,20,22
37:22 39:17 40:5
40:9 42:3 43:13
43:16,19,20 45:3
45:9 46:16 48:13
50:5,9 51:18,22
53:8,11,14,24
55:4,9 57:1,8,11
60:8,11,17,21
62:21 63:1,1,3,24
64:13 65:8,11,13
65:18,19,20,24

66:15,17 75:14,16
75:17 78:17,20
79:13 83:16,22
84:16 88:11,15
89:7 92:22 93:2,4
93:6,8,15 101:21
102:13,18,22
103:14 106:10,14
107:16 115:14,18
115:21,21 117:21
118:1,9 119:19,23
121:15,19,19
125:21 126:5,15
141:18 142:16
168:11,15,17
175:8,9,11 188:10
199:16 205:11
207:20 208:1,7,8
210:6 213:10
250:4 287:5,10
386:8,16 387:3
392:1 393:3,7,11
393:20 398:16,21
403:21 405:11,14
406:15 418:22
419:5 430:3,6
444:22 454:8,10
457:6,8 469:8,12
471:17,21 480:1
481:15,18 482:16
493:23 494:4
495:13 496:4,7
497:4,16 498:18
498:19 500:12
507:19 515:9,12
522:18,20,22
526:2 539:15
542:18 549:10,14
549:16 562:17,22
563:1 567:2,4
572:6 573:15,16
575:12,13
**exhibits**
36:8 64:14 125:8
125:12,19,22
412:5,11 413:1,8
413:21 418:20

Judith Zelikoff, Ph.D.

480:1,7
exist
180:1 182:17,19
267:11 268:5
389:19
exists
278:12 431:2
432:22 498:22
499:4
expanded
245:15
expansive
198:1
expect
497:10
expenses
15:4
experience
169:6,12,17 253:9
295:22 372:15
422:12 445:6
492:5 531:23
experiment
427:7,15
experimental
122:20 148:4
375:12,14 518:10
575:1
experiments
148:1
expert
5:17 15:1 16:12,13
18:6,9 20:4,16
21:5,12 23:8,18
24:2,18 25:21
36:6,10,12,13
39:18 46:10,11,14
47:1,11 54:12
62:6 63:24 66:20
66:23 70:1 75:11
83:19,19 84:10
90:6 105:24
137:18 138:3,14
138:24 139:5
140:8 148:17
168:11,18 170:23
171:5 174:2,18

175:2 178:6,9,14
184:1,5,9,15,18
185:3,13,17 186:7
186:11,19 187:2,7
187:12,14,17
196:16 197:5
198:3 199:14
204:2,16 225:8,10
226:15,17,21,23
227:4,9 228:22
249:7 252:7,10,11
252:15 315:19
374:21 375:2
394:7 424:1,16
447:3,13 448:6,16
488:22 490:1,6,14
490:19,21 491:2
491:16 526:11,24
528:8 532:16
540:2 550:2
expertise
177:22 178:1,3
251:5 530:21
531:5,7 532:12
554:9
experts
11:13 34:19 49:24
111:22 171:22
390:13 447:9
525:17 526:10
experts'
34:23 139:2
expires
582:21
explain
29:9 87:8 127:22
151:14,17 167:1
234:21 350:12
explaining
120:16
explains
513:11
explanation
127:12 128:17
130:7 350:15
exposed
173:1 233:7 263:6

314:18 376:15
461:8,12 478:14
499:19 516:22
541:10 556:15
558:4,12,21
559:13
exposure
11:18 120:19
123:15 124:2
149:16 151:2,5
176:11 207:9
223:21 231:8
253:18 262:7,13
281:17 282:10
283:2,20 284:12
285:13,23 286:6,8
286:16 292:21
293:14 311:17
313:7 332:5 333:8
333:12 335:10,20
336:9 343:2
356:15 366:9
368:14,19,20
369:3,8,10 370:1
370:21,23 394:22
396:9,12 397:2,10
397:15 402:8,20
415:8,19,20,21
416:9,18 425:21
425:22 457:21
458:1,3,16 459:12
461:4 462:16
469:23 474:23
476:20 477:1
480:18 481:6
557:18,24 559:2,9
exposures
124:11 280:4 296:2
372:13,14 373:18
373:20 492:11
556:19
expression
11:10 104:14
236:13,20 237:2
291:2 294:3
296:10 297:8
305:17 310:4

371:11,16 375:21
475:2,4 480:19
481:7 517:14
expressions
474:13
extensive
215:21 295:1,1
552:24
extensively
293:24 303:13
333:3
extent
31:21 32:3 39:14
47:9 154:17
353:15 355:24
extract
408:20
extraction
408:13
extramural
443:21
extremely
76:22 201:20
269:23 293:6
334:15 461:24
475:21 510:23
560:3
eye
120:20

F

F
4:4 477:8
face
286:21
face-to-face
28:12,13
facilities
562:8
fact
95:8 109:9 111:7
118:22 119:17
128:8 130:12
131:8 136:13
156:8 158:21
212:4 256:11
304:11 314:11,12

370:23 382:19
420:17 425:6
453:1 475:1,3
483:3 488:15
498:8 501:2 555:8
factor
30:14,16 32:10
81:24 110:9 217:3
298:19 343:17
356:22,23 475:8
factors
30:12 31:10 104:13
104:15,21 165:14
182:5 202:1 285:3
305:21 310:5,23
310:24 330:11
360:6 361:12
362:21 375:13
475:22 480:19
481:8
factory
459:13
facts
111:21
faculty
29:15,20,23
fail
580:18
fair
318:17 503:1 509:1
509:2 515:23
573:6
fall
143:18 429:2
fallopian
8:6 371:14 499:16
familiar
21:24 22:11,13
28:17 170:3 254:8
261:18 360:10
384:11 532:17,18
535:19 553:18
far
114:22 133:16
212:9 272:15
282:13 300:13
fashion

136:5
fatty
301:21
favor
574:22 577:5,23
FDA
398:5 414:1,13
429:24 431:2,9,17
432:14,19 433:3
433:20 434:13,24
436:4 453:7 454:4
455:10 495:11
496:3,19 497:2
498:6 499:22
512:10,10
FDA's
414:14,22 431:16
432:20 433:24
434:8 437:1,10,14
437:17 496:7,16
497:22 539:16,19
540:10
feasibility
152:1 377:4
February
18:19 387:16 388:5
388:12,16,19
389:1,12,17
437:11
Fecchi
132:7
federal
482:8
feel
75:24 85:18 103:13
121:11 335:11
537:9
fees
14:24 15:8
felt
20:9 22:8 97:19
134:8
female
31:7 153:15 170:11
518:5
female's
518:20

Ferguson
3:12 5:6 441:20
442:9,14 446:13
448:2 450:5 452:1
454:1,12 457:12
458:6 460:24
462:7 463:4
ferreted
434:5
fetus
176:24
fiber
182:2 244:10 248:5
253:19 255:8,13
255:19 256:8,14
256:24 257:7
265:10 296:8
327:19 328:18,20
328:21 459:5
461:18 465:18,19
512:21
fibers
179:17 244:6
245:11,19,22
246:8,19 247:9
248:9 254:10
255:4 270:18
273:2,5 275:21
296:6 451:17
459:8,23 460:4,16
462:1 466:8 491:5
491:9
Fibres
9:20
fibriles
182:19
fibrils
179:18 244:9
fibrosis
329:22 330:3,10,22
331:1,10,14,15,20
331:23 332:1
343:22 344:12
fibrous
108:15 110:16
189:14 237:22
243:17,21 244:1,4

244:6,12,16 245:2
245:16 246:12
269:10 273:2
457:11 491:11
511:14 519:7,13
548:15,15,18
field
148:5 160:11
225:10 409:22
Fifth
64:17
figure
463:13 484:22
485:3,6,7
filed
173:6
filing
229:13
fill
229:5 399:19
filters
186:18
final
215:4,6 387:15
388:3 397:4,6,8
398:4 500:19
522:3 547:19
finalized
250:20 415:2
financial
229:2 446:3
find
133:24 134:10,11
145:7 230:6,22
231:11,13 232:12
232:21 233:10,12
236:3 283:23
284:2,10,18 285:2
285:13,22 286:4
301:9 346:6
357:16,18 386:10
387:3 394:18,20
397:20 399:8
433:10 435:18,20
437:2,7 455:14
465:5,6 469:17
485:2 495:5

539:13,15 563:18
567:22,22,24
Findeis
2:18 28:23,23,24
29:1 207:22
finding
104:18 109:20
201:12 248:2
346:8,14 423:23
431:8 434:19
464:19 471:9
473:2,15 508:6
568:7
findings
345:15 357:23
361:5 474:1 568:1
finds
496:19
fine
429:13
fines
429:19
fingertips
287:8
finish
101:23 122:1 141:8
195:15 211:19
225:24 226:11
267:24 317:3
318:2 319:3
339:14 441:22
463:20 538:6
finished
86:23 107:2,4
124:14 225:19,23
267:13,14,19
455:11 463:3
finishing
318:9
first
13:20 18:8,14,16
20:5,17,22 21:16
23:1,14,17,20,24
24:7,10 25:5
33:24 39:16 40:23
118:18 128:13,23
129:5,16,21 130:2

134:7 152:6,12
213:9 230:4,15,17
301:12 325:9,20
326:11 357:3
361:8 404:14
408:8 443:1 445:3
446:17 458:7
459:19 461:6
462:15 470:16
499:2 500:15,22
508:15 520:20
524:2,24 549:16
564:1,5 572:11
fish
391:17,20 536:10
Fisher
575:22,22
fit
509:12
five
107:22 179:11,12
416:8 468:2
flash
53:12,17,19,22,22
flavorants
47:8 170:1,5
flavors
170:6
flipping
85:16
Florida
2:10
fluorescence
292:11
FLW
1:6
focus
167:18,23 168:1,4
168:6 295:8
514:17
focused
137:6 360:20
375:10 383:10
487:4 520:9
focusing
23:13 48:21
folder

Judith Zelikoff, Ph.D.

143:4
folders
63:18
follicles
568:3,9
follow
22:3,4 227:18
516:12 542:16
follow-up
486:5 523:24
followed
133:10 148:23
150:18 490:15
following
62:14 346:15
379:12 427:3
477:4 542:19
543:23
follows
13:21
food
289:7,9 453:2
footnote
521:14,14,17
foregoing
579:18 582:6
foreign
234:12 325:9,10,23
327:12,17 328:16
499:17 509:8
541:8 567:11
568:12,17 569:2,5
574:5,14
forever
357:21
form
25:15 26:6 31:18
31:18 32:21 46:2
46:18 47:12,24
49:18 52:7 53:1
56:9 67:3 68:8,19
70:4,21 71:11,23
78:9 82:19 83:3
85:13 87:14 89:20
90:18 91:5,21
92:7 94:1,15
96:13,22 97:13

98:6,20 99:23
100:13,24 101:9
103:12 105:12
106:2 108:2,11
109:1,14 110:4
112:15 113:23
114:15 115:5
116:7 120:4 122:6
134:4,21 135:18
137:22 138:18
139:8,24 140:11
143:14 144:15
145:3,16 146:7
147:1,10,15
148:20 152:10
153:7 154:11
155:22 157:24
159:20 163:1
166:22 168:13
170:13 172:4
173:16 175:18
178:18 179:4
180:2,13 181:13
181:20 184:3
185:6 187:5 188:4
188:19 189:7,22
190:24 191:13
192:12 193:4
195:2 198:6
200:15 206:20
209:3,11 212:12
214:3 218:20
219:1,10 220:15
224:19 225:4
227:7 228:1
231:17 232:24
233:3,21 234:8
238:12 239:19,24
240:16 242:14
244:9,10,15,22
245:2,6,16,22
246:10,19 248:24
249:16 255:20,24
257:5 258:14
259:8 260:7
262:10,23 263:18
266:13 267:4,8

268:10 269:7
270:5 271:1,23
274:8 281:8 282:6
283:6 284:14
285:16 286:11
287:21 289:17
291:7 293:1,21
294:19 296:1,20
299:16 300:23
304:20 305:6
306:7,16 307:8
310:16 311:20
312:22 313:11
314:21 321:7,9,11
322:2,6 323:4,16
324:13 329:8,13
330:5 334:13
336:1 340:6,22
341:14 342:14
346:4 348:13,21
351:11 352:12
353:11 355:15
360:17 362:15,24
363:20 365:1,16
367:9 368:23
369:20 370:14
372:18 376:18
377:21 378:11,23
379:15 382:10
387:22 388:15
390:16 392:4,17
395:10 396:19
399:11 400:9
402:23 403:10
405:24 408:23
409:16 412:17
413:10 415:24
416:22 417:16
418:15 423:4
424:3,19 426:9
428:22 434:17
438:13 439:19
440:12 446:6
447:17 449:24
451:22 453:18
458:5 460:7 462:4
465:16 466:13

473:6 474:17
476:7 477:16
478:9 479:2,10
486:11 487:8
488:11,20 489:3
489:17 490:9
491:1,13,20 493:9
494:4,9,11 498:4
500:3 501:17
503:8 504:3,18
505:9 506:4,21
510:12 511:18
514:13 516:1
517:7 519:9
524:15 526:13
527:21 529:16
531:10,18 533:16
534:19 538:19
540:4 541:16
545:15 547:9
550:4,15 552:13
553:14 557:8
560:10 562:13
564:12 565:2,12
566:21 567:11,19
568:17 569:22
573:8 574:5,14
576:6 582:10
formal
490:18
formation
566:18
formed
22:23 138:9 139:9
148:15 149:7
153:17
former
512:12
forming
276:14 329:17
forms
110:17 178:16
179:1 180:1,11
181:11,18 182:17
269:11 322:13
325:2,3 329:6
404:8,22 405:19

466:11
formulated
26:18
formulations
189:4,10
forth
85:17 463:10
forward
56:18 339:14
foster
119:10
found
54:23 58:5 120:23
136:9 151:15
170:7 197:19
198:21 202:14
203:7 224:7
246:23 247:12
269:12 283:19
284:15 287:6
291:9 299:3 352:6
361:23 362:3
385:23 387:13
394:14 399:12
419:18 428:4
433:20 449:9,15
497:19 498:7
564:21
four
115:24 206:8
396:13 498:9
528:4
fourth
538:10
fracture
466:13
fragmented
406:21 407:10
fragments
466:13
fragrance
42:1 91:2 161:24
163:11 268:8
270:23 271:21
272:23 313:15,17
322:23 487:17,17
487:23

**fragrances**
42:2,7 43:7,23
45:20 46:15,24
47:10 89:3,13
91:11,18 92:3
166:6,11,13
169:18 184:2,6,9
184:16,19 270:19
274:7 313:2,7,13
313:22 322:24
421:24 422:4
423:8 425:13
487:18 488:4
524:4 527:19
529:12,20
**Frank**
10:16
**free**
85:18 103:13
335:11 496:23
498:1,14 537:9
540:21
**frequency**
262:12 343:2
373:13 439:24
440:5 472:18
**frequently**
505:5
**friends**
34:13
**front**
28:4 58:14 65:16
75:12 89:8 150:2
161:18 571:21
573:14
**full**
14:6 117:22 230:4
230:15,17 302:24
445:3 446:17
452:13 480:24
520:20
**function**
309:10 326:14
327:3
**funding**
443:14,22 446:9
**further**

23:15 207:10
401:19 413:4,14
430:17 523:8
576:10,14 578:7

---
**G**
---

**G**
477:9
**G-H-I-O**
197:7
**G-I**
197:6
**Gamble**
10:19
**gaps**
399:20
**Garfield**
176:10
**gases**
185:16
**gasoline**
261:11
**gather**
46:4,8 84:12 194:6
**gathered**
117:7 136:4 247:22
**gathering**
241:14
**gene**
11:10 86:8,15
236:13,21 237:2
291:1 294:3
296:10 297:8
305:17 310:4
371:11,16 375:21
474:13,22 475:1,3
475:12,21 478:11
517:14
**general**
113:3 124:10
158:11,13,15,23
158:24 159:3
344:23 393:24
402:15 409:18
458:16 461:8,11
462:17 468:17,18
471:23 489:8,11,13

497:12 508:17
534:7 543:2,12
**generally**
156:17 344:22
347:12 355:11,18
453:5 489:12
**generate**
301:16
**generated**
17:3 260:12 366:9
**generating**
300:6
**generation**
365:12
**genes**
104:14 236:10,11
236:23 271:14
296:11 474:19
485:9 551:10
**Genesis**
431:5,6
**genetic**
86:13 87:1 94:12
95:17,21 97:8
98:15 100:10
123:2,9 421:20
**geneticist**
185:20,22
**genetics**
7:8 93:11,17 99:19
185:24 186:1
**genital**
152:21 153:5,21
154:9 155:19
401:6 431:12
508:9 548:7 566:1
**genomic**
119:10
**genotoxic**
236:17
**genotoxicity**
237:11
**geologist**
409:1,10 418:17
419:13
**germ**
95:1,3

**getting**
57:22 124:18
331:21 399:16
431:7 468:20
516:6 532:15
**Ghassam**
55:7
**Ghio**
197:6 301:8
**give**
25:21 32:22 35:13
35:14 80:15 102:3
107:11 108:7
113:6,20 114:9
115:2 165:23
166:2 183:22
188:21 206:22
224:5 263:21
313:3 349:4 354:3
372:23 409:8,12
417:6 452:8
494:24 495:1
502:17,18 504:22
516:9 537:19
570:7
**given**
31:14 87:8 154:13
165:17,18 166:18
171:10 183:5
195:18 313:17
434:22 450:9
456:17 466:14
575:24 579:6
582:8
**gives**
117:3 422:20
**giving**
116:2
**glanced**
49:21
**gland**
153:16
**glasses**
278:21
**Glenn**
11:13 512:1,5,12
512:16 548:21

549:15,18,23
**Glenn's**
552:4,15
**glimpse**
409:12
**glutathione**
381:11
**go**
14:24 15:3,5,6
34:13 51:4 56:21
57:1 61:24 80:15
101:17 102:10
108:16 110:7
124:22 138:22
147:19 160:24
162:6 177:4
179:19 184:22
196:9 218:5
224:11 233:22
234:8 239:5,7
240:16 275:2
282:23 289:23
290:2 299:19
301:23 303:23
305:21 306:17
314:4,9 317:13,18
317:19,22 318:5
318:10,14,23
322:8 331:3
336:19 338:1,5,8
338:16 339:13
371:4 388:11,15
404:6 419:1
429:20 442:21
443:2 446:7,11
450:6,14,24 451:1
452:23 454:7
459:18 463:10,15
463:22 468:4,12
482:13 496:1
500:23 502:24
510:20 519:22
521:5 524:5
528:23 529:2
537:11 555:19,22
570:14 577:16
**goes**

147:18 242:20
271:12 521:5
568:3
**going**
16:18 36:19 38:22
40:2,8 42:12
54:15 60:11 61:6
62:24 74:10,12,16
83:12,15 88:14
93:1 104:15
106:13 115:17
117:21 118:11
119:22 123:13
125:11,17 133:8
133:16 139:21
176:7 182:5
195:20 209:16
211:11 214:19
215:1 216:8,9
221:1 231:21
233:11 237:16
239:2 277:11
285:8,10 299:24
303:23 308:9
309:19 317:17,21
318:8 319:11
334:20 336:18,19
336:20 337:2,16
337:23 338:19
339:1,13 366:16
367:3 383:23
384:3 391:8
398:15 418:17
441:19 442:19,20
453:19 462:22
467:20,24 469:11
475:19,23 482:5
482:21 483:6,6,22
484:4 487:14
500:10 523:13
527:23 528:21
537:3 542:22
549:13 572:5
**Golkow**
1:20 13:4
**GOLOMB**
2:13,14 127:3

**good**
14:2,3 74:13,16
85:20 254:22
436:2 442:13
563:22
**Goodman**
437:5,22
**Google**
44:9 54:19
**GORDON**
3:12
**Gosen**
452:12
**government**
212:24,24
**grade**
191:18,18 192:5,5
409:7 451:16
453:3 455:10
539:20
**graduate**
30:7,12 43:10
131:24 132:1
443:13
**graduated**
132:9
**Grand**
3:3
**grant**
67:11 133:12,12
443:18
**grants**
15:23 133:13
**granuloma**
329:11,16 345:21
**granulomas**
291:9 328:9,11,13
328:15 329:8,11
343:21 344:8
345:15
**granulomatous**
329:3
**graphics**
428:6
**Gray**
1:15 579:12
**great**

198:10 319:13
421:7 507:8
**greater**
38:23 56:19 184:23
239:1 241:5
467:19 571:9
**groundbreaking**
202:6
**group**
152:19 153:3 154:7
205:2,6 215:24
216:19 217:10,12
218:2,15 219:15
220:5,11 222:5,5
225:7 245:3,12,17
398:6 417:9
**groups**
108:16 217:12
218:23 219:7
220:10
**grows**
244:2,12,18
**growth**
104:15 356:23
470:3 475:22
**guess**
140:19 463:13
**guidelines**
227:20
**gynecologic**
556:6
**Gynecology**
563:22

---

**H**

**H**
5:11 6:2 7:2 8:2 9:2
10:2 11:2
**habit**
244:3,13 511:15
**habits**
110:16
**half**
45:17 390:2
**hallmark**
577:10
**HALPERIN**

3:7
**Hamilton**
288:18 347:2 506:8
506:9
**hand**
495:17 500:10
544:15 572:1
**handed**
60:12 522:19 545:1
547:18
**handful**
265:23
**handfuls**
372:22
**handle**
364:21 366:8
**hanging**
261:14
**happen**
368:8 393:17
461:10
**happened**
92:18
**happening**
337:1
**happens**
329:4 466:17
**hard**
357:16
**HARDY**
3:2
**harm**
385:5
**harmful**
262:18
**Harper**
538:11
**hazard**
404:9,23 405:20
**hazardous**
405:20
**he'll**
317:6
**head**
105:22 188:8,23
286:20 342:4,7,16
372:4 467:2

**headed**
403:22
**heading**
52:4 89:2,13 461:7
**health**
7:17 14:13 15:21
61:10,11,11 63:19
63:20 120:11,13
120:13 205:12,16
207:1 213:2,5,10
214:16,23 219:17
230:1 260:14
283:12 301:18
384:4,10,13,17,19
384:22,22 391:8
391:10,15,18,19
391:24 392:6,13
392:24 395:4
406:18 407:7
443:18 477:18,24
500:11,17 501:4,6
502:12,14 503:4
503:19 512:14
514:2 519:21
543:21,22 547:6
**healthcare**
392:24,24
**hear**
66:10 102:6 254:17
**heard**
24:23 169:23
254:12 530:23
555:17
**heavy**
268:7 270:22
271:20 274:6
278:6,6,17 280:3
281:4 284:4 292:3
415:21 416:9,14
491:17 517:4
**Hegarty**
3:3 5:5 14:1,4
16:23 21:7 26:9
26:16 29:5 33:3
35:18 36:24 39:1
40:7 41:16 43:15
46:7,21 47:17

Judith Zelikoff, Ph.D.

| | | | | |
|---|---|---|---|---|
| 48:3 49:19 50:7 | 193:10 195:8,22 | 323:9 324:7,21 | 487:7 488:10,19 | **helped** |
| 51:3 52:17 53:10 | 196:7 201:10 | 329:19 331:7 | 489:2,16 490:8,24 | 501:12 |
| 54:2 55:11 56:23 | 207:12,21 208:2 | 334:19 335:16 | 491:12,19 493:8 | **helpful** |
| 57:10 60:10,21 | 209:6,15 210:7,12 | 336:2,17,20 337:9 | 494:10 498:3 | 85:18 387:4 |
| 61:1,5 62:23 67:5 | 213:6 214:12 | 337:13,16 338:1 | 500:2 501:16 | **Henderson** |
| 68:1,11,23 70:8 | 217:24 218:22 | 338:15,24 339:20 | 503:7 504:2,17 | 288:18 347:2 |
| 71:4,18 72:3 74:6 | 219:6,13 220:17 | 340:11 341:6,18 | 505:8 506:3,20 | 502:19 |
| 74:14,22 75:9 | 220:21,24 221:10 | 342:20 346:11 | 510:11 511:17 | **Henry** |
| 78:13,19 82:22 | 221:19,21 222:2 | 349:5 351:18 | 514:12 515:24 | 4:16 13:2 |
| 83:11,24 85:2,8 | 223:17 224:23 | 352:16 353:17 | 517:6 519:8 | **hepatitis** |
| 85:24 87:15 88:13 | 225:5,15 226:1,3 | 356:5 361:2,16 | 523:10,22 524:20 | 330:19 |
| 89:23 90:21 91:8 | 227:12 228:16 | 362:19 363:8,23 | 526:16 527:11,24 | **hexavalent** |
| 91:24 92:13,24 | 230:11 232:5 | 365:10 366:4 | 528:16 529:2,10 | 120:10,18 293:9 |
| 93:5,7,22 94:8 | 233:14,23 234:18 | 367:20 369:4 | 530:2 531:13 | 321:14,19 421:5 |
| 95:15 96:17 97:3 | 235:10,16 239:13 | 370:7 371:2 | 532:1 533:22 | 421:17 |
| 98:1,12 99:16 | 239:20 240:9,19 | 373:15 376:2 | 535:3,22 537:11 | **Hey** |
| 100:6,17 101:4,15 | 242:9 243:3,14 | 377:15,24 378:14 | 537:14 539:1 | 277:10 |
| 102:5,20 103:1 | 244:23 245:9 | 378:20 379:5,21 | 540:8,14 541:23 | **high** |
| 104:4 105:15 | 246:13 249:5,23 | 381:16 382:21 | 543:6,7 544:7,13 | 191:18 192:5 |
| 106:12 107:1,5,13 | 251:3,10 252:6 | 383:13,22 384:8 | 544:21,22 545:18 | 259:16 262:20 |
| 108:5,19 109:6,23 | 255:21 256:22 | 386:15,23 387:10 | 547:12,23 548:12 | 287:24 402:7,19 |
| 111:23 112:22 | 257:13 258:22 | 387:12,24 391:3 | 549:12 550:6 | 461:24 469:22 |
| 114:3,19 115:16 | 259:21 260:21 | 392:10,20 393:9 | 551:5 552:18 | 495:24 |
| 117:13 118:3 | 262:16 263:13 | 395:22 396:24 | 553:20 556:11 | **high-grade** |
| 119:21 121:17 | 264:18 266:16 | 398:23 399:21 | 557:16 559:18 | 192:9,19 |
| 122:3 124:13,24 | 267:9 268:3,21 | 401:1 403:4,19 | 560:4,13 562:15 | **high-powered** |
| 125:10,22 126:13 | 269:17 270:10 | 405:16 406:6 | 562:24 563:10,15 | 22:15 |
| 127:5,7 134:15,24 | 271:17 272:5 | 409:4,23 412:22 | 563:17 564:18 | **higher** |
| 136:7 138:1,23 | 275:5 277:13,16 | 413:18 416:4 | 565:6,18 567:1,6 | 258:19 284:19 |
| 139:14 140:6,14 | 277:23 280:23 | 417:1,22 419:14 | 568:5 570:2,12,16 | 331:21 349:20 |
| 142:14,19 143:16 | 281:13 282:9 | 423:20 424:7 | 571:10 573:7 | 356:21 361:24,24 |
| 144:20 145:10,20 | 283:18 285:7,20 | 425:19 426:10 | 576:18 577:18 | 362:11 373:6 |
| 146:10,14 147:4 | 286:15 287:13,15 | 429:4 430:8 435:4 | 578:4 | 377:1,11 459:10 |
| 147:11,17 148:6 | 288:7 290:14 | 436:13,16 439:2,9 | **held** | 460:22 462:2 |
| 149:1 152:17 | 291:13 293:12 | 439:13 440:7,20 | 1:14 13:8 14:17 | **highlighted** |
| 153:18 154:16 | 294:13 295:11 | 441:19 452:7,24 | 124:21 280:9 | 93:14 95:22 |
| 156:1 158:7 160:2 | 296:15 297:15 | 462:23 463:1,15 | 319:18 464:2 | **Hill** |
| 161:8,20,22 163:9 | 300:17 302:1 | 464:8 465:24 | 486:12 529:7 | 73:10 201:22 202:1 |
| 167:10 168:16 | 303:11 305:1 | 469:10 471:19 | 562:20 | **Hill's** |
| 170:16 172:8 | 306:1,11 307:2,23 | 473:13 474:24 | **Heller** | 158:20 201:3,16 |
| 173:23 175:13,22 | 311:14 312:16 | 476:15 477:23 | 336:12 502:23 | 202:5 |
| 178:19 180:6,18 | 313:1,20 315:2,9 | 478:16 479:5,18 | 507:5 | **hired** |
| 181:16 182:7 | 316:23 317:4,12 | 479:23 480:9 | **Hello** | 159:5,16 228:11 |
| 184:7 185:2,19 | 317:18,22 318:5 | 481:17 482:4,10 | 442:10,11 462:24 | 447:4,14 |
| 187:9 188:12 | 318:10,14,20,23 | 482:19,23 483:9 | 463:1 | **hiring** |
| 189:1,16 190:5 | 319:4,10,22 | 483:19 484:9,18 | **help** | 228:7 |
| 191:7,21 192:16 | 321:10 322:15 | 485:15 486:10 | 186:20 386:10 | **histologist** |

193:9
histopathology
568:11
historic
446:19,22
historical
37:4,5 493:15
history
472:6
hold
486:7
holds
518:22
home
7:8 34:14 93:11,17
94:13 95:17,22
97:8 98:16 99:20
100:10
homes
459:21
honest
71:2,14
honesty
81:23
HONIK
2:13
hookah
170:2
hope
558:23
Hopkins
411:9,13,23 493:23
Hopkins'
65:2 412:6
host
326:24
Hotel
1:14
hour
16:3 74:12 132:15
132:16 195:20
277:11 389:8
hours
17:16 26:22 28:5
38:7 337:20
481:22,24 482:3,9
house

257:21
household
15:3
houses
261:1
housing
181:5
human
11:11 207:4 208:14
209:1 279:21,24
283:12 286:8
294:16 295:2,22
296:17 297:6,11
297:17,21 298:1
309:18 351:22,24
377:12 417:13
457:20 517:21
519:1,23 542:15
570:20 571:3
572:12,17
humans
156:4,6,7 295:8
339:24 372:11
378:19,21 379:11
490:23 491:18
518:3,11 520:15
556:20 557:1,5,19
humoral
326:6
hundreds
26:14
hung
532:15
Hussain
118:7
hydrogen
300:12
hydrophilic
465:19
Hydroxyl
119:13
hygiene
160:12
hygienist
186:22
hygienists
186:24

hypothesis
472:11,15
hypothesized
505:5 506:24

I

i.e
116:21 427:17
564:7
IARC
8:21 9:21 10:17,18
10:20 11:8,9
44:11 77:23 78:2
153:11,19 155:15
156:12 159:2
180:21 220:3,23
223:5 245:3,12,15
245:20,24 246:6
256:7 320:19
416:2 417:20
435:5,11 457:1,4
458:12,14 460:3
462:14 511:3,4
548:5,6 558:6
IARC's
155:18 246:15
511:7,14
ICP
292:12
ICT
465:4
idea
74:13 85:20 110:6
110:8 268:11
314:4
identical
85:11 87:11 88:4
89:13,15 100:11
100:16 109:9,10
524:10
identically
110:13
identification
16:21 35:16 36:22
40:5 43:13 50:5
53:8 55:9 57:8
60:8 62:21 78:17

