# Exhibit 67-G



2  4559          M69042-002-006 Anthophyllite  ( 11.5 um x 1.2 um)          9/28/2018



2  4561                    M69042-002-007 Anthophyllite Diffraction - 1 @ 50cm                    9/28/2018

2 4795         M68042-002-007 Anthophyllite Diffraction - 2 @ 50cm         10/27/2018



2  4562          M69042-002-007 Anthophyllite  ( 11.5 um x 1.0 um)          9/28/2018

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69042-002 | | Grid Box # | 8621 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Anthony Keeton | | | Length | Width | **G.O. Area** |
| Date of Analysis | 9/26/2018 - 9/28/2018 &10/27/2018 | G. O. in microns = | | 105 | 105 | 105 |
| Initial Weight(g) | 0.02000 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 12% | **G.O.s Counted** | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | B2-B8 | Fibrous Talc | 16.1 | 1.5 | 10.7 | Fibrous talc observed | |
| | | | | | | Trace throughout | |



2  4525                          M69042-002-Talc #1 Diffraction @ 50cm                          9/26/2018



2  4533          M69042-002-Talc #1  ( 16.1 um x 1.5 um)          9/27/2018

# Section 18

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**  M69042 - 004          **Analyst** Paul Hess          **Date** 10/12/2018

**ClientName**  LEVY & KONIGSBERG          **ClientSpl** 20180056-34D

**Location**

**Type_Mat**  Johnson & Johnson Talcum Powder

**Gross Visual**  Off-white powder          **% of Sample**  100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| Morphology | straight | straight | straight |
|---|---|---|---|
| Pleochroism | none | none | none |
| Refract Index | 1.630/1.615 | 1.630/1.615 | 1.623/1.608 |
| Sign^ | positive | positive | positive |
| Extinction | parallel | oblique | oblique |
| Birefringence | moderate | moderate | moderate |
| Melt | no | no | no |
| Fiber Name | Anthophyllite | Actinolite/Tremolite | Tremolite/Actinolite |

**ASBESTOS MINERALS**                    **EST. VOL. %**

Chrysotile.............................

Amosite................................

Crocidolite...........................

Tremolite/Actinolite.............          < 0.1

Anthophyllite........................          < 0.1

**OTHER FIBROUS COMPONENTS**

Talc -B/Y DS in 1.55          ***

**NON FIBROUS COMPONENTS**

| Opaques | X |
|---|---|
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  Actinolite/Tremolite and Anthophyllite asbestos observed. ***Moderate amount of fibrous talc observed. X=Materials Detected.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69042 - 004BL      **Analyst** Paul Hess          **Date** 10/15/2018

**ClientName** LEVY & KONIGSBERG                    **ClientSpl** 20180056-34D

**Location**

**Type_Mat**   Johnson & Johnson Talcum Powder

**Gross Visual**   White debris on slide                    **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| Morphology | straight | straight | straight |
|---|---|---|---|
| Pleochroism | none | none | none |
| Refract Index | 1.630/1.615 | 1.635/1.620 | 1.623/1.608 |
| Sign^ | positive | positive | positive |
| Extinction | parallel | oblique | oblique |
| Birefringence | moderate | moderate | moderate |
| Melt | no | no | no |
| Fiber Name | Anthophyllite | Actinolite/Tremolite | Tremolite/Actinolite |

**ASBESTOS MINERALS**                    **EST. VOL. %**

Chrysotile.............................
Amosite................................
Crocidolite............................
Tremolite/Actinolite..............        < 0.1
Anthophyllite........................        < 0.1

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| Opaques | X |
|---|---|
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**   Actinolite/Tremolite and Anthophyllite asbestos observed. X=Materials Detected.

The method detection limit is 1% unless otherwise stated.

