# Exhibit 67-I



54.1um

Anthophyllite

Talc

M69680-003BL-003 Anthophyllite bundle Parallel Dispersion 1.605 R.I. @ 100X



M69680-003BL-003 Anthophyllite bundle Perpendicular Dispersion



M69680-003BL-003 Anthophyllite bundle Elongation @ 200X



M69680-003BL-003 Anthophyllite bundle Crossed Polars



## Verified Analysis Count Sheet

Date: 10/31/18 - 11/1/18
Analyst: Anthony Keeton

SampleID: 20180061-38D
Grid Square ID: Gr.1-1, -2, 3-4

| Structure No. | Length(μm) | Width(μm) | Type(F,B,C) | Sketch | ID | Verified(Y/N) | |
|---|---|---|---|---|---|---|---|
| 1 | 3.2 | 0.6 | B | Diff = 2-4885 / Image = 2-4884 | Antho | Y | 1- A9 |
| 2 | 3.6 | 0.7 | B | Diff = 2-4887 / Image = 2-4886 | Antho | Y | 1- F3 |
| 3 | 18.9 | 1.5 | B | Diff = 2-4890 / Image = 2-4888 | Antho | Y | 1- F8 |
| 4 | 6.0 | 0.9 | B | Diff = 2-4897 2-4899 / Inkyp = 2-4895 | Antho / talc | Y | 3- D4 |
| 5 | 6.2 | 1.1 | B | Diff = 2-4906 / Image = 2-4901 | Antho | Y | 3- G9 |
| 6 | 3.5 | 0.4 | F | Diff = 2-4910 / Image = 2-4907 | Antho | Y | 3- G10 |
| 7 | 6.0 | 0.3 | B | Diff = 2-4914 / Image = 2-4912 | Antho | Y | 4- D6 |
| 8 | 3.1 | 0.25 | B | Diff = 2-4928 / Image = 2-4923 | Antho | Y | 4- H7 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Total No. of Structures: 8
True Positives:
False Positives:
False Negatives:

PG. 1 of 1

Unable to Confirm structure in Grid 4-H5 due to torn replica.



2  4885          20180061-38D Structure 1 Anthophyllite Diffraction @ 50cm          10/31/2018



2 4884        20180061-38D Structure 1 Anthophyllite  ( 3.2 um x 0.6 um)        10/31/2018



2 4887          20180061-38D Structure 2 Anthophyllite Diffraction @ 50cm          10/31/2018



2 4886　　　　　20180061-38D Structure 2 Anthophyllite　( 3.6 um x 0.7 um)　　　10/31/2018



2 4890       20180061-38D Structure 3 Anthophyllite Diffraction @ 50cm       10/31/2018



2 4888          20180061-38D Structure 3 Anthophyllite  ( 18.9 um x 1.5 um)          10/31/2018



2 4899  20180061-38D Structure 4 Anthophyllite/Talc  ( Transitional)   Diffraction @ 50cm 10/31/2018



2  4895        20180061-38D Structure 4 Anthophyllite/Talc Transition  ( 6.0 um x 0.9 um)        10/31/2018



2 4906          20180061-38D Structure 5 Anthophyllite Diffraction @ 50cm          11/1/2018



2 4901          20180061-38D Structure 5 Anthophyllite  ( 6.2 um x 1.1 um)          10/31/2018



2 4910         20180061-38D Structure 6 Anthophyllite Diffraction @ 50cm       11/1/2018



2 4907    20180061-38D Structure 6 Anthophyllite  ( 3.5 um x 0.4 um)    11/1/2018



2 4914            20180061-38D Structure 7 Anthophyllite Diffraction @ 50cm            11/1/2018



2 4912          20180061-38D Structure 7 Anthophyllite  ( 6.0 um x 0.3 um)          11/1/2018



2  4928                20180061-38D Structure 8 Anthophyllite Diffraction @ 50cm            11/1/2018



2  4923          20180061-38D Structure 8 Anthophyllite  ( 3.1 um x 0.25 um)          11/1/2018



# Determination of Asbestos in Talc by ATEM
## ISO 22262-2:2014

# Sample 20180061-38D

**J3 Order #:** JH1898969

**Customer:** Joseph Satterley, Esq.

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

| | | | |
|---|---|---|---|
| **Weight of Sample\*:** | 0.0172 g | **Filter Size:** | 25 mm |
| **Percent of Original Sample\*:** | 65% | **Filter Pore Size:** | 0.2 µm |
| **Suspension Volume:** | 1.5 mL | **Area of Analytical Filter:** | 210 mm$^2$ |
| **Filtered Suspension Volume:** | 0.1 mL | **GO Size:** | 0.0132 mm$^2$ |
| | | **GO Area Analyzed:** | 1.056 mm$^2$ |

