Exhibit 67-J

2 4978          20180061-52D Structure 9 Anthophyllite Diffraction @ 50cm          11/1/2018



2 4976  20180061-52D Structure 9 Anthophyllite  ( 3.8 um x 0.3 um)  11/1/2018



# Determination of Asbestos in Talc by ATEM
## ISO 22262-2:2014

# Sample 20180061-52D

**J3 Order #:** JH1898969

**Customer:** Joseph Satterley, Esq.

**Analyst:** Lee Poye

**Date:** 5-Jul-2018

| | | | |
|---|---|---|---|
| **Weight of Sample\*:** | 0.0171 g | **Filter Size:** | 25 mm |
| **Percent of Original Sample\*:** | 66% | **Filter Pore Size:** | 0.2 µm |
| **Suspension Volume:** | 1.5 mL | **Area of Analytical Filter:** | 210 mm$^2$ |
| **Filtered Suspension Volume:** | 0.1 mL | **GO Size:** | 0.0132 mm$^2$ |
| | | **GO Area Analyzed:** | 1.056 mm$^2$ |

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 50 | 1.5 | 33.3 | Anthophyllite |
| 2 | 25 | 1.5 | 16.6 | Anthophyllite |
| 3 | 10 | 0.5 | 20 | Anthophyllite |
| 4 | 19 | 1.0 | 19 | Anthophyllite |
| 5 | 11 | 1.0 | 11 | Anthophyllite |
| 6 | 9 | 1.0 | 9 | Anthophyllite |
| 7 | 30 | 0.8 | 37.5 | Anthophyllite |
| 8 | 8 | 0.25 | 32 | Anthophyllite |
| 9 | 3.5 | 0.25 | 14 | Anthophyllite |
| AVERAGE | 18.4 | 0.87 | 21.2 | |

| | |
|---|---|
| **Total Asbestos Structures:** | 9 |
| **Anthophyllite Density:** | 3000 kg/m$^3$ |
| **Cross-section Shape Factor (Amphibole):** | 0.5 |
| **Asbestos Mass Fraction:** | **0.0060%** |
| **Asbestos Mass Fraction of Original Sample:** | **0.0040%** |

\* Sample was previously gravimetrically reduced.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-52D

**Analyst:** Lee Poye

**Date:** 5-Jul-2018

**Page:** 1 of 3

| | | | | | | Images | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
| 1 | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | 1 | 50 x 1.50 | Anthophyllite | Yes | 01 | 02 | |
| | B5 | | 2 | 25 x 1.50 | Anthophyllite | Yes | 03 | 04 | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| 2 | C1 | | 3 | 10 x 0.50 | Anthophyllite | Yes | | | |
| | C2 | | 4 | 19 x 1.00 | Anthophyllite | Yes | 05 | 06 | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# Determination of Asbestos in Talc by ATEM
### LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-52D

**Analyst:** Lee Poye

**Date:** 5-Jul-2018

**Page:** 2 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 2 | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| 3 | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | 5 | 11 x 1.00 | Anthophyllite | Yes | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | 6 | 9 x 1.00 | Anthophyllite | Yes | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | 7 | 30 x 0.80 | Anthophyllite | Yes | 07 | 08 | |
| | F9 | | 8 | 8 x 0.25 | Anthophyllite | Yes | 09 | 10 | |
| | F10 | | NSD | | | | | | |

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-52D

**Analyst:** Lee Poye
**Date:** 5-Jul-2018
**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | 9 | 3.5 x 0.25 | Anthophyllite | Yes | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# Sample 20180061-52D
# Structure 1 - Morphology



StS-07 Full Quant_001
Anthophyllite
GO-B4
Microscopist: LWP

6 µm
HV=100kV
Direct Mag: 2500 x
J3 Resources, Inc.



# Sample 20180061-52D
# Structure 1 – Diffraction Pattern



JH1898969



# Sample 20180061-52D
# Structure 2 - Morphology



StS-07 Full Quant_003
Anthophyllite
GO-B5
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.



# Sample 20180061-52D
# Structure 2 – Diffraction Pattern and EDS





# Sample 20180061-52D
## Structure 4 - Morphology



StS-07 Full Quant_005
Anthophyllite
GO-C2
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.



