# Exhibit 67-K



M69680-002BL-002 Anthophyllite bundle Crossed Polars



## Verified Analysis Count Sheet

Date: 10-31-2018
Analyst: Anthony Kepton

SampleID: 20180061-370
Grid Square ID: Grid 1, Z

| Structure No. | Length(µm) | Width(µm) | Type(F,B,C) | Sketch | ID | Verified(Y/N) | |
|---|---|---|---|---|---|---|---|
| NA | 9.5 | 2.6 | NOT 5:1 | Diff= 2-4879 Image= 2-4882 | Tremolite | Y NOT 5:1 | 1-H1... |
| 1 | 15.8 | 0.3 | B | Diff= 2-4881 Image= 2-4880 | Antho | Y | 2-C6 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Total No. of Structures:** 1
**True Positives:** ___
**False Positives:** ___
**False Negatives:** ___

PG. 1 of 1



2  4881                20180061-37D Structure 1 Anthophyllite Diffraction @ 50cm                10/31/2018



2 4880          20180061-37D Stricture 1 Anthophyllite  ( 15.8 um x 0.3 um)          10/31/2018



2 4879          20180061-37D Tremolite Diffraction @ 50cm          10/31/2018



2  4882                    20180061-37D Tremolite  ( 9.5 um x 2.6 um)          10/31/2018



# Determination of Asbestos in Talc by ATEM
## ISO 22262-2:2014

# Sample 20180061-37D

**J3 Order #:** JH1898969

**Customer:** Joseph Satterley, Esq.

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

| | |
|---|---|
| **Weight of Sample*:** | 0.0174 g |
| **Percent of Original Sample*:** | 80% |
| **Suspension Volume:** | 1.5 mL |
| **Filtered Suspension Volume:** | 0.1 mL |

| | |
|---|---|
| **Filter Size:** | 25 mm |
| **Filter Pore Size:** | 0.2 μm |
| **Area of Analytical Filter:** | 210 mm$^2$ |
| **GO Size:** | 0.0132 mm$^2$ |
| **GO Area Analyzed:** | 1.056 mm$^2$ |

## Results Summary

| Asbestos Structure Number | Length (μm) | Width (μm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 16 | 0.3 | 53.3 | Anthophyllite |
| AVERAGE | 16 | 0.3 | 53.3 | |

| | |
|---|---|
| **Total Asbestos Structures:** | 1 |
| **Anthophyllite Density:** | 3000 kg/m$^3$ |
| **Cross-section Shape Factor (Amphibole):** | 0.5 |
| **Asbestos Mass Fraction:** | **0.000037%** |
| **Asbestos Mass Fraction of Original Sample:** | **0.000030%** |

\* Sample was previously gravimetrically reduced.



# Determination of Asbestos in Talc by ATEM
## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-37D

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

**Page:** 1 of 3

| | | | | | | Images | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | EDS | Morphology | SAED | Comments |
| **Magnification Scan at 3,000X** | | | | | | | | | |
| 1 | | | | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | · | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | H1 | ✓ | NA | 9.6 x 2.60 | Tremolite | Yes | 06 | 07 | Cleavage Fragment |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | ✓ | NA | 19 x 0.50 | Talc | Yes | 09 | | Ribbon |
| | H5 | ✓ | NA | 36 x 1.20 | Talc | Yes | 10 | 11 | Fiber |
| | H6 | | NSD | | | | | | |
| | H7 | ✓ | NA | 13 x 1.30 | Talc | Yes | | | Fiber |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | | | | | | | | | |
| 2 | | | | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | 1 | 16 x 0.30 | Anthophyllite | Yes | 12 | 13 | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | ✓ | NSD | 31 x 2.70 | Talc | Yes | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-37D

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

**Page:** 2 of 3

| | | | | | | Images | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
| **2** | | | | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | ✓ | NA | 31 x 2.70 | Talc | Yes | | | |
| | | | | | | | | | |
| **3** | | | | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| | | | | | | | | | |
| **4** | | | | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |

