# Exhibit 67-L



# Sample 20180061-21D
# Talc (GO G3) - Morphology



StS-14 Full Quant_001
Talc
GO-G3
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.

# Sample 20180061-21D
# Talc (GO G3) - Diffraction Pattern and EDS







# Determination of Asbestos in Talc by XRD
## ISO 22262-3:2016

## Sample 20180061-21D



*No Amphibole Peak Present*

JH1898969

EXHIBIT E[1]

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR RECEPTACLE BEFORE DIVISION | QUANTITY IN ORIGINAL CONTAINER/RECEPTACLE OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 2018 _0061_ - 21 | 5T5055 | REGULAR SCENT Shower to Shower DEODORANT BODY POWDER with Baking Soda And Corn starch | 1983 | 8 oz. | NML ∿ 4.3↑oz. | |
| 2018 _0061_ - 21 C | | | | | ∿ 4.3↑oz. | ∿ 3.80 oz. |
| 2018 _0061_ - 21 D | | | | | | ∿ 0.51 oz. |

Observer for plaintiffs hereby acknowledges receipt of 2018 _0061_ _ 21 _ D, ∿ 0.51 oz. of 2018 _0061_ _ 21C
(weight)

~~[signature]~~
Observer for Plaintiffs                    5/17/18
                                          Date

Observer for defendants hereby acknowledges witnessing the same.

~~[signature]~~
Observer for Defendants                   5/17/18
                                          Date

Laboratory technician hereby acknowledges that all remaining material from 2018 _0061_ _ 21C _ was returned to its original container or receptacle.

~~[signature]~~
Laboratory Technician                     5/17/18
                                          Date

[1]   This form is an Exhibit to the Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order. The instant form has been adapted for use in connection with the initial division of Samples STS009, STS014, STS015, STS027, STS029, STS030, STS044, STS049 and 2014.001.0397, and further division of Samples STS001, STS002, STS016, STS036, STS055 and STS065.





# Section 11

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M68503 - 001ISO      **Analyst** Paul Hess        **Date**   11/2/2018

**ClientName**  Dept 14 Environmental               **ClientSpl** 2018-0051-34A

**Location**

**Type_Mat**    Johnson's Baby Powder

**Gross** Off-white powder                          **% of Sample**   100
**Visual**

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | straight | |
| **Pleochroism** | none | none | |
| **Refract Index** | 1.625/1.610 | 1.635/1.621 | |
| **Sign^** | positive | positive | |
| **Extinction** | oblique | oblique | |
| **Birefringence** | medium | medium | |
| **Melt** | no | no | |
| **Fiber Name** | Tremolite/Actinolite | Actinolite/Tremolite | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

**Chrysotile**...........................
**Amosite**...............................
**Crocidolite**..........................
**Tremolite/Actinolite**..............          < 0.1
**Anthophyllite**.......................

**OTHER FIBROUS COMPONENTS**

Talc -B/Y DS in 1.55                             ***

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  Tremolite/Actinolite asbestos observed. *** Trace amount fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.

---

**MAS, LLC**
**PLM ANALYSIS**

---

**Proj#-Spl#**   M68503 - 001BL1          **Analyst**  Paul Hess                **Date**   11/2/2018

**ClientName**  Dept 14 Environmental                **ClientSpl** 2018-0051-34A

**Location**

**Type_Mat**   Johnson's Baby Powder

**Gross Visual**   White debris on slide                              **% of Sample**   100

---

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.625/1.613 | | |
| **Sign^** | positive | | |
| **Extinction** | oblique | | |
| **Birefringence** | medium | | |
| **Melt** | no | | |
| **Fiber Name** | Tremolite/Actinolite | | |

**ASBESTOS MINERALS**                          **EST. VOL. %**

Chrysotile............................
Amosite...............................
Crocidolite...........................
Tremolite/Actinolite..............          < 0.1
Anthophyllite.......................

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**   Tremolite/Actinolite asbestos observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.



