# Exhibit 67-M

M69680-016BL-002 Act/Trem Perpendicular Dispersion

M69680-016BL-002 Act/Trem Elongation @ 200X

M69680-016BL-002 Act/Trem Crossed Polars



82.1um

M69680-016BL-003 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X

M69680-016BL-003 Act/Trem Perpendicular Dispersion



M69680-016BL-003 Act/Trem Elongation @ 200X

M69680-016BL-003 Act/Trem Crossed Polars



## Verified Analysis Count Sheet

Date: 11-2-2018

Analyst: Anthony Kutm

SampleID: 201800 61-316

Grid Square ID: Grids -1, -2, 4

| Structure No. | Length(μm) | Width(μm) | Type(F,B,C) | Sketch | ID | Verified(Y/N) | |
|---|---|---|---|---|---|---|---|
| 1 | 30.1 | 0.7 | B | DiFF Image=2-5060 | Antho | Y | 1-A6 |
| 2 | 13.5 | 0.7 | B | DiFF = - Image=2-5061 | Antho | Y | 2-D7 |
| 3 | 7.0 | 0.7 | B | DiFF 2-5063 Image = 2-5062 | Antho | Y | 2-D10 |
| 4 | 22.5 | 1.5 | B | DiFF = 2-5065 Image =2-5064 | Antho | Y | 4-F2 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| Total No. of Structures: | 4 |
| True Positives: | |
| False Positives: | |
| False Negatives: | |

PG. 1 of 1

\* Grid Opening started to tear. Did Not obtain DiFF for Structure-2





2  5060          20180061-31G Structure 1 Anthophyllite   ( 30.1 um x 0.7 um)          11/2/2018





2  5061                 20180061-31G Structure 2 Anthophyllite  ( 13.5 um x 0.7 um)                11/2/2018



2  5063          20180061-31G Structure 3 Anthophyllite Diffraction @ 50cm          11/2/2018



2 5062      20180061-31G Structure 3 Anthophyllite ( 7.0 um x 0.7 um)      11/2/2018



2 5065                20180061-31G Structure 4 Anthophyllite Diffraction @ 50cm            11/2/2018



2  5064          20180061-31G Structure 1 Anthophyllite  ( 22.5 um x 1.5 um)          11/2/2018



# Determination of Asbestos in Talc by ATEM
## ISO 22262-2:2014

# Sample 20180061-31G

**J3 Order #:** JH1898969

**Customer:** Joseph Satterley, Esq.

**Analyst:** Lee Poye

**Date:** 10-Jul-2018

**Weight of Sample\*:**   0.0174 g

**Percent of Original Sample\*:**   65%

**Suspension Volume:**   1.5 mL

**Filtered Suspension Volume:**   0.1 mL

**Filter Size:**   25 mm

**Filter Pore Size:**   0.2 μm

**Area of Analytical Filter:**   210 mm$^2$

**GO Size:**   0.0132 mm$^2$

**GO Area Analyzed:**   1.056 mm$^2$

## Results Summary

| Asbestos Structure Number | Length (μm) | Width (μm) | Aspect Ratio | Asbestos Type |
|---|---|---|---|---|
| 1 | 26 | 0.5 | 52 | Anthophyllite |
| 2 | 18 | 0.5 | 36 | Anthophyllite |
| 3 | 5 | 0.5 | 10 | Anthophyllite |
| 4 | 19 | 1 | 19 | Anthophyllite |
| AVERAGE | 17 | 0.63 | 27.2 | |

**Total Asbestos Structures:**   4

**Anthophyllite Density:**   3000 kg/m$^3$

**Cross-section Shape Factor (Amphibole):**   0.5

**Asbestos Mass Fraction:**   0.00080%

**Asbestos Mass Fraction of Original Sample:**   0.00052%

\* Sample was previously gravimetrically reduced.

