Exhibit 67-N

M69751-037ISO-001 Act/Trem Perpendicular Dispersion



M69751-037ISO-001 Act/Trem Elongation @ 200X

M69751-037ISO-001 Act/Trem Crossed Polars

372.2um

M69751-037ISO-002 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X

M69751-037ISO-002 Act/Trem Perpendicular Dispersion



M69751-037ISO-002 Act/Trem Elongation @ 200X



M69751-037ISO-002 Act/Trem Crossed Polars



M69751-037BL-001 Act/Trem Perpendicular Dispersion



M69751-037BL-001 Act/Trem Elongation @ 200X



M69751-037BL-001 Act/Trem Crossed Polars

153.0um

M69751-037BL-002 Anthophyllite Parallel Dispersion 1.605 R.I. @ 100X

M69751-037BL-002 Anthophyllite Perpendicular Dispersion

M69751-037BL-002 Anthophyllite Elongation @ 400X



M69751-037BL-002 Anthophyllite Crossed Polars

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-037 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Mehrdad Motamedi | | | Length | Width | G. O. Area |
| Date of Analysis | 12/15/2018-12/16/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04034 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 4 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E1-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| 1 | A10 | Bundle | Anthophyllite | 14.5 | 1 | 14.5 | X | X |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| 2 | C3 | Bundle | Anthophyllite | 2.8 | 0.4 | 7.0 | X | X |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| 3 | C6 | Fiber | Anthophyllite | 7.4 | 0.9 | 8.2 | X | X |
| 4 | | Bundle | Anthophyllite | 9.6 | 0.6 | 16.0 | X | X |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| 5 | G5 | Bundle | Anthophyllite | 6.5 | 0.8 | 8.1 | X | X |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| 6 | G8 | Bundle | Anthophyllite | 10.8 | 2 | 5.4 | X | X |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | I1 | | | | | | | |
| 7 | I2 | Fiber | Anthophyllite | 4.8 | 0.4 | 12.0 | X | X |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |
| NSD | I9 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-037 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Mehrdad Motamedi | | | Length | Width | G. O. Area |
| Date of Analysis | 12/15/2018-12/16/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04034 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 4 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | I10 | | | | | | | |
| 8 | D1-A1 | Bundle | Anthophyllite | 3.7 | 0.4 | 9.3 | X | X |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| 9 | A5 | Bundle | Anthophyllite | 12.4 | 0.4 | 31.0 | X | X |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| 10 | A8 | Bundle | Anthophyllite | 6 | 0.8 | 7.5 | X | X |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| 11 | B2 | Fiber | Tremolite | 3.8 | 0.4 | 9.5 | X | X |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| 12 | H1 | Bundle | Anthophyllite | 10.6 | 0.6 | 17.7 | X | X |
| NSD | H2 | | | | | | | |
| 13 | H3 | Bundle | Anthophyllite | 5.5 | 0.3 | 18.3 | X | X |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M69751-037 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
| Analyst: | Mehrdad Motamedi | | | Length | Width | G. O. Area |
| Date of Analysis | 12/15/2018-12/16/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04034 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 4 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | H10 | | | | | | | |

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| 0.04034 | 0.04034 | g |
| Percent of Orig. Post Separation | 100 | (%) |

| | | |
|---|---|---|
| Wt. Of Sample Analyzed | 0.00022116 | g |
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 13 | Str. |
| Structures per Gram of Sample | 5.88E+04 | Str./g |

| | | |
|---|---|---|
| Detection Limit | 4.52E+03 | Str./g |
| Analytical Sensitivity | 4.5E+03 | Str./g |







41458                    M69751-037-001 Anthophyllite Diffraction 1 @ 50cm                    12/15/2018