# Exhibit 67-O



41457    M69751-037-001 Anthophyllite  Diffraction 2 @  50cm    12/15/2018



41459            M69751-037-001 Anthophyllite（14.5um x 1.0um）            12/15/2018







41460        M69751-037-002 Anthophyllite   Diffraction 1 @ 50cm        12/15/2018



41461          M69751-037-002 Anthophyllite Diffraction 2 @  50cm          12/15/2018



41462          M69751-037-002 Anthophyllite ( 2.8um x 0.4um )          12/15/2018







41471                    M69751-037-003 Anthophyllite Diffraction 1  @ 50cm                    12/15/2018



41466                M69751-037-003 Anthophyllite Diffraction 2 @ 50cn                12/15/2018



41467     M69751-037-003 Anthophyllite （ 7.4um x 0.9um ）     12/15/2018







41468                          M69751-037-004 Anthophyllite Diffraction 1  @ 50cm                    12/15/2018



41469                    M69751-037-004 Anthophyllite Diffraction 2  @ 50cm                    12/15/2018



41470    M69751-037-004 Anthophyllite   ( 9.6um x 0.6um )    12/15/2018







41472                    M69751-037-005 Anthophyllite Diffraction 1 @ 50cm                    12/15/2018



41473          M69751-037-005 Anthophyllite Diffraction 2 @ 50cm          12/15/2018



41474   M69751-037-005 Anthophyllite  ( 6.5um x 0.8um )   12/15/2018







41477          M69751-037-006 Anthophyllite Diffraction 1 @ 50cm          12/15/2018



41478        M69751-037-006 Anthophyllite Diffraction 2 @ 50cm        12/15/2018



41480    M69751-037-006 Anthophyllite（10.8um × 2.0um）    12/15/2018







41481                    M69751-037-007 Anthophyllite Diffraction 1 @ 50cm                    12/15/2018



41482                M69751-037-007 Anthophyllite Diffraction 2 @ 50cm                12/15/2018



41483                          M69751-037-007 Anthophyllite  ( 4.8um x 0.4um )        12/15/2018







41485                    M69751-037-008 Anthophyllite Diffraction 1 @ 50cm                    12/16/2018



41486                M69751-037-008 Anthophyllite Diffraction 2 @ 50cm                12/16/2018



41487          M69751-037-008 Anthophyllite  ( 3.7um x 0.4um )          12/16/2018







41489                    M69751-037-009 Anthophyllite Diffraction 1 @ 50cm                    12/16/2018



41490                    M69751-037-009 Anthophyllite Diffraction 2 @ 50cm                    12/16/2018



41491

M69751-037-009 Anthophyllite   ( 12.4um x 0.4um )

12/16/2018







41493                     M69751-037-010 Anthophyllite Diffraction 1 @ 50cm                     12/16/2018



41494                          M69751-037-010 Anthophyllite Diffraction 2 @ 50cm                          12/16/2018



41495                       M69751-037-010 Anthophyllite  ( 6.0um x 0.8um )                12/16/2018





41496                    M69751-037-011 Tremolite Diffraction @ 50cm                    12/16/2018



41497                        M69751-037-011 Tremolite   ( 3.8um x 0.4um )                  12/16/2018







41499          M69751-037-012 Anthophyllite Diffraction 1  @ 50cm          12/16/2018



41500                    M69751-037-012 Anthophyllite Diffraction 2  @ 50cm                    12/16/2018



41501            M69751-037-012 Anthophyllite  ( 10.6um x 0.6um )            12/16/2018







41502                       M69751-037-013 Anthophyllite Diffraction 1  @ 50cm                       12/16/2018



41503      M69751-037-013 Anthophyllite Diffraction 2 @ 50cm      12/16/2018



41504        M69751-037-013 Anthophyllite   ( 5.5um x 0.3um )        12/16/2018

## TEM Bulk Talc Structure Count Sheet

| | | | | | |
|---|---|---|---|---|---|
| Project/ Sample No. | M69751-037 | Grid Box # | 8644 | No. of Grids Counted | 2 |
| Analyst: | Mehrdad Motamedi | | Length | Width | **G.O. Area** |
| Date of Analysis | 12/15/2018-12/16/2018 | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.04034 | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 4 | Screen Magnification | 20 KX | **Area Examined mm²** | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc 1 | E1-C6 | Fibrous Talc | 2 | 0.3 | 6.7 | Fibrous talc observed | |
| | | | | | | Trace through out | |





