# Exhibit 67-Q



311036       M69757-005-006 Anthophyllite ( 4.82 um × 0.76 um )       12/16/2018

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69757-005 | | Grid Box # | 8644 | | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | | **G.O. Area** |
| Date of Analysis | 12/15/2018 - 12/16/2018 | | G. O. in microns = | 105 | 105 | | 105 |
| Initial Weight(g) | 0.04041 | | | 105 | 105 | | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 15% | **G.O.s Counted** | | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | D8-A4 | Fibrous Talc | 9.6 | 0.74 | 13.0 | Fibrous talc observed Trace through out | |





M69757-005-Talc # 1 Diffraction @ 50cm

310977

12/15/2018



310978     M69757-005-Talc # 1 ( 9.60 um × 0.74 um )     12/15/2018

# Section 4

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**  M69757 - 007ISO          **Analyst**  Paul Hess          **Date**  12/13/2018

**ClientName**  Beasley, Allen, Crow, Methvin, Portis & Miles          **ClientSpl**  20180358-01A

**Location**

**Type_Mat**  Talc

**Gross Visual**  Off-white powder                    **% of Sample**  100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochrism** | none | | |
| **Refract Index** | 1.629/1.615 | | |
| **Sign^** | positive | | |
| **Extinction** | oblique | | |
| **Birefringence** | moderate | | |
| **Melt** | no | | |
| **Fiber Name** | Actinolite/Tremolite | | |

| **ASBESTOS MINERALS** | **EST. VOL. %** |
|---|---|
| **Chrysotile............................** | |
| **Amosite................................** | |
| **Crocidolite...........................** | |
| **Tremolite/Actinolite..............** | < 0.1 |
| **Anthophyllite.......................** | |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments**  Actinolite/Tremolite asbestos observed. Moderate amount of fibrous Talc observed. X=Materials Detected.

The method detection limit is 1% unless otherwise stated.

---

**MAS, LLC**
**PLM ANALYSIS**

---

**Proj#-Spl#**   M69757 - 007BL       **Analyst** Paul Hess        **Date** 12/14/2018

**ClientName**  Beasley, Allen, Crow, Methvin, Portis & Miles    **ClientSpl** 20180358-01A

**Location**

**Type_Mat**   Talc

**Gross Visual**   White debris on slide       **% of Sample**   100

---

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | |
|---|---|---|
| **Morphology** | straight | straight |
| **Pleochrism** | none | none |
| **Refract Index** | 1.629/1.616 | 1.625/1.612 |
| **Sign^** | positive | positive |
| **Extinction** | oblique | parallel |
| **Birefringence** | medium | medium |
| **Melt** | no | no |
| **Fiber Name** | Actinolite/Tremolite | Anthophyllite |

**ASBESTOS MINERALS**                    **EST. VOL. %**

| | |
|---|---|
| **Chrysotile**............................ | |
| **Amosite**................................ | |
| **Crocidolite**........................... | |
| **Tremolite/Actinolite**.............. | < 0.1 |
| **Anthophyllite**........................ | < 0.1 |

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**   Actinolite/Tremolite and Anthophyllite asbestos observed. *** Trace amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.



