# Exhibit 67-R

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69757-004 | | Grid Box # | 8344 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Elyse Stempinski | | | Length | Width | **G.O. Area** |
| Date of Analysis | 12/14/2018 | G. O. in microns = | | 105 | 105 | 105 |
| Initial Weight(g) | 0.04122 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 2 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | C8-B4 | Fibrous Talc | 8.7 | 1.5 | 5.8 | Fibrous Talc Observed | |
| | | | | | | Trace throughout | |





311054                    M69757-004-Talc #1 Diffraction @ 50cm                    12/16/2018



311053                    M69757-004-Talc #1 (8.7 um x 1.5 um)                    12/16/2018

# Section 9

**MAS, LLC**
**PLM ANALYSIS**

Proj#-Spl#  M69751 - 036ISO          **Analyst**  Paul Hess          **Date**  12/13/2018

**ClientName**  Beasley, Allen, Crow, Methvin, Portis & Miles          **ClientSpl**  20180313-02A

**Location**

**Type_Mat**  Talc

**Gross Visual**  Off-white powder          **% of Sample**  100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | | | |
| Pleochroism | | | |
| Refract Index | | | |
| Sign^ | | | |
| Extinction | | | |
| Birefringence | | | |
| Melt | | | |
| Fiber Name | | | |

| ASBESTOS MINERALS | EST. VOL. % |
|---|---|
| | NO ASBESTOS OBSERVED |
| Chrysotile............................. | |
| Amosite................................... | |
| Crocidolite.............................. | |
| Tremolite/Actinolite............... | |
| Anthophyllite.......................... | |

**OTHER FIBROUS COMPONENTS**

| Talc -B/Y DS in 1.55 | *** |
|---|---|
| | |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| Opaques | X |
|---|---|
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments**  *** Moderate amount fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69751-036BL     **Analyst** Paul Hess          **Date** 12/15/2018
**ClientName** Beasley, Allen, Crow, Methvin, Portis & Miles     **ClientSpl** 20180313-02A
**Location**
**Type_Mat**   Talc

**Gross Visual**   White debris with tan flecks on slide          **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**                **EST. VOL. %**

NO ASBESTOS OBSERVED

Chrysotile.............................
Amosite..................................
Crocidolite.............................
Tremolite/Actinolite...............
Anthophyllite.........................

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**   Actinolite/Tremolite cleavage fragments/particles observed.  X = Materials detected.

The method detection limit is 1% unless otherwise stated.

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-036 | | Grid Box # | | 8644 | No. of Grids Counted | | 2 |
|---|---|---|---|---|---|---|---|---|
| Analyst: | Elyse Stempinski | | | | Length | Width | | **G. O. Area** |
| Date of Analysis | 12/15/2018 - 12/16/2018 | | G. O. in microns = | | 105 | 105 | | 11025 |
| Initial Weight(g) | 0.04173 | | | | 105 | 105 | | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 18% | **G.O.s Counted** | | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | D2-A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| 1 | D2 | Bundle | Tremolite | 6.3 | 0.18 | 35.0 | X | X |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-036 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Elyse Stempinski | | | Length | Width | **G. O. Area** |
| Date of Analysis | 12/15/2018 - 12/16/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04173 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 18% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E2-A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-036 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Elyse Stempinski | | | Length | Width | G. O. Area |
| Date of Analysis | 12/15/2018 - 12/16/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04173 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 18% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| 0.04173 | 0.04173 | g |
| Percent of Orig. Post Separation | 100 | (%) |

| | | |
|---|---|---|
| Wt. Of Sample Analyzed | 0.00022878 | g |
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 1 | Str. |
| **Structures per Gram of Sample** | 4.37E+03 | Str./g |

| | | |
|---|---|---|
| Detection Limit | 4.37E+03 | Str./g |
| Analytical Sensitivity | 4.37E+03 | Str./g |





310993                    M69751-036-001 Tremolite Diffraction @ 50cm                    12/15/2018



311002                    M69751-036-001 Tremolite (6.3um × 0.18um)                    12/15/2018

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M69751-036 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
| Analyst: | Elyse Stempinski | | | Length | Width | **G.O. Area** |
| Date of Analysis | 12/15/2018 - 12/16/2018 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.04173 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 18% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | D2-D8 | Fibrous Talc | 6.05 | 0.75 | 8.1 | Fibrous Talc Observed | |
| | | | | | | Trace throughout | |





