# Exhibit 67-S

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|---|---|---|---|---|---|---|---|
| 011 | 20180316-025A | | Talc | 029 | 20180316-043A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 012 | 20180316-026A | | Talc | 030 | 20180316-044A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 013 | 20180316-027A | | Talc | 031 | 20180316-045A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 014 | 20180316-028A | | Talc | 032 | 20180316-046A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 015 | 20180316-029A | | Talc | 033 | 20180316-047A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 016 | 20180316-030A | | Talc | 034 | 20180316-048A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 017 | 20180316-031A | | Talc | 035 | 20180313-01A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 018 | 20180316-032A | | Talc | 036BL | 20180313-02A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 019 | 20180316-033A | | Talc | 036ISO | 20180313-02A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 020 | 20180316-034A | | Talc | 037BL | 20180314-03A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 021 | 20180316-035A | | Talc | 037ISO | 20180314-03A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 022 | 20180316-036A | | Talc | 038BL | 20180317-04A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 023 | 20180316-037A | | Talc | 038ISO | 20180317-04A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 024 | 20180316-038A | | Talc | 039BL | 20180320-01A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 025 | 20180316-039A | | Talc | 039ISO | 20180320-01A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 026 | 20180316-040A | | Talc | 040BL | 20180320-13A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 027 | 20180316-041A | | Talc | 040ISO | 20180320-13A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 028 | 20180316-042A | | Talc | 041 | 20180328-01A | | Talc |
| LOCATION | | | | LOCATION | | | |

SAMPLE(S) RETURNED BY: _____   DATE: _____

FEDEX TRACKING # _____

RECEIVED BY: _____   DATE: _____

Ɵ 12/21/18

COMMENT

MAS, LLC.
3945 Lakefield Court
Suwanee, Georgia 30024
(770) 866-3200

1/13/14 Revision 0

M69751

Page 2 of 3

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|-------|-----------|--------|---------------|
| 042   | 20180336-01A |     | Talc          |       |           |        |               |
| LOCATION |        |        |               |       |           |        |               |
| 043   | 20180336-02A |     | Talc          |       |           |        |               |
| LOCATION |        |        |               |       |           |        |               |

SAMPLE(S) RETURNED BY: _____ ⌐/⌐ _____     DATE: _____

FEDEX TRACKING # _____

RECEIVED BY: _____                              DATE: _____

C₁₀/₂₁/₁₈

**COMMENT**

MAS, LLC.
3945 Lakefield Court
Suwanee, Georgia 30024
(770) 866-3200

M69751

1/13/14 Revision 0

Page 3 of 3

**MAS, LLC.**
**CHAIN-OF-CUSTODY**

CLIENT: Beasley, Allen, Crow, Methvin, Portis & Miles
CONTACT: Leigh O'Dell
PHONE:
CLIENT JOB NAME: 14-2134 MDL Litigation
CLIENT JOB#: 14-2134 MDL Litigation
CLIENT DOC(S): COC
FAX NUMBER:

MAS JOB: M69751
LOGIN DATE: 12/7/2018
SUBMITTED BY: Alliance Technologies
TRANSPORT: Fed Ex 773877593064
RECEIVED BY: ShaQuanna Armstrong
CONDITION: Good

MAS LOCATION: RM 123          DATE/BY: 12/10/18

PREP BY          DATE: 12/13/18  12/17/18  12/14/18
ANALYSIS BY: ES/JCC/MM/SC/se    DATE: 12-14-18  12-18-18
QC BY:          DATE:
REPORT BY          DATE:
REVIEWED BY          DATE:

FINAL DISPOSITION BY
LOCATION:
DATE:

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|---|---|---|---|---|---|---|---|
| 001 | 20180315-01A | | Talc | 008 | 20180316-022A | | Talc |
| 002 | 20180315-021A | | Talc | 009 | 20180316-023A | | Talc |
| 003 | 20180315-025A | | Talc | 010 | 20180316-024A | | Talc |
| 004 | 20180315-040A | | Talc | 011 | 20180316-025A | | Talc |
| 005 | 20180316-019A | | Talc | 012 | 20180316-026A | | Talc |
| 006 | 20180316-020A | | Talc | 013 | 20180316-027A | | Talc |
| 007 | 20180316-021A | | Talc | 014 | 20180316-028A | | Talc |

