# Exhibit 67-T



310975   M69751-001-Talc # 1 ( 6.50 um × 0.86 um )   12/14/2018

# Section 4

**MAS, LLC**
**PLM ANALYSIS**

| | | | | | |
|---|---|---|---|---|---|
| **Proj#-Spl#** | M69751 - 006ISO | **Analyst** Paul Hess | | **Date** | 12/13/2018 |
| **ClientName** | Beasley, Allen, Crow, Methvin, Portis & Miles | | **ClientSpl** 20180316-020A | | |
| **Location** | | | | | |
| **Type_Mat** | Talc | | | | |

**Gross Visual** Light tan powder                          **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**                    **EST. VOL. %**
                                          NO ASBESTOS OBSERVED

Chrysotile...............................  _____
Amosite...................................  _____
Crocidolite.............................  _____
Tremolite/Actinolite...............  _____
Anthophyllite..........................  _____

**OTHER FIBROUS COMPONENTS**

Talc -B/Y DS in 1.55                          ***

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description** _____

**Comments**  *** Trace amount fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

| | | | | | |
|---|---|---|---|---|---|
| **Proj#-Spl#** | M69751 - 006BL | **Analyst** Paul Hess | | **Date** 12/14/2018 | |
| **ClientName** | Beasley, Allen, Crow, Methvin, Portis & Miles | | **ClientSpl** 20180316-020A | | |
| **Location** | | | | | |
| **Type_Mat** | Talc | | | | |

**Gross Visual** Tan debris on slide              **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | straight | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.627/1.612 | | |
| **Sign^** | positive | | |
| **Extinction** | oblique | | |
| **Birefringence** | medium | | |
| **Melt** | no | | |
| **Fiber Name** | Actinolite/Tremolite | | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

| | |
|---|---|
| Chrysotile.............................. | |
| Amosite.................................. | |
| Crocidolite............................. | |
| Tremolite/Actinolite.............. | < 0.1 |
| Anthophyllite.......................... | |

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments** X = Materials detected.

The method detection limit is 1% unless otherwise stated.



