# Exhibit 111

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

------------------------------x

| | |
|---|---|
| IN RE JOHNSON & JOHNSON | ) MDL No. |
| TALCUM POWDER PRODUCTS | ) 16-2738 (FLW)(LHG) |
| MARKETING SALES PRACTICES, | ) |
| AND PRODUCTS LIABILITY | ) |
| LITIGATION | ) |
| | ) |
| THIS DOCUMENT RELATES TO | ) |
| ALL CASES | ) |

------------------------------x

VIDEOTAPED DEPOSITION OF

GREGORY B. DIETTE, M.D.

TOWSON, MARYLAND

TUESDAY, APRIL 9, 2019

8:58 A.M.

Reported by: Leslie A. Todd

Page 394

1  examination of the association between asbestos
2  and ovarian cancer was not undertaken by the IOM,"
3  and then it has a 2000 -- a 2006 date. Correct?
4      A   Yes.
5      Q   Okay. Now, before we get to Table 2.8,
6  what I want you to do is turn over to page 256.
7          All right. And again, directing your
8  attention to the far right column. Are you there?
9  And it starts with, "Working group"?
10     A   I am. I'm sorry, I'm distracted because
11 I think there's --
12         MS. BROWN: It has a weird --
13         THE WITNESS: -- there's like a font
14 issue or something, like somebody's printer didn't
15 have the right --
16 BY MS. PARFITT:
17     Q   That might have been ours. I apologize.
18 Not ideal circumstances.
19         All right. Do you see where it says,
20 "The working group"?
21     A   I do.
22     Q   All right. "The working group noted
23 that a causal association between exposure to
24 asbestos and cancer of the ovary was clearly
25 established based on five strongly positive cohort

Page 395

1  mortality studies of women with heavy occupational
2  exposure to asbestos."
3          Do you see that?
4      A   I do.
5      Q   Okay. And then if you go -- and then it
6  cites those studies.
7          Do you see that?
8      A   I do.
9      Q   And go down to where it starts: "The
10 working group carefully considered the
11 possibilities that cases of peritoneal
12 mesothelioma may have been misdiagnosed as ovarian
13 cancer, and that these contributed to the observed
14 excesses."
15         Do you see that?
16     A   I do.
17     Q   Okay. Did I read that correctly?
18     A   Yes.
19     Q   Okay. In your report you stated that it
20 was your belief that perhaps the results were
21 limited by virtue of the fact that there may have
22 been misdiagnosis between peritoneal mesothelioma
23 and ovarian cancer cases.
24         Do you remember writing that?
25     A   I do.

Page 396

1      Q   Okay. Do you see where the working
2  group of IARC considered all of the data, and they
3  made a determination that there were not, at the
4  bottom, sufficient -- they ruled out the
5  possibility that there may have been a
6  misdiagnosis.
7          Do you see that?
8          MS. BROWN: Objection to the form.
9          THE WITNESS: I see that they've -- that
10 they reached that -- that conclusion.
11 BY MS. PARFITT:
12     Q   Okay. And that's different than the
13 conclusion you raised in your report, correct?
14     A   Well, it's different --
15         MS. BROWN: Objection.
16         THE WITNESS: It is different, yes.
17 BY MS. PARFITT:
18     Q   All okay. Right. Let's go back to
19 again page 253.
20         And you will see it references a table,
21 Table 2.8. Do you see that on the top of 254?
22     A   Okay.
23     Q   Okay. Got that.
24         Okay. Let me show you what we'll have
25 marked as Exhibit 28.

Page 397

1          (Diette Exhibit No. 28 was marked
2          for identification.)
3  BY MS. PARFITT:
4      Q   Okay. Diette Exhibit 28, if you will.
5  There you go.
6          MS. PARFITT: And, Counsel, I have a
7  copy for you.
8          MS. BROWN: Thank you.
9          MS. PARFITT: Of course.
10         Sorry, guys. I'm going to need one.
11 I'm sorry. I'll give you this one later.
12 BY MS. PARFITT:
13     Q   Okay. I will represent to you that that
14 is -- that is Table 2.8, which is referenced in
15 the IARC report on page 253 and 254.
16         And it says: "Epidemiological studies
17 of asbestos exposure and ovarian cancer," and then
18 in parens, "and for comparison, lung cancer and
19 mesothelioma."
20         Do you see that?
21     A   I do.
22     Q   All right. Look over at the first study
23 mentioned there, the Atkinson study from 1982.
24     A   Mm-hmm.
25     Q   All right. Do you see that the relative

