# Exhibit 121

# FILED UNDER SEAL

# Exhibit 122

# FILED UNDER SEAL

# Exhibit 123

# FILED UNDER SEAL

# Exhibit 124
# (FILED UNDER SEAL)

# Exhibit 125

# (FILED UNDER SEAL)

# Exhibit 126

# (FILED UNDER SEAL)

# Exhibit 127
# (FILED UNDER SEAL)

# Exhibit 128
# (FILED UNDER SEAL)

# Exhibit 129
# (FILED UNDER SEAL)

# Exhibit 130

# (FILED UNDER SEAL)

# Exhibit 131

# (FILED UNDER SEAL)

# Exhibit 132

# (FILED UNDER SEAL)

# Exhibit 133

# (FILED UNDER SEAL)

# Exhibit 134

# (FILED UNDER SEAL)

# Exhibit 135

# (FILED UNDER SEAL)

# Exhibit 136
# (FILED UNDER SEAL)

# Exhibit 137

# (FILED UNDER SEAL)

# Exhibit 138

# (FILED UNDER SEAL)