UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Chandler v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- James Chandler Individually and as Personal Representative of the Estate of Mary Chandler, Deceased : 3:19-cv-12897

This 30th day of May 2019.

                                              Respectfully submitted by,

                                              s/ D. Todd Mathews\_\_\_
                                              D. Todd Mathews, #52502 (MO)
                                              Gori Julian & Associates, P.C.
                                              156 N. Main Street
                                              Edwardsville, IL 62025
                                              (618) 659-9833 – Telephone
                                              (618) 659-9834 – Facsimile

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of May 2019.

                */s/ D. Todd Mathews*
                D. Todd Mathews