# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Carol Trautwein, Individually and on Behalf of the Estate of Marcia Taylor <br> 3:19-CV-13007 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on May 29, 2019 on behalf of Plaintiff Carol Trautwein, Individually and on Behalf of the Estate of Marcia Taylor.

Dated: May 30, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: May 30, 2019                                   /s/ Michael Akselrud
                                                                               Michael Akselrud
                                                                               The Lanier Law Firm, PC
                                                                               21550 Oxnard St., 3rd Fl
                                                                               Woodland Hills, CA 91367
                                                                               (310) 277-5100
                                                                               Counsel for Plaintiff(s)