# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Case No. 3:16-md-2738 (FLW)(LHG) <br> MDL No. 2738 |
| *This document relates to:* <br> BARBARA ROMANUS <br><br> Plaintiff, <br> v. <br> Johnson & Johnson, et al., <br><br> Defendants. | Civil Action No. 3:19-cv-13103 |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 30, 2019, on behalf of Plaintiff captioned above.

Dated: May 30, 2019

/*s/  Stephen Hunt*
Stephen Hunt
ASB-3621-N62H
CORY WATSON, P.C.
2131 Magnolia Ave S. Ste. 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
shunt@corywatson.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

> */s/  Stephen Hunt*
> Stephen Hunt
> ASB-3621-N62H
> CORY WATSON, P.C.
> 2131 Magnolia Ave S
> Birmingham, AL 35205
> Telephone: (205) 328-2200
> Facsimile: (205) 324-7896
> shunt@corywatson.com
>
> *Attorneys for the Plaintiff*