UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Hicks v. Johnson & Johnson, et al.*,

MDL NO. 2738 (FLW) (LHG)

### NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- Sharon Hicks: 3:19-cv-12898

This 30th day of May 2019.

Respectfully submitted by,

s/ D. Todd Mathews
D. Todd Mathews, #52502 (MO)
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of May 2019.

/s/ D. Todd Mathews
D. Todd Mathews