# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| This Document Relates to: *Barbara Becker and Dean Becker v. Johnson & Johnson, et al.* Case No. 3:17-cv-12985 | |

## MOTION FOR LEAVE TO WITHDRAW
## APPEARANCE OF ATTORNEY ELIZABETH A. FEGAN

Pursuant to Local Rule 102.1, Elizabeth A. Fegan hereby moves this Court for leave to withdraw as counsel for Plaintiffs, Barbara Becker and Dean Becker (collectively "Plaintiffs"), and in support thereof states as follows:

1. Plaintiffs retained the law firm Hagens Berman Sobol Shapiro, LLP ("Hagens Berman") as their legal representation in this case.

2. On December 12, 2017, Elizabeth A. Fegan and Robert A. Carey filed a Complaint on behalf of Plaintiffs. (Dkt. 1).

3. Elizabeth A. Fegan's last day of employment with Hagens Berman was May 30, 2019.

4. Plaintiffs will continue to have legal representation by attorney Robert A. Cary of Hagens Berman.

Accordingly, Elizabeth A. Fegan respectfully requests that the Court terminate her appearance on behalf of Plaintiffs, Barbara Becker and Dean Becker, and for such further relief this Court deems just and proper.

DATED: May 31, 2019  Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Elizabeth A. Fegan*

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com

Robert A. Carey
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ
Telephone: (602) 840-5900
Facsimile: (602) 840-3012

*Attorneys for Plaintiffs Barbara Becker and Dean Becker*

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that the foregoing document was filed electronically on the 31st day of May, 2019. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

                                              */s/ Elizabeth A. Fegan*
                                               Elizabeth A. Fegan