UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>TA'LIA M. MOORE,<br><br>       Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC.,<br><br>       Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br><br>Civil Action No.: 3:19-cv-13089 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 30, 2019 on behalf of Plaintiff, Ta'lia M. Moore.

Dated: 5/31/2019             Respectfully Submitted by,

                  */s/ Vanessa H. Gross*
                  Thomas P. Cartmell MO# 45366
                  tcartmell@wcllp.com
                  Vanessa H. Gross MO# 61250
                  vgross@wcllp.com
                  Wagstaff & Cartmell, LLP
                  4740 Grand Avenue, Suite 300
                  Kansas City, MO 64112
                  (816) 701-1100
                  FAX (816) 531-2372

                  **Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on May 31, 2019.

*/s/ Vanessa H. Gross*
Vanessa H. Gross