**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| *Beverly Swenson v. Johnson & Johnson, et al.* Case No.: 3:19-cv-13275 | |

**NOTICE OF FILING**

   Notice is hereby given pursuant to the First Amended Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Beverly Swenson.

Dated: May 31, 2019              Respectfully submitted,

                   By: */s/ Stuart L. Goldenberg*
                   Stuart L. Goldenberg (MN #0158719)
                   Noah C. Lauricella (MN #397896)
                   **GOLDENBERGLAW, PLLC**
                   800 LaSalle Avenue, Suite 2150
                   Minneapolis, MN 55402
                   (612) 333-4662 (Tel)
                   (612) 367-8107 (Fax)
                   slgoldenberg@goldenberglaw.com
                   nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 31st day of May, 2019.

                   */s/ Stuart L. Goldenberg*