# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to BEATA RIEDLMAYER<br>Case No. 3:19-CV-13365 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on June 3, 2019 on behalf of Plaintiff BEATA RIEDLMAYER.

Dated: June 3, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: June 3, 2019                                        /s/ Michael Akselrud
                                                                                  Michael Akselrud
                                                                                  The Lanier Law Firm, PC
                                                                                  21550 Oxnard St., 3rd Fl
                                                                                  Woodland Hills, CA 91367
                                                                                  (310) 277-5100
                                                                                  Counsel for Plaintiff(s)