UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sylvia Hochberg vs. Johnson & Johnson, et al.*<br>*Case No.:  3:19-cv-13220* | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Sylvia Hochberg.

This 3rd day of June 2019.

                                               Respectfully submitted,

                                               REICH & BINSTOCK, LLP

                                               By: */s/ Robert J. Binstock*
                                               Robert J. Binstock (TX 02328350)
                                               Dennis C. Reich (TX 16739600)
                                               Melissa Ephron (TX 24101518)
                                               Reich & Binstock, LLP
                                               4265 San Felipe, Suite 1000
                                               Houston, TX 77027
                                               Phone: 713-622-7271
                                               bbinstock@reichandbinstock.com
                                               dreich@reichandbinstock.com
                                               mephron@reichandbinstock.com

                                               *Attorneys for Plaintiff*

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 3rd day of June 2019.

/s/ Robert J. Binstock____