UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Jacqueline Hendrix vs. Johnson & Johnson, et al.* Case No.:  3:19-cv-13203 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jacqueline Hendrix.

This 3rd day of June 2019.

                                                Respectfully submitted,

                                                REICH & BINSTOCK, LLP

                                                By: */s/ Robert J. Binstock*
                                                Robert J. Binstock (TX 02328350)
                                                Dennis C. Reich (TX 16739600)
                                                Melissa Ephron (TX 24101518)
                                                Reich & Binstock, LLP
                                                4265 San Felipe, Suite 1000
                                                Houston, TX 77027
                                                Phone: 713-622-7271
                                                bbinstock@reichandbinstock.com
                                                dreich@reichandbinstock.com
                                                mephron@reichandbinstock.com

                                                *Attorneys for Plaintiff*

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 3rd day of June 2019.

/s/ Robert J. Binstock____