# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** |
| **CATHY ANN MOSS on Behalf of her Mother, FLORENCE BETHEL MOSS, Deceased,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL.** <br><br> **Defendants.** | Case No.: 3:19-cv-12945-FLW-LHG <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 25, 2019, on behalf of Plaintiff, Cathy Ann Moss on Behalf of her Mother, Florence Bethel Moss, Deceased.

Date:  June 4, 2019

Respectfully Submitted,

*/s/ Eric D. Holland*
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 4, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                            */s/ Eric D. Holland*
                            Eric D. Holland – MO Bar #: 39935
                            Holland Law Firm, LLC
                            300 N. Tucker Blvd., Suite 801
                            St. Louis, MO 63101
                            Tel: 314-241-8111
                            Fax: 314-241-5554
                            Email: eholland@allfela.com