UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Paula Bowman vs. Johnson & Johnson, et al.*<br>*Case No.:  3:19-cv-13212* | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Paula Bowman.

This 4th day of June 2019.

                                                                                                         Respectfully submitted,

                                                                                                          REICH & BINSTOCK, LLP

                                                                                                          By: */s/* Robert J. Binstock
                                                                                                          Robert J. Binstock (TX 02328350)
                                                                                                          Dennis C. Reich (TX 16739600)
                                                                                                          Melissa Ephron (TX 24101518)
                                                                                                          Reich & Binstock, LLP
                                                                                                          4265 San Felipe, Suite 1000
                                                                                                           Houston, TX 77027
                                                                                                          Phone: 713-622-7271
                                                                                                           bbinstock@reichandbinstock.com
                                                                                                           dreich@reichandbinstock.com
                                                                                                           mephron@reichandbinstock.com

                                                                                                           *Attorneys for Plaintiff*

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of June 2019.

/s/ Robert J. Binstock\_\_\_\_