### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

*Ann Florence-Skipper vs. Johnson & Johnson, et al. Case No.:  3:19-cv-13200*

**MDL NO. 2738 (FLW) (LHG)**

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Ann Florence-Skipper.

This 4th day of June 2019.

Respectfully submitted,

REICH & BINSTOCK, LLP

By: /s/ Robert J. Binstock
Robert J. Binstock (TX 02328350)
Dennis C. Reich (TX 16739600)
Melissa Ephron (TX 24101518)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
bbinstock@reichandbinstock.com
dreich@reichandbinstock.com
mephron@reichandbinstock.com

*Attorneys for Plaintiff*

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of June 2019.


/s/ Robert J. Binstock_____