UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Joleen Ness vs. Johnson & Johnson, et al.*<br>*Case No.: 3:19-cv-13205* | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Joleen Ness.

This 4th day of June 2019.

        Respectfully submitted,

        REICH & BINSTOCK, LLP

        By: */s/* Robert J. Binstock
        Robert J. Binstock (TX 02328350)
        Dennis C. Reich (TX 16739600)
        Melissa Ephron (TX 24101518)
        Reich & Binstock, LLP
        4265 San Felipe, Suite 1000
        Houston, TX 77027
        Phone: 713-622-7271
        bbinstock@reichandbinstock.com
        dreich@reichandbinstock.com
        mephron@reichandbinstock.com

        *Attorneys for Plaintiff*

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of June 2019.

/s/ Robert J. Binstock____