

Braulio A. Díaz
bdiaz@burnscharest.com
504.799.2845

June 4, 2019

Re:     *New Jersey ECF – Notice of Filing*

To Whom It May Concern:

Please see that the previous document for Docket 9949 Notice of Short Form Complaint was filed in error, and the filing that this letter is attached to is the correct document for case number 3:19-cv-13101 re: Johnson & Johnson Talc Litigation.

If you have any questions or concerns, please let me know.

Best regards,

**BURNS CHAREST LLP**

_____

Braulio A. Díaz
*Paralegal*