BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Daniel O. Tierney obo Penelope Tierney, deceased*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Daniel O. Tierney obo Penelope Tierney, deceased v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-13387 | Civil No. 3:16-md-2738-FLW-LHG |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 4, 2019 on behalf of Plaintiff Daniel O. Tierney obo Penelope Tierney, deceased.

/s/ *Lauren K. Razick*
Lauren K. Razick
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(800) 898-2034 Telephone
(334) 954-7555 Facsimile
Lauren.Razick@BeasleyAllen.com

Attorneys for Plaintiff Daniel O. Tierney
obo Penelope Tierney, deceased

Dated: June 4, 2019

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on June 4, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.


       */s/ **Lauren K. Razick**  *
       Lauren K. Razick

       BEASLEY ALLEN CROW METHVIN
       PORTIS & MILES, P.C.