# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| This document relates to: All Cases Listed On Exhibit A | OMNIBUS CONSENT ORDER OF DISMISSAL OF DUPLICATE FILED CASES WITH PREJUDICE |

Plaintiffs identified on Exhibit A, attached hereto, filed multiple actions in this MDL litigation. Accordingly, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and with the consent of all parties, IT IS HEREBY STIPULATED AND ORDERED that Plaintiffs' claims against Defendants are dismissed only in the "Duplicate Actions" identified in Exhibit A, with prejudice as duplicate filings. This Order shall not affect the other civil actions filed by Plaintiffs and identified as the "Surviving Actions" in Exhibit A, currently pending in MDL No. 2738 in the United States District Court for the District of New Jersey, and the dismissals are not adjudications on the merits. All parties shall bear their own costs.

This 4th day of June 2019.

_____
Hon. Freda L. Wolfson, U.S.D.J.

# EXHIBIT A

| **DUPLICATE CASES – TO BE DISMISSED** |
| --- | --- | --- |
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Beaver, Patricia | 3:17-cv-06508 | Burns Charest LLP |
| Bennett, Dorothy | 3:18-cv-12369 | Cellino & Barnes |
| Blair, Barbara | 3:17-cv-01741 | Heygood, Orr & Pearson |
| Burk, Pamela | 3:18-cv-00285 | Cohen & Malad LLP |
| Dooley, Ina Jo for Donna Carter | 3:18-cv-15069 | Richardson Richardson Boudreaux |
| Davidson, Anita | 3:19-cv-05890 | Beasley Allen Crow Methvin Portis & Miles PC / Ashcraft & Gerel |
| Davis, Deborah K. and Robert Davis | 3:18-cv-04717 | The Miller Firm LLC |
| Dennis, Dorothy | 3:18-cv-15975 | Morris Bart & Associates |
| Dunnavant, Timothy on behalf of Tereasa Dunnavant | 3:17-cv-08811 | Wilson Law PA |
| Enriquez, Angela and Victor Enriquez | 3:18-cv-08713 | The Miller Firm LLC |
| Ferrier, Jerry, Individually and as Wrongful Death Heir of Karen L. Ferrier | 3:18-cv-03087 | Wagstaff & Cartmell LLP |
| Gavin, Ellen | 3:19-cv-08425 | The Lanier Law Firm |
| Gideon, Jessie | 3:18-cv-09145 | Napoli Shkolnik, PLLC |
| Gilbert, Penny | 3:17-cv-11801 | Onder Shelton O'Leary & Peterson |
| Hamilton, Karen | 3:18-cv-16749 | Bisnar Chase |
| Hammond, Brenda | 3:16-cv-09378 | Morris Bart, LLC |
| Hudson, Karen | 3:17-cv-06988 | The Simon Law Firm, P.C. |
| Jarrett, Melissa | 3:18-cv-08828 | Onder Shelton O'Leary & Peterson LLC |
| Jones, Agnes | 3:18-cv-12932 | Napoli Shkolnik, PLLC |
| Kielstra, Nancy | 3:17-cv-11335 | Hart McLaughlin & Eldridge |

