**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Talbert, et al. v. Johnson & Johnson, et al. Case No. 3:19-cv-13189 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 31, 2019 on behalf of Plaintiffs Kellie Talbert, individually and as successor in interest to Luwana Talbert, deceased; Christopher Talbert, individually and as successor in interest to Luwana Talbert, deceased; Cory Talbert, individually and as successor in interest to Luwana Talbert, deceased.

DATED: June 5, 2019                                        BISNAR|CHASE LLP

                                                By:    /s/ Tom Antunovich
                                                       BRIAN D. CHASE
                                                       TOM ANTUNOVICH
                                                       Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

BISNAR|CHASE LLP

By: /s/ Tom Antunovich
BRIAN D. CHASE
TOM ANTUNOVICH