# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Naomi Jones and Gary Jones <br> 3:19-CV-13442 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on June 5, 2019 on behalf of Plaintiffs Naomi Jones and Gary Jones.

Dated: June 5, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: June 5, 2019             /s/ Michael Akselrud
                    Michael Akselrud
                    The Lanier Law Firm, PC
                    21550 Oxnard St., 3rd Fl
                    Woodland Hills, CA 91367
                    (310) 277-5100
                    Counsel for Plaintiff(s)