UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

~~Proposed~~ **Order**

AND NOW, this **6TH** day of **JUNE**, 2019, upon consideration of Plaintiff's Motion to Seal Certain Accompanying Exhibits to Plaintiffs' Steering Committee's Memoranda in Support of Certain Motions to Exclude Defendants' Expert Witnesses (CM/ECF **9819**), and any opposition thereto filed by Defendants, it is hereby ORDERED that the motion is GRANTED; and

IT IS FURTHER ORDERED that Exhibits designated in Appendix 1 to Plaintiffs' Motion to Seal shall be filed under seal and remain so until further order of Court; and

By the Court:

_____
~~FREDA L. WOLFSON, USDJ~~
LOIS H. GOODMAN, USMJ