UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| ALICE RAMEY, <br>      Plaintiff, <br> v. <br> JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC., <br>      Defendants. | Civil Action No.: 3:19-cv-13459 <br><br> DIRECT FILED ACTION |

**NOTICE OF FILING**

  Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on June 7, 2019 on behalf of Alice Ramey.

Dated: 6/7/2019             Respectfully Submitted by,

                 */s/ Wesley A. Bowden*
                 WESLEY A. BOWDEN
                 Florida Bar No.: 64217
                 LEVIN PAPANTONIO THOMAS MITCHELL
                 RAFFERTY & PROCTOR, P.A.
                 316 South Baylen Street, Suite 600
                 Pensacola, FL 32502
                 Telephone: (850) 435-7186
                 Facsimile: (850) 436-6186
                 Email: wbowden@levinlaw.com
                 ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on June 7, 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                     */s/ Wesley A. Bowden*