# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br>Judge Freda L. Wolfson<br>Magistrate Judge Lois H. Goodman<br><br>MDL 2738 |
| **This document relates to:**<br><br>DENISE BYNAM<br>Civil Case No. 3:19-cv-13428-FLW-LHG | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 5, 2019, on behalf of Plaintiff Denise Bynam.

DATED: June 7, 2019                    Respectfully Submitted,

**KIESEL LAW LLP**

By:  */s/ Melanie Meneses Palmer*
    Melanie Meneses Palmer (CA # 286752)
    8648 Wilshire Boulevard
    Beverly Hills, California  90211
    Tel. (310) 854-4444
    Fax (310) 854-0812
    palmer@kiesel.law

    Haytham Faraj (CA # 291416)
    (ARDC # 6286135)
    LAW OFFICES OF HAYTHAM FARAJ
    1935 W Belmont Ave
    Chicago, IL 60657
    (312) 635-0800
    haytham@farajlaw.com

Tigran Martinian (CA # 247638)
Arash Zabetian (CA # 291403)
MARTINIAN & ASSOCIATES, INC.
2801 Cahuenga Blvd West
Los Angeles, CA 90068
(323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: June 7, 2019                                     Respectfully Submitted,

By:        */s/ Melanie Meneses Palmer*
           Melanie Meneses Palmer
           KIESEL LAW LLP
           8648 Wilshire Boulevard
           Beverly Hills, California  90211
           Tel. (310) 854-4444
           Fax (310) 854-0812
           E-mail: palmer@kiesel.law

           Counsel for Plaintiff