## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| Ciera Ginet , | COMPLAINT AND JURY DEMAND |
| Plaintiff, v. | Civil Action No.: 3:19-cv-13256_____ |
| Johnson & Johnson, et al. , | DIRECT FILED ACTION |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints)

that a Short Form Complaint and Jury Demand was filed in the above-referenced case on May 31, 2019 _____

on behalf of Ciera Ginet _____.

Dated: June 7, 2019 _____

THE DRISCOLL FIRM, P.C.

BY:  /s/ JOHN J. DRISCOLL
JOHN J. DRISCOLL (#6276464)
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
John@thedriscollfirm.com
*Counsel for Plaintiff*