## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>LANETTA E. HILL,<br>Individually<br><br>Case No. 3:19-cv-13139 | **Case No. 3-16-md-2738 (FLW)(LHG)**<br>**MDL No. 2738 (FLW) (LHG)** |

### **NOTICE OF FILING SHORT FORM COMPLAINT**

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 30, 2019 on behalf of Plaintiff captioned above.

Dated: June 8, 2019        Respectfully Submitted by:

                                  /s/ Nicole K.H. Maldonado
                                  Nicole K.H. Maldonado, Esq.
                                  Michael L. Baum, Esq.
                                  Baum Hedlund Aristei & Goldman, P.C.
                                  10940 Wilshire Boulevard, 17th Floor
                                  Los Angeles, CA 90024
                                  Tel: 310-207-3233 // Fax: 310-820-7444
                                  nmaldonado@baumhedlundlaw.com
                                  mbaum@baumhedlundlaw.com

                                  *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com