IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:**<br><br>RAYMOND NAVARRO, Individually and as Anticipated Personal Representative of the Estate of DAWN LEANNE NAVARRO,<br><br>      Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.,<br><br>      Defendants. | Civil Action No.  3:18-cv-02079 FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a First Amended Short Form Complaint and Jury Demand has been filed on June 7, 2019, on behalf of RAYMOND NAVARRO, Individually and as Anticipated Personal Representative of the Estate of DAWN LEANNE NAVARRO.

Dated: June 10, 2019

                                             Respectfully submitted by,

                                             /s/ *Meghan E. McCormick*
                                             Meghan E. McCormick
                                             LEVIN SIMES ABRAMS LLP
                                             1700 Montgomery Street, Suite 250

                                                San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: mmccormick@levinsimes.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF System.

*/s/ Meghan E. McCormick*
Meghan E. McCormick