UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jerry Brown, personal representative for the estate of Barbara Brown, v. Johnson & Johnson, et al.*<br><br>**Case Number:**     **19-cv-13603** | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jerry Brown, personal representative for the estate of Barbara Brown.

This 10th day of June, 2019.

                                        Respectfully submitted,
                                        /s/ Christine Brandt
                                        Christine M. Brandt, AL Bar #ASB-3949-N70C
                                        Richard L. Root
                                        Morris Bart, LLC
                                        601 Poydras St.
                                        24th Floor New Orleans, LA 70130
                                        Phone: 504-525-8000
                                        Fax: 504-599-3392
                                        cbrandt@morrisbart.com
                                        rroot@morrisbart.com
                                        Attorneys for Plaintiff