UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Charles Brackett, personal representative for the estate of Carolyn Y. Brackett, v. Johnson & Johnson, et al.*<br><br>**Case Number:** 19-cv-13605 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Charles Brackett, personal representative for the estate of Carolyn Y. Brackett

This 10th day of June, 2019.

                            Respectfully submitted,
                            /s/ Christine Brandt
                            Christine M. Brandt, AL Bar #ASB-3949-N70C
                            Richard L. Root
                            Morris Bart, LLC
                            601 Poydras St.
                            24th Floor New Orleans, LA 70130
                            Phone: 504-525-8000
                            Fax: 504-599-3392
                            cbrandt@morrisbart.com
                            rroot@morrisbart.com
                            Attorneys for Plaintiff