UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*George Goodson, personal representative for the estate of Barbara Goodson v. Johnson & Johnson, et al.*<br><br>**Case Number:**   19-cv-13606 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, George Goodson, personal representative for the estate of Barbara Goodson.

This 10th day of June, 2019.

                                                  Respectfully submitted,
                                                /s/ Christine Brandt
                                                Christine M. Brandt, AL Bar #ASB-3949-N70C
                                                Richard L. Root
                                                Morris Bart, LLC
                                                601 Poydras St.
                                                24th Floor New Orleans, LA 70130
                                                Phone: 504-525-8000
                                                Fax: 504-599-3392
                                                cbrandt@morrisbart.com
                                                rroot@morrisbart.com
                                                Attorneys for Plaintiff