UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Michael Blankenship, personal representative for the estate of Patsy Ann Blankenship v. Johnson & Johnson, et al.*<br><br>**Case Number:**       19-cv-13607 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Michael Blankenship, personal representative for the estate of Patsy Ann Blankenship.

This 10th day of June, 2019.

Respectfully submitted,
/s/ Christine Brandt
Christine M. Brandt, AL Bar #ASB-3949-N70C
Richard L. Root
Morris Bart, LLC
601 Poydras St.
24th Floor New Orleans, LA 70130
Phone: 504-525-8000
Fax: 504-599-3392
cbrandt@morrisbart.com
rroot@morrisbart.com
Attorneys for Plaintiff