UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> PATRICIA A. HOLTERMANN AND JOHN W. HOLTERMANN, <br><br> Plaintiffs, <br> v. <br><br> JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., <br><br> Defendants. | MDL No. 2738 (FLW) (LHG) <br><br><br><br><br><br><br> Civil Action No.: 3:19-cv-09383 <br> DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the First Amended Short Form Complaint and Jury demand has been filed on June 11, 2019 on behalf of Patricia A. Holtermann and John W. Holtermann.

Dated: June 11, 2019

Respectfully Submitted by,

 */s/ Wesley A. Bowden*
WESLEY A. BOWDEN
Florida Bar No.: 64217
LEVIN PAPANTONIO THOMAS MITCHELL
RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7186
Facsimile: (850) 436-6186
Email: wbowden@levinlaw.com
ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that on June 11, 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                                         */s/ Wesley A. Bowden*