# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

### PLAINTIFFS' MOTION TO SEAL CERTAIN ACCOMPANYING EXHIBITS TO PLAINTIFFS' STEERING COMMITTEE'S MEMORANDA IN OPPOSITION TO CERTAIN MOTIONS BY DEFENDANTS TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES

Pursuant to Rule 5(d) of the Federal Rules of Civil Procedure and Local Civil Rules 5.3(c) and 7.1, Plaintiffs, by and through Plaintiffs' Steering Committee, hereby move to file under seal certain exhibits referenced in Plaintiffs' Steering Committee's Memoranda in Support of its opposition to Defendant's Motion to exclude Plaintiffs' Experts' Asbestos-Related opinions (CM/ECF Nos. 9901, 9903); Plaintiffs' Experts' Biologic Plausibility opinions (CM/ECF No. 9890-4); Plaintiffs' Experts General Causation opinions (CM/ECF No. 9888-4); Plaintiffs' Experts Heavy Metals opinions (CM/ECF No. 9885); Plaintiffs' Experts Lack of Qualifications (CM/ECF No. 9870); Plaintiffs' Expert Opinions of Ghassan Saed (CM/ECF No. 9875-6).

The documents at issue are listed in and attached hereto as **Appendix 1.** These documents have either been previously produced by Defendants in this litigation and designated as "Protected Document – Subject to Protective Order" or reference otherwise sensitive material not appropriate at this time for public access. This Court has granted previous motions in this litigation regarding similarly confidential and sensitive documents, (CM/ECF Nos. 394, 8579, 8703, 9970), and strictly enforces protection of confidential documents. (CM/ECF No. 118).

Specifically, the documents listed in Appendix 1 meet the requirements for sealing under Local Rule 5.3(c) because:

    a. the documents contain sensitive non-public information produced during discovery;

    b. this court has previously recognized a legitimate interest in keeping confidential documents and information obtained during discovery, (CM/ECF 118);

    c. Plaintiffs believe Defendants would raise clearly defined claims of serious injury that could or would likely occur if this motion is not granted for any individual document listed;

    d. the documents cannot be reasonably redacted or otherwise subjected to a less restrictive alternative method of protecting their contents;

e. upon due diligence, Plaintiffs are not aware that the documents listed have been previously sealed in this pending action;

f. Plaintiffs are not aware of any party or nonparty objecting to this sealing request.

Therefore, Plaintiffs move the Court for leave to submit the exhibits to the foregoing motion under seal in order to protect the documents.

A proposed form of Order has been simultaneously submitted.

Dated: June 12, 2019                          Respectfully Submitted,

/s/ *P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
Leigh.odell@beasleyallen.com

/s/ *Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel: 202-783-6400
Fax: 202-416-6392
mparfitt@ashcraftlaw.com

***Plaintiffs' Co-Lead Counsel***

/s/ Christopher M. Placitella
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
cplacitella@cprlaw.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I, P. Leigh O'Dell, hereby certify that I caused a copy of the foregoing Plaintiffs' Motion to File Under Seal to be filed electronically via the court's electronic filing system the 12th day of June 2019. Those attorneys who are registered with the court's electronic filing system may access these filing through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

/s/ *P. Leigh O'Dell*
P. Leigh O'Dell

# Appendix 1

**Referenced Exhibits to Seal from Doc. 9870:**

| CM/ECF | Doc Exhibit | Description |
| --- | --- | --- |
| 9870-4 | Exhibit 6 | Expert Report of Robert B. Cook, Ph.D. |
| 9870-6 | Exhibit 8 | Expert Report of Michael Crowley, Ph.D. |
| 9870-7 | Exhibit 9 | Deposition transcript of Michael Crowley, Ph.D. 1/4/19 |
| 9870-9 | Exhibit 13 | Expert Report of Mark Krekeler, Ph.D. |
| 9870-11 | Exhibit 26 | Expert Report of Laura M. Plunkett, Ph.D., DABT |

