BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Tarsheen Ferrara obo Georgianna Ferrara, deceased*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Tarsheen Ferrara obo Georgianna Ferrara, deceased v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-13662 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 12, 2019 on behalf of Plaintiff Tarsheen Ferrara obo Georgianna Ferrara, deceased.

                                       */s/ Lauren K. Razick*
                                       Lauren K. Razick
                                       BEASLEY ALLEN CROW METHVIN
                                       PORTIS & MILES, P.C.
                                       218 Commerce Street
                                       Montgomery, Alabama 36104
                                       (800) 898-2034 Telephone
                                       (334) 954-7555 Facsimile
                                       Lauren.Razick@BeasleyAllen.com

                                       Attorneys for Plaintiff Tarsheen Ferrara obo Georgianna Ferrara, deceased

Dated: June 12, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Lauren K. Razick*
      Lauren K. Razick

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.