# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>MICHAEL M. DURANT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JANICE DURANT,<br>CRYSTAL LEE GREEN-MEDINA, LORIE M. GREEN PAYMENT, MELANIE R. SMITH, HAROLD E. GREEN, II, and<br>GARY JUSTIN GREEN<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>    Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:19-cv-13514<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on June 7, 2019 on behalf of Plaintiff Michael M. Durant, Individually and as Representative of the Estate of Janice Durant, Crystal Lee Green-Medina, Lorie M. Green Payment, Melanie R. Smith, Harold E. Green, II, and Gary Justin Green..

Dated: June 12, 2019

Respectfully Submitted,

By:   /s/ T. Christopher Pinedo
  T. Christopher Pinedo
  HILLIARD MARTINEZ GONZALES, LLP
  719 South Shoreline Boulevard
  Corpus Christi, Texas 78374
  Phone:  361.882.1612
  Fax:  361.882.3015
  cpinedo@hmglawfirm.com

>Attorneys for Plaintiff Michael M. Durant, Individually and as Representative of the Estate of Janice Durant, Crystal Lee Green-Medina, Lorie M. Green Payment, Melanie R. Smith, Harold E. Green, II, and Gary Justin Green

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*

2