## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>TERRI JONES<br><br>    **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC.<br><br>    **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:19-cv-13518<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on June 7, 2019 on behalf of Plaintiff Terri Jones.

Dated: June 12, 2019        Respectfully Submitted,

             By:  /s/ T. Christopher Pinedo
               T. Christopher Pinedo
               HILLIARD MARTINEZ GONZALES, LLP
               719 South Shoreline Boulevard
               Corpus Christi, Texas 78374
               Phone: 361.882.1612
               Fax: 361.882.3015
               cpinedo@hmglawfirm.com

               Attorneys for Plaintiff Terri Jones

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2019, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                      **HILLIARD MARTINEZ GONZALES, LLP**

                                      */s/ T. Christopher Pinedo*