UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

**ORDER**

AND NOW, this 13th day of June, 2019, upon consideration of the Plaintiffs' Steering Committee's letter to the Court, dated June 12, 2019, it is hereby ORDERED that Exhibit 1 (Doc. 9885-3) and Exhibit 59 (Doc. 9885-27) to the Plaintiffs' Steering Committee's Memorandum in Response and Opposition to Defendants' Motion to Exclude Plaintiffs' Experts' Opinions Regarding Alleged Heavy Metals and Fragrances in Johnson's Baby Powder and Shower-to-Shower (Doc. 9885), be removed from the public record. Contemporaneously with its request, the PSC has filed amended exhibits indicating that the documents are filed under seal.

By the Court:

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge