# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Batsheva Kashanian and Iraj Kashanian<br>3:19-CV-13686 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on June 12, 2019 on behalf of Plaintiffs Batsheva Kashanian and Iraj Kashanian.

Dated: June 14, 2019

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: <u>June 14, 2019</u>                         /s/ Michael Akselrud
                                          Michael Akselrud
                                          The Lanier Law Firm, PC
                                          21550 Oxnard St., 3rd Fl
                                          Woodland Hills, CA 91367
                                          (310) 277-5100
                                          Counsel for Plaintiff(s)