# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Civil Action No. 3:16-md-2738-FLW-LHG**<br><br>**MDL No. 2738** |

*THIS DOCUMENT RELATES TO ALL CASES*

<u>**CERTIFICATION OF MICHELLE A. PARFITT, ESQ.**</u>

Michelle A. Parfitt, Esq., hereby certifies as follows:

1.      I am an attorney at law and member of the law firm of Ashcraft & Gerel, LLP.  I was appointed as Co-Lead Counsel to represent all Plaintiffs in the above-captioned matter.

2.      I submit this Certification based on personal knowledge in support of the Plaintiffs' Steering Committee's Reply to Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Memorandum of Law in Response to the Plaintiffs' Steering Committee's Omnibus Brief Regarding *Daubert* Legal Standard and Scientific Principles for Assessing General Causation.

3.      Attached hereto as Exhibit A is a true and correct copy of a Health Canada poster titled "A Draft Screening Assessment of Talc Proposes That It May Be Harmful To Human Health."

4.      I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated:        June 17, 2019                    _/s/ Michelle A. Parfitt____
                                               Michelle A. Parfitt