# Exhibit A

# A DRAFT SCREENING ASSESSMENT OF TALC PROPOSES THAT IT MAY BE HARMFUL TO HUMAN HEALTH.

## AREAS OF CONCERN



**INHALATION**

**FEMALE GENITALS**

**Inhalation of fine particles** of TALC from loose powder products such as:
> baby powder
> body powder
> face powder
> foot powder

 **THESE PRODUCTS MAY DAMAGE THE LUNGS**

**Exposure of the female genitals** to products containing **TALC** such as:
> body powder
> baby powder
> genital antiperspirants and deodorants
> diaper and rash creams
> body wipes
> bath bombs

 **THESE PRODUCTS MAY CAUSE OVARIAN CANCER**

To **minimize your exposure** to certain products containing **TALC**, you can:

1 **AVOID** INHALING LOOSE TALC POWDER

2 **AVOID** FEMALE GENITAL EXPOSURE TO TALC

3 **CHOOSE** A TALC-FREE ALTERNATIVE

If you are still concerned, speak to your doctor or health care provider.

If the final screening assessment confirms that **TALC** is harmful to human health, the Government of Canada will take action to **manage the risks** identified.

For more information, please visit **Canada.ca/Health** and search for **TALC**.

© Her Majesty the Queen in Right of Canada, as represented by the Minister of Health, 2018  Cat.: H14-292/2018E-PDF  ISBN: 978-0-660-28717-1  Pub.: 180632


