## <u>CERTIFICATE OF SERVICE</u>

I, Michelle A. Parfitt, hereby certify that I caused a copy of the foregoing Plaintiffs' Steering Committee's Reply Brief to Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude the Opinions of Robert Kurman, M.D. to be filed electronically via the court's electronic filing system the 17th day of June, 2019. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:        June 17, 2019                    */s/ Michelle A. Parfitt*
                                               Michelle A. Parfitt