## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT*
*RELATES TO ALL CASES*

### CERTIFICATION OF P. LEIGH O'DELL, ESQ.

P. Leigh O'Dell, Esq., hereby certifies as follows:

1. I am an attorney at law and member of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. I was appointed as Plaintiffs' Co-Lead Counsel to represent all Plaintiffs in the above-captioned matter.

2. I submit this Certification based on personal knowledge in support of the Plaintiffs' Steering Committee's Reply Memorandum of Law in Support of It's Motion to Exclude the Opinions of Defendants' Molecular Biologists Drs. Neel, Shih, Boyd and Birrer.

3. Attached hereto as Exhibit 1 is a true and correct copy of the 11/28/06 Oral Argument Tr. from *KSR Int'l Co v. Teleflex, Inc.*, 550 U.S. 398 (2007).

4. Attached hereto as Exhibit 2 is a true and correct copy of the Ashworth A, Balkwill F, Bast RC, Berek JS, Kaye A, Boyd JA, Mills G, Weinstein

JN, Woolley K, Workman P. *Opportunities and challenges in ovarian cancer research, a perspective from the 11th Ovarian Cancer Action/HTTMT Forum*, Lake Como, March 2007.  Gynecol Oncol.  2008 Mar; 108(3):652-7. Epub 2007 Dec 21.

  5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: June 17, 2019        */s/ P. Leigh O'Dell*
                 P. Leigh O'Dell