## **CERTIFICATE OF SERVICE**

I, P. Leigh O'Dell, hereby certify that I caused a copy of the foregoing Plaintiffs' Steering Committee's Reply Memorandum in Support of Its Motion to Exclude the Geology Opinions of Drs. Mary Poulton and Laura Webb to be filed electronically via the court's electronic filing system the 17th day of June, 2019. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated: June 17, 2019            */s/ P. Leigh O'Dell*
                                                          P. Leigh O'Dell