# Exhibit 2

Frederick Pooley, Ph.D.

```
 1              SUPERIOR COURT OF WASHINGTON
                     FOR KING COUNTY
 2

 3    JODY E. RATCLIFF,        )
                               )
 4           Plaintiff,        )
                               )
 5    v.                       )  No. 16-2-18128-7
                               )  SEA
 6    BORGWARNER MORSE TEC     )
      LLC, et al.,             )
 7                             )
             Defendants.       )
 8

 9            THURSDAY, FEBRUARY 1, 2018
10                     - - -
11         Videotaped Deposition of Frederick
12    Pooley, Ph.D., held at the offices of Orrick,
13    Herrington & Sutcliffe LLP, 51 West 52nd
14    Street, New York, New York, commencing at
15    9:31 a.m., on the above date, before Carrie
16    A. Campbell, Registered Diplomate Reporter,
17    Certified Realtime Reporter, Illinois,
18    California & Texas Certified Shorthand
19    Reporter, Missouri & Kansas Certified Court
20    Reporter.
21                     - - -
22
              GOLKOW LITIGATION SERVICES
23                  877.370.DEPS
                  deps@golkow.com
24

25
```

Golkow Litigation Services                                  Page 1

```
 1                    MR. BICKS:  Objection to the
 2        form.
 3   QUESTIONS BY MR. LANIER:
 4        Q.    You ought to consider all the
 5   data, right?
 6        A.    Oh, sure.  Yeah.
 7        Q.    I mean, the Val Chisone report,
 8   you found tremolite in Val Chisone.  That's
 9   not on the timeline, is it?
10              It says, "The massive talc is
11   exceptionally pure."
12        A.    Yes.
13        Q.    Where does it say on the
14   timeline you found asbestos tremolite?
15                    MR. BICKS:  It says it right at
16        the top.
17                    MR. LANIER:  Oh, he's talking
18        about this right here, 1972?  Is that
19        is it, Mr. Bicks?
20                    MR. BICKS:  I can't see it from
21        where I am, but --
22                    MR. LANIER:  It's right up
23        there.
24              That's your claim?
25                    MR. BICKS:  Yeah, some
```

```
 1            tremolite was located.
 2     QUESTIONS BY MR. LANIER:
 3            Q.     But was not asbestiform in
 4     character?
 5            A.     No.
 6            Q.     And has not been detected in
 7     talc imported to Great Britain.
 8                   Do you see that?
 9            A.     Yes.
10            Q.     But we've got Exhibit 10, which
11     is your report, and if he's reading your
12     report on the very back, Fred Pooley, that's
13     not what it says, is it?
14            A.     Uh-huh.
15            Q.     Mr. Bicks has inadequately
16     quoted this report.  "Particles formed from
17     the amphibole mineral found at the mine were
18     hardly fibrous."
19            A.     Yeah.
20            Q.     "The majority broke to give
21     compact particles."  They got too small.
22     Doesn't mean all of them did, does it?
23                   MR. BICKS:  Objection to the
24     form.
25
```

```
1    QUESTIONS BY MR. LANIER:
2         Q.    Doesn't mean all of them did,
3    does it?
4         A.    Nope.
5         Q.    So he didn't quote it here, but
6    you found tremolite that was asbestiform that
7    didn't break apart, didn't you?
8              MR. BICKS:  Objection to the
9         form.
10             THE WITNESS:  Yes.  A few
11        particles, yes.
12   QUESTIONS BY MR. LANIER:
13        Q.    Yeah.
14             And again, this shouldn't be
15   about cherry-picking.  This should just be
16   about, be honest, be up front, tell the
17   truth, right?
18             MR. BICKS:  Objection to the
19        form.
20             THE WITNESS:  Yes.
21   QUESTIONS BY MR. LANIER:
22        Q.    And then you were asked about
23   whether or not some of this work was done
24   that was done by litigation.
25             You don't know what work was
```