# Exhibit 3

Donald Hicks

```
 1       IN THE UNITED STATES DISTRICT COURT
 2     FOR THE EASTERN DISTRICT OF NEW JERSEY
 3                     - - -
 4
       IN RE:  JOHNSON &         :
 5     JOHNSON TALCUM POWDER     :
       PRODUCTS MARKETING,       :
 6     SALES PRACTICES, AND      :  NO. 16-2738
       PRODUCTS LIABILITY        :  (FLW) (LHG)
 7     LITIGATION                :
                                 :
 8     THIS DOCUMENT RELATES     :
       TO ALL CASES              :
 9
                        Volume II
10
                         - - -
11
                     June 29, 2018
12
                         - - -
13
14            Continued videotaped
       deposition of DONALD HICKS, taken
15     pursuant to notice, was held at the law
       offices of Drinker Biddle & Reath, 105
16     College Road East, Princeton, New Jersey,
       beginning at 9:31 a.m., on the above
17     date, before Michelle L. Gray, a
       Registered Professional Reporter,
18     Certified Shorthand Reporter, Certified
       Realtime Reporter, and Notary Public.
19
20                      - - -
21
            GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
23
24
```

Donald Hicks

Page 369

1    THE WITNESS: Not until this
2    report issued.
3 BY MR. BURNS:
4    Q.   And RJ Lee in this paragraph
5 goes on to note that the status of the
6 cores is unknown and further indicates
7 that they apparently remain under the
8 control of the consultant.
9         Did you read this report at
10 the time it was conveyed to J&J?
11   A.   Yes, I did.
12        MS. ECHTMAN: Objection to
13   form and the preamble to the
14   question. Go ahead.
15 BY MR. BURNS:
16   Q.   Did you ask any questions
17 about the status of the cores at that
18 time?
19   A.   No, I did not. Having read
20 this would seem unlikely that those core
21 samples from the '60s would still be
22 available, so it was not a cause for a
23 concern.
24   Q.   Okay. There were also --

Page 370

1 there was also core samples from 1998 as
2 well; is that right?
3    A.   That's what the report
4 indicates, yes.
5    Q.   So just so I can be clear,
6 did either J&J or JJCI inquire as to the
7 status or location of the cores after
8 reading this report?
9    A.   They did not, no.
10   Q.   Now, we have earlier
11 discussed that the lump ore that is mined
12 at Guangxi is shipped to Houston, is that
13 right?
14   A.   Yes, it is.
15   Q.   Okay. Is it correct then
16 that J&J does not obtain any milled
17 product that was milled at the mine?
18   A.   That's correct.
19   Q.   Do you have a general
20 understanding of how the ore itself
21 becomes the lump ore that's shipped to
22 Houston and is processed at the mine?
23   A.   Based on discussion with RJ
24 Lee and Mark Zappa, yes, I have an

Page 371

1 understanding.
2    Q.   Okay. And what is your
3 understanding? You can go ahead, sir.
4    A.   My understanding is that
5 the -- as the face of the mine is being
6 worked, the ore is extracted. It is in
7 larger rock form. It's crushed down to
8 smaller rock sizes. And it is then hand
9 sorted, which is actually very unique in
10 the industry, where an individual
11 actually looks at every single rock in
12 their hand and sorts it by brightest
13 color, that sort of thing.
14        And then those sorted rocks
15 are then pulled depending on the quantity
16 that Imerys has ordered. And an ore lot
17 is then identified based upon the
18 quantity that's needed.
19   Q.   Okay. When you say ore lot,
20 what do you mean?
21   A.   An ore lot is generally
22 material taken from the mine roughly in
23 the same time period. It is of a -- is a
24 type of ore from the sorting process. So

Page 372

1 it would be the more bright white type of
2 talc ore that would be pulled and
3 segregated.
4    Q.   And is that the type of ore
5 that is specified for use in the Baby
6 Powder products of the defendants?
7    A.   It is.
8    Q.   Now, does all of that
9 processing and sorting occur before --
10 actually, let me just ask you this.
11 Where does that sorting and processing
12 occur?
13   A.   It occurs at the mine
14 itself.
15   Q.   Okay. So that is before any
16 product is transported to the mill; is
17 that right?
18   A.   That's correct.
19   Q.   Okay. Now, asking
20 specifically about the ore lot, the ore
21 lots that are ultimately shipped to
22 Houston to Imerys for use in J&J
23 products, are any of those lots ever
24 shipped to the Guangxi mill before being