## **CERTIFICATE OF SERVICE**

I, P. Leigh O'Dell, hereby certify that I caused a copy of the foregoing Plaintiffs' Steering Committee's Reply Memorandum of Law in Support of the Motion to Exclude the Opinions and Testimony of Defendants' Gynecology-Oncology Experts Dr. Cheryl Saenz and Dr. Kevin Holcomb to be filed electronically via the court's electronic filing system the 17th day of June, 2019.  Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:     June 17, 2019            */s/ P. Leigh O'Dell*
                                     P. Leigh O'Dell