**CERTIFICATION OF SERVICE**

      I hereby certify that on June 17, 2019, a copy of the foregoing document(s) were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

                                                /s/ Julie L. Tersigni
                                                Julie L. Tersigni
                                                Drinker Biddle & Reath LLP
                                                600 Campus Drive
                                                Florham Park, NJ  07932-1047
                                                Phone: (973) 549-7106
                                                Fax:    (973) 360-9831
                                                E-mail: julie.tersigni@dbr.com