Exhibit 1

Ann G. Wylie, Ph.D.

Page 290

1              - - - - - -

2            E R R A T A

3              - - - - - -

4    PAGE  LINE  CHANGE

5    | 13 | 4 | add: "I also consulted with Tucker Ellis LLP and was paid by Shook Hardy, also a law firm, in 2017.  For this work, I was paid $7500."  I now understand Johnson and Johnson reimbursed Shook and Hardy for this expense.

6    REASON: _____Clarification_____

7    | 21 | 18 | change: "I gave a deposition" should read "I gave 3-4 depositions around litigation involving RT Vanderbilt."

8    REASON: _____Clarification_____

9    | 21 | 19 | add: I have given three or four previous depositions in talc litigation between 1980 and 1990.

10   REASON: _____Clarification_____

11   | 21 | 24 | Replace answer with: "I have given two voluntary depositions in the context of litigation involving talc."

12   REASON: _____Clarification_____

13   | 38 | 19 | add: The literature I relied on is listed in my bibliography.

14   REASON: _____Clarification_____

15   | 48 | 8 | Witness notes: "With respect to this and previous questions on this topic I interpret the term "relate" to means "specifically mentions.". The literature in my bibliography specifically related to the mineralogy of talc ore is relevant to the issues at hand."

16   REASON: _____Clarification_____

17   | 49 | 17 | add: "The Sanford (1982) report, as do many other publications listed in the bibliography, relate to Vermont talc generally."

18   REASON: _____Clarification_____

19   | 50 | 2 | The questions suppose that my bibliography is not part of my report, but it is.

20   REASON: _____Clarification_____

21   | 54 | 23 | change: "Mine in the list of minerals." to "Mine and a list of its minerals."

22   REASON: _____Clarification_____

23   | 62 | 4 | The quote from my report is correctly recorded, but I should have inserted the work "normally" in reference to deposits being either cosmetic or industrial.

24   REASON: _____Clarification_____

25

Ann G. Wylie, Ph.D.

Page 290

1                      - - - - - -

2                      E R R A T A

3                      - - - - - -

4    PAGE  LINE  CHANGE

5    __123__  __21, 24__    change: "fibers" to "fibrils"

6    REASON: _____ transcription error _____
                     I corrected this statement later to be clear, that to be abundant, one needs
7    __129__  __11__    many more than 1. _____

8    REASON: _____ Clarification _____

9    __140__  __13__    change: "extinction" to "elongation"

10   REASON: _____ transcription error _____

11   __145__  __17__    insert: "air" before "data"

12   REASON: _____ transcription error _____

13   __145__  __18__    change: "Gibbs and Hwang" to "Gibson, Wang"

14   REASON: _____ transcription error _____

15   __157__  __4__    change: "and" to "in"

16   REASON: _____ transcription error _____
                     Witness notes: The formula for resolution is Wavelength times 0.61 divided
17   __158__  __24__    by the numerical aperture _____

18   REASON: _____ Clarification _____

19   __173__  __14, 15__    change: "preparing" to "commenting on/criticizing"

20   REASON: _____ Clarification _____

21   __178__  __21__    "curves" should be "occurs".

22   REASON: _____ transcription error _____

23

Ann G. Wylie, Ph.D.

```
                                                              Page 290

 1                    - - - - -

 2                  E R R A T A

 3                    - - - - -

 4   PAGE  LINE  CHANGE

 5    206    7          change: "optimal" to "optical".

 6   REASON:          transcription error
                 The questions was phrased as "separate analytical system that you did."  The data were
 7    241    5   collected by TEM or SEM and complied from the literature.  I do not know what was
                 meant by "that you did." I responded thinking he meant "that you used"
 8   REASON:          Clarification

 9    257    20   I consulted all literature in my bibliography, much of which was already in my library.

10   REASON:          Clarification
       global change    change: "defraction" to "diffraction"
11     throughout
        transcript
12   REASON:          transcription error

13   ____  ____  _____

14   REASON:  _____

15   ____  ____  _____

16   REASON:  _____

17   ____  ____  _____

18   REASON:  _____

19   ____  ____  _____

20   REASON:  _____

21   ____  ____  _____

22   REASON:  _____

23   ____  ____  _____

24   REASON:  _____

25
```

Ann G. Wylie, Ph.D.

Page 291

1          ACKNOWLEDGMENT OF DEPONENT

2              I, _Ann G. Wylie_____, do hereby

3     certify that I have read the foregoing pages, and

4     that the same is a correct transcription of the

5     answers given by me to the questions therein

6     propounded, except for the corrections or changes

7     in form or substance, if any, noted in the

8     attached Errata Sheet.

9
                _Ann G Wylie_                    _April 11, 2019_
10

11    ANN G. WYLIE, Ph.D.                        DATE

12

13

14    Subscribed and sworn to

15    before me this

16    _____ day of _____, 20___ .

17    My commission expires: _____

18    _____

19    Notary Public

20

21

22

23

24

25