# Exhibit 2




CONSUMER INC.

June 20, 2018

U.S. Food and Drug Administration
Office of Cosmetics and Colors
Center for Food Safety and Applied Nutrition
5001 Campus Drive
College Park, MD 20740
ATTN: Linda M. Katz, M.D., M.P.H, Director, Office of Cosmetics and Colors
Acting Chief Medical Officer Center for Food Safety and Applied Nutrition
Food and Drug Administration
5001 Campus Drive, HFS-100
College Park, MD 20740

Re: Recommendations for Talc Testing Experts

Dear Dr. Katz:

You have asked Johnson & Johnson to recommend talc testing experts for the workshop you intend to host later this year. FDA's involvement in assessing the safety of talc over the last four decades has been important and we look forward to the agency's continued involvement.

We include below recommendations for talc testing experts. Mr. Andreas Saldivar and Dr. Matthew Sanchez have extensive experience in the testing of talc for the presence of asbestos. Mr. Saldivar is employed by AMA Analytical Services, Inc. (AMA). Johnson & Johnson retained Mr. Saldivar in 2017 to testify as an expert on behalf of Johnson & Johnson in the talc litigation. Dr. Sanchez is employed by RJ Lee Group, Inc. (RJ Lee), a laboratory that has been providing consulting services and testing Johnson & Johnson's talc containing products since the late 1980s. Johnson & Johnson retained Dr. Sanchez in 2016 to testify as an expert on behalf of Johnson & Johnson in the talc litigation. Dr. Ann Wylie is a geologist employed by the University of Maryland. She has decades of experience in the study of asbestos. Dr. Wylie has worked briefly with Johnson & Johnson on talc issues, but has not been retained by Johnson & Johnson as an expert in the talc litigation. We have not contacted Dr. Wylie about assisting FDA in this process, but are happy to do so if it would be useful.

1. Mr. Andreas Saldivar

Mr. Saldivar is the Laboratory Director and TEM Technical Director of AMA, the laboratory that conducted testing for asbestos, on behalf of FDA, in connection with the 2009-2010 survey of off-the-shelf talc products as well as raw talc from suppliers. Notably, Mr. Saldivar was the lead AMA analyst who actually conducted this testing on behalf of FDA. He is trained and experienced in asbestos analysis techniques including Transmission Electron Microscopy (TEM), Polarized Light Microscopy (PLM), and Phase Contrast Microscopy (PCM).

Mr. Saldivar is engaged in professional associations including ASTM International – D22.07 Asbestos Sampling & Analysis Committee and the Environmental Information Association (EIA), where he served as Vice President and President of the EIA Mid-Atlantic Chapter from 2009 to 2015.

2. Matthew S. Sanchez, Ph.D.

Dr. Sanchez is the Principal Investigator of RJ Lee, specializing in characterization of asbestos in raw materials and in building products and the development of asbestos analytical methods. He has experience working with mine and quarry sites to identify the occurrences of asbestos and analyzing complex mixed mineral assemblages, such as talc, for asbestos. He is trained and experienced in asbestos analysis techniques including polarized light microscopy (PLM), powder x-ray diffraction (XRD), x-ray fluorescence (XRF), scanning electron microscopy (SEM), transmission electron microscopy (TEM), and electron probe microanalysis (EPMA).

Dr. Sanchez is familiar with mandated or approved asbestos testing methods by the federal regulatory agencies, including the U.S. Environmental Protection Agency (EPA), U.S. Occupational Safety and Health Administration (OSHA), the National Institute of Occupational Safety and Health (NIOSH), and the U.S. Food and Drug Administration (FDA), as well as asbestos testing methods adopted and under consideration by standards setting bodies such the U.S. Pharmacopeial Convention (USP), the American Society for Testing and Materials (ASTM), and the International Organization for Standardization (ISO).

He is involved in various committees on the analysis of talc and asbestos and has been appointed to the USP Talc Expert Panel. Dr. Sanchez has authored or co-authored dozens of articles, including on the identification, characterization, and quantification of asbestos.

3. Dr. Ann G. Wylie

Dr. Wylie is an Emerita Professor in the Department of Geology of the University of Maryland. She has spent more than 30 years studying asbestos.

Dr. Wylie's research lab, Laboratory for Mineral Deposits Research (LMDR) was founded over 20 years ago by Dr. Wylie and other researchers. She has done work for the federal government agencies including the U.S. Environmental Protection Agency (EPA) and the U.S. Bureau of Mines (USBM) analyzing and studying asbestos and the population characteristics of asbestos. Dr. Wylie authored and co-authored dozens of articles on asbestos analysis and its mineralogical characteristics.

The curricula vitarum of the above three experts are attached. Please note Dr. Wylie's curriculum vitae is from 2009, because a more recent copy was not publicly available. If FDA would like additional recommendations, please let us know. If you have any questions, please contact me at (609) 358-1193, or via email at jekuta@its.jnj.com.

Sincerely,

Jethro Ekuta

Digitally signed by Jethro Ekuta
DN: c=US, o=JNJ, ou=Subscribers, cn=Jethro Ekuta, 0.9.2342.19200300.100.1.1=1018932
Reason: I am the author of this document.
Date: 2018.06.20 13:15:24 -04'00'
Adobe Acrobat version: 11.0.20

Jethro Ekuta, D.V.M., Ph.D., RAC, FRAPS
Vice President, Regulatory Affairs North America
Johnson & Johnson Consumer Inc.
Mobile: (609) 358-1193