Exhibit 3

Page 1

1

2                    JIFSAN SYMPOSIUM

3                   ASBESTOS IN TALC

4                     MAIN SESSION

5          Conducted by Catherine Sheehan

6          Wednesday, November 28, 2018

7                      8:04 a.m.

8

9

10             7777 Baltimore Avenue

11            College Park, MD 20740

12                (202) 857-3376

13

14

15

16

17

18    Reported by: KeVon Congo

19

20             Capital Reporting Company

21           1250 Eye Street, NW, Suite 350

22               Washington, D.C. 20005

Page 2

1                          C O N T E N T S

2      Catherine Sheehan                                     3

3      Bradley Van Gosen                                    10

4      Gregory Meeker                                       29

5      Martin Rutstein                                      44

6      Martin Harper                                        77

7      Brooke Taylor Mossman                               115

8      Ann Wylie                                           137

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
 1                    P R O C E E D I N G S

 2             CATHERINE SHEEHAN:  Good morning everybody.

 3    Since we are -- I have 15 minutes to introduce --

 4    welcome everybody.  Please bear in mind that we have a

 5    webinar aspect of this meeting as well.  So in the

 6    interest of time, I would like everybody in the meeting

 7    room to take their seats, please, so we can commence

 8    with the meeting.

 9             So welcome, everybody.  My name is Catherine

10    Sheehan, and I've been given the honor of doing the

11    opening and closing remarks.  So can I have quiet,

12    please?  Thank you.

13             We do have a webinar component, so we need to

14    keep that in mind as well.

15             So as part of the introduction, the symposium,

16    as you all may know -- okay.  All right.  The symposium

17    is organized by the JIFSAN Symposium Committee.  Who

18    are the stakeholders supporting this meeting?  For

19    those of you that want to know, funding is through a

20    cooperative agreement between JIFSAN and FDA.

21             The purpose of this symposium is to develop a

22    standard and methodology for analysis and testing of
```

Page 4

1   asbestos, and hopefully we'll be able to achieve that

2   goal here today or at least tackle it in some form or

3   fashion in that we are providing a forum for experts.

4   We have an audience from regulators, industry, and

5   academia, so I think we are well-equipped here to

6   hopefully move this discussion along.

7          I see some folks in the audience as well that

8   I know of to work with the United States Pharmacopeia.

9   So we also -- if you don't know, the United States

10  Pharmacopeia also have a standard for talc; and we,

11  also, are very interested in the work that is going on

12  today.  Of course, we will share knowledge and come to

13  a consensus on future testing approaches and adequately

14  analyzing talc containing products for the presence of

15  asbestos fibers; and this symposium will include

16  presentations and, most importantly, the concurrent

17  breakout sessions on test methods, characterization,

18  and interpretation of data.

19          So that's kind of a lineup in terms of what

20  our purpose and goals are.  Let me see if I can get

21  this thing moving.

22          Tim, help.  It's not moving.  Technical

1   difficulties here.  It doesn't seem to want to move.

2   All right.

3           So morning session -- briefly, we have divided

4   the morning session into three key areas: definitions

5   and mineral fibers, test methods, and a break, and then

6   followed by two sessions of presentations on the

7   interpretation of data obtained from microscopy

8   measurements.

9           The afternoon session, the breakout sessions,

10  you can see here we have -- Sessions A, B, and C will

11  be repeated to allow each attendee to have a chance to

12  participate in two of the three planned sessions.

13          Session A, test methods for analysis of talc

14  and mineral fibers in cosmetics; and Session B,

15  measurement criteria for identification and fiber

16  counting; and then Session 3 will be the interpretation

17  of the testing data.

18          So after that -- some important information

19  here in terms of housekeeping and how we're going to

20  handle the breakout.  Co-moderators will pose questions

21  and record input from the audience using flip charts,

22  computers, and other audio/visual aids.  In addition to

```
 1   that, notetakers are available among participants, and

 2   they may use recording devices.  Also, transcriptionist

 3   will be on site.  And then immediately after the

 4   breakout session, there will be a break during which

 5   the co-moderators will review the input from the

 6   audience and draft their summary to report out to the

 7   larger group.

 8           So after the break -- after the breakout

 9   sessions, all attendees will reconvene for the record

10   out session; and then each pair of the session co-

11   moderators will give time to deliver an oral summary of

12   the input to attendees.

13           During the symposium, most importantly, there

14   will be time for Q&As and if all questions are not

15   answered, they will be posted on the JIFSAN website,

16   and a summary of the meeting will be available shortly

17   after the meeting.  And so the date that I have here is

18   that the moderator/speaker will present the summary of

19   the presentation or results by January 5th.  So you

20   won't get anything before that date.

21           So any questions on that?  One more thing, the

22   restrooms are directly behind the registration desk.
```

 1   That's it.  So --

 2          AUDIENCE MEMBER 1:  Where will the breakout

 3   sessions go?  Where are the breakout sessions?

 4          CATHERINE SHEEHAN:  Good question, Marty

 5   .     Very good question.

 6          Help, JIFSAN.

 7          TIM:  They are two corridors down behind us.

 8   So if you got out of the elevators, you just go

 9   straight.

10          CATHERINE SHEEHAN:  Okay.  I'm sure we will

11   get more information.  I'll go and find out and get

12   everybody familiar with the three certain breakouts.

13   Okay.

14          AUDIENCE MEMBER 2:  Catherine?

15          CATHERINE SHEEHAN:  Yes.

16          AUDIENCE MEMBER 2:  Could you explain a little

17   bit about the webinar and what it is and where it's

18   going and --

19          CATHERINE SHEEHAN:  Good question as well.

20   The webinar has just been communicated to me by Tim.

21   So my understanding is that we have this webinar going

22   on, and we are recording this as well.

1          Tim can -- I think that's all we know about

2     now in terms of they're listening to our presentations.

3          AUDIENCE MEMBER 2:  Who is they?

4          CATHERINE SHEEHAN:  Anybody that was invited

5     to this JIFSAN meeting that cannot attend in person --

6          AUDIENCE MEMBER 2:  Okay.

7          CATHERINE SHEEHAN:   -- has the ability to

8     join by webinar, so --

9          TIM:  I do believe there's only like five or

10    six people.

11         CATHERINE SHEEHAN:  Okay.  Thank you, Tim.

12         All right.  So with that, we'll move on.

13         AUDIENCE MEMBER 2:  Is there Wi-Fi access in

14    this room?

15         TIM:  Yes.  I can come around and talk to you.

16         CATHERINE SHEEHAN:  Okay.

17         AUDIENCE MEMBER 3:  Just for technical

18    difficulties, I had -- I'm getting a message from

19    somebody that's on the webinar, but they can't hear

20    anything.  They can see the screen, but they're unable

21    to do that.  I don't know.  Is there a way for them to

22    contact help for that?

```
                                                              Page 9

  1              CATHERINE SHEEHAN:  I see.

  2              TIM:  I am -- I'm actually listening to the

  3      webinar, and it's being broadcast just fine.

  4              AUDIENCE MEMBER 3:  Okay.

  5              TIM:  So --

  6              AUDIENCE MEMBER 3:  Do you have, like, an e-

  7      mail or something that I can have him reach out to you

  8      to --

  9              TIM:  Yes.

 10              AUDIENCE MEMBER 3:  -- get help?

 11              CATHERINE SHEEHAN:  Yeah, that would be good.

 12      Yeah.

 13              TIM:  Just Tshaffer@dodwu.

 14              Who needed the Wi-Fi?

 15              CATHERINE SHEEHAN:  Right.  Yeah.  If they had

 16      an e-mail just in case they have any questions.  Okay.

 17              So in the interest of time, let's move on, and

 18      then I'll navigate through this.

 19              TIM:  Okay.

 20              CATHERINE SHEEHAN:  Okay.  So our first

 21      speaker this morning -- very briefly introduce Brad Van

 22      Gosen.  He's a research geologist at the U.S.
```

Main Session                                    November 28, 2018

                                                      Page 10

1    Geological Survey, and he began his work with asbestos

2    in 2000, so if Brad could come up to the podium.

3            BRADLEY VAN GOSEN:  First of all, I want to

4    thank the JIFSAN committee for the opportunity and the

5    invitation to speak here today.  It's very much

6    appreciated.

7            I'm hoping that my product will just provide a

8    context for the rest of the day, and that is to just

9    describe to you the elongate mineral fibers, particles

10   that we're even going to need to think about in terms

11   of commercial talc deposits.  And I'm going to do this

12   and -- these minerals will be some of the amphibole

13   mineral group as well as the one type of deposit that's

14   relatively spatially associated with Chrysotile, the

15       serpentine mineral group.

16           The amphiboles and serpentine that are

17   associated with talc deposits of mineable commercial

18   size are dependent entirely on the geologic

19   environment, the geologic conditions that form that

20   type of deposit.  I'll describe four basic types of

21   geologic settings and conditions that form talc

22   deposits -- not all are created the same -- and give

1    you a little geology.

2          I thought I'd provide just a quick background

3    on the current talc production.  In the United States

4    there are three companies producing from three

5    different states, and these include the American Talc

6    Company, which operates several pits in the Allamore

7    District, which is in far western Texas.  Most of their

8    product is being used in paints is my understanding.

9    Barretts Minerals operates two large open pit mines in

10   southwestern Montana, and then Imerys operates the

11   Yellowstone Mine also in southwest Montana and another

12   mine here in Ludlow, Vermont.

13         The photo there is a distant view of the Yellow

14   stone Mine, which is the largest talc producer in the

15   U.S. for several years now.  By state, production is

16   largest from the Montana deposits followed by Texas and

17   then Vermont.

18         Just a little background on our most recent

19   domestic talc production and uses.  This is information

20   from our USGS National Minerals Information Center.  In

21   2017, the last data that's been published, U.S.

22   production was estimated about 540,000 metric tons,

Page 12

1    valuated at about 108 million dollars.  And at least

2    during 2017, the talc that we [the U.S.] produced and

3    sold was used mainly, as you can see, in ceramics,

4    paint, paper; followed by plastics, rubber,

5    refractories, roofing; and just about 3 percent was used

6    in cosmetics.

7            We [the U.S.] export about 210,000 metric tons

8    per year. We also import an estimated 380,000 metric

9    tons of talc, as compared to 540,000 metric tons that we

10   produce commercially.  So talc is actually one of the

11   rare mineral commodities in the U.S. these days that we

12   produced more than we import, but it's still a

13   considerable amount of import.  By decreasing the amount

14   by tonnage, about three-fourths of our imported talc was

15   used in cosmetics, paint and plastics.  So if you

16   include imported talc and domestic production, the

17   primary uses are plastics, ceramics, paint, paper,

18   roofing, rubber; and cosmetics is a distant end of the

19   spectrum.

20           According to our Minerals Information Center,

21   the main import sources in recent years have been

22   Pakistan (35%), Canada (28%), and China (26%), and a

     small amount of processed talc coming from Japan (5%).

Page 13

1          Just the very basics to get you started.  Talc

2     is a magnesium silicate mineral.  As you've heard, it's

3     probably -- it's  number one on the Mohs hardness scale,

4     meaning, it's used as the example of the soft mineral.

5     It has perfect cleavage on the 001 plane, basically

6     meaning that it's very platy, usually; but as we will

7     see, and as you know, there are fibrous varieties of

8     talc.

9          There are very weak lines between the layers,

10    so they're easily sliding past each other.  It gives

11    talc its greasy and slippery feel and its very low

12    hardness.  Well-developed, sort of, gem-quality

13    crystals of talc are extremely rare; and common

14    impurities include nickel, iron, aluminum, calcium,

15    sodium, and some excess water,  iron probably being the

16    most common impurity to ideal composition of talc.

17          This is the amphibole group of the regulated

18    amphibole minerals we all know and love, if they occur

19    and when they occur in the asbestiform habit, which

20    will be discussed much today.  Of these, principally,

21    the minerals -- amphiboles that we're going to find in

22    the commercial scales talc deposits are anthophyllite,

1    actinolite, and tremolite.  There is and, of course,

2    has to be always an exception in geology.  There is

3    some manganese variety of cummingtonite in the New York

4    deposits that's also been reported and well documented,

5    but for the most part, we're gonna -- I'll show you

6    examples of different deposit types, and we're gonna

7    find that anthophyllite is very common.  Tremolite's

8    very common, and occasionally, as part of the

9    actinolite/tremolite series, we'll find some

10   actinolites in deposits.

11           We also -- as I said, spatially, in one

12   deposit type I'll show you.  Chrysotile is associated

13   in the -- abounding in wall rock, country rock; and

14   chrysotile, being of the amphibole -- or I mean -- I'm

15   sorry -- of the serpentine mineral group.  But if

16   you'll notice the formula for anthophyllite, chrysotile

17   and, if I back up to the other amphiboles, magnesium,

18   silica, and water hydroxyls are the critical elements

19   to form all of these -- the regulated asbestos

20   minerals.  And also, if you notice, talc is, again, a

21   magnesium silica hydroxyl formula.  So the same

22   chemistry involved in the formation of the amphiboles

Main Session                                    November 28, 2018

                                                         Page 15

1     is also the same chemistry in the -- or critical

2     elements that form talc, so it's not unusual to find

3     the amphiboles in a talc deposit, at least based on the

4     chemical components of the systems.

5              Talc is a replacement mineral.  For example,

6     it doesn't form, you know, straight from a magma like

7     mag minerals.  It's replacing a preexisting magnesium-

8     rich mineral with preexisting magnesium-rich host rock,

9     and these would include either a dolostone -- you've

10    heard of dolomite, a magnesium calcium carbonate rock -

11    - or replacing an ultramafic rock, which is a magnesium

12    iron-rich metamorphic rock.  So you have the magnesium

13    in the host rock already available, and then, if

14    heated, core fluids, usually waters, carrying silica in

15    solution, react with the host rock to provide the

16    elements to form talc.  And these processes can be

17    driven by regional metamorphism, tectonic scale, and a

18    regional scale, heat and pressure, whereby, contact

19    metamorphism where igneous intrusion of magma intruded

20    directly into the host rock or the -- by the

21    circulation of magnetic hydrothermal fluids.  Those are

22    heated fluids, heated by magma that's at depth that

1    didn't come in direct contact with the host rock, but

2    I'll show you examples in the United States of each of

3    these.

4           Probably our best example of regional

5    metamorphism in this case is -- cold stone magnesium

6    calcium carbonate is a good -- our best example of a

7    regional metamorphic talc deposit.  These were mined on

8    really for the first time on a larger scale mainly

9    underground mining, but a lot made smaller open pits

10   starting in 1948, shown by the red squares; and then

11   the open pit -- larger open pit operations were from

12   1974 till about 2008 when the mines closed, shown by

13   the hot pink ovals.

14          The conditions that form these deposits over a

15   billion years ago, again, were from regional

16   metamorphism shortening the depression of the crust in

17   that region over a large area; and this drove the

18   fluids, under high heat and pressure, from the silica

19   being gathered from silica-rich rocks beneath and then

20   probably accessing fault and fracture systems, moving

21   the silica in fluids up into the dolomite, massively

22   replacing portions of the dolomite by talc and

Page 17

1    amphiboles.

2          This is -- take you back to chemistry a little

3    bit, but these were -- progressive reactions from top

4    to bottom go from highest heat and pressure down to the

5    lower portions of heat and pressure in the system as

6    the system start to relax and heat also decreased.

7          First we take dolomite in the presence of the

8    invasion of that silica in fluids to form tremolite and

9    calcite.  Carbon dioxide can easily leave the system.

10   Now we have tremolite in the presence of the remaining

11   dolomite, again, with waters involved can form

12   anthophyllite and calcite; and as the heat and pressure

13   decreased even further, that new anthophyllite in the

14   presence of siliceous waters, again, forms talc.  This

15   is a progressive stepwise occurrence that are in this

16   metamorphic system, starting with a dolomite -- a

17   magnesium calcium source rock.

18         Most of the tremolite in these deposits is

19   described as, I would say, prismatic in shape.  They're

20   elongate but certainly not clearly fibers.  But then

21   you have this fibrous talc, which is the replacement of

22   the anthophyllite, formed during phase 2, if you will;

Page 18

1    and the talc has, occasionally, partially to completely

2    replaced the fibrous anthophyllite; and this gives the

3    -- the terms fibrous talc or tremolitic talc have been

4    used to describe the Gouverneur talcs, and this shows

5    you a map of why.

6              And then we also have quite a few of these

7    transitional fibers, which are the partial and

8    sometimes complete replacement of the preexisting

9    anthophyllite by talc, so it can get very complex.

10             Our next deposit type to consider are these

11   amphibole.  They're tremolite.  They're in talc

12   deposits in the southern Death Valley region.  I

13   started studying these about 15 to 16 years ago, just

14   curious to see what the morphology of the tremolite

15   within these deposits looked like under high

16   magnification.  They're -- well, I should go back a

17   little.

18             There are 43 talc deposits that were either

19   mined or prospected in the Death Valley region,

20   including a couple dozen within Death Valley National

21   Park itself.  These became part of Death Valley

22   National Park.  They are now property of the national

Page 19

1   park when the national monument was converted to

2   national park status in 1988.  There's still a couple

3   dozen other talc deposits outside of the realm of the

4   national park boundaries which lie on a mixture of

5   mined claims and federal lands.  These talcs were used

6   primarily in ceramics, especially ceramic tiles, as an

7   -- and as an extender within paints.  This is an

8   example of some of the mines outside of the national

9   park.  As I said, there's quite a few.  They're easy to

10  spot from long distance.  White piles against the gray

11  dark background of the region.  I'm getting hot looking

12  at this again.  (Audience laughs.) It was 110 that day.

13  There are a combination of open pits and underground

14  mines that are actually not deep underground mines.

15  They're just added straight into the talc tremolite ore

16  bodies.

17          This is a schematic diagram from Warren

18  Wright's very fine descriptive report on the Death

19  Valley deposits.  He has a description of each one of

20  those 43 deposits in the region.  It's more of a

21  general geology discussion.  He did not have the use of

22  microbeam technology to look at very fine fibers at

Page 20

1    that time, but it's a very good guide to where these

2    occur in their basic geology.

3              And, essentially, what you have is that gabbro

4    soil is the magma that intruded into the tridy (ph)

5    dolomite, which is a term being silica; and it's a

6    silica magnesium carbonate-rich host rock providing the

7    magnesium for this reaction; and this reaction formed a

8    talc-tremolite orebodies which can be generally around

9    50 feet in thickness.  So the heat drove this reaction.

10   Warren has suggested, and it seems reasonable, these

11   sediments may have actually been -- or this dolomite

12   might have actually been a sediment -- part of a

13   sediment sitting on the shallow ocean floor when it was

14   intruded by the magna; and this could accomplish some

15   of the sodium we find in a little bit of the mineralogy

16   in here.  So in the end, this reaction formed talc -- a

17   mixture of talc, tremolite, calcite, dolomite, and

18   quartz.  So these were not considered, therefore, a

19   high-purity talc; but they are very suitable for use in

20   ceramics and paint.

21             This is just a good view of the system I just

22   showed schematically.  The gabbro soil magma that

Page 21

1    intruded into the tridy dolomite -- the silk magnesium-

2    rich host rock -- and the reactions on the talc

3    tremolite rock would be the ore itself; and it has very

4    sharp contact between the intrusion and the talc

5    tremolite rock, the replacement of the dolomite.  You

6    put your finger on that.  And forgive me, I'm a

7    geologist, I got to show some of these details; but

8    they're very layered sometimes, and it's very crumbly.

9    The advantage of mining talc is that it generally

10   doesn't require blasting.  Heavy equipment can easily -

11   - you're talking about the softest rock, and if you

12   find a talc rock that's even the least bit hard, that

13   means it has a fair amount of quartz or calcite in it.

14   There's a little rock number for -- scale number on the

15   side there.

16          So what we see, via scanning electron

17   microscope, is a wide variety of shapes and

18   morphologies within the tremolite in the Death Valley

19   talc.  For the most part, what I describe as

20   "prismatic" is the most common form; but we do find

21   these circular needle-like particles of tremolite and

22   some that are very characteristic of the stuff it

Page 22

1    formed.  For example, we find fiber bundles of

2    tremolite mixed with the clay you tab (ph), or if the

3    analysis was by electron dispersive spectrometer that

4    is, of course, part of our SEM, so -- and we do find

5    these -- most of these are dust, dabbed from the inside

6    of the plastic sample bag; so these would represent

7    dust that easily release here in the sample, but we did

8    find plenty of individual fibers in the dust and little

9    -- again, fiber bundles.  The Smith liner is east of

10   the park, and I've been told that there is a company

11   that in recent years has been looking -- or has been

12   excavating former stockpiles of talc, and I'm not sure

13   it's being shipped to a paid factory or not, but this

14   is something I think should be kept in mind.

15        We also found scattered particles with a sodic

16   composition.  Again, this is from electron dispersive

17   spectroscopy, which would not be considered a precise

18   method; but they're clearly a sodic-calcium amphibole,

19   and the best fit would -- from our work is the

20   amphibole winchite.  And, again, we find some fibers

21   and fibrous bundles that fit another sodic-calcic

22   amphibole being richterite.

1          So my point here is these Death Valley talc

2     deposits formed by contact metamorphism where the magma

3     protruded directly into the host rock I think need to

4     be considered if you -- oh, we hear of activity of re-

5     mining these deposits and the dust that can be created.

6          Our third category of talc-forming

7     environments include the replacement of ultramafic

8     rocks.  These are magnesium iron-rich rocks formed by

9     either metamorphism and alteration of an olivine-rich

10    rock, a pyroxene-rich rock or an amphibole-rich rock;

11    and these alter to form a rock called serpentinite,

12    which is a serpentine-rich mineral -- or serpentine-

13    rich rock; and these can, of course, as we know on many

14    instances, contain chrysotile and occasionally and

15    sometimes anthophyllite and  tremolite.

16          This is a very cartoonish diagram of work by

17    Rick Sanford   in 1982, his long article in the

18    American Journal of Science, which is basically a

19    summary of his Harvard PhD study.  And first of all, he

20    determined, at the bottom there, these reactions

21    occurred at very high temperatures, very high

22    pressures; and this would be -- it's hard to generalize

Page 24

1    a complex system, but this would be the general

2    zonation of what would be visible at the Vermont talc

3    deposits, for instance.  And on the left, they're

4    replacing an ultramafic rock, that magnesium-rich,

5    serpentine-rich; and those can, certainly locally,

6    contain chrysotile, tremolite, actinolite, and

7    anthophyllite.

8             You move inward towards the talc ore, you have

9    a talc carbonate rock, a talc with magnesite --

10   magnesium carbonate unit, which contain lesser amounts

11   of dolomite and calcite, and evidence of talc replacing

12   apophyllite.  And we move into the talc zone, which it

13   is often described as a high-purity talc, meaning it

14   really has a little courser clay or calcite.  It's not

15   gritty.  It's a very soft, relatively pure talc.

16             The occurrence of anthophyllite mentioned or

17   actinolite or tremolite fibers within this talc were

18   still a matter of some debate.  I, personally,

19   unfortunately, have not been able to look at any of the

20   raw ore, but I welcome samples or an opportunity to

21   sample.

22             This is bounded by an actinolite fluoride-rich

Page 25

1   rock.  There's evidence of talc replacing actinolite to

2   minor amounts.  Perhaps much of this is actually

3   tremolite.  Rick did not have the benefit of microbeam

4   analysis at the time.

5            Then we move outward to the altered country

6   rock, which is the country rock being a metamorphic

7   silica-rich rock or gneiss; and some of the metamorphic

8   texture remains, and you have some prismatic classic

9   amphiboles and then outward to the unaltered gneiss on

10  the opposite side of the system.  So you're getting

11  this silica sourced by the country rock and the

12  magnesium clearly sourced by the ultramafic rock, and

13  it's a complex system that occurred under very high

14  heat and pressure.

15           But the good news, not all talc is created

16  equal.  There are another type of talc deposit.  These

17  are formed like the upward circulation of hot silica-

18  rich fluids that are heated by igneous intrusion that

19  lies at depth.  It's not coming in direct contact with

20  the host rock, and these can form very large talc

21  deposits by the massive replacement of that dolostone

22  and magnesium-rich marble; and in this system no

Page 26

1    amphiboles or serpentine are created.  And they're

2    relatively simple reaction on a stone, like, again,

3    heated silica -- or heated fluids would carry silica,

4    forming talc calcite and carbon dioxide.

5            This is a very cartoonish depiction of that,

6    but you have the magma rising through the crust heating

7    any fluids, core fluids or even if groundwaters exist

8    in the system.  The black lines representing fault and

9    fracture systems which surely help to plum the heated

10   waters upward through silica-rich metamorphic sedentary

11   rocks that can provide the silica and then massively

12   replacing parts of the magnesium-rich marble above.

13   The edges of the deposit can have considerable quarts,

14   calcite, and dolomite, and pockets within the talc

15   body; but for much of the talc body, more than 90

16   percent of it is platy talc.  There's a -- of --

17   deposits of this type in a quarter -- we're in

18   southwestern Montana -- are very large deposits, and

19   these may be -- this may -- probably represents the

20   largest talc district mill in the United States; and

21   they all form from the replacement of those dolomitic

22   marbles, intrusions at depth; and this includes the

Page 27

1    Treasure Mines and the Regal Mines of Barrett Minerals

2    and the Yellowstone Mine of Imerys.

3          This slide and the next I credit to Childs

4    Geoscience, consulted out of Bozeman, who published one

5    of his PowerPoint presentations.  This is a generalized

6    geologic map of the Yellowstone Mine area, the

7    Yellowstone deposit.  The blue being the marbles that

8    have been replaced.  The red is the talc -- the talc or

9    body which is about a half a mile in length north and

10   south, and all the black lines being fault systems

11   which surely helped plumb the -- in the plumbing system

12   for the heated silica-rich fluids that moved up and

13   invaded and replaced the dolomite.

14         That Burlington northern pit up at the north

15   was another large talc deposit mined many years ago,

16   and that pit has been reclaimed.

17         The Yellowstone talc mine itself, it's very

18   large.  It's the largest known talc deposit in the

19   United States.  I'm not here -- I want to make it

20   clear, I'm not here to endorse the deposits of

21   southwest Montana.  I'm just making the point that not

22   all talc deposits are created equal.  Some can lack

Page 28

1    amphiboles we plan to discuss, but it -- my work has

2    led me to show that the geologic conditions that came

3    to form the talc deposit directly impact whether

4    amphiboles or serpentine, in one case, exist at all to

5    discuss.

6           And as a lead into Greg's talk, again, I want

7    to emphasize that even within one talc district, or even

8    within one talc deposit, you can get a wide range of

9    mineral morphologies; and these may not be obvious or

10   visible without microbeam analysis.  So I think we need

11   to -- well, this will be discussed all day long

12   hereafter; but there will -- to get down to the scales

13   that clearly show this variation, it may require things

14   beyond standard microscope work.

15          And with that, thank you for your time; and

16   hope we can -- well, you'll hear a lot more in

17   discussion today about -- that led to the

18   identification of this type of variation.  Thank you.

19          (Applause)

20          CATHERINE SHEEHAN:  Thank you, Brad.

21          I think we can move along and get Greg up, and

22   then we have time for Q&A.

Page 29

1          So introducing Greg, he's a research scientist

2     specializing in the characterization of fibers and

3     asbestiform minerals.  Greg worked as a mineralogist

4     and geologist in the U.S. Geological Survey for 23

5     years before his retirement from federal service; and

6     in 2009, Greg served as a member of the National

7     Academy of Science Institute of Medicine Committee to

8     review the NIOSH program for asbestos research.

9          Greg, thank you.

10          GREGORY MEEKER:  Good morning.  Catherine,

11     thank you for the introduction.

12          I'd like to thank JIFSAN for inviting me here

13     today to give this talk.  It's good to be back in the

14     mix.  I've been retired now for six years and enjoying

15     it, but it's good to see a lot of my old friends here.

16          I want to put up this -- oh, and Nora --I want

17     to thank Nora so much for all the hard work she's done.

18     She's really put this together, and thank you very much.

19     I never see her in the room.

20          I guess I need to put up this disclosure here.

21     I have done a little bit of consulting since I retired

22     from USGS, but mostly I've been enjoying summers in

Page 30

1    Colorado and winters in Florida.

2            So the question today is:  Has anything really

3    changed in the last 15 years?  And I chose 15 years

4    because I'm going to use a presentation that was put

5    out 15 years ago, and I think we're still having some

6    of the same arguments today that we were then.

7            This is going back a little farther to 1981.

8    Well-known and important mineralogists from University

9    of Minnesota, and he wrote a paper, and he wanted to --

10   said, "Asbestos is one of the most durable [sic]

11   industrial minerals because it possesses an unusual

12   combination of exploitable properties, such as long

13   fibrous shape, high tensile strength, and flexibility,

14   both thermo and electric conductivity, high absorbency,

15   high chemical and mechanical durability and

16   incombustibility."  And then he says, "Ironically,

17   industrial desirable properties of asbestos also appear

18   to be responsible for carcinogenicity."

19           I'm gonna come back to this at the end of the

20   talk, but I just wanted to put that out at the

21   beginning because it -- I think it kind of frames the

22   whole discussion.

1          So I think the questions for us here today --

2     it was hard for me to know quite what to talk about,

3     but I -- is it possible to protect human health without

4     regulating everything?  Is regulated asbestos the only

5     health hazard?  Is commercial-grade asbestos the only

6     health hazard?  Not necessarily the same thing.  And

7     what have we learned over the last 15 years about

8     asbestiform and related minerals?  Most important

9     question is:  What does the human lung or the human

10    body know about all of this?

11         Now, traditional analytical methods may not be

12    adequate for characterizing natural-occurring asbestos

13    or contaminated materials.  Most of the methods we use

14    today were developed for the analysis of commercial

15    asbestos.  It's when you've got asbestos in ceiling

16    tiles and floor tiles or asbestos in the siding and you

17    want to go in and find out if that material is still

18    there after a clearance or if workers are being exposed

19    in production.  So you're dealing with a known --

20    you're dealing with a commercial-grade material, and

21    the methods -- most of them -- were developed to look

22    at that -- the EPA 600, an analysis of asbestos in

Page 32

1    building materials.

2          There are very -- there's so much nomenclature

3    and definition -- issues with definitions to talk about

4    that we could have a meeting like this for two weeks

5    and just begin to get into the issues, so it's -- one

6    of the issues is the name of an amphibole and how well

7    can we identify an amphibole.  Some are listed in the

8    ranks, others are not.  Actinolite and tremolite are

9    listed in the government regulations;

10   magnesiohornblende is not; richterite is not; winchite

11   is not; and the analytical methods we have to identify

12   these different amphiboles, because they're based on

13   chemistry, is -- it's not easy to do.

14         And this is an electron probe microanalysis of

15   a -- probably an actinolite particle, and it was done

16   in an electron microprobe on a bulk sample -- polished

17   bulk sample.  It's probably the most accurate chemical

18   analysis you can get on a micron or two micron spot,

19   and according to Leake, if you look at this --

20         MAN:  I can't see it.

21         GREGORY MEEKER:  -- the pointer -- if you look

22   at the diamond right here, if you use the method in

Main Session                                    November 28, 2018

Page 33

1    Leake 97 to identify what this mineral is, you get that

2    point right on the line between actinolite and

3    magnesium -- magnesiohornblende.  If you change the way

4    you calculate the analysis, if, for instance, you use

5    all ferric iron, or all ferrous iron, to make the

6    calculation, because an instrument cannot tell the

7    difference, you could end up with a point up here or a

8    point down here and other ways of calculating the

9    analysis will fall in between these two lines.

10          So the point is that even the best analysis

11   you can get on a very tiny spot does not -- you've got

12   air barns (ph) here.  You don't really know if you're

13   looking at actinolite or magnesium --

14   magnesiohornblende.

15          I'm not gonna talk anymore about chemistry

16   because I think the issue here today is morphology, and

17   that's because the amphiboles that you find in talc are

18   fairly easy to identify chemically on a TEM with

19   crystal structure.  So the chemistry is not as big an

20   issue with the -- usually with the minerals you find in

21   talc, except for the -- the few that Brad talked about

22   -- the richterites and winchites.

1          So let's talk about morphology.  Traditional

2     thinking, I think, uses an in-member (ph) approach.

3     In-member is a term that enterologists are familiar

4     with.  It's an in-member approach with no solid

5     solution, which means you either have one solution at

6     one end and the other and nothing in between.  I think

7     this is a way to look at it is stove piping.  So you

8     either have commercial-grade asbestos over here or you

9     have everything else, which really, over the last about

10    30 years, have incorrectly been termed "cleavage

11    fragments."  Some of them are; some of them are not;

12    but it's just all been kind of dumped into this one bin

13    that everyone seems to call cleavage fragments.  So

14    it's either the bad stuff -- whoops.  Sorry.  It's

15    either the bad stuff over here on the right or the

16    stuff that doesn't hurt you on the left.

17          Well, there are a lot of definitions for

18    cleavage fragments; and I mean, I can't read all of

19    this, but they're really all saying the same thing.

20    And the summary, I think, is that cleavage fragment is

21    not any particle that does not meet some specific

22    definition of asbestos, and there are a lot of

Page 35

1    definitions of asbestos also.  Cleavage particles must

2    be particles broken from larger crystal, along specific

3    crystallographic point.  So it's not only a broken

4    particle, it's broken in a certain way related to the

5    crystal structure in the mineral.

6            EMP.  Why people don't like the term "EMP."

7    EMP is a general term for any elongate mineral

8    particle.  It could be a cleavage particle.  It could

9    be an acicular crystal.  It could be an asbestiform

10   particle.  The term was meant to be used for research,

11   not for regulation.

12           Cleavage fragments, over the years, in my

13   opinion, have become the proverbial get-out-of-jail-

14   free card; and that's due to misuse and

15   misunderstanding of the terms: asbestos, asbestiform,

16   cleavage fragment, and a whole bunch of others.  The

17   term "EMP" is not meant to be used in place of specific

18   mineralogical nomenclature when the correct terms are

19   known and when they are properly used.  A lot of these

20   terms are misused, and that's a problem.

21           I want to go into this presentation.  I think

22   at least one of the primary authors is here, Ann Wylie.

1    I don't know if Kelly Bailey is here, but I want to use

2    this.  There's a lot of good information in here.  I

3    want to say that at the beginning, and there's a lot of

4    good health information that I'm not going to get into;

5    and we need another meeting like this to deal with

6    that, but I want to use this to illustrate some of the

7    points that I feel important.

8            The introduction says, "Despite this

9    attention, a clear understanding of what asbestos

10   actually is remains a source of confusion to many," and

11   that's very true; but that's also talking about

12   commercial-grade asbestos.  "No federal regulatory

13   agency treats elongated nonasbestiform particles as

14   asbestos, yet some in the regulatory and health

15   community believe they should.  These individuals

16   mistakenly believe that the essential differences

17   between nonasbestiform minerals and asbestos is not

18   significant," and that's getting back to the first

19   slide I showed from Zoltai from 1981.  And I think a

20   lot of people here would agree with this, and I think

21   there are a lot of people who would not.

22           "Health researchers who fail to understand

1    these differences can assign and have attributed the

2    carcinogist -- carcinogenic" -- excuse me -- "effects

3    of asbestos exposure to nonasbestiform minerals."

4            And so here is an example from that

5    presentation showing what asbestos should look like,

6    and again, I think this is a good example of good

7    quality commercial-grade asbestos, particularly

8    serpentine; but it says the single most important

9    morphological characteristic of the asbestiform habit

10   is the fibrous polyfilamentous characteristic.

11           This is an example that I think shows what

12   that drawing -- previous drawing was trying to show.

13   You can see these features -- very thin fibers,

14   parallels, maybe some curvature there.  This is

15   tremolite from Death Valley.  I think Brad had this

16   image or took this image.  It's from the USGS website -

17   - on the microprobe website.

18           This is the diagram showing the nonasbestiform

19   particles, and nonasbestiform crystal growth tend not

20   to grow -- excuse me -- not to grow with parallel

21   alignment.  They form multidirectional growth patterns

22   instead.  I guess they're saying that crystals are

1    strong, but crystals grow in a cluster like that.  And

2    then it says that when pressure is applied, they easily

3    break apart and form the particles that you see over on

4    the right with stair-steps on the surface and -- so if

5    we tried to find one that looked like this, maybe this

6    one would be a good example.  This is an amphibole

7    particle.  The -- let me get this pointer.  You can see

8    these stair-step patterns on the edge.  Maybe if we

9    look a little closer, I think this looks very much like

10   this guy over on the right here; but you've got these

11   steps on the side, kind of a flat top.  Things look

12   like they might be breaking off or partially broken off

13   on the side.

14          So what is this that we're looking at?  This

15   is UICC crocidolite, and you know what?  Ore mag looks

16   like this.  There are a lot of particles that look like

17   this, and maybe some people would call those cleavage

18   fragments, and then here's the particle we looked at

19   earlier.

20          Another publication that came out in '77 from

21   the Bureau of Mines.  This one's showing massive

22   anthophyllite here and massive actinolite over here and

Page 39

1    then saying that this is not asbestos.  Anthophyllite

2    asbestos looks like this.  Actinolite asbestos looks

3    like this.

4            I'd like to show you some other images of a

5    similar theme.  Here's a massive gem part richterite.

6    This sample is very hard.  If you hit it with a hammer,

7    it will crack.  You can't just peel it apart like we

8    used to do in mineralogy class decades ago.  And then if

9    you look at -- down here there's some little particles,

10   and if you look at those particles, if you can just kind

11   of brush off the surface, that's what they'd look like.

12           Here's another one.  El Dorado Hills tremolite.

13   Again, it's a massive-looking rock here. Hit it with a

14   hammer, it's hard, it will crack; but it sheds

15   particles, and this is what those particles look like

16   under the SEM.

17           Here's Libby.  This is a very hard rock.  I

18   spent a lot of time beating on these rocks.  (Audience

19   laughs.)  And believe me, they are hard, and -- but this

20   stuff just flakes off the surface.  If you look at it

21   under the microscope, that's what you get.  This is

22

Page 40

1    from USGS publication on El Dorado Hills from 2006.

2    And this curve on the left is from camera 77 showing

3    the aspect ratio versus frequency for particles that

4    they classified as cleavage fragments, and you can see

5    they're all down here with a very low aspect ratio.

6            They also did asbestos particles.  I can't

7    remember what they used, but this curve for asbestos is

8    hard to see; and I apologize, but if you follow the

9    pointer, it goes way out here, and the aspect ratios

10   can be very high.

11           Well, the material from El Dorado Hills,

12   California, falls in between.  It's not here, and it's

13   not under this -- similar to this asbestos curve.  It's

14   in between.  These are not from a single deposit.

15   These are particles that were gathered over a wide area

16   that come from a range of sources, but still, they're

17   in the dust that people are breathing in the park in El

18   Dorado Hills.

19           This is Libby showing kind of the same thing.

20   There's asbestiform material.  There's stuff pretty

21   much everybody would call cleavage fragments, a lot of

22   stuff in between.  Here's the asbestiform cleavage

Page 41

1    fragments, but I've looked at a lot of this material,

2    and most of it looks like this.  What do you call that?

3           Again, here's another Libby particle.  It's

4    got a little bit of everything.  There's very long,

5    very thin things breaking off up here.  There are

6    things breaking off that look like cleavage fragments.

7    Top of the slab, you've got structures like you see

8    here.  What do you say about this?  I say it's very

9    difficult to say what this is, but I think a lot of

10   people here would agree that there are hazardous

11   particles here.

12           AUDIENCE MEMBER 4:  It's not respirable.

13           GREGORY MEEKER:  Pardon me?

14           AUDIENCE MEMBER 4:  The particle you showed is

15   not respirable.

16           GREGORY MEEKER:  This big one isn't, but this

17   one over here, which looks like it's fallen over, it

18   is.

19           AUDIENCE MEMBER 4:  I understand.  Yes.

20           GREGORY MEEKER:  So for years the toxicity of

21   asbestos has been attributed to the special properties

22   of commercial-grade asbestos -- tensile strength --

Page 42

1    when aspect ratio, curvature, and chemistry of these

2    properties really only by an aspect ratio have been

3    clearly demonstrating to correlate with toxicity.

4              We're working on this instrument now, and I

5    hope to get it operational soon.  (Audience laughs.)

6              So let's go back to that Zoltai paper, and

7    this has been referenced numerous times over the years

8    by many, many people; and we already looked at the

9    first page, and this is a very long paper.  It's 39-

10   pages long.  So when I first found this, I thought, oh,

11   great, this is really gonna explain the difference

12   between asbestiform and nonasbestiform particles.

13   Well, you read the paper, and 39 pages later, this is

14   all that is said -- (audience laughs) -- in that paper

15   about the difference between why you need those

16   properties for toxicity.  That's the end of the paper.

17   It references this Stanton and Layard.  It's the NBS

18   special publication 506.  And you go to heating, there's

19   nothing here either.  I mean, this is all you get.  If

20   you heat it up high enough, it's not as toxic.

21             AUDIENCE MEMBER 5:  It's not asbestos then.

22   It's another mineral.

1          GREGORY MEEKER:  That's right.  So here's the

2    slide I stole from Aubrey Miller.  I think it kind of

3    sums up what we're talking about here.  You've got the

4    total respirable material.  You've got the regulated

5    asbestiform material here, and then you've got all this

6    other stuff that's not regulated.  It's not commercial-

7    grade asbestos.  What do you do with it?A lot of people

8    believe that -- this and that and so can any doctor or

9    toxicologist but believe that these things here are a

10   problem.  What does the lung know?What does the body

11   know?  I think that's the real question we're dealing

12   with here, and I think as we move forward in any kind of

13   effort to put together a statement or a summary for

14   this, we have to keep this in mind.

15

16          So that's all I have.  Thank you very much.

17          (Applause)

18          CATHERINE SHEEHAN:  So next up I would like to

19   introduce professor Martin Rutstein.  He's a retired

20   professor of mineralogy, teaching and research

21   interests in: mineralogy, metamorphic petrology,

22   optical mineralogy and environmental geology,

Page 44

1   especially particulates and toxic chemicals; and

2   presently co-chairs the U.S. Pharmacopeia Expert Panel

3   on talc and asbestos in pharmaceuticals and is an

4   expert witness in state and federal courts on asbestos

5   and lead-based paints, so --

6           MARTIN RUTSTEIN:  I guess I don't get to go

7   for a bathroom break.  (Audience laughs.)  That's a lot

8   to ask for.  Let me just set the timer.  Are we ready?

9           It's -- no, like this.  We're just saying.  I

10  know where the mic is.

11          CATHERINE SHEEHAN:  Okay.

12          MARTIN RUTSTEIN:  There's going to be a -- she

13  got me all set.  We'll go back to that.  Okay.

14          When I got the call, "Would you talk?  Would

15  you like to talk?" oh, yeah.  Sure, I would love to

16  talk.  (Audience laughs.)  They said, "This is what

17  you're going to talk about," four things, which

18  injected a tremendous --

19          You gonna fix this thing?

20          -- which injected --

21          TIM:  Yes.

22          (Background noise)

1          TIM:  Will you test it?

2          MARTIN RUTSTEIN:  Okay.

3          MAN:  Sure.

4          TIM:  All right.

5          MARTIN RUTSTEIN:  Here we are.  Okay.

6          Which injected, immediately, controversy over

7     limitations, damages.  Mickey was beside himself.  If

8     you're there, Mickey, on the webinar, ha-ha-ha.

9     (Audience laughs.)  I took -- I listened, to you

10    honest.

11         So I'll tell you how I picked the topics.  I

12    didn't even know who I'd be talking to.  It started

13    off, is it going to be done with regulators?  Would it

14    be people who are wizards in this?  Some division -- I

15    had no idea.  It wasn't until just a few days ago that

16    I finally got a handle on who would be in the audience.

17    I've been working on this for some time.  I think I've

18    tailored it in a way that you'll all get something out

19    of it.

20         My life has largely been teaching students and

21    also out in the real world where somebody does

22    something about asbestos, in terms of containment.  I

1    dare say to Brad, I probably spent more time in

2    containment than him and anybody in this room.  It's a

3    different world out there from the laboratory.  I also

4    headed up a NVLAP/ELAP lab, so I know my way around a

5    laboratory.

6           So how do we measure and characterize the

7    elongated stump?  Before Brad jumps up and down on this

8    one, we never use "elongated."  Beat that into him. It's

9    elongate particles.  So we're really looking at these

10   things that are longer, and let's talk -- I'll talk

11   about those.  I've got a lot of stuff to do, a short

12   time to do it, so let's get on it.

13          First, there's some really smart people that

14   I've had the honor to work with -- the USP panel.  The

15   first one, I put it on the reference list, the first

16   stimuli article.  It's really worth looking at.  Five

17   years of heavy intense work from really bright people.

18          The second panel, many of you are here.  I

19   thank you.  It's because of you if I seem further, it's

20   because I've stood on their shoulders; and some of them

21   people are so darn smart when it comes to analytical

22   work that I find it scary, and they were fortunate.

Page 47

1    They have some of the best instrumentation going.  I'm

2    talking as an individual, not on behalf of USP.  They

3    drill into us every meeting we have that the meetings

4    are confidential, they're works in progress, it's where

5    we're going; and I think probably three years into this

6    -- or two and a half years -- and were able to get a

7    stimuli article on methodology published.  At the

8    beginning I said we had a certain amount of time to do

9    it in.

10           Okay.  Their idea, the first one.

11   Mineralogists, it's like the cowboys and the cow have

12   been in this sprint for decades on whose language,

13   whose words we use.  There are thousands of minerals,

14   and mineralogists have their own cult, in terms of

15   understanding the words we use and then often not the

16   same that the regulatory community uses or that

17   biologists use.

18           We go at minerals to identify them, and we

19   characterize them.  We do it on the basis of structure

20   and composition.  And probably, if you're interested in

21   this two-page summary from Micky's and Gabby Diers's

22   (ph) book, 2008, it's posted as a reference;

Page 48

1    and it's really worth reading if you want to understand

2    the side of the geological and mineralogical community.

3    Not all of them.  We all differ.  We disagree.  We

4    argue.  It's a pretty good summary on how we identify

5    minerals.

6              However, asbestos is also defined as the

7    regulatory six.  We all know those.  We dream about

8    them.  We eat, sleep and -- we know them so well.  I

9    like the sum that Brad just did on -- or Greg did on

10   the chemistry.  In one version of this presentation, I

11   got over 50 tremolite mineralogical cousins based upon

12   the Leake classification -- name after name after name

13   after name, and it really is messy.

14             We have the regulated six, and I'm working off

15   those.  That's what's in the regulations that we have

16   to live with -- chemistry and usage, also shape and

17   size.  The standard five microns long, bla, bla, for

18   the long asbestos fibers.  You don't regulate the short

19   asbestos fibers, but they're out there.  They're at one

20   end, and then we've got the cleavage fragments at the

21   other end and this EMP thing that we'll talk -- I'll

22   talk about in a little bit too.

Page 49

1          We also define asbestos medically and

2    bioreactivity.  I've come a long way over the decades.

3    I've looked at this.  I did my first asbestos

4    inspection in 1972, before many of your parents were

5    even born.  I looked at this stuff in the field, I've

6    look at it in the lab, and more and more I'm evolving

7    toward:  What's respirable?  What gets into the body?

8    What can cause harm?  But we have to live within the

9    rules of what's regulated.

10          We also have this characteristic of a motion.

11   I can empty a building by saying, "Asbestos is falling

12   down from the ceiling."  People have been convinced --

13   it's almost a religious thing, good versus evil --

14   asbestos is bad.  There's very little debate out in the

15   public area, and I think that one of reasons the jury,

16   say, in St. Louis are coming down so hard against

17   Johnson & Johnson is because they hear the word

18   "asbestos" and right away the bell goes off -- bad,

19   death, evil, punish somebody.

20          I put together these several pictures of

21   different materials: talc ore; talc powder, the

22   products; and then, from Brad, some of the stuff from

Page 50

1    Death Valley; and the calcium amphiboles.  In 2007,

2    Dodson came up with 30 different analytical methods for

3    asbestos.  The number's even larger now.  If you do a

4    search and you spend the time -- is Ella (ph) here?

5    Ella, is she at break?

6              AUDIENCE MEMBER 6:  Yes.

7              MARTIN RUTSTEIN:  Thank her.  You know, you

8    put together that list on the definition of "pride."

9    It was you, wasn't it?  Or was it Lee (ph).  It was

10   Lee.  Sorry, Lee.

11             AUDIENCE MEMBER 6:  Go get after him.

12             MARTIN RUTSTEIN:  Get after him for all of us.

13   (Audience laughs.)

14             But the list goes on.  Hey, I got -- Friday

15   one person says, "Well, I've got asbestos."  Another

16   person says, "I don't have asbestos."  They used two

17   different methods, and they're not communicating; and I

18   hope to convince you that that's one of the really

19   important goals that we have to come up with is a

20   definition that we agree on.

21             The big issues, as I see it, are these

22   elongate particles, the so-called EMPs: talc,

Page 51

1    tremolite, anthophyllite.  Chrysotile, I worry less

2    about because I think it's so easily identifiable.  I

3    can just put it on the side.

4         I don't even put actinolite up because I think

5    that's just a slightly ironness tremolite.  There's

6    also a lot of other minerals, especially sepiolite; and

7    one of Mickey's grad students, Marian Buzon, finds

8    really neat fibrous sepiolite in some of the Montana

9    mines which could mimic talc, which would mimic, maybe,

10   anthophyllite.

11        The three categories of materials: the

12   cleavage fragments, from a mineralogist, they're broken

13   crystals.  They start as big things and you break them,

14   it's a cleavage fragment.  How do we break them?  A

15   plate or weakness.  That's all another source.  It's

16   just a broken fragment.  The shape, acircular and

17   prismatic.  They're just shapes.  We used to talk about

18   them as just a morphology.  That was a generalization:

19   tall, short, fat -- I guess it's fat shape -- thin,

20   whatever.  Thin shape is so much later, but they're

21   just general terms, and they've taken on to some as

22   very important regulatory criteria.  Talc (inaudible).

1           Then there's asbestiform minerals, fibers

2    formed by crystal growth.  I won't even touch getting

3    into the finding of fiber.  There are dozens of

4    different definitions of that all depending upon the

5    method that is being used.

6           So we've got to worry about cleavage, shape,

7    and asbestiform materials.  I've stopped talking about

8    asbestiform talc, fibrous talc, because the word

9    "asbestiform" immediately connotates something really

10   bad and regulatable.

11          A couple of time symbols.  What you see

12   depends upon what you're looking from.  There's a human

13   bias on this.  It's real.  This is very important.  I

14   call it environmental outcome.  If you change the way

15   you look at things, the things you look at change.

16   It's one thing to have it in hand sample where we can

17   identify it; it's another thing to go through the

18   microscope, another thing to go in an electron

19   microscopy.  Pretty soon you've got really good

20   measurements at both ends of the spectrum but you're

21   coming up with very different answers.  What we find in

22   most rocks is something elongated.  It just happens,

Case 3:16-md-02738-MAS-RLS   Document 10042-5 . Filed 06/17/19   Page 54 of 281 PageID: 83319
Main Session                                    November 28, 2018

Page 53

1    the way it breaks.  So it's a level of how much of

2    something is something of concern.

3            Take a look at doctor's papers and Mary's (ph)

4    papers, especially sepiolite on that one.  He

5    summarizes in a pre-notation to SME 2016 all the

6    different deposits, and one of the things you should

7    recognize is that the three categories: the regional

8    metamorphic, the ultrabasic, and the -- the basic, the

9    metamorphic and the --

10           AUDIENCE MEMBER 6:  (Inaudible).

11           MARTIN RUTSTEIN:  -- gabbro, the Death Valley

12   types.  Death Valley type, a single heating event.  The

13   regional metamorphic, multiple heating events changing

14   of the character of the rock and real effects are water

15   and carbon dioxide during their formation.  So it's

16   like boxing around when one mineral forms, and you

17   really have to take that into account, along with the

18   ultramafic rocks.  In Vermont, they produce raisins --

19   I mean prunes -- prunes are even a better for you now

20   that you're a senior citizen -- mixed into a dough and

21   then the dough is kneaded, and these individual masses

22   -- the prunes and the raisins -- get cooked differently

1   and they represent a different composition.  So you go

2   to one deposit and you find one thing.  You go to

3   another deposit, you find something else, and the

4   producer is mixing stuff from each deposit.

5            I thought it was critical.  I loved Gouverneur

6   Talc at one level.  They were very kind to me over the

7   years, letting me into their mines with my students;

8   but the stuff over at talc mill was very different from

9   the stuff at the iron pit; and for many years, without

10  knowing this, I think was the case, they were mixing

11  stuff in the talc fill.  I went there one year, and I

12  think -- actually, they were draining the pit; and I

13  could see fibers blowing in the breeze.  I went down

14  and said, "You really don't want to start mining that

15  stuff.  Just cover it up."  Some of the work that's

16  been done on South Hill has been through surface

17  samples.  The stuff at depth in the literature is very,

18  very different.  They were bodies that were largely

19  fibers of anthophyllite, contrary to what's on -- they

20  use mining at the surface.

21            Building materials, I think, are really

22  relatively simple.  We put the stuff in.  We have a

Page 55

1    criteria of 1 percent, which was only adopted because

2    most of the stuff is 10, 20, 30 percent asbestos.  You

3    can see it in the sample.

4             When I mentioned irrespirable, I thought of a

5    funny sketch that I was doing in school where the

6    student was sitting inside a pipe that had a magnesium

7    block filler with cristobalite; and the student was

8    spending the class time, not listening to the teacher,

9    pulling out the blue fibers and going -- (blowing) --

10   in the air.  (Blowing)  I had closed the room.  It was

11   very inadept.

12            So building materials -- I would say that

13   mineralogists, who's into asbestos, can identify a hand

14   sample easily 80 to 90 percent of the asbestos that he

15   sees just by a hand sample.  Pharmaceuticals, much more

16   complicated -- much more.  If there's anything there,

17   it wasn't put there deliberately or it was put there

18   inadvertently, and it's much smaller, and you can't

19   really see it most of the time in a hand sample.

20            So the definition of conundrums, as I

21   characterize stana (ph), are mineralogical, industrial,

22   regulatory, and legal.  We have to agree upon some

Page 56

1    method that gives us an answer that discriminates

2    asbestos from nonasbestos particles, and you heard Brad

3    and Greg pretty much address this issue.  We got these

4    things.  What are they as we start to look at them with

5    finer and finer analytical techniques?

6            Take a look, if you haven't seen it already,

7    the papers by Gordon et al. against versus R.J. Lee and

8    Drew Van Orden.  I slugged through these papers, and at

9    first, this guy is right.  This guy said, "No.  He's

10   wrong."  And this guy seems right.  This guy says, "No.

11   You're lying.  You're wrong," and it goes back and

12   forth.  Have a bottle of Advil right beside you as you

13   go through it.  (Audience laughs.)  That illustrates to

14   me some of the profound questions are trying to come up

15   with the answer for the property owner, a building

16   manager, a miner, and a government regulator.

17           So which method is best?  Go to all types or

18   tab asbestos four.  The alphabet soup, for anyone who's

19   into this -- and I'll explain one of them -- each has

20   individual and corrective advantages.  Each one is

21   unique in its own way.  Here's a -- fundamentally, in

22   geology and mineralogy we teach students to identify

Page 57

1    hand samples.  Mickey, in that chapter 19 introduction,

2    says that's really -- if I understood it right, not

3    completely adequate.  You need more sophisticated data,

4    chemistry, and structure.  I think that a large part of

5    traditional mineralogy and probably part of the core

6    arm of this disagreement with some of the regulators

7    and biologists has been that geologists will take

8    something that they know is fibers -- you can see it.

9    You can roll it between your fingers.  You can take a

10   torch or a barbecue lighter, try to burn it.  A really

11   convenient field method -- we do it all the time in the

12   field -- is to take building material, hit it with a

13   flame; and if there's something left over that we can

14   rub and ball up, it's almost certainly going to be

15   asbestos.

16            I'm looking over here at some fibrous talc.

17   It's that picture that is -- whether it's

18   anthophyllite, asbestiform going to talc, as some

19   believe, or nonasbestiform anthophyllite going to

20   asbestiform or fibrous talc, as others believe, is

21   really the heart and soul in this.  I look at this under

22   the microscope.  I look at the images that

1    others have taken with TEM, and boy, some of them really

2    walk and talk like anthophyllite being asbestiform.

3         Then there's this stereo zoom microscope.

4    Remember in '79 arguing with the people who were writing

5    the original RE's book on methods for hand sample

6    analysis building materials.  Saying, "Look at it with a

7    stereo zoom scope.  You can see so much. Even for some

8    of the talc products you can see them prismatic.  You

9    can see light coming up at you from a prismatic

10   fragment," and I am going to move more and more toward:

11   If you have anything, you're probably going to have

12   aggravation.  So maybe that's the goal is to find

13   products that don't have any amphiboles.

14        Optical microscopy.  Two major methods: the PCM

15   and the PLM.  PCM industrial site.  Their samples gave

16   us lethargy and as Dan Prey (ph) always says to me and

17   to colleagues when we're talking:  This is what's

18   regulated by Government -- the federal five, the 3 to 1.

19   PLM, this is a really useful technique from building

20   materials -- polarized light microscopy.  This one you

21   actually get some clue from structure

22

1   decomposition.  This one clearly is interference by

2   defect -- right interference defect where you just see

3   shapes.  So the way I might go with this with you is

4   that I'll march through the different methods -- PLM,

5   polarized light microscopy -- and let's talk about

6   advantages and then quote something more than

7   disadvantage.  The big thing about light microscopy,

8   PLM, it's coded.  We have rules, and it's wide spread.

9   Any lab who's doing asbestos has the PLM, and sometimes

10  they have people who have been trained with courses in

11  polarized light microscopy.  Other times we're taking a

12  shake and bake.  Unfortunately, in the geologist

13  community more and more universities are getting rid of

14  light microscopy as a course saying instead let's go to

15  the TEM, the SEM.  Let's go to more sophisticated

16  techniques because this is an old fashioned technique,

17  but boy, it really works.  It's especially good for

18  building materials.  So I give it, on the scale, a

19  really high grade.  It's up in the green.  It's a

20  pretty good technique.

21  Then instead of just disadvantages or limitations, I

22  describe it as issues along with disadvantages.  One of

1    the big criticisms on PLM has been its magnification

2    limit -- 400.  If the wind is blowing right, maybe you

3    can get up to 450 and hope you see something; but

4    there's really anything to me beyond 3'-350 you go

5    easily in the wind.  However, that quantification is

6    improvable by techniques such as sieving quality

7    nitration and you can probably -- as someone told me,

8    they can get down to a detection with 100 parts per

9    billion on polarized light microscopy which is really

10   pretty good because 100 ppm or something probably

11   doesn't have a whole big effect on human health.  At

12   least I would gladly be exposed to 100 ppm if I had to.

13   It just doesn't concern me when I look at the

14   regulatory limits of what we can have in an industrial

15   workplace.

16        So I'm not going to talk about all these

17   things.  Look at them.  I showed them to you.  There on

18   the notes that I posted, and if you're into PLM, we can

19   talk about these at great length; but the big thing to

20   me are the disadvantages -- its supposed limitation.  So

21   I give it not so good a score.  This is Dancing with

22   the Stars kind of thing.  You moving over but you can

Page 61

1    correctly bring it back if you do this.

2            Then we get to high-tech instrumentation or

3    the stuff that's out there now and clearly unamazing.

4    We have x-ray diffraction from structural fingerprint,

5    and we have electron microscopy that will give us

6    structure and chemical analysis all of which has to be

7    done right.  The advantages are extra.  It's fast.  I'm

8    getting -- I'm trying to convince Carlisa (ph).  The

9    minute you get a sample in, the first things you do is

10   look at a PLM and while you're looking up there trying

11   to make up your mind, do a scan, do an XRD scan of a

12   certain portion of the spectrum -- of the angular

13   region of interest and look at both of these states

14   together.

15           So it's fast.  It gives you gross ID.  You get

16   much of the minerals that are present, and you can

17   improve it again by concentrating the sample and

18   adjusting the scan speed.  So we'll give it a good

19   grade from XRD.

20           The disadvantages, there's a lot of

21   aggravation if you have an X-ray machine: radiation

22   protocols, you need to the calibrate the machine to the

Page 62

1   standards, etc., and it gives you very poor shape

2   information.  Back when the pre hero rules were being

3   written, X-ray was really omitted.  Why?  Because it

4   didn't tell you anything about shape, so people just

5   pushed it aside, and it lost a lot of its relevance.  I

6   think it's coming back now because it gives you a quick

7   answer in the case of talcs over whether there are

8   other minerals concerning them.

9           The two issues that I'll talk about are

10  overactive beats and detection levels, and they are

11  really both the same which will allow us to raise the

12  negative score to something that's better.

13          So here is a measuring fractured scale taken

14  at (inaudible), and the critical point is right about

15  here.  There's an amphibole at 2 degrees -- two

16  category, 2 degrees to fail, and it's very hard to see

17  because the talc peak is masking it.  So the way you

18  can get around that is just to do a slow scan -- the

19  talc peak stands out and the amphibole peak right here

20  on the shoulder is identifiable at 10.2.  So you can

21  see if you've got amphibole in your system, but right

22  away we've got two techniques that work very, very

Page 63

1    quickly and independently of one another: the PLM to

2    see whether you have any fibers.  You push it in and

3    out when you measure and the inside (inaudible), and if

4    you've got amphiboles, they know you have aggravations.

5    Then you can immediately decide:  How far do I push the

6    envelope on this before rejecting the material as a

7    product?

8            SEM.  SEM is another one that is our very

9    history.  When we first started in the '70s looking at

10   this, people loved SEM.  It was a great machine.  You

11   could see the shape beautifully.  You could get

12   analytical information, and I gave it a high score.

13   However, SEM, because it had no structural capability,

14   when AHERA came out, it was pushed to the side because

15   AHERA and TEM.  TEM was perceived gold standard. That's

16   the one we should use.  So I don't argue that SEM has a

17   very important place just seeing what's actually in

18   there.  It's just increasing the magnification from

19   PLM, and you get a quick answer if you have any fibers

20   or elongate mineral particles.  So the negative score

21   is because the perceived conflict with TEM under a

22   hill.

1           TEM.  We can get great prevention from

2    morphology, chemistry, and structure.  We distinguish

3    the amphiboles species if done right, and it's perceived

4    as the AHERA gold standard.  Remember that TEM, under a

5    hill, was designed for asbestos abatement or remediation

6    projects.  It was designed to look at the particles that

7    would be left over, if at all, in the air from the

8    removal of asbestos.  It didn't open up the water to

9    look at any EMP.  The rules were codified to look for

10   residual asbestos to signify that the cleanup was not

11   going accurately.  So it has a really good story.

12   However, there were disadvantages too.  And the

13   disadvantages are endurance of the interpretation of the

14   shapes.  You saw that a few moments ago with the tossup

15   thing.  What is this elongate thing?  The population, is

16   it detected?  Is it confirmed?  What does milling do to

17   it?  How do you change it from the product as it was put

18   out for sale versus what we do in the laboratory?  And

19   very importantly, this talc versus anthophyllite -- that

20   kinky talc.  I wanted to get up here with red kinky

21   boots to put up there, but I thought that would be

22

Page 65

1    pushing the issue too much.

2            Kinky talc is twisted talc.  And there's a

3    reference that I will call to your attention.  I don't

4    have it here.  There's a reference that I will call to

5    your attention in a few moments by Jim Millette where in

6    his last -- the last page of it, he defaults on twisted

7    talc 25.  I think this is a real concern, and it's

8    generated a lot of controversy between people who agree

9    with him, people who don't agree with him. So let's look

10   at that one.

11           If you have a single fiber or just two fibers,

12   how many fibers are too many?  How many fibers are

13   acceptable?  How do we deal with just a few fibers

14   compared to looking at something you can hold in your

15   hand and you know it is definitely asbestos because you

16   can look at all the classical products.  It's likely to

17   be asbestos on the basis of these factors.  The aspect

18   ratio, whether it's 3 to 1 -- which I don't like, but I

19   understand it.  Going out as the others shown, you

20   really need 20 to 1 or greater.  You need a large

21   population.  You can't just look at one.

22           Now, in a PLM, you've got a whole bunch of

Page 66

1    fibers, a whole field of viewers.  We're on step.  It's

2    just not a problem.  If you're looking at otomicroscopy

3    then we have a few fibers down here, then it becomes an

4    issue.  The geometry, the power of size, determination,

5    the end; and some of these come down to just judgment,

6    as you saw -- as I mentioned a few moments ago.  Truly

7    a judgment on whether it's a cleavage fragment, whether

8    it's asbestiform.

9         And then there's nomenclature.  Nobody saw

10   leaky at all with the multiple divisions are amphibole

11   nomenclature.  We have so many things out there in

12   nature and rocks that would fit as being cousins to

13   tremolite or even some of the amosite minerals, but

14   I'll stay with tremolite because -- and anthophyllite

15   because we're into calcium-rich systems.

16        Litigation is driving a large part of this.

17   The realities to me seems to be that if you got law

18   cases being won with huge sums of money being awarded,

19   people will start to say, you know, I'm gonna get in on

20   the business -- like bad people.  John?  (Audience

21   laughs.) But you know, they're going down the road

22   saying, "This is what I asked to show," and sometimes

Page 67

1    the evidence gets interpreted based upon pride and

2    reception.  We scientists like to think we're pure and

3    good, but sometimes bias does creep into it.

4              The chemistry issues and -- the reason for the

5    crazy fuzziness there is that they switched them back

6    from PC.  If you look at anthophyllite talc and

7    tremolite, tremolite is really easily distinguishable

8    because it has calcium.  Calcium is a talc and

9    anthophyllite is infinitive.  You've got all this

10   calcium.  So if you're seeing calcium on the spectrum,

11   you can be pretty sure that it's going to be tremolite

12   if it fits the other criteria.  Anthophyllite and talc,

13   however, are a little bit of a problem.  The ratio

14   between calcium and magnesium for both of these is

15   very, very similar.  So there are some talcs which

16   could appear both logically like anthophyllite and the

17   chemistry seems to be the same, and this was the

18   problem that I saw with Merlet.  So it takes real work

19   to distinguish anthophyllite from talc.

20             Take a look, if you're at all plugged into

21   this.  It's only to read a paragraph on -- let's --

22   page 17, fibers with kinks.  That if it has this

Page 68

1    twisted characteristic -- and Garret's arm is showing

2    you a lot of pictures of twisted fiber.  We're calling

3    it -- he's calling them "rivets," and they twist; and

4    if you look at them, they can turn out to have a

5    different interpretation unless you connect the dots

6    right.  So the issue is this 5.27, 5.27, 5.28

7    dimension.

8              In a deposition once I got hammered by a

9    lawyer saying, "What about the 5.28?"  5.3 I think is

10   what he was saying.  It's required to be able to

11   identify the asbestos, and that's down 5.3.  I know.  I

12   said so.  "I really don't know what you're talking

13   about."  (Audience laughs.)  And he went back and

14   looked it up and scope with a gun to about this long in

15   back.  "What type of now?"  It was like a golden eagle

16   on this --

17             AUDIENCE MEMBER 7:  It's as easy as ABC,

18   right?  (Audience laughs.)

19             MARTIN RUTSTEIN:  Yeah, ABC.  Easiest -- and

20   the ABC, by the way, of the dimensions.  We don't talk

21   about knock down sideways.  We talk about ABC unless we

22   go into reciprocal space, and then it's XYZ, but you

1    guys -- you don't have no problem here.

2            So it's how you connect the dots in this

3    twists talc, and it's not always correct to use just

4    the 5.27.  On this part too, here's a crystal

5    structure.  You'll get a tab, and here's one of

6    anthophyllite and tremolite.

7            (Phone ringing.)

8            MAN:  You're 30 minutes.

9            MARTIN RUSTEIN:  Shut up.  Go away.  Stop.

10           On talc, same dimension.  Same dimension.  So

11   you need two dimensions and one angle for the correct

12   identification.  And Matt and RJ Lee have published on

13   this one, and this will clarify if done right on largely

14   ambiguity.

15           So summary.  There are limitations and

16   advantages of a single map.  There's no one size-fits-

17   all.  What we're trying to do is prove the absence of

18   relevant amphiboles and chrysotile.  That should be the

19   overarching goal for us.  We need a full spectrum of

20   analytical tools to put together in this crossword

21   puzzle.  We need to be able to look at them with a

22   common analyte definition.  If we don't agree, on what

1    we're looking for, then the measurements become highly

2    mental.  One side is saying, "You're doing the wrong

3    thing.  Blah, blah, blah."

4          PLM will remain the primary technique, given

5    its simplicity, and part of what we're doing is to find

6    something for industry that they can really go with

7    instead of having a whole separate analytical vat.

8          I think SEM will start to come back.  SIB,

9    especially useful.  It's fast, down and dirty.  You go

10   through there with only about 5 degrees of stamp, and

11   you're getting answer about amphiboles.  TEM, likely to

12   be the ultimate tool, but only, only if we can agree on

13   the definition of making irrelevant shapes.

14         Prior to the meeting, the speaker sent in

15   questions.  I asked one question.  Can we agree on some

16   kind of definition?  And the sponsors, the conveners of

17   this, their answer was pretty much, "We don't think so,

18   not in this short time."  And if we want out of here and

19   we don't agree, then we're going to continue the debate.

20   Remember that under TEM (inaudible), you can use

21   ambiguous in a determinant.  This cartoon, three nights

22   worth, I don't know.  Throw the problem up to

1    management.  Throw the problem to those who are

2    deciding whether to use the product or not.  It may be

3    that our analytical techniques aren't good enough yet

4    to decide what these things are.  It takes it out of a

5    whole realm of aggravation.

6              So going down with guard free and our patriots

7    to the Wizard of Oz, the Emerald City as we seek the

8    perfect method and we chase after analytical zeros

9    because I can always measure it better.  I can look at

10   it smaller.  I can do better, da-da, da-da.  Make sure

11   you remember as we go to utopia, we're looking at

12   commercial progress.  We're looking at minerals and

13   they both vary in physical and chemical properties,

14   what we're trying to measure.  Watching what we did and

15   watching what we're going.  We're inheriting the wind,

16   so to speak, because I'll get you because you didn't

17   define asbestos clearly enough.  This is a joke.

18   (Audience laughs.)  We all remember the wicked witch

19   and she's out to get us, and we didn't define it right

20   because we were looking at stuff.  We were looking at

21   schools where stuff was falling down from the ceiling.

22   We were looking at building environments where workers

Page 72

1    were exposed.  You can see the clouds of asbestos in a

2    workplace, and I've been there and done that.  I

3    understand that, but I'm not so sure about these trace

4    amounts, whether they really held any flag in trying to

5    protect human health.

6            So looking back, which you get to do after you

7    get older and you go an Social Security, you get to

8    think a little bit about this life.  You can't tell how

9    deep a puddle is until you step into it.  If asbestos

10   is really as dangerous as many perceive, if it's

11   ultimately the killer rock that they are asbestos, is

12   it logical or bias that leads us to be concerned about

13   EMPs?  This is philosophical, but it's profound.  Why

14   are we looking at EMPs?  Do we have the health data?

15   Do we have evidence that this is something that should

16   be of concern?

17           When I started with this decades ago, I should

18   have paid attention to this part.  I didn't, and I got

19   trapped in asbestos muck in a mine, and I had to beg

20   for people to pull me out.  Now I look at the younger

21   people now and I say, "You got to solve this problem

22   because you've been handed really not a good plate of

1    material."  And somebody somewhere has to be able to

2    say, "Let's back up.  Let's define what it is we're

3    looking at and what we're measuring."

4            I'm urging some colleagues I'm working with

5    now to say, "This is what we're going to take, yeah."

6    Other people may disagree with that, but this is the

7    rule.  This is the regulation that we're looking at.

8            So any questions?  (Applause)  Thank you.

9            AUDIENCE MEMBER 8:  I'm new to this and

10   learned a lot.  The question I have is which of these

11   methods is quantitative?

12           MARTIN RUTSTEIN:  Quantitative?

13           AUDIENCE MEMBER 8:  Yeah, because that's --

14   you know, TMS, CM --

15           MARTIN RUTSTEIN:  They're all quantitative. You

16   can make them all quantitative.  You can make PLM easily

17   quantitative by doing point counting, looking at the

18   number particles in the field of view, whether you were

19   looking at four slides or two 400 points or 200 points

20   or 100 points.  You can quantitate very easily with

21   optical microscopy.

22           SEM, I don't think so.  TEM, it depends on the

Main Session                                        November 28, 2018

Page 74

1    number of points you count.  Do you count or do you see

2    something?  The XRD is easily quantified.  You can set

3    up standards and go with that and Gary may want to talk

4    with you.  He might be out.  Gary?  Gary has done some

5    really fine work on quantitation with metrics.

6            Anything else?  Yes, sir.

7            AUDIENCE MEMBER 9:  When you say that that's -

8    - I'm sorry.  Thank you very much for the talk and the

9    document about Canada.

10           MARTIN RUTSTEIN:  Thank you.  Hey.

11           AUDIENCE MEMBER 9:  I'm sorry?

12           MARTIN RUTSTEIN:  I was talking to me.

13           (Audience laughs.)

14           AUDIENCE MEMBER 9:  Oh, okay.  When you say

15   that TEM is essentially the world standard, PLM it will

16   probably be the primary technique, I guess the part

17   that we struggle with is that the two are not

18   necessarily looking at the same thing with both, so --

19           MARTIN RUTSTEIN:  It was PLM and what?

20           AUDIENCE MEMBER 9:  Well, using PLM while I

21   was sad for TEM.  You're not necessarily getting the

22   same results with both, so --

1              MARTIN RUTSTEIN:  Right.  Because you can't --

2      it's environmental alchemy.  It's when you change the

3      magnification, you're seeing something that it wasn't

4      before.  When you look at a hand sample, when you look

5      at the chrysotile under a back light on fedra (ph), you

6      don't see fibers.  It can be 7-meters long and you can

7      just ball it up.  If you get out of your car, you can

8      make a snow ball out of it and throw it, but when you

9      look at electron microscopy, you're only seeing

10     individual fragments, small; and I think we fail to see

11     the disconnect between the two, so we have to be very

12     careful, in my view, of how we interpret the TEM. The

13     PLM is relatively easy.

14              AUDIENCE MEMBER 9:  Well, because what we

15     found is -- one of the huge challenges that we've found

16     is something -- a sample that looks like it's really

17     out, there's no asbestos whatsoever.  You use PLM, all

18     of a sudden you see and now there's lots of it.

19              MARTIN RUTSTEIN:  And the crazy days around I

20     hear are starting.  The city of my kids, I walked in

21     New York City.  Shut down their water supply.  They

22     were taking it from the Hudson River and they said,

Main Session                                                    November 28, 2018

Page 76

1      "There's asbestos in the intake in the water."  And it

2      turned out that what they were calling asbestos in the

3      water was actually pond mar, which is no longer a

4      mineral, but it's a common tern.  It's the black

5      amphibole; and it was coming out of the iron ducts and

6      it wasn't a health hazard but they were measuring it

7      with TEM, and that's just part of the issue.  What are

8      we looking at, and is it something that we have to be

9      here starting with exposure to human health?  I think

10     that's the bottom line.  That's where I'm coming

11     around, personally, on these EMPs in terms of --

12     where's Ray?  No, I was -- when he said, "What does the

13     lung see?" I thought that was very profound.  What is

14     the body seeing on this one that makes it a problem?

15             So I -- just let me -- just get out there.

16     Mark?  Is this Mark?  Hi, Mark.  Okay.  Thank you.

17     (Applause)

18             CATHERINE SHEEHAN:  Okay, Markey.  We're doing

19     pretty good on time, so --

20             So next up is Dr. Martin Harper, and he has a

21     BS and MS in geological sciences and a PhD in

22     occupational health in the London School of Hygiene &

Page 77

1     Topical Medicine.  He's a fellow of the Royal Society

2     of Chemistry and the American Industrial Hygiene

3     Association.  He recently retired from the NIOSH after

4     completing many projects and publications related to

5     asbestos and other mineral particles, including being a

6     co-author of the NIOSH roadmap.

7              So let's get you started here.

8              MARTIN HARPER:  You know, I'm following on

9     from I would estimate to be about 100 years of

10    accumulated wisdom in the first three speakers.  So if

11    I sort of stall or stutter a little bit, it's because

12    I'm already getting the I'm-not-worthy feeling.  But,

13    yeah, again, I'd like to thank, particularly, Nora for

14    all her hard work; the JIFSAN organization for inviting

15    me; and I hope I have something worthwhile to

16    contribute.

17             As I said, most -- as I was introduced, most

18    of the work that I've done regarding asbestos --

19    practically all of it was done while I was at NIOSH,

20    but I have now retired from NIOSH, and so -- why isn't

21    this working?  All right.  So I got to put up this

22    disclaimer.  It says I am no longer speaking on behalf

Main Session                                        November 28, 2018

                                                        Page 78

1    of NIOSH or any other part of the Federal Government;

2    and also, in full disclosure, I have never participated

3    in any legal action with respect to asbestos or mineral

4    products.

5            Now, the general characterization issues, as

6    we've already heard, are the nature of some.  I mean,

7    we have so many different samples that we have to

8    analyze for asbestos or other elongate mineral

9    particles; and we're looking at those media with

10   different purposes and different requirements, and so

11   we often have to use different techniques that are

12   appropriate to coming up with the answer that they're

13   looking for; and so we need to ask questions like:  How

14   much of the sample is representative of the whole

15   sample?  So, for example, how many samples do you need

16   to take in a talc mine to establish the absence of

17   asbestos throughout the mine?  You have, you know,

18   veins of minerals that go through different properties.

19           I remember at one point I was going to look at

20   a taconite mine, and I was told, "Oh, there's a vein of

21   amosite going right through it."  "Oh, yeah, but we

22   avoid that."  Really?  Wow.  Okay.

1        And there's a lot of different laboratories

2    out there, and they don't all come up with the same

3    answer all the time.  How can we resolve that

4    variation?  When we're looking at particles, what's the

5    minimum number we need for accurate characterization?

6    And there are all kinds of issues of analytical

7    calibration, proficiency testing, and reference

8    materials; and this is all a bit of interest to me out

9    of my analytical chemistry background.  We can, again,

10    as been noted, examine materials of different levels of

11    magnification; and all of these have their own issues,

12    different purposes and, therefore, also different kinds

13    of quality assurance.

14        Looking at I4 and handlets, it's difficult

15    sometimes to characterize things in the field.  This is

16    a serpentine outcrop in California, and as you start to

17    look at it in a little more detail, you start to see

18    things that are prismatic and even fibrous up here; and

19    it's pretty clear that there's a range of morphologies

20    spanning different fibrosities.

21        So what is the appropriate sample to determine

22    asbestos component?  Because even commercially

1    exploited asbestos partially include some material that

2    might not be considered asbestiform.  So we need to

3    come up with some kind of sampling protocol.  At least

4    in the prior example you can see that some of the

5    material is composed of elongate mineral particles and

6    some receive an asbestiform, but as we've -- it's shown

7    there are rock types that you can hit with a hammer and

8    you don't necessarily know that they're composed of

9    fibers.

10          How many particles do we need to examine?

11   Well, it was reported at a Johnson conference a few

12   years ago that even though UICCB, Chrysler power

13   reference material was examined to the extent of 20,000

14   fibers, that trace tremolite and amosite could be found

15   -- tremolite at .045 percent and amosite at .003

16   percent.  Because it's a Johnson conference, I can't

17   give you a reference.  I can't tell you who said it,

18   but it was there.

19          And how many particles do we need to measure a

20   reproducible distribution?  Well, I would say the bare

21   minimum is 300, but really you need to measure about a

22   thousand particles.  It's kind of tough to do that on

Page 81

1    TEM, especially when a lot of particles actually are

2    longer than the field of view and they get outside the

3    field of view.  And for accurate chemistry?  You know,

4    I see people reporting at formulae two-three

5    significant figures based on one EDS analysis.  Are you

6    kidding me?  And with no attribute of uncertainty to

7    that formula.  Wow.  You'd be dropped out of the

8    analytical chemistry class for this, but I see it all

9    the time.

10        So we also have this notion of fibrosity, and

11    this has been popularized by Eric Chatfield (ph) and

12    others to compare fiber dimensions of materials; but

13    the -- you know, the preparation procedure is

14    absolutely critical to the result that you get.  What

15    did you do to it?  Jaw crush it?  Did you grind it in a

16    mortar and pestle?  Did you put it in a jet mill?  Did

17    you sonicate it?  All of these things will end up

18    giving you a different distribution from the same

19    starting material, and none of us really studied this

20    to any great extent.  But we have this comment, which I

21    think was very appropriate, from -- from Sterling (ph)

22    in 2010.

Page 82

1            So if we're going to report fibrosity

2    measurements, we really need to have a standard

3    procedure to prepare the material prior to making those

4    measurements.  So this absolutely calls out for an ASTM

5    Standard.  Please, Frank, put it on the agenda. We've

6    got to have this.

7            Now, there are existing reference materials;

8    and this is the bulk of my talk now is the talk about

9    reference materials and quality assurance, and there

10   are some problems even with the existing materials.

11   Take a careful look at the Wittenoom actinolite here,

12   which is very nice and clean, and this UICC chrysolite

13   here, which I refer to as a lollipop stick of gems.

14   Little particles stuck to it, and all of this material

15   that I've looked at from the UICC -- the amosite, the

16   crocidolite, the anthophyllite -- kind of looks like

17   this; and I thought, well, how come no one's noticed

18   this before?  So I went back to the original papers

19   describing UICC material, and it dawned on me, they

20   didn't have SEM.  All those pictures are just under

21   optical microscopy.  You can't see this effect, but

22   what's happened is because they jet milled it, some of

Page 83

1    these longer fibers fragmented into tiny little pieces

2    that then adhered, probably by electrostatic

3    attraction, to longer fibers.

4            And you know, when you look at the Addison-

5    Davis tremolite that was used in those experiments,

6    they're all clean, just like this Wittenoom fiber here,

7    because they didn't jet mill; and we know this because

8    we also had a tremolite reference material, and we

9    tried jet milling it, and guess what?  It ended up

10   looking just like this.

11           So NIOSH has a roadmap goal, a reference

12   material repository for minerals; and I was working on

13   that for a while, and ISO defines a reference material

14   as "a material sufficiently homogeneous and stable with

15   respect to one or more specified properties which has

16   been established to be fit for its intended use in a

17   measurment process."  That's not -- sounds like

18   gibberish.

19           And NIOSH has some reference materials of its

20   own that were prepared many years ago by Fitree (ph).

21   Not very many -- not very much of it left, and it's

22   over in the Minerals and Materials Branch at the

Page 84

1    Pittsburgh Mining Research Division now.  And then

2    there are some UICC reference materials still out

3    there, but most of the remaining material got

4    landfilled a few years ago.  It all got transferred to

5    the South Africa NIOH, and when they stopped receiving

6    requests for it, they didn't want to keep it anymore,

7    and so it's now down at the bottom of the landfill.

8    They have a little bit left; however, you're the ones

9    that are gonna have to figure out how to get it out of

10   South Africa.  They're still willing to give it away.

11           And then, of course, you know, there's been a

12   lot of complaints that nice, common and uncommon

13   materials, are no longer available; and indeed they

14   weren't all -- all of them weren't all that good

15   either.  I mean, this is a photomicrograph of the nice

16   tremolite asbestos, which has been criticized heavily

17   for not being very asbestiform; and I'm comparing this

18   with the tremolite asbestos that is the reference

19   material of the Health and Safety Laboratory in the UK,

20   and this is about the same magnification. So you can

21   see there is a tremendous difference here.

22           The UK reference materials -- the Health and

Page 85

1    Safety Executive, HSE, is the parent body of the HSA --

2    of the Power for Safety Laboratory -- are described in

3    a publication, and we wanted to see if we could get a

4    hold of some of that.  So we wanted to know where the

5    tremolite asbestos came from, but the company person

6    who donated the material to the HSE died, and the

7    company had changed hands, and they had no record of it

8    as well.  All we knew was from this description that it

9    came from the Salt Woods mine in southern California,

10   and we couldn't find that in the gazetteer.  We

11   eventually found it.  Brad Van Gosen was a great help

12   in this because we identified it as coming from this

13   Macaroy (ph) property, and here's the mine.  I know

14   several of you have visited it.  I don't think there's

15   very much left of this thing.  Most of it's been taken

16   out, and it was in the past sold to the Powhatton

17   (ph) Company in Maryland for lab-grade asbestos, all of

18   that stuff that you used to buy in the big jars from

19   Baker and Mallinckrodt and so forth.  And it's a very

20   nice tremolite asbestos, and it's available from NIOSH.

21   If you ask them nicely, they'll direct you to RTI who

22   holds it, and RTI will give it to you.  You have to pay

Page 86

1    shipping I think, and that's a lot, like 50 grams.  If

2    I had known that somebody was selling the UICC stuff

3    for $1,000 a gram, I would have kept hold of it.  It

4    could have been my retirement.  (Audience laughs.)

5            And like I said, this is what it looks like;

6    but if you're jetting it, this is what it looks like.

7    So be careful what you do with this stuff.

8            Another material that's going to come out of

9    NIOSH shortly, I hope, is this one, an anthophyllite

10   from the Percival Dunn mines in California that I

11   collected, again, with Brad; and it's also a rather

12   nice anthophyllite; but frankly, I'd rather get after

13   this one, which is my favorite.  This is the beekeepers

14   anthophyllite fragments is what I'm talking about.  One

15   there.  One there.

16           So then the other issue that we have to deal

17   with is cleavage fragments and fine prismatic crystals,

18   and the work that I've done on this has actually been

19   through PCM of hair samples.  And I know that's not of

20   great concern to the audience here except that I think

21   what -- my findings are relatable to PLM analysis,

22   definitely; and the cautionary tale that I'm going to

1    give you is also relevant, I think, to SEM analysis.

2         And the reason that we were interested in

3    cleavage fragments is because OSHA practices

4    discriminatory counting, even though NIOSH and EPA do

5    not, and there was an ASTM Standard under development

6    D7200 with an attempt to codify discrimination; but the

7    fact is, the procedure for discrimination really needed

8    to be confirmed by an internal laboratory study, so I

9    decided to do an internal laboratory studies.  So for

10   that I needed nonasbestiform amphiboles, and that

11   wasn't actually as simple as it sounded.  You got onto

12   the mineral dealers, and you say, "Oh, give me, you

13   know, a ton of riebeckite."  They say, "What do you

14   want that for?  Nobody buys that."  And I said, "Yeah."

15   And then we found that things were not always what they

16   claimed to be.  So you know, we bought anthophyllite

17   that turned out to be enstatite.  We got tremolite that

18   turned out to be inesite.  And we ended up with five

19   good minerals:  Actinolite, tremolite, grunerite,

20   brookite, and anthophyllite; but all the samples of

21   anthophyllite that we examined contained that fibrous

22   talc, and that's just in the nonasbestiform in Buffalo.

1          So in the work that we did, we used actinolite

2     from Rockwood, California; NIEHS tremolite, which I

3     believe came from New York; grunerite from Portugal;

4     and riebeckite from Colorado.  And these are pictures

5     of them, and while some of them do appear fibrous, the

6     fibers are really nonasbestiform.

7          And then we have to make cleavage fragments of

8     a respirable size -- a respirable particle size.  Well,

9     that's not easy, actually.  There's a sense that I get

10    from people that as soon as you hit a massive amphibole

11    with a hammer, you're gonna generate tons and tons of

12    respirable sized cleavage fragments, and that's not

13    actually the case.  Most of the particles that are

14    produced by Krishi, Megapee -- actually, eCORP -- and

15    the fiber-like ones are pretty rare, I mean, about 1

16    percent or so.  And if I grind up the material where

17    only 1 percent is my material of interest, I can't use

18    that for tests.  It's ridiculous.

19         So with RTI, we worked out a procedure to

20    concentrate the fiber-like fracture; and RTI was able

21    to make the 100- to 150-milligram qualities of these

22    materials containing about 50 percent federal fibers.  I

1   hate that word, that expression, but it saves me having

2   to describe it further.

3         And so we used the tremolite, actinolite,

4   grunerite, and riebeckite for the PCM round robin that

5   we did; but tremolite and riebeckite cleavage fragments

6   are also being used in toxicity tests at NIOSH right

7   now; and I really hope that the results from those

8   tests will settle some of the discussions that we've

9   been having.

10        So this is an artificial creation of mind.

11  The slides that we sent around to the different labs

12  were dosed with different levels of asbestos fibers and

13  the equivalent of cleavage fragments.  So this is a

14  photograph of the crocidolite and the riebeckite, and

15  you can see sometimes it's pretty clear that that's an

16  asbestos fiber.  It's pretty clear that that's a

17  cleavage fragment, but you know, what's this?  I don't

18  know.  Is it a cleavage fragment or is it a show of

19  part of them?  No idea.  Can't tell through PCM.

20        Now, the procedure for discrimination involved

21  a subjective evaluation of morphology, and that was one

22  of the things that we wanted to test.  So we sent these

Page 90

1    examples out to 11 laboratories, all of which, except

2    mine, were accredited by the American Industrial

3    Hygiene Association for asbestos analysis; and we asked

4    them -- gave the set of slides to indicate all those

5    particles which they thought met the morphological

6    criteria for asbestos and which not.  And this is the

7    100 percent asbestos fiber slide, and this is the zero

8    percent asbestos slide.  These were all cleavage

9    fragments, and you can see that the -- yeah, the

10   results are all over the place.  Here, we've got one

11   lab that correctly identified 96 percent of the

12   asbestos fibers as asbestos but; look here, two

13   percent; and same with cleavage fragments.  You know,

14   we have labs that correctly identified, you know, zero

15   or near zero asbestos particles in the cleavage

16   fragments; but here, look at this level.  So you know,

17   it was very subjective.  It could not be done, in my

18   opinion.

19        What we did find is if we looked at width

20   distributions, a rather good discrimination, at around

21   about 1 micron -- it was actually about .85 micron --

22   gave us the best discrimination between our fragments

Page 91

1    and our fibers.  Now, you know, these were artificial

2    creations, okay?  So I don't know how this reflects the

3    real world except that I believe Ann's gonna show

4    similar data later on, and so I don't think it's far

5    off.

6            And we found the labs could actually do a very

7    good separation by width.  In fact, it was about as

8    good at 1 micron as it was at .85 micron.  You know, I

9    just like round numbers.  And so this standard, which,

10   by the way, is applicable to my two quarries only, it

11   does currently include this width criteria of 1 micron,

12   which does a pretty reasonable job of ensuring that we

13   count asbestos.  We can't completely clear the cleavage

14   fragments of -- you know, out of this; but you know, we

15   can err on the side of caution, which is always, you

16   know, good public health practice.

17           Okay.  There's some other proficiency tests

18   out there.  There's the NVLAP, the AIHA's bulk asbestos

19   testing, and there's also the Health and Safety

20   Laboratory Asbestos in Material Scheme, or AIMS, which

21   I'd like to bring to your attention.  It's asbestos in

22   building materials, generally targeted to

1   identification and qualification greater than 1

2   percent; but occasionally you get samples of interest

3   to the folks here, I believe, such as round 62, which

4   included a sample with .1 percent chrysotile and .1

5   percent amosite; and these were not detected by several

6   laboratories in the scheme.  And that round also had a

7   crushed marble containing wollastonite when many saw

8   asbestos.  Twenty-three of the labs, by PLM only,

9   identified the wollastonite as asbestos, and even six

10  with electron microscopy identified the wollastonite as

11  asbestos.

12          There's another scheme that comes out of the

13  Health and Safety Laboratory called the Low Asbestos

14  Content Scheme, which I think would also be of interest

15  to people here.  And round two was a sample of talc

16  containing wollastonite with no asbestos, and 18

17  percent of the labs incorrectly reported the presence

18  of asbestos.

19          Now, if you're a lab and you want to join

20  these schemes, there's a little benefit to that.  You

21  can purchase the HSL reference asbestos samples,

22  otherwise, you can't.  They don't have very much of it

1   left, and so they're reserving it only for people that

2   are in their schemes.

3         So there's some new asbestos standards that

4   are being worked on.  I call them "new" because, for

5   example, this one was first initiated in 2010, which is

6   not that new anymore.  And this is my understanding of

7   how these methods are, based on the minutes of the last

8   two ASTM Committee meetings.  I'm gonna be pretty

9   interested in gathering a round robin here, and also,

10  I'm going to be pretty interested in insurance round

11  robin, which I understand he's going to be presenting

12  it today at conference; is that correct?

13        AUDIENCE MEMBER 9:  I am not certain if I will

14  be or not.

15        MARTIN HARPER:  Okay.  These are quotes, by

16  the way, out of the committee minutes of the April

17  committee meeting.

18        AUDIENCE MEMBER 9:  All right.  This is ours.

19        MARTIN HARPER:  Okay.  So the future work,

20  obviously, is to extend the number of materials

21  available to include other minerals of interest, such

22  as zeolites and clay minerals, and to characterize

Main Session                                        November 28, 2018

Page 94

1    those that we already have, particularly in NIOSH; make

2    them available as analytical standards; use them in

3    identification round robins.  But I want to see them

4    being used for hypothesis-driven toxicological studies

5    to determine if our theories of disease induction and

6    progression are correct, and then we can use the

7    results to derive mineral-specific risk assessments.

8    And as part of that initiative, I've been working, most

9    recently, on fibrous glaucophane from California.  This

10   is the Calaveras stand, which some of you know and

11   several of you have visited; and this is the rock at

12   the Calaveras stand, but this rock is not pure

13   glaucophane.  It's only about -- I think about 60

14   percent -- 70 percent glaucophane.  There's other

15   minerals, like lawsonite; and it's not that fibrous

16   compared to this material, which I collected with Mark

17   Bailey (ph) from Marin County, California; and it's

18   really nicely fibrous, and it's about 85 percent

19   glaucophane, and it's really interesting to use as a

20   reference material and also to test our ability to --

21   toxicity of elongate mineral particles.  And you know -

22   - oh, by the way, this is an undatee (ph); and this --

1    I think, clearly, some of it is definitely asbestiform.

2            And so this is what we've done to it -- a full

3    mineral characterization.  We've hit it with just about

4    everything that we can think of, and I think this is

5    what we need to do.  If we really want to know a

6    material well, then one technique; one single SEM

7    analysis; one single EDS result; one single, you know,

8    X-ray is not enough.  And so we've done all this to it,

9    and we actually had several disagreements.  And I could

10   discuss all this, but the paper has been submitted for

11   publication, including calculating the potential

12   toxicity based on a model from my colleague Alexandre

13   Walteare (ph).  And what I need now is for some

14   toxicologists to step up to the plate and come and get

15   some of this stuff to confirm whether the model is

16   accurate or not.  Please, please pick up stuff.  Come

17   and get it.

18           And then, you know, just to, you know, clarify

19   that we can't use a single technique, this is a PCM

20   photograph of an air sample from a talc mill; and I

21   don't know what that is or that or that or that.  You

22   know, but these were some samples that we were taking

Page 96

1   while the talc mill was open; and I bought the first

2   set of samples back to the lab, and I prepped them, and

3   I looked at them myself, and I immediately got on the

4   phone to my guys working in the field, and I said,

5   "Don't take off your powered-air purifying respirators.

6   I don't care what they call these things.  I just don't

7   want you guys breathing them, please."

8           And then because it takes a village, I have to

9   acknowledge -- and I -- even after I've written this, I

10  realized I left at least three other people off, you

11  know?  And this list is -- and most of these people

12  have worked with me at no cost to me; you know, it just

13  blows my mind that so many people are so interested in

14  this field that they're willing to give up their time

15  and resources to help me in what I've done, so thanks

16  very much.

17          (Applause)

18          And I still remember one said, "This is proof

19  that asbestos is still used in construction."

20  (Audience laughs.)

21          CATHERINE SHEEHAN:  We have plenty of time for

22  questions.  So do we have any questions at this point,

Page 97

1    Greg?

2            GREGORY MEEKER:  Yeah.  I'd just like to say

3    the process of making a standard, and you said it

4    either way, is -- it's so difficult.  USGS did it, and

5    I never want to do that again.  It was a terrible job,

6    and using every technique you can bring to the table to

7    understand what you have is so important.  Thank you

8    for setting them.

9            AUDIENCE MEMBER 10:  I really liked the

10   pictures of the fibers that have been jet milled that

11   had on it what you called "Jimmies."

12           How much of an effect do you think this has on

13   the results we're seeing from toxicology using milled

14   fibers versus --

15           MARTIN HARPER:  Beats me.  I'm not a

16   toxicologist.  I wouldn't even begin to speculate.

17           AUDIENCE MEMBER 10:  It just struck me though.

18   If we're looking at something that's not necessarily a

19   singular shape, we're making pronouncements about the

20   shape relative to that, we should consider --

21           MARTIN HARPER:  Well, the fact is, we did, you

22   know, 30 years' worth of work on that stuff without

Page 98

1   really understanding what it was; and that, you know,

2   goes back to exactly Rick's (ph) point, that, you know,

3   we got to know this stuff inside-out, backwards.

4              AUDIENCE MEMBER 11:  Have you used any of the

5   data from the tissue burden studies to evaluate these

6   dariets (ph) you're looking at in terms of toxicity and

7   biological potential?

8              MARTIN HARPER:  I'm not a toxicologist.  It's

9   not my field.  Other people can do that too.  I don't.

10             AUDIENCE MEMBER 11:  Did you know Molly

11  Newhouse (ph)?

12             MARTIN HARPER:  Oh, yeah.  She was in the

13  department while I was there.

14             AUDIENCE MEMBER 11:  The golden age.

15             MARTIN HARPER:  Yeah.  Oh, it was great.  It

16  was amazing.  Charles Rossiter (ph) and Cole Coldest

17  (ph).  It was great.

18             AUDIENCE MEMBER 11:  You mentioned the UICC

19  samples.  UICCs were blends.  They were blends from

20  different mines, for example, Chrysler (ph) Town UICC

21  beats Canada.

22             MARTIN HARPER:  Right.  Right.

Page 99

1            AUDIENCE MEMBER 11:  And it's a blend from

2    nine different mines based on the production figures

3    the year that this formulation was --

4            MARTIN HARPER:  Yeah.  But I'm not so sure

5    about the others.  You know, UICC a Chrysler Power came

6    from --

7            AUDIENCE MEMBER 11:  Rhodesia.

8            MARTIN HARPER:  Rhodesia.

9            AUDIENCE MEMBER 11:  Michelle D. Anderson

10   (ph), yes.

11           MARTIN HARPER:  And I don't know if that came

12   from multiple mines or not.  So I -- yeah, definitely B

13   was a blend, but I don't know what the other two is.

14           AUDIENCE MEMBER 11:  Yeah.  Chris Bodanic (ph)

15   experimented with the nine separate blends, and he got

16   nine separate biological assets.

17           MARTIN HARPER:  Right.  But that -- like I

18   say, they were all jet milled to produce respirable

19   fracture.

20           AUDIENCE MEMBER 11:  Yes.  Yes.  Jet milling

21   in the introduction of metal particles was also an

22   interesting hypothesis --

Page 100

1          GREGORY MEEKER:  Excellent.

2          AUDIENCE MEMBER 11:  -- that was raised.

3          MARTIN HARPER:  And also the amosite

4    contamination is in all of them, which means it's

5    probably a carryover from, you know, one batch to the

6    next, I'm sure.  But then the Addison-Davis materials,

7    the tremolites, were not jet milled.  Those pictures

8    all look nice and clean.

9          AUDIENCE MEMBER 11:  Yes.

10          MARTIN HARPER:  And so, you know, you've got

11    to understand the materials and how they got to be what

12    they are.  It's how you use them.

13          AUDIENCE MEMBER 11:  Is the NIOSH study an

14    inhalation study?

15          MARTIN HARPER:  No.  You know, 100-150

16    milligrams, it's not enough for a inhalation study.

17    It's a study of variscite, and there may be a road

18    terminal study.  I can't remember now.  The NIOSH guys

19    might be able to tell you.

20          AUDIENCE NUMBER 12:  There's nothing specific

21    about jet milling, right?  Like probably any milling is

22    coding the fibers with those --

Page 101

1              MARTIN HARPER:  Well, the way it was done by

2      Addison-Davis was to use a copy trail, you know, the --

3              AUDIENCE NUMBER 12:  Yeah.

4              MARTIN HARPER:   -- the rotary chocolate.

5      Okay.

6              AUDIENCE NUMBER 12:  And any milling.  The

7      pictures have me thinking, you know, the effect it's

8      probably having on --

9              MARTIN HARPER:  Well --

10             AUDIENCE NUMBER 12:  -- the energy dispersive

11     spectroscopy too, you know, so --

12             (Crosstalk)

13             MARTIN HARPER:  The problem with the jet mill

14     is that the fibers end up hitting the walls and

15     breaking up.  When we decided to try to reproduce the

16     UICC for the tremolite, we bought a jet mill; and we

17     started off with just glass fiber because we didn't

18     want to contaminate the whole lab, and we wore away the

19     jet mill just with glass fiber.  We had to get a

20     specially made silica carbide insert in order to be

21     able to do any jet milling.  And then this is what we

22     got out, you know, those lollipops and cheerleaders is

Page 102

```
 1    what we got out of this.

 2              CATHERINE SHEEHAN:  Brad?

 3              BRADLEY VAN GOSEN:  I may be getting ahead of

 4    the schedule a little bit, but in the talc cosmetic

 5    issue right now there's a lot of analysis being done of

 6    the product, but how much of the raw ore is being

 7    redone?

 8              MARTIN HARPER:  I don't --

 9              GREGORY MEEKER:  Can you repeat the question?

10              MARTIN HARPER:  Yeah.  The question was:  How

11    much of the raw ore is being examined in the talc

12    industry?  And I would suspect that, you know, people

13    associated with the talc industry would be way better

14    able to answer that than me.  So is there anyone that

15    wants to -- I know you --

16              AUDIENCE MEMBER 13:  No.  But I'd like to

17    introduce a complicating fact.  Most of the

18    pharmaceutical-grade materials are actually blends from

19    different mines, from both foreign and domestic.

20              MARTIN HARPER:  Yeah, I'm not surprised.

21              AUDIENCE MEMBER 13:  So the properties of

22    color, lift, or fragrance, other properties -- skin
```

Page 103

1    modification and chemical -- they all play some

2    interest role.

3          MARTIN HARPER:  And I mean, it's one thing if

4    you're in charge of your own mine in the USA, and it's

5    another thing when you're dependent on analyzing some

6    bulk carbo product from some other country and how that

7    varies from day to day, batch to batch, and then so on.

8    I think Matt was going to say something though.

9          MATT SANCHEZ:  Yeah.  I can't be too specific.

10   I guess it would depend on the talc mine company, what

11   their internal procedures are; however, it's open to

12   some companies.  I know they're not even mining

13   companies.  Those that would use talc, get their

14   plastics, ceramics, or cosmetics, it's not unroutine to

15   actually go to the mines independently and do full

16   assessments of the mining properties as well as ongoing

17   quality control of talcs before they're shipped, before

18   they're accepted by companies.  But again, it's going

19   to be company-specific how detailed they are.  Some are

20   probably not doing anything; others are doing a whole

21   lot.  It would really just depend on who the actors

22   are.

Page 104

1          BRADLEY VAN GOSEN:  Yeah.  That was probably

2     where I was going with this important talc.  Just

3     curious how much quality control is on every talc.

4          MARTIN HARPER:  Well, you know, the other

5     issue is that you can't prove an absence.

6          BRADLEY VAN GOSEN:  Right.

7          MARTIN HARPER:  Yeah.  How many particles do

8     you want to look at?  Like I said, with the UICCB, they

9     looked at 20,000 particles and found no amphiboles.  By

10    virtue of a pre-concentration technique, this other

11    research finally found .045 percent tremolite.  Well,

12    is that acceptable, you know?

13         If I was a talc producer and somebody came to

14    me and said, "Well, have you got any asbestos in your

15    talc?" and I said, "Well, I've got .045 percent," you

16    know, are they gonna buy it?  I mean, what's --

17         AUDIENCE NUMBER 14:  How can you have

18    something that you analyze 20,000 particles and find

19    zero and yet a half of percent of it is another phase?

20         MARTIN HARPER:  Point .045.

21         AUDIENCE NUMBER 14:  Let's say a half a

22    percent for analytics, .45 percent.

Page 105

1            MARTIN HARPER:  Point zero.

2            AUDIENCE NUMBER 14:  Oh, you're say 0.45?

3            MARTIN HARPER:  Yeah.  Yeah.

4            AUDIENCE NUMBER 14:  So they should have found

5    some of it in 20,000.

6            MARTIN HARPER:  Maybe.  Maybe --

7            AUDIENCE NUMBER 14:  I mean, if they would

8    have sensed it in the system.

9            MARTIN HARPER:  Maybe.  Well, you know -- I

10   don't know because, you know, that study has not been

11   published.  So --

12            CATHERINE SHEEHAN:  Hey, Martin, it's yours.

13            MARTIN RUTSTEIN:  When the public pressed on

14   the Johnson & Johnson business, I concluded that one of

15   the reasons the jury has ruled against Johnson &

16   Johnson was because they tried the strategy of diluted

17   the ore.  They apparently saw that they had elongate

18   stuff in it, at whatever percent, so they mixed it with

19   a lower concentration, thinking dilution would be the

20   solution to pollution, but it came back to bite them.

21            I also suggested that maybe the way to look at

22   what's in the ore would be to look at the sediment --

Main Session                                    November 28, 2018

Page 106

1    at the runoff from the ore piles from rain and snow

2    melt because the smallest particles would be carried

3    away from the pile, and it would be like sluicing for

4    gold.  You would be looking at those, and it would be a

5    down-and-dirty way to see whether it was any percent.

6    I think the answer is, if there's anything in there,

7    nobody wants to buy it.

8         MARTIN HARPER:  What I didn't -- in my

9    original version of my presentation, I had slides, but

10   I took them out, that described the fluidized -- they

11   had a fluidized --

12        MARTIN RUTSTEIN:  (Inaudible).

13        MARTIN HARPER:  -- that's been segregated,

14   which maybe we'll talk about too; and that is a way of

15   releasing respirable fibers from a sample and

16   concentrating them in a way that that way you can seriously

17   get down to .000 -- you know, four zero, 1 percent

18   (inaudible).  And you know, it's a process that I use

19   to look at soils or ZMI periodine, and it was amazing

20   how low you can go in that world.

21        MARTIN HARPER:  That was published.  In fact,

22   there's -- what? -- three publications on the FDAS now.

Main Session                                                 November 28, 2018

Page 107

1    Anybody that wants one of these, let you know or talk

2    to Ed (ph).

3            AUDIENCE MEMBER 15:  Yeah.  You talk to Ed a

4    little about the percent of asbestos or fiber or

5    whatever.  Could you describe if that is either -- is

6    it a weight percent are you talking about or a particle

7    count percent or a projected area percent?

8            MARTIN HARPER:  It's basically a particle

9    count that's been converted into a weight percent, and

10   that conversion factor itself is full with uncertainty

11   because you're making certain assumptions about the

12   materials.  Yeah.  I mean, it's a -- and of course,

13   when people report, you know, material as having, say,

14   2.4. percent asbestos -- say it's a building material,

15   okay?  Did they ever report uncertainty with that

16   value?  Any of the labs here report an uncertainty on a

17   weight percentage?  Did anybody even try to calculate

18   an uncertainty?

19           MATT SANCHEZ:  Well, I think from

20   accreditations, that they would -- you're supposed to

21   report out a coefficient of variation for ranges, but

22   that's it.  It doesn't -- you don't apply those to

Main Session                                          November 28, 2018

Page 108

1    actually give an uncertainty of the actual measurement

2    reported.

3          MARTIN HARPER:  I think if you actually looked

4    at the true uncertainty of the treatment, yeah.  Okay.

5          MATT SANCHEZ:  But the uncertainty is dealing

6    with how the methods that were designed for like

7    building materials quantify.  They're either allowing

8    for just simply a visual estimation, which is by

9    definition subjective, yeah.  Or you're doing something

10   like a point count where you're only counting like 400

11   nonempty points, which doesn't give you enough

12   statistical counts to have any real bite, real meaning

13   at any --

14          (Crosstalk)

15          MARTIN HARPER:  Right.  And some people have

16   propose a thousand counts to --

17          (Crosstalk)

18          MATT SANCHEZ:  You know, it only improves it a

19   little bit.

20          MARTIN HARPER:  Yeah.

21          MATT SANCHEZ:  You really -- to really improve

22   it, you're gonna have to get into the tens of thousands

1    to really get the -- your counts to get a -- to really

2    get a tight measurement on that.  But the other thing

3    that can affect the point counts, which is very true,

4    is if you actually go through and do point counting on

5    something that is incredibly fibrous, like a -- just

6    say like a reepa (ph) chrysolite and you compare it to,

7    let's say, a nonasbestos ampha (ph) like tremolite

8    count, the nonasbestos tremolite count is more -- that

9    would be a more accurate estimate than the real fibrous

10   material, because as you go through that area of

11   percentages, those elongated particles -- those

12   asbestiform particles either likes more area -- it

13   creates area by them being so long as part of the

14   count, so they look like they're bigger particles when

15   you're just doing it by areas.

16           MARTIN HARPER:  Yeah.  This occurred when I

17   looked at the arenite material that I collected from

18   Rome, and when you crush it and you look at it under

19   the microscope, it looks like it's all fibers, you

20   know; and you -- by point counting you say, "Oh, it's

21   85-90 percent fibers," but then when you calculate out

22   the size of those fibers versus the size of the glass

Page 110

1    frames that are in there too, it's suddenly only 30

2    percent --

3              MATT SANCHEZ:  Yeah.

4              MARTIN HARPER:  -- by weight.

5              MATT SANCHEZ:  And again, the higher the

6    magnification you go on your point count, you minimize

7    some of those effects, but --

8              MARTIN HARPER:  Oh, yeah.  Yeah.

9              MATT SANCHEZ:  Because, you know, like --

10   well, you'll be able to see the two --

11             (Crosstalk)

12             MARTIN HARPER:  You end up only seeing five --

13   that's right.  Exactly.

14             MATT SANCHEZ:  But the other issue -- point

15   that's important is all these things, because a lot of

16   times people talk about PLM being insensitive, but it's

17   really not.  The quantification techniques that are

18   employed are very insensitive, but the ability for PLM

19   to observe something, that's a very sensitive

20   technique.  And the real measure of a sensitivity of a

21   method is the ability to see a particle in the total

22   amount of particles analyzed.  How many particles can

Page 111

1    you see when you're analyzing something at 100 decks

2    first then 400 decks, compared to analyzing a bulk

3    sample by TEM where you're at 20,000?

4              MARTIN HARPER:  Yeah.

5              MATT SANCHEZ:  The TEM analysis, in and of

6    itself, for bulk samples, you look at so few particles.

7    It takes so much time to look at so few particles.

8    Then you do these huge extrapolations up.  So

9    quantification by TEM, especially in bulk samples, is

10   highly problematic.  Again, when you see something is

11   another issue; and then the identification of what you

12   see is separate from this idea of quantification.

13             MARTIN HARPER:  Right.  But at the end of the

14   day, if we have targets for trace analysis, we can

15   confirmed that we have met those targets by the use of

16   spike samples and round rock and (inaudible) spike

17   samples.  So by whatever technique we can use or

18   whatever multiple techniques we care to use, at the end

19   of the day, we can create samples of 1 percent, .1

20   percent, .05 percent, .025 percent.  We can do that.

21   You know, even though they're not homogenous materials,

22   there's enough experience and expertise in making

Page 112

1   nonhomogeneous spike materials.  We can do that, but

2   just give us a target, and don't ask us for zero --

3   (audience laughs) -- because there's no such thing.

4           MATT SANCHEZ:  No.  You're right.

5           MARTIN HARPER:  A target means that there's a

6   level of acceptability.  Well, don't use the word

7   "acceptability."  Use the word "tolerability" so we'll

8   tolerate this much.  We won't say, "This much asbestos

9   is acceptable."

10          MATT SANCHEZ:  That's true.

11          MARTIN HARPER:  Maybe we can say, "This much

12  asbestos is tolerable in talc because" -- and then what

13  you do is you do a risk assessment --

14          MATT SANCHEZ:  Well, that's right.

15          (Crosstalk)

16          MARTIN HARPER:  You know, based on that.  But

17  I mean, without that information, the analysts amongst

18  are kind of blindly trying -- you know, give you what

19  you want.  Figure out what you want; and then the

20  analysts will just take the best technology and best

21  expertise, and we have been, and we can give you what

22  you need or what you want.

Page 113

1           MATT SANCHEZ:  I think it's important too, if

2     any result -- the result is only within the parameters

3     of the test.  You can't extrapolate beyond the

4     parameters of the test.

5           MARTIN HARPER:  Right.  That is also true.

6           MATT SANCHEZ:  But -- well, I deal with a

7     world where people say, "Well, it wasn't detected;

8     therefore, it must be very small amounts."  And it's

9     like let -- the test doesn't tell us that.  All it

10    tells you is what that test is designed for.  So if

11    people are looking at that, they have to understand how

12    that data was derived and what the scope of the data

13    is.

14          MARTIN HARPER:  True.

15          MATT SANCHEZ:  And you can't go beyond that.

16    The data only tells us what's in the scope of analysis.

17          MARTIN HARPER:  All of these tests are

18    surrogates for actually examining particle by particle

19    every particle that goes into a can of talcum powder.

20    Everything is, you know, a surrogate because of that.

21    That's the whole definition of sampling and a sample,

22    and that adds to the uncertainty of the technique, but

Page 114

1    uncertainty is inevitable.  Of course, try telling that

2    to a judge or a jury.  Perhaps the reason I never have

3    testified in front of the jury is because I never want

4    to admit to practicing uncertain science.

5             (Applause)

6             CATHERINE SHEEHAN:  All right.  So we've

7    pretty much caught up, and we are now ready to take a

8    15-minute break -- maybe 17 -- but we will be back here

9    at 11:00 a.m.  In the meantime, I'm gonna find out

10   where the breakout sessions are being held, and I'll

11   also check with the people on the webinar if we

12   received any questions for our speakers.

13            (A break was taken.)

14            CATHERINE SHEEHAN:  All right.  Welcome back,

15   everybody.  So if everybody could take their seats,

16   please.  So thank you, everybody.

17            For those of you by webinar, I want to

18   introduce the next speaker who will present on

19   interpretation of data obtained from microscopy

20   measurements.  Dr. Taylor Mossman is a distinguished

21   professor of pathology at the University of Vermont

22   College of Medicine, going back a few years actually,

Main Session                                    November 28, 2018

                                                      Page 115

1    has over 30 years of research, service, and training in

2    the field of environmental and occupational lung

3    disease.  She has received a career achievement

4    recognition award for her scientific accomplishments

5    from the American Thoracic Society and the Wagner award

6    from the International Mesothelioma Interest Group for

7    historic contributions to mesothelioma research.

8           And I did get some information on the

9    breakouts.  The breakouts will be in this room.  It

10   will be partitioned into three, and we will promise

11   individual easels.

12          BROOKE TAYLOR MOSSMAN:  Thank you very much,

13   Catherine, for that introduction.

14          I am going to talk this morning with one of

15   the bullet points under this session that Ann Wylie and

16   I are doing about mineral-type form inventions,

17   emphasizing on research and others in terms of

18   carcinogenic facts.

19          So I want to emphasize, in view of all we

20   heard, that there are many properties of minerals that

21   have been recognized by geologists and mineralogists

22   throughout the decades.  Most recently, this volume was

Main Session                                    November 28, 2018

Page 116

1    one that Dr. Gualtieri, a mineralogist, had arranged in

2    terms of a short course on mineral fibers, again,

3    emphasizing that there are a number of properties that

4    are important.  This was a short course, and many

5    individuals in this room played a role in teaching this

6    course, as well as sampling the volume.

7             I think what's important here -- and I'm not

8    getting a really good point here though.  You probably

9    can see.  I apologize.

10             The point I want to stress is that in the

11   summary of this pack here, Dr. Gualtieri, myself, and

12   Dr. Roggli was historically looked at fibers in lungs

13   in many individuals with disease show that if one looks

14   at just the mineralogical features of dimension, that's

15   only encompassed on one of these many boxes which Dr.

16   Gualtieri has formulated with a number of minerals,

17   giving them a relative score, in terms of toxicity, and

18   I invite you to read this volume.  I think it's very

19   illuminating, and there's a wonderful discussion of all

20   of the other properties other than dimension that are

21   important in the cancer process.  Several of these I'll

22   touch upon today, but again, there's a myriad of other

Page 117

1    ones that have become recognized.

2            So I'm going to talk about a tumor that we've

3    studied for almost 30 years.  It's called mesothelioma.

4    It's associated with exposure to high iron-containing

5    amphiboles, such as amosite and chrysolite asbestos.

6    The point I want to emphasize is that the -- and again,

7    I'm not really getting good feedback on this.  But let

8    me just emphasize that we know that in this type of

9    tumor that the affected cells are mesothelial cells.

10   They occur in a contiguous mile layer, which means

11   they're a single layer that has the property largely of

12   fluid dynamics in the pleura in the lung cavity and

13   that tumors arise when long, thin iron-containing

14   asbestos fibers are able to get out to the pleura, and

15   I'll illustrate that for you in a minute.

16           So this is what happens, and we'll see if

17   these animated slides work, but the point I wanted to

18   make is that the long, narrow amphibole fibers have the

19   capacity of entering through the, primarily, inhalation

20   route through the trachea and then a series of

21   bronchiales that branch into several other smaller

22   bronchiales until they reach, typically, the end or the

Page 118

1    air sacs of the lung.  And here you see what happens as

2    they enter.  Again, this emphasizes that the rod-like

3    shape and the dimensions of the amphibole align

4    themselves with the airways that then penetrate through

5    the airways through bronchial tubes to the alveoli of

6    the lung, and you see that here, and then it's

7    important to realize that they eventually need to get

8    out to the pleura to cause disease.  And this just

9    shows how these narrow fibers, which because of not

10   only their rigidity but also some of their flexibility

11   in working themselves up to the lung, are known to

12   penetrate through the alveolar sac, and they get out to

13   the pleura, and then emphasizing that the pleura

14   consists of two membrane-like structures with this one

15   pleura and the parietal pleura, and the parietal pleura

16   is where it's thought that tumors exist in man.

17          It's important to realize that fibers are known

18   to penetrate through the air sacs, through the visceral

19   pleura, into the pleural space, and eventually come in

20   contact with a pliable pleural mesothelioma cells where

21   tumors exist.

22          It's also been widely studied there are

Page 119

1    clearance mechanisms that can take these fibers, not

2    only through cells that are in the alveoli, known as

3    scavengers or macrophages, but also, lymphatics

4    naturally penetrate through and between pleural

5    mesothelial cells and then drain into everything else,

6    and this is what happens.  We all got that?

7            So here you see -- if you look really

8    carefully, you're going to see fibers, and it's known

9    that a few fibers can align themselves and be cleared

10   through lymphatic channel.  The problem comes when

11   there's a high-dose exposure, and you can see what

12   happens here is a group of long fibers, that the

13   stomata are occluded, that they build up, and they can

14   actually come in contact with and persist at the site

15   of tumor induction over periods of time, as long as 40

16   years, which is the average latency of these tumors in

17   man.

18           On the other hand, there's been a lot of work

19   done with inhalation of short fibers and particles.

20   It's known that they reach the air sacs of the lung

21   effectively.  They also are removed by stems or cells

22   called macrophages, completely.  And here we see that

Page 120

1    non-asbestiform fragments are encompassed by

2    macrophages, and if they are nontoxic, they are

3    actually taken up effectively.  Some of them are

4    digested.  This is known what happens, for example,

5    with magnesium containing chrysotile is that it breaks

6    down within these cells; and so these cells can

7    transport the materials up through the airways; and

8    other particles, as you see, can go through the somatic

9    and drain out to the lymphatic system.

10           So the point I want to make is that certainly

11   dimensions are important in terms of materials getting

12   to the sites of tumor induction, but there are other

13   properties that become important in terms of reactions

14   that are necessary in the carcinogenic process with

15   mesothelial cells.  So our work through the decades has

16   really focused -- thanks to support from the NIH, EPA,

17   Mesothelioma Applied Research Foundation, and most

18   recently, the DOD, we've really focused in our models

19   today using human mesothelial cells on the properties

20   of materials that are important in eliciting cancerous

21   effects; and what we've invariably used in our studies

22   have been crocidolite asbestos samples.  We've used the

1    UICC.  We've also used the NIEHS characterized materials

2    as well, and what we've shown is that crocidolite

3    asbestos fibers is the prototype, highly pathogenic type

4    that's been known to cause human mesothelioma, causes a

5    number of triggering events when it comes into contact

6    with mesothelioma cells; and this cascade of events then

7    results in the number of activation of receptors as well

8    as cascades of a number of critical protein pathways

9    that give rise to increased cell division; increase

10   survival, which are hallmarks of cancer; and other

11   stages that are necessary for a normal cell to become a

12   full-blown cancer cell.

13           I want to emphasize that oxidants are something

14   we focused on as being important and that is a result of

15   crocidolite inhalation as well as interaction with cells

16   in vitro.  We've also focused on, most recently, what

17   are called epigenetic effects through things such as

18   microRNAs, which, therefore, affect the DNA to cause

19   many of these cascades into silence a number of critical

20   tumor-suppressive chains.

21

22           So what have we learned about asbestos?  And

Main Session                                              November 28, 2018

Page 122

1   again, I consider myself fortunate in that I've been

2   able to interact with many of the geologists in this

3   room in terms of co-authors and supplying me with well-

4   characterized reference samples; and this is just, as

5   you know, a general scheme of the classification of

6   asbestos.

7           Oh, we actually pointed out in the 1990s to

8   the scientific community that there were actually

9   different types of asbestos with different packages.

10  We have focused because of our interest in oxidants and

11  generation of oxidants as a result of exposure to these

12  pathogenic types.  We hide iron-containing materials,

13  again, blue crocidolite, and amosite, which Moscow's

14  studies have reported maybe 20 to 30 percent bulk

15  asbestos.

16          The other thing I want to emphasize is that

17  there is little experimental work with, especially in

18  vitro, with these other types of asbestos that can

19  contain iron, may not be comparable in terms of charge

20  but certainly had not been studied with regard to many

21  of the models that we've examined.

22          So the take-home message here is that through

Main Session                                    November 28, 2018

Page 123

1    the years we've discovered that the crystallite and

2    amosite have a number of different mechanisms that --

3    and I'll go back to this -- that are important in the

4    persistent release to cells as well as the generation

5    of oxidants by cells themselves.  The important point

6    here is that the fibers themselves can generate

7    oxidants by cell-free mechanisms, and they also can

8    generate what's called frustrated phagocytosis and

9    generation of oxidants do the uptake by the cells.  So

10   it's been shown that the oxidation state of these

11   materials is important as well as how the cell

12   recognizes them, which at low concentrations is curved

13   by natural production, antioxidants, and high

14   concentrations.  We know that these methods are of

15   control or healing are curved, and we see cancer-

16   causing events.  All right.

17           Inflammation.  Chronic inflammation is also a

18   feature that we've looked at in our animal experiments

19   that are important in generation of oxidants.  So this

20   just emphasized the differences that we've noted

21   through the years, and I'll go into our studies in --

22   that we've seen, some of the endpoints we've looked at

Page 124

1    in a few minutes.

2            Here we see what happens.  This happens to be

3    a lung trachea epithelial cell, so this is an event

4    whereby we use whole 3D X-clamps and corollate these

5    studies with inhalation work.  We've emphasized in our

6    work that it's the long crocidolite fibers that are

7    unsuccessfully engulfed by cells who perturb and

8    produce excess oxidant release, whereas -- what is seen

9    here by TEM is how effectively short fibers and

10   fragments are taken up or engulfed by cells.  If we --

11   as these advance over periods of several months in our

12   models, you see what happens with long, thin fibers.

13   Here we see -- this is a 3D model, so we see

14   inflammation.  We see accumulation of macrophages along

15   the fibers.  We also see that the fibers act as

16   matrices for cell division in something called squamous

17   metaplasia, which is a pre-cancerous step in

18   development of tumors.

19           So in our experiments, we've looked at a

20   number of materials.  Initially, we emphasized our work

21   with chrysotile.  It's asbestiform, obviously: nature

22   asbestos, crocidolite asbestos, and amosite asbestos;

Main Session                                          November 28, 2018

Page 125

1    but we also have gotten from many of our colleagues

2    non-asbestiform preparations -- in this case,

3    antigorite and riebeckite that have been supplied --

4    and we've looked at comparably in many of our models.

5              And this is just a listing of the studies that

6    we have done where we have prepared various

7    concentrations of crocidolite asbestos as we -- one

8    type of asbestos that we really emphasize is the high

9    iron-containing and oxidant-generating species and

10   contrasted that with what are called non-asbestos

11   fragments or preparations of riebeckite.

12             We began in the '80s with preparations of

13   milled material, or ground material, that we received

14   from somebody -- might ring a bell to many of you --

15   Fred Monten (ph), the U.S. Geological Survey.  Others

16   we've received from different sources throughout the

17   years.  The point I'd like to make is that in all of

18   our studies, unlike a number of laboratories, we've

19   also done dose responses with all of these materials

20   and have been unable to detect markers of either

21   oxidant generation of what are called genes.  These are

22   early responsive genes that are causally related to

1    mesothelioma and the various protein pathways that

2    we've discovered.  These have all been demonstrated

3    effectively with crocidolite asbestos but not with

4    riebeckite, and again, our preparations have contained

5    between about 1 to 6 percent of fibers that are greater

6    than 5 micron in the riebeckite species that we did

7    drain them.

8         This emphasizes, again, historically, where

9    we've proceed with our work.  We've looked at cell

10   survivor proteins.  We've looked at cell survival as an

11   endpoint of -- in growing response to asbestos.  We've

12   looked at cell receptors that simulate many of the

13   protein pass gates that are important in abnormal

14   proliferation and survival.

15        In addition to the non-asbestos fragment,

16   we've applied -- and I'll talk about this more in

17   detail.  We've done studies with the New York State

18   Gouverneur Mine -- talcs which contain 11 to 59 percent

19   fibers.  Dr. Wylie and Skinner (ph) have been kind

20   enough to supply us with these materials, and we've

21   also looked at what's called a Derrick Mine platy talc

22   in many of our models.  In this case, we've looked at

1    mesothelial cells, and we've looked at ovarian

2    epithelial cells.  Have not seen effects of this platy

3    talc in terms of gene expression, which is time-

4    dependent and robust with crocidolite asbestos.

5            Curiously enough, in our work with

6    mesothelioma, these are all human cells -- mesothelial

7    cells and ovarian epithelial cells.  We find ovarian

8    epithelial cells are very resistant to talc as well as

9    crocidolite.  That's compared to the human mesothelial

10   cells that are quite sensitive to these materials.

11           So I just want to emphasize the study we did

12   with Ann in 1997.  This I think is important because it

13   addresses some of the material that I knew you would

14   hear about today, thanks to previewing some of the

15   slides by others this morning; but the fact is, in this

16   study, we looked at both NIEHS samples of crocidolite

17   and chrysotile asbestos; and we looked at three samples

18   from New York.  Fibrous talcs listed on the previous

19   slide.  We looked at changes that signified either

20   increases, meaning increased survival of these cells --

21   again, mesothelial cells and lung epithelial cells.  We

22   also looked at toxicity by looking at the decreases in

Main Session                                   November 28, 2018

                                              Page 128

1    cell survival of these into colonies, and what we noted

2    here was that only asbestos caused significant

3    increases in cell survival, which is one of the markers

4    that we have looked at in our mesothelial cell systems

5    and not the fibrous materials, despite the fact that

6    these materials contained a very high proportion of

7    talc fibers, of tremolite that is non-asbestiform

8    tremolite fibers, and also 3 percent in one of the

9    samples of anthophyllite.  And Dr. Wylie, I'm sure, can

10   comment more on the mineralogy of these materials in

11   her presentation.

12           So we went on from there to validate our

13   findings, and what we did is we looked at the

14   literature on talc exposures, and these are animal

15   studies.  I emphasize here that these studies,

16   historically, were known as the Stanton Study.  Many of

17   you are familiar with them, I'm sure; but the take-home

18   message is that regardless of the routes of exposure --

19   and it's very important that these studies look at

20   fibrous talc.  In fact, in the Stanton and Wrench

21   studies, they looked at seven different samples, none

22   of which gave rise to mesotheliomas in their models.

Page 129

1    Other studies I've listed here because they look

2    comparatively at asbestos and non-asbestos fragments,

3    and here, again, are more studies done in different

4    species using a variety of methods of administration

5    pointing out that these did not appear to show any

6    response in terms of cancers developing in animals of

7    any species with talc.

8         It's also important to realize that there are

9    a number of additional negative studies.  I refer you

10   to the IARC of 2010.  IARC meaning International Agency

11   for Research on Cancer.  Their publications summarize a

12   number of the studies that I could not add to these

13   tables.

14        I also want to emphasize that cell studies are

15   also summarized here, and there have been several

16   laboratories, including the laboratory by Andrew (ph)

17   and Catherine and all that have looked at samples of

18   industrial talcs from Spain, from France, and from

19   Italy that have not been able to show a significant

20   increase in any marker of what's called genotoxicity in

21   vitro in mesothelial cells.

22        So what did we learn through the decades?  And

1    curiously enough, this slide came from a National Party

2    of Science committee that I served on around 1980; and

3    this was one where Dr. Zoltai and a number of prominent

4    geologist, Dr. Lanberg (ph), were highly beneficial in

5    terms of educating biologists on the mineralogy of

6    asbestos; and in a take-home matter, this probably is

7    not anything that's new to any of you; but I would like

8    to emphasize that when one considers a material, one

9    has to consider more than just dimensions; but we have

10   to consider what the cell sees or what the lung sees,

11   and it sees a variety of different crystalline

12   structures, tensile strengths, chemical compositions,

13   certainly the surface area, chemistry.  The charge of

14   things such as iron become important, and all of these

15   have really been related to the endpoint, which is

16   endurability of certain types of asbestos and their

17   ability to not only get to the pleural but to be

18   durable there and stimulate changes that occur in

19   cancer development over periods of as long as 40 years

20   in some cases.

21            So what we learned about mesothelioma in

22   humans as well.  Naturally, we compare our results to

Page 131

1    human studies that emerge over time.  We know now that

2    dimensions alone do not explain the ability of a fiber

3    caused mesothelioma.  There, in fact, are many more of

4    thin fibers that don't cause mesothelioma in them; and

5    they indeed are different chemically, physically, etc.

6    And crystallography also varies between these and the

7    pathogenic types of asbestos fiber, so we have to take

8    that into account before looking for agents that cause

9    mesothelioma.

10          And lastly, I just thought I should provide a

11   few suggestions, apologizing that I'm not a

12   mineralogist; but I feel that as a biologist I've

13   interacted with many, and it's really helped me

14   understand that there are different mineral properties

15   that may explain the lack of carcinogenicity of non-

16   asbestiform fragments, such as tremolite, which we've

17   used in our studies.

18          We also emphasize the importance of dose

19   response in our work.  It's very important if you're

20   going to assess standards or test materials in biologic

21   systems that you do dose response of a variety of doses

22   and concentrations and dose parameters, which we had

Page 132

1    done in the Wylie work; and this is the only way that I

2    think you can really sort out what is happening with

3    these different types of materials.

4           And lastly, I'd like to emphasize that dose

5    response studies in animals, special inflation studies

6    are extremely rare.  We have done them and shown that,

7    in fact, there's striking dose responses to chrysotile

8    and crocidolite asbestos; and lows low age (ph)

9    signatures of cancer are not observed.

10          So I'd like to end here, and we'll move on to

11   Ann's presentation, which will take these observations

12   into humans and a little more about dimensions.

13          (Applause)

14          CATHERINE SHEEHAN:  So any questions before we

15   move on and I introduce Dr. Wylie?  We have some

16   questions?  Okay.

17          GREGORY MEEKER:  Well, it's a comment more

18   than a question.  But amongst the materials that I

19   collected for NIOSH, there is a range of rather

20   asbestiform tremolites that vary in iron content from

21   non-detectable up to around 10 percent; and I think

22   that will be a really useful reference set to examine

Page 133

1    beyond hypothesis further, and I'm just leaving it out

2    there that those materials are prepared NIOSH.

3             BROOKE TAYLOR MOSSMAN:  Yeah.  I meant to talk

4    to you about that, and I know we did briefly before the

5    meeting; but I think that your presentation here really

6    has illuminated sources of materials that can be well -

7    - that are well characterized that can be examined by

8    laboratories, and I really appreciate that

9    presentation.

10            MATT SANCHEZ:  And, obviously, a lot of these

11   are commercial properties, which are very happy to

12   measure as a great one too.  But surface area is one

13   that's been talked about.  Philip Cook (ph) spent a

14   fair amount of time with it.  I think it should also be

15   looked at with greater vigor.

16               Also, I wanted to ask you a bit.  As you were

17   looking at inflammation pathway, how important was that

18   inflammation pathway as a precursor to the carcinogenic

19   outcomes or those physiologic changes; and have you

20   looked at, also, the fibrogenics outcome as well?

21            BROOKE TAYLOR MOSSMAN:  Yes.  That's the

22    finding from NIEHS and your National Heart, Lung, and

Main Session                                        November 28, 2018

                                                    Page 134

1   Blood Institute.  We have looked at great numbers of

2   asbestosis and have models of asbestosis by inhalation.

3   The difficulty, as you know, is mesotheliomas take the

4   lifespan of an animal to develop, and we have not been

5   able to do those.  We go out several months, and we

6   look for early indicators of mesothelial self-

7   proliferation.

8             Your point is really a very good one in terms

9   of these standpoints.  Surface area you brought up, and

10  I think that is something that Ann and I looked at.  We

11  actually -- now, I think I've moved the scientific

12  community to -- rather than just adding weights of

13  materials to models, that they actually adjust for

14  comparable surface areas; and you actually get a whole

15  lot of differences between fiber types much easier if

16  you can do comparative surface area on determinations.

17            MATT SANCHEZ:  Thanks.

18            AUDIENCE MEMBER 1:  Have you looked at the

19  Canadian chrysotile and into the Globe, Arizona

20  chrysotile?  Because that's essentially pure white.

21            BROOKE TAYLOR MOSSMAN:  Right.  I haven't.

22  The only chrysotile that we looked at in Canada was the

Main Session                                          November 28, 2018

                                                           Page 135

1     UICC reference sample, and when we started these

2     experiments, we used -- UICC was the Canadian and

3     Rhodesian, and we also did crocidolite.  Then with the

4     characterization in the NIDHS samples that were

5     characterized by Ann in the camalital (ph) paper, we

6     were able to get enough to do inhalation experiments

7     and dose response studies.  So I think --

8             AUDIENCE MEMBER 1:  There was a test of the

9     iron, and the gold stuff is so clean, they used it as a

10    blood filter in World War II for pongee (ph), and of

11    course, every soldier in the Pacific who was wounded

12    liked the old Arizona chrysotile.

13            BROOKE TAYLOR MOSSMAN:  Yeah.  I wasn't aware

14    of that, but I think -- I was somewhat disillusioned

15    before coming to this meeting because the NIH of

16    samples no longer exists; and the fact that we can now

17    get samples from NIOSH and different institutions -- we

18    miss samples -- really is going to be very helpful.

19            AUDIENCE MEMBER 2:  Did you look at short

20    chrysotile too?

21            BROOKE TAYLOR MOSSMAN:  Yes.  We had sized

22    materials, and we didn't see any effects.  We were

Page 136

1    looking, again, at endpoints of self-proliferation.  We

2    did not do inhalation studies with the short.

3           Yes.

4           AUDIENCE MEMBER 3:  The type of particles that

5    got in through the mesothelial layer in your studies,

6    as you indicate, some of them bound to the surface in

7    some were able to penetrate the cell.  Was there a

8    difference in size or composition between those

9    different types of fibers?

10          BROOKE TAYLOR MOSSMAN:  Yes.  There was a

11    difference in size.  As Bob referred to, we gave our

12    size materials -- chrysotile.  We also had different

13    size fiberglass.  Preparations of size definitely was

14    an important feature in terms of cell uptake.  However,

15    the iron content and the fact that the block made the

16    changes that we saw with antioxidants indicated the

17    importance of chemistry -- iron charged, iron surface

18    availability, for example.

19          AUDIENCE MEMBER 3:  Thank you.

20          CATHERINE SHEEHAN:  Okay.  So briefly

21    introduce Dr. Wylie.  Currently a professor in the

22    Department of Geology, University of Maryland, College

Page 137

1   Park.  She holds a BA in geology from Wellesley College

2   and a PhD in economic geology with minor concentrations

3   in mineralogy and petrology, structural mineralogy, and

4   mining engineering from Columbia University; and she

5   joined the faculty of the University of Maryland in

6   1972 where she taught courses and directed research in

7   geology.

8           So I'm going to set your presentation up.

9           ANN WYLIE:  Okay.  Thank you very much.  It's

10  a pleasure to be here, and thank JIFSAN for inviting me

11  and Nora for all her hard work.

12          I have my name -- only have my name up there

13  because it's sort of an opinion piece, but I wanted to

14  recognize that I have work on (inaudible) Chrisantha

15  (ph).  I'm working with Allen Seagreg (ph), and some of

16  the data we have, I will copy that; and some of the

17  work toward the end this fall has benefited from

18  conversations with Andrew Corechefski (ph), Andrew

19  Duane from Chemistry and Industrial Hygiene, and Mark

20  Loutel (ph) from the University of Rochester; and we

21  are working together on some of the things that I'll

22  talk about today.

Page 138

1           So the question we have is amphibole.  I'm

2    just going to speak about it generally.  Is it

3    asbestos?  You know, sometimes that question is very

4    easy to answer.  Depends on the size of the particle.

5    It can be very easy to answer.  It also can be somewhat

6    confusion -- confusing and not so clear on a particle-

7    by-particle basis, and I always deal in populations for

8    that reason.

9           Is it hazardous?  I think that's the basic

10   question.  Not so much how it formed in the absolute,

11   but is the material hazardous?  What does the lung see,

12   as some people have mentioned?  And how do we identify

13   it?  And by that I mean something that might be

14   hazardous, and when you have to -- when you're dealing

15   with cosmetic or pharmaceutical talc, which is really

16   the topic here, then we really do need to know how do

17   we identify it.

18          Now, today I'm really going to talk only about

19   amphiboles.  I'm not going to talk about anything else

20   because that's really, I think, the issue that we have

21   here before us.  And this is almost the identical slide

22   that Brooke ended with, so I can skip over it very

1    quickly.  But we do know that there are certainly more

2    than dimensions.  I don't want to assume that that's

3    the only thing.  There are many things that impact bio

4    durability, but I'm just going to talk about dimensions

5    and the dimensions of sets of data that are composed of

6    elongated mineral particles; and by that, I mean 3 to 1

7    particles.  So I'm only going to talk about elongated

8    mineral particles.  I use the term EMP for that purpose

9    just to describe the data set.  And at the end of the

10   talk, I'll come back to the issue of fibrous talc.

11        I believe it's a good place to look at -- the

12   effect of dimensions in amphiboles because we haven't

13   seen a lot of variability in terms of their retention

14   characteristics other than dimensions in the lung or

15   their solubility or many of the other issues that might

16   impact their clearance or -- and so as a group, they're

17   pretty insoluble and have a lot of characteristics in

18   common, so we can try to isolate dimensions.

19        Well, if you knew my children, you would know

20   that -- they'd tell you that I never throw anything

21   away; and so when I was being asked to come and talk

22   about amphibole and talc, I literally went into my

Page 140

1    bathroom closet, and I found a bottle -- this is the

2    god's truth -- I found a bottle of baby powder, and so

3    I brought it to my office, and I made mounds, and I

4    looked at it under the microscope.  And sure enough,

5    voila, I found tremolite, and I had no problem finding

6    it.  I mount tremolite in an index of refraction oil,

7    1.578.  That makes talc effectively invisible because

8    it's a metal in the index of refraction, and so a quick

9    scan of a large number of particles will show you

10   immediately where you have high index material like

11   amphibole.  You can see talc platelets on end.  They

12   also stand out because they have a very low index, but

13   this is a very easy distinction to make.

14           And I think our basic disagreement about

15   things and why we're here is that:  Do we accept the

16   counting criteria that are used to assess the magnitude

17   of exposure to asbestos in environments where asbestos

18   is known to occur?  We developed a whole methodology

19   for protecting worker and for making sure buildings

20   were clear when we knew asbestos was there.  Do we

21   accept those as the definition for asbestos?  And

22   that's the crux of the problem.

Page 141

1           This is not asbestos.  This is just a piece of

2      rock.  I mean, you look at it under cross-colors you

3      see that it is a fairly uniform material.  It's not

4      composed of fiber bundles.  It's not asbestos.  It

5      can't even be inhaled.  This is 19 by 83 micrometers.

6      You can't inhale it.  It's not going to braid up when

7      you put the powder on your body to make a lot of other

8      little particles out of it.  So this is not -- to me

9      this is not asbestos, and I don't think I'm gonna get a

10     lot of disagreement about that from anyone in the room.

11          If it's not asbestos and it meets the 3 to 1

12     and longer than five, then how do we approach the

13     problem?  How does FDA approach this problem?  I think

14     that's the crux of the matter here.  We need a

15     different definitional characteristic for tremolite if

16     we are going to enable the identification of asbestos

17     or hazardous particles in talc.

18          I'm hoping this next slide shows up.  I've got

19     a new camera, and I'm not so sure.  It's okay.  Now,

20     this is a sample of tremolite asbestos.  Art Langer, you

21     gave this to me, gosh, a zillion years ago.  It comes

22     from Metsovo, Greece, where there's a high

Page 142

1   incidence of mesothelioma and other lung diseases among

2   the residents of four villages in Greece.  Art reported

3   on it, and it's tremolite, and it's asbestos; and it's

4   about the same size particle, about 11 micrometers wide

5   and 77 micrometers long.  And there's no question that

6   this is asbestos, and even if this is just a -- not as

7   nice as those electron microscopy pictures, when you

8   look at it under the cross-colors, you can see that

9   it's composed of lots and lots of little fibrils, and

10  they break up easily just like spaghetti and have all

11  the characteristics that make asbestos, in my mind,

12  dangerous.

13          But can we tell these forms apart?  And I will

14  grab, there are many variations between this and the

15  one I showed you before in terms of habit but not in

16  terms of relative abundances.  Almost all the amphibole

17  that makes up the crust of the earth and in the United

18  States -- I would say that's between 6 and 10 percent

19  of all rock is made of amphibole.  Almost all of that

20  is just ordinary garden-variety material that will form

21  cleavage fragments if you break it up.  That's just --

22  it's not uncommon, but it is uncommon -- it is rare in

Page 143

1    terms of its abundance, and any of the other forms are

2    there also.  You can find them.  There's nothing out

3    there you can't find, I have learned, but I'll keep

4    going.

5              So I want to talk about dimensions.  I want to

6    talk a little bit about width and length.  Where are we

7    going here?  So as Brooke I think has well summarized,

8    those particles that are known to cause asbestos-

9    related diseases, where we actually have it in human

10   populations.  We have narrow widths on long fibers.  It

11   is the narrow width that makes asbestos flexible.  You

12   can actually bend any rock if you can make it long and

13   thin enough.  That's the truth of the matter.  So it's

14   the relative proportion -- the flex, the width -- that

15   gives flexibility and people are so tired.  I wrote a

16   whole paper on this, this great mineralogist that was

17   mentioned earlier.

18             Width and density control the aerodynamic

19   behavior of fibers.  Width controls the penetration

20   potential of fibers deep into the lung and access to

21   the pleura, and migration through fluid vessels in the

22   body is controlled primarily by breadth; and when I say

Main Session                                                November 28, 2018

Page 144

1    very narrow, I'm talking about fiber rates that range

2    from less than .4.  I'd say around .35 to .03, which

3    are about the narrowest fibers that I've seen reported

4    in the literature.

5            Now, length -- again, we look at length and we

6    know that, as Brooke described very clearly, the short

7    fibers are removed by a variety of mechanisms.  The

8    long fibers persist, and almost everyone that has

9    studied the issue believes that long fibers are more

10   important in the carcinogenic response than short.

11   We find abundant long fibers in lumber and stumps.  The

12   long fibers appear to be preferentially retained in the

13   lungs.  The short fibers are removed, and of course,

14   ultimately, for the work I'm going to talk about a

15   little bit later, it's important that our occupational

16   exposure, our risk analysis, all the things that we

17   depend upon to understand the carcinogenicity of

18   mineral fibers are based on exposures to long fibers --

19   L5.  I call them "L5."  I got tired of saying "length

20   greater."  So L5 fibers, that means longer than five.

21           And the -- there is, however, a conundrum that

22   we face, and that word was used before.  I hope I'm

Page 145

1    using it properly.  Whereas, the long fibers are

2    associated with disease, the short fibers are much more

3    abundant.  The mobile fiber lengths for crocidolite,

4    that 1 to 3 micrometers; amosite, 1 to 5; Libby 1 to 4;

5    and so forth.  So there's lots and lots and lots of

6    short fibers, but I'm gonna focus on the long ones for

7    all these reasons that I described.  I do treat the

8    widths characteristics of long and short fibers

9    differently for that reason.

10           So in the court cases that are in front of us,

11   the Davis set's been entered in evidence.  It's part of

12   the public record.  I took it, and I plotted it, so I

13   wanted to see from my own mind what is it exactly that

14   we're talking about in talc.

15           And so these are L5 elongated mineral parts.

16   They meet 3 to 1.  They're longer than five, and they

17   were -- the data was provided by Longo (ph) in 2017;

18   and what we see here is for these long fibers.  You see

19   that there's a range in fiber widths.  It's actually

20   fairly uniformly divided between .2 is the narrowest

21   fiber recorded.  There are no .1 fibers in that data

22   set, and they range the -- I put the mode on there --

Page 146

1    it's hardly a mode, but at least it's the highest value

2    -- at .4, but they stand rather regularly over to about

3    1.2 micrometer, and then there's another bump out there

4    at 1.5.  Now, I want you to remember the shape of this

5    curve because I'm gonna come back to it a little bit

6    later.

7            I know that Metsovo, Greece tremolite asbestos

8    that I showed you, this is the width distribution.  I

9    thank you Allen (ph) for these data, and you can see

10   that the mobile width is .175, and this is a very

11   uniform material.  It's remarkably uniform.  It has

12   virtually no fibers braids, and that's .4.  S little

13   tiny bit out there.  There's always going to be those

14   things.  It's very, very narrow, and it doesn't look at

15   all like that other sample, and I want to show you

16   putting them side by side on the same scales just what

17   I mean when I say they don't appear to be the same at

18   all.  And so this material has a wide long range and

19   low abundance of a lot of different material.  This

20   material has a very narrow range and a very high

21   abundance -- a small number of widths.

22           So we have what we know about asbestos as a

Page 147

1      human carcinogen.  Comes from exposure to asbestos in

2      human population, in mine population, industrial

3      workers of all sorts; but I want to look then -- let's

4      look at -- compare what I just showed you to what we

5      actually know about what asbestos is like.  And I like

6      this slide very much because these data come from Shedd

7      in 1985, the Bureau Mines.  She measured

8      extraordinarily carefully.  You had very high

9      magnification.  A lot of different crocidolite samples,

10     and the one on the left shows you that there are molds

11     of crocidolite that are very, very tiny -- .03 in width

12     and the one from the Cape there is about .05.  You

13     know, mostly, you don't know that that's there because

14     the way we do measurements -- a part of the

15     measurements is we use wide bins when we plot

16     frequency.  So this and that, those are exactly the

17     same data.  There's no difference in those two data

18     whatsoever.  It's just that this is plotted at a very,

19     very narrow bin width, and I wish that we had data like

20     this on amosite.  I wish we had it on a lot of things

21     because they -- biological potencies of those very,

22     very narrow fibers, it's like it was rather poorly

Page 148

1    investigated.

2           So this -- most of the width distributions

3    that I can show you have bin widths of about .1

4    micrometers, and so you'll see.  If that's there, I

5    don't know.  We'll see what I'm going to show.  It's

6    like this, but I do want to point out that virtually

7    every fiber in these samples is less than .4

8    micrometers in width and the abundance of particles is

9    the greatest, less than .1.

10          Now, it's also very important for us to

11   remember that just because we call something

12   crocidolite or tremolite asbestos or whatever, that

13   does not tell you much about it because mineral samples

14   are location specific.  There's no ideal one of any of

15   these things, and these are four different locations

16   where crocidolite asbestos is mined; and the first two,

17   again, these are single individual samples, are from

18   the trans -- I'm sorry -- from the Cape and from

19   Australia, and they have the very narrowest widths,

20   .05.  And then when you move into the Transvaal, you

21   can see that the width -- the modo (ph) width is much

22   wider.  It's still pretty narrow but much wider.  And

Page 149

1    then when you got to Bolivia, which they are still

2    mining crocidolite down there, by the way, you see a

3    much different kind of distribution.

4            In 1971 there was an article published in

5    Nature and -- by Timbrell, Grifferson (ph), Pooley,

6    1971 who -- the title of the article was The Role of

7    Fiber Width in Mesothelioma, and at that time they were

8    looking at mesothelioma among the mine populations in

9    the world, and they didn't find any in the Transvaal.

10   Now, the Transvaal doesn't just mine crocidolite.  The

11   major asbestos mine there is amosite, and these widths

12   are a little bit wider than this.  But for the Cape and

13   Hamersley that the widths were much wider, and they

14   postulated that it is the width of the fibers in South

15   Africa -- these two locations -- that explain this huge

16   abundance of mesothelioma in the Cape and its lack in

17   the Transvaal.  I think they had one case.  Somebody

18   might be able to tell me another.  Reference that for

19   prep.

20           And then I'm gonna look again at comparing.  I

21   just picked one of these asbestos populations from

22   Hamersley, Australia.  Again, this is the Shedd data,

Page 150

1    and this is data from our lab, and this is the

2    California riebeckite.  And I want you to look at the

3    shape of the distribution, a large number of evenly

4    abundant particle sizes and width, a little bit --

5    another big bump out here a little bit further.  This

6    is exactly the profile of those tremolite particles

7    that Belongo (ph) presented as coming from a platy

8    talc.

9           So let's look at some of the other types of

10   asbestos that we know have a potential to cause

11   asbestos-related disease.  This one was characterized,

12   again, by my lab by SEM.  I think -- I wish I had done

13   the TEM, but I was young and stupid; and here you can

14   see that we have a mode at about .33, and then there's

15   a shoulder on this width.  They may be two independent

16   sets of data there, two modes that are just not clearly

17   defined.  There's certainly a couple more as we go out.

18          Amosite has very fine fodders.  I see a .1.

19   Just about 6 or 7 percent in this particular profile,

20   and at .2, there's 15 or 16.  So there's a lot of

21   narrow fiber.  There's a lot of white fiber.  Amosite

22   is very interesting.  Mineralogical studies have shown

1    that there is actually -- there are -- other than

2    amphibole minerals that sometimes form between the

3    fibers that tend to glue them together, and there is a

4    structural continuity across fibers; and so I think

5    amosite doesn't break apart quite so readily, but it

6    does indeed have these very, very narrow fibers that

7    are characteristic of asbestos.

8            Libby.  Okay.  So mesothelioma is known from a

9    Libby and these data were gathered by MRI in a study

10   that was done a long time ago.  They were extracted

11   from the ore, and you see a pattern; and by the way,

12   this pattern looks exactly the same as the pattern of

13   the amphibole in the air around the town of Libby that

14   was collected by EPA not all that long ago.  So this is

15   a very stable cross-section, here, frequency diagram.

16   I'm not -- I have numbers of fibrous elements exactly

17   the same.  So this is at .34.  We have -- we have

18   another bi-modal distribution.  Like this beginning to

19   show an amosite, but we can clearly see it here, and

20   then it will kind of lump out further.

21           This second may be a courser fiber.  It may be

22   two different periods of fiber growth that have

Page 152

1    produced this.  It could have broken fragments in

2    there.  I'm not totally sure what it is, but that --

3    this profile is very characteristic.

4            And we've talked about Italy.  So the

5    epithelia, there's mesothelioma among the people who

6    worked in the quarries there.  These are data from

7    Paoletti (ph) and Bruny.  They published their data in

8    charts, and I copied it, so I'm not totally -- well, I

9    think my arrow copy is .02.  So I think these are

10   pretty good representations of what they show, and

11   again, you see kind of the same sort of thing.  You see

12   a lot of very narrow fiber -- .25.  You see a secondary

13   peak at .5 and another one at .75 and then one a little

14   bit further down.

15           And finally, this is Pokela , Finland.

16   Asbestos was mined there for, I don't know, hundreds of

17   years, and it stopped production in the year of 1970s.

18   At that time there was no -- and even into the '90s

19   there were no mesotheliomas at all reported from

20   Pokela.  The population there has a -- the recent

21   publication where there are some mesotheliomas

22   reported.  I don't know what that means since it's

Page 153

1    been, you know, 40 years since the mine closed; but

2    nonetheless, I'm not sure about the mesothelioma

3    potential for this particular anthophyllite, but I

4    would predict that it should, based on this.  You can

5    see it's got very narrow fiber in it.  It has this bi-

6    modal distribution, and there's a lot of characteristics

7    that are similar to the ones that we have seen.

8             So if I were to summarize, what does the width

9    look like in asbestos, I would say that we have one

10   type, which is like crocidolite and that Metsovo

11   tremolite asbestos where we have 50 to 60 percent of the

12   fibers that are longer that 5 micrometers.  Now, I'm

13   only talking about longer than 5 micrometers and the

14   percentages are all those particles that start out at

15   least at 3 to 1.  50 to 60 percent are less than .2, and

16   amosite and -- we have the dimensions of crocidolite

17   present, but generally speaking, the width is a bit

18   larger.

19            We move onto Libby and to Pokela and Italy, we

20   see these bi-modal distributions.  We see the presence

21   of these very narrow fibers, in decreasing proportions

22

Page 154

1   perhaps, but they do all have particles of width less

2   than .2.  So if I'm looking for asbestos, I'm gonna

3   find out -- I'm gonna look for what's always there.

4   It's always less than .2.  It's always there, and so if

5   you're gonna call something asbestos, you better have

6   particles in there that are longer than 5 and less than

7   .2.

8           Now, does all this matter?  Does it make any

9   difference whether these particle populations are

10  different?  Does it matter?  And the only way we know

11  is to look at the patterns of disease among the mining

12  population and mesothelioma mortality.  Most of our

13  studies are done from mixed exposures, you know, where

14  you have four different kinds of asbestos or an unknown

15  exposure to asbestos -- workers and that sort of thing.

16  But there are estimates of mesothelioma potency, and

17  the measure which I'm just referring to, they often

18  refer to as RMeso, and that's the percent of all

19  expected deaths per fiber -- per fiber, and that's by -

20  - per fiber.  I'm talking about the ones that are

21  measured for occupational exposure, longer than 5 and 3

22  to 1 expectation, so the sack per fiber, per cc, per

Page 155

```
 1    year.  So that's the measure, and Hodgson and Darnton

 2    published some mineral-specific values for RMeso, and

 3    Garrett and Castillo (ph) have updated these data.  The

 4    Journal of Toxicology and Applied Pharmacology has a

 5    volume coming out very shortly -- I'd say within the

 6    next three weeks -- from a conference that was held on

 7    this topic in Virginia a year ago, and this paper is in

 8    that volume.  So it's something certainly to look for.

 9    A lot of them are -- papers are already available

10    online.

11          And so they published an update on crocidolite

12    and amosite.  They added the Libby and the mining

13    populations at Homestake, South Dakota; and Homestake

14    is the largest and oldest active gold mine (inaudible).

15    It's a great place to go to.  I like (inaudible), but I

16    like it anymore.  But the miners there mine deep

17    underground mines in a rock that's basically made of

18    grunerite and quarts.  And so they were exposed to

19    these particles, and we do know that there is -- has

20    been no asbestos related diseases in that population.

21          I think there will be additional studies come

22    available that we can use.  And what do I mean by
```

1    "being able to use?"  Exposures to a single mineral.

2    And what do they show, and I'll show you some real

3    data, but I just want to be sure that the point is

4    clear.  They show that for the same occupational

5    exposure as measured in fiber per cc year that there is

6    a great difference in mesothelioma mortalism from

7    location to location, minerals content, and that must

8    be reflected one of these or more characteristics.  It

9    has to reflect dimension or durability, composition,

10   and common structure.  It should have been right there.

11   It should reflect something that's different from

12   location to location.

13          So here are the data.  These are from Garrett

14   (ph), Brad (ph), and Custor (ph).  Asbestos type and

15   location.  Now, there's a lot of assumptions should

16   come into some of the data that I'm gonna show you, but

17   these just come right out of the paper.  You can read

18   it yourself, and I'm giving you the RMeso for overall

19   crocidolite, and that's from the Cape and Transvaal.

20   So for those two locations the overall -- and they

21   published one for the Cape, and they published one for

22   Hamersley and they -- you know, they have several; but

Page 157

1    I averaged these, and they have averaged them, so I'm

2    giving you the average.  It's 0.451 and that's the --

3    95 percent confidence intervals are shown there.

4           Amosite in the Transvaal, look how far that

5    drops.  It drops way down, 0.09.  Winchite and

6    Richterite asbestos from the vermiculite workers of

7    Libby, Montana, 0.028.  Drops down.  Overall chrysotile

8    0.0012.  I'm going to talk about that, and we're about

9    to be perplexed with some of the things that Brooke

10   talked about.  It's a different mineral.  We usually

11   can't compare them.

12          And then fragmented grunerite from Homestake

13   gold mine in Lead, South Dakota.  This is not asbestos

14   and there is no excess disease, so they have RMeso at

15   zero.

16          So what do we do with those data?  Well, we

17   need an index for the toxicity of durable mineral

18   fibers.  What index can we use that we can compare and

19   try to understand this mineral difference?  And I got

20   three up here.  There might be a lot of other ones.

21   Litman (ph) has suggested that in order for minerals to

22   produce mesothelioma it has to have a width less than

Page 158

1    about 0.15.  Stanton used 8 micrometers and 0.25 in

2    width, and I dreamed up another one here.  Longer than

3    7 and a width less than 0.4, and I have -- I'm using

4    that one.  I'm gonna show you some data from that one

5    because Fred Pooley, in his studies of lung tissue and

6    what particles actually get to the pleura, has shown --

7    and this paper's coming out in this volume --that these

8    7 micrometer particles long are sitting right there at

9    the surface of the lung waiting to move into the pleura.

10   And Lance (ph) et al. published their assessment that

11   particles have to be less than 0.4 micrometers to make

12   it to the pleura.  Now, we can argue about those.  I'm

13   not sure these are the right, but I've got three here,

14   so let's look and see how they work.  It could be added

15   that I hope our work, as we go forward, will improve

16   this.

17          So what we have plotted here is the total

18   fiber in the exposure and what proportion of that fiber

19   meets certain width definitional criteria.  So let's

20   just take this first gray triangle there.  That is for

21   length greater than 7, width less than 0.4.  That's for

22   crocidolite, and I've averaged crocidolite at eight

Page 159

1    populations, so I'm happy to -- it's a way to gain

2    (inaudible).  Anyway, there it is.  So it's 58 percent

3    of the crocidolite fiber fall in that category.  For

4    amosite, it's about 30 percent.  For winchite,

5    richterite asbestos from Libby, it's at 17 or 18; and

6    for Homestake, it's zero.  But that is with a simple

7    regression line on there, and put it just right through

8    all those, and so that quotes the percent expected

9    deaths against a dimensional characteristic of a

10   population; and I did that for the length greater than

11   7, width less than 4.  I did it for width less than

12   0.15.  I did it for length greater than 8, width less

13   than 0.25.

14          So in the fiber per year, this tells you

15   something about what that fiber that they were

16   breathing in actually looks like.  It isn't a bunch of

17   particles that are 5 micrometers long and 1 micrometer

18   wide.  There are much different from that, and they

19   vary among these native sacks, which I think is a --

20   the reason why the mesothelioma potential varies.  The

21   0.85 and the 0.15, they almost fall on exactly a

22   straight line.  They are very, very similar.  The R

Page 160

1    squares should be something like 98 percent, and they

2    put these when you only have a points.  You only need

3    two to get 100 percent now.  (Audience laughs.)

4          So let's try -- can we use this to predict?

5    Can we take a curve like this and predict mesothelioma

6    outcome?  So I've taken three samples I'm gonna show

7    you.  One is in Metsovo, Greece, where we know there's

8    mesothelioma.  One is Pokela, where we're not so sure,

9    but if my medical (inaudible) would see, what would

10   they predict.  And then I've taken the data from Italy.

11   What does it predict in terms of -- at home, I don't

12   know how to plot error and square in the Excel.  I'm

13   old and really backward about all that, so I asked a

14   friend of mine to do that for me.  I have all the

15   errors.  I just want to show you what the errors are in

16   these points.  So these are one standard deviation in

17   the percental fiber and 95 percent confidence interval.

18   Just want to be sure.  We talk about error earlier.

19          All right.  So here are these three curves,

20   and Metsovo, Greece tremolite plots on these three

21   different curves, and it plots at an average of about

22   0.3 RMeso, so you know, something in there.  By all

Page 161

1    these criteria it should cause mesothelioma.  Of

2    course, we know it does.  With young Lidia (ph), in

3    Italy, well, that one is around 0.2 expect for the

4    width less than 0.15, and it's way down here in the

5    lower corner.  There were no data from that chart I

6    copied of particles that were less than 0.1 micrometers

7    in width, so I'm not 100 percent sure about the quality

8    of that data point.  And then Pokela, Finland, they

9    plot at about the same level as well.  Just a little

10   less than 0.1.

11          Okay.  So how do we use all that information

12   to help the FDA?  That's the question.  This, again, is

13   from Metsova; and under PLM, do I have any trouble

14   telling this from that?  I don't think so.  I don't

15   think anybody would have any problem.  This is composed

16   with a zillion fibers that are less than 0.2

17   micrometers in width.  I mean, it is a material that

18   will come apart.  If this were in talc and you rubbed

19   it on your body, I'm not sure you wouldn't release a

20   lot of this fiber.  You might start with a certain

21   number.  You might end up with a lot more.  I think

22   when you inhale fiber particles that it's aggravating

Page 162

1    your lung.  So I think there's a lot to be said for the

2    health effects of asbestos because of the habit that it

3    forms, and it certainly is predicted by my analysis

4    that this would be highly carcinogenic.  No problem --

5    this is a PLM.  This particle is 18 micrometers wide.

6    It didn't come out from a talc deposit.  Here's another

7    particle from that bottle -- my children's baby powder

8    -- and it's not asbestos.  It isn't a fiber bundle.  It

9    can't disaggregate.  It can't be inhaled.  Nothing can

10   happen to this that I know of that has any health

11   hazards associate with it whatsoever, none.  And

12   there's no confusion about a particle this size, about

13   whether or not it's asbestos, using PLM.  By PLM, it is

14   unambiguous.

15            AUDIENCE MEMBER 1:  Did you throw out the

16   bottle?

17            ANN WYLIE:  Pardon?

18            AUDIENCE MEMBER 1:  Did you throw out the

19   bottle or keep using it?

20            ANN WYLIE:  Well, it's -- my children are in

21   their 40s.

22            Okay.  So the analysis issues in cosmetic talc

Page 163

1    I think are the crux of the matter.  And we ask:  Is

2    the amphibole in talc -- is it asbestos?  Does the talc

3    contain chrysotile?  And how do you distinguish

4    anthophyllite from fibrous talc?  So let me just make a

5    few comments on these things.

6              Okay.  You see amphibole asbestiform.  Well,

7    the talc that I looked at under my microscope last week

8    or week before -- week before Thanksgiving, actually --

9    the particles were huge.  I mean, we're talking about

10   70 micrometers.  Wow, these are huge.  And these talc

11   particles were gigantic.  I don't know what I was

12   expecting.  Why we would have gone to the TEM, I'm not

13   totally sure.  Almost everything that I saw in this

14   bottle was very, very large; and so polarized light

15   microscopy is great for this kind of thing.  You can

16   see fiber bundles no problem, and they're going to be

17   there -- I contend that if it's amphibole and it's

18   really asbestos, they're going to be present in these

19   large sized particles.  They don't just all break up by

20   themselves.  The talc does.  Remember talc is the

21   softest mineral known.  If it's not breaking up into

22   tiny little particles, I don't know why the tremolite

Page 164

1    would.  But if we go to the electron microscope and we

2    count 3 to 1 long, width 5, what about -- how do we

3    deal with that?  How do we look at those data?  And I

4    think you have to ask at those data whether or not

5    you've got particles that have widths less than 0.15.

6    Do you have lots of particles that are longer than 8

7    and less than 0.25?  Do you have a lot of particles

8    that are longer than 7, less than 0.4?  I mean, are

9    these particles that are asbestos-like present in the

10   sample?  If it's chrysotile -- well, I would ask:  If

11   there's serpentine found in talc, is chrysotile evident

12   by light microscopy?  Chrysotile asbestos is just like

13   amphibole asbestos in the sense that when it occurs as

14   asbestos in veins, it seems you should be able to see

15   this no problem.  If it's dispersed -- if it's like a

16   mass fiber deposit, sort of mass fiber -- chrysotile

17   plus talc, you'd have to go with the TEM, but I don't

18   know of any assurances like that.  Now, some of the

19   rest of you may.  I just am unaware of that occurrence.

20           I found this in that same bottle of powder

21   that -- I swear it was there.  And this is fibrous

22   talc, and I know it's fibrous talc because the indices

Main Session                                        November 28, 2018

Page 165

1    of refraction are too low for it to be amphibole.

2    They're not even close.  It also has an extraordinarily

3    high birefringence.  In other words, the indices of

4    refraction parallel and perpendicular to this bundle

5    are vastly different and the material shows up under

6    polarized light microscopy without a problem.  It is

7    actually so simple under a PLM to tell fibrous talc

8    from anthophyllite asbestos.

9          Let me just -- so let's talk about some of

10   these issues because I see this issue all the time.

11   People talk to me about this.  Why is it a problem?  It

12   appears to me that by chemistry and morphology that the

13   grains of fibrous talc and anthophyllite asbestos look

14   an awful lot alike by SEM (inaudible) 1:14:55.1; and

15   they look very, very different by optical, and the

16   reason for that is that optical microscopy is sensitive

17   to the water content.  Water content lowers the

18   density.  When you lower the density, the indices of

19   refraction go down.  But TEM and SEM are insensitive to

20   the water, and so people confuse them all the time by

21   just looking at chemistry.  As I've said before you can

22   easily tell these two apart.

1              Now, I've talked to a number of TEM

2      microscopists and asked, "Why do you have this problem

3      all the time of fibrous talc being called anthophyllite

4      asbestos?"  And they said that in ISO, methodologists

5      that -- not always when you have two minerals in that

6      similar composition that are constantly present, not

7      only do you look at the zone access pads for

8      consistency, whether it's tremolite or anthophyllite,

9      but you also want to evaluate them for inconsistency

10     with the crystal structure of other minerals of similar

11     composition and this is simply not done.  It is not

12     evaluated.  It used to be that -- just the 5.3.

13     Instant spacing got the definition of anthophyllite,

14     and then we started getting a few zone access patterns,

15     but they are not necessarily specific for

16     anthophyllite.  They may be consistent, but they may

17     also be consistent with talc and, therefore, do not

18     provide the necessary distinction.  I know this can be

19     done, but I think it is an extremely difficult

20     proposition.  And those of you who deal with electron

21     microscopy can comments on that in a little bit more

22     widely.

1          Well, I was asked weight percent versus

2     particle number.  Boy, there's a really different way

3     of looking at things.  I don't think you should begin

4     an analysis for asbestos unless you know it's there.  I

5     just don't think so, and you can tell that it's there

6     by looking for evidence with fiber bundles, scanning

7     the slides by PLM.  You have some indication that you

8     have asbestos present by mechanisms that we know are

9     reliable before you began counting individual

10    particles.

11         Normally the levels are very low in tremolite,

12    in top material; and that is a consistency -- there's a

13    possibility of then homogeneo (ph); and we had a little

14    earlier discussion.  Someone said they looked at

15    20,000, and there wasn't any; and then someone else did

16    some concentration, which is a very good way to abuse

17    PLM, by the way.  I think it could be sample

18    inhomogeneity at those very low levels.  But PLM, you

19    can -- particularly if you concentrate, you can get as

20    low of a sensitivity as you want.  It just depends on

21    how much material you want.  Really?  And how much time

22    you want to spend.  But 0.1 or .01 percent BLM is

Main Session                                    November 28, 2018

                                                    Page 168

1    pretty easy.

2           Remember, the mass is in the large particles.

3    It's not in those little tiny particles.  They don't

4    have any of the mass.  It's in the big particles.  We

5    have particles that are 100 micrometers wide, and we

6    are trying to measure the mass of a component with the

7    little particles that are 1 micrometer?  The mass is in

8    the big stuff.

9           Now, fiber number, that is a very complicated

10   approach.  I don't think that it is helpful in terms of

11   estimated percentages of anything.  I don't -- I think

12   there's a great deal of difficulty and reproducibility.

13   I'm going to leave it to the TEM people to comment on

14   this.  What are you going to count?  What do you

15   measure?  If you use TEM or SEM and you measure fiber

16   number, I would argue that you must record the length

17   and the width of every particle that you measure so

18   that you can evaluate the population for toxicity, and

19   that would be the recommendations that I would have to

20   give you.  Thank you.

21          (Applause)

22          CATHERINE SHEEHAN:  Thank you very much.

Page 169

1          ANN WYLIE:  You're welcome.

2          CATHERINE SHEEHAN:  So any questions?  We got

3     questions?

4          AUDIENCE MEMBER 4:  Yes.  Often when we're

5     looking at talcs that have these amphiboles in them,

6     what we're seeing aren't necessarily singular

7     structures.  We often see bundles, and it's difficult

8     to actually determine what we're going to use for the

9     width in a bundle if you have a bundle that has, say,

10    some fibers that are 0.3 and some fibers that are

11    particles within that bundle that are less than half a

12    micron.  How would you address that when you said you

13    should be measuring the aspect ratio of every particle

14    by EM?

15         ANN WYLIE:  All right.  I never measure aspect

16    ratio.  Aspect ratio is an absolutely useless

17    parameter.  It's dimensionless.  It has no value.

18         AUDIENCE MEMBER 4:   Wake me up.

19         ANN WYLIE:  So I really -- I feel really

20    strong about that.  Well, when you look at all of these

21    distributions, we all had that problem.  We have it in

22    every distribution that's ever been done, but in terms

Page 170

1   of particle -- you just take the width.  Just take the

2   width.  Whatever it is, take the width.  Of the bundle,

3   whatever, take the width; but you should have --

4   asbestos easily disaggregates by hand pressures.  It's

5   one of the definitions.  It easily disaggregates, but

6   you're gonna have a lot of the other things in there,

7   and I wouldn't worry about that one bundle.  I would

8   worry more and measure more those individual particles

9   that you see which are by far more abundant than the

10  one particle that you're talking about.  That's been my

11  experience.

12          AUDIENCE MEMBER 4:  Well, my question was,

13  basically, if a bundle is defined as three or more

14  fibers, parallel each other, separated by less than the

15  width of one fiber and those individual fibers have

16  different widths, how do you determine a width of a

17  particle when you said that ever particle must be

18  measured for its length and width?

19          ANN WYLIE:  I would measure the bundle, as I

20  told you.  I mean, all those populations that I've

21  shown you -- all right.  There is thousands and

22  thousands and thousands of measurements, and whenever

1   there was a bundle, we measured the width of the

2   bundle.  All right?  Because the number of those

3   particles that are individual far out -- exceed -- and

4   that's why you always have tails.  That's why you

5   always have tails on distributions of asbestos.  You

6   don't always just -- it doesn't just end at .1 or .2

7   micrometers.  It's all -- the crocidolite decided it's

8   so readily that you tend to have much shorter tail on

9   crocidolite.  All right?  For me, I (inaudible) why

10  it's so dangerous because I think it would disaggregate

11  under any circumstances, but the -- you measure

12  whatever you see there, and then -- that's what all of

13  these are based on.  We never try to say, well, what

14  about those individuals that make that thing up?  Never

15  tried to do that.  So all the data that I'm showing you

16  here, it's just every particle however it presents --

17  bundle, no bundle -- are what makes these data.  That's

18  what I've showed you, or that's how we've dealt with

19  it.

20          AUDIENCE MEMBER 5:  Just a comment, actually.

21  Showing up.  If you can't do magnification better and

22  better and you keep chasing zeros, you can end up

1    increasing the number of fibrils or fibril masses gone

2    to the individual fibril.  Now you've got millions

3    where you only saw one bundle to begin with.  The end

4    is sitting right here.  Just measure what's there, not

5    the individual separations.

6            ANN WYLIE:  Yeah.  Next question.

7            GREGORY MEEKER:  I appreciate what you said at

8    the end about measuring individual by TPM the

9    dimensions, and then you went on and said something I

10   think was wrong.

11           You said because then you can calculate from

12   that the toxicity, and I guess you were getting it in

13   mass, and mass is really irrelevant in toxicity.  It's

14   the number of individual small fibers that are gonna

15   reach the lung.  Because as you said earlier, 70 micro-

16   like fiber never going to reach the lung, but it --

17           ANN WYLIE:  Right.

18           GREGORY MEEKER:  -- has a huge mass.  It's

19   gonna overwhelm millions of other fibers.

20           ANN WYLIE:  That's right.

21           GREGORY MEEKER:  As Roe (ph) said 40 years

22   ago, .25 percent in talc, it still had billions of

Main Session                                               November 28, 2018

Page 173

1    fibers.

2           ANN WYLIE:  No.  I agree with you.  I don't

3    disagree with anything that you said, and I think that

4    you misinterpreted.  If you're gonna measure particles,

5    you're not going to be calculating mass.  I mean, that

6    would be fiber number, and that's where I think you

7    measure everything; and I think it's a very complicated

8    to extrapolate from TEM print to an entire ball of

9    talc.  But nonetheless, I think what you're measuring,

10   measure everything; and then what I met my toxicity, I

11   think that you have to have asbestos-size particles to

12   have asbestos-related disease.  Now, that's my opinion,

13   but -- so I would say that if you don't have

14   populations of particles that have widths less than

15   0.4, then -- and I mean 0.35 measured or less --

16   usually there's a 0.05 error -- then it's very unlikely

17   that you're going to have the kind of toxicity that we

18   see with amphibole -- of crocidolite.  Now, that --

19   that's my opinion, and you know, it's not something --

20   and I say it is that based on some of the work that I

21   just showed you why I think that way, because I didn't

22   get to see dose response on those sized particles.

Page 174

1          AUDIENCE MEMBER 6:  I wanted to put in a good

2     word for aspect ratios.  (Audience laughs.)  One of the

3     biggest that we found useful with aspect ratios is that

4     as you look up populations of non-asbestos fibers and

5     asbestos fibers, the diameter of the asbestos fibers,

6     the width stays pretty narrow.  So as they get longer,

7     the aspect ratio jumps up, and it doesn't happen with

8     non-asbestos fibers.  If they get longer, they get

9     fatter, so their aspect ratio goes flat.

10          ANN WYLIE:  My experience has been exactly the

11     opposite.  The longer they are, the higher the aspect

12     ratio concluded fibers, and I've got a lot of data

13     published that shows that.

14          AUDIENCE MEMBER 6:  Compared with asbestos?

15          ANN WYLIE:  No.

16          AUDIENCE MEMBER 6:  That's the comparison I'm

17     making.

18          ANN WYLIE:  No.  As you -- if you take

19     ordinary tremolite and crush it off, when you look at

20     the smaller particles, the aspect ratios will be last,

21     and it isn't until they get longer does the aspect

22     ratio increase.  So I don't like aspect ratio, because

Page 175

1    when we see populations and you compare two populations

2    up here on aspect ratio, you do not know what the range

3    of length over which those particle populations

4    represent.  And so one of them might represent

5    particles from 2 to 100, and one might represent

6    particles from 1 to 20; and that might be very, very

7    different; and we're not comparing apples and apples in

8    that way.  Aspect ratio can be very misleading.

9            AUDIENCE MEMBER 6:  We were building the size

10   distribution and then we're comparing the aspect ratios

11   of the two populations, so you know what the lengths

12   are.

13           ANN WYLIE:  As long as you compare aspect

14   ratio over the same length range, then I think it has

15   some validity for comparative purposes; but if you

16   don't have the same length range, then you are not

17   comparing apples and apples.

18           AUDIENCE MEMBER 6:  I agree.

19           AUDIENCE MEMBER 7:  I've got one question

20   along these lines.  Has it been determined if someone

21   said reason or bundle, what happens over time to the

22   bundle in the lung?  Did they -- are they -- do they

1   come in a case like at Cenegenics?  Are they individual

2   fibers?  Does anybody know?

3          ANN WYLIE:  Well, maybe, Brooke, you can

4   answer.  Most of the data I've seen shows single

5   fibers.

6          BROOKE TAYLOR MOSSMAN:  Yeah.  I think a lot

7   of the original work on the fiber breakdown in bundles

8   was done by Bob (ph) a long time ago, in the 1960s; and

9   he did show that even long asbestos fibers in

10  Crocidolite-enticed talc broke in.

11         AUDIENCE MEMBER 7:  Okay.

12         ANN WYLIE:  There was a wonderful study by

13  Coffen (ph) on, apparently, actinolite in rats, and

14  they -- I think they did inflation.  I'm pretty sure.

15  And then they killed the rat slowly over a long time,

16  and looked at the populations; and with time, the

17  numbers of fibers in the lungs increased.  And that

18  shows you that those bundles were breaking up.  So I'm

19  pretty sure that that's my answer.

20         AUDIENCE MEMBER 7:  Uh-hum.

21         CATHERINE SHEEHAN:  Hunthro (ph).

22         AUDIENCE MEMBER 8:  I've had, I guess, a

Main Session                                              November 28, 2018

Page 177

1    unique opportunity with my association with Dr. Dodson

2    to have analyzed postal valves and lung tissue samples,

3    and it was interest.  Your width is, I think, spot-on

4    is what I see; and I can show you data because we have

5    compiled length and width.  Where I would take

6    objection is the greater than five.  The vast majority

7    of fibers that I find are actually not less than 0.4

8    but probably less than 0.25.

9                ANN WYLIE:  In width?

10               AUDIENCE MEMBER 8:  In width.  And less than 5

11   in length.

12               ANN WYLIE:  Yeah, I know.  That is the

13   conundrum about length, and I don't understand that;

14   and every population I have ever seen or looked at has

15   the most abundant fiber tests in 5 micrometers or less.

16   So there's no question about that, and that is a

17   problem, a conundrum is something I don't exactly know

18   how to deal with; and I know how Dr. Dodson feels, that

19   this is important; and particularly, I think it's going

20   to be important today; it will be important in

21   inflammation; it will be important in asbestosis; maybe

22   it will be important in lung disease; but for

Page 178

1    mesothelioma, I'm not so sure.

2              AUDIENCE MEMBER 8:  I could hear him in my

3    head.  (Audience laughs.)  The question he's asking is:

4    How long does it have to be in there to start the

5    process?

6              ANN WYLIE:  That's a good question.  I just

7    use five because all our exposure data is five, and if

8    I'm gonna use data that suggests the variability of

9    your potential to get disease, I have to use it on the

10   basis of fiber, measure, and exposure.

11             AUDIENCE MEMBER 8:  Exactly.  That's just on

12   the occupational exposure is all five.  So we don't

13   have that data --

14             ANN WYLIE:  Right.

15             AUDIENCE MEMBER 8:  -- to be able to -- you

16   know, the data that I've been able to find shows that,

17   yeah, the majority of the population is less; and it

18   matches very closely what we find -- what I've been

19   finding in human lung tissue.

20             CATHERINE SHEEHAN:  Okay.  We're cutting into

21   our lunchtime now, so we can take one more question.  I

22   see two hands up.  Okay, Aubrey (ph).

Page 179

1              AUDIENCE MEMBER 9:  Yes.  I thought your

2       analysis was really interesting trying to look at the

3       differing sizes and shapes related to mesothelioma, and

4       obviously, at the beginning of that exploration into

5       the arenite populations and other populations --

6              ANN WYLIE:  Yeah.

7              AUDIENCE MEMBER 9:  -- as well; and obviously,

8       the worker populations are selective, so I think that

9       would be commercial asbestos.

10             Have you also been trying to look at other

11      health influences as well?  Lung cancer, fibrogenic,

12      interstitial lung disease, fibrogenic pleural lung

13      disease because they -- there's different sensitivity

14      to different size and shape with respect to the other

15      health influences, and they're just as important as

16      mesothelioma.

17             ANN WYLIE:  Oh, the anthophyllite workers in

18      Pokela margin -- the population was full of asbestosis

19      and lung cancer.  And so there's no question in my mind

20      it's -- the certain area of anthophyllite is very high.

21      Timbrell did work on surface area and demonstrate very

22      clear to my satisfaction that he can explain asbestosis

Page 180

1    on the basis of the high surface area of anthophyllite.

2    So, yes, I absolutely --

3            AUDIENCE MEMBER 8:  We actually do those same

4    kind of analysis.

5            ANN WYLIE:  Absolutely.  Now lung cancer is

6    very hard because the data that have been shown by

7    Garret, Brad, (ph) and Castillo (ph), and Hodgson and

8    Darnton show no correlation, no variability that I can

9    call against dimensions.  So I don't know.  Lung cancer

10   I don't understand.  There's a lot of factors there,

11   and it's not just a dimensional argument.

12           AUDIENCE MEMBER 9:  You know, stop and shield

13   or --

14           ANN WYLIE:  Yeah.  Yeah.  No.  You know, I

15   don't.

16           CATHERINE SHEEHAN:  Okay.  I hate to break

17   this up, but we have to move on.  So lunch is from 1:30

18   to -- I'm sorry -- 12:30 to 1:30.  I see they're

19   setting up the buffet outside, but most importantly,

20   the breakout sessions are going to convene in this room

21   divided into three.  Recall that you signed up for two

22   of three sessions, so come back and be prepared to know

1    which of the sessions you have signed up for or we will

2    have chaos.

3         The co-moderators for Session A on tech methods

4    is now Robyn Ray and Frank Ehrenfeld. The Session B,

5    measurement criteria, the moderators are Ann Wylie and

6    Art Langer; and then the third session on interpretation

7    of testing data is Brooke and Matt Sanchez.  So

8    everybody knows where to go after lunch.

9

10        (A lunch break was taken.)

11        CATHERINE SHEEHAN:  So what we're gonna do now

12   is if everybody can come back into the main room.  We

13   are going to begin with a report-out by session

14   moderators.  The report-out will last for 45 minutes,

15   and so we'll do the math.  Here, we have three

16   sessions, so we have to stick to our 15-minute time.

17        So I will begin with Session A, if I could

18   have Frank and Robyn.  If they can come up and share

19   their report-out.

20        When we're done with the three report-outs for

21   Sessions A, B, and C, we will then go into a discussion

22   questions for the moderators; and that will last half

Page 182

1    an hour, 30 minutes.  So we should be out of here --

2    basically, we should be done by five o'clock; but I

3    will finish off 15 minutes with closing remarks and

4    next steps.  So --

5            FRANK EHRENFELD:  Can we have ten minutes to

6    put our ideas together here?

7            CATHERINE SHEEHAN:  Okay.  Do you want to go

8    second?  Which of the sessions -- A, B, or C?  Who

9    wants to go first?

10           FRANK EHRENFELD:  We're just putting our notes

11   together.

12           CATHERINE SHEEHAN:  You're putting your notes

13   together.

14           FRANK EHRENFELD:  I thought we had more time.

15           CATHERINE SHEEHAN:  Yeah, I was given the

16   instructions to get this thing moving, so if you're not

17   done, we don't have any choice.

18           FRANK EHRENFELD:  Okay.  Here we go.

19           CATHERINE SHEEHAN:  You're good?

20           (Background chatter)

21           FRANK EHRENFELD:  We seem to be down a few

22   people.  Do you want me to get some more people back in

1    the room once you --

2              AUDIENCE MEMBER 10:  I'll grab them.

3              FRANK EHRENFELD:  We'll do that.

4              (Background chatter)

5              Okay.  Folks, I think we're ready to go here.

6    I want to summarize for our Session A today.  Session

7    A, this is our charge is before you on the screen.

8    Martin added his.  And so we were charged with what

9    test method for the analysis of talc and mineral fibers

10   in cosmetics -- it was very specific -- where asbestos

11   is not there and the word "cosmetics" are there.  So we

12   sort of specified that as we went through this.

13             And, again, here we are again.  I will tell

14   you that we had a lot of assistance putting these notes

15   together, this presentation, from Robyn Ray who is the

16   special projects manager for asbestos for EMSL; and

17   again, I'm Frank Ehrenfeld.  I'm the laboratory

18   director at IATL in New Jersey as well as the chair of

19   ASTMD2207.

20             We started by asking for a show of hands as to

21   who our audience was, and so we discovered that we did

22   have a number of geologists.  We had a number of lab

1    rats that specialize in various traditional

2    technologies and techniques.  We had XRD represented

3    several times over, a number of light microscopists and

4    electron microscopists present.  We had those who were

5    familiar with some of the medical epidemiological

6    background of the subject as well as a toxicologist in

7    the room.  Everybody should have a toxicologist in the

8    room when they're meeting.  We also had those who were

9    involved in the regulatory community.

10        We had a number of things that we wanted to

11   consider, including about the matrix of the material.

12   Some matrix considerations were discussed.  We can even

13   look at an overview of that.

14        Is this something that is a talc deposit, and

15   what analytical methods might be appropriate for that

16   versus what analytical methods and techniques would be

17   appropriate for talc in a product?  Obviously, our

18   charge was cosmetic, so a product.

19        We talked about some of the products

20   themselves, to what extent would they be used. Was it

21   something that was bound in waxy matrix like lipstick

22   or something that, perhaps, was more materially that

Page 185

1     could be readily airborne like a talc?

2          We also talked about the lack of reference

3     standards and calibration standards.  We talked about

4     all of these various analytical techniques in detail.

5     One of our core conclusions was that no one analytical

6     method shall trump another and that you must have

7     either complimentary or a suite of analytical methods

8     in order to be able to confirm these minerals in those

9     matrices.

10         Under the term "other," we actually had a

11    couple other things proposed for -- to overcome certain

12    challenges, including SEM OSHA analysis using EDS --

13    thank you, Greg, for taking me back to my days as a

14    graduate student at Lehigh -- as well as ICP mass spec

15    to look at some of the chemistry of the minerals as well

16    as the matrices.

17         Under "prep options," we were reminded by Chris

18    Weis, our toxicologist.  Careful about prepping your

19    sample.  Do not create anything if you can get away with

20    it, and don't diminish or demolish or dilute anything

21    that might already be in there.  So careful not altering

22    the material as it is received for

Page 186

1    a laboratory -- in the laboratory.

2            We have other takeaways regarding prep

3    options.  We talked about various modernization

4    techniques.  We talked about the disadvantages of

5    knowing -- and everything you see here on the slide, we

6    talked about it at least in some length.

7            We also talked a great deal about, okay, once

8    it's under a light microscope or in the XRD or under

9    the SEM or TEM, to what extent are you going to -- I

10   don't want to use the word "limit" an analysis but to

11   extent -- or to tolerate some limit, to put it in

12   Martin's terms.  But we thought that the best idea was

13   to analyze everything so the microscopist would never

14   have to put that sample back into a stove and if

15   there's a particle there that can be analyzed and the

16   dimensions recorded and the chemistry measured and the

17   fraction pattern obtained and documented, that you do

18   it right there and then.  Don't have to go back and do

19   it.

20           One of the other filters that we mentioned a

21   couple different times had to do with an unknown or a

22   certain tie it up here.  We also asked repeatedly about

Main Session                                          November 28, 2018

Page 187

1    those who had experience analyzing these materials, and

2    a number of hands went up as well.  So the room had a

3    lot of experience in it.

4            What we said we would learn some of the

5    lessons from the morning sessions, and I proposed that

6    we filter our comments through these couple points that

7    were made by Greg Meeker -- two of these points -- Ann

8    Wylie, Martin Harper, while in the hallway, and others.

9            Greg said, "Is it possible to protect public

10   health without regulating everything?"  So we had to

11   think about that, to what extent.  You know, where's

12   your cost-benefit analysis?  If you're doing an

13   analysis of material, do you want to analyze

14   everything?  Do you want to have that boxcar of an ore

15   deposit pull up and somebody say, "Okay.  Tell me what

16   this has or does not have in it" or, "Here's a thimble

17   full of material.  We need your analysis to proclaim

18   the asbestos or mineral fiber content of this boxcar of

19   material"?  So all that stuff we considered.  So to

20   what extent is public health going to be protected

21   without regulating everything?

22            Another comment that filtered our

Main Session                                    November 28, 2018

Page 188

1    conversations had to do with geologists used to own the

2    definition of asbestos, and it has been -- and those

3    definitions have now been turned over, for better or

4    worse, to the legal community.

5            Greg had another important statement that we

6    used to filter our discussion, which is:  "What does

7    the lung know?"  So regardless of how you might define

8    a particle or a fiber, what does your lung have to say

9    about it?

10           Make sure I have all of these out of the way.

11   We were also concerned about it turning into a

12   discussion about asbestos definitions, and we at some

13   point there was at least some murmur of consensus about

14   the fact that the initial definitions of "asbestos" had

15   to do with materials that were intentionally formulated

16   with these minerals for building materials and other

17   such things and if there are other products that might

18   be contaminated with these minerals or coming up out of

19   the ground that they may not -- that we need to maybe

20   create another definition for them.  Those are some of

21   the filters.

22           Again, the main points to take away from our

Main Session                                November 28, 2018

Page 189

1    discussion, use multiple techniques and technologies.

2    Make sure that your prep is sound and not either

3    removing anything that you might detect or creating

4    something that you're going to be counting.  And also,

5    if you're gonna analyze something, take the time and

6    analyze everything so that 20 years from now they can

7    use that data and not have to reinvent the wheel.

8         And again, we had a lot of minor points that

9    will eventually come into a summation that we'll submit

10   to JIFSAN.

11        And any questions before I'm done with your

12   little synopsis there?  Yes sir.

13        AUDIENCE MEMBER 1:  Did you discuss a possible

14   combination of these techniques, whether these or some

15   of the others that you mentioned, that could be used as

16   an additional screening process that could --

17   identifying risk, maybe be a way of identifying talc

18   that was reasonably safe and should be making in our

19   commerce, you know, based upon, you know, what our IHHE

20   or one of the risk assessments we come up, give us some

21   number to hit on; but what I'm looking for here is a

22   screening protocol that might be a little over

Main Session                                    November 28, 2018

Page 190

1    sensitive, but if it gave false positives, bam, then

2    you go ahead and do the additional confirmatory

3    analysis to get rid of it.

4          But what I'm looking for is an initial

5    screening protocol that would give us, you know, a high

6    -- relatively high confidence that whatever product got

7    through was safe for the public.

8          FRANK EHRENFELD:  Okay.  That's a long

9    question.  Let's see if I can get it down to its bare

10   components there.  The last thing was like, hey, with

11   this screening protocol, can I have a high confidence?

12   But that may be counterintuitive there -- screening and

13   high confidence, right?  However, we did bring up at

14   least the term that:  Now, what would you use first? Is

15   there an order you'd use these analytical techniques?

16   Is one better than the other?  Can you just go straight

17   to this analytical method?  And the answer over and over

18   again was, "No.  You need to use a suite or use multiple

19   confirmatory techniques."

20          Nobody was too confident with using a

21   screening method outside of using light microscopy at

22   least on the ore deposit side of things, only cosmetic

Page 191

1    products -- finished product side of things.  Obviously

2    there would have to be a lot of prep involved, and

3    then, again, you're losing some of the pool --

4            AUDIENCE MEMBER 1:  That's a whole -- that's a

5    whole different.

6            FRANK EHRENFELD:  Yep.  I may not have answered

7    your question, but at least some of those elements were

8    discussed.  Again, most of the comments that we shared

9    also related to the morning sessions.

10           Sean.

11           AUDIENCE MEMBER 2:  We discussed XRD and PLM

12   as valid screening pools that have advantages and

13   disadvantages, but I thought we had agreed a group that

14   some form of electron microscopy was needed for final --

15   or at least quality assurance.

16           FRANK EHRENFELD:  Yeah.  And with that, we

17   also discussed measuring the width of various suspect

18   minerals, and so TEM would obviously need to be used

19   for that, with the limitations of light microscopy, in

20   order to collect the data that might have pertinent

21   biological information.  TEM would have to be used.

22           Any other questions?  Okay.  Thank you very

1    much.

2              (Applause)

3              Of course the secret weapon of our session was

4    Art Langer, so we had a wonderful broad-ranging

5    conversation about all sorts of things.

6              Our goal was to establish concurrence on a

7    morphological criteria for the identification of

8    mineral fibers in cosmetics containing talc, and so the

9    things that I think we did agree on was that the longer

10   than 5, aspect ratio 3 to 1 gives you -- may give you

11   false positives.  All right.  So although it will patch

12   her what we're interested in, in an analysis, it would

13   necessarily -- or likely give you false positives if

14   both fragments and asbestos was present.

15             We also noted that 3 micrometers is the limit

16   of respiration for fibers, and so that's an important

17   limit on what should be included if respiration is the

18   method of entry.

19             Someone asked if you could get talc through

20   the skin.  I don't think we were experts enough to

21   answer that, but I think it was raised.  We then agreed

22   that particle morphology using this standard method for

Page 193

1   assessing asbestos exposure will exaggerate, or may

2   exaggerate, asbestos fiber counts.

3           We agreed that the analysis should look at and

4   focus on particles longer than 5 micrometers, and we do

5   not accept coal without dissent, that it's only long

6   particles that we should be worried about; but what

7   we're looking for is an index and an indication that we

8   have fiber present.  And since all of our risk

9   assessment and everything that we know about how these

10  minerals were likely to behave are based on that, that

11  analysis should focus on longer than 5 micrometer

12  particles.

13          We also believe that the FDA has an

14  opportunity for a method of analysis of a bulk

15  material, that there is no reason to apply a method

16  that was used for air sampling and environments known

17  to contain asbestos to bulk analysis, that that leak is

18  not necessarily warranted; and we urge the FDA to think

19  creatively about what else they could do to try to

20  develop a method in bulk -- criteria for bulk

21  materials.

22          We agreed that false positives by just simply

Page 194

1    conventional counting can be enhanced by using more

2    than one type of instrumentation.  Polarized light

3    microscopy is an advantage over phase contrast, that

4    electron microscopy gives us another set of data by

5    which we can make the analysis; and so I think we concur

6    with what was discussed earlier.  These -- the analysis

7    would benefit significantly in bulk materials by heavy

8    liquid separation, that we should use it.  We use light

9    microscopy.  It should be polarized light microscopy.

10         We agree that we need -- if we're using

11   electron microscopy, we need to establish a set of data,

12   a certain number enough to feel that a mode has been

13   established in width.  So we measure a large enough

14   population in order to establish a width mode so that

15   that can be compared to known asbestos populations to

16   enhance the certainty of the definition -- of the

17   identification.

18         We had, I thought one, a very interesting

19   discussion.  It was a little bit outside our direct

20   charge, but the question would be:  At what level can we

21   tolerate a mineral fiber in talc?

22

Page 195

1              And I think Martin had a really good idea to

2      use some of the risk assessments that have been done at

3      Libby.  We know exactly what Libby looks like.  There's

4      enough information in that analysis that they establish

5      a safe level and that that might be used to help

6      establish a tolerable limit for analysis, and an

7      analyst has to have a detection limit.  They have to

8      have a level below which you can't prove the absents,

9      and so we need something.  We need some limit that we

10     work toward in the analytical community no matter what

11     criteria that we apply.

12              Anything else?  Anybody from our group, again?

13     Okay.

14              (Applause)

15              MATT SANCHEZ:  All right.  I'll tell you

16     excuse my computer up here.  It's limited space, so I

17     took my notes on here.

18              I would like to excuse Brooke Mossman.  I'm

19     pitching when you can go to her as a co-moderator of

20     one of the sessions, and then Brooke Mossman had to

21     leave to catch a plane, so I'm -- I don't know.  I'm

22     just pitching and gone.  (Audience laughs.)

Page 196

1          The goal that we are given, which I learned

2     about two days ago, was to establish a consensus on the

3     interpretation of microscopy measurements for mineral

4     fibers in cosmetics containing talc.  I would --

5     fellows kind of liked my show.  There was a lot of give

6     and take with the participants.  I'll do my best to

7     summarize kind of what I thought I said and then also

8     based upon some of the questions for those that were in

9     the other panel -- or in that one meeting.

10          Before I do that, I would just recommend, if

11    you haven't yet, there have been two stimuli articles

12    published by the USP, the different expert panels

13    working on testing talc for asbestos.  I think it was -

14    - the discussions in both of those are very relevant to

15    everything we've discussed today, and it also gives an

16    idea of the talc expert panel, which is working on

17    analytical methods, the direction we're going.  There's

18    some information about where we're going with that, and

19    we'll be more forthcoming, too, in the coming year I'm

20    sure.

21          One thing that I noticed from the morning

22      sessions is nobody defined a mineral.  I found that

Page 197

1    interesting because in any of the interpretation of

2    microscopy data, or any analytical data dealing with

3    minerals, you need to make sure that you've collected

4    enough data to identify them.  So this is a basic

5    working definition of the mineral.  This is where you

6    get "a natural occurring solvent."  It's going to have

7    a crystal structure.  It's crystal in it.  It's gonna

8    have a chemical composition.  You can measure something

9    that's consistent.  So depending on however you're

10   looking at the sample, whatever kind of technique

11   you're using, be it XRD -- XRD's not going to tell you

12   anything about the composition of what you're looking

13   at.  It will tell you what crystal and phases are

14   present.  When you're looking at PLM, PLM's not going

15   to tell you anything about the composition directly.

16   Based upon refractive indices in the amphibole, you can

17   make some inferences.

18          There was a lot of -- you know, Ann rightly

19   pointed out that anthophyllite and thallophyte, PLM,

20   that's child's play to tell those apart by refractive

21   index.  However, I mean, you move into things like

22   tremolite and anthophyllite, if they're not

1    asbestiform, you're dealing with an extinction-angle

2    difference.  You can tell them apart by the distinction

3    angle, otherwise you can't.

4          When you're dealing with a phase like

5    cummingtonite and actinolite, you're never going to

6    tell those apart only by optical data.  So if these

7    specific mineral species of interest are important, the

8    optical data could get you pretty far; but if you're --

9    you may be assuming something incorrect if you just

10   call it actinolite.  There could be something else.

11   And I will say that in historical talcum powders that

12   I've been testing over the past year, we are finding

13   cummingtonites that historically were reported as

14   actinolites and tremolites.  So that is a -- from a

15   historical perspective, that is something that is real.

16         And so just moving on, when you're -- so when

17   you're evaluating data, it's critical to understand

18   what these instruments can and can't do on

19   identification.  I spoke -- I'm trying to think it

20   here.  So sorry.  I'm gonna follow my notes.

21         One of these -- we were pushing for in the USP

22   expert panel -- maybe I'm speaking for them, but what

Page 199

1    I'm trying to push for is the data that's reported with

2    any test report would contain all the information

3    necessary for third parties to be able to independently

4    verify the results.  What that means is, if it's the

5    PLM testing, there will be photographs of the particles

6    and plane-polarized light in different directions with

7    the -- so you can see the Becke` lines or dispersion

8    stain colors, however you're doing that, where you have

9    imagines showing what the extinction angle if one was

10   observed was, when you have imagines to see what it

11   looked like, you know, signing and longation, all these

12   different measurements.  I require that those things

13   all be reported because through all those pieces of

14   information that an analysis is supposed to be doing,

15   you can then understand what the data actually means

16   and whether there's been misinterpretation on the

17   laboratory side.

18          The same holds for any kind of a TEM analysis.

19   The different issues with TEM make it much more

20   difficult.  They're not more difficult.  I know it was

21   said earlier that somehow PLM is not sophisticated, or

22   it seemed to be implied that, and that's just not true.

Main Session                                                November 28, 2018

Page 200

1    Minerals are very complicated.  The technology and the

2    science and the physics behind polarized light

3    microscopy are also very complicated.  They're very

4    robust within their limitations.

5            The same goes for TEM.  TEM has very wonderful

6    things that it can do.  Martin Rutstein mentioned this

7    idea of this 5.38 row spacing by, you know, TEM

8    analysis to somehow confirm an amphibole.  Talc has

9    that.  Sepio has that.  There's a -- any bio pyro glass

10   (ph) -- that's a new term for everybody -- will have

11   those 5.38 in row spaces.  That does not make them

12   amphiboles.  That does not make them asbestos.

13           So whenever these issues are coming up in TEM

14   data, the SAED data that's collected must be robust

15   enough that you have zone axis to fraction work -- and

16   this is all spelled out in old documents from the EPA.

17   This is also spelled out very precisely and good by the

18   ISO Methods by using TEM, but when you need that zone-

19   axis work -- and then the zone-axis solution needs to

20   be specific to the mineral you're identifying.  There

21   are a lot of zone axes for different minerals that will

22   be the same, so unless you have a unique solution, you

Main Session                                    November 28, 2018

Page 201

1    cannot say you've identified that mineral.  A caution -

2    - a cautionary note, that most -- I can't speak -- in

3    my experience, I'll leave it at that, a lot of asbestos

4    testing labs by TEM only have crystal structures

5    provided to them through NVLAP which does not include

6    the crystal structure of talc.  So how is the lab

7    supposed to analyze talc for asbestos if they can't

8    differentiate by electronic fraction talc and

9    anthophyllite?  I'll just leave it at that.

10            There was a lot of comments from the audience

11   there.  The questions, a lot of them revolved around

12   almost like surrogate techniques to measure for

13   asbestos content or amphibole content.  One of the

14   discussions revolved around using, you know, calcium as

15   a tracer for maybe a tremolitic or at least a calcic

16   amphibole.  I did my best to try to deal with those

17   issues.  You know, talk about using iron.  There's just

18   issues if you're trying to do a certain chemical

19   solution for these things, and I hope I explain this

20   well enough that that was clear.  I think we're stuck

21   with doing microscopy on individual particles for the

22   most part.

Page 202

1          Some of the discussion dealt with the

2     quantification revolving trying to do techniques to

3     concentrate, like, amphibole phases from talc, which

4     can be done in a variety of ways.  There's pros and

5     cons to doing that, but I tried my best to discuss what

6     those are; and really, I think from an idea of getting

7     better quantitation, I think there's a lot of merit to

8     doing concentration techniques once you've identified

9     whether something is there to know how much is there.

10          But you know, for an example, if you take 10

11    milligrams of talc, put it in a heavy liquid separation

12    and, you know, do your thing and then look at the

13    residues, that's the same as just looking at that 10

14    milligrams of talc but actually by PLM, which you can

15    do rapidly and quickly.  So there -- but from a

16    quantitation perspective, to be able to remove the

17    nonamphibole from those components, you can get a much

18    higher idea of the quantitation, get a much lower --

19    much more sensitive burden.  Accurate quantification is

20    best by using those kind of techniques at the expense

21    of, you know, doing nothing about chrysotile, if it is

22    present or not.

Main Session                                                November 28, 2018

Page 203

1          There was a lot of talk about the idea --

2     especially from the FDA groups, there was an idea of,

3     you know, having a rapid and also reliable testing and

4     screening of these materials.  My recommendation was

5     for rapid testing, I think PLM is the best.  We can do

6     it on site if you were equipped to do it, but again, I

7     agree with what was said earlier.  I think doing

8     multiple approaches is necessary here.  There's a lot

9     of -- a lot of nuances, and having other techniques,

10    they complement each other.  Where you have

11    contradictions in the data, you need to resolve those

12    contradictions, and a lot of times other techniques

13    will be able to allow you to do that.

14          There was also some discussion of the

15    cosmetics, and I think Frank Ehrenfeld already mentioned

16    that -- the idea of removing, you know, waxes or binders

17    from them.  The amp flows are there.  I think that would

18    have to be done before you analyze reliably.  Those

19    things could mask and make it difficult to measure

20    pertinent properties of those particles for

21    identification.

22          I think I -- I think that was all my notes I

1    had.   I don't know if anybody that was in the group had

2    anything to add.   Did I miss anything important?

3              AUDIENCE MEMBER 3:   Ross (ph)?

4              MATT SANCHEZ:   Yes.

5              (Crosstalk)

6              AUDIENCE MEMBER 3:   Were you enshrined in

7    doing much with UBSD?

8              MATT SANCHEZ:   Yes, we have.

9              AUDIENCE MEMBER 3:   How is that going?

10             MATT SANCHEZ:   I mentioned UBSD in the

11   session.   It's going well sometimes.   The beautiful

12   thing about UBSD is it either works right away or it

13   doesn't work at all.   The other issue with UBSD

14   techniques is it's very dependent on anything on the

15   surfaces.

16             AUDIENCE MEMBER 3:   Other than just --

17             MATT SANCHEZ:   We've been doing them -- it's

18   best to do them uncoated, so we haven't --

19             AUDIENCE MEMBER 3:   No.   I mean the ion

20   sputtered.

21            MATT SANCHEZ:   Oh, we haven't got that

22     sophisticated from that perspective.   Most work

                             that

Main Session                                November 28, 2018

Page 205

1   Brian (ph) did for his PhD work was using filter

2   preparations and then using geometry is where they were

3   actually transmitting with the transmission -- it's not

4   back scatter anymore but it was a transmission mode for

5   the diffraction pattern generation.  We've been trying

6   to take that into -- what we're doing now, we're

7   isolating individual particles that we see, like, on

8   PLM, removing those, putting them on the SEM, getting

9   the compositional information, then obtaining the

10  diffraction information at UBSD; and we're probably

11  about an 85 percent success rate doing it that way.

12  And we've seen some -- yeah, well, we can talk about

13  that later, but -- so we're having success there.

14          One of these we're trying to do is actually

15  tie in the UBSD to the automotive analyses on SEM, but

16  we're not doubting much -- we're having difficulties at

17  that.  That's far off, I think, before we can merge

18  those technologies.

19          AUDIENCE MEMBER 4:  Have you had success with

20  all the different asbestos types or --

21          MATT SANCHEZ:  No.  I would defer to Brian's

22  PhD and publications.  Brian Bannon (ph).  Sorry.  He's

Page 206

1    a colleague of mine at RDAG Group.  From my

2    recollection they -- there's issues with the -- there's

3    a few issues.  When you're using the transmission mode,

4    you have much better spatial resolution; but if the

5    individual fibers are very, very fine -- I don't

6    remember where that was, whether it was .1 microns; and

7    then for somewhere, there was just no signal from them

8    -- the UBSD technique.

9          It does not work at all with crisapa (ph)

10   because of that scrolled structure.  It just looks at

11   more of just pretty much IBDSD work, but for, you know,

12   single crystals of amphiboles that are, you know, big

13   enough for the spatial resolution to work, you can

14   usually get that from that, assuming there's no

15   coatings or something on the surfaces.

16         AUDIENCE MEMBER 5:  You mentioned

17   cummingtonite.  On the TEM, is that just too complex or

18   too similar to, you know -- can you still do

19   diffraction there to identify them?

20         MATT SANCHEZ:  Well, absolutely.  I think the

21   -- cummingtonite, for those that don't know, it's a

22   magnesium amphibole.

Page 207

1          AUDIENCE MEMBER 5:  So --

2          MATT SANCHEZ:  And the number of the formula

3     would be $Mg_7Si_8O_{22}OH_2$.  So compositionally it would be

4     the same, or potentially the same, as any anthophyllite

5     you would encounter.  The difference between them is

6     cummingtonite is part of what's called a monoclinic --

7     it's part of a monoclinic system.  It has different --

8     it has a different crystal structure.  Because of that,

9     it has different diffraction properties than

10    anthophyllite.  So if you're doing the electron

11    diffraction correctly and understand the differences in

12    the space groups, you can make those distinctions

13    whether it's an orthorhombic amphibole or a monoclinic

14    amphibole.  This is not something that is routinely

15    done by any laboratory that I know of in the asbestos-

16    testing world.

17          AUDIENCE MEMBER 5:  Pretty straightforward for

18    anthophyllite.  It's orthorhombic.  Cummingtonite, its

19    structures collapse because of the iron in it.  It has

20    more iron than anthophyllite.

21          MATT SANCHEZ:  What do you mean?  Well, you

22    still have to collect data and make the measurements

Main Session                                    November 28, 2018

Page 208

1    and do the indexing; but the real difference there is -

2    - the important differences are the differences in the

3    space groups between the monoclinic amphiboles and the

4    orthorhombic amphiboles.

5            AUDIENCE MEMBER 5:  That's what defines them.

6            MATT SANCHEZ:  I'm sorry?

7            AUDIENCE MEMBER 5:  Yeah.  That's what defines

8    them.  That's what differentiates them.

9            MATT SANCHEZ:  Yeah.  But the issue is

10   understanding what those are and how those -- and how

11   those result in the diffraction patterns to make the

12   appropriate determination.  I think that's beyond my

13   topics here today but --

14           AUDIENCE MEMBER 5:  All I'm saying that

15   there's no cummingtonite asbestos.

16           MATT SANCHEZ:  I don't know.  I've never seen

17   it, but cummingtonite is a real -- it's a real

18   amphibole, so --

19           (Crosstalk)

20           All right.  Anything else?  All right.

21           (Applause)

22           CATHERINE SHEEHAN:  So I think now we can move

1    into the next session, which is questions, discussions

2    for moderators.  So I know we don't have chairs here,

3    but moderators now can take questions from the

4    audience.

5              So any questions, discussion points?  Yes,

6    Gary (ph).

7              GREGORY MEEKER:  Did I understand in your

8    group you decided to eliminate any airborne --

9              ANN WYLIE:  No.

10             GREGORY MEEKER:  -- (inaudible)?

11             ANN WYLIE:  In fact, there was discussed -- it

12   was discussed -- we weren't doing the testing methods

13   per se, but it was mentioned by several that

14   aerosolizing the samples might be a useful thing to do.

15             GREGORY MEEKER:  Okay.

16             ANN WYLIE:  Okay.  So it wasn't -- but it

17   wasn't our -- that wasn't our charge.

18             GREGORY MEEKER:  Yeah.

19             AUDIENCE MEMBER 6:  So I think we've talked it

20   out, and there's really an uncertainty, problems.  I

21   think we discussed this at ASTM and definitely at USP.

22   You have what -- you'll see some of the special, but

Page 210

1   necessary to keep, certificates.  You want a de minimis

2   sample on some of your reference materials, and that's

3   important when you're taking a sample for analysis.

4   Whether you take 10 milligrams or 1 milligram, are they

5   the same?  You have to establish that somehow,

6   somewhere that when you take on a semblet (ph), if you

7   don't do duplet, triggerclet (ph), or even for

8   analysis, in order to rule out and analyze it, we have

9   to also approach it from that perspective.  And you can

10  say, "Well, it's a fine cosmetic talc or pharmaceutical

11  talc."  Okay.  Granted that helps in some situations,

12  but if you're looking at maybe the courser talcs, you

13  do have a situation where you have to think about how

14  you're subsampling and what would really be of the de

15  minimis sampling before you put it all on diffraction,

16  PLM, or Tega (ph).  So I just think that should be

17  brought out.

18          CATHERINE SHEEHAN:  I'll give you mine just in

19  case.

20          MARTIN HARPER:  Sure.  I got a couple of

21  comments.  And one is the availability of proficiency

22  test samples.  I mentioned the HSE's schemes that they

Page 211

1    occasionally have talc in -- as the material; and I've

2    mentioned also through ASTM that there's a couple of

3    initiatives to do some inter laboratory studies, but

4    they like you to be one-offs, I imagine.  Now, it's

5    perfectly possible to go along to a PT producer in the

6    US and request a PT sample be added to one of their

7    programs.  In fact, I'm thinking of the American

8    Industrial Hygiene Association, that bulk asbestos

9    proficiency testing program.  It's -- you know, their

10   provider is similar to the, you know, NVLAP provider.

11   I mean, if you wanted a proficiency test sample of talc

12   contaminated with different materials at different

13   levels, these can be put together.  I mean, obviously

14   there's a cost involved in the start-up.  You know,

15   there's a cost involved in participation in the program

16   too, and American Industrial Hygiene Association, pack,

17   LLC, may be willing to invest money in the creation of

18   the samples, knowing that they'll get it back from the

19   participants later, or there might be, you know, a

20   government agency that would, you know, put a grant

21   together to enable them to get them.  I think it's a

22   really, really useful thing to do because labs need to

Page 212

 1   know what their capabilities are -- what their true

 2   capabilities are, and you just can't get it by

 3   guesswork.

 4            And as it corroborates with that, I also want

 5   to ask that if anyone has, you know, an electron

 6   microscope with an EDS, please, please calibrate it and

 7   calibrate it on the right kind of materials.  You know,

 8   reference tremolite, reference actinolite, and please

 9   check the results of those calibrations because, you

10   know, I've seen results where the actinolite

11   calibration stat, it was off by 20 percent from 30

12   percent from the reference composition in the missed

13   sample.  So you know, this is something that I beg the

14   labs to do.

15            CATHERINE SHEEHAN:  Is it on her?

16            GREGORY MEEKER:  Could I just -- I'll walk

17   through quick.  He got EIRONG glass -- EIRONG glass,

18   secondary stick will do for SEM.

19            AUDIENCE MEMBER 7:  Martin, to that point,

20   Session A, we talked about standards as well, on the

21   calibration standards but also reference standards, of

22   course; and our biggest obstacle, perhaps, was the fact

Page 213

1    that -- can we get standards formulated to match a

2    cosmetic product?  We can get Loan Pine.  We can go and

3    -- Money Lab's represented here today and others that

4    are at least of that status would, you know, have in

5    their library of standards all these minerals; but I

6    don't necessarily have something that I could call a

7    reference material for a base, foundation, cosmetic,

8    something or another or -- so either can the industry --

9    so can USP say, "Hey, manufacturer, can you supply the

10   base formulation of this stuff and then can it either

11   be spiked or -- we're looking for that bulk matrix

12   material, not just the mineral fiber itself."

13          CATHERINE SHEEHAN:  Happy birthday.  No?

14   Okey-doke.

15          AUDIENCE MEMBER 8:  Regardless of the chemical

16   composition, the various amphiboles and talc and things

17   like that, Matt, I believe you mentioned in our session

18   that there was a study that looked at the general

19   elemental composition of various talcs around the

20   world.  Is that the only study available on that

21   subject?

22          MATT SANCHEZ:  I think it's the most inclusive

Main Session                                              November 28, 2018

Page 214

1    for sure.  I know in the -- what is it?  The

2    International Agency on Research for Cancer?  I don't

3    bet that -- they had -- they had some bold compositions

4    presented in there from citizens from different top

5    areas that produced, but with Marian Dosone (ph) at the

6    Smithsonian Institute, they went to different talc

7    mining areas; and other gentleman researchers was in

8    academics and did a lot of work in talc and assembled a

9    huge collection of talc from all over the world,

10   different mines; and they made a first passthrough

11   that, characterizing those things, bulk composition and

12   some other work using both XRF techniques as well as

13   EPMA or electro microprobe analysis.  And they did some

14   cluster analyses in trying to look at some correlations

15   in that paper, but that's the most widespread study I

16   know, gosh, from everywhere, as many locations as

17   possible.

18           AUDIENCE MEMBER 9:  Roughly, what sensitivity

19   do those methods have?

20           MATT SANCHEZ:  I don't know.  They did run

21   everything by pattern straight fraction as well to

22   identify the mineral phases, but then they were going

Page 215

1    through and doing -- it will be sold out for -- the

2    chemical analyses, I don't recall, but they were doing

3    a lot of trace element levels down, parts per million,

4    maybe even parts per billion levels.  They were using

5    the Research Institute over at Washington State

6    University of Pullman to do a lot of elemental analysis

7    that way on the bulks.

8            When they got into doing the microprobe work,

9    it was -- those would have been particle specifics that

10   they would have identified beforehand; but as far as

11   the chemical compositions, that's very precise data of

12   a large suite of both major and minor and then trace

13   elements.

14           AUDIENCE MEMBER 9:  Thank you.

15           CATHERINE SHEEHAN:  All right.  Were there

16   questions?  No?  Going, going, gone.  Okay.

17           So I move to close the session if nobody else

18   has further questions, and we can now go into the

19   closing remarks and next steps.

20           So these are my closing remarks, not USP's,

21   but my first closing remark is I wanted to thank

22   everybody that has come to this meeting today

Page 216

1    representing us from industry, regulators, and academia

2    because I think it really did give us that

3    brainstorming at first.  There's a lot of themes,

4    definitions, and measurement, structure, composition,

5    shape size.  It was a soup of nomenclature, and from

6    that, there was a lot of questions I felt, and I

7    thought they were very fundamental questions.  Do we

8    have a definition of what we are testing for?  We just

9    heard many, many times, "Define the mineral.  Define

10   asbestos.  Who owns the definition?"  We talked about

11   revising the definition.  Perhaps it may need to be

12   revised.  Secondly, in terms of definitions:  "What are

13   we really looking for?  What do we want to test for?"

14   I think these are fundamental as we go into the big

15   task of developing method and limits.

16          I think the second theme common throughout the

17   morning session speakers and the sessions was that we

18   were really looking for a standardized approach that

19   labs can follow.  I think the consensus was that there

20   is a toolbox out there.  No one method will suffice,

21   but which ones do we used and for what?  We also talked

22   about what is the right reference standard, that that

Page 217

1    was important as well.

2              So there were my general closing remarks in

3    terms of what, you know, we discussed both in the

4    morning and afternoon.

5              So in terms of, I think, next steps -- because

6    I believe there's a lot of unanswered questions of

7    those that I mentioned; but to start the ball rolling,

8    in terms of next steps, I think it's important now that

9    there's a lot of information shared here, a lot of

10   critical discussions that will move us on this journey.

11   But the summary notes definitely, in terms of the

12   moderators and the speakers, the presentations from

13   this morning, the summaries from the breakout sessions,

14   definitely they will need to be posted on the website.

15   My information here is that has to be finalized by

16   January 5th.  I do not know when they will post, but

17   January 5th is the deadline for speakers and moderators

18   to get summary breakout sessions to JIFSAN.

19             Another next steps is to make sure that all

20   slides that were presented in the morning session and

21   also as part of the breakouts that they will be

22   provided on the website.

Main Session                                    November 28, 2018

Page 218

1              And then third is kind of an open question.

2     You know, what does the audience think should be a next

3     step?  You know, what have you learned from today that

4     could help us move to the next step.  So I'm going to

5     leave that as kind of an open question to the audience

6     in terms of next steps because I think it's important

7     to hear it from all stakeholders.

8              Any thoughts?  I think I see one -- one show

9     of hands in the back row.  Yes.

10             STEVE:  About PLM.  Just a thought and moving

11    into (inaudible).  Just a thought that be aware that

12    there are standard development processes currently

13    taking place concurrently and that my belief is that

14    everybody that's involved, and certainly all the folks

15    in this room, ought to provide comment when those --

16    whenever those standards publish to make sure that we

17    get the best -- ultimately the best standard.  So

18    that's just a reminder to be on the lookout when things

19    publish to read them and comment on them.

20             So that -- thank you, Steve (ph).

21             And I don't know if anyone's familiar here

22    with the USP Standards that are in process, just to

Page 219

1    follow up on that comment.  We have a public comment

2    period through proposing -- our standards are official,

3    so if we make any changes to these official standards,

4    we have to go public and we have to solicit input

5    comment feedback.

6            Given the number of stakeholders that are

7    involved and the impact of us revising the USP

8    Standard, my thoughts are that USP could probably

9    convene all stakeholders prior to the publication of

10   this standard so that we could get input before we

11   actually propose it, because it pretty much -- once it

12   goes into the PF, the formal PO forum, you have a 90-

13   day comment period.  The expectation is that that will

14   go before the counsel of experts for approval and

15   ballot to become official.  It's very difficult when it

16   gets on that track, so I think it's important that we

17   get some feedback as Jeff (ph) said, that we do this

18   publicly and we invite all stakeholders in to give us

19   input on where this revision is going.  So --

20           AUDIENCE MEMBER 11:  Kind of getting back to

21   the question about, you know, what to test for and the

22   definition for asbestos.  Based on some of the -- what

1    I've heard here is that there are others compounds that

2    don't presently fall under the asbestos umbrella that

3    have similar toxic and carcinogenic effects and should

4    those compounds be now pitch or clustered underneath

5    the umbrella of asbestos, or do we need to come up with

6    a different term than "asbestos" than what we're using

7    right now?  Can it be better descriptive?

8              CATHERINE SHEEHAN:  Martin here?  Martin?

9              MARTIN RUTSTEIN:  This is artificial, and I'm

10   speaking for myself, but to avoid this dangerous debate

11   upon what EMP might be out there, I believe that my

12   colleagues are moving in the direction of using

13   regulatory asbestos as the group of materials for which

14   we will have analytical method and that will end that.

15   If we were to invent -- if we were to develop methods

16   for these other materials, which may or may not be

17   hazardous to human health, we would be going into major

18   uncharted territory, and we collectively didn't think

19   it would be prudent at this time.

20             CATHERINE SHEEHAN:  Thank you, Martin.

21             So any other thoughts?  Next steps.

22             AUDIENCE MEMBER 12:  Yeah.  I was gonna add to

Page 221

1    what Martin just said that there was -- that we have

2    been considering that the methodology must develop for

3    the determination of asbestos as currently defined may

4    be applicable to other mineral vipers in mineral

5    counters.

6              MARTIN RUTSTEIN:  I left out one thing.  I'm

7    pretty sure in STEM Article 1 we said minerals -- other

8    minerals that have known hazard.

9              AUDIENCE MEMBER 12:  Right.

10             MARTIN RUTSTEIN:  I think we included that

11   one.  So that's our ruling.  That would be in there if

12   the evidence is pretty good for it.  Like winchite

13   (inaudible).

14             CATHERINE SHEEHAN:  I think that's in the STEM

15   article, Martin, right?

16             MARTIN RUTSTEIN:  In the previous STEM

17   articles.

18             CATHERINE SHEEHAN:  I think -- I would advise

19   to -- yeah, to -- that goes into the details.

20             MARTIN RUTSTEIN:  That's posted.  They really

21   should read it.

22             ANN WYLIE:  As was pointed out in our session,

Page 222

1    the tolerable level is a policy decision, not a

2    scientific decision.  And we need a tolerable level

3    because an analyst can never prove the absence of

4    something, and a tolerable level gives an analyst a

5    target, designs techniques designed to meet that level;

6    and since that's a policy decision, without that, I

7    think we really have a problem.  So that's an -- FDA

8    needs to provide that policy decision on what level the

9    analysts should aim their methodologies.

10           CATHERINE SHEEHAN:  Thank you.  Okay.

11           MARTIN HARPER:  If I might just add --

12           CATHERINE SHEEHAN:  Okay.

13           MARTIN HARPER:  -- to that.  If I may just add

14    to that that the tolerable level may be different

15    depending on whether we're talking about, you know,

16    bulk talc that's feeding into a product line or a final

17    commercial product.  Just a thought kind of.

18           AUDIENCE MEMBER 12:  And then, again, we have

19    to come back to, well, what's detectable and what's

20    tolerable.  If we look at the high court of history,

21    when we developed standards in the past, the regulatory

22    agencies have often said, "Anything that's detectable

Main Session                                         November 28, 2018

Page 223

1    is unacceptable."  So if you have a zero-tolerance

2    policy, then you have to define what your detectability

3    is, and that becomes your edge point.

4              GREGORY MEEKER:  I assume we're talking about

5    a tolerable level with respect to health?

6              AUDIENCE MEMBER 12:  Well, that's why we're

7    really here.

8              GREGORY MEEKER:  Is there a tolerable level

9    with respect to impact on industry?  Should we consider

10   that also?  Because it always seems to fall on the

11   health side, and I don't know.

12             MARTIN HARPER:  That would be more like an

13   OSHA regulatory process where the socioeconomic impact

14   has to be dealt with --

15             (Crosstalk)

16             GREGORY MEEKER:  No, not worker health.  I

17   mean, the impact on the industry.

18             MARTIN HARPER:  Yeah.  Well, you know, OSHA's

19   standards are set taking into account what's achievable

20   by industry.  So for example, the methylene chloride

21   standard allows a risk above what they would like to

22   have, simply because the furniture refinishing industry

Page 224

1    wouldn't exist without methylene chloride and it can't

2    really be controlled to the level they'd like to

3    control it.  So yeah, I mean, there's definitely

4    precedent for not setting everything entirely on the

5    panel.

6             AUDIENCE MEMBER 13:  From an FDA perspective,

7    we want to thank you for all the thoughts and all of

8    the hard work that went through this morning as well.

9    And there's a lot of food for thought for all of us,

10   not just at the FDA but all through regulatory agencies

11   that are here and a variety of governmental agencies

12   that are present today as well to go back and think

13   about what all of our discussions mean for the products

14   that we all regulate and have some jurisdiction over.

15   That you.

16            CATHERINE SHEEHAN:  Any other comments,

17   suggestions on next steps?  No?  Okay.

18            So I believe the meeting is over, but I would

19   like to give a special thanks to -- I'm gonna call out

20   everybody because I think everybody did a really great

21   job.  Presenters:  Brad, Greg, Martin, Martin, Brooke,

22   and Ann; and then the afternoon session, the co-

Page 225

1    moderators:  Robyn, Frank, Ann, Art, Brooke, and Matt.

2    Thank you so much.

3              (Applause)

4              And a final thank you to JIFSAN staff, and a

5    special call-out to Veronica -- sorry -- Nora Petty

6    for the assistance in getting the moderators and

7    speakers together and trying to get this altogether.

8              (Applause)

9              Thank you.

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 226

1                CERTIFICATE OF NOTARY PUBLIC

2         I, KEVON CONGO, the officer before whom the

3    foregoing proceeding was taken, do hereby certify that

4    the proceedings were recorded by me and thereafter

5    reduced to typewriting under my direction; that said

6    proceedings are a true and accurate record to the best

7    of my knowledge, skills, and ability; that I am neither

8    counsel for, related to, nor employed by any of the

9    parties to the action in which this was taken; and,

10   further, that I am not a relative or employee of any

11   counsel or attorney employed by the parties hereto, nor

12   financially or otherwise interested in the outcome of

13   this action.

14

15

16

17                                      KEVON CONGO

18                            Notary Public in and for the

19                                 State of Maryland

20

21

22

Main Session                                              November 28, 2018

Page 227

1              CERTIFICATE OF TRANSCRIBER

2         I, CINDY FORRISTER, do hereby certify that

3    this transcript was prepared from audio to the best of

4    my ability.

5

6         I am neither counsel for, related to, nor

7    employed by any of the parties to this action, nor

8    financially or otherwise interested in the outcome of

9    this action.

10

11

12   December 9, 2018

13   DATE                        CINDY FORRISTER

14

15

16

17

18

19

20

21

22

| & | |
|---|---|
| **&** | 49:17 76:22 105:14,15 |

| 0 | |
|---|---|
| **0.0012.** | 157:8 |
| **0.028.** | 157:7 |
| **0.05** | 173:16 |
| **0.09.** | 157:5 |
| **0.1** | 161:6 167:22 |
| **0.1.** | 161:10 |
| **0.15** | 159:21 161:4 |
| **0.15.** | 158:1 159:12 164:5 |
| **0.2** | 161:3,16 |
| **0.25** | 158:1 164:7 |
| **0.25.** | 159:13 177:8 |
| **0.3** | 160:22 169:10 |
| **0.35** | 173:15 |
| **0.4** | 158:3,11 164:8 173:15 177:7 |
| **0.4.** | 158:21 |
| **0.45** | 105:2 |
| **0.451** | 157:2 |
| **0.85** | 159:21 |
| **000** | 106:17 |
| **001** | 13:5 |
| **003** | 80:15 |
| **01** | 167:22 |
| **02** | 152:9 |
| **025** | 111:20 |
| **03** | 144:2 147:11 |
| **045** | 80:15 104:11 104:15,20 |
| **05** | 111:20 147:12 148:20 |

| 1 | |
|---|---|
| **1** | 7:2 55:1 58:20 65:18,20 88:15,17 90:21 91:8,11 92:1,4,4 106:17 111:19,19 126:5 134:18 135:8 139:6 141:11 |

145:4,4,4,16,21 148:3,9 150:18 153:16 154:22 159:17 162:15,18 164:2 168:7 171:6 175:6 189:13 191:4 192:10 206:6 210:4 221:7

| | |
|---|---|
| **1,000** | 86:3 |
| **1.2** | 146:3 |
| **1.5.** | 146:4 |
| **1.578.** | 140:7 |
| **10** | 2:3 55:2 97:9 97:17 132:21 142:18 183:2 202:10,13 210:4 |
| **10.2.** | 62:20 |
| **100** | 60:8,10,12 73:20 77:9 88:21 90:7 111:1 160:3 161:7 168:5 175:5 |
| **100-150** | 100:15 |
| **108** | 12:1 |
| **11** | 90:1 98:4,10,14 98:18 99:1,7,9,14 99:20 100:2,9,13 126:18 142:4 219:20 |
| **110** | 19:12 |
| **115** | 2:7 |
| **11:00** | 114:9 |
| **12** | 100:20 101:3,6 101:10 220:22 221:9 222:18 223:6 |
| **1250** | 1:21 |
| **12:30** | 180:18 |
| **13** | 102:16,21 224:6 |
| **137** | 2:8 |
| **14** | 104:17,21 105:2,4,7 |
| **14841** | 227:12 |

| 15 | |
|---|---|
| **15** | 3:3 18:13 30:3 30:3,5 31:7 107:3 114:8 150:20 181:16 182:3 |
| **150** | 88:21 |
| **16** | 18:13 150:20 |
| **17** | 67:22 114:8 159:5 |
| **17004** | 226:16 |
| **175** | 146:10 |
| **18** | 92:16 159:5 162:5 |
| **19** | 57:1 141:5 |
| **1948** | 16:10 |
| **1960s** | 176:8 |
| **1970s** | 152:17 |
| **1971** | 149:4,6 |
| **1972** | 49:4 137:6 |
| **1974** | 16:12 |
| **1980** | 130:2 |
| **1981** | 30:7 36:19 |
| **1982** | 23:17 |
| **1985** | 147:7 |
| **1988** | 19:2 |
| **1990s** | 122:7 |
| **1997** | 127:12 |
| **1:14:55.1** | 165:14 |

| 2 | |
|---|---|
| **2** | 7:14,16 8:3,6,13 17:22 62:15,16 135:19 145:20 150:20 153:16 154:2,4,7 171:6 175:5 191:11 |
| **2.4.** | 107:14 |
| **20** | 55:2 65:20 122:14 175:6 189:6 212:11 |
| **20,000** | 80:13 104:9,18 105:5 111:3 167:15 |
| **200** | 73:19 |
| **2000** | 10:2 |

| | |
|---|---|
| **20005** | 1:22 |
| **2006** | 40:1 |
| **2007** | 50:1 |
| **2008** | 16:12 47:22 |
| **2009** | 29:6 |
| **2010** | 81:22 93:5 129:10 |
| **2016** | 53:5 |
| **2017** | 11:21 12:2 145:17 |
| **2018** | 1:6 227:12 |
| **202** | 1:12 |
| **20740** | 1:11 |
| **210,000** | 12:6 |
| **23** | 29:4 |
| **25** | 65:7 152:12 172:22 |
| **28** | 1:6 |
| **29** | 2:4 |

| 3 | |
|---|---|
| **3** | 2:2 5:16 8:17 9:4 9:6,10 12:5 58:19 60:4 65:18 128:8 136:4,19 139:6 141:11 145:4,16 153:16 154:21 164:2 192:10,15 204:3,6,9,16,19 |
| **30** | 34:10 50:2 55:2 69:8 97:22 110:1 115:1 117:3 122:14 159:4 182:1 212:11 |
| **300** | 80:21 |
| **33** | 150:14 |
| **34** | 151:17 |
| **35** | 144:2 |
| **350** | 1:21 60:4 |
| **380,000** | 12:7 |
| **39** | 42:9,13 |
| **3d** | 124:4,13 |

**4**

**4**   41:12,14,19
   144:2 145:4 146:2
   146:12 148:7
   159:11 169:4,18
   170:12 205:19
**40**   119:15 130:19
   153:1 172:21
**400**   60:2 73:19
   108:10 111:2
**40s**   162:21
**43**   18:18 19:20
**44**   2:5
**45**   104:22 181:14
**450**   60:3

**5**

**5**   42:21 70:10
   126:6 145:4
   152:13 153:13,14
   154:6,21 159:17
   164:2 171:20
   177:10,15 192:10
   193:4,11 206:16
   207:1,17 208:5,7
   208:14
**5.27**   68:6,6
**5.27.**   69:4
**5.28**   68:6,9
**5.3**   68:9
**5.3.**   68:11 166:12
**5.38**   200:7,11
**50**   20:9 48:11 86:1
   88:22 153:12,16
**506**   42:18
**540,000**   11:22
   12:8
**58**   159:2
**59**   126:18
**5th**   6:19 217:16,17

**6**

**6**   50:6,11 53:10
   126:5 142:18
   150:19 174:1,14

174:16 175:9,18
   209:19
**60**   94:13 153:12
   153:16
**600**   31:22
**62**   92:3

**7**

**7**   68:17 75:6
   150:19 158:3,8,21
   159:11 164:8
   175:11 176:11,20
   212:19
**70**   94:14 163:10
   172:15
**70s**   63:9
**75**   152:13
**77**   2:6 38:20 40:2
   142:5
**7777**   1:10
**79**   58:5

**8**

**8**   73:9,13 158:1
   159:12 164:6
   176:22 177:10
   178:2,11,15 180:3
   213:15
**80**   55:14
**80s**   125:12
**83**   141:5
**85**   90:21 91:8
   94:18 205:11
**85-90**   109:21
**857-3376**   1:12
**8:04**   1:7

**9**

**9**   74:7,11,14,20
   75:14 93:13,18
   179:1,7 180:12
   214:18 215:14
   227:12
**90**   26:15 55:14
   219:12

**90s**   152:18
**95**   157:3 160:17
**96**   90:11
**97**   33:1
**98**   160:1

**a**

**a.m.**   1:7 114:9
**aaronfeld**   181:4
   182:5,10,14,18,21
   183:3,17 190:8
   191:6,16 203:15
**abatement**   64:5
**abc**   68:17,19,20
   68:21
**ability**   8:7 94:20
   110:18,21 130:17
   131:2 226:7 227:4
**able**   4:1 24:19
   47:6 68:10 69:21
   73:1 88:20 100:19
   101:21 102:14
   110:10 117:14
   122:2 129:19
   134:5 135:6 136:7
   149:18 156:1
   164:14 178:15,16
   185:8 199:3
   202:16 203:13
**abnormal**   126:13
**abounding**   14:13
**absence**   69:17
   78:16 104:5 222:3
**absents**   195:8
**absolute**   138:10
**absolutely**   81:14
   82:4 169:16 180:2
   180:5 206:20
**absorbency**   30:14
**abundance**   143:1
   146:19,21 148:8
   149:16
**abundances**
   142:16

**abundant**   144:11
   145:3 150:4 170:9
   177:15
**abuse**   167:16
**academia**   4:5
   216:1
**academics**   214:8
**academy**   29:7
**accept**   140:15,21
   193:5
**acceptability**
   112:6,7
**acceptable**   65:13
   104:12 112:9
**accepted**   103:18
**access**   8:13 143:20
   166:7,14
**accessing**   16:20
**accomplish**   20:14
**accomplishments**
   115:4
**account**   53:17
   131:8 223:19
**accreditations**
   107:20
**accredited**   90:2
**accumulated**
   77:10
**accumulation**
   124:14
**accurate**   32:17
   79:5 81:3 95:16
   109:9 202:19
   226:6
**accurately**   64:11
**achievable**   223:19
**achieve**   4:1
**achievement**
   115:3
**acicular**   35:9
**acircular**   51:16
**acknowledge**   96:9
**act**   124:15

**actinolite** 14:1,9
24:6,17,22 25:1
32:8,15 33:2,13
38:22 39:2 51:4
82:11 87:19 88:1
89:3 176:13 198:5
198:10 212:8,10
**actinolites** 14:10
198:14
**action** 78:3 226:9
226:13 227:7,9
**activation** 121:8
**active** 155:14
**activity** 23:4
**actors** 103:21
**actual** 108:1
**add** 129:12 204:2
220:22 222:11,13
**added** 19:15
155:12 158:15
183:8 211:6
**adding** 134:12
**addison** 83:4
100:6 101:2
**addition** 5:22
126:15
**additional** 129:9
155:21 189:16
190:2
**address** 56:3
169:12
**addresses** 127:13
**adds** 113:22
**adequate** 31:12
57:3
**adequately** 4:13
**adhered** 83:2
**adjust** 134:13
**adjusting** 61:18
**administration**
129:4
**admit** 114:4
**adopted** 55:1

**advance** 124:11
**advantage** 21:9
194:3
**advantages** 56:20
59:6 61:7 69:16
191:12
**advil** 56:12
**advise** 221:18
**aerodynamic**
143:18
**aerosolizing**
209:14
**affect** 109:3
121:20
**africa** 84:5,10
149:15
**afternoon** 5:9
217:4 224:22
**age** 98:14 132:8
**agencies** 222:22
224:10,11
**agency** 36:13
129:10 211:20
214:2
**agenda** 82:5
**agents** 131:8
**aggravating**
161:22
**aggravation** 58:13
61:21 71:5
**aggravations** 63:4
**ago** 16:15 18:13
27:15 30:5 39:8
45:15 64:15 66:6
72:17 80:12 83:20
84:4 141:21
151:10,14 155:7
172:22 176:8
196:2
**agree** 36:20 41:10
50:20 55:22 65:9
65:9 69:22 70:12
70:15,19 173:2
175:18 192:9

194:11 203:7
**agreed** 191:13
192:21 193:3,22
**agreement** 3:20
**ahead** 102:3 190:2
**ahold** 85:4
**aids** 5:22
**aiha's** 91:18
**aim** 222:9
**aims** 91:20
**air** 33:12 55:10
64:8 95:20 96:5
118:1 119:20
151:13 193:16
**airborne** 185:1
209:8
**airways** 118:4,5
120:7
**al** 56:7 158:10
**alexadre** 95:12
**algomi** 75:2
**align** 118:3
**aligned** 119:9
**alignment** 37:21
**alike** 165:14
**allamore** 11:6
**allen** 137:15 146:9
**allow** 5:11 62:11
203:13
**allowing** 108:7
**allows** 223:21
**alphabet** 56:18
**alter** 23:11
**alteration** 23:9
**altered** 25:5
**altering** 185:22
**altogether** 225:7
**aluminum** 13:14
**alveolar** 118:12
**alveoli** 118:5
119:2
**amazing** 98:16
106:19

**ambiguity** 69:14
**ambiguous** 70:21
**american** 11:5
23:18 77:2 90:2
115:5 211:7,16
**amosite** 66:13
78:21 80:14,15
82:15 92:5 100:3
117:5 122:13
123:2 124:22
145:4 147:20
149:11 150:18,21
151:5,19 153:17
155:12 157:4
159:4
**amount** 12:12,13
12:21 21:13 47:8
110:22 133:14
**amounts** 24:10
25:2 72:4 113:8
**amp** 203:17
**ampha** 109:7
**amphibole** 10:12
13:17,18 14:14
18:11 22:18,20,22
23:10 32:6,7 38:6
62:15,19,21 66:10
76:5 88:10 117:18
118:3 138:1
139:22 140:11
142:16,19 151:2
151:13 163:2,6,17
164:13 165:1
173:18 197:16
200:8 201:13,16
202:3 206:22
207:13,14 208:18
**amphiboles** 10:16
13:21 14:17,22
15:3 17:1 25:9
26:1 28:1,4 32:12
33:17 50:1 58:14
63:4 64:3 69:18
70:11 87:10 104:9

117:5 138:19
139:12 169:5
200:12 206:12
208:3,4 213:16
analyses 205:15
214:14 215:2
analysis 3:22 5:13
22:3 25:4 28:10
31:14,22 32:18
33:4,9,10 58:7
61:6 81:5 86:21
87:1 90:3 95:7
102:5 111:5,14
113:16 144:16
162:3,22 167:4
179:2 180:4 183:9
185:12 186:10
187:12,13,17
190:3 192:12
193:3,11,14,17
194:5,7 195:4,6
199:14,18 200:8
210:3,8 214:13
215:6
analyst 195:7
222:3,4
analysts 112:17,20
222:9
analyte 69:22
analytical 31:11
32:11 46:21 50:2
56:5 63:12 69:20
70:7 71:3,8 79:6,9
81:8 94:2 184:15
184:16 185:4,5,7
190:15,17 195:10
196:17 197:2
220:14
analytics 104:22
analyze 78:8
104:18 186:13
187:13 189:5,6
201:7 203:18
210:8

analyzed 110:22
177:2 186:15
analyzing 4:14
103:5 111:1,2
187:1
anderson 99:9
andrew 129:16
137:18,18
angerous 220:10
angle 69:11 198:1
198:3 199:9
angular 61:12
animal 123:18
128:14 134:4
animals 129:6
132:5
animated 117:17
ann 2:8 35:22
115:15 127:12
134:10 135:5
137:9 162:17,20
169:1,15,19
170:19 172:6,17
172:20 173:2
174:10,15,18
175:13 176:3,12
177:9,12 178:6,14
179:6,17 180:5,14
181:6 187:7
197:18 209:9,11
209:16 221:22
224:22 225:1
ann's 91:3 132:11
answer 56:1,15
62:7 63:19 70:11
70:17 78:12 79:3
102:14 106:6
138:4,5 176:4,19
190:18 192:21
answered 6:15
191:7
answers 52:21
anthophyllite
13:22 14:7,16

17:12,13,22 18:2
18:9 23:15 24:7
24:16 38:22 39:1
51:1,10 54:19
57:18,19 58:2
64:20 66:14 67:6
67:9,12,16,19
69:6 82:16 86:9
86:12,14 87:16,20
87:21 128:9 153:3
163:4 165:8,13
166:3,8,13,16
179:17,20 180:1
197:19,22 201:9
207:4,10,18,20
antigorite 125:3
antioxidants
123:13 136:16
anybody 8:4 46:2
107:1,17 161:15
176:2 195:12
204:1
anymore 33:15
84:6 93:6 155:16
205:4
anyone's 218:21
anyway 159:2
apart 38:3 39:7
142:13 151:5
161:18 165:22
197:20 198:2,6
apologize 40:8
116:9
apologizing
131:11
apophyllite 24:12
apparently 105:17
176:13
appear 30:17
67:16 88:5 129:5
144:12 146:17
appears 165:12
applause 28:19
43:17 73:8 76:17

96:17 114:5
132:13 168:21
192:2 195:14
208:21 225:3,8
apples 175:7,7,17
175:17
applicable 91:10
221:4
applied 38:2
120:17 126:16
155:4
apply 107:22
193:15 195:11
appreciate 133:8
172:7
appreciated 10:6
approach 34:2,4
141:12,13 168:10
210:9 216:18
approaches 4:13
203:8
appropriate 78:12
79:21 81:21
184:15,17 208:12
approval 219:14
april 93:16
area 16:17 27:6
40:15 49:15 107:7
109:10,12,13
130:13 133:12
134:9,16 179:20
179:21 180:1
areas 5:4 109:15
134:14 214:5,7
arenite 109:17
179:5
argue 48:4 63:16
158:13 168:16
arguing 58:5
argument 180:11
arguments 30:6
arizona 134:19
135:12

arm 57:6 68:1
arranged 116:1
arrow 152:9
art 141:20 142:2
192:4 225:1
article 23:17
46:16 47:7 149:4
149:6 221:7,15
articles 196:11
221:17
artificial 89:10
91:1 220:9
asbestiform 13:19
29:3 31:8 35:9,15
37:9 40:20,22
42:12 43:5 52:1,7
52:8,9 57:18,20
58:3 66:8 80:2,6
84:17 95:1 109:12
120:1 124:21
125:2 128:7
131:16 132:20
163:6 198:1
asbestos 1:3 4:1
4:15 10:1 14:19
29:8 30:10,17
31:4,5,12,15,15
31:16,22 34:8,22
35:1,15 36:9,12
36:14,17 37:3,5,7
39:1,2,2 40:6,7,13
41:21,22 42:21
43:7 44:3,4 45:22
48:6,18,19 49:1,3
49:11,14,18 50:3
50:15,16 55:2,13
55:14 56:2,18
57:15 59:9 64:5,8
64:10 65:15,17
68:11 71:17 72:1
72:9,11,19 75:17
76:1,2 77:5,18
78:3,8,17 79:22
80:1 84:16,18

85:5,17,20 89:12
89:16 90:3,6,7,8
90:12,12,15 91:13
91:18,20,21 92:8
92:9,11,13,16,18
92:21 93:3 96:19
104:14 107:4,14
112:8,12 117:5,14
120:22 121:3,22
122:6,9,15,18
124:22,22,22
125:7,8,10 126:3
126:11,15 127:4
127:17 128:2
129:2,2 130:6,16
131:7 132:8 138:3
140:17,17,20,21
141:1,4,9,11,16
141:20 142:3,6,11
143:8,11 146:7,22
147:1,5 148:12,16
149:11,21 150:10
150:11 151:7
152:16 153:10,12
154:2,5,14,15
155:20 156:14
157:6,13 159:5
162:2,8,13 163:2
163:18 164:9,12
164:13,14 165:8
165:13 166:4
167:4,8 170:4
171:5 173:11,12
174:4,5,5,8,14
176:9 179:9
183:10,16 187:18
188:2,12,14
192:14 193:1,2,17
194:16 196:13
200:12 201:3,7,13
205:20 207:15
208:15 211:8
216:10 219:22
220:2,5,6,13

221:3
asbestosis 134:2,2
177:21 179:18,22
aside 62:5
asked 66:22 70:15
90:3 139:21
160:13 166:2
167:1 186:22
192:19
asking 178:3
183:20
aspect 3:5 40:3,5,9
42:1,2 65:17
169:13,15,16
174:2,3,7,9,11,20
174:21,22 175:2,8
175:10,13 192:10
aspm 87:5
assembled 214:8
assess 131:20
140:16
assessing 193:1
assessment 112:13
158:11 193:9
assessments 94:7
103:16 189:20
195:2
assets 99:16
assign 37:1
assistance 183:14
225:6
associate 162:11
associated 10:14
10:17 14:12
102:13 117:4
145:2
association 77:3
90:3 177:1 211:8
211:16
assume 139:2
223:4
assuming 198:9
206:14

assumptions
107:11 156:15
assurance 79:13
82:9 191:15
assurances 164:18
astm 82:4 93:8
211:2
astmd2207 183:19
astn 209:21
attempt 87:6
attend 8:5
attendee 5:11
attendees 6:9,12
attention 36:9
65:3,5 72:18
91:21
attorney 226:11
attraction 83:3
attribute 81:6
attributed 37:1
41:21
aubrey 178:22
audience 4:4,7
5:21 6:6 7:2,14,16
8:3,6,13,17 9:4,6
9:10 19:12 39:19
41:12,14,19 42:5
42:14,21 44:7,16
45:9,16 50:6,11
50:13 53:10 56:13
66:20 68:13,17,18
71:18 73:9,13
74:7,11,13,14,20
75:14 86:4,20
93:13,18 96:20
97:9,17 98:4,10
98:14,18 99:1,7,9
99:14,20 100:2,9
100:13,20 101:3,6
101:10 102:16,21
104:17,21 105:2,4
105:7 107:3 112:3
134:18 135:8,19
136:4,19 160:3

162:15,18 169:4
169:18 170:12
171:20 174:1,2,14
174:16 175:9,18
175:19 176:11,20
176:22 177:10
178:2,3,11,15
179:1,7 180:3,12
183:2,21 189:13
191:4,11 195:22
201:10 204:3,6,9
204:16,19 205:19
206:16 207:1,17
208:5,7,14 209:4
209:19 212:19
213:15 214:18
215:14 218:2,5
219:20 220:22
221:9 222:18
223:6 224:6
**audio** 5:22 227:3
**audrey** 43:2
**australia** 148:19
149:22
**author** 77:6
**authors** 35:22
122:3
**automotive**
205:15
**availability**
136:18 210:21
**available** 6:1,16
15:13 84:13 85:20
93:21 94:2 155:9
155:22 213:20
**avenue** 1:10
**average** 119:16
157:2 160:21
**averaged** 157:1,1
158:22
**avoid** 78:22
220:10
**award** 115:4,5

**awarded** 66:18
**aware** 135:13
218:11
**awful** 165:14
**axes** 200:21
**axis** 200:15,19,19

**b**

**b** 5:10,14 99:12
181:5,21 182:8
**ba** 137:1
**baby** 140:2 162:7
**back** 14:17 17:2
18:16 29:13 30:7
30:19 36:18 42:6
44:13 56:11 61:1
62:2,6 67:5 68:13
68:15 70:8 72:6
73:2 75:5 82:18
96:2 98:2 105:20
114:8,14,22 123:3
139:10 146:5
180:22 181:12
182:22 185:13
186:14,18 205:4
211:18 218:9
219:20 222:19
224:12
**background** 11:2
11:18 19:11 44:22
79:9 182:20 183:4
184:6
**backward** 160:13
**backwards** 98:3
**bad** 34:14,15
49:14,18 52:10
66:20
**bag** 22:6
**bailey** 36:1 94:17
**bake** 59:12
**baker** 85:19
**ball** 57:14 75:7,8
173:8 217:7
**ballot** 219:15

**baltimore** 1:10
**bam** 190:1
**bannon** 205:22
**barbecue** 57:10
**bare** 190:9
**barns** 33:12
**barrett** 27:1
**barretts** 11:9
**bart** 181:6
**base** 213:7,10
**based** 15:3 32:12
44:5 48:11 67:1
81:5 93:7 95:12
99:2 112:16
144:18 153:4
171:13 173:20
189:19 193:10
196:8 197:16
219:22
**basic** 10:20 20:2
53:8 138:9 140:14
197:4
**basically** 13:6
23:18 107:8
155:17 170:13
182:2
**basics** 13:1
**basis** 47:19 65:17
138:7 178:10
180:1
**batch** 100:5 103:7
103:7
**bathroom** 44:7
140:1
**bear** 3:4 80:20
**beat** 46:8
**beating** 39:19
**beats** 62:10 97:15
98:21
**beautiful** 204:11
**beautifully** 63:11
**becke** 199:7
**beekeepers** 86:13

**beg** 72:19 212:13
**began** 10:1 125:12
167:9
**beginning** 30:21
36:3 47:8 151:18
179:4
**behalf** 47:2 77:22
**behave** 193:10
**behavior** 143:19
**belief** 218:13
**believe** 8:9 36:15
36:16 39:20 43:8
43:9 57:19,20
88:3 91:3 92:3
139:11 193:13
213:17 217:6
220:11 224:18
**believes** 144:9
**bell** 49:18 125:14
**belongo** 150:7
**bend** 143:12
**beneath** 16:19
**beneficial** 130:4
**benefit** 25:3 92:20
187:12 194:7
**benefited** 137:17
**best** 16:4,6 22:19
33:10 47:1 56:17
90:22 112:20,20
186:12 196:6
201:16 202:5,20
203:5 204:18
218:17,17 226:6
227:3
**bet** 214:3
**better** 53:19 62:12
71:9,10 102:13
154:5 171:21,22
188:3 190:16
202:7 206:4 220:7
**beyond** 28:14 60:4
113:3,15 133:1
208:12

**bi** 151:18 153:5,21
**bias** 52:13 67:3
  72:12
**big** 33:19 41:16
  50:21 51:13 59:7
  60:1,11,19 85:18
  150:5 168:4,8
  206:12 216:14
**bigger** 109:14
**biggest** 174:3
  212:22
**billion** 16:15 60:9
  215:4
**billions** 172:22
**bin** 34:12 147:19
  148:3
**binders** 203:17
**bins** 147:15
**bio** 139:3 200:9
**biologic** 131:20
**biological** 98:7
  99:16 147:21
  191:21
**biologists** 47:17
  57:7 130:5 131:12
**bioreactivity** 49:2
**birefringence**
  165:3
**birthday** 213:13
**bit** 7:17 17:3
  20:15 21:12 29:21
  41:4 48:22 67:13
  72:8 77:11 79:8
  84:8 102:4 108:19
  133:16 143:6
  144:15 146:5,13
  149:12 150:4,5
  152:14 153:19
  166:21 194:20
**bite** 105:20 108:12
**bla** 48:17,17
**black** 26:8 27:10
  76:4

**blah** 70:3,3,3
**blasting** 21:10
**blend** 99:1,13
**blends** 98:19,19
  99:15 102:18
**blindly** 112:18
**blm** 167:22
**block** 55:7 136:15
**blood** 134:1
  135:10
**blowing** 54:13
  55:9,10 60:2
**blown** 121:12
**blows** 96:13
**blue** 27:7 55:9
  122:13
**bob** 136:11 176:8
**bodanic** 99:14
**bodies** 19:16
  54:18
**body** 26:15,15
  27:8 31:10 43:11
  49:7 76:14 85:1
  141:7 143:22
  161:19
**bold** 214:3
**bolivia** 149:1
**book** 47:22 58:6
**boots** 64:22
**born** 49:5
**bottle** 56:12 140:1
  140:2 162:7,16,19
  163:14 164:20
**bottom** 17:4 23:20
  76:10 84:7
**bought** 87:16 96:1
  101:16
**bound** 136:6
  184:21
**boundaries** 19:4
**bounded** 24:22
**boxcar** 187:14,18
**boxes** 116:15

**boxing** 53:16
**boy** 58:1 59:17
  167:2
**bozeman** 27:4
**brad** 9:21 10:2
  28:20 33:21 37:15
  46:1,7 48:9 49:22
  56:2 85:11 86:11
  102:2 156:14
  180:7 224:21
**bradley** 2:3 10:3
  102:3 104:1,6
**braid** 141:6
**braids** 146:12
**brainstorming**
  216:3
**branch** 83:22
  117:21
**breadth** 143:22
**break** 5:5 6:4,8
  38:3 44:7 50:5
  51:13,14 114:8,13
  142:10,21 151:5
  163:19 180:16
  181:10
**breakdown** 176:7
**breaking** 38:12
  41:5,6 101:15
  163:21 176:18
**breakout** 4:17 5:9
  5:20 6:4,8 7:2,3
  114:10 180:20
  217:13,18
**breakouts** 7:12
  115:9,9 217:21
**breaks** 53:1 120:5
**breathing** 40:17
  96:7 159:16
**breeze** 54:13
**brian** 205:1,22
**brian's** 205:21
**briefly** 5:3 9:21
  133:4 136:20

**bright** 46:17
**bring** 61:1 91:21
  97:6 190:13
**broad** 192:4
**broadcast** 9:3
**broke** 176:10
**broken** 35:2,3,4
  38:12 51:12,16
  152:1
**bronchial** 118:5
**bronchiales**
  117:21,22
**brooke** 2:7 115:12
  133:3,21 134:21
  135:13,21 136:10
  138:22 143:7
  144:6 157:9 176:3
  176:6 181:7
  195:18,20 224:21
  225:1
**brookite** 87:20
**brought** 134:9
  140:3 210:17
**bruny** 152:7
**brush** 39:11
**bs** 76:21
**buffalo** 87:22
**buffet** 180:19
**build** 119:13
**building** 32:1
  49:11 54:21 55:12
  56:15 57:12 58:7
  58:21 59:18 71:22
  91:22 107:14
  108:7 175:9
  188:16
**buildings** 140:19
**bulk** 32:16,17
  82:8 91:18 103:6
  111:2,6,9 122:14
  193:14,17,20,20
  194:7 211:8
  213:11 214:11
  222:16

bulks  215:7
bullet  115:15
bump  146:3 150:5
bunch  35:16 65:22
  159:16
bundle  162:8
  165:4 169:9,9,11
  170:2,7,13,19
  171:1,2,17,17
  172:3 175:21,22
bundles  22:1,9,21
  141:4 163:16
  167:6 169:7 176:7
  176:18
burden  98:5
  202:19
bureau  38:21
  147:7
burlington  27:14
burn  57:10
business  66:20
  105:14
buy  85:18 104:16
  106:7
buys  87:14

c

c  2:1 3:1 5:10
  181:21 182:8
calaveras  94:10
  94:12
calcic  22:21
  201:15
calcite  17:9,12
  20:17 21:13 24:11
  24:14 26:4,14
calcium  13:14
  15:10 16:6 17:17
  22:18 50:1 66:15
  67:8,8,10,10,14
  201:14
calculate  33:4
  107:17 109:21
  172:11

calculating  33:8
  95:11 173:5
calculation  33:6
calibrate  61:22
  212:6,7
calibration  79:7
  185:3 212:11,21
calibrations  212:9
california  40:12
  79:16 85:9 86:10
  88:2 94:9,17
  150:2
call  34:13 38:17
  40:21 41:2 44:14
  52:14 65:3,4 93:4
  96:6 144:19
  148:11 154:5
  180:9 198:10
  213:6 224:19
  225:5
called  23:11 50:22
  92:13 97:11 117:3
  119:22 121:18
  123:8 124:16
  125:10,21 126:21
  129:20 166:3
  207:6
calling  68:2,3 76:2
calls  82:4
camalital  135:5
camera  40:2
  141:19
canada  12:21 74:9
  98:21 134:22
canadian  134:19
  135:2
cancer  116:21
  121:11,13 123:15
  129:11 130:19
  132:9 179:11,19
  180:5,9 214:2
cancerous  120:20
  124:17

cancers  129:6
capabilities  212:1
  212:2
capability  63:13
capacity  117:19
cape  147:12
  148:18 149:12,16
  156:19,21
capital  1:20
car  75:8
carbide  101:20
carbo  103:6
carbon  17:9 26:4
  53:15
carbonate  15:10
  16:6 20:6 24:9,10
carcinogen  147:1
carcinogenic  37:2
  115:18 120:14
  133:18 144:10
  162:4 220:3
carcinogenicity
  30:18 131:15
  144:17
carcinogist  37:2
card  35:14
care  96:6 111:18
career  115:3
careful  75:12
  82:11 86:7 185:18
  185:22
carefully  119:8
  147:8
carlisa  61:8
carried  106:2
carry  26:3
carrying  15:14
carryover  100:5
cartoon  70:21
cartoonish  23:16
  26:5
cascade  121:7
cascades  121:8,20

case  9:16 16:5
  28:4 54:10 62:7
  88:13 125:2
  126:22 149:17
  176:1 210:19
cases  66:18 130:20
  145:10
castillo  155:3
  180:7
catch  195:21
categories  51:11
  53:7
category  23:6
  62:16 159:3
catherine  1:5 2:2
  3:2,9 7:4,10,14,15
  7:19 8:4,7,11,16
  9:1,11,15,20
  28:20 29:10 43:18
  44:11 76:18 96:21
  102:2 105:12
  114:6,14 115:13
  129:17 132:14
  136:20 168:22
  169:2 176:21
  178:20 180:16
  181:11 182:7,12
  182:15,19 208:22
  210:18 212:15
  213:13 215:15
  220:8,20 221:14
  221:18 222:10,12
  224:16
caught  114:7
causally  125:22
cause  49:8 118:8
  121:4,20 131:4,8
  143:8 150:10
  161:1
caused  128:2
  131:3
causes  121:5
causing  123:16

[caution - clear]                                                                      Page 9

caution 91:15 201:1
cautionary 86:22 201:2
cavity 117:12
cc 154:22 156:5
ceiling 31:15 49:12 71:21
cell 121:10,12,13 123:7,11 124:3,16 126:9,10,12 128:1 128:3,4 129:14 130:10 136:7,14
cells 117:9,9 118:21 119:2,5,21 120:6,6,15,19 121:6,17 123:4,5 123:9 124:7,10 127:1,2,6,7,7,8,10 127:20,21,21 129:21
cenegenics 176:1
center 11:20 12:19
ceramic 19:6
ceramics 12:3,16 19:6 20:20 103:14
certain 7:12 35:4 47:8 61:12 93:13 107:11 130:16 158:19 161:20 179:20 185:11 186:22 194:13 201:18
certainly 17:20 24:5 57:14 120:10 122:20 130:13 139:1 150:17 155:8 162:3 218:14
certainty 194:17
certificate 226:1 227:1
certificates 210:1

certify 226:3 227:2
chains 121:21
chair 183:18
chairs 44:2 209:2
challenges 75:15 185:12
chance 5:11
change 33:3 52:14 52:15 64:18 75:2
changed 30:3 85:7
changes 127:19 130:18 133:19 136:16 219:3
changing 53:13
channel 119:10
chaos 181:2
chapter 57:1
character 53:14
characteristic 21:22 37:9,10 49:10 68:1 141:15 151:7 152:3 159:9
characteristics 139:14,17 142:11 145:8 153:7 156:8
characterization 4:17 29:2 78:5 79:5 95:3 135:4
characterize 46:6 47:19 55:21 79:15 93:22
characterized 121:1 122:4 133:7 135:5 150:11
characterizing 31:12 214:11
charge 103:4 122:19 130:13 183:7 184:18 194:21 209:17
charged 136:17 183:8

charles 98:16
chart 161:5
charts 5:21 152:8
chase 71:8
chasing 171:22
chatfield 81:11
chatter 182:20 183:4
check 114:11 212:9
cheerleaders 101:22
chemical 15:4 30:15 32:17 61:6 71:13 103:1 130:12 197:8 201:18 213:15 215:2,11
chemically 33:18 131:5
chemicals 44:1
chemistry 14:22 15:1 17:2 32:13 33:15,19 42:1 48:10,16 57:4 64:2 67:4,17 77:2 79:9 81:3,8 130:13 136:17 137:19 165:12,21 185:15 186:16
child's 197:20
children 139:19 162:20
children's 162:7
childs 27:3
china 12:21
chloride 223:20 224:1
chocolate 101:4
choice 182:17
chose 30:3
chris 99:14 185:18
chrisantha 137:14

chronic 123:17
chrysler 80:12 98:20 99:5
chrysolite 82:12 109:6 117:5
chrysotile 10:14 14:12,14,16 23:14 24:6 51:1 69:18 75:5 92:4 120:5 124:21 127:17 132:7 134:19,20 134:22 135:12,20 136:12 157:7 163:3 164:10,11 164:12,16 202:21
cindy 227:2,13
circular 21:21
circulation 15:21 25:17
circumstances 171:11
citizen 53:20
citizens 214:4
city 71:7 75:20,21
claimed 87:16
claims 19:5
clamps 124:4
clarify 69:13 95:18
class 39:8 55:8 81:8
classic 25:8
classical 65:16
classification 48:12 122:5
classified 40:4
clay 22:2 24:14 93:22
clean 82:12 83:6 100:8 135:9
cleanup 64:11
clear 27:20 36:9 79:19 89:15,16 91:13 138:6

140:20 156:4
179:22 201:20
**clearance** 31:18
119:1 139:16
**cleared** 119:9
**clearly** 17:20
22:18 25:12 28:13
42:3 59:1 61:3
71:17 95:1 144:6
150:16 151:19
**cleavage** 13:5
34:10,13,18,20
35:1,8,12,16
38:17 40:4,21,22
41:6 48:20 51:12
51:14 52:6 66:7
86:17 87:3 88:7
88:12 89:5,13,17
89:18 90:8,13,15
91:13 142:21
**close** 165:2 215:17
**closed** 16:12 55:10
153:1
**closely** 178:18
**closer** 38:9
**closet** 140:1
**closing** 3:11 182:3
215:19,20,21
217:2
**clouds** 72:1
**clue** 58:22
**cluster** 38:1
214:14
**clustered** 220:4
**cm** 73:14
**coal** 193:5
**coatings** 206:15
**coded** 59:8
**codified** 64:10
**codify** 87:6
**coding** 100:22
**coefficient** 107:21
**coffen** 176:13

**cold** 16:5
**coldest** 98:16
**cole** 98:16
**collapse** 207:19
**colleague** 95:12
206:1
**colleagues** 58:18
73:4 125:1 220:12
**collect** 191:20
207:22
**collected** 86:11
94:16 109:17
132:19 151:14
197:3 200:14
**collection** 214:9
**collectively**
220:18
**college** 1:11
114:22 136:22
137:1
**colonies** 128:1
**color** 102:22
**colorado** 30:1
88:4
**colors** 141:2 142:8
199:8
**columbia** 137:4
**combination**
19:13 30:12
189:14
**come** 4:12 8:15
10:2 16:1 30:19
40:16 49:2 50:19
56:14 66:5 70:8
79:2 80:3 82:17
86:8 95:14,16
118:20 119:14
139:10,21 146:5
147:6 155:21
156:16,17 161:18
162:6 176:1
180:22 181:12,18
189:9,20 215:22
220:5 222:19

**comes** 46:21 92:12
119:10 121:6
141:22 147:1
**coming** 12:22
25:19 49:16 52:21
58:10 62:6 76:5
76:10 78:12 85:12
135:15 150:7
155:5 158:7
188:18 196:19
200:13
**commence** 3:7
**comment** 81:20
128:10 132:17
168:13 171:20
187:22 218:15,19
219:1,1,5,13
**comments** 163:5
166:21 187:6
191:8 201:10
210:21 224:16
**commerce** 189:19
**commercial** 10:11
10:17 13:22 31:5
31:14,20 34:8
36:12 37:7 41:22
43:7 71:12 133:11
179:9 222:17
**commercially**
12:9 79:22
**committee** 3:17
10:4 29:7 93:8,16
93:17 130:2
**commodities**
12:10
**common** 13:13,16
14:7,8 21:20
69:22 76:4 84:12
139:18 156:10
216:16
**communicated**
7:20
**communicating**
50:17

**community** 36:15
47:16 48:2 59:13
122:8 134:12
184:9 188:4
195:10
**companies** 11:4
103:12,13,18
**company** 1:20
11:6 22:10 85:5,7
85:17 103:10,19
**comparable**
122:19 134:14
**comparably** 125:4
**comparative**
134:16 175:15
**comparatively**
129:2
**compare** 81:12
109:6 130:22
147:4 157:11,18
175:1,13
**compared** 12:8
65:14 94:16 111:2
127:9 174:14
194:16
**comparing** 84:18
149:20 175:7,10
175:17
**comparison**
174:16
**compiled** 177:5
**complaints** 84:12
**complement**
203:10
**complete** 18:8
**completely** 18:1
57:3 91:13 119:22
**completing** 77:4
**complex** 18:9 24:1
25:13 206:17
**complicated** 55:16
168:9 173:7 200:1
200:3

[complicating - convince]

complicating 102:17
complimentary 185:7
component 3:13 79:22 168:6
components 15:4 190:10 202:17
composed 80:5,8 139:5 141:4 142:9 161:15
composition 13:16 22:16 47:20 54:1 136:8 156:9 166:6 166:11 197:8,12 197:15 212:12 213:16,19 214:11 216:4
compositional 205:9
compositionally 207:3
compositions 130:12 214:3 215:11
compounds 220:1 220:4
computer 195:16
computers 5:22
concentrate 88:20 167:19 202:3
concentrating 61:17 106:16
concentration 104:10 105:19 167:16 202:8
concentrations 123:12,14 125:7 131:22 137:2
concern 53:2 60:13 65:7 72:16 86:20
concerned 72:12 188:11

concerning 62:8
concluded 105:14 174:12
conclusions 185:5
concur 194:6
concurrence 192:6
concurrent 4:16
concurrently 218:13
conditions 10:19 10:21 16:14 28:2
conducted 1:5
conductivity 30:14
conference 80:11 80:16 93:12 155:6
confidence 157:3 160:17 190:6,11 190:13
confident 190:20
confidential 47:4
confirm 95:15 185:8 200:8
confirmatory 190:2,19
confirmed 64:17 87:8 111:15
conflict 63:21
confuse 165:20
confusing 138:6
confusion 36:10 138:6 162:12
congo 1:18 226:2 226:17
connect 68:5 69:2
connotates 52:9
cons 202:5
consensus 4:13 188:13 196:2 216:19
consider 18:10 97:20 122:1 130:9 130:10 184:11

223:9
considerable 12:12 26:13
considerations 184:12
considered 20:18 22:17 23:4 80:2 187:19
considering 221:2
considers 130:8
consistency 166:8 167:12
consistent 166:16 166:17 197:9
consists 118:14
constantly 166:6
construction 96:19
consulted 27:4
consulting 29:21
contact 8:22 15:18 16:1 21:4 23:2 25:19 118:20 119:14 121:6
contain 23:14 24:6 24:10 122:19 126:18 163:3 193:17 199:2
contained 87:21 126:4 128:6
containing 4:14 88:22 92:7,16 117:4,13 120:5 122:12 125:9 192:8 196:4
containment 45:22 46:2
contaminate 101:18
contaminated 31:13 188:18 211:12
contamination 100:4

contend 163:17
content 92:14 132:20 136:15 156:7 165:17,17 187:18 201:13,13
context 10:8
contiguous 117:10
continue 70:19
continuity 151:4
contradictions 203:11,12
contrary 54:19
contrast 194:3
contrasted 125:10
contribute 77:16
contributions 115:7
control 103:17 104:3 123:15 143:18 224:3
controlled 143:22 224:2
controls 143:19
controversy 45:6 65:8
conundrum 144:21 177:13,17
conundrums 55:20
convene 180:20 219:9
conveners 70:16
convenient 57:11
conventional 194:1
conversation 192:5
conversations 137:18 188:1
conversion 107:10
converted 19:1 107:9
convince 50:18 61:8

convinced 49:12
cook 133:13
cooked 53:22
cooperative 3:20
copied 152:8
  161:6
copy 101:2 137:16
  152:9
core 15:14 26:7
  57:5 185:5
corechefski
  137:18
corner 161:5
corollate 124:4
correct 35:18 69:3
  69:11 93:12 94:6
corrective 56:20
correctly 61:1
  90:11,14 207:11
correlate 42:3
correlation 180:8
correlations
  214:14
corridors 7:7
corroborates
  212:4
cosmetic 102:4
  138:15 162:22
  184:18 190:22
  210:10 213:2,7
cosmetics 5:14
  12:5,14,17 103:14
  183:10,11 192:8
  196:4 203:15
cost 96:12 187:12
  211:14,15
counsel 219:14
  226:8,11 227:6
count 74:1,1 91:13
  107:7,9 108:10
  109:8,8,14 110:6
  164:2 168:14
counterintuitive
  190:12

counters 221:5
counting 5:16
  73:17 87:4 108:10
  109:4,20 140:16
  167:9 189:4 194:1
country 14:13
  25:5,6,11 103:6
counts 108:12,16
  109:1,3 193:2
county 94:17
couple 18:20 19:2
  52:11 150:17
  185:11 186:21
  187:6 210:20
  211:2
course 4:12 14:1
  22:4 23:13 59:14
  84:11 107:12
  114:1 116:2,4,6
  135:11 144:13
  161:2 192:3
  212:22
courser 24:14
  151:21 210:12
courses 59:10
  137:6
court 145:10
  222:20
courts 44:4
cousins 48:11
  66:12
cover 54:15
cow 47:11
cowboys 47:11
crack 39:7,15
crazy 67:5 75:19
create 111:19
  185:19 188:20
created 10:22 23:5
  25:15 26:1 27:22
creates 109:13
creating 189:3
creation 89:10
  211:17

creations 91:2
creatively 193:19
credit 27:3
creep 67:3
crisapa 206:9
cristobalite 55:7
criteria 5:15 51:22
  55:1 67:12 90:6
  91:11 140:16
  158:19 161:1
  181:5 192:7
  193:20 195:11
critical 14:18 15:1
  54:5 62:14 81:14
  121:9,21 198:17
  217:10
criticisms 60:1
criticized 84:16
crocidolite 38:15
  82:16 89:14
  120:22 121:3,16
  122:13 124:6,22
  125:7 126:3 127:4
  127:9,16 132:8
  135:3 145:3 147:9
  147:11 148:12,16
  149:2,10 153:11
  153:18 155:11
  156:19 158:22,22
  159:3 171:7,9
  173:18 176:10
cross 141:2 142:8
  151:15
crosstalk 101:12
  108:14,17 110:11
  112:15 204:5
  208:19 223:15
crossword 69:20
crumbly 21:8
crush 81:15
  109:18 174:19
crushed 92:7
crust 16:16 26:6
  142:17

crux 140:22
  141:14 163:1
crystal 33:19 35:2
  35:5,9 37:19 52:2
  69:4 166:10 197:7
  197:7,13 201:4,6
  207:8
crystalline 130:11
crystallite 123:1
crystallographic
  35:3
crystallography
  131:6
crystals 13:13
  37:22 38:1 51:13
  86:17 206:12
cult 47:14
cummingtonite
  14:3 198:5,13
  206:17,21 207:6
  207:18 208:15,17
curious 18:14
  104:3
curiously 127:5
  130:1
current 11:3
currently 91:11
  136:21 218:12
  221:3
curvature 37:14
  42:1
curve 40:2,7,13
  146:5 160:5
curved 123:12,15
curves 160:19,21
custor 156:14
cutting 178:20

          d

d 3:1 99:9
d.c. 1:22
d7200 87:6
da 71:10,10,10,10
dabbed 22:5

**dakota** 155:13
157:13
**damages** 45:7
**dan** 58:17
**dancing** 60:21
**dangerous** 72:10
142:12 171:10
**dariets** 98:6
**dark** 19:11
**darn** 46:21
**darnton** 155:1
180:8
**data** 4:18 5:7,17
11:21 57:3 72:14
91:4 98:5 113:12
113:12,16 114:19
137:16 139:5,9
145:17,21 146:9
147:6,17,17,19
149:22 150:1,16
151:9 152:6,7
155:3 156:3,13,16
157:16 158:4
160:10 161:5,8
164:3,4 171:15,17
174:12 176:4
177:4 178:7,8,13
178:16 180:6
181:7 189:7
191:20 194:4,13
197:2,2,4 198:6,8
198:17 199:1,15
200:14,14 203:11
207:22 215:11
**date** 6:17,20
227:13
**davis** 83:5 100:6
101:2 145:11
**dawned** 82:19
**day** 10:8 19:12
28:11 103:7,7
111:14,19 219:13
**days** 12:10 45:15
75:19 185:13

196:2
**de** 210:1,14
**deadline** 217:17
**deal** 36:5 65:13
86:16 113:6 138:7
164:3 166:20
168:12 177:18
186:7 201:16
**dealers** 87:12
**dealing** 31:19,20
43:12 108:5
138:14 197:2
198:1,4
**dealt** 171:18 202:1
223:14
**dear** 46:1
**death** 18:12,19,20
18:21 19:18 21:18
23:1 37:15 49:19
50:1 53:11,12
**deaths** 154:19
159:9
**debate** 24:18
49:14 70:20
220:10
**decades** 39:8
47:12 49:2 72:17
115:22 120:15
129:22
**december** 227:12
**decide** 63:5 71:4
**decided** 87:9
101:15 171:7
209:8
**deciding** 71:2
**decision** 222:1,2,6
222:8
**decks** 111:1,2
**decomposition**
59:1
**decreased** 17:6,13
**decreases** 127:22
**decreasing** 12:12
153:22

**deep** 19:14 72:9
143:20 155:16
**defaults** 65:6
**defect** 59:2,2
**defer** 205:21
**define** 49:1 71:17
71:19 73:2 188:7
216:9,9 223:2
**defined** 48:6
150:17 170:13
221:3
**defines** 83:13
208:5,7
**definitely** 65:15
86:22 95:1 99:12
136:13 209:21
217:11,14 224:3
**definition** 32:3
34:22 50:8,20
55:20 69:22 70:13
70:16 108:9
113:21 140:21
166:13 188:2,20
194:17 197:5
216:8,10,11
219:22
**definitional**
141:15 158:19
**definitions** 5:4
32:3 34:17 35:1
52:4 170:5 188:3
188:12,14 216:4
216:12
**degrees** 62:15,16
70:10
**deliberately** 55:17
**deliver** 6:11
**dem** 70:11
**demolish** 185:20
**demonstrate**
179:21
**demonstrated**
126:2

**demonstrating**
42:3
**density** 143:18
165:18,18
**department** 98:13
136:22
**depend** 103:10,21
144:17
**dependent** 10:18
103:5 127:4
204:14
**depending** 52:4
197:9 222:15
**depends** 52:12
73:22 138:4
167:20
**depiction** 26:5
**deposit** 10:13,20
14:6,12 15:3 16:7
18:10 25:16 26:13
27:7,15,18 28:3,8
40:14 54:2,3,4
162:6 164:16
184:14 187:15
190:22
**deposition** 68:8
**deposits** 10:11,17
10:22 11:16 13:22
14:4,10 16:14
17:18 18:12,15,18
19:3,19,20 23:2,5
24:3 25:21 26:17
26:18 27:20,22
53:6
**depression** 16:16
**depth** 15:22 25:19
26:22 54:17
**derive** 94:7
**derived** 113:12
**derrick** 126:21
**describe** 10:9,20
18:4 21:19 59:22
89:2 107:5 139:9

**described** 17:19
24:13 85:2 106:10
144:6 145:7
**describing** 82:19
**description** 19:19
85:8
**descriptive** 19:18
220:7
**designed** 64:5,6
108:6 113:10
222:5
**designs** 222:5
**desirable** 30:17
**desk** 6:22
**despite** 36:8 128:5
**detail** 79:17
126:17 185:4
**detailed** 103:19
**details** 21:7
221:19
**detect** 125:20
189:3
**detectability**
223:2
**detectable** 132:21
222:19,22
**detected** 64:16
92:5 113:7
**detection** 60:8
62:10 195:7
**determinant**
70:21
**determination**
66:4 208:12 221:3
**determinations**
134:16
**determine** 79:21
94:5 169:8 170:16
**determined** 23:20
175:20
**develop** 3:21
134:4 193:20
220:15 221:2

**developed** 13:12
31:14,21 140:18
222:21
**developing** 129:6
216:15
**development** 87:5
124:18 130:19
218:12
**deviation** 160:16
**devices** 6:2
**diagram** 19:17
23:16 37:18
151:15
**diameter** 174:5
**diamond** 32:22
**died** 85:6
**diers's** 47:22
**differ** 48:3
**difference** 33:7
42:11,15 84:21
136:8,11 147:17
154:9 156:6
157:19 198:2
207:5 208:1
**differences** 36:16
37:1 123:20
134:15 207:11
208:2,2
**different** 11:5
14:6 32:12 46:3
49:21 50:2,17
52:4,21 53:6 54:1
54:8,18 59:4 68:5
78:7,10,10,11,18
79:1,10,12,12,20
81:18 89:11,12
98:20 99:2 102:19
122:9,9 123:2
125:16 128:21
129:3 130:11
131:5,14 132:3
135:17 136:9,12
141:15 146:19
147:9 148:15

149:3 151:22
154:10,14 156:11
157:10 159:18
160:21 165:5,15
167:2 170:16
175:7 179:13,14
186:21 191:5
196:12 199:6,12
199:19 200:21
205:20 207:7,8,9
211:12,12 214:4,6
214:10 220:6
222:14
**differentiate**
201:8
**differentiates**
208:8
**differently** 53:22
145:9
**differing** 179:3
**difficult** 41:9
79:14 97:4 166:19
169:7 199:20,20
203:20 219:15
**difficulties** 5:1
8:18 205:16
**difficulty** 134:3
168:12
**diffraction** 61:4
205:5,10 206:19
207:9,11 208:11
210:15
**digested** 120:4
**dilute** 185:21
**diluted** 105:16
**dilution** 105:19
**dimension** 68:7
69:10,10 116:14
116:20 156:9
**dimensional** 159:9
180:11
**dimensionless**
169:17

**dimensions** 68:20
69:11 81:12 118:3
120:11 130:9
131:2 132:12
139:2,4,5,12,14
139:18 143:5
153:17 172:9
180:9 186:16
**diminish** 185:20
**dioxide** 17:9 26:4
53:15
**direct** 16:1 25:19
85:21 194:20
**directed** 137:6
**direction** 196:17
220:12 226:5
**directions** 199:6
**directly** 6:22
15:20 23:3 28:3
197:15
**director** 183:18
**dirty** 70:9 106:5
**disadvantage** 59:7
60:20
**disadvantages**
59:21,22 61:20
64:12,13 186:4
191:13
**disaggregate**
162:9 171:10
**disaggregates**
170:4,5
**disagree** 48:3 73:6
173:3
**disagreement** 57:6
140:14 141:10
**disagreements**
95:9
**disclaimer** 77:22
**disclosure** 29:20
78:2
**disconnect** 75:11
**discovered** 123:1
126:2 183:21

discriminates 56:1

discrimination 87:6,7 89:20 90:20,22

discriminatory 87:4

discuss 28:1,5 95:10 189:13 202:5

discussed 13:20 28:11 184:12 191:8,11,17 194:6 196:15 209:11,12 209:21 217:3

discussion 4:6 19:21 28:17 30:22 116:19 167:14 181:21 188:6,12 189:1 194:20 202:1 203:14 209:5

discussions 89:8 196:14 201:14 209:1 217:10 224:13

disease 94:5 115:3 116:13 118:8 145:2 150:11 154:11 157:14 173:12 177:22 178:9 179:12,13

diseases 142:1 143:9 155:20

disillusioned 135:14

dispersed 164:15

dispersion 199:7

dispersive 22:3,16 101:10

dissent 193:5

distance 19:10

distant 11:13 12:17

distinction 140:13 166:18 198:2

distinctions 207:12

distinguish 64:2 67:19 163:3

distinguishable 67:7

distinguished 114:20

distribution 80:20 81:18 146:8 149:3 150:3 151:18 153:6 169:22 175:10

distributions 90:20 148:2 153:21 169:21 171:5

district 11:7 26:20 28:7

divided 5:3 145:20 180:21

division 45:14 84:1 121:10 124:16

divisions 66:10

dna 121:20

doctor 43:9

doctor's 53:3

document 74:9

documented 14:4 186:17

documents 200:16

dod 120:18

dodson 50:2 177:1 177:18

dodwu 9:13

doing 3:10 55:5 59:9 70:2,5 73:17 76:18 103:20,20 108:9 109:15 115:16 187:12 199:8,14 201:21

202:5,8,21 203:7 204:7,17 205:6,11 207:10 209:12 215:1,2,8

doke 213:14

dolomite 15:10 16:21,22 17:7,11 17:16 20:5,11,17 21:1,5 24:11 26:14 27:13

dolomitic 26:21

dolostone 15:9 25:21

domestic 11:19 12:15 102:19

donated 85:6

dorado 39:13 40:1 40:11,18

dose 119:11 125:19 131:18,21 131:22 132:4,7 135:7 173:22

dosed 89:12

doses 131:21

dosone 214:5

dots 68:5 69:2

doubting 205:16

dough 53:20,21

dozen 18:20 19:3

dozens 52:3

dr 76:20 114:20 116:1,11,12,15 126:19 128:9 130:3,4 132:15 136:21 177:1,18

draft 6:6

drain 120:9 126:7

draining 54:12

drawing 37:12,12

dream 48:7

dreamed 158:2

drew 56:8

drill 47:3

driven 15:17 94:4

driving 66:16

dropped 81:7

drops 157:5,5,7

drove 16:17 20:9

duane 137:19

ducts 76:5

due 35:14

dumped 34:12

dunn 86:10

duplet 210:7

durability 30:15 139:4 156:9

durable 30:10 130:18 157:17

dust 22:5,7,8 23:5 40:17

dynamics 117:12

**e**

e 2:1 3:1,1 9:6,16

eagle 68:15

ear 118:18

earlier 38:19 143:17 160:18 167:14 172:15 194:6 199:21 203:7

early 125:22 134:6

earth 142:17

easels 115:11

easier 134:15

easiest 68:19

easily 13:10 17:9 21:10 22:7 38:2 51:2 55:14 60:5 67:7 73:17,20 74:2 142:10 165:22 170:4,5

east 22:9

easy 19:9 32:13 33:18 68:17 75:13 88:9 138:4,5 140:13 168:1

[eat - estimation]                                                          Page 16

eat 48:8
economic 137:2
ecorp 88:14
ed 107:2,3
edge 38:8 223:3
edges 26:13
eds 81:5 95:7
    185:12 212:6
educating 130:5
effect 60:11 82:21
    97:12 101:7
    139:12
effectively 119:21
    120:3 124:9 126:3
    140:7
effects 37:2 53:14
    110:7 120:21
    121:18 127:2
    135:22 162:2
    220:3
effort 43:13
eight 158:22
eirong 212:17,17
either 15:9 18:18
    23:9 34:5,8,14,15
    42:19 84:15 97:4
    107:5 108:7
    109:12 125:20
    127:19 185:7
    189:2 204:12
    213:8,10
el 39:13 40:1,11
    40:17
elap 46:4
electric 30:14
electro 191:14
    214:13
electron 21:16
    22:3,16 32:14,16
    52:18 61:5 75:9
    92:10 142:7 164:1
    166:20 184:4
    194:4,12 207:10
    212:5

electronic 201:8
electrostatic 83:2
element 215:3
elemental 213:19
    215:6
elements 14:18
    15:2,16 151:16
    191:8 215:13
elevators 7:8
eliciting 120:20
eliminate 209:8
ella 50:4,5
elm 73:16
elongate 10:9
    17:20 35:7 46:9
    50:22 63:20 64:16
    78:8 80:5 94:21
    105:17
elongated 36:13
    46:7,8 52:22
    109:11 139:6,7
    145:15
em 169:14
emerald 71:7
emerge 131:1
emp 35:6,6,7,17
    48:21 64:9 139:8
    220:11
emphasize 28:7
    115:19 117:6,8
    121:14 122:16
    125:8 127:11
    128:15 129:14
    130:8 131:18
    132:4
emphasized
    123:20 124:5,20
emphasizes 118:2
    126:8
emphasizing
    115:17 116:3
    118:13
employed 110:18
    226:8,11 227:7

employee 226:10
emps 50:22 72:13
    72:14 76:11
empty 49:11
enable 141:16
    211:21
encompassed
    116:15 120:1
encounter 207:5
ended 83:9 87:18
    138:22
endorse 27:20
endpoint 126:11
    130:15
endpoints 123:22
    136:1
ends 52:20
endurability
    130:16
endurance 64:13
energy 101:10
engineering 137:4
engulfed 124:7,10
enhance 194:17
enhanced 194:1
enjoying 29:14,22
enshrined 204:6
ensl 183:16
enstatite 87:17
ensuring 91:12
enter 118:2
entered 145:11
entering 117:19
enterologists 34:3
enticed 176:10
entire 173:8
entirely 10:18
    224:4
entry 192:18
envelope 63:6
environment
    10:19
environmental
    43:22 52:14 75:2

115:2
environments
    23:7 71:22 140:17
    193:16
epa 31:22 87:4
    120:16 200:16
epidemiological
    184:5
epigenetic 121:18
epithelia 152:5
epithelial 124:3
    127:2,7,8,21
epma 214:13
equal 25:16 27:22
equipment 21:10
equipped 4:5
    203:6
equivalent 89:13
eric 81:11
err 91:15
error 160:12,18
    173:16
errors 160:15,15
especially 19:6
    44:1 51:6 53:4
    59:17 70:9 81:1
    111:9 122:17
    203:2
essential 36:16
essentially 20:3
    74:15 134:20
establish 78:16
    192:6 194:12,15
    195:4,6 196:2
    210:5
established 83:16
    194:14
estimate 77:9
    109:9
estimated 11:22
    12:7 168:11
estimates 154:16
estimation 108:8

et  56:7 158:10
evaluate  98:5
  166:9 168:18
evaluated  12:1
  166:12
evaluating  198:17
evaluation  89:21
evenly  150:3
event  53:12 124:3
events  53:13 121:5
  121:7 123:16
eventually  85:11
  118:7,19 189:9
everybody  3:2,4,6
  3:9 7:12 40:21
  114:15,15,16
  181:8,12 184:7
  200:10 215:22
  218:14 224:20,20
evidence  24:11
  25:1 67:1 72:15
  145:11 167:6
  221:12
evident  164:11
evil  49:13,19
evolving  49:6
exactly  98:2
  110:13 145:13
  147:16 150:6
  151:12,16 159:21
  174:10 177:17
  178:11 195:3
exaggerate  193:1
  193:2
examine  79:10
  80:10 132:22
examined  80:13
  87:21 102:11
  122:21 133:7
examining  113:18
example  13:4 15:5
  16:4,6 19:8 22:1
  37:4,6,11 38:6
  78:15 80:4 93:5

98:20 120:4
  136:18 202:10
  223:20
examples  14:6
  16:2 90:1
excavating  22:12
exceed  171:3
excel  160:12
excellent  100:1
exception  14:2
excess  13:15 124:8
  157:14
excuse  37:2,20
  195:16,18
executive  85:1
exist  26:7 28:4
  118:16,21 224:1
existing  82:7,10
exists  135:16
expect  161:3
expectation
  154:22 219:13
expected  154:19
  159:8
expecting  163:12
expense  202:20
experience  111:22
  170:11 174:10
  187:1,3 201:3
experimental
  122:17
experimented
  99:15
experiments  83:5
  123:18 124:19
  135:2,6
expert  44:2,4
  196:12,16 198:22
expertise  111:22
  112:21
experts  4:3 192:20
  219:14
explain  7:16 42:11
  56:19 131:2,15

149:15 179:22
  201:19
exploitable  30:12
exploited  80:1
exploration  179:4
export  12:6
exposed  31:18
  60:12 72:1 155:18
exposure  37:3
  76:9 117:4 119:11
  122:11 128:18
  140:17 144:16
  147:1 154:15,21
  156:5 158:18
  178:7,10,12 193:1
exposures  128:14
  144:18 154:13
  156:1
expression  89:1
  127:3
extend  93:20
  184:20
extender  19:7
extent  80:13 81:20
  186:9,11 187:11
  187:20
extinction  198:1
  199:9
extra  61:7
extracted  151:10
extraordinarily
  147:8 165:2
extrapolate  113:3
  173:8
extrapolations
  111:8
extremely  13:13
  132:6 166:19
eye  1:21

f

face  144:22 194:3
fact  87:7 91:7
  97:21 102:17
  106:21 127:15

128:5,20 131:3
  132:7 135:16
  136:15 188:14
  209:11 211:7
  212:22
factor  107:10
factors  65:17
  180:10
factory  22:13
facts  115:18
faculty  137:5
fail  36:22 62:16
  75:10
fair  21:13 133:14
fairly  33:18 141:3
  145:20
fall  33:9 137:17
  159:3,21 220:2
  223:10
fallen  41:17
falling  49:11
  71:21
falls  40:12
false  190:1 192:11
  192:13 193:22
familiar  7:12 34:3
  128:17 184:5
  218:21
far  11:7 63:5 91:4
  157:4 170:9 171:3
  198:8 205:17
  215:10
farther  30:7
fashion  4:3
fashioned  59:16
fast  61:7,15 70:9
fat  51:19,19
fatter  174:9
fault  16:20 26:8
  27:10
favorite  86:13
fda  3:20 141:13
  161:12 193:13,18
  203:2 222:7 224:6

224:10
fdas 106:22
feature 123:18
  136:14
features 37:13
  116:14
federal 19:5 29:5
  36:12 44:4 58:19
  78:1 88:22
fedra 75:5
feedback 117:7
  219:5,17
feeding 222:16
feel 13:11 36:7
  131:12 169:19
  194:13
feeling 77:12
feels 177:18
feet 20:9
fellow 77:1
fellows 196:5
felt 216:6
ferric 33:5
ferrous 33:5
fi 8:13 9:14
fiber 5:15 22:1,9
  52:3 65:11 68:2
  81:12 83:6 88:15
  88:20 89:16 90:7
  101:17,19 107:4
  131:2,7 134:15
  141:4 144:1 145:3
  145:19,21 148:7
  149:7 150:21,21
  151:21,22 152:12
  153:5 154:19,19
  154:20,22 156:5
  158:18,18 159:3
  159:14,15 160:17
  161:20,22 162:8
  163:16 164:16,16
  167:6 168:9,15
  170:15 172:16
  173:6 176:7

177:15 178:10
  187:18 188:8
  193:2,8 194:22
  213:12
fiberglass 136:13
fibers 4:15 5:5,14
  10:9 17:20 18:7
  19:22 22:8,20
  24:17 29:2 37:13
  48:18,19 52:1
  54:13,19 55:9
  57:8 63:2,20
  65:11,12,12,13
  66:1,3 67:22 75:6
  80:9,14 83:1,3
  88:6 89:12 90:12
  91:1 97:10,14
  100:22 101:14
  106:15 109:19,21
  109:22 116:2,12
  117:14,18 118:9
  118:17 119:8,9,12
  119:19 121:3
  123:6 124:6,9,12
  124:15,15 126:5
  126:19 128:7,8
  131:4 136:9
  143:10,19,20
  144:3,7,8,9,11,12
  144:13,18,18,20
  145:1,2,6,8,18,21
  146:12 147:22
  149:14 151:3,4,6
  153:13,22 157:18
  161:16 169:10,10
  170:14,15 172:14
  172:19 173:1
  174:4,5,5,8,12
  176:2,5,9,17
  177:7 183:9 192:8
  192:16 196:4
  206:5
fibril 172:1,2

fibrils 142:9 172:1
fibrogenic 179:11
  179:12
fibrogenics
  133:20
fibrosities 79:20
fibrosity 81:10
  82:1
fibrous 13:7 17:21
  18:2,3 22:21
  30:13 37:10 51:8
  52:8 57:16,20
  79:18 87:21 88:5
  94:9,15,18 109:5
  109:9 127:18
  128:5,20 139:10
  151:16 163:4
  164:21,22 165:7
  165:13 166:3
field 49:5 57:11,12
  66:1 73:18 79:15
  81:2,3 96:4,14
  98:9 115:2
figure 84:9 112:19
figures 81:5 99:2
filers 119:1
fill 54:11
filler 55:7
filter 135:10 187:6
  188:6 205:1
filtered 187:22
filters 186:20
  188:21
final 191:14
  222:16 225:4
finalized 217:15
finally 45:16
  104:11 152:15
financially 226:12
  227:8
find 7:11 13:21
  14:7,9 15:2 20:15
  21:12,20 22:1,4,8
  22:20 31:17 33:17

33:20 38:5 46:22
  52:21 54:2,3
  58:14 70:5 85:10
  90:19 104:18
  114:9 127:7 143:2
  143:3 144:11
  149:9 154:3 177:7
  178:16,18 196:22
finding 52:3
  133:22 140:5
  178:19 198:12
findings 86:21
  128:13
finds 51:7
fine 9:3 19:18,22
  74:5 86:17 150:18
  206:5 210:10
finer 56:5,5
finger 21:6
fingerprint 61:4
fingers 57:9
finish 182:3
finished 191:1
finland 152:15
  161:8
fires 88:22
first 9:20 10:3
  16:8 17:7 23:19
  36:18 42:9,10
  46:13,15,15 47:10
  49:3 56:9 61:9
  63:9 77:10 93:5
  96:1 111:2 148:16
  158:20 182:9
  190:14 214:10
  215:21 216:3
fit 22:19,21 66:12
  83:16
fitree 83:20
fits 67:12 69:16
five 8:9 46:16
  48:17 58:19 87:18
  110:12 141:12
  144:20 145:16

177:6 178:7,7,12
182:2
fix  44:19
flag  72:4
flakes  39:21
flame  57:13
flat  38:11 174:9
flex  143:14
flexibility  30:13
  118:10 143:15
flexible  143:11
flip  5:21
floor  20:13 31:16
florida  30:1
flows  203:17
fluid  117:12
  143:21
fluidized  106:10
  106:11
fluids  15:14,21,22
  16:18,21 17:8
  25:18 26:3,7,7
  27:12
fluoride  24:22
focus  145:6 193:4
  193:11
focused  120:16,18
  121:15,17 122:10
fodders  150:18
folks  4:7 92:3
  183:5 218:14
follow  40:8 198:20
  216:19 219:1
followed  5:6 11:17
  12:4
following  77:8
food  224:9
foregoing  226:3
foreign  102:19
forgive  21:6
form  4:2 10:19,21
  14:19 15:2,6,16
  16:14 17:8,11
  21:20 23:11 25:20

26:21 28:3 37:21
38:3 115:16
142:20 151:2
191:14
formal  219:12
formation  14:22
  53:15
formed  17:22 20:7
  20:16 22:1 23:2,8
  25:17 52:2 138:10
former  22:12
forming  23:6 26:4
forms  17:14 53:16
  142:13 143:1
  162:3
formula  14:16,21
  81:7 207:2
formulae  81:4
formulated
  116:16 188:15
  213:1
formulation  99:3
  213:10
forrister  227:2,13
forth  56:12 85:19
  145:5
forthcoming
  196:19
fortunate  46:22
  122:1
forum  4:3 219:12
forward  43:13
  158:16
found  22:15 42:10
  75:15,15 80:14
  85:11 87:15 91:6
  104:9,11 105:4
  140:1,2,5 164:11
  164:20 174:3
  196:22
foundation  120:17
  213:7
four  10:20 44:17
  56:18 73:19

106:17 142:2
148:15 154:14
fourths  12:13
fraction  186:17
  200:15 201:8
  214:21
fracture  16:20
  26:9 88:20 99:19
fractured  62:13
fragment  34:20
  35:16 51:14,16
  58:11 66:7 89:17
  89:18 126:15
fragmented  83:1
  157:12
fragments  34:11
  34:13,18 35:12
  38:18 40:4,21
  41:1,6 48:20
  51:12 75:10 86:14
  86:17 87:3 88:7
  88:12 89:5,13
  90:9,13,16,22
  91:14 120:1
  124:10 125:11
  129:2 131:16
  142:21 152:1
  192:14
fragrance  102:22
frames  30:21
  110:1
france  129:18
frank  82:5 181:4
  181:18 182:5,10
  182:14,18,21
  183:3,17 190:8
  191:6,16 203:15
  225:1
frankly  86:12
fred  125:15 158:5
free  35:14 71:6
  123:7
frequency  40:3
  147:16 151:15

friday  50:14
friend  160:14
friends  29:15
front  114:3 145:10
frustrated  123:8
full  69:19 78:2
  95:2 103:15
  107:10 121:12
  179:18 187:17
fundamental
  216:7,14
fundamentally
  56:21
funding  3:19
funny  55:5
furniture  223:22
further  17:13
  46:19 89:2 133:1
  150:5 151:20
  152:14 215:18
  226:10
future  4:13 93:19
fuzziness  67:5

g

g  3:1
gabbro  20:3,22
  53:11
gabby  47:21
gain  159:1
garden  142:20
garret  180:7
garret's  68:1
garrett  155:3
  156:13
gary  74:3,4,4
  209:6
gates  126:13
gathered  16:19
  40:15 151:9
gathering  93:9
gazetteer  85:10
gem  13:12 39:5
gems  82:13

gene 127:3
general 19:21 24:1
  35:7 51:21 78:5
  122:5 213:18
  217:2
generalization
  51:18
generalize 23:22
generalized 27:5
generally 20:8
  21:9 91:22 138:2
  153:18
generate 88:11
  123:6,8
generated 65:8
generating 125:9
generation 122:11
  123:4,9,19 125:21
  205:5
genes 125:21,22
genotoxicity
  129:20
gentleman 214:7
geologic 10:18,19
  10:21 27:6 28:2
geological 10:1
  29:4 48:2 76:21
  125:15
geologist 9:22
  21:7 29:4 59:12
  130:4
geologists 57:7
  115:21 122:2
  183:22 188:1
geology 11:1 14:2
  19:21 20:2 43:22
  56:22 136:22
  137:1,2,7
geometry 66:4
  205:2
geoscience 27:4
getting 8:18 19:11
  25:10 36:18 52:2
  59:13 61:8 70:11

74:21 77:12 102:3
  116:8 117:7
  120:11 166:14
  172:12 202:6
  205:8 219:20
  225:6
gibberish 83:18
gigantic 163:11
give 6:11 10:22
  29:13 59:18 60:21
  61:5,18 80:17
  84:10 85:22 87:1
  87:12 96:14 108:1
  108:11 112:2,18
  112:21 121:9
  168:20 189:20
  190:5 192:10,13
  196:5 210:18
  216:2 219:18
  224:19
given 3:10 70:4
  182:15 196:1
  219:6
gives 13:10 18:2
  56:1 61:15 62:1,6
  143:15 192:10
  194:4 196:15
  222:4
giving 81:18
  116:17 156:18
  157:2
gladly 60:12
glass 101:17,19
  109:22 200:9
  212:17,17
glaucophane 94:9
  94:13,14,19
globe 134:19
glue 151:3
gneiss 25:7,9
  84:12,16
go 7:3,8,11 17:4
  18:16 31:17 35:21
  42:6,18 44:6,13

47:18 50:11 52:17
  52:18 54:1,2
  56:13,17 59:3,14
  59:15 60:4 68:22
  69:9 70:6,9 71:11
  72:7 74:3 78:18
  103:15 106:20
  109:4,10 110:6
  113:15 120:8
  123:3,21 134:5
  150:17 155:15
  158:15 164:1,17
  165:19 181:8,21
  182:7,9,18 183:5
  186:18 190:2,17
  195:19 211:5
  213:2 215:18
  216:14 219:4,14
  224:12
goal 4:2 58:13
  69:19 83:11 192:6
  196:1
goals 4:20 50:19
god's 140:2
goes 40:9 49:18
  50:14 56:11 98:2
  113:19 174:9
  200:5 219:12
  221:19
going 4:11 5:19
  7:18,21 10:10,11
  13:21 30:4,7 36:4
  44:12,17 45:13
  47:1,5 55:9 57:14
  57:18,19 58:11,13
  60:16 64:11 65:19
  66:21 67:11 70:19
  71:6,15 73:5
  78:19,21 82:1
  86:8,22 93:10,11
  103:8,18 104:2
  114:22 115:14
  117:2 119:8
  131:20 135:18

137:8 138:2,18,19
  139:4,7 141:6,16
  143:4,7 144:14
  146:13 148:5
  157:8 163:16,18
  168:13,14 169:8
  172:16 173:5,17
  177:19 180:20
  181:13 186:9
  187:20 189:4
  196:17,18 197:6
  197:11,14 198:5
  204:9,11 214:22
  215:16,16 218:4
  219:19 220:17
gold 63:15 64:4
  106:4 135:9
  155:14 157:13
golden 68:15
  98:14
gonna 14:5,6
  30:19 33:15 42:11
  44:19 66:19 84:9
  88:11 91:3 93:8
  104:16 108:22
  114:9 141:9 145:6
  146:5 149:20
  154:2,3,5 156:16
  158:4 160:6 170:6
  172:14,19 173:4
  178:8 181:11
  189:5 197:7
  198:20 220:22
  224:19
good 3:2 7:4,5,19
  9:11 16:6 20:1,21
  25:15 29:10,13,15
  36:2,4 37:6,6 38:6
  48:4 49:13 52:19
  59:17,20 60:10,21
  61:18 64:12 67:3
  71:3 72:22 76:19
  84:14 87:19 90:20
  91:7,8,16 116:8

117:7 134:8
139:11 152:10
167:16 174:1
178:6 182:19
195:1 200:17
221:12
**gordon** 56:7
**gosen** 2:3 9:22
10:3 85:11 102:3
104:1,6
**gosh** 141:21
214:16
**gotten** 125:1
**gouverneur** 18:4
54:5 126:18
**government** 32:9
56:16 58:19 78:1
211:20
**governmental**
224:11
**grab** 142:14 183:2
**grad** 51:7
**grade** 31:5,20
34:8 36:12 37:7
41:22 43:7 59:19
61:19 85:17
102:18
**graduate** 185:14
**grain** 119:5
**grains** 165:13
**gram** 86:3
**grams** 86:1
**grant** 211:20
**granted** 210:11
**gray** 19:10 158:20
**greasy** 13:11
**great** 42:11 60:19
63:10 64:1 81:20
85:11 86:20 98:15
98:17 133:12
134:1 143:16
155:15 156:6
163:15 168:12
186:7 224:20

**greater** 65:20 92:1
126:5 133:15
144:20 158:21
159:10,12 177:6
**greatest** 148:9
**greece** 141:22
142:2 146:7 160:7
160:20
**green** 59:19
**greg** 28:21 29:1,3
29:6,9 48:9 56:3
97:1 185:13 187:7
187:9 188:5
224:21
**greg's** 28:6
**gregory** 2:4 29:10
32:21 41:13,16,20
43:1 97:2 100:1
102:9 132:17
172:7,18,21 209:7
209:10,15,18
212:16 223:4,8,16
**grifferson** 149:5
**grind** 81:15 88:16
**gritty** 24:15
**gross** 61:15
**ground** 125:13
188:19
**groundwaters**
26:7
**group** 6:7 10:13
10:15 13:17 14:15
115:6 119:12
139:16 191:13
195:12 204:1
206:1 209:8
220:13
**groups** 203:2
207:12 208:3
**grow** 37:20,20
38:1
**growing** 126:11
**growth** 37:19,21
52:2 151:22

**grunerite** 87:19
88:3 89:4 155:18
157:12
**gualtieri** 116:1,11
116:16
**guard** 71:6
**guess** 29:20 37:22
44:6 51:19 74:16
83:9 103:10
172:12 176:22
**guesswork** 212:3
**guide** 20:1
**gun** 68:14
**guy** 38:10 56:9,9
56:10,10
**guys** 69:1 96:4,7
100:18

**h**

**ha** 45:8,8,8
**habit** 13:19 37:9
142:15 162:2
**hair** 86:19
**half** 27:9 47:6
104:19,21 169:11
181:22
**hallmarks** 121:11
**hallway** 187:8
**hamersley** 149:13
149:22 156:22
**hammer** 39:6,15
80:7 88:11
**hammered** 68:8
**hand** 52:16 55:13
55:15,19 57:1
58:6 65:15 75:4
119:18 170:4
**handed** 72:22
**handle** 5:20 45:16
**handlets** 79:14
**hands** 85:7 178:22
183:20 187:2
218:9
**happen** 162:10
174:7

**happened** 82:22
**happening** 132:2
**happens** 52:22
117:16 118:1
119:6,12 120:4
124:2,2,12 175:21
**happy** 133:11
159:1 213:13
**hard** 21:12 23:22
29:17 31:2 39:6
39:15,18,20 40:8
49:16 62:16 77:14
137:11 180:6
224:8
**hardness** 13:4,12
**harm** 49:8
**harper** 2:6 76:20
77:8 93:15,19
97:15,21 98:8,12
98:15,22 99:4,8
99:11,17 100:3,10
100:15 101:1,4,9
101:13 102:8,10
102:20 103:3
104:4,7,20 105:1
105:3,6,9 106:8
106:13,21 107:8
108:3,15,20
109:16 110:4,8,12
111:4,13 112:5,11
112:16 113:5,14
113:17 187:8
210:20 222:11,13
223:12,18
**harvard** 23:19
**hate** 89:1 180:16
**hatton** 85:16
**hazard** 31:5,6
76:6 221:8
**hazardous** 41:10
138:9,11,14
141:17 220:17
**hazards** 162:11

**head** 178:3
**headed** 46:4
**healing** 123:15
**health** 31:3,5,6
36:4,14,22 60:11
72:5,14 76:6,9,22
84:19,22 91:16,19
92:13 162:2,10
179:11,15 187:10
187:20 220:17
223:5,11,16
**hear** 8:19 23:4
28:16 49:17 75:20
127:14 178:2
218:7
**heard** 13:2 15:10
56:2 78:6 115:20
216:9 220:1
**hearing** 42:18
**heart** 57:21
133:22
**heat** 15:18 16:18
17:4,5,6,12 20:9
25:14 42:20
**heated** 15:14,22
15:22 25:18 26:3
26:3,9 27:12
**heating** 26:6 53:12
53:13
**heavily** 84:17
**heavy** 21:10 46:17
194:8 202:11
**held** 72:4 114:10
155:6
**help** 4:22 7:6 8:22
9:10 26:9 85:11
96:15 161:12
195:5 218:4
**helped** 27:11
131:13
**helpful** 135:18
168:10
**helps** 210:11

**hereto** 226:11
**hero** 62:2
**hey** 50:14 74:10
105:12 190:10
213:9
**hi** 76:16
**hide** 122:12
**high** 16:18 18:15
20:19 23:21,21
24:13 25:13 30:13
30:14,15 40:10
42:20 59:19 61:2
63:12 117:4
119:11 123:13
125:8 128:6
140:10 141:22
146:20 147:8
165:3 179:20
180:1 185:14
190:5,6,11,13
222:20
**higher** 110:5
174:11 202:18
**highest** 17:4 146:1
**highly** 70:1 111:10
121:3 130:4 162:4
**hill** 54:16 63:22
64:5
**hills** 39:13 40:1,11
40:18
**historic** 115:7
**historical** 198:11
198:15
**historically**
116:12 126:8
128:16 198:13
**history** 63:9
222:20
**hit** 39:6,15 57:12
80:7 88:10 95:3
189:21
**hitting** 101:14
**hodgson** 155:1
180:7

**hold** 65:14 86:3
**holds** 85:22 137:1
199:18
**home** 122:22
128:17 130:6
160:11
**homestake** 155:13
155:13 157:12
159:6
**homogeneo**
167:13
**homogeneous**
83:14
**homogenous**
111:21
**honest** 45:10
**honor** 3:10 46:14
**hope** 28:16 42:5
50:18 60:3 77:15
86:9 89:7 144:22
158:15 201:19
**hopefully** 4:1,6
**hoping** 10:7
141:18
**host** 15:8,13,15,20
16:1 20:6 21:2
23:3 25:20
**hot** 16:13 19:11
25:17
**hour** 182:1
**housekeeping**
5:19
**hsa** 85:1
**hse** 85:1,6
**hse's** 210:22
**hsl** 92:21
**hudson** 75:22
**huge** 66:18 75:15
111:8 149:15
163:9,10 172:18
214:9
**hum** 176:20
**human** 31:3,9,9
52:12 60:11 72:5

76:9 120:19 121:4
127:6,9 131:1
143:9 147:1,2
178:19 220:17
**humans** 130:22
132:12
**hundreds** 152:16
**hunthro** 176:21
**hurt** 34:16
**hydrothermal**
15:21
**hydroxyl** 14:21
**hydroxyls** 14:18
**hygiene** 76:22
77:2 90:3 137:19
211:8,16
**hypothesis** 94:4
99:22 133:1

**i**

**i4** 79:14
**iarc** 129:10,10
**iatl** 183:18
**ibdsd** 206:11
**icp** 185:14
**idea** 45:15 47:10
89:19 111:12
186:12 195:1
196:16 200:7
202:6,18 203:1,2
203:16
**ideal** 13:16 148:14
**ideas** 182:6
**identical** 138:21
**identifiable** 51:2
62:20
**identification** 5:15
28:18 69:12 92:1
94:3 111:11
141:16 192:7
194:18 198:19
203:21
**identified** 85:12
90:11,14 92:9,10
201:1 202:8

215:10
identify 32:7,11
  33:1,18 47:18
  48:4 52:17 55:13
  56:22 68:11
  138:12,17 197:4
  206:19 214:22
identifying 189:17
  189:17 200:20
igneous 15:19
  25:18
ihhe 189:19
ii 135:10
illuminated 133:6
illuminating
  116:19
illustrate 36:6
  117:15
illustrates 56:13
image 37:16,16
imagine 211:4
imagines 39:4
  57:22 199:9,10
imerys 11:10 27:2
immediately 6:3
  45:6 52:9 63:5
  96:3 140:10
impact 28:3 139:3
  139:16 219:7
  223:9,13,17
implied 199:22
import 12:7,11,12
  12:20
importance
  131:18 136:17
important 5:18
  30:8 31:8 36:7
  37:8 50:19 51:22
  52:13 63:17 97:7
  104:2 110:15
  113:1 116:4,7,21
  118:7,17 120:11
  120:13,20 121:15
  123:3,5,11,19

126:13 127:12
128:19 129:8
130:14 131:19
133:17 136:14
144:10,15 148:10
177:19,20,20,21
177:22 179:15
188:5 192:16
198:7 204:2 208:2
210:3 217:1,8
218:6 219:16
importantly 4:16
  6:13 64:20 180:19
imported 12:13,15
improvable 60:6
improve 61:17
  108:21 158:16
improves 108:18
impurities 13:14
impurity 13:16
inadept 55:11
inadvertently
  55:18
inaudible 51:22
  53:10 62:14 63:3
  70:20 106:12,18
  111:16 137:14
  155:14,15 159:2
  160:9 165:14
  171:9 209:10
  218:11 221:13
incidence 142:1
include 4:15 11:5
  12:15 13:14 15:9
  23:7 80:1 91:11
  93:21 201:5
included 92:4
  192:17 221:10
includes 26:22
including 18:20
  77:5 95:11 129:16
  184:11 185:12
inclusive 213:22

incombustibility
  30:16
inconsistency
  166:9
incorrect 198:9
incorrectly 34:10
  92:17
increase 121:10
  129:20 174:22
increased 121:10
  127:20 176:17
increases 127:20
  128:3
increasing 63:18
  172:1
incredibly 109:5
independent
  150:15
independently
  63:1 103:15 199:3
index 140:6,8,10
  140:12 157:17,18
  193:7 197:21
indexing 208:1
indicate 90:4
  136:6
indicated 136:16
indication 167:7
  193:7
indicators 134:6
indices 164:22
  165:3,18 197:16
individual 22:8
  47:2 53:21 56:20
  75:10 115:11
  148:17 167:9
  170:8,15 171:3
  172:2,5,8,14
  176:1 201:21
  205:7 206:5
individuals 36:15
  116:5,13 171:14
induction 94:5
  119:15 120:12

industrial 30:11
  30:17 55:21 58:16
  60:14 77:2 90:2
  129:18 137:19
  147:2 211:8,16
industry 4:4 70:6
  102:12,13 213:8
  216:1 223:9,17,20
  223:22
inesite 87:18
inevitable 114:1
inferences 197:17
infinitive 67:9
inflammation
  123:17,17 124:14
  133:17,18 177:21
inflation 132:5
  176:14
influences 179:11
  179:15
information 5:18
  7:11 11:19,20
  12:19 36:2,4 62:2
  63:12 112:17
  115:8 161:11
  191:21 195:4
  196:18 199:2,14
  205:9,10 217:9,15
inhalation 100:14
  100:16 117:19
  119:19 121:16
  124:5 134:2 135:6
  136:2
inhale 141:6
  161:22
inhaled 141:5
  162:9
inheriting 71:15
inhomogeneity
  167:18
initial 188:14
  190:4
initially 124:20

initiated 93:5
initiative 94:8
initiatives 211:3
injected 44:18,20
  45:6
input 5:21 6:5,12
  219:4,10,19
insensitive 110:16
  110:18 165:19
insert 101:20
inside 22:5 55:6
  63:3 98:3
insoluble 139:17
inspection 49:4
instance 24:3 33:4
instances 23:14
instant 166:13
institute 29:7
  134:1 214:6 215:5
institutions
  135:17
instructions
  182:16
instrument 33:6
  42:4
instrumentation
  47:1 61:2 194:2
instruments
  198:18
insurance 93:10
intake 76:1
intended 83:16
intense 46:17
intentionally
  188:15
inter 211:3
interact 122:2
interacted 131:13
interaction 121:17
interest 3:6 9:17
  61:13 79:8 88:17
  92:2,14 93:21
  103:2 115:6
  122:10 177:3

198:7
interested 4:11
  47:20 87:2 93:9
  93:10 96:13
  192:12 226:12
  227:8
interesting 94:19
  99:22 150:22
  179:2 194:19
  197:1
interests 43:21
interference 59:1
  59:2
internal 87:8,9
  103:11
international
  115:6 129:10
  214:2
interpret 75:12
interpretation
  4:18 5:7,16 64:14
  68:5 114:19 181:7
  196:3 197:1
interpreted 67:1
interstitial 179:12
interval 160:17
intervals 157:3
introduce 3:3 9:21
  43:19 102:17
  114:18 132:15
  136:21
introduced 77:17
introducing 29:1
introduction 3:15
  29:11 36:8 57:1
  99:21 115:13
intruded 15:19
  20:4,14 21:1
intrusion 15:19
  21:4 25:18
intrusions 26:22
invaded 27:12
invariably 120:21

invasion 17:8
invent 220:15
inventions 115:16
invest 211:17
investigated 148:1
invisible 140:7
invitation 10:5
invite 116:19
  219:18
invited 8:4
inviting 29:12
  77:14 137:10
involved 14:22
  17:11 89:20 184:9
  191:2 211:14,15
  218:14 219:7
inward 24:8
ion 204:19
iron 13:14,15
  15:12 23:8 33:5,5
  54:9 76:5 117:4
  117:13 122:12,19
  125:9 130:14
  132:20 135:9
  136:15,17,17
  201:17 207:19,20
ironically 30:16
ironness 51:5
irrelevant 70:13
  172:13
irrespirable 55:4
iso 83:13 166:4
  200:18
isolate 139:18
isolating 205:7
issue 33:16,20
  56:3 65:1 66:4
  68:6 76:7 86:16
  102:5 104:5
  110:14 111:11
  138:20 139:10
  144:9 165:10
  204:13 208:9

issues 32:3,5,6
  50:21 59:22 62:9
  67:4 78:5 79:6,11
  139:15 162:22
  165:10 199:19
  200:13 201:17,18
  206:2,3
italy 129:19 152:4
  153:20 160:10
  161:3

j

jail 35:13
january 6:19
  217:16,17
japan 12:22
jars 85:18
jaw 81:15
jeff 219:17
jersey 183:18
jet 81:16 82:22
  83:7,9 97:10
  99:18,20 100:7,21
  101:13,16,19,21
jetting 86:6
jifsan 1:2 3:17,20
  6:15 7:6 8:5 10:4
  29:12 77:14
  137:10 189:10
  217:18 225:4
jim 65:5
jimmies 97:11
job 91:12 97:5
  224:21
john 66:20
johnson 49:17,17
  80:11,16 105:14
  105:14,15,16
join 8:8 92:19
joined 137:5
joke 71:17
journal 23:18
  155:4
journey 217:10

**judge**  114:2
**judgment**  66:5,7
**jumps**  46:7 174:7
**jurisdiction**
   224:14
**jury**  49:15 105:15
   114:2,3

**k**

**keep**  3:14 43:14
   84:6 143:3 162:19
   171:22 210:1
**kelly**  36:1
**kept**  22:14 86:3
**kevon**  1:18 226:2
   226:17
**key**  5:4
**kidding**  81:6
**kids**  75:20
**killed**  176:15
**killer**  72:11
**kind**  4:19 30:21
   34:12 38:11 39:11
   40:19 43:2,13
   54:6 60:22 70:16
   80:3,22 82:16
   112:18 126:19
   149:3 151:20
   152:11 163:15
   173:17 180:4
   196:5,7 197:10
   199:18 202:20
   212:7 218:1,5
   219:20 222:17
**kinds**  79:6,12
   154:14
**kinks**  67:22
**kinky**  64:21,21
   65:2
**kneaded**  53:21
**knew**  85:8 127:13
   139:19 140:20
**knock**  68:21
**know**  3:16,19 4:8
   4:9 8:1,21 13:7,18

15:6 23:13 31:2
31:10 33:12 36:1
38:15 43:10,11
44:10 45:12 46:4
48:7,8 50:7 57:8
63:4 65:15 66:19
66:21 68:11,12
70:22 73:14 77:8
78:17 80:8 81:3
81:13 83:4,7
84:11 85:4,13
86:19 87:13,16
89:17,18 90:13,14
90:16 91:1,2,8,14
91:14,16 94:10,21
95:5,7,18,18,21
95:22 96:11,12
97:22 98:1,2,3,10
99:5,11,13 100:5
100:10,15 101:2,7
101:11,22 102:12
102:15 103:12
104:4,12,16 105:9
105:10,10 106:17
106:18 107:1,13
108:18 109:20
110:9 111:21
112:16,18 113:20
117:8 122:5
123:14 131:1
133:4 134:3 138:3
138:16 139:1,19
144:6 146:7,22
147:5,13,13 148:5
150:10 152:16,22
153:1 154:10,13
155:19 156:22
160:7,12,22 161:2
162:10 163:11,22
164:18,22 166:18
167:4,8 173:19
175:2,11 176:2
177:12,17,18
178:16 180:9,12

180:14,22 187:11
188:7 189:19,19
190:5 193:9 195:3
195:21 197:18
199:11,20 200:7
201:14,17 202:9
202:10,12,21
203:3,16 204:1
206:11,12,18,21
207:15 208:16
209:2 211:9,10,14
211:19,20 212:1,5
212:7,10,13 213:4
214:1,16,20 217:3
217:16 218:2,3,21
219:21 222:15
223:11,18
**knowing**  54:10
   186:5 211:18
**knowledge**  4:12
   226:7
**known**  27:18 30:8
   31:19 35:19 86:2
   118:11,18 119:2,8
   119:20 120:4
   121:4 128:16
   140:18 143:8
   151:8 163:21
   193:16 194:16
   221:8
**knows**  181:8
**krishi**  88:14

**l**

**l5**  144:19,19,20
   145:15
**lab**  46:4 49:6 59:9
   85:17 90:11 92:19
   96:2 101:18 150:1
   150:12 183:22
   201:6
**lab's**  213:3
**laboratories**  79:1
   90:1 92:6 125:18
   129:16 133:8

**laboratory**  46:3,5
   64:19 84:19 85:2
   87:8,9 91:20
   92:13 129:16
   183:17 186:1,1
   199:17 207:15
   211:3
**labs**  89:11 90:14
   91:6 92:8,17
   107:16 201:4
   211:22 212:14
   216:19
**lack**  27:22 131:15
   149:16 185:2
**lanberg**  130:4
**lance**  158:10
**landfill**  84:7
**landfilled**  84:4
**lands**  19:5
**langer**  181:6
   192:4
**language**  47:12
**large**  11:9 16:17
   25:20 26:18 27:15
   27:18 57:4 65:20
   66:16 140:9 150:3
   163:14,19 168:2
   194:14 215:12
**largely**  45:20
   54:18 69:14
   117:11
**larger**  6:7 16:8,11
   35:2 50:3 153:19
**largest**  11:14,16
   26:20 27:18
   155:14
**larry**  42:17
**lastly**  131:10
   132:4
**latency**  119:16
**laughs**  19:12
   39:20 42:5,14
   44:7,16 45:9
   50:13 56:13 66:21

[laughs - look]

68:13,18 71:18
74:13 86:4 96:20
112:3 160:3 174:2
178:3 195:22
law 66:17
lawsonite 94:15
lawyer 68:9
layer 117:10,11
136:5
layered 21:8
layers 13:9
lead 28:6 44:5
157:13
leads 72:12
leak 193:17
leake 32:19 33:1
48:12
leaky 66:10
learn 129:22
187:4
learned 31:7
73:10 121:22
130:21 143:3
196:1 218:3
leave 17:9 168:13
195:21 201:3,9
218:5
leaving 133:1
led 28:2,17
lee 50:9,10,10 56:7
69:12 185:14
left 24:3 34:16
40:2 57:13 64:7
83:21 84:8 85:15
93:1 96:10 147:10
221:6
legal 55:22 78:3
188:4
length 27:9 60:19
143:6 144:5,5,19
158:21 159:10,12
168:16 170:18
175:3,14,16 177:5
177:11,13 186:6

lengths 145:3
175:11
lesser 24:10
lessons 187:5
lethargy 58:17
letting 54:7
level 53:1 54:6
90:16 112:6 161:9
194:21 195:5,8
222:1,2,4,5,8,14
223:5,8 224:2
levels 62:10 79:10
89:12 167:11,18
211:13 215:3,4
libby 39:18 40:19
41:3 145:4 151:8
151:9,13 153:20
155:12 157:7
159:5 195:3,3
library 213:5
lidia 161:2
lie 19:4
lies 25:19
life 45:20 72:8
lifespan 134:4
lift 102:22
light 58:10,21
59:5,7,11,14 60:9
75:5 163:14
164:12 165:6
184:3 186:8
190:21 191:19
194:2,9,9 199:6
200:2
lighter 57:10
liked 97:9 135:12
196:5
likes 109:12
limit 60:2 186:10
186:11 192:15,17
195:6,7,9
limitation 60:20
limitations 45:7
59:21 69:15

191:19 200:4
limited 195:16
limits 60:14
216:15
line 33:2 76:10
159:7,22 222:16
liner 22:9 141:20
lines 13:9 26:8
27:10 33:9 175:20
199:7
lineup 4:19
lipstick 184:21
liquid 194:8
202:11
list 46:15 50:8,14
96:11
listed 32:7,9
127:18 129:1
listened 45:9
listening 8:2 9:2
55:8
listing 125:5
literally 139:22
literature 54:17
128:14 144:4
litigation 66:16
litman 157:21
little 7:16 11:1,18
17:2 18:17 20:15
21:14 22:8 24:14
29:21 30:7 38:9
39:9 41:4 48:22
49:14 67:13 72:8
77:11 79:17 82:14
83:1 84:8 92:20
102:4 107:4
108:19 122:17
132:12 141:8
142:9 143:6
144:15 146:5,12
149:12 150:4,5
152:13 161:9
163:22 166:21
167:13 168:3,7

189:12,22 194:20
live 48:16 49:8
llc 211:17
loan 213:2
locally 24:5
location 148:14
156:7,7,12,12,15
locations 148:15
149:15 156:20
214:16
logical 72:12
logically 67:16
lollipop 82:13
lollipops 101:22
london 76:22
long 19:10 23:17
28:11 30:12 41:4
42:9,10 48:17,18
49:2 68:14 75:6
109:13 117:13,18
119:12,15 124:6
124:12 130:19
142:5 143:10,12
144:8,9,11,12,18
145:1,6,8,18
146:18 151:10,14
158:8 159:17
164:2 175:13
176:8,9,15 178:4
190:8 193:5
longation 199:11
longer 46:10 76:3
77:22 81:2 83:1,3
84:13 135:16
141:12 144:20
145:16 153:13,14
154:6,21 158:2
164:6,8 174:6,8
174:11,21 192:9
193:4,11
longo 145:17
look 19:22 24:19
31:21 32:19,21
34:7 37:5 38:9,11

Main Session                                                                                   November 28, 2018

| | | | |
|---|---|---|---|
| 38:16 39:9,10,12 | 167:14 176:16 | 110:15 119:18 | **lung**  31:9 43:10 |
| 39:16,21 41:6 | 177:14 199:11 | 133:10 134:15 | 76:13 115:2 |
| 49:6 52:15,15 | 213:18 | 139:13,17 141:7 | 117:12 118:1,6,11 |
| 53:3 56:4,6 57:21 | **looking**  19:11 | 141:10 146:19 | 119:20 124:3 |
| 57:22 58:7 60:13 | 22:11 33:13 38:14 | 147:9,20 150:20 | 127:21 130:10 |
| 60:17 61:10,13 | 39:14 46:9,16 | 150:21 152:12 | 133:22 138:11 |
| 64:6,9,10 65:10 | 52:12 57:16 61:10 | 153:6 155:9 | 139:14 142:1 |
| 65:16,21 67:6,20 | 63:9 65:14 66:2 | 156:15 157:20 | 143:20 158:5,9 |
| 68:4 69:21 71:9 | 70:1 71:11,12,20 | 161:20,21 162:1 | 162:1 172:15,16 |
| 72:20 75:4,5,9 | 71:20,22 72:6,14 | 164:7 165:14 | 175:22 177:2,22 |
| 78:19 79:17 82:11 | 73:3,7,17,19 | 170:6 174:12 | 178:19 179:11,12 |
| 83:4 90:12,16 | 74:18 76:8 78:9 | 176:6 180:10 | 179:12,19 180:5,9 |
| 100:8 104:8 | 78:13 79:4,14 | 183:14 187:3 | 188:7,8 |
| 105:21,22 106:19 | 83:10 97:18 98:6 | 189:8 191:2 196:5 | **lungs**  116:12 |
| 109:14,18 111:6,7 | 106:4 113:11 | 197:18 200:21 | 144:13 176:17 |
| 119:7 128:19 | 127:22 131:8 | 201:3,10,11 202:7 | **lying**  56:11 |
| 129:1 134:6 | 133:17 136:1 | 203:1,8,9,12 | **lymphatic**  119:10 |
| 135:19 139:11 | 149:8 154:2 | 214:8 215:3,6 | 120:9 |
| 141:2 142:8 144:5 | 165:21 167:3,6 | 216:3,6 217:6,9,9 | **lymphatics**  119:3 |
| 146:14 147:3,4 | 169:5 189:21 | 224:9 | |
| 149:20 150:2,9 | 190:4 193:7 | **lots**  75:18 142:9,9 | **m** |
| 153:10 154:3,11 | 197:10,12,14 | 145:5,5,5 164:6 | **macaroy**  85:13 |
| 155:8 157:4 | 202:13 210:12 | **louis**  49:16 | **machine**  61:21,22 |
| 158:14 164:3 | 213:11 216:13,18 | **loutel**  137:20 | 63:10 |
| 165:13,15 166:7 | **lookout**  218:18 | **love**  13:18 44:15 | **macrophages** |
| 169:20 174:4,19 | **looks**  38:9,15 39:2 | **loved**  54:5 63:10 | 119:3,22 120:2 |
| 179:2,10 184:13 | 39:2 41:2,17 | **low**  13:11 40:5 | 124:14 |
| 185:15 193:3 | 75:16 82:16 86:5 | 92:13 106:20 | **mag**  15:7 38:15 |
| 202:12 214:14 | 86:6 109:19 | 123:12 132:8 | **magma**  15:6,19,22 |
| 222:20 | 116:13 151:12 | 140:12 146:19 | 20:4,22 23:2 26:6 |
| **looked**  18:15 38:5 | 159:16 195:3 | 165:1 167:11,18 | **magna**  20:14 |
| 38:18 41:1 42:8 | 206:10 | 167:20 | **magnesiohornbl...** |
| 49:3,5 68:14 | **losing**  191:3 | **lower**  17:5 105:19 | 32:10 33:3,14 |
| 82:15 90:19 96:3 | **lost**  62:5 | 161:5 165:18 | **magnesite**  24:9 |
| 104:9 108:3 | **lot**  16:9 28:16 | 202:18 | **magnesium**  13:2 |
| 109:17 116:12 | 29:15 34:17,22 | **lowers**  165:17 | 14:17,21 15:7,8 |
| 123:18,22 124:19 | 35:19 36:2,3,20 | **lows**  132:8 | 15:10,11,12 16:5 |
| 125:4 126:9,10,12 | 36:21 38:16 39:19 | **ludlow**  11:12 | 17:17 20:6,7 21:1 |
| 126:21,22 127:1 | 40:21 41:1,9 43:8 | **lumber**  144:11 | 23:8 24:4,10 |
| 127:16,17,19,22 | 44:7 46:11 51:6 | **lump**  151:20 | 25:12,22 26:12 |
| 128:4,13,21 | 61:20 62:5 65:8 | **lunch**  180:17 | 33:3,13 55:6 |
| 129:17 133:15,20 | 68:2 73:10 79:1 | 181:9,10 | 67:14 120:5 |
| 134:1,10,18,22 | 81:1 84:12 86:1 | **lunchtime**  178:21 | 206:22 |
| 140:4 163:7 | 102:5 103:21 | | **magnetic**  15:21 |

**magnification**
18:16 60:1 63:19
75:3 79:11 84:20
110:6 147:9
171:21
**magnitude** 140:16
**mail** 9:7,16
**main** 1:4 12:20
181:12 188:22
**major** 58:15
149:11 215:12
220:17
**majority** 177:6
178:17
**making** 27:21
70:13 82:3 97:3
97:19 107:11
111:22 140:19
174:17 189:18
**mallinckrodt**
85:19
**man** 32:20 45:3
69:8 118:16
119:17
**management** 71:1
**manager** 56:16
183:16
**manganese** 14:3
**manufacture**
213:9
**map** 18:5 27:6
69:16
**mar** 76:3
**marble** 25:22
26:12 92:7
**marbles** 26:22
27:7
**march** 59:4
**margin** 179:18
**marian** 214:5
**marin** 94:17
**marion** 51:7
**mark** 76:16,16,16
94:16 137:19

**marker** 129:20
**markers** 125:20
128:3
**markey** 7:4 76:18
**martin** 2:5,6 43:19
44:6,12 45:2,5
50:7,12 53:11
68:19 69:9 73:12
73:15 74:10,12,19
75:1,19 76:20
77:8 93:15,19
97:15,21 98:8,12
98:15,22 99:4,8
99:11,17 100:3,10
100:15 101:1,4,9
101:13 102:8,10
102:20 103:3
104:4,7,20 105:1
105:3,6,9,12,13
106:8,12,13,21
107:8 108:3,15,20
109:16 110:4,8,12
111:4,13 112:5,11
112:16 113:5,14
113:17 183:8
187:8 195:1 200:6
210:20 212:19
220:8,8,9,20
221:1,6,10,15,16
221:20 222:11,13
223:12,18 224:21
224:21
**martin's** 186:12
**mary's** 53:3
**maryland** 85:17
136:22 137:5
226:19
**mask** 203:19
**masking** 62:17
**mass** 164:16,16
168:2,4,6,7
172:13,13,18
173:5 185:14

**masses** 53:21
172:1
**massive** 25:21
38:21,22 39:5,14
88:10
**massively** 16:21
26:11
**match** 213:1
**matches** 178:18
**material** 31:17,20
40:11,20 41:1
43:4,5 57:12 63:6
73:1 80:1,5,13
81:19 82:3,14,19
83:8,12,13,14
84:3,19 85:6 86:8
88:16,17 91:20
94:16,20 95:6
107:13,14 109:10
109:17 125:13,13
127:13 130:8
138:11 140:10
141:3 142:20
146:11,18,19,20
161:17 165:5
167:12,21 184:11
185:22 187:13,17
187:19 193:15
211:1 213:7,12
**materially** 184:22
**materials** 31:13
32:1 49:21 51:11
52:7 54:21 55:12
58:7,21 59:18
79:8,10 81:12
82:7,9,10 83:19
83:22 84:2,13,22
88:22 91:22 93:20
100:6,11 102:18
107:12 108:7
111:21 112:1
120:7,11,20 121:2
122:12 123:11
124:20 125:19

126:20 127:10
128:5,6,10 131:20
132:3,18 133:2,6
134:13 135:22
136:12 187:1
188:15,16 193:21
194:7 203:4 210:2
211:12 212:7
220:13,16
**math** 181:15
**matrices** 124:16
185:9,16
**matrix** 184:11,12
184:21 213:11
**matt** 69:12 103:8
103:9 107:19
108:5,18,21 110:3
110:5,9,14 111:5
112:4,10,14 113:1
113:6,15 133:10
134:17 181:8
195:15 204:4,8,10
204:17,21 205:21
206:20 207:2,21
208:6,9,16 213:17
213:22 214:20
225:1
**matter** 24:18
130:6 141:14
143:13 154:8,10
163:1 195:10
**md** 1:11
**mean** 14:14 34:18
42:19 53:19 78:6
84:15 88:15 103:3
104:16 105:7
107:12 112:17
138:13 139:6
141:2 146:17
155:22 161:17
163:9 164:8
170:20 173:5,15
197:21 204:19
207:21 211:11,13

223:17 224:3,13
meaning 13:4,6
  24:13 70:14
  108:12 127:20
  129:10
means 21:13 34:5
  100:4 112:5
  117:10 144:20
  152:22 199:4,15
meant 35:10,17
  133:3
measure 46:6 63:3
  71:9,14 80:19,21
  110:20 133:12
  154:17 155:1
  168:6,15,15,17
  169:15 170:8,19
  171:11 172:4
  173:4,7,10 178:10
  194:14 197:8
  201:12 203:20
measured 147:7
  154:21 156:5
  170:18 171:1
  173:15 186:16
measurement
  5:15 108:1 109:2
  181:5 216:4
measurements 5:8
  52:20 70:1 82:2,4
  114:20 147:14,15
  170:22 196:3
  199:12 207:22
measuring 62:13
  73:3 76:6 169:13
  172:8 173:9
  191:17
measurment
  83:17
mechanical 30:15
mechanisms 119:1
  123:2,7 144:7
  167:8

media 78:9
medical 160:9
  184:5
medically 49:1
medicine 29:7
  77:1 114:22
meeker 2:4 29:10
  32:21 41:13,16,20
  43:1 97:2 100:1
  102:9 132:17
  172:7,18,21 187:7
  209:7,10,15,18
  212:16 223:4,8,16
meet 34:21 145:16
  222:5
meeting 3:5,6,8,18
  6:16,17 8:5 32:4
  36:5 47:3 93:17
  133:5 135:15
  184:8 196:9
  215:22 224:18
meetings 47:3
  93:8
meets 141:11
  158:19
megapee 88:14
melt 106:2
member 7:2,14,16
  8:3,6,13,17 9:4,6
  9:10 29:6 34:2,3,4
  41:12,14,19 42:21
  50:6,11 53:10
  68:17 73:9,13
  74:7,11,14,20
  75:14 93:13,18
  97:9,17 98:4,10
  98:14,18 99:1,7,9
  99:14,20 100:2,9
  100:13 102:16,21
  107:3 134:18
  135:8,19 136:4,19
  162:15,18 169:4
  169:18 170:12
  171:20 174:1,14

174:16 175:9,18
  175:19 176:11,20
  176:22 177:10
  178:2,11,15 179:1
  179:7 180:3,12
  183:2 189:13
  191:4,11 204:3,6
  204:9,16,19
  205:19 206:16
  207:1,17 208:5,7
  208:14 209:19
  212:19 213:15
  214:18 215:14
  219:20 220:22
  221:9 222:18
  223:6 224:6
membrane 118:14
mental 70:2
mentioned 24:16
  55:4 66:6 98:18
  138:12 143:17
  186:20 189:15
  200:6 203:16
  204:10 206:16
  209:13 210:22
  211:2 213:17
  217:7
merge 205:17
merit 202:7
merlet 65:5 67:18
mesothelial 117:9
  119:5 120:15,19
  127:1,6,9,21
  128:4 129:21
  134:6 136:5
mesothelioma
  115:6,7 117:3
  118:20 120:17
  121:5,6 126:1
  127:6 130:21
  131:3,4,9 142:1
  149:7,8,16 151:8
  152:5 153:2
  154:12,16 156:6

157:22 159:20
  160:5,8 161:1
  178:1 179:3,16
mesotheliomas
  128:22 134:3
  152:19,21
message 8:18
  122:22 128:18
messy 48:13
met 90:5 111:15
  173:10
metal 99:21 140:8
metamorphic
  15:12 16:7 17:16
  25:6,7 26:10
  43:21 53:8,9,13
metamorphism
  15:17,19 16:5,16
  23:2,9
metaplasia 124:17
meters 75:6
method 22:18
  32:22 52:5 56:1
  56:17 57:11 71:8
  110:21 183:9
  185:6 190:17,21
  192:18,22 193:14
  193:15,20 216:15
  216:20 220:14
methodologies
  222:9
methodologists
  166:4
methodology 3:22
  47:7 140:18 221:2
methods 4:17 5:5
  5:13 31:11,13,21
  32:11 50:2,17
  58:6,15 59:4
  73:11 93:7 108:6
  123:14 129:4
  181:4 184:15,16
  185:7 196:17
  200:18 209:12

214:19 220:15
**methylene** 223:20
    224:1
**metric** 11:22 12:6
    12:7,8
**metrics** 74:5
**metsova** 161:13
**metsovo** 141:22
    146:7 153:11
    160:7,20
**mg7si8o22oh2**
    207:3
**mic** 44:10
**michelle** 99:9
**mickey** 45:7,8
    57:1
**mickey's** 51:7
**micky's** 47:21
**micro** 172:15
**microanalysis**
    32:14
**microbeam** 19:22
    25:3 28:10
**micrometer** 146:3
    158:8 159:17
    168:7 193:11
**micrometers**
    141:5 142:4,5
    145:4 148:4,8
    153:13,14 158:1
    158:12 159:17
    161:6,17 162:5
    163:10 168:5
    171:7 177:15
    192:15 193:4
**micron** 32:18,18
    90:21,21 91:8,8
    91:11 126:6
    169:12
**microns** 48:17
    206:6
**microprobe** 32:16
    37:17 214:13
    215:8

**micrornas** 121:19
**microscope** 21:17
    28:14 39:22 52:18
    57:22 58:4 109:19
    140:4 163:7 164:1
    186:8 212:6
**microscopist**
    186:13
**microscopists**
    166:2 184:3,4
**microscopy** 5:7
    52:19 58:15,21
    59:5,7,11,14 60:9
    61:5 73:21 75:9
    82:21 92:10
    114:19 142:7
    163:15 164:12
    165:6,16 166:21
    190:21 191:14,19
    194:3,4,9,10,12
    196:3 197:2 200:3
    201:21
**miehs** 127:16
**migration** 143:21
**mile** 27:9 117:10
**mill** 26:20 54:8
    81:16 83:7 95:20
    96:1 101:13,16,19
**milled** 82:22 97:10
    97:13 99:18 100:7
    125:13
**miller** 43:2
**milligram** 88:21
    210:4
**milligrams** 100:16
    202:11,14 210:4
**milling** 64:17 83:9
    99:20 100:21,21
    101:6,21
**million** 12:1 215:3
**millions** 172:2,19
**mimic** 51:9,9
**mind** 3:4,14 22:14
    43:15 61:11 89:10

96:13 142:11
    145:13 179:19
**mine** 11:11,12,14
    27:2,6,17 72:19
    78:16,17,20 85:9
    85:13 90:2 103:4
    103:10 126:18,21
    147:2 149:8,10,11
    153:1 155:14,16
    157:13 160:14
    206:1 210:18
**mineable** 10:17
**mined** 16:7 18:19
    19:5 27:15 148:16
    152:16
**miner** 56:16
**mineral** 5:5,14
    10:9,13,15 12:10
    13:2,5 14:15 15:5
    15:8 23:12 28:9
    33:1 35:5,7 42:22
    53:16 63:20 76:4
    77:5 78:3,8 80:5
    87:12 94:7,21
    95:3 115:16 116:2
    131:14 139:6,8
    144:18 145:15
    148:13 155:2
    156:1 157:10,17
    157:19 163:21
    183:9 187:18
    192:8 194:22
    196:3,22 197:5
    198:7 200:20
    201:1 213:12
    214:22 216:9
    221:4,4
**mineralogical**
    35:18 48:2,11
    55:21 116:14
    150:22
**mineralogist** 29:3
    51:12 116:1
    131:12 143:16

**mineralogists** 30:8
    47:11,14 55:13
    115:21
**mineralogy** 20:15
    39:8 43:20,21,22
    56:22 57:5 128:10
    130:5 137:3,3
**minerals** 10:12
    11:9,20 12:19
    13:18,21 14:20
    15:7 27:1 29:3
    30:11 31:8 33:20
    36:17 37:3 47:13
    47:18 48:5 51:6
    52:1 61:16 62:8
    66:13 71:12 78:18
    83:12,22 87:19
    93:21,22 94:15
    115:20 116:16
    151:2 156:7
    157:21 166:5,10
    185:8,15 188:16
    188:18 191:18
    193:10 197:3
    200:1,21 213:5
    221:7,8
**miners** 155:16
**mines** 11:9 16:12
    19:8,14,14 27:1,1
    38:21 51:9 54:7
    86:10 98:20 99:2
    99:12 102:19
    103:15 147:7
    155:17 214:10
**minimis** 210:1,15
**minimize** 110:6
**minimum** 79:5
    80:21
**mining** 16:9 21:9
    23:5 54:14,20
    84:1 103:12,16
    137:4 149:2
    154:11 155:12
    214:7

minnesota 30:9
minor 25:2 137:2
  189:8 215:12
minute 61:9 114:8
  117:15 181:16
minutes 3:3 69:8
  93:7,16 124:1
  181:14 182:1,3,5
misinterpretation
  199:16
misinterpreted
  173:4
misleading 175:8
missed 212:12
mistakenly 36:16
misunderstanding
  35:15
misuse 35:14
misused 35:20
mix 29:14
mixed 22:2 53:20
  105:18 154:13
mixing 54:4,10
mixture 19:4
  20:17
mobile 145:3
  146:10 151:18
  153:6,21
mode 145:22
  146:1 150:14
  194:13,15 205:4
  206:3
model 95:12,15
  124:13
models 120:18
  122:21 124:12
  125:4 126:22
  128:22 134:2,13
moderator 6:18
  195:19
moderators 5:20
  6:5,11 181:3,5,14
  181:22 209:2,3
  217:12,17 225:1,6

modernization
  186:3
modes 150:16
modification
  103:1
modo 148:21
molds 147:10
molly 98:10
moments 64:15
  65:5 66:6
money 66:18
  211:17 213:3
monoclinic 207:6
  207:7,13 208:3
montana 11:10,11
  11:16 26:18 27:21
  51:8 157:7
monten 125:15
months 124:11
  134:5
monument 19:1
morning 3:2 5:3,4
  9:21 29:10 115:14
  127:15 187:5
  191:9 196:21
  216:17 217:4,13
  217:20 224:8
morphological
  37:9 90:5 192:7
morphologies
  21:18 28:9 79:19
morphology 18:14
  33:16 34:1 51:18
  64:2 89:21 165:12
  192:22
mortalism 156:6
mortality 154:12
mortar 81:16
moscow's 122:13
mossman 2:7
  114:20 115:12
  133:3,21 134:21
  135:13,21 136:10
  176:6 195:18,20

motion 49:10
mounds 140:3
mount 140:6
move 4:6 5:1 8:12
  9:17 24:8,12 25:5
  28:21 43:13 58:11
  132:10,15 148:20
  153:20 158:9
  180:17 197:21
  208:22 215:17
  217:10 218:4
moved 27:12
  134:11
moving 4:21,22
  16:20 60:22
  182:16 198:16
  218:10 220:12
mri 151:9
muck 72:19
multidirectional
  37:21
multiple 53:13
  66:10 99:12
  111:18 189:1
  190:19 203:8
murmur 188:13
myriad 116:22

**n**

n 2:1,1 3:1
name 3:9 32:6
  48:12,12,12,13
  137:12,12
narrow 117:18
  118:9 143:10,11
  144:1 146:14,20
  147:19,22 148:22
  150:21 151:6
  152:12 153:5,22
  174:6
narrowest 144:3
  145:20 148:19
national 11:20
  18:20,22,22 19:1
  19:2,4,8 29:6

130:1 133:22
native 159:19
natural 31:12
  123:13 197:6
naturally 119:4
  130:22
nature 66:12 78:6
  124:21 149:5
navigate 9:18
nbs 42:18
near 90:15
neat 51:8
necessarily 31:6
  74:18,21 80:8
  97:18 166:15
  169:6 192:13
  193:18 213:6
necessary 120:14
  121:12 166:18
  199:3 203:8 210:1
need 3:13 10:10
  23:3 28:11 29:20
  36:5 42:15 57:3
  61:22 65:20,20
  69:11,19,21 78:13
  78:15 79:5 80:2
  80:10,19,21 82:2
  95:5,13 112:22
  118:7 138:16
  141:14 157:17
  160:2 187:17
  188:19 190:18
  191:18 194:11,12
  195:9,9 197:3
  200:18 203:11
  211:22 216:11
  217:14 220:5
  222:2
needed 9:14 87:7
  87:10 191:14
needle 21:21
needs 200:19
  222:8

Main Session                                                                November 28, 2018

[negative - okay]                                                                        Page 32

negative 62:12
  63:21 129:9
neither 226:7
  227:6
never 29:19 46:8
  78:2 97:5 114:2,3
  139:20 169:15
  171:13,14 172:16
  186:13 198:5
  208:16 222:3
new 14:3 17:13
  73:9 75:21 88:3
  93:3,4,6 126:17
  127:18 130:7
  141:19 183:18
  200:10
newhouse 98:11
news 25:15
nice 82:12 85:20
  86:12 100:8 142:7
nicely 85:21 94:18
nickel 13:14
nidhs 133:22
  135:4
niehs 88:2
nights 70:22
nih 120:16 135:15
nine 99:2,15,16
nioh 84:5
niosh 29:8 77:3,6
  77:19,20 78:1
  83:11,19 85:20
  86:9 87:4 89:6
  94:1 100:13,18
  132:19 133:2
  135:17
nitration 60:7
nivhs 121:1
noise 44:22
nomenclature
  32:2 35:18 66:9
  66:11 216:5
non 120:1 125:2
  125:10 126:15

128:7 129:2
  131:15 132:21
  174:4,8
nonamphibole
  202:17
nonasbestiform
  36:13,17 37:3,18
  37:19 42:12 57:19
  87:10,22 88:6
nonasbestos 56:2
  109:7,8
nonempty 108:11
nonhomogeneous
  112:1
nontoxic 120:2
nora 29:16,17
  77:13 137:11
  225:5
normal 121:12
normally 167:11
north 27:9,14
northern 27:14
notary 226:1,18
notation 53:5
note 201:2
noted 79:10
  123:20 128:1
  192:15
notes 60:18
  182:10,12 183:14
  195:17 198:20
  203:22 217:11
notetakers 6:1
notice 14:16,20
noticed 82:17
  196:21
notion 81:10
november 1:6
nuances 203:9
number 13:3
  21:14,14 73:18
  74:1 79:5 93:20
  100:20 101:3,6,10
  104:17,21 105:2,4

105:7 116:3,16
  121:5,7,8,21
  123:2 124:20
  125:18 129:9,12
  130:3 140:9
  146:21 150:3
  161:21 166:1
  167:2 168:9,16
  171:2 172:1,14
  173:6 183:22,22
  184:3,10 187:2
  189:21 194:13
  207:2 219:6
number's 50:3
numbers 91:9
  134:1 151:16
  176:17
numerous 42:7
nvlap 46:4 91:18
  201:5 211:10
nw 1:21

o

o 2:1 3:1
o'clock 182:2
objection 177:6
observations
  132:11
observe 110:19
observed 132:9
  199:10
obstacle 212:22
obtained 5:7
  114:19 186:17
obtaining 205:9
obvious 28:9
obviously 93:20
  124:21 133:10
  179:4,7 184:17
  191:1,18 211:13
occasionally 14:8
  18:1 23:14 92:2
  211:1
occluded 119:13

occupational
  76:22 115:2
  144:15 154:21
  156:4 178:12
occur 13:18,19
  20:2 117:10
  130:18 140:18
occurred 23:21
  25:13 109:16
occurrence 17:15
  24:16 164:19
occurring 31:12
  197:6
occurs 164:13
ocean 20:13
office 140:3
officer 226:2
official 219:2,3,15
offs 211:4
oh 23:4 29:16
  42:10 44:15 74:14
  78:20,21 87:12
  94:22 98:12,15
  105:2 109:20
  110:8 122:7
  179:17 204:21
ohara 63:14,15
  64:4
oil 140:6
okay 3:16 7:10,13
  8:6,11,16 9:4,16
  9:19,20 44:11,13
  45:2,5 47:10
  74:14 76:16,18
  78:22 91:2,17
  93:15,19 101:5
  107:15 108:4
  132:16 136:20
  137:9 141:19
  151:8 161:11
  162:22 163:6
  176:11 178:20,22
  180:16 182:7,18
  183:5 186:7

187:15 190:8
191:22 195:13
209:15,16 210:11
215:16 222:10,12
224:17
okey 213:14
old 29:15 59:16
135:12 160:13
200:16
older 72:7
oldest 155:14
olivine 23:9
omitted 62:3
once 68:8 183:1
186:7 202:8
219:11
one's 38:21 82:17
ones 28:7 84:8
88:15 117:1 145:6
153:7 154:20
157:20 216:21
ongoing 103:16
online 155:10
open 11:9 16:9,11
16:11 19:13 64:8
96:1 103:11 218:1
218:5
opening 3:11
operates 11:6,9,10
operational 42:5
operations 16:11
opinion 35:13
90:18 137:13
173:12,19
opportunity 10:4
24:20 177:1
193:14
opposite 25:10
174:11
optical 43:22
58:15 73:21 82:21
165:15,16 198:6,8
options 185:17
186:3

oral 6:11
orden 56:8
order 101:20
157:21 185:8
190:15 191:20
194:15 210:8
ordinary 142:20
174:19
ore 19:15 21:3
24:8,20 38:15
49:21 102:6,11
105:17,22 106:1
151:11 187:14
190:22
orebodies 20:8
organization
77:14
organized 3:17
original 58:6
82:18 106:9 176:7
orthorhombic
207:13,18 208:4
osha 87:3 185:12
223:13
osha's 223:18
otomicroscopy
66:2
ought 218:15
outcome 52:14
133:20 160:6
226:12 227:8
outcomes 133:19
outcrop 79:16
outs 181:20
outside 19:3,8
81:2 180:19
190:21 194:20
outward 25:5,9
ovals 16:13
ovarian 127:1,7,7
overactive 62:10
overall 156:18,20
157:7

overarching 69:19
overcome 185:11
overview 184:13
overwhelm
172:19
owner 56:15
owns 216:10
oxidant 124:8
125:9,21
oxidants 121:14
122:10,11 123:5,7
123:9,19
oxidation 123:10
oz 71:7

p

p 3:1
pacific 135:11
pack 116:11
211:16
packages 122:9
pads 166:7
page 42:9 47:21
65:6 67:22
pages 42:10,13
paid 22:13 72:18
paint 12:3,14,16
20:20
paints 11:8 19:7
44:5
pair 6:10
pakistan 12:21
panel 44:2 46:14
46:18 196:9,16
198:22 224:5
panels 196:12
paoletti 152:7
paper 12:3,16
30:9 42:6,9,13,14
42:16 95:10 135:5
143:16 155:7
156:17 214:15
paper's 158:7
papers 53:3,4 56:7
56:8 82:18 155:9

paragraph 67:21
parallel 37:20
165:4 170:14
parallels 37:14
parameter 169:17
parameters 113:2
113:4 131:22
pardon 41:13
162:17
parent 85:1
parents 49:4
parietal 118:15,15
park 1:11 18:21
18:22 19:1,2,4,9
22:10 40:17 137:1
part 3:15 14:5,8
18:21 20:12 21:19
22:4 39:5 57:4,5
66:16 69:4 70:5
72:18 74:16 76:7
78:1 89:19 94:8
109:13 145:11
147:14 201:22
207:6,7 217:21
partial 18:7
partially 18:1
38:12 80:1
participants 6:1
196:6 211:19
participate 5:12
participated 78:2
participation
211:15
particle 32:15
34:21 35:4,8,8,10
38:7,18 41:3,14
88:8 107:6,8
110:21 113:18,18
113:19 138:4,6,7
142:4 150:4 154:9
162:5,7,12 167:2
168:17 169:13
170:1,10,17,17
171:16 175:3

186:15 188:8
192:22 215:9
**particles** 10:9
21:21 22:15 35:1
35:2 36:13 37:19
38:3,16 39:10,10
39:16,16 40:3,6
40:15 41:11 42:12
46:9 50:22 56:2
63:20 64:7 73:18
77:5 78:9 79:4
80:5,10,19,22
81:1 82:14 88:13
90:5,15 94:21
99:21 104:7,9,18
106:2 109:11,12
109:14 110:22,22
111:6,7 119:19
120:8 136:4 139:6
139:7,8 140:9
141:8,17 143:8
148:8 150:6
153:15 154:1,6
155:19 158:6,8,11
159:17 161:6,22
163:9,11,19,22
164:5,6,7,9
167:10 168:2,3,4
168:5,7 169:11
170:8 171:3 173:4
173:11,14,22
174:20 175:5,6
193:4,6,12 199:5
201:21 203:21
205:7
**particular** 150:19
153:3
**particularly** 37:7
77:13 94:1 167:19
177:19
**particulates** 44:1
**parties** 199:3
226:9,11 227:7

**partitioned**
115:10
**parts** 26:12 60:8
145:15 215:3,4
**party** 130:1
**pass** 126:13
**passthrough**
214:10
**patch** 192:11
**pathogenic** 121:4
122:12 131:7
**pathology** 114:21
**pathway** 133:17
133:18
**pathways** 121:9
126:1
**patriots** 71:6
**pattern** 151:11,12
151:12 186:17
205:5 214:21
**patterns** 37:21
38:8 154:11
166:14 208:11
**pay** 85:22
**pc** 67:6
**pcm** 58:16,16
86:19 89:4,19
95:19
**peak** 62:17,19,19
152:13
**peel** 39:7
**penetrate** 118:4
118:12,18 119:4
136:7
**penetration**
143:19
**people** 8:10 35:6
36:20,21 38:17
40:17 41:10 42:8
43:8 45:14 46:13
46:17,21 49:12
58:5 59:10 62:4
63:10 65:8,9
66:19,20 72:20,21

73:6 81:4 88:10
92:15 93:1 96:10
96:11,13 98:9
102:12 107:13
108:15 110:16
113:7,11 114:11
138:12 143:15
152:5 165:11,20
168:13 182:22,22
**perceive** 72:10
**perceived** 63:15
63:21 64:4
**percent** 12:5
26:16 55:1,2,14
80:15,16 88:16,17
88:22 90:7,8,11
90:13 92:2,4,5,17
94:14,14,18
104:11,15,19,22
104:22 105:18
106:5,17 107:4,6
107:7,7,9,14
109:21 110:2
111:19,20,20,20
122:14 126:5,18
128:8 132:21
142:18 150:19
153:12,16 154:18
157:3 159:2,4,8
160:1,3,17 161:7
167:1,22 172:22
205:11 212:11,12
**percentage** 107:17
**percentages**
109:11 153:15
168:11
**percental** 160:17
**percival** 86:10
**perfect** 13:5 71:8
**perfectly** 211:5
**period** 219:2,13
**periodine** 106:19
**periods** 119:15
124:11 130:19

151:22
**perpendicular**
165:4
**perplexed** 157:9
**persist** 119:14
144:8
**persistent** 123:4
**person** 8:5 50:15
50:16 85:5
**personally** 24:18
76:11
**perspective**
198:15 202:16
204:22 210:9
224:6
**pertinent** 191:20
203:20
**perturb** 124:7
**pestle** 81:16
**petrology** 43:21
137:3
**petty** 225:5
**pf** 219:12
**ph** 7:5 20:4 22:2
29:16 33:12 34:2
41:12 42:17 43:2
45:7 47:21,22
50:4,9 51:7 53:3
55:21 58:17 61:8
65:5 69:12 75:2,6
81:11,21 82:5
83:20 85:13,17
94:17,22 95:13
97:11 98:2,6,11
98:16,17,20 99:10
99:14 107:2 109:6
109:7 125:15
126:19 129:16
130:4 132:8
133:13 135:5,10
137:15,15,18,20
141:20 145:17
146:9 148:21
149:5 150:7 152:7

155:3 156:14,14
156:14 157:21
158:5,10 161:2
167:13 172:21
176:8,13,21
178:22 180:7,7
181:4,4,6,8
185:18 191:10
200:10 204:3
205:1,22 206:9
209:6 210:6,7,16
214:5 218:20
219:17 225:6
**phagocytosis**
123:8
**pharmaceutical**
102:18 138:15
210:10
**pharmaceuticals**
44:3 55:15
**pharmacology**
155:4
**pharmacopeia** 4:8
4:10 44:2
**phase** 17:22
104:19 198:4
**phases** 197:13
202:3 214:22
**phd** 23:19 76:21
137:2 205:1,22
**philip** 133:13
**philosophical**
72:13
**phone** 69:7 96:4
**photo** 11:13
**photograph** 89:14
95:20
**photographs**
199:5
**photomicrograph**
84:15
**physical** 71:13
**physically** 131:5

**physics** 200:2
**physiologic**
133:19
**pick** 95:16
**picked** 45:11
149:21
**picture** 57:17
**pictures** 49:20
68:2 82:20 88:4
97:10 100:7 101:7
142:7
**piece** 137:13 141:1
**pieces** 83:1 199:13
**pile** 106:3
**piles** 19:10 106:1
**pine** 213:2
**pink** 16:13
**pipe** 55:6
**piping** 34:7
**pit** 11:9 16:11,11
27:14,16 54:9,12
**pitch** 220:4
**pitching** 195:19
195:22
**pits** 11:6 16:9
19:13
**pittsburgh** 84:1
**place** 35:17 63:17
90:10 139:11
155:15 218:13
**plan** 28:1
**plane** 13:6 195:21
199:6
**planned** 5:12
**plastic** 22:6
**plastics** 12:4,14,16
103:14
**plate** 51:15 72:22
95:14
**platelets** 140:11
**platy** 13:6 26:16
126:21 127:2
150:7

**play** 103:1 197:20
**played** 116:5
**please** 3:4,7,12
82:5 95:16,16
96:7 114:16 212:6
212:6,8
**pleasure** 137:10
**plenty** 22:8 96:21
**pleura** 117:12,14
118:8,13,13,15,15
118:15,19 143:21
158:6,10,12
**pleural** 118:19,20
119:4 130:17
179:12
**pliable** 118:20
**plm** 58:16,20 59:4
59:8,9 60:1,18
61:10 63:1 65:22
70:4 74:15,19,20
75:13,17 86:21
92:8 110:16,18
161:13 162:5,13
162:13 165:7
167:7,17,18
191:11 197:14,19
199:5,21 202:14
203:5 205:8
210:16 218:10
**plm's** 197:14
**plot** 147:15 160:12
161:9
**plots** 160:20,21
**plotted** 145:12
147:18 158:17
**plugged** 67:20
**plum** 26:9
**plumb** 27:11
**plumbing** 27:11
**plus** 164:17
**po** 219:12
**pockets** 26:14
**podium** 10:2

**point** 23:1 27:21
33:2,7,8,10 35:3
62:14 73:17 78:19
96:22 98:2 104:20
105:1 108:10
109:3,4,20 110:6
110:14 116:8,10
117:6,17 120:10
123:5 125:17
134:8 148:6 156:3
161:8 188:13
212:19 223:3
**pointed** 122:7
197:19 221:22
**pointer** 32:21 38:7
40:9
**pointing** 129:5
**points** 36:7 73:19
73:20,20 74:1
108:11 115:15
160:2,16 187:6,7
188:22 189:8
209:5
**pokela** 152:15,20
153:20 160:8
161:8 179:18
**polarized** 58:21
59:5,11 60:9
163:14 165:6
194:2,9 199:6
200:2
**policy** 222:1,6,8
223:2
**polished** 32:16
**pollution** 105:20
**polyfilamentous**
37:10
**pond** 76:3
**pongee** 135:10
**pool** 191:3
**pooley** 149:5
158:5
**pools** 191:12

**poor** 62:1
**poorly** 147:22
**popularized** 81:11
**population** 64:16
65:21 147:2,2
152:20 154:12
155:20 159:10
168:18 177:14
178:17 179:18
194:15
**populations** 138:7
143:10 149:8,21
154:9 155:13
159:1 170:20
173:14 174:4
175:1,1,3,11
176:16 179:5,5,8
194:16
**portion** 61:12
**portions** 16:22
17:5
**portugal** 88:3
**pose** 5:20
**positives** 190:1
192:11,13 193:22
**possesses** 30:11
**possibility** 167:13
**possible** 31:3
187:9 189:13
211:5 214:17
**post** 217:16
**postal** 177:2
**posted** 6:15 47:22
60:18 217:14
221:20
**postulated** 149:14
**potencies** 147:21
**potency** 154:16
**potential** 95:11
98:7 143:20
150:10 153:3
159:20 178:9
**potentially** 207:4

**powder** 49:21
113:19 140:2
141:7 162:7
164:20
**powders** 198:11
**power** 66:4 80:12
85:2,16 99:5
**powered** 96:5
**powerplay** 27:5
**ppm** 60:10,12
**practically** 77:19
**practice** 91:16
**practices** 87:3
**practicing** 114:4
**pre** 53:5 62:2
104:10 124:17
**precedent** 224:4
**precise** 22:17
215:11
**precisely** 200:17
**precursor** 133:18
**predict** 153:4
160:4,5,10,11
**predicted** 162:3
**preexisting** 15:7,8
18:8
**preferentially**
144:12
**prep** 149:19
185:17 186:2
189:2 191:2
**preparation** 81:13
**preparations**
125:2,11,12 126:4
136:13 205:2
**prepare** 82:3
**prepared** 83:20
125:6 133:2
180:22 227:3
**prepped** 96:2
**prepping** 185:19
**presence** 4:14
17:7,10,14 92:17
153:21

**present** 6:18 61:16
114:18 153:18
163:18 164:9
166:6 167:8 184:4
192:14 193:8
197:14 202:22
224:12
**presentation** 6:19
30:4 35:21 37:5
48:10 106:9
128:11 132:11
133:5,9 137:8
183:15
**presentations**
4:16 5:6 8:2 27:5
217:12
**presented** 150:7
214:4 217:20
**presenters** 224:21
**presenting** 93:11
**presently** 44:2
220:2
**presents** 171:16
**pressed** 105:13
**pressure** 15:18
16:18 17:4,5,12
25:14 38:2
**pressures** 23:22
170:4
**pretty** 40:20 48:4
52:19 56:3 59:20
60:10 67:11 70:17
76:19 79:19 88:15
89:15,16 91:12
93:8,10 114:7
139:17 148:22
152:10 168:1
174:6 176:14,19
198:8 206:11
207:17 219:11
221:7,12
**prevention** 64:1
**previewing**
127:14

**previous** 37:12
127:18 221:16
**prey** 58:17
**pride** 50:8 67:1
**primarily** 19:6
117:19 143:22
**primary** 12:16
35:22 70:4 74:16
**principally** 13:20
**print** 173:8
**prior** 70:14 80:4
82:3 219:9
**prismatic** 17:19
21:20 25:8 51:17
58:10,11 79:18
86:17
**probably** 13:3,15
16:4,20 26:19
32:15,17 46:1
47:5,20 57:5
58:12 60:7,10
74:16 83:2 100:5
100:21 101:8
103:20 104:1
116:8 130:6 177:8
205:10 219:8
**probe** 32:14
**problem** 35:20
43:10 66:2 67:13
67:18 69:1 70:22
71:1 72:21 76:14
101:13 119:10
140:5,22 141:13
141:13 161:15
162:4 163:16
164:15 165:6,11
166:2 169:21
177:17 222:7
**problematic**
111:10
**problems** 82:10
209:20
**procedure** 81:13
82:3 87:7 88:19

89:20
**procedures** 103:11
**proceed** 126:9
**proceeding** 226:3
**proceedings** 226:4 226:6
**process** 83:17 97:3 106:18 116:21 120:14 178:5 189:16 218:22 223:13
**processed** 12:22
**processes** 15:16 218:12
**proclaim** 187:17
**produce** 12:9 53:18 99:18 124:8 157:22
**produced** 12:2,11 88:14 152:1 214:5
**producer** 11:14 54:4 104:13 211:5
**producing** 11:4
**product** 10:7 11:8 63:7 64:18 71:2 102:6 103:6 184:17,18 190:6 191:1 213:2 222:16,17
**production** 11:3 11:16,19,22 12:15 31:19 99:2 123:13 152:17
**products** 4:14 49:22 58:9,14 65:16 78:4 184:19 188:17 191:1 224:13
**professor** 43:19 43:20 114:21 136:21
**proficiency** 79:7 91:17 210:21

211:9,11
**profile** 150:6,19 152:3
**profound** 56:14 72:13 76:13
**program** 29:8 211:9,15
**programs** 211:7
**progress** 47:4 71:12
**progression** 94:6
**progressive** 17:3 17:15
**projected** 107:7
**projects** 64:6 77:4 183:16
**proliferation** 126:14 134:7 136:1
**prominent** 130:3
**promise** 115:10
**pronouncements** 97:19
**proof** 96:18
**properly** 35:19 145:1
**properties** 30:12 30:17 41:21 42:2 42:16 71:13 78:18 83:15 102:21,22 103:16 115:20 116:3,20 120:13 120:19 131:14 133:11 203:20 207:9
**property** 18:22 56:15 85:13 117:11
**proportion** 128:6 143:14 158:18
**proportions** 153:22
**propose** 108:16 219:11

**proposed** 185:11 187:5
**proposing** 219:2
**proposition** 166:20
**pros** 202:4
**prospected** 18:19
**protect** 31:3 72:5 187:9
**protected** 187:20
**protecting** 140:19
**protein** 121:9 126:1,13
**proteins** 126:10
**protocol** 80:3 189:22 190:5,11
**protocols** 61:22
**prototype** 121:3
**protruded** 23:3
**prove** 69:17 104:5 195:8 222:3
**proverbial** 35:13
**provide** 10:7 11:2 15:15 26:11 131:10 166:18 218:15 222:8
**provided** 145:17 201:5 217:22
**provider** 211:10 211:10
**providing** 4:3 20:6
**prudent** 220:19
**prunes** 53:19,19 53:22
**pt** 211:5,6
**public** 49:15 91:16 105:13 145:12 187:9,20 190:7 219:1,4 226:1,18
**publication** 38:20 40:1 42:18 85:3 95:11 152:21 219:9

**publications** 77:4 106:22 129:11 205:22
**publicly** 219:18
**publish** 218:16,19
**published** 11:21 27:4 47:7 69:13 105:11 106:21 149:4 152:7 155:2 155:11 156:21,21 158:10 174:13 196:12
**puddle** 72:9
**pull** 72:20 187:15
**pulling** 55:9
**pullman** 215:6
**punish** 49:19
**purchase** 92:21
**pure** 24:15 67:2 94:12 134:20
**purifying** 96:5
**purity** 20:19 24:13
**purpose** 3:21 4:20 139:8
**purposes** 78:10 79:12 175:15
**push** 63:2,5 199:1
**pushed** 62:5 63:14
**pushing** 65:1 198:21
**put** 21:6 29:16,18 29:20 30:4,20 43:13 46:15 49:20 50:8 51:3,4 54:22 55:17,17 64:18,22 69:20 77:21 81:16 82:5 141:7 145:22 159:7 160:2 174:1 182:6 186:11,14 202:11 210:15 211:13,20
**putting** 146:16 182:10,12 183:14 205:8

puzzle  69:21
pyro  200:9
pyroxene  23:10

**q**

q&a  28:22
q&as  6:14
qualification  92:1
qualities  88:21
quality  13:12 37:7
  60:6 79:13 82:9
  103:17 104:3
  161:7 191:15
quantification
  60:5 110:17 111:9
  111:12 202:2,19
quantified  74:2
quantify  108:7
quantitate  73:20
quantitation  74:5
  202:7,16,18
quantitative  73:11
  73:12,15,16,17
quarries  91:10
  152:6
quarter  26:17
quarts  21:13
  26:13 155:18
quartz  20:18
question  7:4,5,19
  30:2 31:9 43:12
  70:15 73:10 102:9
  102:10 132:18
  138:1,3,10 142:5
  161:12 170:12
  172:6 175:19
  177:16 178:3,6,21
  179:19 190:9
  191:7 194:21
  218:1,5 219:21
questions  5:20
  6:14,21 9:16 31:1
  56:14 70:15 73:8
  78:13 96:22,22
  114:12 132:14,16

169:2,3 181:22
189:11 191:22
196:8 201:11
209:1,3,5 215:16
215:18 216:6,7
217:6
quick  11:2 62:6
  63:19 140:8
  212:17
quickly  63:1 139:1
  202:15
quiet  3:11
quite  18:6 19:9
  31:2 127:10 151:5
quote  59:6
quotes  93:15
  159:8

**r**

r  3:1 159:22
r.j.  56:7
radiation  61:21
rain  106:1
raise  62:11
raised  100:2
  192:21
raisins  53:18,22
range  28:8 40:16
  79:19 132:19
  144:1 145:19,22
  146:18,20 175:2
  175:14,16
ranges  107:21
ranging  192:4
ranks  32:8
rapid  203:3,5
rapidly  202:15
rare  12:10 13:13
  88:15 132:6
  142:22
rat  176:15
rate  205:11
rates  144:1
ratio  40:3,5 42:1,2
  65:18 67:13

169:13,16,16
174:7,9,12,22,22
175:2,8,14 192:10
ratios  40:9 174:2
  174:3,20 175:10
rats  176:13 184:1
raw  24:20 102:6
  102:11
ray  61:4,21 62:3
  76:12 95:8 181:4
  183:15
rdag  206:1
re's  58:6
reach  9:7 117:22
  119:20 172:15,16
react  15:15
reaction  20:7,7,9
  20:16 26:2
reactions  17:3
  21:2 23:20 120:13
read  34:18 42:13
  67:21 116:18
  156:17 218:19
  221:21
readily  151:5
  171:8 185:1
reading  48:1
ready  44:8 114:7
  183:5
real  43:11 45:21
  52:13 53:14 65:7
  67:18 91:3 108:12
  108:12 109:9
  110:20 156:2
  198:15 208:1,17
  208:17
realities  66:17
realize  118:7,17
  129:8
realized  96:10
really  16:8 24:14
  29:18 30:2 33:12
  34:9,19 42:2,11
  46:9,13,16,17

48:1,13 50:18
51:8 52:9,19
53:17 54:14,21
55:19 57:2,10,21
58:2,20 59:17,19
60:4,9 62:3,11
64:12 65:20 67:7
68:12 70:6 72:4
72:10,22 74:5
75:16 78:22 80:21
81:19 82:2 87:7
88:6 89:7 94:18
94:19 95:5 97:9
98:1 103:21
108:21,21 109:1,1
110:17 116:8
117:7 119:7
120:16,18 125:8
130:15 131:13
132:2,22 133:5,8
134:8 135:18
138:15,16,18,20
160:13 163:18
167:2,21 169:19
169:19 172:13
179:2 195:1 202:6
209:20 210:14
211:22,22 216:2
216:13,18 221:20
222:7 223:7 224:2
224:20
realm  19:3 71:5
reason  67:4 87:2
  114:2 138:8 145:9
  159:20 165:16
  175:21 193:15
reasonable  20:10
  91:12
reasonably  189:18
reasons  49:15
  105:15 145:7
recall  180:21
  215:2

receive 80:6
received 114:12
  115:3 125:13,16
  185:22
receiving 84:5
reception 67:2
receptors 121:8
  126:12
reciprocal 68:22
reclaimed 27:16
recognition 115:4
recognize 53:7
  137:14
recognized 115:21
  117:1
recognizes 123:12
recollection 206:2
recommend
  196:10
recommendation
  203:4
recommendations
  168:19
reconvene 6:9
record 5:21 6:9
  85:7 145:12
  168:16 226:6
recorded 145:21
  186:16 226:4
recording 6:2 7:22
red 16:10 27:8
  64:21
redone 102:7
reduced 226:5
reepa 109:6
refer 82:13 129:9
  154:18
reference 46:15
  47:22 65:3,4 79:7
  80:13,17 82:7,9
  83:8,11,13,19
  84:2,19,22 92:21
  94:20 122:4
  132:22 135:1

149:18 185:2
  210:2 212:8,8,12
  212:21 213:7
  216:22
referenced 42:7
references 42:17
referred 136:11
referring 154:17
refinishing 223:22
reflect 156:9,11
reflected 156:8
reflects 91:2
refraction 140:6,8
  165:1,4,19
refractive 197:16
  197:20
refractors 12:4
regal 27:1
regard 122:20
regarding 77:18
  186:2
regardless 128:18
  188:7 213:15
region 16:17
  18:12,19 19:11,20
  61:13
regional 15:17,18
  16:4,7,15 53:7,13
registration 6:22
regression 159:7
regularly 146:2
regulatable 52:10
regulate 48:18
  224:14
regulated 13:17
  14:19 31:4 43:5,6
  48:14 49:9 58:19
regulating 31:4
  187:10,21
regulation 35:11
  73:7
regulations 32:9
  48:15

regulator 56:16
regulators 4:4
  45:13 57:6 216:1
regulatory 36:12
  36:14 47:16 48:7
  51:22 55:22 60:14
  184:9 220:13
  222:21 223:13
  224:10
reinvent 189:7
rejecting 63:6
relatable 86:21
related 31:8 35:4
  77:4 125:22
  130:15 143:9
  150:11 155:20
  173:12 179:3
  191:9 226:8 227:6
relative 97:20
  116:17 142:16
  143:14 226:10
relatively 10:14
  24:15 26:2 54:22
  75:13 190:6
relax 17:6
release 22:7 123:4
  124:8 161:19
releasing 106:15
relevance 62:5
relevant 69:18
  87:1 196:14
reliable 167:9
  203:3
reliably 203:19
religious 49:13
remain 70:4
remaining 17:10
  84:3
remains 25:8
  36:10
remark 215:21
remarkably
  146:11

remarks 3:11
  182:3 215:19,20
  217:2
remediation 64:6
remember 40:7
  58:5 64:4 70:20
  71:11,18 78:19
  96:18 100:18
  146:4 148:11
  163:20 168:2
  206:6
reminded 185:17
reminder 218:18
removal 64:8
remove 202:16
removed 119:21
  144:7,13
removing 189:3
  203:16 205:8
repeat 102:9
repeated 5:11
repeatedly 186:22
replaced 18:2 27:8
  27:13
replacement 15:5
  17:21 18:8 21:5
  23:7 25:21 26:21
replacing 15:7,11
  16:22 24:4,11
  25:1 26:12
report 6:6 19:18
  82:1 107:13,15,16
  107:21 181:13,14
  181:19,20 199:2
reported 1:18
  14:4 80:11 92:17
  108:2 122:14
  142:2 144:3
  152:19,22 198:13
  199:1,13
reporting 1:20
  81:4
repository 83:12

[represent - rod]                                                        Page 40

**represent** 22:6
54:1 175:4,4,5
**representations**
152:10
**representative**
78:14
**represented** 184:2
213:3
**representing** 26:8
216:1
**represents** 26:19
**reproduce** 101:15
**reproducibility**
168:12
**reproducible**
80:20
**request** 211:6
**requests** 84:6
**require** 21:10
28:13 199:12
**required** 68:10
**requirements**
78:10
**research** 9:22 29:1
29:8 35:10 43:20
84:1 104:11 115:1
115:7,17 120:17
129:11 137:6
214:2 215:5
**researchers** 36:22
214:7
**reserving** 93:1
**residents** 142:2
**residual** 64:10
**residues** 202:13
**resistant** 127:8
**resolution** 206:4
206:13
**resolve** 79:3
203:11
**resources** 96:15
**respect** 78:3 83:15
179:14 223:5,9

**respirable** 43:4
49:7 88:8,8,12
99:18 106:15
**respiration**
192:16,17
**respirators** 96:5
**response** 126:11
129:6 131:19,21
132:5 135:7
144:10 173:22
**responses** 125:19
132:7
**responsible** 30:18
**responsive** 125:22
**respro** 41:12,15
**rest** 10:8 164:19
**restrooms** 6:22
**result** 81:14 95:7
113:2,2 121:16
122:11 208:11
**results** 6:19 74:22
89:7 90:10 94:7
97:13 121:7
130:22 199:4
212:9,10
**retained** 144:12
**retention** 139:13
**retired** 29:14,21
43:19 77:3,20
**retirement** 29:5
86:4
**review** 6:5 29:8
**revised** 216:12
**revising** 216:11
219:7
**revision** 219:19
**revolved** 201:11
201:14
**revolving** 202:2
**rhodesia** 99:7,8
**rhodesian** 135:3
**rich** 15:8,8,12
16:19 20:6 21:2
23:8,9,10,10,12

23:13 24:4,5,22
25:7,18,22 26:10
26:12 27:12 66:15
**richterite** 22:22
32:10 39:5 157:6
159:5
**richterites** 33:22
**rick** 23:17 25:3
**rick's** 98:2
**rid** 59:13 190:3
**ridiculous** 88:18
**riebeckite** 87:13
88:4 89:4,5,14
125:3,11 126:4,6
150:2
**right** 3:16 5:2 8:12
9:15 32:22 33:2
34:15 38:4,10
43:1 45:4 49:18
56:9,10,12 57:2
59:2 60:2 61:7
62:14,19,21 64:3
68:6,18 69:14
71:19 75:1 77:21
78:21 89:6 93:18
98:22,22 99:17
100:21 102:5
104:6 108:15
110:13 111:13
112:4,14 113:5
114:6,14 123:16
134:21 156:10,17
158:9,13 159:7
160:19 169:15
170:21 171:2,9
172:4,17,20
178:14 186:18
190:13 192:11
195:15 204:12
208:20,20 212:7
215:15 216:22
220:7 221:9,15
**rightly** 197:18

**rigidity** 118:10
**ring** 125:14
**ringing** 69:7
**rise** 121:9 128:22
**rising** 26:6
**risk** 94:7 112:13
144:16 189:17,20
193:8 195:2
223:21
**river** 75:22
**rivets** 68:3
**rj** 69:12
**rmeso** 154:18
155:2 156:18
157:14 160:22
**road** 66:21 100:17
**roadmap** 77:6
83:11
**robin** 89:4 93:9,11
181:4,18 183:15
225:1
**robins** 94:3
**robust** 127:4
200:4,14
**rochester** 137:20
**rock** 14:13,13
15:8,10,11,12,13
15:15,20 16:1
17:17 20:6 21:2,3
21:5,11,12,14
23:3,10,10,10,11
23:13 24:4,9 25:1
25:6,6,7,11,12,20
39:14,18 53:14
72:11 80:7 94:11
94:12 111:16
141:2 142:19
143:12 155:17
**rocks** 16:19 23:8,8
26:11 39:19 52:22
53:18 66:12
**rockwood** 88:2
**rod** 118:2

roe  172:21
roggli  116:12
role  103:2 116:5
  149:6
roll  57:9
rolling  217:7
rome  109:18
roofing  12:4,17
room  3:7 8:14
  29:19 46:2 55:10
  115:9 116:5 122:3
  141:10 180:20
  181:12 183:1
  184:7,8 187:2
  218:15
ross  204:3
rossiter  98:16
rotary  101:4
roughly  214:18
round  89:4 91:9
  92:3,6,15 93:9,10
  94:3 111:16
route  117:20
routes  128:18
routinely  207:14
row  200:7,11
  218:9
royal  77:1
rti  85:21,22 88:19
  88:20
rub  57:14
rubbed  161:18
rubber  12:4,17
rule  73:7 210:8
ruled  105:15
rules  49:9 59:8
  62:2 64:9
ruling  221:11
run  214:20
runoff  106:1
rustein  69:9
rutstein  2:5 43:19
  44:6,12 45:2,5
  50:7,12 53:11

68:19 73:12,15
74:10,12,19 75:1
75:19 105:13
106:12 200:6
220:9 221:6,10,16
221:20

**s**

s  2:1 3:1 146:12
sac  118:12
sack  154:22
sacks  159:19
sacs  118:1,18
  119:20
sad  74:21 200:14
safe  189:18 190:7
  195:5
safety  84:19 85:1
  85:2 91:19 92:13
sale  64:18
salt  85:9
sample  22:6,7
  24:21 32:16,17
  39:6 52:16 55:3
  55:14,15,19 58:7
  61:9,17 75:4,16
  78:14,15 79:21
  92:4,15 95:20
  106:15 111:3
  113:21 135:1
  141:20 146:15
  164:10 167:17
  185:19 186:14
  197:10 210:2,3
  211:6,11 212:13
samples  24:20
  54:17 57:1 58:16
  78:7,15 86:19
  87:20 92:2,21
  95:22 96:2 98:19
  111:6,9,16,17,19
  120:22 122:4
  127:16,17 128:9
  128:21 129:17
  135:4,16,17,18

147:9 148:7,13,17
160:6 177:2
209:14 210:22
211:18
sampling  80:3
  113:21 116:6
  193:16 210:15
sanchez  103:9
  107:19 108:5,18
  108:21 110:3,5,9
  110:14 111:5
  112:4,10,14 113:1
  113:6,15 133:10
  134:17 181:8
  195:15 204:4,8,10
  204:17,21 205:21
  206:20 207:2,21
  208:6,9,16 213:22
  214:20
sanford  23:17
satisfaction
  179:22
saves  89:1
saw  64:14 66:6,9
  67:18 92:7 105:17
  136:16 163:13
  172:3
saying  34:19
  37:22 39:1 44:9
  49:11 58:7 59:14
  66:22 68:9,10
  70:2 144:19
  208:14
says  30:16 36:8
  37:8 38:2 50:15
  50:16 56:10 57:2
  58:17 77:22
scale  13:4 15:17
  15:18 16:8 21:14
  59:18 62:13
scales  13:22 28:12
  146:16
scan  21:16 61:11
  61:11,18 62:18

140:9
scanning  167:6
scary  46:22
scatter  205:4
scattered  22:15
scavengers  119:3
schedule  102:4
schematic  19:17
schematically
  20:22
scheme  91:20 92:6
  92:12,14 122:5
schemes  92:20
  93:2 210:22
school  55:5 76:22
schools  71:21
science  23:18 29:7
  114:4 130:2 200:2
sciences  76:21
scientific  115:4
  122:8 134:11
  222:2
scientist  29:1
scientists  67:2
scope  58:8 68:14
  113:12,16
score  60:21 62:12
  63:12,21 116:17
screen  8:20 183:7
screening  189:16
  189:22 190:5,11
  190:12,21 191:12
  203:4
scrolled  206:10
se  209:13
seagreg  137:15
search  50:4
seats  3:7 114:15
second  46:18
  151:21 182:8
  216:16
secondary  152:12
  212:18

secondly 216:12
secret 192:3
section 151:15
security 72:7
sedentary 26:10
sediment 20:12,13
  105:22
sediments 20:11
see 4:7,20 5:10
  8:20 9:1 12:3 13:7
  18:14 21:16 29:15
  29:19 32:20 37:13
  38:3,7 40:4,8 41:7
  50:21 52:11 54:13
  55:3,19 57:8 58:8
  58:9,10 59:2 60:3
  62:16,21 63:2,11
  72:1 74:1 75:6,11
  75:18 76:13 79:17
  80:4 81:4,8 82:21
  84:21 85:3 89:15
  90:9 94:3 106:5
  110:10,21 111:1
  111:10,12 116:9
  117:16 118:1,6
  119:7,8,11,22
  120:8 123:15
  124:2,13,13,14,15
  135:22 138:11
  140:11 141:3
  142:8 145:13,18
  145:18 146:9
  148:4,5,21 149:2
  150:14,18 151:11
  151:19 152:11,11
  152:12 153:5,21
  153:21 158:14
  160:9 163:6,16
  164:14 165:10
  169:7 170:9
  171:12 173:18,22
  175:1 177:4
  178:22 180:18
  186:5 190:9 199:7

199:10 205:7
  209:22 218:8
seeing 63:17 67:10
  75:3,10 76:14
  97:13 110:12
  169:6
seek 71:7
seen 56:6 123:22
  124:8,12 127:2
  139:13 144:3
  153:8 176:4
  177:14 205:12
  208:16 212:10
sees 55:15 130:10
  130:10,11
segregated 106:13
selective 179:8
self 134:6 136:1
selling 86:2
sem 22:4 59:15
  63:8,8,10,13,17
  70:8 73:22 82:20
  87:1 95:6 165:14
  165:19 168:15
  185:12 186:9
  205:8,15 212:18
semblet 210:6
senior 53:20
sense 88:9 164:13
sensed 105:8
sensitive 110:19
  127:10 165:16
  190:1 202:19
sensitivity 110:20
  167:20 179:13
  214:18
sent 70:14 89:11
  89:22
separate 70:7
  99:15,16 111:12
separated 170:14
separation 91:7
  194:8 202:11

separations 172:5
sepio 200:9
sepiolite 51:6,8
  53:4
series 14:9 117:20
seriously 106:16
serpentine 10:15
  10:16 14:15 23:12
  23:12 24:5 26:1
  28:4 37:8 79:16
  164:11
serpentinite 23:11
served 29:6 130:2
service 29:5 115:1
session 1:4 5:3,4,9
  5:13,14,16 6:4,10
  6:10 115:15 181:3
  181:5,7,13,17
  183:6,6 192:3
  204:11 209:1
  212:20 213:17
  215:17 216:17
  217:20 221:22
  224:22
sessions 4:17 5:6,9
  5:10,12 6:9 7:3,3
  114:10 180:20,22
  181:1,16,21 182:8
  187:5 191:9
  195:20 196:22
  216:17 217:13,18
set 44:8,13 74:2
  90:4 96:2 132:22
  137:8 139:9
  145:22 194:4,12
  223:19
set's 145:11
sets 139:5 150:16
setting 97:8
  180:19 224:4
settings 10:21
settle 89:8
seven 128:21

shake 59:12
shakes 64:14
shallow 20:13
shape 17:19 30:13
  48:16 51:16,19,20
  52:6 62:1,4 63:11
  97:19,20 118:3
  146:4 150:3
  179:14 216:5
shapes 21:17
  51:17 59:3 70:13
  179:3
share 4:12 181:18
shared 191:9
  217:9
sharp 21:4
shawn 191:10
shedd 147:6
  149:22
sheds 39:16
sheehan 1:5 2:2
  3:2,10 7:4,10,15
  7:19 8:4,7,11,16
  9:1,11,15,20
  28:20 43:18 44:11
  76:18 96:21 102:2
  105:12 114:6,14
  132:14 136:20
  168:22 169:2
  176:21 178:20
  180:16 181:11
  182:7,12,15,19
  208:22 210:18
  212:15 213:13
  215:15 220:8,20
  221:14,18 222:10
  222:12 224:16
shield 180:12
shipped 22:13
  103:17
shipping 86:1
short 46:12 48:18
  51:19 70:18 116:2
  116:4 119:19

[short - solution]                                                        Page 43

124:9 135:19
136:2 144:6,10,13
145:2,6,8
**shortening** 16:16
**shorter** 171:8
**shortly** 6:16 86:9
155:5
**shoulder** 62:20
150:15
**shoulders** 46:20
**show** 14:5,12 16:2
21:7 28:2,13
37:12 39:4 66:22
89:18 91:3 116:13
129:5,19 140:9
146:15 148:3,5
151:19 152:10
156:2,2,4,16
158:4 160:6,15
176:9 177:4 180:8
183:20 196:5
218:8
**showed** 20:22
36:19 41:14 60:17
142:15 146:8
147:4 171:18
173:21
**showing** 37:5,18
38:21 40:2,19
68:1 171:15,21
199:9
**shown** 16:10,12
65:19 80:6 121:2
123:10 132:6
150:22 157:3
158:7 170:21
180:6
**shows** 18:4 37:11
118:9 141:18
147:10 165:5
174:13 176:4,18
178:16
**shut** 69:9 75:21

**sib** 70:8
**sic** 30:10
**side** 21:15 25:10
38:11,13 48:2
51:3 63:14 70:2
91:15 146:16,16
190:22 191:1
199:17 223:11
**sideways** 68:21
**siding** 31:16
**sieving** 60:6
**signal** 206:7
**signature** 226:16
227:12
**signatures** 132:9
**signed** 180:21
181:1
**significant** 36:18
81:5 128:2 129:19
**significantly**
194:7
**signified** 127:19
**signify** 64:10
**signing** 199:11
**silence** 121:21
**silica** 14:18,21
15:14 16:18,19,21
17:8 20:5,6 25:7
25:11,17 26:3,3
26:10,11 27:12
101:20
**silicate** 13:2
**siliceous** 17:14
**silk** 21:1
**similar** 39:5 40:13
67:15 91:4 153:7
159:22 166:6,10
206:18 211:10
220:3
**simple** 26:2 54:22
87:11 159:6 165:7
**simplicity** 70:5
**simply** 108:8
166:11 193:22

223:22
**simulate** 126:12
**single** 37:8 40:14
53:12 65:11 69:16
95:6,7,7,19
117:11 148:17
156:1 176:4
206:12
**singular** 97:19
169:6
**sir** 74:6 189:12
**site** 6:3 58:16
119:14 203:6
**sites** 120:12
**sitting** 20:13 55:6
158:8 172:4
**situation** 210:13
**situations** 210:11
**six** 8:10 29:14
48:7,14 92:9
**size** 10:18 48:17
66:4 69:16 88:8,8
109:22,22 136:8
136:11,12,13,13
138:4 142:4
162:12 173:11
175:9 179:14
216:5
**sized** 88:12 135:21
163:19 173:22
**sizes** 150:4 179:3
**sketch** 55:5
**skills** 226:7
**skin** 102:22
192:20
**skinner** 126:19
**skip** 138:22
**slab** 41:7
**sleep** 48:8
**slide** 27:3 36:19
43:2 90:7,8
127:19 130:1
138:21 141:18
147:6 186:5

**slides** 73:19 89:11
90:4 106:9 117:17
127:15 167:7
217:20
**sliding** 13:10
**slightly** 51:5
**slippery** 13:11
**slow** 62:18
**slowly** 176:15
**slugged** 56:8
**sluicing** 106:3
**small** 12:21 75:10
113:8 146:21
172:14
**smaller** 16:9 55:18
71:10 117:21
174:20
**smallest** 106:2
**smart** 46:13,21
**sme** 53:5
**smith** 22:9
**smithsonian** 214:6
**snm** 39:17
**snow** 75:8 106:1
**social** 72:7
**society** 77:1 115:5
**socioeconomic**
223:13
**sodic** 22:15,18,21
**sodium** 13:15
20:15
**soft** 13:5 24:15
**softest** 21:11
163:21
**soil** 20:4,22
**soils** 106:19
**sold** 12:2 85:16
215:1
**soldier** 135:11
**solicit** 219:4
**solid** 34:4
**solubility** 139:15
**solution** 15:15
34:5,5 105:20

200:19,22 201:19
solve 72:21
solvent 197:6
somatic 120:8
somebody 8:19
45:21 49:19 73:1
86:2 104:13
125:14 149:17
187:15
somewhat 135:14
138:5
sonicate 81:17
soon 42:5 52:19
88:10
sophisticate
204:22
sophisticated 57:3
59:15 199:21
sorry 14:15 34:14
50:10 74:8,11
148:18 180:18
198:20 205:22
208:6 225:5
sort 13:12 77:11
132:2 137:13
152:11 154:15
164:16 183:12
sorts 147:3 192:5
soul 57:21
sound 189:2
sounded 87:11
sounds 83:17
soup 56:18 216:5
source 17:17
36:10 51:15
sourced 25:11,12
sources 12:20
40:16 125:16
133:6
south 27:9 54:16
84:5,10 149:14
155:13 157:13
southern 18:12
85:9

southwest 11:11
27:21
southwestern
11:10 26:18
space 68:22
118:19 195:16
207:12 208:3
spaces 200:11
spacing 166:13
200:7
spaghetti 142:10
spain 129:18
spanning 79:20
spatial 206:4,13
spatially 10:14
14:11
speak 10:5 71:16
138:2 201:2
speaker 6:18 9:21
70:14 114:18
speakers 77:10
114:12 216:17
217:12,17 225:7
speaking 77:22
153:18 198:22
220:10
spec 185:15
special 41:21
42:18 132:5
183:16 209:22
224:19 225:5
specialize 184:1
specializing 29:2
specially 101:20
species 64:3 125:9
126:6 129:4,7
198:7
specific 34:21 35:2
35:17 94:7 100:20
103:9,19 148:14
155:2 166:15
183:10 198:7
200:20

specifics 215:9
specified 83:15
183:12
spectrometer 22:3
spectroscopy
22:17 101:11
spectrum 12:18
52:20 61:12 67:10
69:19
speculate 97:16
speed 61:18
spelled 200:16,17
spend 50:4 167:22
spending 55:8
spent 39:19 46:1
133:13
spike 111:16,16
112:1
spiked 213:11
spoke 198:19
sponsors 70:16
spot 19:10 32:18
33:11 177:3
spread 59:8
sprint 47:12
sputtered 204:20
squamous 124:16
square 160:12
squares 16:10
160:1
srd 61:11
st 49:16
stable 83:14
151:15
staff 225:4
stages 121:11
stain 199:8
stair 38:4,8
stakeholders 3:18
218:7 219:6,9,18
stall 77:11
stamp 70:10
stana 55:21

stand 94:10,12
140:12 146:2
standard 3:22
4:10 28:14 48:17
63:15 64:4 74:15
82:2,5 87:5 91:9
97:3 160:16
192:22 216:22
218:12,17 219:8
219:10 223:21
standardized
216:18
standards 62:1
74:3 93:3 94:2
131:20 185:3,3
212:20,21,21
213:1,5 218:16,22
219:2,3 222:21
223:19
standpoints 134:9
stands 62:19
stanton 42:17
128:16,20 158:1
stars 60:22
start 17:6 51:13
54:14 56:4 66:19
70:8 79:16,17
153:15 161:20
178:4 211:14
217:7
started 13:1 18:13
45:12 63:9 72:17
77:7 101:17 135:1
166:14 183:20
starting 16:10
17:16 75:20 76:9
81:19
stat 212:11
state 11:15 44:4
123:10 126:17
215:5 226:19
statement 43:14
188:5

[states - surely]                                                              Page 45

| | | | |
|---|---|---|---|
| **states** 4:8,9 11:3,5 16:2 26:20 27:19 61:13 142:18 | **strategy** 105:16 | 211:3 | **suite** 1:21 185:7 190:19 215:12 |
| **statistical** 108:12 | **street** 1:21 | **study** 23:19 87:8 100:13,14,16,17 | **sum** 48:9 |
| **status** 19:2 213:4 | **strength** 30:13 41:22 | 100:18 105:10 | **summaries** 217:13 |
| **stay** 66:14 | **strengths** 130:12 | 127:11,16 128:16 | **summarize** 129:11 153:9 183:6 196:7 |
| **stays** 174:6 | **stress** 116:10 | 151:9 176:12 213:18,20 214:15 | **summarized** 129:15 143:7 |
| **stem** 221:7,14,16 | **striking** 132:7 | **studying** 18:13 | **summarizes** 53:5 |
| **stems** 119:21 | **strong** 38:1 169:20 | **stuff** 21:22 34:14 34:15,16 39:21 | **summary** 6:6,11 6:16,18 23:19 |
| **step** 38:8 66:1 72:9 95:14 124:17 218:3,4 | **struck** 97:17 | 40:20,22 43:6 46:11 49:5,22 | 34:20 43:14 47:21 48:4 69:15 116:11 |
| **steps** 38:4,11 182:4 215:19 217:5,8,19 218:6 220:21 224:17 | **structural** 61:4 63:13 137:3 151:4 | 54:4,8,9,11,15,17 54:22 55:2 61:3 71:20,21 85:18 | 217:11,18 |
| | **structure** 33:19 35:5 47:19 57:4 58:22 61:6 64:2 69:5 156:10 166:10 197:7 201:6 206:10 207:8 216:4 | 86:2,7 95:15,16 97:22 98:3 105:18 135:9 168:8 187:19 213:10 | **summation** 189:9 |
| **stepwise** 17:15 | | | **summers** 29:22 |
| **stereo** 58:4,8 | | | **sums** 43:3 66:18 |
| **sterling** 81:21 | | | **supplied** 125:3 |
| **steve** 218:10,20 | | **stump** 46:7 | **supply** 75:21 126:20 213:9 |
| **stick** 82:13 181:16 212:18 | **structures** 41:7 118:14 130:12 169:7 201:4 207:19 | **stumps** 144:11 | **supplying** 122:3 |
| **stimulate** 130:18 | | **stupid** 150:13 | **support** 120:16 |
| **stimuli** 46:16 47:7 196:11 | **struggle** 74:17 | **stutter** 77:11 | **supporting** 3:18 |
| **stm** 150:12 | **stuck** 82:14 201:20 | **subject** 184:6 213:21 | **supposed** 60:20 107:20 199:14 201:7 |
| **stockpiles** 22:12 | **student** 55:6,7 185:14 | **subjective** 89:21 90:17 108:9 | **suppressive** 121:21 |
| **stole** 43:2 | | **submit** 189:9 | |
| **stomata** 119:13 | **students** 45:20 51:7 54:7 56:22 | **submitted** 95:10 | **sure** 7:10 22:12 44:15 45:3 67:11 |
| **stone** 11:11,14 16:5 26:2 27:2,6,7 27:17 | **studied** 81:19 117:3 118:22 122:20 144:9 | **subsampling** 210:14 | 71:10 72:3 99:4 100:6 128:9,17 |
| | | **success** 205:11,13 205:19 | 140:4,19 141:19 152:2 153:2 156:3 |
| **stood** 46:20 | **studies** 87:9 94:4 98:5 120:21 122:14 123:21 124:5 125:5,18 126:17 128:15,15 128:19,21 129:1,3 129:9,12,14 131:1 131:17 132:5,5 135:7 136:2,5 150:22 154:13 155:21 158:5 | **sudden** 75:18 | 158:13 160:8,18 161:7,19 163:13 |
| **stop** 69:9 180:12 | | **suddenly** 110:1 | 176:14,19 178:1 |
| **stopped** 52:7 84:5 152:17 | | **suffice** 216:20 | 188:10 189:2 196:20 197:3 |
| **story** 64:12 | | **sufficiently** 83:14 | 210:20 214:1 217:19 218:16 |
| **stove** 34:7 186:14 | | **suggested** 20:10 105:21 157:21 | 221:7 |
| **straight** 7:9 15:6 19:15 159:22 190:17 214:21 | | **suggestions** 131:11 224:17 | **surely** 26:9 27:11 |
| **straightforward** 207:17 | | **suggests** 178:8 | |
| | | **suitable** 20:19 | |

**surface** 38:4 39:11
  39:21 54:16,20
  130:13 133:12
  134:9,14,16 136:6
  136:17 158:9
  179:21 180:1
**surfaces** 204:15
  206:15
**surprised** 102:20
**surrogate** 113:20
  201:12
**surrogates** 113:18
**survey** 10:1 29:4
  125:15
**survival** 121:10
  126:10,14 127:20
  128:1,3
**survivor** 126:10
**suspect** 102:12
  191:17
**swear** 164:21
**switched** 67:5
**symbols** 52:11
**symposium** 1:2
  3:15,16,17,21
  4:15 6:13
**synopsis** 189:12
**system** 17:5,6,9,16
  20:21 24:1 25:10
  25:13,22 26:8
  27:11 62:21 105:8
  120:9 207:7
**systems** 15:4
  16:20 26:9 27:10
  66:15 128:4
  131:21

**t**

**t** 2:1,1
**tab** 22:2 56:18
  69:5
**table** 97:6
**tables** 129:13
**tackle** 4:2

**taconite** 78:20
**tail** 171:8
**tailored** 45:18
**tails** 171:4,5
**take** 3:7 17:2,7
  53:3,17 56:6 57:7
  57:9,12 67:20
  73:5 78:16 82:11
  96:5 112:20 114:7
  114:15 119:1
  122:22 128:17
  130:6 131:7
  132:11 134:3
  158:20 160:5
  170:1,1,2,3
  174:18 177:5
  178:21 188:22
  189:5 196:6
  202:10 205:6
  209:3 210:4,6
**takeaways** 186:2
**taken** 51:21 58:1
  62:13 85:15
  114:13 120:3
  124:10 160:6,10
  181:10 226:3,9
**takes** 67:18 71:4
  96:8 111:7
**talc** 1:3 4:10,14
  5:13 10:11,17,21
  11:3,5,14,19 12:2
  12:8,9,14,15,22
  13:1,8,11,13,16
  13:22 14:20 15:2
  15:3,5,16 16:7,22
  17:14,21 18:1,3,3
  18:9,11,18 19:3
  19:15 20:8,16,17
  20:19 21:2,4,9,12
  21:19 22:12 23:1
  23:6 24:2,8,9,9,11
  24:12,13,15,17
  25:1,15,16,20
  26:4,14,15,16,20

  27:8,8,15,17,18
  27:22 28:3,7,8
  33:17,21 44:3
  49:21,21 50:22
  51:9,22 52:8,8
  54:6,8,11 57:16
  57:18,20 58:9
  62:17,19 64:20,21
  65:2,2,7 67:6,8,12
  67:19 69:3,10
  78:16 87:22 92:15
  95:20 96:1 102:4
  102:11,13 103:10
  103:13 104:2,3,13
  104:15 112:12
  126:21 127:3,8
  128:7,14,20 129:7
  138:15 139:10,22
  140:7,11 141:17
  145:14 150:8
  161:18 162:6,22
  163:2,2,4,7,10,20
  163:20 164:11,17
  164:22,22 165:7
  165:13 166:3,17
  172:22 173:9
  176:10 183:9
  184:14,17 185:1
  189:17 192:8,19
  194:22 196:4,13
  196:16 200:8
  201:6,7,8 202:3
  202:11,14 210:10
  210:11 211:1,11
  213:16 214:6,8,9
  222:16
**talcs** 18:4 19:5
  62:7 67:15 103:17
  126:18 127:18
  129:18 169:5
  210:12 213:19
**talcum** 113:19
  198:11

**tale** 86:22
**talk** 8:15 28:6
  29:13 30:20 31:2
  32:3 33:15 34:1
  44:14,15,16,17
  46:10,11 48:21,22
  51:17 59:5 60:16
  60:19 62:9 68:20
  68:21 74:3,8 82:8
  82:8 106:14 107:1
  107:3 110:16
  115:14 117:2
  126:16 133:3
  137:22 138:18,19
  139:4,7,10,21
  143:5,6 144:14
  157:8 160:18
  165:9,11 201:17
  203:1 205:12
**talked** 33:21
  133:13 152:4
  157:10 166:1
  184:19 185:2,3
  186:3,4,6,7
  209:19 212:20
  216:10,21
**talking** 21:11
  36:11 43:3 45:12
  47:2 52:7 58:18
  68:12 74:12 86:14
  107:6 144:1
  145:14 153:14
  154:20 163:9
  170:10 222:15
  223:4
**talks** 58:2
**tall** 51:19
**target** 112:2,5
  222:5
**targeted** 91:22
**targets** 111:14,15
**task** 216:15
**taught** 137:6

**taylor** 2:7 114:20
  115:12 133:3,21
  134:21 135:13,21
  136:10 176:6
**teach** 56:22
**teacher** 55:8
**teaching** 43:20
  45:20 116:5
**tech** 61:2 181:3
**technical** 4:22
  8:17
**technique** 58:20
  59:16,20 70:4
  74:16 95:6,19
  97:6 104:10
  110:20 111:17
  113:22 197:10
  206:8
**techniques** 56:5
  59:16 60:6 62:22
  71:3 78:11 110:17
  111:18 184:2,16
  185:4 186:4 189:1
  189:14 190:16,19
  201:12 202:2,8,20
  203:9,12 204:14
  214:12 222:5
**technologies**
  184:2 189:1
  205:18
**technology** 19:22
  112:20 200:1
**tectonic** 15:17
**tega** 210:16
**tell** 33:6 45:11
  62:4 72:8 80:17
  89:19 100:19
  113:9 139:20
  142:13 148:13
  149:18 165:7,22
  167:5 183:13
  187:15 195:15
  197:11,13,15,20
  198:2,6

**telling** 114:1
  161:14
**tells** 113:10,16
  159:14
**tem** 33:18 58:1
  59:15 63:15,15,22
  64:1,5 73:22
  74:15,21 75:12
  76:7 81:1 111:3,5
  111:9 124:9
  163:12 164:17
  165:19 166:1
  168:13,15 173:8
  186:9 191:18,21
  199:19 200:5,5,7
  200:13,18 201:4
  206:17
**temperatures**
  23:21
**ten** 182:5
**tend** 37:19 151:3
  171:8
**tens** 108:22
**tensile** 30:13
  41:22 130:12
**term** 20:5 34:3
  35:6,7,10,17
  139:8 185:10
  190:14 200:10
  220:6
**termed** 34:10
**terminal** 100:18
**terms** 4:19 5:19
  8:2 10:10 18:3
  35:15,18,20 45:22
  47:14 51:21 76:11
  98:6 115:17 116:2
  116:17 120:11,13
  122:3,19 127:3
  129:6 130:5 134:8
  136:14 139:13
  142:15,16 143:1
  160:11 168:10
  169:22 186:12

216:12 217:3,5,8
  217:11 218:6
**tern** 76:4
**terrible** 97:5
**territory** 220:18
**test** 4:17 5:5,13
  45:1 89:22 94:20
  113:3,4,9,10
  131:20 135:8
  183:9 199:2
  210:22 211:11
  216:13 219:21
**testified** 114:3
**testing** 3:22 4:13
  5:17 79:7 91:19
  181:7 196:13
  198:12 199:5
  201:4 203:3,5
  207:16 209:12
  211:9 216:8
**tests** 88:18 89:6,8
  91:17 113:17
  177:15
**texas** 11:7,17
**texture** 25:8
**thallophyte**
  197:19
**thank** 3:12 8:11
  10:4 28:15,18,20
  29:9,11,12,17,18
  43:16 46:19 50:7
  73:8 74:8,10
  76:16 77:13 97:7
  114:16 115:12
  136:19 137:9,10
  146:9 168:20,22
  185:13 191:22
  215:14,21 218:20
  220:20 222:10
  224:7 225:2,4,9
**thanks** 96:15
  120:16 127:14
  134:17 224:19

**thanksgiving**
  163:8
**theme** 39:5 216:16
**themes** 216:3
**theories** 94:5
**thermo** 30:14
**thickness** 20:9
**thimble** 187:16
**thin** 37:13 41:5
  51:19,20 117:13
  124:12 131:4
  143:13
**thing** 4:21 6:21
  31:6 34:19 40:19
  44:19 48:21 49:13
  52:16,17,18 54:2
  59:7 60:19,22
  64:15,16 70:3
  74:18 85:15 103:3
  103:5 109:2 112:3
  122:16 139:3
  152:11 154:15
  163:15 171:14
  182:16 190:10
  196:21 202:12
  204:12 209:14
  211:22 221:6
**things** 28:13 38:11
  41:5,6 43:10
  44:17 46:10 51:13
  52:15,15 53:6
  56:4 60:17 61:9
  66:11 71:4 79:15
  79:18 81:17 87:15
  89:22 96:6 110:15
  121:19 130:14
  137:21 139:3
  140:15 144:16
  146:14 147:20
  148:15 157:9
  163:5 167:3 170:6
  184:10 185:11
  188:17 190:22
  191:1 192:5,9

197:21 199:12
200:6 201:19
203:19 213:16
214:11 218:18
**think**   4:5 8:1
10:10 22:14 23:3
28:10,21 30:5,21
31:1 33:16 34:2,6
34:20 35:21 36:19
36:20 37:6,11,15
38:9 41:9 43:2,11
43:12 45:17 47:5
49:15 51:2,4
54:10,12,21 57:4
62:6 65:7 67:2
68:9 70:8,17 72:8
73:22 75:10 76:9
81:21 85:14 86:1
86:20 87:1 91:4
92:14 94:13 95:1
95:4,4 97:12
103:8 106:6
107:19 108:3
113:1 116:7,18
127:12 132:2,21
133:5,14 134:10
134:11 135:7,14
138:9,20 140:14
141:9,13 143:7
149:17 150:12
151:4 152:9,9
155:21 159:19
161:14,15,21
162:1 163:1 164:4
166:19 167:3,5,17
168:10,11 171:10
172:10 173:3,6,7
173:9,11,21
175:14 176:6,14
177:3,19 179:8
183:5 187:11
192:9,20,21
193:18 194:5
195:1 196:13

198:19 201:20
202:6,7 203:5,7
203:15,18,22,22
205:17 206:20
208:12,22 209:19
209:21 210:13,16
211:21 213:22
216:2,14,16,19
217:5,8 218:2,6,8
219:16 220:18
221:10,14,18
222:7 224:12,20
**thinking**   34:2
101:7 105:19
211:7
**third**   23:6 181:6
199:3 218:1
**thoracic**   115:5
**thought**   11:2
42:10 54:5 55:4
64:22 76:13 82:17
90:5 118:16
131:10 179:1
182:14 186:12
191:13 194:19
196:7 216:7
218:10,11 222:17
224:9
**thoughts**   218:8
219:8 220:21
224:7
**thousand**   80:22
108:16
**thousands**   47:13
108:22 170:21,22
170:22
**three**   5:4,12 7:12
11:4,4 12:13 47:5
51:11 53:7 70:21
77:10 81:4 92:8
96:10 106:22
115:10 127:17
155:6 157:20
158:14 160:6,19

160:20 170:13
180:21,22 181:15
181:20
**throw**   70:22 71:1
75:8 139:20
162:15,18
**tie**   186:22 205:15
**tight**   109:2
**tiles**   19:6 31:16,16
**till**   16:12
**tim**   4:22 7:7,20
8:1,9,11,15 9:2,5
9:9,13,19 44:21
45:1,4
**timbrell**   149:5
179:21
**time**   3:6 6:11,14
9:17 16:8 20:1
25:4 28:15,22
39:19 45:17 46:1
46:12 47:8 50:4
52:11 55:8,19
57:11 70:18 76:19
79:3 81:9 96:14
96:21 111:7
119:15 127:3
131:1 133:14
149:7 151:10
152:18 165:10,20
166:3 167:21
175:21 176:8,15
176:16 181:16
182:14 189:5
220:19
**timer**   44:8
**times**   42:7 59:11
110:16 184:3
186:21 203:12
216:9
**tiny**   33:11 83:1
146:13 147:11
163:22 168:3
**tired**   143:15
144:19

**tissue**   98:5 158:5
177:2 178:19
**title**   149:6
**tlm**   63:19
**tm**   150:13 199:18
**tms**   73:14
**today**   4:2,12 10:5
13:20 28:17 29:13
30:2,6 31:1,14
33:16 93:12
116:22 120:19
127:14 137:22
138:18 177:20
183:6 196:15
208:13 213:3
215:22 218:3
224:12
**told**   22:10 60:7
78:20 170:20
**tolerability**   112:7
**tolerable**   112:12
195:6 222:1,2,4
222:14,20 223:5,8
**tolerance**   223:1
**tolerate**   112:8
186:11 194:22
**ton**   87:13
**tonnage**   12:13
**tons**   11:22 12:6,7
12:8 88:11,11
**tool**   70:12
**toolbox**   216:20
**tools**   69:20
**top**   17:3 38:11
41:7 167:12 214:4
**topic**   138:16 155:7
**topical**   77:1
**topics**   45:11
208:13
**torch**   57:10
**tossup**   64:15
**total**   43:4 110:21
158:17

[totally - uiccb]                                                        Page 49

**totally** 152:2,8 163:13
**touch** 52:2 116:22
**tough** 80:22
**town** 98:20 151:13
**toxic** 42:20 44:1 220:3
**toxicity** 41:20 42:3 42:16 89:6 94:21 95:12 98:6 116:17 127:22 157:17 168:18 172:12,13 173:10,17
**toxicological** 94:4
**toxicologist** 43:9 97:16 98:8 184:6 184:7 185:18
**toxicologists** 95:14
**toxicology** 97:13 155:4
**tpm** 70:20 172:8
**trace** 72:3 80:14 111:14 215:3,12
**tracer** 201:15
**trachea** 117:20 124:3
**track** 219:16
**traditional** 31:11 34:1 57:5 184:1
**trail** 101:2
**trained** 59:10
**training** 115:1
**trans** 148:18
**transcriber** 227:1
**transcript** 227:3
**transcriptionist** 6:2
**transferred** 84:4
**transitional** 18:7
**transmission** 205:3,4 206:3
**transmitting** 205:3

**transport** 120:7
**transvaal** 148:20 149:9,10,17 156:19 157:4
**trapped** 72:19
**treasure** 27:1
**treat** 145:7
**treatment** 108:4
**treats** 36:13
**tremendous** 44:18 84:21
**tremolite** 14:1,9 17:8,10,18 18:11 18:14 19:15 20:8 20:17 21:3,5,18 21:21 22:2 23:15 24:6,17 25:3 32:8 37:15 39:14 48:11 51:1,5 66:13,14 67:7,7,11 69:6 80:14,15 83:5,8 84:16,18 85:5,20 87:17,19 88:2 89:3,5 101:16 104:11 109:7,8 128:7,8 131:16 140:5,6 141:15,20 142:3 146:7 148:12 150:6 153:12 160:20 163:22 166:8 167:11 174:19 197:22 212:8
**tremolite's** 14:7
**tremolites** 100:7 132:20 198:14
**tremolitic** 18:3 201:15
**triangle** 158:20
**tridy** 20:4 21:1
**tried** 38:5 83:9 105:16 171:15 202:5

**triggerclet** 210:7
**triggering** 121:5
**trouble** 161:13
**true** 36:11 108:4 109:3 112:10 113:5,14 199:22 212:1 226:6
**truly** 66:6
**trump** 185:6
**truth** 140:2 143:13
**try** 57:10 101:15 107:17 114:1 139:18 157:19 160:4 171:13 193:19 201:16
**trying** 37:12 56:14 61:8,10 69:17 71:14 72:4 112:18 168:6 179:2,10 198:19 199:1 201:18 202:2 205:5,14 214:14 225:7
**tshaffer** 9:13
**tubes** 118:5
**tumor** 117:2,9 119:15 120:12 121:21
**tumors** 117:13 118:16,21 119:16 124:18
**turn** 68:4
**turned** 76:2 87:17 87:18 188:3
**turning** 188:11
**twenty** 92:8
**twist** 68:3
**twisted** 65:2,7 68:1,2
**twists** 69:3
**two** 5:6,12 7:7 11:9 32:4,18 33:9 47:6,21 50:16

58:15 62:9,15,22 65:11 69:11 73:19 74:17 75:11 81:4 90:12 91:10 92:15 93:8 99:13 110:10 118:14 147:17 148:16 149:15 150:15,16 151:22 156:20 160:3 165:22 166:5 175:1,11 178:22 180:21 187:7 196:2,11
**type** 10:13,20 14:12 18:10 25:16 26:17 28:18 53:12 68:15 115:16 117:8 121:4 125:8 136:4 153:11 156:14 194:2
**types** 10:20 14:6 53:12 56:17 80:7 122:9,12,18 130:16 131:7 132:3 134:15 136:9 150:9 205:20
**typewriting** 226:5
**typically** 117:22

**u**

**u.s.** 9:22 11:15,21 12:10 29:4 44:2 125:15
**ubsd** 204:7,10,12 204:13 205:10,15 206:8
**uh** 176:20
**uicc** 38:15 82:12 82:15,19 84:2 86:2 98:18,20 99:5 101:16 121:1 135:1,2
**uiccb** 80:12 104:8

uiccs 98:19
uk 84:20,22
ultimate 70:12
ultimately 72:11
  144:14 218:17
ultrabasic 53:8
ultramafic 15:11
  23:7 24:4 25:12
  53:18
umbrella 220:2,5
unable 8:20
  125:20
unacceptable
  223:1
unaltered 25:9
unamazing 61:3
unambiguous
  162:14
unanswered 217:6
unaware 164:19
uncertain 114:4
uncertainty 81:6
  107:10,15,16,18
  108:1,4,5 113:22
  114:1 209:20
uncharted 220:18
uncoated 204:18
uncommon 84:12
  142:22,22
undatee 94:22
underground 16:9
  19:13,14 155:17
underneath 220:4
understand 36:22
  41:19 48:1 65:19
  72:3 93:11 97:7
  100:11 113:11
  131:14 144:17
  157:19 177:13
  180:10 198:17
  199:15 207:11
  209:7
understanding
  7:21 11:8 36:9

47:15 93:6 98:1
  208:10
understood 57:2
unfortunately
  24:19 59:12
uniform 141:3
  146:11,11
uniformly 145:20
unique 56:21
  177:1 200:22
unit 24:10
united 4:8,9 11:3
  16:2 26:20 27:19
  142:17
universities 59:13
university 30:8
  114:21 136:22
  137:4,5,20 215:6
unknown 154:14
  186:21
unroutine 103:14
unsuccessfully
  124:7
unusual 15:2
  30:11
upa 151:14
update 155:11
updated 155:3
uptake 123:9
  136:14
upward 25:17
  26:10
urge 193:18
urging 73:4
usa 103:4
usage 48:16
use 6:2 19:21
  20:19 30:4 31:13
  32:22 33:4 36:1,6
  46:8 47:13,15,17
  54:20 63:16 69:3
  70:21 71:2 75:17
  78:11 83:16 88:17
  94:2,6,19 95:19

100:12 101:2
  103:13 106:18
  111:15,17,18
  112:6,7 124:4
  139:8 147:15
  155:22 156:1
  157:18 160:4
  161:11 168:15
  169:8 178:7,8,9
  186:10 189:1,7
  190:14,15,18,19
  194:8,9 195:2
useful 58:20 70:9
  132:22 174:3
  209:14 211:22
useless 169:16
uses 11:19 12:16
  34:2 47:16
usgs 11:20 29:22
  37:16 40:1 97:4
usp 46:14 47:2
  196:12 198:21
  209:21 213:9
  218:22 219:7,8
usp's 215:20
usually 13:6 15:14
  33:20 157:10
  173:16 206:14
utopia 71:11

                    v

valid 191:12
validate 128:12
validity 175:15
valley 18:12,19,20
  18:21 19:19 21:18
  23:1 37:15 50:1
  53:11,12
value 107:16
  146:1 169:17
values 155:2
valves 177:2
van 2:3 9:21 10:3
  56:8 85:11 102:3
  104:1,6

variability 139:13
  178:8 180:8
variation 28:13,18
  79:4 107:21
variations 142:14
varies 103:7 131:6
  159:20
varieties 13:8
variety 14:3 21:17
  129:4 130:11
  131:21 142:20
  144:7 202:4
  224:11
various 125:6
  126:1 184:1 185:4
  186:3 191:17
  213:16,19
variscite 100:17
vary 71:13 132:20
  159:19
vast 177:6
vastly 165:5
vat 70:7
vein 78:20
veins 78:18 164:14
verify 199:4
vermiculite 157:6
vermont 11:12,17
  24:2 53:18 114:21
veronica 225:5
version 48:10
  106:9
versus 40:3 49:13
  56:7 64:19,20
  97:14 109:22
  167:1 184:16
vessels 143:21
view 11:13 20:21
  73:18 75:12 81:2
  81:3 115:19
viewers 66:1
vigor 133:15
village 96:8

| | | | |
|---|---|---|---|
| **villages** 142:2 | 166:9 167:20,21 | 188:10 189:17 | **western** 11:7 |
| **vipers** 221:4 | 167:22 182:7,22 | 205:11 215:7 | **whatsoever** 75:17 |
| **virginia** 155:7 | 183:6 186:10 | **ways** 33:8 202:4 | 147:18 162:11 |
| **virtually** 146:12 | 187:13,14 210:1 | **we've** 48:20 52:6 | **wheel** 189:7 |
| 148:6 | 212:4 216:13 | 62:22 75:15 78:6 | **white** 19:10 |
| **virtue** 104:10 | 224:7 | 80:6 82:6 89:8 | 134:20 150:21 |
| **visceral** 118:19 | **wanted** 30:9,20 | 90:10 95:2,3,8 | **whoops** 34:14 |
| **visible** 24:2 28:10 | 64:21 85:3,4 | 114:6 117:2 | **wi** 8:13 9:14 |
| **visited** 85:14 | 89:22 117:17 | 120:18,21,22 | **wicked** 71:18 |
| 94:11 | 133:16 137:13 | 121:1,2,17 122:21 | **wide** 21:17 28:8 |
| **visual** 5:22 108:8 | 145:13 174:1 | 123:1,18,20,22,22 | 40:15 59:8 142:4 |
| **vitro** 121:17 | 184:10 211:11 | 124:5,19 125:4,16 | 146:18 147:15 |
| 122:18 129:21 | 215:21 | 125:18 126:2,9,9 | 159:18 162:5 |
| **voila** 140:5 | **wants** 102:15 | 126:10,11,16,17 | 168:5 |
| **volume** 115:22 | 106:7 107:1 182:9 | 126:20,22 127:1 | **widely** 118:22 |
| 116:6,18 155:5,8 | **war** 135:10 | 131:16 152:4 | 166:22 |
| 158:7 | **warranted** 193:18 | 171:18 196:15 | **wider** 148:22,22 |
| | **warren** 19:17 | 204:17 205:5,12 | 149:12,13 |
| **w** | 20:10 | 209:19 | **widespread** |
| **wagner** 115:5 | **washington** 1:22 | **weak** 13:9 | 214:15 |
| **waiting** 158:9 | 215:5 | **weakness** 51:15 | **width** 90:19 91:7 |
| **wake** 169:18 | **watching** 71:14,15 | **weapon** 192:3 | 91:11 143:6,11,14 |
| **walk** 212:16 | **water** 13:15 14:18 | **webinar** 3:5,13 | 143:18,19 146:8 |
| **walked** 75:20 | 53:14 64:9 75:21 | 7:17,20,21 8:8,19 | 146:10 147:11,19 |
| **walks** 58:2 | 76:1,3 165:17,17 | 9:3 45:8 114:11 | 148:2,8,21,21 |
| **wall** 14:13 | 165:20 | 114:17 | 149:7,14 150:4,15 |
| **walls** 101:14 | **waters** 15:14 | **website** 6:15 37:16 | 153:9,18 154:1 |
| **walteare** 95:13 | 17:11,14 26:10 | 37:17 217:14,22 | 157:22 158:2,3,19 |
| **want** 3:19 5:1 10:3 | **waxes** 203:16 | **wednesday** 1:6 | 158:21 159:11,11 |
| 27:19 28:6 29:16 | **waxy** 184:21 | **week** 163:7,8,8 | 159:12 161:4,7,17 |
| 29:17 31:17 35:21 | **way** 8:21 33:3 | **weeks** 32:4 155:6 | 164:2 168:17 |
| 36:1,3,6 48:1 | 34:7 35:4 40:9 | **weight** 107:6,9,17 | 169:9 170:1,2,2,3 |
| 54:14 70:18 74:3 | 45:18 46:4 49:2 | 110:4 167:1 | 170:15,16,18 |
| 84:6 87:14 92:19 | 52:14 53:1 56:21 | **weights** 134:12 | 171:1 174:6 177:3 |
| 94:3 95:5 96:7 | 59:3 62:17 68:20 | **welcome** 3:4,9 | 177:5,9,10 191:17 |
| 97:5 101:18 104:8 | 91:10 93:16 94:22 | 24:20 114:14 | 194:14,15 |
| 112:19,19,22 | 97:4 101:1 102:13 | 169:1 | **widths** 143:10 |
| 114:3,17 115:19 | 105:21 106:5,14 | **wellesley** 137:1 | 145:8,19 146:21 |
| 116:10 117:6 | 106:16,16 132:1 | **went** 54:11,13 | 148:3,19 149:11 |
| 120:10 121:14 | 147:14 149:2 | 68:13 82:18 | 149:13 164:5 |
| 122:16 127:11 | 151:11 154:10 | 128:12 139:22 | 170:16 173:14 |
| 129:14 139:2 | 157:5 159:1 161:4 | 172:9 183:12 | **willing** 84:10 |
| 143:5,5 146:4,15 | 167:2,16,17 | 187:2 214:6 224:8 | 96:14 211:17 |
| 147:3 148:6 150:2 | 173:21 175:8 | | |
| 156:3 160:15,18 | | | |

winchite 22:20
32:10 157:5 159:4
221:12
winchites 33:22
wind 60:2,5 71:15
winters 30:1
wisdom 77:10
wise 185:18
wish 147:19,20
150:12
witch 71:18
witness 44:4
wittenoom 82:11
83:6
wizard 71:7
wizards 45:14
wollastonite 92:7
92:9,10,16
won 66:18
wonderful 116:19
176:12 192:4
200:5
woods 85:9
word 49:17 52:8
89:1 112:6,7
144:22 174:2
183:11 186:10
words 47:13,15
165:3
wore 101:18
work 4:8,11 10:1
22:19 23:16 28:1
28:14 29:17 46:14
46:17,22 54:15
62:22 67:18 74:5
77:14,18 86:18
88:1 93:19 97:22
117:17 119:18
120:15 122:17
124:5,6,20 126:9
127:5 131:19
132:1 137:11,14
137:17 144:14
158:15,15 173:20

176:7 179:21
195:10 200:15,19
204:13,22 205:1
206:9,11,13 214:8
214:12 215:8
224:8
worked 29:3
88:19 93:4 96:12
152:6
worker 140:19
179:8 223:16
workers 31:18
71:22 147:3
154:15 157:6
179:17
working 42:4
45:17 48:14 73:4
77:21 83:12 94:8
96:4 118:11
137:15,21 196:13
196:16 197:5
workplace 60:15
72:2
works 47:4 59:17
204:12
world 45:21 46:3
74:15 91:3 106:20
113:7 135:10
149:9 207:16
213:20 214:9
worried 193:6
worry 51:1 52:6
170:7,8
worst 188:4
worth 46:16 48:1
70:22 97:22
worthwhile 77:15
worthy 77:12
wounded 135:11
wow 78:22 81:7
163:10
wrench 128:20
wright's 19:18

writing 58:6
written 62:3 96:9
wrong 56:10,11
70:2 172:10
wrote 30:9 143:15
wylie 2:8 35:22
115:15 126:19
128:9 132:1,15
136:21 137:9
162:17,20 169:1
169:15,19 170:19
172:6,17,20 173:2
174:10,15,18
175:13 176:3,12
177:9,12 178:6,14
179:6,17 180:5,14
181:6 187:8 209:9
209:11,16 221:22

## x

x 61:4,21 62:3
95:8 124:4
xrd 61:19 74:2
184:2 186:8
191:11 197:11
xrd's 197:11
xrf 214:12
xyz 68:22

## y

yeah 9:11,12,15
44:15 68:19 73:5
73:13 77:13 78:21
87:14 90:9 97:2
98:12,15 99:4,12
99:14 101:3
102:10,20 103:9
104:1,7 105:3,3
107:3,12 108:4,9
108:20 109:16
110:3,8,8 111:4
133:3 135:13
172:6 176:6
177:12 178:17
179:6 180:14,14

182:15 191:16
205:12 208:7,9
209:18 220:22
221:19 223:18
224:3
year 12:6 54:11
99:3 152:17 155:1
155:7 156:5
159:14 196:19
198:12
years 11:15 12:20
16:15 18:13 22:11
27:15 29:5,14
30:3,3,5 31:7
34:10 35:12 41:20
42:7 46:17 47:5,6
54:7,9 77:9 80:12
83:20 84:4 97:22
114:22 115:1
117:3 119:16
123:1,21 125:17
130:19 141:21
152:17 153:1
172:21 189:6
yellow 11:11,14
27:2,6,6,17
yep 191:6
york 14:3 75:21
88:3 126:17
127:18
young 150:13
161:2
younger 72:20
you're 69:8

## z

zeolites 93:22
zero 90:7,14,15
104:19 105:1
106:17 112:2
157:15 159:6
223:1
zeros 71:8 171:22
zillion 141:21
161:16

**[zmi - zun]**                                                               Page 53

**zmi**   106:19
**zoltai**   36:19 42:6
   130:3
**zonation**   24:2
**zone**   24:12 166:7
   166:14 200:15,18
   200:19,21
**zoom**   58:4,8
**zun**   51:7