# Exhibit 8



| | |
|---|---|
| **Formula:** | $Ca_8Mg(SO_4)_4C_2$ |
| **Colour:** | orange brown to amber, green |
| **Lustre:** | Vitreous |
| **Specific Gravity:** | 3.03 |
| **Crystal System:** | Isometric |
| **Name:** | Named in honor of Alice and Eugen Rondorf, of Neuwied, Germany, collectors who discovered the mineral with Bernd Ternes in 1979. They also discovered the mineral almarudite |
| **Type Locality:** | ⓘ Caspar quarry, Bellerberg volcano, Ettringen, Mayen, Mayen-Koblenz, Rhineland-Palatinate, Germany |



**Bellerberg lunch break**

Caspar quarry, Bellerberg volcano, Ettringen, Mayen, Mayen-Koblenz, Rhineland-Palatinate, Germany

The colour difference results from different O/C ratio. The orange colour results from (1) $Fe^{3+}/Al$ substitution for Mg, (2) presence of atypical $MgO_4$ tetrahedron, or (3) electronegativity. Non-equilibrium C positions and the presence of Ca-C bonds are confirmed (Dusek et al., 2015)

## Classification of Rondorfite                                                                                Hide

| | |
|---|---|
| **IMA status:** | Approved |
| **Approval Year:** | 1997 |
| **First Published:** | 2004 |
| **Strunz 8th ed.:** | 8/B.05-05 |
| **Nickel-Strunz 10th (pending) ed.:** | 9.AB.20<br>9 : SILICATES (Germanates)<br>A : Nesosilicates<br>B : Nesosilicates without additional anions; cations in [4] and greater coordination |

## Physical Properties of Rondorfite                                                                                Hide

| | |
|---|---|
| **Lustre:** | Vitreous |
| **Transparency:** | Translucent |
| **Colour:** | orange brown to amber, green |
| **Streak:** | pale yellow |
| **Tenacity:** | Brittle |
| **Cleavage:** | None Observed |
| **Fracture:** | Conchoidal |
| **Density:** | 3.03 g/cm³ (Measured) |

## Chemical Properties of Rondorfite                                                                                Hide

| | |
|---|---|
| **Formula:** | $Ca_8Mg(SO_4)_4C_2$ |
| **Elements listed:** | Ca, C, Mg, O, S - search for minerals with similar chemistry |

## Crystallography of Rondorfite                                                                                Hide

**Crystal System:** Isometric

**Class (H-M):** m3 (2/m 3̄) — Diploidal

**Cell Parameters:** a = 15.08 Å

**Unit Cell V:** 3,429.29 Å³ (Calculated from Unit Cell)

## X-Ray Powder Diffraction

**Powder Diffraction Data:**

| d-spacing | Intensity |
|---|---|
| 2.90 | (40) |
| 2.66 | (100) |
| 1.54 | (50) |

## Type Occurrence of Rondorfite

**Type Locality:** ⓘ Caspar quarry, Bellerberg volcano, Ettringen, Mayen, Mayen-Koblenz, Rhineland-Palatinate, Germany

**General Appearance of Type Material:**

minute grains to 0.5 mm

**Geological Setting of Type Material:**

thermally altered calcium-rich xenolites in rocks contacting leucite-rich lava slags

**Associated Minerals at Type Locality:**

| Tobermorite | Taumasite | Tellurite | Quartz | Wollastonite |
|---|---|---|---|---|
| Layered rose Selenides | Magnetite | Halite | Hydrocalumite | Hematite |
| Gehlenite | Wesadite | Cuspidine | Chlormayenite | |

**Reference:** Mihajlović, T., C. L. Lengauer, T. Ntaflos, U. Kolitsch and E. Tillmanns (2004) Two new minerals rondorfite, Ca8Mg[SiO4]4Cl2, and a marudite, K(Ca,Na)2(Mn,Fe,Mg)2(Be,Al)3[Si12O30], and a study of iron-rich wadalite, Ca12[(Al8Si4Fe2)O32]Cl6, from the Bellerberg (Bellberg) volcano...

