# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | MDL Docket No. 2738 |

## SECOND SUPPLEMENTAL CERTIFICATION OF JULIE L. TERSIGNI

1. I am an attorney at law of the State of New Jersey and am an associate of the law firm of Drinker Biddle & Reath LLP, attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc. I submit this Certification based on personal knowledge in further support of Defendants' Omnibus to Exclude the Opinions of Plaintiffs' Experts for General Causation *Daubert* Hearing.

2. Attached hereto are true and correct copies of the following exhibits:

| Section A: Scientific Studies, Editorials and Other Articles (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| A183 | Austin & Hux, *A Brief Note on Overlapping Confidence Intervals*, 36 J. Vasc Surg. 194 (2002) |
| A184 | Doyle, *Talcum Powder May Cause Cancer*, The Scotsman (Edinburgh, Scotland), Oct. 22, 1997 |

| Section A: Scientific Studies, Editorials and Other Articles (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| A185 | Fletcher et al., *Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer*, 102 Free Radic Biol Med. 122 (2017) |
| A186 | Helmenstine, "6 Steps of the Scientific Method," Thought Co., https://www.thoughtco.com/steps-of-the-scientific-method-p2-606045 (last updated Sept. 2, 2018) |
| A187 | Knezevic, *StatNews #73: Overlapping Confidence Intervals and Statistical Significance*, Cornell Statistical Consulting Unit, Cornell University (Oct. 2008) |
| A188 | Knol et al., *The (mis)use of overlap of confidence intervals to assess effect modification*, 26(4) Eur J. Epidemiol. 253 (2001) |
| A189 | Leung et al., *Shift Work Patterns, Chronotype, and Epithelial Ovarian Cancer Risk*, Cancer Epidemiol Biomarkers Prev. 987 (2019) |
| A190 | McArthur, *Powder a Risk for Women*, Herald Sun (Australia), Feb. 20, 2009 |
| A191 | Merletti et al., *Target Organs for Carcinogenicity of Chemicals and Industrial Exposures in Humans: A Review of Results in the IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans*, 44 Cancer Res. 2244 (1984) |
| A192 | Muscat & Huncharek, *Perineal Talc Use and Ovarian Cancer: A Critical Review*, 17 Eur J Cancer Prev. 139 (2008) |
| A193 | Payton et al., *Overlapping Confidence Intervals or Standard Error Intervals: What do they mean in terms of statistical significance?*, 3(34) J. Insect Science 1 (2003) |
| A194 | Ryan & Leadbetter, *On The Misuse of Confidence Intervals For Two Means In Testing For the Significance Of the Difference Between the Means*, 1(2) J. Modern Applied Stat. Methods 473 (2002) |
| A195 | Schenker & Gentleman, *On Judging the Significance of Differences by Examining the Overlap Between Confidence Intervals*, 55(3) The Amer. Statistician 182 (2001) |
| A196 | Straif et al., *A Review of Human Carcinogens—Part C: Metals, Arsenic, Dusts, and Fibres*, 10 Lancet 453 (2009) |

| Section A: Scientific Studies, Editorials and Other Articles (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| A197 | Zorn et al., *Gene Expression Profiles of Serous, Endometrioid, and Clear Cell Subtypes of Ovarian and Endometrial Cancer*, 11(18) Clinical Cancer Res. 6422 (2005) |

| Section B: MDL Depositions and Exhibits (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| B52 | Exhibit 15 to Deposition of Judith Zelikoff, Ph.D., Jan. 21, 2019 |

| Section C: MDL Expert Reports and CVs (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| C42 | Excerpts of Longo & Rigler, Supplemental Report: The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos, Jan. 15, 2019 |

| Section D: Produced Documents (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| D9 | JNJAZ55_000008893 |

| Section E: Non-MDL Depositions, Transcripts, Expert Reports and Court Filings[1] (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| E34 | Excerpts of the Deposition of Alice M. Blount, Ph.D., *Ingham v. Johnson & Johnson*, No. 1522-CC10417-01 (Mo. Cir. Ct. Apr. 13, 2018) |
| E35 | Excerpts of the Deposition of William E. Longo, Ph.D., *Anderson v. Borg-Warner Corp.*, No. JCCP 5674/BC666513 (Cal. Super. Ct. Mar. 29, 2018) (additional excerpts previously attached as Exhibit E3 to the Omnibus Certification of Julie L. Tersigni (ECF No. 9723-2)) |
| E36 | Excerpts of the Deposition of William E. Longo, Ph.D., *Rimondi v. BASF Catalysts LLC*, No. MID-L-2912-17 (N.J. Super. Ct. Law Div. Jan. 7, 2019) (additional excerpts previously attached as Exhibit E6 to the Omnibus Certification of Julie L. Tersigni (ECF No. 9723-2)) |
| E37 | Excerpts of the Deposition of William E. Longo, Ph.D., *Von Salzen v. Am. Int'l Indus. Inc.*, JCCP 4674/No. BC680576 (Cal. Super. Ct. June 27, 2018) (additional excerpts previously attached as Exhibit E8 to the Omnibus Certification of Julie L. Tersigni (ECF No. 9723-2)) |

| Section I: Miscellaneous MDL Documents (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| I4 | Complete List of Materials Reviewed and Considered by H. Nadia Moore, Ph.D., DABT, ERT, as of Apr. 3, 2019 |
| I5 | Transcript of Status Conference, Apr. 29, 2019[2] |

---

[1] Relevant testimony in deposition transcripts is highlighted for the Court.

[2] Relevant discussion is highlighted for the Court.

| Section J: Miscellaneous: Other Documents (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| J7 | *Functions of Lymphatic System*, MANanatomy.com, http://www.mananatomy.com/basic-anatomy/functions-lymphatic-system (last visited June 12, 2019) |

3.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: June 17, 2019

*Julie A. Tersigni*
Julie L. Tersigni