# EXHIBIT E34

Alice M. Blount, Ph.D.

Page 1

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

```
GAIL LUCILLE INGHAM      )
and ROBERT INGHAM, et    )
al.,                     )
                         )
         Plaintiffs,     )  Case Number:
                         )  1522-CC10417-01
v.                       )
                         )
JOHNSON & JOHNSON, et    )
al.,                     )
                         )
         Defendants.     )
```

FRIDAY, APRIL 13, 2018

- - -

Videotaped deposition of Alice M. Blount, Ph.D., held at the Best Western Hotel, 5 Best Western Place, Rutland, Vermont, commencing at 9:23 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672
deps@golkow.com

Alice M. Blount, Ph.D.

Page 2

```
 1            APPEARANCES:
 2
     LANIER LAW FIRM, P.C.
 3   BY:  W. MARK LANIER, ESQUIRE
              wml@lanierlawfirm.com
 4       6810 FM 1960 West
         Houston, Texas 772690-1448
 5       (713) 659-5200
 6
 7   LANIER LAW FIRM, P.C.
     BY:  RACHEL LANIER, ESQUIRE
 8            rachel.lanier@lanierlawfirm.com
         126 East 56th Street, Sixth Floor
 9       New York, New York 10022
         (212) 421-2800
10       Counsel for Plaintiffs
11
12
     ORRICK, HERRINGTON & SUTCLIFFE LLP
13   BY: MORTON DUBIN, ESQUIRE
              mdubin@orrick.com
14       KEVIN M. HYNES, ESQUIRE
              khynes@orrick.com
15       51 West 52nd Street
         New York, New York 10019
16       (212) 506-3742
         Counsel for Defendant Johnson &
17       Johnson
18
19
     SANDBERG, PHOENIX & VON GONTARD, P.C.
20   BY:  MARK A. PROST, ESQUIRE
              mprost@sandbergphoenix.com
21       600 Washington Avenue, 15th Floor
         St. Louis, Missouri 63101
22       (314) 446-4226
         Counsel for Imerys Talc America
23
24
25
```

Page 3

```
 1   BLITZ, BARDGETT, & DEUTSCH, L.C.
     BY:  GLENN A. NORTON, ESQUIRE
 2            gnorton@bbdlc.com
         120 South Central Avenue, Suite 1500
 3       St. Louis, Missouri 63105
         (314) 863-1500
 4       Court-Appointed Special Master
 5
 6   ALSO PRESENT:
         Jayne Conroy, Simmons Hanly Conroy
 7       Ella Fassler, Lanier Law Firm
         Jonathan Cooper, Tucker Ellis
 8
 9
     V I D E O G R A P H E R :
10       CHRIS COUGHLIN,
         Golkow Litigation Services
11
                    - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                  INDEX
 2                                PAGE
     APPEARANCES................... 2
 4   EXAMINATIONS
 5   BY MR. LANIER............................  8
 6   BY MR. DUBIN..............................  43
 7   BY MR. PROST..............................  80
 8   BY MR. LANIER............................  86
 9   BY MR. DUBIN..............................  99
10   BY MR. LANIER............................ 105
11   BY MR. DUBIN.............................. 106
12   BY MR. LANIER............................ 107
13
14            EXHIBITS
15   No.   Description                    Page
16    1    Alice M. Blount résumé            8
17    2    Blount optical microscope        17
          photograph
18
          Blount optical microscope        17
19        photograph
20    4   Photograph of Alice M. Blount    19
          microscope
21
      5   Blount optical microscope        20
22        photograph
23    6   Blount optical microscope        20
          photograph
24
      7   OSHA Polarized Light Microscopy of  26
25        Asbestos printout
```

Page 5

```
 1    8  April 23, 1998 letter from Alice M.  35
         Blount to M. Raymond Hatcher,
 2       J&J-0049150
 3    9  "The Facts About Talc Safety"        40
         printout
 4
      10 Lanier's handwritten demonstrative   42
 5       notes
 6    11 "Process Mineralogy IX:              50
         Applications to Mineral
 7       Beneficiation, Metallurgy, Gold,
         Diamonds, Ceramics, Environment and
 8       Health"
 9    12 "Amphibole Content of Cosmetic and   52
         Pharmaceutical Talcs," AM Blount
10
      13 April 9, 2018 letter to Richard      54
11       Meadow from Richard T. Bernardo
12    14 Bottle of Johnson & Johnson's baby   58
         powder supplied by Alice M. Blount
13
      15 E-mail from Jonathan Cooper to       60
14       Alice Blount
15    16 "Occupational Exposures to           70
         Non-Asbestiform Talc in Vermont,"
16       Boundy, et al.
17    17 May 21, 1987 McCrone Associates      72
         letter from Ian M. Stewart to
18       Donald M. Benniger,
         J&J-0044868
19
      18 November 19, 1975 letter from Gene   93
20       R. Grieger to Vernon Zeitz,
         J&J-0123236
21
      19 Letter about asbestos from Rio       94
22       Tinto Minerals
23    20 Luzenac America Technical Report,    97
         Julie Pier,
24       IMERYS422289 - IMERYS422290
25   (Exhibits attached to the deposition.)
```

