# EXHIBIT E36

**Page 1**

1  SUPERIOR COURT OF NEW JERSEY
   LAW DIVISION: MIDDLESEX COUNTY
2

3  RICARDO RIMONDI and        )
   PILAR RIMONDI,             )
4                             )
           Plaintiffs,        )
5                             )  DOCKET NO.
      vs.                     )
6                             )  MID-L-2912-17
   BASF CATALYSTS LLC, et al.,)
7                             )
           Defendants.        )
8  _____)

9  JOANNA RUMAN and           )
   JACENTY RUMAN,             )
10                            )
           Plaintiffs,        )
11                            )  DOCKET NO.
      vs.                     )
12                            )  MID-L-2919-17
   BASF CATALYSTS LLC, et al.,)
13                            )
           Defendants.        )
14 _____)

15           DEPOSITION OF

16        WILLIAM E. LONGO, PhD

17          January 7, 2019

18            10:30 a.m.

19

20       11555 Medlock Bridge Road
             Suite 100
21        Johns Creek, Georgia

22

23   Debra R. Luther, RMR, CRR, CCR-B-881
          Atlanta Reporters, Inc.
24     Georgia Certified Court Reporters
              (866) 344-0459
25         www.atlanta-reporters.com

Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporter.com

**Page 2**

1         APPEARANCES OF COUNSEL

2

3  On behalf of the Plaintiffs:

4     ETHAN A. HORN, Esq.
      The Lanier Law Firm
5     21550 Oxnard Street
      Third Floor
6     Woodland Hills, California  91367
      ethan.horn@lanierlawfirm.com
7
      JOSEPH N. COTILLETTA, Esq.
8     The Lanier Law Firm
      Tower 56, Sixth Floor
9     126 East 56th Street
      New York, New York  10022
10    joseph.cotilletta@lanierlawfirm.com
      (Appearance by telephone)
11

12 On behalf of the Defendants
     Johnson & Johnson and
13   Johnson & Johnson Consumer, Inc.:

14    JOHN L. EWALD, Esq.
      Orrick, Herrington & Sutcliffe, LLP
15    51 West 52nd Street
      New York, New York  10019-6142
16    jewald@orrick.com

17

18 On behalf of the Defendants
     Imerys Talc America, Inc., and
19   Cyprus Amax Minerals Company:

20    SAMUEL A. GARSON, Esq.
      Rawle & Henderson, LLP
21    401 Route 73 North, Suite 200
      40 Lake Center Executive Park
22    Marlton, New Jersey  08053
      sgarson@rawle.com
23    (Appearance by telephone)

24              - - -
25 Atlanta Reporters, Inc.         www.atlanta-reporters.com

**Page 3**

1         INDEX TO EXAMINATIONS

2

3     Examination                    Page

4

5  Examination by Mr. Ewald          7

6  Examination by Mr. Horn          127

7

8              - - -

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Atlanta Reporters, Inc.         www.atlanta-reporter.com

**Page 4**

1          INDEX TO EXHIBITS

2

3  Plaintiff's
    Exhibit       Description        Page
4

5     1    Letter from Cotilletta re: Leavitt  127
           case documents
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Atlanta Reporters, Inc.         www.atlanta-reporter.com

5

1    INDEX TO EXHIBITS

2

3    Defendant's
     Exhibit        Description            Page

4

5    1    Deposition notice in Rimondi case    9

6    2    Deposition notice in Ruman case    10

7    3    Appendix A - Johnson & Johnson    15
          Reliance and Reviewed Documents

8
     4    The Analysis of Johnson & Johnson's  24
9         Historical Baby Powder and Shower
          to Shower Products from the 1960s
10        to the Early 1990s for Amphibole
          Asbestos (MAS, 11/14/2018)
11
     5    Letter of 1/2/2019 from Lanier Law  44
12        Firm to Molyneaux

13   6    Notes re: Ricardo Rimondi    53

14   7    Questionnaires, memos, and usage  56
          data
15
     8    Notes re: Joanna Ruman    59
16
17   9    ISO 22262-1    83

18   10   Chain of custody and Poye report of  84
          7/18/2018

19   11   Mineral Identification Using    99
          Electron Backscatter Diffraction
20        from Unpolished Specimens:
          Applications for Rapid Asbestos
21        Identification (Bandli and Gunter,
          2013)
22

