# EXHIBIT E37

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**FOR THE COUNTY OF LOS ANGELES**

KIRK VON SALZEN and )
JANET VON SALZEN, )
          )
          Plaintiffs, )
          )
     vs.     )
          ) Case No. JCCP 4674/
AMERICAN INTERNATIONAL ) BC680576
INDUSTRIES INC. (sued )
individually and as )
successor to PINAUD, INC., )
BARBARA ALICE, INC., ED )
PINAUD, INC. d/b/a ED. )
PINAUD, and NESTLE-LE MUR )
COMPANY); et al., )
          )
          Defendants. )
_____ )

DEPOSITION OF

WILLIAM E. LONGO, PhD

June 27, 2018

11:28 a.m.

11555 Medlock Bridge Road, Suite 100
Johns Creek, Georgia

Debra R. Luther, RMR, CRR, CCR-B-881
Atlanta Reporters, Inc.
Georgia Certified Court Reporters
(866) 344-0459
www.atlanta-reporters.com

---

**APPEARANCES OF COUNSEL**

On behalf of the Plaintiffs:

STUART J. PURDY, Esq.
Simon Greenstone Panatier, PC
3780 Kilroy Airport Way
Suite 540
Long Beach, California  90806
spurdy@sgptrial.com

On behalf of the Defendant
Johnson & Johnson and
Johnson & Johnson Consumer Inc.:

ALEXANDER G. CALFO, Esq.
King & Spalding, LLP
633 West Fifth Street
Suite 1700
Los Angeles, California  90071
acalfo@kslaw.com

On behalf of the Defendants
Imerys Talc America, Inc.:

FREDERIC W. NORRIS, Esq.
Dentons US, LLP
601 South Figueroa Street
Suite 2500
Los Angeles, California  90017-5704
rick.norris@dentons.com

On behalf of the Defendant
Shulton, Inc.:

JOHN D. COSMICH, Esq.
Cosmich, Simmons & Brown, PLLC
One Eastover Center, Suite 200
100 Vision Drive
Jackson, Mississippi  39211
cos@cs-law.com
(Appearance by telephone)

Also Present:
Mr. Connor Scott (via telephone)

---

**INDEX TO EXAMINATIONS**

| Examination | Page |
|---|---|
| Examination by Mr. Norris | 5 |
| Examination by Mr. Calfo | 113 |
| Further Examination by Mr. Norris | 177 |

- - -

(Original Exhibits 1 through 7 and 9 through 12 have been attached to the original transcript.  Exhibit 8 was not provided to court reporter at time of production.)

---

**INDEX TO EXHIBITS**

| Defendant's Exhibit | Description | Page |
|---|---|---|
| 1 | Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Notice of Taking Depositions of Plaintiffs' Expert Witnesses and Requests for Production of Documents | 5 |
| 2 | Letter of 6/18/2018 from Romano to Kagan | 5 |
| 3 | Notes by Dr. Longo | 5 |
| 4 | Letter of 6/7/2018 from Jenna Sanchez to Dr. Longo | 6 |
| 5 | Argonaut Fact Sheet | 29 |
| 6 | Luzenac America Technical Report, Analysis of Fibrous Material from Argonaut Waste Rock | 29 |
| 7 | PLM and XRD Analysis of 26 Johnson & Johnson Talc Samples, by Lee Poye of J3 Resources, 2/8/2018 | 32 |
| 8 | QC reports | 43 |
| 9 | Amphibole Content of Cosmetic and Pharmaceutical Talcs (Blount, 1991) | 50 |
| 10 | Detection and Quantification of Asbestos and Other Trace Minerals (Blount, 1990) | 54 |
| 11 | Occupational Exposure to Asbestos, Tremolite, Anthophyllite, and Actinolite (OSHA, 1992) | 99 |
| 12 | Excerpt from report for test samples M66352-001 and M66352-002 | 181 |

## 149

16:45:35 1 organization, the ones that did this analysis?

16:45:37 2     A.   I have testified about that in the past.

