# EXHIBIT I4

**COMPLETE LIST OF MATERIALS REVIEWED AND CONSIDERED BY**
**H. NADIA MOORE, PH.D., DABT, ERT**

As of April 3, 2019

Abelmann, A., Glynn, M.E., Pierce, J.S., et al. Historical ambient airborne asbestos concentrations in the United States - an analysis of published and unpublished literature (1960s-2000s). Inhal Toxicol. 27(14):754-66, 2015.

ACGIH. Asbestos, All Forms. In: Documentation of the Threshold Limit Values and Biological Exposure Indices. Cincinnati, OH 2001.

Acheson, E.D., Gardner, M.J., Pippard, E.C. and Grime, L.P. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. Br J Ind Med. 39(4):344-48, 1982.

Ames, B. and Gold, L.S. Holiday Dinner Menu. New York: American Council on Science and Health (ACSH), 2004.

Ames, B.N. and Gold, L.S. Too many rodent carcinogens: mitogenesis increases mutagenesis. Science, 249(4972):970-971, 1990

Anderson, E.L., Sheehan, P.J., Kalmes, R.M. and Griffin, J.R. Assessment of Health Risk from Historical Use of Cosmetic Talcum Powder. Risk Analysis.1-12, 2016.

Api, A.M. Toxicological profile of diethyl phthalate: a vehicle for fragrance and cosmetic ingredients. Food Chem Toxicol. 39(2):97-108, 2001.

Api, A.M., Belsito, D., Bhatia, S., et al. RIFM fragrance ingredient safety assessment, Eugenol, CAS Registry Number 97-53-0. Food Chem Toxicol. 97S:S25-S37, 2016.

Api, A.M., Belsito, D., Bruze, M., et al. Criteria for the Research Institute for Fragrance Materials, Inc. (RIFM) safety evaluation process for fragrance ingredients. Food Chem Toxicol. 82S:S1-S19, 2015.

ATSDR. Minimal Risk Levels (MRLs) for Hazardous Substances. Last updated 08/02/2018. Available from: https://www.atsdr.cdc.gov/mrls/mrllist.asp.

ATSDR. Toxicological Profile for Chromium. Atlanta, GA. US DHHS, Public Health Service, September, 2012.

ATSDR. Toxicological profile for Cobalt. Atlanta, GA. US DHHS, Public Health Service, April, 2004.

ATSDR. Toxicological Profile for Cresols. Atlanta, GA. US DHHS, Public Health Service, September, 2008.

ATSDR. Toxicological Profile for Nickel. Atlanta, GA. US DHHS, Public Health Service, August, 2005.

Australian Ovarian Cancer Study Group the African American Cancer Epidemiology Study the Ovarian Cancer Association Consortium, Peres L., et al. Racial/ethnic differences in the epidemiology of ovarian cancer: a pooled analysis of 12 case-control studies. International Journal of Epidemiology. 47(2):460-72, 2017.

Aylott, R.I., Byrne, G.A., Middleton, J.D. and Roberts, M.E. Normal use levels of respirable cosmetic talc: preliminary study. Int J Cosmet Sci. 1(3):177-86, 1979.

Bafna, S., Kaur, S. and Batra, S.K. Membrane-bound mucins: the mechanistic basis for alterations in the growth and survival of cancer cells. Oncogene. 29(20):2893-904, 2010.

Ballantyne, B., Marrs, T.C. and Syversen, T. General and Applied Toxicology. 3rd ed.: John Wiley and Sons, Ltd. 2009.

\* Reviewed after Feb. 25 report was submitted.

Barbalace R.C. Asbestos, its Chemical and Physical Properties. 2004. https://environmentalchemistry.com/yogi/environmental/asbestosproperties2004.html

Berge, W., Mundt, K., Luu, H. and Boffetta, P. Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev. 27(3):248-57, 2018.

Bergfeld, W.F., Belsito, D.V., Hill, R.A., et al. Safety assessment of talc as used in cosmetics. Final report. Washington, D.C. Cosmetic Ingredient Review, April 12, 2013.

Berry, G., Newhouse, M.L. and Wagner, J.C. Mortality from all cancers of asbestos factory workers in east London 1933-80. Occupational and Environmental Medicine. 57(11):782-85, 2000.

Bevan, R.J., Kreiling, R., Levy, L.S. and Warheit, D.B. Toxicity testing of poorly soluble particles, lung overload and lung cancer. Regulatory Toxicology and Pharmacology. 100:80-91, 2018.

Bezerra, D.P., Militao, G.C.G., de Morais, M.C. and de Sousa, D.P. The Dual Antioxidant/Prooxidant Effect of Eugenol and Its Action in Cancer Development and Treatment. Nutrients. 9(12), 2017.

Bhoola, S. and Hoskins, W.J. Diagnosis and management of epithelial ovarian cancer. Obstet Gynecol. 107(6):1399-410, 2006.

Bickers, D.R., Calow, P., Greim, H.A., et al. The safety assessment of fragrance materials. Regul Toxicol Pharmacol. 37(2):218-73, 2003.

Bingham, E., Cohrssen, B. and Powell, C.H. Patty's Toxicology. 5th ed. New York: John Wiley. 2001.

Blount, A.M. Amphibole Content of Cosmetic and Pharmaceutical Talcs. Environ Health Perspect. 94:225-30, 1991.

Blount, A.M. Detection and quantification of asbestos and other trace minerals in powdered industrial mineral samples. Petruk, W., editor. Presented at: International Symposium on Applied Mineralogy; Montreal, Quebec, May 14-17, 1989: Minerals, Metals & Materials Society; 1990. p. 557-70.

Boorman, G.A. and Seely, J.C. The lack of an ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice. Regul Toxicol Pharmacol. 21(2):242-3, 1995.

Booth, M., Beral, V. and Smith, P. Risk factors for ovarian cancer: a case-control study. Br J Cancer. 60(4):592-98, 1989.

Borowska, S. and Brzóska, M.M. Metals in cosmetics: implications for human health. J Appl Toxicol., 35(6):551-72, 2015

Brambilla, G., et al. Update of carcinogenicity studies in animals and humans of 535 marketed pharmaceuticals. Mutat Res., 750(1):1-51, 2012

Bulbulyan, M.A., Ilychova, S.A., Zahm, S.H., Astashevsky, S.V. and Zaridze, D.G. Cancer mortality among women in the Russian printing industry. Am J Ind Med. 36(1):166-71, 1999.

Buz'Zard, A.R. and Lau, B.H. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. Phytother Res. 21(6):579-86, 2007.

California Code of Regulations. Subchapter 7. Group 16. Article 110. Section 5208.

Camargo, M.C., Stayner, L.T., Straif, K., et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. Environ Health Perspect. 119(9):1211-17, 2011.

* Reviewed after Feb. 25 report was submitted.

Campbell, W.J., Blake, R.L., Brown, L.L., Cather, E.E. and Sjoberg, J.J. Selected silicate minerals and their asbestiform varieties: mineralogical definitions and identification-characterization. Bureau of Mines Information Circular. Report No.: IC 8751. 1977.

Campbell, W.J., Huggins, C.W. and Wylie, A.G. Chemical and physical characterization of amosite, chrysotile, crocidolite, and nonfibrous tremolite for oral ingestion studies by the National Institute of Environmental Health Sciences. Bureau of Mines Report of Investigations,. Report No.: RI 8452. 1980.

Campbell, W.J., Steel, E.B., Virta, R.L. and Eisner, M.H. Relationship of mineral habit to size characteristics for tremolite cleavage fragments and fibers. Bureau of Mines Report of Investigations, Report No.: RI 8367. 1979.

Canaz, E., Kilinc, M., Sayar, H., Kiran, G. and Ozyurek, E. Lead, selenium and nickel concentrations in epithelial ovarian cancer, borderline ovarian tumor and healthy ovarian tissues. J Trace Elem Med Biol. 43:217-23, 2017.

Carr, C.J. Talc: Consumer Uses and Health Perspectives. Proceedings of a workshop. Bethesda, Maryland, January 31-February 1, 1994. Regul Toxicol Pharmacol. 21(2):211-60, 1995.

Chang, S. and Risch, H.A. Perineal talc exposure and risk of ovarian carcinoma. Cancer. 79(12):2396-401, 1997.

Checkoway, H., Pearce, N. and Kriebel, D. Research Methods in Occupational Epidemiology. 2nd ed. Kelsey, J.L., Marmot, M.G., Stolley, P.D., Hofman, A., editors. New York, NY: Oxford University Press. 2004.

