## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3:16-md-2738-FLW-LHG**<br>**Judge Freda L. Wolfson**<br>**Magistrate Judge Lois H. Goodman**<br><br>**MDL 2738** |
| **This document relates to:**<br><br>SHARON HAYES<br>Civil Case No. 3:19-cv-13899-FLW-LHG | |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 17, 2019, on behalf of Plaintiff Sharon Hayes.

DATED: June 18, 2019                                   Respectfully Submitted,

**KIESEL LAW LLP**

By:  */s/ Melanie Meneses Palmer*
     Melanie Meneses Palmer (CA # 286752)
     8648 Wilshire Boulevard
     Beverly Hills, California  90211
     Tel. (310) 854-4444
     Fax (310) 8540812
     palmer@kiesel.law

     Haytham Faraj (CA # 291416)
     (ARDC # 6286135)
     LAW OFFICES OF HAYTHAM FARAJ
     1935 W Belmont Ave
     Chicago, IL 60657
     (312) 635-0800
     haytham@farajlaw.com

Tigran Martinian (CA # 247638)
Arash Zabetian (CA # 291403)
MARTINIAN & ASSOCIATES, INC.
2801 Cahuenga Blvd West
Los Angeles, CA 90068
(323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: June 18, 2019                    Respectfully Submitted,

By:     */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Tel. (310) 854-4444
Fax (310) 854-0812
E-mail: palmer@kiesel.law

Counsel for Plaintiff