## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3:16-md-2738-FLW-LHG** <br> **Judge Freda L. Wolfson** <br> **Magistrate Judge Lois H. Goodman** <br><br> **MDL 2738** |
| **This document relates to:** <br><br> BARBARA OTIS <br> Civil Case No. 3:19-cv-13913-FLW-LHG | |

## <u>NOTICE OF FILING SHORT FORM COMPLAINT</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 17, 2019, on behalf of Plaintiff Barbara Otis.


DATED: June 19, 2019

Respectfully Submitted,

**KIESEL LAW LLP**


By:   */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer (CA # 286752)
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel. (310) 854-4444
Fax (310) 8540812
palmer@kiesel.law

Haytham Faraj (CA # 291416)
(ARDC # 6286135)
LAW OFFICES OF HAYTHAM FARAJ
1935 W Belmont Ave
Chicago, IL 60657
(312) 635-0800
haytham@farajlaw.com

Tigran Martinian (CA # 247638)
Arash Zabetian (CA # 291403)
MARTINIAN & ASSOCIATES, INC.
2801 Cahuenga Blvd West
Los Angeles, CA 90068
(323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: June 19, 2019                    Respectfully Submitted,


By:        */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel. (310) 854-4444
Fax (310) 854-0812
E-mail: palmer@kiesel.law

Counsel for Plaintiff