**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3:16-md-2738-FLW-LHG**<br>**Judge Freda L. Wolfson**<br>**Magistrate Judge Lois H. Goodman**<br><br>**MDL 2738** |
| **This document relates to:**<br><br>DEBORAH FULTON<br>Civil Case No. 3:19-cv-13915-FLW-LHG | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 17, 2019, on behalf of Plaintiff Deborah Fulton, Individually, and as Anticipated Personal Representative of the Estate of Decedent, Holli Fulton.

DATED: June 20, 2019   Respectfully Submitted,

**KIESEL LAW LLP**

By:  */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer (CA # 286752)
8648 Wilshire Blvd.
Beverly Hills, CA  90211
Tel. (310) 854-4444
Fax (310) 854-0812
palmer@kiesel.law

Haytham Faraj (CA # 291416)
(ARDC # 6286135)
LAW OFFICES OF HAYTHAM FARAJ
1935 W. Belmont Ave.
Chicago, IL 60657
(312) 635-0800
haytham@farajlaw.com

Tigran Martinian (CA # 247638)
Arash Zabetian (CA # 291403)
MARTINIAN & ASSOCIATES, INC.
2801 Cahuenga Blvd. West
Los Angeles, CA 90068
(323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: June 20, 2019					Respectfully Submitted,


							By:	*/s/ Melanie Meneses Palmer*
								Melanie Meneses Palmer
								KIESEL LAW LLP
								8648 Wilshire Boulevard
								Beverly Hills, California  90211
								Tel. (310) 854-4444
								Fax (310) 854-0812
								E-mail: palmer@kiesel.law

								Counsel for Plaintiff