ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
303-376-6360
*Attorneys for Plaintiff Jaime Yates*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Jaime Yates v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-13974 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 19, 2019 on behalf of Plaintiff Jaime Yates.

                                              */s/ Cristen Mendoza*
                                              Cristen Mendoza
                                              ANDRUS WAGSTAFF PC
                                              7171 W Alaska Drive
                                              Lakewood, CO 80226
                                              (303) 376-6360 Telephone
                                              (303) 376-6361 Facsimile
                                              cristen.mendoza@andruswagstaff.com

                                              Attorney for Plaintiff

Dated: June 21, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Cristen Mendoza*
      Cristen Mendoza

      ANDRUS WAGSTAFF PC