## UNITED STAES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN** |
| Hilda Marie Frank, Individually and o/b/o Bessie Alexander, Deceased | |
| Plaintiff | Civil Action No.: 3:19-cv-14121 |
| v. | |
| Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council (PCPC") | |
| Defendants | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on June 21, 2019 on behalf of Plaintiff, Hilda Marie Frank, Individually and o/b/o Bessie Alexander.

Dated:    June 21, 2019

                                 By:  /s/ Mekel Smith Alvarez
                                 MEKEL SMITH ALVAREZ, ESQ. (LSBA #22157)
                                 mekel@dugan-lawfirm.com
                                 DOUGLAS R. PLYMALE, ESQ. (LSBA #28409)
                                 dplymale@dugan-lawfirm.com
                                 JAMES R. DUGAN, II, ESQ. (LSBA #23785)
                                 jdugan@dugan-lawfirm.com
                                 THE DUGAN LAW FIRM APLC
                                 365 Canal Street, Suite 1000
                                 New Orleans, LA  70130
                                 Telephone: (504) 648-0180
                                 Fax: (504) 648-0181

                                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on June 21, 2019.

/s/ Mekel Smith Alvarez
Mekel Smith Alvarez
