Sindhu S. Daniel (NJ Bar No. 010711996)
Russell W. Budd (TX Bar No. 03312400)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION </br></br> This document relates to: William Abercrombie, Individually and O/B/O Christine Abercrombie v. Johnson & Johnson, et al.; Case No. 3:19-cv-12977 | Civil No. 3:16-md-2738-FLW-LHG </br></br> MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 5, 2019 on behalf of Plaintiff, William Abercrombie, Individually and O/B/O Christine Abercrombie, Deceased.

Dated: June 21, 2019

*/s/ Sindhu S. Daniel*
Sindhu S. Daniel (NJ Bar No. 010711996)
Russell Budd (TX Bar No. 03312400)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　　　　　*/s/ Sindhu Daniel*
　　　　　　　　　　　　　　　　　　　　Sindhu Daniel