83:22 88:11 92:22
102:18 106:10
115:14 118:1
119:19 121:15
125:8 175:11
393:7 398:21
405:14 430:6
454:10 457:8
469:8 471:17
480:7 481:15
549:10 562:22
567:4
identified
94:12 103:6 121:21
171:23 174:17
175:1 194:16
309:21 312:17
346:21 544:4
545:11 546:11,15
547:1
identifies
117:23
identify
134:7 141:4,10
171:24 205:1
264:21 292:21
346:9 347:19
385:20 534:3
II-A
155:17
II-B
155:17,24 156:2,11
156:13
III
207:3
Illinois
4:9
illnesses
404:10,24 405:4,6
405:22
imagine
517:10
Imerys
3:19 270:16 273:12
273:23 274:5
411:16 442:15
Imerys'

37:5
immersed
475:9
immune
308:8 325:12,20,24
326:4,7,12,17,21
329:16 347:7
351:6 356:18
359:3,11
immunity
328:20
immuno
326:18
immunological
300:7 569:3
immunology
391:17 392:7 536:9
immunosenescen...
326:21
immunosurveilla...
326:10
immunotoxicity
536:9
impact
110:9 236:18 326:1
357:11
impacting
176:16 300:5
impaction
467:24
imperative
580:14
implant
174:1
implants
172:22
implicate
216:10
implying
223:9
importance
137:13
important
201:21 242:1
281:22 342:22
343:6,12,15
426:23 475:21

508:6
**impossible**
408:15,20
**improper**
338:8 365:11
**improperly**
459:13
**in-depth**
42:22
**in-press**
58:21
**inaccurate**
409:22
**incidence**
258:19
**incident**
472:21
**incidental**
404:2,7,21 405:18
**include**
27:15 51:16 80:16
  97:8 118:6 120:19
  136:20 249:6
  303:19 329:21
  350:17 410:7
  468:14 491:9,10
  506:8
**included**
30:14 31:2 39:6
  72:13 96:9 126:12
  165:22 168:10
  175:16 203:10,18
  203:23 232:11,20
  350:18,20 477:20
  487:23 488:16
  502:11 509:15
  527:18 532:3
  573:5 576:2
**includes**
27:6 139:1 179:12
  179:22 435:5
**including**
17:18 30:15 31:10
  54:18 73:22,24
  74:1 93:19 104:14
  149:21 177:19
  185:8 194:14

202:22 220:2
231:6,10 270:17
272:17 277:2
305:22,23,23
307:16 308:10
310:24 314:14
333:13 365:3
381:3 408:2 410:8
415:11 447:6
491:4,5,5,6
493:17 501:20
519:18 566:13
568:2
**inclusive**
272:18
**income**
15:10,11,17
**inconsistent**
473:2
**incorporated**
80:17,22 96:10
**incorrect**
83:5 338:7
**increase**
283:3 348:3,6,13
  364:7,9,16,21
  400:4,19 564:20
  565:16
**increased**
6:10 103:24 104:1
  127:12 128:6,9,17
  130:8,12,17,24
  131:8 173:21
  230:6,22 231:11
  231:14 232:21
  233:16 234:5
  284:22 331:9
  352:7 361:24
  362:12 397:15
  401:7 472:17
  480:18 481:7
  508:10,18 509:10
  512:24 558:3,11
  558:20 559:1,12
  568:2,8 577:7
**increasing**
472:18

**independent**
116:15 118:12
  131:15 132:23
**INDEX**
12:2
**indicate**
207:6 270:16 287:4
  304:23 310:3
  348:24 368:5
  403:6
**indicated**
47:18 72:19 358:14
  358:19 569:17
**indicates**
241:4 272:16
  286:22 368:7
  460:19 536:22
**indicating**
372:9 554:2
**indication**
360:21 363:6
**indications**
418:9
**indicative**
207:11 311:10,12
**indicator**
309:8 361:14
  367:17
**indisputable**
499:10
**individual**
61:24 109:19 111:1
  111:4 189:24
  238:19 255:9,11
  269:13 271:5,6
  279:3 280:12
  296:22 298:7
**individually**
130:16,23 293:17
  314:17
**indoor**
459:20
**induce**
218:9 257:7 307:24
  313:8,24 314:18
  315:6 320:2,13
  321:4,23 322:19

324:18 377:6
  416:19
**induces**
242:5
**inducing**
310:14
**induction**
153:14 192:6
  194:20 234:16
  349:3
**industrial**
186:21,23 415:21
  416:9 419:16
  451:13 459:11
**industry**
259:14 409:11
**infection**
119:9 325:22,23
  349:19 567:12
  568:18 574:6,15
**infections**
568:13
**infectious**
325:11
**inferred**
236:13 529:21
**infiltration**
357:19 358:3
**inflamagogue**
219:23
**inflamed**
355:7
**inflammagogue**
369:23
**inflammation**
7:19 10:7,9 103:20
  116:12,19,22
  118:23 190:2
  216:6,11 217:1,2
  217:21,22 218:7
  221:8 222:13
  223:11,16 240:12
  240:18,22,24
  241:5 242:2,5
  256:12 257:8
  259:19 271:11,12
  278:15 282:20,22

291:21 294:1
296:10 298:17
299:8,9,12,13
300:19,20 301:5,9
301:19,20 302:7
302:15 303:5,14
304:4,16,18,22
306:4,10,14,20
307:14,18,22
308:1,3,5,6,7,7,8
308:18,19,23,24
309:9,17,23,24
310:11,14,20,21
311:2,4,6,7 312:3
312:4,14,18,20,23
312:24 313:19,24
314:3,5,9,13,19
315:1,7,16 320:2
320:13,17,21,21
321:5,24 322:4,19
323:2,13,18,20
324:10,19,22
325:3,6,7,8
326:23 327:7,11
327:14,22 328:1,8
329:21 330:1
343:20 344:5
345:19,24 346:14
347:14,21 348:18
348:23 349:13,24
350:3,23 351:1
354:13,19,20
355:1,4,12 356:10
356:13,17,24
357:5,6,8,14,15
358:7,23 359:1,13
359:18 360:24
361:14 369:15
371:1,13,17 377:7
382:14 383:7,11
401:24 402:4
438:19 440:17,17
441:1,7,13 470:9
470:20 471:7
473:3,12 475:10
475:13 476:11,12
486:8,14 487:5

Judith Zelikoff, Ph.D.

Page 609

490:2 503:24
504:9,9 507:2
509:6,8 519:20
531:6 538:5
567:14 568:1
569:18
**inflammatory**
90:8 119:8 218:10
233:10 234:13
240:8 266:9
280:13 281:23
283:11 284:5
290:22,24 291:4
293:5 300:8,9
301:22 309:2,5
311:13 327:13
346:23,24 348:9
348:11 349:11,21
349:22 357:10
358:1 359:8,9,23
360:1 361:13
362:6,12,21 363:3
377:7 423:9,18
425:7 477:3,20
478:19 480:20
481:8 488:6
499:18 505:3
528:11 529:23
541:9 553:2
**inform**
56:6 62:10 394:22
395:8,13 396:22
501:7 547:20
548:2
**information**
31:15 46:5,9 65:22
66:15 108:9
109:16 138:21
154:13 165:17,19
198:12 199:4
200:21 201:1
203:13 211:5
212:1 213:18
214:7,11 241:14
242:18 261:19
264:3 274:11
275:22,24 288:15

358:10 372:10
374:3,12 394:2,5
394:6 395:16
399:9 412:24
415:2 422:20
431:13 434:22
487:22 532:6
552:15 563:19
**informative**
496:19 498:7
**informed**
62:12 391:23
392:13 395:5
396:16 399:6
501:10
**Ingersoll**
10:21
**ingest**
460:4
**ingested**
237:19
**ingestion**
331:15 458:2,9
462:16
**ingredients**
9:22 270:14 425:12
**inhalable**
239:3
**inhalation**
153:12,13 197:7
224:4,5 258:9
264:13 286:13,17
300:2 309:3 310:1
332:22 344:24
425:23 458:2,9
462:15 464:10,17
**inhale**
460:3
**inhaled**
176:22 286:23
302:6,14 303:4
306:3 307:4 320:1
320:12 321:3,22
322:18,24 323:11
323:19 324:9
467:6,15,18
**inherited**

86:8,15,24 94:17
**initial**
18:17 21:9 23:7
133:6,6 196:11,24
197:3 198:7
**initially**
420:14
**initiate**
256:9 286:24
**initiated**
111:2,14 307:4
**initiation**
119:11 476:14
**injury**
309:13 331:20
333:23 425:9
**innate**
325:19 326:4
328:20
**inquiry**
520:9
**insertion**
556:24
**insist**
483:23
**insoluble**
322:10
**instability**
420:24 421:20
**instance**
155:15
**institute**
15:20,22 149:22,22
223:5 259:14
443:17 512:13
553:18
**Institutes**
392:23
**institution**
154:1
**institutional**
519:4
**institutions**
519:5
**instruct**
20:24 482:5
**INSTRUCTIONS**

580:1
**instrumentation**
251:23 252:9,14
292:5 428:5
**instruments**
252:23
**insulation**
181:5
**integrity**
6:21 78:21 79:2
81:19
**intend**
17:10 68:24 72:9
72:18,21,24 73:18
266:23
**intense**
42:24
**intensity**
39:13 353:15
**intent**
69:20 70:2,16 96:6
**intentional**
557:24
**intentionally**
518:13,24 519:23
**interest**
18:13 22:2,7
198:11 229:7
326:24 327:1
446:3
**interested**
397:23
**interleukin**
356:22
**interleukin-1**
298:19
**interleukins**
360:7
**intermediates**
256:14
**intermittent**
406:19 407:8
**internal**
51:17 202:12 203:5
292:19 394:1,5
418:18 428:4
536:18

**International**
1:14 123:22 555:11
**internationally**
555:10
**internet**
109:22 111:9
120:11 276:19
**interpret**
79:24 80:4 88:5,6,7
186:20 516:12
**interpretation**
81:12 82:6 97:15
100:2,3 101:12
102:15 106:5
112:2 456:18
**interrupt**
76:11 350:14
452:19
**interruption**
384:7 529:1
**interstitial**
343:22 344:12
**intervals**
472:20
**intramural**
443:22
**intravaginal**
288:21
**introduce**
384:1
**introduced**
439:4,15 510:2
**invader**
355:3
**invasiveness**
192:7
**investigated**
312:1,7,9 534:4
**investigating**
241:9
**investigations**
122:21
**investigator**
76:1,22 109:20
111:2,5,13 118:12
443:21
**investigator-initi...**

104:24 111:20
116:16
**investigators**
106:7 117:8 190:16
301:8 408:1
**invoice**
18:14,16 28:2
389:7
**invoiced**
389:1
**invoices**
5:15 16:16,19 17:2
17:13,20 26:24
27:4,6,17 386:4,4
386:11,22 387:6
387:13,14 389:5
**involve**
123:2 155:1,4
241:9 308:9 328:1
493:7,24 494:5
515:15
**involved**
164:1 198:22 383:9
486:24 488:3
515:6 519:19
**involvement**
290:5 486:6,18
**involves**
325:19
**involving**
24:24 416:8 487:16
492:21
**ion**
466:5,7,24
**ions**
465:3,7
**IRBs**
520:1
**iron**
182:1 271:14 324:4
324:5
**irreparably**
354:13,15
**irritation**
119:9 120:21 505:2
507:2
**issue**

22:21 68:4,15
444:13 520:5
**issued**
503:14
**issues**
31:11 167:18
170:18,23 175:15
175:20 533:1
**issuing**
500:17
**Italian**
451:19,20
**italicized**
469:20,21
**Italy**
187:22
**item**
453:21
**Iturralde**
197:13 336:11
502:22

_____

**J**

**J**
3:12
**J&J**
14:5 536:18 559:3
**J&J's**
187:20 190:9
**J.M**
2:18
**JAMES**
4:8
**james.mizgala@t...**
4:10
**January**
1:10 13:5 18:19
33:22 36:19 37:8
37:12,14 55:19
57:17,19 168:22
500:23 522:12,14
523:6 579:15
**Jay**
437:22
**Jennifer**
2:3 18:23
**Jennifer.emmel...**

2:6
**Jersey**
1:2,15 3:18 13:8
**jet**
261:5
**job**
292:16 337:22
**Johnson**
1:4,5 3:10,10 18:3
18:3 37:4,4
179:11,11 201:8,8
247:6,6 269:9,9
272:11,12 273:11
273:12,22,22
274:5,5 277:5,5,9
277:9 280:18,18
280:20,20 286:19
286:19 287:3,3
423:11,11 447:21
447:21 450:9,10
450:12,13 488:4,8
493:20,20 508:3,3
508:20 528:13
575:23,23
**Johnson's**
45:21 73:1 90:4
187:3 188:1,14
189:19 190:11,17
190:22 242:11
246:24 247:13
248:3,12,16 275:9
275:15 276:9
278:1,7 286:9
287:18,23 288:12
292:2 295:22
410:8,23 418:1,3
418:8,12 428:20
429:11,17 449:8
449:14 488:4,8
492:22 493:7,17
493:24 494:6,22
495:6 508:20
520:24 528:13
536:16,21 538:17
539:5 575:18
**Jorge**
10:16

**journal**
67:10 97:6 98:9
114:23 213:11
229:18 563:23,23
**journals**
77:4 105:5 229:21
229:22 230:2
444:18 533:21
**judge**
70:19 71:8 285:10
317:5 318:24
319:12 336:21
338:16 339:2,4
**judgment**
121:13 224:15,17
226:19 228:15
315:19 322:21
385:9 489:12
**Judith**
1:13 5:4,17 13:12
13:19 14:8 579:8
582:16
**Julie**
64:9,15,18 389:23
411:10,15,19
412:5
**jump**
51:1 383:24
**June**
93:11
**jury**
70:19 71:9

_____

**K**

**K**
2:3 3:17
**Kansas**
3:4
**Kasprzak**
7:21 121:23,24
122:13 123:19
**keep**
74:9 105:1 254:24
327:20
**keeping**
337:22
**keeps**

328:6
**Kemble**
3:17
**Ken**
442:14 463:19
**KENNETH**
3:12
**kept**
228:11
**keratinized**
334:6
**Keskin**
11:19 336:14 502:4
502:5 506:9,10
566:12,16 567:7
569:10 572:10,14
572:23 573:13
576:20 577:4
**key**
81:24 135:10,11
306:23 308:4,9
309:8,8 325:17
375:13
**keyword**
462:20
**keywords**
135:11 196:22,24
**kferguson@gord...**
3:14
**kidney**
294:11 308:8
312:10,15 467:10
**kill**
326:1 328:5 329:6
**killer**
308:11,16 325:18
**kind**
126:2 325:24 385:2
483:7
**kinds**
374:22
**knew**
513:19
**know**
18:1,24 19:8 21:24
22:9 51:6,8 53:13
53:16 58:7 59:2

Judith Zelikoff, Ph.D.

Page 611

53:16 58:7 59:2
59:20 63:8 68:8
74:8,23 84:1
87:18 88:17 92:18
99:8 111:12 119:1
119:16 135:1
140:15,18 143:9
155:16 160:3
165:17 173:5,9
175:6 183:3
187:11 202:5,5,6
205:11 211:1,20
221:9 222:19
230:13 250:21
251:20 258:23
274:2 276:19
294:24 295:7
342:1,9,10,11
348:15 350:16
385:2 386:13
390:6 401:15
407:3 409:18
411:1 412:10
422:8,16 424:23
425:5 434:2 435:1
439:20 441:17
447:23 451:7
456:12 467:1
474:20 482:24
483:4 499:1
502:13 517:10
530:16,19,21
539:7 542:5,7
544:13 553:8,16
554:6,8,11,20
558:6 578:2
**knowing**
70:14 136:2 238:3
**knowledge**
18:18 19:20 21:19
23:10,12 24:19
25:4 28:4 54:7,8
58:18 59:4 63:11
64:21 65:9 70:13
72:7 75:24 76:7
76:23 77:9 80:14
83:8 84:12 87:3

89:18 90:1 95:10
95:19 97:20
101:13 104:11
105:2,3 106:6
109:3,17 113:3
114:2 117:9 121:1
135:20 140:2,2
143:22 144:17
145:18 148:2,3
150:17 153:1
154:20 155:24
157:14,16,17
158:2,23,24
160:17 163:3
164:22 165:11
169:9,10,19
170:15 171:9,12
174:19 175:5
180:23 184:24
191:17 192:2
193:21 203:22
210:17,24 213:15
223:14 231:3
279:18,23 295:2
314:2 323:6,7
329:15 334:16
340:14,24 341:9
345:10,20 348:16
352:14 359:2
360:5 367:11
379:17 423:14
424:24 441:18
474:21 486:17
514:22 531:1
538:21 542:12
552:24 553:5
554:12
**knowledgeable**
157:6 514:8 552:21
554:3
**known**
14:12 77:17,20
104:3 110:20
122:18 123:1
200:1,11 217:22
241:7 245:3,17
256:6 325:16

348:6 352:19
358:10 434:6
440:16,18 469:24
473:8 510:17,22
512:8 518:9,23
554:23,24 569:7
**knows**
86:12
**Konstantine**
122:14
**Korea**
187:23 277:6,8

------

## L

**L**
1:15 579:12
**lab**
253:8
**label**
477:8
**Labeled**
10:11,13,14,17,19
10:21 11:6,8
**Labor**
120:9
**laboratories**
269:1
**laboratory**
43:11 111:6 116:17
147:24 148:4,10
151:15 184:20
186:19 224:8
251:21,24 254:11
254:24 290:3
292:10 310:2
380:16 443:6,7,9
443:15 448:23,23
455:4 533:5
556:24 557:23
561:5 562:7
**lack**
140:22
**lacking**
431:19 433:24
**lactate**
183:18 309:14
**lactose**

309:14
**laid**
63:14
**Lancet**
250:10,11
**Langer**
405:8,12 406:5
407:17,22
**Langone**
14:12 514:2
**large**
58:22 98:22 99:5
**larger**
56:18 428:13 429:8
**late**
31:11 431:7 434:21
503:17
**latest**
250:14,17 255:1
**lattice**
268:13
**Lawrence**
132:6
**lawsuits**
24:23
**lawyer**
23:5 211:23
**LAWYER'S**
583:1
**lawyers**
19:23 26:1 27:19
159:6 203:20
211:3,24
**lead**
55:7 60:16 104:13
119:9 176:19,20
199:5 201:9
259:20 261:9,10
261:11 271:15
302:8,15 303:6
306:5,9,12 316:6
316:8 345:3 366:2
371:12 402:9,21
431:18 441:14,15
475:24
**leading**
505:3

**leads**
22:6 103:23 116:22
236:12,20 240:13
565:15
**leaning**
370:24
**learned**
340:17
**leave**
320:22 322:5 483:5
**leaving**
222:12
**lecture**
31:6 33:16
**lectured**
167:14
**lectures**
33:12 165:23
166:17,17
**led**
140:21 433:23
568:1
**left**
456:2,3 487:14
508:5,13
**legal**
70:24 490:11
**Leigh**
2:3 483:5 570:12
**leigh.odell@beas...**
2:5
**lend**
391:2
**length**
440:4
**length-to-width**
179:13,14
**lengthy**
263:2
**lesions**
119:10 345:12
420:8
**let's**
77:22 175:19 190:3
300:1 317:19,22
318:5,10,14
331:14 338:1

Judith Zelikoff, Ph.D.

456:24 457:4
458:24 459:1
463:15 529:2
**letter**
9:13 58:19 63:21
  63:22 197:17,21
  211:4 212:1
  429:24 430:4,9,21
  431:16 434:13
  436:4 437:11
  497:3 539:16
  540:10
**letters**
51:16
**leukemia**
158:14
**level**
82:1 176:13 258:24
  259:11,13 262:7
  264:4 283:2 316:8
  316:10 352:4
  366:12 394:9
  475:16 478:12
  510:9 554:11
**levels**
155:14 259:4,16,17
  259:22 260:4,4,23
  261:13,17 262:3
  282:10,21 286:6,8
  292:21 313:7
  351:9,20 352:5,9
  352:22,23 353:8
  354:2 356:21
  360:22,22 362:6
  362:11 367:16,22
  377:9 416:18
  459:6 475:16
  511:1 559:7
**LEVIN**
2:8
**Levy**
6:23 83:20 84:1
**Levy's**
84:4,19 85:3,11
  87:9,12,16 88:1
**LHG**
1:6

**LIABILITY**
1:6
**liberty**
118:18
**life**
94:20
**lifted**
98:4,15
**light**
252:1 253:4
**likelihood**
519:3
**limit**
482:8
**limitation**
467:13
**limited**
463:6 498:8
**limiting**
108:14
**limonene**
47:4 166:12
**line**
12:6,9,12,14 64:17
  95:1 344:19,21
  400:2 401:3,4
  404:21 407:3,5
  462:15 490:16
  570:3,18 581:4
  583:2
**lines**
183:14 375:23
  376:7,10 461:15
  501:20 546:2
  549:19 551:2
**link**
22:23 152:7,13
  254:12 280:3
  351:20 476:10
**linked**
284:7 285:13
  349:14 359:2
  475:13 571:3
**linking**
330:3
**links**
351:15

**list**
32:9 35:7,8,8 36:5
  39:6,17,17,21
  43:21 45:3 61:23
  140:8,13 169:5,11
  169:16 220:18,22
  280:11,18 322:23
  409:5 455:23
  477:5
**listed**
36:13 43:24 45:9
  46:16 47:16 49:9
  49:11 65:6 66:6
  66:13 142:15,24
  143:5,24 144:3
  170:4,5,8 184:5
  201:17 220:16
  223:1 245:20
  270:14 327:7
  417:9 419:6
  425:14 476:24
  490:14
**listen**
129:15 216:13
  221:22 222:3
  284:9 329:9
  561:20 577:12
**listened**
254:20
**listing**
5:23 6:19 44:12
  52:3 141:21
**lists**
179:6
**Lit**
44:10 54:18
**liter**
462:1
**literally**
235:20 571:7
**literature**
16:6 20:7 24:20
  41:24 42:7 43:6
  46:23 47:20 48:7
  51:12,13 54:17,22
  61:18 68:5,15
  69:11 73:11

110:22 112:5,13
  113:2 126:22
  127:10 129:11
  130:6 131:16,18
  131:20 132:20,23
  133:17,24 134:1,6
  134:7,8,9,19
  135:5,16,21 136:1
  136:4,6,9,15
  139:13 141:2,5,7
  141:11,15 145:9
  146:22 147:8
  148:23 149:15
  150:1,3,6,9,15,23
  151:2,9 153:24
  158:5,18 165:3
  172:14 174:20
  184:23 190:13
  194:16 198:2,2
  199:1 200:20
  204:7 205:21
  207:5 218:5
  226:18 228:6
  231:6 238:17
  241:3 246:22
  247:4,12,18,21,24
  248:2 249:2
  253:21 254:4,6
  262:5 265:20
  266:15 292:18,18
  293:3 301:24
  302:22 312:2
  313:23 315:12,14
  320:5 323:7
  329:15 330:2,8
  331:8 333:1,1
  345:21 351:13
  356:2 360:12
  368:1 381:2
  382:18 385:13,17
  388:8,10,18 389:3
  390:21 391:19
  394:1,12,13,13,16
  394:17 413:4,14
  415:7,18 425:3
  427:23 429:18
  434:6 435:2

445:18 470:7
  487:21 492:8,13
  502:2 514:18
  533:2,7 562:2
**litigation**
1:7,20 13:4,10
  14:22 15:9 16:2
  18:4 19:13,23
  20:17,22 21:15
  29:8,21 34:18,24
  68:6,17 72:9
  137:19 138:4,15
  144:12 146:8
  147:16 171:24
  204:2,17 228:23
  229:3 375:3
  390:14 424:1,17
  442:16 447:5,14
  448:8 486:7,7,18
  490:18 493:17
  507:17 525:2,18
  526:11
**little**
72:16 94:5 150:21
  175:21 265:24
  267:17 373:12
  383:24 441:21
**liver**
294:12 331:5,13,21
  467:10
**LLC**
4:11,11
**LLP**
3:2,7,12,16 4:3,7
**local**
287:7 299:24 312:6
  312:11,12 314:6
  356:17 449:19
  505:2
**localized**
327:20
**location**
192:18 452:9
**locations**
459:7,10 460:15
  461:23 462:10
**LOCKE**

Judith Zelikoff, Ph.D.

4:3 337:18

**logic**
119:17

**long**
14:17 64:11 74:7
173:12 182:18
239:8 251:15
322:8 486:13
524:22

**long-term**
11:17 116:21
329:23 438:10

**longer**
358:17

**longitudinal**
179:20 182:18
244:5,8

**Longo**
5:19 36:15,18 38:5
48:20 247:7,16,17
248:21 249:8,9,13
249:20 250:1,7,14
250:21 251:8,13
277:3 428:7
446:23 447:3,19
460:23 493:14,19
520:22 521:16
526:14,17

**Longo's**
48:11 73:24 247:7
521:24

**look**
16:24 41:7 45:5,8
45:15 49:20 50:14
73:15 84:10,15,20
88:24 99:11
103:16 116:11
117:14 126:14,22
160:18,23 161:6
161:17 162:1,11
163:13,23,24
170:18,22 175:8
176:7 188:9,23
190:6 199:13
203:13 204:18
205:10,13,19
206:23 207:17

208:3,11 211:11
212:14 218:9
237:13 263:20
282:3,3 301:14
305:13 310:4,7,8
310:9 316:1,14
335:5,12 343:6,13
343:15 356:14
357:9 363:9
366:12 368:3
372:6 380:2,8
406:11 411:7
413:21 417:12,18
418:19 419:20,23
429:22 435:12
436:3 438:8,15
444:24 446:8,11
446:14,14 449:2
454:17 455:16
456:24 457:4,22
460:17 461:1
464:20 466:19
470:15 472:8
475:6 484:22
494:16 501:22
509:3 510:24
520:16,19 537:3
538:22 548:11
552:6 563:24
566:23 574:18

**looked**
41:14,19 42:17
45:16,17,17 47:3
47:16 52:11 61:21
66:18 84:7,11,13
87:20 88:22
101:19 102:12
114:21 137:3
138:6 139:1,3
169:23 188:6
189:23 190:1
197:6,9,12 213:1
213:4 251:14
252:21 260:15
264:23 266:21
271:5,8 278:10,23
279:9,15 283:16

291:15,16 294:15
297:2,5,7 309:4
309:13 310:3
313:22 314:2,12
332:20 335:21
340:1 357:16
374:11 380:13
381:5,6 384:24
386:20 413:15
415:10 420:15
428:3,7 464:17
465:2 469:5
477:19 478:19
494:23 520:2,4,12
533:19 534:22,24
559:5 561:3 577:7

**looking**
42:23 44:6 59:9
69:3 73:11 161:2
162:3,21 164:23
176:11,13 179:9
183:2 185:1
188:10 202:23
206:9,24 209:13
210:11 211:15,18
216:6 270:8
278:17 279:3
283:20,24 286:2
286:18 287:2,9
305:20 309:19
332:10 360:18
369:24 372:4
373:2,3 375:5
376:22 378:16
380:5 381:10
391:12 396:8,11
404:4 415:7,19
438:9,10 440:1
464:10 469:2
483:10 485:8,10
502:1 525:24
530:12 536:7
537:2,5,16,23
551:6,21 556:14
556:19 557:4,18
558:19 559:9
560:6 568:23

573:23 575:17
576:19

**looks**
268:16 309:16
356:16 485:13

**lost**
545:22

**lot**
290:8,13 304:2
373:11 433:5

**lots**
289:24 575:24

**low**
191:18 192:5
282:21 293:7
429:21 459:5
480:17 481:5

**lowest**
264:16

**ludicrous**
280:1

**lumped**
315:23 324:1

**lunch**
22:17 196:3 386:19

**Lunchroom**
25:14

**lung**
198:18 239:6
258:19 291:10
294:11 299:10,12
308:7 309:6,13
312:13 323:19
402:10,22 467:24
468:1,8,20 512:24

**lungs**
153:15 300:20
301:4,13 302:7,14
303:5,14,16 304:4
304:17 306:4
307:5,14 310:14
344:16 345:3,12
402:2

**Luzenac**
63:23 456:1

**lymph**
11:16 299:4

**lymphatics**
299:5

---

**M**

**M**
2:14 39:18 381:11

**ma'am**
164:15 443:11
448:17 497:20
571:23

**macromolecules**
470:1

**macrophage**
308:10 309:10
310:8 328:18,24
330:12

**macrophages**
103:20 183:19
308:14 310:24
325:16 327:18
329:6,17 356:20
402:10,22

**Mahwah**
1:14,14 13:8

**main**
443:19 514:17

**major**
167:23 327:24
470:20

**majority**
231:4

**making**
155:10 173:20
374:4

**Man**
123:23

**manager**
548:22

**mandate**
126:18,21 127:9,16
127:22,23 128:14
128:24 129:6,9,17
129:22 130:3,4,11
131:4 136:24
199:17

**manifestations**
470:4

Judith Zelikoff, Ph.D.

**manner**
22:14,19 67:17
  145:5 179:20
  426:21 480:21
  481:10,12 483:22
  484:17
**manners**
438:17
**manufactured**
520:24 521:7
**manuscript**
55:5,13,14,22,24
  56:2,5,24 57:3
  58:1,4,9,11,14,21
  58:22 59:2 61:2
  117:22 395:3
  493:6 539:6
  575:10,15 576:3
**manuscripts**
374:10
**March**
229:15
**Marconi**
10:22
**mark**
3:3,17 14:4 16:18
  36:19 60:11 62:24
  78:13,20 83:12,15
  84:22 88:14
  106:13 118:4
  125:11,17 195:19
  207:20 208:9
  277:10 318:4
  393:3 398:15
  405:11 454:8
  479:24 482:3
  495:16 549:13
  567:2
**marked**
12:13 16:20 26:24
  27:17 35:15 36:21
  40:4,9 43:12,16
  50:4 53:7 55:4,8
  57:1,7,11 60:7
  62:20 65:7,19
  75:14 78:16 83:21
  85:10,12 88:10

92:21 99:18
  102:17 106:9
  115:13 117:24
  119:18 121:14,19
  125:7,12 126:3
  175:10 207:19,23
  208:6 386:7 393:6
  393:10 398:20
  405:13 406:14
  418:23 430:3,5
  454:9 457:6,7
  469:7,12 471:16
  471:21 480:6
  481:14 482:17
  500:9,12 507:19
  522:20 549:9
  562:21 567:3
  575:10
**marker**
351:2,13,14 352:20
  353:3,14
**markers**
10:8 309:5,20
  311:10 359:8,23
  360:2,14 361:13
  361:23 362:6,12
  478:19
**market**
2:14 451:19,20
**marketed**
496:22 498:1,13
  540:20
**MARKETING**
1:5
**marking**
35:19 50:8 53:11
  93:2 102:22
  115:18 175:7
  481:18 562:17
  563:1
**marks**
80:18,23 96:11,16
  96:24 97:2,10,24
  101:18 102:11
  105:20 113:21
  115:1,12 116:4
  119:15 578:9

**Marte**
4:16 13:3
**mass**
48:20 292:12
  301:19 465:5
**mast**
103:20
**master**
132:7,8
**masters**
166:1
**matched**
52:15
**material**
25:16 27:15,16
  77:12 181:24
  197:11 224:22
  408:14 427:17
  453:3 455:11,19
  538:11 539:21
**materials**
26:3 31:16 50:16
  50:24 51:2,6,12
  51:19,23 52:4,19
  53:23 54:3,9,10
  58:5 59:19,21
  64:2 73:17 76:16
  93:20 141:24
  196:14,19 203:24
  213:10,11 374:23
**math**
451:8
**Mattenklott**
11:6
**matter**
13:9 176:22 303:21
  364:14 441:2
  447:6
**Max**
537:21
**MDL**
18:4 26:19 34:23
  40:10 48:11 49:24
  250:1 525:18
  526:8,20 527:2,5
**mean**
20:24 22:19 29:10

29:14 39:3 46:20
  52:21 63:5 64:8
  74:24 76:10 79:14
  87:2 92:9 127:22
  134:23 147:23
  157:15 158:12
  181:15 183:4,5,6
  187:11,12 192:20
  195:16 199:23
  201:13 204:6
  212:21 225:6
  234:22 238:7
  252:10 255:6
  257:17 268:6
  341:20 348:18
  350:8 351:22
  354:15 355:6,8,17
  361:19 368:19
  369:3 400:21
  401:20 413:2,5
  416:24 423:1
  448:14 475:4
  481:11 483:20
  484:16 490:7
  492:17 561:10
  571:22 572:3
**meaning**
235:20 329:16
  366:23 549:21
  550:19 551:9
**meanings**
235:15,19
**means**
70:7 157:16 192:15
  341:21 400:22
  456:12,14,21
  579:20
**meant**
277:6 369:7 485:14
  490:10
**measure**
362:4 363:2 466:19
**measured**
235:23 269:10
  270:17 290:3,9
  309:2,5,7,14
  459:6,22 460:12

460:14,20 465:4
  466:21 467:3
  474:14 478:13
**measurement**
137:16 176:15
  301:10
**measurements**
176:14,14 186:15
  456:15 460:9,11
  475:15
**measuring**
292:5,11,12 352:17
  354:2 517:21
**mechanism**
24:13 119:12
  151:10 199:24
  200:24 220:1
  271:13 306:23,24
  307:3 349:1,16,23
  350:2,7,22,24
  356:9 359:4
  361:15 371:5
  373:4,5,8 377:3
  381:18 382:5
  383:1 400:3,15,18
  401:5 402:1 403:6
  431:18 432:6,11
  432:16,22 433:17
  433:23 440:18
  470:10 473:3
  504:1,10,15 505:4
  505:17 508:9,17
  509:9 512:23
  513:2,11 553:4
**mechanisms**
122:16,24 152:2
  200:24 236:16
  328:3 347:16
  364:21 365:3
  371:11 382:16
  383:8 401:22
  402:9,21 514:19
  544:1 545:8 546:8
**media**
25:6,17 152:14
  254:21 450:4
  532:7,21

Judith Zelikoff, Ph.D.