30.8um

M69042-004-001 Anthophyllite Parallel Dispersion 1.605 R.I. @ 100X

M69042-004-001 Anthophyllite Perpendicular Dispersion



M69042-004-001 Anthophyllite Elongation @ 200X

M69042-004-001 Anthophyllite Crossed Polars

44.8μm

M69042-004-002 Actinolite/Tremolite Parallel Dispersion 1.605 R.I. @ 100X



M69042-004-002 Actinolite/Tremolite Perpendicular Dispersion



M69042-004-002 Actinolite/Tremolite Elongation @ 200X

M69042-004-002 Actinolite/Tremolite Crossed Polars

102.6um

M69042-004-003 Actinolite/Tremolite Parallel Dispersion 1.605 R.I. @ 100X



M69042-004-003 Actinolite/Tremolite Perpendicular Dispersion



M69042-004-003 Actinolite/Tremolite Elongation @ 200X

M69042-004-003 Actinolite/Tremolite Crossed Polars

35.4um

M69042-004-004 Anthophyllite Parallel Dispersion 1.605 R.I. @ 100X

M69042-004-004 Anthophyllite Perpendicular Dispersion



M69042-004-004 Anthophyllite Elongation @ 200X

M69042-004-004 Anthophyllite Crossed Polars

29.9μm

M69042-004-005 Actinolite/Tremolite Parallel Dispersion 1.605 R.I. @ 100X



M69042-004-005 Actinolite/Tremolite Perpendicular Dispersion



M69042-004-005 Actinolite/Tremolite Elongation @ 200X

M69042-004-005 Actinolite/Tremolite Crossed Polars



70.0um

M69042-004BL-001 Actinolite/Tremolite Parallel Dispersion 1.605 R.I. @ 100X



M69042-004BL-001 Actinolite/Tremolite Perpendicular Dispersion



M69042-004BL-001 Actinolite/Tremolite Elongation @ 200X

M69042-004BL-001 Actinolite/Tremolite Crossed Polars

57.8um

M69042-004BL-002 Anthophyllite Parallel Dispersion 1.605 R.I. @ 100X

M69042-004BL-002 Anthophyllite Perpendicular Dispersion



M69042-004BL-002 Anthophyllite Elongation @ 200X

M69042-004BL-002 Anthophyllite Crossed Polars

148.3um

M69042-004BL-003 Actinolite/Tremolite Parallel Dispersion 1.605 R.I. @ 100X



M69042-004BL-003 Actinolite/Tremolite Perpendicular Dispersion



M69042-004BL-003 Actinolite/Tremolite Elongation @ 200X

M69042-004BL-003 Actinolite/Tremolite Crossed Polars

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69042-004 | | Grid Box # | 8633 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | **G. O. Area** |
| Date of Analysis | 10/15/2018 - 10/16/2018 & 10/28/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.03032 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E6-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| 1 | A8 | Fiber | Anthophyllite | 13.4 | 0.4 | 33.5 | X | X |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| 2 | F1 | Bundle | Anthophyllite | 4.2 | 0.38 | 11.1 | X | X |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69042-004 | | Grid Box # | 8633 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 10/15/2018 - 10/16/2018 & 10/28/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.03032 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A2-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E2 | | | | | | | |
| 3 | E3 | Bundle | Anthophyllite | 13.4 | 0.63 | 21.3 | X | X |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69042-004 | | Grid Box # | 8633 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | **G. O. Area** |
| Date of Analysis | 10/15/2018 - 10/16/2018 & 10/28/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.03032 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|

| | Org. Sample Wt. | Sample Wt. Post HL Separation | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 0.03032 | 0.03032 | g | | | | | |
| Percent of Orig. Post Separation | | 100 | (%) | | | | | |

| Wt. Of Sample Analyzed | 0.00016622 | g |
|---|---|---|
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 3 | Str. |
| **Structures per Gram of Sample** | 1.80E+04 | Str./g |

| Detection Limit | 6.02E+03 | Str./g |
|---|---|---|
| Analytical Sensitivity | 6.02E+03 | Str./g |