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 3.5 | 0.5 | 7 | Anthophyllite |
| 2 | 19 | 1.6 | 11.8 | Anthophyllite |
| 3 | 7 | 1.1 | 6.4 | Anthophyllite |
| 4 | 3.5 | 0.4 | 8.8 | Anthophyllite |
| 5 | 6 | 0.3 | 20 | Anthophyllite |
| 6 | 20 | 2.8 | 7.1 | Anthophyllite |
| 7 | 3 | 0.25 | 12 | Anthophyllite |
| AVERAGE | 8.9 | 0.99 | 8.9 | |

| | |
|---|---|
| **Total Asbestos Structures:** | 7 |
| **Anthophyllite Density:** | 3000 kg/m$^3$ |
| **Cross-section Shape Factor (Amphibole):** | 0.5 |

| | |
|---|---|
| **Asbestos Mass Fraction of Original Sample:** | **0.0056%** |
| **Asbestos Mass Fraction of Original Sample:** | **0.0037%** |

\* Sample was previously gravimetrically reduced.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-38D

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

**Page:** 1 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 1 | | | | | | | | | |
| | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | ✓ | NA | 2.8 x 0.60 | Anthophyllite | Yes | 01 | 02 | Cleavage Fragment |
| | A10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | 1 | 3.5 x 0.50 | Anthophyllite | Yes | | | |
| | F4 | | NA | | | | | | |
| | F5 | | NA | | | | | | |
| | F6 | | NSD | | | | | | |
| | ·F7 | | NA | | | | | | |
| | F8 | | 2 | 19 x 1.60 | Anthophyllite | Yes | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | | | | | | | | | |
| 2 | | | | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | H1 | ✓ | NA | 7.5 x 1.10 | Anthophyllite | Yes | | | Cleavage Fragment |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |



# Determination of Asbestos in Talc by ATEM
**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-38D

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

**Page:** 2 of 3

| | | | | | | Magnification Scan at 3,000X | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
| 2 | | | | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | | | | | | | | | |
| 3 | | | | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | ✓ | NA | 6 x 0.90 | Anthophyllite | Yes | 03 | 04 | Transitional |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | 3 | 7 x 1.10 | Anthophyllite | Yes | | | |
| | G10 | | 4 | 3.5 x 0.40 | Anthophyllite | Yes | 05 | 06 | |
| | | | | | | | | | |
| 4 | | | | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | 5 | 6 x 0.30 | Anthophyllite | Yes | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-38D

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | |
|------|-------|-------|-------|-------|-------|-------|-------|-------|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
| 4 | | | | | | | | |
| | D9 | | NSD | | | | | |
| | D10 | | NSD | | | | | |
| | H1 | | NSD | | | | | |
| | H2 | | NSD | | | | | |
| | H3 | | NSD | | | | | |
| | H4 | | NSD | | | | | |
| | H5 | | 6 | 20 x 2.80 | Anthophyllite | Yes | 07 | |
| | H6 | · | NSD | | | | | |
| | H7 | | 7 | 3 x 0.25 | Anthophyllite | Yes | 08 | |
| | H8 | | NSD | | | | | |
| | H9 | | NSD | | | | | |
| | H10 | | NSD | | | | | |



# Sample 20180061-38D
# Anthophyllite (GO A9 - Cleavage Fragment) Morphology



StS-03 Full Quant_001
Anthophyllite Cleavage Fragment
GO-A9
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 20000 x
J3 Resources, Inc.



# Sample 20180061-38D
# Anthophyllite (GO A9 - Cleavage Fragment)
# Diffraction Pattern and EDS



StS-03 Full Quant_002
Anthophyllite - SAED Cleavage Fragment
GO-A9
Microscopist: LWP

0.2 (1/Å)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.



StS-03 - Anthophyllite
Grid A
GO - A9



# Sample 20180061-38D
# Anthophyllite (GO D4 – Transitional) Morphology



# Sample 20180061-38D
# Anthophyllite (GO D4 - Transitional)
# Diffraction Pattern



StS-03 Full Quant_004
Anthophyllite/Talc SAED - Transitional Fiber
GO-D4
Microscopist: LWP

0.2 (1/Å)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.



# Sample 20180061-38D
# Structure 4 - Morphology



StS-03 Full Quant_005
Anthophyllite
GO-G10
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 20000 x
J3 Resources, Inc.