# Sample 20180061-52D
# Structure 4 – Diffraction Pattern and EDS



StS-07 Full Quant_006
Anthophyllite - SAED
GO-C2
Microscopist: LWP

0 2 (1/Å)
HV=100kV
Cam Len  0.8000 m
J3 Resources, Inc



# Sample 20180061-52D
# Structure 7 - Morphology



StiS-07 Full Quant_007
Anthophyllite
GO-F8
Microscopist: LWP

4 µm
HV=100kV
Direct Mag: 3000 x
J3 Resources, Inc.



# Sample 20180061-52D
# Structure 7 – Diffraction Pattern and EDS



StS-07 Full Quant_008
Anthophyllite - SAED
GO-F8
Microscopist: LWP

0.2 (1/A)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.





# Sample 20180061-52D
# Structure 8 - Morphology



StS-07 Full Quant_009
Anthophyllite
GO-F9
Microscopist: LWP

1 μm
HV=100kV
Direct Mag: 12000 x
J3 Resources, Inc.

# Sample 20180061-52D
# Structure 8 – Diffraction Pattern and EDS





StS-07 Full Quant_010
Anthophyllite - SAED
GO-F9
Microscopist: LWP

0.2 (1/Å)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.



Antho 3-F9

Sample# 1607A – Anthophyllite

GO – F9

# Section 5

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69680 - 009BL          **Analyst**  Paul Hess          **Date**  12/8/2018

**ClientName**  J3 Resources                                    **ClientSpl**  20180061-65D

**Location**

**Type_Mat**   Shower to Shower Talc

**Gross Visual**   Silvery glittery debris on slide          **% of Sample**   100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | straight | |
| **Pleochrism** | none | none | |
| **Refract Index** | 1.633/1.614 | 1.629/1.614 | |
| **Sign^** | positive | positive | |
| **Extinction** | oblique | parallel | |
| **Birefringence** | medium | medium | |
| **Melt** | no | no | |
| **Fiber Name** | Actinolite/Tremolite | Anthophyllite | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

| | |
|---|---|
| **Chrysotile............................** | |
| **Amosite...............................** | |
| **Crocidolite...........................** | |
| **Tremolite/Actinolite..............** | 0.2 |
| **Anthophyllite.......................** | 0.2 |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments**   Actinolite/Tremolite and Anthophyllite asbestos observed.  *** Moderate amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.



79.3um

M69680-009BL-001 Act/Trem bundle Parallel Dispersion 1.605 R.I. @ 100X

M69680-009BL-001 Act/Trem bundle Perpenducilar Dispersion

M69680-009BL-001 Act/Trem bundle Elongation @ 200X

M69680-009BL-001 Act/Trem bundle Crossed Polars



Anthophyllite

Talc

M69680-009BL-002 Anthophyllite bundle with Talc  Parallel Dispersion 1.605 R.I. @ 100X



Anthophyllite

Talc

M69680-009BL-002 Anthophyllite bundle with Talc Perpendicular Dispersion



Anthophyllite

Talc

M69680-009BL-002 Anthophyllite bundle with Talc Elongation @ 200X



Anthophyllite

Talc not showing under Crossed Polars

M69680-009BL-002 Anthophyllite bundle with Talc Crossed Polars



Anthophyllite

Act/Trem

66.2um

Talc

M69680-009BL-003 Anthophyllite and Act/Trem bundles with Talc
Parallel Dispersion 1.605 R.I. @ 100X



Act/Trem

Anthophyllite

Talc

M69680-009BL-003 Anthophyllite and Act/Trem bundles with Talc
Perpendicular Dispersion