The table above carries the heading: **Magnification Scan at 3,000X**



# Determination of Asbestos in Talc by ATEM
### LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-37D

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

**Page:** 3 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
|------|--------|--------------|----------------|------------|------|--------|--------|--------|----------|
| | | | | | | EDS | Morphology | SAED | |
| 4 | | | | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | ✓ | NA | 16 x 0.60 | Talc | Yes | | | Ribbon |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# Sample 20180061-37D
## Tremolite Cleavage Fragment (GO H1) - Morphology



StS-02_006
Tremolite < 5:1 AR
GO - H1
Microscopist: LWP

1 μm
HV=100kV
Direct Mag: 10000 x
J3 Resources, Inc.

# Sample 20180061-37D
# Tremolite Cleavage Fragment (GO H1)
# Diffraction Pattern and EDS







# Sample 20180061-37D
# Talc (GO H4) - Morphology



StS-02_009
Talc Ribbon
GO - H4
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 7500 x
J3 Resources, Inc.

JH1898969



# Sample 20180061-37D
# Talc (GO H5) - Morphology



StS-02_010
Talc Fiber
GO - H5
Microscopist: LWP

2 μm
HV=100kV
Direct Mag: 7500 x
J3 Resources, Inc.



# Sample 20180061-37D
# Talc (GO H5) – Diffraction Pattern





# Sample 20180061-37D
# Structure 1 - Morphology



StS-02_012
Anthophyllite
Grid B  GO - C6
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 6000 x
J3 Resources, Inc.

# Section 7

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69680 - 004BL      **Analyst** Paul Hess          **Date** 12/6/2018

**ClientName** J3 Resources                    **ClientSpl** 20180061-45D

**Location**

**Type_Mat** Shower to Shower Talc

**Gross Visual** White debris on slide                    **% of Sample**   100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.633/1.621 | | |
| **Sign^** | positive | | |
| **Extinction** | oblique | | |
| **Birefringence** | medium | | |
| **Melt** | no | | |
| **Fiber Name** | Actinolite/Tremolite | | |

## ASBESTOS MINERALS                    **EST. VOL. %**

| | |
|---|---|
| **Chrysotile............................** | |
| **Amosite..............................** | |
| **Crocidolite...........................** | |
| **Tremolite/Actinolite..............** | < 0.1 |
| **Anthophyllite.......................** | |

### OTHER FIBROUS COMPONENTS

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |

### NON FIBROUS COMPONENTS

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments** Actinolite/Tremolite asbestos observed.  *** Trace amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.



88.6um



M69680-004BL-001 Act/Trem bundle Parallel Dispersion 1.605 R.I. @ 100X





M69680-004BL-001 Act/Trem bundle Perpendicular Dispersion



M69680-004BL-001 Act/Trem bundle Elongation @ 200X

M69680-004BL-001 Act/Trem bundle Crossed Polars



Talc

176.3um

Act/Trem

M69680-004BL-002 Act/Trem bundle with Talc Parallel Dispersion 1.605 R.I. @ 100X



Talc

Act/Trem

M69680-004BL-002 Act/Trem bundle with Talc Perpendicular Dispersion



Talc

Act/Trem

M69680-004BL-002 Act/Trem bundle with Talc Elongation @ 200X



M69680-004BL-002 Act/Trem bundle with Talc Crossed Polars



## Verified Analysis Count Sheet

Date: 11-1-2018

Analyst: Anthony Keeton

SampleID: 20180061-45D

Grid Square ID: Grid -1

| Structure No. | Length(µm) | Width(µm) | Type(F,B,C) | Sketch | ID | Verified(Y/N) |
|---|---|---|---|---|---|---|
| 1 | 17.5 | 2.20 | B | Diff Z-4931  Image= Z-4930 | Antho | Y |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1 - I 7

| Total No. of Structures: | |
|---|---|
| True Positives: | |
| False Positives: | |
| False Negatives: | |