44.8um

M68503-001ISO-001 Actinolite/Tremolite Parallel Dispersion 1.605 R.I. @ 100X



M68503-001ISO-001 Actinolite/Tremolite Perpendicular Dispersion



M68503-001ISO-001 Actinolite/Tremolite Elongation @ 200X



M68503-001ISO-001 Actinolite/Tremolite Crossed Polars



70.0um

M68503-001ISO-002 Actinolite/Tremolite Parallel Dispersion 1.605 R.I. @ 100X



M68503-001ISO-002 Actinolite/Tremolite Perpendicular Dispersion



M68503-001ISO-002 Actinolite/Tremolite Elongation @ 200X



M68503-001ISO-002 Actinolite/Tremolite Crossed Polars



M68503-001BL-001 Actinolite/Tremolite Perpendicular Dispersion

M68503-001BL-001 Actinolite/Tremolite Elongation @ 200X

M68503-001BL-001 Actinolite/Tremolite Crossed Polars

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-001 | | Grid Box # | | 8623 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jose Carrillo | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/22/2018-10/30/18 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02921 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 15% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A6-J1 | | | | | | | |
| NSD | J2 | | | | | | | |
| NSD | J3 | | | | | | | |
| NSD | J4 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| 1 | I4 | Bundle | Anthophyllite | 9.89 | 0.46 | 21.5 | X | X |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| 2 | D4 | Bundle | Tremolite | 3.2 | 0.59 | 5.4 | X | X |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| 3 | C8 | Bundle | Tremolite | 10.4 | 1.38 | 7.5 | X | X |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-001 | | Grid Box # | 8623 | No. of Grids Counted | 2 |
| Analyst: | Jose Carrillo | | | Length | Width | G. O. Area |
| Date of Analysis | 10/22/2018-10/30/18 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02921 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 15% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | B6-J1 | | | | | | | |
| NSD | J2 | | | | | | | |
| NSD | J3 | | | | | | | |
| NSD | J4 | | | | | | | |
| NSD | J5 | | | | | | | |
| NSD | J6 | | | | | | | |
| NSD | J7 | | | | | | | |
| NSD | J8 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |
| NSD | I9 | | | | | | | |
| NSD | I10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |

MAS, LLC. Suwanee, GA 30024

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-001 | | Grid Box # | | 8623 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jose Carrillo | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/22/2018-10/30/18 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02921 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 15% | **G.O.s Counted** | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Org. Sample Wt. | Sample Wt. Post HL Separation | |
|---|---|---|
| 0.02921 | 0.02921 | g |
| Percent of Orig. Post Separation | 100 | (%) |

| Wt. Of Sample Analyzed | 0.00016014 | g |
|---|---|---|
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 3 | Str. |
| **Structures per Gram of Sample** | 1.87E+04 | Str./g |

| Detection Limit | 6.24E+03 | Str./g |
|---|---|---|
| Analytical Sensitivity | 6.24E+03 | Str./g |

# EDAX TEAM

## Analysis

Author:                TEM #1

Creation:              10/22/2018  3:13:45 PM
Sample Name:   M68503-001-001 Anthophyllite

| kV: 100 | Mag: 25000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 1.92 | Resolution:(eV) 135.1 |

### M68503-001-001 Anthophyllite



Lsec: 300.0     55.647K Cnts     1.730 keV     Det: Apollo XLT2 SUTW



**M68503-001-001 Anthophyllite Diffraction.tif**
**Diffraction @ 50 cm**
**10:08 10/29/2018**

**M68503-001-001 Anthophyllite Diffraction 2.tif**
**Diffraction @ 50 cm**
**10:59 10/29/2018**



M68503-001-001 Anthophyllite Image.tif
(9.89 um x 0.46um)
09:32 10/22/2018

# EDAX TEAM

## Analysis

Author:                    TEM # 1

Creation:                  10/23/2018  10:45:12 AM
Sample Name:               M68503-001-002 Tremolite

| kV: 100 | Mag: 25000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 1.92 | Resolution:(eV) 135.1 |

M68503-001-002 Tremolite



Lsec: 300.0     701.547K Cnts     1.730 keV     Det: Apollo XLT2 SUTW



**M68503-001-002 Tremolite Diffraction.tif**
**Diffraction @ 50 cm**
**08:38 10/23/2018**



**M68503-001-002 Tremolite Diffraction 2.tif**
**Diffraction @ 50 cm**
**09:01 10/23/2018**



M68503-001-002 Tremolite Image.tif
(3.2um x 0.59um)
10:03 10/23/2018

# EDAX TEAM

*Page 1*

| Analysis |
|---|

Author:          TEM #1

Creation:        10/24/2018  9:39:38 AM
Sample Name:     M68503-001-003 Tremolite

| kV: 100 | Mag: 25000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 1.92 | Resolution:(eV) 135.1 |



Lsec: 300.0     104.614K Cnts     1.730 keV     Det: Apollo XLT2 SUTW

M68503-001-003 Tremolite Diffraction.tif
Diffraction @ 50 cm
09:15 10/24/2018

**M68503-001-003 Tremolite Diffraction 2.tif**
**Diffraction @ 50cm**
**13:31 10/23/2018**



M68503-001-003 Tremolite Image.tif
(10.4um x 1.38um)
09:25 10/24/2018

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-001 | | Grid Box # | 8623 | No. of Grids Counted | 2 |
| Analyst: | Jose Carrillo | | | Length | Width | G.O. Area |
| Date of Analysis | 10/22/2018-10/30/18 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.02921 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 15% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | B6-J8 | F-Talc | 12.7 | 0.87 | 14.6 | Fibrous Talc Observed Trace Throughout | |
| | | | | | | | |