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-31G

**Analyst:** Lee Poye

**Date:** 10-Jul-2018

**Page:** 1 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| | | | | | | Images | | | |
| 1 | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | 1 | 26 x 0.50 | Anthophyllite | Yes | 02 | 01 | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| 2 | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | 2 | 18 x 0.50 | Anthophyllite | Yes | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | 3 | 5 x 0.50 | Anthophyllite | Yes | 03 | 04 | Zone Axis [3 0 1] |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Table title: **Magnification Scan at 3,000X**



# Determination of Asbestos in Talc by ATEM
## LAB WORKSHEET

**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-31G

**Analyst:** Lee Poye

**Date:** 10-Jul-2018

**Page:** 2 of 3

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|-----------|------|-----|------------|------|----------|
| | | | | | | | **Images** | | |
| 2 | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | ✓ | NA | 7.2 x 0.40 | Talc | Yes | | | Fiber |
| | E10 | | NSD | | | | | | |
| 3 | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# Determination of Asbestos in Talc by ATEM

**LAB WORKSHEET**



**Customer:** Joseph Satterley, Esq.

**J3 Order #:** JH1898969

**Sample #:** 20180061-31G

**Analyst:** Lee Poye

**Date:** 10-Jul-2018

**Page:** 3 of 3

| Magnification Scan at 3,000X | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | Images | | | Comments |
| | | | | | | EDS | Morphology | SAED | |
| 4 | I1 | | NSD | | | | | | |
| | I2 | | 4 | 19 x 1.00 | Anthophyllite | Yes | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | ✓ | NA | 14 x 1.70 | Talc | Yes | | | Fiber |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# Sample 20180061-31G
# Structure 1 - Morphology



SIS-16 Full Quant_002
Anthophyllite
GO - A6
Microscopist: LWP

2 µm
HV=100kV
Direct Mag: 4000 x
J3 Resources, Inc.

# Sample 20180061-31G
# Structure 1 – Diffraction Pattern and EDS







# Sample 20180061-31G
# Structure 3 - Morphology



StS-16 Full Quant_003
Anthophyllite
GO - D10
Microscopist: LWP

1 µm
HV=100kV
Direct Mag: 12000 x
J3 Resources, Inc.

# Sample 20180061-31G
# Structure 3 – Diffraction Pattern and EDS





# Section 15

## MAS, LLC
## PLM ANALYSIS

**Proj#-Spl#**  M69751 - 037ISO          **Analyst**  Paul Hess          **Date**  12/13/2018

**ClientName**  Beasley, Allen, Crow, Methvin, Portis & Miles          **ClientSpl**  20180314-03A

**Location**

**Type_Mat**  Talc

**Gross Visual**  Off-white powder

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.633 1.616 | | |
| **Sign** | positive | | |
| **Extinction** | oblique | | |
| **Birefringence** | medium | | |
| **Melt** | no | | |
| **Fiber Name** | Actinolite/Tremolite | | |

## ASBESTOS MINERALS                        EST. VOL. %

| | |
|---|---|
| Chrysotile............................................. | |
| Amosite................................................. | |
| Crocidolite............................................. | |
| Tremolite/Actinolite............................... | < 0.1 |
| Anthophyllite......................................... | |

## OTHER FIBROUS COMPONENTS

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |

## NON FIBROUS COMPONENTS

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  Actinolite/Tremolite asbestos observed. *** Moderate amount fibrous Talc observed. X = Materials detected.

**MAS, LLC**
**PLM ANALYSIS**

| | | | | | |
|---|---|---|---|---|---|
| **Proj#-Spl#** | M69751 - 037BL | **Analyst** | Paul Hess | **Date** | 12/14/2018 |
| **ClientName** | Beasley, Allen, Crow, Methvin, Portis & Miles | | **ClientSpl** | 20180314-03A | |
| **Location** | | | | | |
| **Type_Mat** | Talc | | | | |

**Gross Visual**  White debris on slide

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | straight | |
| **Pleochroism** | none | none | |
| **Refract Index** | 1.633/1.616 | 1.625/1.611 | |
| **Sign** | positive | positive | |
| **Extinction** | oblique | parallel | |
| **Birefringence** | medium | medium | |
| **Melt** | no | no | |
| **Fiber Name** | Actinolite/Tremolite | Anthophyllite | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

| | |
|---|---|
| Chrysotile............................................. | |
| Amosite................................................. | |
| Crocidolite............................................ | |
| Tremolite/Actinolite............................. | < 0.1 |
| Anthophyllite........................................ | < 0.1 |

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  Actinolite/Tremolite and Anthophyllite cleavage fragments/particles observed.  X = Materials detected.

132.5um

M69751-037ISO-001 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X