41463                              M69751-037-Talc 1 Diffraction @ 50cm                   12/15/2018



41464                          M69751-037-Talc 1   ( 2.0um x 0.3um )                    12/15/2018



**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259

# Analysis of J&J's Historical Talc Samples From the 1990's



Prepared by:

William E. Longo, Ph.D
Mark W. Rigler, Ph.D

Materials Analytical Services, LLC
3945 Lakefield Court
Suwanee, Georgia 30024

**January, 2019**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



**Analysis of Historical J&J's Talc
Samples from  the 1990s**

**January 2019**

| | |
|---|---|
| **1** | **Summary of Results** |
| **2** | **Chain of Custody** |
| **3** | **M69757-005 1990** |
| **4** | **M69757-007 1990** |
| **5** | **M69751-039 1991** |
| **6** | **M69751-040 1991** |
| **7** | **M68503-016 1994** |
| **8** | **M69757-004 1994** |
| **9** | **M69751-036 1995** |
| **10** | **M68503-017 1996** |
| **11** | **M69757-006 1996** |
| **12** | **M69751-002 1999** |

# Section 1

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## Summary of Results for Johnson & Johnson's
### 1990's Historical JBP & STS Samples

| MAS/J³ Sample Number | Client Sample ID | Year of Mnfr. | Amphibole Asbestos Structures/g | Amphibole Asbestos wt. % | Analytical Sensitivity Structures/g | ISO PLM wt. % | Blount PLM wt. % |
|---|---|---|---|---|---|---|---|
| M69757-005 | 20180343-03A | 1990 | 27000 | 0.000010 | 4500 | <0.1 Tre/Act <0.1 Anth | <0.1 Tre/Act <0.1 Anth |
| M69757-007 | 20180358-01A | 1990 | 39000 | 0.00030 | 4300 | <0.1 Tre/Act | <0.1 Tre/Act <0.1 Anth |
| M69751-039 | 20180320-01A | 1991 | <4400 | <0.0000268 | 4400 | NAD | NAD |
| M69751-040 | 20180320-13A | 1991 | 13000 | 0.000015 | 4500 | NAD | <0.1 Tre/Act |
| M68503-016 | 2018-0060-33 JBP 001 | 1994 | <9000 | <0.0000268 | 9000 | NAD | NAD |
| M69757-004 | 20180339-05A | 1994 | <4400 | <0.0000268 | <4400 | NAD | NAD |
| M69751-036 | 20180313-02A | 1995 | 4400 | 0.00000022 | 4400 | NAD | NAD |
| M68503-017 | 2018-0060-38 JBP006 | 1996 | <9000 | <0.0000268 | 9000 | NAD | NAD |
| M69757-006 | 20180344-04A | 1996 | <4400 | <0.0000268 | 4400 | NAD | NAD |
| M69751-002 | 20180315-021A | 1999 | <4400 | <0.0000268 | 4400 | NAD | NAD |

**NAD: no asbestos detected.**

### M69757-005

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|---|---|---|---|---|---|
| -1 | 2.32 | 0.21 | 11.0 | Bundle | Anthophyllite |
| -2 | 6.1 | 0.42 | 14.5 | Bundle | Anthophyllite |
| -3 | 4.4 | 0.84 | 5.2 | Bundle | Anthophyllite |
| -4 | 2.72 | 0.42 | 6.5 | Bundle | Anthophyllite |
| -5 | 8.7 | 0.38 | 22.9 | Bundle | Anthophyllite |
| -6 | 4.82 | 0.76 | 6.3 | Bundle | Anthophyllite |

**Average Aspect Ratio: 11.1**



## M69757-007

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|----------------|
| -1 | 5.6 | 1.1 | 5.1 | Bundle | Anthophyllite |
| -2 | 4.6 | 0.64 | 7.2 | Bundle | Anthophyllite |
| -3 | 9.9 | 0.36 | 27.5 | Fiber | Anthophyllite |
| -4 | 10.9 | 0.35 | 31.1 | Bundle | Anthophyllite |
| -5 | 11.7 | 1.4 | 8.4 | Bundle | Anthophyllite |
| -6 | 11.6 | 1.1 | 10.5 | Bundle | Actinolite |
| -7 | 11.8 | 1.6 | 7.4 | Bundle | Anthophyllite |
| -8 | 8 | 1.3 | 6.2 | Bundle | Anthophyllite |
| -9 | 49.4 | 2.1 | 23.5 | Bundle | Talc-Antho |