49.4um

M69757-007ISO-001 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X



M69757-007ISO-001 Act/Trem Perpendicular Dispersion



M69757-007ISO-001 Act/Trem Elongation @ 200X



M69757-007ISO-001 Act/Trem  Crossed Polars



M69757-007BL-001 Act/Trem Perpendicular Dispersion



M69757-007BL-001 Act/Trem Elongation @ 200X



M69757-007BL-001 Act/Trem Crossed Polars



87.7/um

M69757-007BL-002 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X



M69757-007BL-002 Act/Trem Perpendicular Dispersion



M69757-007BL-002 Act/Trem Elongation @ 200X

M69757-007BL-002 Act/Trem Crossed Polars

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69757-007 | | Grid Box # | | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jose Carrillo | | | | Length | Width | G. O. Area |
| Date of Analysis | 12/15/2018-12/17/18 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04202 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | G.O.s Counted | 100 |
| 1 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E6-J1 | | | | | | | |
| NSD | J2 | | | | | | | |
| NSD | J3 | | | | | | | |
| NSD | J4 | | | | | | | |
| NSD | J5 | | | | | | | |
| NSD | J6 | | | | | | | |
| NSD | J7 | | | | | | | |
| 1 | J8 | Bundle | Anthophyllite | 5.6 | 1.1 | 5.1 | X | X |
| NSD | J9 | | | | | | | |
| NSD | J10 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| 2 | I8 | Bundle | Anthophyllite | 4.6 | 0.64 | 7.2 | X | X |
| NSD | I9 | | | | | | | |
| NSD | I10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| 3 | E4 | Fiber | Anthophyllite | 9.9 | 0.36 | 27.5 | X | X |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| 4 | E10 | Bundle | Anthophyllite | 10.9 | 0.35 | 31.1 | X | X |
| 5 | | Bundle | Anthophyllite | 11.7 | 1.4 | 8.4 | X | X |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M69757-007 | | Grid Box # | 8644 | No. of Grids Counted | 2 | |
| Analyst: | Jose Carrillo | | | Length | Width | G. O. Area | |
| Date of Analysis | 12/15/2018-12/17/18 | | G. O. in microns = | 105 | 105 | 11025 | |
| Initial Weight(g) | 0.04202 | | | 105 | 105 | 11025 | |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 | |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 | |
| 1 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 | |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | D10 | | | | | | | |
| NSD | E7-J1 | | | | | | | |
| NSD | J2 | | | | | | | |
| NSD | J3 | | | | | | | |
| NSD | J4 | | | | | | | |
| NSD | J5 | | | | | | | |
| NSD | J6 | | | | | | | |
| NSD | J7 | | | | | | | |
| NSD | J8 | | | | | | | |
| NSD | J9 | | | | | | | |
| NSD | J10 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |
| NSD | I9 | | | | | | | |
| NSD | I10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| 6 | H10 | Bundle | Tremolite | 11.6 | 1.1 | 10.5 | X | X |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| 7 | E1 | Bundle | Anthophyllite | 11.8 | 1.6 | 7.4 | X | X |
| 8 | | Bundle | Anthophyllite | 8 | 1.3 | 6.2 | X | X |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| 9 | E5 | Bundle | Anthophyllite | 49.4 | 2.1 | 23.5 | X | X |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M69757-007 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
| Analyst: | Jose Carrillo | | | Length | Width | G. O. Area |
| Date of Analysis | 12/15/2018-12/17/18 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04202 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 1 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |

| Org. Sample Wt. | Sample Wt. Post HL Separation | |
|---|---|---|
| 0.04202 | 0.04202 | g |
| Percent of Orig. Post Separation | 100 | (%) |

| Wt. Of Sample Analyzed | 0.00023037 | g |
|---|---|---|
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 9 | Str. |
| Structures per Gram of Sample | 3.91E+04 | Str./g |

| Detection Limit | 4.34E+03 | Str./g |
|---|---|---|
| Analytical Sensitivity | 4.34E+03 | Str./g |

EDAX TEAM

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/15/2018 7:13:00 PM |
| Sample Name: | Talc |

### M69757-007-001 Anthophyllite

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0      203 Cnts      4.350 keV      Det: Apollo XLT2 SUTW

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/16/2018 9:42:24 AM |
| Sample Name: | Talc |

### M69757-007-001 Anthophyllite 2

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s):  300 | Amp Time(µs):  3.84 | Resolution:(eV)  131.8 |
|---|---|---|---|---|---|



Lsec: 300.0     366 Cnts     4.350 keV     Det: Apollo XLT2 SUTW

**M69757-007-001 Anthophyllite Diffraction.tif**
**Diffraction @ 50cm**
**19:04 12/15/2018**

M69757-007-001 Anthophyllite Diffraction 2.tif
Diffraction @ 50cm
19:15 12/15/2018