311046                          M69751-036-Talc #1 Diffraction @ 50cm                          12/16/2018



311049          M69751-036-Talc #1 (6.05 um × 0.75 um)          12/16/2018

# Section 10

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**  M68503 - 017ISO        **Analyst** Paul Hess          **Date** 10/31/2018

**ClientName** Dept 14 Environmental                    **ClientSpl** 2018-0060-38A

**Location**

**Type_Mat**  Johnson's Baby Powder

**Gross Visual**  Off-white powder                                      **% of Sample**  100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | | | |
| Pleochroism | | | |
| Refract Index | | | |
| Sign^ | | | |
| Extinction | | | |
| Birefringence | | | |
| Melt | | | |
| Fiber Name | | | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

NO ASBESTOS OBSERVED

Chrysotile.............................

Amosite................................

Crocidolite...........................

Tremolite/Actinolite..............

Anthophyllite.......................

**OTHER FIBROUS COMPONENTS**

Talc -B/Y DS in 1.55                                    ***

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  X = Materials detected. *** Trace amount fibrous Talc observed.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M68503 - 017BL1        **Analyst** Paul Hess              **Date** 10/25/2018

**ClientName** Dept 14 Environmental              **ClientSpl** 2018-0060-38A

**Location**

**Type_Mat**   Johnson's Baby Powder  (100mg prep)

**Gross Visual**   White debris on slide                    **% of Sample**   100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | | | |
| Pleochroism | | | |
| Refract Index | | | |
| Sign^ | | | |
| Extinction | | | |
| Birefringence | | | |
| Melt | | | |
| Fiber Name | | | |

**ASBESTOS MINERALS**                     **EST. VOL. %**

NO ASBESTOS OBSERVED

| | |
|---|---|
| Chrysotile.............................. | |
| Amosite................................ | |
| Crocidolite........................... | |
| Tremolite/Actinolite.............. | |
| Anthophyllite....................... | |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments**   X = Materials detected. ***Trace amount fibrous Talc observed.

The method detection limit is 1% unless otherwise stated.

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-017 | | Grid Box # | 8637 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Mehrdad Motamedi | | | Length | Width | G. O. Area |
| Date of Analysis | 10/30/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02035 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 4 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | C3-B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-017 | | Grid Box # | 8637 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Mehrdad Motamedi | | | Length | Width | G. O. Area |
| Date of Analysis | 10/30/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02035 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 4 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | D3-J1 | | | | | | | |
| NSD | J2 | | | | | | | |
| NSD | J3 | | | | | | | |
| NSD | J4 | | | | | | | |
| NSD | J5 | | | | | | | |
| NSD | J6 | | | | | | | |
| NSD | J7 | | | | | | | |
| NSD | J8 | | | | | | | |
| NSD | J9 | | | | | | | |
| NSD | J10 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |
| NSD | I9 | | | | | | | |
| NSD | I10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |

### TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M68503-017 | | Grid Box # | | 8637 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Mehrdad Motamedi | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 10/30/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02035 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | **G.O.s Counted** | 100 |
| 4 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|

| Org. Sample Wt. | Sample Wt. Post HL Separation | |
|---|---|---|
| 0.02035 | 0.02035 | g |
| Percent of Orig. Post Separation | 100 | (%) |

| Wt. Of Sample Analyzed | 0.00011157 | g |
|---|---|---|
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 0 | Str. |
| **Structures per Gram of Sample** | <8963 | Str./g |

| **Detection Limit** | 8.96E+03 | Str./g |
|---|---|---|
| **Analytical Sensitivity** | 8.96E+03 | Str./g |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M68503-017 | | Grid Box # | 8637 | No. of Grids Counted | 2 |
| Analyst: | Mehrdad Motamedi | | | Length | Width | **G.O. Area** |
| Date of Analysis | 10/30/2018 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.02035 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 4 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc 1 | C3-D7 | Fibrous Talc | 7.9 | 0.8 | 9.9 | Fibrous talc observed | |
| | | | | | | Trace through out | |