SAMPLE(S) RETURNED BY: N/A          DATE:
FEDEX TRACKING #
RECEIVED BY:          DATE:

COMMENT FOR SAMPLES ANALYZED ONLY - TEM ANALYSIS

MAS, LLC.
3945 Lakefield Court
Suwanee, Georgia 30024
(770) 866-3200

1/13/14 Revision 0

M69751          Page 1 of 2

A

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|---|---|---|---|---|---|---|---|
| 015 | 20180316-029A | | Talc | 031 | 20180316-045A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 016 | 20180316-030A | | Talc | 032 | 20180316-046A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 017 | 20180316-031A | | Talc | 033 | 20180316-047A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 018 | 20180316-032A | | Talc | 034 | 20180316-048A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 019 | 20180316-033A | | Talc | 035 | 20180313-01A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 020 | 20180316-034A | | Talc | 036 | 20180313-02A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 021 | 20180316-035A | | Talc | 037 | 20180314-03A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 022 | 20180316-036A | | Talc | 038 | 20180317-04A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 023 | 20180316-037A | | Talc | 039 | 20180320-01A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 024 | 20180316-038A | | Talc | 040 | 20180320-13A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 025 | 20180316-039A | | Talc | 041 | 20180328-01A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 026 | 20180316-040A | | Talc | 042 | 20180336-01A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 027 | 20180316-041A | | Talc | 043 | 20180336-02A | | Talc |
| LOCATION | | | | LOCATION | | | |
| 028 | 20180316-042A | | Talc | | | | |
| LOCATION | | | | | | | |
| 029 | 20180316-043A | | Talc | | | | |
| LOCATION | | | | | | | |
| 030 | 20180316-044A | | Talc | | | | |
| LOCATION | | | | | | | |

SAMPLE(S) RETURNED BY: _____N/A_____   DATE: _____

FEDEX TRACKING # _____

RECEIVED BY: _____ (illegible) 01/14/1 ⊢   DATE: _____

COMMENT

MAS, LLC.
3945 Lakefield Court
Suwanee, Georgia 30024
(770) 866-3200

1/13/14 Revision 0

M69751

mb9751

| **ALLIANCE** | **TITLE:** Sample Chain of Custody<br>Alliance Technologies, LLC | **Form #:** | **AF24.01-18-231**<br>SOP# GE011 | **Page 1 of 1** |
|---|---|---|---|---|
| | **Requestor:** S. Metroka for Coughlin Duffy | Date: 04Dec2018 | | Initials: |
| | **QAU:** S. Metroka | Date:04Dec2018 | | Initials: |

## AF24 - Sample Chain of Custody Form

**Alliance Technologies Project ID:** "A" Talc Split samples from 03 & 04 Dec2018 for Coughlin Duffy (see LIMS ID Below)

**Relinquished To:**   MAS ,LLC    **From:**   Alliance technologies
ATTN: Dr. William Longo                 9 Deer Park Dr. Suite B
3945 Lakefield Court                         Monmouth Jct., NJ 08852
Suwanee, GA 30024

Alliance Technologies Representative:  Sandra Metroka   _hamla Mtlgke_   01Dec2018

Coughlin Duffy Representative:  MARyam MESEHA, Esq.   _____   12/4/18

| Date<br>Shipped | Sample Description | # of<br>Samples | Quantity | Shipping<br>Conditions | Received By/Date |
|---|---|---|---|---|---|
| 04Dec2018 | 20180315-01A, -021A, -025A, -040A | 4 | N/A | Normal | |
| | 20180316-019A – 048A | 30 | | | |
| | 20180313-01A – 02A | 2 | | | |
| | 20180314-03A | 1 | | | |
| | 20180317-04A | 1 | | | |
| | 20180320-01A&13A | 2 | | | |
| | 20180328-01A | 1 | | | |
| | 20180336-01A – 02A | 2 | | | |