68.1um

M69751-006BL-001 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X



M69751-006BL-001 Act/Trem Perpendicular Dispersion

M69751-006B1-001 Act/Trem Elongation @ 400X

M69751-006BL-001 Act/Trem Crossed Polars

81.2um

M69751-006BL-002 Act/Trem Parallel Dispersion 1.605 R.I. @ 100X

M69751-006BL-002 Act/Trem Perpendicular Dispersion



M69751-006BL-002 Act/Trem Elongation @ 200X

M69751-006BL-002 Act/Trem Crossed Polars @ 400X

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-006 | | Grid Box # | 8645 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Elyse Stempinski | | | Length | Width | G.O. Area |
| Date of Analysis | 12/17/2018-12/21/2018 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.03986 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 28% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type Type | Length Microns | Width Microns | Volume um3 | Weight Picograms | Ratio L/W |
|---|---|---|---|---|---|---|---|
| NSD | A8-A1 | | | | | | |
| NSD | A2 | | | | | | |
| NSD | A3 | | | | | | |
| NSD | A4 | | | | | | |
| NSD | A5 | | | | | | |
| NSD | A6 | | | | | | |
| NSD | A7 | | | | | | |
| NSD | A8 | | | | | | |
| NSD | A9 | | | | | | |
| NSD | A10 | | | | | | |
| NSD | B1 | | | | | | |
| NSD | B2 | | | | | | |
| NSD | B3 | | | | | | |
| NSD | B4 | | | | | | |
| NSD | B5 | | | | | | |
| NSD | B6 | | | | | | |
| NSD | B7 | | | | | | |
| NSD | B8 | | | | | | |
| NSD | B9 | | | | | | |
| NSD | B10 | | | | | | |
| NSD | C1 | | | | | | |
| NSD | C2 | | | | | | |
| NSD | C3 | | | | | | |
| NSD | C4 | | | | | | |
| NSD | C5 | | | | | | |
| NSD | C6 | | | | | | |
| NSD | C7 | | | | | | |
| NSD | C8 | | | | | | |
| NSD | C9 | | | | | | |
| NSD | C10 | | | | | | |
| NSD | D1 | | | | | | |
| NSD | D2 | | | | | | |
| NSD | D3 | | | | | | |
| NSD | D4 | | | | | | |
| NSD | D5 | | | | | | |
| NSD | D6 | | | | | | |
| 1 | D7 | B/Tremolite | 8.2 | 0.5 | 1.610066 | 5.152212 | 16.4 |
| NSD | D8 | | | | | | |
| NSD | D9 | | | | | | |
| NSD | D10 | | | | | | |
| NSD | E1 | | | | | | |
| NSD | E2 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NSD | E3 | | | | | | |
| NSD | E4 | | | | | | |
| NSD | E5 | | | | | | |
| NSD | E6 | | | | | | |
| NSD | E7 | | | | | | |
| NSD | E8 | | | | | | |
| NSD | E9 | | | | | | |
| NSD | E10 | | | | | | |
| NSD | B8-A1 | | | | | | |
| NSD | A2 | | | | | | |
| NSD | A4 | | | | | | |
| NSD | A7 | | | | | | |
| NSD | A8 | | | | | | |
| NSD | A9 | | | | | | |
| NSD | A10 | | | | | | |
| NSD | B1 | | | | | | |
| NSD | B2 | | | | | | |
| NSD | B3 | | | | | | |
| NSD | B4 | | | | | | |
| NSD | B8 | | | | | | |
| NSD | B10 | | | | | | |
| NSD | C1 | | | | | | |
| NSD | C4 | | | | | | |
| NSD | C5 | | | | | | |
| NSD | C6 | | | | | | |
| NSD | C8 | | | | | | |
| NSD | C10 | | | | | | |
| NSD | D3 | | | | | | |
| NSD | D9 | | | | | | |
| NSD | D10 | | | | | | |
| NSD | E1 | | | | | | |
| NSD | E2 | | | | | | |
| NSD | E3 | | | | | | |
| NSD | E4 | | | | | | |
| NSD | E5 | | | | | | |
| NSD | E6 | | | | | | |
| NSD | E7 | | | | | | |
| NSD | E8 | | | | | | |
| NSD | E9 | | | | | | |
| NSD | E10 | | | | | | |
| NSD | F1 | | | | | | |
| NSD | F2 | | | | | | |
| NSD | F3 | | | | | | |
| NSD | F4 | | | | | | |
| NSD | F5 | | | | | | |
| NSD | F6 | | | | | | |
| NSD | F7 | | | | | | |
| NSD | F8 | | | | | | |
| NSD | F9 | | | | | | |
| NSD | F10 | | | | | | |
| NSD | G3 | | | | | | |
| NSD | G5 | | | | | | |
| NSD | G6 | | | | | | |
| NSD | G7 | | | | | | |
| NSD | G8 | | | | | | |
| NSD | G10 | | | | | | |
| NSD | H4 | | | | | | |
| NSD | H10 | | | | | | |

**Total Wt. =**  **5.152212 pg**

**Average Ratio =   16.4**



| Org. Sample Wt. | Sample Wt. (Ashed) | |
|---|---|---|
| 0.03986 | 0.03986 | |
| | 100 | Percent of Orig. Post Ashing (%) |

| Org. Sample Wt. Post Ashing | Sample Wt. Post Acid/Base Dissolution | |
|---|---|---|
| 0.03986 | 0.03986 | |
| | 100 | Percent of Orig. Post Acid/Base Dissolution (%) |

| | 100 | Percent of Orig. Post Ashing & Acid/Base Dissolution (%) |

| Area Examined mm² | Prod Wt.(µg/mm²) |
|---|---|
| 1.103 | 198.2098458 |

| Wt. Of Amph.in mm² | 0.00000467 | µg/mm² |
|---|---|---|
| Filter size | 201.1 | mm² |
| Wt. of Sam. on Filter or dilution | 39.86 | mg |
| Wt. Per mm² of filter | 0.198209846 | mg/mm² |
| **Asbestos Precentage** | **2.36E-06** | % |