Page 398

1  risk for ovarian cancer and lung cancer, for
2  ovarian cancer it was 2.75, and for lung cancer it
3  was 2.41. Do you see that?
4      A   I do.
5      Q   Okay. Then move down to the Wignall and
6  Fox study. It's a 1982 study. Do you see that?
7      A   I don't -- oh, yeah, the next one down,
8  yeah.
9      Q   Okay, yeah. Do you see that the
10 relative risk for ovarian cancer were 2.13, and
11 for lung cancer 2.73?
12     A   Correct.
13     Q   And let's move down to Pira in 2005. Do
14 you see where the relative risk for ovarian cancer
15 were 2.61 and for lung cancer 2.82?
16     A   I do.
17     Q   All right. And then let's move to
18 Magnani, a 2008 study.
19         All right. Do you see -- and this is
20 one of the studies that the working group of IARC
21 looked at. They determined that the relative risk
22 for -- not determined -- they indicated that the
23 relative risk for ovarian cancer on the Magnani
24 study was 2.27, and for lung cancer 2.20.
25         Do you see that?

Page 399

1      A   I do.
2      Q   All right. And let's go on to the
3  Ferrante study. Do you see that?
4          MS. BROWN: Where -- where are you?
5          MS. PARFITT: On the last page.
6  BY MS. PARFITT:
7      Q   Do you see that? It's on the last page,
8  Ferrante, 2007. Do you see that?
9      A   I do.
10     Q   Okay. And the relative risk for ovarian
11 cancer was 1.43, and for lung cancer it was 1.17.
12         Now, I'll represent to you, Doctor --
13 or, Dr. Diette, is it fair to say that this
14 Table 2.8 of epidemiological exposures, asbestos
15 exposure and ovarian cancer formed part of the
16 bases for IARC's decision in their IARC report
17 that asbestos -- or ovarian -- asbestos causes
18 ovarian cancer?
19     A   I assume so, yeah.
20     Q   Okay. All right. Let's talk a little
21 bit -- do you intend to give an opinion in this
22 case that fibrous talc is a carcinogen?
23         MS. BROWN: Objection to the form.
24         THE WITNESS: I just want to correct
25 something real quick.

Page 400

1  BY MS. PARFITT:
2      Q   Sure.
3      A   In one of your questions a little while
4  back, you were asking me to agree that you were
5  reading fine, and you were for the relative risks.
6      Q   Yeah.
7      A   None of these are relative risks,
8  though. They're SMRs and SIRs. So just a
9  slightly different --
10     Q   I appreciate that. Thank you. Thank
11 you for the correction. Thank you.
12         Next question. Do you intend to give an
13 opinion that fibrous talc is a carcinogen?
14         MS. BROWN: Form.
15         THE WITNESS: I'm not sure I understand
16 what fibrous talc is.
17 BY MS. PARFITT:
18     Q   Okay. Let me direct your attention
19 to -- we'll go back to the IARC on ovarian
20 cancer -- or, excuse me, IARC on asbestos.
21 Paragraph 1.1 on page 219.
22         Are you there?
23     A   Paragraph 1, yes.
24     Q   Yes. Okay. Do you see where after it
25 has IARC, '73, and USGS, 2001, it states: "The

Page 401

1  conclusions reached in this monograph about
2  asbestos and its carcinogenic risks apply to these
3  six types of fibres wherever they are found, and
4  that includes talc containing asbestiform fibres."
5          Do you see that?
6      A   Yes.
7      Q   All right. Do you intend to give an
8  opinion in this case that talc containing
9  asbestiform fibers can cause ovarian cancer?
10         MS. BROWN: Objection to the form.
11 That's different than the original question.
12         MS. PARFITT: It is.
13         MS. BROWN: Did you mean it to be?
14         MS. PARFITT: No. I mean the new
15 question.
16         MS. BROWN: Okay.
17         THE WITNESS: So, because to me, the way
18 I have read this before and then also again now, I
19 think, although I can't know what they were
20 intending, but this to me says basically talc with
21 asbestos in it -- what we would agree is talc with
22 asbestos in it, as opposed to something else.
23         And I don't think you need the "talc
24 containing." I think you could say anything
25 containing asbestos, you know, could potentially