| DUPLICATE CASES – TO BE DISMISSED | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Kinler, Elizabeth | 3:18-cv-01478 | Gori Julian & Associates PC |
| Lauf, Sandra | 3:18-cv-03219 | Gori Julian & Associates PC |
| Lombardo, Jean L. | 3:18-cv-04584 | Cellino & Barnes |
| Lowe, Robin | 3:18-cv-02961 | Gor Julian & Associates PC |
| Lubkowski, Henrietta | 3:18-cv-00097 | Cellino & Barnes |
| Martin, Joanne | 3:17-cv-12871 | Stewart & Stewart |
| Weymouth, Michael, Individually and on behalf of the Estate of Tamara Maxey | 3:18-cv-10232 | Baron & Budd PC |
| Medrano, Alice | 3:18-cv-10403 | Onder Law, LLC |
| Miloro, Elizabeth | 3:19-cv-05091 | Potts Law Firm |
| Morgan, Inell | 3:17-cv-12470 | Johnson Becker, PLLC |
| Neal, Mary D. | 3:17-cv-08749 | Onder Shelton O'Leary & Peterson |
| Palmore, Melissa | 3:19-cv-00186 | TorHoerman Law LLC |
| Peterson, Ann and Donald Peterson | 3:17-cv-07596 | Cellino & Barnes |
| Pulley, Lynn and Fredrick Pulley | 3:18-cv-11244 | The Miller Firm LLC |
| Reyes, Tina | 3:18-cv-12279 | Onder Shelton O'Leary & Peterson |
| Rogers, Bobbi | 3:18-cv-14352 | Richardson Richardson Boudreaux |
| Sauve, April | 3:19-cv-05958 | Johnson Law Group |
| Smith, Brenda | 3:18-cv-12395 | Morelli Law Firm PLLC |

| DUPLICATE CASES – TO BE DISMISSED | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Stafford, Sharon K. | 3:18-cv-12213 | Beasley Allen Crow Methvin Portis & Miles PC |
| Benedict, Tracey Individually on behalf of Joanne Stoehr | 3:18-cv-00536 | Baron & Budd PC |
| Thigpen, Ragena | 3:17-cv-13091 | Johnson Law Group |
| Tucker, Juanita | 3:18-cv-03390 | Onder Shelton O'Leary & Peterson LLC |
| Vice, Brenda | 3:17-cv-09016 | Beasley Allen Crow Methvin & Miles PC |
| Williams, Kathleen and Stephen Williams | 3:19-cv-02215 | Johnson Law Group |
| Wolfgang, Wanda | 3:19-cv-06610 | Morelli Law Firm, PLLC |
| Young, Janet | 3:18-cv-08583 | Onder, Shelton, O'Leary & Peterson, LLC |
| Burkey, Darline | 3:18-cv-01457 | Burns Charest |
| Jones, Mary | 3:18-cv-00523 | Burns Charest |

| SURVIVING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Beaver, Jeffrey, Individually and on behalf of Patricia Beaver | 3:19-cv-06068 | Burns Charest LLP |
| Bennett, Regina Individually and as Successor in Interest to Dorothy Bennett (deceased) | 3:18-cv-14581 | Cellino & Barnes |
| Bernick, Adams as Administrator of the Estate of Barbara Blair | 3:19-cv-00100 | Heygood, Orr & Pearson |
| Burk, Pamela | 3:18-cv-09569 | Onder Shelton O'Leary & Peterson |
| Carter, Donna | 3:18-cv15291 | Richardson Richardson Boudreaux |
| Davidson, Anita | 3:17-cv-06604 | Johnson Becker, PLLC |
| Davis, Deborah and Robert Davis | 3:18-cv-04377 | TorHoerman Law LLC |
| Dennis, Dorothy | 3:18-cv-16624 | Beasley Allen Crow Methvin Portis & Miles PC / Ashcraft & Gerel |
| Dunnavant, Timothy on behalf of Tereasa M. Dunnavant | 3:19-cv-05446 | Wilson Law PA |
| Enriquez, Angela and Osvaldo Enriquez | 3:17-cv-09213 | The Dugan Law Firm |
| Ferrier, Jerry, Individually and as Personal representative of the estate of Karen Ferrier | 3:17-cv-06246 | Burns Charest LLP |
| Gavin, Ellen | 3:17-cv-05907 | Belluck & Fox LLP |
| Gilmore, Bettie on behalf of Jessie I. Gideon | 3:18-cv-04998 | Beasley Allen Crow Methvin Portis & Miles PC |
| Gilbert, Penny | 3:17-cv-11804 | Onder Shelton O'Leary & Peterson |