**Referenced Exhibits to Seal from Doc. 9875-6:**

| CM/ECF | Doc Exhibit | Description |
| --- | --- | --- |
| 9739-6 | Exhibit S | IMERYS 248635 |

**Referenced Exhibits to Seal from Doc. 9885:**

| CM/ECF | Doc Exhibit | Description |
| --- | --- | --- |
| 9885-3 | Exhibit 1 | Expert Report of Laura M. Plunkett, Ph.D., DABT |
| 9885-8 | Exhibit 6 | JNJ 000237076 |
| 9885-9 | Exhibit 7 | IMERYS 342524 |
| 9885-12 | Exhibit 9 | JNJ 000237115 |
| 9885-13 | Exhibit 10 | Expert Report of Michael M. Crowley, Ph.D. |
| 9885-15 | Exhibit 12 | Expert Report of Mark Krekeler, Ph.D. |
| 9885-15 | Exhibit 13 | Supplemental Expert Report of Longo/Rigler |
| 9885-15 | Exhibit 14 | JNJ 000085374 |
| 9885-15 | Exhibit 15 | JNJ 000238826 |
| 9885-15 | Exhibit 16 | JNJS71R_000009825 |
| 9885-15 | Exhibit 17 | JNJ 000346572 |
| 9885-15 | Exhibit 18 | JNJNL61_000027053 |
| 9885-15 | Exhibit 19 | IMERYS 477879 |
| 9885-15 | Exhibit 20 | JNJS71R_000011316 |
| 9885-17 | Exhibit 39 | Expert Report of Kelly Scribner Tuttle, Ph.D., CIH |
| 9885-19 | Exhibit 41 | Expert Report of H. Nadia Moore, Ph.D., DABT, ERT |
| 9885-21 | Exhibit 48 | JNJ 000131754 |
| 9885-22 | Exhibit 49 | JNJ 000378046 |

| CM/ECF | Doc Exhibit | Description |
| --- | --- | --- |
| 9885-24 | Exhibit 51 | IMERYS 469483 |
| 9885-24 | Exhibit 52 | IMERYS 441340 |
| 9885-24 | Exhibit 53 | JNJ 000246437 |
| 9885-24 | Exhibit 54 | Expert Report of Robert B. Cook, Ph.D. |
| 9885-26 | Exhibit 56 | JNJ 000300223 |
| 9885-27 | Exhibit 59 | Deposition transcript of Michael Crowley, Ph.D. 1/4/19 |
| 9885-28 | Exhibit 64 | JNJS71R_000001978 |

**Referenced Exhibits to Seal from Doc. 9888-4:**

| CM/ECF | Doc Exhibit | Description |
| --- | --- | --- |
| 9888-4 | Exhibit 16 | Expert Report of Laura M. Plunkett, Ph.D., DABT |

**Referenced Exhibits to Seal from Doc. 9890-4:**

| CM/ECF | Doc Exhibit | Description |
| --- | --- | --- |
| 9890-4 | Exhibit 15 | Expert Report of Laura M. Plunkett, Ph.D., DABT |

**Referenced Exhibits to Seal from Doc. 9901:**

| CM/ECF | Doc Exhibit | Description |
| --- | --- | --- |
| 9901-2 | Exhibit 2 | Expert Report of Mark Krekeler, Ph.D. |
| 9901-2 | Exhibit 3 | Expert Report of Robert B. Cook, Ph.D. |
| 9901-2 | Exhibit 4 | IMERYS 077321 |
| 9901-2 | Exhibit 5 | IMERYS 334779 |
| 9901-2 | Exhibit 6 | IMERYS 117598 |
| 9901-4 | Exhibit 10 | IMERYS 245144 |
| 9901-4 | Exhibit 11 | IMERYS 467511 |
| 9901-4 | Exhibit 12 | IMERYS-A_0024548 |
| 9901-4 | Exhibit 13 | JNJ 000521616 |
| 9901-4 | Exhibit 14 | JNJAZ55_000006341 |
| 9901-4 | Exhibit 15 | JNJMX68_000017827 |
| 9901-4 | Exhibit 16 | WCD 002478 |
| 9901-5 | Exhibit 24 | Letter dated April 23, 1998 (Exhibit J&J-220) |
| 9901-8 | Exhibit 34 | Progress Report on Talc Ores (Exhibit J&J-2) |
| 9901-8 | Exhibit 35 | JNJ 000245002 |