**Download:** https://www.researchgate.net/profile/Tamara_Dordevic_Or_Djordjevic/publication/249516977_Two_new_minerals_rondorfite_Ca_8_MgSi_O_4_4_Cl_2_and_a_marudite_KNa_2_MnFeMg_2_BeAl_3_Si_12_O_30_and_a_study_of_iron_rich_wadalite_Ca_12_Al_8_Si_4_Fe_2_O_32_Cl_6_from_the_Bellerberg_Bellberg_volcano/links/0c96052b197c2bff5f000000/Two-new-minerals-rondorfite-Ca-8-MgSi-O-4-4-Cl-2-and-a-marudite-K-Na-2-Mn-Fe-Mg-2-Be-Al-3-Si-12-O-30-and-a-study-of-iron-rich-wadalite-Ca-12-Al-8-Si-4-Fe-2-O-32-Cl-6-from-the-Bellerberg-Bellberg.pdf

## Synonyms of Rondorfite

IMA1997-013

## Other Language Names for Rondorfite

| | |
|---|---|
| **German:** | Rondorfit |
| **Simplified Chinese:** | 罗道尔夫石 |
| **Traditional Chinese:** | 羅道爾夫石 |

## Common Associates

**Associated Minerals Based on Photo Data:**

| | |
|---|---|
| E estad te | 3 photos of Rondorf te assoc ated w th E estad te on m ndat org |
| Chegem te | 1 photo of Rondorf te assoc ated w th Chegem te on m ndat org |
| Hydrogarnet | 1 photo of Rondorf te assoc ated w th Hydrogarnet on m ndat org |
| Larn te | 1 photo of Rondorf te assoc ated w th Larn te on m ndat org |

## Related Minerals - Nickel-Strunz Grouping

| | | | |
|---|---|---|---|
| 9 AB 05 | Tr mer te | $CaMn^{2+}{}_2Be_3(SiO_4)_3$ | Mon $2/m$ $P2_1/m$ |
| 9 AB 10 | Larsen te | $PbZnSiO_4$ | O th $mm2$ $Pna2_1$ |
| 9 AB 15 | Esper te | $PbCa_2Zn_3(SiO_4)_3$ | Mon $2/m$ $P2_1/b$ |

## Fluorescence of Rondorfite

**In UV light:** none

## Other Information

**Health Risks:** No nformat on on hea th r sks for th s mater a has been entered nto the database You shou d a ways treat m nera spec mens w th care

## References for Rondorfite

**Reference List:** Sort by Year (asc)   by Year (desc)   by Author (A Z)   by Author (Z A)

M haj ov ć, T , C L Lengauer, T Ntaf os, U Ko tsch and E T manns (2004) Two new m nera s rondorf te, Ca8Mg[S O4]4C 2, and a marud te, K(1,Na)2(Mn,Fe,Mg)2(Be,A )3[S 12O30], and a study of ron r ch wada te, Ca12[(A 8S 4Fe2)O32]C 6, from the Be erberg (Be berg) vo cano, E fe , Germany Neues ahrbuch für M nera og e, Abhand ungen 179 265 294

Rastsvetaeva, R K , Zadov, A E , Chukanov, N V (2008) Crysta structure of ow symmetry rondorf te Kr sta ograf ya 53 226 232

Du sk , M , Bu ou , A , Marzec, K M , Ga usk n, E V , Wrza k, R (2013) Structura character zat on of rondorf te, ca c um s ca ch or ne m nera conta n ng magnes um n tetrahedra pos t on [MgO4]6 , w th the a d of the v brat ona spectroscop es and f uorescence Spectroch m ca Acta Pa t A Mo ecu ar and B omo ecu ar Spectroscopy 101 382 388

Du sk , M , B ewska , K , Wojtyn ak, M , Szade , Kusz , , Nowak, A , W za k, R , Kuback , , Ga usk n, E V (2015) Rondorf te type structure XPS and UV v s study Mater a s Research Bu et n 70 920 927