2 (Pages 2 to 5)

**Page 6**

1  CERTIFICATE.................................108
2  ACKNOWLEDGMENT OF DEPONENT....................110
3  ERRATA.......................111
4  LAWYER'S NOTES..............................112

**Page 7**

```
 1         VIDEOGRAPHER:  We are now on
 2   the record.
 3         My name is Chris Coughlin, and
 4   I'm a videographer for Golkow
 5   Litigation Services.
 6         Today's date is April 13, 2018,
 7   and the time is 9:23 a.m.
 8         This video deposition is being
 9   held in Rutland, Vermont, in the
10   matter of Gail Lucille Ingham and
11   Robert Ingham, et al., plaintiffs,
12   versus Johnson & Johnson, et al.,
13   defendants, in the Circuit Court of
14   the City of St. Louis, State of
15   Missouri, Case Number 1522-CC10417-01.
16         The deponent is Alice Blount,
17   Ph.D.
18         Will counsel please identify
19   yourselves and state whom you
20   represent.
21         MR. LANIER:  My name is Mark
22   Lanier, and I represent the ladies and
23   families affected by the ovarian
24   cancer in this trial.
25         MR. DUBIN:  My name is Morton
```

**Page 8**

```
 1   Dubin.  I represent Johnson & Johnson.
 2         MR. PROST:  May my name is Mark
 3   Prost, and I represent Imerys Talc
 4   America, Inc.
 5         JUDGE NORTON:  I'm Glenn
 6   Norton.  I'm the special master
 7   appointed by the judge in these cases.
 8         VIDEOGRAPHER:  All others will
 9   appear on the stenographic record.
10         The court reporter is Carrie
11   Campbell, and she will now swear in
12   the witness.
13
14         ALICE M. BLOUNT, Ph.D.,
15   of lawful age, having been first duly sworn
16   to tell the truth, the whole truth and
17   nothing but the truth, deposes and says on
18   behalf of the Plaintiffs, as follows:
19
20         (Blount Exhibit 1 marked for
21   identification.)
22
23         DIRECT EXAMINATION
24   QUESTIONS BY MR. LANIER:
25   Q.    Good morning, Dr. Blount.
```

**Page 9**

```
 1   A.    Good morning.
 2   Q.    The jury knows me by now.  My
 3   name is Mark Lanier, and we're playing a
 4   videotape right now to the jury because
 5   you're not live at the trial.  So this is
 6   what we call a deposition.
 7         Thank you for taking time this
 8   morning.  I'm going to ask you some
 9   questions, and then the other lawyers will
10   ask you some questions as well.  I'll
11   probably come back and ask you a few more,
12   and we'll try and move through this with all
13   speed.
14         Okay?
15   A.    Okay.
16   Q.    I've written your name down on
17   this sheet, and you can see down at the end,
18   Dr. Alice Blount.
19         Can you -- make sure I'm
20   pronouncing it right.  How do you say Blount?
21   A.    I say Blount, the same as you.
22   Q.    All right.  Very good.
23   A.    I'm not a southerner.
24   Q.    You're not a southerner.
25         No, you're from Illinois?
```

Alice M. Blount, Ph.D.