23
24
25
        Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporter.com

---

6

1        INDEX TO EXHIBITS (Continued)

2

3    12   Scanning Electron Microscopy and    99
          Transmitted Electron Backscatter
4         Diffraction Examination of Asbestos
          Standard Reference Materials,
5         Amphibole Particles of Differing
          Morphology, and Particle Phase
6         Discrimination from Talc Ores
          (Bandli and Gunter, 2014)
7
     13   ISO 22262-2    118
8

9

10       (Original Exhibits 1 through 13 have been
     attached to the original transcript.)
11

12
13
14
15
16
17
18
19
20
21
22
23
24
25
        Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporter.com

---

7

1              (Reporter disclosure made pursuant to

2         Article 10.B. of the Rules and Regulations of

3         the Board of Court Reporting of the Judicial

09:56:48   4    Council of Georgia.)

5              WILLIAM E. LONGO, PhD,

6    having been first duly sworn, was examined and

10:28:28   7    testified as follows:

10:28:28   8              EXAMINATION

10:28:29   9    BY MR. EWALD:

10:28:29   10   Q.    Good morning, Dr. Longo.

10:28:41   11   A.    **Good morning.**

10:28:42   12   Q.    Happy New Year.

10:28:43   13   A.    **Happy New Year to you.**

10:28:45   14   Q.    Do you understand that you are here being

10:28:47   15   deposed on two separate cases, Ruman and Rimondi?

10:28:51   16   A.    **Yes, sir.**

10:28:52   17   Q.    And I will invariably mix those names up

10:28:55   18   at some point in time today, so I apologize for that

10:28:58   19   in advance.

10:28:59   20         Let's start with what you brought with you

10:29:03   21   today.

10:29:07   22   A.    **I brought all the case-specific**

10:29:10   23   **information that I was sent for Ruman and all the**

10:29:20   24   **case information sent for -- is that Ruman or**

10:29:28   25   **Rimondi?**

        Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

---

8

10:29:30   1    Q.    This is Ruman and Rimondi, actually.  The

10:29:34   2    top one's Rimondi.

10:29:36   3    A.    **Here's Ruman.  The other one is Rimondi.**

10:29:57   4    **I also was sent these documents.**

10:30:14   5    Q.    Are those the documents that are

10:30:19   6    referenced in the letter?

10:30:21   7    A.    **Yes.**

10:30:21   8    Q.    And we'll mark -- well, talk about it in a

10:30:27   9    second.

10:30:27   10   A.    **I brought the Ruman and the Rimondi**

10:30:37   11   **exposure calculations that I've been doing for both**

10:30:49   12   **plaintiffs.  And then for the amounts of talc per**

10:30:53   13   **application, I brought some J&J documents for heavy**

10:30:57   14   **users, full body users, that I base my calculations**

10:31:01   15   **on.**

10:31:08   16         **I brought along a reliance list that's up**

10:31:12   17   **to 96 now.**

10:31:17   18         MR. HORN:  96 or 97?

10:31:26   19         MR. EWALD:  97.

10:31:33   20   Q.    (By Mr. Ewald)  It does say 96 in the

10:31:36   21   folder but --

10:31:36   22   A.    **That's me.**

10:31:38   23   Q.    Okay.

10:31:39   24   A.    **I brought along the McCarthy global talc**

10:31:44   25   **exposure for estimates.  I didn't bring along the**

        Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

**101**

14:45:37 1 support that proposition?

14:46:21 2 A. I'm wrong. Here it's 1.605 to 1.660. So

14:46:27 3 you can use anything you want.

14:46:30 4 Q. What were you just looking at?

14:46:31 5 A. Oh, I'm looking at the ISO 22262-1, page

14:46:39 6 15.

14:46:42 7 Q. So does that mean you withdraw that

14:46:44 8 criticism of Dr. Sanchez?

14:46:46 9 A. I withdraw that. That's typically what

14:46:51 10 all the labs use. I misspoke when I said that it

14:46:55 11 would be the standard method.

14:46:57 12 My criticism is if you're going to try to

14:47:00 13 say there is something that is wrong about a

14:47:02 14 particular identification by PLM and you have the

14:47:04 15 same samples, use the same protocol, because you

14:47:09 16 should be able to show the differences at 1.605 to

14:47:14 17 make your point. Because as you go higher and some

14:47:18 18 of the colors that you see, from the golds to blues,

14:47:22 19 kind of start blending together for the two types.