16:45:38 3 But I've also -- you know, since I started reviewing

16:45:42 4 Johnson & Johnson documents, I see that 1977 letter

16:45:47 5 that Ian Stewart sent to the Cosmetic -- I can't

16:45:53 6 remember all the acronyms -- that they never found

16:45:56 7 asbestos in one sample.  And that's just not true.

16:45:58 8 They have samples where they found asbestos in them.

16:46:01 9 So I'm absolutely -- Walter McCrone was the guy for

16:46:06 10 optical microscopy.

16:46:07 11     Q.   But haven't you testified in the past --

16:46:10 12 and if I'm not remembering this correctly, let me

16:46:13 13 know.

16:46:13 14          But even to this day you've testified that

16:46:18 15 Walter McCrone's group, that the same group that

16:46:22 16 analyzed this talc, same company, is still a

16:46:25 17 top-notch organization?

16:46:28 18     A.   I'm not sure you've heard my testimony

16:46:31 19 lately in trial because I've been critical now of

16:46:34 20 McCrone through that, especially when I see things

16:46:37 21 like leaving data out where they found .05 percent.

16:46:42 22     And I have the utmost respect for

16:46:46 23 Dr. Walter McCrone, but he wasn't involved in the

16:46:48 24 day-to-day operations over at McCrone Associates.

16:46:51 25     Q.   Okay.  So let me ask you this, because the

## 150

16:46:54 1 jury hears this when you say it.  You're not saying

16:47:00 2 or suggesting that Ian Stewart is a liar, are you?

16:47:05 3     A.   I don't know what was in Ian Stewart's

16:47:09 4 mind.  I got asked that at trial.  He may really

16:47:12 5 believe that.  But I've seen the documents that

16:47:15 6 dispute what he said in that letter.

16:47:20 7          You know, don't ask me what I think about

16:47:23 8 it now.  I can't say that Ian Stewart was a liar or

16:47:27 9 not.  I don't know what he was thinking or what he

16:47:30 10 knew about the tests that were being done under his

16:47:33 11 management.

16:47:34 12     Q.   You're not suggesting to the jury that the

16:47:38 13 McCrone organization that James Millette was involved

16:47:42 14 in, Walter McCrone and Ian Stewart 30 to 40 years

16:47:48 15 ago, you're not suggesting that they didn't want to

16:47:50 16 do their job correctly, are you?

16:47:52 17     A.   Again, you're asking me to opine about

16:47:55 18 what is in somebody's mind.  Here's the only thing I

16:47:58 19 can say.  The 1977 letter about never finding

16:48:01 20 asbestos is not true.

16:48:03 21     Q.   Okay.

16:48:04 22     A.   Why that was done or what was in Ian

16:48:08 23 Stewart's mind, I can't testify about.

16:48:14 24     Q.   You're not suggesting that somehow Walter

16:48:21 25 McCrone's group conspired to sell talc with asbestos

## 151

16:48:25 1 in it with the manufacturers, are you?

16:48:29 2     A.   I don't know what -- the reason behind Ian

16:48:34 3 Stewart's letter.  And Walter McCrone's group at that

16:48:37 4 time was over at the Research Institute, so it's not

16:48:40 5 really something he was over and involved in on

16:48:44 6 management day-to-day operations.  He was teaching.

16:48:47 7 He was, you know, one of the best PLM schools in the

16:48:52 8 country.

16:48:52 9          I don't know why Ian Stewart wrote that

16:48:56 10 letter when McCrone had data that said there was

16:48:58 11 asbestos in those samples.

16:49:01 12     Q.   So you're talking about the 1987 McCrone

16:49:05 13 letter to Armstrong World Industries, the 1987 one;

16:49:10 14 right?

16:49:10 15     A.   And the 1977 letter to the Cosmetic --

16:49:15 16 what is the acronym?

16:49:17 17          MR. PURDY:  CTFA.

16:49:19 18     (By Mr. Calfo)  CTFA.

16:49:21 19     A.   CTFA.