Chen, Y., Wu, P.C., Lang, J.H., et al. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol. 21(1):23-29, 1992.

Chidester, A.H., Engel, A.E.J. and Wright, L.A. Talc resources of the United States. Washington, D.C. Report No.: 1167. 1964.

Christian, W.V., Oliver, L.D., Paustenbach, D.J., Kreider, M.L. and Finley, B.L. Toxicology-based cancer causation analysis of CoCr-containing hip implants: a quantitative assessment of genotoxicity and tumorigenicity studies. J Appl Toxicol. 34(9):939-67, 2014.

Chuffa, L.G.A., Fioruci-Fontanelli, B.A., Mendes, L.O., et al. Characterization of Chemically Induced Ovarian Carcinomas in an Ethanol-Preferring Rat Model: Influence of Long-Term Melatonin Treatment. PLOS ONE. 8(12):e81676, 2013.

Coggiola, M., Bosio, D., Pira, E., et al. An update of a mortality study of talc miners and millers in Italy. Am J Ind Med. 44(1):63-69, 2003.

Committee on the State of the Science in Ovarian Cancer Research, Board on Health Care Services, Institute of Medicine; National Academies of Sciences, Engineering, and Medicine. Ovarian Cancers: Evolving Paradigms in Research and Care. In: Ovarian Cancers: Evolving Paradigms in Research and Care. Washington (DC): National Academies Press (US); 2016.

Cook, L.S., Kamb, M.L. and Weiss, N.S. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol. 145(5):459-65, 1997.

Craig, Z.R. and Ziv-Gal, A. Pretty Good or Pretty Bad? The Ovary and Chemicals in Personal Care Products. Toxicol Sci. 162(2):349-60, 2018.

\* Reviewed after Feb. 25 report was submitted.

Cralley, L.J., Key, M.M., Groth, D.H., Lainhart, W.S. and Ligo, R.M. Fibrous and mineral content of cosmetic talcum products. Am Ind Hyg Assoc J. 29(4):350-54, 1968.

Cramer, D.W. and Xu, H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. Ann Epidemiol. 5(4):310-14, 1995.

Cramer, D.W. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol. 94(1):160-61, 1999.

Cramer, D.W., Liberman, R.F., Titus-Ernstoff, L., et al. Genital talc exposure and risk of ovarian cancer. Int J Cancer. 81(3):351-6, 1999.

Cramer, D.W., Titus-Ernstoff, L., McKolanis, J.R., et al. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. Cancer Epidemiol Biomarkers Prev. 14(5):1125-31, 2005.

Cramer, D.W., Vitonis, A.F., Terry, K.L., Welch, W.R. and Titus, L.J. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. Epidemiology. 27(3):334-46, 2016.

Cramer, D.W., Welch, W.R., Scully, R.E. and Wojciechowski, C.A. Ovarian cancer and talc: a case-control study. Cancer. 50(2):372-76, 1982.

De Boeck, M., Kirsch-Volders, M. and Lison, D. Cobalt and antimony: genotoxicity and carcinogenicity. Mutat Res. 533(1-2):135-52, 2003.

Deer, W.A., Howie, R.A. and Zussman, J. An Introduction to the Rock Forming Minerals. London: Longman Group Limited. 1966. p. 228.

Deng, J., Wang, L., Chen, H., et al. The role of tumour-associated MUC1 in epithelial ovarian cancer metastasis and progression. Cancer Metastasis Reviews. 32(3-4):535-51, 2013.

Denkhaus, E. and Salnikow, K. Nickel essentiality, toxicity, and carcinogenicity. Crit Rev Oncol Hematol. 42(1):35-56, 2002.

Doll, R. Report of the International Committee on Nickel Carcinogenesis in Man. Scand J Work Environ Health. 16(1 Spec No):1-82, 1990.

Drechsel, D.A., Barlow, C.A., Bare, J.L., Jacobs, N.F. and Henshaw, J.L. Historical evolution of regulatory standards for occupational and consumer exposures to industrial talc. Regul Toxicol Pharmacol. 92:251-67, 2018.

ECETOC, European Centre for Ecotoxicology and Toxicology of Chemicals. Poorly Soluble Particles/Lung Overload. 2013. Technical Report No, 122.

Editorial, Significant Debate: Looking beyond statistical significance would make science harder, but might help to avoid false positives, overhyped claims, and overlooked effects. Nature 567:283, 2019.*

EFSA CEF Panel. Scientific Opinion on Toxicological evaluation of benzophenone. Adopted 14 May 2009. EFSA Journal. 1104:1-30, 2009.

EFSA Panel on Contaminants in the Food Chain (CONTAM). Scientific Opinion on the risks to public health related to the presence of chromium in food and drinking water. EFSA Journal. 12(3):3595, 2014.

Egli, G.E. and Newton, M. The transport of carbon particles in the human female reproductive tract. Fertil Steril. 12:151-5, 1961.

* Reviewed after Feb. 25 report was submitted.

Elwood, J.M. The diagnosis of causation. Ch. 8 In: Causal Relationships in Medicine A Practical System for Critical Appraisal. Elwood, J.M., editor. New York: Oxford University Press; 1988. p. 163-82.

Endo-Capron, S., Renier, A., Janson, X., Kheuang, L. and Jaurand, M.C. In vitro response of rat pleural mesothelial cells to talc samples in genotoxicity assays (sister chromatid exchanges and DNA repair). Toxicol In Vitro. 7(1):7-14, 1993.

EPA. 4-Methylphenol, CASRN 106-44-5. 2002.

EPA. Cresol/Cresolyic Acid (o-Cresol, m-Cresol, p-Cresol) Hazard Summary. 2000.

European Chemicals Bureau. European Union Risk Assessment Report 4'-tert-butyl-2',6'-dimethyl-3',5'-dinitroacetophenone (musk ketone). The Netherlands. 2005.

European Commission, Health and Consumer Protection Directorate-General. Scientific Committee on Health and Environmental Risks (SCHER) Opinion on Classification of Musk ketone. January, 2006.

European Commission. Chemicals at work - a new labelling system: Guidance to help employers and workers to manage the transition to the new classification, labelling and packaging system. Luxembourg: Publications Office of the European Union. 2013.

European Commission. Commission Regulation (EC) 1223/2009, Annex II. List of substances prohibited in cosmetic products, 2009.

Expert Group on Vitamins and Minerals (EGVM). Safe Upper Levels for Vitamins and Minerals. May, 2003.

Farlex, Optical Density. In: The Free Dictionary. https://medical-dictionary.thefreedictionary.com/optical+density.

Farlex, Perineum. In: The Free Dictionary. https://medical-dictionary.thefreedictionary.com/perineum

FDA. 21 CFR Part 165 - Beverages. Section 165.110 Food and Drugs; Bottled water. Code of Federal Regulations. 2016.

Federal Judicial Center and National Research Council. Reference Manual on Scientific Evidence. 3rd ed. Washington, D.C.: National Academies Press. 2011.

Ferrante, D., Bertolotti, M., Todesco, A., et al. Cancer mortality and incidence of mesothelioma in a cohort of wives of asbestos workers in Casale Monferrato, Italy. Environ Health Perspect. 115(10):1401-05, 2007.

Ferrante, D., Chellini, E., Merler, E., et al. Italian pool of asbestos workers cohorts: mortality trends of asbestos-related neoplasms after long time since first exposure. Occup Environ Med. 74(12):887-98, 2017.

Finley, B.L., Benson, S.M. and Marsh, G.M. Cosmetic talc as a risk factor for pleural mesothelioma: a weight of evidence evaluation of the epidemiology. Inhal Toxicol. Mar, 29(4):179-85, 2017.

Finley, B.L., Pierce, J.S., Phelka, A.D., et al. Evaluation of tremolite asbestos exposures associated with the use of commercial products. Crit Rev Toxicol. 42(2):119-46, 2012.

Fiume, M.M., Boyer, I., Bergfeld, W.F., et al. Safety assessment of talc as used in cosmetics. International Journal of Toxicology. 34 (Supplement I):66S-129S, 2015.

Fletcher, N., Memaj, I. and Saed, G.M. Talcum powder enhances oxidative stress in ovarian cancer cells. Reproductive Sciences. 25(Supp 1):214A-15A, 2018.

* Reviewed after Feb. 25 report was submitted.