**median**
243:2 428:9
**mediated**
300:6
**mediator**
216:11
**mediators**
296:13 301:23
359:9 363:3
**medical**
68:4,15 112:12
113:2,10,16 141:4
141:7,11 146:22
147:8 150:6
152:19 153:3
154:7 156:18,20
156:21 157:3,7,10
157:19 158:16
177:1,3,4,17
227:19 246:22
247:3,12,18,20,20
247:24 248:1
313:23 347:12
355:10,19 385:13
385:17 401:14
415:18 492:7
514:3 533:2
**medicine**
14:12,15 22:16
30:4 149:22
167:19 223:6
**meet**
28:6 468:19
**meetings**
555:18
**meets**
99:20 467:7
**Melville**
2:19
**member**
435:23 444:6 555:9
555:11,12
**membership**
444:2,9
**membrane**
420:6,7,12,18,19
420:21 421:2,8,13

421:15
**memorandum**
202:12 203:5
**memory**
161:11 188:9 191:5
194:2 419:1 531:3
**men**
284:20
**menarche**
31:10
**menopause**
31:11
**menthol**
166:12
**mention**
272:18
**mentioned**
29:11 33:7 166:18
196:13 305:4
325:15 328:10,14
389:22 395:13
436:9
**mentioning**
398:14
**mentions**
393:4
**Merritt**
10:7 469:14,15
470:16 471:11
473:20
**Mesothelial**
11:11
**met**
19:24 28:9 554:15
554:16
**Meta**
207:2
**meta-analyses**
232:10 415:11,14
**meta-analysis**
6:15 60:14 205:15
206:4,10 207:3
231:19,24 232:15
358:14 477:22
478:2
**metal**
224:4 282:16 288:5

290:15 303:24
316:12,13,13
322:6 466:22
492:2
**metals**
9:20 166:11 268:8
268:13 270:17,22
271:20 272:17
274:6 278:6,7,18
278:24 279:4,10
279:16 280:3,12
280:15,19 281:5,6
281:11,18 282:5
282:11,14,15,20
282:24 283:21
284:4,12 285:3,4
285:14,24 288:1
289:1,6,8,14
290:13,16,18,20
290:21,23 291:20
292:3,13,22
293:14,18,19,22
294:16 295:13,19
296:5,23 315:20
315:23,24 316:1
316:15 320:8
322:7,9,10,14
323:23 418:21
457:11 491:17
492:9 517:4 534:7
534:24 535:19
556:20 557:1
559:13
**meter**
459:8,24 460:16
**method**
286:16 380:20
410:16
**methodologies**
252:4,22
**methodology**
67:8,22 112:1,4
126:19 128:14
129:1,7,17 130:3
133:3,23 134:17
135:13 136:24
137:18 138:3,13

140:16,19 143:10
199:19 214:1
223:19 224:10
238:4,8,16 306:2
413:12 434:11
445:8 501:20
**methods**
380:20 413:16
**Mhegarty@shb.c...**
3:5
**mice**
264:11,22,22
465:10
**Michael**
5:22 35:9 39:8,18
40:10 422:5,13
528:9
**Michelle**
1:15 579:12
**micrometers**
242:22 467:19
468:2
**micron**
242:23 429:7,14
**microns**
239:2 242:21,22
428:12,13
**micronutrient**
316:2,5
**microphone**
39:12 208:18 251:1
495:20
**microphones**
196:1
**microscopy**
252:2 253:5
**microspheres**
197:14
**middle**
231:2 244:24
473:22,23 480:24
496:12 520:21
549:19
**midway**
512:6
**migrate**
240:5,6 298:15

340:20 341:4,11
356:19,20 434:20
499:7 506:24
**migrated**
198:17
**migrates**
371:8
**migration**
197:10 240:4
414:15 430:18
431:11 432:4
433:14,18 434:4,6
435:7 505:15
**millers**
438:3
**milligrams**
264:8,16
**milliliter**
461:18
**million**
288:2 462:1
**mind**
42:21 159:23 284:7
302:23 347:5
372:20 380:14
391:14 414:7
497:15 498:24
502:20 520:18
536:6 537:20
544:6
**mine**
43:8 86:4 100:5
277:8 284:23
380:19 459:12
**mined**
187:20 269:22,22
**mineral**
182:19 408:12,21
**mineralogist**
186:4,6
**minerals**
108:15 180:16
243:24 406:22
407:12 455:24
490:22
**miners**
438:3

Case 3:16-md-02738-MAS-RLS   Document 9899-3   Filed 05/30/19   Page 324 of 366 PageID: 75679
Judith Zelikoff, Ph.D.

Page 616

minimal
264:9,10 421:5
minimum
255:3
mining
123:16 257:21
419:9,12
minor
166:9
minus
61:17
minute
383:14 417:6 421:9
556:7
minutes
195:21 277:12
482:14
miscited
407:21
mission
73:3 256:17
misspoke
277:4
misstates
115:6 300:23 557:8
563:7
mistreat
318:18
mistreating
318:21 319:2
MITCHELL
2:8
mixtures
491:4
MIZGALA
4:8
Mm-hmm
40:12 75:22 181:21
Mm-hmm-hmm
205:10 447:1 458:8
468:21 471:23
552:9 563:5 569:1
MO
3:4
mode
502:11
model

305:12 368:6
models
138:8 233:5 335:15
346:17 372:9,14
542:15,16
modified
310:21
molecular
6:8 186:2,3 474:10
544:2 545:9 546:9
molecule
369:6 441:5 465:22
moment
32:23 35:7 39:15
94:3 102:3 122:8
163:4 206:23
443:19 537:9,13
539:14 570:8
money
229:2,12
monitor
360:2
monitored
360:7
monograph
8:21 9:21 435:6
457:5
Montgomery
2:4
month
20:19 522:13
Mori
481:2
morning
14:2,3 42:3,9 43:4
43:18 55:4 57:13
64:5 65:1 73:21
morph
331:23 332:1
morphology
244:20 268:15
305:24 324:17
morphs
514:3
Morristown
3:18
Mossman's

269:1
motion
339:18
mount
3:17 325:12,24
mouse
334:18
move
336:18 426:20
movement
198:19
moving
316:11 337:23
MSDS
45:9
MSDSes
45:2,5
msilver@coughli...
3:19
MUC-1
350:5,8,12,18
351:4,9,14,20
352:4,9,17,19,21
352:23 353:1
mucin
350:13
mucociliary
467:22 468:6
mucous
191:19
multifactorial
129:14
multiple
83:9 101:14 106:6
106:6 142:5
285:18 302:17
325:2 327:6 369:1
murdering
117:3
mutagenesis
237:12,20
mutagenic
236:6,8,10 551:9
552:2
mutagenicity
237:16 551:22,23
mutate

236:11,22 237:7
551:10
mutation
87:1 236:10,14,15
236:16,16 237:3,4
mutations
86:8,15 94:18,24
95:1 365:14
478:12
_____

N

N
5:2
NAD
456:8,10,12,21
Nahoum
116:10
name
13:2 14:4,7 19:15
19:18 28:18 33:15
83:19 117:3 155:6
173:9 191:5 197:3
197:3 218:14
219:8,14 220:11
222:19,20 231:21
335:4 442:14
507:16 530:23
572:6
names
44:8 132:4 232:12
236:3 514:4
nanometers
428:14
nanoparticle
224:4 466:21
nanoparticles
303:23,24 304:9,15
309:4 429:6,10,16
429:16,20
NAPOLI
2:18
national
15:20 77:24 149:21
149:23 154:14
197:23 215:8,16
215:17 220:2,3
223:4 264:6

392:23 443:17
444:2,3 512:13
nationwide
555:10
natural
308:11,16 325:18
nature
112:21 228:7
244:17,20 246:20
467:23
NCI
8:8 393:1,4 394:3
394:21 395:8,23
397:1
NCI's
394:18
near
508:4
necessarily
76:3,5 77:10,18
298:11 357:2
569:6,7
necessary
72:5 135:13 201:3
201:18 241:17
255:4 263:15
265:7 266:11,19
282:11 292:22
298:8 580:4
necrosis
298:19 360:6
need
32:24 35:12 85:14
103:16 122:9
161:6 187:12,13
209:16,22 222:14
232:11 237:5,5,10
237:11 267:17
293:3 321:12
335:12 337:21
344:1 369:17
371:4 380:2
454:23 483:7
523:11 537:8
needed
253:24 271:16
276:13 284:24

Judith Zelikoff, Ph.D.

358:16 445:22
**needs**
74:21 214:8,9
237:19 358:12
537:12
**Neel**
342:2,4 513:16,19
514:15 552:22
553:16 554:3
555:16
**Neel's**
513:22 514:24
553:5 555:4
**negative**
232:3,18 305:13
**negatively**
326:1
**neighbors**
173:22
**neither**
58:3 398:5 466:6
**neoplasm**
234:16
**neoplasms**
233:13 234:17
**neoplastic**
470:2 479:12,16
567:12,16,23
568:19 569:5,7
574:6,16,22 577:5
577:23
**neutrophil**
308:11 325:16
**neutrophilic**
357:18
**neutrophils**
103:21 308:14
309:7 310:8 311:1
356:18
**never**
50:2 88:22 112:16
113:10 150:16
153:19 159:7,17
163:17,20 164:8
165:8,13 177:18
332:18,20 448:12
448:15 556:3

563:8
**new**
1:2,15 2:19 3:8,8
3:18 13:8 14:11
14:14 15:7 29:20
29:24 32:4 69:4
80:6 173:7 227:22
228:18 259:23
260:13,24 290:2
342:2 482:16
487:2
**Newton**
502:21
**Nick**
132:6
**nickel**
77:22,22 122:12
123:15,23 124:2
124:11 159:1,1
272:20 279:20
280:21 282:18
283:3 286:1
287:16 288:10
289:8,21 290:1,7
290:16 291:18
293:6 297:17
314:16 315:6,16
316:2,16 319:24
515:21,23 516:15
516:16,20 517:19
517:22 518:3
536:1,5,9,11,12
536:13,14,15,17
536:20,22,24
556:16 557:5,19
558:4,5,21 559:6
559:10 560:6
561:3,16,23
**nickel-induced**
122:17,24
**nicotine**
224:3
**NIEHS**
15:20 443:16
**NIH**
8:18 9:7 15:22
**nine**

60:20 461:15
**NIOSH**
512:14 548:23
**nitrogen**
364:11,16,23
365:14 366:7
**node**
299:5
**Nodes**
11:16
**non-asbestiform**
178:22 180:3
269:11
**non-fibrous**
515:18 516:15,21
**non-peer-reviewed**
446:1
**nondetectable**
269:15
**nonfibrous**
189:15 269:3
480:17 481:5
**normal**
324:23 328:19
364:1 365:19,20
402:1,4 462:12,12
**Notary**
1:17 579:14 582:23
**note**
573:1
**notebooks**
54:6,10 108:21
480:3
**noted**
13:14 17:7 521:17
572:24 580:11
582:11
**notes**
463:20 544:17
583:1
**notice**
1:14 6:6 50:10
451:11
**notion**
129:2,12
**November**
26:19 40:19,20,23

47:2,11 48:12,22
69:19 70:1 83:17
86:1,2 229:8,13
249:20 388:3
389:13 395:15
500:20 521:18,24
**NSAID**
472:19 473:16
**NSAIDs**
469:3 470:7,11
472:17 473:7
474:1
**NTP**
197:24 220:23
221:1 264:6
402:11 435:15,22
436:7,21 437:1,10
437:24
**nuances**
399:17
**nucleotide**
379:24 380:6,22
381:8,14 382:18
383:6
**number**
16:18 17:1 27:1,3
36:6 37:23 40:9
43:17,19,20 44:2
44:4 45:3,10
46:16 48:13 50:9
53:12,14 55:5
57:12 60:12,18,24
61:1 63:1,4 64:13
65:13,18 75:18
78:21 79:15,15,16
93:8 95:23 101:21
102:13,22 104:5,9
106:14 107:16
117:15 125:21
126:15 141:22
142:15,24 174:21
187:15 207:23
255:3 266:10
332:11,12 343:19
344:4 359:23
392:1 393:3
394:14 429:5

430:4 433:22
436:15 444:22
464:10 471:21
476:21,23,24
477:7 485:5,5,9
489:10 497:1
498:10 509:24
513:4 517:20
542:18 560:24
562:18 563:2
564:13 567:24
568:2,9
**numbered**
6:20 93:15
**numbers**
66:4,5,13 286:18
309:10 575:24
**Numeral**
207:3
**numerical**
137:11,15 503:20
**numerous**
95:11 117:7 120:23
120:24 122:19
135:9 202:11
203:4 214:10
218:7 229:24
235:23 252:13
366:10,11 433:21
444:7 492:1 561:2
**NW**
4:4
**NY**
69:16 81:17,21
342:2
**NYU**
6:21 14:12 30:3,8
78:22 79:2 81:11
81:19 82:16 100:3
513:16,17 514:2,3

**O**

**O'Dell**
2:3 5:7 20:23 23:11
26:5,11 28:9,20
28:24 32:20 38:15
38:20 41:12 46:1

| | | | | |
|---|---|---|---|---|
| 46:17 47:12,23 | 195:13,15,19 | 330:4 334:12 | 495:14,21 496:2 | 96:21 100:12 |
| 49:17 50:18 52:6 | 200:14 206:19 | 335:11,24 336:4 | 498:16 500:6 | 102:3 103:11,12 |
| 52:24 53:20 56:8 | 208:1 209:2,10 | 337:4,11,15 338:3 | 501:21 503:12 | 105:11 106:1 |
| 56:11,14 60:19,23 | 210:4,8 212:11 | 339:16 340:5,21 | 504:6,23 505:11 | 107:7,9 108:1,10 |
| 61:3 67:2,19 68:7 | 214:2 217:16 | 341:14 342:13 | 506:6 507:7 | 108:24,24 109:13 |
| 68:18 70:4,20 | 218:19,24 219:9 | 346:3 348:20 | 510:13 511:20 | 110:3 113:22 |
| 71:10,22 74:11,18 | 220:14,20,23 | 351:11 352:12,15 | 514:14 516:4 | 114:14 115:5 |
| 75:1 78:8 82:19 | 221:7,13,24 | 353:10 355:14 | 517:16 519:10 | 116:6 122:6 |
| 83:2 84:22 85:5 | 222:24 224:18 | 360:16 361:6 | 523:7 524:1,14 | 126:10 134:3,20 |
| 85:13 87:13 89:19 | 225:3,14,18,22 | 362:14,23 363:19 | 526:13 527:6,20 | 135:17 137:21 |
| 90:17 91:4,20 | 227:6,24 230:9 | 364:24 365:16 | 528:15,19,23 | 138:17 139:7,23 |
| 92:6 93:3,21,24 | 231:16 232:23 | 367:8 368:22 | 529:15 531:9,17 | 140:10 143:13 |
| 94:14 96:12,21 | 233:2,20 234:7 | 369:19 370:13 | 533:15 534:18 | 144:14 145:2,16 |
| 97:12 98:5,19 | 235:8 238:12 | 372:17 375:24 | 535:16 537:8 | 146:6,24 147:14 |
| 99:22 100:12,23 | 239:18,23 240:15 | 376:17 377:20 | 538:18 540:4,12 | 152:9 153:6 |
| 101:8,22 102:2,23 | 241:19 242:13 | 378:11,17,22 | 541:15 543:4 | 154:10 155:21 |
| 103:11 105:11 | 243:7 244:14 | 379:14 380:24 | 544:5,10,19 | 157:23 159:19 |
| 106:1,23 107:3,7 | 245:5 246:9 | 382:9 386:12,17 | 545:14 547:8,16 | 166:21 170:12 |
| 108:1,10,24 | 248:23 249:15 | 387:5,21 390:15 | 548:8 550:3,14 | 172:4 173:16 |
| 109:13 110:3,7 | 251:7 255:20,23 | 392:3,16 395:9 | 552:12 553:13 | 175:18 178:18 |
| 112:14 113:22 | 257:4 258:13 | 396:18 399:10 | 556:7 557:7,10 | 179:3 180:13 |
| 114:14 115:5 | 259:7 260:6 262:9 | 400:8 402:23 | 559:16,21 560:9 | 181:12,19 184:3 |
| 116:6 117:19 | 262:22 263:17 | 403:9 405:23 | 562:12 563:6,12 | 185:5 188:3,19 |
| 120:3 122:1,6,8 | 266:13 267:3,12 | 408:22 409:15 | 564:11 565:1,11 | 189:6,21 190:23 |
| 125:20 126:4 | 267:18,23 268:9 | 412:16 413:9 | 566:20 567:18 | 191:12 192:11 |
| 127:18 134:3,20 | 269:6 270:4,24 | 415:23 416:21 | 569:21 570:7,14 | 193:3 200:14 |
| 135:17 137:21 | 271:22 274:8,13 | 417:15 418:14,22 | 571:13,17 573:10 | 206:19 212:11 |
| 138:17 139:7,23 | 274:17 277:10,14 | 423:3 424:2,18 | 576:9,13 577:15 | 214:2 232:23 |
| 140:10 142:12 | 281:7 282:6 283:5 | 426:8 428:21 | 578:6 | 233:3,20 238:12 |
| 143:13 144:14 | 284:13 285:15 | 434:16 436:11 | **oath** | 255:20,23 257:4 |
| 145:2,16 146:6,12 | 286:10 287:9,20 | 438:12 439:6,12 | 13:16 | 258:13 262:9 |
| 146:24 147:9,14 | 289:16 291:6 | 439:18 440:11 | **OB/GYN** | 263:17 266:13 |
| 147:19 148:19 | 292:24 293:20 | 446:5 447:16 | 191:15 193:9 | 267:3 269:6 |
| 152:9 153:6 | 294:18 295:24 | 449:23 451:21 | 353:24 360:9 | 271:22 274:8 |
| 154:10 155:21 | 296:19 299:15,19 | 453:15,17 458:4 | 361:10 362:18 | 281:7 282:6 283:5 |
| 157:23 159:19 | 300:22 302:23 | 460:6 462:3 463:2 | 554:10 555:19 | 286:10 287:20 |
| 161:5,16 162:24 | 304:19 305:6 | 463:8 465:15 | **OB/GYNs** | 293:20 294:18 |
| 166:21 168:12 | 306:7,15,19 307:7 | 473:5 474:16 | 167:24 | 296:19 300:22 |
| 170:12 172:4 | 310:15 311:19 | 476:6 477:15 | **obesity** | 305:6 306:7,15 |
| 173:16 175:18 | 312:21 313:10 | 478:8 479:1,9 | 301:15,15,17 | 313:10 314:20 |
| 178:18 179:3 | 314:20 315:8 | 481:23 482:2,7,17 | **object** | 324:12 329:13 |
| 180:13 181:12,19 | 316:21 317:1,9,15 | 483:16 484:5,11 | 32:24 47:12,23 | 330:4 334:12 |
| 184:3,17 185:5 | 317:20,24 318:7 | 485:17 486:3,15 | 49:17 52:6,24 | 340:5,21 341:14 |
| 187:4 188:3,18 | 318:12,16,22 | 487:11 488:14,21 | 68:7,18 70:4,20 | 342:13 346:3 |
| 189:6,21 190:23 | 319:1,6,13 321:6 | 489:6,22 490:20 | 71:10,22 82:19 | 348:20 351:11 |
| 191:12 192:11 | 322:1 323:3,15 | 491:7,15,22 | 85:13 87:13 89:19 | 352:12 353:10 |
| 193:3 195:1,4,10 | 324:12 329:13 | 493:13 494:13 | 90:17 91:20 92:6 | 363:19 365:16 |

Judith Zelikoff, Ph.D.

367:8 368:22
369:19 370:13
372:17 378:11,22
392:16 395:9
396:18 399:10
402:23 416:21
417:15 418:14
423:3 424:2
428:21 434:16
438:12 446:5
465:15 473:5
476:6 477:15
478:8 479:9
524:14 526:13
527:20 533:15
540:4 552:12
566:20 567:18
569:21
**objection**
26:5 32:20 38:15
46:1,17 56:8 67:2
78:8 83:2 91:4
93:21,24 94:14
96:12 97:12 98:5
98:19 99:22
100:23 101:8
112:14 117:19
120:3 147:9
148:19 162:24
168:12 184:17
187:4 195:1 209:2
209:10 217:16,17
218:19 219:1,9
220:14 224:18
225:3 227:6,24
231:16 234:7
239:18,23 240:15
241:19 242:13
243:7 244:14
245:5 246:9
248:23 249:15
259:7 260:6
262:22 268:9
270:4,24 284:13
285:15 289:16
291:6 292:24
293:21 295:24

299:15 304:19
307:7 310:15
311:19 312:21
315:8 321:6 322:1
323:3,15 335:24
337:5 355:14
360:16 361:6
362:14,23 364:24
376:17 377:20
378:17 379:14
380:24 382:9
387:21 390:15
392:3 400:8 403:9
405:23 408:22
409:15 412:16
413:9 415:23
424:18 426:8
439:18 440:11
447:16 449:23
451:21 453:15,18
458:4 460:6 462:3
474:16 479:1
486:10 487:7
488:10,19 489:2
489:16 490:8,24
491:12,19 493:8
494:8,10 498:3
500:2 501:16
503:7 504:2,17
505:8 506:3,20
510:11 511:17
514:12 515:24
517:6 519:8
528:15,19 529:15
531:9,17 534:18
535:16 538:18
541:15 545:14
547:8,16 548:8
550:3,14 553:13
557:7 559:16,21
560:9 562:12
563:6 564:11
565:1,11 573:7
**objections**
50:19
**objects**
126:5

**observable**
264:3
**observation**
151:14,17
**observations**
223:24 224:7
**observed**
517:15 572:23
**Obstetrics**
563:22
**obviously**
339:17 479:14
**occasion**
149:12
**occasions**
339:7
**occupational**
120:20 123:15
512:13
**occur**
236:17,18 327:21
363:17 365:15
402:6,18 403:3,7
473:4 474:14
475:5
**occurred**
291:5
**occurring**
357:1 373:20 478:6
**occurs**
123:16 237:9
260:16 327:16
331:20 475:4
**odds**
564:16
**offer**
26:3 72:9,18,22,24
150:10 151:3,7
**offered**
150:18 163:17
**offspring**
176:24
**oftentimes**
118:16 164:2 324:1
377:1
**oh**
84:17 142:17 251:2

386:9 436:19
472:3 495:21
524:18 538:8
542:21 545:21
570:1 572:3
**okay**
40:18 42:18 49:8
56:13 58:24 60:23
61:3 65:17 74:5
84:17 91:9 98:18
100:21 101:2,12
113:9 114:20
121:18 122:22
130:22 146:10
161:12 162:13
178:23 181:9
195:22 205:15
207:13 208:19
209:19 210:18
218:1 220:8,24
231:1 250:5 259:3
267:10,18,23
277:13 291:17
304:14 315:21
317:4 319:6,13
332:12 347:6
348:2 349:8 353:5
368:10 378:3
380:11 382:22
384:21 386:24
397:7 402:16
404:6 426:2 427:6
427:13 430:20
436:5 441:23
442:19 443:4
444:8,24 447:2
451:6 453:9 454:6
454:17 457:18,22
458:24 459:18
460:2 482:4 484:9
485:15 495:2
498:17 505:21
506:11 508:16
509:23 520:2
522:15 523:7
524:22 526:4
530:15 536:20

540:23 542:17,21
542:24 543:16
569:24 570:14
571:10,13 573:18
576:9,13 577:14
**once**
371:6,6 468:9
**oncologist**
177:9,11 354:1
554:23 556:2,6
**oncology**
177:13,15 554:10
555:22
**one's**
79:8,20 80:11
82:15 87:1
**one-on-one**
167:5
**ones**
54:21 140:9 171:7
220:21 223:1
272:19 502:16,20
573:22
**open**
37:21 82:6 370:6
**openings**
333:23
**opining**
434:24
**opinion**
23:2 25:19 30:6
31:14 54:16 57:6
71:1 72:2,13,24
74:2,3 76:20
80:12,13 90:11
92:12 101:10
112:6 113:7 114:1
115:10 118:15
138:9,22 139:10
150:3,18 152:22
156:15 165:18
172:13 183:22
189:11 193:15
194:9,23 195:7,9
198:9 199:2,3
200:9 201:21
214:6 215:12

Judith Zelikoff, Ph.D.

219:15 220:12
228:4 234:4 236:5
241:18 243:20
246:15 248:20
249:4 253:17
255:12,16,18
256:23 257:6
258:10 259:4
266:6,7 267:6,10
268:4 269:4,18
271:10 272:7,10
276:14 278:12,16
281:21,22 298:5,9
302:2,6 306:22
309:22 311:16
315:5 319:24
320:3,6,7,11,15
320:24 321:1,2,21
330:7 349:15
350:19,21 355:20
356:4,14 374:5
380:21 381:13,20
382:4,12,23 383:5
383:6,10 391:2
395:13,19 396:6
396:21,22,23
419:9 422:24
424:14 432:10
434:1,7,8 440:8
440:23 441:11
447:23 465:12
466:23 469:2
486:8,13,17,19,22
488:13,16 500:5
501:10,12 503:11
505:7,13 510:15
513:10 519:24,24
530:4,6,7 542:11
547:20,22 551:18
560:18
**opinions**
22:23 25:15,22
26:3,17 29:24
30:4 34:6,8 56:6
62:10,12,13 69:2
71:21 72:8,18,21
73:19 135:14

138:13 140:21
146:21 147:7
148:9,12 149:5
150:10 151:3
163:18 165:9,14
176:2 189:2,9,20
198:6 212:5 226:6
226:10 227:21,22
228:8,14,18
230:16,18,19
238:5 249:12
266:20 278:2,8
373:24 374:7
391:23 392:13,22
394:23 395:6,8,24
396:1,3,17 398:7
399:3,7 422:3
445:5 499:23
501:7,15,19 502:3
505:24 506:18
509:17,20 517:18
540:11 547:14
548:2,4 576:5
**opportunity**
424:6,10 448:11,19
449:1 579:9
**oppose**
126:11 339:17
**opposed**
111:8 239:3 453:14
**order**
51:13 55:1 98:23
118:21 126:2
145:23 146:4,8,11
146:16 212:19,19
237:20 420:7
**organ**
33:17 165:23 288:6
298:22 301:12
312:6,12 330:14
331:10,11 355:5
371:18
**organism**
329:5,7
**organization**
152:20 153:4 154:8
216:19 217:10

218:2,14 222:19
**organizations**
46:6
**organize**
463:19
**organs**
300:16 311:8 513:3
**origin**
192:9,14,18 193:1
**original**
135:4 432:7 580:15
**OSHA**
120:1,8
**others'**
79:6,18 80:9 82:13
**outcome**
31:8 104:22,24
151:11 183:1,16
183:23 446:3
**outcomes**
184:12
**outdoor**
173:3 459:4,7
460:15
**outline**
133:20
**outlined**
506:17
**outside**
16:10 34:5,10
**ovarian**
6:11,16 8:6 9:16
21:22 22:12,24
24:24 25:4,12
29:12 31:4,7,24
32:5,10 60:15
62:17 73:2,7,12
126:24 127:13
128:6,9,18 130:8
130:12,18 131:1,9
141:13 148:14
149:7 150:16
152:8,13,21 153:5
153:21 154:9
155:2,8 156:17,24
157:5,13,22
163:21 164:9,20

165:4,9,15 167:13
167:20,23 169:6
171:2,19,20 172:3
177:23 178:4
191:8 192:10
193:13,17 194:10
194:15,17,21
196:23 201:9
205:9 206:1,13,17
207:9 208:15
209:1,8 210:2
216:3,16,22
217:14 218:18
221:5 222:9,22
226:21 227:5,10
230:7 231:7,14
232:22 233:17
234:5 239:17
240:13 250:11
254:5,7,13 255:5
255:13,22 256:15
257:2,11 258:6,9
258:12 259:5
260:5,15,15,20
263:16 264:20,21
265:2,8 267:2
278:14 279:7
280:5 281:5,10,17
282:4,12,18 283:4
283:13,16,21
284:7,11,17
285:14,23 290:19
292:23 294:16
296:17 297:6,6,12
297:17,21 298:1,2
302:8,16 303:7
306:5,12 307:1
311:17 349:11,14
349:17 350:2
351:1,10,16,20
352:7,10,18,24
353:4,9,16,20,21
354:4 355:12
356:7,8,9 359:12
359:17 360:3,14
360:15 361:1,5
362:1,4,10,13

363:11 375:24
376:3,6,10,15
381:15,20 382:2,7
383:2 385:14
397:11,15 398:9
400:4,20 401:7
415:8,15,19 431:3
431:19 432:5,12
432:17 433:24
438:18 444:14,19
469:4 470:8,21
472:6,14 473:4,17
474:1 475:17
476:5 478:20
479:21 499:5
500:1 504:11,16
505:19 507:1
508:11,19 509:11
511:11,16 513:13
514:11 518:5
520:6,10,14 532:7
532:12 533:3,7
543:2,12 544:3
545:10 546:10
552:22 558:3,11
558:20 559:12
560:7 561:8,24
570:20 571:3
575:6
**ovaries**
293:15 299:8,14
300:21 302:8,15
303:6 304:18,24
313:24 314:3,19
315:7 320:2,14
321:5,24 322:20
323:2,13 332:21
340:3,20 341:12
346:1,14 358:8
370:12 403:8,14
435:8 464:19,21
464:23 465:8
468:15,23 499:16
507:4 574:23
**ovary**
192:20 271:16
287:17 288:11,20

Judith Zelikoff, Ph.D.