310374                        M69042-004-001 Anthophyllite Diffraction - 1 @ 50cm                        10/15/2018



2  4805          M69042-004-001 Anthophyllite Diffraction - 2 @ 50cm          10/28/2018



310381                     M69042-004-001 Anthophyllite ( 13.4 um x 0.40 um )                     10/15/2018





310387                    M69042-004-002 Anthophyllite Diffraction - 1 @ 50cm                    10/15/2018

2 4807          M69042-004-002 Anthophyllite Diffraction - 2 @ 50cm          10/28/2018



310389          M69042-004-002 Anthophyllite ( 4.2 um × 0.38 um )          10/15/2018





310396     M69042-004-003 Anthophyllite Diffraction - 1 @ 50cm     10/16/2018

2  4808                    M69042-004-003 Anthophyllite Diffraction - 2 @ 50cm                    10/28/2018



310400    M69042-004-003 Anthophyllite ( 13.4 um x 0.63 um )    10/16/2018

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69042-004 | | Grid Box # | 8633 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | **G.O. Area** |
| Date of Analysis | 10/15/2018 - 10/16/2018 & 10/28/2018 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.03032 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | E6-B7 | Fibrous Talc | 15.8 | 1.1 | 14.4 | Fibrous talc observed Trace throughout | |
| | | | | | | | |





310382      M69042-004-Talc #1 Diffraction @ 50cm      10/15/2018



310383        M69042-004-Talc #1 ( 15.8 um × 1.1 um )        10/15/2018

# Section 19

**MAS, LLC**
**PLM ANALYSIS**

| | | | | | |
|---|---|---|---|---|---|
| **Proj#-Spl#** | M69042 - 008 | **Analyst** Paul Hess | | **Date** 10/12/2018 | |
| **ClientName** | LEVY & KONIGSBERG | | **ClientSpl** 20180060-67D | | |
| **Location** | | | | | |
| **Type_Mat** | Johnson & Johnson Talcum Powder | | | | |

| | | | |
|---|---|---|---|
| **Gross Visual** | Off-white powder | **% of Sample** | 100 |

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.627/1.613 | | |
| **Sign^** | positive | | |
| **Extinction** | parallel | | |
| **Birefringence** | moderate | | |
| **Melt** | no | | |
| **Fiber Name** | Anthophyllite | | |

## ASBESTOS MINERALS      EST. VOL. %

| | |
|---|---|
| Chrysotile............................ | |
| Amosite............................... | |
| Crocidolite........................... | |
| Tremolite/Actinolite............. | |
| Anthophyllite....................... | < 0.1 |

### OTHER FIBROUS COMPONENTS

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |

### NON FIBROUS COMPONENTS

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**   Anthophyllite asbestos observed. *** Moderate amount Fibrous talc observed.
X=Materials Detected.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69042 - 008BL   **Analyst** Paul Hess   **Date**   10/15/2018

**ClientName**  LEVY & KONIGSBERG   **ClientSpl** 20180060-67D

**Location**

**Type_Mat**   Johnson & Johnson Talcum Powder

**Gross Visual**   White debris on slide   **% of Sample**   100

**OPTICAL DATA FOR ASBESTOS IDENTIFICATION**

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.627/1.613 | | |
| **Sign^** | positive | | |
| **Extinction** | parallel | | |
| **Birefringence** | moderate | | |
| **Melt** | no | | |
| **Fiber Name** | Anthophyllite | | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

Chrysotile.............................

Amosite................................

Crocidolite............................

Tremolite/Actinolite..............

Anthophyllite........................                < 0.1

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**   Anthophyllite asbestos observed. X=Materials Detected.

The method detection limit is 1% unless otherwise stated.