# Sample 20180061-38D
# Structure 4 – Diffraction Pattern and EDS





StS-03 Full Quant_006
Anthophyllite - SAED
GO-G10
Microscopist: LWP

0.2 (1/Å)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.

StS-03 – Anthophyllite

GO – G10

JH1898969



# Sample 20180061-38D
# Structure 6 - Morphology



StS-03 Full Quant_007
Anthophyllite
GO-H5
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 5000 x
J3 Resources, Inc.



# Sample 20180061-38D
# Structure 7 - Morphology



StS-03 Full Quant_008
Anthophyllite
GO-H7
Microscopist: LWP

600 nm
HV=100kV
Direct Mag: 25000 x
J3 Resources, Inc.

# Section 4

## MAS, LLC
## PLM ANALYSIS

**Proj#-Spl#**  M69680 - 007BL     **Analyst**  Paul Hess     **Date**  12/7/2018

**ClientName**  J3 Resources                    **ClientSpl**  20180061-52D

**Location**

**Type_Mat**  Shower to Shower Talc

**Gross Visual**  White debris on slide          **% of Sample**  100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | straight | |
| **Pleochrism** | none | none | |
| **Refract Index** | 1.633/1.619 | 1.629/1.614 | |
| **Sign^** | positive | positive | |
| **Extinction** | oblique | parallel | |
| **Birefringence** | medium | medium | |
| **Melt** | no | no | |
| **Fiber Name** | Actinolite/Tremolite | Anthophyllite | |

## ASBESTOS MINERALS                    EST. VOL. %

| | |
|---|---|
| **Chrysotile**............................ | |
| **Amosite**............................... | |
| **Crocidolite**.......................... | |
| **Tremolite/Actinolite**.............. | 0.2 |
| **Anthophyllite**...................... | 0.5 |

### OTHER FIBROUS COMPONENTS

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |

### NON FIBROUS COMPONENTS

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  Actinolite/Tremolite and Anthophyllite asbestos observed.  *** Moderate amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.