Anthophyllite

Act/Trem

Talc

M69680-009BL-003 Anthophyllite and Act/Trem bundles with Talc
Elongation @ 200X



Act/Trem

Anthophyllite

M69680-009BL-003 Anthophyllite and Act/Trem bundles with Talc Crossed Polars



56.0um

M69680-009BL-004 Anthophyllite Parallel Dispersion 1.605 R.I. @ 100X

M69680-009BL-004 Anthophyllite Perpendicular Dispersion

M69680-009BL-004 Anthophyllite Elongation @ 200X

M69680-009BL-004 Anthophyllite Crossed Polars



84.0um

M69680-009BL-005 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X

M69680-009BL-005 Act/Trem Perpendicular Dispersion



M69680-009BL-005 Act/Trem Elongation @ 200X

Fiber

Fiber

Fiber

M69680-009BL-005 Act/Trem Crossed Polars



## Verified Analysis Count Sheet

Date: 11-1-2018
Analyst: Anthony Keeton

SampleID: 20180061- 650
Grid Square ID: Grid 1,-2,-3 4

| Structure No. | Length(µm) | Width(µm) | Type(F,B,C) | Sketch | ID | Verified(Y/N) | |
|---|---|---|---|---|---|---|---|
| 1 | 18 | 1.5 | B | Diff Image= 2-4982 | Antho | Y | 1-D1 |
| 2 | 14.3 | 1.5 | B | Diff = 2-4989 2-4991 Image = 2-4997 | Antho | Y | 1-D8 |
| 3 | 20.2 | 1.3 | B | Diff = 2-4995 Image = 2-4992 | Antho | Y | 1-F5 |
| 4 | 11.2 | 0.7 | B | Diff = 2-5001 Image = 2-4997 | Antho/Tak | Y | 2-F1 |
| 5 | 6.8 | 0.7 | B | Diff = 2-5002 Image = 2-5003 | Antho | Y | 2 F2 |
| 6 | 13.3 | 0.7 | B | Diff = 2-5007 Image = 2-5005 | Antho | Y | 3-C1 |
| 7 | 22.3 | 1.5 | B | Diff = 2-5013 Image = 2-5010 | Antho | Y | 3-C2 |
| 8 | 17 | 0.22 | F | Diff = 2-5015 Image = 2-5014 | Antho | Y | 3-C9 |
| 9 | 28 | 2.5 | B | Diff = 2-5017 Image = 2-5016 | Antho | Y | 3-D4 |
| 10 | 9.5 | 1.3 | B | Diff = 2-5021 2-5020 Image = 2-5018 | Antho/Tak | Y | |
| 11 | 12 | 0.8 | B +C | Diff = 2-5023 Image = 2-5025 | Antho | Y | 4-E2 |
| 12 | 10.2 | 0.4 | F B | Diff = 2-5029 Image = 2-5026 | Antho | Y | 4-E3 |
| 13 | 23 | 3.5 | B | Diff = 2-5037 Image = 2-5030 | Antho | Y | 4-F10 |
| | | | | | | | |
| | | | | | | | |

Total No. of Structures: 13
True Positives: ———
False Positives: ———
False Negatives: ———

PG. 1 of 1

Structure 11  Diff 2-5025  Image 2-5023





2 4982          20180061-65D Structure 1 Anthophyllite  ( 18 um x 1.5 um)          11/1/2018



2  4989                20180061-65D Structure 2 Anthophyllite Diffraction @ 50cm                11/1/2018

2 4991          20180061-65D Structure 2 Anthophyllite Diffraction 2 @ 50cm          11/1/2018



2 4987          20180061-65D Structure 2 Anthophyllite  ( 14.3 um x 1.5 um)          11/1/2018



2 4995          20180061-65D Structure 3 Anthophyllite Diffraction @ 50cm          11/1/2018



2 4992        20180061-65D Structure 3 Anthophyllite ( 20.2 um x 1.3 um)        11/1/2018



2  5001          20180061-65D Structure 4 Anthophyllite/Talc  ( Transitional)   @ 50cm          11/1/2018



2 4997 20180061-65D Structure 4 Anthophyllite ( 11.2 um x 0.7 um) 11/1/2018



2  5002          20180061-65D Structure 5 Anthophyllite Diffraction @ 50cm          11/1/2018



2  5003          20180061-65D Structure 5 Anthophyllite  ( 6.8 um x 0.7 um)          11/1/2018



2  5007                    20180061-65D Structure 6 Anthophyllite Diffraction @ 50cm                    11/2/2018



2  5005          20180061-65D Structure 6 Anthophyllite  ( 13.3 um x 0.7 um)          11/1/2018





2 5013          20180061-65D Structure 7 Anthophyllite Diffraction @ 50cm          11/2/2018



2 5010          20180061-65D Structure 7 Anthophyllite  ( 22.3 um x 1.5 um)          11/2/2018



2 5015          20180061-65D Structure 8 Anthophyllite Diffraction @ 50cm          11/2/2018



2 5014          20180061-65D Structure 8 Anthophyllite  ( 17 um x 0.22 um)          11/2/2018



2 5017          20180061-65D Structure 9 Anthophyllite Diffraction @ 50cm          11/2/2018