PG. 1 of 1



2 4931          20180061-45D Structure 1 Anthophyllite Diffraction @ 50cm          11/1/2018



2 4930          20180061-45D Structure 1 Anthophyllite  ( 17.5 um x 2.2 um)          11/1/2018



# Determination of Asbestos in Talc by ATEM
## ISO 22262-2:2014

# Sample 20180061-45D

**J3 Order #:** JH1898969

**Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq.

**Date:** 30-Jun-2018

---

**Weight of Sample\*:** 0.0175 g

**Percent of Original Sample\*:** 79%

**Suspension Volume:** 1.5 mL

**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm

**Filter Pore Size:** 0.2 μm

**Area of Analytical Filter:** 210 mm$^2$

**GO Size:** 0.0132 mm$^2$

**GO Area Analyzed:** 1.056 mm$^2$

## Results Summary

| Asbestos Structure Number | Length (μm) | Width (μm) | Aspect Ratio | Asbestos Type |
|:---:|:---:|:---:|:---:|:---:|
| 1 | 19 | 2.20 | 8.6 | Anthophyllite |
| AVERAGE | 19 | 2.20 | 8.6 | |

**Total Asbestos Structures:** 1

**Anthophyllite Density:** 3000 kg/m$^3$

**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction:** **0.0024%**

**Asbestos Mass Fraction of Original Sample:** **0.0019%**

\* Sample was previously gravimetrically reduced.



# Determination of Asbestos in Talc by ATEM
### LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-45D

**Analyst:** Lee Poye
**Date:** 30-Jun-2018
**Page:** 1 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|-----------|------|-----|------------|------|----------|
| | | | | | | | Images | | |
| 1 | | | | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | ✓ | NA | 14 x 0.60 | Talc | Yes | 01 | 02 | Fiber |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | ✓ | NA | 21 x 0.80 | Talc | Yes | 05 | | Ribbon |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | 1 | 19 x 2.20 | Anthophyllite | Yes | 03 | 04 | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | | | | | | | | | |
| 2 | | | | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |



# Determination of Asbestos in Talc by ATEM
### LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-45D

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

**Page:** 2 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| Magnification Scan at 3,000X |||||||||| 
| 2 | | | | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | | | | | | | | | |
| 3 | | | | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | ✓ | NA | 17 x 2.50 | Talc | Yes | | | Fiber |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | ✓ | NA | 26 x 0.30 | Talc | Yes | | | Ribbon |
| | G5 | ✓ | NA | 9 x 0.50 | Talc | Yes | | | Ribbon |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | ✓ | NA | 8 x 1.00 | Talc | Yes | | | Fiber |
| | | | | | | | | | |
| 4 | | | | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |



# Determination of Asbestos in Talc by ATEM

## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-45D

**Analyst:** Lee Poye

**Date:** 30-Jun-2018

**Page:** 3 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
|------|--------|--------------|----------------|-----------|------|--------|------------|------|----------|
| | | | | | | EDS | Morphology | SAED | |
| 4 | | | | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# Sample 20180061-45D
# Talc (GO C5) - Morphology



StS-04 Full Quant_001
Talc Fiber
GO-C5
Microscopist: LWP

1 μm
HV=100kV
Direct Mag: 10000 x
J3 Resources, Inc.



# Sample 20180061-45D
# Talc (GO C5) – Diffraction Pattern



StS-04 Full Quant_002
Talc Fiber - SAED
GO-C5
Microscopist: LWP

0.2 (1/Å)
HV=100kV
Cam Len: 0.8000 m
J3 Resources, Inc.



# Sample 20180061-45D
# Talc (GO I3) - Morphology



StS-04 Full Quant_005
Talc Ribbon
GO-I3
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 6000 x
J3 Resources, Inc.



# Sample 20180061-45D
# Structure 1 - Morphology



StS-04 Full Quant_003
Anthophyllite
GO-I7
Microscopist: LWP

2 μm
HV=100kV
Direct Mag: 6000 x
J3 Resources, Inc.