# EDAX TEAM

*Page 1*

## Analysis

Author:                TEM # 1

Creation:              10/25/2018  9:02:54 AM
Sample Name:           M68503-001-Talc #1

| kV: 100 | Mag: 25000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 1.92 | Resolution:(eV) 135.1 |

### M68503-001-Talc #1



Lsec: 300.0     32 Cnts     16.550 keV     Det: Apollo XLT2 SUTW

**M68503-001-Talc #1 Diffraction.tif**
**Diffraction @ 50cm**
**15:10 10/24/2018**



**M68503-001-Talc #1 Image.tif**
**(12.7um x 0.87um)**
**15:14 10/24/2018**



# Determination of Asbestos in Talc by PLM

## ISO 22262-1:2014

## Sample M68708-001

The sample was a white powder containing >95% platy Talc particles of approximately 150µm in size.

No asbestos was detected by PLM.

# Polarized Light Microscope Images



*100X Magnification of Talc Particles Crossed polars and 530nm gypsum compensator plate*



*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*



# Determination of Asbestos in Talc by XRD
## ISO 22262-3:2016

## Sample M68708-001



*No Amphibole Peak Present*

# Section 12

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**  M69042 - 010          **Analyst**  Paul Hess          **Date**  10/12/2018

**ClientName**  LEVY & KONIGSBERG                    **ClientSpl** 20180070-86D

**Location**

**Type_Mat**  Johnson & Johnson Talcum Powder

**Gross Visual**  Off-white powder                    **% of Sample**  100

**OPTICAL DATA FOR ASBESTOS IDENTIFICATION**

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.638/1.624 | | |
| **Sign^** | positive | | |
| **Extinction** | oblique | | |
| **Birefringence** | moderate | | |
| **Melt** | no | | |
| **Fiber Name** | Actinolite/Tremolite | | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

Chrysotile.............................

Amosite...............................

Crocidolite...........................

Tremolite/Actinolite.............          < 0.1

Anthophyllite.......................

**OTHER FIBROUS COMPONENTS**

Talc -B/Y DS in 1.55                       ***

**NON FIBROUS COMPONENTS**

| Opaques | X |
|---|---|
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  Actinolite/Tremolite asbestos observed. *** Moderate amount Fibrous talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69042 - 010BL    **Analyst** Paul Hess    **Date**  10/15/2018

**ClientName** LEVY & KONIGSBERG    **ClientSpl** 20180070-86D

**Location**

**Type_Mat**   Johnson & Johnson Talcum Powder

**Gross Visual**  White debris on slide    **% of Sample**  100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.635/1.620 | | |
| **Sign^** | positive | | |
| **Extinction** | parallel | | |
| **Birefringence** | moderate | | |
| **Melt** | no | | |
| **Fiber Name** | Anthophyllite | | |

**ASBESTOS MINERALS**           **EST. VOL. %**

Chrysotile............................

Amosite................................

Crocidolite...........................

Tremolite/Actinolite.............

Anthophyllite........................        < 0.1

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  Anthophyllite asbestos observed. Actinolite/Tremolite cleavage fragments/particles exhibiting  a width to length ratio of <3-1 observed.  X = Materials detected.

The method detection limit is 1% unless otherwise stated.



179.1um

M69042-010-001 Actinolite/Tremolite Parallel Dispersion 1.605 R.I. @ 100X



M69042-010-001 Actinolite/Tremolite Perpendicular Dispersion



M69042-010-001 Actinolite/Tremolite Elongation @ 200 X



M69042-010-001 Actinolite/Tremolite Crossed Polars



194.0um

M69042-010BL-001 Anthophyllite Parallel Dispersion 1.605 R.I. @ 100X



M69042-010BL-001 Anthophyllite Perpendicular Dispersion



M69042-010BL-001 Anthophyllite Elongation @ 200X



M69042-010BL-001 Anthophyllite Crossed Polars

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M69042-010 | | Grid Box # | 8633 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 10/19/2018 & 10/29/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02922 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E1-B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| 1 | F5 | Bundle | Anthophyllite | 9.2 | 1.5 | 6.1 | X | X |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M69042-010 | | Grid Box # | 8633 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 10/19/2018 & 10/29/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02922 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E2-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| 2 | A9 | Bundle | Anthophyllite | 8.9 | 0.42 | 21.2 | X | X |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | |
|---|---|---|---|---|---|
| Project/ Sample No. | M69042-010 | | Grid Box # | 8633 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 10/19/2018 & 10/29/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02922 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|