**Average Aspect Ratio: 11.1**

## M69757-040

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|----------------|
| -1 | 7.4 | 0.62 | 11.9 | Bundle | Anthophyllite |
| -2 | 14.9 | 0.74 | 20.1 | Bundle | Anthophyllite |
| -3 | 6.72 | 0.62 | 10.8 | Bundle | Anthophyllite |

**Average Aspect Ratio: 11.1**

## M69757-036

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|--------|-------------|------------|--------------|----------------|----------------|
| -1 | 6.3 | 0.18 | 35.0 | Bundle | Tremolite |

**Average Aspect Ratio: 35.0**

# Section 2

**MAS, LLC.**
**CHAIN-OF-CUSTODY**

CLIENT:  Dept 14 Environmental

CONTACT:  Bill Longo

PHONE:  (770) 866-3200

CLIENT JOB NAME:  MAS Custody of Historical Talc Samples

CLIENT JOB#:  14-2003

CLIENT DOC(S):  Joint Catalogue

FAX NUMBER:  (770) 866-3259

MAS JOB:  M68503

LOGIN DATE: 3/29/2018

SUBMITTED BY:  Lanier Law Firm

TRANSPORT:  771838362894/771849113659

RECEIVED BY:  Wanda Thorpe

CONDITION:  Good

MAS LOCATION:  RM. 132 → 123          DATE/BY: 3/30/18 MEO / JAM 4/4/18

PREP BY  JAM          DATE: 10/16/18 - 11/2/18

ANALYSIS BY:  PH          DATE: 10/25-31/18

QC BY:          DATE: 11/10/2018

REPORT BY          DATE: 11/10/2018

REVIEWED BY          DATE: 11/10/2018

FINAL DISPOSITION BY

LOCATION:  LEGAL ARCHIVE RM. 123

DATE: _____

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|
| 001 | 2018-0051-34A | | Johnson's Baby Powder |
| LOCATION | | | |
| 002 | 2018-0051-35A | | Johnson's Baby Powder |
| LOCATION | | | |
| 003 | 2018-0056-08A | | Johnson's Baby Powder - For Hospital Use Only |
| LOCATION | | | |
| 004 | 2018-0056-25A | | New Johnson's Baby Powder |
| LOCATION | | | |
| 004BL1 | 2018-0056-25A | | New Johnson's Baby Powder (60mg prep) |
| LOCATION | | | |
| 004ISO | 2018-0056-25A | | New Johnson's Baby Powder |
| LOCATION | | | |
| 005 | 2018-0056-30A | | Johnson's Baby Powder - Hospital Package Not For Resale |
| LOCATION | | | |

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|
| 005BL1 | 2018-0056-30A | | Johnson's Baby Powder - Hospital Package Not For Resale (60mg prep) |
| LOCATION | | | |
| 005ISO | 2018-0056-30A | | Johnson's Baby Powder - Hospital Package Not For Resale |
| LOCATION | | | |
| 006 | 2018-0056-51A | | Johnson's Baby Powder |
| LOCATION | | | |
| 007 | 2018-0056-53A | | Johnson's Baby Powder |
| LOCATION | | | |
| 008 | 2018-0060-02A | | Johnson's Baby Powder |
| LOCATION | | | |
| 009 | 2018-0060-03A | | Economy Size Johnson's Baby Powder |
| LOCATION | | | |