M69757-007-001 Anthophyllite Image.tif
(5.6um x 1.1um)
19:18 12/15/2018

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/16/2018 10:21:09 AM |
| Sample Name: | Talc |

### M69757-007-002 Anthophyllite

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s):  300 | Amp Time(µs):  3.84 | Resolution:(eV)   131.8 |
|---|---|---|---|---|---|



Lsec: 300.0      272 Cnts      4.350 keV      Det: Apollo XLT2 SUTW

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/16/2018 10:33:56 AM |
| Sample Name: | Talc |

### M69757-007-002 Anthophyllite 2

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(μs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0    319 Cnts    4.350 keV    Det: Apollo XLT2 SUTW

**M69757-007-002 Anthophyllite Diffraction.tif**
**Diffraction @ 50cm**
**10:12 12/16/2018**

M69757-007-002 Anthophyllite Diffraction 2.tif
Diffraction @ 50cm
10:22 12/16/2018



M69757-007-002 Anthophyllite Image.tif
(4.6um x 0.64um)
10:34 12/16/2018

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/16/2018 11:41:37 AM |
| Sample Name: | Talc |

### M69757-007-003 Anthophyllite

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0     124 Cnts     4.350 keV     Det: Apollo XLT2 SUTW

**EDAX TEAM**

| Analysis | |
|---|---|
| Author: | lab |
| Creation: | 12/16/2018 11:47:38 AM |
| Sample Name: | Talc |

**M69757-007-003 Anthophyllite 2**

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0    164 Cnts    4.350 keV    Det: Apollo XLT2 SUTW

M69757-007-003 Anthophyllite Diffraction.tif
Diffraction @ 50cm
11:48 12/16/2018

**M69757-007-003 Anthophyllite Diffraction 2.tif**
**Diffraction @ 50cm**
**12:00 12/16/2018**



**M69757-007-003 Anthophyllite Image.tif**
**(9.9um x 0.36um)**
**12:03 12/16/2018**

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/16/2018 12:33:38 PM |
| Sample Name: | Talc |

### M69757-007-004 Anthophyllite

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0    7 Cnts    4.350 keV    Det: Apollo XLT2 SUTW

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/16/2018 12:39:38 PM |
| Sample Name: | Talc |

### M69757-007-004 Anthophyllite 2

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV)  131.8 |
|---|---|---|---|---|---|



Lsec: 300.0      3 Cnts      4.350 keV      Det: Apollo XLT2 SUTW

**M69757-007-004 Anthophyllite Diffraction.tif**
**Diffraction @ 50cm**
**12:25 12/16/2018**

**M69757-007-004 Anthophyllite Diffraction 2.tif**
**Diffraction @ 50cm**
**12:42 12/16/2018**



M69757-007-004 Anthophyllite Image.tif
(10.9um x 0.35um)
12:45 12/16/2018

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/17/2018 1:47:14 PM |
| Sample Name: | Talc |

### M69757-007-005 Anthophyllite

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0    294 Cnts    4.350 keV    Det: Apollo XLT2 SUTW

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/17/2018 1:54:22 PM |
| Sample Name: | Talc |

### M69757-007-005 Anthophyllite 2

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0    3 Cnts    4.350 keV    Det: Apollo XLT2 SUTW

**M69757-007-005 Anthophyllite Diffraction.tif**
**Diffraction @ 50cm**
**12:58 12/16/2018**

**M69757-007-005 Anthophyllite Diffraction 2.tif**
**Diffraction @ 50cm**
**13:38 12/17/2018**



**M69757-007-005 Anthophyllite Image.tif**
**(11.7um x 1.4um)**
**13:13 12/16/2018**

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/16/2018 4:37:08 PM |
| Sample Name: | Talc |

### M69757-007-006 Actinolite

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0     237 Cnts     4.350 keV     Det: Apollo XLT2 SUTW