41374        M68503-017-Talc 1 Diffraction @ 50cm        10/30/2018



41375          M68503-017-Talc 1  ( 7.9um × 0.8um )          10/30/2018

# Section 11

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69757 - 006ISO      **Analyst** Paul Hess        **Date** 12/13/2018

**ClientName** Beasley, Allen, Crow, Methvin, Portis & Miles    **ClientSpl** 20180344-04A

**Location**

**Type_Mat**   Talc

**Gross Visual**   Off-white powder                **% of Sample**   100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochrism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**              **EST. VOL. %**

NO ASBESTOS OBSERVED

| | |
|---|---|
| **Chrysotile**............................ | |
| **Amosite**................................ | |
| **Crocidolite**........................... | |
| **Tremolite/Actinolite**.............. | |
| **Anthophyllite**........................ | |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments**   *** Moderate amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M69757 - 006BL       **Analyst** Paul Hess          **Date** 12/14/2018

**ClientName** Beasley, Allen, Crow, Methvin, Portis & Miles      **ClientSpl** 20180344-04A

**Location**

**Type_Mat**   Talc

**Gross Visual**   White debris on slide                    **% of Sample**   100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

NO ASBESTOS OBSERVED

Chrysotile.............................

Amosite................................

Crocidolite............................

Tremolite/Actinolite..............

Anthophyllite........................

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**   X = Materials detected.

The method detection limit is 1% unless otherwise stated.

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69757-006 | | Grid Box # | | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jose Carrillo | | | | Length | Width | G. O. Area |
| Date of Analysis | 12/15/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04159 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | G.O.s Counted | 100 |
| 1 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E8-J1 | | | | | | | |
| NSD | J2 | | | | | | | |
| NSD | J3 | | | | | | | |
| NSD | J4 | | | | | | | |
| NSD | J5 | | | | | | | |
| NSD | J6 | | | | | | | |
| NSD | J7 | | | | | | | |
| NSD | J8 | | | | | | | |
| NSD | J9 | | | | | | | |
| NSD | J10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |

MAS, LLC. Suwanee, GA 30024

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69757-006 | | Grid Box # | | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jose Carrillo | | | | Length | Width | G. O. Area |
| Date of Analysis | 12/15/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04159 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | G.O.s Counted | 100 |
| 1 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E9-J1 | | | | | | | |
| NSD | J2 | | | | | | | |
| NSD | J3 | | | | | | | |
| NSD | J4 | | | | | | | |
| NSD | J5 | | | | | | | |
| NSD | J6 | | | | | | | |
| NSD | J7 | | | | | | | |
| NSD | J8 | | | | | | | |
| NSD | J9 | | | | | | | |
| NSD | J10 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |
| NSD | I9 | | | | | | | |
| NSD | I10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69757-006 | | Grid Box # | | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jose Carrillo | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 12/15/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04159 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | **G.O.s Counted** | 100 |
| 1 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| 0.04159 | 0.04159 | g |
| Percent of Orig. Post Separation | 100 | (%) |

| | | |
|---|---|---|
| Wt. Of Sample Analyzed | 0.00022801 | g |
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 0 | Str. |
| **Structures per Gram of Sample** | <4386 | Str./g |

| | | |
|---|---|---|
| **Detection Limit** | 4.39E+03 | Str./g |
| **Analytical Sensitivity** | 4.39E+03 | Str./g |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69757-006 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jose Carrillo | | | Length | Width | **G.O. Area** |
| Date of Analysis | 12/15/2018 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.04159 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 1 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | E8-E5 | F-Talc | 2.9 | 0.56 | 5.2 | Fibrous talc observed | |
| | | | | | | Trace throughout | |

**EDAX TEAM**

## Analysis

| | |
|---|---|
| Author: | lab |
| Creation: | 12/15/2018 4:16:32 PM |
| Sample Name: | Talc |

### M69757-006-Talc #1

| kV: 100 | Mag: 10000 | Takeoff: 1 | Live Time(s): 300 | Amp Time(µs): 3.84 | Resolution:(eV) 131.8 |
|---|---|---|---|---|---|