Alliance Technologies, LLC 9 Deer Park Drive, Suite B  Monmouth, Jct., NJ 08852
P 732.355.1234   F 732.438.8265
www.alliancetechgroup.com



Shipping Package Inspected By:
1. _SA_   Date  12-7-18
2. _da_   Date  12/07/18

SCANNED
12-07-18







ORIGIN ID:ZRPA   (732) 355-1234
JONATHAN CHUN
ALLIANCE TECHNOLOGIES LLC
9 DEER PARK DR. SUITE B

MONMOUTH JCT, NJ 08852
UNITED STATES US

TO BILL LONGO
MAS, INC
3945 LAKEFIELD CT

SUWANEE GA 30024
(732) 355-1234
PO
INV
REF
DEPT

SHIP DATE: 04DEC18
ACTWGT: 3.00 LB
CAD: 13370173/INET4040
DIMS: 14x14x14 IN

BILL THIRD PARTY

552.I2/E4AF/DCA5

TRK# 7738 7759 3064
0201

EU AYSA

WED - 05 DEC 3:00P
STANDARD OVERNIGHT

GA-US   30024
ASR
ATL

FedEx Express

J1821180015011vv

SCANNED
12-07-18
S4

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

The parties hereby acknowledge that on this 4th day of December, 2018, the Samples selected for division were divided and produced fairly and pursuant to all terms of the Agreed Order.

_____    12/4/2018
Observer for Plaintiffs              Date

_____    12/4/2018
Observer for Defendants             Date

The Laboratory technician hereby acknowledges that he or she divided, transferred, labeled, catalogued and produced all Sample material fairly, using good laboratory practices and in accordance with all terms of the Agreed Order.

_____    04 Dec 2018
Laboratory Technician               Date

---

[1]   This form is an Exhibit to the Agreed Order and Stipulation Regarding the Imerys Talc America, Inc. Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order.

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 20180315-01 | | Railcar Retainers & Bag Samples – Silo 4, 2 Container with Luzenac America West Windsor – Grade 66 – 12/4 – 12/7/01 / 1/9 – 1/12/02 | / | / | ~2.46 oz | ~1.54 oz |
| 20180315-01A | | | | | | ~0.50 oz |
| 20180315-01B | | | | | | ~0.42 oz |
| 2018 - ___ C | | | | | | |

Observer for plaintiffs hereby acknowledges receipt of 20180315-01A, ~0.50 oz of original Sample 20180315-01.
                                                                      (weight)

_(signature)_
Observer for Plaintiffs                    12/4/2018
                                           Date

Observer for defendants hereby acknowledges receipt of 20180315-01B, ~0.42 oz of original Sample 20180315-01.
                                                                     (weight)

_(signature)_
Observer for Defendants                    12/4/2018
                                           Date

Laboratory technician hereby acknowledges that all remaining material from Sample 20180315-01 was
(check one):  ☑ replaced in its original container  ☐ transferred to a new receptacle (2018 - ___ - ___ C).

_(signature)_
Laboratory Technician                      04 Dec 2018
                                           Date

This form is an Exhibit to the Agreed Order and Stipulation Regarding the Imerys Talc America, Inc. Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order.

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

The parties hereby acknowledge that on this **4th** day of December, 2018, the Samples selected for division were divided and produced fairly and pursuant to all terms of the Agreed Order.

_____          12/4/2018
Observer for Plaintiffs                              Date

_____          12/4/2018
Observer for Defendants                             Date

The Laboratory technician hereby acknowledges that he or she divided, transferred, labeled, catalogued and produced all Sample material fairly, using good laboratory practices and in accordance with all terms of the Agreed Order.

_____          04 Dec 2018
Laboratory Technician                               Date

---

[1]   This form is an Exhibit to the Agreed Order and Stipulation Regarding the Imerys Talc America, Inc. Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order.