311212                    M69751-006-001 Tremolite Diffraction @ 50cm                    12/21/2018



311211   M69751-006-001 Tremolite (8.2um x 0.5 um)   12/21/2018

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-006 | | Grid Box # | 8645 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Elyse Stempinski | | | Length | Width | G.O. Area |
| Date of Analysis | 12/17/2018-12/21/2018 | | G. O. in microns = | 105 | 105 | 105 |
| Initial Weight(g) | 0.03986 | | | 105 | 105 | 105 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 28% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| Talc #1 | C6 | Fibrous Talc | 4.25 | 0.5 | 8.5 | Fibrous Talc Observed | |
| | | | | | | Trace throughout | |





311220                              M69751-006-Talc #1 Diffraction @ 50cm                    12/21/2018



311219     M69751-006-Talc #1 (4.25um x 0.50um)     12/21/2018

# Section 5

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#** M69751-007ISO  **Analyst** Paul Hess  **Date** 12/13/2018

**ClientName** Beasley, Allen, Crow, Methvin, Portis & Miles  **ClientSpl** 20180316-021A

**Location**

**Type_Mat** Talc

**Gross Visual** Light tan powder  **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**  **EST. VOL. %**

NO ASBESTOS OBSERVED

Chrysotile.............................

Amosite..................................

Crocidolite.............................

Tremolite/Actinolite...............

Anthophyllite.........................

**OTHER FIBROUS COMPONENTS**

Talc -B/Y DS in 1.55  \*\*\*

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments** \*\*\* Trace amount fibrous Talc observed. X = Materials detected.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

| | | | | |
|---|---|---|---|---|
| **Proj#-Spl#** | M69751-007BL | **Analyst** Paul Hess | **Date** | 12/14/2018 |
| **ClientName** | Beasley, Allen, Crow, Methvin, Portis & Miles | | **ClientSpl** 20180316-021A | |
| **Location** | | | | |
| **Type_Mat** | Talc | | | |

**Gross Visual** Tan debris on slide                **% of Sample** 100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**                **EST. VOL. %**
                                      NO ASBESTOS OBSERVED

Chrysotile...............................
Amosite...................................
Crocidolite.............................
Tremolite/Actinolite...............
Anthophyllite.........................

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments** Actinolite/Tremolite cleavage fragments/particles observed.  X = Materials detected.

The method detection limit is 1% unless otherwise stated.

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M69751-007 | | Grid Box # | 8645 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Mehrdad Motamedi | | | Length | Width | G. O. Area |
| Date of Analysis | 12/17/2018-12/18/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04210 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 30% | G.O.s Counted | 100 |
| 4 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E1-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/Sample No. | M69751-007 | | Grid Box # | 8645 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Mehrdad Motamedi | | | Length | Width | G. O. Area |
| Date of Analysis | 12/17/2018-12/18/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04210 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 30% | G.O.s Counted | 100 |
| 4 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | D1-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| 1 | A3 | Bundle | Tremolite | 16 | 1 | 16.0 | X | X |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| 2 | G9 | Bundle | Tremolite | 7.6 | 0.9 | 8.4 | X | X |
| NSD | G10 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |
| NSD | I9 | | | | | | | |
| NSD | I10 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M69751-007 | | Grid Box # | 8645 | No. of Grids Counted | 2 |
| Analyst: | Mehrdad Motamedi | | | Length | Width | G. O. Area |
| Date of Analysis | 12/17/2018-12/18/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.04210 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 30% | G.O.s Counted | 100 |
| 4 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| 0.04210 | 0.04210 | g |
| Percent of Orig. Post Separation | 100 | (%) |
| Wt. Of Sample Analyzed | 0.00023081 | g |
| Filter size | 201.1 | mm² |
| Number of Structures Counted | 2 | Str. |
| Structures per Gram of Sample | 8.67E+03 | Str./g |

| | | |
|---|---|---|
| Detection Limit | 4.33E+03 | Str./g |
| Analytical Sensitivity | 4.33E+03 | Str./g |





41516          M69751-007-001 Tremolite Diffraction @ 50cm          12/18/2018