## SURVIVING ACTIONS – DO NOT DISMISS

| Case Name | DNJ Docket No. | Plaintiffs' Counsel |
|---|---|---|
| Hamilton, Karen | 3:17-cv-06715 | The Simon Law Firm, P.C. |
| Hammond, Brenda | 3:18-cv-14524 | Morris Bart & Associates |
| Hudson. Karen and Jeffrey Hudson and Michael Hudson | 3:18-cv-01409 | Baum Hedlund Aristei & Goldman, P.C. |
| Jarrett, Melissa | 3:17-cv-10672 | Sean Cleary |
| Jones, Agnes | 3:18-cv-09691 | Heninger Garrison Davis LLC |
| Brandy Laforce as the Personal representative of the Estate of Nancy Kielstra | 3:18-cv-04397 | Hart McLaughlin & Eldridge |
| Kinler, Elizabth | 3:18-cv-03264 | Beasley Allen Crow Methvin Portis & Miles PC/Ashcraft Gerel |
| Lauf, Sandra | 3:18-cv-11235 | The Miller Firm LLC |
| Sperling, Kristen Individually and as Successor in Interest to Jean L. Lombardo | 3:18-cv-14400 | Cellino & Barnes |
| Lowe, Robin | 3:17-cv-08204 | The Lanier Law Firm |
| Lubkowski, Matthew as Co-Executor of the Estate of Henrietta Lubkowski | 3:18-cv-14664 | Cellino & Barnes |
| Martin, Joanne | 3:18-cv-17187 | Morelli Law Firm PLLC |
| Maxey, Craig, Individually and as Personal representative of the Estate of Tamara A. Maxey | 3:18-cv-10157 | Morgan & Morgan PC |
| Medrano, Alice and Raul Arturo Medrano, Jr. | 3:19-cv-07294 | The Lanier Law Firm, PLLC/Scovern Law |
| Miloro, Elizabeth | 3:18-cv-11314 | Whitehead Law Firm/ Daniel & Associates LLC |
| Boyd, Vivian, Individually and on Behalf of the Estate of Inell F. Morgan | 3:18-cv-16751 | Johnson Becker, PLLC |
| Neal, Mary D. | 3:18-cv-17185 | Morelli Law Firm |

| SURVIVING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Ramsey, D. Wade obo Melissa Palmore | 3:19-cv-01357 | Beasley Allen Crow methvin Portis & Miles, P.C. |
| Ivester, Tina on behalf of Ann Peterson | 3:18-cv-14411 | Cellino & Barnes |
| Pulley, Lynn | 3:18-cv-09833 | Wagstaff & Cartmell LLP |
| Reyes, Tina | 3:18-cv-16646 | Beasley Allen Crow Methvin Portis & Miles PC / Ashcraft & Gerel |
| Rogers, Bobbi | 3:18-cv-15065 | Richardson Richardson Boudreaux |
| Sauve, April | 3:17-cv-12515 | Johnson Becker PLLC |
| Smith, Brenda | 3:17-cv-13562 | Eichen Crutchlow Zaslow & McElroy, LLP |
| Stafford, Sharon | 3:17-cv-13315 | Gori Julian & Associates PC |
| Stoehr, Julius on behalf of Joanne Stoehr | 3:17-cv-09531 | The Lanier Law Firm |
| Thigpen, Ragena | 3:18-cv-08530 | The Miller Firm LLC |
| Tucker, Juanita | 3:18-cv-05020 | Morelli Law Firm PLLC |
| Roberts, Edward Jessie (Brenda Vice) | 3:18-cv-17131 | Lundy Lundy Soileau & South LLP |
| Williams, Kathleen | 3:18-cv-04566 | Wagstaff & Cartmell LLP |
| Wolfgang, Wanda | 3:18-cv-14267 | Beasley Allen Crow Methvin Portis & Miles PC |
| Young, Marion T., III, Individually and as Executor of the Estate of Janet Young | 3:17-cv-10913 | Onder, Shelton, O'Leary & Peterson, LLC |
| Burkey, Darline | 3:17-cv-08086 | Dugan Law Firm |
| Jones, Mary | 3:18-cv-00013 | Beasley Allen Crow Methvin Portis & Miles PC |