| | | |
|---|---|---|
| 9901-8 | Exhibit 36 | IMERYS 425354 |
| 9901-8 | Exhibit 37 | IMERYS 238270 |
| 9901-8 | Exhibit 38 | IMERYS 435992 |
| 9901-8 | Exhibit 39 | IMERYS 427291 |
| 9901-8 | Exhibit 40 | IMERYS 219720 |
| 9901-8 | Exhibit 41 | JNJMX68_000017515 |
| 9901-8 | Exhibit 42 | Defendant's Exhibit D-7131 (JNJNL61_000106449) |
| 9901-10 | Exhibit 46 | JNJAZ55_000000905 |
| 9901-10 | Exhibit 47 | JNJ 000087710 |
| 9901-10 | Exhibit 48 | JNJNL61_000019288 |
| 9901-10 | Exhibit 49 | IMERYS 210707 |
| 9901-10 | Exhibit 50 | IMERYS 051370 |
| 9901-10 | Exhibit 51 | TEM Asbestos Analysis of Argonaut Summary Report |
| 9901-10 | Exhibit 52 | IMERYS 309326 |
| 9901-10 | Exhibit 53 | IMERYS 081025 |
| 9901-10 | Exhibit 54 | JNJ 000521616 |
| 9901-10 | Exhibit 55 | IMERYS 210707 |
| 9901-10 | Exhibit 56 | J&J-256 |
| 9901-10 | Exhibit 57 | JNJ 000245002 |
| 9901-10 | Exhibit 58 | IMERYS 210707 |
| 9901-10 | Exhibit 59 | JNJ 000092227 |
| 9901-10 | Exhibit 60 | JNJ 000085374 |
| 9901-10 | Exhibit 61 | JNJNL61_000000266 |
| 9901-10 | Exhibit 62 | JNJNL61_000001341 |
| 9901-10 | Exhibit 63 | IMERYS 210794 |
| 9901-10 | Exhibit 64 | IMERYS 210724 |
| 9901-10 | Exhibit 65 | JNJ 000281919 |
| 9901-10 | Exhibit 66 | JNJ 000260807 |
| 9901-14 | Exhibit 106 | JNJAZ55_000004643 |

**Referenced Exhibits to Seal from Doc. 9903:**

| CM/ECF | Doc Exhibit | Description |
|---|---|---|
| 9903-9 | Exhibit 121 | IMERYS 441340 |
| 9903-9 | Exhibit 122 | IMERYS 427326 |
| 9903-9 | Exhibit 123 | IMERYS 427419 |
| 9903-9 | Exhibit 124 | IMERYS 436951 |
| 9903-9 | Exhibit 125 | IMERYS 427428 |

| 9903-9 | Exhibit 126 | IMERYS 418940 |
| 9903-9 | Exhibit 127 | IMERYS 219720 |
| 9903-9 | Exhibit 128 | IMERYS 501902 |
| 9903-9 | Exhibit 129 | IMERYS 238270 |
| 9903-9 | Exhibit 130 | IMERYS 418940 |
| 9903-9 | Exhibit 131 | IMERYS 425354 |
| 9903-9 | Exhibit 132 | IMERYS 427291 |
| 9903-9 | Exhibit 133 | IMERYS 427326 |
| 9903-9 | Exhibit 134 | IMERYS 435992 |
| 9903-9 | Exhibit 135 | IMERYS 436000 |
| 9903-9 | Exhibit 136 | JNJ 000238826 |
| 9903-9 | Exhibit 137 | JNJ 000248023 |
| 9903-9 | Exhibit 138 | JNJ 000322351 |