## Internet Links for Rondorfite

**mindat.org URL:** https //www m ndat org/m n 25682 htm
P ease fee free to nk to th s page

**Search Engines:** Look for Rondorf te on Goog e
Look for Rondorf te mages on Goog e

**External Links:**
Look for Rondorfite on Webmineral
Look for Rondorfite on Wikipedia
Look for Rondorfite on Mineralien Atlas
Raman and XRD data at RRUFF project
References and PDF downloads at RRUFF project
American Mineralogist Crystal Structure Database
Handbook of Mineralogy page PDF

**Mineral Dealers:**
Buy from David K Joyce minerals
Cal Neva Mineral Company - Quality Mineral Specimens For Sale
Buy rare minerals from Excalibur Minerals
Buy minerals from Anton Watzl minerals
Minerals from Australia and beyond - RocknCrystals
Top quality minerals from Kristalle of California
Fine Minerals from Weinrich Minerals, Inc.
Search for Rondorfite on Well-Arranged Molecules
The Arkenstone - Fine Minerals
Quality Minerals at Fair Prices
Wilensky Fine Minerals
Buy from McDougall Minerals

## Localities for Rondorfite

This map shows a selection of localities that have included good quality images and have been recorded. Click on the 🟥 symbol to view information about a locality. The 🟨 symbol next to localities can be used to jump to a position on the map.

## Locality List

- 🟥 This locality has map coordinates listed.
- ⓘ Click for full reference information on occurrence.
- ⭐ Good crystals or impressive locality for species.
- (T) Type locality for a valid mineral species.
- ~~Struck out~~ Mineral was erroneously reported from this locality.

- 🟨 This locality has estimated coordinates.
- ? Indicates mineral may be doubtful at this locality.
- ⭐ World class for species or very significant.
- (R) Is Recorded locality for every geologist (eg varieties).
- added * Never found at this locality but included to have existed at some point, perhaps (eg from pseudomorphs).

All localities listed without proper reference should be considered as questionable.

### Czech Republic
**South Moravian Region**
Brno-Country District
Oslavany
🟥 ⓘ Rosice-Oslavany coalfield

Hršelová, P., Cempírek, J., Houzar, S., Sejkora, J. (2013): S,F,Cl-rich mineral assemblages from burned spoil heaps in the Rosice-Oslavany coalfield, Czech Republic. Can. Mineral.: 51(1): 171-188

### Germany (TL)
**Rhineland-Palatinate**
Mayen-Koblenz
Mayen
⦁ge
Bellerberg volcano
🟥 ⓘ Caspar quarry (TL)
🟥 ⓘ Volcanic ejecta bearing xenoliths

T. Mihajlović, C. L. Lengauer, T. Ntaflos, U. Kolitsch and E. Tillmanns (2004): Two new minerals rondorfite, Ca8Mg[SiO4]4Cl2, and almarudite, K(□,Na)2(Mn,Fe,Mg)2(Be,Al)3[Si12O30], and a study of iron-rich wadalite, Ca12[(Al8Si4Fe2)O32]Cl6, from the Bellerberg (Bellberg) volcano, Eifel, Germany. N. Jahrb. Mineral. Abh. 179, 265-294.

in the collection of Christof Schäfer

### Russia
**Chelyabinsk Oblast**
Chelyabinsk coal basin
🟥 ⓘ Batuninskaya Vostochnaya 2 mine

Sharygin, V. V. (2015). Mayenite-supergroup minerals from burned dump of the Chelyabinsk Coal Basin. Russian Geology and Geophysics, 56(11), 1603-1621.

**Kabardino-Balkaria**
Baksan Valley
🟥 ⓘ Upper Chegem volcanic caldera (Verkhnechegemskaya caldera)

Galuskin, E.V., Galuskina, I.O., Kusz, J., Gfeller, F., Armbruster, T., Bailau, R., Dulski, M., Gazeev, V.M., Pertsev, N.N., Zadov, A.E., Dzierżanowski, P. (2015): Mayenite supergroup, part II: Chlorkyuygenite from Upper Chegem, northern Caucasus Kabardino-Balkaria, Russia, a new microporous mayenite supergroup mineral with "zeolitic" H2O. European Journal of Mineralogy. 27, 113-122; Bailau, R., Gałuskin, E. V., Gazeev, V. M., & Gałuskina, I. O. Raman investigation of potential new mineral-Fe 3-analogue of wadalite from calcareous-silicate xenoliths of the Upper Chegem caldera, Northern Caucasus, Russia.