Page 46

1  tremolite and non-asbestos tremolite?
2      A.   Yes, I would say so.
3  They're -- because sometimes it's sort of
4  blocky and other times it is a definite
5  fiber.  So you have -- you have to make a
6  decision when you see it.
7           And that's why I did that graph
8  he showed earlier.  You can see which ones
9  had an asbestiform form shape and which ones
10 don't.  That's what you have to do to make
11 sure that you're getting one that's actually
12 asbestos or not.
13     Q.   Right.
14          And so, for example, there's
15 another term that's also used.
16     A.   Cleavage, yeah.
17     Q.   Fragments, right?
18     A.   Yeah.
19     Q.   Cleavage fragments, right?
20          Is that a term that you're
21 familiar with?
22     A.   Yes.
23     Q.   And what is a cleavage
24 fragment?
25     A.   That's the way the mineral will

Page 47

1  actually break if you hammer it or something
2  so that you can -- you know, you break it.
3  It'll break along these cleavage lines, which
4  is an inherent structure of the crystal to
5  start out with.
6      Q.   And is it fair to say that a
7  cleavage fragment of tremolite is not
8  asbestos?
9      A.   I would say so, although there
10 are others that do not -- some people don't
11 say that.  Some people count everything.
12     Q.   Right.
13     A.   But if there's a cleavage
14 fragment, I would not count it as asbestos.
15     Q.   Okay.  And so if I understand
16 your testimony correctly, your sample that --
17 Sample I that you mentioned, you're saying
18 that that was a -- bought from a bottle of
19 Johnson & Johnson's baby powder?
20     A.   Yeah.  Baby powder, yeah.
21     Q.   Okay.  So when did you purchase
22 that bottle?
23     A.   I think I purchased it right
24 before I left New Jersey, which would be
25 1996.

Page 48

1      Q.   1996.
2           Okay.  And then presumably you
3  took some out of that bottle to do your
4  analysis of Sample I?
5      A.   Uh-huh.
6      Q.   And the first analysis that you
7  have of Sample I -- I think we looked at this
8  document a little bit a second ago.  Okay.
9           So this was the letter that
10 Mr. Lanier showed you to Mr. Hatcher --
11     A.   Uh-huh.
12     Q.   -- and it attaches a paper,
13 "The Detection and Quantification of Asbestos
14 and Other Trace Minerals."
15          And that's from -- is that
16 1990?
17     A.   I can't see it from here.
18     Q.   There's a date on the bottom.
19          MR. LANIER:  I can't see it.
20 QUESTIONS BY MR. DUBIN:
21     Q.   Well, do you still have a copy
22 of the document that --
23     A.   With everything --
24          MR. COOPER:  It's in the bottom
25 right corner.

Page 49

1           THE WITNESS:  1990, yeah.
2  QUESTIONS BY MR. DUBIN:
3      Q.   And so we'll go into this a
4  little bit in depth, but why is it that you
5  remember the timing of when you bought that
6  Johnson & Johnson bottle?
7           What brings to mind when you
8  did it?
9      A.   Because we were about ready to
10 come up here and move -- we were about ready
11 to move up here, and I remember I got it
12 right before we moved up here.
13     Q.   So when did you move up here?
14     A.   1996.
15     Q.   Okay.  And so one of the things
16 about this paper -- and I'm sorry for people
17 I'm making seasick with the Elmo -- you have
18 an analysis that we talked about a little bit
19 before of Sample I.
20          Do you see that?
21     A.   I, yeah.
22     Q.   All right?
23     A.   Uh-huh.
24     Q.   And now that Sample I, did
25 you -- did you -- you've done other studies

13 (Pages 46 to 49)

Alice M. Blount, Ph.D.

Page 106

1  affirm that for decades, in the '80s and the
2  '90s, at least, into the 2000s, Johnson &
3  Johnson baby powder sold on the shelves had
4  asbestos and asbestiform in it?
5       MR. DUBIN:  Objection.  Form.
6       THE WITNESS:  Yes.
7       MR. LANIER:  Thank you.  That's
8  all we've got.
9       FURTHER RECROSS-EXAMINATION
10  QUESTIONS BY MR. DUBIN:
11    Q.   You were asked a very general
12  question by Mr. Lanier.
13       Do you agree that the best way
14  to determine whether or not there was
15  asbestos in these products is to look at the
16  actual testing results?
17    A.   Look at test -- yeah.
18    Q.   Right.
19       And so other than whatever we
20  have in your papers that you brought here
21  today, we have none of these test results
22  that you're supposedly relying on for
23  opinions in the '70s, '80s, '90s about
24  Johnson & Johnson talc to look at today,
25  right?