14:47:26 20 That's what we see when we used our cummingtonite

14:47:29 21 standard and compared it to anthophyllite.

14:47:43 22 Can we take 3 minutes?

14:47:47 23 MR. EWALD: Sure.

14:47:48 24 (Recess from 2:47 p.m. to 3:02 p.m.)

15:02:04 25 Q. (By Mr. Ewald) What authority do you cite

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**102**

15:02:09 1 for the proposition that cummingtonite is regulated

15:02:13 2 asbestos?

15:02:13 3 A. Well, the one right off the top of my head

15:02:17 4 is the NIOSH Roadmap. Cummingtonite and grunerite is

15:02:30 5 a -- cummingtonite-grunerite is a regulated asbestos.

15:02:39 6 Q. Do you have a specific part of the Roadmap

15:02:43 7 in mind?

15:02:43 8 A. It's all over in there.

15:02:49 9 Q. Anything else come to mind besides NIOSH

15:02:56 10 Roadmap?

15:02:56 11 A. I can't think of anything off the top of

15:03:00 12 my head. I haven't looked further than the NIOSH

15:03:05 13 Roadmap.

15:03:05 14 Q. You make reference in your November 14th

15:03:09 15 report to fibrous talc. What do you define as

15:03:17 16 fibrous talc?

15:03:18 17 A. Anything that has parallel sides and at

15:03:21 18 least a 5:1 aspect ratio.

15:03:32 19 Q. Is it your understanding that fibrous talc

15:03:35 20 is a regulated mineral?

15:03:40 21 A. No. I know there's been some talk that

15:03:45 22 IARC classifies it as a carcinogen. I don't have any

15:03:53 23 opinion one way or the other. I'm just saying it's

15:03:55 24 there and this is the qualitative estimate of how

15:03:59 25 many is present.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**103**

15:04:05 1 Q. In your report you refer to it as a

15:04:10 2 semiquantitative estimate?

15:04:11 3 A. Yes.

15:04:12 4 Q. You just referred to it as a qualitative

15:04:17 5 estimate. Is there a difference in your mind between

15:04:19 6 those two?

15:04:19 7 A. No, not really. It's not a guess. It's

15:04:22 8 just an estimate based on the mount and four grid

15:04:27 9 openings and this is what they're seeing in the rest

15:04:30 10 of the 96 grid openings, how many they typically will

15:04:35 11 see routinely in each grid opening, and we just

15:04:39 12 validate one for each -- you know, every time we see

15:04:43 13 it.

15:04:43 14 Q. How did you decide on looking at four grid

15:04:48 15 openings?

15:04:49 16 A. To count what was in four grid openings.

15:04:53 17 Because it's not something that -- other than it's

15:04:57 18 present and this is the approximate concentration, it

15:05:01 19 didn't go any further than that.

15:05:02 20 Q. The report on page 11 refers to four grid

15:05:08 21 openings as being random. How were they randomly

15:05:12 22 selected?

15:05:12 23 A. There's no protocol for random. It's just

15:05:15 24 four in the overall analysis.

15:05:18 25 Q. Did you follow any protocol to use this

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**104**

15:05:23 1 semiquantitative estimate for fibrous talc?

15:05:25 2 A. There's no protocol for that.

15:05:38 3 Q. Let's turn back to ISO 22262-1 on page 22,

15:05:43 4 section 7.2.3.7.1, morphology. Let me know when

15:05:49 5 you're there.

15:05:50 6 A. I'm there.

15:05:56 7 Q. Now, you referenced earlier -- what is

15:05:59 8 your understanding of how many particles were

15:06:03 9 identified by MAS as bundles in the November 14th

15:06:08 10 report?

15:06:08 11 A. For PLM?

15:06:10 12 Q. For PLM.

15:06:11 13 A. They're all bundles.

15:06:13 14 Q. Do you have a sense of how many that is

15:06:16 15 for PLM?

15:06:18 16 A. They're only seeing bundles. We're only

15:06:22 17 seeing the very largest structures. So every one of

15:06:25 18 the ones that were photographed or observed were

15:06:28 19 bundles.