16:49:22 20     Q.   So the part that you're saying is wrong is

16:49:24 21 where McCrone vice president Ian Stewart said the

16:49:30 22 Illinois EPA wrote to Windsor Minerals to the effect

16:49:35 23 that they were satisfied that Windsor's product is

16:49:39 24 free of asbestos, that has always been our opinion

16:49:42 25 and continues to be our opinion based on over 15

## 152

16:49:45 1 years of closely examining this product.

16:49:47 2          That's what you were referring to in the

16:49:48 3 1987 letter; right?

16:49:50 4     A.   Correct.

16:49:50 5     Q.   And that's the one where we've heard you

16:49:53 6 testify and you get asked all the time about James

16:49:57 7 Millette being cc'd; right?

16:49:59 8     A.   Correct.

16:49:59 9     Q.   So would you agree with me that you have

16:50:05 10 testified that as of the 1970s and 1980s, that the

16:50:14 11 McCrone where James Millette was vice president and

16:50:19 12 had managed the lab, that that group was a top-notch

16:50:26 13 research organization at that time?

16:50:26 14     A.   I have stated it.

16:50:27 15     Q.   So let me ask you this, Dr. McCrone.

16:50:35 16 You're not --

16:50:35 17          MR. PURDY:  Dr. Longo.

16:50:36 18     Q.   (By Mr. Calfo)  I'm sorry.

16:50:38 19          Dr. Longo, you're not accusing James

16:50:41 20 Millette or Ian Stewart or the other folks at McCrone

16:50:45 21 from that top-notch organization at the time of

16:50:50 22 conspiring to sell talc with asbestos in it, are you?

16:50:55 23     A.   Again, I don't know what they were

16:50:57 24 thinking.  It's my opinion those two letters are not

16:51:05 25 true.  You have data showing that there was asbestos

---

**153**

16:51:09 1  found, and you have also -- so they don't correspond.

16:51:18 2      That's all I'm saying is -- I can't say

16:51:21 3  what they were thinking, their mind, or they were

16:51:26 4  involved in a conspiracy to expose babies to

16:51:29 5  asbestos.  I was just looking at the letter that I'm

16:51:32 6  shown on cross-examination when I also know there's

16:51:35 7  data that makes that letter not valid.

16:51:38 8      Q.    Here's another question that I've been

16:51:40 9  thinking about.

16:51:42 10     James Millette, between you and

16:51:45 11 Dr. Compton, have testified that he's a reliable

16:51:48 12 person, he's an honest person, and you would agree

16:51:50 13 with that, wouldn't you?

16:51:52 14     **A.    I have the highest respect for**

16:51:54 15 **Dr. Millette.**  We have collaborated together, and

16:51:56 16 we've also been on opposite sides.  So I don't agree

16:51:59 17 with everything he does, and if -- you know,

16:52:04 18 Dr. Millette needs to be asked, you know, how much

16:52:07 19 involvement did he have with that as vice president.

16:52:10 20 I don't know.  I'm just trying to reconcile the

16:52:13 21 letter and the data.

16:52:14 22     Q.    But you would agree with me that someone

16:52:17 23 like Dr. Millette is not the kind of guy that would

16:52:20 24 knowingly allow test results to be fudged so that

16:52:27 25 they were concluding there was no asbestos in the

---

**154**

16:52:31 1  baby powder when in fact there was?  You're not

16:52:37 2  saying that they would do that, are you?

16:52:39 3      MR. PURDY:  Objection.  Compound, vague,

16:52:42 4  and ambiguous, calls for speculation.

16:52:42 5      THE WITNESS:  I can't testify about what

16:52:44 6  people are thinking or not thinking.  I'm just

16:52:46 7  looking at data and dates.

16:52:50 8      Q.    (By Mr. Calfo)  You know, Dr. Millette

16:52:53 9  also was involved in the actual analysis of the talc

16:52:57 10 used by Johnson & Johnson.  You know that; right?