Food and Drug Administration. Response from the FDA to Dr. Epstein regarding Citizen Petitions requesting cosmetic talc products be labeled with a cancer warning. Re Docket No. 94P-0420 and FDA-2008-P-0309-0001/CP; 2014

Ford, R.A., Domeyer, B., Easterday, O., Maier, K. and Middleton, J. Criteria for development of a database for safety evaluation of fragrance ingredients. Regul Toxicol Pharmacol. 31(2 Pt 1):166-81, 2000.

Fukushima, S., Wei, M., Kakehashi, A. and Wanibuchi, H. Threshold for Genotoxic Carcinogens: The Central Concern in Carcinogenic Risk Assessment. Genes and Environment. 34(4):153-56, 2012.

Gates, M.A., Rosner, B.A., Hecht, J.L. and Tworoger, S.S. Risk factors for epithelial ovarian cancer by histologic subtype. Am J Epidemiol. 171(1):45-53, 2010.

Gates, M.A., Tworoger, S.S., Terry, K.L., et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 17(9):2436-44, 2008.

Germani, D., Belli, S., Bruno, C., et al. Cohort mortality study of women compensated for asbestosis in Italy. Am J Ind Med. 36(1):129-34, 1999.

Gertig, D.M., Hunter, D.J., Cramer, D.W., et al. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst. 92(3):249-52, 2000.

Godard, B., Foulkes, W.D., Provencher, D., et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. Am J Obstet Gynecol. 179(2):403-10, 1998.

Gondal, M.A., Dastageer, M.A., Naqvi, A.A., Isab, A.A. and Maganda, Y.W. Detection of toxic metals (lead and chromium) in talcum powder using laser induced breakdown spectroscopy. Appl Opt. 51(30):7395-401, 2012.

Gonzalez, N.L., O'Brien, K.M., D'Aloisio, A.A., Sandler, D.P. and Weinberg, C.R. Douching, Talc Use, and Risk of Ovarian Cancer. Epidemiology. 27(6):797-802, 2016.

Goodman, J.E., Prueitt, R.L., Thakali, S. and Oller, A.R. The nickel ion bioavailability model of the carcinogenic potential of nickel-containing substances in the lung. Critical Reviews in Toxicology. 41(2):142-74, 2011.

Gordon, R.E., Fitzgerald, S. and Millette, J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. Int J Occup Environ Health. 20(4):318-32, 2014.

Graham, J. and Graham, R. Ovarian cancer and asbestos. Environ Res. 1(2):115-28, 1967.

Green, A., Purdie, D., Bain, C., et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. Int J Cancer. 71(6):948-51, 1997.

Gribble, G.W. Food chemistry and chemophobia. Food Security, 5(2):177-187, 2013

Grimes, D.A. and Schulz, K.F. False alarms and pseudo-epidemics: the limitations of observational epidemiology. Obstet Gynecol. 120(4):920-7, 2012.

Gross, A.J. and Berg, P.H. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. J Expo Anal Environ Epidemiol. 5(2):181-95, 1995.

Haber, L.T., Bates, H.K., Allen, B.C., Vincent, M.J. and Oller, A.R. Derivation of an oral toxicity reference value for nickel. Regul Toxicol Pharmacol. 87 Suppl 1:S1-S18, 2017.

* Reviewed after Feb. 25 report was submitted.

Hamilton, T.C., Fox, H., Buckley, C.H., Henderson, W.J. and Griffiths, K. Effects of talc on the rat ovary. Br J Exp Pathol. 65(1):101-06, 1984.

Hansen, T., Clermont, G., Alves, A., et al. Biological tolerance of different materials in bulk and nanoparticulate form in a rat model: sarcoma development by nanoparticles. J R Soc Interface. 3(11):767-75, 2006.

Harding, A.H., Darnton, A., Wegerdt, J. and McElvenny, D. Mortality among British asbestos workers undergoing regular medical examinations (1971-2005). Occup Environ Med. 66:487-95, 2009.

Harlow, B.L. and Hartge, P.A. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol. 21(2):254-60, 1995.

Harlow, B.L. and Weiss, N.S. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol. 130(2):390-94, 1989.

Harlow, B.L., Cramer, D.W., Bell, D.A. and Welch, W.R. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 80(1):19-26, 1992.

Hartge, P. and Stewart, P. Occupation and ovarian cancer: a case-control study in the Washington, DC, metropolitan area, 1978-1981. J Occup Med. 36(8):924-27, 1994.

Hartge, P., Hoover, R., Lesher, L.P. and McGowan, L. Talc and ovarian cancer. JAMA. 250(14):1844, 1983.

Hayes, A.W. Hayes' Principles and Methods of Toxicology. 6th ed. Boca Raton: CRC Press: Taylor & Francis. 2014.

Health Canada. Application of weight of evidence and precaution in risk assessment. Last updated June 15, 2017. Available from: https://www.canada.ca/en/health-canada/services/chemical-substances/fact-sheets/application-weight-of-evidence-precaution-risk-assessments.html.*

Health Canada. Draft screening assessment talc $(Mg_3H_2(SiO_3)_4)$. December, 2018.

Hein, M.J., Stayner, L., Lehman, E. and Dement, J.M. Follow-up study of chrysotile textile workers: cohort mortality and exposure-response. Occup Environ Med. 64(9):616-25, 2007.

Heller, D.S., Gordon, R.E. and Katz, N. Correlation of asbestos fiber burdens in fallopian tubes and ovarian tissue. Am J Obstet Gynecol. 181(2):346-7, 1999.

Heller, D.S., Gordon, R.E., Westhoff, C. and Gerber, S. Asbestos Exposure and Ovarian Fiber Burden. American Journal of Industrial Medicine. 29(5):435-39, 1996.

Heller, D.S., Westhoff, C., Gordon, R.E. and Katz, N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol. 174(5):1507-10, 1996.

Henderson, W.J., Hamilton, T.C. and Griffiths, K. Talc in normal and malignant ovarian tissue. Lancet. 1(8114):499, 1979.

Henderson, W.J., Hamilton, T.C., Baylis, M.S., Pierrepoint, C.G. and Griffiths, K. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. Environ Res. 40(2):247-50, 1986.

Henderson, W.J., Joslin, C.A., Turnbull, A.C. and Griffiths, K. Talc and carcinoma of the ovary and cervix. J Obstet Gynaecol Br Commonw. 78(3):266-72, 1971.

* Reviewed after Feb. 25 report was submitted.

Hill, A.B. The environment and disease: association or causation? Proc Royal Soc Med. 58:295-300, 1965.

Holder, A.L., Goth-Goldstein, R., Lucas, D. and Koshland, C.P. Particle-Induced Artifacts in the MTT and LDH Viability Assays. Chemical Research in Toxicology. 25(9):1885-92, 2012.

Houghton, S.C., Reeves, K.W., Hankinson, S.E., et al. Perineal powder use and risk of ovarian cancer. J Natl Cancer Inst. 106(9), 2014.

Howard-Flanders, P. Mutagenesis in mammalian cells. Mutation Research/Reviews in Genetic Toxicology. 86(3):307-27, 1981.

Hsie, A.W., Casciano, D.A., Couch, D.B., et al. The use of Chinese hamster ovary cells to quantify specific locus mutation and to determine mutagenicity of chemicals. A report of the gene-tox program. Mutat Res. 86(2):193-214, 1981.

Hsie, A.W., Couch, D.B., O'Neill, J.P., et al. Utilization of a quantitative mammalian cell mutation system, CHO/HGPRT, in experimental mutagenesis and genetic toxicology. Presented at: Chemical industry institute of toxicology workshop on strategies for short-term testing for Mutagens/Carcinogens, Research Triangle Park, North Carolina, USA, 11 Aug 1977; 1977.

Huncharek, M. and Muscat, J. Perineal talc use and ovarian cancer risk: A case study of scientific standards in environmental epidemiology. Eur J Cancer Prev. 20:501-07, 2011.

Huncharek, M., Geschwind, J.F. and Kupelnick, B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer Res. 23(2C):1955-60, 2003.

Huncharek, M., Muscat, J., Onitilo, A. and Kupelnick, B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. Eur J Cancer Prev. 16(5):422-9, 2007.

IARC. Agents classified by the IARC Monographs, volumes 1-123. Last updated Nov. 9, 2018. Available from: https://monographs.iarc.fr/agents-classified-by-the-iarc/.