Page 621

288:23 291:5,12
291:21 294:7,10
298:10 299:4,6
308:6 312:8 313:9
314:14 315:17
324:11 345:22
346:22 354:10
356:14 403:18
467:6,9 517:23
518:4,20
**overall**
541:21
**overload**
402:10,22 403:7,13
**overview**
409:8
**overwhelm**
402:8,20
**overwhelmed**
365:8 366:16 367:4
367:17
**oxidant**
297:9 324:20
371:20
**Oxidants**
363:11
**oxidase**
476:1
**oxidation**
367:19 475:9
**oxidative**
297:2 307:22
369:15 375:20
421:20 470:13
471:7 486:20,23
487:5 504:19,21
**oxide**
110:23 307:17
**oxidized**
420:22 421:16
**oxygen**
103:24 119:14
256:13 257:8
297:10 300:11
308:12,15 309:12
363:24 364:6,15
364:22 365:6,13

366:2,6 367:18
469:24 475:10
504:14

———————

**P**

**P**
2:3
**P-E-N-N-I-N-K-I...**
232:14
**P.C**
2:2,13
**p.m**
196:2,6 277:18,22
319:15,21 338:19
338:23 383:16,21
442:2,5 463:24
464:4 485:19,23
523:13,18 529:5,9
578:11,14
**PA**
2:8,15
**page**
5:14 6:5 7:5 8:5 9:5
10:5 11:5 12:6,9
12:12,14 35:22,24
36:2,4 38:8,10,10
38:22 39:4,4
40:23 41:6,8,10
41:15 48:13,16,19
49:10,12 51:19,21
52:16 64:12 79:4
79:13 84:16,20,21
88:16 89:6,8,8,9
91:11 116:8
126:17 127:4,5
128:24,24 199:13
202:9,18 203:1,2
207:2 208:21
213:9 230:3,9,12
230:14 233:5
237:21 243:15
248:4 250:3,7,7
253:12,14 278:18
313:4,5 332:4,13
333:5 335:15
336:8,13,13
343:23 344:1,2,3

344:3 347:6
359:19,20 363:9
363:13 368:10
379:7,19 396:6
398:24 399:22
403:20,22 408:6,9
409:24 411:7
417:8 419:23
421:22,23 425:20
427:9 429:22
430:16 431:15
433:9,16 436:3,11
436:13 437:8,20
445:1,4 446:14
449:2,6 450:14,16
452:4,11 454:17
454:18 455:16,19
457:15,19,23
460:12 461:2
469:19 470:16
472:1 473:23,24
474:5 476:17,18
477:10 480:10,14
484:24 485:8
487:15 496:6,12
497:15 498:19
501:22 505:21
506:12,13,18
507:23,24 509:4
511:21 512:5
520:18,20 524:3
527:22 528:1
538:2,9 539:18
540:17 541:4
543:4,6,17,18
544:23,24 545:3,4
545:5,6,22,23
549:16,16,17,19
552:6 564:1 567:8
570:3,4 572:9,18
573:20 574:11
575:15,20 577:2
581:4 583:2
**pages**
41:4 48:23 49:2,5,7
99:8 266:17 359:6
396:13 425:20,24

450:6,19,23
457:17 502:13
538:1 582:6
**paid**
17:20,22 26:2
132:12 446:1
447:3 448:7
**paints**
181:5
**panels**
15:13
**Paoletti**
451:4,6
**PAPANTONIO**
2:8
**paper**
25:7 52:9 63:21
74:1 99:7 103:15
104:18,23 111:4
116:15 118:10,24
119:6 122:11,12
122:23 123:13
124:7 136:8 142:5
151:12 158:4
201:17 204:23
205:7,14 209:17
209:21,23 210:9
210:11,13,15
216:1 218:16
223:22 231:13
249:3 287:12
340:16,19 341:1,5
361:18 377:23
378:2 379:24
381:5 405:9,12,18
406:3,4,12,13,14
407:17 414:12
435:11 447:12
448:6,16 450:2
452:6,20 456:20
470:16 471:8,22
471:24 472:9
473:15 481:13,19
484:24 494:16
507:11,18 509:1
515:3,5 537:20
538:22 566:12,16

567:7 569:10,20
573:13 576:20
**papers**
51:12,14 66:11
69:9,10 83:7
112:19 133:11
137:5 140:20
151:6 160:18
204:4 250:12,13
250:14 378:5
381:4 408:2
473:11,19 531:20
531:24 533:18,24
534:11,13 537:1
**paragraph**
128:12,13,23 129:3
129:5,12,16,22
130:2 131:14
137:1 199:22
202:24 230:5,15
230:17 245:1
332:8 333:6,7,9
334:8,24 335:9,19
336:10 337:7
338:11 401:4
404:1,3,14,15,16
404:20 408:9
410:2 411:8,14
420:2 421:11
429:24 430:11,13
430:15,22,24
431:9,14 445:4
446:18 449:12
452:11,14 454:19
458:19,20 459:19
460:18 461:7
469:20,21 470:5
472:3 473:23,23
474:9 476:19,22
481:1 496:11
497:17 498:20
499:2 508:15
520:20,21 538:10
538:14 544:23
545:7,23,24
**paragraphs**
129:9 540:16

Judith Zelikoff, Ph.D.

Page 622

parameter
239:12
parameters
242:3 311:5
paraphrased
81:2
parent
94:19
parents'
95:2
part
15:9 31:8 33:24
  43:21 44:19 66:16
  133:3,22 137:17
  138:2,12 168:10
  174:6,7 202:10
  203:10 207:15
  213:24 238:4,7
  241:8,12,13
  326:19,19 327:12
  336:22 344:22
  350:16 384:16
  401:24 402:4
  407:23 420:11
  427:11 489:24
  504:14 505:16
  524:10,11 575:19
  576:3
participate
394:11
particle
237:18,19,24 238:3
  238:10 239:1,4,7
  239:15,21 240:11
  240:12,21 241:5
  241:11,17,24
  242:7,8,11,20
  243:6 259:1 293:4
  298:13,24 299:9
  299:13,23 305:22
  306:3 307:4,12
  314:5,24 315:6,15
  319:24 320:11
  321:3,22 322:17
  322:22 323:11,23
  324:8,16,16,17
  325:10,24 326:2

327:19 328:22
332:5 334:9,24
402:3,10,22 403:7
403:13 427:17
428:10,19 429:12
429:12,13 440:9
440:22 441:13
465:2 466:20
467:5,9
particle's
339:22
particles
185:17,18 186:14
  198:15 238:24
  240:14,17,20,23
  254:9 266:11
  286:24 293:4
  299:3 301:4
  303:22 304:3,10
  304:12,15,16
  305:3,4,9,9,12,15
  305:19 307:15,16
  307:17,24 324:1
  324:24 335:22,23
  346:22 402:2,8,20
  426:4,6,12,14,16
  426:20,24 427:16
  427:22,24 428:8
  428:17,24 429:8
  434:7,20 464:11
  464:18,19 468:11
  468:17,18 491:6
  506:23
particular
104:19 163:3
  183:16 189:3,10
  191:4 197:2 201:7
  237:1 244:8
  255:10 259:14
  275:8 280:15,19
  281:10 282:15,16
  301:20 303:8
  312:5 326:2
  330:13,21 331:6
  346:10 362:17
  365:22 369:22
  402:14 424:11

474:4 514:9
520:10 536:23,24
576:20
particularly
185:12 283:24
574:23
particulate
176:22 303:21
  499:14 541:6
particulates
303:13,18,20
  312:19 499:7
parties
442:15 463:11
parts
260:24 288:1
  302:17 468:7
party
446:2 447:14
pass
462:22
passage
81:1,5
passages
98:4
passed
94:18
pathologies
311:11
pathology
177:15 193:23
patient
177:19
patients
177:6,8,23
pattern
244:8
pause
407:24
pay
15:13 132:14
paychecks
227:17
PCPC
4:6
PDQ
393:1,1,4 394:19

394:21 395:8,23
397:2
peer
97:18 171:5,14,17
  210:14,16,18,21
  211:2,9,13,16,21
  212:4,9,17,22
  213:4,8,12,13,16
  213:21 215:10
  445:20
peer-reviewed
204:7 207:5 445:17
peers
554:22
pelvic
10:6 11:15 349:10
  349:22 566:1
pelvis
507:1
pen
404:4
penalty
69:20 70:3
pending
173:5
penetrate
333:24 334:2
Penninkilampi
9:17 231:22 398:12
  398:16 502:8
  507:10,18 509:14
Pensacola
2:10
people
105:4 111:12
  151:14 184:24
  251:23 252:5,9,13
  269:23 380:4,7
  557:15
people's
82:24 83:7,7 96:19
  109:22
percent
248:6,7 449:10,16
percentage
99:2,13 188:1,15
  310:7 456:5,6

percentages
188:22 309:7
perceptions
141:3
perfectly
338:14
perforated
120:21
performed
131:15 198:8 253:1
  253:7,9 375:8
  380:5 472:4 496:9
  531:11
perineal
6:16 9:15 60:15
  127:1,13 128:18
  130:9,13,18 131:1
  131:9 205:9
  206:16 207:8
  208:13,23 222:21
  279:6,20 286:14
  288:20 300:3
  332:22 333:14
  334:4,10,17 335:2
  336:9 345:11
  346:15,18 370:22
  371:7 372:15
  373:9,10 376:16
  394:22 396:9,12
  397:2,14 400:3,19
  425:22 428:1
  499:14 505:18
  510:3 518:12
  520:6 541:6
  548:16 570:19
perineum
233:8 278:24
  279:11,16 287:19
  288:13 320:1,13
  321:4,23 322:19
  323:1,12 324:10
  335:23 336:16
  340:2 341:11
  345:8,16 346:2
  357:24 358:6
  362:22 370:10
  371:24 373:21

Judith Zelikoff, Ph.D.

379:13 439:5,17
477:14 478:7
499:8 510:14
**period**
215:1,11 251:19
357:9 358:12,13
386:2
**periods**
357:4
**peritoneal**
8:7 499:9
**peritoneum**
233:7 499:8,17
**perjury**
69:21 70:3
**permeability**
420:6,13 421:13,15
**peroxide**
300:12
**persistently**
354:16
**person**
173:19 409:10
439:22 460:3
**person's**
94:20
**personal**
14:21 172:24
201:21 423:16
**personally**
253:11 256:3
276:11,24 376:11
**personnel**
443:8
**perspective**
264:13 553:3,4
**pertinence**
134:13
**pertinent**
135:16,21
**pesticides**
166:9
**Peters**
9:10
**Petition**
9:14
**ph**

1:20
**Ph.D**
1:13 5:4,18 13:19
177:5,16 252:16
579:8 582:16
**phagocytose**
309:11
**pharmaceutical**
409:6 451:15
452:14
**pharmacopeia**
451:24
**phenotype**
244:19
**Philadelphia**
2:15
**phone**
21:10 23:7,14
28:14,16 29:2
**phrase**
121:10 151:21
**phrases**
135:11
**phrasing**
489:13
**physician**
353:23
**physicians**
171:19
**picture**
509:12
**PID**
349:17,18
**piece**
314:24
**Pier**
64:15,18 411:10,15
411:19 412:5
494:4,12
**Pier's**
64:7,9 389:24
**pipes**
461:20
**Pisano**
285:11 317:5
318:24 319:12
336:21 338:16

339:3,5
**place**
115:11 395:17
516:16
**placed**
37:20 54:24
**places**
107:22 258:18
277:5
**placing**
518:11
**plagiarism**
79:5,17 80:16 81:1
81:4,10 82:12
88:7 99:21
**plagiarized**
82:23 98:24
**plaintiff**
73:4 126:4 127:17
171:8 173:15
211:3,23 274:9
390:24 393:22
412:20 533:9
**plaintiff's**
165:2 385:11
**plaintiffs**
19:7 20:1 21:21
23:6 26:2 27:19
34:19 50:20 59:1
142:11 143:2
144:10,22 148:16
148:22 149:9
163:16 171:23
174:4,8 228:22
254:3 332:19
339:16 375:2
390:4 412:15
532:11 533:12
**plaintiffs'**
2:21 16:1,11 17:3
17:10 24:11 34:5
34:10,23 35:3
40:3 49:24 53:5
58:10 132:10
139:16,19 140:15
142:1 143:20
159:6,17 170:19

171:1 211:23
212:8 213:17
254:14 273:17
275:13 276:2
385:22 393:14
447:4,8 463:11
525:17,19 526:10
532:24 540:2
**plan**
337:21 338:7
**planned**
463:18
**platy**
267:1,7 268:14,19
268:20,22 466:1,2
466:5,6,10,12
519:14,16,19
**plausibility**
24:14 68:3,14
69:15 73:6,16
126:24 128:3,16
129:3,13 131:5
135:15 137:7,20
138:5,16 144:13
145:1,15 148:14
149:6,16 150:11
151:4,18,21 152:3
152:23 156:16,23
157:4,12,21 172:2
189:12,18 190:8
190:11,20 193:12
198:19 199:6,23
200:7,11,17
201:12,14,20
202:3,8 205:5,8
205:20,24 216:2,4
216:7,15,21,24
217:13 218:17
220:13 221:16
222:7,8,21 223:20
223:24 224:6,12
233:12 234:11
238:11 239:16
240:2 241:10,18
243:5 256:11,19
257:1 266:20
267:1 270:2,8,21

271:3 275:4
276:22 278:3,9,13
281:20 282:12,14
284:6 285:1
290:18 292:17
298:9 299:21
302:4,6,10 311:16
311:24 320:17
333:17 349:2
350:6 360:19
368:4 372:7
373:24 376:23
377:3,13 381:19
381:24 383:2
398:8 400:12,13
438:19 440:10,23
441:9 469:1
470:10 471:6
475:7,20 499:24
504:5 506:14,17
520:5 546:5 568:4
569:15 571:1
**plausibility/plaus...**
221:4
**plausible**
127:11 128:16
130:7 151:11
152:2 306:5 313:9
349:16 350:1,19
356:9 361:15
382:6 401:22
416:19 432:11,16
499:13 504:10,15
505:16 512:23
513:11 541:5
**play**
382:19,24,24
445:21 470:20
517:11
**played**
399:6
**players**
325:17
**playing**
328:7 517:12
**plays**
31:13 565:5

Judith Zelikoff, Ph.D.

Page 624

please
13:15 14:6,7 23:21
   29:18 33:6 38:14
   51:21 60:6 65:14
   68:10 69:23 75:3
   85:23 91:23 102:8
   107:12 130:20
   137:24 142:22
   147:2 159:21
   166:24 208:19
   211:10,19 225:23
   234:2,21 235:9
   236:3 250:3 330:9
   332:16 387:1
   390:20 411:2
   421:9 430:13
   433:12 445:1
   446:15 449:5
   499:3 500:15
   510:20 524:6
   527:23 543:5,10
   566:24 573:19
   575:15 578:9
   580:3,8
pleural
343:20 344:5
pleurodesis
218:10 438:11,22
   439:1,6,8
PLLC
2:18
PLM
456:5
Plunkett's
49:14
PM
303:21,22
pocket
132:13
point
20:12,13,13,15
   21:11 97:22 104:3
   104:5,9 111:20
   118:18 120:7,8
   124:17 166:9
   171:11 198:24
   214:17 215:19

247:21 338:13
365:19 371:14
391:22 430:12
497:9
pointed
43:1,1,3 102:14
   191:14 359:5
   453:8
pointing
120:6 122:16
points
76:2 96:6 116:13
   116:18 118:22
   119:3,5,7 397:23
polarized
252:1 253:4
policy
78:22,23 81:9,14
   81:16,22 82:10,16
   99:18 100:3
pollutants
166:2,10
polluted
290:11
pollution
178:10,12 224:1
polymorphism
381:8
polymorphisms
380:1,6,22 381:14
   382:19 383:7
Polymorphonucl...
325:15
Pooley
248:7,15
population
117:10 159:4
   401:14 458:17
   461:8,12 462:17
populations
416:3 559:24
portion
83:16,18 84:18
   88:15,16 93:9
   103:2 106:14
   115:19 121:20
   128:4 524:5

540:10,15 550:1
552:3 576:21
portions
82:23 93:15 95:23
   98:15 100:9
   119:24 123:5
   549:14
position
14:18 62:15 392:23
   513:22
positive
140:22,23 207:7
possession
72:14 521:23
possibility
194:17 237:17
possible
124:9 206:17
   208:14,24 391:18
   400:15 406:18
   407:7,20 495:24
   505:4 518:2
   570:20,24 571:8,9
possibly
156:2,6 286:23
   537:22
post
44:16,21 57:4
post-report
48:2
potent
510:17,23
potential
30:14,16 44:4 90:9
   151:7,8,10,11
   152:2 190:4 256:8
   280:13,14 281:23
   282:1,4,23 283:11
   285:4 288:4 314:7
   320:20 324:18
   342:23 373:5
   385:5 401:5 403:2
   403:2 423:10
   425:10 488:7
   499:6 508:8,17
   528:12 529:24
potentially

322:12 507:15
potentials
281:6
powder
1:5 6:10 10:6 13:9
   21:23 45:21 73:1
   90:4 127:14
   128:19 130:9,14
   130:19 131:2,10
   157:12,21 172:3
   187:3,20 188:2,14
   189:4,14,19
   190:12,17,22
   196:23 201:7,8
   206:12,16 208:14
   208:24 209:8
   210:2 216:3,21
   217:14 221:2
   222:9 223:15
   240:5 242:12
   246:24 247:14
   248:3,12,16
   265:15 266:1
   270:9 271:4 275:8
   275:9,16 276:10
   276:23 278:2,7,24
   279:10 286:9
   287:18,23 288:12
   292:2 295:23
   340:1,9 344:13
   345:2 346:22
   352:10 363:4
   366:14 370:20
   377:6 382:2
   397:10 403:15,17
   410:9,23 418:2,4
   418:8,12 423:11
   428:11,20 429:11
   429:17 438:24
   439:1 440:16
   441:7 449:8,14
   450:22 477:2
   487:24 488:5,8
   492:22 493:7,16
   493:18,24 494:7
   494:22 495:7
   499:24 513:6,8

514:6 515:6,16,19
   517:5 520:23,24
   528:14 536:16,21
   538:17,24 539:5
   549:21 550:18
   551:2,9 552:1
   559:5 561:19
   570:19 575:18,21
   575:23
powdering
286:22
powders
9:18 185:11 231:10
   248:8 493:21
   495:12 496:9
   497:24
PowerPoint
31:17
PowerPoints
167:3
PRACTICES
1:6
precaution
542:8,14,16
precautionary
542:2,6,10
prediagnosis
479:20
predilections
468:11
predisposes
87:1
predisposition
116:20
predominant
459:5
predominately
123:16
prefer
409:20
pregnancy
176:23
prejudice
339:12
preparation
27:7,12 44:19 63:5
prepare

28:7 39:21 52:23
63:3,6 67:24 77:2
77:3,7 97:17
133:7,15 149:13
**prepared**
16:17 42:10 52:18
52:18,22 53:6,21
54:14 55:2 63:8
63:10 66:22 67:7
67:9,16,17 69:12
70:15 97:5 98:13
99:6,9 387:15
389:12 412:10,15
419:4 422:2
**preparing**
26:23 27:9,13,24
84:5 88:21 95:24
107:18 133:3
393:21 394:6
539:4
**preponderance**
416:10
**presence**
11:15 186:8 266:19
292:3 299:2
324:24 357:17
366:1 402:2
450:21 466:20
507:3 512:9,17
**present**
4:14 94:19 95:2
188:16 275:23
276:1 353:16
366:13 418:6,7
**presented**
493:23
**presenting**
79:5,18 80:8,14
82:13
**presently**
406:23 407:12
**president**
251:18
**press**
176:10
**pretty**
74:7 253:22 394:8

440:13 442:21
**prevalent**
31:9
**Prevention**
8:7
**previous**
401:12 449:17
574:21 576:24
577:4,22
**previously**
395:12 494:19
500:12 507:4
**primarily**
124:1 138:10
139:12 308:13
447:19 448:20
464:11,13 487:4
**primary**
8:6 168:6 192:9,13
192:18 193:1
350:4 382:15,15
458:2,10 532:19
**principal**
443:20
**principals**
489:11
**principle**
542:2,6,10,13
**principles**
489:8,14
**prior**
19:12,22 30:18,19
30:19,20,22 31:1
33:12 41:2 54:11
54:13 72:13,15
141:5,16 152:15
165:1,6 203:16
254:7 290:4,4
332:18 333:1
362:9 393:16
394:6 395:14
422:11 423:21
486:6,17 500:16
503:14 522:2
532:9,10,23 533:8
533:11
**pro-oxidant**

257:10 301:15
**probably**
20:19 32:7 74:13
74:17 107:9
231:20 342:18
415:4 416:14
467:21 519:2
**problems**
399:13
**process**
231:5 241:14 254:1
256:15 257:11
263:12,16 265:8
265:11,17,18
266:4,6,9,12
285:6 296:9 300:4
315:1 321:16
327:21 328:19
347:18 348:9,11
366:18,23,23
367:2,4 369:14
370:24 371:23
381:21 384:12
476:13 480:20
481:9 577:11
**processes**
256:9 291:1 326:16
363:16 372:8
478:17 479:8
**processing**
409:6 419:16
**PROCTOR**
2:8
**produce**
183:18,20,23
223:15 237:12
262:18 282:20,22
282:23 285:5
294:1 307:14,21
308:12,14,17,18
309:12 324:20
345:11 365:23
368:12 369:12,13
370:10 425:9
440:16 441:13
**produced**
43:17 141:21

142:18,24 143:3
143:19 144:1,11
144:23 145:14,21
145:24 147:15
166:15 261:15
264:9 273:11,21
330:10 441:7
480:3 493:16
**produces**
223:11 264:14
345:11 441:1,4
**producing**
242:2 256:12,13
289:23 519:20
**product**
37:5 191:2 200:1
265:15,16,22
266:22 270:9,12
270:13 271:9,10
272:4,10,15
274:19 275:18
278:11 298:5
364:1 366:14,17
370:18,20 377:5,6
419:18 421:17
441:7 447:21
455:11 519:18
**production**
10:13 12:8 51:15
66:19 123:17
143:5 144:4
273:14 275:19
276:14,18 280:17
297:9,10 388:21
388:22 409:10
475:24
**products**
1:5,6 21:23 73:11
90:5 127:14
128:19 130:9,19
131:2,10 156:16
156:24 157:5,12
157:21 189:5
223:15 224:2,3
271:4,6 276:23
280:21 340:10
363:5 382:3

406:19 407:9
423:12 428:11
452:15 453:4
455:12 465:21
477:2 479:4 488:9
493:16,20 494:1,7
496:21 498:10,12
499:24 512:18,22
513:6,8,12 514:6
520:23 528:14
539:21 540:19
559:5
**professional**
1:16 112:6 113:7
121:13 169:6,12
169:17 200:8
215:13 224:14,17
226:19 228:15
281:21 315:18
320:7 321:1
322:21 330:7
385:9 393:1 419:8
445:10,15 579:13
**professor**
14:16 69:4,7
**professors**
81:20
**program**
77:24 154:15
215:17 223:5
264:7
**programs**
555:13
**progress**
331:3 499:19
541:10
**progression**
353:14 476:14
505:4
**proinflammatory**
296:13 298:20
475:22 476:1
**proliferation**
192:7 284:22
479:13,17 577:7,8
577:10
**pronounce**

Judith Zelikoff, Ph.D.

507:16
proof
199:23 431:3
498:23 499:5
prooxidant
297:3
proper
82:24 135:13
375:17,18 467:11
563:14
propounded
582:9
protect
325:21 326:13
355:2
protected
459:14
protection
351:7
protective
145:22 146:3 359:4
protein
309:18 354:7 360:6
protocol
133:8,10,16
prove
201:2,4 496:20
497:23 498:11
540:18
proven
368:21 566:2,9
provide
57:24 117:20,21
139:21 140:17
142:2 144:22
166:24 169:3
190:19 198:13
199:5 201:18
256:19 275:14
377:2 385:12
390:8 393:15
400:16 512:22
provided
16:15 17:3 18:15
35:20 36:17 40:10
43:4 49:23 53:13
55:3 57:13 59:23

61:12 62:5 75:24
139:16 142:10
143:1,21 145:13
166:16 167:12
168:7 198:14
199:4 202:16
203:11,20 211:8
273:16,20 275:11
277:8 384:4
385:16,19 388:4
390:3 391:6
394:16,17 457:14
457:16
provides
200:23 256:10
349:1
providing
400:11
proving
68:3,13 158:19
proximity
408:12 459:11
psoriasis
348:8,12
PTI
4:10,11
public
1:17 8:18 9:7
260:14 503:15
579:14 582:23
publication
55:6 56:20 67:9,18
87:19 97:6,17
105:17 106:16
112:18 115:22
116:2 117:18
120:1 121:23
160:21 176:8
197:16 202:7
204:1 210:18
213:20 375:5
380:18 391:11
494:20 535:7
536:8 577:13
publications
75:23 78:15 133:11
137:2,3 138:10,20

162:6,12 163:13
163:24 164:24
175:14 176:18
187:15 198:14
204:12 216:9
218:8 375:9
380:10 391:13,20
403:5 444:18
445:18,23 448:20
489:14 492:1
538:16 539:10
publish
101:16 102:10
151:7 203:12
publishable
224:21
published
76:16 77:14 78:7
78:12 112:1,9
113:12 150:5,22
151:9,12,22 158:5
165:8,13 176:6
202:13 203:5,17
204:6,6,14 223:19
224:10,16 246:21
247:3,5,11,18,24
248:1 300:18
302:13,21 303:2
303:12 374:18
379:23 410:22
415:14 441:10
457:5 534:4
535:13,24 536:3
563:21 577:20
publishing
101:6 112:5 113:2
203:19 204:8,9
PubMed
44:10 54:19
puff
266:1
pull
41:20 48:6 59:15
61:18 62:1 65:20
66:12,16 413:19
431:1 570:8
pulled

414:1
pulmonary
183:20 343:21
344:11 438:16
purchased
410:23
pure
267:1,8,11 268:4,6
519:15
purpose
134:5 229:18 246:4
283:8 284:3
326:12
purposes
14:22 36:12 50:10
64:3,23 73:18
76:17 84:5 94:10
95:24 101:6 120:1
125:17 128:7
130:10 133:17
138:13 139:6
140:16 146:21
147:6 148:8 164:4
176:2 189:20
193:11 203:19
211:8,16 214:14
226:5,10 229:20
243:6 248:19
249:11,11 298:8
302:3 343:12
353:6 373:23
390:9 392:21
399:3 438:1,5,7
469:1 479:23
480:4 518:20
520:3 537:6 539:4
540:10 547:13
pursuant
1:13
purview
155:12
pushback
437:6
pushed
437:23
put
39:13 76:4,14 78:3

81:12 84:24 86:19
94:4 97:23 98:10
98:24 99:10 158:3
163:22 183:19
205:17 215:8
246:4 278:20
373:11 433:5
454:22 552:19
569:16
putting
44:5

_____

Q

qualifications
422:17 443:3
553:22 554:18
555:4,7
qualified
537:15
quantitative
137:16
quartz
406:22 407:11
question
23:21 26:8 29:17
32:23 33:6 38:17
41:9,13 46:13
48:4 51:5 61:6
62:19 70:6 72:16
72:17 73:3,15
77:16 86:6,22
87:6,7 90:22,23
91:23 102:6,8
107:2,4,9 112:23
112:24 114:4,5
122:2 129:16
130:21 133:14,15
134:14 135:22
136:14 141:8
142:8,9,21 147:21
147:23 149:2,4
150:1,20,21 153:1
154:5,6 155:11
161:9,21 164:15
164:18 174:23
175:24 183:12
192:1,24 194:2,7

194:22 199:11
203:15,16 204:19
208:20 209:22
211:6,19 212:2
216:14,14 217:6,7
217:7,17 218:13
218:13 219:3,12
219:21 220:6,9
221:12,14,18,23
222:3,15,18 226:2
229:5 234:1,2,23
235:3 236:5
238:14 241:22
247:10,23 249:18
253:6,7 256:4,5
256:18 261:22,23
261:24 263:1,2
264:19 265:1,3,5
267:20 268:2
273:24 278:5
279:2,8,13 280:24
281:1 284:10,23
285:9,18 287:14
288:8 301:1
302:18,20,24
303:9 310:19
315:21 316:18,20
316:22 317:7,8
318:1,13,19 319:5
319:7,8 320:10
323:8 325:5 327:3
329:10 330:9
331:4 332:17
333:22 334:21,22
334:22 335:18,18
336:5,23 337:6
338:10 349:9
352:21 353:18,23
354:18 362:8
365:24 366:21,22
367:1 369:1 370:4
373:10,16 376:24
378:4 379:9
381:13,18 384:2
385:15 395:7
396:10,15 402:15
402:17 411:4

414:17,17 417:10
420:14 425:17
427:12 429:15
433:11 436:18,20
438:15 440:14,21
441:6 448:3
465:23 478:22
479:19 482:6
483:12,14,18,19
484:6,12,14
489:19 492:24
496:5 497:11
504:8 513:20
516:3,6,12 517:24
522:17 525:14
526:6,7 535:8
537:16 538:7
540:23 546:17
550:13,17,21
551:7,13,17,17
552:7,10 557:2,10
557:22 558:16,24
559:8 560:15
561:21,21 565:7,8
573:12 575:4
577:13
**questions**
12:13 235:6,7
339:9,19 396:2
401:12 412:19
422:21 441:21
442:20 462:21
463:3,5,12 486:5
489:8,10,24
490:12 492:14,19
497:2,6,7 507:10
509:24 510:7
513:5,15 515:3
517:20 518:1
523:24,24 524:13
556:17 563:4,11
563:13 566:14
571:19 573:12
574:8 578:5 582:8
**queues**
167:4
**quick**

74:9 463:16
**quickly**
130:21 442:22
**quiet**
326:20
**quite**
91:13 92:8 99:5
121:9 123:10
162:7 192:23
259:16 355:17
394:14 500:21
**quotation**
80:18,22 96:11,15
96:24 97:2,10,24
101:18 102:11
103:8 105:19
113:21 115:1,11
116:4 119:15
**quotations**
75:21 76:4
**quote**
112:3 113:5,17
114:8
**quoted**
114:24 124:12
**Quotes**
6:23 7:6,8,10,12,15
7:17,21 8:10,13
8:16,18,20 9:6,9
9:12

---

### R

**R**
581:1,1
**Radical**
118:7
**radicals**
119:13 308:15
**radiolabeled**
197:14
**RAFFERTY**
2:8
**Railroad**
37:6
**raise**
251:1 495:23
**Rakoff-Nahoum**

7:15,19 115:23
116:3,10 117:2
118:5
**ran**
454:19
**random**
196:21
**range**
428:8,10,12 429:2
459:23
**ranged**
248:6
**rank**
182:23 183:15
**ranking**
182:13
**rate**
16:5 258:24
**rates**
257:15 258:5,11,16
**ratio**
179:8,13,15 564:16
**rats**
153:15 233:6
264:10,22 336:15
**raw**
453:3 455:10,19
539:20
**Ray**
251:13
**re-oxidized**
419:21
**reach**
102:23 135:14
287:17 288:6,20
298:10,13 300:16
332:21 369:17
467:6,9 468:1,1,8
**reached**
219:15 220:11
288:2,11,23 396:3
397:22 435:3
445:7 509:20
**reaches**
215:19 262:19
499:15 541:7
**reaching**

350:21 505:24
576:5
**React**
504:20
**reaction**
121:7 234:13
327:12,17 329:3
329:20 477:3
499:18 541:9
567:11 568:18
569:3,6 574:5,15
**reactions**
300:6,7 327:10
343:19 345:5
568:13
**reactive**
119:14 256:13
257:8 297:9
300:10 308:12
309:12 363:24
364:6,11,15,16,22
364:22 365:6,13
365:13 366:2,6,7
367:18 469:24
475:9 504:14
**read**
25:7,16 38:8,9,11
39:3,10,10,12
40:13,15 41:5,10
41:17,21 42:13,15
45:2,4 47:19 48:8
48:16,19 49:1,4
49:10,12,13 55:21
55:23 56:1 59:7
59:13 61:14,16
81:8 84:8 104:16
104:21 105:4,7
118:20 129:23
136:8,12 197:15
197:17,23 217:7
234:19 235:24
236:2 238:22
243:1 249:9,20
250:19 251:11
254:4,6 263:1
265:3 276:5 303:1
330:8 375:9 378:5

Judith Zelikoff, Ph.D.