34.5um

M69042-008-001 Anthophyllite Parallel Dispersion 1.605 R.I. @ 100X

M69042-008-001 Anthophyllite Perpendicular Dispersion



M69042-008-001 Anthophyllite Elongation @ 200X



M69042-008-001 Anthophyllite Crossed Polars

84.9um

M69042-008-002 Anthophyllite Parallel Dispersion 1.605 R.I. @100X



M69042-008-002 Anthophyllite Perpendicular Dispersion



M69042-008-002 Anthophyllite Elongation @ 200X

M69042-008-002 Anthophyllite Crossed Polars



90.5um

M69042-008BL-001 Anthophyllite Parallel Dispersion 1.605 R.I. @ 100X

M69042-008BL-001 Anthophyllite Perpendicular Dispersion



M69042-008BL-001 Anthophyllite Elongation @ 200X

M69042-008BL-001 Anthophyllite Crossed Polars

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69042-008 | | Grid Box # | | 8633 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Anthony Keeton | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 10/18/2018 - 10/19/2018 & 10/28/20118 - 10/29/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.0303 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 15% | **G.O.s Counted** | 100 |
| 2 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | C1-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| 1 | C2 | Bundle | Anthophyllite | 3.9 | 0.5 | 7.8 | X | X |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69042-008 | | Grid Box # | 8633 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Anthony Keeton | | | Length | Width | G. O. Area |
| Date of Analysis | 10/18/2018 - 10/19/2018 & 10/28/20118 - 10/29/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.0303 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 15% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | C2-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| 2 | B1 | Bundle | Anthophyllite | 7.8 | 1.5 | 5.2 | X | X |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| 3 | C6 | Bundle | Anthophyllite | 5.3 | 0.5 | 10.6 | X | X |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69042-008 | | Grid Box # | 8633 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Anthony Keeton | | | Length | Width | G. O. Area |
| Date of Analysis | 10/18/2018 - 10/19/2018 & 10/28/20118 - 10/29/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.0303 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 15% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | | | | | | |
| 0.03030 | 0.03030 | g | | | | | |
| Percent of Orig. Post Separation | 100 | (%) | | | | | |
| Wt. Of Sample Analyzed | 0.00016612 | g | | | | | |
| Filter size | 201.1 | mm² | | | | | |
| Number of Structures Counted | 3 | Str. | | Detection Limit | 6.02E+03 | Str./g | |
| **Structures per Gram of Sample** | 1.81E+04 | Str/g | | Analytical Sensitivity | 6.02E+03 | Str./g | |



2  4654                    M69042-008-001 Anthophyllite Diffraction - 1 @ 50cm                    10/18/2018

2  4656                           M69042-008-001 Anthophyllite Diffraction - 2 @ 50cm                           10/18/2018



2  4647          M69042-008-001 Anthophyllite  ( 3.9 um x 0.5 um)          10/18/2018





2 4671                    M69042-008-002 Anthophyllite Diffraction - 1 @ 50cm                    10/19/2018

2  4814          M69042-008-002 Anthophyllite Diffraction - 2 @ 50cm          10/29/2018



2  4664          M69042-008-002 Anthophyllite  ( 7.8 um x 1.5 um)          10/19/2018



2 4666          M69042-008-003 Anthophyllite Diffraction - 1 @ 50cm          10/19/2018

2 4816          M69042-008-003 Anthophyllite Diffraction - 2 @ 50cm          10/29/2018



2  4667　　　　　M69042-008-003 Anthophyllite  ( 5.3 um x 0.5 um)　　　10/19/2018

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69042-008 | | Grid Box # | 8633 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Anthony Keeton | | | Length | Width | G.O. Area |
| Date of Analysis | 10/18/2018 - 10/19/2018 & 10/28/20118 - 10/29/2018 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.03030 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 15% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | C1-A1 | | | | | No Fibrous Talc Observed | |