103.5um

M69680-007BL-001 Anthophyllite bundle Parallel Dispersion 1.605 R.I. @ 100X



M69680-007BL-001 Anthophyllite bundle Perpendicular Dispersion

M69680-007BL-001 Anthophyllite bundle Elongation @ 200X



M69680-007BL-001 Anthophyllite bundle Crossed Polars



Talc

81.2um

Anthophyllite



Anthophyllite

Talc

M69680-007BL-002 Anthophyllite with Talc bundle Perpendicular Dispersion

Talc

Anthophyllite

M69680-007BL-002 Anthophyllite with Talc bundle Elongation @ 200X

M59680-007BL-002 Anthophyllite with Talc bundle Crossed Polars



Talc Platelet

42.0um

Anthophyllite

M69680-007BL-003 Anthophyllite Parallel Dispersion 1.605 R.I. @ 100X



M69680-007BL-003 Anthophyllite Perpendicular Dispersion

Anthophyllite

Talc Platelet

M69680-007BL-003 Anthophyllite Elongation @ 200X

M69680-007BL-003 Anthophyllite Crossed Polars

48.5um

M69680-007BL-004 Act/Trem bundle Parallel Dispersion 1.605 R.I. @ 100X



M69680-007BL-004 Act/Trem bundle Perpendicular Dispersion

M69680-007BL-004 Act/Trem bundle Elongation @ 200X

M69680-007BL-004 Act/Trem bundle Crossed Polars



M69680-007BL-005 Act/Trem with Talc Parallel Dispersion 1.605 R.I. @ 100X



M69680-007BL-005 Act/Trem with Talc Perpendicular Dispersion



Act/Trem

Talc

M69680-007BL-005 Act/Trem with Talc Elongation @ 200X





M69680-007BL-005 Act/Trem with Talc Crossed Polars



Talc

Anthophyllite Parallel Dispersion with Talc

76.5um

Anthophyllite

Anthophyllite at 50 degrees off Horizontal

83.5um

M69680-007BL-006 Anthophyllite Dispersion 1.605 R.I. @ 100X



Talc

Anthophyllite
50 degrees off Perpendicular

Anthophyllite Perpendicular Dispersion

M69680-007BL-006 Anthophyllite Dispersion



Talc

Anthophyllite

Anthophyllite

M69680-007BL-006 Anthophyllite Elongation @ 200X

Talc Platelet

M69680-007BL-006 Anthophyllite Crossed Polars



Anthophyllite 2 degrees off Parallel Dispersion

35.5um

Act/Trem Parallel Dispersion

96.1um

M69680-007BL-007 Act/Trem and Anthophyllite Dispersion 1.605 R.I. @ 100X



Act/Trem Perpendicular Dispersion

Anthophyllite 2 degrees off Perpendicular Dispersion

M69680-007BL-007 Act/Trem and Anthophyllite Dispersion



Act/Trem

Anthophyllite

M69680-007BL-007 Act/Trem and Anthophyllite Elongation @ 200X



Act/Trem

Anthophyllite

M69680-007BL-007 Act/Trem and Anthophyllite Crossed Polars



## Verified Analysis Count Sheet

Date: 11-1-2018

Analyst: Anthony Keeton

SampleID: 20180061-S2D

Grid Square ID: Grid-1,-2,-3,-4

| Structure No. | Length(µm) | Width(µm) | Type(F,B,C) | Sketch | ID | Verified(Y/N) | |
|---|---|---|---|---|---|---|---|
| 1 | 46.5 | 1.5 | B | Diff= 2-4941 Image= 2-4940 | Antho | Y | 1-B4 |
| 2 | 29.2 | 1.5 | B | Diff= 2-4944 Image= 2-4940 | Antho | Y | 1-B5 |
| 3 | 10 | 0.5 | B | Diff= 60. unable Image=2-4954 | Antho | Y | 2-C1 |
| 4 | 22.5 | 1.3 | B | Diff= 2-4957 2-4959 Image= 2-4956 | Antho | Y | 2-C2 |
| 5 | 11.7 | 1.0 | B | Diff= 2-4965 Image= 2-4962 | Antho | Y | 3-E4 |
| 6 | 9.2 9.45 | 1.0 | B | Diff= 2-4967 IMAGe = 2-4966 | Talc Antho | Y N | 3-E10 |
| 7 | 29.8 | 1.0 | B | Diff= unable to get Diff Image = 2-4968 | Antho | Y | 3-F8 |
| 8 | 9.0 | 0.25 | F | Diff= 2-4972 2-4973 Image = 2-4971 | Antho | Y | 3-F9 |
| 9 | 3.8 | 0.3 | B | Diff = 2-4975 Image = 2-4976 | Antho | Y | 4-J1 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| **Total No. of Structures:** | 9 |
| **True Positives:** | |
| **False Positives:** | |
| **False Negatives:** | |

PG.___of___



2 4941                20180061-52D Structure 1 Anthophyllite Diffraction @ 50cm                11/1/2018



2 4940          20180061-52D Structure 1 Anthophyllite  ( 46.5 um x 1.5 um)          11/1/2018



2 4944   20180061-52D Structure 2 Anthophyllite Diffraction @ 50cm   11/1/2018



2  4942              20180061-52D Structure 1 Anthophyllite  ( 29.2 um x 1.5 um)          11/1/2018





2 4954          20180061-52D Structure 3 Anthophyllite  ( 10 um x 0.5 um)          11/1/2018



2 4955     20180061-52D Structure 3 Anthophyllite  ( 10 um x 0.5 um)     11/1/2018



2 4957                    20180061-52D Structure 4 Anthophyllite Diffraction @ 50cm                    11/1/2018

2 4959          20180061-52D Structure 4 Anthophyllite Diffraction @ 50cm          11/1/2018



2 4956          20180061-52D Structure 4 Anthophyllite  ( 22.5 um x 1.3 um)          11/1/2018



2 4965      20180061-52D Structure 5 Anthophyllite Diffraction @ 50cm      11/1/2018



2 4962          20180061-52D Structure 5 Anthophyllite  ( 11.7 um x 1.0 um)          11/1/2018



2  4964     20180061-52D Structure 5 Anthophyllite  ( 11.7 um x 1.0 um)        11/1/2018





2 4963        20180061-52D Structure 5 Talc Diffraction @ 50cm        11/1/2018



2 4967                  20180061-52D Structure 6 Talc Diffraction @ 50cm                  11/1/2018



2 4966          20180061-52D Structure 6 Talc  ( 9.45 um x 1.0 um)          11/1/2018





2 4968          20180061-52D Structure 7 Anthophyllite  ( 31 um x 1.0 um)          11/1/2018



2  4972        20180061-52D Structure 8 Anthophyllite Diffraction @ 50cm        11/1/2018

2 4973　　　20180061-52D Structure 8 Anthophyllite Diffraction 2 @ 50cm　　　11/1/2018



2 4971          20180061-52D Structure 8 Anthophyllite  ( 9.0 um x 0.25 um)          11/1/2018