2 5016 20180061-65D Structure 9 Anthophyllite ( 28 um x 2.5 um) 11/2/2018



2 5021          20180061-65D Structure 10 Anthophyllite/Talc  ( transitional)    Diffraction @ 50cm          11/2/2018

2 5020          20180061-65D Structure 10 Anthophyllite/talc  ( transitional)   Diffraction 2 @ 50cm          11/2/2018



2  5018          20180061-65D Anthophyllite/Talc ( transitional)     ( 9.5 um x 1.3 um)          11/2/2018



2 5025          20180061-65D Structure 11 Anthophyllite Diffraction @ 50cm          11/2/2018



2  5023          20180061-65D Structure 11 Anthophyllite  ( 12 um x 0.8 um)          11/2/2018



2 5029          20180061-65D Structure 12 Anthophyllite Diffraction @ 50cm          11/2/2018



2  5026          20180061-65D Structure 12 Anthophyllite  ( 10.2 um x 0.4 um)          11/2/2018



2 5037          20180061-65D Structure 13 Anthophyllite Diffraction @ 50cm          11/2/2018



2 5030          20180061-65D Structure 13 Anthophyllite  ( 23 um x 3.5 um)          11/2/2018



# Determination of Asbestos in Talc by ATEM
## ISO 22262-2:2014
# Sample 20180061-65D

**J3 Order #:** JH1898969

**Customer:** Joseph Satterley, Esq.

**Analyst:** Lee Poye

**Date:** 6-Jul-2018

| | |
|---|---|
| **Weight of Sample*:** | 0.0179 g |
| **Percent of Original Sample*:** | 68% |
| **Suspension Volume:** | 1.5 mL |
| **Filtered Suspension Volume:** | 0.1 mL |

| | |
|---|---|
| **Filter Size:** | 25 mm |
| **Filter Pore Size:** | 0.2 µm |
| **Area of Analytical Filter:** | 210 mm$^2$ |
| **GO Size:** | 0.0132 mm$^2$ |
| **GO Area Analyzed:** | 1.056 mm$^2$ |

## Results Summary

| Asbestos Structure # | Length (um) | Width (um) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 17 | 1.5 | 11.3 | Anthophyllite |
| 2 | 13 | 1.5 | 8.7 | Anthophyllite |
| 3 | 20 | 1.3 | 15.3 | Anthophyllite |
| 4 | 10.5 | 0.5 | 21 | Anthophyllite |
| 5 | 5.8 | 0.5 | 11.6 | Anthophyllite |
| 6 | 12 | 0.5 | 24 | Anthophyllite |
| 7 | 18 | 1.4 | 12.9 | Anthophyllite |
| 8 | 15 | 0.2 | 75 | Anthophyllite |
| 9 | 16 | 2.5 | 6.4 | Anthophyllite |
| 10 | 9 | 1.2 | 7.5 | Anthophyllite |
| 11 | 10 | 0.5 | 20 | Anthophyllite |
| 12 | 8.5 | 0.25 | 34 | Anthophyllite |
| 13 | 23 | 3.5 | 6.6 | Anthophyllite |
| AVERAGE | 13.7 | 1.18 | 11.6 | |

| | |
|---|---|
| **Total Asbestos Structures:** | 13 |
| **Anthophyllite Density:** | 3000 kg/m$^3$ |
| **Cross-section Shape Factor (Amphibole):** | 0.5 |
| **Asbestos Mass Fraction:** | **0.014%** |
| **Asbestos Mass Fraction of Original Sample:** | **0.0092%** |

\* Sample was previously gravimetrically reduced.



# Determination of Asbestos in Talc by ATEM
## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-65D

**Analyst:** Lee Poye

**Date:** 6-Jul-2018

**Page:** 1 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| | | | | | | | Images | | |
| 1 | D1 | | 1 | 17  x  1.50 | Anthophyllite | Yes | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | \ | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | 2 | 13  x  1.50 | Anthophyllite | Yes | 01 | 02 | Zone Axis [1 2 1] |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | 3 | 20  x  1.30 | Anthophyllite | Yes | 03 | 04 | Zone Axis [1 0 0] |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| 2 | F1 | | 4 | 10.5  x  0.50 | Anthophyllite | Yes | 05 | 06 | |
| | F2 | | 5 | 5.8  x  0.50 | Anthophyllite | Yes | 07 | 08 | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-65D