# Sample 20180061-45D
# Structure 1 – Diffraction Pattern and EDS





# Section 8

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69680 - 006BL        **Analyst** Paul Hess        **Date** 12/6/2018

**ClientName** J3 Resources                    **ClientSpl** 20180061-51D

**Location**

**Type_Mat** Shower to Shower Talc

**Gross Visual** White debris on slide                    **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.633/1.619 | | |
| **Sign^** | positive | | |
| **Extinction** | oblique | | |
| **Birefringence** | medium | | |
| **Melt** | no | | |
| **Fiber Name** | Actinolite/Tremolite | | |

| **ASBESTOS MINERALS** | **EST. VOL. %** |
|---|---|
| **Chrysotile**............................ | |
| **Amosite**................................ | |
| **Crocidolite**........................... | |
| **Tremolite/Actinolite**.............. | < 0.1 |
| **Anthophyllite**....................... | |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments**  Actinolite/Tremolite asbestos observed.  *** Trace amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.



161.4um

M69680-0006BL-001 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X

M69680-006BL-001 Act/Trem Perpendicular Dispersion



M69680-006BL-001 Act/Trem Elongation @ 200X

M69680-006BL-001 Act/Trem Crossed Polars



# Sample 20180061-51D
## (J3 Lab ID: STS 1606A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM
## ISO 22262-1:2014

## Sample 20180061-51D

The sample was a white powder containing 85% medium to large platy Talc particles (100µm to >200µm in size) and Talc rods. The remaining 15% percent was composed of carbonate material.

No asbestos was detected by PLM.

# Polarized Light Microscope Images



*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*



*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*

JH1898969



# Determination of Asbestos in Talc by ATEM
## ISO 22262-2:2014

# Sample 20180061-51D

**J3 Order #:** JH1898969

**Customer:** Joseph Satterley, Esq.

**Analyst:** Lee Poye

**Date:** 4-Jul-2018

---

**Weight of Sample\*:**　0.0176 g

**Percent of Original Sample\*:**　77%

**Suspension Volume:**　1.5 mL

**Filtered Suspension Volume:**　0.1 mL

**Filter Size:**　25 mm

**Filter Pore Size:**　0.2 μm

**Area of Analytical Filter:**　210 mm$^2$

**GO Size:**　0.0132 mm$^2$

**GO Area Analyzed:**　1.056 mm$^2$

## Results Summary

| Asbestos Structure Number | Length (μm) | Width (μm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| N/D | N/A | N/A | N/A | None Detected |
| AVERAGE | N/A | N/A | N/A | |

**Total Asbestos Structures:**　0

**Asbestos Mass Fraction: < 0.000000032%**
**Asbestos Mass Fraction of Original Sample: < 0.000000024%**

\* Sample was previously gravimetrically reduced.



# Determination of Asbestos in Talc by ATEM
**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.
**J3 Order #:** JH1898969
**Sample #:** 20180061-51D

**Analyst:** Lee Poye
**Date:** 4-Jul-2018
**Page:** 1 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 1 | | | | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | · | | | | | |
| | D10 | | NSD | | | | | | |
| | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |
| | | | | | | | | | |
| 2 | | | | | | | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |

The table above falls under the header **Magnification Scan at 3,000X** with the **Images** spanning column group (EDS, Morphology, SAED).



# Determination of Asbestos in Talc by ATEM
**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-51D

**Analyst:** Lee Poye

**Date:** 4-Jul-2018

**Page:** 2 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| | | | | | | | Images | | |
| 2 | | | | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | | | | | | | | | |
| 3 | | | | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | | | | | | | | | |
| 4 | | | | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-51D

**Analyst:** Lee Poye

**Date:** 4-Jul-2018

**Page:** 3 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
|------|--------|--------------|----------------|------------|------|--------|------------|------|----------|
| | | | | | | EDS | Morphology | SAED | |
| 4 | | | | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# Determination of Asbestos in Talc by XRD
## ISO 22262-3:2016