| Org. Sample Wt. | Sample Wt. Post HL Separation | |
|---|---|---|
| 0.02922 | 0.02922 | g |
| Percent of Orig. Post Separation | 100 | (%) |

| Wt. Of Sample Analyzed | 0.00016019 | g |
|---|---|---|
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 2 | Str. |
| Structures per Gram of Sample | 1.25E+04 | Str./g |

| Detection Limit | 6.24E+03 | Str./g |
|---|---|---|
| Analytical Sensitivity | 6.24E+03 | Str./g |





310450                    M69042-010-001 Anthophyllite Diffraction - 1 @ 50cm                    10/19/2018

2 4819          M69042-010-001 Anthophyllite Diffraction - 2 @ 50cm          10/29/2018



310457                    M69042-010-001 Anthophyllite ( 9.2 um × 1.5 um )                    10/19/2018





310465          M69042-010-002 Anthophyllite Diffraction -1 @ 50cm          10/19/2018



310597                    M69042-010-002 Anthophyllite Diffraction - 2 @ 50cm                    10/29/2018



310469    M69042-010-002 Anthophyllite ( 8.9 um × 0.42 um )    10/19/2018

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69042-010 | | Grid Box # | 8633 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G.O. Area |
| Date of Analysis | 10/19/2018 & 10/29/2018 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.02922 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | E2-E1 | Fibrous Talc | 12.3 | 1.8 | 6.8 | Fibrous talc observed | |
| | | | | | | Trace throughout | |





310471    M69042-010-Talc #1 Diffraction @ 50cm    10/19/2018



310472                    M69042-010-Talc #1 ( 12.3 um x 1.8 um )                    10/19/2018

# Section 13

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**  M69680 - 015BL   **Analyst** Paul Hess   **Date** 12/11/2018

**ClientName** J3 Resources   **ClientSpl** 20180061-31F

**Location**

**Type_Mat** Shower to Shower Talc

**Gross Visual** White debris on slide   **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | straight | |
| **Pleochrism** | none | none | |
| **Refract Index** | 1.633/1.619 | 1.641/1.628 | |
| **Sign^** | positive | positive | |
| **Extinction** | oblique | parallel | |
| **Birefringence** | medium | medium | |
| **Melt** | no | no | |
| **Fiber Name** | Actinolite/Tremolite | Anthophyllite | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

| | |
|---|---|
| **Chrysotile**............................. | |
| **Amosite**................................ | |
| **Crocidolite**........................... | |
| **Tremolite/Actinolite**.............. | 0.3 |
| **Anthophyllite**........................ | < 0.1 |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments** Actinolite/Tremolite and Anthophyllite asbestos observed.  *** Moderate amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.



241.6um

M69680-015BL-001 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X



M69680-015BL-001 Act/Trem Perpendicular Dispersion



M69680-015BL-001 Act/Trem Elongation @ 200X

M69680-015BL-001 Act/Trem Crossed Polars



213.6um

M69680-015BL-002 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X



M69680-015BL-002 Act/Trem Perpendicular Dispersion



M69680-015BL-002 Act/Trem Elongation @ 200X



M69680-015BL-002 Act/Trem Crossed Polars



Anthophyllite

72.8um

Talc

M69680-015BL-003 Anthophyllite Parallel Dispersion 1.605 R.I. @ 100X



Talc

Anthophyllite

M69680-015BL-003 Anthophyllite Perpendicular Dispersion

Talc

Anthophyllite

M69680-015BL-003 Anthophyllite Elongation @ 400X



Talc

Anthophyllite

M69680-015BL-003 Anthophyllite Crossed Polars



## Verified Analysis Count Sheet

Date: 11-2-2018

Analyst: Anthony Keebn

SampleID: 2018006)- 31 F

Grid Square ID: Grid -1, -2

| Structure No. | Length(μm) | Width(μm) | Type(F,B,C) | Sketch | ID | Verified(Y/N) | |
|---|---|---|---|---|---|---|---|
| 1 | 21.6 | 1.3 | B | DctP = 2-5058  Image = 2-5057 | Arthro | Y | 1-B2 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Total No. of Structures:** ____
**True Positives:** ____
**False Positives:** ____
**False Negatives:** ____

PG. 1 of 1

\* Could Not locate structure in Grid 2-C1, Grid is partially torn.

\* Could not locate structure in Grid 2-D5.