SAMPLE(S) RETURNED  BY: _____ N/A _____          DATE: _____

FEDEX TRACKING # _____

RECEIVED  BY: _____          DATE: _____
9/10/18

COMMENT  1990's          PLM ANALYSIS

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|
| 009BL1 | 2018-0060-03A | | Economy Size Johnson's Baby Powder  (60mg prep) |
| LOCATION | | | |
| 009ISO | 2018-0060-03A | | Economy Size Johnson's Baby Powder |
| LOCATION | | | |
| 010 | 2018-0060-04A | | Johnson's Baby Powder |
| LOCATION | | | |
| 010BL1 | 2018-0060-04A | | Johnson's Baby Powder (60mg prep) |
| LOCATION | | | |
| 010ISO | 2018-0060-04A | | Johnson's Baby Powder |
| LOCATION | | | |
| 011 | 2018-0060-06A | | Economy Size Johnson's Baby Powder |
| LOCATION | | | |
| 011BL1 | 2018-0060-06A | | Economy Size Johnson's Baby Powder (60mg prep) |
| LOCATION | | | |
| 011ISO | 2018-0060-06A | | Economy Size Johnson's Baby Powder |
| LOCATION | | | |
| 012 | 2018-0060-12A | | Johnson's Baby Powder |
| LOCATION | | | |
| 013 | 2018-0060-14A | | Economy Size Johnson's Baby Powder |
| LOCATION | | | |
| 014 | 2018-0060-20A | | Johnson's Baby Powder |
| LOCATION | | | |
| 014BL1 | 2018-0060-20A | | Johnson's Baby Powder (60mg prep) |
| LOCATION | | | |
| 014ISO | 2018-0060-20A | | Johnson's Baby Powder |
| LOCATION | | | |
| 015 | 2018-0060-27A | | Johnson's Baby Powder - For Hospital Use Only |
| LOCATION | | | |
| 016 | 2018-0060-33A | | Johnson's Baby Powder |
| LOCATION | | | |

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|
| 016BL1 | 2018-0060-33A | | Johnson's Baby Powder (100mg prep) |
| LOCATION | | | |
| 016ISO | | | |
| LOCATION | | | |
| 017 | 2018-0060-38A | | Johnson's Baby Powder |
| LOCATION | | | |
| 017BL1 | 2018-0060-38A | | Johnson's Baby Powder (100mg prep) |
| LOCATION | | | |
| 017ISO | | | |
| LOCATION | | | |
| 018 | 2018-0060-42A | | Johnson's Baby Powder |
| LOCATION | | | |
| 019 | 2018-0060-44A | | Economy Size Johnson's Baby Powder |
| LOCATION | | | |
| 019BL1 | 2018-0060-44A | | Economy Size Johnson's Baby Powder (60mg prep) |
| LOCATION | | | |
| 019ISO | 2018-0060-44A | | Economy Size Johnson's Baby Powder |
| LOCATION | | | |
| 020 | 2018-0060-53A | | Johnson's Baby Powder |
| LOCATION | | | |
| 020BL1 | 2018-0060-53A | | Johnson's Baby Powder (100mg prep) |
| LOCATION | | | |
| 020ISO | 2018-0060-53A | | Johnson's Baby Powder |
| LOCATION | | | |
| 021 | 2018-0060-54A | | Johnson's Baby Powder |
| LOCATION | | | |
| 021BL1 | 2018-0060-54A | | Johnson's Baby Powder (100mg prep) |
| LOCATION | | | |
| 021ISO | 2018-0060-54A | | Johnson's Baby Powder |
| LOCATION | | | |

SAMPLE(S) RETURNED  BY: _____ N/A _____   DATE: _____

FEDEX TRACKING # _____

RECEIVED BY: _____   DATE: _____

Ø 11/16/18

COMMENT _____

MAS, LLC.
3945 Lakefield Court
Suwanee, Georgia  30024
(770) 866-3200

1/13/14 Revision 0

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|
| 022 | 2018-0060-56A | | Johnson's Baby Powder - Hospital Package Not For Resale |
| LOCATION | | | |
| 023 | 2018-0060-64A | | Johnson's Baby Powder |
| LOCATION | | | |
| 023BL1 | 2018-0060-64A | | Johnson's Baby Powder (100mg prep) |
| LOCATION | | | |
| 023ISO | 2018-0060-64A | | Johnson's Baby Powder |
| LOCATION | | | |
| 024 | 2018-0060-76A | | New Johnson's Baby Powder |
| LOCATION | | | |
| 024BL1 | 2018-0060-76A | | New Johnson's Baby Powder (60mg prep) |
| LOCATION | | | |
| 024ISO | 2018-0060-76A | | New Johnson's Baby Powder |
| LOCATION | | | |
| 025 | 2018-0061-02A | | Shower to Shower Deodorant Body Powder with Baking Soda |
| LOCATION | | | |
| 026 | 2018-0061-08A | | Shower to Shower Body Powder |
| LOCATION | | | |
| 026BL1 | 2018-0061-08A | | Shower to Shower Body Powder (60mg prep) |
| LOCATION | | | |
| 026ISO | 2018-0061-08A | | Shower to Shower Body Powder |
| LOCATION | | | |
| 027 | 2018-0061-09A | | Shower to Shower Body Powder |
| LOCATION | | | |
| 027BL1 | 2018-0061-09A | | Shower to Shower Body Powder (60mg prep) |
| LOCATION | | | |
| 027ISO | 2018-0061-09A | | Shower to Shower Body Powder |
| LOCATION | | | |