**M69757-007-006 Actinolite Diffraction.tif**
**Diffraction @ 50cm**
**16:28 12/16/2018**



M69757-007-006 Actinolite Image.tif
(11.6um x 1.1um)
16:36 12/16/2018

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/16/2018 5:03:15 PM |
| Sample Name: | Talc |

### M69757-007-007 Anthophyllite

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0     673 Cnts     4.350 keV     Det: Apollo XLT2 SUTW

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/16/2018 5:09:41 PM |
| Sample Name: | Talc |

### M69757-007-007 Anthophyllite 2

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0    888 Cnts    4.350 keV    Det: Apollo XLT2 SUTW

M69757-007-007 Anthophyllite Diffraction.tif
Diffraction @ 50cm
17:13 12/16/2018

**M69757-007-007 Anthophyllite Diffraction 2.tif**
**Diffraction @ 50cm**
**17:17 12/16/2018**



M69757-007-007 Anthophyllite Image.tif
(11.8um x 1.6um)
17:19 12/16/2018

**EDAX TEAM**

## Analysis

| Author: | lab |
|---|---|
| Creation: | 12/17/2018 7:53:59 AM |
| Sample Name: | Talc |

### M69757-007-008 Anthophyllite

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0     195 Cnts     4.350 keV     Det: Apollo XLT2 SUTW

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/17/2018 8:00:27 AM |
| Sample Name: | Talc |

### M69757-007-008 Anthophyllite 2

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0       847 Cnts       4.350 keV       Det: Apollo XLT2 SUTW

**M69757-007-008 Anthophyllite Diffraction.tif**
**Diffraction @ 50cm**
**07:45 12/17/2018**

M69757-007-008 Anthophyllite Diffraction 2.tif
Diffraction @ 50cm
08:03 12/17/2018



M69757-007-008 Anthophyllite Image.tif
(8.0um x 1.3um)
08:06 12/17/2018

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/17/2018 11:24:08 AM |
| Sample Name: | Talc |

### M69757-007-009 Anthophyllite

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0    948 Cnts    4.350 keV    Det: Apollo XLT2 SUTW

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/17/2018 11:52:27 AM |
| Sample Name: | Talc |

### M69757-007-009 Anthophyllite 2

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0    684 Cnts    4.350 keV    Det: Apollo XLT2 SUTW

M69757-007-009 Anthophyllite Diffraction.tif
Diffraction @ 50cm
11:13 12/17/2018

M69757-007-009 Anthophyllite Diffraction 2.tif
Diffraction @ 50cm
12:10 12/17/2018



M69757-007-009 Anthophyllite Image.tif
(49.4um x 2.1um)
12:12 12/17/2018

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69757-007 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jose Carrillo | | | Length | Width | **G.O. Area** |
| Date of Analysis | 12/15/2018-12/17/18 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.04202 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 1 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | E6-D7 | F-Talc | 9.3 | 1.4 | 6.6 | Fibrous talc observed | |
| | | | | | | Trace throughout | |

EDAX TEAM

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/16/2018 1:31:50 PM |
| Sample Name: | Talc |

### M69757-007-F-Talc #1

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(μs): 3.84 | Resolution:(eV) 131.8 |



Lsec: 300.0     242 Cnts     4.350 keV     Det: Apollo XLT2 SUTW

M69757-007-F-Talc #1 Diffraction.tif
Diffraction @ 50cm
13:24 12/16/2018



M69757-007-F-Talc #1 Image.tif
(9.3um x 1.4um)
13:32 12/16/2018

# Section 5

**MAS, LLC**
**PLM ANALYSIS**

| | | | | |
|---|---|---|---|---|
| **Proj#-Spl#** | M69751 - 039ISO | **Analyst** Paul Hess | **Date** 12/13/2018 | |
| **ClientName** | Beasley, Allen, Crow, Methvin, Portis & Miles | | **ClientSpl** 20180320-01A | |
| **Location** | | | | |
| **Type_Mat** | Talc | | | |
| **Gross Visual** | Off-white powder | | **% of Sample** 100 | |

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**                     **EST. VOL. %**