Lsec: 300.0     451 Cnts     1.470 keV     Det: Apollo XLT2 SUTW

M69757-006-F-Talc #1 Diffraction.tif
Diffraction @ 50cm
16:16 12/15/2018



M69757-006-F-Talc #1 Image.tif
(2.9um x 0.56um)
16:08 12/15/2018

# Section 12

**MAS, LLC**
**PLM ANALYSIS**

| | | | | |
|---|---|---|---|---|
| **Proj#-Spl#** | M69751 - 002ISO | **Analyst** Paul Hess | **Date** 12/13/2018 |
| **ClientName** | Beasley, Allen, Crow, Methvin, Portis & Miles | | **ClientSpl** 20180315-021A |
| **Location** | | | |
| **Type_Mat** | Talc | | |

**Gross Visual**  Off-white powder                    **% of Sample**  100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

| ASBESTOS MINERALS | EST. VOL. % |
|---|---|
| | NO ASBESTOS OBSERVED |
| Chrysotile............................ | |
| Amosite................................. | |
| Crocidolite............................ | |
| Tremolite/Actinolite.............. | |
| Anthophyllite........................ | |

**OTHER FIBROUS COMPONENTS**

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |
| | |

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments**   *** Moderate amount of fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

| | | | | | |
|---|---|---|---|---|---|
| **Proj#-Spl#** | M69751 - 002BL | **Analyst** Paul Hess | | **Date** | 12/14/2018 |

**ClientName** Beasley, Allen, Crow, Methvin, Portis & Miles     **ClientSpl** 20180315-021A

**Location**

**Type_Mat** Talc

**Gross Visual** Off-white debris on slide          **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**                **EST. VOL. %**

NO ASBESTOS OBSERVED

| | |
|---|---|
| **Chrysotile**............................ | |
| **Amosite**................................. | |
| **Crocidolite**............................ | |
| **Tremolite/Actinolite**.............. | |
| **Anthophyllite**........................ | |

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**   X = Materials detected.

The method detection limit is 1% unless otherwise stated.

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-002 | | Grid Box # | | 8644 | No. of Grids Counted | | 2 |
|---|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | | G. O. Area |
| Date of Analysis | 12/15/2018 | | G. O. in microns = | | 105 | 105 | | 11025 |
| Initial Weight(g) | 0.0413 | | | | 105 | 105 | | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 15% | G.O.s Counted | | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A8-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-002 | | Grid Box # | | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 12/15/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.0413 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 15% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A9-A1 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/Sample No. | M69751-002 | | Grid Box # | | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | **G. O. Area** |
| Date of Analysis | 12/15/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.0413 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 15% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | | | |
| 0.04130 | 0.04130 | g | | |
| Percent of Orig. Post Separation | 100 | (%) | | |

| | | | |
|---|---|---|---|
| Wt. Of Sample Analyzed | 0.00022642 | g | |
| Filter size | 201.1 | mm² | |
| Number of Structures Counted | 0 | Str. | |
| **Structures per Gram of Sample** | <4417 | Str./g | |

| | | |
|---|---|---|
| **Detection Limit** | 4.42E+03 | Str./g |
| **Analytical Sensitivity** | 4.42E+03 | Str./g |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M69751-002 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | **G.O. Area** |
| Date of Analysis | 12/15/2018 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.04130 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 15% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | A8-A1 | | | | | No fibrous talc observed | |
| | | | | | | | |

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



# Analysis of J&J's Historical Talc Samples From the 2000's



Prepared by:

William E. Longo, Ph.D
Mark W. Rigler, Ph.D

Materials Analytical Services, LLC
3945 Lakefield Court
Suwanee, Georgia 30024

**January, 2019**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## Analysis of Historical J&J's Talc Samples from the 2000s