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 20180316-20 | | Railcar Retainers & Bag Samples – Box of Float Feed Samples – Dec, 2000 – West Windsor Float Feed | | | 4.57 oz | ~ 2.59 oz |
| 20180316-20A | | | | | | ~ 0.96 oz |
| 20180316-20B | | | | | | ~ 1.02 oz |
| 2018___-___C | | | | | | |

Observer for plaintiffs hereby acknowledges receipt of 20180316-20A, 0.96 oz of original Sample 20180316-20.
(weight)

Observer for Plaintiffs ___   Date 12/4/2018

Observer for defendants hereby acknowledges receipt of 20180316-20B, 1.02 oz of original Sample 20180316-20.
(weight)

Observer for Defendants ___   Date 12/4/2018

Laboratory technician hereby acknowledges that all remaining material from Sample 20180316-20 was
(check one): ☑ replaced in its original container ☐ transferred to a new receptacle (2018___-___C).

Laboratory Technician ___   Date 04 Dec 2018

1   This form is an Exhibit to the Agreed Order and Stipulation Regarding the Imerys Talc America, Inc. Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order.

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

The parties hereby acknowledge that on this 4th day of December, 2018, the Samples selected for division were divided and produced fairly and pursuant to all terms of the Agreed Order.

_____          12/4/2018
Observer for Plaintiffs                              Date

_____          12/4/2018
Observer for Defendants                            Date

The Laboratory technician hereby acknowledges that he or she divided, transferred, labeled, catalogued and produced all Sample material fairly, using good laboratory practices and in accordance with all terms of the Agreed Order.

_____          04 Dec 2018
Laboratory Technician                              Date

---

[1]   This form is an Exhibit to the Agreed Order and Stipulation Regarding the Imerys Talc America, Inc. Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order.

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 20180316-21 | | Railcar Retainers & Bag Samples – Box of Float Feed Samples – Feb, 2000 – West Windsor Float Feed | | | ~4.66oz | ~2.81 oz |
| 20180316-21A | | | | | | ~0.80 oz |
| 20180316-21B | | | | | | ~1.05 oz |
| 2018___-___ C | | | | | | |

Observer for plaintiffs hereby acknowledges receipt of 20180316-21A, ~0.80 oz of original Sample 20180316-21.
(weight)

_____(signature)_____        09/4/2018
Observer for Plaintiffs              Date

Observer for defendants hereby acknowledges receipt of 20180316-21B, ~1.05 oz of original Sample 20180316-21.
(weight)

_____(signature)_____        12/4/2018
Observer for Defendants            Date

Laboratory technician hereby acknowledges that all remaining material from Sample 20180316-21 was
(check one): ☑ replaced in its original container   ☐ transferred to a new receptacle (2018 ___ - ___ C).

_____(signature)_____        04 Dec 2018
Laboratory Technician              Date

[1]   This form is an Exhibit to the Agreed Order and Stipulation Regarding the Imerys Talc America, Inc. Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order.

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

The parties hereby acknowledge that on this 4th day of December, 2018, the Samples selected for division were divided and produced fairly and pursuant to all terms of the Agreed Order.

_____
Observer for Plaintiffs

12/4/2018
_____
Date

_____
Observer for Defendants

12/4/2018
_____
Date

The Laboratory technician hereby acknowledges that he or she divided, transferred, labeled, catalogued and produced all Sample material fairly, using good laboratory practices and in accordance with all terms of the Agreed Order.

_____
Laboratory Technician

04 Dec 2018
_____
Date

---

1   This form is an Exhibit to the Agreed Order and Stipulation Regarding the Imerys Talc America, Inc. Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order.

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 20180317-04 | | West Windsor Silo Composites Nov. 8, 2000 to Dec. 2000 – Silo 4 – 12/4/00 – 12/8/00 – Grade 66 | | | ~26.39 oz | ~0.74 oz |
| 20180317-04A | | | | | | ~6.30 oz |
| 20180317-04B | | | | | | ~6.12 oz |
| 2018 0317 - 04 C | | | | | | ~13.21 oz |

Observer for plaintiffs hereby acknowledges receipt of 20180317-04A, ~6.30 oz of original Sample 20180317-04.
(weight)

_____ 12/4/2018
Observer for Plaintiffs     Date

Observer for defendants hereby acknowledges receipt of 20180317-04B, ~6.12 oz of original Sample 20180317-04.
(weight)

_____ 12/4/2018
Observer for Defendants     Date

Laboratory technician hereby acknowledges that all remaining material from Sample 20180317-04 was
(check one): ☐ replaced in its original container  ☑ transferred to a new receptacle (2018 0317 - 04 C).