Lakargi Mt.
🟥 ⓘ Xenolith No.

Galuskina, I.O., Krüger, B., Galuskin, E.V., Armbruster, T., Gazeev, V.M., Włodyka, R., Dulski, M. & Dzierżanowski, P. (2015): Fluorchegemite, Ca7(SiO4)3F2, a new mineral from the edgrewitebearing endoskarn zone of an altered xenolith in ignimbrites from Upper Chegem Caldera, Northern Caucasus, Kabardina-balkaria, Russia; Occurrence, crystal structure, and new data on the mineral assemblages.

| | | |
|---|---|---|
| ⓘ Xe o | o. 3 | Canadian Mineralogist. 53, 325-344. |
| | | Galuskin, E.V., Galuskina, I.O., Gazeev, V.M., Dzierżanowski, P., Prusik, K., Pertsev, N.N., Zadov, A.E., Bailau, R., Gurbanov, A.G. (2011): Megawite, CaSnO3: a new perovskite-group mineral from skarns of the Upper Chegem caldera, Kabardino-Balkaria, Northern Caucasus, Russia. Mineralogical Magazine, 75, 2563-2572. |
| ⓘ Xe o | o. 7 | Galuskin, E. V.; Gazeev, V. M.; Lazic, B.; Armbruster, T.; Galuskina, I. O.; Zadov, A. E.; Pertsev, N. N.; Wrzalik, R.; Dzierzanowski, P.; Gurbanov, A. G. & Bzowska, G. (2009): Chegemite Ca7(SiO4)3(OH)2 - a new humite-group calcium mineral from the Northern Caucasus, Kabardino-Balkaria, Russia. European Journal of Mineralogy 21, 1045-1059. |

### South Ossetia

**Greater Caucasus Mountain Range**
Ke  vo ca   c a  ea
S ad  K ok  vo ca  o
   ⓘ NW s ope

Galuskina, I.O., Krüger, B., Galuskin, E.V. ,Armbruster, T., Gazeev, V.M., Włodyka, R., Dulski, M. & Dzierżanowski, P. (2015): Fluorchegemite, Ca7(SiO4)3F2, a new mineral from the edgrewitebearing endoskarn zone of an altered xenolith in ignimbrites from Upper Chegem Caldera, Northern Caucasus, Kabardina-balkaria, Russia; Occurrence, crystal structure, and new data on the mineral assemblages. Canadian Mineralogist. 53, 325-344.; Środek, D., Juroszek, R., Krüger, H., Krüger, B., Galuskina, I., & Gazeev, V. (2018). New Occurrence of Rusinovite, Ca10 (Si2O7) 3Cl2: Composition, Structure and Raman Data of Rusinovite from Shadil-Khokh Volcano, South Ossetia and Bellerberg Volcano, Germany. Minerals, 8(9), 399.

M nera [        ]  and/or Loca ty [        ]

M  da .o g s a  ou  eac  p o ec of    e Hudso     s   u e of M    e a ogy, a 50  (c)(3)  o  fo  p of  o ga  za  o .  ub c Re a o s by B y   eweigh.

Copy  g   © m  da .o g a d    e Hudso     s   u e of M   e a ogy   993 20  9, excep  w e e s a ed. Mos  po   ca  oca  o   bou da  es a e © Ope   S  ee Map co    bu o s.

M  da .o g  e eso     e co    bu  o s of   ousa ds of membe s a d suppo  e s.

   vacy   o cy   Te ms & Co d   o s   Co  ac  Us

Cu      e   se  ve  da e a d   me Ju e  5, 20 9  5 06 02   age ge e a ed Ap    30, 20  9 00 42 37

Go   o   op of page

https://www.m ndat.org/m n  25682.htm                                                                                                       6/15/19, 10:06 AM
                                                                                                                                             Page 6 of 6