Page 107

1    A.   Yes.
2       FURTHER REDIRECT EXAMINATION
3  QUESTIONS BY MR. LANIER:
4    Q.   But you're the one who did the
5  work, aren't you?
6    A.   Yes.
7    Q.   So these are your test results
8  you're talking about.  We don't need a sheet
9  of paper, do we?
10    A.   We're using kind of concept
11  method anyway.
12       MR. LANIER:  Okay.  Thank you.
13       MR. DUBIN:  We can do this
14  forever, I suppose.  All right.  Let's
15  quit.
16       MR. LANIER:  Thank you,
17  Dr. Blount.
18       VIDEOGRAPHER:  This concludes
19  the April 13, 2018 deposition of
20  Dr. Blount.  Going off the record.
21  The time is 11:25.
22    (Deposition concluded at 11:25 a.m.)
23         -  -  -  -  -  -  -
24
25

Page 108

1       CERTIFICATE
2
3       I, CARRIE A. CAMPBELL, Registered
Diplomate Reporter, Certified Realtime
4  Reporter and Certified Shorthand Reporter, do
hereby certify that prior to the commencement
5  of the examination, Alice M. Blount, Ph.D.,
was duly sworn by me to testify to the truth,
6  the whole truth and nothing but the truth.
7       I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
8  testimony as taken stenographically by and
before me at the time, place and on the date
9  hereinbefore set forth, to the best of my
ability.
10
       I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
employee of such attorney or counsel, and
13  that I am not financially interested in the
action.
14
15
                _____
17       CARRIE A. CAMPBELL,
         NCRA Registered Diplomate Reporter
18       Certified Realtime Reporter
         California Certified Shorthand
19       Reporter #13921
         Missouri Certified Court Reporter #859
20       Illinois Certified Shorthand Reporter
         #084-004229
21       Texas Certified Shorthand Reporter #9328
         Kansas Certified Court Reporter #1715
22       Notary Public
23       Dated:  April 13, 2018
24
25

Page 109

1       INSTRUCTIONS TO WITNESS
2
3       Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the
6  appropriate space on the errata sheet for any
7  corrections that are made.
8       After doing so, please sign the
9  errata sheet and date it.  You are signing
10  same subject to the changes you have noted on
11  the errata sheet, which will be attached to
12  your deposition.
13       It is imperative that you return
14  the original errata sheet to the deposing
15  attorney within thirty (30) days of receipt
16  of the deposition transcript by you.  If you
17  fail to do so, the deposition transcript may
18  be deemed to be accurate and may be used in
19  court.
20
21
22
23
24
25

Alice M. Blount, Ph.D.

Page 110

| | |
|---|---|
| 1  ACKNOWLEDGMENT OF DEPONENT | 1  ------- |
| 2 | LAWYER'S NOTES |
| 3 | 2  ------- |
| 4      I,_____, do | 3  PAGE  LINE |
|    hereby certify that I have read the foregoing | 4  ____ ____ _____ |
| 5  pages and that the same is a correct |   |
|    transcription of the answers given by me to | 5  ____ ____ _____ |
| 6  the questions therein propounded, except for | 6  ____ ____ _____ |
|    the corrections or changes in form or | 7  ____ ____ _____ |
| 7  substance, if any, noted in the attached | 8  ____ ____ _____ |
|    Errata Sheet. | 9  ____ ____ _____ |
| 8 | 10 ____ ____ _____ |
| 9 | 11 ____ ____ _____ |
| 10 | 12 ____ ____ _____ |
| 11 | 13 ____ ____ _____ |
| 12 _____ | 14 ____ ____ _____ |
|    Alice M. Blount, Ph.D.         DATE | 15 ____ ____ _____ |
| 13 | 16 ____ ____ _____ |
| 14 | 17 ____ ____ _____ |
| 15 Subscribed and sworn to before me this | 18 ____ ____ _____ |
| 16 _____ day of _____, 20 _____. | 19 ____ ____ _____ |
| 17 My commission expires: _____ | 20 ____ ____ _____ |
| 18 | 21 ____ ____ _____ |
| 19 Notary Public | 22 ____ ____ _____ |
| 20 | 23 ____ ____ _____ |
| 21 | 24 ____ ____ _____ |
| 22 | 25 |
| 23 | |
| 24 | |
| 25 | |

1       ------
          E R R A T A
2       ------
3   PAGE  LINE  CHANGE
4   ____ ____ _____
5     REASON: _____
6   ____ ____ _____
7     REASON: _____
8   ____ ____ _____
9     REASON: _____
10  ____ ____ _____
11    REASON: _____
12  ____ ____ _____
13    REASON: _____
14  ____ ____ _____
15    REASON: _____
16  ____ ____ _____
17    REASON: _____
18  ____ ____ _____
19    REASON: _____
20  ____ ____ _____
21    REASON: _____
22  ____ ____ _____
23    REASON: _____
24  ____ ____ _____
25    REASON: _____