15:06:29 20 We're not seeing anything smaller than

15:06:31 21 these 80 to 100 to 200 micrometer bundles, and

15:06:37 22 typically nothing -- on the width nothing smaller

15:06:43 23 than about 5 to 10 micrometers.

15:06:50 24 Q. If you look there at section (c), the

15:06:59 25 (c)(1), parallel fibers occurring in bundles, my

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**105**

15:07:02 1 understanding from your previous testimony is it's
15:07:08 2 your opinion that what you were seeing -- or what the
15:07:13 3 PLM analyst was seeing were parallel fibers occurring
15:07:16 4 in bundles; is that fair?
15:07:17 5      A.      That's fair.
15:07:19 6      Q.      Are you aware of any PLM images in your
15:07:24 7 November 14th report that you interpret as showing
15:07:30 8 fiber bundles displaying splayed ends?
15:07:38 9      A.      I don't think there's any splayed ends.
15:07:40 10 There may be one or two.  That's not something that
15:07:44 11 we see with these types of asbestos, either the
15:07:48 12 tremolite series or the anthophyllite series.
15:07:51 13           The characteristics of the asbestos is
15:07:53 14 that it's not flexible.  It's brittle.  So there may
15:07:58 15 be one or two in there that has a splayed end, but
15:08:04 16 otherwise we don't see splayed ends.
15:08:08 17      Q.      Is there authority that you would cite for
15:08:11 18 the proposition that you wouldn't expect to see
15:08:14 19 splayed ends with tremolite or anthophyllite?
15:08:16 20      A.      Where are my reference documents?
15:08:31 21      Q.      There you go.
15:08:36 22      A.      If you go to the Asbestos in Ontario -
15:08:52 23 Ontario Department of Mines and Northern Affairs,
15:08:55 24 Industrial Mineral Report 36, 1971, they give the
15:09:03 25 physical characteristics of chrysotile, amosite,

**106**

15:09:08 1 crocidolite, tremolite, and anthophyllite.
15:09:10 2           When they look at tremolite-anthophyllite,
15:09:12 3 when you compare tensile strength to chrysotile,
15:09:16 4 amosite, and crocidolite, it is approximately
15:09:20 5 4,000 psi versus 80 to 90 to 100 psi.  And also it
15:09:27 6 says that they are not flexible, that they're
15:09:31 7 brittle, and that's the characteristic of that type
15:09:33 8 of asbestos.
15:09:34 9           So if you have brittle, it tells you that
15:09:38 10 it can't be flexible, and it has, quote, low tensile
15:09:44 11 strength as compared to the three primary regulated
15:09:47 12 asbestos types that are used in construction
15:09:51 13 products.  I forget what page it's on, but that's in
15:09:57 14 there.
15:09:57 15      Q.      Any other authority for that proposition
15:10:00 16 you can think of right now?
15:10:01 17      A.      I haven't researched all the different
15:10:03 18 papers out there on physical characteristics.  This
15:10:06 19 is one of the few that I've seen that actually goes
15:10:09 20 in and talks about tensile strength, flexibility, as
15:10:13 21 compared to the regulated asbestos fibers.
15:10:15 22      Q.      And was that number 36 on your --
15:10:19 23      A.      No.
15:10:19 24      Q.      I heard a reference of 36.  Which
15:10:22 25 reference number is it, just for the record?

**107**

15:10:24 1      A.      It was right in front of me a second ago.
15:10:33 2 22.
15:10:34 3      Q.      Are you aware of any authority that says
15:10:44 4 specifically you shouldn't expect to see splayed ends
15:10:51 5 in bundles of anthophyllite or tremolite under a PLM
15:10:57 6 microscope?
15:10:58 7      A.      No.
15:10:58 8      Q.      As you sit here today do you have a
15:11:11 9 specific recollection of one or two of the PLM images
15:11:18 10 displaying bundles with splayed ends, or is that kind
15:11:21 11 of a --
15:11:22 12      A.      Specific recollection, no.  I'd have to go
15:11:24 13 through each one of them.  I thought there was a
15:11:27 14 couple in there.
15:11 15      Q.      All right.
15:11:28 16      A.      At least how I read this, in order for it
15:11:30 17 to be determined to be asbestiform, it says, In
15:11:33 18 addition, observation of any of the following
15:11:36 19 characteristics for the fiber type under
15:11:39 20 consideration provides additional confirmation that
15:11:42 21 the fibers are asbestiform.  First one, parallel
15:11:46 22 fibers occurring in bundles.  Don't think it needs to
15:11:50 23 say splayed ends.  And again, that's a geological --
15:11:53 24 and fibers in forms of thin needles.
15:11:56 25      Q.      We'll get to that in a second, and I'm not