16:53:02 11     **A.    I haven't seen his name on any of the**

16:53:05 12 **reports.**

16:53:06 13     **And again, it wasn't Dr. Millette who**

16:53:09 14 **wrote that letter.  I don't know what the mindset of**

16:53:17 15 **any of these folks are.  I'm just looking at letter,**

16:53:20 16 **data.**

16:53:21 17     Q.    Let me ask you this.  Have you ever

16:53:22 18 thought to yourself, whether it's at home or in the

16:53:24 19 shower or whatever, you know, Ian Stewart, even

16:53:26 20 though I don't agree with him all the time, when he

16:53:29 21 wrote that letter, he went so far as to cc

16:53:32 22 Dr. Millette to ensure he had it?  Did that ever pop

16:53:37 23 into your mind?

16:53:38 24     MR. PURDY:  How could he possibly know --

16:53:40 25 how could Dr. Longo sit here today and possibly

---

**155**

16:53:41 1  know that he cc'd Millette to ensure he got it?

16:53:44 2      I mean --

16:53:46 3      Q.    (By Mr. Calfo)  Well, here's why I'm

16:53:48 4  asking that, because I heard you criticize Ian

16:53:53 5  Stewart at trial.  So why do you --

16:53:56 6      MR. PURDY:  He stated why he criticizes

16:53:56 7  Ian Stewart.  Ian Stewart has positive tests

16:53:58 8  that he knows about, and then he sends the

16:54:00 9  letter saying there aren't positive tests.  It

16:54:02 10 couldn't be any clearer what the trial testimony

16:54:04 11 has been, and it's not changing today.

16:54:06 12     MR. CALFO:  I know, but the problem I

16:54:08 13 have -- and I don't want to have a debate about

16:54:10 14 it -- is Dr. Longo knows what Dr. Stewart knows,

16:54:12 15 and then he says he doesn't know whatever anyone

16:54:16 16 else knows.  So I think I'm entitled to ask the

16:54:17 17 question.  If he can't answer it --

16:54:18 18     MR. PURDY:  What's the question?  Do you

16:54:19 19 know what Dr. Millette knows?

16:54:23 20     MR. CALFO:  No.

16:54:23 21     Q.    (By Mr. Calfo)  Have you ever thought why

16:54:25 22 Dr. Millette was cc'd on that letter if it was wrong?

16:54:28 23     **A.    No.  And I haven't even criticized Ian**

16:54:31 24 **Stewart to say anything like I know he's lying.  I**

16:54:34 25 **just said I don't know what Ian Stewart is thinking.**

---

**156**

16:54:38 1      **They are a good lab, but I'm having some**

16:54:41 2  **issues about that.  And when I'm shown that letter**

16:54:46 3  **and say, look, you say McCrone is the best**

16:54:48 4  **organization in the world and they're saying they**

16:54:51 5  **have never found any asbestos, irrespective of the**

16:54:54 6  **data they have that did show asbestos.**

16:54:58 7      Q.    In all your work in the last couple years

16:55:00 8  on cosmetic talc have you you ever seen a letter

16:55:03 9  or anything that Dr. Millette authored that actually

16:55:09 10 references to Johnson & Johnson, hey, don't use this

16:55:12 11 talc because you're going to expose people to

16:55:16 12 asbestos?  Did you ever see any letter like that?

16:55:18 13     MR. PURDY:  Objection.  Assumes

16:55:20 14 Dr. Millette tested Johnson & Johnson.  Lacks

16:55:22 15 foundation, calls for speculation.

16:55:23 16     THE WITNESS:  I have not seen a letter

16:55:24 17 like that, no.

16:55:25 18     Q.    (By Mr. Calfo)  You know Dr. Millette was

16:55:28 19 manager in laboratory services at McCrone during the

16:55:33 20 time period they tested the Vermont talc?