IARC. Agents classified by the IARC Monographs, volumes 1-123. Last updated Nov. 9, 2018. Available from: https://monographs.iarc.fr/wp-content/uploads/2018/09/List_of_Classifications.pdf.

IARC. Aloe vera. In: Vol 108 - Some Drugs and Herbal Products. IARC Monographs on the Evaluation of the Carcinogenic Risk to Humans. Lyon, France: World Health Organization International Agency for Research on Cancer; 2016. p. 37-71.

IARC. Asbestos (chrysotile, amosite, crocidolite, tremolite, actinolite, and anthophyllite). In: Arsenic, Metals, Fibres, and Dusts. IARC Monographs on the Evaluation of the Carcinogenic Risk to Human. Vol 100 part C. Lyon: World Health Organization; 2012. p. 219-310.

IARC. Carbon Black, Titanium Dioxide, and Talc. In: Volume 93 - Carbon Black, Titanium Dioxide, and Talc. IARC Monographs on the Evaluation of the Carcinogenic Risk to Humans. Lyon: World Health Organization; 2010.

IARC. Chromium (VI) Compounds. In: Volume 100C - Arsenic, Metals, Fibers, and Dusts. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Lyon, France: World Health Organization; 2012. p. 147-67.

* Reviewed after Feb. 25 report was submitted.

IARC. Coumarin. In: Volume 77 - Some Industrial Chemicals. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Lyon, France 2000. p. 193-225.

IARC. d-Limonene. In: Vol 73 - Some Chemicals that Cause Tumors of the Kidney or Urinary Bladder in Rodents and Some Other Substances. IARC Monographs on the Evaluation of the Carcinogenic Risk to Humans. Lyon, France 1999. p. 307-27.

IARC. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol 49. Chromium and Chromium Compounds. In: Chromium, Nickel, and Welding. Lyon, France: World Health Organization International Agency for Research on Cancer; 1990. p. 49-256.

IARC. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol 86. Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide. Lyon, France. 2006.

IARC. IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. Supplement 7. 1987.

IARC. IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Vol 36. Allyl Compounds, Aldehydes, Epoxides and Peroxides. 1985.

IARC. IARC's Mission: Cancer research for cancer prevention. https://www.iarc.fr/about-iarc-mission.

IARC. Nickel and Nickel Compounds. In: Volume 100C - Arsenic, Metals, Fibers, and Dusts. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Lyon, France: World Health Organization; 2012. p. 169-218.

IARC. Preamble. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Lyon, France. 2006.

IARC. Volume 101: Some chemicals present in industrial and consumer products, food, and drinking-water. Lyon. Report No.: Volume 101. 2013.

IARC. Volume 49: Chromium, Nickel and Welding. Geneva: World Health Organization; 1990. p. 687.

ICH. Guidance on Genotoxicity Testing and Data Interpretation for Pharmaceuticals Intended for Human Use S2(R1). November 9, 2011.

ICH. Guideline for elemental impurities Q3D. Step 4 version. December, 2014.

IFRA and RIFM. IFRA RIFM QRA Information Booklet Version 7.1. July 9, 2015.

IFRA. Excel Overview of the IFRA Standards. http://www.ifraorg.org/Upload/DownloadButtonDocuments/5b52e4ad-268a-4394-91f5-51c648941369/Overview%20of%20the%20IFRA%20Standards%20-%2048th%20Amendment.xls.

IFRA. Annex I to the IFRA Standards http://www.ifraorg.org/Upload/DownloadButtonDocuments/5267954b-8f1e-412b-b2e8-a5e500727e91/Annex%20I%20to%20the%20IFRA%20Standards%20(48th%20Amendment,%20June%202015).xlsx

IFRA. IFRA Standard - Peru balsam extracts and distillates. 2009.

IFRA. IFRA Standards - 48th Amendment. 2015.

IFRA. IFRA Volume of Use Survey 2016: Transparency List. http://admin-ifra.alligence.com/Upload/Docs/Transparency%20list.pdf.

* Reviewed after Feb. 25 report was submitted.

IFRA. Standards Library. http://www.ifraorg.org/en-us/standards-library#.XEJZxFxKiUk.

Institute of Medicine (IOM). Dietary Reference Intakes for Vitamin A, Vitamin K, Arsenic, Boron, Chromium, Copper, Iodine, Iron, Manganese, Molybdenum, Nickel, Silicon, Vanadium, and Zinc. 2001.

International Fragrance Association (IFRA). IFRA and the Industry Self-Regulation Approach. December, 2007.

International Programme on Chemical Safety (IPCS). Cobalt and inorganic cobalt compounds. Concise International Chemical Assessment Document 69. Geneva. WHO, 2006.

International Programme on Chemical Safety (IPCS). Environmental Health Criteria 240: Principles and methods for the risk assessment of chemicals in food. Geneva: World Health Organization. 2009.

Jenkins, G.J., Zair, Z., Johnson, G.E. and Doak, S.H. Genotoxic thresholds, DNA repair, and susceptibility in human populations. Toxicology. 278(3):305-10, 2010.

Jordan, S.J., Green, A.C., Whiteman, D.C. and Webb, P.M. Risk factors for benign serous and mucinous epithelial ovarian tumors. Obstet Gynecol. 109(3):647-54, 2007.

Jurinski, J.B. and Rimstidt, J.D. Biodurability of talc. American Mineralogist. 84(4):392-99, 2001.

Karageorgi, S., Gates, M.A., Hankinson, S.E. and De Vivo, I. Perineal use of talcum powder and endometrial cancer risk. Cancer Epidemiol Biomarkers Prev. 19(5):1269-75, 2010.

Kasprzak, K.S., Sunderman, F.W. and Salnikow, K. Nickel carcinogenesis. Mutation Research/Fundamental and Molecular Mechanisms of Mutagenesis. 533(1):67-97, 2003.

Keskin, N., Teksen, Y.A., Ongun, E.G., Ozay, Y. and Saygili, H. Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. Archives of gynecology and obstetrics. 280(6):925-31, 2009.

Kirkland, D., Aardema, M., Henderson, L. and Müller, L. Evaluation of the ability of a battery of three in vitro genotoxicity tests to discriminate rodent carcinogens and non-carcinogens: I. Sensitivity, specificity and relative predictivity. Mutation Research/Genetic Toxicology and Environmental Mutagenesis. 584(1):1-256, 2005.

Klaassen, C.D. Casarett and Doull's Toxicology: The Basic Science of Poisons. 9th ed. New York: McGraw-Hill. 2019.

Klasson, M., Lindberg, M., Bryngelsson, I.L., et al. Biological monitoring of dermal and air exposure to cobalt at a Swedish hard metal production plant: does dermal exposure contribute to uptake? Contact Dermatitis. 77(4):201-07, 2017.

Klimisch, H.J., Andreae, M. and Tillmann, U. A systematic approach for evaluating the quality of experimental toxicological and ecotoxicological data. Regul Toxicol Pharmacol. 25(1):1-5, 1997.

Kotsopoulos, J., Terry, K.L., Poole, E.M., et al. Ovarian cancer risk factors by tumor dominance, a surrogate for cell of origin. Int J Cancer. 133(3):730-39, 2013.

Kreyling, W.G., Semmler-Behnke, M. and Moller, W. Ultrafine particle-lung interactions: does size matter? J Aerosol Med. 19(1):74-83, 2006.

Kurta, M.L., Moysich, K.B., Weissfeld, J.L., et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. Cancer Epidemiol Biomarkers Prev. 21(8):1282-92, 2012.

* Reviewed after Feb. 25 report was submitted.

Lake, B.G. Coumarin metabolism, toxicity and carcinogenicity: relevance for human risk assessment. Food Chem Toxicol. 37(4):423-53, 1999.

Lange, P., Mortensen, J. and Groth, S. Lung function 22-35 years after treatment of idiopathic spontaneous pneumothorax with talc poudrage or simple drainage. Thorax. 43(7):559-61, 1988.

Langseth, H. and Andersen, A. Cancer incidence among women in the Norwegian pulp and paper industry. American Journal of Industrial Medicine. 36(1):108-13, 1999.

Langseth, H. and Kjærheim, K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. Scandinavian journal of work, environment & health. 30(5):356-61, 2004.

Langseth, H., Hankinson, S.E., Siemiatycki, J. and Weiderpass, E. Perineal use of talc and risk of ovarian cancer. J Epidemiol Community Health. 62(4):358-60, 2008.

Langseth, H., Johansen, B.V., Nesland, J.M. and Kjaerheim, K. Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers. International Journal of Gynecological Cancer. 17(1):44-49, 2007.