399:14 407:1
410:13 411:22,24
412:1,2 413:3
415:13 422:18
433:9,15 454:23
455:8 459:1
471:10,14 498:6
499:11 503:2
525:4,6,13,16
526:19 527:4,12
527:14 542:22
543:10 546:7,18
549:2,7 550:7,8
552:16 576:22
579:9 580:3 582:5
**reader**
471:12
**readily**
502:20
**reading**
26:14 27:15 42:19
42:21,23 63:9
80:20 105:14
128:21 200:4,5
230:24 231:1,19
231:23 241:3,13
368:16 375:11
390:20 397:20
404:12 405:2,7
408:17 411:18
423:21,24 435:8
435:10 470:23
472:23 473:1
499:1 544:8,11
**reads**
472:10 545:8 546:8
546:17 565:23
577:21
**real**
463:16
**reality**
372:20
**really**
40:24 152:22
163:12,23 165:16
167:7 182:11
202:4 241:23

255:7 282:17
314:23 372:23
460:9
**realm**
166:13
**Realtime**
1:17 579:14
**reason**
194:12 294:5,8
301:17 336:22
368:8 386:17
426:19 467:8
468:22 580:5
581:6,8,10,12,14
581:16,18,20,22
581:24
**reasons**
496:14,18 518:15
**reassert**
50:19
**Rebecca**
88:17
**recall**
17:24 24:5 25:10
25:13 27:2 29:4
49:22 84:13 85:21
107:20 109:5
161:13 163:8
164:2 172:20
174:16 193:7
196:17,18 197:1
204:20 387:2
391:22 392:19
398:13,14 414:11
424:5,9 435:8,10
435:12 437:12
454:2,5 477:18
478:14,23 484:11
490:4 492:23,24
495:2 497:5,7,10
497:11 507:12,13
507:20 510:6,7
512:11 513:20
515:9 517:23,24
524:12,18 525:8
530:11,14 537:7
537:20 539:8

556:17 566:15
569:12 574:7
575:8
**recalling**
172:21 191:4 397:7
**receipt**
580:17
**receive**
15:16 37:10 40:21
42:2 57:15 58:8
60:17 61:7 144:7
144:9 393:20
**received**
38:2 41:2 42:8 50:2
55:13,14 61:10
139:18 144:17
145:18 500:21
577:19
**recognize**
220:4
**recognized**
225:9 226:15,15,20
226:23 227:4,9
503:24 554:24
**recognizing**
380:12
**recollection**
21:20 24:4 450:8
471:15 473:19
494:15 495:8
535:1
**record**
13:2,14 14:7 75:4,7
124:21 125:1,3,6
125:11 126:6
163:23 196:2,5,9
207:24 220:19
221:1,20 277:18
277:21 280:9
317:14,17,19,19
317:21,23 318:6,8
318:11,15,24
319:11,15,16,18
319:20 336:19
337:10,12,14,17
338:2,5,9,17,20
338:23 339:1

380:13 383:13,17
383:20 442:2,5
463:16,22,24
464:2,4 485:17,19
485:22 523:14,17
529:3,5,7,9
537:12 562:20
563:7 578:11
579:6
**recorded**
167:6
**recovery**
354:17
**recruited**
103:22 394:10
**recurrence**
194:17
**redone**
257:22
**reduce**
470:12 473:12
**reduced**
472:17
**reduces**
366:15
**REES**
3:12
**refer**
237:24 248:16
281:16 336:9
344:4 359:7 369:2
378:24 403:13
410:3 474:5 485:2
538:1,9,16 539:24
540:24
**reference**
7:8 48:10 51:2
61:23 62:1 64:14
65:1 76:5,18
77:18 78:3 86:21
93:10,11,17,18
94:12,13 95:17,18
95:22 97:8,10,16
97:21 98:11,16
99:10,20 100:10
100:10 101:19
102:12 103:14

105:20 106:19
107:15,22 111:21
112:11 113:6,20
114:9 115:12,22
116:24 117:4,11
117:12,15 118:7
118:19,21 119:2,3
119:11,14,23
123:20 124:6,12
159:14 167:12
206:15 232:19
350:5 379:7
388:11,12,15
398:11 410:10
411:8,12 412:4
426:14 430:23
435:14 494:24
505:23
**referenced**
34:24 63:2 65:13
103:4 335:19
413:20 427:23
468:20 548:5
566:6 578:3
**references**
41:18,19,21 48:7
53:3 54:4 59:13
59:15,16 61:17,22
66:2,10 95:11
97:7 115:24
118:11 120:24
125:15 139:1
160:24 161:3
350:17 409:2
502:11 503:2
**referencing**
122:5 430:10
**referral**
108:17
**referred**
64:20 175:6 250:6
313:2 389:23
524:3 539:18
540:16 563:3,8
**referring**
35:23 58:12 77:13
94:7 105:1 142:13

Judith Zelikoff, Ph.D.

151:19 210:5
245:14 251:8
276:15 340:9
343:23 344:18,20
359:10,16 373:19
379:3,20 402:11
402:13 430:21
431:11 455:6
470:5 473:22
522:11 578:1
**refers**
41:22 244:4,7
248:11 268:14
572:14
**refining**
123:17
**reflect**
27:18 221:20
324:23 387:15
**reflected**
17:12 26:23 384:23
**reflects**
43:6 72:2
**refresh**
188:9 194:1,6
531:2
**refuse**
34:13
**regard**
17:19 27:22 43:7
45:19 46:24 48:5
59:5 65:11 66:20
66:23 75:10,17
99:19 145:21
170:10 172:7,11
191:8 199:6
273:22 274:6
278:5 291:19
310:13 356:12
384:11 385:13,17
386:3 391:1 398:7
403:14,14 414:2
415:15 416:6
422:4 465:12,13
473:15 480:12
497:8 514:5
517:17 533:2

539:19 541:24
567:9 573:3
**regarding**
29:21 50:20 145:24
167:14 169:12,17
171:20 276:9
444:13,19 486:19
487:22 496:8
497:2 499:23
511:7,14,15
512:17 540:12
552:21 554:4
555:3 575:5
**regards**
47:5,5 401:12
492:9
**region**
371:7
**Registered**
1:16 579:13
**regular**
575:6
**regulators**
510:21
**regulatory**
155:6 204:4,4
215:7 316:9 398:6
444:12
**reiterated**
433:21
**relate**
137:12 149:6
175:15 295:21
428:19 438:17
**related**
124:1 136:13,17,17
165:4 286:8
347:22 349:20
354:10 441:8
517:18
**relates**
1:8 241:10 476:5
531:5 532:6 555:5
**relation**
18:16 20:17 37:13
40:22 44:22
221:14 281:11

**relationship**
21:22 154:3 172:23
200:2,13 201:5,22
219:24 382:1
397:9 532:20
**relationships**
342:22 343:7,13,16
**relative**
472:19 564:7
**relatively**
564:6,6
**release**
104:1 301:22
330:11 365:9
**released**
465:22 467:1,4
**relevancy**
134:13 138:7 441:3
**relevant**
51:14 54:20,24
126:10 134:19
135:5 136:12
203:13 231:4
292:18 394:1,5
470:6 487:21
515:23
**reliability**
110:10 375:7
**reliable**
110:1 200:21 399:9
**reliance**
541:21,21
**relied**
276:2 292:6 374:3
447:18 488:1,17
492:21 494:3
503:3,5 576:4
**rely**
73:18 146:20 147:5
176:2 249:1,13
374:1 399:3 409:2
445:17,20,24
487:19 492:12
505:24 511:6,13
540:9 547:13
**relying**
77:13 211:7 212:3

212:6,7 213:16
248:21 488:23
**remain**
239:9
**remaining**
49:16 463:21
**remains**
401:8 508:19
**remember**
21:17 190:15
482:11 495:13
**reminding**
493:12
**remnants**
357:8,17
**Remove**
196:1
**remunerated**
26:13
**repair**
355:2
**repaired**
354:21,22
**repeat**
23:21 33:5 68:9
69:22 91:23 102:7
142:21 164:13
208:19 234:1,2
256:17 265:4
332:16 372:6
402:16 414:17
433:11 484:14
**repeating**
135:3 302:24
**rephrase**
187:8 516:8
**rephrased**
81:5
**report**
5:17,20,21 16:12
16:14 26:19,23
27:6,9,11,13 34:7
34:11,16,18 35:1
35:6,9,12,20 36:5
36:13,16,18 37:2
37:7,11,24 38:6
38:12,13 39:7,16

39:18 40:10,14,16
40:17,18,19,21
41:2,18 42:9,13
42:14 44:1,17,22
45:23 46:10,12,14
47:2,11,15,21
48:5,6,11,11,17
48:20,22,22 49:13
51:19 54:5,12
56:3,7 57:4 62:7
62:10,14 63:2,24
64:2,7 65:3,7
66:21,22,24 67:7
67:12,16 69:1,12
69:18 70:1,10,12
70:14,15 71:6,7
72:1,6,10,15,20
72:23 73:8,20,24
74:4 75:11,19,22
76:17 77:3 82:18
82:21 83:16,17,19
84:5,6,10,15,18
84:19,20,21 85:3
85:4,11,12,23
86:1,4 87:9,10,12
87:12,16,23 88:1
88:16,16,20,21,23
89:5,7,9,10 90:6
91:15,17 92:2,16
93:9,16,19 94:10
95:24 96:1,9 99:5
100:8,9,19 101:7
101:17 102:10
103:3 105:7,24
106:15,19,20
107:19 108:6,21
109:12 114:18
115:20 120:2
121:20 125:14
126:15,17 128:8
133:4,18 136:19
136:23 138:24
141:20 148:13
149:5,14 153:11
164:5 168:11,18
170:19,24 171:5,8
171:14,17 189:3,9

Judith Zelikoff, Ph.D.

190:12 193:11
197:24 199:14
204:10,16 205:12
216:6 225:1,12,16
226:6,17 229:18
229:20 230:4
231:13 232:7,11
232:20 238:5
246:4 247:7,16,17
248:4,5,21 249:10
249:19,21,24
250:1,15,19
253:15 266:8,18
271:7 272:22
278:19 280:16
281:15 282:8
283:2 286:6
292:20 293:14
335:6,12 338:13
343:18 344:22
346:9 350:18
358:4 359:7
361:20,21,22
363:10 368:11
369:7 372:4 374:2
374:10 379:8
382:13 387:15
388:2,3,7,24
389:4,10,11,13,17
393:12,16,21
394:3,7 395:14,20
403:21 408:6
410:1 414:9,22
415:3 416:17
417:3,11,20 420:1
420:11,15 421:23
422:3,5,18,19
423:2,22 424:1,16
427:11 429:23
431:23 432:3,9,23
434:23 437:1,2
444:22 449:3,4
451:12 452:2
453:7 457:2
469:18 471:10,13
472:1 476:17
480:11,12 487:13

487:20 488:1,17
489:9 500:16,20
500:24 501:1,3,11
503:3,11 509:15
511:22 512:2
520:19,22 521:6
521:17,24 522:1,3
522:11,12,23
523:5 524:3,6,10
524:11,17 526:19
526:20 527:2,5,8
527:13,14,16
528:7,9,18 529:13
529:22 530:5,9,10
530:13 536:22
538:2 539:4,12
540:3 541:1,4,13
541:18 543:19
547:19 550:2
552:4,11 569:11
569:16 573:6
**reported**
146:22 229:1,9,15
231:6,9 253:10
269:14 295:14
299:8 313:23
343:20 345:7,15
345:24 346:13
357:23 374:23
377:17 413:8
449:7,13 464:18
493:5 515:22
533:1 567:9
**reportedly**
45:21
**reporter**
1:16,16,17 13:15
579:13,14,14,22
**reporting**
109:21 284:11
285:22 331:9
332:20 352:9
417:3 478:5,5
**reports**
34:23 35:8 36:6,10
36:12 39:7,9,17
39:22 44:11 49:9

49:10,16,23 51:16
89:1,14 137:18
138:3,6,14 139:2
139:6,11,15,18,20
140:3,4,8,17
204:2,11 229:6
249:7,14 253:3,10
296:17 378:9
389:15 520:23
526:11
**represent**
14:5 53:21 442:15
**representative**
411:16
**represented**
21:21
**representing**
2:21 3:10,19 4:6,10
20:1 23:6
**reproduction**
579:20
**reproductive**
30:10 31:7 55:6
58:15 167:18,19
168:1 170:11
334:10 335:1
371:18
**reputable**
46:6 519:5 563:23
**request**
12:8 128:2
**requested**
18:12,12 149:24
202:17 579:7
**requests**
50:21
**require**
465:20
**required**
229:10
**research**
8:11 46:23 151:13
186:16 311:22
391:17 445:6,10
445:16,19 446:1
449:18 492:16
535:21 553:19

**researched**
334:8,24
**researches**
356:7
**reserve**
339:4
**resource**
114:21 117:16,17
117:23
**resources**
47:20 114:24
**respect**
505:1
**respirable**
239:4
**respiratory**
103:23 123:24
402:7,19
**respond**
334:21
**responded**
22:3
**response**
9:13 22:10 90:9
233:10 234:14
287:1 290:22,24
291:4 293:5 296:8
296:17 308:9
311:13 324:23
325:4,9,12 326:1
326:4,7 327:13
328:15 329:17,24
351:5,7 353:1
357:11 358:1
365:6,22 366:6
368:6 402:1,5
414:14 423:9
488:6 490:5 497:2
499:18 505:3
528:12 529:24
539:16 541:9
551:20 563:3,11
566:13 569:4,8
**responses**
300:8,10 309:3
346:24 377:8
422:22 425:8

477:20 553:2
**responsibility**
92:20
**responsible**
306:21 421:19
**responsive**
339:8,19
**responsiveness**
218:11 281:24
341:24 346:23
358:18
**rest**
49:8,15
**restate**
157:1 421:10
**restroom**
523:11
**result**
44:13,14 173:21
236:17,19 330:21
339:10 363:3
433:21 477:4
**results**
56:17 202:14 203:6
270:15 287:4
375:8 377:17
378:8 410:22
413:7,21 414:4,6
414:10,22 448:22
496:19 497:23
498:8 509:11
517:2 521:6
574:21 576:24
577:22
**retained**
25:21,23 34:19
**retainer**
17:22
**retainment**
30:20,21,23
**retract**
390:19
**retrospective**
556:21 557:17
558:10
**return**
580:15

Judith Zelikoff, Ph.D.

**Reuter**
7:10 103:5
**reveal**
368:5
**review**
6:15 15:23 16:6
26:3 36:11,16
37:22 44:24 45:9
45:15 46:23 47:10
47:21 49:16 59:3
59:16 60:13 61:19
65:12 67:12 69:8
69:10 84:4 91:15
94:3 97:18 103:13
104:17,23 107:18
109:8,22 116:9,14
118:10,16,17
119:5 122:12
123:12,19 124:7
127:9 129:10
130:5 131:16
132:24 133:17,24
134:12 137:18
138:3,14 139:6
143:23 150:8
151:1 169:15
171:6,14,17
184:11 196:20
198:2 203:18
205:14 206:3
208:4 209:14,17
209:20,22 211:16
212:22 213:4,12
215:11 216:5
228:5 232:12
273:6,10 275:10
275:12 333:1
356:1 375:10
388:10,18 390:9
392:21 413:6,11
413:13 414:4,6
415:6 417:7 438:2
455:7 456:11
487:20 492:6
511:6,13 519:4
521:23 533:6
534:6,11,13

**reviewed**
34:22 35:2,3 36:9
38:3,9,21 39:2,7
39:14 40:16 42:15
44:2,9 45:6,18
49:6 52:14 54:11
54:23 64:1,6,7,23
65:2,5 90:5 93:20
118:14 128:5
135:15,20 136:1,3
136:6,22 138:11
138:19 141:5,12
141:16 144:2
150:15 165:3
196:14 202:11
203:3,24 210:14
210:17,19,21
211:2,9,14,21
212:4,10,17 213:8
213:14,16,21
214:19 232:15
242:20 243:12,13
250:13 262:4
273:13 276:4,5
333:3 374:13,23
388:21 389:23
395:3,4 396:1,20
399:6 412:2
413:15 423:15
435:11 438:21
454:14,16 501:1
503:3 523:1 526:8
528:8 531:14,20
531:23 533:18,20
535:6 539:3 558:6
**reviewer**
98:9
**reviewing**
38:5 42:19,23
48:11 54:21 66:17
109:5 145:23
146:16 169:9
210:1 389:3
**reviews**
24:21 118:22 119:2
133:12 139:13
150:1,4,13 174:21

206:5 216:9
445:20 448:21
**revisions**
72:5
**Rgolomb@golo...**
2:16
**Rheumatoid**
347:22 348:2,5
**RICHARD**
2:14
**ridiculous**
518:7
**right**
18:21 21:9 32:6
51:5,9 52:2 59:9
63:18,22 66:7
85:2 95:18 155:9
162:18 215:2
221:10 259:1
273:15 287:11
318:2 321:20
326:12 328:5
332:11 338:12
339:4 346:8 387:9
395:18 414:7
424:8 436:10
444:9 456:4 483:2
487:14 497:14
509:4 532:10
545:3 558:24
572:13 575:3
**right-hand**
564:1
**Rigler**
5:19 36:18 38:6
248:22 249:8,14
250:2,22 251:9
446:24 447:3
521:23
**Rigler's**
493:14 520:22
521:16
**rigor**
38:23 67:13,23
68:21 70:16
435:24 445:9
449:22

**rigorous**
115:10
**Rio**
455:24
**risk**
6:10,16 10:9 30:12
30:14,16 32:10
60:15 73:9 124:9
127:12 128:6,9,17
130:8,12,17,24
131:9 165:14
214:16 230:6,22
231:7,11,14
232:22 233:17
234:5 280:5
281:17 283:4,21
284:11 285:23
331:9,21 348:3,7
348:13 349:21
351:10,21 352:7
352:11 360:15
361:5,12,24
362:13 397:15
400:4,20 401:7
470:9 472:16,17
472:19 473:16
474:1 475:17
476:5 508:10,18
547:6 556:15
558:3,11,20 559:2
559:12 564:7,20
565:16
**risks**
124:1 509:11
**Road**
2:19
**Robert**
11:13 512:1,5
548:21 549:15
**Rochester**
176:21
**Rohl**
9:19 248:7,15
405:8,12 406:3,4
406:16 407:17,19
407:21,22
**role**

31:13 218:6 347:7
363:10 368:3
382:20,24 383:12
470:20 472:5
475:6 486:20
504:13 517:12
565:5 569:14
**roles**
359:11
**Roman**
207:3
**room**
199:2 258:1 259:10
401:19
**ROS**
104:1 365:8 469:24
504:20
**Rossi**
11:7
**Rossman**
537:23
**route**
333:8,12,13 335:10
335:20 343:2
428:2
**routes**
123:3,9 425:21
458:3 462:16
**Royston**
4:11
**rule**
5:17,21 83:18
483:7,10,23
**rules**
482:8
**run**
449:19
**rural**
459:7 460:15

---

**S**

**S**
3:7 5:11 6:2 7:2 8:2
9:2 10:2 11:2
**S-transferase**
381:11
**Saad**

Judith Zelikoff, Ph.D.

Page 632

10:11
**Saed**
6:11 55:7 58:1,17
61:2,23 297:2
374:2,4,22 375:2
376:13 379:7
381:21 382:8
395:3 493:4
538:12 561:14,15
575:4,18 577:8
**Saed's**
58:4 74:1 374:13
377:18,23 378:2,5
381:3 493:11
539:6
**safe**
316:8,10 510:9
**safety**
8:13 392:14 512:14
**SALES**
1:6
**Salnikow**
122:15
**salt**
536:24
**salts**
322:13
**sample**
410:7
**samples**
37:6 248:9 269:13
269:13 272:24
275:20 446:19,22
493:15 495:7
498:10 521:7
539:20
**Saturday**
37:19 38:2
**saw**
264:15 358:18
394:24 500:22
522:17
**saying**
31:6 78:1 97:11
108:4 110:11
147:18,20 158:2
158:24 196:17

211:9 244:17
317:10 331:12,19
343:17 353:12
369:5,13,14 370:8
370:15 380:17
435:6 460:13
462:11 559:1
**says**
79:5 80:24 112:1,9
113:1 129:9,12
130:4 211:13
212:17 293:3
300:19 302:13,22
303:3,4 400:2,14
401:5 404:2,7
405:3 406:17
423:2,6 432:19
445:4 454:19
455:18 456:8
458:1 459:2,20
461:6,11,14,21,22
462:6 512:19
564:19 567:8
**scar**
329:22
**scarf**
124:23
**scarring**
330:13,16,20
**school**
14:11,15 30:4
177:4,17 227:19
514:3
**schools**
459:21
**science**
20:10 22:4,5,6,12
58:15 68:16
138:11 148:24
149:24 150:19
199:12 200:22
203:14 212:6
214:7,9 215:9,16
220:3 444:4 446:8
446:10,11,12
**sciences**
15:21 55:6 167:19

443:18
**scientific**
67:10 68:4,14
86:11 105:4 112:5
113:16 114:23
115:3 117:10
126:22 127:10
129:10 130:5
140:23 141:11
152:19 153:3
154:7 157:10,19
160:15 172:14
203:8 204:15
205:2,6 213:20
215:24 216:9,19
217:10 218:2,14
225:7 226:18
228:5 249:2
253:20 255:1
266:15 347:13
385:12,16 398:6
444:18 445:8,18
447:10 448:4
449:22 450:2
456:16 489:14
492:7,16 531:12
531:15 575:22
**scientist**
172:1 445:7
**scientists**
76:24 82:1 164:1
167:22 172:9,11
437:16,19 446:9
519:5
**scope**
66:24
**scratch**
333:23 485:7
**screening**
6:12 57:14,16 59:6
59:22 60:22 61:10
63:20 205:19
391:24 392:14
500:11 542:1
547:15 572:4
**screenings**
542:17

**scrutinize**
38:10
**scrutiny**
67:13,23 68:21
69:11 137:6
214:22 436:1
**search**
41:24 42:7 43:6
48:2 54:22 131:19
131:21 132:20
133:24 136:10,16
145:9 148:23
197:4 198:2,7
425:4,18 553:23
**searches**
133:2,5,9 134:17
135:3,3,4,6
202:15 203:7
**searching**
20:8 27:15 199:1
413:5,14
**second**
79:3,13 199:22
208:21 267:20
326:18 335:9
336:10 410:2,5
429:23 430:14,15
449:12 452:10,13
454:18 458:19
472:3 474:8
476:17 480:24
497:17 528:6
529:11 544:23
545:6,23 564:20
570:3,4
**second-to-last**
64:12 333:6 411:7
**second-to-the-last**
496:11
**secondly**
573:11
**section**
74:7 89:12 91:2,11
91:18 92:3,3
126:18 128:14
129:6 130:3 144:1
199:17 208:12,22

237:22 243:17
245:1 278:18
280:3 281:4 284:4
332:3,4,7,11,12
332:14 339:22
344:24 346:6
359:10,12,15,17
363:10,12,13,17
396:8,11,16
399:23,24 403:22
421:24 426:3
458:16 473:18,21
502:2 506:13
524:4 527:18
528:7 529:12
530:12 546:5
567:8 568:23
574:9 576:21
**sections**
389:10
**see**
38:13 44:6,11
48:14,15 50:12
51:20 60:6 64:16
65:14 69:6 80:19
80:21 81:3 85:9
86:3 87:9 88:20
89:11,12 93:12,13
93:23 94:6 103:5
103:10 107:21
108:3 116:4
118:21 120:2,5,17
122:4,5,10 126:20
128:20,20 129:19
129:21 131:3,17
135:3 141:23
199:20 200:3,5
202:19 208:16
209:4 211:18
230:8,23 237:16
237:23 248:13,17
275:1,6 290:6
311:8 317:6 332:7
333:9 339:14
341:22 347:10
357:7 359:9,21
363:11 368:15

372:7 386:18
387:17,18 396:14
399:23 404:11
405:1,7 408:16
410:4,9,18,20
411:2,11,12,14
412:8 414:8 419:2
431:20,21 436:6
436:21,23 445:12
446:20 449:11
455:18,21 456:7
456:18 458:20
459:1 469:22
470:22 472:3,12
472:22,24 477:11
479:22 480:16,16
481:10,13 485:1,3
485:10 487:16
496:13,15 500:13
501:24 506:12
507:21,21,24
509:4 511:23
518:4 521:2,20
525:10,24 530:10
531:2 546:6
565:10 572:10,17
573:15,24 574:1,7
574:17 575:16
577:2
**seeing**
58:19 345:24
389:14 470:24
518:21
**seen**
53:18 95:17 118:18
171:7 283:13
342:15 345:20,23
351:1,5 377:12
393:2,10 403:1
477:21 479:13
555:16 562:1
577:8
**select**
139:5 276:3
**selected**
139:20 140:3,4
**selecting**

140:17 143:10
390:7
**Selikoff**
258:20
**semester**
33:21
**send**
24:16 140:5 143:11
186:18
**sense**
413:13 518:7
**sensitivities**
456:16
**sent**
276:6
**sentence**
80:8 111:18 123:5
123:6,14,21
202:24 209:5,13
223:8 231:2 410:5
411:13,15 446:20
449:12 454:23
458:7 459:19
461:7 471:1
472:13 474:4
496:12 498:6
499:12 508:2,4,15
508:21 509:5
521:3 528:6,17
529:11,17 530:3
538:14 541:13,18
546:17,18,21,22
547:11 550:11,22
564:19,24 565:9
565:20,22,23
566:4,9 572:16
574:3,19 577:1,21
**sentences**
75:19 83:6 85:10
85:12 87:11 89:17
95:4 99:15 100:15
103:7,19 106:16
109:9,11 115:24
454:24 499:2
508:24 527:17
528:4 566:6
**separate**

14:20 271:18
350:22,24
**September**
388:13,17,19 389:2
454:20,20
**sequence**
80:17,21 96:9
**serous**
191:17,18 192:9,19
**serpentine**
110:15 178:16
179:1,6 180:11
**serve**
15:22 20:3,16
21:12 23:8,18
24:1,17 196:16
197:5 198:3
**served**
50:20 435:22 444:6
**services**
1:20 13:4 16:1
455:3
**serving**
18:9 20:11
**set**
26:18 56:6 71:20
72:10,19 73:19
148:13 149:5
170:18,23
**Seth**
116:9
**sets**
31:18
**setting**
18:4 159:11 424:11
424:13
**seven**
337:20 481:21,23
482:2,9
**SEYFARTH**
4:3
**shape**
242:7 244:5
**share**
463:6
**SHAW**
4:3

**Shawn**
6:23 83:20 84:1
**shed**
353:3
**sheet**
580:7,9,12,15
582:12
**Sheraton**
1:14
**SHKOLNIK**
2:18
**SHOOK**
3:2
**short**
75:5 125:4 251:19
277:19 338:21
383:18 442:3
485:20 523:15
573:1
**Shorthand**
1:16 579:13
**show**
40:2,8 88:8 93:1
102:21 115:17
119:22 121:18
153:13 223:10
233:16 234:5,15
237:20 275:19
279:19 284:21
286:6 288:16
301:3 373:19
388:24 441:16
450:21 453:23
469:11 565:4
566:17
**showed**
140:24 232:3,17
234:20 381:7
429:19 549:20
550:18 551:8
567:15
**Shower**
73:1,2 90:4,5
487:24,24 488:5,5
493:18,18 521:1,1
**showing**
106:4 158:19

234:11 236:1
275:7,15,22,24
340:2 345:10
379:11 381:3
426:12 471:20
477:13 479:7
544:6 550:24
558:2,11 559:11
**shown**
211:4,24 213:7
224:1 236:24
237:4 258:8,17,20
291:20 301:5
307:20 313:8,18
324:19 351:3
362:10,20 364:18
366:19 367:5,21
371:23 377:17
378:8 384:18
388:4 416:19
434:21 551:3,23
**shows**
72:23 73:8 213:8
220:19 234:10
247:8 291:4
329:16 345:21
366:5 376:12
441:12 449:22
552:1 571:2
**Shukla**
11:12 297:5 305:14
310:6 474:6,11,14
480:13,15 484:20
484:23 515:3,5,14
515:20 517:3
561:13,15
**sic**
127:18
**side**
89:1,1 389:15,15
456:2,3,4 463:11
508:13
**sign**
69:18,24 145:22
146:3,15 579:9
580:8
**signed**

69:20 70:2,14 146:18

**significance**
476:4

**significant**
207:7

**significantly**
485:10

**signing**
47:1 70:9 580:10

**silence**
528:21,24

**silicates**
110:19

**silicone**
110:23

**siloed**
238:18

**silos**
55:1 238:20 239:10

**SILVER**
3:17 494:8

**similar**
44:8 99:14,14 152:4 289:3 296:3 296:3 305:16 426:16 437:15,18 513:2 518:15

**similarly**
310:13,18

**Simone**
7:10 103:4

**simply**
69:4,6 91:2 153:1 161:10 334:22 365:12 436:20 484:2

**single**
52:9,15 93:18 144:18 231:12 253:19 256:24 257:7 288:11 313:6 368:12 369:2,3,6,8,10,17 370:1,9,17 379:24 380:5,22 381:4,8 381:14 382:18

383:6 439:5,16 440:9,21 441:4,6

**sir**
20:2,6 24:9,15 34:21 35:10 36:14 37:3,9 41:7,23 45:11,13 48:9,18 48:24 49:3 50:12 51:24 56:4 57:3 58:2 59:17 60:5 63:7,24 64:17 65:23 121:24 126:16,20 128:11 128:22 129:8,24 133:1 162:16 169:15,20 172:18 173:11 193:14 199:10,15 203:21 259:2 278:4 347:8 393:13 407:19 408:7 410:15 445:2,12 446:16 451:5 455:17,21 457:24 458:18 474:7 479:22 545:2

**sit**
15:13 155:9 164:22 169:10

**site**
103:22 298:14,22 300:1 301:21 314:6,10 320:22 320:22 322:5 330:17 368:14 459:13,15

**sites**
314:14 476:4

**sits**
111:5

**sitting**
16:6,8 51:5 161:1 161:10 162:20 165:11 197:1 227:11 258:1 259:10 346:12 380:12 391:14,21

392:11 395:21 424:8

**situation**
462:12,13

**six**
103:6 108:14

**size**
99:12 182:2 198:15 238:1,3,10,22,22 239:8,11,15,21 240:10,10,11,18 240:21,23 241:11 241:16 242:1,4,11 242:20,23 243:2,6 243:11 305:7,16 305:22 323:23 324:2,16 427:17 427:19,22,24 428:7,10,17,23 466:14 467:8,12 468:19