# Section 20



## Verified Analysis Count Sheet

Date: 10/31/18

Analyst: Anthony Keeton

SampleID: 20180070-07D

Grid Square ID: Grid-1, -2, -3, 4

| Structure No. | Length(µm) | Width(µm) | Type(F,B,C) | Sketch | ID | Verified(Y/N) | |
|---|---|---|---|---|---|---|---|
| 1 | 3.5 | 0.25 | F | Diff = 2-4852  Image = 2-4853 | Antho | Y | 1-B8 |
| 2 | 6.0 | 0.4 | B | Diff = 2-4856  Image = 2-4855 | Antho | Y | 2-C2 |
| 3 | 7.5 | 0.2 | B | Diff = 2-4858  Image = 2-4857 | Antho | Y | 2-C5 |
| 4 | 11 | 0.6 | B | Diff = 2-4860  Image = 2-4859 | Antho | Y | |
| 5 | 4 | 0.25 | B | Diff = 2-4864  Image = 2-4862 | Antho | Y | 2-C7 |
| 6 | 14 | 1.1 | B | Diff = 2-4867  Image = 2-4865 | Antho | Y | 2-C9 |
| 7 | 8.5 | 0.4 | B | Diff = 2-4869  Image = 2-4868 | Antho | Y | 2-C10 |
| 8 | 9.0 | 0.7 | B | Diff = 2-4875  Image = 2-4871 | Antho | Y | 3-I5 |
| 9 | — | — | — | Grid-4 H4 Torn | — | N | 4-H4 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*

Total No. of Structures: 8

True Positives: ___

False Positives: ___

False Negatives: ___

PG. 1 of 1

Could not verify Structure-9 in Grid 4-H4 due to torn replica



2 4852                  20180070-7D- Structure 1 Anthophyllite Diffraction @ 50cm        10/31/2018



2  4853          20180070-07D- Structure 1 Anthophyllite   ( 3.5 um x 0.25 um)          10/31/2018





2  4856                    20180070-07D Structure 2 Diffraction @ 50cm                    10/31/2018



2 4855          20180070-07D Structure 2 Anthophyllite  ( 6.0 um x 0.4 um)          10/31/2018





2  4858                    20180070-07D Structure 3 Anthophyllite Diffraction @ 50cm                    10/31/2018



2  4857                    20180070-07D Structure 3 Anthophyllite  ( 7.5 um x 0.2 um)                    10/31/2018



2 4860                    20180070-07D Structure 4 Anthophyllite Diffraction @ 50cm                    10/31/2018



2 4859                          20180070-07D Structure 4   ( 11.0 um x 0.6 um)                    10/31/2018



2  4864                    20180070-07D Structure 5 Anthophyllite Diffraction @ 50cm                    10/31/2018



2 4862     20180070-07D Structure 5 Anthophyllite  ( 4.0 um x 0.25 um)     10/31/2018



2  4867          20180070-07D Structure 6 Anthophyllite Diffraction @ 50cm          10/31/2018



2  4865                    20180070-07D Structure 6 Anthophyllite   ( 14 um x 1.1 um)            10/31/2018



2 4869                   20180070-07D Structure 7 Anthophyllite Diffraction @ 50cm                   10/31/2018



2  4868          20180070-07D Structure 7 Anthophyllite  ( 8.5 um x 0.4 um)          10/31/2018



2 4875          20180070-07D Structure 8 Anthophyllite Diffraction @ 50cm          10/31/2018



2 4871   20180070-07D Structure 8 Anthophyllite   ( 9.0 um x 0.7 um)   10/31/2018

# Determination of Asbestos in Talc by ATEM
## ISO 22262-2:2014
# Sample 20180070-07D

**J3 Order #:** JH1898969

**Customer:** Joseph Satterley, Esq.

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

---

| | | | |
|---|---|---|---|
| **Weight of Sample*:** | 0.0176 g | **Filter Size:** | 25 mm |
| **Percent of Original Sample*:** | 81% | **Filter Pore Size:** | 0.2 μm |
| **Suspension Volume:** | 1.5 mL | **Area of Analytical Filter:** | 210 mm$^2$ |
| **Filtered Suspension Volume:** | 0.1 mL | **GO Size:** | 0.0132 mm$^2$ |
| | | **GO Area Analyzed:** | 1.056 mm$^2$ |