**Analyst:** Lee Poye

**Date:** 6-Jul-2018

**Page:** 2 of 3

## Magnification Scan at 3,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
|------|--------|--------------|----------------|-----------|------|--------|------------|------|----------|
| | | | | | | EDS | Morphology | SAED | |
| 2 | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| 3 | C1 | | 6 | 12 x 0.50 | Anthophyllite | Yes | | | |
| | C2 | | 7 | 18 x 1.40 | Anthophyllite | Yes | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | 8 | 15 x 0.20 | Anthophyllite | Yes | | | |
| | C10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | 9 | 16 x 2.50 | Anthophyllite | Yes | | | |
| | | | 10 | 9 x 1.20 | Anthophyllite | Yes | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-65D

**Analyst:** Lee Poye

**Date:** 6-Jul-2018

**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | E1 | | NSD | | | | | | |
| | E2 | | 11 | 10 x 0.50 | Anthophyllite | Yes | | | |
| | E3 | | 12 | 8.5 x 0.25 | Anthophyllite | Yes | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | 13 | 23 x 3.50 | Anthophyllite | Yes | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# Sample 20180061-65D
# Structure 2 - Morphology



StS-09 Full Quant_001
Anthophyllite
GO-D8
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 6000 x
J3 Resources, Inc.

JH1898969

# Sample 20180061-65D
# Structure 2 – Diffraction Pattern and EDS





StS-09 Full Quant_002
Anthophyllite - SAED ZA [1 2 1]
GO-D8
Microscopist: LWP

0.2 (1/Å)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.





# Sample 20180061-65D
# Structure 3 - Morphology



StS-09 Full Quant_003
Anthophyllite
GO-F5
Microscopist: LWP

2 μm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.

# Sample 20180061-65D
# Structure 3 – Diffraction Pattern and EDS







# Sample 20180061-65D
## Structure 4 - Morphology



StS-09 Full Quant_005
Anthophyllite
GO-F1
Microscopist: LWP

1 µm
HV=100kV
Direct Mag: 10000 x
J3 Resources, Inc.



# Sample 20180061-65D
# Structure 4 – Diffraction Pattern and EDS



StS-09 Full Quant_006
Anthophyllite - SAED
GO-F1
Microscopist: LWP

0.2 (1/Å)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.



Sample# STS 1609A - Anthophyllite

GO - F1



# Sample 20180061-65D
# Structure 5 - Morphology



StS-09 Full Quant_007
Anthophyllite
GO-F2
Microscopist: LWP

1 µm
HV=100kV
Direct Mag: 15000 x
J3 Resources, Inc.



# Sample 20180061-65D
# Structure 5 – Diffraction Pattern



StS-09 Full Quant_008
Anthophyllite · SAED
GO·F2
Microscopist  LWP

0.2 (1/Å)
HV=100kV
Cam Len. 0.8000 m
J3 Resources. Inc.

# Section 6

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**  M69680 - 002BL        **Analyst** Paul Hess        **Date** 12/4/2018

**ClientName** J3 Resources                          **ClientSpl** 20180061-37D

**Location**

**Type_Mat** Shower to Shower Talc

**Gross Visual** White debris on slide                    **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | straight | |
| **Pleochroism** | none | none | |
| **Refract Index** | 1.633/1.621 | 1.634/1.619 | |
| **Sign^** | positive | positive | |
| **Extinction** | oblique | parallel | |
| **Birefringence** | medium | medium | |
| **Melt** | no | no | |
| **Fiber Name** | Actinolite/Tremolite | Anthophyllite | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

| | |
|---|---|
| **Chrysotile**............................. | |
| **Amosite**................................ | |
| **Crocidolite**............................ | |
| **Tremolite/Actinolite**.............. | < 0.1 |
| **Anthophyllite**........................ | < 0.1 |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments** Actinolite/Tremolite and Anthophyllite asbestos observed.  *** Moderate amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.



86.8um

M69680-002BL-001 Act/Trem bundle Parallel Dispersion 1.605 R.I. @ 100X

M69680-002BL-001 Act/Trem bundle Perpendicular Dispersion

M69680-002BL-001 Act/Trem Crossed Polars



M69680-002BL-001 Act/Trem bundle Elongation @ 400X

57.8um

M69680-002BL-002 Anthophyllite bundle Parallel Dispersion 1.605 R.I. @ 100X

M69680-002BL-002 Anthophyllite bundle Perpendicular Dispersion



M69680-002BL-002 Anthophyllite bundle Elongation @ 200X