# Sample 20180061-51D



## No Amphibole Peak Present

JH1898969

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 0061 - 51 | STS015 | MORNING FRESH SCENT Shower to Shower DEODORANT BODY POWDER with Baking Soda | 1982 | 8 oz. | ~ 8.03 oz. | ~ 4.03 oz. |
| 2018 0061 - 51 A | | | | | | ~ 1.73 oz. |
| 2018 0061 - 51 B | | | | | | ~ 1.79 oz. |
| 2018 0061 - 51 C | | | | | | NOT USED |
| 2018 0061 - 51 D | | | | | | ~ 0.49 oz. |

* 2018 0061-51A will be held at the Laboratory and shipped to the MDL DECD separately. (AM)

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 51 A, ~1.73 oz. of original Sample 2018 0061 - 51.
_(weight)_

_signature_    5/17/18
Observer for Plaintiffs    Date

Observer for plaintiffs hereby acknowledges receipt of 2018 0061 - 51 D, ~0.49 oz. of original Sample 2018 0061 - 51.
_(weight)_

_signature_    5/17/18
Observer for Plaintiffs    Date

Observer for defendants hereby acknowledges receipt of 2018 0061 - 51 B, ~1.79 oz. of original Sample 2018 0061 - 51.
_(weight)_

_signature_    5/17/18
Observer for Defendants    Date

Laboratory technician hereby acknowledges that all remaining material from Sample 2018 0061 - 51 was

(check one): ☒ replaced in its original container   ☐ transferred to a new receptacle (2018 _____ - ___ C).

_signature_    5/17/18
Laboratory Technician    Date

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.







# Section 9

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69680 - 010BL        **Analyst** Paul Hess           **Date** 12/8/2018
**ClientName** J3 Resources                        **ClientSpl** 20180061-66D
**Location**
**Type_Mat**   Shower to Shower Talc

**Gross Visual**   White debris on slide                     **% of Sample**   100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.629/1.614 | | |
| **Sign^** | positive | | |
| **Extinction** | oblique | | |
| **Birefringence** | medium | | |
| **Melt** | no | | |
| **Fiber Name** | Actinolite/Tremolite | | |

## ASBESTOS MINERALS                    EST. VOL. %

| Mineral | |
|---|---|
| **Chrysotile**............................. | |
| **Amosite**................................ | |
| **Crocidolite**............................ | |
| **Tremolite/Actinolite**.............. | 0.1 |
| **Anthophyllite**........................ | |

### OTHER FIBROUS COMPONENTS

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |
| | |

### NON FIBROUS COMPONENTS

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments**   Actinolite/Tremolite asbestos observed.  *** Trace amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.



75.6um



M69680-010BL-001 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X

M69680-010BL-001 Act/Trem Perpendicular Dispersion



M69680-010BL-001 Act/Trem Elongation @ 400X



M69680-010BL-001 Act/Trem Crossed Polars



69.0um

M69680-010BL-002 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X



M69680-010BL-002 Act/Trem Perpendicular Dispersion



M69680-010BL-002 Act/Trem Elongation @ 200X

M69680-010BL-002 Act/Trem Crossed Polars



# Sample 20180061-66D
## (J3 Lab ID: STS 1610A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM
## ISO 22262-1:2014

## Sample 20180061-66D

The sample was a white powder containing 85% medium to large platy Talc particles (100µm to >200µm in size) and Talc rods. The remaining 15% percent was composed of carbonate material.

No asbestos was detected by PLM.