\* Could not Correlate Grid opening to Benchsheet.



2 5058          20180061-31F Structure 1 Anthophyllite Diffraction @ 50cm          11/2/2018



2 5057       20180061-31F Structure 1 Anthophyllite  ( 21.6 um x 1.3 um)       11/2/2018



# Determination of Asbestos in Talc by ATEM
## ISO 22262-2:2014

# Sample 20180061-31F

**J3 Order #:** JH1898969

**Analyst:** Lee Poye

**Customer:** Joseph Satterley, Esq.

**Date:** 10-Jul-2018

---

**Weight of Sample*:** 0.0179 g

**Percent of Original Sample*:** 67%

**Suspension Volume:** 1.5 mL

**Filtered Suspension Volume:** 0.1 mL

**Filter Size:** 25 mm

**Filter Pore Size:** 0.2 µm

**Area of Analytical Filter:** 210 mm$^2$

**GO Size:** 0.0132 mm$^2$

**GO Area Analyzed:** 1.056 mm$^2$

## Results Summary

| Asbestos Structure Number | Length (µm) | Width (µm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 43 | 2 | 21.5 | Anthophyllite |
| 2 | 4.5 | 0.25 | 18 | Anthophyllite |
| 3 | 7 | 0.5 | 14 | Anthophyllite |
| AVERAGE | 18.2 | 0.92 | 19.8 | |

**Total Asbestos Structures:** 3

**Anthophyllite Density:** 3000 kg/m$^3$

**Cross-section Shape Factor (Amphibole):** 0.5

**Asbestos Mass Fraction:** 0.0044%

**Asbestos Mass Fraction of Original Sample:** 0.0029%

\* Sample was previously gravimetrically reduced.

# Determination of Asbestos in Talc by ATEM

### LAB WORKSHEET



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-31F

**Analyst:** Lee Poye

**Date:** 10-Jul-2018

**Page:** 1 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 1 | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | · | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | 1 | 43 x 2.00 | Anthophyllite | Yes | 01 | 02 | Zone Axis [1 0 1] |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| 2 | C1 | | 2 | 4.5 x 0.25 | Anthophyllite | Yes | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# Determination of Asbestos in Talc by ATEM

### LAB WORKSHEET



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-31F

**Analyst:** Lee Poye

**Date:** 10-Jul-2018

**Page:** 2 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 2 | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | 3 | 7 x 0.50 | Anthophyllite | Yes | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| 3 | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# Determination of Asbestos in Talc by ATEM
### LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-31F

**Analyst:** Lee Poye

**Date:** 10-Jul-2018

**Page:** 3 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 4 | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | ✓ | NA | 10 x 1.00 | Talc | Yes | | | Fiber |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*Magnification Scan at 3,000X*



# Sample 20180061-31F
# Structure 1 - Morphology



StS-15 Full Quant_001
Anthophyllite
GO-B2
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.



# Sample 20180061-31F
# Structure 1 – Diffraction Pattern and EDS







# Determination of Asbestos in Talc by XRD
## ISO 22262-3:2016

## Sample 20180061-31F



*No Amphibole Peak Present*

# Section 14

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**  M69680 - 016BL    **Analyst** Paul Hess    **Date** 12/11/2018

**ClientName** J3 Resources                    **ClientSpl** 20180061-31G

**Location**

**Type_Mat** Shower to Shower Talc

**Gross Visual** Glittering debris on slide         **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.633/1.619 | | |
| **Sign^** | positive | | |
| **Extinction** | oblique | | |
| **Birefringence** | medium | | |
| **Melt** | no | | |
| **Fiber Name** | Actinolite/Tremolite | | |

## ASBESTOS MINERALS                    EST. VOL. %

**Chrysotile**............................

**Amosite**...............................

**Crocidolite**...........................

**Tremolite/Actinolite**..............         0.7

**Anthophyllite**.......................

## OTHER FIBROUS COMPONENTS

Talc -B/Y DS in 1.55                  ***

## NON FIBROUS COMPONENTS

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments** Actinolite/Tremolite asbestos observed.  *** Moderate amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.



Dispersion Six Degrees off Perpendicular

39.4um

Parallel Dispersion

80.2um

M69680-016BL-001 Act/Trem Dispersion 1.605 R.I. @ 100X



Dispersion Six Degrees off Parallel

39.4um

Perpendicular Dispersion

80.2um

M69680-016BL-001 Act/Trem Dispersion 1.605 R.I. @ 100X

M69680-016BL-001 Act/Trem Elongation 200X

M69680-016BL-001 Act/Trem  Crossed Polars



50.4um

M69680-016BL-002 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X