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|
| 028 | 2018-0061-12A | | New Shower to Shower Deodorant Body Powder |
| LOCATION | | | |
| 028BL1 | 2018-0061-12A | | New Shower to Shower Deodorant Body Powder (100mg prep) |
| LOCATION | | | |
| 028ISO | 2018-0061-12A | | New Shower to Shower Deodorant Body Powder |
| LOCATION | | | |
| 029 | 2018-0061-17A | | Shower to Shower Body Powder |
| LOCATION | | | |
| 029BL1 | 2018-0061-17A | | Shower to Shower Body Powder (100mg prep) |
| LOCATION | | | |
| 029ISO | 2018-0061-17A | | Shower to Shower Body Powder |
| LOCATION | | | |
| 030 | 2018-0061-19A | | Shower to Shower Body Powder |
| LOCATION | | | |
| 031 | 2018-0061-21A | | Regular Scent Shower to Shower Deodorant Body Powder with Baking Soda and Corn Starch |
| LOCATION | | | |
| 032 | 2018-0061-28A | | Morning Fresh Scent Shower to Shower Deodorant Body Powder with Baking Soda |
| LOCATION | | | |
| 033 | 2018-0061-31A | | Regular Scent Shower to Shower Deodorant Body Powder with Baking Soda and Corn Starch |
| LOCATION | | | |
| 034 | 2018-0061-31D | | Spice Scent Shower to Shower Deodorant Body Shower with Baking Soda and Corn Starch |
| LOCATION | | | |

SAMPLE(S) RETURNED BY: _____ N/a _____   DATE: _____

FEDEX TRACKING # _____

RECEIVED BY: _____ @ 11/10/18 _____   DATE: _____

COMMENT _____

MAS, LLC.
3945 Lakefield Court
Suwanee, Georgia  30024
(770) 866-3200

1/13/14 Revision 0

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|---|---|---|---|---|---|---|---|
| 035 | 2018-0061-37A | | Morning Fresh Scent Shower to Shower Deodorant Body Powder with Baking Soda | 042ISO | 2018-0061-49A | | Herbal Shower to Shower Deodorant Body Powder with Baking Soda |
| LOCATION | | | | LOCATION | | | |
| 036 | 2018-0061-38A | | Improved! Shower to Shower Deodorant Body Powder with Baking Soda | 043 | 2018-0061-52A | | Improved! Shower to Shower Deodorant Body Powder with Baking Soda |
| LOCATION | | | | LOCATION | | | |
| 037 | 2018-0061-39A | | Shower to Shower Body Powder | 044 | 2018-0061-53A | | New Shower to Shower Deodorant Body Powder |
| LOCATION | | | | LOCATION | | | |
| 038 | 2018-0061-40A | | Shower to Shower Body Powder | 045 | 2018-0061-54A | | New Spice Scent Shower to Shower Deodorant Body Powder with Baking Soda and Corn Starch |
| LOCATION | | | | | | | |
| 038BL1 | 2018-0061-40A | | Shower to Shower Body (100mg prep) | LOCATION | | | |
| LOCATION | | | | 046 | 2018-0061-57A | | Shower to Shower Deodorant Body Powder with Baking Soda |
| 038ISO | 2018-0061-40A | | Shower to Shower Body | | | | |
| LOCATION | | | | LOCATION | | | |
| 039 | 2018-0061-41A | | Morning Fresh Scent Shower to Shower Deodorant Body Powder with Baking Soda | 046BL1 | 2018-0061-57A | | Shower to Shower Deodorant Body Powder with Baking Soda (100mg prep) |
| LOCATION | | | | | | | |
| 040 | 2018-0061-47A | | New Spice Scent Shower to Shower Deodorant Body Powder with Baking Soda and Corn Starch | LOCATION | | | |
| | | | | 046ISO | 2018-0061-57A | | Shower to Shower Deodorant Body Powder with Baking Soda |
| LOCATION | | | | LOCATION | | | |
| 041 | 2018-0061-48A | | Herbal Shower to Shower Deodorant Body Powder with Baking Soda | 047 | 2018-0061-67A | | Shower to Shower Body Powder |
| LOCATION | | | | LOCATION | | | |
| 042 | 2018-0061-49A | | Herbal Shower to Shower Deodorant Body Powder with Baking Soda | 048 | 2018-0061-69A | | Shower to Shower Body Powder |
| LOCATION | | | | LOCATION | | | |
| 042BL1 | 2018-0061-49A | | Herbal Shower to Shower Deodorant Body Powder with Baking Soda (100mg prep) | 049 | 2018-0067-02A | | Shower to Shower Shimmer Effects |
| | | | | LOCATION | | | |
| | | | | 050 | 2018-0067-07A | | Johnson's Baby Powder |
| | | | | LOCATION | | | |
| | | | | 050BL1 | 2018-0067-07A | | Johnson's Baby Powder (100gm prep) |
| LOCATION | | | | LOCATION | | | |