NO ASBESTOS OBSERVED

| | |
|---|---|
| **Chrysotile**............................. | |
| **Amosite**.................................. | |
| **Crocidolite**............................. | |
| **Tremolite/Actinolite**.............. | |
| **Anthophyllite**......................... | |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description** _____

**Comments**   *** Moderate amount fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

| | | | | | |
|---|---|---|---|---|---|
| **Proj#-Spl#** | M69751 - 039BL | **Analyst** Paul Hess | | **Date** 12/14/2018 | |
| **ClientName** | Beasley, Allen, Crow, Methvin, Portis & Miles | | **ClientSpl** 20180320-01A | | |
| **Location** | | | | | |
| **Type_Mat** | Talc | | | | |

**Gross Visual**  White debis on slide            **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

| **ASBESTOS MINERALS** | **EST. VOL. %** |
|---|---|
| | NO ASBESTOS OBSERVED |
| Chrysotile............................. | |
| Amosite.................................. | |
| Crocidolite............................. | |
| Tremolite/Actinolite.............. | |
| Anthophyllite.......................... | |

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  X = Materials detected.

The method detection limit is 1% unless otherwise stated.

**TEM Bulk Talc Structure Count Sheet**

| Project/Sample No. | M69751-039 | | Grid Box # | | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jose Carrillo | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 12/14/2018-12/15/18 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04150 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | **G.O.s Counted** | 100 |
| 1 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A7-I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |
| NSD | I9 | | | | | | | |
| NSD | I10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |

MAS, LLC. Suwanee, GA 30024

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-039 | | Grid Box # | | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jose Carrillo | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 12/14/2018-12/15/18 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04150 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | **G.O.s Counted** | 100 |
| 1 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | B7-J1 | | | | | | | |
| NSD | J2 | | | | | | | |
| NSD | J3 | | | | | | | |
| NSD | J4 | | | | | | | |
| NSD | J5 | | | | | | | |
| NSD | J6 | | | | | | | |
| NSD | J7 | | | | | | | |
| NSD | J8 | | | | | | | |
| NSD | J9 | | | | | | | |
| NSD | J10 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |
| NSD | I9 | | | | | | | |
| NSD | I10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-039 | | Grid Box # | | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jose Carrillo | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 12/14/2018-12/15/18 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04150 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | **G.O.s Counted** | 100 |
| 1 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|

|  | Org. Sample Wt. | Sample Wt. Post HL Separation | | | | | |
|---|---|---|---|
| | 0.04150 | 0.04150 | g |
| Percent of Orig. Post Separation | | 100 | (%) |

| Wt. Of Sample Analyzed | 0.00022752 | g |
|---|---|---|
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 0 | Str. |
| **Structures per Gram of Sample** | <4395 | Str./g |

| Detection Limit | 4.40E+03 | Str./g |
|---|---|---|
| Analytical Sensitivity | 4.40E+03 | Str./g |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-039 | | Grid Box # | 8644 | | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jose Carrillo | | | Length | Width | | **G.O. Area** |
| Date of Analysis | 12/14/2018-12/15/18 | G. O. in microns = | | 105 | 105 | | 105 |
| Initial Weight(g) | 0.04150 | | | 105 | 105 | | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | | 100 |
| 1 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | B7-G10 | Fibrous Talc | 17.2 | 3.2 | 5.4 | Fibrous talc observed | |
| | | | | | | Trace throughout | |

**EDAX TEAM**

## Analysis

Author:        lab

Creation:      12/15/2018 2:05:45 PM

Sample Name:   Talc

### M69751-039-F-Talc #1

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s):  300 | Amp Time(µs):  3.84 | Resolution:(eV)  131.8 |