January 2019

**1**   Summary of Results

**2**   Chain of Custody

**3**   M69751-001 2000

**4**   M69751-006 2000

**5**   M69751-007 2000

**6**   M69751-038 2000

**7**   M69751-004 2001

**8**   M69751-008 2003

# Section 1

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

**MAS**

## Summary of Results for Johnson & Johnson's
## 2000's Historical JBP & STS Samples

| MAS/J[3] Sample Number | Client Sample ID | Year of Mnfr. | Amphibole Asbestos Structures/g | Amphibole Asbestos wt. % | Analytical Sensitivity Structures/g | ISO PLM wt. % | Blount PLM wt. % |
|---|---|---|---|---|---|---|---|
| M69751-001 | 2018-0315-01A | 2000 | 4400 | 0.000017 | 4400 | NAD | NAD |
| M69751-006 | 2018-0316-020A | 2000 | 4600 | 0.0000024 | 4600 | NAD | <0.1 Tre/Act |
| M69751-007 | 2018-0316-021A | 2000 | 8700 | 0.000024 | 4300 | NAD | NAD |
| M69751-038 | 2018-0317-04A | 2000 | <4400 | <0.0000268 | 4400 | NAD | NAD |
| M69751-004 | 2018-0315-040A | 2001 | <4300 | <0.0000268 | 4300 | NAD | NAD |
| M69751-008 | 2018-0316-022A | 2003 | <4400 | <0.0000268 | 4400 | NAD | NAD |

NAD: no asbestos detected.

### M69751-001

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|---|---|---|---|---|---|
| -1 | 10.5 | 1.2 | 8.8 | Bundle | Tremolite |

**Average Aspect Ratio: 8.8**

### M69751-006

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|---|---|---|---|---|---|
| -1 | 8.2 | 0.5 | 16.4 | Bundle | Tremolite |

**Average Aspect Ratio: 35.0**

### M69751-007

| Str. # | Length (µm) | Width (µm) | Aspect Ratio | Structure Type | Asbestos Type |
|---|---|---|---|---|---|
| -1 | 16.0 | 1 | 16.0 | Bundle | Tremolite |
| -2 | 7.6 | 0.9 | 8.4 | Bundle | Tremolite |

**Average Aspect Ratio: 12.2**

# Section 2

## MAS, LLC.
## CHAIN-OF-CUSTODY

**CLIENT:** Beasley, Allen, Crow, Methvin, Portis & Miles
**CONTACT:** Leigh O'Dell
**PHONE:**
**CLIENT JOB NAME:** 14-2134 MDL Litigation
**CLIENT JOB#:** 14-2134 MDL Litigation
**CLIENT DOC(S):** COC
**FAX NUMBER:**

**MAS JOB:** M69751
**LOGIN DATE:** 12/7/2018
**SUBMITTED BY:** Alliance Technologies
**TRANSPORT:** Fed Ex 773877593064
**RECEIVED BY:** ShaQuanna Armstrong
**CONDITION:** Good

**MAS LOCATION:** RM. 123                          **DATE/BY:** 12/10/2018

| | | |
|---|---|---|
| PREP BY | JAM | DATE: 12/13/18  12/17/18 |
| ANALYSIS BY: | PH | DATE: 12/13-15/18 |
| QC BY: | | DATE: 12/21/2018 |
| REPORT BY | | DATE: 1/21/2018 |
| REVIEWED BY | | DATE: 1/21/2018 |

**FINAL DISPOSITION BY**
**LOCATION:** LEGAL ARCHIVE RM. 123 @ 12/15/18
**DATE:**

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|---|---|---|---|---|---|---|---|
| 001BL | 20180315-01A | | Talc | 006BL | 20180316-020A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 001ISO | 20180315-01A | | Talc | 006ISO | 20180316-020A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 002BL | 20180315-021A | | Talc | 007BL | 20180316-021A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 002ISO | 20180315-021A | | Talc | 007ISO | 20180316-021A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 003 | 20180315-025A | | Talc | 008BL | 20180316-022A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 004BL | 20180315-040A | | -Talc | 008ISO | 20180316-022A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 004ISO | 20180315-040A | | Talc | 009 | 20180316-023A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 005 | 20180316-019A | | Talc | 010 | 20180316-024A | | Talc |
| LOCATION | | | | LOCATION | | | |

**SAMPLE(S) RETURNED BY:** N/A           **DATE:**
**FEDEX TRACKING #**
**RECEIVED BY:**                              **DATE:**
                                    12/10/18

**COMMENT** For Samples Analyzed Only  PLM ANALYSIS

MAS, LLC.
3945 Lakefield Court
Suwanee, Georgia 30024
(770) 866-3200

1/13/14 Revision 0

M69751

Page 1 of 3