_____ 04 Dec 2018
Laboratory Technician     Date

¹    This form is an Exhibit to the Agreed Order and Stipulation Regarding the Imerys Talc America, Inc. Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order.

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

The parties hereby acknowledge that on this __4th__ day of December, 2018, the Samples selected for division were divided and produced fairly and pursuant to all terms of the Agreed Order.

_____
Observer for Plaintiffs

12/4/2018
Date

_____
Observer for Defendants

12/4/2018
Date

The Laboratory technician hereby acknowledges that he or she divided, transferred, labeled, catalogued and produced all Sample material fairly, using good laboratory practices and in accordance with all terms of the Agreed Order.

_____
Laboratory Technician

04 Dec 2018
Date

---

¹ This form is an Exhibit to the Agreed Order and Stipulation Regarding the Imerys Talc America, Inc. Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order.

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 20180315-40 | | Railcar Retainers & Bag Samples – Silo 1, 2 – Grade 66 – 8/30/01 – 9/6/01 / 9/18/01 – 9/25/01 | | | 2.43oz | ~1.49 oz |
| 20180315-40A | | | | | | ~0.44 oz |
| 20180315-40B | | | | | | ~0.50 oz |
| 2018 -    C | | | | | | |

Observer for plaintiffs hereby acknowledges receipt of 20180315-40A ~ 0.44 oz of original Sample 20180315-40.
(weight)

_____ Observer for Plaintiffs        8/4/2018 Date

Observer for defendants hereby acknowledges receipt of 20180315-40B ~ 0.50 oz of original Sample 20180315-40.
(weight)

_____ Observer for Defendants        10/4/2018 Date

Laboratory technician hereby acknowledges that all remaining material from Sample 20180315-40 was
(check one): ☑ replaced in its original container  ☐ transferred to a new receptacle (2018 -        - C).

_____ Laboratory Technician        04 Dec 2018 Date

[1] This form is an Exhibit to the Agreed Order and Stipulation Regarding the Imerys Talc America, Inc. Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order.

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

The parties hereby acknowledge that on this __4th__ day of December, 2018, the Samples selected for division were divided and produced fairly and pursuant to all terms of the Agreed Order.

_____
Observer for Plaintiffs

12/4/2018
Date

_____
Observer for Defendants

12/4/2018
Date

The Laboratory technician hereby acknowledges that he or she divided, transferred, labeled, catalogued and produced all Sample material fairly, using good laboratory practices and in accordance with all terms of the Agreed Order.

_____
Laboratory Technician

On Dec 2018
Date

---

1  This form is an Exhibit to the Agreed Order and Stipulation Regarding the Imerys Talc America, Inc. Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order.

EXHIBIT C

IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION
MDL NO. 16-2738 (FLW) (LHG)

## JOINT CATALOGUE

| LABORATORY CONTROL NO. | SAMPLE IDENTIFICATION NO. | LABEL ON ORIGINAL CONTAINER | DATE ON ORIGINAL CONTAINER | QUANTITY ON LABEL OF ORIGINAL CONTAINER | ACTUAL QUANTITY IN ORIGINAL CONTAINER | QUANTITY IN ORIGINAL CONTAINER OR NEW RECEPTACLE AFTER DIVISION |
|---|---|---|---|---|---|---|
| 20180316-22 | | Railcar Retainers & Bag Samples – Box of Float Feed Samples – Jan, 2003 -- West Windsor Float Feed | | | ~4.96 oz | ~ 2.84 oz |
| 20180316-22A | | | | | | ~ 0.98 oz |
| 20180316-22B | | | | | | ~ 1.14 oz |
| 2018 -   - C | | | | | | |

Observer for plaintiffs hereby acknowledges receipt of 20180316-22A, ~0.98 oz of original Sample 20180316-22.
_____ (weight)

[signature] Observer for Plaintiffs     B/4/2019 Date

Observer for defendants hereby acknowledges receipt of 20180316-22B, ~1.14 oz of original Sample 20180316-22.
_____ (weight)

[signature] Observer for Defendants     12/4/2018 Date

Laboratory technician hereby acknowledges that all remaining material from Sample 20180316-22 was
(check one): ☒ replaced in its original container  ☐ transferred to a new receptacle (2018 -   -   - C).