**108**

15:11:58 1 necessarily -- well, at least right now I'm not
15:12:01 2 debating whether or not -- if it has splayed ends or
15:12:04 3 not, you know, whether that's a necessary
15:12:08 4 requirement.  I'm just going to go down the list.
15:12:10 5           So the only way we're going to determine
15:12:18 6 if any of the PLM images show fiber bundles
15:12:22 7 displaying splayed ends is to go through each one;
15:12 8 fair?
15:12:26 9      A.      That's fair.
15:12:30 10      Q.      And would you expect to see splayed ends
15:12:33 11 on both sides of the bundle, or is it sufficient in
15:12:36 12 your mind to have it on just one?
15:12:38 13      A.      I wouldn't expect to see splayed ends on
15:12:41 14 any of them.  I think there's some long bundles in
15:12:44 15 there that have them, but splayed ends is not a
15:12:49 16 characteristic, in my opinion, of either tremolite or
15:12:51 17 anthophyllite on these accessory minerals.
15:12:54 18           Now, there is one mine of anthophyllite, I
15:12:56 19 think it's in Finland, that was used in one product.
15:12:59 20 That is very fibrous.  That's a different
15:13:02 21 characteristic.  They may have splayed ends.  I don't
15:13:05 22 know.  I'd have to get a sample of it.
15:13:13 23      Q.      What is your basis for concluding that
15:13:16 24 that type of anthophyllite is different in basic
15:13:20 25 fibrosity, I guess, than the kind that you believe

**109**

15:13:24 1 you're finding in J&J talc?

15:13:29 2     A.    That's an actual asbestos mine for

15:13:32 3 anthophyllite, and it was used in a product called

15:13:35 4 Haveg, which was a plastic pipe composite used in

15:13:41 5 chemical industries in some cases where they had to

15:13:45 6 have resistance to acid. The companion product to

15:13:49 7 that made by a different company is Bondstrand or

15:13:52 8 Ameron. They only used crocidolite, and Haveg used

15:14:00 9 both. But from the documentation, that source is

15:14:05 10 from Finland, and Finland does have the only

15:14:08 11 anthophyllite mine I'm aware of -- or had. That's

15:14:12 12 the only product that was ever used in the United

15:14:15 13 States with anthophyllite.

15:14:16 14       That is a lot more fibrous. Since it is

15:14:21 15 mined and they were mining it, that had more of a

15:14:24 16 geological type fibrosity. It's not what you see in

15:14:30 17 accessory minerals for these talc mines here in this

15:14:33 18 country.

15:14:34 19     Q.    And I guess what I'm asking is what are

15:14:44 20 you relying on for your conclusion that the

15:14:48 21 anthophyllite in Finland is different in kind than

15:14:51 22 the accessory mineral that you're identifying in

15:14:54 23 Johnson & Johnson talc?

15:14:57 24     A.    I don't have anything. I'm just making

15:15:02 25 the assumption that since it was a commercial mine,

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**110**

15:15:04 1 it was used in one product. They would tend to be

15:15:09 2 looking at your typical geological definitions of

15:15:12 3 that. I have not seen a sample of it. I'm just

15:15:15 4 making an observation, since it's mined, a commercial

15:15:22 5 entity.

15:15:24 6     Q.    So we talked about section (c)(1) and

15:15:27 7 (c)(2). As you were referencing a little bit

15:15:33 8 earlier, (c)(3) refers to fibers in the form of thin

15:15:36 9 needles.

15:15:39 10       Do you have an understanding as to whether

15:15:42 11 any of the PLM images in your November 14, 2018,

15:15:47 12 report show fibers in the form of thin needles?

15:15:55 13     A.    It's unclear about the needle part of

15:15:58 14 that, but the fibers in those bundles are typically

15:16:02 15 half a micron in diameter. And the overall -- if you

15:16:08 16 take one of the bundles and look at the individual

15:16:13 17 fibers and measure them, I don't think I have found

15:16:18 18 any where the average is less than, you know, 1 to

15:16:24 19 30 -- I mean, 30:1, 40:1. Some of those bundles have

15:16:29 20 as high as 200:1.