16:55:35 21     **A.    In Atlanta, that's correct, he was**

16:55:43 22 **manager, and Richard Hatfield was the manager of the**

16:55:45 23 **overall lab.**

16:55:46 24     Q.    And you know Dr. Millette was also vice

16:55:49 25 president and general manager of McCrone when the

---

**185**

1  C E R T I F I C A T E

2

3  STATE OF GEORGIA:

4  COUNTY OF GWINNETT:

5

6      I hereby certify that the foregoing

7  transcript was taken down, as stated in the

8  caption, and the questions and answers thereto

9  were reduced to typewriting under my direction;

10  that the foregoing pages 1 through 184 represent

11  a true, complete, and correct transcript of the

12  evidence given upon said hearing, and I further

13  certify that I am not of kin or counsel to the

14  parties in the case; am not in the regular

15  employ of counsel for any of said parties; nor

16  am I in anywise interested in the result of said

17  case.

18      This, the 6th day of July 2018.

19

20      _____

21  DEBRA R. LUTHER, B-881
    Georgia Certified Court Reporter

22

23

24

25

Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com

---

**186**

1  COURT REPORTER DISCLOSURE

2

3      Pursuant to Article 10.B. of the Rules and
    Regulations of the Board of Court Reporting of the

4  Judicial Council of Georgia which states: "Each court
    reporter shall tender a disclosure form at the time

5  of the taking of the deposition stating the
    arrangements made for the reporting services of the

6  certified court reporter, by the certified court
    reporter, the court reporter's employer, or the

7  referral source for the deposition, with any party to
    the litigation, counsel to the parties or other

8  entity.  Such form shall be attached to the
    deposition transcript," I make the following

9  disclosure:

10      I am a Georgia Certified Court Reporter.  I am
    here as a representative of Atlanta Reporters, Inc.

11  Atlanta Reporters was contacted by King & Spalding,
    LLP, to provide court reporting services for the

12  deposition.  Atlanta Reporters will not be taking
    this deposition under any contract that is prohibited

13  by OCGA 15-14-37(a) and (b).

14      Atlanta Reporters has no contract/agreement to
    provide reporting services with any party to the

15  case, any counsel in the case, or any reporter or
    reporting agency from whom a referral might have been

16  made to cover this deposition.  Atlanta Reporters
    will charge its usual and customary rates to all

17  parties in the case, and a financial discount will
    not be given to any party to this litigation.

18

19

20      _____
21  DEBRA R. LUTHER, B-881
    Georgia Certified Court Reporter

22
23
24
25

Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com

---

**187**

DEPOSITION OF WILLIAM E. LONGO, PhD /DRL

2      I do hereby certify that I have read all
    questions propounded to me and all answers given by

3  me on the 27th day of June 2018, taken before
    Debra R. Luther, and that:

4      _____ 1)  There are no changes noted.

5      _____ 2)  The following changes are noted:

6      Pursuant to Rule 30(e) of the Federal Rules of
    Civil Procedure and/or the Official Code of Georgia

7  Annotated 9-11-30(e), both of which read in part:
    Any changes in form or substance which you desire to

8  make shall be entered upon the deposition...with a
    statement of the reasons given...for making them.

9  Accordingly, to assist you in effecting corrections,
    please use the form below:

10

11  Page No. _____ Line No. _____ should read: _____

12  _____

13  Page No. _____ Line No. _____ should read: _____

14  _____

15

16  Page No. _____ Line No. _____ should read: _____

17  _____

18

19  Page No. _____ Line No. _____ should read: _____

20  _____

21

22  Page No. _____ Line No. _____ should read: _____

23  _____

24

25  Page No. _____ Line No. _____ should read: _____

Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com

---

**188**

DEPOSITION OF WILLIAM E. LONGO, PhD /DRL

2  Page No. _____ Line No. _____ should read: _____

3  Page No. _____ Line No. _____ should read: _____

5  Page No. _____ Line No. _____ should read: _____

7  Page No. _____ Line No. _____ should read: _____

9  Page No. _____ Line No. _____ should read: _____

11  Page No. _____ Line No. _____ should read: _____

13

14  If supplemental or additional pages are necessary,

15  please furnish same in typewriting annexed to this
    deposition.

16

17

18      _____
19  WILLIAM E. LONGO, PhD

20  Sworn to and subscribed before me,

    This, the _____ day of _____ 20_____.

21

22  Notary Public
    My commission expires: _____

23

24

25

Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com