Lazic, S.E., Clarke-Williams, C.J. and Munafò, M.R. What exactly is 'N' in cell culture and animal experiments? PLOS Biology. 16(4):e2005282, 2018.

Lewis, R.A. Lewis' Dictionary of Toxicology. Boca Raton: Lewis Publishers, an imprint of CRC Press LLC. 1998.

Leyssens, L., Vinck, B., Van Der Straeten, C., Wuyts, F. and Maes, L. Cobalt toxicity in humans—A review of the potential sources and systemic health effects. Toxicology. 387:43-56, 2017.

Li, A.P. Simplification of the CHO/HGPRT mutation assay through the growth of Chinese hamster ovary cells as unattached cultures. Mutation Research/Environmental Mutagenesis and Related Subjects. 85(3):165-75, 1981.

Li, A.P., Aaron, C.S., Auletta, A.E., et al. An evaluation of the roles of mammalian cell mutation assays in the testing of chemical genotoxicity. Regulatory Toxicology and Pharmacology. 14(1):24-40, 1991.

Lison, D., De Boeck, M., Verougstraete, V. and Kirsch-Volders, M. Update on the genotoxicity and carcinogenicity of cobalt compounds. Occup Environ Med. 58(10):619-25, 2001.

Lison, D., van den Brule, S. and Van Maele-Fabry, G. Cobalt and its compounds: update on genotoxic and carcinogenic activities. Crit Rev Toxicol.1-18, 2018.

Loomis, D., Dement, J.M., Wolf, S.H. and Richardson, D.B. Lung cancer mortality and fiber exposures among North Carolina asbestos textile workers. Occup Environ Med. 66(8):535-42, 2009.

MacGregor, J.T., Frötschl, R., White, P.A., et al. IWGT report on quantitative approaches to genotoxicity risk assessment I. Methods and metrics for defining exposure–response relationships and points of departure (PoDs). Mutation Research/Genetic Toxicology and Environmental Mutagenesis. 783:55-65, 2015.

Magnani, C., Ferrante, D., Barone-Adesi, F., et al. Cancer risk after cessation of asbestos exposure: A cohort study of Italian asbestos cement workers. Occup Environ Med. 65(3):164-70, 2008.

Marsh, G.M., Buchanich, J.M., Zimmerman, S., et al. Mortality among hardmetal production workers: US cohort and nested case-control studies. J Occup Environ Med. 59(12):e306-e26, 2017.

McDonald, J.C., Harris, J.M. and Berry, G. Sixty years on: The price of assembling military gas masks in 1940. Occup Environ Med. 63(12):852-55, 2006.

* Reviewed after Feb. 25 report was submitted.

McEwen, G. Re: Call for Public Comments on 21 Substances, Mixtures and Exposure Circumstances Proposed for Listing in the Report on Carcinogens, Twelfth Edition (69 Federal Register 28940): Cosmetic Talc. To: Jameson, C.W., July 14, 2004.

Merritt, M.A., Green, A.C., Nagle, C.M. and Webb, P.M. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer. 122(1):170-76, 2008.

Mills, P.K., Riordan, D.G., Cress, R.D. and Young, H.A. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer. 112(3):458-64, 2004.

Montgomery, M.R. and Reasor, M.J. A toxicologic approach for evaluating cases of sick building syndrome or multiple chemical sensitivity. J Allergy Clin Immunol. 94(2 Pt 2):371-75, 1994.

Moorman, P.G., Palmieri, R.T., Akushevich, L., Berchuck, A. and Schildkraut, J.M. Ovarian cancer risk factors in African-American and white women. Am J Epidemiol. 170(5):598-606, 2009.

Munn, L.L. Cancer and inflammation. Wiley interdisciplinary reviews Systems biology and medicine. 9(2), 2017.

Muscat, J.E. and Huncharek, M.S. Perineal talc use and ovarian cancer: a critical review. Eur J Cancer Prev. 17(2):139-46, 2008.

Nakane, H. Translocation of particles deposited in the respiratory system: a systematic review and statistical analysis. Environ Health Prev Med. 17(4):263-74, 2012.

National Research Council. Risk Assessment in the Federal Government -- Managing the Process. Washington DC: National Academy Press. 1983.

National Research Council. Science and Decisions. Advancing Risk Assessment. Washington DC: The National Academies Press, 2009.

National Toxicology Program and National Institutes of Health. NTP Technical Report on the Toxicology and Carcinogenesis Studies of 1,3-Butadiene (CAS No. 106-99-0) in B6C3F1 Mice (Inhalation Studies). Research Triangle Park, NC. NTP 83-071, NIH Publ No 84-2544. Report No.: 288. August, 1984.

National Toxicology Program. 13th Annual Report on Carcinogens. US Department of Health and Human Services, Public Health Service, Research Triangle Park, 2014.

NCI. Bioassay of 5-nitroacenaphthene for possible carcinogenicity (CAS No. 602-87-9). Bethesda, MD. National Institutes of Medicine, Report No.: NCI-CG-TR-118. 1978.

NCI. Ovarian, fallopian tube, and primary peritoneal cancer prevention (PDQ) - Health professional version. Bethesda, MD: National Cancer Institute; Last updated 1/4/19. Available from: https://www.cancer.gov/types/ovarian/hp/ovarian-prevention-pdq.

Ness, R.B., Grisso, J.A., Cottreau, C., et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 11(2):111-17, 2000.

Newhouse, M.L. and Berry, G. Patterns of mortality in asbestos factory workers in London. Ann N Y Acad Sci. 330:53-60, 1979.

Newhouse, M.L. and Sullivan, K.R. A mortality study of workers manufacturing friction materials: 1941-86. Br J Ind Med. 46(3):176-79, 1989.

Newhouse, M.L., Berry, G. and Wagner, J.C. Mortality of factory workers in east London 1933-80. Br J Ind Med. 42(1):4-11, 1985.

* Reviewed after Feb. 25 report was submitted.

Newhouse, M.L., Berry, G., Wagner, J.C. and Turok, M.E. A study of the mortality of female asbestos workers. Br J Ind Med. 29(2):134-41, 1972.

Newhouse, M.L., Pearson, R.M., Fullerton, J.M., Boesen, E.A. and Shannon, H.S. A case control study of carcinoma of the ovary. Br J Prev Soc Med. 31(3):148-53, 1977.

Nickens, K.P., Patierno, S.R. and Ceryak, S. Chromium genotoxicity: A double-edged sword. Chem Biol Interact. 188(2):276-88, 2010.

NIOSH. Criteria for a Recommended Standard: Revised Recommended Asbestos Standard. December, 1976.

North Carolina Department of Labor. A Guide to Hexavalent Chromium Cr(VI) for Industry. 2013. Available at: http://www.nclabor.com/osha/etta/indguide/ig45.pdf.

NTP. Final Report on Carcinogens Background Document for Metallic Nickel and Certain Nickel Alloys December 13 - 14, 2000 Meeting of the NTP Board of Scientific Counselors Report on Carcinogens Subcommittee. Durham, NC. 2000.

NTP. NTP Technical Report on the Toxicology and Carcinogenesis Studies of Cobalt Sulfate Heptahydrate (CAS No. 10026-24-1) in F344/N Rats and B6C3F1 Mice (Inhalation Studies). National Toxicology Program technical report series. 471:1-268, 1998.

NTP. NTP Technical Report on the Toxicology Studies of Cobalt Metal (CAS no. 7440-48-4) in F344/N Rats and B6C3F1/N Mice and Toxicology and Carcinogenesis Studies of Cobalt Metal in F344/NTac Rats and B6C3F1/N Mice (Inhalation Studies). Research Triangle Park, NC. NTP, National Toxicology Program technical report series. Report No.: NTP TR 581. Dec, 2014.

NTP. Organ Sites with Neoplasia. https://manticore.niehs.nih.gov/organsites/.

NTP. Report on Carcinogens Monograph on Cobalt and Cobalt Compounds That Release Cobalt Ions In Vivo. Research Triangle Park, NC. Report No.: NIH# 16-5987. April 22, 2016.

NTP. Nickel Compounds and Metallic Nickel.  Fourteenth Report on Carcinogens, Ed. Durham, NC. 2016.

NTP. Styrene. Fourteenth Report on Carcinogens, Ed. Durham, NC. 2016.