**sizes**
426:17 428:20

**Sjosten**
336:11

**SKADDEN**
3:7

**sketch**
251:12,13

**skin**
121:7 333:18,19,20 333:21,24 334:2,6

**skip**
60:19 125:23

**Skipped**
8:9

**slow**
130:20

**slowly**
442:23

**small**
265:21 290:6 296:7

**smaller**
241:4 467:23 468:2

**smiling**
518:22

**Smith**

524:16

**Smith-Bindman**
7:6 88:17 90:13,15 90:24 524:17 530:9,17

**Smith-Bindman's**
92:16 524:11

**smokeless**
170:2

**SNPs**
380:23

**soap**
341:8

**soaps**
341:8,10

**societies**
555:14

**society**
225:9,13,17 226:5 226:9,9,10,14,16 226:20 227:1,2,3 555:9

**soil**
419:18

**solely**
24:22 87:24 247:23 448:21

**solid**
427:16

**soluble**
124:2 310:22 322:7 322:9 465:3,6 466:5,7,24 536:14

**sorry**
23:19 28:18 35:10 38:7 39:11 42:4 44:18 45:12 54:4 59:6,11 60:24 61:4 64:17 76:10 76:12 79:9,12 83:12 86:22 89:4 102:1 110:6 117:2 121:24 127:3 128:11,22 132:21 141:9 143:15 144:9 156:5 158:8 169:3 170:21

173:19 174:10 190:14 191:3,6 194:1 195:13,14 197:21 204:18 207:2,22 211:18 225:11 230:10,13 231:20 232:9 233:8 234:1,8,9 237:11 238:6 245:7,15 247:1 250:8 273:9 274:16 280:6 289:19 304:13 306:9,18,19 307:9 313:3 321:14 328:12 332:3,14 333:6 347:4 352:15 353:22 361:19 367:13 381:19 388:13 392:2 401:3 404:13 405:5 406:1 407:2 416:6 418:5,21 421:23 427:9 433:10 436:19 439:12 450:16 452:8,19 465:6,6 466:10 469:15 477:9 480:2,14,22 485:7 495:19 508:12,16 512:3 516:6 523:3 524:17 525:8 526:15,23 527:15 528:21 532:15 534:2 535:10 538:8 545:4,6,21 545:21 550:12 557:9 560:12 561:9,18,18 568:20 570:8,10 570:15 572:5 577:14

**sort**
503:24

**sought**
398:7

sound
200:21 446:10
source
57:21 79:7,20
80:10 82:15 88:2
91:19 92:5,10,15
96:10 97:7 100:19
103:9 108:8 113:4
254:22 261:4,8,15
399:9 443:19
450:3 563:19
sources
15:10 25:3 101:14
261:7 450:20
459:12 494:6
South
2:9 4:8
space
327:20 580:6
speak
113:13 178:13
205:22,23 225:6
226:4,8,13 227:13
229:17,21,22
speaking
30:10 225:13,16
343:8
speaks
206:4 227:15 248:4
spec
292:12 465:5
speciated
419:6
species
119:14 257:9
297:10 300:11
308:13 309:13
363:24 364:6,11
364:15,16,22,23
365:7,13,14 366:2
366:7,7,8 367:18
464:11,13 469:24
475:10 504:14
specific
25:13 108:14 143:7
143:11 171:2
174:23 189:3,9

190:8,11,22
209:13 216:14
217:8 221:15
255:18 261:8
264:19 265:1
279:19 294:6
301:1 302:19,20
303:9 313:14
344:1,19,21 362:8
453:20,20,21
454:5 462:10
478:23 479:20
488:16 497:11
510:1 544:1 545:8
546:8 559:8
specifically
62:2 137:6 163:5
169:14 172:13
185:23 189:17
190:7,7 210:5
211:5 212:1 228:9
274:1 286:3
303:24 314:1,2
394:2 451:2
468:16 505:2
522:17 566:23
specifics
495:1
speculation
87:20
speculative
151:8
speed
442:22
speeding
442:24
spell
19:15,18
spend
27:24 38:4 389:2
spent
17:8 26:22 27:8,13
27:18 389:7
sperm
95:3
spoke
172:10

spoken
23:10 29:6,19
77:23 171:18
172:6 356:11
530:16 555:3,6,17
sporadic
15:18
spot
252:4
Square
3:8
stack
387:8 495:15
569:23
stages
326:16
stall
337:21
stand
70:19 75:2 95:7
113:24 195:24
197:22 217:19
294:23 527:15
578:8
standard
68:2,13 69:14
309:4
standards
69:1 282:16 385:3
468:19
standing
97:14 118:15
stands
101:11,14
start
30:15 254:1 256:14
263:11,15 265:7
265:10,18 266:4,8
266:11 291:1
296:9 314:24
321:15 369:14
370:24 371:10
472:12 493:3
501:4
started
33:11,12 251:17
starting

33:21 253:12
497:18
starts
8:11 51:19 257:11
421:12 457:20
458:21
state
14:6 50:22 200:18
206:21 244:24
252:24 301:16
324:20 477:1
564:4 580:5
stated
76:21 83:13,14
86:7 155:7 168:15
169:2 200:17
211:22 212:18
214:8 252:8 296:4
307:11 336:8
346:19 455:15
493:19 512:19
530:7 533:18
statement
86:19,20 89:22
107:6,8 212:16
215:5,6 222:7
322:17 397:2,17
397:19 400:7
401:10,18 404:1
423:6 427:3 431:1
431:23 432:7,14
432:20 433:1,2,6
433:8,8,15 471:3
471:5,13 491:24
504:22 509:13
539:19 541:1,4
542:19 543:9,23
544:9 545:7,13,17
545:20 546:7,13
564:10 568:16
569:10 570:18
571:5 572:11
statement's
573:4
statements
95:9 99:14 117:17
121:21 224:6

394:21 432:9
433:14 434:12
492:6 499:21
540:1 554:1 573:5
states
1:1 119:8 120:9
431:2,17 496:23
498:14 540:20
543:22
stating
135:24 223:9
382:13 430:17
station
449:7,13 450:9,11
stations
449:19
statistically
207:7
stay
34:14
stays
74:3
Steering
2:21
stem
194:15
stenographic
13:14 280:9 562:20
Step
217:1,2
step-by-step
224:10
steps
409:5
Stipulations
12:11
stop
442:22
stories
449:18
stove
173:2,3
Street
2:4,9,14 4:4
stress
297:3 307:22
364:17 367:19

Judith Zelikoff, Ph.D.

369:15 371:21
375:21 421:20
470:13 471:7
486:20,23 487:6
504:20,21

**strike**
20:14 21:1 23:14
32:11 36:10 43:2
44:24 62:3,18,18
66:22 81:15 82:8
132:17 176:3
190:9 205:2
214:14 243:15,19
272:8 299:10
302:4 336:18
352:22 353:6
393:18 396:10
399:1 414:20
417:24 426:24
439:11 474:12
475:2 493:2 501:4
528:5 543:17
553:10

**strong**
288:4 420:12

**strongly**
514:24

**structural**
110:23

**structure**
268:15 324:4

**structures**
44:7

**student**
43:8,9,10 98:13,15
99:6 132:7,8

**students**
6:21 30:8,13 31:23
32:4,14,18 78:22
79:2,18 80:7,11
81:9,17,19 82:16
131:24 132:1
134:11 443:13

**studied**
184:20 333:2
428:17 532:23
533:4,13 543:16

**studies**
121:3 137:9,9,10
138:9 140:24
145:7,8 189:13
190:17,18,21
202:13,20,21
203:6 206:6,7,8
207:4 225:2 230:5
230:21 231:5
232:2,2,17,18,21
235:24 236:2
260:8 269:1 277:2
278:22 279:3,6,9
279:14,19,21,24
280:2,11 281:1,14
282:3 283:1,17,19
284:10,21 285:22
286:5,7 288:16,17
291:10,15,19,23
292:5 293:13
294:6,15 295:3,14
297:1,16,20,24
299:2 301:2 304:8
305:12 310:2
332:20 334:7,23
339:24 344:4
345:9,13,23 346:7
346:20 351:15,19
351:22,24 352:3,8
361:18,22 363:7
366:10,11 367:21
368:2,3,5,20
372:24 373:1,18
374:1,6 375:22
376:5,13 377:2,11
377:14,18 378:9
378:12,13,15
379:1,2,3,6,11
380:5,14,16
381:22 382:8
396:3 403:11
416:2,8,12,14
417:3,11,19
422:10 423:16,17
426:7,14,18 429:1
429:6 432:9
433:22 437:24

438:3,9,21 458:21
459:3 464:10,14
464:16 465:2
466:16,18 467:2
469:2,5 475:15,18
476:10 477:13
478:5 479:7
492:20 503:4,21
505:23 517:21
518:11 520:12,15
531:12,15 539:3
556:14,19,22
557:14,15,18,21
557:24 558:2,10
558:19 559:4,11
560:6,16,20,21,23
560:24 561:4,7,10
561:11,14,16,22
562:3,5,9,11
564:22 565:4
568:14 572:12,17
574:21 575:1,5
577:1,4,6,9,22,24

**study**
154:4,14,20,22,23
155:1,4 197:8
214:6 233:16
234:4,10,19
252:22 264:20
285:12 288:18,19
291:3 296:16
297:5 299:7
305:14 310:6
313:6 332:24
335:3 336:14
342:19 346:13,21
346:21 347:1
351:9 360:13
361:4 362:10,20
371:22 372:12
373:17 375:11,13
375:15 376:9,20
377:16 378:8
399:13 401:19
402:12,14 416:3
435:15,19,21
436:2,7,22 437:1

437:11 446:4
451:7 454:19
455:1,5 456:23
464:23 469:12
472:4 474:6,10,14
476:3,8 477:18
478:1,1 480:13,15
484:20 508:7
509:14 515:15,20
515:22 517:3
518:3,19 519:23
534:3 557:4
559:20,23,23
560:2 561:13
562:17 563:2,9
566:17 567:15,17

**study's**
473:24 572:24

**style**
167:1,2

**subcutaneous**
334:6

**subject**
122:19 167:15
302:20 580:10

**subjective**
225:1

**submission**
522:3

**submit**
500:16

**submitted**
171:4,14,16 213:2
213:3,10,11 498:9
500:19

**Subscribed**
582:19

**subsection**
487:16

**subsequently**
362:5

**substance**
149:17 150:9,12
200:12 224:13
262:17 342:23
343:6,11 366:14
368:20 369:6

385:6 423:24
582:11

**substances**
262:8

**substantiate**
434:9

**substantive**
215:20

**subtype**
193:13 194:24

**subtypes**
191:9,23 193:16
194:10

**sufficient**
260:19 290:17
440:9,22

**suggest**
299:21 482:22

**suggested**
123:24 454:7

**suggestion**
338:3,6

**Suite**
2:10,14,19 3:13 4:8

**summary**
63:7 564:7

**Sunday**
38:3

**Sunderman**
122:14

**Sundre**
289:24

**superficial**
22:14,19 199:1
409:12

**superoxide**
365:4

**supervision**
579:22

**supplement**
36:15 48:20 60:1
73:24 201:15
247:8 249:9,21
277:3 522:5,6,7

**supplemental**
37:1 38:12 59:18
59:20 374:15

Judith Zelikoff, Ph.D.

522:10,23
**supplementary**
57:5
**supplemented**
74:2
**supplied**
53:2 139:19 140:20
143:4
**suppliers**
455:24 498:9
**supplies**
461:17
**supply**
167:8 461:20 494:6
**support**
12:2 320:6 397:13
432:10 443:15
501:12 502:3
548:3
**supported**
62:15 111:22
**supporting**
6:9 156:9 547:21
**supports**
441:11
**supposed**
70:18 71:7,19
181:9 263:7
**supposedly**
413:7
**sure**
23:22 24:20 29:19
33:4,7 45:6 46:19
59:24 68:12 69:24
70:5 86:14 92:1
102:9 121:9
123:10 138:2
142:23 165:16
192:14 234:3
242:15 247:19,21
249:17 251:2
252:10 263:23
267:12,18 272:1
279:12 347:2
355:17,20,22,23
356:3 366:20
387:5 388:20

397:21 413:2
414:18 440:14
452:10 465:23
469:6 482:20
537:24 538:23
551:19 560:22
**surface**
181:24
**surprising**
488:24
**surveillance**
359:4
**survey**
453:3 454:3 455:4
455:9 497:18
**survivability**
375:20
**susceptibilities**
255:9
**susceptibility**
266:3 370:2
**susceptible**
262:19 371:20
**suspect**
514:23
**suspected**
513:1 518:23
**suspicion**
519:18
**sword**
327:5
**sworn**
13:20 579:5 582:19
**symptomology**
331:16
**symptoms**
353:19
**synonymous**
353:2
**system**
33:17 165:23
262:19 325:20
326:12,17,21
347:7 359:12
366:6 402:7,19
**systematic**
6:14 60:13 136:5

206:3 228:4
232:12 356:1
**systemic**
205:14
**systemically**
303:17 304:23
306:10 312:11
323:21
**systems**
371:19

_____
        **T**
_____
**T**
4:3 5:11 6:2 7:2 8:2
9:2 10:2 11:2
581:1
**T-cell**
326:6
**table**
31:12 287:5
**tables**
38:24 42:13
**Taher**
6:17 59:24 60:16
61:8,19 62:3,5
206:4 208:4,23
210:8,13,15
415:12 478:1
569:20 571:22
**Taher's**
63:21 205:14
**take**
18:2 74:8 76:15
78:2 85:15 94:2
97:7 106:15
113:18 118:17
122:8 195:22
211:11 225:1
265:23,24 277:14
282:18 358:6
386:12 421:9
456:24 487:13
518:9 523:10
537:9,12
**taken**
1:13 43:22 76:6
79:1 87:24 93:16

100:9 105:9
109:10 121:21
125:13,16 172:17
178:11 199:7
235:20 494:5
526:10 546:21
**takes**
265:23,24 296:6
**talc**
3:20 6:16 8:14 9:15
9:23 11:15,18
18:3 22:12,24
24:24 25:4,11
29:12 30:14,16
31:4,13,23 32:5
60:15 62:17 73:6
73:11 126:24
128:7,10 134:1
141:13 148:14
149:7 150:16
152:8,14,21 153:5
153:13,20 154:9
155:7,19 156:16
156:24 157:4
159:7,10 163:18
164:9,18,20
166:19 167:13,23
171:20 185:4,12
185:13 187:19
189:14,14,15
196:23 197:7
198:16 205:9,24
206:1 207:9
208:24 216:15,16
217:1,20 218:9,18
219:22,23 221:15
222:22 223:10,14
226:21 227:5,10
230:7 231:8,15
232:22 233:8,17
234:6,20 236:1,6
236:11,12,22,24
237:17,22 238:1
238:10 239:15,16
240:20,21,23
243:6,18,21,22,23
244:1,2,4,6,12,12

244:16 245:1,11
245:16,21,23
246:7,12,17,19,23
247:4,13 248:2,8
248:20 250:9,10
256:20,24 257:2
263:16,20 264:8
265:8 266:11,19
267:1,2,8,11
268:5,6,7,12,14
268:16,19,20,22
269:2,3,5,10,16
269:19 270:2,22
271:19 273:3
274:7 275:21
277:6 284:7 288:2
288:19 291:15,19
295:15 298:10,12
298:12,24 299:3
302:6,13 303:4
304:3 305:3
307:19 308:2
309:1,23 310:1,12
312:20 332:5,21
333:12,17,19,24
334:1 336:16
339:22 340:2,3,8
340:15,19,24
341:7,7,8,10
343:19 344:5,8,11
344:15 345:7,11
345:16 346:1,15
350:2 351:5
356:15 357:24
358:6 362:22
366:9 367:23,24
370:9 371:3,4,24
372:16 373:21
376:16 377:19
378:10,16 379:13
380:22 381:20
382:5 383:2,9
384:11,18 385:13
393:5 394:22
396:9,12 397:2,10
397:14 398:8
400:3,19 401:6

Judith Zelikoff, Ph.D.

408:12,20 409:7,9
409:14 414:2,23
416:6 419:12
425:22 426:5,12
426:19 428:1,11
429:10 431:3,18
432:12,16 433:23
438:3,9,10 439:3
439:14,16 440:9
440:22 441:6
444:14,19 447:5
450:21 452:15
453:4,5 455:11,12
455:20 465:12,17
465:21 466:1,2,5
466:6,11,12
468:17 470:4
472:5 477:14
478:6,23 479:3,4
479:8,20 480:17
481:5 487:4 490:2
491:6,11 494:5
496:20 498:12
499:5,14 504:15
505:1,18 506:23
507:3 508:7,9,18
509:10 510:3
511:14,15 512:9
513:12 515:18
516:16,21 519:7
519:13,15,16,19
520:6 531:5,8,15
532:3,6,12,17,20
533:2,7,14 538:23
539:21 541:6
544:2 545:10
546:9 548:7,14,18
552:21 553:7
554:4 559:2,2
565:24 566:18
567:10 570:19
575:5
**talc-based**
231:9 512:18
513:12
**talc-containing**
496:21 497:24

540:19
**Talc-induced**
538:5
**talcs**
451:14,16 476:20
**talcum**
1:5 6:10 10:6 13:9
21:23 127:14
128:19 130:9,13
130:19 131:2,10
157:12,21 172:3
189:4,13 196:23
201:7,8 206:12,16
208:13 209:8
210:2 216:2,21
217:14 221:2
222:9 223:14
243:12 265:14,22
265:22 270:9
271:3 275:8
276:23 340:9
344:13 345:1
346:22 352:10
363:4 366:14
370:20 377:5
382:2 397:10
403:15,17 423:11
428:11 438:23
439:1 440:16
441:6 477:2 488:8
493:15,21,24
494:7 499:24
513:6,8 514:6
515:6,16,19 517:5
520:23 528:13
538:24 549:20
550:18 551:2,8
552:1 559:5
561:19 575:21
**talcum-based**
512:21
**Talcums**
9:18
**talk**
32:9,9 122:5 166:9
166:10,10 175:19
202:7 218:6

236:14 253:12
274:10 280:12
281:9 289:6 298:4
337:2 359:22
397:6 417:5,8
442:23 446:18
528:22
**talked**
24:7 34:9 63:14
64:4,24 73:20
166:11 196:10
197:13 265:9
345:6 384:9 452:7
462:15 502:7
529:19 554:17
**talking**
21:8,9,13 71:5
99:18 110:11
142:18 174:5
187:15 202:21
221:7 250:16
259:12 263:4
265:14,15,16
266:5,7 286:13
291:11,14 293:16
296:22,24 297:4
297:13 298:4
317:13 334:4,5
335:7 339:21
344:21,24 345:1
354:8,9 357:6
370:19 397:3,5
398:18 426:23
432:4 437:19,21
455:2 462:9,10
467:15 490:17
526:21 539:9
557:14
**talks**
136:23 137:2
223:23 558:7
**target**
263:8,11,14 265:6
288:6 298:22
300:1 301:12
312:13 320:22
322:5 330:14

356:17 370:5
**task**
520:4
**taught**
33:18 34:1,2
165:20 166:5
**teach**
186:2
**teaching**
159:12,13 165:19
167:1,2,4
**technical**
251:22
**technically**
334:15
**TECHNICIAN**
4:15
**techniques**
375:19
**telephone**
19:4,5
**television**
449:7,13,19 450:8
450:11
**tell**
15:15 17:1 20:21
21:14 24:11 43:18
52:14 55:12 85:22
120:7 124:8
128:11 182:13
188:7,24 191:16
228:17 242:17
265:20 272:13
361:11 372:5
379:1 380:9
391:13 435:13
460:9 475:20
483:11 502:16
542:23 543:23
568:20
**telling**
97:4 219:21 222:11
299:17
**TEM**
252:2,15,16,18,19
252:20 446:18,21
456:6

**temporal**
358:15
**temporality**
327:14 328:4
**ten**
195:20 258:3 293:4
358:13,17,19
**tenfold**
459:9
**tenure**
14:16
**term**
99:7 108:14
**terms**
21:1 41:24 42:7
44:3,12 134:12
138:7 151:17
159:22 182:10,12
183:10 194:8,20
239:5 247:16
251:15 252:5
274:14 286:20
288:1 301:3
309:11 312:8,10
326:8,9 327:11,13
328:4 331:13,13
336:10 353:24
369:24 396:6
414:14 432:3
433:18 434:4,9
438:22 485:3
486:16 490:11
542:14,15 548:10
551:19,22
**Terri**
14:8
**terribly**
528:20
**test**
191:5 253:2 270:15
273:7 413:6,21
414:10 494:21
521:6
**tested**
264:11 273:1
293:23 295:19
360:2 410:7 495:7

Judith Zelikoff, Ph.D.

539:5
**testified**
13:21 187:16
370:17 390:14
410:21 411:17,20
489:9 532:4 557:3
**testify**
28:1 157:18 266:24
418:11 447:5
512:17
**testifying**
71:1 148:17 173:14
173:18 174:1,11
175:2 564:15
**testimony**
5:4 16:7,9 51:15
67:1 70:18 71:8
71:16 75:18 78:4
87:22 90:14,23
91:9,16 92:1
95:20 104:9 105:6
113:20 114:8
115:6 126:7
243:19 248:10
300:23 333:16
353:5,7 389:24
408:19 411:9,10
429:9 534:10
550:2 552:4,20,23
557:11 579:6
**testing**
86:13 134:16,23
147:6 148:4,5,7
151:16 186:8,12
202:14 203:6
273:11,20 275:15
276:3,9 292:15
374:22 375:7
410:16 413:12,16
414:1,23 446:19
446:21 447:22
448:1 493:4,15
495:11 496:8
497:22 515:15
519:1 538:16
539:20 540:13
**tests**

135:2 146:20 147:3
147:6 148:11
253:8 274:3,4
413:20 414:5
561:7
**Texas**
3:13
**text**
38:12,22 59:14
546:21
**thank**
17:6 32:24 35:22
36:3 59:12 75:13
85:7 102:2,4
124:15 131:17
160:1 162:19
253:16 278:21
333:10 376:3
419:3 441:23
442:13 477:11
481:20 484:9
485:15 493:11
507:8 517:17
523:8 524:7 526:4
526:4 539:17
544:21 546:6
569:24 570:1
571:10 572:8
573:17
**Thanks**
495:16
**theory**
24:12,12
**thereto**
121:23
**thesis**
252:17
**thing**
78:1 90:12 91:2
114:17 149:13
150:7,24 199:9
310:3,10 325:20
326:11 357:7
363:2 519:15
522:4 553:15
**things**
86:7 94:17 103:15

110:12 136:16
169:24 185:11
194:14 238:19
337:22 344:14
451:3 569:17
**think**
24:20 42:8 43:5
65:15 66:10 69:9
73:13 74:12 77:15
82:5 84:22,23
85:5 100:21 111:3
150:20 155:24
156:19 164:11,12
168:14 182:12
183:11 185:12
187:10,13 192:21
194:5 195:21
206:5,7 220:18
221:19 223:12,13
224:20 229:7
238:13 241:22
256:1,2,3 267:6
268:18 272:2,7
277:4 287:4,10
288:17 310:18
312:6 337:20
338:9 370:16
381:1,10 386:15
386:16 387:11
400:10 401:11
435:23 436:1
437:6 441:3
446:10 449:22
477:19 482:12
485:13 487:13
489:9 490:4
515:11 518:6
522:9,12,20 527:6
546:20 551:14,16
570:12 571:11,20
571:24 573:14
**thinking**
56:22 57:2 367:14
**third**
131:14 400:2 404:1
404:3,15,16,20
411:13 420:1

421:11 565:24
**thirty**
580:16
**Thomas**
2:8 4:3 49:13
**thought**
54:20 86:23 101:2
107:3 138:21
192:8 193:24
241:13 247:15
281:20 349:8
390:22 401:17
416:13 435:13
490:16,16 516:9
561:19
**thoughts**
88:3 95:13 194:6
**threatening**
317:10,16
**three**
38:7 179:10 248:9
280:18 281:11
289:1 316:15
326:15,16 358:12
443:13 457:17
482:14 528:5
559:13 561:24
**three-quarters**
64:10 390:1,2
**threshold**
238:9 239:14
253:23 255:7
263:22 265:12
283:2
**throw**
337:19
**throwing**
102:24
**throws**
187:18
**Thumb**
6:7
**time**
13:6 17:9,15 20:4
21:12 22:14 23:1
23:3,17,17,19,20
23:24 24:1,21

25:5 26:13 27:8
27:12,18,23 38:4
39:13 45:23 47:1
47:10 56:2 61:9
71:5 74:16 75:3,7
86:10 99:9 125:2
125:5 132:11
181:4 196:1,5,14
196:15 198:9
209:20 213:22
214:18 215:19
229:7,9 251:19
260:13,14,19
262:13 277:17,21
285:9 319:15,20
327:17 337:24
338:18,22 339:3,5
339:11 357:4,10
380:11 383:15,20
384:2 388:9,17,22
389:1,3 391:22
393:11 394:10
411:4 422:2 442:1
442:4 443:22
456:17 463:7,12
463:18,21,23
464:3 465:20
480:21 481:9,12
483:13,13,16,17
483:21 484:16
485:4,18,22
486:13 493:20
500:22 523:12,17
524:22 529:4,8
537:6 556:21
571:12 578:10
**times**
3:8 103:6 172:19
214:10 285:18
328:21 444:7
457:1 459:11
566:13
**timing**
327:14 328:4
**Tinto**
455:24
**tiny**

Judith Zelikoff, Ph.D.

316:3,4
**tired**
336:24 516:6
**Tisi**
2:9 28:20,21,22
207:19 481:21
482:1,15,21 483:3
544:16
**tissue**
239:9 263:8 311:8
329:22 331:2
354:14,20 355:5
366:16 367:3
368:14 369:16
370:3,5,11 417:13
465:7 477:3 507:1
**tissues**
137:10 292:13
355:6 368:21
371:12,19 416:20
417:4 466:21,22
513:3
**titanium**
304:7 305:15
307:13
**title**
14:14
**titled**
60:13
**tlocke@seyfarth....**
4:5
**tobacco**
170:2 224:2
**Toby**
537:22
**today**
13:5,11 16:15
27:23 28:1,8
32:16 33:24 36:17
37:15,17 44:22
50:14,17 53:13
55:3 87:8,23
90:24 113:17
114:6,23 115:4
153:2 161:1,11
162:20 197:2
346:12 380:12

384:24 391:21
392:12 395:21
418:11 443:10,12
443:23 444:15
447:8 480:5
530:24 533:23
548:1
**today's**
50:10 578:10
**toenail**
176:14,15
**toilet**
340:16,19,24 341:5
**told**
19:7 20:6 29:23
30:3 59:1 212:9
228:21 442:23
**top**
105:22 188:7,22
203:2 230:3
359:19 368:10
372:4 408:9
430:15 445:1
451:1 452:4
454:18 455:18
457:23 467:2
477:10 506:12
520:19 540:16
552:7 563:24
575:17,20
**topic**
198:11 383:24
384:1,1 447:15
448:8
**topics**
150:15
**total**
418:10 419:6 485:5
**totally**
83:5 272:17 518:8
**touch**
134:1 138:15
**tox**
44:10 54:18 227:9
**toxic**
182:24 183:4,8
235:22 236:1

320:18 322:11
533:13
**toxicant**
263:4
**Toxicants**
9:8
**toxicities**
181:10,17 554:4
**toxicity**
8:19 90:9 166:7
181:15 182:6,10
183:3,10,14,17,21
183:23 184:12
235:21,22,22
262:8,15 417:12
417:13 423:9,19
423:23 424:16
425:8 488:7 514:6
517:13,13 528:12
528:13 529:24
532:18 534:5,12
534:16,23,24
535:14,24 536:5
537:2 553:7
**toxicological**
202:20,21 490:22
491:17 514:7,19
514:19 553:1,6
**toxicologist**
137:8 183:13
184:10,21 225:8
228:14 235:13
262:6 294:22
295:9,10 315:19
320:8 334:17
399:18 445:6
514:16 532:14,17
554:7,22 555:1
**toxicologists**
167:17
**toxicology**
30:7,10,11 31:3,23
32:13,17 33:17
77:24 149:21
153:12 154:15
165:24 166:1,3
186:2,3 197:24

215:17 220:2
223:4 225:10,17
226:5,9,14,15,16
226:24 227:2,4
230:1 264:6
298:24 299:1
373:3 440:2 491:3
492:2 514:18
533:13 534:7
554:13,19 555:5,9
555:12,13
**Trabert**
9:12
**trace**
406:22 407:11
**traces**
404:18
**tract**
31:7 170:11 334:10
335:1 371:18
431:12
**Trade**
185:9 224:3 260:2
260:11 460:21
**trained**
185:23,24
**training**
177:5,12,14,15
492:5
**transcript**
11:13 579:9,19
580:17,19
**transcription**
104:13,21 310:5
475:8 480:19
481:7 582:7
**transcripts**
390:8
**transformation**
470:2 479:12,16
**translocated**
198:16
**translocation**
427:15
**transparency**
81:24 229:6
**transparent**

71:3 229:11
**transport**
334:9,24 335:21
340:1 426:5,13,23
465:13,18
**transported**
468:10,14
**transports**
340:3
**transposed**
332:15
**travel**
240:3 300:13 466:2
466:3,7,14,15
**traveled**
466:4,16
**traveling**
240:3
**treat**
171:19 177:6,8
**treated**
177:19 516:17,18
**treating**
177:23
**treatment**
233:9 575:19,21
**treats**
356:7 514:10
**tremolite**
179:24 182:9,16,22
183:9 248:9
406:21 407:11
451:17
**trial**
16:7,9 71:16
**trigger**
370:23 371:5
**triggering**
271:13
**trivalent**
293:11 321:13
**true**
27:14 114:20 293:9
364:10 445:13,14
473:9 516:24
518:14,18,23
519:6,12,14 554:5

557:6 579:6
**truthful**
71:3,14
**try**
232:9 254:24
327:19 329:1
442:21
**trying**
84:12 212:14 346:6
424:4 431:10
454:22 455:14
463:6,9,13 485:1
516:10
**Tube**
8:6
**tuberculosis**
329:5
**tubes**
371:15 499:16
**TUCKER**
4:7
**tumor**
119:11 153:14
192:5 298:19
326:20 327:1
360:5 365:14
470:3 505:4
566:17
**tumors**
153:16 326:9 402:6
402:18 543:2,12
**turn**
79:3 271:13 331:24
332:2 386:24
398:24 408:5
409:24 411:6
421:22 431:15
444:21 476:16
487:15 496:6
497:15 498:18
506:11 507:22
511:21 520:18
549:15 572:9
573:18 575:14
**turned**
450:12
**two**

28:16 29:3 30:12
44:23 57:20 81:8
84:24 88:24 89:14
103:15 107:12
108:15 129:8,9
172:20 176:18
249:21 264:8,16
325:1,2,3,17
327:7,9,24 330:22
413:8 456:4
482:13 499:2
534:22 540:16
546:2 571:18
**two-prong**
327:5
**two-thirds**
49:14 472:9 498:19
**type**
193:7 310:23
324:16 328:17
376:6 417:23
425:14 470:11
519:20
**types**
192:3 193:6 194:21
325:14 326:16
327:7,8,9,24
328:2 347:21
354:12,13,19
379:2 404:19
472:21 573:1
**typical**
459:7,9
**typically**
192:18 463:9

———————————
**U**
**U.S**
77:23 108:13,17
205:13 453:1
498:1
**U.S.A**
461:15
**ubiquitous**
289:15
**ultimate**
207:14

**ultimately**
25:20,23 26:18
**ultra**
429:13,19
**unable**
366:8 420:19 421:1
**unacceptable**
512:10
**unacknowledged**
81:1,5
**uncertain**
400:5,21,22
**unclear**
146:13 401:8,20
455:6 508:19
**uncomfortable**
124:19
**uncommon**
377:10
**underlying**
194:12 201:1
306:22,23
**underpinning**
217:23
**understand**
66:2 70:6,17 71:6
71:13,19,24 91:13
92:9 105:8 129:18
130:1 145:12,12
147:23 152:24
183:1 192:24
214:13,15,20,21
214:24 215:3
227:17 234:23
237:6 238:7
249:18 261:24
279:12 291:12
335:14 375:1,4
407:18 422:7
442:16,17 447:7,7
463:8 482:11
520:3 558:23
**understanding**
70:23 438:23
466:12 513:22,23
514:17 557:22
**understood**
168:20,22,23

50:1,3 74:22,23
395:2
**undertaken**
502:12 503:19
**unethical**
518:8 519:2,22
559:19 560:1,3,16
560:17
**unfair**
147:20
**unfortunately**
328:6,21
**Union**
4:11 555:12
**unique**
104:18,24 305:3
465:11
**unit**
110:23
**United**
1:1 120:8 496:23
498:13 540:20
**universally**
241:6
**university**
14:11,15 15:8
29:20,24 32:4
69:5,16 78:23
79:17 80:6 81:17
81:21 176:21
227:14,16,18,19
227:22 228:17,18
342:2,3
**university's**
81:9
**unknown**
265:19 369:9 370:5
401:21 406:23
407:12
**unpublished**
58:8 202:13 203:6
214:11 447:12
448:6,15
**unusual**
283:15
**updated**
168:20,22,23

**upper**
431:12 467:20
**upregulate**
326:5
**upregulation**
296:11 475:11,23
476:11
**uptake**
103:24
**upward**
371:18,18
**urban**
459:10
**use**
6:10,16 9:15 60:15
62:17 68:20 73:1
76:3 77:1,22
96:14,15 97:1,9
101:18 102:11
105:19 111:17
113:21 115:1
116:4 117:11,12
117:21 118:19
121:4 127:1,13
128:7,10,18 130:9
130:13,18 131:1
131:10 152:8,14
152:21 153:5,20
154:9 155:7,19
156:23 167:3
172:2 173:22
181:4 183:7
190:16 204:24
205:9 206:16
208:13,23 216:3
216:21 217:14
221:2 222:9,22
224:14 230:7
231:15 232:22
233:17 234:6
252:1,13 295:23
305:12 351:12
363:4 372:20
373:1,5,14 377:10
385:8 400:3,19
406:19 407:8
410:17 434:11

Judith Zelikoff, Ph.D.