## Results Summary

| Asbestos Structure Number | Length (μm) | Width (μm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 3.5 | 0.25 | 14 | Anthophyllite |
| 2 | 6 | 0.4 | 15 | Anthophyllite |
| 3 | 7.5 | 0.2 | 37.5 | Anthophyllite |
| 4 | 11 | 0.6 | 18.3 | Anthophyllite |
| 5 | 4 | 0.25 | 16 | Anthophyllite |
| 6 | 14 | 1.1 | 12.7 | Anthophyllite |
| 7 | 8.5 | 0.4 | 21.3 | Anthophyllite |
| 8 | 9 | 0.6 | 15 | Anthophyllite |
| 9 | 10 | 0.9 | 11.1 | Anthophyllite |
| AVERAGE | 8.2 | 0.52 | 15.6 | |

| | |
|---|---|
| **Total Asbestos Structures:** | 9 |
| **Anthophyllite Density:** | 3000 kg/m$^3$ |
| **Cross-section Shape Factor (Amphibole):** | 0.5 |
| **Asbestos Mass Fraction:** | 0.00090% |
| **Asbestos Mass Fraction of Original Sample:** | 0.00073% |

\* Sample was previously gravimetrically reduced.

# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180070-07D

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

**Page:** 1 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 1 | | | | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | 1 | 3.5 x 0.25 | Anthophyllite | Yes | 01 | 02 | Zone Axis [1 0 1] |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | | | | | | | | | |
| 2 | | | | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | 2 | 6 x 0.40 | Anthophyllite | Yes | 07 | 08 | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | 3 | 7.5 x 0.20 | Anthophyllite | Yes | 09 | | |

# Determination of Asbestos in Talc by ATEM

### LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.  **Analyst:** Lee Poye

**J3 Order #:** JH1898969  **Date:** 30-Jun-2018

**Sample #:** 20180070-07D  **Page:** 2 of 3

| | | | | | | Images | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
| 2 | C5 | | 4 | 11 x 0.60 | Anthophyllite | Yes | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | 5 | 4 x 0.25 | Anthophyllite | Yes | 10 | 11 | |
| | C8 | | NSD | | | | | | |
| | C9 | | 6 | 14 x 1.10 | Anthophyllite | Yes | 06 | 05 | |
| | C10 | | 7 | 8.5 x 0.40 | Anthophyllite | Yes | 03 | 04 | |
| | | | | | | | | | |
| 3 | | | | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | 8 | 9 x 0.60 | Anthophyllite | Yes | 13 | 12 | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | | | | | | | | | |
| 4 | | | | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | 9 | 10 x 0.90 | Anthophyllite | Yes | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |

# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.  
**J3 Order #:** JH1898969  
**Sample #:** 20180070-07D

**Analyst:** Lee Poye  
**Date:** 30-Jun-2018  
**Page:** 3 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 4 | | | | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | E1 | | NSD | | | | | | |
| | E2 | ✓ | NA | | Talc | Yes | 14 | 15 | Fiber |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# Sample 20180070-07D
# Structure 1 - Morphology



StS-01 Full Quant_001
Anthophyllite
GO - B8
11:11:46 6/27/2018
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 25000 x
J3 Resources, Inc.

# Sample 20180070-07D
# Structure 1 – Diffraction Pattern and EDS







# Sample 20180070-07D
# Structure 2 - Morphology



StS-01 Full Quant_007
Anthophyllite
GO - C2
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 20000 x
J3 Resources, Inc.

# Sample 20180070-07D
# Structure 2 – Diffraction Pattern and EDS





# Sample 20180070-07D
# Structure 3 – Morphology and EDS



StS-01 Full Quant_009
Anthophyllite
GO - C5
Microscopist: LWP

1 µm
HV=100XV
Direct Mag: 15000 x
J3 Resources, Inc.