## Polarized Light Microscope Images





*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



# Determination of Asbestos in Talc by ATEM
## ISO 22262-2:2014

# Sample 20180061-66D

**J3 Order #:** JH1898969

**Customer:** Joseph Satterley, Esq.

**Analyst:** Lee Poye

**Date:** 7-Jul-2018

---

**Weight of Sample\*:** 0.0177 g

**Percent of Original Sample\*:** 79%

**Suspension Volume:** 1.5 mL

**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm

**Filter Pore Size:** 0.2 μm

**Area of Analytical Filter:** 210 mm$^2$

**GO Size:** 0.0132 mm$^2$

**GO Area Analyzed:** 1.056 mm$^2$

## Results Summary

| Asbestos Structure Number | Length (μm) | Width (μm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| N/D | N/A | N/A | N/A | None Detected |
| AVERAGE | N/A | N/A | N/A | |

**Total Asbestos Structures:** 0

**Asbestos Mass Fraction: < 0.000000032%**
**Asbestos Mass Fraction of Original Sample: < 0.000000025%**

\* Sample was previously gravimetrically reduced.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-66D

**Analyst:** Lee Poye

**Date:** 7-Jul-2018

**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| 2 | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-66D

**Analyst:** Lee Poye

**Date:** 7-Jul-2018

**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| 3 | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# Determination of Asbestos in Talc by ATEM



**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-66D

**Analyst:** Lee Poye

**Date:** 7-Jul-2018

**Page:** 3 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
|------|--------|--------------|----------------|------------|------|--------|-----------|------|----------|
| | | | | | | EDS | Morphology | SAED | |
| 4 | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |

**Magnification Scan at 3,000X**



# Determination of Asbestos in Talc by XRD
## ISO 22262-3:2016

## Sample 20180061-66D



*No Amphibole Peak Present*

EXHIBIT E'

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018, 0061 - 66 | STS030 | MORNING FRESH SCENT Shower to Shower DEODORANT BODY POWDER with Baking Soda | 1982 | 13 oz. | ~14.52 oz. | ~7.27 oz. ‎* 2018 0061–66A will be held at the Laboratory and shipped to the MDL PEC separately. (AMK) |
| 2018, 0061 - 66A | | | | | | ~7.27 oz. |
| 2018, 0061 - 66 B | | | | | | ~3.17 oz. |
| 2018, 0061 - 66 C | | | | | | ~3.40 oz. |
| 2018, 0061 - 66 D | | | | | | NOT USED |
| | | | | | | ~0.59 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 __0061__ - __66__A __~3.17 oz.__ of original Sample 2018 __0061__ - __66__.

~~Observer for plaintiffs~~ _Tom DeOlos_          Date __5/17/18__

Observer for plaintiffs hereby acknowledges receipt of 2018 __0061__ - __66__D __~0.59 oz.__ of original Sample 2018 __0061__ - __66__.

~~Observer for plaintiffs~~ _Tom DeOlos_          Date __5/17/18__ (weight)

Observer for defendants hereby acknowledges receipt of 2018 __0061__ - __66__ B __~3.40 oz.__ of original Sample 2018 __0061__ - __66__.

Observer for Defendants _JZB_          Date __5/17/18__ (weight)

Laboratory technician hereby acknowledges that all remaining material from Sample 2018 __0061__ - __66__ was

(check one): ☑ replaced in its original container ☐ transferred to a new receptacle (2018 __ __ - __ __ C).

Laboratory Technician _[signature]_          Date __5/17/18__

JH1898069

¹     This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.





JH1898969



# Section 10

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69680 - 014BL        **Analyst**  Paul Hess          **Date**  12/10/2018

**ClientName**  J3 Resources                    **ClientSpl**  20180061-21D

**Location**

**Type_Mat**  Shower to Shower Talc

**Gross Visual**  Silvery glittering debris on slide          **% of Sample**  100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | straight | |
| **Pleochroism** | none | none | |
| **Refract Index** | 1.633/1.619 | 1.628/1.615 | |
| **Sign^** | positive | positive | |
| **Extinction** | oblique | parallel | |
| **Birefringence** | medium | medium | |
| **Melt** | no | no | |
| **Fiber Name** | Actinolite/Tremolite | Anthophyllite | |

## ASBESTOS MINERALS                         EST. VOL. %

| | |
|---|---|
| **Chrysotile**............................ | |
| **Amosite**............................... | |
| **Crocidolite**........................... | |
| **Tremolite/Actinolite**.............. | < 0.1 |
| **Anthophyllite**....................... | < 0.1 |

### OTHER FIBROUS COMPONENTS

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |

### NON FIBROUS COMPONENTS

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  Actinolite/Tremolite and Anthophyllite asbestos observed.  *** Moderate amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.