SAMPLE(S) RETURNED BY: _N/A_        DATE: _____

FEDEX TRACKING # _____

RECEIVED BY: _____        DATE: _____

@ 11/10/18

COMMENT _____

MAS, LLC.
3945 Lakefield Court
Suwanee, Georgia  30024
(770) 866-3200

1/13/14 Revision 0

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|-------|-----------|--------|---------------|
| 050ISO | | | | 058 | 2018-0070-11A | | Talco Johnson's |
| LOCATION | | | | LOCATION | | | |
| 051 | 2018-0067-08A | | Johnson's Baby Powder | 059 | 2018-0070-16A | | Johnson's Baby Powder |
| LOCATION | | | | LOCATION | | | |
| 051BL1 | 2018-0067-08A | | Johnson's Baby Powder (100mg prep) | 059BL1 | 2018-0070-16A | | Johnson's Baby Powder (100mg prep) |
| LOCATION | | | | LOCATION | | | |
| 051ISO | | | | 059ISO | | | |
| LOCATION | | | | LOCATION | | | |
| 052 | 2018-0067-19A | | Shower to Shower Island Fresh | 060 | 2018-0070-20A | | Johnson's Baby Powder |
| LOCATION | | | | LOCATION | | | |
| 053 | 2018-0067-22A | | Johnson's Baby Powder | 061 | 2018-0070-28A | | Johnson's Baby Powder |
| LOCATION | | | | LOCATION | | | |
| 053BL1 | 2018-0067-22A | | Johnson's Baby Powder (100mg prep) | 062 | 2018-0070-35A | | Johnson's Baby Powder |
| LOCATION | | | | LOCATION | | | |
| 053ISO | | | | 063 | 2018-0070-38A | | Spice Scent Shower to Shower |
| LOCATION | | | | LOCATION | | | |
| 054 | 2018-0067-24A | | Shower to Shower Breeze Fresh | 064 | 2018-0070-55A | | Johnson's Baby Powder |
| LOCATION | | | | LOCATION | | | |
| 054BL1 | 2018-0067-24A | | Shower to Shower Breeze Fresh | 065 | 2018-0070-85A | | Johnson's Baby Powder |
| LOCATION | | | | LOCATION | | | |
| 054ISO | | | | 066 | 2018-0079-03A | | Johnson's Baby Powder |
| LOCATION | | | | LOCATION | | | |
| 055 | 2018-0067-26A | | Johnson's Baby Powder | 067 | 2018-0079-04A | | Johnson's Baby Powder |
| LOCATION | | | | LOCATION | | | |
| 056 | 2018-0067-30A | | Shower to Shower Morning Fresh | 068 | 2018-0079-46A | | Johnson's Baby Powder |
| LOCATION | | | | LOCATION | | | |
| 057 | 2018-0070-10A | | Johnson's Baby Powder | 069 | 2018-0079-59A | | Johnson's Baby Powder |
| LOCATION | | | | LOCATION | | | |
| 057BL1 | 2018-0070-10A | | Johnson's Baby Powder (100mg prep) | 070 | 2018-0082-01A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 057ISO | 2018-0070-10A | | Johnson's Baby Powder | 070BL1 | 2018-0082-01A | | Talc (100mg prep) |
| LOCATION | | | | LOCATION | | | |
| | | | | 070ISO | | | |
| | | | | LOCATION | | | |

**SAMPLE(S) RETURNED BY:** _r/a_    **DATE:** _____

**FEDEX TRACKING #** _____

**RECEIVED BY:** _@11/0/18_    **DATE:** _____

**COMMENT**

MAS, LLC.
3945 Lakefield Court
Suwanee, Georgia  30024
(770) 866-3200

1/13/14 Revision 0

M68503

Page 5 of 6