Lsec: 300.0      498 Cnts      3.600 keV      Det: Apollo XLT2 SUTW



**M69751-039-F-Talc #1 Diffraction.tif**
**Diffraction @ 50cm**
**13:57 12/15/2018**



**M69751-039-F-Talc #1 Image.tif**
**(17.2um x 3.2um)**
**14:05 12/15/2018**

# Section 6

**MAS, LLC**
**PLM ANALYSIS**

| | | | | |
|---|---|---|---|---|
| **Proj#-Spl#** | M69751-040ISO | **Analyst** Paul Hess | **Date** | 12/14/2018 |
| **ClientName** | Beasley, Allen, Crow, Methvin, Portis & Miles | | **ClientSpl** | 20180320-13A |
| **Location** | | | | |
| **Type_Mat** | Talc | | | |
| **Gross Visual** | Off-white powder | | **% of Sample** | 100 |

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

| ASBESTOS MINERALS | EST. VOL. % |
|---|---|
| | NO ASBESTOS OBSERVED |
| Chrysotile............................ | |
| Amosite................................. | |
| Crocidolite............................ | |
| Tremolite/Actinolite.............. | |
| Anthophyllite........................ | |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments**  *** Moderate amount fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

| | | | |
|---|---|---|---|
| **Proj#-Spl#** | M69751-040BL | **Analyst** Paul Hess | **Date** 12/15/2018 |

**ClientName** Beasley, Allen, Crow, Methvin, Portis & Miles       **ClientSpl** 20180320-13A

**Location**

**Type_Mat** Talc

**Gross Visual** White debris on slide                **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.633/1.616 | | |
| **Sign^** | positive | | |
| **Extinction** | oblique | | |
| **Birefringence** | medium | | |
| **Melt** | no | | |
| **Fiber Name** | Actinolite/Tremolite | | |

## ASBESTOS MINERALS                    EST. VOL. %

| | |
|---|---|
| **Chrysotile**............................ | |
| **Amosite**................................. | |
| **Crocidolite**........................... | |
| **Tremolite/Actinolite**.............. | < 0.1 |
| **Anthophyllite**........................ | |

## OTHER FIBROUS COMPONENTS

## NON FIBROUS COMPONENTS

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**   Actinolite/Tremolite cleavage fragmentsparticles observed.  X = Materials detected.

The method detection limit is 1% unless otherwise stated.

84.0um

MM69751-040BL-001 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X

M69751-040BL-001 Act/Trem Perpendicular Dispersion



M69751-040BL-001 Act/Trem Elongation @ 400X

M69751-040BL-001 Act/Trem Crossed Polars

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-040 | | Grid Box # | 8645 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 12/17/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04056 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 18% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A5-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| 1 | B4 | Bundle | Anthophyllite | 7.4 | 0.62 | 11.9 | X | X |
| 2 | B5 | Bundle | Anthophyllite | 14.9 | 0.74 | 20.1 | X | X |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/Sample No. | M69751-040 | | Grid Box # | | 8645 | No. of Grids Counted | | 2 |
|---|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | | G. O. Area |
| Date of Analysis | 12/17/2018 | | G. O. in microns = | | 105 | 105 | | 11025 |
| Initial Weight(g) | 0.04056 | | | | 105 | 105 | | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 18% | G.O.s Counted | | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A4-A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| 3 | B10 | Bundle | Anthophyllite | 6.72 | 0.62 | 10.8 | X | X |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-040 | | Grid Box # | | 8645 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 12/17/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04056 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 18% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| 0.04056 | 0.04056 | g |
| Percent of Orig. Post Separation | 100 | (%) |

| | | |
|---|---|---|
| Wt. Of Sample Analyzed | 0.00022236 | g |
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 3 | Str. |
| **Structures per Gram of Sample** | 1.35E+04 | Str./g |

| | | |
|---|---|---|
| **Detection Limit** | 4.50E+03 | Str./g |
| **Analytical Sensitivity** | 4.50E+03 | Str./g |