[signature] Laboratory Technician     04 Dec 2018 Date

1  This form is an Exhibit to the Agreed Order and Stipulation Regarding the Imerys Talc America, Inc. Production of Talcum Powder Products and Talc Samples ("Agreed Order"). Terms used herein have the same meaning as defined in the Agreed Order.

# Section 3

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**    M69751-001ISO    **Analyst** Paul Hess      **Date** 12/13/2018

**ClientName**   Beasley, Allen, Crow, Methvin, Portis & Miles    **ClientSpl** 20180315-01A

**Location**

**Type_Mat**    Talc

**Gross Visual**    Off-white powder      **% of Sample**   100

## OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**          **EST. VOL. %**

NO ASBESTOS OBSERVED

Chrysotile...............................

Amosite...................................

Crocidolite.............................

Tremolite/Actinolite..............

Anthophyllite.........................

**OTHER FIBROUS COMPONENTS**

Talc -B/Y DS in 1.55             ***

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**    *** Moderate amount on fibrous Talc observed. X=Materials Detected.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

| | | | | | |
|---|---|---|---|---|---|
| **Proj#-Spl#** | M69751 - 001BL | **Analyst** Paul Hess | | **Date** 12/14/2018 | |
| **ClientName** | Beasley, Allen, Crow, Methvin, Portis & Miles | | **ClientSpl** 20180315-01A | | |
| **Location** | | | | | |
| **Type_Mat** | Talc | | | | |

| | | | |
|---|---|---|---|
| **Gross Visual** | Off-white debris on slide | **% of Sample** | 100 |

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**

**EST. VOL. %**
NO ASBESTOS OBSERVED

Chrysotile...............................
Amosite..................................
Crocidolite.............................
Tremolite/Actinolite..............
Anthophyllite.........................

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  X = Materials detected.

The method detection limit is 1% unless otherwise stated.

## TEM Bulk Talc Structure Count Sheet

| Project/Sample No. | M69751-001 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 12/14/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04162 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E4-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C3 | | | | | | | |
| 1 | C4 | Bundle | Tremolite | 10.5 | 1.2 | 8.8 | X | X |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |

MAS, LLC. Suwanee, GA 30024

## TEM Bulk Talc Structure Count Sheet

| Project/Sample No. | M69751-001 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 12/14/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04162 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E3-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F2 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M69751-001 | | Grid Box # | | 8644 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | | Length | Width | G. O. Area |
| Date of Analysis | 12/14/2018 | | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04162 | | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| 0.04162 | 0.04162 | g |
| Percent of Orig. Post Separation | 100 | (%) |
| Wt. Of Sample Analyzed | 0.00022818 | g |
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 1 | Str. |
| **Structures per Gram of Sample** | 4.38E+03 | Str./g |

| | | |
|---|---|---|
| **Detection Limit** | 4.38E+03 | Str./g |
| **Analytical Sensitivity** | 4.38E+03 | Str./g |





310964                    M69751-001-001 Tremolite Diffraction @ 50cm                    12/14/2018



310965                        M69751-001-001 Tremolite ( 10.50 um × 1.20 um )                   12/14/2018

## TEM Bulk Talc Structure Count Sheet

| | | | | | |
|---|---|---|---|---|---|
| Project/ Sample No. | M69751-001 | | Grid Box # | 8644 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | G.O. Area |
| Date of Analysis | 12/14/2018 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.04162 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | E4-C10 | Fibrous Talc | 6.5 | 0.86 | 7.6 | Fibrous talc observed | |
| | | | | | | Trace through out | |





310973          M69751-001-Talc # 1 Diffraction @ 50cm          12/14/2018