15:16:31 21       I think in most of the PLM that has been

15:16:35 22 done over time, even with the R-93, people are using

15:16:40 23 aspect ratios of the bundle itself, the width of the

15:16:45 24 bundle, and that's improper. Even the R-93 tells you

15:16:48 25 do not measure the width of the bundle. Measure the

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**111**

15:16:52 1 individual fibers in the bundle.

15:16:53 2     Q.    So I want to ask you about that, because

15:16:57 3 your November 14th report reports out aspect ratio of

15:17:04 4 the bundle; correct?

15:17:05 5     A.    For the TEM.

15:17:07 6     Q.    Okay.

15:17:08 7     A.    The TEM, you measure the width of the

15:17:11 8 bundle. That's the protocol.

15:17:12 9     Q.    Okay.

15:17:12 10     A.    PLM, you measure the width of the

15:17:15 11 individual fibers.

15:17:15 12     Q.    And does your report reflect the

15:17:22 13 measurements of the individual fibers under PLM?

15:17:25 14     A.    No.

15:17:27 15     Q.    So is there any way for me to,

15:17:41 16 essentially, know what MAS contends are the

15:17:44 17 individual aspect ratios of the fibers in what you

15:17:48 18 are calling bundles in the November 14th report?

15:17:53 19     A.    You couldn't look it up as any individual

15:17:58 20 analysis, but you can take the photographs and the

15:18:01 21 cross polars and you can see the individual

15:18:06 22 striations. One can take a simple millimeter ruler,

15:18:11 23 measure the width, measure the length, and do the

15:18:16 24 math.

15:18:17 25       I did not do that here, but I'll probably

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**112**

15:18:19 1 have another column in the supplement if I have time

15:18:22 2 to actually sit down and go through the average

15:18:28 3 aspect ratio of the fibers and the bundles.

15:18:34 4     Q.    So absent that, if you do that, the only

15:18:36 5 way for us to know what your opinion is as to the

15:18:39 6 aspect ratio for individual fibers that you are

15:18:42 7 identifying within a bundle is to go through each PLM

15:18:48 8 image and get your opinion on that; is that fair?

15:18:50 9     A.    That's fair.

15:18:58 10     Q.    Then we go to (c)(4), matted masses of

15:19:05 11 individual fibers. Are you aware of any instances of

15:19:12 12 matted masses of individual fibers with the PLM

15:19:15 13 images in your November 14th report?

15:19:19 14     A.    No. That only applies to regulated

15:19:24 15 asbestos that's used in products. You're not going

15:19:25 16 to see that in any of these samples. They're just

15:19:32 17 individual bundles. You're not going to see big

15:19:35 18 matted fibers like you do with a product that has

15:19:38 19 chrysotile in it or amosite in it or crocidolite in

15:19:42 20 it. That's a geological definition.

15:19:50 21     Q.    Is there any authority that you would cite

15:19:53 22 to support that statement you just made?

15:19:58 23     A.    Any asbestiform definition for any of the

15:20:03 24 mines that -- it's a geological definition. It is

15:20:09 25 not something you would see, and it's not a

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

129

| | |
|---|---|
| 15:57:24 1 | asbestos, and that would be more accurate for the |
| 15:57:26 2 | detection limit for weight percent. |
| 15:57:28 3 | I don't mean to be thinking out loud, but |
| 15:57:30 4 | I think in the supplement report that's something we |
| 15:57:33 5 | can do. That way you're not picking something. You |
| 15:57:39 6 | say, okay, for this I measured 60 or 70 asbestos |
| 15:57:43 7 | structures and it came from the Vermont mine and |
| 15:57:46 8 | here's the average length and width, so I'm going to |
| 15:57:49 9 | use that for the analytical sensitivity. |
| 15:57:52 10 | I don't mean to come up with an idea |
| 15:57:54 11 | sitting here. |
| 15:57:56 12 | MR. HORN: Just created more work. |
| 15:57:58 13 | THE WITNESS: It's the nerd in me, I |
| 15:58:01 14 | guess. |
| 15:58:02 15 | Q.    (By Mr. Horn)  And just so it's clear for |
| 15:58:04 16 | the record, the analytical sensitivity, when you use |
| 15:58:09 17 | it with a weight percentage, is that just dictated by |
| 15:58:12 18 | the protocol that you're using?  Or when would you |
| 15:58:15 19 | use that versus something else? |
| 15:58:16 20 | A.    Well, most of these protocols call for a |
| 15:58:18 21 | weight percent.  But in order to have a weight |
| 15:58:20 22 | percent, you have to count all the number of fibers |
| 15:58:22 23 | and structures that are in there.  So it's literally |
| 15:58:26 24 | how you report it. |
| 15:58:27 25 | Nothing changes how you collect the data. |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