NTP. Toxicology and carcinogenesis studies of 1,3-butadiene (CAS No. 106-99-0) in B6C3F1 mice (inhalation studies). Research Triangle Park, NC. National Institutes of Health, Report No.: NTP TR 434. May, 1993.

NTP. Toxicology and carcinogenesis studies of 4-vinylcyclohexene (CAS No. 100-40-3) in F344/N rats and B6C3F1 mice (gavage studies). Research Triangle, NC. National Institutes of Health, Report No.: NTP TR 303. August, 1986.

NTP. Toxicology and carcinogenesis studies of 4-vinyl-l-cyclohexene diepoxide (CAS No. 106-87-6) in F344/N rats and B6C3F1 mice (dermal studies). Research Triangle Park, NC. National Institutes of Health, Report No.: NTP TR 362. November, 1989.

NTP. Toxicology and Carcinogenesis Studies of a Nondecolorized Whole Leaf Extract of Aloe Barbadensis Miller (Aloe Vera) in F344/N Rats and B6C3F1 Mice (Drinking Water Studies). Research Triangle Park, NC. Report No.: NTP TR 577. August, 2013.

\* Reviewed after Feb. 25 report was submitted.

NTP. Toxicology and carcinogenesis studies of acrylamide (CAS No. 79-06-1) in F344/N rats and B6C3F1 mice (feed and drinking water studies). Research Triangle Park, NC. National Institutes of Health, Report No.: NTP TR 575. July, 2012.

NTP. Toxicology and carcinogenesis studies of benzene (CAS No. 71-43-2) in F344/N rats and B6C3F1 mice (gavage studies). Technical report series no. 289. Research Triangle Park, NC. NIH, National Toxicology Program technical report series. April, 1986.

NTP. Toxicology and carcinogenesis studies of cresols (CAS 1319-77-3) in male F344/N rats and female B6C3F1 mice (feed studies). Research Triangle Park, NC. Report No.: NTP TR 550. July, 2008.

NTP. Toxicology and carcinogenesis studies of dipropylene glycol (CAS 25265-71-8) in F344/N rats and B6C3F1 mice (drinking water studies). Research Triangle Park, NC. NTP Technical Report. Report No.: NTP TR 511. June, 2004.

NTP. Toxicology and carcinogenesis studies of nickel oxide (CAS No. 1313-99-1) in F344/N rats and B6C3F1 mice (inhalation studies). Research Triangle Park, NC. National Toxicology Program technical report series. Report No.: No. 451. July, 1996.

NTP. Toxicology and carcinogenesis studies of nickel subsulfide (CAS No. 12035-72-2) in F344/N rats and B6C3F1 mice (inhalation studies). Research Triangle Park, NC. National Toxicology Program technical report series. Report No.: No. 453. July, 1996.

NTP. Toxicology and carcinogenesis studies of nickel sulfate hexahydrate (CAS No. 10101-97-0) in F344/N rats and B6C3F1 mice (inhalation studies). Research Triangle Park, NC. National Toxicology Program technical report series. Report No.: No. 454. July, 1996.

NTP. Toxicology and carcinogenesis studies of nitrofurantoin (CAS No. 67-20-9) in F344/N rats and B6C3F1 mice (feed studies). Research Triangle Park, NC. National Institutes of Health, Report No.: NTP TR 341. September, 1989.

NTP. Toxicology and carcinogenesis studies of nitrofurazone (CAS 59-87-0) in male F344/N rats and B6C3F1 mice (feed studies). Research Triangle Park, NC. National Institutes of Health, Report No.: NTP TR 337. June, 1988.

NTP. Toxicology and carcinogenesis studies of n-methylolacrylamide (CAS No. 924-42-5) in F344/N rats and B6C3F1 mice (gavage studies). Research Triangle Park, NC. National Institutes of Health, Report No.: NTP TR 352. September, 1989.

NTP. Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6) in F344/N Rats and B6C3f1 Mice (Inhalation Studies). Report No.: NTP TR 421. September, 1993.

NTP. Toxicology and Carcinogenesis Studies of t-Butylhydroquinone (CAS 1948-33-0) in F344/N Rats and B6C3F1 Mice (Feed Studies). Report No.: No. 459. May, 1997.

NTP. Toxicology and carcinogenesis studies of urethane, ethanol, and urethane/ethanol (urethane, CAS No. 51-79-6; ethanol, CAS No. 64-17-5) in B6C3F1 mice (drinking water studies). Research Triangle Park, NC. National Institutes of Health, Report No.: NTP TR 510. August, 2004.

NTP. Toxicology and carcinogenicity studies of benzophenone (CAS 119-61-9) in F344/N rats and B6C3F1 mice (feed studies). Durham, NC. Report No.: No. 533. 2006.

NTP. Toxicology and carcinogenicity studies of coumarin (CAS 191-64-5) in F344/N rats and B6C3F1 mice (gavage studies). Research Triangle Park, NC. National Institutes of Health, Report No.: No. 422. 1993.

* Reviewed after Feb. 25 report was submitted.

Oberly, T.J., Bewsey, B.J. and Probst, G.S. A procedure for the CHO/HGPRT mutation assay involving treatment of cells in suspension culture and selection of mutants in soft-agar. Mutation Research/Environmental Mutagenesis and Related Subjects. 182(2):99-111, 1987.

Oddone, E., Ferrante, D., Tunesi, S. and Magnani, C. Mortality in asbestos cement workers in Pavia, Italy: A cohort study. Am J Ind Med. 60:852-66, 2017.

OECD. Grouping of chemicals: Chemical categories and read-across. http://www.oecd.org/chemicalsafety/risk-assessment/groupingofchemicalschemicalcategoriesandread-across.htm.

OSHA. 29 CFR Parts 1910 and 1926 Occupational Exposure to Asbestos, Tremolite, Anthophyllite and Actinolite -- Final Rule. Federal Register. 57(110):24310-31, 1992.

OSHA. 29 CFR Parts 1910, 1915, and 1926 Occupational exposure to asbestos; Final rule. Federal Register. 59(153):40964-1162, 1994.

Paavolainen, P., Pukkala, E., Pulkkinen, P. and Visuri, T. Cancer incidence in Finnish hip replacement patients from 1980 to 1995: a nationwide cohort study involving 31,651 patients. J Arthroplasty. 14(3):272-80, 1999.

Paustenbach, D.J., Tvermoes, B.E., Unice, K.M., Finley, B.L. and Kerger, B.D. A review of the health hazards posed by cobalt. Crit Rev Toxicol. 43(4):316-62, 2013.

Penninkilampi, R. and Eslick, G.D. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology Epidemiology. 29(1):41-49, 2018.

Peters, A., Veronesi, B., Calderon-Garcidueñas, L., et al. Translocation and Potential Neurological Effects of Fine and Ultrafine Particles a Critical Update. Part Fibre Toxicol. 3:13, 2006.

Pharmacopeia, U.S. Chapter 232: Elemental Impurities-Limits. In: US Pharmacopeia 39 The National Formulary 34. Rockville, MD: U.S. Pharmacopoeia Convention; 2016.

Phillips, J.C., Young, P.J., Hardy, K. and Gangolli, S.D. Studies on the absorption and disposition of [3]H-labelled talc in the rat, mouse, guinea-pig and rabbit. Food and Cosmetics Toxicology. 16(2):161-63, 1978.

Pierce, J.S., Riordan, A.S., Miller, E.W., Gaffney, S.H. and Hollins, D.M. Evaluation of the presence of asbestos in cosmetic talcum products. Inhal Toxicol. 29(10):443-56, 2017.

Pira, E., Pelucchi, C., Buffoni, L., et al. Cancer mortality in a cohort of asbestos textile workers. British Journal of Cancer. 92(3):580-86, 2005.

Pira, E., Romano, C., Violante, F.S., et al. Updated mortality study of a cohort of asbestos textile workers. Cancer medicine. 5(9):2623-28, 2016.

Purdie, D., Green, A., Bain, C., et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. Int J Cancer. 62(6):678-84, 1995.

Rasmussen C,B., Jensen, A., Albieri, V., et al. Is Pelvic Inflammatory Disease a Risk Factor for Ovarian Cancer? Cancer Epidemiol Biomarkers Prev. 26(1):104-09, 2017.*

Rasmussen C.B., Kjaer, S.K., Albieri V., et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. Am J Epidemiol. 185(1):8-20, 2017.*

* Reviewed after Feb. 25 report was submitted.