Page 642

440:3,5 445:23
469:3 472:17,19
473:16 489:13
493:19 505:18
508:7 509:10
515:6,15 518:10
519:23 520:6
523:11 538:23
542:13,15 548:16
560:1 564:21
565:17 570:19
575:18

**users**
352:10 478:23

**uses**
119:17 237:15
351:13 441:4
548:7 559:24

**usually**
91:7 96:15 215:18
349:18

**uterine**
167:20

----
**V**
----

**V**
2:9

**vagina**
499:8

**vaginal**
334:4 336:15
346:18 371:9,10
371:12

**vaginally**
333:13

**vague**
159:22 188:4,20

**validating**
503:10

**validation**
547:21 548:4

**value**
137:12,15

**Van**
452:12

**vapors**
185:16

**variant**
479:15

**various**
54:17 136:21
181:10,11,18
276:22

**vary**
181:10,17

**Venter**
197:12 336:11
502:22

**verbally**
167:5

**verbatim**
97:9 103:7 116:1
121:22

**verify**
276:8 375:7 412:24

**Vermont**
187:22

**versus**
305:4 385:22 433:8
433:15 434:22

**Vertel**
218:6

**viability**
484:23

**viable**
485:5

**video**
13:7

**videographer**
13:1,3 75:2,6 125:2
125:5 195:24
196:4 250:24
277:17,20 319:14
319:19 338:18,22
383:15,19 442:1,4
463:23 464:3
485:18,21 495:23
523:12,16 529:4,8
578:8

**VIDEOTAPE**
4:15

**Videotaped**
1:13

**view**

432:21

**viewpoints**
400:23

**viral**
325:21

**virtually**
94:21

**virtue**
501:2

**visible**
357:1

**vitae**
7:22 380:9

**vitro**
137:8 138:8 145:6
197:8 202:22
295:3 297:1 368:2
373:1 377:1,11
378:13 480:17
481:6

**vivo**
137:8,9 138:8
140:23 145:8
202:22 295:3
314:18 366:19
367:5 368:1
377:18 378:16,18
378:19 439:4,15
440:22

**volume**
368:19 439:3,14

**vulnerabilities**
255:10

**vulnerability**
266:3

**vulnerable**
330:18 331:1

----
**W**
----

**W**
4:8

**Wacker**
4:8

**wait**
544:5 556:7 570:11
570:13

**waiting**

411:1

**walls**
258:2

**want**
74:8 99:10 196:9
205:4 217:6
222:19 234:22
235:12 322:8
336:6 338:8
350:14 372:5
376:21 409:21
418:24 427:4,4
479:24 482:19,24
483:1 484:1 485:2
502:15 537:19
544:15,18

**wanted**
21:16 140:9 238:22
350:16

**wants**
570:13

**Warheit**
437:5,23

**warrant**
406:23 407:13

**warranted**
575:2

**Washington**
4:4

**wasn't**
47:4 197:20 225:18
225:20,22 283:24

**waste**
459:14

**wasted**
339:10

**water**
261:17,19 262:3
267:17 461:9,13
461:17,20,24

**way**
16:12 39:20 75:22
77:6 83:13 86:17
88:5 94:4 116:14
126:2 136:2 162:4
176:4 192:22
200:19 204:7,8

235:5 249:13
252:3 286:7
295:21 336:5
426:4,6,13 427:1
428:12,13,19
441:2 472:10
481:22 495:4
496:5 498:20
530:8 557:4 566:7

**ways**
79:24 80:3 237:6
320:18

**we'll**
62:19 74:19,20
317:5,5,13 318:23
337:1 338:15,16
537:11

**we're**
18:2 32:6 99:18
125:10 196:8
221:6 230:13
265:14,15 266:5
276:15 298:3
317:6,17 318:7
319:10,11 334:3,4
336:19,20 337:9
337:11,13,16
338:24 339:1,13
339:21 364:17
370:19 482:2
483:6,6 484:3,7,7

**we've**
73:20 74:11 94:11
103:3,5 114:21
195:19 277:11
290:3 337:19
444:14 492:11

**weak**
420:6 421:12,14
435:8 564:6,6,16
564:17

**website**
79:1 81:13 107:16
107:18

**websites**
54:18

**weeks**

| | | | | |
|---|---|---|---|---|
| 44:23 57:20 | witness | 195:3,6,11,14,17 | 355:16 360:18 | 540:5 541:17 |
| 249:22 576:8,12 | 12:5 13:17 15:1 | 196:16 198:4 | 361:8 362:16 | 545:16 547:10,17 |
| **Wehner** | 20:4,16 21:12 | 200:16 206:21 | 363:1,21 365:2,17 | 548:9 550:5,16 |
| 63:23 | 23:8,18 24:2,18 | 209:4,12 210:10 | 367:10 368:24 | 552:14 553:15 |
| **weigh** | 26:7,12 28:21 | 212:13 214:4 | 369:21 370:15 | 556:8 557:9,13 |
| 433:7,13 | 29:1 33:1 38:18 | 217:19 218:21 | 372:19 376:19 | 559:22 560:11 |
| **weighed** | 38:21 41:14 46:3 | 219:11 221:6 | 377:22 378:12,18 | 562:14 564:13 |
| 136:21 | 46:19 47:14 48:1 | 223:2 224:20 | 378:24 379:16 | 565:3,13 566:22 |
| **weighing** | 52:8 53:2 56:10 | 225:20,23 227:8 | 381:1 382:11 | 567:21 569:24 |
| 249:7 | 56:13,15 67:4,21 | 228:3,22 231:18 | 386:21 387:23 | 570:10 573:9 |
| **weight** | 68:9,20 70:5,22 | 233:1,4 234:9 | 390:17 392:5,18 | 576:11 577:17 |
| 249:3 397:12 | 71:12,24 74:21 | 235:9,11 238:13 | 395:11 396:20 | 579:5,6,8 580:1 |
| 416:11,11 433:5 | 78:10,14 82:20 | 240:1,17 241:21 | 399:12 400:10 | **witnesses** |
| **weighted** | 83:4 85:7,20 | 242:15 243:9 | 402:24 403:11 | 35:4 447:4,9,13 |
| 416:14 | 89:21 90:19 91:6 | 244:16 245:7 | 406:1 408:24 | **woman** |
| **weights** | 91:22 92:8 94:6 | 246:11 249:1,17 | 409:17 412:18 | 11:16 265:23,24 |
| 503:20 | 94:16 96:14,23 | 251:2,11 256:1 | 413:11 416:1,23 | 266:2 314:17 |
| **Weiner's** | 97:14 98:7,21 | 257:6 258:15 | 417:17 418:16,24 | 352:24 353:18 |
| 197:15,16,16 | 99:24 100:14 | 259:9 260:8 | 423:5 424:1,4,16 | 358:22 360:3 |
| **welcome** | 101:1,10,24 | 262:11,24 263:19 | 424:20 428:23 | **women** |
| 161:7,18 544:19 | 103:18 105:13 | 266:14 267:5,16 | 434:18 436:14 | 284:19 295:15 |
| **welding** | 106:3 108:3,12 | 267:22 268:1,11 | 438:14 439:7,20 | 345:7,16 346:1 |
| 123:18 | 109:2,15 110:5,8 | 269:8 270:6 271:2 | 440:13 441:23 | 357:24 361:23 |
| **well-done** | 112:16 113:24 | 271:24 274:9,16 | 446:7 447:18 | 362:3,9,11,22 |
| 435:19,21 | 114:16 115:7 | 274:24 280:6,10 | 448:7,16 450:1 | 367:5,6,12,23,24 |
| **well-established** | 116:8 120:5 122:7 | 281:9 282:7 283:7 | 451:23 453:16,24 | 368:9 371:23 |
| 182:15 217:3 | 122:10 124:16,22 | 284:15 286:12 | 457:10 460:8 | 372:1,15,20 |
| 489:21 | 127:6 134:5,22 | 287:22 289:18 | 462:5,24 465:17 | 373:21 377:18 |
| **well-known** | 135:19 137:23 | 291:8 293:2,22 | 473:7 474:18 | 378:9 381:6,9 |
| 182:14 217:3 | 138:14,19 139:9 | 294:20 296:2,21 | 476:8 477:17 | 439:10 469:3 |
| 228:13 272:19 | 140:1,12 142:17 | 299:17,20 300:24 | 478:10 479:3,11 | 477:14 478:6,14 |
| **well-publicized** | 143:15 144:16 | 303:2 304:21 | 483:4 484:13 | 478:20 479:8,20 |
| 489:20 | 145:4,17 146:13 | 305:7 306:8,18,20 | 486:12 487:9 | 499:19 541:10 |
| **went** | 147:2,22 148:21 | 307:9 310:17 | 488:12 489:4,18 | 556:15 558:3,12 |
| 33:8 54:16 374:4 | 152:11 153:8 | 311:21 312:23 | 490:10 491:2,14 | 558:21 559:12 |
| 390:6 | 154:12 155:23 | 313:12 314:22 | 491:21 493:10 | **wood** |
| **white** | 158:1 159:24 | 317:10,16 318:18 | 494:12 495:19 | 173:2,2,3,22 |
| 158:4 | 163:2 166:23 | 318:21 319:2 | 498:5 500:4 | **word** |
| **withdraw** | 168:14 170:14 | 321:8 322:3 323:5 | 501:18 503:9 | 30:23 41:5,8,10 |
| 161:20 209:21 | 172:5 173:17 | 323:17 324:14 | 504:4,19 505:10 | 93:16,16 105:19 |
| 226:1 236:4 | 174:2,18 175:19 | 329:14 330:6 | 506:5,22 511:19 | 105:19 106:18,18 |
| 287:14 316:18 | 179:5 180:14 | 334:14 335:14 | 516:2 517:8 | 107:23,23 113:4,4 |
| 334:20 411:3 | 181:14,21 184:4 | 336:7 337:3 340:7 | 524:16 526:14 | 113:18,18 114:7,7 |
| **withdrawn** | 184:18 185:7 | 340:23 341:15 | 527:9,22 528:20 | 152:3 153:9 183:8 |
| 319:8 | 187:6 188:5,21 | 342:15 346:5 | 529:17 531:11,19 | 187:17 222:12 |
| **withdrew** | 189:8,23 191:1,14 | 348:22 351:12 | 533:17 534:20 | 235:13 412:1 |
| 319:4 | 192:13 193:5 | 352:13 353:12 | 535:17 538:20 | 532:15 |

Judith Zelikoff, Ph.D.

**wording**
89:16 489:1
**words**
39:4 67:15 75:20
80:17,22 87:23,24
88:4 90:16 91:10
91:12,17,18,19
92:2,4,4,11,15,17
94:11 95:12,21
96:3,10,19 105:9
114:9 120:15
121:5 135:7,10
152:1,4 304:2
343:4 394:9
426:11 546:24
**work**
15:7 16:17 17:6,23
19:13,23 22:15
29:7,21 34:15
47:6 64:3,23
69:15 79:18 80:9
81:2,6 82:3,10,13
82:24 86:9,16
112:7 113:8 164:6
178:10 185:8,10
185:15 186:23
202:5 203:16
251:21 254:23
274:18 422:11
435:23 487:2
**worked**
169:22 252:8
254:10 380:4,7
384:19,21 391:15
391:16 435:21
**worker**
416:3,13
**workers**
258:17
**working**
34:15 251:21
259:18 389:4
392:6 447:6
**works**
79:6 111:6 235:5
**world**
111:10 185:9 224:3

260:1,11 460:21
**wouldn't**
113:20,21 147:12
488:24 497:10,15
520:18
**write**
63:6 75:23 76:13
113:15 114:5,22
115:3 133:13
333:11 528:8
535:4,9,10
**writing**
27:16 44:5 62:14
204:23 283:8,9
284:4 414:13
447:15 448:9
**writings**
448:13
**written**
39:20 76:22 105:17
113:1 133:8,15,19
150:13 159:7,17
160:14 161:4,14
161:24 162:9,14
162:22 163:20
164:8,18,20
226:17 391:11
424:17 459:16
471:8 499:22
501:10 534:6,11
534:15 535:12,17
535:23 536:4
537:1,18 546:23
**wrong**
231:21 572:6
**wrote**
91:10 163:5 249:10
249:19 537:21
**Wu**
10:10 469:13
471:22,24 472:3,9
473:15,19

———————
**X**
———————
**X**
5:2,11 6:2 7:2 8:2
9:2 10:2 11:2

**x-ray**
292:11
**XRD**
251:24 252:7,11
**XRF**
292:11

———————
**Y**
———————
**y'all**
463:14
**yeah**
35:5 75:1 147:17
175:23 183:11
277:16 387:13
402:18 450:24
482:15 487:18
504:20 507:14
508:8 516:5 573:9
573:15
**year**
21:18 34:3 152:15
387:19 408:3
**years**
112:7 113:8 133:21
173:13 187:21
228:11 242:12,17
258:3,21 260:17
320:9 358:13,13
358:17,19 451:9
452:21 472:18
492:3
**yellow**
208:9
**York**
2:19 3:8,8 14:11,15
15:8 29:20,24
32:4 69:4 80:6
173:7 227:22
228:18 259:23
260:13,24 290:2
342:3

———————
**Z**
———————
**Zambelli**
10:12
**Zelikoff**
1:13 5:4,16,18 6:6

7:23 13:12,19
14:2,8,9 16:24
18:1 50:8,22 51:7
54:1 75:10 87:5
95:16 126:8
285:17 319:23
339:6,18,21
383:23 442:10
444:11 484:12
486:4 523:23
544:6 573:19
576:19 579:8
582:16
**Zelikoff's**
35:20 125:14
**Zelikoff-1**
5:15 16:22
**Zelikoff-10**
6:14 60:9
**Zelikoff-11**
6:19 62:22
**Zelikoff-12**
6:21 78:18
**Zelikoff-13**
6:22 83:23
**Zelikoff-14**
7:6 88:12
**Zelikoff-15**
7:7 92:23
**Zelikoff-16**
7:9 102:19
**Zelikoff-17**
7:12 106:11
**Zelikoff-18**
7:14 115:15
**Zelikoff-19**
7:16 119:20
**Zelikoff-2**
5:17 35:17
**Zelikoff-20**
7:18 118:2
**Zelikoff-21**
7:20 121:16
**Zelikoff-22**
7:22 175:12
**Zelikoff-23**
8:6 393:8

**Zelikoff-24**
8:9
**Zelikoff-25**
8:10 125:9
**Zelikoff-26**
8:12
**Zelikoff-27**
8:15
**Zelikoff-28**
8:17
**Zelikoff-29**
8:20
**Zelikoff-3**
5:19 36:23
**Zelikoff-30**
9:6
**Zelikoff-31**
9:9
**Zelikoff-32**
9:11
**Zelikoff-33**
9:13 430:7
**Zelikoff-34**
9:15 398:22
**Zelikoff-35**
9:18 405:15
**Zelikoff-36**
9:20 457:9
**Zelikoff-37**
9:22 454:11
**Zelikoff-38**
10:6 469:9
**Zelikoff-39**
10:8 471:18
**Zelikoff-4**
5:21 40:6
**Zelikoff-40**
10:11 480:8
**Zelikoff-41**
10:13
**Zelikoff-42**
10:14
**Zelikoff-43**
10:17
**Zelikoff-44**
10:19
**Zelikoff-45**

Judith Zelikoff, Ph.D.

10:21
**Zelikoff-46**
11:6
**Zelikoff-47**
11:8
**Zelikoff-48**
11:10 481:16
**Zelikoff-49**
11:13 549:11
**Zelikoff-5**
5:23 43:14
**Zelikoff-50**
11:15 562:23
**Zelikoff-51**
11:17 567:5
**Zelikoff-6**
6:6 50:6
**Zelikoff-7**
6:7 53:9
**Zelikoff-8**
6:8 55:10
**Zelikoff-9**
6:12 57:9

**0**

**0.2**
449:10,16
**0.3**
242:23 428:13
**07962**
3:18

**1**

**1**
1:14 16:18 17:1
27:1 79:15,16
85:10,12 120:7
217:1 256:7 332:8
381:11 386:16
416:7 417:9 429:7
429:14,21 558:7
582:6
**1,000**
459:10
**1.3**
564:8
**1.5**

457:20
**1/15/19**
5:20
**1:17**
196:6
**10**
60:12,18 208:7,8
210:6 213:10
239:2 260:16
459:8 460:16
461:24 467:19
**10.5**
242:24 428:9
**10/18/18**
11:14
**10:11**
75:3
**10:26**
75:8
**100**
457:5
**10036**
3:8
**101**
94:22
**102**
7:9
**106**
7:12
**11**
63:1 65:18
**11.5**
242:24 428:10
**11/16/18**
5:18
**11:11**
125:3
**11:23**
125:6
**115**
7:14
**117**
484:24
**11747**
2:19
**118**
7:18 485:8

**119**
7:16
**12**
40:20 78:21 79:13
88:16 89:9 91:11
313:5 332:3,4,13
333:5 336:8
421:23 425:20
487:15 524:3
528:1 549:19
**12/2018**
6:13
**12:22**
196:2
**120**
242:12,17
**121**
7:20
**124**
116:8
**125**
8:10,12,15,17,20
9:6,9,11
**12th**
40:23
**13**
83:16 233:5 335:15
336:14 421:23
425:21
**130**
78:12
**135**
112:18
**14**
5:5 48:12,22 88:15
425:24 429:22
430:16 437:11
521:18,24 549:19
**15**
36:19 37:14 93:2,8
93:15 173:13
277:12 425:24
485:6 505:21
523:6
**150**
90:3 313:16 425:2
528:2

**1510**
3:13
**15th**
37:8,18 500:20
522:13
**16**
5:15 26:19 40:19
47:2,11 69:19
70:1 83:17 86:1,2
101:21 102:13,22
344:2 388:3
389:13 425:24
505:22 572:9,18
**16-2738**
1:6
**16th**
249:20 395:15
500:20 522:12
**17**
106:14 107:16
426:1
**175**
7:22
**18**
115:18 501:22
502:13 543:6
544:23,24 551:7
**1835**
2:14
**19**
119:23 188:15
257:22 434:1
502:13
**1900s**
188:15
**19103**
2:15
**1960**
218:5
**1960s**
521:7
**1961**
502:21
**1962**
201:17
**1970s**
257:22

**1971**
502:19
**1972**
502:22
**1976**
10:20 406:7,8
407:15
**1977**
10:17
**1979**
10:19 502:23
**1980**
193:22
**1982**
14:19 160:24 162:7
164:3
**1984**
451:4 453:14 506:9
506:9
**1990**
10:22 123:21
**1990s**
434:21 521:8,10,11
**1991**
410:22 452:22
453:14 494:20
**1992**
435:15
**1993**
153:11 197:24
**1996**
410:24 502:23
507:6
**1997**
502:21
**1A**
316:16 511:5
518:10

**2**

**2**
35:19 75:16,18
79:15 85:10,12
118:22 126:15,17
127:5 128:24
199:13,16 202:9
203:1 217:2 332:8

Case 3:16-md-02738-MAS-RLS   Document 9899-3   Filed 05/30/19   Page 354 of 366 PageID: 75709
Judith Zelikoff, Ph.D.

Page 646

403:21 425:14
444:22 454:17
484:22 485:6,7
496:6 552:7
**2,000**
48:23 49:1,5
**2:27**
277:18
**2:45**
277:22
**20**
84:16,20 117:17,23
118:4,6,9,9,21
119:2 347:6 359:6
359:19 388:17,19
389:2 502:13
582:20
**20004**
4:4
**2001**
260:18
**2004**
449:6,13
**2006**
10:18
**2007**
11:6 502:23 562:16
563:2,16
**2008**
469:16 471:8
577:13
**2009**
11:7,8 413:24
414:23 454:20
469:13 472:4
502:4,5 506:9
572:11,15 577:15
577:17,19,20,22
**2010**
10:11,15 245:14
435:6 453:13
454:21
**2011**
10:16,21
**2012**
11:9 40:20 246:16
457:6 458:14

512:10
**2013**
10:12
**2014**
434:1 437:11 454:4
497:3,21
**2015**
512:10
**2017**
18:11,15,20,21
33:24 93:12 247:7
250:18 386:2
**2018**
17:7 26:19 36:15
40:19,20 47:2,11
48:12,19,22 69:19
70:1 83:17 168:21
176:6 206:4 229:8
232:14 247:8
249:10 250:18
387:16 388:3,5,12
388:16,17,19
389:1,2,12,13,17
398:19 446:24
502:8 503:17
521:18,24 522:5
**2019**
1:10 13:5 36:19
37:8,14 168:22
523:6 579:15
**202**
4:5
**20th**
388:13
**21**
1:10 121:19,19
359:6,20 472:1
473:23,24 506:12
506:18 543:18
545:4,5,6,22,23
551:7
**212**
3:9 41:4
**215**
2:15
**21st**
13:5 37:16,17,19

**22**
125:24 175:8,9
**224-1133**
2:20
**225**
457:19,20,23
460:12
**229**
461:2
**23**
393:4,11,20 474:5
480:10 579:15
**233**
4:8
**234**
2:4
**24**
17:7 125:24 363:9
363:13 451:15
**25**
17:16 125:12,22
126:5 132:16
368:10 379:7,19
538:2,9
**2555**
3:3
**26**
5:17,21 83:18
206:6 469:19
480:14
**267-0058**
3:18
**269-2343**
2:5
**27**
93:11 248:8 454:20
476:18
**28**
412:5,6 454:20
493:23
**2900**
2:14
**2B**
320:19,19 548:16
548:18

_____
3

**3**
36:20 37:23 118:22
202:18 203:2
230:3,12,14 332:9
436:3,13 437:20
445:1 455:16
476:19,21,22,23
476:24 477:1
497:15 522:21,22
522:22 539:18
540:17
**3:21**
319:15
**3:23**
319:21
**3:39**
338:19
**30**
17:16 28:5 112:7
112:19 113:8
206:5,6,6 248:7
260:16 320:9
452:21 459:23
580:16
**300**
137:1 428:14 462:1
**305**
2:19
**30th**
33:21
**312**
4:9
**316**
2:9
**32**
38:22 39:4 125:9
125:13,23 126:6
**32502**
2:10
**33**
430:4 497:4,16
498:18 539:15
**334**
2:5
**34**
398:16 507:19
570:3,18

**35**
5:17 133:21 228:11
405:11 406:15
**350**
3:17 16:3
**36**
5:19 451:9,10
457:6
**36103**
2:4
**37**
454:8 495:13,15
496:4,7
**38**
469:12
**39**
471:21
**391.0183**
3:14
**393**
8:6
**398**
9:15

_____
4

**4**
3:8 40:9 104:5,9
117:15 118:22
237:21 321:17
332:11 387:16
388:12,16 389:1
389:12,17 403:22
431:15 433:9,16
433:22
**4/1/14**
9:14
**4:04**
338:23
**4:48**
383:16
**40**
5:21 260:17 480:1
562:18
**400**
2:19
**405**
9:18

**43**
5:23
**430**
9:13
**435-7001**
2:11
**442**
5:6
**45**
399:22 507:23,24
  509:4
**450**
16:9
**454**
9:22
**457**
9:20
**463-2400**
4:5
**464**
5:5
**469**
10:6
**47**
412:5,5 480:2,8
  494:4
**471**
10:8
**474-6550**
3:4
**48**
480:2 481:18
  515:14
**480**
10:11,13,14,17,19
  10:21 11:6,8
**481**
11:10
**482**
549:16,17
**486**
5:7
**49**
481:18 549:14
**4th**
388:19

---
**5**
---
**5**
18:15 43:17,19,20
  45:3,10 46:16
  84:21 253:12,14
  321:17 403:20
  498:19 541:4
  575:15,20
**5:08**
383:21
**50**
6:6 28:5 99:7
  242:21 428:12
  563:2
**500**
104:14
**51**
567:2 573:15,16
**512**
3:14
**523**
5:5
**53**
6:7
**549**
11:13
**55**
6:8
**562**
11:15
**567**
11:17
**57**
6:12
**571**
5:7
**576**
5:5
**583**
582:6

---
**6**
---
**6**
50:9 248:4 266:17
  332:13,14 408:6
  450:6,14,17,18,19
  450:23 511:21

512:5
**6,000**
459:23
**6:00**
442:2
**6:25**
442:5
**6:45**
463:24
**6:46**
464:4
**60**
6:14
**600**
2:10
**60606**
4:9
**60s**
216:10
**62**
6:19
**624-6307**
4:9
**631**
2:20
**64108**
3:4
**6950**
4:8

---
**7**
---
**7**
53:12,14 409:24
  411:7 417:8 449:2
  449:6 451:1 452:4
  452:11 521:14
  552:7
**7:07**
485:19
**7:30**
485:23
**735-2453**
3:9
**75**
485:7
**78**
6:21

**78701**
3:13

---
**8**
---
**8**
55:5 57:1 60:24
  61:1 248:6 266:17
  278:18 446:14
  450:19,23 520:18
  552:8 575:12,13
**8:10**
523:13
**8:16**
523:18
**8:21**
529:5,9
**80s**
257:22
**816**
3:4,13
**83**
6:22
**877.370.3377**
1:20
**88**
7:6
**888**
2:11

---
**9**
---
**9**
57:12 60:21 208:1
  392:1 419:23
  451:15 500:12
  542:18 572:7
**9/11**
260:17,22
**9/12**
64:15
**9/13/2018**
64:15
**9:03**
578:11,14
**9:11**
1:15 13:6
**917.591.5672**
1:20

**92**
7:7
**927**
567:8 573:21,24
  574:12 577:2
**930**
573:20
**973**
3:18
**975**
4:4
**985.9177**
2:15

Exhibit 103

*Fd Chem. Toxic.* Vol. 24, No. 4, pp. 329–338, 1986
Printed in Great Britain

0278-6915/86 $3.00 + 0.00
Pergamon Journals Ltd

# ON TALC TRANSLOCATION FROM THE VAGINA TO THE OVIDUCTS AND BEYOND*

A. P. WEHNER and R. E. WELLER

Biology and Chemistry Department

and

E. A. LEPEL

Chemical Technology Department, Battelle, Pacific Northwest Laboratories, Richland, WA 99352, USA

*(Received 9 July 1985)*

**Abstract**—The objective of this study was to investigate whether multiple vaginal depositions of neutron-activated talc in the cynomolgus monkey result in the translocation of this material to the uterus and beyond. Within a 45-day period, six monkeys received 30 applications of 125 mg neutron-activated talc, suspended in 0.3 ml physiological saline solution containing 1% carboxymethyl cellulose as a suspending agent. The suspension was deposited in the posterior vaginal fornix of the sedated monkeys. Two days after the final talc application, the animals were anaesthetized. Abdominal lavage was performed and the lavage fluid collected for γ-ray analysis. Also collected for γ-ray analysis were the following tissues/organs: ovaries, oviducts, uterus, and vagina with cervix. Six untreated control monkeys underwent the same procedures. The radioisotopes $^{46}$Sc, $^{60}$Co, $^{59}$Fe and $^{51}$Cr in the activated talc served as tracers. Only the samples containing vagina and cervix from the dosed monkeys contained varying quantities of talc. This demonstrates that no measurable quantities of talc, deposited by multiple applications in the vaginal fornix of the cynomolgus monkey, translocated to the uterus or beyond.

## INTRODUCTION

Ever since Egli & Newton (1961) reported the apparent translocation of carbon black from the vagina to the oviducts in two of three female patients, increasing interest has focused on the question of whether particles can, indeed, migrate from the vagina to the oviducts and beyond. This question received additional attention following the observations of Henderson, Joslin, Turnbull & Griffiths (1971), who reported talc particles in 10 of 13 ovarian tumours in humans. These findings imply a translocation of talc from the vagina to the ovaries. Talc can be deposited in the vagina by dusting the perineum, or from sanitary napkins, diaphragms or condoms.

The results of several subsequent studies (DeBoer, 1971; Gardner, Fink & Hassler, 1980; Hassler, Gardner, Emmerling *et al.* 1974; Venter & Itteralde, 1979) were, in part, ambiguous (see under Discussion). Whether "insoluble", inanimate particles, deposited in the vagina, can penetrate the cervical barrier and migrate "upstream" against the ciliary beat of the oviductal epithelium without the aid of manipulative forces remained to be conclusively demonstrated.

In a pilot study (Wehner, Hall, Weller *et al.* 1985) prior to the more definitive study described in this paper, we first attempted to reproduce the results of Egli & Newton (1961) in the cynomolgus monkey (*Macaca fascicularis*), following their procedures as closely as practical. While our results suggested that no translocation of bone black particles took place, translocation could not be ruled out with certainty in the absence of quantitative analyses. Results of a quantitative experiment in the monkeys, for which we used neutron-activated talc to circumvent the problem of environmental contamination, indicated that no measurable quantities ( > ~0.5 μg) of talc translocated from the deposition site in the vagina to the uterine cavity and beyond (Wehner *et al.* 1985). However, to be more conclusive, our results needed to be reproduced in a larger number of animals following multiple applications.

## EXPERIMENTAL

A purified blend of cosmetic talc, supplied by the Cosmetic, Toiletry and Fragrance Association, Inc., and appropriate standards were exposed for 6.5 hr to an estimated neutron fluence of $1.2 \times 10^{17}$ n/cm² in a 1 megawatt TRIGA reactor at Washington State University.

Using the detector efficiency curve generated when the neutron flux was determined, the talc was characterized in terms of disintegrations per minute (dpm) per μg talc (Table 1). Using a United States Geological Survey BHVO standard as a comparative standard, elemental concentrations in the talc sample were determined (Table 2). Counting time for the talc characterization was 20,000 seconds/sample (5.5 hr).

A quantity of neutron-activated talc was suspended in physiological saline solution containing 1% carboxymethyl cellulose (CMC; Sigma Chemical

*This work was performed by Battelle, Pacific Northwest Laboratories for the Cosmetic, Toiletry and Fragrance Association, Inc., Under Contract No. 2311205966.