# Sample 20180070-07D
# Structure 5 - Morphology



StS-01 Full Quant_010
Anthophyllite
GO - C7
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 25000 x
J3 Resources, Inc.

# Sample 20180070-07D
# Structure 5 – Diffraction Pattern



# Sample 20180070-07D
# Structure 6 - Morphology



StS-01 Full Quant_006
Anthophyllite
GO - C9
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 7500 x
J3 Resources, Inc.

# Sample 20180070-07D
# Structure 6 – Diffraction Pattern and EDS





# Sample 20180070-07D
# Structure 7 - Morphology



StS-01 Full Quant_003 ZA.tif
Anthophyllite - SAED - ZA  [1 0 1]
GO - C10
Microscopist: LWP
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 25000 x
J3 Resources, Inc.

# Sample 20180070-07D
# Structure 7 – Diffraction Pattern and EDS





# Sample 20180070-07D
# Structure 8 - Morphology



StS-01 Full Quant_013
Anthophyllite
Grid 3  GO - I4
Microscopist: LWP

1 µm
HV=100kV
Direct Mag: 12000 x
J3 Resources, Inc.

# Sample 20180070-07D
# Structure 8 – Diffraction Pattern



StS-01 Full Quant_012
Anthophyllite - SAED
Grid 3  GO - 14
Microscopist: LWP

0 2 (1/Å)
HV=100kV
Cam Len  0.8000 m
J3 Resources, Inc.

JH1898969

# Sample 20180070-07D
# Talc Fiber (GO E2) - Morphology



StS-01 Full Quant_014
Talc
Grid 3  GO - E2
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.

JH1898969

# Sample 20180070-07D
# Talc Fiber (GO E2) - Diffraction Pattern



StS-01 Full Quant_015
Talc - SAED
Grid 3 - GO - E2
Microscopist: LWP

0.2 (1/Å)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.

# Section 21

Location 15A

**MAS**

## Verified Analysis Count Sheet

Date: 1-2-2018

Analyst: Anthony Leeton

SampleID: 2018006 - 15D

Grid Square ID: Grid - 1,

| Structure No. | Length(μm) | Width(μm) | Type(F,B,C) | Sketch | ID | Verified(Y/N) | |
|---|---|---|---|---|---|---|---|
| 1 | 6.6 | 0.7 | B | Diff = 2-2042 Image = 2-5040 | Antho | Y | 1-C10 |
| 2 | 5.2 | 0.22 | B | Diff = 2-5097 Image = 2-4043 | Antho/Tal | Y | 1-D5 |
| 3 | 20.3 | 0.92 | B | Diff 2-5050 Image = 2-5049 | Antho | Y | 1-D6 |
| 4 | 27 | 1.5 | B | Diff = 2-5052 Image = 2-5051 | Antho | Y | 1-D7 |
| 5 | 5.9 | 0.22 | F | Diff = Image = 2-5054 | Antho | Y | 3-F9 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Total No. of Structures: _____
True Positives: _____
False Positives: _____
False Negatives: _____

PG.___of___

✱ Grid 4 is missing. Only 3 grids in grid box. Cannot confirm structures six and seven.

M:\Main Company Data Store\K\SYS\QA\QAQC\TEM QC Templates\Verified Anlaysis Count Sheet 10-23-14.pdf



2  5042          20180061-15D Structure 1 Anthophyllite Diffraction @ 50cm          11/2/2018



2  5040          20180061-15D Structure 1 Anthophyllite  ( 6.6 um x 0.7 um)          11/2/2018



2 5047        20180061-15D Structure 1 Anthophyllite/Talc  ( transitional)   Diffraction @ 50cm        11/2/2018



2  5043          20180061-15D Structure 1 Anthophyllite  ( 5.2 um x 0.22 um)          11/2/2018



2  5050                20180061-15D Structure 3 Anthophyllite Diffraction @ 50cm                11/2/2018



2  5049          20180061-15D Structure 3 Anthophyllite  ( 20.3 um x 0.92 um)          11/2/2018