54.1um

M69680-014BL-001 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X

M69680-014BL-001 Act/Trem Perpendicular Dispersion



Act/Trem

Talc

M69680-014BL-001 Act/Trem with Talc ElongationNW @ 400X

Act/Trem

Talc

M69680-014BL-001 Act/Trem with Talc ElongationNE @ 400X

M69680-014BL-001 Act/Trem with Talc Crossed Polars

68.1um

M69680-014BL-002 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X



M69680-014BL-002 Act/Trem Perpendicular Dispersion

M69680-014BL-002 Act/Trem Elongation @ 200X



M69680-014BL-002 Act/Trem Crossed Polars



73.7um

M69680-014BL-003 Anthophyllite Parallel Dispersion 1.605 R.I. @ 100X



M69680-014BL-003 Anthophyllite Perpendicular Dispersion

M69680-014BL-003 Anthophyllite Elongation @ 400X

M69680-014BL-003 Anthophyllite Crossed Polars



# Sample 20180061-21D
## (J3 Lab ID: STS 1614A)



Sample as received by J3 Resources, Inc.



# Determination of Asbestos in Talc by PLM
## ISO 22262-1:2014

## Sample 20180061-21D

The sample was a white powder containing 60% medium to large platy Talc particles (100μm to >200μm in size). The remaining 40% percent was composed of 20% starch and 20% carbonate material.

No asbestos was detected by PLM.

# Polarized Light Microscope Images





*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*

*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



# Determination of Asbestos in Talc by ATEM
## ISO 22262-2:2014

# Sample 20180061-21D

**J3 Order #:** JH1898969

**Customer:** Joseph Satterley, Esq.

**Analyst:** Lee Poye

**Date:** 9-Jul-2018

| | | | |
|---|---|---|---|
| **Weight of Sample\*:** | 0.0173 g | **Filter Size:** | 25 mm |
| **Percent of Original Sample\*:** | 68% | **Filter Pore Size:** | 0.2 μm |
| **Suspension Volume:** | 1.5 mL | **Area of Analytical Filter:** | 210 mm$^2$ |
| **Filtered Suspension Volume:** | 0.1 mL | **GO Size:** | 0.0132 mm$^2$ |
| | | **GO Area Analyzed:** | 1.056 mm$^2$ |

## Results Summary

| Asbestos Structure Number | Length (μm) | Width (μm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| N/D | N/A | N/A | N/A | None Detected |
| AVERAGE | N/A | N/A | N/A | |

**Total Asbestos Structures:**     0

**Asbestos Mass Fraction: < 0.000000032%**
**Asbestos Mass Fraction of Original Sample: < 0.000000022%**

\* Sample was previously gravimetrically reduced.



# Determination of Asbestos in Talc by ATEM
**LAB WORKSHEET**

**Customer:** Joseph Satterley, Esq.  
**J3 Order #:** JH1898969  
**Sample #:** 20180061-21D

**Analyst:** Lee Poye  
**Date:** 9-Jul-2018  
**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| 2 | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# Determination of Asbestos in Talc by ATEM
### LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-21D

**Analyst:** Lee Poye

**Date:** 9-Jul-2018

**Page:** 2 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Images | | | |
| 2 | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | ✓ | NA | 21.5 x 1.50 | Talc | Yes | 01 | 02 | Fiber |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| 3 | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# Determination of Asbestos in Talc by ATEM
## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-21D

**Analyst:** Lee Poye

**Date:** 9-Jul-2018

**Page:** 3 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| | | | | | | | Images | | |
| 4 | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |

*Table title: Magnification Scan at 3,000X*