311056   M69751-040-001 Anthophyllite Diffraction - 1 @ 50cm   12/17/2018



311057                    M69751-040-001 Anthophyllite Diffraction - 2 @ 50cm                    12/17/2018



311058   M69751-040-001 Anthophyllite ( 7.40 um × 0.62 um )   12/17/2018







311061                  M69751-040-002 Anthophyllite Diffraction - 1 @ 50cm                  12/17/2018



311062     M69751-040-002 Anthophyllite Diffraction - 2 @ 50cm     12/17/2018



311067   M69751-040-002 Anthophyllite ( 14.90 um × 0.74 um )   12/17/2018







M69751-040-003 Anthophyllite Diffraction - 1 @ 50cm

311071

12/17/2018



311073      M69751-040-003 Anthophyllite Diffraction - 2 @ 50cm      12/17/2018



311075                M69751-040-003 Anthophyllite ( 6.72 um × 0.62 um )                12/17/2018

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-040 | | Grid Box # | 8645 | | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | | **G.O. Area** |
| Date of Analysis | 12/17/2018 | | G. O. in microns = | 105 | 105 | | 105 |
| Initial Weight(g) | 0.04056 | | | 105 | 105 | | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 18% | **G.O.s Counted** | | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | A4-F6 | Fibrous Talc | 4.2 | 0.82 | 5.1 | Fibrous talc observed | |
| | | | | | | Trace through out | |





311078   M69751-040-Talc # 1 Diffraction @ 50cm   12/17/2018



311079     M69751-040-Talc # 1 ( 4.20 um x 0.82 um )     12/17/2018

# Section 7

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**  M68503- 016ISO   **Analyst** Paul Hess      **Date** 10/31/2018

**ClientName** Dept 14 Environmental          **ClientSpl** 2018-0060-33A

**Location**

**Type_Mat**  Johnson's Baby Powder

**Gross Visual**  Off-white powder                **% of Sample**  100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**          **EST. VOL. %**

NO ASBESTOS OBSERVED

**Chrysotile**.............................
**Amosite**................................
**Crocidolite**...........................
**Tremolite/Actinolite**.............
**Anthophyllite**.......................

**OTHER FIBROUS COMPONENTS**

Talc -B/Y DS in 1.55                ***

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  X = Materials detected. *** Trace amount fibrous Talc observed.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M68503- 016BL1      **Analyst** Paul Hess         **Date**  10/25/2018

**ClientName**  Dept 14 Environmental                **ClientSpl** 2018-0060-33A

**Location**

**Type_Mat**   Johnson's Baby Powder (100mg prep)

**Gross Visual**   White debris on slide                      **% of Sample**   100

| OPTICAL DATA FOR ASBESTOS IDENTIFICATION | | |
|---|---|---|
| **Morphology** | | |
| **Pleochroism** | | |
| **Refract Index** | | |
| **Sign^** | | |
| **Extinction** | | |
| **Birefringence** | | |
| **Melt** | | |
| **Fiber Name** | | |

**ASBESTOS MINERALS**                **EST. VOL. %**

NO ASBESTOS OBSERVED

| | |
|---|---|
| **Chrysotile**............................. | |
| **Amosite**................................. | |
| **Crocidolite**............................ | |
| **Tremolite/Actinolite**.............. | |
| **Anthophyllite**....................... | |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| Binder | X |

**Binder Description**

**Comments**   X = Materials detected. *** Trace amount fibrous Talc observed.

The method detection limit is 1% unless otherwise stated.

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-016 | Grid Box # | | 8637 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Elyse Stempinski | | | Length | Width | **G. O. Area** |
| Date of Analysis | 10/29/2018 - 11/2/2018 | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02030 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | D2-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-016 | | Grid Box # | | 8637 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Elyse Stempinski | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 10/29/2018 - 11/2/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02030 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E2-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-016 | | Grid Box # | 8637 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Elyse Stempinski | | | Length | Width | **G. O. Area** |
| Date of Analysis | 10/29/2018 - 11/2/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02030 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | | |
|---|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | | |
| 0.02030 | 0.02030 | g | |
| Percent of Orig. Post Separation | 100 | (%) | |

| | | | |
|---|---|---|---|
| Wt. Of Sample Analyzed | 0.00011129 | g | |
| Filter size | 201.1 | mm² | |
| Number of Structures Counted | 0 | Str. | |
| **Structures per Gram of Sample** | <8985 | Str./g | |