130

| | |
|---|---|
| 15:58:30 1 | So any of these TEM count sheets, you would take the |
| 15:58:34 2 | average length and width of everything in there for |
| 15:58:38 3 | these weight percents that we have reported. |
| 15:58:41 4 | For example, Table 4, we found a |
| 15:58:45 5 | concentration of 53,000 asbestos structures per gram. |
| 15:58:51 6 | That number of fibers that made that 53,000 is the |
| 15:58:55 7 | same number of fibers that you would do the exact |
| 15:58:58 8 | same calculations.  Instead of fibers per gram, it's |
| 15:59:03 9 | going through and measuring every length, every |
| 15:59:08 10 | width, and typically they end up in picograms of some |
| 15:59:13 11 | amount, and that's added all up, and then you go |
| 15:59:16 12 | through the exact same calculations that you go |
| 15:59:18 13 | through to determine how many fibers or bundles per |
| 15:59:21 14 | gram.  It's just the way they express the data. |
| 15:59:24 15 | In my opinion, it is better to have fibers |
| 15:59:27 16 | and bundles per gram, because if you measure an |
| 15:59:31 17 | exposure, it's always fibers per cubic centimeter of |
| 15:59:37 18 | air.  It's not weight percent of a cubic centimeter |
| 15:59:40 19 | of air.  That's been shown to be completely |
| 15:59:43 20 | inaccurate, and it doesn't tell you anything about |
| 15:59:45 21 | your potential exposure. |
| 15:59:46 22 | That's why I believe the fibers per gram |
| 15:59:50 23 | or fiber bundles per gram is important, because it |
| 15:59:53 24 | gives you some idea of the potential for exposure |
| 15:59:56 25 | when measuring fibers per cc. |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

131

| | |
|---|---|
| 15:59:57 1 | MR. HORN:  That's all I have. |
| 16:00:02 2 | MR. EWALD:  I'm just going to put on the |
| 16:00:03 3 | record, Ethan, I just haven't seen the letter or |
| 16:00:07 4 | the back and forth you referenced about Leavitt. |
| 16:00:09 5 | I don't need to reserve any rights, but I'm not |
| 16:00:12 6 | familiar with it so I just wanted to make note |
| 16:00:15 7 | of it in case people take issue with it. |
| 16:00:20 8 | MR. HORN:  We sent a link out that |
| 16:00:23 9 | contained a lot of materials, and it's tucked in |
| 16:00:26 10 | there. |
| 16:00:29 11 | MR. EWALD:  All right. |
| 16:00:30 12 | MR. HORN:  Before we go, let me just email |
| 16:00:33 13 | it to both of you. |
| 16:07:06 14 | (Deposition concluded at 4:00 p.m.) |
| 15 | (Pursuant to Rule 30(e) of the Federal |
| 16 | Rules of Civil Procedure and/or OCGA 9-11-30(e), |
| 17 | signature of the witness has been reserved.) |
| 18 | (Original transcript sent to McCarter & |
| 19 | English, LLP.) |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