Rehman, G., Bukhari, I.H., Riaz, M., et al. Determination of toxic heavy metals in different brands of talcum powder by atomic absorption spectrometry. International Journal of Applied and Natural Sciences. 2(2):45-52, 2013.

Reid, A., Berry, G., Heyworth, J., de Klerk, N.H. and Musk, A.W. Predicted mortality from malignant mesothelioma among women exposed to blue asbestos at Wittenoom, Western Australia. Occup Environ Med. 66(3):169-74, 2009.

Reid, A., de Klerk, N. and Musk, A.W. Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis. Cancer Epidemiol Biomarkers Prev. 20(7):1287-95, 2011.

Reid, A., Franklin, P., Olsen, N., et al. All-cause mortality and cancer incidence among adults exposed to blue asbestos during childhood. Am J Ind Med. 56(2):133-45, 2013.

Reid, A., Heyworth, J., de Klerk, N.H. and Musk, B. Cancer incidence among women and girls environmentally and occupationally exposed to blue asbestos at Wittenoom, Western Australia. Int J Cancer. 122(10):2337-44, 2008.

Research Committee of the British Thoracic Association and the Medical Research Council Pneumoconiosis Unit. A survey of the long-term effects of talc and kaolin pleurodesis. Br J Dis Chest. 73(3):285-88, 1979.

Rhodes, M.C., Bucher, J.R., Peckham, J.C., et al. Carcinogenesis studies of benzophenone in rats and mice. Food Chem Toxicol. 45(5):843-51, 2007.

Rhomberg, L.R., Goodman, J.E., Bailey, L.A., et al. A survey of frameworks for best practices in weight-of-evidence analyses. Crit Rev Toxicol. 43(9):753-84, 2013.

RIFM. List of Monographs prior to 2003. http://fragrancematerialsafetyresource.elsevier.com/sites/default/files//Monographs-Final.pdf.

RIFM. RIFM Safety Assessment Sheets Database and Group Summaries. http://fragrancematerialsafetyresource.elsevier.com/.

Rosenblatt, K.A., Szklo, M. and Rosenshein, N.B. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol. 45(1):20-25, 1992.

Rosenblatt, K.A., Weiss, N.S., Cushing-Haugen, K.L., Wicklund, K.G. and Rossing, M.A. Genital powder exposure and the risk of epithelial ovarian cancer. Cancer Causes Control. 22(5):737-42, 2011.

Rösler, J.A., Woitowitz, H.J., Lange, H.J., et al. Mortality rates in a female cohort following asbestos exposure in Germany. J Occup Med. 36(8):889-93, 1994.

Saed, G.M. and Fletcher, N.M. LB-044 - Talcum powder enhances cancer antigen 125 levels in ovarian cancer cells and in normal ovarian epithelial cells (poster). Presented at: Society for Reproductive Investigation, 65th Annual Scientific Meeting, March 6-10; San Diego, CA; 2018.

Saed, G.M., Diamond, M.P. and Fletcher, N.M. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecol Oncol. 145(3):595-602, 2017.

Schildkraut, J.M., Abbott, S.E., Alberg, A.J., et al. Association between Body Powder Use and Ovarian Cancer: the African American Cancer Epidemiology Study (AACES). Cancer Epidemiol Biomarkers Prev. 25(10):1411-17, 2016.

* Reviewed after Feb. 25 report was submitted.

Shapiro, S. Causation, bias and confounding: a hitchhiker's guide to the epidemiological galaxy. Part 2. Principles of causality in epidemiological research: confounding, effect modification and strength of association. The journal of family planning and reproductive health care. 34(3):185-90, 2008.

Sjosten, A.C., Ellis, H. and Edelstam, G.A. Retrograde migration of glove powder in the human female genital tract. Hum Reprod. 19(4):991-5, 2004.

Surburg, H. and Panten, J. Common Fragrance and Flavor Materials: Preparation, Properties, and Uses. Weinheim, Germany: Wiley-VCH Verlag GmbH & Co. 2016.

Szeszenia-Dabrowska, N., Wilczynska, U., Szymczak, W. and Strzelecka, A. Mortality study of workers compensated for asbestosis in Poland, 1970-1997. Int J Occup Med Environ Health. 15(3):267-78, 2002.

Taher, M.K., Farhat, N. Karyakina, N.A., Shilnikova, N., Ramoju, S., Gravel, C.A., Krishnan, K., Mattison, D., Krewski, D. Systematic review and meta-analysis of the association between perineal use of talc and risk of ovarian cancer. Supplemental material [2018].*

Terry, K.L., Karageorgi, S., Shvetsov, Y.B., et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res. 6(8):811-21, 2013.

TGSC. The Good Scents Company Information System. http://www.thegoodscentscompany.com/.

Thybaud, V., Aardema, M., Clements, J., et al. Strategy for genotoxicity testing: hazard identification and risk assessment in relation to in vitro testing. Mutat Res. 627(1):41-58, 2007.

TOXNET Databases. https://toxnet.nlm.nih.gov/.

Trabert, B., Pinto, L., Hartge, P., et al. Pre-diagnostic serum levels of inflammation markers and risk of ovarian cancer in the prostate, lung, colorectal and ovarian cancer (PLCO) screening trial. Gynecol Oncol. 135(2):297-304, 2014.

Trabert, B., Poole, E.M., White, E., et al. Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium. J Natl Cancer Inst. 111(2):137-45, 2019.

Tuchsen, F., Jensen, M.V., Villadsen, E. and Lynge, E. Incidence of lung cancer among cobalt-exposed women. Scandinavian journal of work, environment & health. 22(6):444-50, 1996.

Tzonou, A., Polychronopoulou, A., Hsieh, C.C., et al. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. Int J Cancer. 55(3):408-10, 1993.

US DHHS. Chromium. Dietary Supplement Fact Sheet. Last updated September 21, 2018. Available from: https://ods.od.nih.gov/factsheets/chromium-Health%20Professional/#h10.

US EPA. Chromium (VI); CASRN 18540-29-9. Sept 3, 1998.

US EPA. Guidelines for Carcinogen Risk Assessment. Washington, DC. Report No.: EPA/630/P-03/001F. March, 2005.

US EPA. Health Assessment Document for Talc. Research Triangle Park, NC. Report No.: EPA 600/8-91/217. March, 1992.

US EPA. Risk assessment for carcinogens. Available from: https://www.epa.gov/fera/risk-assessment-carcinogens, 2016.

US FDA. 21 CFR Part 701. Cosmetic Labeling, April 2018.

US FDA. Food Additive Regulations; Synthetic Flavoring Agents and Adjuvants. Final rule. 21 CFR Parts 172 and 177. Oct 9. Federal Register. 83(195):50490-503, 2018.

* Reviewed after Feb. 25 report was submitted.

US FDA. Guidance for Industry. Q3D Elemental Impurities. September, 2015.

US FDA. Inactive Ingredient Search for Approved Drug Products. Balsam Peru. https://www.accessdata.fda.gov/scripts/cder/iig/index.Cfm?event=BasicSearch.page.

Van Gosen, B.S., Lowers, H.A., Sutley, S.J. and Gent, C.A. Using the geologic setting of talc deposits as an indicator of amphibole asbestos content. Presented at: Environmental Geology; 2004: Springer-Verlag 2004. p. 920-39.

Vasama-Neuvonen, K., Pukkala, E., Paakkulainen, H., et al. Ovarian cancer and occupational exposures in Finland. Am J Ind Med. 36(1):83-89, 1999.

Venter, P.F. and Iturralde, M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. S Afr Med J. 55(23):917-9, 1979.

Vincent, J.B. Chromium: is it essential, pharmacologically relevant, or toxic? Met Ions Life Sci. 13:171-98, 2013.

Virta, R.L. Asbestos: Geology, Mineralogy, Mining, and Uses. U.S. Geological Survey, Report No.: 02-149. 2002.

Virta, R.L. The talc industry—an overview. Washington, D.C. Report No.: Information Circular 9220. 1989.

Viskum, K., Lange, P. and Mortensen, J. Long term sequelae after talc pleurodesis for spontaneous pneumothorax. Pneumologie. 43(2):105-06, 1989.

Walker, V.R. Risk characterization and the weight of evidence: adapting gatekeeping concepts from the courts. Risk Analysis. 16(6):793-99, 1996.

Wang, X., Lin, S., Yu, I., et al. Cause-specific mortality in a Chinese chrysotile textile worker cohort. Cancer Sci. 104(2):245-49, 2013.