329

NOTICE: THIS MATERIAL MAY BE PROTECTED BY COPYRIGHT LAW (TITLE 17 U.S. Code)

JNJ 000018329

330                                                      A. P. WEHNER et al.

Table 1. Radionuclide concentrations in talc sample

| Radionuclide | Concentration* |
|---|---|
| $^{141}Ce$ | $0.018 \pm 3.2$ |
| $^{58}Co$ | $0.0839 \pm 1.0$ |
| $^{60}Co$ | $0.297 \pm 0.9$ |
| $^{51}Cr$ | $2.29 \pm 0.9$ |
| $^{59}Fe$ | $0.617 \pm 0.7$ |
| $^{177}Lu$ | $0.093 \pm 9.3$ |
| $^{54}Mn$ | $0.026 \pm 2.1$ |
| $^{124}Sb$ | $0.0039 \pm 11.7$ |
| $^{46}Sc$ | $0.316 \pm 0.7$ |
| $^{169}Yb$ | $0.010 \pm 12$ |
| $^{65}Zn$ | $0.015 \pm 6.9$ |

*Given as dpm/$\mu$g talc $\pm 1\sigma$ counting error (error expressed as a percentage).

Table 2. Elemental concentration in the talc sample

| Element | Concentration* | USGS BHVO Counted* | USGS BHVO Stated standard |
|---|---|---|---|
| Scandium | $1.02 \pm 0.4$ | $30.0 \pm 0.3$ | 30 |
| Chromium | $117 \pm 0.8$ | $290 \pm 1.0$ | 290 |
| Iron | $9780 \pm 0.6$ | $85200 \pm 0.6$ | 85100 |
| Cobalt | $20.7 \pm 0.8$ | $45.0 \pm 1.0$ | 45 |
| Nickel | $394 \pm 20$ | $120 \pm 28$ | 120 |
| Zinc | $15 \pm 10$ | $102 \pm 10$ | 102 |
| Antimony | $0.015 \pm 7.9$ | $0.17 \pm 7.2$ | 0.17 |
| Cerium | $3.97 \pm 3.3$ | $40.0 \pm 3.1$ | 40 |
| Europium | $0.084 \pm 4.9$ | $2.1 \pm 3.4$ | 2.1 |
| Terbium | $0.087 \pm 18$ | $1.0 \pm 16$ | 1.0 |
| Lutetium | $0.037 \pm 12$ | $0.32 \pm 12$ | 0.32 |
| Hafnium | $0.19 \pm 7.7$ | $4.10 \pm 4.4$ | 4.1 |
| Tantalum | $0.071 \pm 13$ | $1.08 \pm 12$ | 1.08 |
| Thorium | $0.35 \pm 13$ | $1.0 \pm 18$ | 1.0 |
| Ytterbium | $0.28 \pm 14$ | $2.1 \pm 16$ | 2.1 |

USGS BHVO = United States Geological Survey
*Given as ppm $\pm 1\sigma$ counting error (error expressed as a percentage).

Co., St Louis, MO) as a suspending agent so that 0.3 ml of the suspension contained 125 mg talc.

From 12 female exbreeder cynomolgus monkeys, obtained from the Medical Lake Field Station of the Regional Primate Research Center at the University of Washington, six monkeys with the most regular menstrual cycle were selected for dosing with neutron-activated talc for 30 consecutive workdays. Menstrual cycles were determined by inspection of the catch pans under the cages for menstrual blood. The remaining six monkeys served as untreated controls. The monkeys were 4- to 12-yr-old exbreeders (multiparae), ranging in weight from 2.4 to 4.35 kg.

After sedation (25 mg ketamine hydrochloride, intramuscular) each of the six dosed monkeys was placed on her back and restrained by taping hands and tail to a plywood restraining cross. The pelvis was elevated at an angle of about 20 to 25°. The legs were held with the knees bent close to the chest, using a Velcro strap as a restraining mechanism. A nasal speculum was inserted into the vagina and opened to expose the cervix. Each of the six animals received approximately 125 mg neutron-activated talc, suspended in 0.3 ml physiological saline solution containing 1% CMC. The suspension was deposited in the posterior fornix of the vagina, using a 1.0-cm³ Tuberculin syringe with a stainless-steel animal feeding needle (CVD 18 ga. × 0.5 in; Popper & Sons, Inc.,

New Hyde Park, NY). Once a week, 10 units of oxytocin were injected intramuscularly at the same time as the talc deposition. Following dosing, the animals were maintained in the restrained position for approximately 20 min and then returned to their cages.

Two days after the thirtieth talc deposition, the six dosed animals were anaesthetized by intramuscular injection of 100 mg (1 ml) ketamine hydrochloride and weighed. The abdominal area was shaved. To recover talc particles that may have translocated to the peritoneal cavity, peritoneal lavage was performed by injecting approximately 135 ml physiological saline solution into the peritoneal cavity, followed by brief gentle massage to distribute the lavage fluid and wash off any talc particles which might have adhered to the serous membranes of the peritoneal cavity. The peritoneal cavity was then opened by incision and the lavage fluid collected by aspiration with a syringe for $\gamma$-ray analysis. The lavage was repeated once through the abdominal incision.

Precautions to avoid contamination and cross-contamination of samples included the use of clean instruments for each sample to be collected and starting with the collection of samples least likely to contain translocated talc, i.e. lavage fluid and ovaries. Both ovaries were collected in one polyethylene vial for $\gamma$-ray analysis. Both oviducts were similarly collected and sectioned into three parts of approximately equal length for $\gamma$-ray analysis, followed by collection of the body of the uterus. Because deposition of talc in the area of the vaginal fornix might also result in the direct mechanical deposition (rather than physiological translocation) of talc in the uterine cervix, the cervix of the uterus was dissected from the body and analysed together with the vagina. Thus, the following seven samples from each of the animals were analysed: peritoneal lavage fluid (Sample 1); right and left ovaries, combined (Sample 2); three sections of right and left oviducts (right and left corresponding sections combined in Samples 3a, 3b and 3c; Sample 3a contained the two oviduct sections adjacent to the ovaries, Sample 3c those adjacent to the uterus); body of the uterus (Sample 4); and vagina with cervix (Sample 5). Treated and control animals were then killed by iv injection of a barbiturate-based solution.

Tissue samples were collected for $\gamma$-ray analysis in labelled, acid-cleaned polyethylene vials, dried and heat-sealed before analysis, using an infra-red heat lamp. Peritoneal lavage samples were evaporated to approximately 2.5 ml of liquid. Bulk talc standards and liquid standards of iron, cobalt, chromium and scandium in geometrical arrangements similar to those of the samples were analysed on each detector system used for sample analysis. Counting times ranged from 1000 to 2000 min, depending on the activity in the samples.

The samples were counted on two different detector systems. The first was a unique high-resolution, low-background intrinsic germanium (IG), or a lithium-drifted germanium [Ge(Li)] detector with either a NaI(Tl) or plastic phosphor anti-coincidence shield. This system separates the $\gamma$-rays emitted into one of two spectral regions. Those $\gamma$-rays detected

NOTICE: THIS MATERIAL MAY PROTECTED BY COPYRIGHT LAW (TITLE 17 U.S. Code)

JNJ 000018330

Case 3:16-md-02738-MAS-RLS   Document 9899-3   Filed 05/30/19   Page 359 of 366 PageID: 75714

simultaneously in both the IG [or Ge(Li)] detector and the NaI(Tl)—or plastic phosphor—anti-coincidence shield are stored in the second spectral region. The γ-rays detected only by the IG [or Ge(Li)] detector are stored in the first spectral region. The great advantage of this system is the reduction of the Compton background by one order of magnitude in the non-coincident portion of the spectrum, resulting in greater sensitivity. The second system was a low-level, ultra-low background NaI(Tl) γ-γ coincidence multi-parameter detector system. This combination provides unmatched sensitivities for the detection of very low-level radioisotope activities. The anti-coincidence system preferentially detects non-coincident γ-rays ($^{59}$Fe, $^{51}$Cr) whereas the multi-parameter system is designed to preferentially detect coincident γ-rays ($^{46}$Sc, $^{60}$Co). Because of the time elapsed from the irradiation of the talc and the decay of the relatively short-lived radioisotopes $^{51}$Cr and $^{59}$Fe ($t_{1/2} = 27.7$ and 44.5 days, respectively), two anti-coincidence detector systems were used to expedite γ-ray analysis. The signals were fed through the appropriate electronics to a 4096-channel analyser that was interfaced to a PDP 11/44 computer for data storage and subsequent data analysis. As mentioned, the second detector system was a NaI(Tl) γ-γ co-incidence multi-parameter system. Again, two nearly identical (multi-parameter) systems were used to expedite the counting. The detectors were interfaced via the appropriate electronics to a 4096-channel multi-parameter analyser and the data transferred to magnetic tape. This tape was read into the PDP 11/44 computer for subsequent data analysis. The counting systems were standardized using aliquots of known concentrations of NBS traceable standards obtained from Amersham Corporation ($^{60}$Co, $^{51}$Cr, and $^{59}$Fe) and New England Nuclear Corporation ($^{46}$Sc).

When the infrared heat lamp was turned off, two ovaries were found on the counter next to their sample vials. These ovaries apparently had "popped" out of their vials during the drying process. Without means to determine which ovary was from what animal, these two ovaries were labelled X1 and X2 and treated as separate samples.

### RESULTS

A γ-ray spectrum of the irradiated talc is shown in Fig. 1. Various isotopes are identified, but the most suitable isotopes for our purposes were $^{46}$Sc, $^{51}$Cr, $^{59}$Fe and $^{60}$Co. A typical spectrum from the anti-coincidence detector system for the sample from monkey No. 81-086-5, which had the most direct contact with the deposited talc, namely the vagina with cervix (Sample 5), is shown in Fig. 2. Measurable quantities of $^{46}$Sc, $^{51}$Cr, $^{59}$Fe, and $^{60}$Co were found in this sample. The peaks of $^{59}$Fe and $^{51}$Cr are readily apparent in the non-coincidence portion of the spectrum. A typical spectrum from the body of the uterus (Sample 4) of monkey No. 81-081 is shown in Fig. 3. The γ-rays, associated with the previously mentioned radioisotopes characteristic of talc, are not present. Instead, its spectrum closely resembles the background spectrum shown in Fig. 4, which is from the vagina and cervix (Sample 5) of control

monkey no. 79-280 in which only background radio-isotopes were present.

Radioisotope data for $^{46}$Sc and $^{60}$Co from the multi-parameter system, and $^{59}$Fe and $^{51}$Cr data from the anti-coincident systems, are combined in Tables 3 and 4 for the experimental and control samples, respectively. Where applicable, a 'less-than' value is reported. This value is based on one standard deviation of the background observed in the collected spectrum.

Once the most representative values for the samples had been determined, the results were converted from dpm to μg of talc where applicable. This conversion was based on the radionuclide concentration in the talc, namely: $0.316 \pm 0.7\%$ for $^{46}$Sc, $2.29 \pm 0.9\%$ for $^{51}$Cr, $0.617 \pm 0.7\%$ for $^{59}$Fe, and $0.297 \pm 0.9\%$ dpm per μg of talc for $^{60}$Co. The conversion of the observed activity (dpm per sample) to μg of talc per sample was made as follows:

$$M_{talc} = (A_{net})_{element}/(A_{talc})_{element}$$

where $M_{talc}$ = mass of talc in μg talc/sample, $A_{net}$ = net decay-corrected activity in dpm/sample, and $A_{talc}$ = decay-corrected activity of talc in dpm/μg of talc.

The quantities of talc per sample have been reported, where applicable, in Table 3. As expected, measurable quantities of talc were observed in the vagina + cervix sample (Sample 5) from each dosed monkey. Their quantity was estimated using the values for $^{46}$Sc and $^{60}$Co reported for each sample. The observed quantities of talc for these samples were 77,000, 117,000, 63,000, 470, 18 and 6 μg of talc. These wide variations were most likely due to different phases of the animals' menstrual cycles at the time of death, with menstrual flow cleansing the vagina of much of the deposited talc. No measurable levels of the activated talc were present in any of the other samples.

### DISCUSSION

The oviducts provide a passage from the ovaries and the peritoneal cavity to the uterus and the vagina. This pathway can be travelled by cells in either direction as demonstrated by ova and spermatozoa. Gases and liquids such as radio-opaque contrast material and dyes can also be passed by appropriate manipulation through the cervix into the peritoneal cavity. It is less clear whether or not inanimate particles such as carbon black or talc can translocate of their own accord from the vagina to the oviducts and beyond.

As already mentioned, in two of three cases Egli & Newton (1961) found carbon particles in the liquid with which they flushed the oviducts of three patients half an hour after carbon black deposition in the vagina. Theirs was a non-quantitative study that did not include the examination of liquid or filter blanks as negative controls. In a similar experiment with cynomolgus monkeys, we observed approximately equal quantities of carbon black particles in the flushing liquid as well as in our liquid blanks. In light of our previous findings (Wehner et al. 1985), it is possible that Egli and Newton might have observed false positives due to sample contamination.

NOTICE: THIS MATERIAL MAY PROTECTED BY COPYRIGHT LAW (TITLE 17 U.S. Code)

JNJ 000018331

332                                    A. P. WEHNER *et al.*



Fig. 1. Gamma-ray spectrum of neutron-activated talc.

NOTICE: THIS MATERIAL MAY PROTECTED BY COPYRIGHT LAW (TITLE 17 U.S. Code)

JNJ 000018332

Talc translocation from the vagina

333



Fig. 2. Gamma-ray spectrum of Sample 5 (vagina + cervix) from monkey 81–086, which had received 30 applications of neutron-activated talc.

NOTICE: THIS MATERIAL MAY PROTECTED BY COPYRIGHT LAW (TITLE 17 U.S. Code)

334                                    A. P. WEHNER *et al.*



Fig. 3. Gamma-ray spectrum of Sample 4 (body of uterus) from monkey 81–081, which had received 30 applications of neutron-activated talc.

NOTICE: THIS MATERIAL MAY PROTECTED BY COPYRIGHT LAW (TITLE 17 U.S. Code)

JNJ 000018334

Case 3:16-md-02738-MAS-RLS   Document 9899-3   Filed 05/30/19   Page 363 of 366 PageID: 75718



Fig. 4. Gamma-ray spectrum of Sample 5 (vagina + cervix) from control monkey 79–280.

NOTICE: THIS MATERIAL MAY PROTECTED BY COPYRIGHT LAW (TITLE 17 U.S. Code)

JNJ 000018335

336           A. P. WEHNER *et al.*

Table 3. Best activity values observed in tissue samples and peritoneal lavage fluid from monkeys treated with neutron-activated talc by vaginal deposition

| Monkey and sample numbers* | Activity (mean dpm/sample ± SD) | | | | |
|---|---|---|---|---|---|
| | Scandium | Chromium | Iron | Cobalt | Average |
| **79–252** | | | | | |
| 1 | <0.26 | <81 | <4.5 | 0.40 ± 0.13 | |
| 2 | 1.1 ± 0.4 | <41 | <3.1 | 0.52 ± 0.15 | |
| 3a | <0.24 | <60 | <3.7 | <0.11 | |
| 3b | <0.26 | <41 | <2.7 | <0.11 | |
| 3c | <0.22 | <44 | <2.4 | <0.11 | |
| 4 | <0.20 | <70 | <4.8 | <0.11 | |
| 5 | 22000 ± 200 | 342600 ± 500 | 66900 ± 1300 | 25010 ± 15 | |
| μg of talc | 69600 ± 600 | 124500 ± 500 | 128700 ± 800 | 84210 ± 50 | 77000 ± 10000 |
| **79–256** | | | | | |
| 1 | 1.0 ± 0.3 | <68 | <3.7 | <0.13 | |
| 2 | <0.30 | <56 | <3.9 | <0.12 | |
| 3a | <0.28 | <63 | <3.7 | <0.13 | |
| 3b | <0.23 | <42 | <2.9 | <0.11 | |
| 3c | <0.27 | <30 | <2.2 | <0.11 | |
| 4 | 0.61 ± 0.25 | <60 | <4.5 | <0.11 | |
| 5 | 34370 ± 350 | 382700 ± 1800 | 104300 ± 2000 | 37330 ± 50 | |
| μg of talc | 108800 ± 1100 | 189100 ± 600 | 188000 ± 1300 | 125700 ± 200 | 120000 ± 12000 |
| **81–086** | | | | | |
| 1 | <0.25 | <101 | <5.5 | <0.11 | |
| 2† | <0.29 | <68 | <3.7 | <0.11 | |
| 3a | <0.33 | <85 | <4.8 | <0.13 | |
| 3b | <0.27 | <45 | <2.8 | <0.13 | |
| 3c | <0.26 | <37 | <2.5 | <0.12 | |
| 4 | <0.18 | <70 | <3.7 | <0.10 | |
| 5 | 18300 ± 200 | 241300 ± 500 | 47500 ± 1100 | 20500 ± 20 | |
| μg of talc | 57900 ± 600 | 101700 ± 400 | 99100 ± 400 | 69020 ± 70 | 63000 ± 8000 |
| **81–092** | | | | | |
| 1 | <0.22 | <85 | <5.7 | <0.11 | |
| 2 | <0.29 | <52 | <3.2 | <0.11 | |
| 3a | <0.31 | <74 | <3.9 | <0.12 | |
| 3b | <0.29 | <49 | <3.3 | <0.12 | |
| 3c | <0.25 | <35 | <2.6 | <0.10 | |
| 4 | <0.20 | <60 | <4.0 | <0.11 | |
| 5 | 138 ± 2 | 1090 ± 200 | 342 ± 8 | 150 ± 1 | |
| μg of talc | 437 ± 6 | 560 ± 40 | 760 ± 30 | 505 ± 5 | 470 ± 50 |
| **81–102** | | | | | |
| 1 | <0.26 | <93 | <6.0 | <0.12 | |
| 2 | <0.24 | <57 | <3.0 | <0.09 | |
| 3a | <0.27 | <85 | <4.1 | <0.10 | |
| 3b | <0.21 | <47 | <3.0 | <0.11 | |
| 3c | <0.23 | <35 | <2.6 | <0.11 | |
| 4 | <0.19 | <55 | <4.4 | <0.09 | |
| 5 | 8.6 ± 0.5 | <60 | 13 ± 5 | 2.6 ± 0.2 | |
| μg of talc | 27 ± 2 | <26 | 21 ± 8 | 8.7 ± 0.7 | 18 ± 13 |
| **81–166** | | | | | |
| 1 | <0.22 | <86 | <5.5 | <0.10 | |
| 2† | <0.33 | <83 | <4.5 | <0.12 | |
| 3a | <0.32 | <64 | <3.5 | <0.11 | |
| 3b | <0.22 | <66 | <3.8 | <0.11 | |
| 3c | <0.23 | <41 | <3.0 | <0.11 | |
| 4 | <0.23 | <70 | <4.5 | <0.11 | |
| 5 | 2.1 ± 0.3 | <60 | <4.7 | 1.4 ± 0.1 | |
| μg of talc | 6.6 ± 1.0 | <26 | <7.6 | 4.7 ± 0.3 | 5.7 ± 1.3 |
| X1 | <0.31 | <45 | <3.1 | 0.27 ± 0.12 | |
| X2 | <0.31 | <46 | <2.9 | <0.10 | |

†Sample numbers: (1) peritoneal lavage fluid, (2) right and left ovaries combined, (3a, 3b and 3c) three sections of right and left oviducts, (4) body of the uterus, and (5) vagina with cervix.
‡One of the two ovaries "popped" out of the vial during the drying process. The activities of the popped out ovaries are listed as X1 and X2.

DeBoer (1972) deposited 0.2 ml of a colloidal carbon black suspension in the uterine cavity, the cervical canal or the vagina of well over 100 patients prior to abdominal surgery. Subsequent macroscopic examination of the oviducts showed rapid translocation of the carbon black deposited in the uterus to the oviducts and beyond in the majority of the cases. Some of the carbon black deposited in the cervical canal also translocated, but to a lesser extent. However, "from the vagina to the uterus passage of the marker was observed only twice in thirty-seven investigations." DeBoer pointed out that his patients were placed in the Trendelenberg position after the abdomen had been opened and that "in this position, especially under anaesthesia, there is a negative intra-abdominal pressure which may be sufficient to draw

NOTICE: THIS MATERIAL MAY PROTECTED BY COPYRIGHT LAW (TITLE 17 U.S. Code)

JNJ 000018336

Talc translocation from the vagina 337

Table 4. Best activity values observed in tissue samples and peritoneal lavage fluid from control monkeys

| Monkey and sample numbers* | Activity (dpm/sample) | | | |
|---|---|---|---|---|
| | Scandium | Chromium | Iron | Cobalt |
| **77-403** | | | | |
| 1 | <0.34 | <150 | <6.1 | <0.13 |
| 2 | <0.35 | <87 | <4.3 | <0.11 |
| 3a | 3910 ± 20 | <86 | <4.4 | <0.12 |
| 3b | <0.33 | <64 | <3.5 | <0.10 |
| 3c | <0.27 | <79 | <3.8 | <0.08 |
| 4 | <0.25 | <100 | <5.2 | <0.09 |
| 5 | <0.25 | <110 | <5.6 | <0.11 |
| **77-091** | | | | |
| 1 | <0.28 | <140 | <6.5 | <0.10 |
| 2 | <0.40 | <160 | <6.3 | 1.3 ± 0.2 |
| 3a | <0.35 | <130 | <5.6 | <0.11 |
| 3b | <0.40 | <97 | <4.2 | <0.13 |
| 3c | <0.54 | <180 | <7.4 | <0.18 |
| 4 | <0.27 | <100 | <5.7 | <0.10 |
| 5 | <0.30 | <100 | <5.1 | <0.13 |
| **79-280** | | | | |
| 1 | <0.26 | <140 | <6.9 | <0.09 |
| 2 | <0.45 | <150 | <6.1 | <0.14 |
| 3a | <0.35 | <180 | <7.2 | <0.11 |
| 3b | <0.43 | <130 | <5.0 | <0.14 |
| 3c | <0.34 | <170 | <6.0 | <0.11 |
| 4 | <0.28 | <140 | <9.1 | <0.10 |
| 5 | <0.22 | <87 | <4.9 | <0.11 |
| **80-053** | | | | |
| 1 | <0.26 | <160 | <7.7 | <0.09 |
| 2 | <0.25 | <180 | <8.0 | <0.08 |
| 3a | <0.30 | <190 | <8.2 | <0.08 |
| 3b | <0.43 | <180 | <7.2 | <0.12 |
| 3c | <0.43 | <160 | <7.2 | <0.12 |
| 4 | <0.25 | <130 | <6.0 | <0.09 |
| 5 | <0.22 | <120 | <6.7 | <0.10 |
| **80-087** | | | | |
| 1 | <0.31 | <140 | <6.8 | 0.71 ± 0.13 |
| 2 | <0.40 | <110 | <4.8 | <0.22 |
| 3a | <0.36 | <150 | <6.1 | <0.11 |
| 3b | <0.40 | <160 | <6.7 | <0.11 |
| 3c | <0.40 | <140 | <6.6 | <0.11 |
| 4 | <0.21 | <130 | <6.1 | <0.08 |
| 5 | <0.19 | <140 | <6.3 | <0.08 |
| **81-164** | | | | |
| 1 | <0.38 | <160 | <6.7 | <0.13 |
| 2 | <0.44 | <150 | <6.7 | <0.11 |
| 3a | <0.40 | <140 | <7.1 | <0.11 |
| 3b | <0.44 | <120 | <5.3 | <0.12 |
| 3c | <0.45 | <110 | <4.6 | <0.12 |
| 4 | <0.29 | <130 | <7.9 | <0.12 |
| 5 | <0.29 | <110 | <5.2 | <0.11 |

*Sample numbers: see Table 3 footnote.

up material from the vagina into the uterus, particularly through a relaxed cervix." He further pointed out that one of these two positive patients was a multipara (six children) with a lacerated cervix. De-Boer's results tend to support our findings by indicating that the cervical canal represents a formidable barrier to the translocation of insoluble inanimate particles from the vagina to the uterus.

Hassler et al. (1974) observed transcervical migration of [125]I- or [85]Sr-labelled microcapsules in rabbits and in some but not all stumptail monkeys and baboons when the sedated primates were maintained in their supine positions for 1 or 6 hr following dose administration (Gardner et al. 1980). When migration did occur, it varied greatly from animal to animal and was on the order of 1% or less during the first 24-hr period following dosing. The difference

between our results and those reported by Gardner et al. (1980) may be due to differences in experimental procedures; Gardner et al. administered considerably higher doses per application (~1 g), used markedly different materials and a longer sedation time, and maintained the primates much longer in a supine position after dosing.

Venter & Iterralde (1979) placed [99m]Tc-labelled human albumin microspheres (HAM) in the vaginas of patients, followed by surgical removal of uterus, oviducts and ovaries. These tissues/organs were then analysed for [99m]Tc, using a scintillation detector. In 9 of 14 cases, radioactivity levels were detected in the oviducts and ovaries; the remaining five cases were negative. All negative cases occurred in patients with proven violation changes due to previous infection. While Venter & Iterralde (1979) provide strong suggestive evidence for the translocation of microspheres from the vagina to the oviducts and ovaries, their case is not necessarily conclusive. This statement is based on the observation that the activity from a single radionuclide label measured in organs/tissues does not necessarily prove the presence of particles because radionuclides can leach from the particles (Subramanian, Rhodes, Cooper & Sodd, 1975; Wehner & Wilkerson, 1981; Wehner, Wilkerson, Cannon et al. 1977; Wehner, Wilkerson, Mahaffey & Milliman, 1980; Wehner, Wilkerson & Stevens, 1984) as specifically demonstrated for [99m]Tc-labelled HAM (Bolles, Kubiatowicz, Evans et al. 1971). Misleading conclusions due to the dissociation of radionuclide labels from test materials can be avoided by monitoring for more than one radionuclide. Comparing the ratios of several radionuclides-to-test-material in the bulk material to these ratios in the material deposited in any given tissue will reveal leaching because each radionuclide dissociates at a different rate from a given material (Wehner & Wilkerson, 1981; Wehner et al. 1977, 1980 & 1984).

Henderson et al. (1971) found talc particles in 10 of 13 ovarian tumours in humans, using an extraction-replication technique (Henderson, 1969). Cramer, Welsh, Scully & Wojciechowski (1982) observed a statistically significant ($P < 0.003$) relationship between epithelial ovarian cancer and talc used for dusting the perineum or sanitary napkins in 215 women. Both of these two clinical studies imply translocation of talc to the ovaries. However, Cramer et al. (1982) found no relationship between ovarian cancer and talc exposure from dusting condoms or diaphragms, even though talc, in the latter applications, is deposited close to the cervical os. Hartge, Hoover, Lesher & McGowan (1983) made a similar observation from their epidemiological study. Their data indicated that the use of talc on a diaphragm did not appear to elevate risk and that there was no overall association between talc use and risk of ovarian cancer. Phillips, Young, Hardy & Gangolli (1978) found no translocation of [3]H-labelled talc from the vagina to ovaries in the rabbit.

None of these studies conclusively answers the question of whether or not talc, deposited in the vagina of the human female, translocates to the oviducts and beyond without purposeful manipulation. Our study, using state-of-the-art techniques in the most suitable animal model available, failed to

F.C.T. 24/4—E

NOTICE: THIS MATERIAL MAY PROTECTED BY COPYRIGHT LAW (TITLE 17 U.S. Code)

JNJ 000018337

NOTICE: THIS MATERIAL MAY BE PROTECTED BY COPYRIGHT LAW (TITLE 17 U.S. Code)

338                                           A. P. WEHNER *et al.*

provide any evidence for such translocation of measurable quantities ($> \sim 0.5\,\mu g$, depending on the radionuclide, detector system and counting time) of talc.

It would, indeed, be difficult to explain such a translocation of "insoluble" inanimate particles. They lack the locomotion of spermatozoa and are unable to respond to chemotactic or physiological stimuli. It is, therefore, reasonable to assume that the behaviour of such particles is largely governed by the laws of physics. These laws would not permit particles to migrate "upstream" against the direction of the beat of the oviduct's ciliary epithelium, even if the particles had managed to somehow breach the cervical barrier and diffuse across the uterine cavity.

## REFERENCES

Bolles T. F., Kubiatowicz D. O., Evans R. L., Grotenhuis I. M. & Nora J. C. (1971). $^{99m}$Tc-labeled albumin (human) microspheres. In *Proceedings of the Symposium on New Developments in Radiopharmaceuticals and Labeled Compounds*. 26–30 March 1973, Copenhagen. Vol. 1. p. 151.

Cramer D. W., Welsh W. R., Scully R. E. & Wojciechowski C. A. (1982). Ovarian cancer and talc. A case-control study. *Cancer, N.Y.* **50**, 372.

DeBoer C. H. (1972). Transport of particulate matter through the human female genital tract. *J. Reprod. Fert.* **28**, 295.

Egli G. E. & Newton M. (1961). The transport of carbon particles in the human female reproductive tract. *Fert. Steril.* **12**, 151.

Gardner D. L., Fink D. J. & Hassler C. R. (1980). Potential delivery of contraceptive agents to the female reproductive tract. In *Proceedings of the Seventh International Symposium on Controlled Release of Bioactive Materials*. 25–28 July 1980, Fort Lauderdale, Florida.

Hartge P., Hoover R., Lesher L. P. & McGowan L. (1983). Talc and ovarian cancer. *J. Am. med. Ass.* **250**, 1844.

Hassler C. R., Gardner D. L., Emmerling D. C., Baytos W. C. & Williamson K. (1974). The study of intrauterine microcapsules as a prolonged drug release form. *Proc. San Diego Biomed. Symp.* **13**, 1.

Henderson W. J. (1969). A simple replication technique for the study of biological tissues by electron microscopy. *J. Microsc.* **89**, 369.

Henderson W. J., Joslin C. A. F., Turnbull A. C. & Griffiths K. (1971). Talc and carcinoma of the ovary and cervix. *J. Obstet. Gynaec. Br. Commonw.* **78**, 266.

Phillips J. C., Young P. J., Hardy J. & Gangolli S. D. (1978). Studies in the absorption and disposition of $^{3}$H-labelled talc in the rat, mouse, guinea-pig and rabbit. *Fd Cosmet. Toxicol.* **16**, 161.

Subramanian G., Rhodes B. A., Copper J. F. & Sodd V. J. (Editors) (1975). *Radiopharmaceuticals*. p. 271. Society of Nuclear Medicine, New York.

Venter P. E. & Iturralde M. (1979). Migration of particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *S. Afr. Med. J.* **55**, 917.

Wehner A. P., Hall A. S., Weller R. E., Lepel E. A. & Schimer R. E. (1985). Do particles translocate from the vagina to the oviducts and beyond? *Fd Chem. Toxic.* **23**, 367.

Wehner A. P. & Wilkerson C. L. (1981). Determination of pulmonary deposition, translocation and clearance using neutron activation techniques. *Z. Erkrank. Atmungsorg.* **157**, 238.

Wehner A. P., Wilkerson C. L., Cannon W. C., Buschbom R. L. & Tanner T. M. (1977). Pulmonary deposition, translocation and clearance of inhaled neutron-activated talc in hamsters. *Fd Cosmet. Toxicol.* **15**, 213.

Wehner A. P., Wilkerson C. L., Mahaffey J. A. & Milliman E. M. (1980). Fate of inhaled fly ash in hamsters. *Envir. Res.* **22**, 485.

Wehner A. P., Wilkerson C. L. & Stevens D. L. (1984). Lung clearance of neutron-activated Mount St. Helens volcanic ash in the rat. *Envir. Res.* **35**, 21.

JNJ 000018338