| | | |
|---|---|---|
| **Detection Limit** | 8.99E+03 | Str./g |
| **Analytical Sensitivity** | 8.99E+03 | Str./g |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-016 | | Grid Box # | 8637 | No. of Grids Counted | 2 |
| Analyst: | Elyse Stempinski | | | Length | Width | **G.O. Area** |
| Date of Analysis | 10/29/2018 - 11/2/2018 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.02030 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | D2-D1 | Fibrous Talc | 7.8 | 0.42 | 18.6 | Fibrous Talc Observed | |
| | | | | | | Trace Thoughout | |





310724                    M68503-016-Talc #1 Diffraction @ 50cm                    11/2/2018



310720        M68503-016-Talc #1 (7.8 um × 0.42 um)        11/2/2018

# Section 8

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69757 **-** 004ISO      **Analyst** Paul Hess      **Date** 12/13/2018

**ClientName** Beasley, Allen, Crow, Methvin, Portis & Miles      **ClientSpl** 20180339-05A

**Location**

**Type_Mat** Talc

**Gross Visual** Off-white powder      **% of Sample** 100

## OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

| ASBESTOS MINERALS | EST. VOL. % |
|---|---|
| | NO ASBESTOS OBSERVED |
| **Chrysotile**............................ | |
| **Amosite**............................... | |
| **Crocidolite**........................... | |
| **Tremolite/Actinolite**.............. | |
| **Anthophyllite**....................... | |

**OTHER FIBROUS COMPONENTS**

| Talc -B/Y DS in 1.55 | *** |
|---|---|
| | |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| Opaques | X |
|---|---|
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments** *** Trace amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69757 - 004BL          **Analyst** Paul Hess          **Date** 12/14/2018

**ClientName** Beasley, Allen, Crow, Methvin, Portis & Miles     **ClientSpl** 20180339-05A

**Location**

**Type_Mat**   Talc

**Gross Visual**   White debris on slide               **% of Sample**   100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

NO ASBESTOS OBSERVED

**Chrysotile............................**    _____

**Amosite...............................**    _____

**Crocidolite...........................**    _____

**Tremolite/Actinolite..............**    _____

**Anthophyllite.......................**    _____

**OTHER FIBROUS COMPONENTS**

_____        _____

_____        _____

_____        _____

_____        _____

**NON FIBROUS COMPONENTS**

Opaques                        X

Talc                           X

Mineral grains                 X

_____        _____

**Binder Description**   _____

**Comments**   X = Materials detected.

The method detection limit is 1% unless otherwise stated.

### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69757-004 | | Grid Box # | | 8344 | No. of Grids Counted | | 2 |
|---|---|---|---|---|---|---|---|---|
| Analyst: | Elyse Stempinski | | | | Length | Width | | **G. O. Area** |
| Date of Analysis | 12/14/2018 | | G. O. in microns = | | 105 | 105 | | 11025 |
| Initial Weight(g) | 0.04122 | | | | 105 | 105 | | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | **G.O.s Counted** | | 100 |
| 2 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | C8-B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |

### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69757-004 | | Grid Box # | | 8344 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Elyse Stempinski | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 12/14/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04122 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | **G.O.s Counted** | 100 |
| 2 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | C9-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69757-004 | | Grid Box # | | 8344 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Elyse Stempinski | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 12/14/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04122 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | **G.O.s Counted** | 100 |
| 2 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | | |
|---|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | | |
| 0.04122 | 0.04122 | g | |
| Percent of Orig. Post Separation | 100 | (%) | |
| | | | |
| Wt. Of Sample Analyzed | 0.00022598 | g | |
| Filter size | 201.1 | mm² | |
| Number of Structures Counted | 0 | Str. | |
| **Structures per Gram of Sample** | <4425 | Str./g | |

| | | |
|---|---|---|
| **Detection Limit** | 4.43E+03 | Str./g |
| **Analytical Sensitivity** | 4.43E+03 | Str./g |