132

| | |
|---|---|
| 1 | C E R T I F I C A T E |
| 2 | |
| 3 | STATE OF GEORGIA: |
| 4 | COUNTY OF GWINNETT: |
| 5 | |
| 6 | I hereby certify that the foregoing |
| 7 | transcript was taken down, as stated in the |
| 8 | caption, and the questions and answers thereto |
| 9 | were reduced to typewriting under my direction; |
| 10 | that the foregoing pages 1 through 131 represent |
| 11 | a true, complete, and correct transcript of the |
| 12 | evidence given upon said hearing, and I further |
| 13 | certify that I am not of kin or counsel to the |
| 14 | parties in the case; am not in the regular |
| 15 | employ of counsel for any of said parties; nor |
| 16 | am I in anywise interested in the result of said |
| 17 | case. |
| 18 | This, the 10th day of January 2019. |
| 19 | |
| 20 | _____ |
| | DEBRA R. LUTHER, B-881 |
| 21 | Georgia Certified Court Reporter |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**133**

```
 1      COURT REPORTER DISCLOSURE

 2

 3      Pursuant to Article 10.B. of the Rules and
        Regulations of the Board of Court Reporting of the
        Judicial Council of Georgia which states: "Each court
 4      reporter shall tender a disclosure form at the time
        of the taking of the deposition stating the
 5      arrangements made for the reporting services of the
        certified court reporter, by the certified court
 6      reporter, the court reporter's employer, or the
        referral source for the deposition, with any party to
 7      the litigation, counsel to the parties or other
        entity.  Such form shall be attached to the
 8      deposition transcript," I make the following
        disclosure:
 9
        I am a Georgia Certified Court Reporter.  I am
10      here as a representative of Atlanta Reporters, Inc.
        Atlanta Reporters was contacted by McCarter & English
11      to provide court reporting services for the
        deposition.  Atlanta Reporters will not be taking
12      this deposition under any contract that is prohibited
        by OCGA 15-14-37(a) and (b).
13
        Atlanta Reporters has no contract/agreement to
14      provide reporting services with any party to the
        case, any counsel in the case, or any reporter or
15      reporting agency from whom a referral might have been
        made to cover this deposition.  Atlanta Reporters
16      will charge its usual and customary rates to all
        parties in the case, and a financial discount will
17      not be given to any party to this litigation.

18

19

20      _____
        DEBRA R. LUTHER, B-881
21      Georgia Certified Court Reporter

22
23
24
25
        Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com
```

**134**

```
 1      DEPOSITION OF WILLIAM E. LONGO, PhD /DRL

 2      I do hereby certify that I have read all
        questions propounded to me and all answers given by
 3      me on the 7th day of January 2019, taken before
        Debra R. Luther, and that:

 4      _____ 1)  There are no changes noted.
 5      _____ 2)  The following changes are noted:

 6      Pursuant to Rule 30(e) of the Federal Rules of
        Civil Procedure and/or the Official Code of Georgia
 7      Annotated 9-11-30(e), both of which read in part:
        Any changes in form or substance which you desire to
 8      make shall be entered upon the deposition...with a
        statement of the reasons given...for making them.
 9      Accordingly, to assist you in effecting corrections,
        please use the form below:

10
11      Page No. _____ Line No. _____ should read: _____
12      Page No. _____ Line No. _____ should read: _____
13      Page No. _____ Line No. _____ should read: _____
14      Page No. _____ Line No. _____ should read: _____
15      Page No. _____ Line No. _____ should read: _____
16      Page No. _____ Line No. _____ should read: _____
17      Page No. _____ Line No. _____ should read: _____
18      Page No. _____ Line No. _____ should read: _____
19      Page No. _____ Line No. _____ should read: _____
20      Page No. _____ Line No. _____ should read: _____
21      Page No. _____ Line No. _____ should read: _____
22      Page No. _____ Line No. _____ should read: _____
23      Page No. _____ Line No. _____ should read: _____
24
25      Page No. _____ Line No. _____ should read: _____

        Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com
```

**135**

```
 1      DEPOSITION OF WILLIAM E. LONGO, PhD /DRL
 2      Page No. _____ Line No. _____ should read: _____
 3      Page No. _____ Line No. _____ should read: _____
 4
 5      Page No. _____ Line No. _____ should read: _____
 6      Page No. _____ Line No. _____ should read: _____
 7
 8      Page No. _____ Line No. _____ should read: _____
 9      Page No. _____ Line No. _____ should read: _____
10
11      Page No. _____ Line No. _____ should read: _____
12      Page No. _____ Line No. _____ should read: _____
13
14      If supplemental or additional pages are necessary,
15      please furnish same in typewriting annexed to this
        deposition.
16
17
18      _____
        WILLIAM E. LONGO, PhD
19      Sworn to and subscribed before me,
20      This, the _____ day of _____ 20____.
21
22      _____
        Notary Public
23      My commission expires: _____
24
25

        Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com
```