Warheit, D.B., Kreiling, R. and Levy, L.S. Relevance of the rat lung tumor response to particle overload for human risk assessment—Update and interpretation of new data since ILSI 2000. Toxicology. 374:42-59, 2016.

Webb, P.M. and Jordan, S.J. Epidemiology of epithelial ovarian cancer. Best Pract Res Clin Obstet Gynaecol. 41:3-14, 2017.

Webster's II New Riverside University Dictionary. Boston, MA: The Riverside Publishing Company. 1984.

Wehner, A.P., Hall, A.S., Weller, R.E., Lepel, E.A. and Schirmer, R.E. Do particles translocate from the vagina to the oviducts and beyond? Food Chem Toxicol. 23(3):367-72, 1985.

Wehner, A.P., Weller, R.E. and Lepel, E.A. On talc translocation from the vagina to the oviducts and beyond. Food Chem Toxicol. 24(4):329-38, 1986.

Wehner, A.P., Zwicker, G.M., Cannon, W.C., Watson, C.R. and Carlton, W.W. Inhalation of talc baby powder by hamsters. Food Cosmet Toxicol. 15(2):121-9, 1977.

Wergeland, E., Andersen, A. and Bærheim, A. Morbidity and mortality in talc-exposed workers. Environ Health Perspect. 17:505-13, 1990.

* Reviewed after Feb. 25 report was submitted.

Whittemore, A.S., Wu, M.L., Paffenbarger, R.S., Jr., et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol. 128(6):1228-40, 1988.

WHO. Nickel in drinking-water - Background document for development of WHO guidelines for drinking-water quality. WHO/SDE/WSH/07.08/55. 2007.

Wignall, B.K. and Fox, A.J. Mortality of female gas mask assemblers. Br J Ind Med. 39(1):34-38, 1982.

Wilczynska, U., Szymczak, W. and Szeszenia-Dabrowska, N. Mortality from malignant neoplasms among workers of an asbestos processing plant in Poland: Results of prolonged observation. Int J Occup Med Environ Health. 18(4):313-26, 2005.

Wild, P., Leodolter, K., Refregier, M., et al. A cohort mortality and nested case-control study of French and Austrian talc workers. Occup Environ Med. 59(2):98-105, 2002.

Williams, P.L., James, R.C. and Roberts, S.M. Principles of Toxicology: Environmental and Industrial Applications. 2nd ed. New York: Wiley. 2000.

Wong, C., Hempling, R.E., Piver, M.S., Natarajan, N. and Mettlin, C.J. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol. 93(3):372-76, 1999.

Wu, A.H., Pearce, C.L., Tseng, C.C. and Pike, M.C. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. Cancer Epidemiol Biomarkers Prev. 24(7):1094-100, 2015.

Wu, A.H., Pearce, C.L., Tseng, C.C., Templeman, C. and Pike, M.C. Markers of inflammation and risk of ovarian cancer in Los Angeles County. Int J Cancer. 124(6):1409-15, 2009.

Wylie, A.G. and Candela, P.A. Methodologies for determining the sources, characteristics, distribution, and abundance of asbestiform and nonasbestiform amphibole and serpentine in ambient air and water. J Toxicol Environ Health B Crit Rev. 18(1):1-42, 2015.

Zambelli, B. and Ciurli, S. Nickel and human health. Ch. 10 In: Interrelations between Essential Metal ions and Human Diseases. Met Ions Life Sci. Vol 13. Sigel, A., Sigel, H., Sigel, R.K.O., editors. New York: Springer; 2013. p. 321-57.

Zazenski, R., Ashton, W.H., Briggs, D., et al. Talc: occurrence, characterization, and consumer applications. Regul Toxicol Pharmacol. 21(2):218-29, 1995.

Zenz, C., Dickerson, O.B. and Horvath, E.P., Jr. Occupational Medicine. 3rd ed. St. Louis, MO: Mosby Yearbook, Inc. 1994.

Deposition of Benjamin Neel, MD, PhD and exhibits, 3/19/19*

Deposition of Cheryl Christine Saenz, MD and exhibits, 3/13/19*

Deposition of Ghassan Saed, PhD and exhibits, 1/23/19

Deposition of Ghassan Saed, PhD and exhibits, 2/14/19

Deposition of Judith Zelikoff, PhD, 1/21/19

Deposition of Karla Ballman, PhD and exhibits, 3/22/19*

Deposition of Michael Birrer, MD, PhD and exhibits, 3/29/19*

Deposition of Kevin Holcomb, MD and exhibits, 3/27/19*

* Reviewed after Feb. 25 report was submitted.

Deposition of Laura Plunkett, PhD, DABT, 12/19/18

Deposition of Michael Crowley, PhD, 1/4/19

Deposition of Shawn Levy, PhD, 1/11/19

Expert Report of Alan Campion, PhD, 11/16/18 with Exhibits A-C

Expert Report of Arch Carson, MD, PhD, 11/16/18 with Exhibit A-B

Expert Report of Daniel L. Clarke-Pearson, MD, 11/16/18 with Exhibits A-C

Expert Report of Robert B. Cook, PhD, 11/16/18 with Appendix A-B and Exhibits A-B

Expert Report of Michael M. Crowley, PhD, 11/12/18 with Appendix A-B and CV

Expert Report of Sarah E. Kane, MD, 11/15/18 with Exhibits A-B

Expert Report of David A. Kessler, MD, 11/16/18 with Schedules 1-4 and Appendix A-C

Expert Report of Mark Krekeler, PhD, 11/16/18 with Exhibits A-B

Expert Report of Shawn Levy, PhD, 11/16/18 with Exhibits A-B

Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD, 11/14/18

Expert Report of Anne McTiernan, MD, PhD, 11/16/18 with Tables 1-4 and Exhibit A

Expert Report of Laura M. Plunkett, PhD, DABT, 11/16/18 with Appendix A-E

Expert Report of Dr. Ghassan M. Saed, 11/16/18 with Exhibits A-C

Expert Report of Rebecca Smith-Bindman, MD, 11/15/18 with Exhibits A-C

Expert Report of Judith Zelikoff, PhD, 11/16/18 with Exhibits A-C

Cook Documents Cited In Report – Johnson & Johnson

Cook Documents Cited In Report – Imerys

Krekeler Documents Cited In Report – Johnson & Johnson

Krekeler Documents Cited In Report – Imerys

Crowley Documents Cited in Report – Imerys and Johnson & Johnson

Formula Declaration Report, 12/3/09 [JNJTALC000149667-68]

Formula Declaration Report, 10/9/18 [JNJTALC000891091-104]

Exhibit 1 [Attorneys' Eyes Only]

Exhibit 2 [Attorneys' Eyes Only]

Exhibit 3 [Attorneys' Eyes Only]

Expert Report of Robert B. Cook, PhD, 1/22/19

Expert Report of Mark Krekeler, PhD, Addendum, 1/17/19

Supplemental Report of William E. Longo, PhD, and Mark W. Rigler, PhD, 1/15/19

Second Supplemental Report of William E. Longo, PhD, and Mark W. Rigler, PhD, 2/1/19

* Reviewed after Feb. 25 report was submitted.

Lee W. Poye, J3 Resources, Inc., JH18104277 MAS Split of 21 Historic Talc Samples by XRD, 12/12/18 (Sampled: 11/28/18; Received: 12/5/18) with COC

Lee W. Poye, J3 Resources, Inc., JH18104432 MAS Split of 2 Historic Talc Samples by XRD, 12/20/18 (Shipped: 12/12/18; Received: 12/13/18) with COC

Expert Report of Ann G. Wylie, Ph.D. For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Benjamin G. Neel, MD, Ph.D. For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Brooke Taylor Mossman, MS, Ph.D. For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Cheryl Christine Saenz, MD For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Christian Merlo, MD, MPH For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Gregory Diette, MD, MHS For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Ie-Ming Shih, MD, Ph.D. For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Jeff Boyd, Ph.D. For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Karla Ballman, Ph.D. For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Kelly Scribner Tuttle, Ph.D., CIH, 2/25/19*

Expert Report of Kevin Holcomb, MD, FACOG For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Laura Webb, Ph.D. For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of M. Darby Dyar, Ph.D. For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Mary Poulton, Ph.D. For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Michael Birrer, MD, Ph.D. For General Causation *Daubert* Hearing, 2/25/19*

Expert Report of Robert J. Kurman, MD For General Causation *Daubert* Hearing, 2/25/19*

* Reviewed after Feb. 25 report was submitted.